


# United States District Court
## Southern District of Florida

**UNITED STATES OF AMERICA**
Plaintiff

- vs

Matthew Andrew Carter
Defendant

CASE NUMBER: CR: 11-2552 - Goodman

REPORT COMMENCING CRIMINAL ACTION

95210-004
USMS NUMBER

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT     (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE   N/A.

(1) DATE AND TIME OF ARREST: 5/8/2011   12   AM ___ PM X

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: 18 USC 2423(b)

(4) DATE OF BIRTH: 4/27/1945

(5) TYPE OF CHARGING DOCUMENT:     (CHECK ONE)
   { } INDICTMENT     (X) COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: Southern District of Florida

(6) REMARKS: _____

(7) DATE: 5/6/11     (8) ARRESTING OFFICER: Special Agent K Daschel   CFBI

(8) AGENCY: U.S. Immigration & Customs Enforcement  (10) PHONE: 1800 973 2867

(1) COMMENTS: S/A A. Flores (ICE-HSI)