# COURT MINUTES
## U.S. MAGISTRATE JUDGE ROBERT L. DUBE - KING BUILDING, COURTROOM 11-4

DATE: Wed., May 11, 2011  TIME: 10:00 a.m.  PAGE 4

DEFT: **MATTHEW CARTER (95210-004)**  CASE NO: **11-2552-GOODMAN**
AUSA: **MARIA MEDETIS**  ATTY: **AFPD MICHAEL SPIVACK**
AGENT:  VIOL: **UNDER AGE SEXUAL CONTACT OUT OF COUNTRY**

PROCEEDING: **PTD HEARING**  RECOMMENDED BOND:
BOND/PTD HEARING HELD - No  COUNSEL APPOINTED:
BOND SET @: **TEMP PTD**  To be cosigned by:

LANGUAGE: ENGLISH

Disposition: **PRELIM/ARRAIGN 5/23**

- ❏ All Standard Conditions.
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ❏ Refrain from excessive use of alcohol

STIPULATE TO PRETRIAL DETENTION W/RIGHT TO REVISIT

- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: _____.
- ❏ Home Confinement/Electronic Monitoring/Curfew _____, paid by _____.
- ❏ Other _____

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE

D.AR.   10:05:46  TIME:  2mins