

ELECTRONIC

**May 19, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 11-20350-CR-LENARD/O'SULLIVAN
CASE NO. _____

18 U.S.C. § 2423(b)
18 U.S.C. § 2253

**UNITED STATES OF AMERICA**

**v.**

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

           **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

On or about October 30, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant,

### MATTHEW ANDREW CARTER,
### a/k/a "William Charles Harcourt,"
### a/k/a "Bill Carter,"

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under the age of 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## CRIMINAL FORFEITURE

1.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2423 and 2253.

2.      Upon conviction of the offense charged in this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his right, title, and interest in:

(1)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(2)      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253.

A TRUÉ BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT U.S. ATTORNEY

BONNIE L. KANE
TRIAL ATTORNEY, CRIMINAL DIVISION

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

_____ Defendant. _____ /   Case Information:

---

**Court Division**: (Select One)

X  Miami ____ Key West ____
____ FTL ____ WPB ____ FTP

New Defendant(s)          Yes ____   No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    No____
    List language and/or dialect    _____

4.  This case will take     14    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I    0 to 5 days       _____          Petty    _____
    II   6 to 10 days      _____          Minor    _____
    III  11 to 20 days       X             Misdem.  _____
    IV   21 to 60 days     _____          Felony      X
    V    61 days and over  _____

6.  Has this case been previously filed in this District Court? (Yes or No)    No____
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    Yes____
    If yes:
    Magistrate Case No.    11-mj-02552-JG
    Related Miscellaneous numbers:    _____
    Defendant(s) in federal custody as of    5/8/2011
    Defendant(s) in state custody as of    _____
    Rule 20 from the    _____    District of    _____

    Is this a potential death penalty case? (Yes or No)    No____

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X   No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X   No

_____
MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501214

*Penalty Sheet(s) attached                                    REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **MATTHEW ANDREW CARTER, a/k/a "William Chalres Harcourt," a/k/a "Bill Carter"**

**Case No:**

Count 1:

Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct with a

Minor

Title 18, United States Code, Section 2423(b)

**\*Max. Penalty:**  Thirty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**