**COURT MINUTES**
**U.S. MAGISTRATE JUDGE JOHN J. O'SULLIVAN - ATKINS TOWER - 5TH FLOOR**
**DATE:** 5/23/11   **TIME:** 10:00 A.M.   **PAGE:** 2

| | |
|---|---|
| DEFT: MATTHEW ANDREW CARTER (J) | CASE NO: 11-20350-CR-LENARD/O'SULLIVAN |
| AUSA: Amanda Perwin  95210-004 | ATTY: AFPD Ayana Harris |
| AGENT: | VIOL: UNDERAGE SEXUAL CONTACT OUT OF COUNTRY |
| PROCEEDING: ARR | RECOMMENDED BOND: |
| BOND/PTD CONTESTED HRG - yes / no | CJA APPT: |
| BOND SET @: STIP PTD | To be cosigned by: |
| | LANGUAGE: ENGLISH |

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by _____.
- ☐ Other _____

Disposition:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order Requested~~

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:   PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE

DAR No. 10:08:12/10:08:36   TIME IN COURT: 1