UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20350-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA

        Plaintiff,      **ARRAIGNMENT INFORMATION SHEET**

vs.

                                  JAIL NO: 95210-004

MATTHEW ANDREW CARTER,

        Defendant.      LANGUAGE: ENGLISH
_____/

    The above-named Defendant appeared before **Magistrate Judge John J. O'Sullivan**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:_____

                              _____

                         Tel. No:_____

Defense Counsel:  Name  : AFPD

                      Address:_____

                              _____

                       Tel. No:_____

Bond Set/Continued:    $ PRETRIAL DETENTION

Dated this 23RD day of MAY, 2011.

                   STEVEN M. LARIMORE, CLERK

                   BY   CHERLE R. GRIFFIN
                         Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge