FILED by ___ D.C.
ELECTRONIC

**Jun 23, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>11-20350-CR-LENARD(s)</u>
18 U.S.C. § 2423(b)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

      Defendant.
_____/

## <u>SUPERSEDING INDICTMENT</u>

### <u>COUNT ONE</u>

The Grand Jury charges that:

On or about October 2, 2001, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

On or about October 30, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

On or about November 27, 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

2

## COUNT FOUR

On or about February 27, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### MATTHEW ANDREW CARTER,
### a/k/a "William Charles Harcourt,"
### a/k/a "Bill Carter,"

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## CRIMINAL FORFEITURE

1.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2423 and 2428.

2.      Upon conviction of the offenses charged in this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his right, title, and interest in:

(1)     any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2)     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT U.S. ATTORNEY

BONNIE L. KANE
TRIAL ATTORNEY, CRIMINAL DIVISION

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                     CASE NO.    11-20350-CR-LENARD(s)

vs.

                                             **CERTIFICATE OF TRIAL ATTORNEY***

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

_____Defendant._____/     Case Information:

**Court Division**: (Select One)                  New Defendant(s)         Yes _____   No _X_
                                                  Number of New Defendants
_X_  Miami  _____  Key West                       Total number of counts        4
_____  FTL  _____  WPB  _____  FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      _____

4.  This case will take     14     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I    0  to  5 days      _____            Petty      _____
    II   6  to 10 days      _____            Minor      _____
    III  11 to 20 days      __X__              Misdem.    _____
    IV   21 to 60 days      _____            Felony     __X__
    V    61 days and over   _____

6.  Has this case been previously filed in this District Court?  (Yes or No)      No
    If yes:
    Judge: _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)    Yes
    If yes:
    Magistrate Case No.                    11-mj-02552-JG
    Related Miscellaneous numbers:         _____
    Defendant(s) in federal custody as of  5/8/2011
    Defendant(s) in state custody as of    _____
    Rule 20 from the _____            District of _____

    Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____  Yes  __X__  No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____  Yes  __X__  No

                                             MARIA K. MEDETIS
                                             ASSISTANT UNITED STATES ATTORNEY
                                             Court ID No. A5501214

*Penalty Sheet(s) attached                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **MATTHEW ANDREW CARTER, a/k/a "William Charles Harcourt," a/k/a "Bill Carter"**

**Case No:**      **11-20350-CR-LENARD(s)**

Count 1:
Traveling in Foreign Commerce with the Purpose of Engaging in a Sexual Act With a Minor

Title 18, United States Code, Section 2423(b) (2001)

**\*Max. Penalty:**  Fifteen Years' Imprisonment

Counts 2, 3, 4:
Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct With a Minor

Title 18, United States Code, Section 2423(b)

**\*Max. Penalty:**  Thirty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**