UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>11-CR-20350-JAL(s)</u>

**UNITED STATES OF AMERICA**

v.

**MATTHEW ANDREW CARTER,**
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

       **Defendant.**

_____

**UNITED STATES' SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    Attached, please find a copy of any written statements made by the defendant.

            2.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Miami Office of Immigration and Customs Enforcement ("ICE"), 11226 NW 20th Street, Miami, FL 33172.

                On August 4, 2011, the parties held an initial discovery conference at the ICE Miami Office. At that time, defense counsel requested copies of all materials made available for inspection. The parties agreed that, due to the large volume of materials in this matter, the government would provide these copies as soon as practicable and on a rolling basis.

                Additional inspection of these items may be conducted by contacting undersigned to schedule a mutually convenient time for additional discovery conferences.

       The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

   3. Forensic analysis reports of all electronic media seized in connection with this case will also be made available to you upon receipt by this office. As previously agreed at the August 4, 2011, discovery conference, the government will make copies of the electronic media available to you for inspection as soon as practicable.

 B. **DEMAND FOR RECIPROCAL DISCOVERY:** The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

 C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

 D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

 E. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

  The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

  In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

    Time: See superseding indictment.
    Date: See superseding indictment

      Place:      See superseding indictment

The attachments to this response are numbered <u>Gov. 003396-</u> <u>Gov. 004469</u>. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:     <u>s/Maria K. Medetis</u>
Maria K. Medetis
Assistant United States Attorney
Court ID No. A5501214
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9010
Fax: (305) 579-7976
maria.medetis@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2011, I electronically filed the foregoing United States' Response to the Standing Discovery Order with the Clerk of the Court using CM/ECF. I also certify that on September 5, 2011, a true and correct copy of the foregoing and the documents referenced therein were sent via Federal Express for overnight delivery to counsel for the defendant Paul Korchin, AFPD and Kashyap Patel, AFPD, Federal Public Defender's Office, 150 W. Flagler Street, Suite 1500, Miami, FL 33130.

<u>s/Maria K. Medetis</u>
Assistant United States Attorney