header area



FILED by ___CF___ D.C.
ELECTRONIC
JAN 12, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>11-20350-CR-LENARD(s)(s)</u>
18 U.S.C. §§ 2423(b), (e)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

       Defendant.
_____/

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 2, 2001, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

On or about October 30, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

On or about November 27, 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

On or about February 27, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT FIVE

On or about September 15, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

3

## COUNT SIX

On or about May 8, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

a United States citizen, did attempt to travel in foreign commerce from the United States, that is, from Miami International Airport in Miami, Florida, to Haiti, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Sections 2423(b) and (e).

## CRIMINAL FORFEITURE

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2423 and 2428.

2. Upon conviction of the offenses charged in this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his right, title, and interest in:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARIA K. MEDETIS
ASSISTANT U.S. ATTORNEY

_____
BONNIE L. KANE
TRIAL ATTORNEY, CRIMINAL DIVISION

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

           **Defendant.**
_____/

CASE NO.    11-20350-CR-LENARD(s)(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- _X_ Miami    ___ Key West
- ___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No _X_
Number of New Defendants    0
Total number of counts    6

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _____
   List language and/or dialect _____

4. This case will take __14__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ___
   - II    6 to 10 days    ___
   - III    11 to 20 days    _X_
   - IV    21 to 60 days    ___
   - V    61 days and over    ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.    ___
   - Felony    _X_

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. 11-mj-02552-JG
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 5/8/2011
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

           _____
           MARIA K. MEDETIS
           ASSISTANT UNITED STATES ATTORNEY
           Florida Court No. A5501214

*Penalty Sheet(s) attached                                                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MATTHEW ANDREW CARTER, a/k/a "William Charles Harcourt," a/k/a "Bill Carter,"

**Case No:** 11-20350-CR-LENARD(s)(s)

Count #: 1

Traveling in Foreign Commerce with Intent to Engage in Sexual Act with a Juvenile

Title 18, United States Code, Section 2423(b) (2001)

* **Max. Penalty:** Fifteen (15) Years' Imprisonment

Counts #: 2, 3, 4 and 5

Traveling in Foreign Commerce with Intent to Engage in Illicit Sexual Conduct

Title 18, United States Code, Section 2423 (b)

***Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 6

Attempting to Travel in Foreign Commerce with Intent to Engage in Illicit Sexual Conduct

Title 18, United States Code, Section 2423 (b) and (e)

***Max. Penalty:** Thirty (30) Years' Imprisonment

Count #:

***Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**