UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CR-20350-JAL(s)(s)

**UNITED STATES OF AMERICA**

v.

**MATTHEW ANDREW CARTER,**
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

      **Defendant.**
_____/

**UNITED STATES' NINTH
RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this ninth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. This response includes the following items:

A. 1. A copy of written statements made by the defendant.

    2. Compact discs containing audio recorded contestations had by the defendant.

    3. Photographs and other documents belonging to the defendant.

    4. Please be advised that other books, papers, documents, photographs, or tangible objects which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, Suite 800. Please call the undersigned to set up a date and time that is convenient to both parties. A tentative date has not been set due to defense counsels' current trial schedule. The parties have conferred telephonically and have agreed to schedule a discovery conference in this matter.

    5. Please be advised that, as explained in the United States' first Response to the Standing Discovery Order [D.E. 23], you are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under Federal Rules of Evidence 4134, 414, and 404(b) or

otherwise (including the inextricably-intertwined doctrine).

      B.    **DEMAND FOR RECIPROCAL DISCOVERY:**  The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.  **Please be advised that pursuant to the Court's *ore tenus* order of December 16, 2011, reciprocal discover shall be produced no later than June 4, 2012.** [D.E. 67].

      The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

      The attachments to this response are numbered Gov. 005848 - Gov. 006057.  This response includes five (5) compact discs numbered Gov. 006036 - Gov. 006040.  A detailed description of the items referenced herein has been provided to defense counsel separately.  Please contact the undersigned Assistant United States Attorney if any pages are missing.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY


BY:  *s/ Maria K. Medetis*
      Maria K. Medetis
      Assistant United States Attorney
      Court ID No. A5501214
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9010
      Fax: (305) 579-7976
      maria.medetis@usdoj.gov

cc:    Special Agent Alvaro Flores,
      DHS-HSI

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 9, 2012, I electronically filed the foregoing United States' Ninth Response to the Standing Discovery Order with the Clerk of the Court using CM/ECF. I also certify that on March 9, 2012, a true and correct copy of the foregoing was sent via Federal Express for overnight delivery to counsel for the defendant Stuart Adelstein, 2929 SW 3rd Avenue, Suite 410, Miami, FL 33129.

*s/ Maria K. Medetis*
Assistant United States Attorney