UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                 CASE NO.: 11-20350-CR-LENARD(s)(s)

MATTHEW ANDREW CARTER,

     Defendant.

_____/

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE TO TAKE JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201

COMES NOW the Defendant MATTHEW ANDREW CARTER by and through his undersigned counsel and for his response to the government's motion in limine to take judicial notice (DE #116) and as grounds therefore states as follows:

That on October 22, 2012, the government filed a "motion in limine" for this court to take judicial notice of four items, to wit,

1.  That the devastating Haitian earthquake occurred on January 12, 2010;

2.  Jean Bertrand Aristide resigned as president and departed the country on February 29, 2004;

3.  Haiti is the poorest country in the Western Hemisphere; and

4.   Students attending public school in Haiti are required to pay fees for uniforms, textbooks and other supplies.

### *Memorandum of Law*

Fed. R. Evid. 201(b) provides that:

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

In *Couch v. Broward County,* 2012 WL 2007148 (S.D. Fla. June 5, 2012) Chief United States Magistrate Judge Barry Seltzer wrote when facing a similar issue that Federal Rule of Evidence 201 governs judicial notice of adjudicated facts.  Under Rule 201, "courts can take notice of certain facts without formal proof but only where the fact in question is 'one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.' " *Shahar v. Bowers,* 120 F.3d 211, 214 (11th Cir.1997) (*en banc*) (quoting Fed. R. Civ. P. 201(b)). "For example, the kinds of things about which courts ordinarily take judicial notice are (1) scientific facts: for instance, when does the sun rise or set; (2) matters of geography: for instance, what are the boundaries of a state; or (3) matters of political history: for instance, who was president in 1958." *Id.* "The taking of judicial notice of facts is, as a matter of evidence law, a highly limited process. The reason for this caution is that the taking of judicial notice bypasses the safeguards which are involved with the usual process of proving facts by competent evidence in district court." *Id.; see also Getty Petroleum Mktg., Inc. v. Capital Terminal Co.* 391 F.3d 312, 321 (1st Cir.2004) (concurring opinion) ("Judicial

notice of fact is an evidentiary shortcut. It permits facts in a particular case to be established without proof by admissible evidence … "); Fed. R. Civ. P. 201(g) ("In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed."). "The party requesting judicial notice bears the burden of persuading the court that the particular fact is not reasonably subject to dispute and is capable of immediate and accurate determination by resort to a source whose accuracy cannot reasonably be questioned." *Rodriguez v. Unknown–Named Disciplinary Hearings Agent,* No. 02:09–cv–02195–FCD KJN PS, 2010 WL 1407772, at *2 (E. D. Cal. Mar.9, 2010) (internal quotation marks omitted). *Couch v. Broward County*, 11-62126-CIV, 2012 WL 2007148 (S.D. Fla. June 5, 2012)

Based on the above standard, the defendant does not object to the court taking judicial notice that President Jean Bertrand Aristide resigned on February 29, 2004 and that the earthquake occurred on January 12, 2010.

However, the two remaining items sought to be "judicially noticed" by the government should not be judicially noticed as they can be reasonably subject to dispute and evidentiary objection.  For example, the fact that Haiti may or may not be the poorest country in the Western Hemisphere is subject to a relevancy objection. The government seeks to use this as justification as to why parents may or may not have allowed the defendant to have the care and custody of their children without calling the actual parents to tell the jury their individual reason.  This issue cited by the government (DE #116 at 6) is therefore an extremely poor substitute for the actual evidence and seeks to use the court's powers under Fed. R. Evid. 201 to substitute of the fact-finding duties of the jury which should not be permitted.

Likewise, how children go to school in Haiti and whether the pay fees or not and whether the defendant paid their fees is once again an issue of fact for the jury and not subject to judicial notice.  The evidentiary shortcut should not be used to relieve the government of their burden to produce competent testimony in this regard.

WHEREFORE the Defendant Matthew Carter respectfully requests that the government's so-called motion in limine for judicial notice be granted as to the dates requested but denied in all other respects.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 5th day of November 2012.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Co-counsel for Defendant CARTER
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*


___*/s/ Philip R. Horowitz, Esquire*___
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557



LAW OFFICES OF ADELSTEIN & MATTERS, P.A.
Court Appointed Attorney for the Appellant
2929 S.W. 3rd Avenue
Suite #410
Miami, Florida 33129
Tel.: (305) 358-9222
Fax. : (305) 285-9110
E-Mail: Adelsteinslaw@aol.com



*/s/ Stuart Adelstein, Esquire*___
By: STUART ADELSTEIN, ESQUIRE
Florida Bar No.: 234540