UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20350-CR-LENARD/O'SULLIVAN(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

       Defendant.
_____/

**UNITED STATES' WITNESS LIST**

The United States respectfully submits the attached Witness List in accordance with the Court's *ore tenus* order on January 30, 2013.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY:   *s/Maria K. Medetis*
        Maria K. Medetis
        Assistant United States Attorney
        Court Identification No.:  A5501214
        99 Northeast 4th Street
        Miami, Florida  33132-2111
        Tel: (305) 961- 9010
        Fax: (305) 530- 7976
        Maria.Medetis@usdoj.gov

BY:   *s/Bonnie L. Kane*
        Bonnie L. Kane
        Trial Attorney
        Child Exploitation and Obscenity Section
        Criminal Division, U.S. Department of Justice
        1400 New York Avenue, NW
        Washington, D.C.  20530
        Tel:  (202) 514-5780

Fax:  (202) 514-1793
Bonnie.Kane@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Maria K. Medetis*
Maria K. Medetis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20350-CR-LENARD/O'SULLIVAN(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

        Defendant.
_____/

## UNITED STATES' WITNESS LIST

| WITNESS | DESCRIPTION |
|---|---|
| Jose Escamilla | Officer, U.S. Customs and Border Protection |
| J.D.J. | |
| J.F. | |
| P.S. | |
| Becky McLaren | Passenger Service Agent, American Airlines |
| Heather Harvey | Customer Relations, Spirit Airlines |
| Janet Knox | |
| O.B. | |
| P.P.J. | |
| S.A. | |
| J.B. | |
| Betty Long | |
| S.T. | |
| P.M. | |
| D.M. | |
| I.M. | |
| David McCrum | |

1

| WITNESS | DESCRIPTION |
|---|---|
| Michael Bentolila | Special Agent, Homeland Security Investigations |
| Du Tran | Consul, Embassy of the United States, Port-au-Prince, Haiti |
| Roger Altieri | Inspector General, Ministry of the Interior (Haiti) |
| W.M. | |
| J.M.-1 | |
| J.E.C. | |
| R.S. | |
| W.F. | |
| D.J. | |
| Jamie Cordero | Officer, U.S. Customs and Border Protection |
| Faith Ludwick | |
| D.G. | |
| C.A. | |
| J.M.-2 | |
| W.D. | |
| G.S. | |
| Nabil Salem | Translator (Arabic) |
| Richard Wilkins | Special Agent, Homeland Security Investigations |