UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20350- CR-LENARD/O'SULLIVAN(s)(s)


UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

                    Defendant.
_____/

UNITED STATES' EXHIBIT LIST

The United States respectfully submits the attached Exhibit List in accordance with the

Court's trial order in this matter.  The United States requests leave to add additional exhibits as

may be needed during trial.


                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

                    BY:      s/Maria K. Medetis
                             Maria K. Medetis
                             Assistant United States Attorney
                             Court Identification No.:  A5501214
                             99 Northeast 4th Street
                             Miami, Florida  33132-2111
                             Tel: (305) 961- 9010
                             Fax: (305) 530- 7976
                             Maria.Medetis@usdoj.gov

                    BY:      s/Bonnie L. Kane
                             Bonnie L. Kane
                             Trial Attorney
                             Child Exploitation and Obscenity Section
                             Criminal Division, U.S. Department of Justice
                             1400 New York Avenue, NW

                                        1

Washington, D.C.  20530
Tel:  (202) 514-5780
Fax:  (202) 514-1793
Bonnie.Kane@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2013, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


/s/ *Maria K. Medetis*
Maria K. Medetis

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  11-20350- CR-LENARD/O'SULLIVAN(s)(s)

**UNITED STATES OF AMERICA**

**v.**

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

                        **Defendant.**
_____/

## UNITED STATES' EXHIBIT LIST

| PRESIDING JUDGE<br>**The Honorable Joan A. Lenard** | PLAINTIFF'S ATTORNEY<br>**Maria Medetis (AUSA)**<br>**Bonnie Kane (Trial Attorney)** | DEFENDANT'S ATTORNEY<br>**Stuart Adelstein, Esq.**<br>**Philip Horowitz, Esq.** |
|---|---|---|
| TRIAL DATE(S)<br>**1/29/2013 -** | COURT REPORTER<br>**Lisa Edwards** | COURTROOM DEPUTY<br>**Patricia Mitchell** |
| **United States v. Matthew Andrew Carter** | | **Case. No.**<br><br>**11-20350-CR-JAL(s)(s)** |

| EX.<br>NO. | DATE<br>OFFERED | DATE<br>ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 – 14 | | 01/04/2013 | Certified American Airlines Flight and Passenger Records |
| 15 | | 01/04/2013 | Certified Yahoo! Inc. Account Information Record |
| 16 | | 01/04/2013 | Certified Copy of Michigan Birth Certificate for William Charles Harcourt |
| 17A-B | | 01/04/2013 | Certified Copy of Franklin County, Ohio Probate Court Name Change Documents |
| 18A-G | | 01/04/2013 | Certified U.S. Department of State Records – Passport Applications |
| 19A-I | | 01/04/2013 | Certified Spirit Airlines Flight and Passenger Records |
| 19J | | | Spirit Airlines Booking Record M5LQ4M |
| 19K | | | Spirit Airlines Booking Record KDQJFE |
| 19L-P | | | Excerpts of Exhibits 19E through 19I |
| 20 | | | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 1686 |
| 21A | | | Boarding Pass for Matthew Carter, Flight AA 873 on May 8, 2011 |
| 21B | | | Boarding Pass for Matthew Carter, Flight AA 809 on May 8, 2011 |
| 22 | | | Passenger Receipt for Matthew Carter, Record Locator LZZARU |

| United States v. Matthew Andrew Carter | | | Case. No. 11-20350-CR-JAL(s)(s) |
|---|---|---|---|
| **EX. NO.** | **DATE OFFERED** | **DATE ADMITTED** | **DESCRIPTION OF EXHIBIT** |
| 23A | | | Baggage Claim ticket for Matthew Carter, Ticket No. AA76 28 71 |
| 23B | | | Baggage Claim ticket for Matthew Carter, Ticket No. AA76 29 80 |
| 23C-23F | | | Photographs of checked luggage |
| 24 | | | Social Security Card of Matthew Andrew Carter |
| 25 | | | Michigan Driver's License for Matthew Andrew Carter |
| 26 | | | Morning Star Center Business Card of Founder/Director Matthew "Bill" Carter |
| 27 | | | Morning Star Retreat Business Card of Program Director William C. Harcourt |
| 28 | | | Children's Activities and Training (CAT) Employee Card |
| 29 | | | Photograph of P.S. and J.F. |
| 30 | | | E-mail from getcarter2010@yahoo.com dated Aug. 21, 2009 |
| 31 | | | E-mail from getcarter2010@yahoo.com dated Sept. 4, 2010, and attachment "Resident, Sept. 2010.docx." |
| 32A-32Y | | | Photographs of Morning Star Center, Tabarre |
| 33 | | | U.S. Passport of William Charles Harcourt, Passport No. ending in 5211 |
| 34 | | | U.S. Passport of William Charles Harcourt, Passport No. ending in 5477 |
| 35 | | | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 7141 |
| 36 | | | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 4597 |
| 37A | | | Letter from Matthew Carter, dated June 10, 1996 |
| 37B | | | English translation of Exhibit 37A |
| 38A | | | Contract signed by William Harcourt, dated Mar. 25, 1988 |
| 38B | | | English Translation of Exhibit 38A |
| 39 | | | List of Kids at Mission 1995 |
| 40 | | | Photo Kids 1995 |
| 41 | | | List of Kids at Mission 1996 |
| 42 | | | List of Kids at Mission 1997 |
| 43 | | | List of Kids at Mission 1998 |
| 44 | | | Photo Kids 1998 |
| 45 | | | MSI Resident Children as of October 1st, 1998 |

