UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date   February 5, 2013       Day #    1    Case No.   11-20350-CR(s(s)

CRD:  Patricia Mitchell                    Court Reporter  Lisa Edwards

Time: 9:15am-11:45/1:15 - 6:00pm            Interpreter   none

PARTIES:   USA vs.  Matthew Andrew Carter

|  GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

|  |  |
|---|---|
| ___ | Statement of case to jury - voir dire |
| ___ | Bench Trial Commenced |
| ___ | Jury began deliberations |
| _x_ | Jury impaneled & Sworn |

Two juror employer letters addressed, jurors questioned and remained on panel; Jurors sworn; Parties may brief the Court on the issue of redacting adult names on transcripts. Openings heard; defense objection to exhibit 28 overruled, the Court found govt provided sufficient notice; Juror #14 matter re-addressed, defense motion to strike juror granted, juror released; testimony heard, exhibits received; limited instruction given by the Court

___  Trial Continued_____ at_____

__  Jury returned verdict.  See verdict form
___     Court trial continued to _____ at _____am/pm
__     Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____