| | United States v. Matthew Andrew Carter | | Case. No.<br>11-20350-CR-JAL(s)(s) |
|---|---|---|---|
| **EX.<br>NO.** | **DATE<br>OFFERED** | **DATE<br>ADMITTED** | **DESCRIPTION OF EXHIBIT** |
| 46 | | | List of Kids Supported Outside Mission |
| 47 | | | July 20th, 2000 Morning Star Students |
| 48 | | | Spring 2003 collage of photographs |
| 49 | | | Autumn 2003 collage of photographs |
| 50 | | | Undated collage of photographs |
| 51 | | | List of Addresses |
| 52A | | | Rental Contract dated Oct. 11, 2001 |
| 52B | | | Rental Contract dated Nov. 1, 2003 |
| 52C | | | Rental Contract dated Feb. 21, 2005 |
| 52D | | | Rental Contract dated Aug. 21, 2005 |
| 53A | | | English Translation of Exhibit 52A |
| 53B | | | English Translation of Exhibit 52B |
| 53C | | | English Translation of Exhibit 52C |
| 53D | | | English Translation of Exhibit 52D |
| 54A | | | Rent payment receipt for period 8/26/2006 – 2/26/2007 |
| 54B | | | Rent payment receipt for period 2/26/2007 – 8/26/2007, dated 4/11/2007 |
| 54C | | | Rent payment receipt for period 8/26/2007 – 2/26/2008, dated 8/30/2007 |
| 54D | | | Rent payment receipt for period 2/26 – 8/26/2008, dated 2/23/2008 |
| 54E | | | Rent payment receipt, for period 8/26/2008 – 2/26/2009 |
| 54F | | | Rent payment receipt for period 2/26 – 8/25/2009, dated 2/26/2009 |
| 54G | | | Rent payment receipt for period 9/15/2009 – 9/14/2010, dated 9/15/2009 |
| 54H | | | Rent payment receipt for period 8/26/2010 – 8/25/2011 |
| 55-58 | | | Photographs of former Morning Star Center residents |
| 59 | | | Child Profile |
| 60A | | | Morning Star Center "A Qui De Droit," dated Dec. 19, 2002 |
| 60B | | | English Translation of Exhibit 60A |

| United States v. Matthew Andrew Carter | | | Case. No.<br><br>11-20350-CR-JAL(s)(s) |
|---|---|---|---|
| **EX.<br>NO.** | **DATE<br>OFFERED** | **DATE<br>ADMITTED** | **DESCRIPTION OF EXHIBIT** |
| 61-62 | | | Photographs of former Morning Star Center residents |
| 63A | | | The Morning Star "A Qui De Droit," Aug. 22, 2005 |
| 63B | | | English Translation of Exhibit 63A |
| 64-67 | | | Photographs of former Morning Star Center residents |
| 68 | | | Photograph from newspaper article |
| 69-71 | | | Bottles of lotion |
| 72 | | | Bottles of lubricant |
| 73 | | | Summary of Haitian Immigration Stamps in Defendant's U.S. Passports |
| 74 | | | U.S. Passport of J.K. |
| 75 | | | Letter of Parental Authorization and Travel Agreement |
| 76 | | | Photograph of former Morning Star Center resident |
| 77-78 | | | Photographs of P.M., D.M. and I.M. |
| 79 | | | U.S. Passport of B.L. |
| 80 | | | September 2004 collage of photographs |
| 81 | | | Spring 2006 collage of photographs |
| 82 | | | Summer 2006 collage of photographs |
| 83 | | | Photograph of former Morning Star Center resident |
| 84 | | | Photograph of Defendant |
| 85 | | | Photograph of Defendant |
| 86 | | | Photograph of Defendant |
| 87A | | | TECS Passenger Activity Report for Matthew Carter |
| 87B | | | TECS Passenger Activity Report for J.K. |
| 88A | | | English Translation of Haitian immigration stamps in Defendant's U.S. Passports |
| 88B | | | English Translation of Haitian immigration stamps in J.K.'s U.S. Passport |
| 89A-N | | | Birth Certificates of former Morning Star Center residents |
| 90A-N | | | English Translations of Exhibits 89A-89N |
| 91 | | | Summary of Defendant's travel records |

| United States v. Matthew Andrew Carter | | | Case. No.<br>11-20350-CR-JAL(s)(s) |
|---|---|---|---|
| EX.<br>NO. | DATE<br>OFFERED | DATE<br>ADMITTED | DESCRIPTION OF EXHIBIT |
| 92 | | | Summary of Morning Star Center locations |
| 93 | | | Summary of Morning Star Center residents |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

7