```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                  CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                   Plaintiff,          January 29, 2013

 6          vs.                          9:16 a.m. to 6:23 p.m.

 7    MATTHEW ANDREW CARTER,

 8                   Defendant.          Pages 1 to 312

 9   _____

10                          JURY TRIAL
                BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14
      FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132
                                         -and-
17                              BONNIE L. KANE, ESQ.
                                UNITED STATES DEPARTMENT OF JUSTICE
18                              1400 New York Avenue, NW
                                Suite 600
19                              Washington, DC 20530

20
      FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                              ADELSTEIN & MATTERS
                                2929 Southwest Third Avenue
22                              Suite 410
                                Miami, Florida 33129
23                                       -and-
                                PHILIP R. HOROWITZ, ESQ.
24                              9130 South Dadeland Boulevard
                                Suite 1910
25                              Miami, Florida 33156
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              400 North Miami Avenue
                                Twelfth Floor
 3                              Miami, Florida 33128
                                (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3                                                        PAGE

4    Jury Selection                                        20

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good morning.  You may be seated.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              MS. MEDETIS:  Good morning, your Honor.

 8              Maria Medetis and Bonnie Kane on behalf of the United

 9    States.

10              With us at counsels' table is Special Agents Matthew

11    Larko and Alvaro Flores.  And Dianna Ford will be joining us

12    later.  They are with the Department of Homeland Security,

13    Homeland Security Investigations.

14              THE COURT:  Good morning.

15              MS. KANE:  Good morning.

16              MR. ADELSTEIN:  And good morning, your Honor.

17              Stuart Adelstein and Philip Horowitz on behalf of

18    William Carter, who is present, and, also, with the Court's

19    permission, Mr. Reginald Hope, our investigator, sitting at the

20    table.

21              THE COURT:  Good morning.

22              MR. HOROWITZ:  Good morning, your Honor.

23              THE COURT:  First of all, in regard to the travel to

24    Haiti, as I understand it, my courtroom deputy had a conference

25    call with both sides after the Eleventh Circuit approved the
```

```
 1   budget for travel -- the security travel to Haiti.  Parties
 2   approached the Court about starting trial next week and
 3   traveling to Haiti this week on Wednesday.
 4           Upon hearing that information, I suggested that we
 5   pick a jury today and tomorrow -- if necessary, tomorrow, and
 6   that travel begin on Thursday, and that was satisfactory to the
 7   defense.  Correct?
 8           MR. ADELSTEIN:  It's my understanding that we're going
 9   to leave Thursday morning.
10           THE COURT:  Right.
11           MR. ADELSTEIN:  And, actually -- you said start the
12   trial Thursday?
13           THE COURT:  No.  No.  No.  You're going to travel
14   Thursday.
15           MR. ADELSTEIN:  Travel Thursday.  Yes, ma'am.
16           THE COURT:  Trial will start on Tuesday.
17           MR. ADELSTEIN:  Yes, ma'am.  That's exactly --
18           THE COURT:  That's satisfactory to the defense.
19   Correct?
20           MR. ADELSTEIN:  Yes.
21           THE COURT:  And that will enable you to accomplish the
22   investigation that you need to accomplish in Haiti prior to
23   trial?
24           MR. ADELSTEIN:  Yes, ma'am.
25           THE COURT:  Okay.
```

```
 1              MR. ADELSTEIN:  Thank you, your Honor.  And we thank
 2    you for that.
 3              THE COURT:  I'm glad it worked out.
 4              So the next order of business is, when we discussed
 5    the voir dire process last week and I described the process to
 6    the attorneys, if, in fact, a juror wishes to answer a question
 7    in private side-bar, does the defense waive the Defendant's
 8    presence side-bar for that questioning?
 9              MR. ADELSTEIN:  Could we have one second to confer?
10              (Discussion had off the record between the Defendant
11    and his counsel.)
12              MR. ADELSTEIN:  Yes.
13              THE COURT:  And if, in fact, we take up the selection
14    of the jury side-bar for challenges for cause and peremptory
15    challenges and hardship issues, does the defense waive the
16    Defendant's presence side-bar for that as well?
17              MR. ADELSTEIN:  Yes, we do, subject to giving us an
18    opportunity, obviously, to speak to our client.
19              THE COURT:  Obviously, I would give you an opportunity
20    to speak to your client.
21              MR. ADELSTEIN:  Yes.  Yes.
22              THE COURT:  Okay.  The Government submitted some voir
23    dire questions, which I have reviewed.  Let me review with you
24    those questions that I found appropriate.  You can voice any
25    objections you may have and then I'll rule on them.
```

7

```
 1              The first question that I found appropriate is A2,
 2     with some modification.  "It is a federal crime for a United
 3     States citizen to travel from the United States to a foreign
 4     country for the purpose of engaging in illicit sexual conduct
 5     with a child."
 6              And this is the modification:  "Is there any member of
 7     the jury panel who feels that they would not be able to sit and
 8     listen to the evidence in this case and be fair to both the
 9     Government and the Defendant?", striking that second sentence
10     that the Government proposed.
11              Any objection to that?
12              MR. ADELSTEIN:  No.
13              MS. MEDETIS:  No, your Honor.
14              THE COURT:  The next area of questioning that I found
15     appropriate was C, which is the sex offenses, though, rather
16     than ask them -- strike that.
17              Let me explain how I normally handle proposed voir
18     dire questions.  I ask them orally before we go into the
19     questionnaires.
20              It has been my experience over the years that
21     sometimes certain questions affect the orderly questioning of
22     the panel.  People get concerned.  They're difficult questions.
23     And I think these questions fall into that category.
24              So I find that C1 is appropriate.  And C2 I broadened
25     my questionnaire question rather than directing it towards
```

1    sexual offense.  And I'll read it to you.

2            But what I would propose for both of these questions,

3    C1 as it is, and C2, modified, is to incorporate into the

4    questionnaire that each juror is given so it's one of the many

5    questions that they're answering in the questionnaire rather

6    than asking it in open court and having people raise their

7    hands and start answering it, because they are questions of a

8    sensitive nature.

9            So does anybody have an objection to that?

10           MS. MEDETIS:  The Government does not.

11           MR. ADELSTEIN:  No, your Honor.

12           THE COURT:  So as far as Question No. 2 is concerned,

13   I took the liberty of preparing a proposed amended

14   questionnaire in the event that the parties didn't have a

15   problem with my suggestion and, of course, will give that to

16   you now.

17           Originally, Question 14 is:  "Have you ever been a

18   victim of a crime?"  That remains the same.

19           Question 15 -- Patricia, do you have the

20   questionnaires for them?  Maybe you can give them to them.

21           THE COURTROOM DEPUTY:  Yes, Judge.

22           (Tenders document to counsel.)

23           MR. ADELSTEIN:  Thank you.

24           THE COURT:  Question 15 is then C1:  "Have you or

25   anyone you know, including family members and friends, been a

```
 1   victim of a sexual offense in the United States or anywhere
 2   else?  If yes, answer may be given privately."  And then A and
 3   B.
 4          And then C2 I incorporated into 18, though it doesn't
 5   specifically identify a sexual offense.  But I broadened the
 6   question as it appeared in the original questionnaire to say:
 7   "Have you or any family member or close friend ever been
 8   accused of or investigated for a crime in the United States or
 9   anywhere else?"
10          MR. ADELSTEIN:  That's fine.  No objection.
11          THE COURT:  Any objection from the Government?
12          MS. MEDETIS:  No, your Honor.
13          THE COURT:  The next question that I found appropriate
14   was D1.  D2 is covered by the questionnaire.  D3 is covered by
15   the questionnaire.
16          And D4, with modification:  "Has any member of the
17   jury panel had any experience with local, state or federal law
18   enforcement officers that left you with either such positive or
19   negative feelings about the Government or law enforcement
20   officers that you would not be able to sit and listen to the
21   evidence in this case and be fair to both the Government and
22   the Defendant?"
23          MR. ADELSTEIN:  That's fine.
24          THE COURT:  Any objection from the Government?
25          MS. MEDETIS:  No objection.
```

```
 1              MR. ADELSTEIN:  No objection.

 2              THE COURT:  And that was the sum total of voir dire

 3    questions that were proposed.  Correct?

 4              MS. MEDETIS:  From the Government, your Honor, yes.

 5              MR. ADELSTEIN:  Yes.

 6              THE COURT:  Now, I have a witness list and a redacted

 7    witness list from the Government.  And I take it this is in

 8    regard to the minors.

 9              MS. MEDETIS:  Your Honor, we've redacted the names of

10    all victims, minors and adults, for purposes of a version of

11    the exhibit list that the United States would be filing.

12              THE COURT:  So this will be the filed witness list?

13              MS. MEDETIS:  Correct.

14              THE COURT:  When you call the witnesses in open court,

15    are you going to be using their full names?

16              MS. MEDETIS:  Your Honor, we'll be using the full

17    names of the adults per the agreement between the parties.

18    However, we would be asking that the Court redact their --

19    everyone's last name to the extent that the witness is a victim

20    for purposes of the transcript.

21              THE COURT:  What's the defense position in regard to

22    the transcript?

23              MR. HOROWITZ:  Judge, since the transcript is public

24    record, I would agree with the Government that, pursuant to the

25    protective orders, that that's the procedure we're going to
```

1    follow.  And I think your court reporter before she sends out

2    the daily transcripts is going to redact the names in

3    accordance with the protective order.

4            THE COURT:  Okay.  That's all victims.  Correct?

5            MS. MEDETIS:  Yes, your Honor.  All victims.

6            THE COURT:  So, then, if the court reporter then

7    compares the witness list with the redacted witness list,

8    she'll be able to easily identify who that applies to?

9            MS. MEDETIS:  That's correct, your Honor.  They

10   parallel each other.

11           THE COURT:  Do you have a copy of both of those, Lisa?

12           THE COURT REPORTER:  I have a copy of one, Judge.

13           THE COURT:  So we need to make sure she has both,

14   please.

15           MS. MEDETIS:  Your Honor, may I approach?

16           THE COURT:  Yes.

17           I want to be clear, though -- because I read a list of

18   potential witnesses to the jurors to see if they know anybody

19   who potentially is going to be called by either side and I see

20   I also have a potential defense witness list of names.

21           So I am going to utilize full names for all victims,

22   including the minors, in terms of voir dire, with the jurors.

23   But on the transcript, it will only appear as initials.

24           Is that how you wanted me to proceed?

25           MS. MEDETIS:  I think that that's the way we should

```
 1   proceed, just to make sure that the venire panel -- if they're
 2   given just a first name, I'm not sure that's going to
 3   appropriately make sure that they don't know everyone.
 4          So, yes, your Honor, we would ask that the full names
 5   be used for jury selection and that the names then be redacted
 6   for the transcript.
 7          MR. ADELSTEIN:  We concur.
 8          So all the names, therefore, are on the nonredacted
 9   list.  Correct?
10          MS. MEDETIS:  That's correct, Judge.
11          THE COURT:  Okay.  And when you call those witnesses
12   during trial, you're going to be utilizing their full names?
13          MS. MEDETIS:  We'll use the full names of the adults
14   and limit the name to the first name for the minors.  I can
15   provide the Court with a revised list that indicates who the
16   minors are ahead of time.  But our plan was to utilize the full
17   names of the adults.
18          THE COURT:  And the first name of the minors?
19          MS. MEDETIS:  Just the first names of the minors.
20          THE COURT:  Okay.  At some point, it may be
21   appropriate for me to give an instruction to the jury about the
22   utilization of just the first names.
23          So maybe the parties want to think about that, if you
24   think that's appropriate, and how -- if you do feel it's
25   appropriate, how it should be worded to the jury.
```

```
1          MR. HOROWITZ:  Judge, my concern is -- I think, if the
2    Government is going to call a minor as a witness, when they
3    call that witness, they should use the full name.
4          However, during the examination of the witness, they
5    can use the first name and first name only, and the transcript
6    will be redacted.
7          MR. ADELSTEIN:  That's our understanding.
8          MS. MEDETIS:  That's not my understanding, your Honor,
9    the way the protective order worked.  But if the parties can
10   just confer off-line about this and get -- and let the Court
11   know before testimony starts, I think that would make sense.
12         THE COURT:  That's fine.
13         MR. ADELSTEIN:  Judge, may I step out one moment?
14   Mr. Horowitz will be here.
15         THE COURT:  Yes.
16         MR. ADELSTEIN:  Just for one second.  Thank you.
17          (Thereupon, Mr. Stuart Adelstein retired from the
18   courtroom and the following proceedings were had:)
19         THE COURT:  We're traveling under the second
20   superseding indictment.  Correct?
21         MS. MEDETIS:  That's correct, your Honor.
22         MR. HOROWITZ:  That's my understanding as well, Judge.
23         THE COURT:  Now, on the defense list, 12, 13 and
24   14 are just first initials.
25         Do you have first names?
```

```
 1              MR. HOROWITZ:  Judge, Mr. Adelstein prepared that
 2   list.  So if we could just wait a moment until he gets back.
 3              THE COURT:  Okay.
 4              MR. HOROWITZ:  Judge, I have one question regarding a
 5   preliminary instruction.  I know it's become the fashion in
 6   many cases to warn jurors in advance not to use social media to
 7   discuss the case.
 8              Does the Court advise them of that or does the Court
 9   need me to file a proposed preliminary instruction?
10              THE COURT:  I do.  I have in the past.
11              MR. HOROWITZ:  I know it is starting to become more
12   and more prevalent.  So I want to know if the Court wants me to
13   file something or do you use a preliminary instruction in that
14   regard?
15              THE COURT:  I believe it's in the most recent
16   preliminary instructions.  Let me just check.
17              The 2010 preliminary instruction is quite extensive in
18   its reference to electronic communication.  And I just usually
19   broaden it to include smartphones and any access device.
20              Are you looking at it, Mr. Horowitz?
21              MR. HOROWITZ:  Judge, what page is it on?
22              MR. ADELSTEIN:  Yes.
23              THE COURT:  That's on Page 6 of the 2010 instructions.
24   Do you see it, under "Conduct of the Jury," after 1 through 6?
25              MR. HOROWITZ:  Yes.
```

1              THE COURT:  "In this age of instant electronic

2    communication and research, I want to emphasize that, in

3    addition to not talking face to face with anyone about the

4    case, you must not communicate with anyone about the case by

5    any other means, including by telephone, text messages,"

6    et cetera.  And it goes into research or search on Google.

7              MR. HOROWITZ:  That's fine, Judge.  I have it.

8              THE COURT:  It's fairly extensive and detailed.

9              And I incorporate it into other cautionary

10   instructions as well.

11             MR. HOROWITZ:  That's fine, Judge.  Thank you.

12             THE COURT:  Mr. Adelstein, on your potential defense

13   witness list, 12, 13 and 14 only have initials.  Is that the --

14             MR. ADELSTEIN:  I gave my last copy to --

15             THE COURT:  P. Phillips, N. Jones, J. Moody.

16             MR. ADELSTEIN:  That's all the names we have at the

17   present time.

18             THE COURT:  Okay.

19             MS. MEDETIS:  Judge, is that the same for the first

20   person listed on their witness list, G.R. Comben?

21             THE COURT:  And G.R. Comben.

22             MR. ADELSTEIN:  Yes.

23             THE COURT:  You're planning to call 74 witnesses?

24             MR. ADELSTEIN:  We hope not to call 74, but there's

25   potential witnesses that we have indicated based upon some

```
 1    investigation.  No.  I don't believe we will be calling

 2    74 witnesses, but in an abundance of caution....

 3            THE COURT:  We're still estimating four weeks.

 4    Correct?

 5            MR. ADELSTEIN:  Yes, ma'am.

 6            MS. MEDETIS:  Yes, your Honor, to the best of our

 7    ability, noting that there might be some delay built in there

 8    because some of the witnesses require an interpreter.  And so

 9    that might tack on a little bit of time.

10            But the Government doesn't anticipate going over two

11    weeks.  If we spill over, it would be a few additional days on

12    to a third week.  But, again, it really just depends on the

13    length of cross-examination.

14            And I would like to account for the -- the Government

15    would like to account for the fact that interpreters might

16    build in some length to the process.

17            THE COURT:  So my estimate is it's going to be five

18    weeks.  I'd rather overestimate than underestimate because I

19    want to hear from jurors what conflicts they have.

20            MS. MEDETIS:  Understood, Judge.

21            THE COURT:  We're just waiting for the jury now.

22            MS. MEDETIS:  Your Honor, may I raise one preliminary

23    matter before we start jury selection?

24            And that is to ask if the Court is going to be

25    inclined to swear the jury in once it's selected or wait until
```

1  defense counsel returns.

2         THE COURT:  No.  I'm not swearing the jury in until

3  Tuesday.

4         MS. MEDETIS:  Okay.  Very well, your Honor.

5         THE COURT:  I never swear a jury in until I start.

6         MR. ADELSTEIN:  I prefer it at the end of the trial,

7  if I can.

8         (Laughter.)

9         THE COURT SECURITY OFFICER:  They're lining the jurors

10 up now, Judge.

11        THE COURT:  Thank you.

12        Did you get a chart from Patricia?

13        MS. MEDETIS:  Yes, Judge, we did.

14        MR. ADELSTEIN:  Yes.  Thank you.

15        THE COURT:  The way I've organized it is 35 this

16 morning and 35 this afternoon.

17        MR. ADELSTEIN:  Okay.

18        THE COURT:  And on my estimation of 50 percent, I

19 think we should have a jury.  I always estimate 50 percent.  It

20 seems to have worked for the last 17-plus years.

21        MS. MEDETIS:  Judge, you noted the number of

22 alternates.  I don't know if you had said four, five or six

23 alternates.

24        THE COURT:  Right now we're at four.  We'll see how

25 the panel goes.  A minimum of four is what I want.  If we end

```
 1    up with enough to perhaps get five or six, which would be an
 2    additional one or two, an additional peremptory for both sides,
 3    then I may increase it, unless there's an objection to that
 4    procedure.  But I do want a minimum of four.
 5             MS. MEDETIS:  Certainly, Judge.
 6             THE COURT:  I don't normally read the names of the
 7    interpreters.
 8             MS. MEDETIS:  That's fine, Judge.  I didn't know what
 9    the preference was; so, I supplied them.
10             THE COURT:  That's fine.
11             Is there any overlap in these witness lists?
12             MS. MEDETIS:  There appears to be, Judge.  Yes.
13             THE COURT:  Can you direct me to any overlap?
14             MS. MEDETIS:  I haven't take a close look.  But at
15    first glance --
16             THE COURT:  Give it to me on the defense list.
17             MS. MEDETIS:  No. 54, Janet Knox.  No. 68, Betty Long.
18             THE COURT:  Is this an original, Mr. Adelstein?
19             MR. ADELSTEIN:  Yes.
20             THE COURT:  So it hasn't been filed?
21             MR. ADELSTEIN:  I did not file it because of the
22    names.
23             MS. MEDETIS:  Likewise, Judge, I can't be certain just
24    because of the -- the spelling appears to be a little bit
25    different than ours.
```

```
 1              But No. 64, ███████████.  He's listed as ████████
 2     ████████ on our list.
 3              MR. ADELSTEIN:  It's the same one.
 4              MS. MEDETIS:  Defense counsel confirms it's the same
 5     as D. XXXXXX, X-X-X-X-X-X, on the Government's list.
 6              THE COURT:  Okay.  Thank you.
 7              Mr. Adelstein, do you see any overlap that wasn't
 8     covered?
 9              MR. ADELSTEIN:  Judge, I gave my last witness list to
10     the court reporter.
11              THE COURT:  You're off the hook.
12              MR. ADELSTEIN:  I brought enough for everybody, I
13     thought.  But, of course, I was wrong once again.
14              THE COURT:  Do you want me to have Patricia make a
15     copy?  Would that help you?
16              MR. ADELSTEIN:  If the Court doesn't mind.
17              THE COURT:  Sure.
18              MS. MEDETIS:  Judge, I know Mr. Adelstein has not
19     filed this out of respect for the privacy of the victims here.
20     I just wanted to know, if he would be filing it at some point,
21     if he will be redacting the names or filing a redacted version.
22     The Government would prefer that.
23              THE COURT:  I think what we're going to have to do is
24     have the witness list with the full names filed under seal --
25              MR. ADELSTEIN:  That's fine.
```

```
 1              THE COURT:  -- and the redacted list filed in the
 2   public record.
 3              MS. MEDETIS:  Understood, Judge.
 4              MR. ADELSTEIN:  Okay.  I want you to know, while we're
 5   waiting, Mr. Horowitz told me to bring a computer.  I don't
 6   know, really, what for, because I don't know how to work a
 7   computer.
 8              MR. HOROWITZ:  Judge, he needs a paperweight.
 9              MR. ADELSTEIN:  But he told me to bring one that looks
10   good.
11              Judge, we have the witness list here.
12              THE COURT:  You do?  Okay.  It's a good thing you have
13   Mr. Horowitz.
14              THE COURTROOM DEPUTY:  Judge, are you ready?
15              THE COURT:  Yes, please.
16              MR. HOROWITZ:  It seems that every time I have a trial
17   in here I'm the technical guy.
18              (Whereupon, Prospective Jury Panel No. I entered the
19   courtroom at 9:51 a.m. and the following proceedings were had:)
20              THE COURT:  Good morning.
21              THE PROSPECTIVE JURY PANEL:  Good morning.
22              THE COURT:  You may be seated.
23              Ladies and gentlemen of the jury, I wanted to welcome
24   you to our courtroom.  I am Judge Lenard, a United States
25   district judge for the Southern District of Florida.  I will
```

 1    preside over this case.

 2            The jury is an institution of the common law.  It is

 3    recognized, preserved and protected by our Constitution.  Jury

 4    service is one of the most important duties that you, as a

 5    citizen, are called upon to perform.

 6            I am aware that, for some of you, this is your first

 7    call to jury service and these proceedings are totally

 8    unfamiliar to you.  Please do not be apprehensive or feel

 9    inadequate.  As we go along, I will acquaint you with the

10    proceedings and I will instruct you as to what your role is and

11    what your duties will be.

12            In order that you will know the court personnel with

13    whom you will be working and their respective duties, I will

14    introduce them to you at this time.

15            The courtroom deputy, whom you already met, is

16    Patricia Mitchell.  She assists in the administration of cases

17    that comprise the Court's docket and in the coordination of the

18    day-to-day operations of the Court.

19            The court reporter is Lisa Edwards.  She transcribes

20    and takes down everything that is said in the courtroom,

21    including the statements that I am now making, the questions

22    that will subsequently be propounded to you, your answers and

23    all other matters in this case.

24            We also have court security officers.  Their job is to

25    enforce the Court's orders and take charge of the jury.

```
 1            If you desire information concerning your personal

 2   welfare, you should make your inquiries known to either the

 3   court security officer or courtroom deputy, who will, if

 4   necessary, arrange with the Court to hear you on such matters.

 5            However, you must not question either the court

 6   security officer or courtroom deputy concerning the case that

 7   is being tried.

 8            The case set to begin trial today is that of United

 9   States of America versus Matthew Andrew Carter.

10            Are counsel ready to proceed?

11            MS. MEDETIS:  They are, your Honor.

12            MR. ADELSTEIN:  Yes, your Honor.

13            THE COURT:  Ladies and gentlemen, I will be asking you

14   questions touching on your qualifications to serve as jurors in

15   this particular case.  This part of the case is known as voir

16   dire examination, "voir dire" meaning to speak the truth.

17            This examination is for the purpose of determining if

18   your decision in this case would be influenced in any way by

19   opinions you now hold or by some personal experience or special

20   knowledge you may have concerning the case to be tried.

21            The object is to obtain a jury who will impartially

22   try the issues of this case upon the evidence presented in this

23   courtroom without being influenced by any other factors.

24            Please understand this questioning is not for the

25   purpose of prying into your affairs for personal reasons, but
```

1    is only for the purpose of obtaining an impartial jury.

2            Not all of you will have the privilege to sit as a

3    juror in this case.  There are many reasons why a person may

4    not be selected as a juror.  Either side can ask that you be

5    excused without giving a reason or the Court can excuse you.

6            If you are excused, please do not be offended or feel

7    that your honesty or integrity is being questioned.  It is not.

8            If you would swear in all the potential jurors,

9    please.

10           THE COURTROOM DEPUTY:  Yes, Judge.

11           (Whereupon, Prospective Jury Panel No. I was duly

12   sworn.)

13           THE COURT:  Before I begin my questioning, I want to

14   go over a few housekeeping matters with you.

15           First of all, I want to tell you about my courtroom.

16   I think we've been here eight-plus years already.  For the ten

17   years -- almost ten years prior to that -- nine and a half -- I

18   was in a courtroom with no light, with no windows.  So I really

19   like having natural light in the courtroom.

20           The one glitch always seems to be our handheld

21   microphone which you shall utilize during the voir dire process

22   when you're answering questions.  So I ask for your patience

23   with the handheld microphone.

24           It's also helpful for Lisa if, when you're answering a

25   question, if you would first state your name.  That way, she

1   can make sure that you're properly identified in the record.

2         I want to tell you about my trial schedule.  I do not

3   hear trials on Mondays.  On Mondays, I hear other matters in my

4   docket.  So the trial week is Tuesday through Friday, for

5   morning and afternoon sessions.

6         This trial actually will be starting next Tuesday,

7   which will be February 5th.  So today and tomorrow will be jury

8   selection and then the trial will start on the 5th.  And the

9   trial is estimated to last approximately five weeks.

10        Does either my schedule or the length of the trial

11  present an insurmountable problem to any member of the jury

12  panel?

13        And my questions are directed to those persons who are

14  seated in what we call the jury box and those persons seated in

15  the gallery as well.

16        Any problems with my schedule or with the length of

17  the trial?

18        We'll start in the box, please.  If you would first

19  state your name.

20        PROSPECTIVE JUROR NO. 16:  Jessalena Rivers.

21        Five weeks?  I have a child to take care of, and five

22  weeks is a long time.

23        THE COURT:  How old is your child?

24        PROSPECTIVE JUROR NO. 16:  6.

25        THE COURT:  Do you work?

```
 1              PROSPECTIVE JUROR NO. 16:  Yes.

 2              THE COURT:  So who takes care of the child?  He's in

 3    school?

 4              PROSPECTIVE JUROR NO. 16:  In school, yes.

 5              THE COURT:  What happens after school?

 6              PROSPECTIVE JUROR NO. 16:  I pick him up because I'm

 7    off work.

 8              THE COURT:  What time do you get off work?

 9              PROSPECTIVE JUROR NO. 16:  3:00.

10              THE COURT:  And is there anyone else who could take

11    care of the child?

12              PROSPECTIVE JUROR NO. 16:  Well, my mom could have,

13    but she just had surgery.

14              THE COURT:  Anyone else?

15              PROSPECTIVE JUROR NO. 16:  No.  I have sisters, but

16    they're pregnant.

17              THE COURT:  So there's no one else who could pick him

18    up at school and take him to their house?

19              PROSPECTIVE JUROR NO. 16:  No.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR NO. 15:  Hey.  Scott Lenter.

22              I do standup comedy.  I have some road dates scheduled

23    over the next, you know, several weeks.  So I'll be out of town

24    from time to time.

25              THE COURT:  Do you know what they are?
```

 1           PROSPECTIVE JUROR NO. 15:  Yeah.  I'll believe at

 2   Bonkers in Atlanta over -- I think it's two weekends from now.

 3   I could pull out my phone and check the schedule.  I'm also

 4   going to Knoxville, Tennessee.

 5           THE COURT:  Is it normally on a weekend?

 6           PROSPECTIVE JUROR NO. 15:  It's like Thursday through

 7   Sunday, that type of thing.

 8           THE COURT:  Free advertising for you.

 9           Thursday through Sunday.  How many trips?

10           PROSPECTIVE JUROR NO. 15:  I have two as of right now

11   over the next month and then, hopefully, you know, there will

12   be more as well.

13           THE COURT:  So two trips.  And on all those trips, you

14   leave Thursday when?  During the day?

15           PROSPECTIVE JUROR NO. 15:  I usually end up leaving

16   Wednesday and the shows are Thursday through Sunday.

17           THE COURT:  You're already booked for those two?

18           PROSPECTIVE JUROR NO. 15:  For those two.  Yeah.

19           THE COURT:  Okay.

20           Yes.

21           PROSPECTIVE JUROR NO. 14:  James Boldman.

22           I have surgery scheduled for March 13th and then I

23   have preoperative doctor visits and lab tests prior to that

24   date.

25           THE COURT:  Okay.  And is this an extensive surgery or

 1    outpatient surgery?

 2             PROSPECTIVE JUROR NO. 14:  It's -- it's shoulder

 3    surgery.

 4             THE COURT:  Okay.

 5             PROSPECTIVE JUROR NO. 11:  Silvia Lopez.

 6             I have two elderly parents who on January 1st both

 7    went to the hospital.  My father had a stroke and my mother had

 8    critical back pain.  She was evaluated for surgery yesterday.

 9             They're both at home.  They're doing better.  But they

10    have followup appointments.  My mother has a followup

11    appointment next week for an injection to relieve the pain and

12    then the following week both have to go to the doctor again for

13    followups and my mother for clearance for potential back

14    surgery.

15             THE COURT:  And is there anyone else in the family who

16    could take them for the appointments?

17             PROSPECTIVE JUROR NO. 11:  I have a brother, but he

18    travels for work.  Next week he's going to be away the entire

19    week.

20             THE COURT:  What day is this next week for your mom?

21             PROSPECTIVE JUROR NO. 11:  The 6th of February.  She

22    has an appointment for an injection for back pain.

23             THE COURT:  What time is the appointment?

24             PROSPECTIVE JUROR NO. 11:  At 3:00 in the afternoon.

25             On February 15th, in the morning, she has a

```
 1    pre-surgery clearance appointment with her primary-care

 2    physician.

 3            THE COURT:  What time is that?

 4            PROSPECTIVE JUROR NO. 11:  It's early in the morning,

 5    around 8:00.

 6            THE COURT:  Okay.

 7            PROSPECTIVE JUROR NO. 10:  Ana Leon.

 8            I'm 1099.  In other words, I'm self-employed.  I'm a

 9    Pilates instructor.  I work every day from 6:00 in the morning

10    to 1:00.

11            A five-week trial would basically devastate my

12    business and cost me about 7- to $8,000.  And my family counts

13    on that income.

14            THE COURT:  Okay.

15            PROSPECTIVE JUROR NO. 8:  Marcia McLean.

16            I'm scheduled to visit my 92-year-old mother.  I got a

17    couple days off from work.  And this is around February 19th.

18            My brothers actually take of her with a caretaker.

19    And they're scheduled -- one of them, actually, is scheduled to

20    go out of town.  So I would be relieving him at night.  And I

21    have to fly to Atlanta, Atlanta, Georgia.

22            THE COURT:  So you're flying to Atlanta on the 19th?

23            PROSPECTIVE JUROR NO. 8:  Around about the 18th, 19th.

24            THE COURT:  For how long?

25            PROSPECTIVE JUROR NO. 8:  I would return on the
```

```
 1   25th -- 25th, 26th of February to go back to work.

 2            THE COURT:  Okay.

 3            PROSPECTIVE JUROR NO. 1:  Jackson Dorsica.

 4            For my religious beliefs -- I'm a Jehovah Witness -- I

 5   cannot judge anybody.

 6            THE COURT:  Okay.

 7            PROSPECTIVE JUROR NO. 2:  Good morning.

 8            Sinforiano Echeverria.

 9            Just in the spirit of full disclosure, I just started

10   a new job with a new firm.  It's all commission-based.  So five

11   weeks would severely impact my take-home pay.

12            THE COURT:  What do you do?

13            PROSPECTIVE JUROR NO. 2:  I'm a new financial advisor.

14            THE COURT:  Okay.

15            PROSPECTIVE JUROR NO. 4:  Good morning.

16            Ben Lucas.

17            I'm a public defender in state court.  I have a lot of

18   clients, like 50 or so, and the most pressing commitment that I

19   have is a demand for speedy trial, a special set trial for

20   February 11th.  So I think that will be a problem.

21            THE COURT:  Or someone else could cover it.

22            PROSPECTIVE JUROR NO. 4:  Well, I just wanted to make

23   you aware that that is going on.

24            THE COURT:  How long is that trial supposed to be?

25            PROSPECTIVE JUROR NO. 4:  Probably three days at the
```

1    max.

2            THE COURT:  Okay.

3            PROSPECTIVE JUROR NO. 20:  Catherine Mannion.

4            I have a meeting in Gainesville the 12th through the

5    14th next month.  And I have a speaking --

6            THE COURT:  There's March 12th through the 14th?

7            PROSPECTIVE JUROR NO. 20:  No.  February.  Are we in

8    February yet?  No.

9            THE COURT:  You're right.  I'm ahead of schedule.

10           February 12th through the 14th.

11           PROSPECTIVE JUROR NO. 20:  That's correct.

12           I also have a speaking engagement on the 21st of

13   February.

14           THE COURT:  What are you speaking about?

15           PROSPECTIVE JUROR NO. 20:  I do training.  I'm a

16   professor with the University of Florida and I conduct

17   trainings.  It's part of a training program.

18           THE COURT:  What do you train?

19           PROSPECTIVE JUROR NO. 20:  Entomology.

20           THE COURT:  Okay.

21           PROSPECTIVE JUROR NO. 22:  My name is Robert Bradley.

22           I have an elderly mother, 92 years old.  She's

23   bedridden and blind.  Along with my wife, I have to help take

24   care of her as far as feeding her.

25           THE COURT:  Do you work, sir?

```
 1            PROSPECTIVE JUROR NO. 22:  I do.  I work a midnight

 2   shift at a mental health program.

 3            THE COURT:  So you work all night and then you take

 4   care of your mom during the day?

 5            PROSPECTIVE JUROR NO. 22:  Yes, pretty much.

 6            THE COURT:  Anybody else who could replace you

 7   during --

 8            PROSPECTIVE JUROR NO. 27:  Hello, your Honor.

 9            THE COURT:  One moment.

10            Come back to Mr. Bradley, please.

11            Is there anyone else who could replace you if you were

12   serving?

13            PROSPECTIVE JUROR NO. 22:  Just my wife and I are the

14   only two that are helping take care of her.

15            THE COURT:  Could she cover your time for taking care

16   of your mom?

17            PROSPECTIVE JUROR NO. 22:  When I'm not there, she's

18   taking care of her.  When I'm there, I'm taking care of her.

19            THE COURT:  Does your wife work?

20            PROSPECTIVE JUROR NO. 22:  No.

21            THE COURT:  So your wife could then take care of your

22   mom if you were serving on the jury?

23            PROSPECTIVE JUROR NO. 22:  Not full time.  She'd have

24   to get some rest.

25            THE COURT:  You could take care of her, let's say,
```

```
 1    after court.  Correct?

 2              PROSPECTIVE JUROR NO. 22:  I guess.  But it would be

 3    kind of rough on my wife.  Yeah.

 4              THE COURT:  Okay.

 5              PROSPECTIVE JUROR NO. 27:  Good morning, your Honor.

 6              Ernesto Fernandez.

 7              I have my own business.  I'm self-employed.  I get

 8    myself to work.  I cannot spend five weeks in here.  Otherwise,

 9    I would have to close down my business.

10              THE COURT:  What kind of business do you have?

11              PROSPECTIVE JUROR NO. 27:  I'm a flooring contractor.

12              THE COURT:  Okay.

13              PROSPECTIVE JUROR NO. 26:  Good morning.

14              Abraham Landman.

15              My son is getting married on the 9th of February and

16    we have a Jewish celebration on the 7th, in the synagogue.

17              THE COURT:  And when is it -- Mazel Tov, by the way.

18              PROSPECTIVE JUROR NO. 26:  Thank you.

19              THE COURT:  When is the ceremony on the 7th?

20              PROSPECTIVE JUROR NO. 26:  In the synagogue.

21              THE COURT:  What time on the 7th?

22              PROSPECTIVE JUROR NO. 26:  In the morning.

23              THE COURT:  In the morning?

24              PROSPECTIVE JUROR NO. 26:  Yes.

25              THE COURT:  Okay.
```

     1              PROSPECTIVE JUROR NO. 24:  Good morning.

     2         My name is Blanca Del Rio.

     3         I have a schedule for cataract surgery on

     4    February 28th.  Two weeks after, I will have my left eye

     5    surgery, also.

     6              THE COURT:  So you're having one eye and then the

     7    other eye?

     8              PROSPECTIVE JUROR NO. 24:  Uh-huh.

     9              THE COURT:  Okay.

    10              PROSPECTIVE JUROR NO. 26:  James Cadet.

    11         I'm a student at FIU.  Next week I have two exams, one

    12    on Wednesday and one on Thursday.  The following week I'm

    13    scheduled to go out of town to New York from February 13th to

    14    the 16th, which I believe is a Wednesday to a Saturday.

    15              THE COURT:  What time are your exams?

    16              PROSPECTIVE JUROR NO. 23:  On Wednesday, at 3:00 to

    17    4:15.  On Thursday, it's from 9:00 to 11:00.  The class is from

    18    9:00 to 11:45 in the morning.  I believe it's like an

    19    hour-and-15-minute exam.

    20              THE COURT:  Okay.

    21              PROSPECTIVE JUROR NO. 29:  My name is Luis Bustamante.

    22         My biggest issue is my health.  I'm a Type 1 diabetic

    23    on an insulin pump.  I'm having issues with my diabetes now.  I

    24    have doctors' appointments scheduled on March 1 and March 11.

    25    I have neuropathy issues.  I have to go for therapy on my left

```
 1    shoulder.

 2              As a matter of fact, I'm employed, but I do have FMLA.

 3    The whole purpose of that is because of my condition.

 4              THE COURT:  Okay.

 5              PROSPECTIVE JUROR NO. 30:  Hello.

 6              I'm Willie Rodriguez.

 7              And I have a scheduled trip on Friday to Sunday.  And

 8    then on Monday I have a new job training.

 9              THE COURT:  Wait.  Friday -- this Friday?  The 1st?

10              PROSPECTIVE JUROR NO. 30:  Correct.  This Friday.

11              THE COURT:  To Sunday?

12              PROSPECTIVE JUROR NO. 30:  Yes.  To Sunday.

13              Then on Monday I start a new job.

14              THE COURT:  And Monday --

15              PROSPECTIVE JUROR NO. 30:  It's training.

16              THE COURT:  Where are you going to be starting?

17              PROSPECTIVE JUROR NO. 30:  At Carnival Cruise Lines.

18              THE COURT:  What are you doing for Carnival?

19              PROSPECTIVE JUROR NO. 30:  I'm going to be a call

20    center specialist.

21              THE COURT:  So you have training?

22              PROSPECTIVE JUROR NO. 30:  Yes.  Training.

23              THE COURT:  How long is training?

24              PROSPECTIVE JUROR NO. 30:  Eight weeks.

25              THE COURT:  Do they always have training?
```

```
 1              PROSPECTIVE JUROR NO. 30:  No.  They only schedule the

 2   classes for eight weeks and then you go into the job.

 3              THE COURT:  Okay.

 4              PROSPECTIVE JUROR NO. 31:  Emanuel Oliver.

 5              I'm a student at Miami-Dade College.  Five weeks would

 6   put me in time frame for mid-terms.  I also have a trip

 7   scheduled March 6th through the 8th.

 8              THE COURT:  Okay.  Thank you.

 9              PROSPECTIVE JUROR NO. 32:  My name is Jorge

10   Figueroa-Martinez.

11              I'm an insurance agent.  I'm self-employed.  I'm just

12   by myself.

13              My wife lost her job last August.  So that job was

14   steady income.  Now it depends on me.  I depends on leads I

15   could visit, people anytime.  But I depend on when they accept

16   my visit.  They set up the appointments.

17              So I could -- for a week, it wouldn't be a problem.

18   But five weeks, it will be trouble for my family -- for me and

19   my wife, I mean.

20              THE COURT:  Thank you, sir.

21              PROSPECTIVE JUROR NO. 35:  My name is Rosa Quinones.

22              Jehovah Witness.  So I won't be able to be here.

23              THE COURT:  Okay.

24              PROSPECTIVE JUROR NO. 9:  Good morning.

25              My name is Eugene Ramos.
```

1              I'm a religious person.  I cannot judge anybody.

2    Also, I do have problems with the diabetes.  And I'm taking

3    medications.

4              THE COURT:  Okay.  I'm going to read the indictment to

5    you.

6              United States District Court, Southern District of

7    Florida, Case No. 11-20350-CR-Lenard, United States of America

8    versus Matthew Andrew Carter, also known as William Charles

9    Harcourt, also known as Bill Carter.

10             Second superseding indictment.

11             Count 1:  The grand jury charges that, on or about

12   October 2nd, 2001, in Miami-Dade County, in the Southern

13   District of Florida and elsewhere, the Defendant, Matthew

14   Andrew Carter, also known as William Charles Harcourt, also

15   known as Bill Carter, a United States citizen, did travel in

16   foreign commerce from the United States, that is, Miami

17   International Airport in Miami, Florida, to Haiti for the

18   purpose of engaging in any sexual act as defined in Title 18,

19   United States Code, Section 2246, with a person under 18 years

20   of age.  That would be in violation of Title 18, United States

21   Code, Chapter 109A, if the sexual act occurred in the special

22   maritime and territorial jurisdiction of the United States, in

23   violation of Title 18, United States Code, Section 2423(b).

24             Count 2:  On or about October 30th, 2003, in

25   Miami-Dade County, in the Southern District of Florida and

1   elsewhere, the Defendant, Matthew Andrew Carter, also known as

2   William Charles Harcourt, also known as Bill Carter, a United

3   States citizen, did travel in foreign commerce from the United

4   States, that is, Miami International Airport, in Miami,

5   Florida, to Haiti for the purpose of engaging in any illicit

6   sexual conduct as defined in Title 18, United States Code,

7   Section 2423(f) with another person under 18 years of age, in

8   violation of Title 18, United States Code, Section 2423(b).

9          Count 3:  On or about November 27th, 2004, in Broward

10  County, in the Southern District of Florida and elsewhere, the

11  Defendant, Matthew Andrew Carter, also known as William Charles

12  Harcourt, also known as Bill Carter, a United States citizen,

13  did travel in foreign commerce from the United States, that is,

14  Fort Lauderdale-Hollywood International Airport in

15  Fort Lauderdale, Florida, to Haiti for the purpose of engaging

16  in any illicit sexual conduct as defined in Title 18, United

17  States Code, Section 2423(f), with another person under

18  18 years of age, in violation of Title 18, United States Code,

19  Section 2423(b).

20         Count 4:  On or about February 27th, 2006, in

21  Miami-Dade County, in the Southern District of Florida and

22  elsewhere, the Defendant, Matthew Andrew Carter, also known as

23  William Charles Harcourt, also known as Bill Carter, a United

24  States citizen, did travel in foreign commerce from the United

25  States, that is, Miami International Airport in Miami, Florida,

1    to Haiti for the purpose of engaging in any illicit sexual

2    conduct as defined in Title 18, United States Code,

3    Section 2423(f), with another person under 18 years of age, in

4    violation of Title 18, United States Code, Section 2423(b).

5            Count 5:  On or about September 15th, 2009, in Broward

6    County, in the Southern District of Florida and elsewhere, the

7    Defendant, Matthew Andrew Carter, also known as William Charles

8    Harcourt, also known as Bill Carter, a United States citizen,

9    did travel in foreign commerce from the United States, that is,

10   Fort Lauderdale-Hollywood International Airport in

11   Fort Lauderdale, Florida, to Haiti for the purpose of engaging

12   in any illicit sexual conduct as defined in Title 18, United

13   States Code, Section 2423(f), with another person under

14   18 years of age, in violation of Title 18, United States Code,

15   Section 2423(b).

16           Count 6:  On or about May 8th, 2011, in Miami-Dade

17   County, in the Southern District of Florida and elsewhere, the

18   Defendant, Matthew Andrew Carter, also known as William Charles

19   Harcourt, also known as Bill Carter, a United States citizen,

20   did attempt to travel in foreign commerce from the United

21   States, that is, from Miami International Airport in Miami,

22   Florida, to Haiti, for the purpose of engaging in any illicit

23   sexual conduct as defined in Title 18, United States Code,

24   Section 2423(f), with another person under 18 years of age, in

25   violation of Title 18, United States Code, Sections 2423(b) and

```
 1    (e).
 2              Is there any member of the jury panel who has heard,
 3    read or knows anything about this case?
 4              Would counsel for the Government and for the defense
 5    introduce themselves and the persons associated with them at
 6    counsel table, please.
 7              MS. MEDETIS:  Certainly.
 8              Good morning, ladies and gentlemen.  Good morning.
 9              MS. KANE:  Good morning.
10              MS. MEDETIS:  My name is Maria Medetis.  I represent
11    the United States along with Bonnie Kane.
12              Also at counsel table is Special Agent Matthew Larko,
13    Special Agent Alvaro Flores and Special Agent Dianna Ford of
14    the Homeland Security Investigations, Department of Homeland
15    Security.
16              MR. ADELSTEIN:  Good morning, folks.
17              My name is Stu Adelstein.  And I and Mr. Horowitz,
18    Phil Horowitz, represent Mr. Carter.
19              And assisting us is Reginald Hope.
20              THE COURT:  Is there any member of the jury panel who
21    knows any of the persons who were introduced to you in the
22    courtroom by the fact that you have had any contact with any of
23    those persons whatsoever, whether it be business or social?
24              PROSPECTIVE JUROR NO. 4:  Ben Lucas.
25              Yes.  I've seen Mr. Adelstein in court, but I've had
```

 1   no interactions that I can recall.

 2         THE COURT:  Okay.  I'm going to read a list of

 3   potential witnesses to you.

 4         José Escamilla, J. XXXXXXXXX XXXXXX, J. XXXXXXXX,  P.

 5   XXXXXX, Becky McLaren, Heather Harvey, Janet Knox, O.

 6   XXXXXXXXX, P. XXXXX XXXXXXX, S. XXX, J. XXXXX, Betty Long,

 7   Michael Bentotila, Du Tran, Roger Altieri, W. XXXXXXXX, J.

 8   XXXXXXX, J. XXXXX XXXXXX, R. XXXXX, W. XXXX, S. XXX XXXXXXXXX

 9   XXXXXX, S. XXXXX, P. XXXXXXX, D. XXXXXXX, I. XXXXXXX, David

10   McCrum, Jamie Cordero, Faith Ludwick, D. XXXXXXX, C. XXXXXXXX,

11   J. XXXXXXX, W. XXXX, G. XXXXXXX, Nabil Salem, Richard Wilkins,

12   G.R. Comben, Rod Daniels, Simon Carter, Jack Gill, Robert

13   Laing, Nigel Pipe, Paul Tucker, Marc Browning, Raymond Walsh,

14   Barry Carmichael, Robert McLeish, P. Phillips, N. Jones,

15   J. Moody, Michael Mead, Shelvy Streeter, Melvin Percy, Ricardo

16   Estil, Michael Ekes, Yvon Augustin, Jim Powell, Rita Estil,

17   José Hector Rodriguez, Maria Meteyer, Jarvis Streeter, Bonita

18   Jackson, Hattie Jones, Lela Keith, Donna Shu, Pamela Powell,

19   Susan Bennett, Bobby Burnett, Sherri Burnett, Becky Carver,

20   Brian Carver, Carlton Davis, Fadi Hashem, Evelyn Jean Louise,

21   Jim Neidzielski, Ted Maxwell, Alan Shu, Jack Reinhardt, Gary

22   Insley, Pascal Bain, Michael Raybon, Jean Eddie Charles, Jean

23   Allison Abraham, Matthew Jean Charles, Scott Durse, Michael

24   Brewer, Jim Weingart, Linda Cortesi, Tony Cortesi, Kim Wiles,

25   Bertha Wiles, Kate Jensen, Steven Brea, Susan Reinhardt,

```
 1    Michael Geilenfeld, Matthew Larko, Marcel Ternival, Laura

 2    Raybon, Allen Randall, Allan Stohls, Woodjerry Remului, Matthew

 3    Jean Charles, Skibeur Abraham, Diane Kimball, Gregory Williams,

 4    Joe Tassey, Jeff Redundo, Jean Ellison Abraham, Jim Wilson,

 5    Alexander McKinson.

 6              Is there any member of the jury panel who recognizes

 7    any of the names that I just read to you by the fact that you

 8    have had any contact with any of those persons whatsoever,

 9    whether it be business or social?

10              It is a federal crime for a United States citizen to

11    travel from the United States to a foreign country for the

12    purpose of engaging in illicit sexual conduct with a child.

13              Is there any member of the jury panel who feels that

14    they would not be able to sit and listen to the evidence in

15    this case and be fair to both the Government and the Defendant?

16              PROSPECTIVE JUROR NO. 7:  Suzette Fernandez, No. 7.

17              I know someone who was sexually assaulted from

18    10 years of age till she left home.

19              THE COURT:  Do you understand that every defendant is

20    presumed innocent --

21              PROSPECTIVE JUROR NO. 7:  Yes.

22              THE COURT:  -- until proven guilty by the Government

23    beyond a reasonable doubt?

24              PROSPECTIVE JUROR NO. 7:  Yes.

25              THE COURT:  And do you understand that, as the
```

1    Defendant sits here today, that he is presumed innocent?

2              PROSPECTIVE JUROR NO. 7:  Correct.  Yes.

3              THE COURT:  Would you be able to put aside the person

4    that you know, their experience, and sit and listen to the

5    evidence in this case and be fair to both the Government and

6    the Defendant?

7              PROSPECTIVE JUROR NO. 7:  No.

8              THE COURT:  Yes.  Ms. Rivers.

9              PROSPECTIVE JUROR NO. 16:  Jessalena Rivers.

10             As a child, I was sexually assaulted.  So I wouldn't

11   be fair at all.

12             THE COURT:  Okay.  This case was investigated by

13   Immigration and Customs Enforcement, Homeland Security

14   Investigations.

15             Is there any member of the jury panel who you yourself

16   or a member of your family or a close friend, to the best of

17   your knowledge, has had any experience with this agency or any

18   agency of the United States Government that would or could

19   prejudice you either for or against the Government?

20             PROSPECTIVE JUROR NO. 21:  No. 21.

21             Good morning.

22             My ex-daughter-in-law is the chief of police of Miami

23   Beach.

24             THE COURT:  Would that affect your ability to be a

25   fair and impartial juror?

1        PROSPECTIVE JUROR NO. 21:  Yes.

2        THE COURT:  Has any member of the jury panel had any

3   experience with local, state or federal law enforcement

4   officers that left you with either such positive or negative

5   feelings about the Government or law enforcement officers that

6   you would not be able to sit and listen to the evidence in this

7   case and be fair to both the Government and the Defendant?

8        PROSPECTIVE JUROR NO. 22:  Robert Bradley.

9        I was arrested back in 1984 for a burglary charge,

10  even though I don't have a conviction.  But I am kind of

11  partial towards law enforcement.  I have a negative feelings.

12       THE COURT:  Would you be able to put aside whatever

13  negative feelings that you have regarding law enforcement

14  because of that incident and sit and listen to the evidence in

15  this case and be fair to both the Government and the Defendant?

16       PROSPECTIVE JUROR NO. 22:  No.  I don't think so.

17       THE COURT:  Okay.

18       PROSPECTIVE JUROR NO. 15:  Scott Lenter.

19       I've been arrested a good amount of times, a couple of

20  times which I had my rights violated.  It would be tough for me

21  to be impartial.

22       THE COURT:  Would you be able to put aside those

23  incidents and sit and listen to the evidence in this case and

24  be fair to both the Government and the Defendant?

25       PROSPECTIVE JUROR NO. 15:  I don't think so.

```
 1              THE COURT:  If you were selected to sit on this case,
 2   will you all be able to render a verdict solely on the evidence
 3   presented at trial and in the context of the law as I will give
 4   it to you in my instructions, disregarding any other ideas,
 5   notions or beliefs about the law that you may have encountered
 6   in reaching your verdict?  Will you all be able to follow the
 7   Court's instructions on the law?
 8              PROSPECTIVE JUROR NO. 1:  Jackson Dorsica.
 9              THE COURT:  Is that because your religious beliefs?
10              PROSPECTIVE JUROR NO. 1:  Yes.
11              THE COURT:  Is there anyone who would not be able to
12   follow the Court's instructions on the law for a reason that
13   you have not already told me?
14              We're going to turn to the questionnaires that you
15   were given when you came into the courtroom.  Everyone has a
16   copy of the questionnaire; so, you don't need to read the
17   question to us.
18              It is helpful for Lisa if you will give a number.  And
19   if you forget to give a number at some point, I'll probably
20   jump in and say a number so that it's reflected in the record.
21              So we're going to start with Juror No. 1, Mr. Dorsica.
22              PROSPECTIVE JUROR NO. 1:  Yes.
23              THE COURT:  Yes, sir.  If you would, stand and give us
24   your answers, please.
25              PROSPECTIVE JUROR NO. 1:  My name is Jackson Dorsica.
```

```
 1              I was born in Haiti.

 2              Occupation, computer engineering.

 3              I live in North Miami for ten years.

 4              I'm married.

 5              I have two kids.

 6              THE COURT:  Is your wife working?

 7              PROSPECTIVE JUROR NO. 1:  No.

 8              THE COURT:  How old are your children?

 9              PROSPECTIVE JUROR NO. 1:  6 and 13.

10              THE COURT:  And they're in school?

11              PROSPECTIVE JUROR NO. 1:  Yes.

12              THE COURT:  No. 9?

13              PROSPECTIVE JUROR NO. 1:  I work on computers.  That's

14    what I do.  So....

15              THE COURT:  No. 10?

16              PROSPECTIVE JUROR NO. 1:  No.

17              THE COURT:  11?

18              PROSPECTIVE JUROR NO. 1:  No.

19              THE COURT:  12?

20              PROSPECTIVE JUROR NO. 1:  No.

21              THE COURT:  13?

22              PROSPECTIVE JUROR NO. 1:  No.

23              THE COURT:  14?

24              PROSPECTIVE JUROR NO. 1:  No.

25              THE COURT:  15?
```

```
1              PROSPECTIVE JUROR NO. 1:  No.

2              THE COURT:  16?

3              PROSPECTIVE JUROR NO. 1:  No.

4              THE COURT:  17?

5              PROSPECTIVE JUROR NO. 1:  No.

6              THE COURT:  18?

7              PROSPECTIVE JUROR NO. 1:  No.

8              THE COURT:  19?

9              PROSPECTIVE JUROR NO. 1:  Yes.

10             THE COURT:  20?

11             PROSPECTIVE JUROR NO. 1:  Yes.

12             THE COURT:  21?

13             PROSPECTIVE JUROR NO. 1:  No.

14             THE COURT:  22?

15             PROSPECTIVE JUROR NO. 1:  No.

16             THE COURT:  23?

17             PROSPECTIVE JUROR NO. 1:  No.

18             THE COURT:  24?

19             PROSPECTIVE JUROR NO. 1:  No.

20             THE COURT:  25?

21             PROSPECTIVE JUROR NO. 1:  No.

22             THE COURT:  Thank you, sir.

23             PROSPECTIVE JUROR NO. 2:  Good morning, your Honor.

24             Sinforiano Echeverria.

25             I was born in Cuba.
```

1              I just started a new job as a financial advisor.

2     Before that, I was working if the healthcare industry for

3     30 years.

4              I live in Key Biscayne.

5              I've been here in Miami since '87.  That's about

6     28 years.

7              Married.

8              My wife works for St. Agnes Academy.

9              I have two kids, one in college and one in high

10    school.

11             Hobbies, No. 9, golf, fishing.

12             No military experience.

13             I have several friends that work for the Key Biscayne

14    Police Department and then a lot of gentlemans that work at

15    pretrial.

16             THE COURT:  No. 12?

17             PROSPECTIVE JUROR NO. 2:  No.

18             No. 13 is no.

19             No. 14 is no.

20             No. 15 is no.

21             No. 16 is no.

22             No. 17 is no.

23             No. 18 is no.

24             No. 19 is yes.

25             No. 20 is no.

1           No. 21 is no.

2           No. 22 is no.

3           No. 23 is no.

4           No. 24 is no.

5           No. 25 is no.

6           THE COURT:  Thank you, sir.

7           PROSPECTIVE JUROR NO. 3:  Lorenzo Sanchez.

8           I was born in Cuba.

9           I'm retired right now.

10          THE COURT:  What did you do before you retired?

11          PROSPECTIVE JUROR NO. 2:  Truck driver.

12          THE COURT:  How long were you a truck driver?

13          PROSPECTIVE JUROR NO. 2:  About 45 years.

14          No. 5, about 50 years.

15          THE COURT:  Where generally do you live?

16          PROSPECTIVE JUROR NO. 2:  Westchester.

17          I'm divorced.

18          I live by myself.

19          I have a 31-year-old daughter.

20          THE COURT:  Is she working?

21          PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

22          THE COURT:  What does she do?

23          PROSPECTIVE JUROR NO. 3:  She's a dental hygienist and

24   an anesthesiology, anesthesia.

25          THE COURT:  No. 9?

```
 1              PROSPECTIVE JUROR NO. 3:  I play softball and fish.

 2        I did a little bit of something, fighting.

 3        THE COURT:  A little bit of something in the military?

 4        PROSPECTIVE JUROR NO. 3:  I wasn't exactly in the

 5   military.  I fought for my country.

 6        THE COURT:  For Cuba?

 7        PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

 8        THE COURT:  No. 11?

 9        PROSPECTIVE JUROR NO. 3:  No.

10        No.

11        THE COURT:  No. 12 is no?

12        PROSPECTIVE JUROR NO. 3:  No.

13        THE COURT:  13?

14        PROSPECTIVE JUROR NO. 3:  No.

15        THE COURT:  14?

16        PROSPECTIVE JUROR NO. 3:  No.

17        THE COURT:  15?

18        PROSPECTIVE JUROR NO. 3:  No.

19        THE COURT:  16?

20        PROSPECTIVE JUROR NO. 3:  15, no.

21        THE COURT:  16?

22        PROSPECTIVE JUROR NO. 3:  14, no.

23        No.

24        THE COURT:  16 is no?

25        PROSPECTIVE JUROR NO. 3:  Right.  16, no.
```

1            THE COURT:  17?

2            PROSPECTIVE JUROR NO. 3:  No.

3            THE COURT:  18?

4            PROSPECTIVE JUROR NO. 3:  No.

5            THE COURT:  19?

6            PROSPECTIVE JUROR NO. 3:  Yes.

7            THE COURT:  20?

8            PROSPECTIVE JUROR NO. 3:  No.

9            THE COURT:  21?

10           PROSPECTIVE JUROR NO. 3:  Yes.

11           THE COURT:  Was it in state court or federal court?

12   Do you remember?

13           PROSPECTIVE JUROR NO. 3:  It was a case of -- it

14   wasn't federal.

15           THE COURT:  So it was over on 12th Street?

16           PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

17           THE COURT:  And it was a criminal case?

18           PROSPECTIVE JUROR NO. 3:  No.

19           THE COURT:  It was a civil case?

20           PROSPECTIVE JUROR NO. 3:  Civil case.  That's what I

21   wanted to say.

22           THE COURT:  Did the jury reach a verdict?

23           PROSPECTIVE JUROR NO. 3:  It was -- it didn't come to

24   a jury.  They got together.

25           THE COURT:  They settled?

```
 1              PROSPECTIVE JUROR NO. 3:  They settled.

 2              THE COURT:  No. 22?

 3              PROSPECTIVE JUROR NO. 3:  No.  I don't quite

 4   understand that question, though.

 5              THE COURT:  Which one?  23?

 6              PROSPECTIVE JUROR NO. 3:  22.  Have you --

 7              THE COURT:  A grand jury is a jury that's made up of

 8   18 to 24 people.

 9              In federal court, they return indictments.  They

10   determine whether there's probable cause that somebody

11   committed a crime.

12              In state court, they also return indictments and

13   sometimes they look at important social issues.

14              PROSPECTIVE JUROR NO. 3:  No.

15              I have a little loss of sight.  Not much.  I'm

16   emotional.

17              THE COURT:  Okay.  Do you have problems reading with

18   your loss of sight?

19              PROSPECTIVE JUROR NO. 3:  No, ma'am.  Not from close.

20              THE COURT:  And is there anything about being

21   emotional that would prevent you from being a fair and

22   impartial juror?

23              PROSPECTIVE JUROR NO. 3:  No.  This is mainly from --

24   I was -- I can't come up with the words.

25              THE COURT:  Do you want to come side-bar and tell me
```

```
 1    side-bar?

 2            PROSPECTIVE JUROR NO. 3:  I'm sorry?

 3            THE COURT:  Do you want to come side-bar and tell me

 4    over here, privately?

 5            PROSPECTIVE JUROR NO. 3:  No.  It's okay.  I just

 6    can't remember the word you use for the sickness.

 7            (Confers with fellow juror in Spanish.)

 8            PROSPECTIVE JUROR NO. 2:  Depression.

 9            THE COURT:  Are you taking any medication?

10            PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

11            THE COURT:  And do you take it every day, the

12    medication?

13            PROSPECTIVE JUROR NO. 3:  To be honest with you, I

14    stopped taking it for a while because do I feel a lot better.

15            THE COURT:  Do you think that you would be able to sit

16    and listen to the evidence in this case and be a fair and

17    impartial juror?

18            PROSPECTIVE JUROR NO. 3:  I will try my best.  I don't

19    like the charges.

20            THE COURT:  Do you understand that every defendant is

21    presumed innocent?

22            PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

23            THE COURT:  And do you understand that the Government

24    has the burden of proving a defendant guilty beyond a

25    reasonable doubt?
```

1        PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

2        THE COURT:  If the Government submits its evidence,

3   but fails to prove its case beyond a reasonable doubt, would

4   you be able to find the Defendant not guilty?

5        PROSPECTIVE JUROR NO. 3:  I believe so.

6        THE COURT:  And if the Government proves its case

7   beyond a reasonable doubt, would you be able to find the

8   Defendant guilty?

9        PROSPECTIVE JUROR NO. 3:  Yes, ma'am.

10        THE COURT:  When you say you believe you could find

11   him not guilty, do you believe so or know so?

12        PROSPECTIVE JUROR NO. 3:  Like you said before, if

13   there's a reasonable doubt that he's not guilty, I definitely

14   would say he's not.

15        THE COURT:  Okay.  No. -- you told me about -- No. 24.

16   Any problems with English?

17        PROSPECTIVE JUROR NO. 3:  Sometimes I find it hard,

18   you know, because of the sickness I have, the depression.

19   Sometimes -- like I just lost my memory trying to remember what

20   was wrong with -- what was the name of the sickness.

21        THE COURT:  You couldn't remember it in English?

22        PROSPECTIVE JUROR NO. 3:  Yes.  I got no problem.

23        THE COURT:  And No. 25, any other medication that

24   you're taking?

25        PROSPECTIVE JUROR NO. 3:  Just vitamins, stuff like

1    that, right now.

2            THE COURT:  Thank you, sir.

3            Mr. Lucas.

4            PROSPECTIVE JUROR NO. 4:  No. 1, Ben Lucas.

5            No. 2, Cedar Rapids, Iowa.

6            No. 3, public defender, six years.

7            Prior to that, about 40 other jobs.

8            I live on Miami Beach.

9            THE COURT:  Is this your first job as an attorney?

10            PROSPECTIVE JUROR NO. 4:  Yes, your Honor.

11            I'm single, No. 6.

12            No. 7, I live by myself.

13            No. 8, no kids.

14            No. 9, sports.

15            No military service, for 10.

16            I have a lot of friends in the criminal justice

17    system, all different walks of life, like law enforcement,

18    probation, lawyers, judges.  Those all apply to me.

19            A lot of friends in the Public Defender's Office and

20    State Attorney's Office, for 12.

21            Never sought employment in law enforcement, for 13.

22            Never been a victim of crime, for 15.

23            Never been a victim -- 15 doesn't apply to me.

24            16 doesn't apply to me.

25            I have testified in a trial.

```
 1              THE COURT:  What kind of trial was that?

 2              PROSPECTIVE JUROR NO. 4:  It was a criminal trial.

 3              I have been accused of a crime.

 4              I do belong to a church.

 5              My religious beliefs would not preclude me from

 6    sitting in judgment of others, for 20.

 7              I have participated in jury selection, but wasn't

 8    selected in a previous criminal trial.  The case pled out.

 9              I've never been on a grand jury.

10              I don't have any physical loss of hearing or sight,

11    for No. 23.

12              I understand English.

13              And I'm not taking any medication.

14              THE COURT:  What crime were you accused of?

15              PROSPECTIVE JUROR NO. 4:  I was accused of several

16    crimes.  Two possession -- all misdemeanors.  Possessions of

17    alcohol under the legal age, public intoxication, interference

18    with official acts.

19              THE COURT:  And what happened with those charges?

20              PROSPECTIVE JUROR NO. 4:  Convicted.

21              THE COURT:  Do you think you were treated fairly by

22    the criminal justice system?

23              PROSPECTIVE JUROR NO. 4:  Yes.

24              THE COURT:  Did you have a lawyer?

25              PROSPECTIVE JUROR NO. 4:  Yes.
```

```
 1              THE COURT:  Were you well represented by your lawyer?

 2              PROSPECTIVE JUROR NO. 4:  Yes.

 3              THE COURT:  Is there anything about those charges that

 4    would make it difficult for you to sit and listen to the

 5    evidence in this case and be fair to both the Government and

 6    the Defendant?

 7              PROSPECTIVE JUROR NO. 4:  No.

 8              THE COURT:  Could you be a fair and impartial juror in

 9    this case?

10              PROSPECTIVE JUROR NO. 4:  Yes.

11              THE COURT:  Thank you, sir.

12              PROSPECTIVE JUROR NO. 5:  Stacy Duthely.

13              No. 2, New York.

14              No. 3, salesperson.

15              No. 4 --

16              THE COURT:  What do you sell?

17              PROSPECTIVE JUROR NO. 5:  CPAP, sleep apnea equipment.

18              No. 4 --

19              THE COURT:  How long have you been doing that?

20              PROSPECTIVE JUROR NO. 5:  Two years.

21              THE COURT:  And before that?

22              PROSPECTIVE JUROR NO. 5:  I was a salesperson for

23    AT&T.

24              No. 4, Kendall.

25              No. 5, 18.
```

```
 1              No. 6, divorced.

 2              No. --

 3              THE COURT:  When you say "18," that's 18 years or --

 4              PROSPECTIVE JUROR NO. 5:  18 years.  I'm sorry.

 5              THE COURT:  Okay.

 6              PROSPECTIVE JUROR NO. 5:  No. 6, divorced.

 7              No. 7, by myself.

 8              No. 8, yes.

 9              9 and 6, elementary school.

10              No. 9, sports.

11              No. 10, no.

12              No. 11, yes.  I do have a friend who works for law

13    enforcement.

14              THE COURT:  Where does he work in law enforcement?

15              PROSPECTIVE JUROR NO. 5:  In -- I think it's in San

16    Antonio, Texas.  He's a US marshal.

17              THE COURT:  Okay.

18              PROSPECTIVE JUROR NO. 5:  12, no.

19              13, no.

20              14, no.

21              15, no.

22              16, no.

23              17, no.

24              18, yes.

25              19, yes.
```

```
 1              20, no.

 2              21, yes.

 3              22, no.

 4              23, no.

 5              24, no.

 6              25, no.

 7              THE COURT:  And who is it that's been accused or

 8    investigated for a crime?

 9              PROSPECTIVE JUROR NO. 5:  I was.

10              THE COURT:  And what crime were you accused of?

11              PROSPECTIVE JUROR NO. 5:  Grand theft.

12              THE COURT:  When was that?

13              PROSPECTIVE JUROR NO. 5:  That was in -- I think

14    either 2000 or 2001.  I don't remember.

15              THE COURT:  And what happened with that charge?

16              PROSPECTIVE JUROR NO. 5:  Guilty.

17              THE COURT:  So you've been convicted of a felony?

18              PROSPECTIVE JUROR NO. 5:  Yes.

19              THE COURT:  Were your rights restored?

20              PROSPECTIVE JUROR NO. 5:  Yes.

21              THE COURT:  Do you think that you were treated fairly

22    by the criminal justice system?

23              PROSPECTIVE JUROR NO. 5:  Yes.

24              THE COURT:  Do you think you were well represented by

25    your lawyer?
```

```
 1              PROSPECTIVE JUROR NO. 5:  I didn't have a lawyer.

 2              THE COURT:  Is there anything about your experience

 3    that would make it difficult for you to sit and listen to the

 4    evidence in this case and be fair to both the Government and

 5    the Defendant?

 6              PROSPECTIVE JUROR NO. 5:  No.

 7              THE COURT:  Thank you, sir.

 8              PROSPECTIVE JUROR NO. 6:  Hi.

 9              Bessy Morales.

10              I was born in Honduras.

11              My occupation is administrative assistant for

12    24 years.

13              I live in Kendall.

14              THE COURT:  In what kind of business are you an

15    administrative assistant?

16              PROSPECTIVE JUROR NO. 6:  Hospital.

17              I live in Kendall, 12 years.

18              I'm married, with three children.

19              THE COURT:  Does your you husband work outside the

20    home?

21              PROSPECTIVE JUROR NO. 6:  Yes.

22              THE COURT:  What does he do?

23              PROSPECTIVE JUROR NO. 6:  He's a manager in a copy

24    center.

25              THE COURT:  And how old are your children?
```

```
 1              PROSPECTIVE JUROR NO. 6:  29, 25 and 24.

 2              THE COURT:  Are they working?

 3              PROSPECTIVE JUROR NO. 6:  Yes.

 4              THE COURT:  What do they do?

 5              PROSPECTIVE JUROR NO.  My oldest is a paralegal.  The

 6    second one is a store clerk.  And my son is in the military.

 7    He's a sergeant in the Air Force.

 8              THE COURT:  Your oldest who's a paralegal:  What kind

 9    of work does he or she do?

10              PROSPECTIVE JUROR NO. 6:  Family law.

11              THE COURT:  No. 9?

12              PROSPECTIVE JUROR NO. 6:  No. 9, I read.  Virtual

13    reading, mostly.

14              I haven't served in the military.

15              THE COURT:  No. 11?

16              PROSPECTIVE JUROR NO. 6:  No.

17              No.

18              THE COURT:  12 is no?

19              PROSPECTIVE JUROR NO. 6:  12 is no.

20              13, no.

21              14, no.  I don't know -- I was robbed twice in my

22    home.  I don't know if that's considered.

23              THE COURT:  Was it a burglary or were you --

24              PROSPECTIVE JUROR NO. 6:  A burglary.  Twice.

25              THE COURT:  Was it reported?
```

```
1              PROSPECTIVE JUROR NO. 6:  Yes.

2              THE COURT:  Anybody arrested?

3              PROSPECTIVE JUROR NO. 6:  Well, after several years,

4    the second one, they called us back and -- to identify someone.

5    And we couldn't identify anybody because we weren't home when

6    the robbery happened.

7              THE COURT:  Are you generally satisfied or

8    dissatisfied with the way you were treated by law enforcement?

9              PROSPECTIVE JUROR NO. 6:  I guess satisfied.

10             THE COURT:  No. 15?

11             PROSPECTIVE JUROR NO. 6:  15, no.

12             16, no.

13             No. 17 is no.

14             18, no.

15             I belong to a church, 19.

16             20, I believe, yes.  I was thinking all over when

17   everybody was talking.  I'm a religious person, and I'm very

18   emotional.

19             As it is right now, I was thinking all over the case

20   you read and, considering that it's children underage, I

21   believe I'd be emotional -- very emotional to --

22             THE COURT:  Would you be able to --

23             PROSPECTIVE JUROR NO. 6:  -- see the evidence and

24   everything.

25             THE COURT:  Would you be able to sit and listen to the
```

1    evidence in this case and be fair to both the Government and

2    the Defendant?

3              PROSPECTIVE JUROR NO. 6:  Yes.  I think so.

4              THE COURT:  Think so or know so?

5              PROSPECTIVE JUROR NO. 6:  I will be.  I will be.

6              THE COURT:  You could be fair?

7              PROSPECTIVE JUROR NO. 6:  I couldn't.  I could not be

8    fair.

9              THE COURT:  You could not be fair?

10             PROSPECTIVE JUROR NO. 6:  Not be fair.  I'm sorry.

11             21, I haven't served in the grand jury.

12             22, no.

13             23, no.

14             And 24, I don't.  I don't have any difficulty.  Some

15   words sometimes I don't understand.  But I could find out.

16             And no.  I'm not taking any medication.

17             THE COURT:  Thank you, ma'am.

18             PROSPECTIVE JUROR NO. 7:  Suzette Fernandez.

19             I was born here in Miami.

20             My occupation is human resources.

21             I live in Westchester.

22             Length of time here has been since I was born.

23             I am single.

24             I live with my parents.

25             I don't have any children.

1             My hobbies are to run.

2             No. 10 is no.

3             No. 11 is no.

4             12 is no.

5             13 is no.

6             14 is no.

7             15 is yes.

8             16 is no.

9             17 is no.

10            18 is no.

11            19 is yes.

12            20 is no.

13            21 is yes.

14            22 is no.

15            23 is no.

16            24 is no.

17            And 25 is no.

18            THE COURT:  What kind of jury did you serve on?  Civil

19   or criminal?

20            PROSPECTIVE JUROR NO. 7:  It was criminal.

21            THE COURT:  In state court or in federal court?

22            PROSPECTIVE JUROR NO. 7:  State, I believe.

23            THE COURT:  Did the jury reach a verdict?

24            PROSPECTIVE JUROR NO. 7:  I was the foreperson.

25            THE COURT:  Did the jury reach a verdict?

1            PROSPECTIVE JUROR NO. 7:  I believe so.  Yes.

2            THE COURT:  You don't remember?

3            PROSPECTIVE JUROR NO. 7:  No.  It was a while ago.

4    About five years ago.

5            THE COURT:  And you were the foreperson?

6            PROSPECTIVE JUROR NO. 7:  Yes.

7            THE COURT:  Thank you.

8            MR. ADELSTEIN:  Your Honor, if we could approach very

9    briefly.

10           THE COURT:  Come on up.

11           (Whereupon, the following proceedings were had at

12   side-bar outside the presence of the jury:)

13           MR. ADELSTEIN:  I do apologize.

14           My client is diabetic, I'm informed.  The Government

15   is aware of that.  He needs something to eat or something

16   because he's dizzy or something.

17           MR. HOROWITZ:  Judge, what I'm going to do is make

18   arrangements with the marshals during the trial to have a

19   little candy or something.

20           MR. ADELSTEIN:  We didn't bring candy.

21           THE COURT:  So we'll take a break for a few minutes.

22           MR. ADELSTEIN:  That's fine.  I'll go down to the

23   seventh floor and get some candy.  I apologize for the

24   inconvenience.

25           THE COURT:  No problem.

```
 1                (Whereupon, the following proceedings were had in open

 2      court:)

 3                THE COURT:  Ladies and gentlemen, we're going to take

 4      a break for a few minutes.

 5                I'm going to give you an instruction now that if

 6      you're chosen as a juror you're going to hear me give each and

 7      every time the jury leaves the courtroom.

 8                It's a very important instruction, and that's why it's

 9      given each and every time the jury leaves a courtroom, whether

10      it's a short recess like this one or over a lunch break or over

11      the evening or over the weekend.

12                Do not discuss this case either amongst yourselves or

13      with anyone else.  Have no contact whatsoever with anyone

14      associated with the trial.

15                Do not read, listen or see anything touching on this

16      matter in any way, including anything on the Internet or

17      anything on any access device.

18                If anyone should try to talk to you about this case,

19      you should immediately instruct them to stop and report it to

20      my staff.

21                If you can, remember where you are seated.  If you

22      don't remember where you're seated, not to worry.  Patricia and

23      our court security officers will be here to help you find your

24      seat.

25                We're going to take a 15-minute recess.  This is the
```

```
1    12th floor.  I'm Judge Lenard.  If you leave the floor and you

2    forget where you're supposed to be, just go up to anybody who's

3    wearing a blue blazer with a badge and tell them you're before

4    Judge Lenard and they will direct you back here.

5              Please be back in the lobby of the 12th floor in

6    15 minutes.

7              Thank you.  We'll be in recess for 15.

8              THE COURT SECURITY OFFICER:  Please rise for the jury.

9              (Whereupon, the Prospective Jury Panel No. I exited

10   the courtroom at 10:59 a.m. and the following proceedings were

11   had:)

12             THE COURT:  If you would be seated for just one

13   moment.

14             During the pendency of the trial, neither counsel nor

15   anyone else at counsel table nor friends or family visiting or

16   any witnesses are to use the bathrooms, the rest rooms, on this

17   floor.  They will solely be reserved for the jurors.

18             We're in recess for 15.  Thank you.

19             MR. ADELSTEIN:  Thank you.

20              (Thereupon a recess was taken, after which the

21   following proceedings were had:)

22             THE COURT:  You may be seated.

23             We're back on United States versus Carter, Case

24   No. 11-20350.

25             Counsel, state your appearances, please, for the
```

 1    record.

 2            MS. MEDETIS:  Maria Medetis and Bonnie Kane on behalf

 3    of the United States, your Honor.

 4            MR. ADELSTEIN:  Stu Adelstein, Phil Horowitz on behalf

 5    of Mr. Carter.  Mr. Carter is present along with Mr. Hope.

 6            THE COURT:  We're ready to proceed?

 7            MR. ADELSTEIN:  Yes.

 8            MS. MEDETIS:  Yes, your Honor.

 9            THE COURT:  You can bring the jurors in, please.

10            THE COURT SECURITY OFFICER:  Please rise.

11            (Whereupon, Prospective Jury Panel No. I entered the

12    courtroom at 11:24 a.m. and the following proceedings were

13    had:)

14            THE COURT:  You may be seated.

15            We're going to start with Ms. McLean.

16            PROSPECTIVE JUROR NO. 8:  Marcia McLean.

17            I was born in Kingston, Jamaica.

18            I am a registered nurse for a very long time, over

19    30-odd years.

20            I reside in the West Kendall area.  I've been in that

21    community over 17 years.

22            I am married.

23            I live with my husband.  He is a retired electrical

24    inspector for Dade County.

25            I have three children.  They've all graduated college.

 1    The first one is a dentist, who employs the other two.

 2            In my spare time, I like to read and be on the

 3    computer.

 4            As to No. 10, it's no.

 5            No. 11, no.

 6            No. 12, no.

 7            No. 13, no.

 8            No. 14, yes.  It was reported.  There was -- no one

 9    was arrested.  Somebody broke into our car.

10            No. 15, no.

11            THE COURT:  Were you satisfied or dissatisfied with

12    the way you were treated?

13            PROSPECTIVE JUROR NO. 8:  We were satisfied.

14            THE COURT:  No. 15?

15            PROSPECTIVE JUROR NO. 8:  No. 15, no.

16            No. 16, no.

17            No. 17, no.

18            No. 18, no.

19            No. 19, yes.

20            No. 20, no.

21            No. 21, no.

22            No. 22, no.

23            No. 23, no, but I do have a bad back and bad knees

24    from nursing.

25            No. 24, no.

```
 1              No. 25, no.

 2              THE COURT:  Thank you, ma'am.

 3              PROSPECTIVE JUROR NO. 9:  Eugene Ramos.

 4              I was born in Honduras.

 5              My occupation is a chef for the last 45 years.

 6              I'm divorced.

 7              THE COURT:  Generally, where do you live?

 8              PROSPECTIVE JUROR NO. 9:  I'm sorry.  Miami Gardens.

 9              THE COURT:  How long have you been in Miami Gardens?

10              PROSPECTIVE JUROR NO. 9:  About seven years.

11              THE COURT:  No. 7:  Do you live with anyone else?

12              PROSPECTIVE JUROR NO. 9:  I live by myself.

13              My childrens are grown, living in Georgia.

14              THE COURT:  Are they working?

15              PROSPECTIVE JUROR NO. 9:  Yes, they are.

16              THE COURT:  What do they do?

17              PROSPECTIVE JUROR NO. 9:  Well, my daughter is a

18    dental hygienist.  The other one works for American Express.

19              THE COURT:  No. 9?

20              PROSPECTIVE JUROR NO. 9:  In my spare time, I watch

21    sports.

22              No. 10 is no.

23              No. 11 is no.

24              No. 12, no.

25              No. 13, no.
```

Jury Selection                              70

1           14's no.

2           15 is no.

3           16 is no.

4           17's no.

5           18 is no.

6           19, yes.

7           20, no.

8           21, no.

9           22, no.

10          23, no.

11          24, no.

12          And 25, yes.  I take medication.

13          THE COURT:  What do you take medication for?

14          PROSPECTIVE JUROR NO. 9:  I take medication for high

15   blood pressure.

16          THE COURT:  Would that have any effect on your jury

17   service?

18          PROSPECTIVE JUROR NO. 9:  Sometimes it gets me a

19   little, like, depressed or down.  Once I take -- I'm diabetic.

20   I take medication for the diabetes.

21          THE COURT:  Thank you, sir.

22          PROSPECTIVE JUROR NO. 9:  You're welcome.

23          PROSPECTIVE JUROR NO. 10:  Ana Leon.

24          No. 2, Puerto Rico.

25          Occupation, Pilates instructor for eight years.

1    Previous to that, 15 years in sales.

2              No. 4, South Miami.

3              No. 5, 45 years.

4              No. 6, married.

5              7, my husband.  He's a director for a local discount

6    pharmacy.

7              8, three children.  One 13; the other one, 17; the

8    other one, 19.  They're all in school.

9              No. 9, I run and read and do Pilates, obviously.

10             No. 10, no.

11             11, yes.  I have a brother who's an attorney.

12             12, no.

13             13, no.

14             14, yes.  I was mugged 13 years ago with my daughter.

15   And prior to that, my car was stolen.  No one was arrested, but

16   I was satisfied.  They did the best they could to find whoever

17   it was.

18             THE COURT:  Your brother who's an attorney:  What kind

19   of law does he practice?

20             PROSPECTIVE JUROR NO. 10:  Commercial litigation.

21             15, no.

22             From 16 to 25, everything is "no" with the exception

23   of 19, which is a "yes," and 21, "yes."  I was a juror in a

24   state civil trial.  It was a class-action suit, and it was just

25   the awards portion.  It wasn't -- it took a day.

1              That's it.

2              THE COURT:  Did the jury make a decision?

3              PROSPECTIVE JUROR NO. 10:  We -- yeah.  We did

4    punitive damages to the Plaintiffs.

5              THE COURT:  Were you the foreperson?

6              PROSPECTIVE JUROR NO. 10:  No.

7              THE COURT:  Thank you.

8              PROSPECTIVE JUROR NO. 11:  Silvia Lopez.

9              I was born in Cuba.

10             I am an architect.  I work for Miami-Dade County.

11   I've worked there for the past 15 years.

12             I live in the East Kendall area.  I've lived in this

13   community for 25 years.

14             I'm single.  I live with someone who is now retired.

15             No children.

16             THE COURT:  What did that person do before they

17   retired?

18             PROSPECTIVE JUROR NO. 11:  Worked in the school

19   system.

20             THE COURT:  In what capacity?

21             PROSPECTIVE JUROR NO. 11:  Administrative.

22             Hobbies, in my spare time, the gym.

23             I've marked "no" on all questions from 10 through 25.

24             THE COURT:  Okay.

25             PROSPECTIVE JUROR NO. 12:  Amarilys Maderal.

```
1              THE COURT:  Yes.

2              PROSPECTIVE JUROR NO. 12:  I'm from Cuba.

3              I'm a teacher's aide for 15 years.

4              I live in Northwest Miami for 20 years.

5              Married with two kids.  My son, 26, is firefighter.

6   My daughter, 24, is a therapist for autistic kids.

7              My husband is a building inspector in Pembroke Pines.

8              I like to do exercise and read.

9              10, no.

10             11, no.

11             12, no.

12             13, no.

13             14, no.

14             15, no.

15             16, no.

16             17, no.

17             18, no.

18             19, yes.

19             20, no.

20             21, no.

21             23, no.

22             23, yes.  I have emotional issues.

23             24, no.

24             And 25, I do -- I have -- I take medications.

25             THE COURT:  What medications?  What do you --
```

```
 1              PROSPECTIVE JUROR NO. 12:  I take Prozac and Xanax for

 2    depression.

 3              THE COURT:  Would your emotional issues affect your

 4    ability to sit and listen to the evidence in this case and be

 5    fair to both the Government and the Defendant?

 6              PROSPECTIVE JUROR NO. 12:  I think so.

 7              THE COURT:  Thank you, ma'am.

 8              PROSPECTIVE JUROR NO. 12:  Thank you.

 9              PROSPECTIVE JUROR NO. 13:  Liliana Paravisini.

10              I was born in Puerto Rico.

11              I have been a flight attendant for American Airlines

12    for 34 years.

13              I live in Miami Lakes.  I've been there, like, six

14    years.

15              I'm married.

16              No children.

17              THE COURT:  What does your husband do?

18              PROSPECTIVE JUROR NO. 3:  He's a physical therapist.

19    He's from Argentina.  And he has children, but in Argentina.

20              THE COURT:  How old are his children?

21              PROSPECTIVE JUROR NO. 13:  27, 26 and 20.

22              I love to exercise.  I love to go to church.

23              10 is no.

24              11 is no.

25              12 is no.
```

```
 1              13 is no.

 2              14 is no.

 3              15 is no.

 4              16 is no.

 5              17 is no.

 6              18 is no.

 7              I do belong to a Christian church.

 8              20 is no.

 9              I have served in a trial.  I think it was criminal.

10  And we did get -- but I was not part of the -- I was, like,

11  the -- I didn't go up to --

12              THE COURT:  You were an alternate?

13              PROSPECTIVE JUROR NO. 13:  I was an alternate.

14              THE COURT:  You didn't go and deliberate?

15              PROSPECTIVE JUROR NO. 13:  No.

16              THE COURT:  Was that in state court over on

17  12th Street?

18              PROSPECTIVE JUROR NO. 13:  Yes.  Yes.

19              22 is no.

20              23 is no.

21              24 is no.

22              Medication, Lexapro.

23              THE COURT:  What is that for?

24              PROSPECTIVE JUROR NO. 13:  It's depression and

25  anxiety.
```

```
 1              THE COURT:  Would that affect your ability to be a

 2    fair and impartial juror?

 3              PROSPECTIVE JUROR NO. 13:  I don't believe so.

 4              THE COURT:  Believe so or know so?

 5              PROSPECTIVE JUROR NO. 13:  No.

 6              THE COURT:  Thank you, ma'am.

 7              PROSPECTIVE JUROR NO. 14:  James Boldman.

 8              I was born in California.

 9              I am mostly retired after years of construction

10    management.

11              I live in Richmond Heights.  I have for 17 years.

12              I'm married for the second time.  My wife's a

13    homemaker.

14              I have two adult children.  One is a college

15    administrator in Indiana.  The other is a paramedic in

16    Michigan.

17              My wife's children -- one is finishing -- near

18    retirement in the Navy.  One is in college.  And one is in

19    nursing school.

20              I fish and tinker in my spare time.

21              I have been in the military.  I did serve in Vietnam

22    in '68, '69.

23              12, no.

24              13, no.

25              14, no.
```

1            As far as 15 goes, I would prefer to address this as a

2    side-bar, if you don't mind.

3            THE COURT:  Sure.  Come on up.

4            (Whereupon, the following proceedings were had at

5    side-bar outside the presence of the jury:)

6            PROSPECTIVE JUROR NO. 14:  I really want to address

7    18 first, because, yes, I was investigated.  I am convicted

8    with adjudication withheld as far as lewd and lascivious

9    assault.

10            It was my stepdaughter, which is the answer to No. 15.

11    This was in 1998.  I was given three years' probation.

12    Everything has been settled.  And I am on the registry.

13            THE COURT:  Do you think you were treated fairly by

14    the criminal justice system?

15            PROSPECTIVE JUROR NO. 14:  At that exact moment, as

16    far as what transpired during the incident, yes.  But in terms

17    of what has gone on in the judicial system, I am really

18    antagonistic to the continuing -- what I view as a continuing

19    persecution of the legal system.

20            I did --

21            THE COURT:  A continuing persecution of the legal

22    system?

23            PROSPECTIVE JUROR NO. 14:  In being part of the

24    registry and the impact that, basically, it's had on my career

25    and my whole entire life.  It's going to go on forever.

```
 1              THE COURT:  Would that affect your ability to be a
 2    fair and impartial juror?
 3              PROSPECTIVE JUROR NO. 14:  It's going to be a factor.
 4    But I think -- I believe -- I know I can evaluate the case on
 5    the basis of the facts.  It's something that I have to say.
 6              THE COURT:  Would you be able to sit and listen to the
 7    evidence in this case and be fair to both the Government and
 8    the Defendant?
 9              PROSPECTIVE JUROR NO. 14:  Yes.
10              THE COURT:  Would the fact that you are a registered
11    sex offender affect your ability to be a fair and impartial
12    juror?
13              PROSPECTIVE JUROR NO. 14:  It isn't going to affect it
14    in the end, no.  But it's part of the mix of what I have to
15    deal with.
16              I can still -- you know, as I answered, can I evaluate
17    the evidence on the basis of the evidence itself?  Yes.  I can
18    do that.  I'm not going to be happy about it, but I can do
19    that.
20              THE COURT:  If the Government proved its case beyond a
21    reasonable doubt, could you find the Defendant guilty?
22              PROSPECTIVE JUROR NO. 14:  Yes.
23              THE COURT:  If the Government failed to prove its case
24    beyond a reasonable doubt, could you find the Defendant not
25    guilty?
```

1              PROSPECTIVE JUROR NO. 14:  Yes.

2              THE COURT:  Would the knowledge that you have that, if

3    the Defendant is convicted, that he would be required to be on

4    the registry, as you are, affect your ability to sit and listen

5    to the evidence in this case and be fair to both the Government

6    and the Defendant?

7              PROSPECTIVE JUROR NO. 14:  Yes.  Because the case is

8    based on the evidence.  It's not -- I mean, I can't do anything

9    about the system.  I'm just not happy with the system because

10   I'm a part of the system.

11             But in terms -- you know, in terms of any impact that

12   that has after this case, whichever way it goes has nothing to

13   do with me, you know, in the sense -- in terms of that

14   individual.

15             THE COURT:  I understand.

16             Tell me about the surgery that you're having on the

17   13th of March.

18             PROSPECTIVE JUROR NO. 14:  I have a torn rotator cuff.

19             THE COURT:  Is it outpatient surgery or are you being

20   admitted to the hospital?

21             PROSPECTIVE JUROR NO. 14:  No.  It's not hospital.

22   And it's fairly extensive.

23             THE COURT:  It's extensive?

24             PROSPECTIVE JUROR NO. 14:  Yes.  It's not a small

25   tear.  It's a rather major one.  And it's severely impacting my

1    life.

2              THE COURT:  Do you know how long you're going to be in

3    the hospital?

4              PROSPECTIVE JUROR NO. 14:  From what they tell me, the

5    hospital itself, I mean, in terms of -- it's just like a

6    one-day thing.  But after that, it's the entire rehab process

7    that you have to go through.

8              It's like breaking a bone and having to be in a sling

9    for six weeks.  You basically don't move, from what they tell

10   me.

11             And I also have a soft-tissue tear in my left hip,

12   which they haven't yet addressed, which I'm still waiting to

13   get appointments for.

14             THE COURT:  So you have the one-day surgery.

15             PROSPECTIVE JUROR NO. 14:  Yes.

16             THE COURT:  And then, after that, what's the recovery

17   time prior to starting rehab?

18             PROSPECTIVE JUROR NO. 14:  Rehab starts, like, right

19   away, from what they tell me.  Well, sometime within that --

20   but it goes on for a year.

21             THE COURT:  How extensive is the rehab?

22             PROSPECTIVE JUROR NO. 14:  I don't know.  I've

23   never -- from what they tell me, it's like I go every couple of

24   weeks and they do things and they measure what you can do or

25   what you cannot do.

 1            But what is more critical than that issue is the one

 2   in my hip, the soft-tissue tear, which has yet -- but it's

 3   extraordinarily painful.

 4            THE COURT:  Would that affect your ability to sit as a

 5   juror?

 6            PROSPECTIVE JUROR NO. 14:  No.  I can sit.  I just

 7   can't stand.  Right now I'm having to stand on my right leg

 8   because I can't stand on my left leg.

 9            THE COURT:  Will you be -- have they told you anything

10   about pain medication after the surgery on the 13th?

11            PROSPECTIVE JUROR NO. 14:  Yeah.  I take pain

12   medication now.

13            THE COURT:  You're taking pain medication now?

14            PROSPECTIVE JUROR NO. 14:  Yes.  Tramadol and

15   ibuprofen.

16            THE COURT:  Does that affect your faculties at all?

17            PROSPECTIVE JUROR NO. 14:  No.

18            THE COURT:  Are you able to drive?

19            PROSPECTIVE JUROR NO. 14:  Yes.

20            THE COURT:  After the surgery, do you know what kind

21   of --

22            PROSPECTIVE JUROR NO. 14:  I can't drive for six

23   weeks.  I have a stick shift.

24            THE COURT:  You can't drive for six weeks after the

25   surgery?

1              PROSPECTIVE JUROR NO. 14:  I have a manual

2    transmission, and my arm is going to be in a sling.  And I

3    can't drive for six weeks, minimally.  I don't even know after

4    that.  I have to wait until they give me a release.

5              THE COURT:  So if you were chosen as a juror, how

6    would you get here?

7              PROSPECTIVE JUROR NO. 14:  I'd have to have somebody

8    bring me.

9              THE COURT:  Would there be someone to bring you?

10             PROSPECTIVE JUROR NO. 14:  Yes.  My brother can.  I

11   can get him to do that.

12             THE COURT:  Thank you.

13             (Whereupon, the following proceedings were had in open

14   court:)

15             THE COURT:  No. 16?

16             PROSPECTIVE JUROR NO. 14:  16 is no.

17             17 is yes.  Part of what I have now is I have a small

18   custodial and janitorial service company, and one of the things

19   I do is provide bathroom attendants to clubs.

20             A year and a half ago, one of my attendants was

21   attacked by a patron and I had to give a deposition in that

22   case.

23             THE COURT:  Okay.

24             PROSPECTIVE JUROR NO. 14:  18, yes.

25             19, no.

1            20, no.

2            21, no.

3            22, no.

4            23, no.

5            24, no.

6            25, yes.  I told you the medication I'm taking.

7            THE COURT:  Thank you, sir.

8            Mr. Lenter.

9            PROSPECTIVE JUROR NO. 15:  Scott Lenter.

10            2, Royal Oak, Michigan.

11            3, standup comedy for four years.  I also do sales.

12    I've been doing that for six years.

13            THE COURT:  What do you sell?

14            PROSPECTIVE JUROR NO. 15:  Video equipment.

15            4, I've lived in North Miami.

16            5, I've lived there for three weeks.  Before that, I

17    lived in Kendall.

18            6, single.

19            THE COURT:  How long were you in Kendall?

20            PROSPECTIVE JUROR NO. 15:  Six years.

21            6, single.

22            7, I live with my fiancée.  She is a purchasing

23    manager for a health food company.

24            8, no children.

25            9, television, the Internet.

```
 1              10, no.

 2              11, I have three friends who are defense attorneys.

 3              12, no.

 4              13, no.

 5              14, yes.  I've had my car broken into three times and

 6      I've had my house broken into.  They were all reported.  No one

 7      was arrested on any of them.

 8              15 --

 9              THE COURT:  Were you satisfied or not satisfied with

10      the way you were treated?

11              PROSPECTIVE JUROR NO. 15:  I was satisfied for the

12      most part.

13              THE COURT:  15?

14              PROSPECTIVE JUROR NO. 15:  15, yes.  My fiancée was

15      abused by a family member.  Not reported.

16              16, no.

17              17, yes.

18              18, yes.

19              19, no.

20              20, no.

21              21, no.

22              22, no.

23              23, I have trouble focusing when people are talking.

24              24, no.

25              25, no.
```

1              THE COURT:  Would the experience that your fiancée had

2    affect your ability to be a fair and impartial juror in this

3    case?

4              PROSPECTIVE JUROR NO. 15:  Possibly.

5              THE COURT:  Would the fact that you have trouble

6    focusing when people talk affect your ability to sit and listen

7    to the evidence in this case and be fair to both the Government

8    and the Defendant?

9              PROSPECTIVE JUROR NO. 15:  I think it would.  Yes.

10             THE COURT:  Thank you, sir.

11             PROSPECTIVE JUROR NO. 15:  Thank you.

12             PROSPECTIVE JUROR NO. 16:  Jessalena Rivers.

13             Miami, Florida.

14             A unit service assistant.  I've been doing it for

15   three weeks now.  I'm currently in training, also.

16             THE COURT:  What does a unit service assistant do?

17             PROSPECTIVE JUROR NO. 16:  At the hospital -- I work

18   at Mount Sinai.  And I just -- whatever they need me to do.

19   Put up supplies.  Right now I'm in training.

20             THE COURT:  So you're learning?

21             PROSPECTIVE JUROR NO. 16:  Yeah.

22             THE COURT:  Before that, were you employed?

23             PROSPECTIVE JUROR NO. 16:  Yes.  I also worked there

24   is as a transporter.  So I transferred over.

25             THE COURT:  And a transporter drove people places?

1              PROSPECTIVE JUROR NO. 16:  Yes.

2         No. 4 -- no.  No. 4, Miami Gardens, all my life.

3         I'm married, but separated.  He don't live with me.  I

4    have a son that's 6 years old.

5         I like to read.

6         No. 10, no.

7         No. 11, no.

8         No. 12, no.

9         13, no.

10        14, no.

11        15, yes.  Myself.

12        16, no.

13        17, no.

14        18, no.

15        19, yes.

16        20, no.

17        21, no.

18        22, no.

19        23, no.

20        24, no.

21        And 25, no.

22        THE COURT:  Thank you, ma'am.

23        We're going to come over to Ms. Morales.

24        PROSPECTIVE JUROR NO. 17:  Kimberly Morales.

25        No. 2, Miami, Florida.

1              No. 3, I'm a child life specialist supervisor at Miami

2    Children's Hospital.

3              THE COURT:  And what does a child life specialist do?

4              PROSPECTIVE JUROR NO. 17:  I teach pediatric patients

5    on their developmental level about their illness, diagnosis,

6    treatment.

7              THE COURT:  How long have you been doing that?

8              PROSPECTIVE JUROR NO. 17:  15 years.

9              I live in Cutler Bay.  I've lived there for 36 years.

10             I'm married, but separated.

11             I'm living with my mother, who's a retired Dade County

12   benefits manager.

13             I have an 8-year-old daughter who goes to school.

14             In my spare time, I'm working on my master's in

15   healthcare administration.

16             10 through 25 is "no," with the exception of 19, which

17   is "yes."

18             THE COURT:  Thank you, ma'am.

19             PROSPECTIVE JUROR NO. 18:  Nidia Benitez.

20             I was born in Cuba.

21             My occupation is payroll supervisor in a financial

22   institution.

23             My residence is Kendall.  20 years.

24             I'm married.

25             I live with my husband.  He's an aircraft mechanic.

Jury Selection                              88

1           I have two childrens, 32 and 22.  One is married and

2    he worked for IT department as a networking.  The other one,

3    he's attending university.

4           My hobbies are reading and cooking.

5           10 is no.

6           11 is no.

7           12 is no.

8           13 is no.

9           14 is no.

10          15 is no.

11          16 to 25's no, except 19 is yes.

12          THE COURT:  Thank you, ma'am.

13          PROSPECTIVE JUROR NO. 18:  You're welcome.

14          PROSPECTIVE JUROR NO. 19:  Ivette Rivet.

15          I was born in Miami, Florida.

16          I teach children with autism in the public schools for

17   13 years.

18          I live in Westchester, 34 years.

19          I'm married.  My husband works as a cargo carrier for

20   UPS.

21          I have a three-and-a-half-year old.  I spend -- my

22   hobbies, spare time, I spend time with him and with the family.

23          10, no.

24          11, no.

25          12, no.

1            13, no.

2            14, no.

3            15, no.

4            16 through 25, no, except for 19, yes.

5            THE COURT:  What age are the children that you teach?

6            PROSPECTIVE JUROR NO. 19:  I teach second-graders.

7    They're 7- and 8-year-olds.

8            THE COURT:  Thank you.

9            PROSPECTIVE JUROR NO. 20:  Catherine Mannion.

10           No. 2, Chicago.

11           3, professor, about 13 years.

12           4, Homestead, also 13 years there.

13           No. 6 is single.

14           7, live alone.

15           8, no children.

16           9, motorcycle riding.

17           10 through 15 are no.

18           16 is no.

19           17 is yes, a deposition.

20           THE COURT:  What was that in regard to?

21           PROSPECTIVE JUROR NO. 20:  It was a lawsuit.  It had

22   to do with an insect problem.  And I was just -- I identified

23   the problem.  That's all.

24           THE COURT:  What do you teach?

25           PROSPECTIVE JUROR NO. 20:  I don't teach.  I do

1    research with insects, entomology, agriculture.

2            18, no.

3            19, no.

4            20, no.

5            21, yes.  Quite a few years ago, I believe it was a

6    state court, criminal.  And there was a verdict of guilty.  I

7    was not the foreperson.

8            22, no.

9            23, no.

10           24, no.

11           25, no.

12           THE COURT:  Thank you, ma'am.

13           PROSPECTIVE JUROR NO. 21:  My name is Mario Gonzalez.

14           Born in Cuba.

15           Occupation, mechanic, industrial.

16           Live in Dade County.

17           Live there over 30 years.

18           Married.

19           One child.

20           THE COURT:  How old is the child?

21           PROSPECTIVE JUROR NO. 21:  She's 32.

22           THE COURT:  Is she working?

23           PROSPECTIVE JUROR NO. 21:  Yes.  She's in California.

24           THE COURT:  I'm sorry?

25           PROSPECTIVE JUROR NO. 21:  She's in California.

```
 1              THE COURT:  What does --

 2              PROSPECTIVE JUROR NO. 21:  Out of state.  She's a

 3    professor.

 4              THE COURT:  What does she teach?

 5              PROSPECTIVE JUROR NO. 21:  Physics.

 6              Hobby, I do all kind of hobby.  Swimming, mountain

 7    climbing.  You name it, I do it.

 8              10 is no.

 9              11, like my previous statement, yes.

10              12, yes.

11              13, yes.

12              14, yes.

13              15, no.

14              THE COURT:  14, what crime were you a victim of?

15              PROSPECTIVE JUROR NO. 21:  Convicted?  I was not

16    convicted.

17              THE COURT:  No.  What crime were you a victim of?

18    No. 14.

19              PROSPECTIVE JUROR NO. 21:  Well, my BMW four-wheel was

20    stolen.

21              THE COURT:  Was it reported?

22              PROSPECTIVE JUROR NO. 21:  Yes.

23              THE COURT:  Anyone arrested?

24              PROSPECTIVE JUROR NO. 21:  As far as I know, no.

25              THE COURT:  Are you generally satisfied or
```

1    dissatisfied with the way you were treated?

2              PROSPECTIVE JUROR NO. 21:  No.  I'm satisfied.

3              THE COURT:  15?

4              PROSPECTIVE JUROR NO. 21:  15, no.

5              16, no.

6              17, no.

7              18, yes.

8              19, no.

9              20, no.

10             THE COURT:  Can you tell me about 18?

11             PROSPECTIVE JUROR NO. 21:  I have a political [sic]

12   nephew, I think it was, in -- I don't know exactly what he did.

13   I think it was petty theft.

14             THE COURT:  Did you attend any of his hearings?

15             PROSPECTIVE JUROR NO. 21:  No.

16             THE COURT:  Do you think he was treated fairly by the

17   criminal justice system?

18             PROSPECTIVE JUROR NO. 21:  I cannot say.  I was not

19   present.

20             THE COURT:  Is there anything about your nephew's

21   experience that would make it difficult for you to sit and

22   listen to the evidence in this case and be fair to both the

23   Government and the Defendant?

24             PROSPECTIVE JUROR NO. 21:  As far as I know, no.

25             THE COURT:  No. 19?

```
 1              PROSPECTIVE JUROR NO. 21:  I guess it's a kind of

 2   sport, yes and no.  I go once in a while.

 3              20 is not applicable.

 4              21, yes.  I served on both, federal and state court.

 5              THE COURT:  For federal court, was it criminal or

 6   civil?

 7              PROSPECTIVE JUROR NO. 21:  It was criminal.

 8              THE COURT:  Did the jury reach a verdict?

 9              PROSPECTIVE JUROR NO. 21:  I was an alternate that

10   day.  I was excused out.

11              THE COURT:  And in state court, was it civil or

12   criminal?

13              PROSPECTIVE JUROR NO. 21:  It was criminal.

14              THE COURT:  Did the jury reach a verdict?

15              PROSPECTIVE JUROR NO. 21:  I believe so.  I was not --

16   also I was an alternate.

17              THE COURT:  In both cases, you were an alternate?

18              PROSPECTIVE JUROR NO. 21:  Uh-huh.

19              THE COURT:  "Yes"?

20              PROSPECTIVE JUROR NO. 21:  Well, in the federal case,

21   I was excused out.  Never got to sit down.

22              THE COURT:  You weren't chosen?

23              PROSPECTIVE JUROR NO. 21:  No.  I was excused out.

24              THE COURT:  No. 22?

25              PROSPECTIVE JUROR NO. 21:  No.
```

1          23, no.

2          24, yes.

3          And 25, no.

4          THE COURT:  You have trouble understanding English?

5          PROSPECTIVE JUROR NO. 21:  Oh.  No.  No.  My mistake.

6          THE COURT:  And 25, no?

7          PROSPECTIVE JUROR NO. 21:  25, no.

8          THE COURT:  Thank you, sir.

9          Mr. Bradley.

10          PROSPECTIVE JUROR NO. 22:  Robert Bradley.

11          Place of birth, Miami.

12          Occupation, mental health technician.

13          Area of residence, Northwest Miami-Dade County.

14          Length of time in the community, all my life except

15   for four years in the military.

16          Marital status, married.

17          I live with my wife and my elderly mother, who's

18   disabled.

19          One child, 20-year-old daughter.  She's going to

20   school in Tallahassee, to college.

21          Hobbies, sports and reading.

22          Prior military service, yes.  Four years in the Air

23   Force.  Never in combat.  I just had action taken against me,

24   one Article 15, which lasted a month.

25          11, no.

 1          12, no.

 2          13, no.

 3          14, yes.  I had a car stolen from me years ago, and no

 4   one was ever arrested for it.

 5          Let's see.

 6          THE COURT:  Were you satisfied or dissatisfied with

 7   the way you were treated?

 8          PROSPECTIVE JUROR NO. 22:  I'd say satisfied.

 9          THE COURT:  15?

10          PROSPECTIVE JUROR NO. 22:  15, yes.  I do have a

11   family member that was molested, a niece that was molested when

12   she was 6 years old.

13          THE COURT:  Would that affect your ability to be a

14   fair and impartial juror?

15          PROSPECTIVE JUROR NO. 22:  Yes, it would.

16          16, no.

17          17, no.

18          18, yes.  I'd like to do a side-bar with 18.

19          THE COURT:  Come on up.

20          (Whereupon, the following proceedings were had at

21   side-bar outside the presence of the jury:)

22          THE COURT:  Yes.  Somebody in your family was accused

23   of a crime?

24          PROSPECTIVE JUROR NO. 22:  Yes.  I have numerous, at

25   least five or six.  I had three family members accused of

1   murder and --

2             THE COURT:  I'm sorry?

3             PROSPECTIVE JUROR NO. 22:  Three family members

4   accused of murder, brothers -- two brothers and one nephew.

5   And one nephew was found not guilty, and the charges were

6   dropped against my two brothers.

7             THE COURT:  The charges were dropped against your

8   brothers?

9             PROSPECTIVE JUROR NO. 22:  My two brothers, yes.

10            THE COURT:  Do you think they were treated fairly by

11   the criminal justice system?

12            PROSPECTIVE JUROR NO. 22:  Yes, I do.

13            THE COURT:  Do you think they were well represented by

14   their lawyers?

15            PROSPECTIVE JUROR NO. 22:  Yes.

16            THE COURT:  Is there anything about your two brothers'

17   and nephew's experience that would make it difficult for you to

18   sit and listen to the evidence in this case and be fair to both

19   the Government and the Defendant?

20            PROSPECTIVE JUROR NO. 22:  Yes.  I think so.  I think

21   I pretty much -- I don't think they should have been charged in

22   the first place.  I think it was kind of like they were

23   scapegoats, pretty much.

24            THE COURT:  And that would affect your ability to be a

25   fair and impartial juror in this case?

```
 1                PROSPECTIVE JUROR NO. 22:  I would think so.  Yes.

 2                THE COURT:  Thank you, sir.

 3                (Whereupon, the following proceedings were had in open

 4     court:)

 5                PROSPECTIVE JUROR NO. 22:  19, yes.

 6                20, no.

 7                21, no.

 8                22, no.

 9                23, yes.

10                While in the military, I had a nervous breakdown and

11     I've been diagnosed as paranoid schizophrenic.

12                THE COURT:  Are you taking medication?

13                PROSPECTIVE JUROR NO. 22:  Yes, I am.

14                And 24, no.

15                25, no.

16                THE COURT:  Thank you, sir.

17                PROSPECTIVE JUROR NO. 23:  James Cadet.

18                2, Miami.

19                3, I'm a student.

20                4, I live in Pinecrest, but prior to that I was in

21     Cocoplum for two years.

22                THE COURT:  How long have you been in Pinecrest?

23                PROSPECTIVE JUROR NO. 23:  For about 20 years.

24                THE COURT:  What are you studying?

25                PROSPECTIVE JUROR NO. 23:  I'm getting a BS in
```

1    chemistry.

2            No. 6, single.

3            No. 7, I live -- yes, I do, with my parents.  And my

4    mom's retired and my father's a physician.

5            THE COURT:  What did your mom do before she retired?

6            PROSPECTIVE JUROR NO. 23:  She was a physician as

7    well.

8            8, I have no children.

9            9, I like doing photography, building computers and

10   cooking.

11           10, no.

12           11, I have two cousins that are corporate lawyers.

13           12, I had an uncle, who is deceased, but he was a

14   police officer.

15           13, well, that uncle.

16           14, when I was younger, my family was -- our house was

17   burglarized.

18           15, yes.  I had a cousin who was molested by a family

19   member when she was younger.

20           THE COURT:  Would that affect your ability to be a

21   fair and impartial juror?

22           PROSPECTIVE JUROR NO. 23:  Yes.  I believe so.

23           16, no.

24           17, no.

25           18, no.  Well, yes.  The family member who molested my

    1    cousin.

    2           19, yes.

    3           20, no.

    4           21, no.

    5           22, no.

    6           23, no.

    7           24, no.

    8           25, no.

    9           THE COURT:  Thank you, sir.

   10           Ms. Del Rio.

   11           PROSPECTIVE JUROR NO. 24:  Blanca Del Rio.

   12           No. 2, Cuba.

   13           3, I was -- right now, retired.  Prior, my occupation

   14   was I worked for the State of Florida for 31 years in elderly

   15   affairs as a care assessor.

   16           4, I live in Miami.

   17           5, for 36 years.

   18           I'm divorced.  I live by myself.

   19           I have a 45 years son, married, who work as a

   20   marketing.

   21           My hobby is reading, exercise, in my spare time, and

   22   reading.

   23           10, no.

   24           11, no.

   25           12, no.

```
 1              13, no.

 2              14, no.

 3              15, no.

 4              16, no.

 5              17, no.

 6              18, no.

 7              19, yes.  I'm from a Catholic church.

 8              No, 20.

 9              21, no.

10              22, no.

11              23, I have a sight problem.

12              24, no.

13              And 25, yes.  I'm taking for -- medication for high

14      blood pressure.  But it doesn't have any problem to be in a

15      court.  Okay?

16              THE COURT:  Thank you.

17              Mr. Rodda.

18              PROSPECTIVE JUROR NO. 25:  Luis Rodda.

19              Place of birth, Miami.

20              Occupation, I'm a student.

21              THE COURT:  What are you studying?

22              PROSPECTIVE JUROR NO. 25:  I have no major at the

23      moment because I just started college.  But I'm leaning towards

24      networking.

25              Length of -- general area of residence is Miami.
```

```
 1              Length of time, my whole life, so 21 years.

 2              Marital status, single.

 3              I live with my grandma and my uncle.  My uncle owns a

 4  business.

 5              THE COURT:  What kind of business does he --

 6              PROSPECTIVE JUROR NO. 25:  He owns three businesses,

 7  Miami Children's Hospital traffic control, valet and car wash.

 8  He owns those these.

 9              No children.

10              Hobbies, I like martial arts and computers.

11              10, no.

12              11, no.

13              12, no.

14              13, no.

15              14, on -- from 14 to 18 -- well, 14 to 17, no.

16              Then 18, yes.  It was my uncle.

17              THE COURT:  What was your uncle accused of?

18              PROSPECTIVE JUROR NO. 25:  Conspiracy of drug

19  trafficking.

20              THE COURT:  Was that in federal court?

21              PROSPECTIVE JUROR NO. 25:  Yes.

22              THE COURT:  When was that?

23              PROSPECTIVE JUROR NO. 25:  This was '90s, like '97, I

24  believe.  A long time ago.

25              THE COURT:  And what happened with that charge?
```

```
 1              PROSPECTIVE JUROR NO. 25:  Convicted.

 2              THE COURT:  Did you attend any of his hearings?

 3              PROSPECTIVE JUROR NO. 25:  No.  I was too young.

 4              THE COURT:  Have you visited him while he's

 5    incarcerated?

 6              PROSPECTIVE JUROR NO. 25:  Yes.  But he's already out.

 7              THE COURT:  Do you think he was treated fairly by the

 8    criminal justice system?

 9              PROSPECTIVE JUROR NO. 25:  Yes.

10              THE COURT:  Do you think he was well represented by

11    his lawyer?

12              PROSPECTIVE JUROR NO. 25:  Yes.

13              THE COURT:  Is there anything about your uncle's

14    experience that would make it difficult for you to sit and

15    listen to the evidence in this case and be fair to both the

16    Government and the Defendant?

17              PROSPECTIVE JUROR NO. 25:  No.

18              THE COURT:  No. 19?

19              PROSPECTIVE JUROR NO. 25:  19 through 25 is no.  Let

20    me just make sure.  Yeah.  From 19 to 25, no.

21              THE COURT:  Thank you, sir.

22              Mr. Landman.

23              PROSPECTIVE JUROR NO. 26:  Abraham Landman.

24              Born in Lima, Peru.

25              I am exporter for auto parts to South America.
```

1              I live in North Miami, for 23 years.

2              Married with three kids.  The oldest one works with

3    me.  The second one works in a phone company.  And the third

4    one just finished college.

5              My hobby is work.

6              No. 10 is no.

7              No. 11 is no.

8              No. 12 is no.

9              13, no.

10             14, I have been a victim for several times robbery in

11   my business.

12             THE COURT:  Were those instances reported?

13             PROSPECTIVE JUROR NO. 26:  Yes.

14             THE COURT:  Anyone arrested?

15             PROSPECTIVE JUROR NO. 26:  Yes.

16             THE COURT:  And what happened with the case?

17             PROSPECTIVE JUROR NO. 26:  Guilty.

18             THE COURT:  Do you think you were treated fairly or

19   unfairly by the criminal justice system?

20             PROSPECTIVE JUROR NO. 26:  Fairly.

21             THE COURT:  As a witness were you treated fairly?

22             PROSPECTIVE JUROR NO. 26:  No.  I was the owner of the

23   business.  They came to rob me.  Yes.

24             THE COURT:  As a victim, you thought you were treated

25   fairly?

```
 1              PROSPECTIVE JUROR NO. 26:  Yes.

 2         15, no.

 3         16, no.

 4         17, no.

 5         18, no.

 6         19, yes.

 7         20, no.

 8         21, yes.

 9         22, no.

10         23, no.

11         24, yes.

12         25, no.

13         THE COURT:  So as far as jury service, you previously

14    served on a trial jury?

15              PROSPECTIVE JUROR NO. 26:  Yes.

16         THE COURT:  In state court or federal court?

17              PROSPECTIVE JUROR NO. 26:  I don't recall.

18         THE COURT:  Was it on 12th Street or over here in this

19    area?

20              PROSPECTIVE JUROR NO. 26:  One on 12th Street and one

21    in Palm Beach.

22         THE COURT:  And for 12th Street, did the jury reach a

23    verdict?

24              PROSPECTIVE JUROR NO. 26:  Yes.  Guilty for Medicaid

25    fraud.
```

 1              THE COURT:  Were you the foreperson?

 2              PROSPECTIVE JUROR NO. 26:  I don't know what means

 3     that.

 4              THE COURT:  Were you the person who delivered the

 5     verdict in court?

 6              PROSPECTIVE JUROR NO. 26:  No.

 7              THE COURT:  And in Palm Beach, do you remember whether

 8     it was criminal or civil?

 9              PROSPECTIVE JUROR NO. 26:  It was a kidnap case from a

10     cousin from France to here.  I don't know if that's criminal or

11     what.

12              THE COURT:  Did the jury reach a verdict?

13              PROSPECTIVE JUROR NO. 26:  The girl that took the kid

14     fly away.  So they never finish the case.

15              THE COURT:  And you stated that you had problems

16     understanding or reading English?

17              PROSPECTIVE JUROR NO. 26:  Yeah.  Like the

18     "foreperson" word, I never heard that word before.  I basically

19     work in Spanish.

20              THE COURT:  But you understand and can speak English?

21              PROSPECTIVE JUROR NO. 26:  Yes.

22              THE COURT:  Thank you.

23              PROSPECTIVE JUROR NO. 26:  Thank you.

24              THE COURT:  Mr. Fernandez.

25              PROSPECTIVE JUROR NO. 27:  Ernesto Fernandez.

```
 1              Born in Cuba.

 2              I'm self-employed, flooring contractor.

 3              Live in Kendall for nine years.

 4              Married.  My wife don't work.  She has one child.

 5              Hobbies, baseball, diving, reading.

 6              THE COURT:  How old is the child?

 7              PROSPECTIVE JUROR NO. 27:  17.

 8              No. 10 is no.

 9              No. 11 is yes.  I have a nephew who's a police

10    officer, a niece who's a lawyer and a family friend who's a

11    judge.

12              No. 12 is no.

13              13 is no.

14              14 is no.

15              15 is no.

16              16 is no.

17              17 is no.

18              18 is yes.  I have a pending case for DUI.  I'm on

19    pretrial services.

20              19 is yes.

21              20 is no.

22              21 is no.

23              22 is no.

24              23 is no.

25              24 is no.
```

1           And 25 is no.

2           THE COURT:  Would the pending DUI that you have affect

3    your ability to be a fair and impartial juror in this case?

4           PROSPECTIVE JUROR NO. 27:  I don't think so.

5           THE COURT:  You would -- you don't think so or you do?

6           PROSPECTIVE JUROR NO. 27:  No.

7           THE COURT:  Do you think you're being treated fairly

8    by the criminal justice system?

9           PROSPECTIVE JUROR NO. 27:  Yes.

10          THE COURT:  Are you well represented by your lawyer?

11          PROSPECTIVE JUROR NO. 27:  Yes.

12          THE COURT:  Thank you, sir.

13          PROSPECTIVE JUROR NO. 28:  Sandra Stelle.

14          I was born and raised in Miami, Florida.

15          I'm currently a customer service rep for a State Farm

16   agent for three years.  Prior to that, also a State Farm agent

17   for 18 years.  Prior to that, another State Farm for 17 years.

18   So I've only ever worked for State Farm insurance agents.

19          I've lived in South Miami all my life, 61 years.

20          I'm married, 37 years.

21          I live with my husband.  He's a bid coordinator for

22   Gordon Food Service.

23          I have a 35-year-old daughter, married.  My son is 32.

24   My daughter is a teacher at a private school outside Orlando.

25   My son works for Florida Power & Light, single.

```
 1              My hobbies are cooking, gardening and my 5-month-old

 2    grandson.

 3              10 is no.

 4              11 is no.

 5              12 is no.

 6              13 is no.

 7              14, yes.  My house was burglarized, June, 2011.  No

 8    arrest was made.  I was very satisfied with the way South Miami

 9    police and their detectives handled everything.

10              15 is yes.  When my daughter was in Miami Palmetto

11    Senior High back in '94 to '96, she was approached by her band

12    director.  Thankfully, she wasn't sexually abused.  Other young

13    girls were.  The band director was George Crear.

14              Subsequently -- my daughter was the one that was

15    instrumental in bringing it to the principal's attention,

16    ultimately, Miami-Dade County and the State of Florida.

17              THE COURT:  Would that instance affect your ability to

18    be a fair and impartial juror in this case?

19              PROSPECTIVE JUROR NO. 28:  I wish I could say it would

20    not.  I believe the honest answer is it would.  Yes, ma'am.

21              THE COURT:  No. 16?

22              PROSPECTIVE JUROR NO. 28:  No.

23              17, yes.  I did give a deposition in the investigation

24    for the -- well, the incident when my daughter was in high

25    school.
```

```
1              18 is no.

2              19 is yes.

3              20, no.

4              21, no.

5              22, no.

6              23, no.

7              24, no.

8              And 25, I just finished antibiotics for an inner ear

9     infection.  So I'm not sure if I have any temporary loss of

10    hearing.  But I think that's it.

11             THE COURT:  Thank you.

12             PROSPECTIVE JUROR NO. 28:  Thank you.

13             THE COURT:  Mr. Bustamante.

14             PROSPECTIVE JUROR NO. 29:  Luis Bustamante.

15             Born in Cuba.

16             Occupation is telecommunications industry.

17             I live in the Kendall area.

18             THE COURT:  How long have you been in the

19    telecommunications industry?

20             PROSPECTIVE JUROR NO. 29:  40 years.

21             THE COURT:  How long have you been living in Kendall?

22             PROSPECTIVE JUROR NO. 29:  13 years.

23             I'm married.

24             One daughter, 32 years old.

25             She lives in Gilbert, Arizona.
```

```
 1              THE COURT:  Is she working?

 2              PROSPECTIVE JUROR NO. 29:  I'm sorry?

 3              THE COURT:  Is she working?

 4              PROSPECTIVE JUROR NO. 29:  She is.  She works for

 5   Intel.  She's -- she handles international accounts.

 6              THE COURT:  Does your wife work?

 7              PROSPECTIVE JUROR NO. 29:  No.  She's -- right now

 8   she's not working.  She worked for 25 1/2 years.  She's

 9   unemployed right now.

10              THE COURT:  And what did she do for 25 1/2 years?

11              PROSPECTIVE JUROR NO. 29:  She worked for a brokerage

12   firm.

13              THE COURT:  No. 9?

14              PROSPECTIVE JUROR NO. 29:  No. 9 is reading and

15   travel.

16              No. 10 is no.

17              No. 11 is yes.

18              THE COURT:  Who would that be?

19              PROSPECTIVE JUROR NO. 29:  That's my cousin's husband.

20   He's a lawyer.  And I have my niece's husband.  He's a

21   policeman.

22              THE COURT:  And the lawyer:  What kind of law does he

23   practice?

24              PROSPECTIVE JUROR NO. 29:  Real estate, primarily.

25              THE COURT:  And the policeman:  Where is he?
```

```
1              PROSPECTIVE JUROR NO. 29:  Miami-Dade County.

2              THE COURT:  No. 10?

3              PROSPECTIVE JUROR NO. 29:  No. --

4              THE COURT:  I'm sorry.  No. 12?

5              PROSPECTIVE JUROR NO. 29:  No. 12.  Right?  Okay.  No.

6       No, No. 13.

7              No. 14, yes.  A couple times they have broken into my

8       cars.

9              THE COURT:  Was it reported?

10             PROSPECTIVE JUROR NO. 29:  It was, both times.

11             THE COURT:  Anyone arrested?

12             PROSPECTIVE JUROR NO. 29:  No.

13             THE COURT:  Are you generally satisfied or

14      dissatisfied with the way you were treated?

15             PROSPECTIVE JUROR NO. 29:  I'm satisfied.

16             THE COURT:  No. 15?

17             PROSPECTIVE JUROR NO. 29:  No.

18             16 is no.

19             17 is no.

20             18 is yes.

21             THE COURT:  Who would that be?

22             PROSPECTIVE JUROR NO. 29:  A friend of mine.

23             THE COURT:  What crime was he accused of?

24             PROSPECTIVE JUROR NO. 29:  It was a federal case in

25      Washington, DC.
```

```
 1              THE COURT:  What was the charge?

 2              PROSPECTIVE JUROR NO. 29:  He was -- they were found

 3    guilty.  It was a case -- Orlando Letelier's case.

 4              THE COURT:  From Chile?

 5              PROSPECTIVE JUROR NO. 29:  Correct.

 6              THE COURT:  The assassination of Letelier?

 7              PROSPECTIVE JUROR NO. 29:  That's correct.

 8              THE COURT:  Do you think he was treated fairly by the

 9    criminal justice system?

10              PROSPECTIVE JUROR NO. 29:  Yes, he was.

11              THE COURT:  Do you think he was well represented by

12    his lawyer?

13              PROSPECTIVE JUROR NO. 29:  He was.

14              THE COURT:  Did you visit him while he was

15    incarcerated?

16              PROSPECTIVE JUROR NO. 29:  No.

17              THE COURT:  Is there anything about your friend's

18    experience that would make it difficult for you to sit and

19    listen to the evidence in this case and be fair to both the

20    Government and the Defendant?

21              PROSPECTIVE JUROR NO. 29:  Not at all.  No.

22              THE COURT:  No. 19?

23              PROSPECTIVE JUROR NO. 29:  Yes.

24              No. 20, no.

25              21, yes.  It was a state.  I wasn't selected, though.
```

```
 1              THE COURT:  22?

 2              PROSPECTIVE JUROR NO. 29:  22, no.

 3              23 is no.

 4              24, no.

 5              And 25, yes.  I do take -- I'm a diabetic, Type 1,

 6   insulin-dependent.  And I do take blood pressure; Lyrica, for

 7   neuropathy; and some other medications.

 8              THE COURT:  And earlier you had told me that you were

 9   having issues with your diabetes.

10              PROSPECTIVE JUROR NO. 29:  I do.

11              THE COURT:  And what's happening from March 1st to

12   March 11th?

13              PROSPECTIVE JUROR NO. 29:  Yes.  March 1st I do have a

14   doctor's appointment coming up, and March 11.

15              THE COURT:  So you have appointments on both those

16   dates?

17              PROSPECTIVE JUROR NO. 29:  Right.

18              I also have to schedule therapy for my left shoulder.

19   I have a frozen shoulder.

20              THE COURT:  I know how that is.

21              March 11th is a Monday and March 1st is a Friday.

22              Okay.  Thank you, sir.

23              PROSPECTIVE JUROR NO. 29:  You're welcome.

24              THE COURT:  Are you taking pain medication -- I'm

25   sorry, Mr. Bustamante.
```

```
 1              Are you taking pain medication for the frozen
 2   shoulder?
 3              PROSPECTIVE JUROR NO. 29:  Pain?  Well, I'm taking
 4   Lyrica for my neuropathy.  And that's basically addressing pain
 5   issues, too.
 6              THE COURT:  And would that affect your ability to sit
 7   and listen to the evidence in this case and be fair?
 8              PROSPECTIVE JUROR NO. 29:  Well, I'm also taking
 9   Lorazepam.  And I'll be honest with you.  I have to go to the
10   rest room quite a bit.
11              THE COURT:  Okay.
12              PROSPECTIVE JUROR NO. 29:  And my sugar, not being
13   under control, right now is up and down.  My meals present --
14   they have to be addressed at the right time.  Timing is an
15   issue.
16              THE COURT:  Okay.  Yes, Mr. Rodriguez.
17              PROSPECTIVE JUROR NO. 30:  My name's Willie Rodriguez.
18              I was born here in the United States, Miami, Florida.
19              My occupation is new with Carnival, a representative.
20              My area of residence is Kendall.
21              THE COURT:  Prior to getting this job with Carnival,
22   what did you do?
23              PROSPECTIVE JUROR NO. 30:  I worked at Target and then
24   I worked with my father.
25              THE COURT:  How long were you at Target?
```

```
 1              PROSPECTIVE JUROR NO. 30:  Three years.

 2              THE COURT:  And what was your position at Target?

 3              PROSPECTIVE JUROR NO. 30:  Electronics.

 4              THE COURT:  With your dad, what did you do?

 5              PROSPECTIVE JUROR NO. 30:  I was a representative -- a

 6   sales representative.  He was a vice president.

 7              THE COURT:  What did you sell?

 8              PROSPECTIVE JUROR NO. 30:  Sausage.

 9              THE COURT:  Okay.

10              PROSPECTIVE JUROR NO. 30:  The length of time in the

11   community of Kendall was my whole life, 21 years.

12              Marital status, single.

13              I live with my sister and my mother.

14              I have no children.

15              THE COURT:  Are they working, your sister and your

16   mom?

17              PROSPECTIVE JUROR NO. 30:  Yeah.  My mom -- my mom

18   doesn't work.  My sister actually works at Merrick Park.

19              THE COURT:  In a store at Merrick Park?

20              PROSPECTIVE JUROR NO. 30:  Yes.  She still works there

21   right now.

22              My hobbies are playing basketball and fishing.

23              No military service.

24              Nobody in -- no for 11.

25              No for 12.
```

```
 1              No for 13.

 2              No for 14.

 3              No for 15.

 4              No for 16.

 5              No for 17.

 6              No for 18.

 7              No for 19.

 8              No for 20.

 9              No for 21.

10              No for 22.

11              And no for 23, 24, 25.

12              THE COURT:  Thank you, sir.

13              Mr. Oliver.

14              PROSPECTIVE JUROR NO. 31:  Emanuel Oliver.

15              Place of birth, Miami, Florida.

16              Occupation, student.

17              General residency, North Miami Beach.

18              Length of community service, my entire life, 20 years.

19              No. 6, single.

20              I live with my mother.  And my father is unemployed.

21              No children.

22              Hobbies are sports.

23              No for No. 10.

24              No for 11.

25              No for 12.
```

1              No for 13.

2              No for 14.

3              No for 15.

4              No for 16.

5              No for 17.

6              No for 18.

7              Yes for 19.

8              No for 20.

9              No for 21.

10             And no for 22.

11             No for 23.

12             And no for 24.

13             And no for 25.

14             THE COURT:  Is your mom working?

15             PROSPECTIVE JUROR NO. 31:  Yes, ma'am.  She's in

16   account management.  She does account management at Miami Dade

17   College.

18             THE COURT:  When your dad worked, what did he do?

19             PROSPECTIVE JUROR NO. 31:  He was a mechanic.

20             THE COURT:  Thank you.

21             PROSPECTIVE JUROR NO. 32:  Jorge Figueroa-Martinez.

22             I'm from Venezuela, No. 2.

23             My occupation here is insurance agent.

24             I live in Doral, for almost eight years.

25             Married, No. 6.

```
 1              My wife is now unemployed.

 2              THE COURT:  What did she do before she was unemployed?

 3              PROSPECTIVE JUROR NO. 32:  She was an administrative

 4   assistant at Citibank, private bank.

 5              Childrens, 36 years and 31 years old.

 6              My hobbies, walking, music, beach.

 7              No. 10, no.

 8              No. 11, no.

 9              No. 12, no.

10              No. 13, no.

11              No. 14, no.

12              No. 15, no.

13              No. 16, no.

14              No. 17, no.

15              No. 18, no.

16              No. 19, yes.

17              20, no.

18              21, no.

19              22, no.

20              23, no.

21              24, no.

22              The only medication I'm taking is Simvastatin to

23   prevent high cholesterol, but it doesn't affect.

24              THE COURT:  Thank you, sir.

25              PROSPECTIVE JUROR NO. 33:  Idelmis Ojito.
```

```
 1              I was born in Cuba.

 2              Right now, I'm a student, a student getting an

 3   associate in nursing.

 4              Before, I was a secretary and medical assistant.

 5              I live on Virginia Gardens area.  I've been there

 6   since 2004.

 7              I'm divorced.

 8              I live right now with my sister, her husband and my

 9   nephew and my daughter.  My sister's unemployed.  My -- her

10   husband is self-employed.  My nephew, my daughter-in-law are

11   students.

12              THE COURT:  And her husband, what kind of business

13   does he have?

14              PROSPECTIVE JUROR NO. 33:  Self-employed.  He do good

15   floor, you know.  He do floor.

16              THE COURT:  Floors?

17              PROSPECTIVE JUROR NO. 33:  Yeah.  Floors.

18              From 10 to 25's no, except 24, because I'm not sure

19   about my English.  I'm sorry.  I think that I have afraid, you

20   know, to skip, you know, some words.

21              THE COURT:  Have you been able to understand

22   everything that I've said?

23              PROSPECTIVE JUROR NO. 33:  Yes.  Yes.

24              THE COURT:  What do you do for hobbies or spare time?

25              PROSPECTIVE JUROR NO. 33:  Oh, okay.  Just watch
```

 1    movies.  I love to watch movies.

 2             THE COURT:  Watch them in English or in Spanish?

 3             PROSPECTIVE JUROR NO. 33:  English.

 4             THE COURT:  Thank you.

 5             PROSPECTIVE JUROR NO. 33:  Thank you.

 6             PROSPECTIVE JUROR NO. 34:  Barbara Rietmann.

 7             I was born here in Miami.

 8             I'm a respiratory therapist for three years.

 9             I live in Kendall.

10             I've been here for 51 years.

11             I am married.

12             My husband is a load master.

13             I have no children.  I play tennis.

14             10 is no.

15             11, my brother's a Florida highway patrolman.

16             The rest is no, except for 19, which is yes.

17             THE COURT:  Thank you, ma'am.

18             Last, but not least, Ms. Quinones.

19             PROSPECTIVE JUROR NO. 35:  Rosa Quinones.

20             No. 2, I was born in New York.

21             My occupation, No. 3, is medical assistant.

22             I have lived here all -- practically all my life.

23             THE COURT:  How long have you been a medical

24    assistant?

25             PROSPECTIVE JUROR NO. 35:  Over 16 years.

 1              I'm married.

 2              THE COURT:  Where do you live, generally?

 3              PROSPECTIVE JUROR NO. 35:  In Kendall.

 4              THE COURT:  And you're married?

 5              PROSPECTIVE JUROR NO. 35:  Yes, ma'am.

 6              THE COURT:  What does your husband do for a living?

 7              PROSPECTIVE JUROR NO. 35:  He's a sales manager for a

 8     generator company.

 9              I have no children, No. 8.

10              No. 9, listen to music.

11              No. 10, no.

12              No. 11, I have a cousin that's a police officer with

13     Miami-Dade County.

14              No. 12, no.

15              No. 13, no.

16              No. 14, no.

17              15, no.

18              16, no.

19              17, no.

20              18, no.

21              19, yes.

22              20, yes.

23              21, no.

24              22, no.

25              23, back problems and knee problems.

```
 1                No. 24, no.

 2                25, yes.

 3                THE COURT:  And what kind of medication are you

 4      taking?  For what?

 5                PROSPECTIVE JUROR NO. 35:  Pain medication and

 6      anti-inflammatory medication.

 7                THE COURT:  That's for your back?

 8                PROSPECTIVE JUROR NO. 35:  Yes, ma'am, and knees.

 9                THE COURT:  Thank you.

10                Counsel, please approach.

11                (Whereupon, the following proceedings were had at

12      side-bar outside the presence of the jury:)

13                THE COURT:  Any additional questions of either the

14      panel as a whole or any individual juror?

15                MR. HOROWITZ:  No.

16                MS. MEDETIS:  Judge, the Government doesn't think that

17      Juror No. 25 answered Question No. 15, or we just completely

18      missed it.

19                MR. ADELSTEIN:  Question No. 15, you said?

20                MS. MEDETIS:  Yes.

21                THE COURT:  Let me check.

22                14 to 17 was no and then 18 was his uncle.

23                MS. MEDETIS:  Thank you, Judge.

24                MR. ADELSTEIN:  She doesn't miss a question.

25                MS. MEDETIS:  I didn't say the Judge did.  I thought
```

```
 1    the juror did.

 2              THE COURT:  Anything?

 3              MR. ADELSTEIN:  No.

 4              MR. HOROWITZ:  No.

 5              THE COURT:  From the Government?

 6              MS. MEDETIS:  Ms. Medetis from the Government.

 7              THE COURT:  Do you need a few minutes?

 8              MR. HOROWITZ:  Yes.

 9              MR. ADELSTEIN:  Yes.

10              THE COURT:  Do you want to take a break?

11              MR. ADELSTEIN:  Whatever the Court wants to do.

12              THE COURT:  How long do you need?

13              MR. HOROWITZ:  Ten minutes.

14              THE COURT:  So let's take a break rather than have

15    them sit here for ten minutes.

16              MR. ADELSTEIN:  Yes, ma'am.

17              (Whereupon, the following proceedings were had in open

18    court:)

19              THE COURT:  We're going to take a recess.  It'll be

20    enough time, I think, for you to get a snack.  I don't know

21    about lunch, but you can definitely get a snack.

22              Do not discuss this case either amongst yourselves or

23    with anyone else.  Have no contact whatsoever with anyone

24    associated with the trial.

25              Do not read, listen or see anything touching on this
```

 1   matter in any way, including anything on the Internet or on any

 2   access device.

 3           If anyone should try to talk to you about this case,

 4   you should immediately instruct them to stop and report it to

 5   my staff.

 6           Please be back in the lobby in 25 minutes.

 7           And we'll be in recess for ten.

 8           (Whereupon, Prospective Jury Panel No. I exited the

 9   courtroom at 12:35 p.m. and the following proceedings were

10   had:)

11           THE COURT:  We're in recess for ten.

12           MR. ADELSTEIN:  Thank you, your Honor.

13            (Thereupon a recess was taken, after which the

14   following proceedings were had:)

15           THE COURT:  You may be seated.

16           We're back on United States versus Carter, Case

17   No. 11-20350.

18           Good afternoon.

19           Counsel, state your appearances, please, for the

20   record.

21           MS. MEDETIS:  Good afternoon, your Honor.

22           Maria Medetis and Bonnie Kane on behalf of the United

23   States.

24           MR. ADELSTEIN:  Good afternoon.

25           Stu Adelstein, Phil Horowitz, Reginald Hope and

 1    Mr. Carter are all present.

 2              THE COURT:  So let's take up the 16 in the box.

 3              Challenges for hardship or for cause from either side?

 4         MS. MEDETIS:  Would you like to us go first?

 5         MR. ADELSTEIN:  Yes.  I'm a gentleman.

 6         MS. MEDETIS:  Your Honor, the Government, for cause or

 7    for hardship, would raise Juror No. 1.

 8              THE COURT:  Any objection?

 9         MR. ADELSTEIN:  No.

10              THE COURT:  Excused for cause.  He's a Jehovah's

11    Witness.

12         MS. MEDETIS:  Again, as for cause, Juror No. 6.

13              THE COURT:  Any objection?

14         MR. ADELSTEIN:  To No. 6, no.

15              THE COURT:  Excused for cause.  Couldn't be fair.

16         MS. MEDETIS:  Your Honor, Juror No. 8's scheduling

17    issues, for hardship.

18              THE COURT:  Any objection?

19         MR. ADELSTEIN:  No objection.

20              THE COURT:  Excused for hardship.

21         MS. MEDETIS:  Your Honor, Juror No. 9, for cause.

22         MR. ADELSTEIN:  No objection.

23              THE COURT:  What's the cause on 9?

24         MS. MEDETIS:  Your Honor, I believe Mr. Ramos had said

25    that he would not be able to sit in judgment of anyone.

```
 1              MR. ADELSTEIN:  That's correct.

 2              THE COURT:  I have for him that he indicated he was

 3    religious, but then on 20 he said "no."

 4              MS. MEDETIS:  This was in the questions prior to the

 5    jurors addressing the questionnaires.  He had raised his hand

 6    and said that he couldn't be -- he couldn't be fair.

 7              MR. ADELSTEIN:  He said he could not judge anyone.

 8              MS. MEDETIS:  He could not judge anyone.  Thank you.

 9    Yes.

10              THE COURT:  Okay.  I'll excuse him for cause if both

11    sides proffer it and agree.

12              MS. MEDETIS:  Your Honor, Juror No. 13 said that her

13    emotional issues would impact her ability to serve or impair

14    her ability to serve.

15              THE COURT:  13?

16              MR. HOROWITZ:  It was 12.

17              THE COURT:  You mean 12?

18              MR. ADELSTEIN:  It was 12.

19              MS. MEDETIS:  Your Honor, that's No. 13.  She said she

20    has depression, anxiety.  She's a flight attendant.

21              THE COURT:  My notes indicate she was okay.

22              No. 12 said she had a problem.

23              MS. MEDETIS:  Your Honor, our notes say they both did.

24    Our notes indicate that No. 12 said that she could be fair, but

25    takes Prozac, and that No. 13 said her anxiety could affect her
```

 1   ability to serve.

 2           THE COURT:  No. 13 said she took medication, Lexapro.

 3           Question by the Court:  "What is that for?"

 4           Answer by the juror:  "It's depression and anxiety."

 5           Question by the Court:  "Would that affect your

 6   ability to be a fair and impartial juror?"

 7           Answer by the juror:  "I don't believe so."

 8           By the Court:  "Believe so or know so?"

 9           By the juror:  "No."

10           MS. MEDETIS:  My apologies, your Honor.  It was a

11   misunderstanding, then.

12           THE COURT:  The challenge for cause is denied as to

13   13.

14           MS. MEDETIS:  Challenge for cause for No. 15.

15           THE COURT:  Any objection?

16           MR. ADELSTEIN:  No objection for 15.

17           THE COURT:  He's excused for cause, three times over.

18           MS. MEDETIS:  Your Honor, could we just go back?  That

19   would be Juror No. 1?

20           MR. ADELSTEIN:  We have some more when you finish.

21           MS. MEDETIS:  Okay.  I am.

22           MR. ADELSTEIN:  Are you finished?

23           MS. MEDETIS:  I just wanted to go over --

24           THE COURT:  You want to know who you already struck?

25           MS. MEDETIS:  Yes.

 1            THE COURT:  1, 6, 8, 9, 15 have been excused for

 2   hardship or cause.

 3            MS. MEDETIS:  Thank you, your Honor.

 4            THE COURT:  You can jump in, if you want,

 5   Mr. Adelstein.

 6            MR. ADELSTEIN:  We would move for cause for No. 2.

 7            THE COURT:  Any objection?

 8            MS. MEDETIS:  No, your Honor.

 9            THE COURT:  Excused for hardship.  He has a new job

10   that is on commission.

11            MR. ADELSTEIN:  No. 3.

12            THE COURT:  Grounds?

13            MR. ADELSTEIN:  He said he would try to be fair.  He's

14   suffering from depression and he has loss of memory and hard to

15   understand.

16            THE COURT:  What's the Government's position?

17            MS. MEDETIS:  Your Honor, we would challenge that.  I

18   think, ultimately, when the Court questioned, he said, "If

19   there's reasonable doubt, I would find not guilty."

20            MR. ADELSTEIN:  He was also the gentleman who said he

21   doesn't like the charges, but he would try to be fair, but

22   never committed.

23            THE COURT:  I'm going to deny the challenge for cause.

24   Mr. Sanchez did initially state that he didn't like the

25   charges.

1          When I questioned him further and specifically

2     questioned him as to, "If the Government failed to prove its

3     case beyond a reasonable doubt, could you find the Defendant

4     not guilty?", he first stated, "I believe so."

5          I then asked him, "Believe so or know so?"

6          And he said at that point, "If the Government did not

7     prove the evidence against the Defendant beyond a reasonable

8     doubt, he would find the Defendant not guilty."

9          So the challenge for cause is denied.

10         MR. ADELSTEIN:  We would move for cause on No. 7,

11    Suzette Fernandez.

12         THE COURT:  Any objection?

13         MS. MEDETIS:  No objection, your Honor.

14         THE COURT:  She's excused for cause because of the

15    sexual assault of her friend.

16         MR. ADELSTEIN:  No. 10, hardship, self-employed.

17         THE COURT:  Any objection?

18         MS. MEDETIS:  No objection.

19         THE COURT:  Excused for hardship.

20         MR. ADELSTEIN:  No. 11, Ms. Lopez.  She has two

21    parents in the hospital.

22         THE COURT:  No longer in the hospital.  They were in

23    the hospital.  They're back now.

24         MR. ADELSTEIN:  They're both at home.  I believe on

25    2-6 the mother has a doctor's appointment.  On 2-15, they have

 1  presurgery.

 2          THE COURT:  What's the Government's position?

 3          MS. MEDETIS:  Your Honor, just one second, please, if

 4  we may.

 5          THE COURT:  Sure.

 6          (Discussion had off the record amongst counsel.)

 7          MS. MEDETIS:  Your Honor, we don't object to that

 8  hardship request.

 9          THE COURT:  I'll excuse her for hardship.  I think

10  there's an open-ended question of what's going to happen with

11  the mom with the surgery.  It could be problematic.  So I

12  agree.

13          Anybody else?

14          MR. ADELSTEIN:  Yes.  No. 12.  She has an emotional

15  issue, taking Prozac, Xanax.

16          THE COURT:  Any objection?

17          MS. MEDETIS:  We would object, your Honor, because I

18  believe at the very end she said that she could be fair.  But

19  again....

20          THE COURT:  My recollection is that this juror had a

21  problem because of her depression.  In fact, I was surprised

22  that the next juror, No. 13, then said that she would be okay

23  with the same kind of depression.  And she said, no, she'd be

24  fine.

25          So I'll excuse No. 12.

```
 1              MR. ADELSTEIN:  And No. 16.

 2              THE COURT:  Any objection?

 3              MS. MEDETIS:  No objection, your Honor.

 4              THE COURT:  She's excused for the prior sexual

 5    assault.

 6              Okay.  That's a cause panel if I ever saw one.

 7              So there's no backstriking.  The Government is odd;

 8    Defendant is even.

 9              Juror No. 3, to the Government.

10              MS. MEDETIS:  We're fine with Juror No. 3, your Honor.

11              THE COURT:  You accept?

12              MS. MEDETIS:  We accept.

13              THE COURT:  To the Defendant.

14              MR. ADELSTEIN:  We would excuse her.

15              THE COURT:  Defendant strikes.

16              Juror No. 4, to the Defendant.

17              MR. ADELSTEIN:  We accept.

18              THE COURT:  To the Government.

19              MS. MEDETIS:  We would excuse, your Honor.

20              THE COURT:  You're both predictable.

21              Government strikes.

22              Juror No. 5, to the Government.

23              MS. MEDETIS:  The Government would accept, your Honor.

24              THE COURT:  To the defense.

25              MR. ADELSTEIN:  We accept.
```

```
1              THE COURT:  That's Juror No. 1.

2              Juror No. -- where are we?

3              Juror No. 13, to the Government.

4              MS. MEDETIS:  We would accept, your Honor.

5              THE COURT:  To the Defendant.

6              MR. ADELSTEIN:  We accept.

7              THE COURT:  That's Juror No. 2.

8              Juror No. 14, to the Defendant.

9              MR. ADELSTEIN:  Absolutely.

10             THE COURT:  I'm sorry?

11             MR. ADELSTEIN:  Absolutely we would accept him.

12             MS. MEDETIS:  We would strike, your Honor.

13             THE COURT:  Government strikes.

14             So let's take up now 17 through 28, challenges for

15    cause and hardship.

16             MS. MEDETIS:  Since we went first, the Government

17    would defer to defense counsel on this round.

18             MR. HOROWITZ:  Your Honor, Defendant would excuse

19    Juror No. 17.

20             MR. ADELSTEIN:  For cause.

21             MR. HOROWITZ:  I'm sorry.  We're doing causes.  Okay.

22    Then, one second.

23             THE COURT:  This is challenges for cause and hardship.

24             MR. HOROWITZ:  Yes, your Honor.

25             We'd move Juror No. 20 for cause.  She's the
```

```
 1    entomologist with the meeting in Gainesville.

 2              THE COURT:  Any objection?

 3              MS. MEDETIS:  No objection, your Honor.

 4              THE COURT:  Excused for hardship.

 5              MR. HOROWITZ:  Juror No. 21, Mario Gonzalez, said he

 6    cannot be fair.  Move for cause.

 7              THE COURT:  Any objection?

 8              MS. MEDETIS:  No objection, your Honor.

 9              THE COURT:  Excused for cause.

10              MR. HOROWITZ:  Juror No. 22, your Honor, for cause.

11              THE COURT:  Any objection?

12              MS. MEDETIS:  No objection, your Honor.

13              THE COURT:  Excused for cause.

14              MR. HOROWITZ:  Juror No. 23, for cause.

15              THE COURT:  Any objection?

16              MS. MEDETIS:  No objection, your Honor.

17              THE COURT:  Excused for cause.

18              MR. HOROWITZ:  Juror No. 26, for cause.

19              THE COURT:  Grounds?

20              MR. HOROWITZ:  The dates for -- I think his son is

21    getting married and he also stated that he had problems with

22    English.

23              THE COURT:  He said he didn't know the word

24    "foreperson."

25              Well, February 9th is a Saturday and February 7th he
```

```
 1    said in the morning.  I think we can work around that.  He said

 2    in the morning on the 7th they were having something in the

 3    synagogue -- a ceremony in the synagogue for his son who's

 4    getting married.

 5               MR. ADELSTEIN:  So is that a "no"?

 6               THE COURT:  That's a "no."

 7               As far as the English, he just indicated he didn't

 8    understand -- he works in Spanish.  He understands English.  He

 9    didn't know the word "foreperson."  I think there are a lot of

10    people who are English-speakers who don't know the word

11    "foreperson."

12               MS. MEDETIS:  Also, Judge, he was able to read the

13    questionnaire and answer it.  So the Government is satisfied.

14               THE COURT:  I don't see a problem with English.

15               MR. HOROWITZ:  Judge, move for cause for Juror No. 27

16    for hardship.

17               THE COURT:  Any objection?  It's the self-employed

18    flooring contractor.

19               MS. MEDETIS:  No objection, your Honor.

20               THE COURT:  Excused for hardship.

21               MR. HOROWITZ:  Also, Juror No. 28, for cause.

22               THE COURT:  Any objection?

23               MS. MEDETIS:  No objection, your Honor.

24               THE COURT:  Excused for cause.

25               What about No. 24 for hardship with the eye surgery?
```

```
 1              MR. ADELSTEIN:  We're not moving for cause.

 2              THE COURT:  What's the Government's position as to 24?

 3              MR. ADELSTEIN:  We have some more in the last row.

 4              THE COURT:  We're not there yet.

 5              MS. MEDETIS:  Judge, I believe there was one -- one

 6     of her cataract surgeries for one eye was scheduled for

 7     February 28th.

 8              THE COURT:  One eye is scheduled for February 28th and

 9     the next eye is two weeks after that.

10              What happens with cataract surgery?

11              MS. MEDETIS:  I don't know.  That was my question.

12              THE COURT:  Does that affect your vision afterwards

13     for a while?

14              MR. ADELSTEIN:  Based on what my mother has told me,

15     it really doesn't affect the total vision.  They let them go

16     after about an hour to go home and then they come -- I think

17     they wear sunglasses for a period of time -- a short period of

18     time.

19              THE COURT:  I think you're right.  I remember that

20     with my mother-in-law.

21              MR. ADELSTEIN:  And then they go back the next time

22     for the same thing.  My mother went -- came home each time.

23     That's all I can tell you.

24              MS. MEDETIS:  Judge, perhaps to avoid any

25     complications, we don't have a real issue with the eye surgery.
```

```
 1    But one never knows what side effects might occur.  Perhaps it
 2    would be easier to strike this particular juror for hardship.
 3              THE COURT:  Your position?
 4              MR. ADELSTEIN:  We believe she's perfect.  We object.
 5              THE COURT:  Can you ask her to come in?  Let me ask
 6    her a few questions about the surgery.  24, please, Ms. Del
 7    Rio.
 8              (Thereupon, Prospective Juror No. 24 entered the
 9    courtroom and the following proceedings were had:)
10              THE COURT:  Ma'am, if you could just come up to the
11    podium.  Patricia is going to show you right where to go.
12              You may be seated.
13              Ms. Del Rio, you're having eye surgery on the 28th?
14              PROSPECTIVE JUROR NO. 24:  Yes.
15              THE COURT:  Did they tell you how long that's going to
16    take?
17              PROSPECTIVE JUROR NO. 24:  Well, I'm going to be two
18    days -- one day with the patch.  The second day, they remove
19    the patch.  And then --
20              THE COURT:  So you have the -- one second.
21              You have the day of the surgery and then you're going
22    to wear a patch for two days?
23              PROSPECTIVE JUROR NO. 24:  No.  The date of the
24    surgery, and next day they're going to remove it.  And I have
25    to go to the doctor's office for remove it.
```

Jury Selection                    137

1         THE COURT:  So you go to the surgery and you're going

2    to wear a patch that day and then you have to wear a patch the

3    next day?

4         PROSPECTIVE JUROR NO. 24:  To go to the doctor and

5    then they remove it.

6         THE COURT:  And then do you have any limitations on

7    being in the light or anything like that?

8         PROSPECTIVE JUROR NO. 24:  Yeah.  At least two days

9    after they remove the patch, that I need to -- I could drive.

10   And then in -- two weeks after, if everything goes okay, then

11   they do the left side.  Because the right side is the worst.

12        THE COURT:  So Thursday you have the surgery.

13   Thursday and Friday you wear the patch.  Saturday and Sunday,

14   you can't drive?

15        PROSPECTIVE JUROR NO. 24:  Uh-huh.

16        THE COURT:  And then you'll be able to start driving

17   on Monday?

18        PROSPECTIVE JUROR NO. 24:  Uh-huh.

19        THE COURT:  Is that "yes"?

20        PROSPECTIVE JUROR NO. 24:  Yes.

21        THE COURT:  Okay.  And then two weeks after that -- so

22   it would be the week of the 18th of March -- you're going to

23   have the second eye done?

24        PROSPECTIVE JUROR NO. 24:  Uh-huh.

25        THE COURT:  "Yes"?

Jury Selection                                  138

```
 1              PROSPECTIVE JUROR NO. 24:  Yes.  Two week after.  I

 2    really don't know the exact date after two weeks of my first

 3    surgery.

 4              THE COURT:  Okay.  Thank you, ma'am.  If you could

 5    step outside.  Thank you so much.

 6              PROSPECTIVE JUROR NO. 24:  Thank you.

 7              (Thereupon, Prospective Juror No. 24 retired from the

 8    courtroom and the following proceedings were had:)

 9              THE COURT:  I'm going to excuse her for hardship.

10    She's going to be wearing a patch.  She'll be gone one day,

11    wearing a patch the next day.  So I'm excusing her for

12    hardship.

13              So that's -- is that it on the first two rows for

14    cause and hardship?  Yes?

15              MR. ADELSTEIN:  From the defense.  I don't know if the

16    Government has any more.

17              THE COURT:  Anyone else from the Government?

18              MS. MEDETIS:  No, your Honor.

19              THE COURT:  So let's start with 17.

20              To the Government.

21              MS. MEDETIS:  The Government would accept Juror

22    No. 17.

23              MR. ADELSTEIN:  We would excuse.

24              THE COURT:  Defense strikes.

25              No. 18, to the Defendant.
```

 1              MR. ADELSTEIN:  Could we have one moment, your Honor?

 2              THE COURT:  Yes.

 3              (Discussion had off the record between counsel.)

 4              MR. ADELSTEIN:  We accept.

 5              THE COURT:  To the Government.

 6              MS. MEDETIS:  We accept as well, your Honor.

 7              THE COURT:  That's Juror No. 3.

 8              No. 19, to the Government.

 9              MS. MEDETIS:  Government accepts No. 19.

10              THE COURT:  To the defense.

11              MR. ADELSTEIN:  We'll excuse.

12              THE COURT:  Defense strikes.

13              25, to the Government.

14              MS. MEDETIS:  Your Honor, the Government would strike

15      Juror No. 25.

16              THE COURT:  Government strikes.

17              26, to the Defendant.

18              MR. ADELSTEIN:  We would renew our motion for cause.

19      I understand the Court's ruling.  So as a result --

20              THE COURT:  It's denied.

21              MR. ADELSTEIN:  -- we would excuse.

22              THE COURT:  Defense strikes.

23              The last row, 29 through 35:  Challenges for cause or

24      hardship?

25              MS. MEDETIS:  Your Honor, No. 30 for hardship.  He's

```
 1    training on a brand-new job for, I believe, Carnival Cruise

 2    Lines.

 3              MR. ADELSTEIN:  We agree.

 4              THE COURT:  I agree.  He's excused for hardship.

 5              MS. MEDETIS:  No. 32 is self-employed.

 6              MR. ADELSTEIN:  We agree.

 7              THE COURT:  Excused for hardship.

 8              MS. MEDETIS:  No. 35 --

 9              MR. ADELSTEIN:  We agree.

10              MS. MEDETIS:  Religious reasons.

11              THE COURT:  Excused for cause.

12              MS. MEDETIS:  That's all from the Government on that

13    row, your Honor.

14              MR. ADELSTEIN:  We have one more.  And that's Juror

15    No. 29.

16              THE COURT:  Grounds?

17              MR. ADELSTEIN:  Medical reasons.  He's got therapy.

18    He's got two doctors' appointments.  His diabetes is, he

19    indicated, up and down.

20              THE COURT:  The Government's position?

21              MS. MEDETIS:  Your Honor, we don't object to that.

22              THE COURT:  I'll excuse him for hardship.

23              What about No. 31?  I have him for a trip on March 6th

24    to 8th.

25              MR. ADELSTEIN:  He also has some mid-terms.  But I do
```

```
 1    not know when the mid-terms -- I did not write down when they

 2    were.

 3              THE COURT:  Any objection?

 4              MS. MEDETIS:  Your Honor, would it be possible to

 5    voir-dire him on the scheduling of the mid-terms?  Because I

 6    don't think the trip itself would interfere with trial.  I

 7    don't recall him giving dates.

 8              THE COURT:  You don't think it's going to interfere

 9    with trial?

10              MR. ADELSTEIN:  We're not asking for him to be excused

11    for cause.

12              THE COURT:  Let me see.

13              MR. ADELSTEIN:  But I was just responding to the

14    Court.

15              THE COURT:  What he said was, "I'm a student at

16    Miami-Dade College.  Five weeks would put my in time frame for

17    mid-terms.  I also have a trip scheduled March 6th through the

18    8th."

19              Isn't that five weeks?  No.  It's four weeks.

20              No one is moving for a hardship for him?

21              MR. ADELSTEIN:  No.  We aren't.

22              MS. MEDETIS:  Your Honor, if we could voir-dire him.

23    I'm not sure if the trial is going to prohibit him from going

24    to class and, therefore, he's right up against mid-terms.

25              THE COURT:  Ask No. 31, Mr. Oliver, to come in,
```

1    please.

2              (Thereupon, Prospective Juror No. 31 entered the

3    courtroom and the following proceedings were had:)

4              THE COURT:  Hi, Mr. Oliver.

5              PROSPECTIVE JUROR NO. 31:  Hello, ma'am.

6              THE COURT:  You can be seated.

7              When are your mid-terms?

8              PROSPECTIVE JUROR NO. 31:  Mid-terms start the 27th.

9              THE COURT:  The 27th of February?

10             PROSPECTIVE JUROR NO. 31:  Yes, ma'am.

11             THE COURT:  And how many mid-terms do you have?

12             PROSPECTIVE JUROR NO. 31:  I believe one.

13             THE COURT:  One.  Do you know when it is?

14             PROSPECTIVE JUROR NO. 31:  Monday.

15             THE COURT:  Oh.  Monday the 4th?

16             PROSPECTIVE JUROR NO. 31:  Yes.  Mid-terms last about

17   a week period.

18             THE COURT:  So the Monday after the 27th would be the

19   4th of March.  Is that your only midterm?

20             PROSPECTIVE JUROR NO. 31:  I believe so.

21             THE COURT:  So do you think you would be able to sit

22   as a juror and handle your college studies?

23             PROSPECTIVE JUROR NO. 31:  Yes.  My professors are

24   very understanding and I can -- I'm also able to talk to them.

25             But, ma'am, I'm also -- I also have a trip.

```
 1              THE COURT:  Where are you going on the 6th?

 2              PROSPECTIVE JUROR NO. 31:  It's in Tallahassee.

 3              THE COURT:  What are you going for?

 4              PROSPECTIVE JUROR NO. 31:  It's to meet with the state

 5   legislators.

 6              THE COURT:  That's interesting.

 7              Okay.  Thank you, sir.

 8              PROSPECTIVE JUROR NO. 31:  Thank you, ma'am.

 9               (Thereupon, Prospective Juror No. 31 retired from the

10   courtroom and the following proceedings were had:)

11              THE COURT:  You may be seated.

12              If he ends up on the jury, I would assure him he'd be

13   able to go on his trip.

14              So where are we?

15              No. 31, to the Government.

16              MS. MEDETIS:  We would accept, your Honor.

17              THE COURT:  To the Defendant.

18              MR. ADELSTEIN:  We accept.

19              THE COURT:  So that is Juror No. 4.

20              No. 33, to the Government.

21              MS. MEDETIS:  We would accept, your Honor.

22              THE COURT:  To the Defendant.

23              MR. ADELSTEIN:  We would excuse.

24              THE COURT:  Defendant strikes.

25              No. 34, to the Defendant.
```

```
 1            MR. ADELSTEIN:  We would accept.

 2            THE COURT:  To the Government.

 3            MS. MEDETIS:  We would also accept, your Honor.

 4            THE COURT:  That's Juror No. 5.

 5            Better than I thought we were going to do.

 6            So let's bring in the five.  I'll give them their

 7  instructions and excuse them.

 8            What time is the next panel coming?

 9            THE COURTROOM DEPUTY:  We have them slated for

10  2:00 p.m.

11            THE COURT:  They're going to have to wait a little

12  bit.

13            So let's bring them in and we'll break for lunch.

14            (Whereupon, the selected members of Prospective Jury

15  Panel No. I entered the courtroom at 1:29 p.m. and the

16  following proceedings were had:)

17            THE COURT:  You may be seated.

18            Mr. Oliver, not to worry.  You'll be able to go on

19  your trip to Tallahassee.  I promise you.  Okay?

20            PROSPECTIVE JUROR NO. 31:  Thank you, ma'am.

21            THE COURT:  So, obviously, we have some more jurors to

22  be chosen.  And the trial will start next Tuesday.  That's

23  February 5th at 9:00.

24            When you leave here now, you're going to go into the

25  jury room, which will be your home away from the courtroom.
```

 1    There's a refrigerator in there, filtered water and all the

 2    snacks they allow me to order for your convenience.

 3           Patricia will meet you in there and she will give you

 4    the phone number of my chambers and her e-mail and she will

 5    please get from you all the modes of communication that there

 6    are to get in touch with you, home, office, cell phone, beeper,

 7    e-mail.  We don't use Facebook or Twitter.

 8           So if you'll give that information to her.  And I will

 9    see you Tuesday, February 5th, at 9:00.

10           Do not discuss this case either amongst yourselves or

11    with anyone else.  Have no contact whatsoever with anyone

12    associated with the trial.

13           Do not read, listen or see anything touching on this

14    matter in any way, including anything on the Internet or on any

15    device.

16           If anyone should try to talk to you about this case,

17    you should immediately instruct them to stop and report it to

18    my staff.

19           Thank you for your patience today.  Have a good week.

20    I will see you Tuesday morning, February 5th, at 9:00.

21           Make sure when you walk out -- because you're going to

22    be coming in a different hallway.  It's a semiprivate hallway

23    with the windows and there's some student art there.

24           That's the way you'll come in and out to the jury

25    room.  So just take a moment and look around so you're a little

```
 1    oriented when you come back next Tuesday.

 2              Thank you so much.  We'll see you next Tuesday.

 3              (Whereupon, the selected members of Prospective Jury

 4    Panel No. I exited the courtroom at 1:36 p.m. and the following

 5    proceedings were had:)

 6              THE COURT:  You can be seated.

 7              So we're in recess until 2:30.  We have another 35.

 8    Depending on how many jurors we're able to obtain from that

 9    panel, we'll have another panel tomorrow morning --

10              MR. ADELSTEIN:  Yes, ma'am.

11              THE COURT:  -- if need be.

12              2:30.  Thank you.  Have a nice lunch.

13              MR. HOROWITZ:  Thank you, Judge.

14              MS. MEDETIS:  Likewise, Judge.

15               (Thereupon, a luncheon recess was taken, after which

16    the following proceedings were had:)

17              THE COURT:  Good afternoon.  You may be seated.

18              United States of America versus Matthew Andrew Carter,

19    Case No. 11-20350.

20              Counsel, state your appearances, please, for the

21    record.

22              MS. MEDETIS:  Good afternoon, your Honor.

23              Maria Medetis and Bonnie Kane on behalf of the United

24    States.

25              MR. ADELSTEIN:  And good afternoon, your Honor.
```

1              Stu Adelstein, Phil Horowitz, Reginald Hope on behalf

2      of Mr. Carter, who is present.

3              THE COURT:  So we are ready for the afternoon session.

4      All of the jurors are here.

5              My notes indicate that the Defendant has used five

6      peremptory challenges and the Government three.  Correct?

7              MR. ADELSTEIN:  Yes, ma'am.

8              MS. MEDETIS:  Yes, Judge.

9              THE COURT:  Let's bring in the jurors.  This is Panel

10     No. II.

11             (Whereupon, Prospective Jury Panel No. II entered the

12     courtroom at 2:57 p.m. and the following proceedings were had:)

13             THE COURT:  Good afternoon.

14             THE PROSPECTIVE JURY PANEL:  Good afternoon.

15             THE COURT:  You may be seated.

16             Ladies and gentlemen of the jury, I want to welcome

17     you to our courtroom.  I am Judge Lenard, a United States

18     district judge for the Southern District of Florida.  I will

19     preside over this case.

20             The jury is an institution of the common law.  It is

21     recognized, preserved and protected by our Constitution.  Jury

22     service is one of the most important duties that you, as a

23     citizen, are called upon to perform.

24             I am aware that, for some of you, this is your first

25     call to jury service and these proceedings are totally

1    unfamiliar to you.  Please do not be apprehensive or feel

2    inadequate.  As we go along, I will acquaint you with the

3    proceedings and I will instruct you as to what your role is and

4    what your duties will be.

5            In order that you will know the court personnel with

6    whom you will be working and their respective duties, I will

7    introduce them to you at this time.

8            The courtroom deputy, whom you already met, is

9    Patricia Mitchell.  She assists in the administration of the

10   cases that comprise the Court's docket and in the coordination

11   of the day-to-day operations of the Court.

12           The court reporter is Lisa Edwards.  She transcribes

13   and takes down everything that is said in the courtroom,

14   including the statements that I am now making, the questions

15   that will subsequently be propounded to you, your answers and

16   all other matters in this case.

17           We also have court security officers.  Their job is to

18   enforce the Court's orders and take charge of the jury.

19           If you desire information concerning your personal

20   welfare, you should make your inquiries known to either the

21   court security officer or courtroom deputy, who will, if

22   necessary, arrange with the Court to hear you on such matters.

23   However, you must not question either the court security

24   officer or courtroom deputy concerning the case that is being

25   tried.

 1              The case set to begin trial is that of the United

 2    States of America versus Matthew Andrew Carter.

 3              Are counsel ready to proceed?

 4              MS. MEDETIS:  The Government is, your Honor.  Yes.

 5              MR. ADELSTEIN:  Yes, your Honor.

 6              THE COURT:  Ladies and gentlemen, I will be asking you

 7    questions touching on your qualifications to serve as jurors in

 8    this particular case.  This part of the case is known as voir

 9    dire examination, "voir dire" meaning to speak the truth.

10              This examination is for the purpose of determining if

11    your decision in this case would be influenced in any way by

12    opinions you now hold or by some personal experience or special

13    knowledge you may have concerning the case to be tried.

14              The object is to obtain a jury who will impartially

15    try the issues of this case upon the evidence presented in this

16    courtroom without being influenced by any other factors.

17              Please understand this questioning is not for the

18    purpose of prying into your affairs for personal reasons, but

19    is only for the purpose of obtaining an impartial jury.

20              Not all of you will have the privilege to sit as a

21    juror in this case.  There are many reasons why a person may

22    not be selected as a juror.  Either side can ask that you be

23    excused without giving a reason or the Court can excuse you.

24    If you are excused, please do not be offended or feel that your

25    honesty or integrity is being questioned.  It is not.

 1              If you would swear in all the potential jurors,

 2     please.

 3              THE COURTROOM DEPUTY:  Yes, Judge.

 4              (Whereupon, Prospective Jury Panel No. II was duly

 5     sworn.)

 6              THE COURT:  A few housekeeping matters before I begin

 7     my questioning.

 8              First, I want to tell you about my courtroom.  We've

 9     been here approximately eight years.  I especially like it

10     because, in the nine years before that, I had no windows in my

11     courtroom.  So I enjoy the natural light in the courtroom.

12              Our one glitch always seems to be the handheld

13     microphone, which you will utilize when you're answering

14     questions in voir dire.  So I ask for your patience.

15              I also want to tell you about my schedule.  I do not

16     hear trials on Mondays.  On Mondays, I hear other matters in my

17     docket.  I hear trials Tuesday through Friday, a morning and

18     afternoon session.

19              Having said that, this case is expected to take

20     approximately five weeks to present the evidence.  Does this

21     fact present an insurmountable problem to any member of the

22     jury panel?

23              And my questions are directed to those persons who are

24     seated in what we call the jury box and those persons seated in

25     the gallery as well.

1           And when you're answering questions in voir dire, if

2     you would first state your name, that way, Lisa can make sure

3     that you're properly identified in the record.

4           So is there any juror who has either a problem with my

5     schedule or the amount of time for the case?

6           Let's start in the box, please, with Juror No. 1.

7           Your name, sir.

8           PROSPECTIVE JUROR NO. 1:  Yonnier Nordelo.

9           THE DEFENDANT:  Yes.

10          PROSPECTIVE JUROR NO. 1:  I'm Cuban.  I'm an engineer.

11    I've been in my company for 12 years.

12          THE COURT:  Sir, I'm talking about either my

13    schedule -- we're not at the questionnaires yet.

14          PROSPECTIVE JUROR NO. 1:  I'm sorry.

15          THE COURT:  So as far as my schedule is concerned,

16    Tuesday through Friday, morning and afternoon session, or the

17    length of time of the trial, which is going to be approximately

18    five weeks to present the evidence, do you have any problems

19    with that?

20          PROSPECTIVE JUROR NO. 1:  My job -- I'm always

21    traveling.  So I don't know when I'm in Miami or out of town.

22    Right now I'm working in Naples.  My wife called me up

23    yesterday and she told me that I had to show up today.

24          THE COURT:  What are you doing in Naples?

25          PROSPECTIVE JUROR NO. 1:  I'm working for the Corps of

1    Engineers.  I'm working actually in Naples right now.  It's the

2    only work that we have.  So I'm traveling all around the United

3    States.

4             THE COURT:  Are you employed by a company?

5             PROSPECTIVE JUROR NO. 1:  Yes, I am.

6             THE COURT:  What company are you employed by?

7             PROSPECTIVE JUROR NO. 1:  Woolpert, Inc.  It's an

8    engineering firm.

9             THE COURT:  All right, sir.  Thank you.

10            PROSPECTIVE JUROR NO. 2:  Hi.

11            My name is Chevrone Leslie.

12            The issue I have is I'm employed, a registered nurse.

13   I work at night.  And, also, I'm in school right now.

14            THE COURT:  Where are you going to school?

15            PROSPECTIVE JUROR NO. 2:  FAU.

16            THE COURT:  When are your classes?

17            PROSPECTIVE JUROR NO. 2:  It's actually on-line.  It's

18   the master's.  It's very intense.

19            THE COURT:  And where are you working as a registered

20   nurse?

21            PROSPECTIVE JUROR NO. 2:  Memorial Regional Hospital,

22   next to Joe DiMaggio.

23            THE COURT:  Okay.  Thank you.

24            PROSPECTIVE JUROR NO. 3:  Sylvia Santana.

25            I have a trip scheduled to Chicago on the 28th of

```
 1    February for my niece's confirmation.

 2            THE COURT:  And you'll be going from the 28th through

 3    what?

 4            PROSPECTIVE JUROR NO. 3:  To the 4th.

 5            THE COURT:  So that's Thursday.  You're leaving on

 6    Thursday?

 7            PROSPECTIVE JUROR NO. 3:  Correct.

 8            THE COURT:  And you come back on Monday?

 9            PROSPECTIVE JUROR NO. 3:  Yes.

10            THE COURT:  Okay.

11            PROSPECTIVE JUROR NO. 4:  Good afternoon.

12            Milena Gaitan.

13            I have classes on Tuesdays.  I go to FIU.  I'm working

14    on my bachelor's.

15            THE COURT:  What time are your classes on Tuesday?

16            PROSPECTIVE JUROR NO. 4:  It is at 7:00 -- 7:50, I

17    guess.

18            THE COURT:  At night?

19            PROSPECTIVE JUROR NO. 4:  Yes.

20            THE COURT:  I don't think that's a problem.  We'll get

21    you there.

22            PROSPECTIVE JUROR NO. 5:  Paul Saca.

23            I'm actually a part-time musician, and I travel with a

24    barbershop quartet.  And I have a couple of gigs scheduled out

25    of state in Gaston, Alabama.
```

```
 1              THE COURT:  When is that?

 2              PROSPECTIVE JUROR NO. 5:  That would probably be

 3    February, March -- the last week of February and the first week

 4    of March.  It may not be an issue.  It's only a Friday that I

 5    would have to fly out.  It's a weekend.

 6              THE COURT:  What time do you fly out on Friday?

 7              PROSPECTIVE JUROR NO. 5:  At noon.

 8              THE COURT:  What I'm interested in is people who have

 9    an insurmountable problem with the schedule.

10              Raise your hands if you have an insurmountable problem

11    with the schedule, please.

12              PROSPECTIVE JUROR NO. 16:  Sanjay Adhikari.

13              I'm a part-time instructor at Miami Dade College.  I

14    had signed a contract to teach a 16-week class.  We're in the

15    fourth week.  And I'm not sure what to do.

16              I mean, tomorrow -- I have two children and I can't

17    get anybody to baby-sit for them.  And I have -- I'm concerned

18    about what my employer might say about the -- my missing -- not

19    being able to teach the class.  As a part-time instructor, I'm

20    counting on that.

21              THE COURT:  What classes do you teach and when?

22              PROSPECTIVE JUROR NO. 16:  Tuesdays, Thursdays.  I

23    teach 6:00 a.m. to about 12:55 in the afternoon.  But the

24    problem is my wife works 12-hour shifts and I have nobody --

25    I've been taking care of my two girls, picking them up from
```

 1    school and stuff.

 2                THE COURT:  What time do you pick them up?

 3                PROSPECTIVE JUROR NO. 16:  Usually, whenever the

 4    school is over, 2:00.  That's why we arranged so that I could

 5    have the part-time -- I could have the Thursday, Thursday class

 6    and she could try to convince her employer to give her Monday,

 7    Wednesday and Friday hours.

 8                THE COURT:  Okay.

 9                PROSPECTIVE JUROR NO. 16:  Thank you.

10                THE COURT:  Okay.

11                PROSPECTIVE JUROR NO. 14:  My name is Larry Goeser.

12                And just for five weeks -- I really don't know if I

13    can miss work for five weeks.  I work partially for myself and

14    partially at a company.

15                The company's name is Sykes Printing.  I work there

16    four days a week in Coral Gables.  It's a small company, and

17    I've got people out of town sometimes, on and off.  And, in

18    fact, I've been coming in extra just to cover some people.  I

19    have people going out.

20                I also had canceled a doctor's appointment next

21    Thursday to make myself available for this, which is not a

22    problem.  But now I've got that scheduled a week later.  So

23    that, of course, would only be a morning, but that's....

24                THE COURT:  You're working part-time at the printing

25    company?

```
 1              PROSPECTIVE JUROR NO. 14:  I'm part-time now because

 2    everybody took a day a week off because -- to save everybody's

 3    job.  So I work full hours, which is four days.  The other two

 4    days I do stuff for myself.

 5              THE COURT:  Do you get a salary from them?

 6              PROSPECTIVE JUROR NO. 14:  I'm paid.  Yes.

 7              THE COURT:  So you're a full-time worker?

 8              PROSPECTIVE JUROR NO. 14:  Essentially.  But not -- I

 9    guess full-time would be considered 40 hours.  It's only like

10    30.

11              THE COURT:  Okay.

12              PROSPECTIVE JUROR NO. 14:  Thank you.

13              THE COURT:  Anyone else?

14              PROSPECTIVE JUROR NO. 10:  Eric Evans.

15              I'm an executive for a cargo corporation and I travel

16    throughout the year periodically.  I'm currently supposed to be

17    in Washington in a couple weeks to meet with the EPA.  I have a

18    trip to Seattle.  I have another trip to Washington, a trip to

19    London --

20              THE COURT:  When is the trip to meet the EPA?

21              PROSPECTIVE JUROR NO. 10:  We're waiting to hear from

22    the new deputy director, Chris Grundler.

23              THE COURT:  So you don't have it scheduled yet?

24              PROSPECTIVE JUROR NO. 10:  No.

25              THE COURT:  Are the other trips scheduled as of yet?
```

```
 1              PROSPECTIVE JUROR NO. 10:  I have one other trip to
 2   Washington that's scheduled on the 14th of February and a trip
 3   to London scheduled on the 18th or 19th, whatever that Saturday
 4   is.
 5              THE COURT:  So you have a trip to Washington on the
 6   14th?
 7              PROSPECTIVE JUROR NO. 10:  Yes, your Honor.
 8              THE COURT:  The 14th till when?
 9              PROSPECTIVE JUROR NO. 10:  The 14th and back on the
10   16th.  And then I leave whatever -- that next day, the Sunday,
11   to London.
12              THE COURT:  And how long -- that Sunday is the 17th.
13              PROSPECTIVE JUROR NO. 10:  Okay.  I'll be back on
14   Thursday of that week.
15              THE COURT:  The 17th to the 21st?
16              PROSPECTIVE JUROR NO. 10:  Yes, ma'am.
17              THE COURT:  Okay.
18              PROSPECTIVE JUROR NO. 9:  Patricio Gonzalez.
19              Your Honor, I'm just concerned with the length of the
20   trial.  I currently run a help desk for a small company.  I'm
21   the only one there.  Basically, there's no one to take my place
22   if I'm gone for that --
23              THE COURT:  Who do you work for?
24              PROSPECTIVE JUROR NO. 9:  TEAM Enterprises.
25              THE COURT:  Okay.
```

```
 1                PROSPECTIVE JUROR NO. 9:  I guess my concern is that I

 2     don't know basically how that company will function if I'm not

 3     around.

 4                THE COURT:  How many people are employed by the

 5     company?

 6                PROSPECTIVE JUROR NO. 9:  You know what?  I'm not

 7     sure.  It's probably -- they're nationwide.  But the corporate

 8     office probably has about 35, 40 people, none of which are IT.

 9                THE COURT:  So you're the help desk for IT?

10                PROSPECTIVE JUROR NO. 9:  Correct.

11                THE COURT:  How many are in the IT department?

12                PROSPECTIVE JUROR NO. 9:  Three.

13                THE COURT:  Okay.

14                PROSPECTIVE JUROR NO. 18:  Good afternoon, your Honor.

15                My name is Felicia Shiver.

16                I'm kind of available, but I have a procedure

17     scheduled for Friday morning.

18                THE COURT:  This Friday?

19                PROSPECTIVE JUROR NO. 18:  Yes, ma'am.

20                THE COURT:  It won't be a problem.  We're not starting

21     till next Tuesday.

22                PROSPECTIVE JUROR NO. 18:  Okay.  Then I have a

23     mediation that's supposed to be scheduled for the 22nd or the

24     25th of February.  Other than that, I'm available.

25                THE COURT:  The 25th or the 27th?
```

1          PROSPECTIVE JUROR NO. 18:  The 25th or 22nd, that

2    Friday or that Monday.

3          THE COURT:  Okay.  What's the mediation for?

4          PROSPECTIVE JUROR NO. 18:  Mortgage.

5          THE COURT:  Okay.  Do you know what day it is.

6          PROSPECTIVE JUROR NO. 18:  She's supposed to call me

7    today and let me know.  But being in here, you can't get any

8    calls.

9          THE COURT:  Those are the two possible dates.  Maybe

10   we can help you set it for the Monday.

11         PROSPECTIVE JUROR NO. 20:  My name is Auxi Peachey.

12         I am a medical doctor.  I already canceled two

13   patients -- two days, 50 patients, and I can't, you know,

14   cancel for five weeks.

15         THE COURT:  Okay.

16         PROSPECTIVE JUROR NO. 21:  Maria Gilhooley.

17         I work for the Department of Juvenile Justice.  I'm a

18   juvenile probation officer.  On February 7th and 8th, I'll have

19   a training, which I am the trainer.

20         I also have a training on the 12th and the 14th and

21   we're pending quality assurance coming in from the 11th through

22   the 22nd.  So we're not sure.  I monitor quality assurance for

23   Circuit 11.

24         THE COURT:  Do they have any other trainers?

25         PROSPECTIVE JUROR NO. 21:  There's two circuit

1    trainers.  One is out on medical leave for this particular --

2    it's -- it's called the Yes Plan.  It's a particular component

3    of case management.

4           THE COURT:  And what is the result of all of this?

5    What is it for?

6           PROSPECTIVE JUROR NO. 21:  Well, the juvenile

7    probation officers use the Yes Plan to put in like the

8    frequency, how many times a kid is going to do a certain thing,

9    how many times they are going to see --

10          THE COURT:  So this is something that could possibly

11   be extended, then?  It's just for the utilization of the

12   officers?

13          PROSPECTIVE JUROR NO. 21:  Well, they use it for case

14   management.  I mean, I don't know if I can reschedule it.  If I

15   had to, I mean, I would have to.

16          THE COURT:  Okay.  Thank you.

17          PROSPECTIVE JUROR NO. 23:  My name is Jennifer

18   Herrera-Perdigon.

19          And on Tuesdays at 4:00 I have a scheduled appointment

20   with my son for behavior modification therapy sessions that we

21   attend weekly.

22          THE COURT:  Do you need to be there with him or do you

23   just transport him?

24          PROSPECTIVE JUROR NO. 22:  No.  Basically, I'm the

25   primary person that has to be there.

```
 1              THE COURT:  You have to be there with him for the

 2     therapy?

 3              PROSPECTIVE JUROR NO. 22:  Uh-huh.

 4              THE COURT:  Is that "yes"?

 5              PROSPECTIVE JUROR NO. 22:  Yes.

 6              THE COURT:  Okay.

 7              PROSPECTIVE JUROR NO. 28:  Your Honor, my name is

 8     Clara Susannah Escobar.

 9              I work with my husband in a family business.  We are

10     only five employees.  I do the accounting in the company.  And

11     I arrange for one, two weeks for someone to help me in the

12     office, but they will not do my work for five weeks.  It's very

13     difficult.  We are only five people in the business.

14              THE COURT:  What kind of business?

15              PROSPECTIVE JUROR NO. 28:  We export auto parts.

16              THE COURT:  Does the Mondays off help?

17              PROSPECTIVE JUROR NO. 28:  Well, I work five days a

18     week.  So one day, of course, but -- to help me do the work for

19     Monday.  But Tuesday, Wednesday, Thursday and Friday, I don't

20     have nobody to do it for me.

21              THE COURT:  Okay.

22              PROSPECTIVE JUROR NO. 26:  Hi.

23              My name is Teresa.

24              I cannot probably make it --

25              THE COURT:  What's your last name, please?
```

```
 1                PROSPECTIVE JUROR NO. 26:  Carra.

 2          I'm a home health aide, and I work seeing patients in

 3   their houses.

 4                THE COURT:  Are you working somewhere for a salary?

 5                PROSPECTIVE JUROR NO. 26:  No.

 6                THE COURT:  You're paid by the hour?

 7                PROSPECTIVE JUROR NO. 26:  Uh-huh.

 8                THE COURT:  Is that "yes"?

 9                PROSPECTIVE JUROR NO. 26:  Yes.

10                THE COURT:  Okay.

11                PROSPECTIVE JUROR NO. 24:  Good afternoon, your Honor.

12          My name is Jonathan Carmona.

13          I work and go to school every day.  I go to Miami Dade

14   College.  I have class Mondays, Wednesdays and Fridays from

15   10:00 in the morning until 12:00 in the afternoon.

16          And then I go to work from 12:00 in the afternoon to

17   9:00 at night.  And then Tuesdays and Thursdays I work from

18   6:00 in the morning to 3:00 in the afternoon.

19                THE COURT:  Okay.

20                PROSPECTIVE JUROR NO. 24:  Thank you.

21                PROSPECTIVE JUROR NO. 23:  Good morning, your Honor.

22          My name is Jordan Rice.

23          I don't have any problems with my work or my school,

24   but I have a family vacation scheduled for February 7th to 10th

25   and I've outlaid a significant amount of money to make the
```

1    accommodations and whatnot for that.  So if at all possible,

2    I'd like to attend.

3            Thank you.

4            PROSPECTIVE JUROR NO. 29:  Carmen Ruiz-Rojas.

5            I have two reasons why I'm not able to participate.

6            The first one would be that my job does not reimburse

7    me.  We are not entitled to any PTO.  We don't have paid time

8    off, sick days.

9            THE COURT:  What do you work for?

10           PROSPECTIVE JUROR NO. 29:  I work for the Hilton

11   Garden Inn.  It's a franchise.  The company that manages it

12   is Economos Properties.

13           And Reason No. 2, I have two special needs children

14   that go to a special needs school.  I drop them off by 8:30 in

15   the morning and pick them up at 4:00.  At 4:30 they have ABA

16   therapy at home with the therapist, and I'm present for that.

17           THE COURT:  Okay.

18           PROSPECTIVE JUROR NO. 30:  Good afternoon.  My name is

19   Yesenia Fernandez.

20           My main concern is I have my grandmother in the

21   hospital and she's very ill.  And if by any reason she died and

22   I'm not there, it's going to be very hard for me.

23           THE COURT:  Do you work?

24           PROSPECTIVE JUROR NO. 30:  Yes.  I work full-time.

25           THE COURT:  Okay.

1            PROSPECTIVE JUROR NO. 31:  Good afternoon, your Honor.

2        My name is Anton Kos.

3        I'm scheduled to leave the country in two weeks.  I'll

4    be going to Belize in Central America.

5            THE COURT:  What day?

6            PROSPECTIVE JUROR NO. 31:  I believe it's February the

7    12th.

8            THE COURT:  How long will you be gone?

9            PROSPECTIVE JUROR NO. 31:  I'll be gone for about two

10   months.

11           THE COURT:  I'm going to read the indictment to you.

12       United States District Court, Southern District of

13   Florida, Case No. 11-20350-CR-Lenard, United States of America

14   versus Matthew Andrew Carter, also known as William Charles

15   Harcourt, also known as Bill Carter, Defendant.

16           Second superseding indictment.

17       Count 1:  The grand jury charges that, on or about

18   October 2nd, 2001, in Miami-Dade County, in the Southern

19   District of Florida and elsewhere, the Defendant, Matthew

20   Andrew Carter, also known as William Charles Harcourt, also

21   known as Bill Carter, a United States citizen, did travel in

22   foreign commerce from the United States, that is, Miami

23   International Airport in Miami, Florida, to Haiti for the

24   purpose of engaging in any sexual act as defined in Title 18,

25   United States Code, Section 2246, with a person under 18 years

1    of age.  That would be in violation of Title 18, United States

2    Code, Chapter 109A, if the sexual act occurred in the special

3    maritime and territorial jurisdiction of the United States, in

4    violation of Title 18, United States Code, Section 2423(b).

5              Count 2:  On or about October 30th, 2003, in

6    Miami-Dade County, in the Southern District of Florida and

7    elsewhere, the Defendant, Matthew Andrew Carter, also known as

8    William Charles Harcourt, also known as Bill Carter, a United

9    States citizen, did travel in foreign commerce from the United

10   States, that is, Miami International Airport in Miami, Florida,

11   to Haiti for the purpose of engaging in any illicit sexual

12   conduct as defined in Title 18, United States Code,

13   Section 2423(f), with another person under 18 years of age, in

14   violation of Title 18, United States Code, Section 2423(b).

15             Count 3:  On or about November 27th, 2004, in Broward

16   County, in the Southern District of Florida and elsewhere, the

17   Defendant, Matthew Andrew Carter, also known as William Charles

18   Harcourt, also known as Bill Carter, a United States citizen,

19   did travel in foreign commerce from the United States, that is,

20   Fort Lauderdale-Hollywood International Airport in

21   Fort Lauderdale, Florida, to Haiti for the purpose of engaging

22   in any illicit sexual conduct as defined in Title 18, United

23   States Code, Section 2423(f), with another person under

24   18 years of age, in violation of Title 18, United States Code,

25   Section 2423(b).

 1              Count 4:  On or about February 27th, 2006, in

 2    Miami-Dade County, in the Southern District of Florida and

 3    elsewhere, the Defendant, Matthew Andrew Carter, also known as

 4    William Charles Harcourt, also known as Bill Carter, a United

 5    States citizen, did travel in foreign commerce from the United

 6    States, that is, Miami International Airport in Miami, Florida,

 7    to Haiti for the purpose of engaging in any illicit sexual

 8    conduct as defined in Title 18, United States Code,

 9    Section 2423(f), with another person under 18 years of age, in

10    violation of Title 18, United States Code, Section 2423(b).

11              Count 5:  On or about September 15th, 2009, in Broward

12    County, in the Southern District of Florida and elsewhere, the

13    Defendant, Matthew Andrew Carter, also known as William Charles

14    Harcourt, also known as Bill Carter, a United States citizen,

15    did travel in foreign commerce from the United States, that is,

16    Fort Lauderdale-Hollywood International Airport in

17    Fort Lauderdale, Florida, to Haiti for the purpose of engaging

18    in any illicit sexual conduct as defined in Title 18, United

19    States Code, Section 2423(f), with another person under

20    18 years of age, in violation of Title 18, United States Code,

21    Section 2423(b).

22              Count 6 :  On or about May 8th, 2011, in Miami-Dade

23    County, in the Southern District of Florida and elsewhere, the

24    Defendant, Matthew Andrew Carter, also known as William Charles

25    Harcourt, also known as Bill Carter, a United States citizen,

 1    did attempt to travel in foreign commerce from the United

 2    States, that is, from Miami International Airport in Miami,

 3    Florida, to Haiti for the purpose of engaging in any illicit

 4    sexual conduct as defined in Title 18, United States Code,

 5    Section 2423(f), with another person under 18 years of age, in

 6    violation of Title 18, United States Code, Sections 2423(b) and

 7    (e).

 8              Is there any member of the jury panel who has heard,

 9    read or knows anything about this case?

10              Would counsel for the Government and for the Defendant

11    introduce themselves and the persons associated with them at

12    counsel table, please.

13              MS. MEDETIS:  Good afternoon, ladies and gentlemen.

14    Good afternoon.

15              My name is Maria Medetis.  I represent the United

16    States of America along with Co-counsel Bonnie Kane.

17              Also at counsels' table is Special Agent Matthew

18    Larko, Special Agent Alvaro Flores, and from time to time you

19    might see Special Agent Dianna Ford at our table.  They are

20    special agents with Homeland Security Investigations for the

21    Department of Homeland Security.

22              MR. ADELSTEIN:  And good afternoon, folks.

23              My name is Stuart Adelstein.  Along with Philip

24    Horowitz and Reginald Hope, we represent Mr. Carter, Matthew

25    Carter.

 1          THE COURT:  Is there any member of the jury panel who

 2     knows any of the persons who were introduced to you in the

 3     courtroom by the fact that you have had any contact with any of

 4     those persons whatsoever, whether it be business or social?

 5          I'm going to read a list of potential witnesses to

 6     you.

 7          José Escamilla, J. XXXXXXXXX XXXXXX, J. XXXXXXXX, P.

 8     XXXXXX, Becky McLaren, Heather Harvey, Janet Knox, O.

 9     XXXXXXXXX, P. XXXXX XXXXXXX, S. XXX, J. XXXXX, Betty Long,

10     Michael Bentotila, Du Tran, Roger Altieri, W. XXXXXXXX, J.

11     XXXXXXX, J. XXXXX XXXXXX, R. XXXXX, W. XXXX, S. XXX XXXXXXXX

12     XXXXXX, S. XXXXX, P. XXXXXXX, D. XXXXXXX,I. XXXXXXX, David

13     McCrum, Jamie Cordero, Faith Ludwick, D. XXXXXXX, C. XXXXXXXX,

14     J. XXXXXXX, W. XXXX, G. XXXXXXX, Nabil Salem, Richard Wilkins,

15     G.R. Comben, Rod Daniels, Simon Carter, Jack Gill, Roger Laing,

16     Nigel Pipe, Paul Tucker, Marc Browning, Raymond Walsh, Barry

17     Carmichael, Robert McLeish, P. Phillips, N. Jones, J. Moody,

18     Michael Mead, Shelvy Streeter, Melvin Percy, Ricardo Estil,

19     Michael Ekes, Yvon Augustin, Jim Powell, Rita Estil, José

20     Hector Rodriguez, Maria Meteyer, Jarvis Streeter, Bonita

21     Jackson, Hattie Jones, Lela Keith, Donna Shu, Pamela Powell,

22     Susan Bennett, Bobby Burnett, Sherri Burnett, Becky Carver,

23     Brian Carver, Carlton Davis, Fadi Hashem, Evelyn Jean Louise,

24     Jim Neidzielski, Ted Maxwell, Alan Shu, Jack Reinhardt, Gary

25     Insley, Pascal Bain, Michael Raybon, Jean Eddie Charles, Jean

```
 1    Allison Abraham, Matthew Jean Charles, Scott Durse, Michael

 2    Brewer, Jim Weingart, Linda Cortesi, Tony Cortesi, Kim Wiles,

 3    Bertha Wiles, Kate Jensen, Steven Brea, Susan Reinhardt,

 4    Michael Geilenfeld, Matthew Larko, Marcel Ternival, Laura

 5    Raybon, Allen Randall, Allan Stohls, Woodjerry Remului, Matthew

 6    Jean Charles, Skibeur Abraham, Diane Kimball, Gregory Williams,

 7    Joe Tassey, Jeff Redundo, Jean Ellison Abraham, Jim Wilson,

 8    Alexander McKinson.

 9            Is there any member of the jury panel who recognizes

10    any of the names that I've just read to you by the fact that

11    any of you have had any contact with any of those persons

12    whatsoever, whether it be business or social?

13            It is a federal crime for a United States citizen to

14    travel from the United States to a foreign country for the

15    purpose of engaging in illicit sexual conduct with a child.

16            Is there any member of the jury panel who feels that

17    they would not be able to sit and listen to the evidence in

18    this case and be fair to both the Government and the Defendant?

19            PROSPECTIVE JUROR NO. 3:  I'm sorry.

20            THE COURT:  Yes.  Ms. Santana.

21            PROSPECTIVE JUROR NO. 3:  Yes.  I'm sorry.  I don't

22    feel I could be fair.  I work in social services and I saw a

23    lot of things.

24            THE COURT:  Yes.  Your name?

25            PROSPECTIVE JUROR NO. 4:  Milena Gaitan.
```

```
 1              I don't think that I could listen to those kind of

 2    allegations.  I think that my family -- it was certain kind of

 3    case like this one, and I don't feel comfortable.

 4              THE COURT:  Okay.

 5              PROSPECTIVE JUROR NO. 17:  My name is Marthe Duffant.

 6              I'm from Haiti.  And I feel good about people going to

 7    help people in Haiti and I feel very bad about people who go

 8    there and take advantage of those poor people.

 9              Thank you.

10              THE COURT:  Do you understand, ma'am, that every

11    Defendant is presumed innocent?

12              PROSPECTIVE JUROR NO. 17:  I understand, ma'am.

13              PROSPECTIVE JUROR NO. 28:  Your Honor, I think I will

14    not be fair to that person.

15              THE COURT:  Okay.

16              THE COURT REPORTER:  Clara Escobar?

17              PROSPECTIVE JUROR NO. 28:  Yes.

18              I am completely prejudiced in regard to sexual

19    offenders.

20              THE COURT:  Okay.  I understand, ma'am.  Thank you.

21              PROSPECTIVE JUROR NO. 30:  Carmen Ruiz-Rojas.

22              With two small children, this is the kind of thing

23    that turns my stomach.  So I could not be a part of this.

24              THE COURT:  Thank you, ma'am.

25              PROSPECTIVE JUROR NO. 18:  Felicia Shiver.
```

1              I'm sorry, your Honor.  I basically feel the same as

2    she do.  I have small grandchildren.

3              THE COURT:  Okay.

4              PROSPECTIVE JUROR NO. 20:  Auxi Peachey.

5              I couldn't be fair.

6              PROSPECTIVE JUROR NO. 13:  My name is Herman Williams.

7              I don't think I could be fair neither.  I got a small

8    daughter and I heard about cases like this.

9              THE COURT:  Do you all understand that every Defendant

10   is presumed innocent?  Does everyone understand that?

11             And does everybody understand that the allegations in

12   the indictment are just that, allegations; they are not

13   evidence of a crime; and that the Government has the burden of

14   proving the case by evidence beyond a reasonable doubt?  Do you

15   all understand that?

16             This case was investigated by Immigration and Customs

17   Enforcement, Homeland Security Investigations.

18             Is there any member of the jury panel who you yourself

19   or a member of your family or any of your friends, to the best

20   of your knowledge, has had any experience with this agency or

21   any agency of the United States Government that would or could

22   prejudice you either for or against the Government?

23             Yes.  Your name, ma'am.

24             PROSPECTIVE JUROR NO. 6:  Jacqueline Fuentes.

25             My best friend had an experience about 12 years ago

```
 1    with a sexual offender and I believe that it would make me

 2    prejudiced.

 3              THE COURT:  Okay.

 4              PROSPECTIVE JUROR NO. 13:  My name is Herman Williams.

 5              I have a sister that actually works here for Judge

 6    Huck.

 7              THE COURT:  At Homeland Security?

 8              PROSPECTIVE JUROR NO. 13:  No.  She works for the

 9    federal court.

10              THE COURT:  Okay.

11              PROSPECTIVE JUROR NO. 13:  She works for Judge Huck.

12              PROSPECTIVE JUROR NO. 10:  Eric Evans, your Honor.

13              My sister-in-law works for the Homeland Security and

14    the INS group.  But I do not think that would prejudice me

15    either way.

16              PROSPECTIVE JUROR NO. 9:  Patricio Gonzalez, your

17    Honor.

18              My best friend is a CBP officer and I currently am

19    waiting to hear back from CBP, as I've applied for them, also.

20              THE COURT:  You're waiting to hear back from them?

21              PROSPECTIVE JUROR NO. 9:  Yes.

22              PROSPECTIVE JUROR NO. 26:  Teresa Carra.

23              My twin brother works with Homeland, CBP officer.

24              THE COURT:  Okay.

25              PROSPECTIVE JUROR NO. 28:  Clara Escobar.
```

 1             Your Honor, when I was 14 years old, I was living in

 2    Bogota, Colombia.  I was in my neighborhood from -- just

 3    walking to my house --

 4             THE COURT:  Why don't you come up, ma'am.  Come on up,

 5    please.

 6             PROSPECTIVE JUROR NO. 28:  Excuse me?

 7             THE COURT:  Come on up side-bar.

 8             (Whereupon, the following proceedings were had at

 9    side-bar outside the presence of the jury:)

10             THE COURT:  You've had an experience with Homeland

11    Security or Immigration and Customs Enforcement?

12             PROSPECTIVE JUROR NO. 28:  No.  No.  No.

13             THE COURT:  Such that it would affect your ability to

14    be a fair and impartial juror?

15             PROSPECTIVE JUROR NO. 28:  No.  No.  Not with

16    officials.  I had an experience with an exhibitionist when I

17    was 14 years old.

18             THE COURT:  You had an experience with an

19    exhibitionist?

20             PROSPECTIVE JUROR NO. 28:  Yes.  At that moment, I

21    think it was exhibitionist.  I was able to run to my house and

22    put myself safe.

23             It was in a neighborhood that was just being developed

24    with a lot of empty lots in the area.  So I thought I was going

25    to be violado -- how do you say it in English? -- raped.

1          And I actually was able to run faster than this guy

2     with his pants down than me with my pants up and I was able to

3     put myself in safety.

4          So I have been all my life with that feeling --

5     horrible feeling of someone that is trying to take -- to abuse

6     you.

7          THE COURT:  And you think that would affect your

8     ability to be a fair and impartial juror?

9          PROSPECTIVE JUROR NO. 28:  I think that there is not

10    enough enforcement with the law with someone with -- with

11    sexual offenders.  And they are allowed to go once, twice,

12    twice, because they are not castrated the first time.

13         So that's my point of view.  I don't think that I will

14    be really, really very fair to someone, even with children,

15    worst.

16         THE COURT:  Okay.  Thank you, ma'am.

17         MR. ADELSTEIN:  Judge, before we go, most

18    respectfully, I would ask that Ms. Escobar be excused before --

19    or not questioned any further.  I'm afraid of what she's going

20    to blurt out.

21         I'm also concerned about Juror No. 17, Marthe Duffant,

22    who blurted out she doesn't like people taking advantage of the

23    poor, being a Haitian woman.

24         I'm afraid, if you question these two in front of the

25    rest of this panel, it's going to poison them at this point.

```
 1              THE COURT:  Any objection?

 2              MS. MEDETIS:  Your Honor, we would object and ask that

 3    those jurors be questioned side-bar because, at least with

 4    Ms. Duffaut, she agreed that the Defendant is innocent until

 5    proven guilty and hasn't been voir-dired on her ability to be

 6    fair.

 7              So if the concern is poisoning the jury, then we could

 8    always voir-dire them side-bar, if the Court is inclined.

 9              THE COURT:  How would you propose that I do that

10    without singling them out?

11              MS. MEDETIS:  Your Honor, perhaps we can let them go

12    and call them back as we've done with other jurors.  I don't

13    know that we can assume she's going to blurt out and continue

14    to poison the jury.

15              She's made one statement.  If you could direct her to

16    limit her statements to the question, to answer questions that

17    are being asked, perhaps we can control that.

18              THE COURT:  I immediately stated about did she

19    understand that every Defendant is presumed innocent as a

20    result of what she stated about being from Haiti and someone

21    taking advantage of the people in Haiti.  It was not -- I was

22    rehabilitating the panel, not rehabilitating the juror.

23              MS. MEDETIS:  Understood, your Honor.

24              THE COURT:  This is what I would suggest we do.  Let's

25    just go through -- were those the only two jurors, the only
```

 1      panel members?

 2            MR. ADELSTEIN:  Well, there's several, I think, that

 3      have indicated for cause.  But I'm concerned about those two

 4      individuals especially that have blurted out some things that I

 5      think could poison the entire panel.

 6            And I don't want to move to strike the entire panel.

 7      So in an abundance of caution, I'm asking that at least those

 8      two are removed or not questioned at all.  I don't know how the

 9      Court wants to do it.

10            I think there's clearly several jurors that we

11      could -- in fact, the majority of this panel that we could

12      agree upon for cause right now.

13            THE COURT:  I wouldn't say a majority.  A few.

14            MR. ADELSTEIN:  It's semantics now.

15            THE COURT:  You know, sometimes when something comes

16      up by one person --

17            MR. ADELSTEIN:  It snowballs.

18            THE COURT:  -- it snowballs.  It didn't happen this

19      morning, but it's happening this afternoon.

20            MR. ADELSTEIN:  It's happening now.

21            THE COURT:  So any objection to those two jurors being

22      excused for cause?  As far as Ms. Escobar is concerned, the

23      question was not directed towards what happened to her when she

24      was 14, which is why I said come up, because she apparently was

25      determined that she was going to -- she felt it necessary to

```
 1    convey that information.  I think it was heartfelt on her part,

 2    but she was very concerned about it.

 3              Any objection to those two jurors being excused for

 4    cause at this time?

 5              MS. MEDETIS:  The Government would not object to

 6    Ms. Escobar being excused for cause based on her statement that

 7    she's unable to be fair.

 8              The Government would maintain its objection to

 9    Ms. Duffant and would ask for a bit more voir dire on her point

10    of view on her ability -- though she may disagree with why some

11    people travel to Haiti, her ability to follow the law and

12    listen to the facts objectively and be fair.

13              THE COURT:  Let's see what she said.

14              MS. MEDETIS:  Your Honor, my co-counsel has reminded

15    me that her -- Ms. Duffant's answer was in response to:  Could

16    you be fair to the charges?

17              I thought it was an excited utterance.  Given that the

18    response was could she be fair and given the charges, I think

19    that it would be appropriate at this time to strike for cause.

20              THE COURT:  Okay.

21              MS. MEDETIS:  I misunderstood about the sequence of

22    events, Judge.

23              MR. ADELSTEIN:  Are you saying I was right for once?

24    Get that down.

25              MS. MEDETIS:  I'm saying you may have a better memory
```

1     than I did in that instance.

2          MR. HOROWITZ:  We'll mark it and get it printed and

3     framed for you.

4          MR. ADELSTEIN:  That's my closing argument.

5          THE COURT:  So this is what I'm going to do.  I'm

6     going to have Patricia come in the courtroom.  She's coming in

7     now.  I'm going to tell her to quietly go to Ms. Escobar and

8     Ms. Duffant -- call them outside and she can excuse them.

9          (Whereupon, the following proceedings were had in open

10    court:)

11         THE COURT:  Is there any member of the jury panel who

12    has had any experience with local, state, or federal law

13    enforcement officers that left you with either such a positive

14    or negative feeling about the Government or law enforcement

15    officers that you would not be able to sit and listen to the

16    evidence in this case and be fair to both the Government and

17    the Defendant?

18         PROSPECTIVE JUROR NO. 31:  Anton Kos.

19         Yeah.  I would find it hard -- my brothers were always

20    being arrested and I saw personally as a child where police

21    officers would pick on my brothers and beat them up.  And so I

22    have a bitter taste in my mouth about that.

23         THE COURT:  So you would have a problem being a fair

24    and impartial juror?

25         PROSPECTIVE JUROR NO. 31:  Yes.

1              THE COURT:  If you were selected to sit on this case,

2    will you all be able to render a verdict solely on the evidence

3    presented at trial and in the context of the law as I will give

4    it to you in my instructions, disregarding any other ideas,

5    notions or beliefs about the law that you may have encountered

6    in reaching your verdict?  Will you all be able to follow the

7    Court's instructions on the law?

8              Is there any person who would not be able to follow

9    the Court's instructions on the law?

10             We're going to turn to the questionnaires that you

11   were given when you came into the courtroom.  We all have a

12   copy of the questionnaires; so, you don't need to read the

13   question.  It's helpful if you state the number so that Lisa

14   can properly identify the question in the record.

15             We're going to start with Juror No. 1.

16             Yes, sir.  Now is your opportunity to go over the

17   questionnaire.  You were a little early before, but now is your

18   chance.

19             PROSPECTIVE JUROR NO. 1:  Yonnier Nordelo.

20             I was born in Cuba.

21             I've been working in my company for 12 years.

22             I'm from Coral Ridge.  I've been in this country

23   18 years.

24             I'm married 12 years.

25             I got two childrens.

```
 1              THE COURT:  What kind of company are you working for?

 2              PROSPECTIVE JUROR NO. 1:  What was the question?

 3              THE COURT:  What kind -- it's the engineering company?

 4              PROSPECTIVE JUROR NO. 1:  Yes, it is.

 5              THE COURT:  It's your own company?

 6              PROSPECTIVE JUROR NO. 1:  No.  I work for somebody

 7    else.  But right now my office is only three people only, my

 8    boss and the guy that works in the office and me.

 9              THE COURT:  And you're married.

10              Is your wife working outside the home?

11              PROSPECTIVE JUROR NO. 1:  No.  She's not working right

12    now.  Working in the house.

13              I got two children.

14              THE COURT:  How old are they?

15              PROSPECTIVE JUROR NO. 1:  14 and 5.

16              THE COURT:  And they're both in school?

17              PROSPECTIVE JUROR NO. 1:  Yes, they are.

18              THE COURT:  No. 9?

19              PROSPECTIVE JUROR NO. 1:  Go to the gym and play

20    basketball.

21              I haven't been in the military.

22              THE COURT:  No. 11?

23              PROSPECTIVE JUROR NO. 1:  I don't have any friend or

24    family that works in the criminal justice system.

25              I don't have anybody that work in the attorney
```

```
 1   offices.

 2            THE COURT:  No. 13?

 3            PROSPECTIVE JUROR NO. 1:  I don't have anybody that

 4   work in the --

 5            THE COURT:  Have you ever applied or sought employment

 6   in law enforcement?

 7            PROSPECTIVE JUROR NO. 1:  No, I haven't.

 8            THE COURT:  No. 14?

 9            PROSPECTIVE JUROR NO. 1:  No.

10            THE COURT:  15?

11            PROSPECTIVE JUROR NO. 1:  No.

12            16 would be no.

13            17 would be no.

14            18 would be no.

15            19, no.

16            20, no.

17            21, no.

18            22, no.

19            23 would be no.

20            24, no.

21            And 25, no.

22            THE COURT:  Thank you, sir.

23            PROSPECTIVE JUROR NO. 2:  Chevrone Leslie.

24            I was born in Jamaica.  I'm a registered nurse for

25   more than eight years.
```

```
 1              I live in North Miami Beach.  I've lived in the

 2   community about 25 years.

 3              I'm single.

 4              Other family members are registered nurses as well.

 5              I have no children.

 6              I play the piano as a hobby, spare time.

 7              Never served in the military.

 8              No. 11, I have a bachelor's degree in criminal

 9   justice.

10              No. 12, no.

11              No. 13 is no.

12              I have -- have I ever been a victim of a crime?  Yes.

13   My car was vandalized and they stole my purse.

14              No. 15 --

15              THE COURT:  Was it reported?

16              PROSPECTIVE JUROR NO. 2:  Yes, it was.

17              THE COURT:  Was anyone arrested?

18              PROSPECTIVE JUROR NO. 2:  It was in the Publix parking

19   lot in daylight.  They said, "The camera was not on.  There's

20   nothing we can do."  No one was arrested.

21              THE COURT:  Are you generally satisfied or

22   dissatisfied with the way you were treated?

23              PROSPECTIVE JUROR NO. 2:  I could understand there was

24   not much they could have done if they don't have -- it wasn't

25   on camera and so forth.
```

```
 1                THE COURT:  No. 15?

 2                PROSPECTIVE JUROR NO. 2:  No. 15 does not apply to me.

 3           And 16 doesn't apply to me as well.

 4           No. 17, no.

 5           No. 18 is no.

 6           No. 19 is yes.

 7           No. 20 is no.

 8                No. 21 is yes.  State court, a civil trial.  We did

 9    reach a verdict.  And I was not the foreperson.

10           No. 22 is no.

11           No. 23 is no.

12           No. 24 is no.

13           And No. 25 is no.

14           THE COURT:  Thank you, ma'am.

15           Ms. Santana.

16           PROSPECTIVE JUROR NO. 3:  Sylvia Santana, No. 1.

17           No. 2, Chicago.

18           3, academic advisor, eight years.

19           No. 4, Homestead.

20           No. 5, nine.

21           No. 6 --

22           THE COURT:  Nine years?

23           PROSPECTIVE JUROR NO. 3:  Yes.

24           No. 6, single.

25           No. 7, retired.
```

```
 1              No. 8 --

 2              THE COURT:  Before they retired, what did they do?

 3              PROSPECTIVE JUROR NO. 3:  She owns properties.

 4              THE COURT:  No. 8?

 5              PROSPECTIVE JUROR NO. 3:  No children.

 6              No. 9, dance, cook, read, you know.

 7              No. 10, no.

 8              No. 11, yes.

 9              THE COURT:  Who would that be?

10              PROSPECTIVE JUROR NO. 3:  An ex who's a probation

11     officer here in Miami.

12              THE COURT:  For federal court or state court?

13              PROSPECTIVE JUROR NO. 3:  No.  Criminal.  State.

14              THE COURT:  State court?

15              PROSPECTIVE JUROR NO. 33:  Uh-huh.

16              THE COURT:  No. 12?

17              PROSPECTIVE JUROR NO. 3:  No.

18              13, no.

19              14, yes.

20              THE COURT:  What crime were you a victim of?

21              PROSPECTIVE JUROR NO. 3:  Someone broke into my car

22     and tried to steal everything from it while I was inside.

23              THE COURT:  While you were in the car?

24              PROSPECTIVE JUROR NO. 3:  Yeah.

25              THE COURT:  Was it reported?
```

1          PROSPECTIVE JUROR NO. 3:  I tried to have it reported

2    and no one showed up.

3          THE COURT:  Are you generally satisfied or

4    dissatisfied with the way you were treated?

5          PROSPECTIVE JUROR NO. 3:  At that moment, I was very

6    dissatisfied.  But --

7          THE COURT:  Would you be able to put aside whatever

8    feelings of dissatisfaction you have regarding that instance?

9          PROSPECTIVE JUROR NO. 3:  Yes.

10          THE COURT:  No. 15?

11          PROSPECTIVE JUROR NO. 3:  Yes.  A, no.  B, yes.

12          THE COURT:  15 was yes?

13          PROSPECTIVE JUROR NO. 3:  Yes.

14          16, no.

15          17, no.

16          18, no.

17          19, no.

18          20, no.

19          21, no.

20          22, no.

21          23, no.

22          24, no.

23          And 25, no.

24          PROSPECTIVE JUROR NO. 4:  Milena Gaitan.

25          Second, Bogota, Colombia.

```
 1              Third, an administrative assistant with the civilian

 2    investigative panel, City of Miami, one year.

 3              4, City of Miami, the roads area.

 4              THE COURT:  How long have you been in the City of

 5    Miami?

 6              PROSPECTIVE JUROR NO. 4:  I have working with the City

 7    of Miami four years.  But the previous years, I was working in

 8    the finance department.

 9              THE COURT:  How long have you been living in the city

10    of Miami?

11              PROSPECTIVE JUROR NO. 4:  Six years.

12              THE COURT:  Six?

13              PROSPECTIVE JUROR NO. 4:  Yes.

14              THE COURT:  No. 6?

15              PROSPECTIVE JUROR NO. 4:  Divorced.

16              I live with my mother now.

17              THE COURT:  Is she working?

18              PROSPECTIVE JUROR NO. 4:  Yes.

19              THE COURT:  What does she do?

20              PROSPECTIVE JUROR NO. 4:  She works in the restaurant

21    industry.

22              THE COURT:  No. 8?

23              PROSPECTIVE JUROR NO. 4:  I don't have children.

24              9, I play tennis.  I like to run.

25              10, don't apply.
```

```
 1              11, no.

 2              12, no.

 3              13, no.

 4              14, yes.

 5              THE COURT:  What crime were you a victim of?

 6              PROSPECTIVE JUROR NO. 4:  (Crying.)

 7              THE COURT:  Do you want to come side-bar?  Come on up.

 8              (Whereupon, the following proceedings were had at

 9    side-bar outside the presence of the jury:)

10              THE COURT:  Yes.

11              PROSPECTIVE JUROR NO. 4:  It was a domestic violence

12    case.

13              THE COURT:  Okay.  When was that?

14              PROSPECTIVE JUROR NO. 4:  I was married and my husband

15    hit me and it was a very bad situation with that moment with

16    him.  I have to live in a shelter.

17              THE COURT:  Was it reported?

18              PROSPECTIVE JUROR NO. 4:  I reported it.  Yes.

19              THE COURT:  You went to the shelter?

20              PROSPECTIVE JUROR NO. 4:  I went to the shelter.  I

21    lived there for four months.  And I get the restriction --

22    the -- I'm sorry --

23              THE COURT:  That's okay.

24              PROSPECTIVE JUROR NO. 4:  I get the restriction order.

25              THE COURT:  The restraining order?
```

```
 1              PROSPECTIVE JUROR NO. 4:  The restraining order.

 2              And he appealed like two or three times and I have to

 3      go to the court.  He also went to the children and family

 4      because we used to live with my mother-in-law.  And she's

 5      elderly woman, like very elderly.

 6              And he was accusing me of -- I don't even remember.

 7      He was trying to give me so much hard time.  And that's why

 8      those kind of things are very hard for me.

 9              I also in my family -- going for the Question No. 15,

10      actually, I have a cousin that -- her father is a US citizen.

11      And he was living here in the United States, but he was going

12      to Colombia to visit the family.  And I think that he tried to

13      rape one of my aunts.

14              And I think that also my cousin --

15              THE COURT:  Do you think it would be better if you sat

16      on a different kind of case as a juror?

17              PROSPECTIVE JUROR NO. 4:  Yes.  Because even though --

18      I didn't want to hear so much about that story of my family

19      because I feel like I couldn't do anything and I don't know if

20      that will lead to do something.

21              They live in Colombia and, of course, this person, I

22      think, is living here in Colombia.  He's retired.  I don't

23      know.

24              But I also would like to know how can I do something

25      about it because it's not fair that a lot of people go to other
```

```
 1    countries and they don't have any restriction to go because

 2    they are American citizens and then they go and do crazy things

 3    there.

 4            So I don't know how my adjustment -- it would be just

 5    by this case, because I have obviously something -- a story

 6    that is very familiar with the case.

 7            THE COURT:  Could you be a fair and impartial juror in

 8    this case?

 9            PROSPECTIVE JUROR NO. 4:  I will do my best to be.

10            THE COURT:  Well, earlier, you told me that you

11    couldn't listen to the allegations.

12            PROSPECTIVE JUROR NO. 4:  Because it's -- maybe you

13    put your emotions first.

14            THE COURT:  Would you be able to put aside an

15    emotional reaction and sit and listen to the evidence and be

16    fair to both the Government and the Defendant?

17            PROSPECTIVE JUROR NO. 4:  I don't know, because it's

18    an issue in my family that never was resolved.  And -- but the

19    pain is there.  There is victims there.

20            And so how can you give an opinion?  How can you put

21    away your emotions when, obviously, there is people that has

22    suffered from somebody's actions?

23            So I don't know if I could put first my emotions than

24    my logic.

25            THE COURT:  Well, the issue is:  Could you put aside
```

```
 1   whatever your own experience was concerning the domestic

 2   violence issue and what happened to your aunt in Colombia and

 3   sit and listen to the evidence and make a decision in this case

 4   solely on the evidence that is presented at trial, or would

 5   your experience and the experience of your aunt in Colombia

 6   affect you to the point that you're not making a decision based

 7   upon the evidence, but about concerns about your family and

 8   yourself?

 9            PROSPECTIVE JUROR NO. 4:  I will listen to the

10   evidence and I will give my best to be fair.

11            THE COURT:  Could you be fair?

12            PROSPECTIVE JUROR NO. 4:  Yes.

13            THE COURT:  If the Government put on their evidence

14   and they failed to prove the Defendant guilty beyond a

15   reasonable doubt, would you find the Defendant not guilty?

16            PROSPECTIVE JUROR NO. 4:  If the evidence are not

17   enough, I would say not guilty.

18            THE COURT:  I'm sorry?

19            PROSPECTIVE JUROR NO. 4:  If there is not enough

20   evidence, I would say not guilty.

21            THE COURT:  And if the Government proved their case

22   beyond a reasonable doubt, could you find the Defendant guilty?

23            PROSPECTIVE JUROR NO. 4:  Yes.

24            THE COURT:  So when you told me before that you

25   couldn't listen to the allegations, that was only the
```

```
 1    allegations in the indictment.

 2              There is going to be evidence that's presented in the

 3    case.  The Government may present evidence concerning matters

 4    that they allege went on and acts that they seek to prove

 5    against the Defendant.

 6              And as a juror, you would have to determine whether

 7    you believe that evidence or you don't believe that evidence.

 8    Would you be able to do that?

 9              PROSPECTIVE JUROR NO. 4:  Yes.

10              THE COURT:  Thank you, ma'am.

11              MR. ADELSTEIN:  Judge, could you put something on the

12    record?

13              THE COURT:  Ma'am, you can sit down.

14              MR. ADELSTEIN:  When you asked her if she could find

15    the Defendant not guilty, she paused for over 30 seconds on

16    that response.  The record is void of that.  And I just want

17    that in the record because, obviously, I'm going to be moving

18    to strike her for cause --

19              THE COURT:  Okay.

20              MR. ADELSTEIN:  -- for various reasons.

21              (Whereupon, the following proceedings were had in open

22    court:)

23              THE COURT:  Yes, ma'am.  No. 19.

24              PROSPECTIVE JUROR NO. 4:  Yes.

25              20, no.
```

```
 1              21, no.

 2              22, no.

 3              23rd, no.

 4              24, no.

 5              25th, no.

 6              THE COURT:  Thank you, ma'am.

 7              Mr. Saca.

 8              PROSPECTIVE JUROR NO. 5:  No. 1, Paul Philip Saca.

 9              No. 2, Miami, Florida.

10              No. 3, a paralegal for two years.  And prior to that,

11     I was a Dade County school music teacher for four years.

12              Miami Springs, airport area.

13              THE COURT:  What kind of paralegal work do you do?

14              PROSPECTIVE JUROR NO. 5:  Foreclosure, eviction.

15              THE COURT:  Did you also tell me before you were a

16     musician?

17              PROSPECTIVE JUROR NO. 5:  I was a music teacher.  I'm

18     a part-time musician as well.  Prior to that, I was a Dade

19     County school music teacher.

20              No. 5, 29 years.

21              No. 6, married.

22              No. 7, law student.

23              No. 8, no.

24              No. 9, barbershop quartet.

25              No. 10 doesn't apply.
```

```
1                   No. 11, no.

2                   No. 12, no.

3                   No. 13, no.

4                   No. 14, yes.  It was a home robbery when I was 10.  A,

5      yes, it was reported.  B, I'm not -- I was too young to

6      remember.  It was third grade.  But I don't think there was

7      much that could have been done.

8                   No. 15, no.

9                   No. 16, no.

10                  No. 17, no.

11                  No. 18, yes.

12                  No. 19, yes.

13                  No. 20, no.

14                  No. 21, no.

15                  No. 22, no.

16                  23, no.

17                  24, no.

18                  And 25, no.

19                  THE COURT:  Can you tell me about 18?

20                  PROSPECTIVE JUROR NO. 5:  Yes.  My best friend -- he

21      was charged in criminal court, United States court, for

22      possession of a -- could I tell you privately?  Is that okay?

23                  THE COURT:  Sure.  Come on up.

24                  (Whereupon, the following proceedings were had at

25      side-bar outside the presence of the jury:)
```

```
 1              PROSPECTIVE JUROR NO. 5:  He was a waiter at Olive

 2   Garden and he was charged with possession of a credit card

 3   machine where he would swipe --

 4              THE COURT:  When was that?

 5              PROSPECTIVE JUROR NO. 5:  When was that?

 6              THE COURT:  Yes.

 7              PROSPECTIVE JUROR NO. 5:  2006-2007.

 8              THE COURT:  And that was here in Miami?

 9              PROSPECTIVE JUROR NO. 5:  Yeah.  It was actually

10   across the street, I remember.

11              THE COURT:  Did you attend any of his hearings?

12              PROSPECTIVE JUROR NO. 5:  I did attend one of his

13   hearings.

14              THE COURT:  Was he incarcerated?

15              PROSPECTIVE JUROR NO. 5:  He had six months of house

16   arrest and restitution and he didn't pay it and he was in a

17   halfway house for about eight months.

18              THE COURT:  Did you visit him while he was at the

19   halfway house?

20              PROSPECTIVE JUROR NO. 5:  I did.

21              THE COURT:  Do you think he was treated fairly by the

22   criminal justice system?

23              PROSPECTIVE JUROR NO. 5:  For the most part, yeah.

24   There was some issues with the attorney he had.  I don't think

25   that had anything to do with, you know -- now, being -- working
```

```
 1    for an attorney, I understand the process a little better.  But

 2    at that time....

 3              THE COURT:  Do you think he was well represented by

 4    his lawyer?

 5              PROSPECTIVE JUROR NO. 5:  No.  He definitely wasn't.

 6              THE COURT:  Would you hold that against any of the

 7    attorneys here?

 8              PROSPECTIVE JUROR NO. 5:  No.  I don't think so.

 9              THE COURT:  Would you be able to put aside your

10    friend's experience and sit and listen to the evidence in this

11    case and be fair to both the Government and the Defendant?

12              PROSPECTIVE JUROR NO. 5:  I believe so.

13              THE COURT:  Believe so or know so?

14              PROSPECTIVE JUROR NO. 5:  Yes.

15              THE COURT:  Now, you said your wife is a law student?

16              PROSPECTIVE JUROR NO. 5:  Yes.  The last semester.

17    She's three out.

18              THE COURT:  Where is she going to school?

19              PROSPECTIVE JUROR NO. 5:  Nova Southeastern.

20              THE COURT:  If you are chosen as a juror in this case,

21    you wouldn't be able to discuss the case with her.  Do you

22    understand that?

23              PROSPECTIVE JUROR NO. 5:  Absolutely.  She knows that.

24    I wouldn't.

25              THE COURT:  Thank you, sir.
```

```
 1            MR. ADELSTEIN:  I know you're getting tired of seeing

 2   me, but No. 3 I thought answered "yes" to No. 15, also.  That

 3   was never questioned by the Court.

 4            MS. KANE:  I agree.

 5            THE COURT:  She did?

 6            MR. ADELSTEIN:  Yes, she did.

 7            THE COURT:  She answered "yes" to it and then she

 8   answered B "no" and she initially said that she couldn't be

 9   fair.  So I relate it to that.

10            MR. ADELSTEIN:  Fair enough.

11            THE COURT:  If you want me to inquire further -- no.

12   No.  No.  I'm satisfied.

13            (Whereupon, the following proceedings were had in open

14   court:)

15            THE COURT:  No. 19.

16            PROSPECTIVE JUROR NO. 5:  No. 19, yes.

17            No. 20, no.

18            No. 21, no.

19            22, no.

20            23, no.

21            24, no.

22            And 25, no.

23            THE COURT:  Thank you, sir.

24            Ms. Fuentes.

25            PROSPECTIVE JUROR NO. 6:  Jacqueline Fuentes.
```

```
 1              I was born in Miami, Florida.

 2              I'm a legal secretary.  I've been a legal secretary

 3    for two years.

 4              THE COURT:  Where do you work?

 5              PROSPECTIVE JUROR NO. 6:  Concepcion, Martinez &

 6    Bellido.

 7              THE COURT:  What kind of law do they practice?

 8              PROSPECTIVE JUROR NO. 6:  Commercial litigation and

 9    defense personal injury.

10              Prior to that, I worked for a criminal defense

11    attorney for three years.

12              THE COURT:  Who was that?

13              PROSPECTIVE JUROR NO. 6:  I worked for Michael Grieco

14    and Mark Panunzio.  They were sole practitioners.

15              THE COURT:  Did they do state court work or federal

16    work?

17              PROSPECTIVE JUROR NO. 6:  Both.  Both.

18              I've been here my whole entire life, 30 years.

19              I'm single.

20              THE COURT:  Generally, where do you live?

21              PROSPECTIVE JUROR NO. 6:  South Miami.

22              No. 7, my fiancé is a firefighter.

23              I have a 2-year-old daughter.

24              My hobbies are spending time with family.

25              No military service.
```

```
 1           Family members in the criminal justice system, yes.

 2  My sister's a judicial assistant for a county court judge.  And

 3  my sister's fiancé is a police officer for Miami Beach.

 4           No. 12, no.

 5           13, no.

 6           14, no.

 7           15, yes.  It was reported.  There was someone arrested

 8  and he's currently incarcerated.

 9           THE COURT:  Now, was that your friend that you told me

10  about before?

11           PROSPECTIVE JUROR NO. 6:  Yes.  Yes.

12           THE COURT:  Would the fact that your friend had this

13  experience affect your ability to sit and listen to the

14  evidence in this case and be fair to both the Government and

15  the Defendant?

16           PROSPECTIVE JUROR NO. 6:  I believe so.

17           No. 16 is no.

18           17, no.

19           18, yes.

20           19, no.

21           20, no.

22           21, no.

23           22, no.

24           23, no.

25           24, no.
```

```
 1                25, no.

 2                THE COURT:  Thank you, ma'am.

 3                Mr. Graham.

 4                PROSPECTIVE JUROR NO. 7:  My name is Mr. Graham.

 5                No. 2, Miami, Florida.

 6                No. 3, I work for Coca-Cola for 23 years.

 7                No. 4, North Miami.

 8                No. 5, all my life.

 9                THE COURT:  How long have you been in North Miami?

10                PROSPECTIVE JUROR NO. 7:  53 years.

11                THE COURT:  No. 6?

12                PROSPECTIVE JUROR NO. 7:  No. 6, married.

13                No. 7, she's an office worker.

14                No. 8 --

15                THE COURT:  What kind of office is it she works in?

16                PROSPECTIVE JUROR NO. 7:  She works for the church.

17     She works in the office for the church.

18                No. 8, five kids:  32, 24, 25, 18, 19, one deceased.

19                THE COURT:  And are any of the children working?

20                PROSPECTIVE JUROR NO. 7:  Yeah.

21                THE COURT:  What do they do?

22                PROSPECTIVE JUROR NO. 7:  One of them work for the --

23     Home Depot and the other one work for Sears and the other one's

24     in college, in the service.

25                THE COURT:  No. 9?
```

```
 1            PROSPECTIVE JUROR NO. 7:  No. 9, fishing, dancing,

 2   hobbies.

 3            No. 10, no.

 4            No. 11, no.

 5            No. 12, no.

 6            No. 13, no.

 7            No. 14, yes.  I had my own business.  Somebody broke

 8   in and stole my tools.  They didn't never catch them.

 9            THE COURT:  Are you generally satisfied or

10   dissatisfied with the way you were treated?

11            PROSPECTIVE JUROR NO. 7:  I'm satisfied.

12            No. 15, no.

13            No. 16, no.

14            No. 17, yes.

15            THE COURT:  What was that in regard to?

16            PROSPECTIVE JUROR NO. 7:  That was a trial.  Yes.  I

17   testified in a trial.

18            THE COURT:  What was that for?

19            PROSPECTIVE JUROR NO. 7:  That was for -- I've been in

20   a couple of trials.  That was for a civil -- I was in a civil

21   trial.  And I was in federal.

22            THE COURT:  So you testified in a federal trial.  A

23   criminal trial?

24            PROSPECTIVE JUROR NO. 7:  No.  I testified in a civil

25   trial.
```

1              No. 18, no.

2              No. 19, yes.  That was -- yeah.  That's church.

3              No. 20, no.

4              No. 21, yes.  That was the federal.

5              No. 22 --

6          THE COURT:  So you served on a jury in federal court?

7          PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

8          THE COURT:  Was it a criminal case or a civil case?

9          PROSPECTIVE JUROR NO. 7:  It was a criminal case.

10         THE COURT:  And did the jury reach a verdict?

11         PROSPECTIVE JUROR NO. 7:  Yes.

12         THE COURT:  Were you the foreperson?

13         PROSPECTIVE JUROR NO. 7:  No.

14         THE COURT:  No. 22?

15         PROSPECTIVE JUROR NO. 7:  22, that's a "yes" and a

16     "no."

17         THE COURT:  Have you served on a grand jury?

18         PROSPECTIVE JUROR NO. 7:  Yes.

19         THE COURT:  Was that state or federal?

20         PROSPECTIVE JUROR NO. 7:  That was -- oh.  Wait a

21     minute.  I'm getting them mixed up.

22             I was --

23         THE COURT:  There's a grand jury that returns

24     indictments and then there's one called a petit jury, a small

25     jury.  That's a trial jury.

```
 1              PROSPECTIVE JUROR NO. 7:  That's what I served on, a

 2   trial jury.

 3              THE COURT:  Okay.  No. 23?

 4              PROSPECTIVE JUROR NO. 7:  23, that's a "yes" and a

 5   "no."  Physical, the only thing I have, I had a hip

 6   replacement.  But that won't stop me from serving on this

 7   trial.  I had a hip replacement.

 8              24, no.

 9              25, that's a "yes" and a "no," too.  I do take

10   medicine for the hip replacement, but that won't stop me from

11   the trial.

12              THE COURT:  All right, sir.  Thank you.

13              We're going to come over to Christina Ravix.

14              PROSPECTIVE JUROR NO. 8:  Christina Ravix.

15              No. 2, Miami, Florida.

16              No. 3, I don't work.

17              No. 4, North Miami Beach.

18              No. 5, 21 years.

19              No. 6, single.

20              No. 7, I live with my mom and my dad.

21              THE COURT:  Are they working?

22              PROSPECTIVE JUROR NO. 8:  Yes.

23              THE COURT:  What do they do?

24              PROSPECTIVE JUROR NO. 8:  My mom is a residential

25   advisor at Miami Job Corps, and my dad works at Terry's Auto
```

```
 1    Supply.

 2              No. 8, I don't have any kids.

 3              No. 9, spend time with family and read.

 4              No. 10, no.

 5              No. 11, no.

 6              No. 12, no.

 7              No. 13, no.

 8              No. 14, no.

 9              No. 15, no.

10              No. 16, no.

11              No. 17, no.

12              No. 18, no.

13              No. 19, no.

14              No. 20, no.

15              No. 21, no.

16              No. 22, no.

17              No. 23, no.

18              No. 24, no.

19              No. 25, no.

20              THE COURT:  Other than reading and spending time with

21    your family, what do you do with your time?

22              PROSPECTIVE JUROR NO. 8:  Read and help take care of

23    my grandpa.

24              THE COURT:  Okay.  Thank you.

25              Mr. Gonzalez.
```

```
 1              PROSPECTIVE JUROR NO. 9:  Hello.

 2              Patricio Gonzalez.

 3              No. 2, born in Miami, Florida.

 4              I've been in IT for 13 years.  I do help desk support

 5    for TEAM Enterprises right now, a desktop support technician.

 6              General area of residence is Little Havana.

 7              I've been living here for 32 years.

 8              I am married.  My wife works for a title company.  She

 9    also works with a lawyer.  She does, like, general office

10    assistance there.

11              I have two stepchildren that live with me, a

12    10-year-old and a 7-year-old.

13              Hobbies are spending time with family, going to the

14    movies, you know, PC gaming.

15              No prior military experience.

16              I do have several friends that are in law enforcement,

17    and I have two family members on my wife's side that are

18    lawyers.

19              No. 12 is no.

20              No. 13 is yes.

21              THE COURT:  Who would that be?

22              PROSPECTIVE JUROR NO. 9:  Myself.

23              THE COURT:  Is that you applying for CBP?

24              PROSPECTIVE JUROR NO. 9:  Correct.

25              No. 14 is yes.  I had two cars broken into.  One of
```

```
 1    them was -- well, my wife was pumping gas.  The guy just opened

 2    the door and took the purse while the kids were in the car.

 3              THE COURT:  Were those instances reported?

 4              PROSPECTIVE JUROR NO. 9:  Yes, they were.

 5              THE COURT:  Anyone arrested?

 6              PROSPECTIVE JUROR NO. 9:  No.

 7              THE COURT:  Are you generally satisfied or

 8    dissatisfied with the way you were treated?

 9              PROSPECTIVE JUROR NO. 9:  I'm satisfied.  Everyone's

10    done everything they could.

11              THE COURT:  No. 15?

12              PROSPECTIVE JUROR NO. 9:  No. 15 is no.

13              No. 16 is no.

14              No. 17 is no.

15              No. 18 is no.

16              No. 19 is no.

17              No. 20 is no.

18              21 is yes.  I served in a civil trial.

19              THE COURT:  State or federal?

20              PROSPECTIVE JUROR NO. 9:  State.

21              THE COURT:  Did the jury reach a verdict?

22              PROSPECTIVE JUROR NO. 9:  Yes.

23              THE COURT:  Were you the foreperson?

24              PROSPECTIVE JUROR NO. 9:  I was not.  No.

25              THE COURT:  22?
```

```
 1              PROSPECTIVE JUROR NO. 9:  22 is no.

 2         23 is no.

 3         24 is no.

 4         And 25 is no.

 5         THE COURT:  Thank you, sir.

 6         Mr. Evans.

 7         PROSPECTIVE JUROR NO. 10:  Eric Evans.

 8         I was born in Coral Gables, Florida.

 9         Vice president for the Carnival Corporation.

10         I live in Pinecrest.

11         I've been in South Florida my whole life, 53 years.

12         I'm married.

13         My wife is a domestic engineer.

14         I have two children.  Both attend the University of

15    Florida.

16         In my spare time, I work.  I like sporting events.

17         I have no prior military experience.

18         I have a brother who's a captain at Metro-Dade police,

19    and I mentioned my sister-in-law is with Homeland Security.

20         Nobody -- I also know a number of lawyers in town.

21         No. 12 is no.

22         No. 13 is no.

23         No. 14, yes.  I was a victim of an assault about

24    25 years ago.  Somebody was arrested.  The case went to trial,

25    but then it was dismissed.  I was satisfied with the process.
```

```
 1              No. 15 is no.

 2              No. 16 is no.

 3              No. 17 is yes.  I was a company rep for about

 4    15 years.  When I worked for an oil company, in various company

 5    lawsuits, antitrust litigation, Jones Act claims, things like

 6    that.  I've also been deposed numerous times.

 7              No. 18, yes.  I've had a few nephews who have run into

 8    the law.  But at the end of the day, the cases were dismissed.

 9              THE COURT:  Do you think they were treated fairly by

10    the criminal justice system?

11              PROSPECTIVE JUROR NO. 10:  Yes, ma'am.

12              THE COURT:  Do you think they were well represented by

13    their lawyers?

14              PROSPECTIVE JUROR NO. 10:  Yes, ma'am.

15              THE COURT:  Is there anything about your nephews'

16    experiences that would make it difficult for you to sit and

17    listen to the evidence in this case and be fair to both the

18    Government and the Defendant?

19              PROSPECTIVE JUROR NO. 10:  No, ma'am.

20              THE COURT:  No. 19?

21              PROSPECTIVE JUROR NO. 10:  No. 19, no.

22              No. 20, no.

23              No. 21, no.

24              22, no.

25              23, no.
```

1          24, no.

2          And No. 25, no.

3          THE COURT:  Thank you, sir.

4          Ms. Cheong.

5          PROSPECTIVE JUROR NO. 11:  My name is Simone Cheong.

6          No. 2, Toronto, Canada.

7          No. 3, registered nurse, 19 1/2 years.

8          No. 4, Kendall.

9          No. 5, 17 1/2 years.

10         No. 6, single.

11         No. 7, I live alone.

12         No. 8, no children.

13         No. 9, traveling and reading.

14         No. 10, no.

15         No. 11, no.

16         No. 12, no.

17         13, no.

18         No. 14, yes.  I was the victim of a car broken into

19   and my purse was stolen.  The person was arrested.  I was

20   deposed in that case.  I did not witness the event.  The person

21   was sent to jail for two years.

22         THE COURT:  Are you generally satisfied or

23   dissatisfied with the way you were treated?

24         PROSPECTIVE JUROR NO. 11:  Satisfied.

25         The other case was identity theft.  When I went to

```
 1    open a phone account, I discovered my identity had been used.

 2    I did press charges and no one was arrested.

 3            THE COURT:  Are you generally satisfied or

 4    dissatisfied with the way you were treated?

 5            PROSPECTIVE JUROR NO. 11:  Satisfied.

 6            THE COURT:  No. 15?

 7            PROSPECTIVE JUROR NO. 11:  No. 15, no.

 8            No. 16, no.

 9            No. 17, yes.  When I was deposed in my trial -- in my

10    case.

11            No. 18, no.

12            No. 19, yes.

13            No. 20, no.

14            21, no.

15            No. 22, no.

16            23, no.

17            24, no.

18            And 25, no.

19            THE COURT:  Thank you, ma'am.

20            Mr. Karasik.

21            PROSPECTIVE JUROR NO. 12:  My name is Harry Karasik.

22            I was born in Cincinnati, Ohio.

23            I've been a flight attendant for 14 years.

24            I live in Aventura.  I've been in Aventura for around

25    20 years.
```

 1           I'm single.

 2           I live, yes, with another person.  He's in sales.

 3           THE COURT:  What does he sell?

 4           PROSPECTIVE JUROR NO. 12:  Clothing.

 5           I have no children.

 6           Hobbies:  reading, exercising, traveling.

 7           No. 10, no.

 8           11, no.

 9           12, no.

10           13, no.

11           Yes.  I've been a victim of a crime in one of my

12    layovers, flying.  I was coming to my hotel where we were

13    laying over and a man attacked me.  That was, like, 12 years

14    ago.  And --

15           THE COURT:  Was it reported?

16           PROSPECTIVE JUROR NO. 12:  It was reported.  I was

17    unconscious.  I was taken to hospital.  And they never knew who

18    it was.

19           THE COURT:  Are you generally satisfied or

20    dissatisfied with the way you were treated?

21           PROSPECTIVE JUROR NO. 12:  Well, there's nothing they

22    could do about it because I couldn't -- it was all so fast and

23    I was unconscious.  He came and just punched me and took my

24    money.  I couldn't describe him very well because it was all so

25    fast.

1              THE COURT:  Okay.  No. 15?

2              PROSPECTIVE JUROR NO. 12:  There was nothing else -- I

3    mean, I suppose I was satisfied.

4              15, no.

5              16, no.

6              17, no.

7              18, no.

8              19, yes.

9              20, no.

10             21, no.

11             22, no.

12             23, no.

13             24, no.

14             25, no.

15             THE COURT:  Thank you, sir.

16             PROSPECTIVE JUROR NO. 12:  Thank you.

17             THE COURT:  Mr. Williams.

18             PROSPECTIVE JUROR NO. 13:  Herman Williams.

19             No. 2, birth place, Miami, Florida.

20             No. 3, 35 years.

21             No. 4, Richmond Heights.

22             No. 5, 56 years.

23             No. 6, married.

24             No. 7, teacher.

25             No. 8, three:  7, 30 and 34.

```
 1              No. 9, fishing and gardening.

 2              No. 10, no.

 3              THE COURT:  Your wife is a teacher?

 4              PROSPECTIVE JUROR NO. 13:  Yes.

 5              THE COURT:  What does she teach?

 6              PROSPECTIVE JUROR NO. 13:  Children with behavioral

 7   problems.

 8              THE COURT:  What do you do for a living?

 9              PROSPECTIVE JUROR NO. 13:  I work for the Florida

10   Department of Transportation, supervisor.

11              No. 9, fishing and gardening.

12              No. 10, no.

13              No. 11, yes.

14              THE COURT:  Is that Judge Huck's -- somebody who works

15   with Judge Huck?

16              PROSPECTIVE JUROR NO. 13:  Yes.

17              THE COURT:  No. 12?

18              PROSPECTIVE JUROR NO. 13:  Yes.

19              THE COURT:  Who would that be?

20              PROSPECTIVE JUROR NO. 13:  Same person.

21              No. 13, yes.

22              THE COURT:  Who is that?

23              PROSPECTIVE JUROR NO. 13:  The same person.

24              THE COURT:  No. 14?

25              PROSPECTIVE JUROR NO. 13:  No.
```

```
 1              15, no.

 2              16, no.

 3              17, yes, for the State.

 4              18, yes.

 5          THE COURT:  What did you testify for?

 6          PROSPECTIVE JUROR NO. 13:  It was a safety-related

 7  issue on the roadway.

 8          THE COURT:  No. 18?

 9          PROSPECTIVE JUROR NO. 13:  Yes.

10          THE COURT:  Can you tell me about that?

11          PROSPECTIVE JUROR NO. 13:  Yes.  I got no problem.

12          I got two brothers, strong-armed robbery.

13          THE COURT:  When was that?

14          PROSPECTIVE JUROR NO. 13:  Some years ago.

15          THE COURT:  The same case or different cases?

16          PROSPECTIVE JUROR NO. 13:  Different cases.

17          THE COURT:  What happened with those charges?

18          PROSPECTIVE JUROR NO. 13:  They served time.

19          THE COURT:  Did you attend any of their hearings?

20          PROSPECTIVE JUROR NO. 13:  No.

21          THE COURT:  Did you visit them while they were

22  incarcerated?

23          PROSPECTIVE JUROR NO. 13:  No.

24          THE COURT:  Do you think they were treated fairly by

25  the criminal justice system?
```

 1                  PROSPECTIVE JUROR NO. 13:  I wasn't there; so, I don't

 2       know.

 3                  THE COURT:  You don't have an opinion?

 4                  PROSPECTIVE JUROR NO. 13:  Exactly.

 5                  THE COURT:  Do you have an opinion as to whether they

 6       were well represented by their lawyers?

 7                  PROSPECTIVE JUROR NO. 13:  Public defenders, young and

 8       just out of college.  I don't think --

 9                  THE COURT:  Public defenders are good lawyers.

10                  PROSPECTIVE JUROR NO. 13:  The ones they had was very

11       young.

12                  THE COURT:  They weren't good lawyers?

13                  PROSPECTIVE JUROR NO. 13:  They were very young.

14                  MR. ADELSTEIN:  We're not very young.

15                  THE COURT:  Is there anything about your -- these were

16       nephews?

17                  PROSPECTIVE JUROR NO. 13:  No.  Brothers.

18                  THE COURT:  I'm sorry.  Anything about your brothers'

19       experiences that would make it difficult for you to sit and

20       listen to the evidence in this case and be fair to both the

21       Government and the Defendant?

22                  PROSPECTIVE JUROR NO. 13:  I got another case where

23       another brother, a younger brother --

24                  THE COURT:  Let's talk about the two brothers first,

25       the strong-armed problem.

1           PROSPECTIVE JUROR NO. 13:  I don't have any problem

2    with those.  I have a younger brother that's in litigation.

3    Still going on.

4           THE COURT:  And what was he charged with?

5           PROSPECTIVE JUROR NO. 13:  Assault on police officers.

6           THE COURT:  What happened with that charge?

7           PROSPECTIVE JUROR NO. 13:  It's still going on.

8           THE COURT:  So he's pending trial now?

9           PROSPECTIVE JUROR NO. 13:  Yes.  Well, he won't take a

10   plea.

11          THE COURT:  That's okay.

12          PROSPECTIVE JUROR NO. 13:  I've read the deposition

13   and I don't know why it's still going on.

14          THE COURT:  Do you think he's being treated fairly by

15   the criminal justice system?

16          PROSPECTIVE JUROR NO. 13:  I don't think -- I don't

17   think he's being treated fairly.

18          THE COURT:  Would you be able to put aside whatever

19   feelings you have regarding your younger brother --

20          PROSPECTIVE JUROR NO. 13:  It shouldn't have

21   nothing --

22          THE COURT:  Let me finish my question.  Okay?

23          Would you be able to put aside whatever feelings you

24   have regarding your younger brother and sit and listen to the

25   evidence in this case and be fair to both the Government and

 1     the Defendant?

 2              PROSPECTIVE JUROR NO. 13:  I really don't know.  I

 3     couldn't say "yes" or "no."

 4              THE COURT:  No. 19?

 5              PROSPECTIVE JUROR NO. 13:  No.

 6              No. 20, no.

 7              No. 21, yes.  That was state court.  It was last

 8     month.

 9              THE COURT:  Criminal or civil?

10              PROSPECTIVE JUROR NO. 13:  It was criminal.

11              THE COURT:  Did the jury reach a verdict?

12              PROSPECTIVE JUROR NO. 13:  We was -- I was picked for

13     a jury one day.  The next day I came in, the state dropped the

14     case.

15              THE COURT:  No. 22?

16              PROSPECTIVE JUROR NO. 13:  No.

17              No.

18              23, no.

19              24, no.

20              And 25, no.

21              THE COURT:  Thank you, sir.

22              Mr. Goeser.

23              PROSPECTIVE JUROR NO. 14:  Larry Goeser.

24              I was born in Miami, Florida.

25              My occupation, I'm a print manager.  I do some web

1        design of my own on the side and I teach classes.

2              My area of residence is Kendall, specifically the

3        Hammocks area.

4              I've been here 50-plus years, all my life,

5        essentially.

6              THE COURT:  How long have you been a print manager?

7              PROSPECTIVE JUROR NO. 14:  Over 15 years.  Probably

8        15 to 20.

9              THE COURT:  No. 6?

10             PROSPECTIVE JUROR NO. 14:  6 is single.

11             7 is no one.

12             Children, not relevant.  I don't have any children.

13             Hobbies in spare time, I play tennis and I like to

14       travel and I do advocate for CraftBeer.  I'm a CraftBeer

15       advocate.  It's just a hobby, a thing I do on the side.  I

16       teach a class about it as well.

17             Military service, no.  I didn't do any military

18       service.

19             No. 11, no.

20             12, no.

21             13 is no.

22             14 is no.

23             15 is no.

24             16 is no.

25             17 is no.

```
 1              18 is no.

 2              19 is no.

 3              20 is no.

 4              21 is yes.

 5              THE COURT:  Was this criminal or civil?

 6              PROSPECTIVE JUROR NO. 14:  It was criminal.

 7              THE COURT:  State or federal?

 8              PROSPECTIVE JUROR NO. 14:  State.

 9              THE COURT:  Did the jury reach a verdict?

10              PROSPECTIVE JUROR NO. 14:  Yes.

11              THE COURT:  Were you the foreperson?

12              PROSPECTIVE JUROR NO. 14:  No.

13              THE COURT:  22?

14              PROSPECTIVE JUROR NO. 14:  No.

15              Loss of hearing, no.

16              English, no.

17              And no medication.

18              THE COURT:  25 is no?

19              PROSPECTIVE JUROR NO. 14:  Right.

20              THE COURT:  Thank you, sir.

21              Ms. Packer.

22              PROSPECTIVE JUROR NO. 15:  Kimberly Packer.

23              I was born in Altus, Oklahoma.  I'm a preschool

24    teacher.

25              THE COURT:  How long have you been doing that?
```

1            PROSPECTIVE JUROR NO. 15:  12 years.

2            I live in Miami, Florida.

3            I've been here for 30 years.

4            I just got married.

5            THE COURT:  Congratulations.

6            What does your husband do?

7            PROSPECTIVE JUROR NO. 15:  He work at a restaurant.

8            I have two kids.  They're 29 and 30.

9            THE COURT:  Are they working?

10           PROSPECTIVE JUROR NO. 15:  Yes.

11           THE COURT:  What do they do?

12           PROSPECTIVE JUROR NO. 15:  One is a plumber, and one

13    is a fireman.

14           No. 9, I like to read.

15           THE COURT:  No. 10?

16           PROSPECTIVE JUROR NO. 15:  No.

17           No.

18           THE COURT:  11 is no?

19           PROSPECTIVE JUROR NO. 15:  Yes.

20           THE COURT:  12?

21           PROSPECTIVE JUROR NO. 15:  No.

22           THE COURT:  13?

23           PROSPECTIVE JUROR NO. 15:  No.

24           THE COURT:  14?

25           PROSPECTIVE JUROR NO. 15:  No.

```
 1            THE COURT:  15?

 2            PROSPECTIVE JUROR NO. 14:  No.

 3            THE COURT:  16?

 4            PROSPECTIVE JUROR NO. 15:  No.

 5            THE COURT:  17?

 6            PROSPECTIVE JUROR NO. 15:  No.

 7            THE COURT:  18?

 8            PROSPECTIVE JUROR NO. 15:  No.

 9            THE COURT:  19?

10            PROSPECTIVE JUROR NO. 15:  No.

11            THE COURT:  20?

12            PROSPECTIVE JUROR NO. 15:  No.

13            THE COURT:  21?

14            PROSPECTIVE JUROR NO. 15:  Yes.

15            THE COURT:  State or federal?

16            PROSPECTIVE JUROR NO. 15:  State.

17            THE COURT:  Criminal or civil?

18            PROSPECTIVE JUROR NO. 15:  Criminal.

19            THE COURT:  Did the jury reach a verdict?

20            PROSPECTIVE JUROR NO. 15:  Yes.

21            THE COURT:  Were you the foreperson?

22            PROSPECTIVE JUROR NO. 15:  No.

23            THE COURT:  22?

24            PROSPECTIVE JUROR NO. 15:  No.

25            THE COURT:  23?
```

```
 1              PROSPECTIVE JUROR NO. 15:  No.

 2              THE COURT:  24?

 3              PROSPECTIVE JUROR NO. 15:  No.

 4              THE COURT:  25?

 5              PROSPECTIVE JUROR NO. 15:  No.

 6              THE COURT:  Thank you, ma'am.

 7              PROSPECTIVE JUROR NO. 16:  Sanjay Adhikari.

 8              I was born in Nepal.

 9              I am a part-time instructor at Miami Dade College.

10     Prior to that, I was MIS manager for University of Miami.

11              THE COURT:  What do you teach?

12              PROSPECTIVE JUROR NO. 16:  I currently teach

13     introduction to computers.

14              THE COURT:  How long have you been teaching?

15              PROSPECTIVE JUROR NO. 16:  About three years.

16              THE COURT:  Before that?

17              PROSPECTIVE JUROR NO. 16:  I was an MIS manager for

18     University of Miami.

19              THE COURT:  What kind of manager?

20              PROSPECTIVE JUROR NO. 16:  Management information

21     systems.  I managed the databases and the servers for a group.

22              THE COURT:  And, generally, where do you live?

23              PROSPECTIVE JUROR NO. 16:  Currently in Homestead.

24              No. 5, I've been here ten years.  Miami-Dade County,

25     ten years.
```

```
 1              Marital status, married.

 2              I live with somebody else.  My wife is an RN.  And

 3    this is the first year she's on job.  She hasn't completed her

 4    one year yet.

 5              Children, 6 and 7.

 6              Hobbies, now I'm stay-at-home dad, I guess.  So that's

 7    my hobby.

 8              No -- 10, no.

 9              11, no.

10              12, no.

11              13, no.

12              14, yes.  Somebody broke into the car.  No law

13    enforcement was involved.  It was reported to campus security.

14              15, no.

15              16, no.

16              17, no.

17              18, no.

18              19, no.

19              20, no.

20              21, I'm not quite sure.  We went through the same

21    process, something similar to this.  Then the judge turned

22    around and said, "The case is in the wrong court.  You are all

23    excused."  And this was out of state.

24              No. 22, no.

25              23, no.
```

1          24, no.

2          25, no.

3          THE COURT:  Thank you, sir.

4          We're going to take a short recess.

5          I'm going to give you an instruction now that, if

6     you're chosen as a juror, you're going to hear me give each and

7     every time you leave the courtroom, whether it's a short recess

8     like this one or it's over a lunch break or overnight or over

9     the weekend.  But it's a very important instruction and that's

10    why it is given each and every time the jury leaves the

11    courtroom.

12          Do not discuss this case either amongst yourselves or

13    with anyone else.  Have no contact whatsoever with anyone

14    associated with the trial.

15          Do not read, listen or see anything touching on this

16    matter in any way, including anything on the Internet or on any

17    access device.

18          If anyone should try to talk to you about this case,

19    you should immediately instruct them to stop and report it to

20    my staff.

21          If you can, remember where you're seated.  If you

22    don't remember, don't worry.  Patricia and the court security

23    officers will be here to help you find your seat.  If you leave

24    the floor, this is the 12th floor.  I am Judge Lenard.

25          We're going to take a ten-minute recess.  Please be

```
 1    back in the lobby in ten minutes.

 2              (Whereupon, Prospective Jury Panel No. II exited the

 3    courtroom at 4:43 p.m. and the following proceedings were had:)

 4              THE COURT:  We're in recess for ten.

 5              I intend to finish with this panel today.  So,

 6    hopefully -- I think we should be able to do it within the next

 7    hour, hour and 20 minutes.

 8              We're in recess for ten.

 9              (Thereupon a recess was taken, after which the

10    following proceedings were had:)

11              THE COURT:  We're back on United States versus Carter,

12    Case No. 11-20350.

13              Counsel, state your appearances, please, for the

14    record.

15              MS. MEDETIS:  Good afternoon, your Honor.

16              Maria Medetis and Bonnie Kane on behalf of the United

17    States.

18              MR. HOROWITZ:  Good afternoon, your Honor.

19              Phil Horowitz, Stu Adelstein and Reginald Hope on

20    behalf of Matthew Carter, who's present before the Court.

21              THE COURT:  Let's bring in the jurors so we can

22    continue.

23              (Whereupon, Prospective Jury Panel No. II entered the

24    courtroom at 5:07 p.m. and the following proceedings were had:)

25              THE COURT:  You may be seated.
```

```
 1              We're going to start with Ms. Shiver.

 2              PROSPECTIVE JUROR NO. 18:  Felicia Shiver.

 3              I was born in Miami, Florida.

 4              I'm a retired dispatcher for the City of Miami Fire

 5    Department for 24 years.

 6              I live in Coconut Grove.

 7              I've been here for 55 years.

 8              I'm married.

 9              My husband's a plumber.

10              I have two children on my own, 32 and 31, and two

11    stepchildren, 39 and 40.

12              THE COURT:  Are they employed?

13              PROSPECTIVE JUROR NO. 18:  My daughter is working

14    right now with the Post Office, part-time.  And my son, he's

15    not working.  My stepson is a correction officer for the

16    County.  And my stepdaughter is a nail tech.

17              THE COURT:  I'm sorry?

18              PROSPECTIVE JUROR NO. 18:  A nail tech.

19              My hobbies are cooking and building.  I like doing

20    woodwork.

21              I was in the military for 11 months.  My stepson is a

22    correction officer.  My niece is a police officer.

23              I have no -- 12, no.

24              13, my stepson, correction officer.

25              14, my car was broken in when I was working at the
```

1    Fire Department.

2             15, no.

3             16, yes.

4             THE COURT:  You were a witness in a criminal matter?

5             PROSPECTIVE JUROR NO. 18:  Yes.  A police officer was

6    shot and my daughter and I -- she was only 2.  We witnessed it.

7             THE COURT:  Are you generally satisfied or

8    dissatisfied with the way you were treated?

9             PROSPECTIVE JUROR NO. 18:  I was treated fine with

10   that case.

11            THE COURT:  No. 17?

12            PROSPECTIVE JUROR NO. 18:  17, no.

13            18, yes.

14            19, no.

15            20, no.

16            21, no.

17            22, no.

18            23, no.

19            24, no.

20            25, no.

21            THE COURT:  Can you tell me about 18?

22            PROSPECTIVE JUROR NO. 18:  18 was drug charges.

23            THE COURT:  And who was that?

24            PROSPECTIVE JUROR NO. 18:  On my brother, my

25   stepdaughter and my son.

1          THE COURT:  And it was separate cases?

2          PROSPECTIVE JUROR NO. 18:  Yes.

3          THE COURT:  Were they state or federal?

4          PROSPECTIVE JUROR NO. 18:  I don't know the

5    difference.

6          THE COURT:  Did you attend any of their hearings?

7          PROSPECTIVE JUROR NO. 18:  No.

8          THE COURT:  Do you think they were treated fairly by

9    the criminal justice system?

10          PROSPECTIVE JUROR NO. 18:  Well, I attended my son's

11    hearing.  That was in Georgia.  But that was just something

12    different.

13          THE COURT:  What was that for?

14          PROSPECTIVE JUROR NO. 18:  A domestic....

15          THE COURT:  Do you think they were treated fairly by

16    the criminal justice system?

17          PROSPECTIVE JUROR NO. 18:  My son, no.  My daughter --

18    my stepdaughter and my brother, I really don't know because

19    it's been such a long time.

20          THE COURT:  And your son was the domestic violence

21    situation?

22          PROSPECTIVE JUROR NO. 18:  Yes.

23          THE COURT:  Would you be able to put aside whatever

24    feelings you have regarding your son's instance and sit and

25    listen to the evidence in this case and be fair to both the

 1    Government and the Defendant?

 2           PROSPECTIVE JUROR NO. 18:  Yes, because it was

 3    different.

 4           THE COURT:  Thank you, ma'am.

 5           PROSPECTIVE JUROR NO. 19:  Raul Carrasquel.

 6           No. 2, Caracas, Venezuela.

 7           No. 3, salesman.  Working retail, Nordstrom, for

 8    almost ten years.

 9           No. 4, in Southwest Miami.

10           No. 5, 23 years.

11           No. 6, divorced.

12           No. 7, no.  I live alone.

13           8, no.

14           9, no.

15           10, no.

16           11, no.

17           12, no.

18           THE COURT:  What do you do in your spare time?

19           PROSPECTIVE JUROR NO. 19:  I'm sorry?

20           THE COURT:  What do you do in your spare time when

21    you're not working?

22           PROSPECTIVE JUROR NO. 19:  I take care of my three

23    dogs.

24           THE COURT:  No. 10?

25           PROSPECTIVE JUROR NO. 19:  No. 13, no.

```
 1              No. 14, no.

 2              15, no.

 3              16, no.

 4              17, no.

 5              18, no.

 6              19, no.

 7              20, no.

 8              21, no.

 9              22, no.

10              23, no.

11              24, no, even though English is my second language.

12              25, no, even though I'm taking medicine for my heart

13    condition.

14              THE COURT:  But it won't affect your ability to sit as

15    a juror?

16              PROSPECTIVE JUROR NO. 19:  I don't think so.  But I'm

17    talking a lot of them.

18              THE COURT:  Okay.  Thank you, sir.

19              Yes, ma'am.

20              PROSPECTIVE JUROR NO. 20:  Auxi Peachey.

21              Honduras.

22              I'm a PCP for nine years.  Prior, I was a housewife.

23              Kendall area.

24              20 years, my residency, while I was doing the

25    residency program.
```

 1              Married.

 2              Stay-at-home dad.  8, 12, 15.  They are at school.

 3              THE COURT:  Your children are 12 and 15?  And --

 4              PROSPECTIVE JUROR NO. 20:  Yes.

 5              THE COURT:  And what does PCP mean?

 6              PROSPECTIVE JUROR NO. 20:  Primary-care physician.

 7              THE COURT:  No. 9?

 8              PROSPECTIVE JUROR NO. 20:  Spend time with family and

 9     friends and traveling.

10              No.

11              No.

12              THE COURT:  10 is no?

13              PROSPECTIVE JUROR NO. 20:  10, no.

14              11, no.

15              12, no.

16              13, no.

17              14, no.

18              15, yes.  Yes, was reported.  Nothing -- nothing --

19     nobody was arrested.  Dissatisfied.

20              THE COURT:  So --

21              PROSPECTIVE JUROR NO. 20:  16, no.

22              THE COURT:  Ma'am, you're going too fast.

23              No. 15, who was that regarding?

24              PROSPECTIVE JUROR NO. 20:  (No response.)

25              THE COURT:  No. 15?

```
 1                PROSPECTIVE JUROR NO. 20:  A family member.

 2                THE COURT:  And who in your family was that?

 3                PROSPECTIVE JUROR NO. 20:  A sister.

 4                THE COURT:  And when was that?

 5                PROSPECTIVE JUROR NO. 20:  When she was younger.

 6                THE COURT:  And was it reported?

 7                PROSPECTIVE JUROR NO. 20:  Yes.

 8                THE COURT:  Anyone arrested?

 9                PROSPECTIVE JUROR NO. 20:  No.  Dissatisfied, I said.

10                THE COURT:  You're dissatisfied?

11                PROSPECTIVE JUROR NO. 20:  Yes.

12                THE COURT:  Would you be able to put aside whatever

13      feelings --

14                PROSPECTIVE JUROR NO. 20:  No, I wouldn't.

15                THE COURT:  Okay.  Let me finish my question, please.

16                Would you be able to put aside whatever feelings of

17      dissatisfaction that you have regarding the instance with your

18      sister and sit and listen to the evidence in this case and be

19      fair to both the Government and the Defendant?

20                PROSPECTIVE JUROR NO. 20:  No.

21                16, no.

22                17, no.

23                18, yes.  I did not attend the court or the hearings.

24                THE COURT:  Who was that in regard to on 18?

25                PROSPECTIVE JUROR NO. 20:  It was my brother-in-law.
```

1    He was -- he had a felony for selling stolen merchandise.

2          THE COURT:  When was that?

3          PROSPECTIVE JUROR NO. 20:  That was, like, the -- it

4    started, like, ten years ago.  And it was closed, like, three

5    or four years ago.

6          THE COURT:  What happened with the charge?

7          PROSPECTIVE JUROR NO. 20:  I really don't know.  I

8    just know that he didn't go -- you know, he was guilty, but I

9    really -- he's free.  He's doing everything he's supposed to

10   do.

11         THE COURT:  Do you think he was treated fairly by the

12   criminal justice system?

13         PROSPECTIVE JUROR NO. 20:  Well, I haven't seen change

14   in behavior.

15         THE COURT:  Would you be able to put aside the

16   instance regarding your brother-in-law and sit and listen to

17   the evidence in this case and be fair to both the Government

18   and the Defendant?

19         PROSPECTIVE JUROR NO. 20:  I don't think so.

20         THE COURT:  No. 19?

21         PROSPECTIVE JUROR NO. 20:  Yes.

22         20, no.

23         21, no.

24         22, no.

25         23, no.

```
 1              24, no.

 2              25, no.

 3              THE COURT:  Thank you, ma'am.

 4              Ms. Gilhooley.

 5              PROSPECTIVE JUROR NO. 21:  Maria Gilhooley.

 6              I was born in New Jersey.

 7              No. 3, juvenile probation officer, 13 years.  Before

 8     then, a children's shelter.

 9              No. 4, Goulds.

10              No. 5, 14 years.

11              No. 6, married.

12              No. 7, my husband is a public defender in Monroe

13     County.

14              No. 8, I have two children, two girls, age 23, 18.

15     The 23 graduated college and she is working as a waitress right

16     now.  The 18 is a senior in high school.

17              No. 9, I like gardening.

18              10, no.

19              11, yes.  My husband.

20              12, my husband, yes.

21              13, no.

22              14, yes.  My house was robbed.  It was a very long

23     time ago.  I'm okay with that now.

24              15, yes.  My youngest daughter had an incident when

25     she was in fourth grade.
```

```
 1                THE COURT:  Was it reported?

 2                PROSPECTIVE JUROR NO. 21:  Yes.  It was reported.  And

 3    there was an arrest and....

 4                THE COURT:  What happened with the case?

 5                PROSPECTIVE JUROR NO. 21:  Well....

 6                THE COURT:  Do you want to come side-bar?

 7                PROSPECTIVE JUROR NO. 21:  Yeah, if you don't mind.

 8                THE COURT:  Sure.  Come on up.

 9                (Whereupon, the following proceedings were had at

10    side-bar outside the presence of the jury:)

11                PROSPECTIVE JUROR NO. 21:  She was sexually molested

12    when she was in fourth grade by her step-grandfather and he was

13    arrested in Bradenton and he died, like, a month in jail.  So

14    there was no outcome.  But that was justified for me.

15                THE COURT:  Would you be able to put aside the

16    incident with your daughter and sit and listen to the

17    evidence --

18                PROSPECTIVE JUROR NO. 21:  I don't know.

19                THE COURT:  Let me finish my question.

20                -- sit and listen to the evidence in this case and be

21    fair to both the Government and the Defendant?

22                PROSPECTIVE JUROR NO. 21:  Well, I mean, the scar is

23    kind of new.  She told me about it in June of this year.

24                THE COURT:  You didn't know about it before?

25                PROSPECTIVE JUROR NO. 21:  No.  She was kind of
```

```
 1   sexually molested from fourth to ninth grade.  She came out

 2   when -- in June, June 12, my birthday.

 3          And the reason why she came out is because she has two

 4   younger sisters from her dad's side and they were visiting the

 5   home and she just said what happened.  So she came out.

 6          THE COURT:  The step-grandfather just passed way

 7   recently?

 8          PROSPECTIVE JUROR NO. 21:  No.  He was arrested.  He

 9   died in jail, like in a matter of a month.

10          THE COURT:  When was he arrested?

11          PROSPECTIVE JUROR NO. 21:  June, July, August.

12          THE COURT:  Of this year?

13          PROSPECTIVE JUROR NO. 21:  Of 2012.

14          THE COURT:  I see.

15          So could you be a fair and impartial juror in this

16   case?

17          PROSPECTIVE JUROR NO. 21:  I don't know.  I don't know

18   about that.  I mean, the robbery was a long time ago.  I'm okay

19   with that.

20          THE COURT:  Do you think it would be better if you sat

21   as a juror in a different type of case?

22          PROSPECTIVE JUROR NO. 21:  Definitely.

23          Can I address another issue on this one before I go

24   out there again?

25          My dad was arrested.  He's serving life in federal
```

Jury Selection                                     236

```
 1    prison.  And -- but -- but that doesn't bother me at all.

 2              THE COURT:  What was he arrested for?

 3              PROSPECTIVE JUROR NO. 21:  Drug-trafficking.  He left

 4    us when I was 5.  But I still maintain contact with him.  But

 5    there was -- he never -- I wasn't raised with him.

 6              THE COURT:  And where was he convicted for

 7    drug-trafficking?

 8              PROSPECTIVE JUROR NO. 21:  Here in Miami.

 9              THE COURT:  Have you visited him while he's

10    incarcerated?

11              PROSPECTIVE JUROR NO. 21:  Yeah.  Every so often.

12    Right now, he's in South Carolina, I think.

13              THE COURT:  Do you think he was treated fairly by the

14    criminal justice system?

15              PROSPECTIVE JUROR NO. 21:  I believe so.  I don't have

16    a problem with that one.

17              THE COURT:  Thank you, ma'am.

18              PROSPECTIVE JUROR NO. 21:  Thanks.

19              (Whereupon, the following proceedings were had in open

20    court:)

21              THE COURT:  16?

22              PROSPECTIVE JUROR NO. 21:  No.

23              17, no.

24              18, yes.

25              19, no.
```

```
 1              20, no.

 2              21, no.

 3              22, no.

 4              23, no.

 5              24, no.

 6              25, no.

 7              THE COURT:  Thank you, ma'am.

 8              PROSPECTIVE JUROR NO. 22:  Jennifer Herrera-Perdigon.

 9              No. 2, Miami, Florida.

10              3, nurse practitioner, for 19 years.

11              4, Miami Lakes.

12              5, all my life, 43 years.

13              6, married.

14              7, I live with my husband.  He's an architect,

15    construction manager for the Miami-Dade County Fire Department.

16              No. 8, I have three small kids:  7, 5 and 3.

17              No. 9, traveling and spending time with my kids.

18              10, no.

19              11, yes.  Police department.

20              12, no.

21              13, no.

22              14, no.

23              15, no.

24              16, no.

25              17, yes.
```

1          18, no.

2          THE COURT:  What's 17 in regard to?

3          PROSPECTIVE JUROR NO. 22:  A deposition, medical

4    malpractice.

5          18, no.

6          19, yes.

7          20, no.

8          21, no.

9          22, no.

10         23, no.

11         24, no.

12         25, no.

13         THE COURT:  And does the work that you do as a nurse

14   practitioner still allow you to be present for the behavior

15   modification for your son?

16         PROSPECTIVE JUROR NO. 22:  Yes, because the

17   appointments are at 4:00.

18         THE COURT:  Thank you.

19         Mr. Rice.

20         PROSPECTIVE JUROR NO. 23:  Jordan Rice.

21         I was born in Denver, Colorado.

22         No. 3, I'm an airline pilot.  I've done that for just

23   shy of three years.  Before that, I did three years as an

24   instructor, teaching people how to fly.

25         No. 4, I live in Kendall.

1              No. 5, I've lived there about three years.

2              6, I'm single.

3              No. 7, I live with my girlfriend.  She's also an

4     airline pilot.

5              No. 8, I have no kids.

6              No. 9, I like to cook, sail, ride motorcycles.

7              No. 10, no.

8              No. 11, no.

9              No. 12, no.

10             No. 13, I have some cousins who applied and husbands

11    of cousins and so on, not immediate family.

12             No. 14, no.

13             No. 15, no.

14             No. 16, no.

15             No. 17, no.

16             No. 18, no.

17             No. 19, no.

18             No. 20, no.

19             No. 21, no.

20             No. 22, no.

21             No. 23, no.

22             No. 24, no.

23             No. 25, also no.

24             THE COURT:  Thank you, sir.

25             Mr. Carmona.

```
1              PROSPECTIVE JUROR NO. 24:  Jonathan Carmona.

2              I was born here in Miami, Florida.

3              Occupation, I work for Vitas Innovative Hospice.  I've

4    been working there for a year already.

5              I live in Miami Gardens.  I just moved in recently.

6    So it's two months.

7              I'm single.

8              I live with my parents.

9              THE COURT:  Are they working?

10             PROSPECTIVE JUROR NO. 24:  Yes, ma'am.

11             THE COURT:  What do they do?

12             PROSPECTIVE JUROR NO. 24:  My mother's an HR

13   representative for Vitas and my father -- I live with my

14   stepfather.  He works in pest control.  And my little sister's

15   in school.

16             THE COURT:  What are you studying in school?

17             PROSPECTIVE JUROR NO. 24:  Criminal justice.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR NO. 24:  Hobbies, mixed martial arts

20   and soccer.

21             Prior military -- No. 10 is I'm in the process.

22             No. 11, yes.  My friend works for the department of

23   Opa-Locka.

24             No. 12, no.

25             No. 13 is yes.  I'm in the process.
```

```
 1              14 is no.

 2              15 is no.

 3              16 --

 4              THE COURT:  What are you applying for?

 5              PROSPECTIVE JUROR NO. 24:  Well, I'm not yet -- I'm

 6    starting to jump in the Police Academy in Miami-Dade.  But,

 7    first, I'm going to join the Marine Corps as a military police.

 8              No. 14, no.

 9              No. 15 is no.

10              16, no.

11              17 is no.

12              18 is no.

13              19 is yes.

14              20, no.

15              21, no.

16              22, no.

17              23, no.

18              24, no.

19              25, no.

20              THE COURT:  Thank you, sir.

21              Ms. Voltaire.

22              PROSPECTIVE JUROR NO. 25:  Shirley Voltaire.

23              I was born in Haiti.

24              I'm working for Moison/Jewish Home and Moison/Miami

25    Jewish Home.  And I'm --
```

```
 1                THE COURT:  What do you do at the Jewish home?

 2                PROSPECTIVE JUROR NO. 25:  Food nutrition service.

 3                THE COURT:  How long have you been there?

 4                PROSPECTIVE JUROR NO. 25:  25 years.

 5                THE COURT:  No. --

 6                PROSPECTIVE JUROR NO. 25:  I live on Miami Gardens.

 7    And I got 26 years live there.

 8                And I'm married.

 9                My husband is retired.

10                THE COURT:  What did he do before he retired?

11                PROSPECTIVE JUROR NO. 25:  He was working at a

12    national distributor -- wine distributor.

13                And my hobby is --

14                THE COURT:  Do you have any children?

15                PROSPECTIVE JUROR NO. 25:  Yes.  I have three

16    children:  43, 41 and 32.

17                THE COURT:  Are they working?

18                PROSPECTIVE JUROR NO. 25:  Two of them is working.

19    One of them is not working.  She's pregnant.

20                THE COURT:  The two that are working:  What are they

21    doing?

22                PROSPECTIVE JUROR NO. 25:  I have one that's a

23    computer technician.  The other one, she's -- her husband is a

24    military.

25                THE COURT:  Is she working?
```

```
 1              PROSPECTIVE JUROR NO. 25:  Yes.  She working.

 2              THE COURT:  What does she do?

 3              PROSPECTIVE JUROR NO. 25:  She working for Johnson,

 4    Wells.

 5              THE COURT:  Doing what?

 6              PROSPECTIVE JUROR NO. 25:  Taxes.  She works.

 7              THE COURT:  No. 9, hobbies?

 8              PROSPECTIVE JUROR NO. 25:  I like to cook and watch

 9    TV, Divorce Court.

10              THE COURT:  No. 10?

11              PROSPECTIVE JUROR NO. 25:  No.

12              11, no.

13              12, no.

14              13, no.

15              14, no -- yeah.  They break in my house two time and

16    they stole my car.

17              THE COURT:  Were those instances reported?

18              PROSPECTIVE JUROR NO. 25:  Yes.

19              THE COURT:  Anyone arrested?

20              PROSPECTIVE JUROR NO. 25:  No.

21              THE COURT:  Are you generally satisfied or

22    dissatisfied with the way you were treated?

23              PROSPECTIVE JUROR NO. 25:  It was okay because I find

24    my car and -- it was okay.

25              THE COURT:  No. 15?
```

```
1         PROSPECTIVE JUROR NO. 25:  No.

2         16, no.

3         THE COURT:  17?

4         PROSPECTIVE JUROR NO. 25:  No.

5         THE COURT:  18?

6         PROSPECTIVE JUROR NO. 25:  No.

7         THE COURT:  19?

8         PROSPECTIVE JUROR NO. 25:  Yes.

9         20, no.

10        21, no.

11        22, no.

12        23, no.

13        24, no.

14        25, no.

15        THE COURT:  Thank you, ma'am.

16        Ms. Carra.

17        PROSPECTIVE JUROR NO. 26:  Teresa Carra.

18        Born in Havana, Cuba.

19        No. 3, home health aide.

20        No. 4, Cutler Bay.

21        No. 5, 25 years in Miami.

22        26 --

23        THE COURT:  How long have you been a home health aide?

24        PROSPECTIVE JUROR NO. 26:  For approximately a year.

25        THE COURT:  Before that?
```

1              PROSPECTIVE JUROR NO. 26:  I used to work in a home

2     health agency as a human resources and care coordinator.

3              No. 6, single.

4              7, my son.  He's 10.

5              No. 8, he's 10.  My son.

6              No. 9, cook, watch TV, movies, sports and go for a

7     walk.

8              No. 10, no.

9              No. 11, yes.  Law enforcement, Roberto Cardonne, my

10    twin brother, CBP; and Eduardo Ortiz, the criminal justice

11    building in front of this one.

12             No. 12, no.

13             13, no.

14             14, no.

15             15, no.

16             16, no.

17             17, yes.

18             18 --

19             THE COURT:  What was that in regard to, 17?

20             PROSPECTIVE JUROR NO. 26:  That's personal injury

21    protection in my house.  It's a small claim on a fire.

22             THE COURT:  No. 18?

23             PROSPECTIVE JUROR NO. 26:  No. 18 is no.

24             19, yes.

25             20, no.

```
1              21, no.

2              22, no.

3              23, no.

4              24, no.

5              25, no.

6         THE COURT:  Thank you, ma'am.

7         Ms. Jean-Noel.

8         PROSPECTIVE JUROR NO. 27:  Marie Jean-Noel.

9         I was born in Haiti.

10         No. 3, no occupation.

11         THE COURT:  The last time you worked, what did you do?

12         PROSPECTIVE JUROR NO. 27:  Teacher assistant.

13         THE COURT:  And when were you last a teacher

14    assistant?

15         PROSPECTIVE JUROR NO. 27:  2001.  I passed seven

16    years.

17         THE COURT:  I'm sorry?

18         PROSPECTIVE JUROR NO. 27:  I passed seven years.

19         THE COURT:  It's been seven years since you worked as

20    a teacher assistant?

21         PROSPECTIVE JUROR NO. 27:  Yes.

22         THE COURT:  Where do you live?

23         PROSPECTIVE JUROR NO. 27:  No. 5, 25 years.

24         THE COURT:  Where do you live?  What area of the city

25    or town do you live in?
```

```
 1              PROSPECTIVE JUROR NO. 27:  62nd Street, 2nd Avenue

 2    Northeast.

 3              THE COURT:  No. 6:  Are you married?

 4              PROSPECTIVE JUROR NO. 27:  Single.

 5              THE COURT:  7?

 6              PROSPECTIVE JUROR NO. 27:  I have one child.  She's a

 7    girl.

 8              THE COURT:  How old is she?

 9              PROSPECTIVE JUROR NO. 27:  She's 23 years old.

10              THE COURT:  Is she working?

11              PROSPECTIVE JUROR NO. 27:  For now, no.  She's

12    studying.

13              THE COURT:  She's studying?

14              PROSPECTIVE JUROR NO. 27:  Yes.

15              THE COURT:  Okay.

16              PROSPECTIVE JUROR NO. 27:  She come -- to become a

17    designer.

18              THE COURT:  No. 9?

19              PROSPECTIVE JUROR NO. 27:  Travel and cooking.

20              No. 10, no.

21              11, no.

22              No. 12, no.

23              No. 13, no.

24              No. 14, no.

25              No. 15, no.
```

1          16, no.

2          17, no.

3          18, no.

4          19, no.

5          20, no.

6          21, no.

7          22, no.

8          24, no.

9          THE COURT:  No. 23?

10         PROSPECTIVE JUROR NO. 27:  23, no.

11         THE COURT:  And 25?

12         PROSPECTIVE JUROR NO. 27:  25, no.

13         THE COURT:  Thank you, ma'am.

14         We're going to come over to Carmen Ruiz-Rojas.

15         PROSPECTIVE JUROR NO. 29:  My name's Carmen

16  Ruiz-Rojas.

17         I was born in New York.

18         I'm a sales manager for two years here in Miami.

19         THE COURT:  What kind of sales are you involved in?

20         PROSPECTIVE JUROR NO. 29:  I'm in hotel room sales.

21         And I've been living in the community for seven years.

22         I'm a single mom.

23         I have two children, twins, 3 years old.

24         My hobby is gardening.

25         No. 10 is no.

```
 1              No. 11 is no.

 2              12 is no.

 3              13 is no.

 4              14 is no.

 5              15 is no.

 6              16 is no.

 7              17 is no.

 8              18 is no.

 9              19 is yes.

10              20 is no.

11              21 is no.

12              22 is no.

13              23 is no.

14              24 is no.

15              25 is no.

16              THE COURT:  Thank you, ma'am.

17              PROSPECTIVE JUROR NO. 30:  Yesenia Fernandez.

18              I was born in New York.

19              Occupation, No. 3, is freight-forwarding business for

20    the last 15 years.

21              I live in Kendall for the last 15 years.

22              I am married.  I live with my husband, my mom, grandma

23    and two kids.

24              My daughters are 2, 8 and 5 years old.

25              THE COURT:  Is your husband working?
```

```
 1              PROSPECTIVE JUROR NO. 30:  Yes.  He's a director of

 2   religious education.

 3              THE COURT:  And how about your --

 4              PROSPECTIVE JUROR NO. 30:  My mom doesn't work and my

 5   grandmother doesn't work either.

 6         My hobbies, I like to spend time with my family and

 7   watch TV.

 8              No. 10, no.

 9              11, no.

10              No. 12, no.

11              No. 13, my husband applied to be a policeman before we

12   met.  So I don't know.

13              14, no.

14              15, no.

15              16, no.

16              17, no.

17              18, no.

18              19, yes.

19              20, no.

20              21, no.

21              22, no.

22              23, no.

23              24, no.

24              25, no.

25              THE COURT:  Thank you, ma'am.
```

1              Mr. Kos?

2              PROSPECTIVE JUROR NO. 31:  Good afternoon.

3              My name is Anton Kos.

4              I was born in Miami, Florida.

5              My occupation, a jack-of-many-trades, master of none.

6     I've done truck driving --

7              THE COURT:  What trades are you working on now?

8              PROSPECTIVE JUROR NO. 31:  Right now I'm a property

9     manager.  I also drive trucks and I'm a notary public.  I do

10    plumbing, mechanic work, electrician, many things.

11             I'm -- I have a girlfriend.

12             I've been living in Miami for over seven years.

13             My hobby, I like to play chess.  I play video games.

14    I like TV.  I like *Family Guy*.  I do video-editing.  I like to

15    put videos on YouTube.

16             THE COURT:  Is your girlfriend working?

17             PROSPECTIVE JUROR NO. 31:  Yes.  She works in

18    Fort Lauderdale for a payroll company.

19             THE COURT:  No. 10?

20             PROSPECTIVE JUROR NO. 31:  10 is no.

21             11 is no.

22             12 is no.

23             13 is no.

24             14 is no.

25             15 is no.

```
 1              16 is yes.

 2              THE COURT:  What was that in regard to?

 3              PROSPECTIVE JUROR NO. 31:  It was regarding my brother

 4   in a domestic dispute with his ex-wife.

 5              17 is no.

 6              18 is yes.

 7              THE COURT:  Is that in regard to your brothers?

 8              PROSPECTIVE JUROR NO. 31:  Yes.

 9              THE COURT:  And what were they arrested for?

10              PROSPECTIVE JUROR NO. 31:  A domestic disturbance.

11              THE COURT:  When was that?

12              PROSPECTIVE JUROR NO. 31:  It was a couple of years

13   ago.

14              THE COURT:  Was it one case or two cases?

15              PROSPECTIVE JUROR NO. 31:  It was one case.

16              THE COURT:  And did you attend any of their hearings?

17              PROSPECTIVE JUROR NO. 31:  No, I did not.

18              THE COURT:  Do you think they were treated fairly by

19   the criminal justice system?

20              PROSPECTIVE JUROR NO. 31:  I don't believe so.  No.

21              THE COURT:  Would you be able to put aside whatever

22   feelings you have regarding your brothers and sit and listen to

23   the evidence in this case and be fair to both the Government

24   and the Defendant?

25              PROSPECTIVE JUROR NO. 31:  No.
```

1              THE COURT:  No. 19?

2              PROSPECTIVE JUROR NO. 31:  19 is yes.

3              20 is no.

4              21, yes.

5              THE COURT:  What was that in regard to --

6              PROSPECTIVE JUROR NO. 31:  It was a trial for the

7    State.  I think it was a criminal case.

8              THE COURT:  Did the jury reach a verdict?

9              PROSPECTIVE JUROR NO. 31:  It was a hung jury.

10             And 22 is yes.

11             THE COURT:  Was that before or after your brothers

12   were arrested?

13             PROSPECTIVE JUROR NO. 31:  That was after.

14             THE COURT:  You were able to serve on that jury?

15             PROSPECTIVE JUROR NO. 31:  Yes.

16             21 is yes.

17             22 is yes.

18             23 is no.

19             24 is no.

20             And 25 is no.

21             THE COURT:  Thank you, sir.

22             Mr. Olsen, last, but not least.

23             PROSPECTIVE JUROR NO. 32:  No. 1, Kenneth Olsen.

24             No. 2, Miami, Florida.

25             No. 3, bartender, 11 years.

```
 1               No. 4, Perrine.

 2               No. 5, 30 years.

 3               I'm single.

 4               No. 7, yes.  Pharm tech, food service and disabled.

 5               No children.

 6               No. 9, sporting events, video games, dogs, ferrets,

 7     birds.

 8               10 is no.

 9               11 is no.

10               12 is no.

11               13 is no.

12               14, yes.  Car break-in.  No.  It was not reported.

13               No. 15, no.

14               16, no.

15               17, no.

16               18, yes.  My father, before having children, was in

17     and out of trouble with the law a lot.  And when I was 20, I

18     was arrested for marijuana.

19               THE COURT:  What happened with your charge?

20               PROSPECTIVE JUROR NO. 32:  It was dropped.

21               THE COURT:  Do you think you were treated fairly by

22     the criminal justice system?

23               PROSPECTIVE JUROR NO. 32:  Yes, I was.

24               THE COURT:  Do you think you were well represented by

25     your lawyer?
```

```
 1                 PROSPECTIVE JUROR NO. 32:  I never made it that far.

 2                 THE COURT:  Is there anything about the instance where

 3       you were arrested for marijuana that would make it difficult

 4       for you to sit and listen to the evidence in this case and be

 5       fair to both the Government and the Defendant?

 6                 PROSPECTIVE JUROR NO. 32:  No.

 7                 THE COURT:  And in regard to your father, do you think

 8       he was treated fairly by the criminal justice system?

 9                 PROSPECTIVE JUROR NO. 32:  I wasn't even born yet; so,

10       I would assume yes.  Made him a good man.

11                 THE COURT:  Anything about his contact with the

12       criminal justice system that would make it difficult for you to

13       sit and listen to the evidence in this case and be fair to both

14       the Government and the Defendant?

15                 PROSPECTIVE JUROR NO. 32:  No.

16                 No. 19, no.

17                 No. 20, no.

18                 21, no.

19                 22, no.

20                 23, no.

21                 24, no.

22                 25, no.

23                 THE COURT:  Thank you, sir.

24                 Counsel, please approach.

25                 (Whereupon, the following proceedings were had at
```

```
 1    side-bar outside the presence of the jury:)

 2              THE COURT:  Any additional questions of the panel as a

 3    whole or any individual juror?

 4              MS. MEDETIS:  Nothing from the Government, your Honor.

 5              MR. ADELSTEIN:  No.

 6              THE COURT:  How long do you need?

 7              MR. HOROWITZ:  Five minutes, maybe ten.  Five to ten.

 8              THE COURT:  I'll send the jurors out and tell them to

 9    be back in 20 minutes.

10              MR. HOROWITZ:  Fair enough.  Thank you, Judge.

11              MS. MEDETIS:  Thank you, Judge.

12              (Whereupon, the following proceedings were had in open

13    court:)

14              THE COURT:  We're going to take another break.

15              Do not discuss this case either amongst yourselves or

16    with anyone else.  Have no contact whatsoever with anyone

17    associated with the trial.  Do not read, listen or see anything

18    touching on this matter in any way.

19              If anyone should try to talk to you about this case,

20    you should immediately instruct them to stop and report it to

21    my staff.

22              Please be back in the lobby in 20 minutes.

23              (Whereupon, Prospective Jury Panel No. II exited the

24    courtroom at 5:41 p.m. and the following proceedings were had:)

25              THE COURT:  Is five minutes enough time?
```

```
 1              We're in recess for five.

 2              (Thereupon a recess was taken, after which the

 3     following proceedings were had:)

 4              THE COURT:  We're back on United States of America

 5     versus Matthew Andrew Carter, Case No. 11-20350.

 6              Counsel, state your appearances, please, for the

 7     record.

 8              MS. MEDETIS:  Good afternoon, your Honor.

 9              Maria Medetis and Bonnie Kane for the United States.

10              THE COURT:  Good afternoon.

11              MR. HOROWITZ:  Good afternoon, your Honor.

12              Phil Horowitz and Stu Adelstein on behalf of

13     Mr. Carter, who's present before the Court.

14              THE COURT:  Good afternoon.

15              So let's take up the 16 in the box.

16              Challenges for cause or hardship from either side?

17              MS. MEDETIS:  Your Honor, I think, on behalf of the

18     United States, there was a hardship issue with Juror No. 1.

19              MR. ADELSTEIN:  Agreed.

20              THE COURT:  He's excused for hardship.

21              MR. ADELSTEIN:  On No. 1?  He's the one working in

22     Naples --

23              THE COURT:  I said he's excused for hardship.

24              MR. ADELSTEIN:  Oh.  I didn't hear that.  I'm sorry.

25              MS. MEDETIS:  No. 3, I think she made it clear she
```

```
 1    couldn't be fair.

 2              THE COURT:  Any objection?

 3              MR. ADELSTEIN:  Agreed.

 4              THE COURT:  Excused for cause.

 5              MS. MEDETIS:  No. 6, for cause.

 6              THE COURT:  Any objection?

 7              MR. ADELSTEIN:  No objection.

 8              THE COURT:  Excused for cause.

 9              MS. MEDETIS:  No. 13, for cause.

10              THE COURT:  Any objection?

11              MR. ADELSTEIN:  No objection.

12              THE COURT:  Excused for cause.

13              MS. MEDETIS:  No. 14, for hardship.

14              THE COURT:  Any objection?

15              MR. ADELSTEIN:  No objection -- oh.  Wait a second.

16    No. 14?

17              Yes.  We object to that one.

18              THE COURT:  What's the objection?

19              MR. ADELSTEIN:  Well, he says he's working for himself

20    and he also is working for a company.  I don't see any

21    hardship.

22              THE COURT:  I'll deny it for hardship.

23              Any cause or hardship from the Defendant?

24              MR. ADELSTEIN:  Yes.  No. 2.  She works at night as an

25    RN, goes to school during the day.
```

 1          THE COURT:  What's the Government's position?

 2          MS. MEDETIS:  Judge, we would object.

 3          THE COURT:  She says her school is on-line and she

 4   works as an RN at night.  I think Memorial Hospital would have

 5   to excuse her.  So I'll deny it for hardship.

 6          MR. ADELSTEIN:  No. 4.  She said she could not listen

 7   to the testimony.

 8          THE COURT:  What's the Government's position?

 9          MS. MEDETIS:  We would object, based on the responses

10   at side-bar that she would be able to listen to the testimony

11   and render a fair verdict.

12          MR. ADELSTEIN:  That's the one who was in tears who

13   vacillated back and forth, had a Kleenex and waited at least

14   30 seconds before finally, after asked at least --

15          THE COURT:  I'm going to grant the challenge for

16   cause.  She initially said in a very emotional way that she

17   can't listen to the allegations.

18          And then, after that, she brought up the domestic

19   violence -- her own domestic violence situation side-bar and

20   was very emotional about that.

21          And then she brought up the fact that a member of her

22   family who was a US citizen traveled to Bogota and I believe

23   she said raped her aunt and she wanted to know how she could

24   proceed with that and who should she report it to.

25          She seemed to get very interested in the type of

 1    charge here.  And she did have a great hesitation, if the

 2    Government failed to prove the Defendant guilty beyond a

 3    reasonable doubt, could she find the Defendant not guilty.

 4         She hesitated for a very long period of time as

 5    opposed to answering immediately that, if the Government proved

 6    their case, she could find the Defendant guilty.

 7         So in a totality of the circumstances, given the

 8    statement that she made first at the question that was proposed

 9    by the Government about the statement of the federal offense

10    and does the offense itself affect your ability to be a fair

11    and impartial juror and she said she can't hear the

12    allegations, I'm very -- I'm concerned about her emotional

13    stability in going forward in dealing with the testimony at

14    trial.

15         So I am going to excuse her for cause.

16         MR. ADELSTEIN:  No. 5.  I don't know the dates, but I

17    have here he's traveling the last week of February.

18         THE COURT:  I don't think any of that was really

19    definite.  I think -- that was at a stage where everybody was

20    trying to come up with something and, quite frankly, the court

21    security officer was giving everybody the microphone and one by

22    one they were coming up with reasons.

23         That's why I tried to change the dynamic.  I didn't

24    want them just to try and come up with reasons.  I wanted to

25    hear real reasons.

```
 1              MR. ADELSTEIN:  Yes, ma'am.

 2              THE COURT:  He didn't exactly voice that when he

 3   talked about being a paralegal and the work that he did as to

 4   the definiteness of any travel.

 5              So I'm going to deny it for hardship.

 6              MR. ADELSTEIN:  No. 9, the individual who is applying

 7   for CCP.  His best friend is working for Homeland Security.

 8              THE COURT:  What's the Government's position?

 9              MS. MEDETIS:  We would object, your Honor.

10              THE COURT:  I'm going to excuse him for cause.  If

11   he's applying to work for the United States Government -- and

12   he mentioned it several times -- I think that may put him in a

13   compromised situation.  So I'm going to excuse him for cause.

14              MR. ADELSTEIN:  No. 10.  He's the individual who's

15   going to Washington and London.

16              THE COURT:  Any objection?  It's the gentleman from

17   Carnival.

18              MR. ADELSTEIN:  Correct.

19              MS. MEDETIS:  Judge, we would object to that and

20   perhaps ask for additional voir dire.  We understand that he's

21   a vice president and....  It wasn't asked whether arrangements

22   could be made for somebody else in the company --

23              THE COURT:  I'll ask him.

24              Would you ask Mr. Evans to come in, please, Juror

25   No. 10.
```

```
 1                (Thereupon, Prospective Juror No. 10 entered the

 2     courtroom and the following proceedings were had:)

 3                THE COURT:  Mr. Evans, if you can just come up to the

 4     podium, I just have a few more questions for you.

 5                You can be seated.

 6                In regard to the travel that you've already told me

 7     about, February 14th to the 16th and the 17th through the 21st,

 8     that's all business-related?

 9                PROSPECTIVE JUROR NO. 10:  Yes, ma'am.

10                THE COURT:  And is there someone else at Carnival who

11     could replace you?

12                PROSPECTIVE JUROR NO. 10:  There's other people

13     already going.  I have a series of meetings in London.  It's

14     called International Petroleum Week.  So it's people from all

15     over the world.

16                THE COURT:  So they're coming to meet you?

17                PROSPECTIVE JUROR NO. 10:  Yes, ma'am.

18                THE COURT:  Is there anyone else at Carnival who could

19     be there in your stead?

20                PROSPECTIVE JUROR NO. 10:  Not without having our

21     staff very low in the office and -- it would be very difficult.

22                THE COURT:  Is there somebody who works closely with

23     you in this area?

24                PROSPECTIVE JUROR NO. 10:  In what I do, there's not

25     many people, unfortunately.  I buy all the fuel for all of our
```

```
 1    ships around the world.  So I have meetings with suppliers from

 2    Russia, Greece, Australia, Singapore.

 3             THE COURT:  Okay.  Thank you, sir.

 4             (Thereupon, Prospective Juror No. 10 retired from the

 5    courtroom and the following proceedings were had:)

 6             THE COURT:  I'm going to excuse him for hardship.

 7             Is that it?

 8             MR. ADELSTEIN:  No, ma'am.

 9             No. 16.  He's the part-time teacher, picks up his kids

10    at 2:00.

11             THE COURT:  Any objection?

12             MS. MEDETIS:  No objection, Judge.

13             THE COURT:  Excused for hardship.

14             Is that it?

15             MR. ADELSTEIN:  That's it for the 16.

16             THE COURT:  Let's begin with Juror No. 2.

17             To the Defendant.

18             MR. ADELSTEIN:  We'll accept -- oh.  No.

19             We'll excuse.  I'm sorry.

20             THE COURT:  Defendant strikes.

21             Juror No. 5, to the Government.

22             MS. MEDETIS:  Government accepts, Judge.

23             THE COURT:  To the Defendant.

24             MR. ADELSTEIN:  We'll accept.

25             THE COURT:  I'm sorry?
```

```
 1              MR. ADELSTEIN:  We will accept.

 2              THE COURT:  That's Juror No. 6.

 3              Juror No. 7, to the Government.

 4              MS. MEDETIS:  The Government accepts, Judge.

 5              THE COURT:  To the Defendant.

 6              MR. ADELSTEIN:  Mr. Graham we will excuse.

 7              THE COURT:  Defendant strikes.

 8              Juror No. 8, to the Defendant.

 9              MR. ADELSTEIN:  Accept.

10              THE COURT:  To the Government.

11              MS. MEDETIS:  Accept, Judge.

12              THE COURT:  That's Juror No. 7.

13              Juror No. 11, to the Government.

14              MS. MEDETIS:  We would accept, Judge.

15              THE COURT:  To the Defendant.

16              MR. ADELSTEIN:  Accept.

17              THE COURT:  That's Juror No. 8.

18              Juror No. 12, to the Defendant.

19              MR. ADELSTEIN:  We will accept.

20              THE COURT:  To the Government.

21              MS. MEDETIS:  We will accept, Judge.

22              THE COURT:  That's Juror No. 9.

23              Juror No. 14, to the Defendant.

24              MR. ADELSTEIN:  We'll accept.

25              THE COURT:  To the Government.
```

```
 1              MS. MEDETIS:  We would strike, Judge.

 2              THE COURT:  Government strikes.

 3              Juror No. 15, to the Government.

 4              MS. MEDETIS:  Government accepts, Judge.

 5              THE COURT:  To the Defendant.

 6              MR. ADELSTEIN:  Yes.  We'll accept.

 7              THE COURT:  That's Juror No. 10.

 8              Let's take up 17 through 27.

 9              Challenges for cause or hardship?

10              MS. MEDETIS:  Judge, 17 has already been stricken.

11              THE COURT:  Yes.  17 and 28 have been stricken in the

12  first two rows.

13              MS. MEDETIS:  I believe Juror No. 18 stated she could

14  not be fair.

15              MR. ADELSTEIN:  We agree.

16              THE COURT:  Any objection?

17              MR. ADELSTEIN:  No.  We agree.

18              THE COURT:  Struck for cause.

19              MS. MEDETIS:  Juror No. 20 --

20              THE COURT:  Let me disclose Juror No. 20 indicated to

21  Patricia that she was raped and was too embarrassed to mention

22  it in open court.  So I just bring that to your attention.

23              MR. ADELSTEIN:  We agree with 20 being struck for

24  cause.

25              THE COURT:  I interrupted the Government before.
```

 1          MS. MEDETIS:  That's okay.

 2          We would strike for cause.  And we also wanted to put

 3    on the record, Judge, that we thought that, at some point, she

 4    was trying to speak to Ms. Kane here.  It wasn't clear.  We

 5    didn't respond.  But we wanted to make it clear.

 6          THE COURT:  I think Patricia then stepped in and

 7    that's what she told Patricia, is she was embarrassed to say

 8    that she had been the victim of rape.

 9          So both sides agree?  Challenge for cause?

10          MR. ADELSTEIN:  Yes.

11          THE COURT:  She's excused.

12          MS. MEDETIS:  Juror No. 21, for cause.

13          MR. ADELSTEIN:  We agree.

14          THE COURT:  Excused for cause.

15          MS. MEDETIS:  Juror No. 22, for hardship.  She has a

16    son that is in therapy.

17          MR. ADELSTEIN:  We agree.

18          THE COURT:  Excused for hardship.

19          MS. MEDETIS:  Juror No. 23 has a family vacation that

20    seems to be a problem for him.  And so we would highlight that

21    for hardship.

22          THE COURT:  Any objection?

23          MR. ADELSTEIN:  I don't know what days 2-7 through

24    2-10 are.

25          THE COURT:  Thursday, Friday, Saturday, Sunday.

 1            MR. ADELSTEIN:  Could we have one moment, your Honor?

 2            THE COURT:  Sure.

 3            (Discussion had off the record amongst counsel.)

 4            MR. ADELSTEIN:  We agree for cause.

 5            THE COURT:  Excused for cause.

 6            MS. MEDETIS:  Jonathan Carmona, hardship.  He --

 7            MR. ADELSTEIN:  We agree.

 8            THE COURT:  Excused for hardship.

 9            MS. MEDETIS:  Judge, Teresa Carra is an hourly

10  employee who will not get paid.

11            MR. ADELSTEIN:  We agree.

12            THE COURT:  Excused for hardship.

13            Is that it in the first two rows?

14            MS. MEDETIS:  From the Government, yes.

15            THE COURT:  Do you agree, Mr. Adelstein?

16            MR. ADELSTEIN:  On the first two rows only?

17            THE COURT:  Yes.

18            MR. ADELSTEIN:  There's a few more.

19            THE COURT:  Yes.  First two rows.

20            So let's go to 19.

21            To the Government.

22            MS. MEDETIS:  We would accept, Judge.

23            MR. HOROWITZ:  May we have a moment, your Honor?

24            THE COURT:  Sure.

25            (Discussion had off the record amongst counsel.)

1        MR. ADELSTEIN:  We're going to accept Juror 19.

2        THE COURT:  That's No. 11.

3        25, to the Government.

4        MS. MEDETIS:  We would accept, Judge.

5        THE COURT:  To the Defendant.

6        MR. ADELSTEIN:  We will accept.

7        THE COURT:  That's 12.

8        We're now moving towards four alternates, two

9   peremptories per side.

10       27, to the Government.

11       MS. MEDETIS:  We'd accept, Judge.

12       MR. ADELSTEIN:  We would strike.

13       THE COURT:  Defendant strikes.

14       29 through 32.

15       Challenges for cause or hardship?

16       MS. MEDETIS:  29, for cause.

17       MR. ADELSTEIN:  We agree.

18       MS. MEDETIS:  And for hardship.

19       THE COURT:  Excused, 29, for cause and hardship.

20       MS. MEDETIS:  31, for cause and for hardship, given

21   the two-month trip that he's planned.

22       THE COURT:  Any objection?

23       MR. ADELSTEIN:  No objection.

24       We would also include Juror No. --

25       THE COURT:  One moment, please.

```
 1              Excused for cause and hardship.

 2              Go ahead.

 3              MR. ADELSTEIN:  We would also excuse for cause No. 30,

 4   the young lady who said her grandmother's in the hospital

 5   dying.

 6              THE COURT:  I think she said her grandmother might go

 7   to the hospital.

 8              MR. ADELSTEIN:  I have that she's in the hospital.

 9              THE COURT:  I don't believe so.

10              She did indicate her grandmother was in the hospital.

11              Any objection?

12              MS. MEDETIS:  No objection from the Government.

13              THE COURT:  I'll excuse her for hardship.

14              We have one.

15              Mr. Olsen, to the Defendant.

16              MR. ADELSTEIN:  We accept.

17              THE COURT:  To the Government.

18              MS. MEDETIS:  Just one moment, Judge.

19              (Discussion had off the record amongst counsel.)

20              MS. MEDETIS:  Judge, if I may ask you a question.

21   Pardon my ignorance.  Do we still have our additional

22   peremptories plus the two or do we get reset to two?

23              THE COURT:  No.

24              MS. MEDETIS:  We get reset to two.

25              Your Honor, no objection.  We would accept.
```

```
 1              THE COURT:  So that is Juror No. 13.

 2              So let me have Patricia bring in Jurors 6 through 13.

 3    I'll dismiss them until Tuesday and then we will recess for the

 4    evening.

 5              I have another 30 coming in.  I don't know that we

 6    need 30, but we have another 30 coming in for the morning.

 7              MS. MEDETIS:  Judge, if possible, could you give the

 8    additional instruction that the parties aren't being rude by

 9    not riding the elevator or not making contact or anything like

10    that?

11              THE COURT:  Sure.

12              MS. MEDETIS:  We've had a couple of instances where

13    we've just stayed off the elevator.

14              THE COURT:  Sure.  I think I include that in my

15    preliminary instruction.  So when they come back on Tuesday,

16    I'll make sure --

17              MS. MEDETIS:  You made it clear not to have any

18    contact with the parties, but --

19              THE COURT:  No problem.

20              MS. MEDETIS:  -- it becomes awkward at some point.

21              MR. ADELSTEIN:  No one has approached us.

22              THE COURT:  You're just old guys.

23              MR. ADELSTEIN:  I'm somewhat offended by that.

24              THE COURT:  I think 20 might be enough tomorrow.

25    There are three peremptories left, three alternates.
```

1          Have I got that wrong?  Yes.  Three more alternates.

2     So we need six.  Maybe 24.  We're doing about a quarter.

3          MR. HOROWITZ:  We're batting under 25 percent, 13 out

4     of 67.

5          THE COURT:  We'll see how many come.

6          (Whereupon, the selected members of Prospective Jury

7     Panel No. II entered the courtroom at 6:19 p.m. and the

8     following proceedings were had:)

9          THE COURT:  You can be seated.

10          Ladies and gentlemen, the empty seats in front of

11     you -- some jurors were chosen this morning and we still have a

12     few more seats to fill.

13          As I indicated to you earlier, the trial will start

14     next Tuesday at 9:00 in the morning.

15          When you leave the courtroom now, you're going to go

16     into the jury room here.  That will be your home away from the

17     courtroom.  It'll be the place that you come in the morning.

18          There's a refrigerator in there.  I order as many

19     snacks as they allow me to order.  And it is your home away

20     from the courtroom.

21          And please take a look around how you will come into

22     the jury room when you exit.  There's a hallway with the

23     windows and there's some student art there.  That's how you'll

24     come in Tuesday morning.

25          Patricia is going to meet you in there.  She will give

1    you the phone number for my chambers and her e-mail address.

2    Please, if you would give to her all the modes of communication

3    that there are to get in touch with you, your home phone

4    number, your office number, your cell phone, your beeper

5    number, your e-mail.  We do not use Facebook or Twitter.

6             Do not discuss this case either amongst yourselves or

7    with anyone else.  Have no contact whatsoever with anyone

8    associated with the trial.

9             Do not read, listen or see anything touching on this

10   matter in any way, including anything on the Internet or on any

11   device.

12            If anyone should try to talk to you about this case,

13   you should immediately instruct them to stop and report it to

14   my staff.

15            If you should happen to see any of the persons

16   associated with the trial, including the attorneys, and they do

17   not even seem to acknowledge you, they are following my

18   instructions to have no contact whatsoever with the jury.  And

19   you are to have no conversation with them to avoid even the

20   appearance of impropriety.

21            You may proceed now to the jury room.  And Patricia

22   will meet you in there.

23            I will see you on Tuesday, February 5th, at 9:00.

24            Thank you for your patience.

25            If anyone is concerned about getting to their car, to

1    the Metro, please mention it to Patricia and we will arrange

2    for someone to accompany you.

3              Thank you so much.  I appreciate your patience today.

4              (Whereupon, the selected members of Prospective Jury

5    Panel No. II exited the courtroom at 6:23 p.m. and the

6    following proceedings were had:)

7              THE COURT:  We're in recess until tomorrow morning,

8    9:00.  Have a nice evening.

9              MR. ADELSTEIN:  Thank you.

10             MR. HOROWITZ:  Thank you, Judge.  You, too.

11             (Proceedings concluded.)

12

13                    C E R T I F I C A T E

14

15        I hereby certify that the foregoing is an accurate

16   transcription of the proceedings in the above-entitled matter.

17

18   _____        /s/Lisa Edwards
          DATE            _____
19                        LISA EDWARDS, RDR, CRR
                          Official United States Court Reporter
20                        400 North Miami Avenue, Twelfth Floor
                          Miami, Florida 33128
21                        (305) 523-5499

22

23

24

25

**$**

**$8,000** [1] - 28:12

**'**

**'68** [1] - 76:22
**'69** [1] - 76:22
**'87** [1] - 47:5
**'90s** [1] - 101:23
**'94** [1] - 108:11
**'96** [1] - 108:11
**'97** [1] - 101:23

**/**

**/s/Lisa** [1] - 273:18

**1**

**1** [65] - 1:8, 14:24, 29:3, 33:22, 33:24, 36:11, 44:8, 44:10, 44:21, 44:22, 44:25, 45:7, 45:9, 45:11, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:3, 46:5, 46:7, 46:9, 46:11, 46:13, 46:15, 46:17, 46:19, 46:21, 54:4, 113:5, 125:7, 127:19, 128:1, 132:1, 151:6, 151:8, 151:10, 151:14, 151:20, 151:25, 152:5, 152:7, 164:17, 179:15, 179:19, 180:2, 180:4, 180:6, 180:11, 180:15, 180:17, 180:19, 180:23, 181:3, 181:7, 181:9, 181:11, 183:16, 192:8, 253:23, 257:18, 257:21
**1/2** [4] - 110:8, 110:10, 208:7, 208:9
**10** [91] - 28:7, 41:18, 45:15, 54:15, 57:11, 63:2, 68:4, 69:22, 70:23, 71:10, 71:20, 72:3, 72:6, 72:23, 73:9, 74:23, 84:1, 86:6, 87:16, 88:5, 88:23, 89:17, 91:8, 98:11, 99:23, 101:11, 103:6, 106:8, 108:3,

110:16, 111:2, 116:23, 118:7, 119:18, 120:14, 121:11, 129:16, 156:14, 156:21, 156:24, 157:1, 157:7, 157:9, 157:13, 157:16, 172:12, 184:7, 186:25, 192:25, 193:4, 200:3, 203:4, 206:7, 207:11, 207:14, 207:19, 207:21, 208:14, 210:7, 212:2, 212:12, 219:15, 222:8, 228:15, 228:24, 230:12, 230:13, 233:18, 237:18, 239:7, 240:21, 243:10, 245:4, 245:5, 245:8, 247:20, 248:25, 250:8, 251:19, 251:20, 254:8, 261:14, 261:25, 262:1, 262:9, 262:12, 262:17, 262:20, 262:24, 263:4, 265:7
**10-year-old** [1] - 204:12
**1099** [1] - 28:8
**109A** [2] - 36:21, 165:2
**10:00** [1] - 162:15
**10:59** [1] - 66:10
**10th** [1] - 162:24
**11** [74] - 27:5, 27:17, 27:21, 27:24, 28:4, 33:24, 45:17, 49:8, 57:12, 60:15, 63:3, 68:5, 69:23, 71:11, 72:8, 72:18, 72:21, 73:10, 74:24, 84:2, 86:7, 88:6, 88:24, 91:9, 94:25, 98:12, 99:24, 101:12, 103:7, 106:9, 108:4, 110:17, 113:14, 115:24, 116:24, 118:8, 120:15, 121:12, 129:20, 159:23, 180:22, 182:8, 184:8, 187:1, 193:1, 200:4, 203:5, 208:5, 208:15, 208:24, 209:5, 209:7, 210:8, 212:13, 217:19, 219:18, 222:9, 225:21, 228:16, 230:14, 233:19, 237:19,

239:8, 240:22, 243:12, 245:9, 247:21, 249:1, 250:9, 251:21, 253:25, 254:9, 264:13, 268:2
**11-20350** [6] - 4:3, 66:24, 124:17, 146:19, 224:12, 257:5
**11-20350-CR-Lenard** [2] - 36:7, 164:13
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:00** [1] - 33:17
**11:24** [1] - 67:12
**11:45** [1] - 33:18
**11th** [4] - 29:20, 113:12, 113:21, 159:21
**12** [93] - 13:23, 15:13, 45:19, 47:16, 49:11, 54:20, 57:18, 59:17, 60:18, 60:19, 63:4, 68:6, 69:24, 71:12, 72:25, 73:2, 73:11, 74:1, 74:6, 74:8, 74:25, 76:23, 84:3, 86:8, 88:7, 88:25, 91:10, 95:1, 98:13, 99:25, 101:13, 103:8, 106:12, 108:5, 111:4, 111:5, 115:25, 116:25, 118:9, 121:14, 126:16, 126:17, 126:18, 126:22, 126:24, 130:14, 130:25, 151:11, 171:25, 179:21, 179:24, 182:10, 184:16, 187:2, 193:2, 198:4, 200:5, 203:6, 204:19, 206:21, 208:16, 209:21, 210:4, 210:9, 210:13, 210:16, 210:21, 211:2, 211:16, 212:17, 217:20, 219:1, 219:20, 222:10, 225:23, 228:17, 230:2, 230:3, 230:15, 233:20, 235:2, 237:20, 239:9, 240:24, 243:13, 245:12, 247:22, 249:2, 250:10, 251:22, 254:10, 264:18, 268:7
**12-hour** [1] - 154:24

**12:00** [2] - 162:15, 162:16
**12:35** [1] - 124:9
**12:55** [1] - 154:23
**12th** [13] - 30:4, 30:6, 30:10, 50:15, 66:1, 66:5, 75:17, 104:18, 104:20, 104:22, 159:20, 164:7, 223:24
**13** [131] - 13:23, 15:13, 45:9, 45:21, 47:18, 49:13, 54:21, 57:19, 60:20, 63:5, 68:7, 69:25, 71:7, 71:13, 71:14, 73:12, 74:9, 74:21, 75:1, 75:13, 75:15, 75:18, 75:24, 76:3, 76:5, 76:24, 84:4, 86:9, 88:8, 88:17, 89:1, 89:11, 89:12, 91:11, 95:2, 98:15, 100:1, 101:14, 103:9, 106:13, 108:6, 109:22, 111:6, 116:1, 117:1, 118:10, 121:15, 126:12, 126:15, 126:19, 126:25, 127:2, 127:13, 130:22, 132:3, 171:6, 172:4, 172:8, 172:11, 181:2, 182:11, 184:18, 187:3, 193:3, 198:5, 200:6, 203:7, 204:4, 204:20, 206:22, 208:17, 210:10, 211:18, 212:4, 212:6, 212:9, 212:16, 212:18, 212:20, 212:21, 212:23, 212:25, 213:6, 213:9, 213:11, 213:14, 213:16, 213:18, 213:20, 213:23, 214:1, 214:4, 214:7, 214:10, 214:13, 214:17, 214:22, 215:1, 215:5, 215:7, 215:9, 215:12, 215:16, 215:20, 216:2, 216:5, 216:10, 216:12, 216:16, 217:21, 219:22, 222:11, 225:24, 228:25, 230:16, 233:7, 233:21, 237:21, 239:10, 240:25, 243:14, 245:13, 247:23,

249:3, 250:11, 251:23, 254:11, 258:9, 270:1, 270:2, 271:3
**13th** [4] - 26:22, 33:13, 79:17, 81:10
**14** [121] - 8:17, 13:24, 15:13, 26:21, 27:2, 45:23, 47:19, 49:15, 49:22, 57:20, 60:21, 63:6, 68:8, 71:14, 73:13, 75:2, 76:7, 76:25, 77:6, 77:15, 77:23, 78:3, 78:9, 78:13, 78:22, 79:1, 79:7, 79:18, 79:21, 79:24, 80:4, 80:15, 80:18, 80:22, 81:6, 81:11, 81:14, 81:17, 81:19, 81:22, 82:1, 82:7, 82:10, 82:16, 82:24, 84:5, 86:10, 88:9, 89:2, 91:12, 91:14, 91:18, 95:3, 98:16, 100:2, 101:15, 103:10, 106:14, 108:7, 111:7, 116:2, 117:2, 118:11, 121:16, 122:22, 132:8, 155:11, 156:1, 156:6, 156:8, 156:12, 173:1, 173:17, 176:24, 180:15, 181:8, 184:19, 187:4, 193:4, 198:6, 200:7, 203:8, 204:25, 206:23, 208:18, 209:23, 212:24, 216:23, 217:7, 217:10, 217:22, 218:6, 218:8, 218:10, 218:12, 218:14, 218:19, 219:24, 220:2, 222:12, 225:25, 229:1, 230:17, 233:10, 233:22, 237:22, 239:12, 241:1, 241:8, 243:15, 245:14, 247:24, 249:4, 250:13, 251:24, 254:12, 258:13, 258:16, 264:23
**14's** [1] - 70:1
**1400** [1] - 1:18
**14th** [9] - 30:5, 30:6, 30:10, 157:2, 157:6, 157:8, 157:9, 159:20, 262:7
**15** [144] - 8:19, 8:24,

25:21, 26:1, 26:6, 26:10, 26:15, 26:18, 43:18, 43:25, 45:25, 47:20, 49:17, 49:20, 54:22, 54:23, 57:21, 61:10, 61:11, 63:7, 66:6, 66:7, 66:18, 68:10, 68:14, 68:15, 70:2, 71:1, 71:21, 72:11, 73:3, 73:14, 75:3, 77:1, 77:10, 83:9, 83:14, 83:20, 84:8, 84:11, 84:13, 84:14, 85:4, 85:9, 85:11, 86:11, 87:8, 88:10, 89:3, 89:17, 91:13, 92:3, 92:4, 94:24, 95:9, 95:10, 98:18, 100:3, 104:2, 106:15, 108:10, 111:16, 116:3, 117:3, 118:12, 121:17, 122:17, 122:19, 127:14, 127:16, 128:1, 181:10, 182:14, 183:1, 183:2, 185:10, 185:12, 188:9, 193:8, 196:2, 198:7, 200:12, 203:9, 205:11, 205:12, 207:1, 207:4, 209:6, 209:7, 211:1, 211:4, 213:1, 217:7, 217:8, 217:23, 218:22, 219:1, 219:7, 219:10, 219:12, 219:16, 219:19, 219:21, 219:23, 219:25, 220:1, 220:4, 220:6, 220:8, 220:10, 220:12, 220:14, 220:16, 220:18, 220:20, 220:22, 220:24, 221:1, 221:3, 221:5, 222:14, 226:2, 229:2, 230:2, 230:3, 230:18, 230:23, 230:25, 233:24, 237:23, 239:13, 241:2, 241:9, 243:25, 245:15, 247:25, 249:5, 249:20, 249:21, 250:14, 251:25, 254:13, 265:3

**15-minute** [1] - 65:25

**15th** [3] - 27:25, 38:5, 166:11

**16** [96] - 24:20, 24:24, 25:1, 25:4, 25:6, 25:9, 25:12, 25:15, 25:19, 42:9,

46:2, 47:21, 49:19, 49:21, 49:24, 49:25, 54:24, 57:22, 61:12, 63:8, 68:16, 70:3, 71:22, 73:15, 75:4, 82:15, 82:16, 84:16, 85:12, 85:17, 85:21, 85:23, 86:1, 86:12, 88:11, 89:4, 89:18, 92:5, 95:16, 98:23, 100:4, 104:3, 106:16, 108:21, 111:18, 116:4, 117:4, 118:13, 120:25, 121:18, 125:2, 131:1, 154:12, 154:22, 155:3, 155:9, 181:12, 183:3, 185:14, 193:9, 198:17, 200:13, 203:10, 205:13, 207:2, 209:8, 211:5, 213:2, 217:24, 220:3, 221:7, 221:12, 221:15, 221:17, 221:20, 221:23, 222:15, 226:3, 229:3, 230:21, 231:21, 236:21, 237:24, 239:14, 241:3, 241:10, 244:2, 245:16, 248:1, 249:6, 250:15, 252:1, 254:14, 257:15, 263:9, 263:15

**16-week** [1] - 154:14

**16th** [3] - 33:14, 157:10, 262:7

**17** [78] - 46:4, 47:22, 50:1, 57:23, 61:13, 63:9, 67:21, 68:17, 71:7, 73:16, 75:5, 76:11, 82:17, 84:17, 86:13, 86:24, 87:4, 87:8, 89:19, 92:6, 95:17, 98:24, 100:5, 101:15, 104:4, 106:7, 106:17, 107:17, 108:23, 111:19, 116:5, 117:5, 118:14, 121:19, 122:22, 132:14, 132:19, 138:19, 138:22, 170:5, 170:12, 174:21, 181:13, 183:4, 185:15, 193:10, 198:18, 200:14, 203:11, 205:14, 207:3, 208:9, 209:9, 211:6, 213:3, 217:25, 220:5, 222:16, 226:11,

226:12, 229:4, 231:22, 236:23, 237:25, 238:2, 239:15, 241:11, 244:3, 245:17, 245:19, 248:2, 249:7, 250:16, 252:5, 254:15, 265:8, 265:10, 265:11

**17's** [1] - 70:4

**17-plus** [1] - 17:20

**17th** [3] - 157:12, 157:15, 262:7

**18** [145] - 9:4, 36:18, 36:19, 36:20, 36:23, 37:6, 37:7, 37:8, 37:16, 37:18, 38:2, 38:3, 38:4, 38:12, 38:14, 38:23, 38:24, 38:25, 46:6, 47:23, 50:3, 51:8, 56:25, 57:3, 57:4, 57:24, 61:14, 63:10, 68:18, 70:5, 73:17, 75:6, 77:7, 82:24, 84:18, 86:14, 87:19, 88:13, 90:2, 92:7, 92:10, 95:18, 98:25, 100:6, 101:15, 101:16, 104:5, 106:18, 107:17, 109:1, 111:20, 116:6, 117:6, 118:15, 121:20, 122:22, 138:25, 158:14, 158:19, 158:22, 159:1, 159:4, 159:6, 164:24, 164:25, 165:1, 165:4, 165:12, 165:13, 165:14, 165:22, 165:24, 166:8, 166:9, 166:10, 166:16, 166:20, 167:4, 167:5, 167:6, 170:25, 179:23, 181:14, 183:5, 185:16, 193:11, 193:19, 198:19, 199:18, 201:1, 203:12, 205:15, 207:7, 209:11, 211:7, 213:4, 213:8, 218:1, 220:7, 222:17, 225:2, 225:13, 225:18, 226:5, 226:9, 226:12, 226:13, 226:21, 226:22, 226:24, 227:2, 227:4, 227:7, 227:10, 227:14, 227:17, 227:22, 228:2, 229:5, 231:23,

231:24, 233:14, 233:16, 236:24, 238:1, 238:5, 239:16, 241:12, 244:5, 245:18, 245:22, 245:23, 248:3, 249:8, 250:17, 252:6, 254:16, 265:13

**18th** [3] - 28:23, 137:22, 157:3

**19** [83] - 46:8, 47:24, 50:5, 57:25, 61:15, 63:11, 68:19, 70:6, 71:8, 71:23, 73:18, 82:25, 84:19, 86:15, 87:16, 88:11, 88:14, 89:4, 89:6, 90:3, 92:8, 92:25, 97:5, 99:2, 100:7, 102:18, 102:19, 102:20, 104:6, 106:20, 109:2, 112:22, 116:7, 117:7, 118:16, 120:16, 121:21, 139:8, 139:9, 181:15, 183:6, 185:17, 191:23, 193:12, 196:15, 196:16, 198:20, 199:18, 201:2, 203:13, 205:16, 207:20, 207:21, 208:7, 209:12, 211:8, 216:4, 218:2, 220:9, 222:18, 226:14, 228:5, 228:19, 228:22, 228:25, 229:6, 229:16, 232:20, 236:25, 237:10, 238:6, 239:17, 241:13, 244:7, 245:24, 248:4, 249:9, 250:18, 253:1, 253:2, 255:16, 267:20, 268:1

**1910** [1] - 1:24

**1984** [1] - 43:9

**1998** [1] - 77:11

**19th** [4] - 28:17, 28:22, 28:23, 157:3

**1:00** [1] - 28:10

**1:29** [1] - 144:15

**1:36** [1] - 146:4

**1st** [5] - 27:6, 34:9, 113:11, 113:13, 113:21

**2**

**2** [47] - 8:12, 29:7, 29:13, 36:24, 46:23,

47:17, 48:11, 48:13, 48:16, 52:8, 54:5, 56:13, 70:24, 83:10, 86:25, 89:10, 97:18, 99:12, 117:22, 120:20, 128:6, 132:7, 152:10, 152:15, 152:17, 152:21, 163:13, 165:5, 181:23, 182:16, 182:18, 182:23, 183:2, 183:17, 192:9, 199:5, 202:15, 204:3, 208:6, 211:19, 226:6, 226:8, 237:9, 249:24, 253:24, 258:24, 263:16

**2-10** [1] - 266:24

**2-15** [1] - 129:25

**2-6** [1] - 129:25

**2-7** [1] - 266:23

**2-year-old** [1] - 197:23

**20** [109] - 3:4, 30:3, 30:7, 30:11, 30:15, 30:19, 46:10, 47:25, 50:7, 55:6, 58:1, 61:16, 63:12, 68:20, 70:7, 73:4, 73:19, 74:21, 75:8, 83:1, 84:20, 86:16, 87:23, 89:9, 89:21, 89:25, 90:4, 92:9, 93:3, 97:6, 97:23, 99:3, 100:8, 104:7, 106:21, 109:3, 112:24, 116:8, 116:18, 117:8, 118:17, 121:22, 126:3, 132:25, 159:11, 171:4, 181:16, 183:7, 185:18, 191:25, 193:13, 196:17, 198:21, 201:3, 203:14, 205:17, 207:22, 209:13, 209:25, 211:9, 216:6, 217:8, 218:3, 220:11, 222:19, 224:7, 226:15, 229:7, 229:20, 229:24, 230:4, 230:6, 230:8, 230:13, 230:21, 230:24, 231:1, 231:3, 231:5, 231:7, 231:9, 231:11, 231:14, 231:20, 231:25, 232:3, 232:7, 232:13, 232:19, 232:21, 232:22, 237:1, 238:7,

239:18, 241:14,
244:9, 245:25, 248:5,
249:10, 250:19,
253:3, 254:17,
255:17, 256:9,
256:22, 265:19,
265:20, 265:23,
270:24
  **20-year-old** [1] -
94:19
  **2000** [1] - 58:14
  **2001** [4] - 36:12,
58:14, 164:18, 246:15
  **2003** [2] - 36:24,
165:5
  **2004** [3] - 37:9,
119:6, 165:15
  **2006** [2] - 37:20,
166:1
  **2006-2007** [1] - 194:7
  **2009** [2] - 38:5,
166:11
  **2010** [2] - 14:17,
14:23
  **2011** [3] - 38:16,
108:7, 166:22
  **2012** [1] - 235:13
  **2013** [1] - 1:5
  **20530** [1] - 1:19
  **21** [116] - 42:20, 43:1,
46:12, 48:1, 50:9,
58:2, 62:11, 63:13,
68:21, 70:8, 71:23,
73:20, 83:2, 84:21,
86:17, 90:5, 90:13,
90:21, 90:23, 90:25,
91:2, 91:5, 91:15,
91:19, 91:22, 91:24,
92:2, 92:4, 92:11,
92:15, 92:18, 92:24,
93:1, 93:4, 93:7, 93:9,
93:13, 93:15, 93:18,
93:20, 93:23, 93:25,
94:5, 94:7, 97:7, 99:4,
100:9, 101:1, 104:8,
106:22, 109:4,
112:25, 115:11,
116:9, 117:9, 118:18,
121:23, 133:5,
159:16, 159:25,
160:6, 160:13,
181:17, 183:8,
185:19, 192:1,
193:14, 196:18,
198:22, 201:4,
202:18, 203:15,
205:18, 207:23,
209:14, 211:10,
216:7, 218:4, 220:13,
222:20, 226:16,

229:8, 232:23, 233:5,
234:2, 234:5, 234:7,
234:11, 234:18,
234:22, 234:25,
235:8, 235:11,
235:13, 235:17,
235:22, 236:3, 236:8,
236:11, 236:15,
236:18, 236:22,
237:2, 238:8, 239:19,
241:15, 244:10,
246:1, 248:6, 249:11,
250:20, 253:4,
253:16, 255:18,
266:12
  **21st** [3] - 30:12,
157:15, 262:7
  **22** [94] - 30:21, 31:1,
31:5, 31:13, 31:17,
31:20, 31:23, 32:2,
43:8, 43:16, 46:14,
48:2, 51:2, 51:6, 58:3,
62:12, 63:14, 68:22,
70:9, 75:19, 83:3,
84:22, 86:18, 88:1,
90:8, 93:24, 94:10,
95:8, 95:10, 95:15,
95:24, 96:3, 96:9,
96:12, 96:15, 96:20,
97:1, 97:5, 97:8,
97:13, 99:5, 100:10,
104:9, 106:23, 109:5,
113:1, 113:2, 116:10,
117:10, 118:19,
121:24, 133:10,
160:24, 161:3, 161:5,
181:18, 183:10,
185:20, 192:2,
193:15, 196:19,
198:23, 201:5,
201:14, 201:15,
203:16, 205:25,
206:1, 207:24,
209:15, 211:11,
216:15, 218:13,
220:23, 222:24,
226:17, 229:9,
232:24, 237:3, 237:8,
238:3, 238:9, 238:16,
239:20, 241:16,
244:11, 246:2, 248:7,
249:12, 250:21,
253:10, 253:17,
255:19, 266:15
  **2246** [2] - 36:19,
164:25
  **22nd** [3] - 158:23,
159:1, 159:22
  **23** [76] - 33:16,
46:16, 48:3, 51:5,

55:11, 58:4, 62:13,
63:15, 68:23, 70:10,
73:21, 73:22, 75:20,
83:4, 84:23, 86:19,
90:9, 94:1, 97:9,
97:17, 97:23, 97:25,
98:6, 98:22, 99:6,
100:11, 103:1,
104:10, 106:24,
109:6, 113:3, 116:11,
117:11, 118:20,
121:25, 133:14,
160:17, 162:21,
181:19, 183:11,
185:21, 193:16,
196:20, 198:24,
199:6, 202:3, 202:4,
203:17, 206:2,
207:25, 209:16,
211:12, 216:18,
220:25, 222:25,
226:18, 228:10,
229:10, 232:25,
233:14, 233:15,
237:4, 238:10,
238:20, 239:21,
241:17, 244:12,
246:3, 247:9, 248:9,
248:10, 249:13,
250:22, 253:18,
255:20, 266:19
  **23rd** [1] - 192:3
  **24** [91] - 33:1, 33:8,
46:18, 48:4, 51:8,
53:15, 58:5, 59:12,
60:1, 62:14, 63:16,
68:25, 70:11, 73:6,
73:23, 75:21, 83:5,
84:24, 86:20, 90:10,
94:2, 97:14, 99:7,
99:11, 100:12,
104:11, 106:25,
109:7, 113:4, 116:11,
117:12, 118:21,
119:18, 122:1,
134:25, 135:2, 136:6,
136:8, 136:14,
136:17, 136:23,
137:4, 137:8, 137:15,
137:18, 137:20,
137:24, 138:1, 138:6,
138:7, 162:11,
162:20, 181:20,
183:12, 185:22,
192:4, 193:17,
196:21, 198:25,
199:18, 202:8,
203:18, 206:3, 208:1,
209:17, 211:13,
216:19, 221:2, 223:1,
225:5, 226:19,

229:11, 233:1, 237:5,
238:11, 239:22,
240:1, 240:10,
240:12, 240:17,
240:19, 241:5,
241:18, 244:13,
246:4, 248:8, 249:14,
250:23, 253:19,
255:21, 271:2
  **2423(b** [2] - 38:25,
167:6
  **2423(b)** [10] - 36:23,
37:8, 37:19, 38:4,
38:15, 165:4, 165:14,
165:25, 166:10,
166:21
  **2423(f** [10] - 37:7,
37:17, 38:3, 38:13,
38:24, 165:13,
165:23, 166:9,
166:19, 167:5
  **25** [111] - 46:20, 48:5,
53:23, 58:6, 60:1,
63:17, 69:1, 70:12,
71:22, 72:13, 72:23,
73:24, 83:6, 84:25,
86:21, 87:16, 89:4,
90:11, 94:3, 94:6,
94:7, 97:15, 99:8,
100:13, 100:18,
100:22, 101:6,
101:18, 101:21,
101:23, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 102:19,
102:20, 104:12,
107:1, 109:8, 110:8,
110:10, 113:5,
116:11, 117:13,
122:2, 122:17, 124:6,
139:13, 139:15,
181:21, 182:2,
183:13, 185:23,
193:18, 196:22,
199:1, 199:18, 202:9,
203:19, 206:4,
206:24, 208:2,
209:18, 211:14,
216:20, 218:18,
221:4, 223:2, 226:20,
229:12, 233:2, 237:6,
238:12, 239:23,
241:19, 241:22,
242:2, 242:4, 242:6,
242:11, 242:15,
242:18, 242:22,
243:1, 243:3, 243:6,
243:8, 243:11,
243:18, 243:20,
243:23, 244:1, 244:4,
244:6, 244:8, 244:14,

244:21, 246:5,
246:23, 248:11,
248:12, 249:15,
250:24, 253:20,
255:22, 268:3, 271:3
  **25's** [2] - 88:11,
119:18
  **25th** [6] - 29:1,
158:24, 158:25,
159:1, 192:5
  **26** [41] - 32:13,
32:18, 32:20, 32:22,
32:24, 33:10, 73:5,
74:21, 102:23,
103:13, 103:15,
103:17, 103:20,
103:22, 104:1,
104:15, 104:17,
104:20, 104:24,
105:2, 105:6, 105:9,
105:13, 105:17,
105:21, 105:23,
133:18, 139:17,
161:22, 162:1, 162:5,
162:7, 162:9, 172:22,
242:7, 244:17,
244:22, 244:24,
245:1, 245:20, 245:23
  **26th** [1] - 29:1
  **27** [29] - 31:8, 32:5,
32:11, 74:21, 105:25,
106:7, 107:4, 107:6,
107:9, 107:11,
134:15, 246:8,
246:12, 246:15,
246:18, 246:21,
246:23, 247:1, 247:4,
247:6, 247:9, 247:11,
247:14, 247:16,
247:19, 248:10,
248:12, 265:8, 268:10
  **273** [1] - 1:8
  **27th** [8] - 37:9,
37:20, 142:8, 142:9,
142:18, 158:25,
165:15, 166:1
  **28** [19] - 47:6,
107:13, 108:19,
108:22, 109:12,
132:14, 134:21,
161:7, 161:15,
161:17, 170:13,
170:17, 172:25,
173:6, 173:12,
173:15, 173:20,
174:9, 265:11
  **28th** [6] - 33:4,
135:7, 135:8, 136:13,
152:25, 153:2
  **29** [49] - 1:5, 33:21,

60:1, 109:14, 109:20, 109:22, 110:2, 110:4, 110:7, 110:11, 110:14, 110:19, 110:24, 111:1, 111:3, 111:5, 111:10, 111:12, 111:15, 111:17, 111:22, 111:24, 112:2, 112:5, 112:7, 112:10, 112:13, 112:16, 112:21, 112:23, 113:2, 113:10, 113:13, 113:17, 113:23, 114:3, 114:8, 114:12, 139:23, 140:15, 163:4, 163:10, 192:20, 219:8, 248:15, 248:20, 268:14, 268:16, 268:19

**2929** [1] - 1:21

**2:00** [3] - 144:10, 155:4, 263:10

**2:30** [2] - 146:7, 146:12

**2:57** [1] - 147:12

**2nd** [3] - 36:12, 164:18, 247:1

**3**

**3** [96] - 37:9, 48:7, 48:21, 48:23, 49:1, 49:4, 49:7, 49:9, 49:12, 49:14, 49:16, 49:18, 49:20, 49:22, 49:25, 50:2, 50:4, 50:6, 50:8, 50:10, 50:13, 50:16, 50:18, 50:20, 50:23, 51:1, 51:3, 51:6, 51:14, 51:19, 51:23, 52:2, 52:5, 52:10, 52:13, 52:18, 52:22, 53:1, 53:5, 53:9, 53:12, 53:17, 53:22, 53:25, 54:6, 56:14, 74:18, 83:11, 87:1, 89:11, 97:19, 99:13, 120:21, 128:11, 131:9, 131:10, 139:7, 152:24, 153:4, 153:7, 153:9, 165:15, 169:19, 169:21, 183:16, 183:18, 183:23, 184:3, 184:5, 184:10, 184:13, 184:17, 184:21, 184:24, 185:1, 185:5,

185:9, 185:11, 185:13, 192:10, 196:2, 199:6, 202:16, 208:7, 211:20, 228:7, 233:7, 237:10, 237:16, 238:22, 244:19, 246:10, 248:23, 249:19, 253:25, 257:25

**30** [39] - 34:5, 34:10, 34:12, 34:15, 34:17, 34:19, 34:22, 34:24, 35:1, 47:3, 90:17, 114:17, 114:23, 115:1, 115:3, 115:5, 115:8, 115:10, 115:17, 115:20, 139:25, 156:10, 163:18, 163:24, 170:21, 191:15, 197:18, 211:25, 219:3, 219:8, 249:17, 250:1, 250:4, 254:2, 259:14, 269:3, 270:5, 270:6

**30-odd** [1] - 67:19

**305** [2] - 2:3, 273:20

**30th** [2] - 36:24, 165:5

**31** [47] - 35:4, 99:14, 116:14, 117:15, 117:19, 118:5, 140:23, 141:25, 142:2, 142:5, 142:8, 142:10, 142:12, 142:14, 142:16, 142:20, 142:23, 143:2, 143:4, 143:8, 143:9, 143:15, 144:20, 164:1, 164:6, 164:9, 178:18, 178:25, 225:10, 251:2, 251:8, 251:17, 251:20, 252:3, 252:8, 252:10, 252:12, 252:15, 252:17, 252:20, 252:25, 253:2, 253:6, 253:9, 253:13, 253:15, 268:20

**31-year-old** [1] - 48:19

**32** [20] - 35:9, 88:1, 90:21, 107:23, 109:24, 117:21, 118:3, 140:5, 199:18, 204:7, 225:10, 242:16, 253:23, 254:20, 254:23, 255:1, 255:6, 255:9,

255:15, 268:14

**33** [9] - 118:25, 119:14, 119:17, 119:23, 119:25, 120:3, 120:5, 143:20, 184:15

**33128** [2] - 2:3, 273:20

**33129** [1] - 1:22

**33132** [1] - 1:16

**33156** [1] - 1:25

**34** [5] - 74:12, 88:18, 120:6, 143:25, 211:25

**35** [15] - 17:15, 17:16, 35:21, 120:19, 120:25, 121:3, 121:5, 121:7, 122:5, 122:8, 139:23, 140:8, 146:7, 158:8, 211:20

**35-year-old** [1] - 107:23

**36** [3] - 87:9, 99:17, 118:5

**37** [1] - 107:20

**39** [1] - 225:11

**3:00** [4] - 25:9, 27:24, 33:16, 162:18

**4**

**4** [71] - 29:15, 29:22, 29:25, 37:20, 39:24, 54:4, 54:10, 55:2, 55:15, 55:20, 55:23, 55:25, 56:2, 56:7, 56:10, 56:15, 56:18, 56:24, 71:2, 83:15, 86:2, 89:12, 97:20, 99:16, 131:16, 143:19, 153:11, 153:16, 153:19, 166:1, 169:25, 183:19, 185:24, 186:3, 186:6, 186:11, 186:13, 186:15, 186:18, 186:20, 186:23, 187:6, 187:11, 187:14, 187:18, 187:20, 187:24, 188:1, 188:17, 189:9, 189:12, 189:17, 190:9, 190:12, 190:16, 190:19, 190:23, 191:9, 191:24, 199:7, 202:17, 208:8, 211:21, 228:9, 233:9, 237:11, 238:25, 244:20, 254:1, 259:6

**40** [5] - 54:7, 109:20, 156:9, 158:8, 225:11

**400** [2] - 2:2, 273:19

**41** [1] - 242:16

**410** [1] - 1:22

**43** [2] - 237:12, 242:16

**45** [4] - 48:13, 69:5, 71:3, 99:19

**4:00** [3] - 160:19, 163:15, 238:17

**4:15** [1] - 33:17

**4:30** [1] - 163:15

**4:43** [1] - 224:3

**4th** [3] - 142:15, 142:19, 153:4

**5**

**5** [69] - 38:5, 48:14, 56:12, 56:17, 56:20, 56:22, 56:25, 57:4, 57:6, 57:15, 57:18, 58:9, 58:11, 58:13, 58:16, 58:18, 58:20, 58:23, 59:1, 59:6, 71:3, 83:16, 99:17, 131:22, 144:4, 153:22, 154:2, 154:7, 166:11, 180:15, 183:20, 192:8, 192:14, 192:17, 192:20, 193:20, 194:1, 194:5, 194:7, 194:9, 194:12, 194:15, 194:20, 194:23, 195:5, 195:8, 195:12, 195:14, 195:16, 195:19, 195:23, 196:16, 199:8, 202:18, 208:9, 211:22, 221:24, 228:10, 233:10, 236:4, 237:12, 237:16, 239:1, 244:21, 246:23, 249:24, 254:2, 260:16, 263:21

**5-month-old** [1] - 108:1

**50** [5] - 17:18, 17:19, 29:18, 48:14, 159:13

**50-plus** [1] - 217:4

**51** [1] - 120:10

**523-5499** [2] - 2:3, 273:20

**53** [2] - 199:10, 206:11

**54** [1] - 18:17

**55** [1] - 225:7

**56** [1] - 211:22

**5:07** [1] - 224:24

**5:41** [1] - 256:24

**5th** [6] - 24:7, 24:8, 144:23, 145:9, 145:20, 272:23

**6**

**6** [72] - 14:23, 14:24, 24:24, 38:16, 45:9, 54:11, 57:1, 57:6, 57:9, 59:8, 59:16, 59:21, 59:23, 60:1, 60:3, 60:10, 60:12, 60:16, 60:19, 60:24, 61:1, 61:3, 61:9, 61:11, 61:23, 62:3, 62:5, 62:7, 62:10, 71:4, 83:18, 83:21, 86:4, 89:13, 95:12, 98:2, 116:19, 117:25, 125:12, 125:14, 128:1, 166:22, 171:24, 183:21, 183:24, 186:14, 192:21, 196:25, 197:5, 197:8, 197:13, 197:17, 197:21, 198:11, 198:16, 199:11, 199:12, 202:19, 208:10, 211:23, 217:9, 217:10, 222:5, 228:11, 233:11, 237:13, 239:2, 245:3, 247:3, 258:5, 264:2, 270:2

**600** [1] - 1:18

**61** [1] - 107:19

**62nd** [1] - 247:1

**64** [1] - 19:1

**67** [1] - 271:4

**68** [1] - 18:17

**6:00** [3] - 28:9, 154:23, 162:18

**6:19** [1] - 271:7

**6:23** [2] - 1:6, 273:5

**6th** [5] - 27:21, 35:7, 140:23, 141:17, 143:1

**7**

**7** [63] - 28:12, 41:16, 41:21, 41:24, 42:2, 42:7, 54:12, 57:7, 62:18, 63:20, 63:22, 63:24, 64:1, 64:3,

64:6, 69:11, 71:5, 83:22, 89:7, 89:14, 98:3, 129:10, 183:25, 192:22, 197:22, 199:4, 199:10, 199:12, 199:13, 199:16, 199:20, 199:22, 200:1, 200:11, 200:16, 200:19, 200:24, 201:7, 201:9, 201:11, 201:13, 201:15, 201:18, 201:20, 202:1, 202:4, 202:20, 208:11, 211:24, 211:25, 217:11, 222:5, 228:12, 233:12, 237:14, 237:16, 239:3, 245:4, 247:5, 254:4, 264:3, 264:12

**7-year-old** [1] - 204:12

**74** [3] - 15:23, 15:24, 16:2

**7:00** [1] - 153:16

**7:50** [1] - 153:16

**7th** [4] - 32:16, 32:19, 32:21, 133:25, 134:2, 159:18, 162:24

## 8

**8** [36] - 28:15, 28:23, 28:25, 54:13, 57:8, 67:16, 68:13, 68:15, 71:7, 83:24, 89:15, 98:8, 121:9, 128:1, 184:1, 184:4, 186:22, 192:23, 199:14, 199:18, 202:14, 202:22, 202:24, 203:2, 203:22, 208:12, 211:25, 228:13, 230:2, 233:14, 237:16, 239:5, 245:5, 249:24, 264:8, 264:17

**8's** [1] - 125:16

**8-year-old** [1] - 87:13

**8-year-olds** [1] - 89:7

**8:00** [1] - 28:5

**8:30** [1] - 163:14

**8th** [6] - 35:7, 38:16, 140:24, 141:18, 159:18, 166:22

## 9

**9** [71] - 35:24, 45:12, 47:11, 48:25, 54:14, 57:9, 57:10, 60:11, 60:12, 69:3, 69:8, 69:10, 69:12, 69:15, 69:17, 69:19, 69:20, 70:14, 70:18, 70:22, 71:9, 83:25, 89:16, 98:9, 110:13, 110:14, 121:10, 125:21, 125:23, 128:1, 157:18, 157:24, 158:1, 158:6, 158:10, 158:12, 172:16, 172:21, 180:18, 184:6, 186:24, 192:24, 199:25, 200:1, 203:3, 204:1, 204:22, 204:24, 205:4, 205:6, 205:9, 205:12, 205:20, 205:22, 205:24, 206:1, 208:13, 212:1, 212:11, 219:14, 228:14, 230:7, 233:17, 237:17, 239:6, 243:7, 245:6, 247:18, 254:6, 261:6, 264:22

**9130** [1] - 1:24

**92** [1] - 30:22

**92-year-old** [1] - 28:16

**99** [1] - 1:15

**9:00** [9] - 33:17, 33:18, 144:23, 145:9, 145:20, 162:17, 271:14, 272:23, 273:8

**9:16** [1] - 1:6

**9:51** [1] - 20:19

**9th** [2] - 32:15, 133:25

## A

**a.m** [5] - 1:6, 20:19, 66:10, 67:12, 154:23

**A2** [1] - 7:1

**ABA** [1] - 163:15

**ability** [28] - 16:7, 42:24, 74:4, 76:1, 78:1, 78:11, 79:4, 81:4, 85:2, 85:6, 95:13, 96:24, 98:20, 107:3, 108:17, 114:6, 126:13, 126:14, 127:1, 127:6, 173:13,

174:8, 175:5, 177:10, 177:11, 198:13, 229:14, 260:10

**able** [54] - 7:7, 9:20, 11:8, 35:22, 41:14, 42:3, 43:6, 43:12, 43:22, 44:2, 44:6, 44:11, 52:15, 53:4, 53:7, 61:22, 61:25, 78:6, 81:18, 119:21, 125:25, 134:12, 137:16, 142:21, 142:24, 143:13, 144:18, 146:8, 154:19, 163:5, 169:17, 173:21, 174:1, 174:2, 178:15, 179:2, 179:6, 179:8, 185:7, 189:14, 191:8, 195:9, 195:21, 215:18, 215:23, 224:6, 227:23, 231:12, 231:16, 232:15, 234:15, 252:21, 253:14, 259:10

**above-entitled** [1] - 273:16

**Abraham** [8] - 32:14, 40:23, 41:3, 41:4, 102:23, 169:1, 169:6, 169:7

**absolutely** [3] - 132:9, 132:11, 195:23

**abundance** [2] - 16:2, 176:7

**abuse** [1] - 174:5

**abused** [2] - 84:15, 108:12

**academic** [1] - 183:18

**Academy** [2] - 47:8, 241:6

**accept** [35] - 35:15, 131:11, 131:12, 131:17, 131:23, 131:25, 132:4, 132:6, 132:11, 138:21, 139:4, 139:6, 143:16, 143:18, 143:21, 144:1, 144:3, 263:18, 263:24, 264:1, 264:9, 264:11, 264:14, 264:16, 264:19, 264:21, 264:24, 265:6, 267:22, 268:1, 268:4, 268:8, 268:11, 269:16, 269:25

**accepts** [4] - 139:9, 263:22, 264:4, 265:4

**access** [4] - 14:19, 65:17, 124:2, 223:17

**accommodations** [1] - 163:1

**accompany** [1] - 273:2

**accomplish** [2] - 5:21, 5:22

**accordance** [1] - 11:3

**account** [5] - 16:14, 16:15, 117:16, 209:1

**accounting** [1] - 161:10

**accounts** [1] - 110:5

**accurate** [1] - 273:15

**accused** [11] - 9:8, 55:3, 55:14, 55:15, 58:7, 58:10, 95:22, 95:25, 96:4, 101:17, 111:23

**accusing** [1] - 188:6

**acknowledge** [1] - 272:17

**acquaint** [2] - 21:9, 148:2

**Act** [1] - 207:5

**act** [8] - 36:18, 36:21, 164:24, 165:2

**action** [2] - 71:24, 94:23

**actions** [1] - 189:22

**acts** [2] - 55:18, 191:4

**addition** [1] - 15:3

**additional** [8] - 16:11, 18:2, 122:13, 256:2, 261:20, 269:21, 270:8

**address** [4] - 77:1, 77:6, 235:23, 272:1

**addressed** [2] - 80:12, 114:14

**addressing** [2] - 114:4, 126:5

**ADELSTEIN** [184] - 1:20, 1:21, 4:16, 5:8, 5:11, 5:15, 5:17, 5:20, 5:24, 6:1, 6:9, 6:12, 6:17, 6:21, 7:12, 8:11, 8:23, 9:10, 9:23, 10:1, 10:5, 12:7, 13:7, 13:13, 13:16, 14:22, 15:14, 15:16, 15:22, 15:24, 16:5, 17:6, 17:14, 17:17, 18:19, 18:21, 19:3, 19:9, 19:12, 19:16, 19:25, 20:4, 20:9, 22:12, 39:16, 64:8, 64:13,

64:20, 64:22, 66:19, 67:4, 67:7, 122:19, 122:24, 123:3, 123:9, 123:11, 123:16, 124:12, 124:24, 125:5, 125:9, 125:14, 125:19, 125:22, 126:1, 126:7, 126:18, 127:16, 127:20, 127:22, 128:6, 128:11, 128:13, 128:20, 129:10, 129:16, 129:20, 129:24, 130:14, 131:1, 131:14, 131:17, 131:25, 132:6, 132:9, 132:11, 132:20, 134:5, 135:1, 135:3, 135:14, 135:21, 136:4, 138:15, 138:23, 139:1, 139:4, 139:11, 139:18, 139:21, 140:3, 140:6, 140:9, 140:14, 140:17, 140:25, 141:10, 141:13, 141:21, 143:18, 143:23, 144:1, 146:10, 146:25, 147:7, 149:5, 167:22, 174:17, 176:2, 176:14, 176:17, 176:20, 177:23, 178:4, 191:11, 191:14, 191:20, 196:1, 196:6, 196:10, 214:14, 256:5, 257:19, 257:21, 257:24, 258:3, 258:7, 258:11, 258:15, 258:19, 258:24, 259:6, 259:12, 260:16, 261:1, 261:6, 261:14, 261:18, 263:8, 263:15, 263:18, 263:24, 264:1, 264:6, 264:9, 264:16, 264:19, 264:24, 265:6, 265:15, 265:17, 265:23, 266:10, 266:13, 266:17, 266:23, 267:1, 267:4, 267:7, 267:11, 267:16, 267:18, 268:1, 268:6, 268:12, 268:17, 268:23, 269:3, 269:8, 269:16, 270:21, 270:23, 273:9

**Adelstein** [17] - 4:17,

13:17, 14:1, 15:12,
18:18, 19:7, 19:18,
39:17, 39:25, 67:4,
124:25, 128:5, 147:1,
167:23, 224:19,
257:12, 267:15
 **Adhikari** [2] -
154:12, 221:7
 **adjudication** [1] -
77:8
 **adjustment** [1] -
189:4
 **administration** [3] -
21:16, 87:15, 148:9
 **administrative** [5] -
59:11, 59:15, 72:21,
118:3, 186:1
 **administrator** [1] -
76:15
 **admitted** [1] - 79:20
 **adult** [1] - 76:14
 **adults** [4] - 10:10,
10:17, 12:13, 12:17
 **advance** [1] - 14:6
 **advantage** [3] -
170:8, 174:22, 175:21
 **advertising** [1] - 26:8
 **advise** [1] - 14:8
 **advisor** [4] - 29:13,
47:1, 183:18, 202:25
 **advocate** [2] -
217:14, 217:15
 **affairs** [3] - 22:25,
99:15, 149:18
 **affect** [29] - 7:21,
42:24, 74:3, 76:1,
78:1, 78:11, 78:13,
79:4, 81:4, 81:16,
85:2, 85:6, 95:13,
96:24, 98:20, 107:2,
108:17, 114:6,
118:23, 126:25,
127:5, 135:12,
135:15, 173:13,
174:7, 190:6, 198:13,
229:14, 260:10
 **afraid** [3] - 119:19,
174:19, 174:24
 **afternoon** [34] -
17:16, 24:5, 27:24,
124:18, 124:21,
124:24, 146:17,
146:22, 146:25,
147:3, 147:13,
147:14, 150:18,
151:16, 153:11,
154:23, 158:14,
162:11, 162:15,
162:16, 162:18,
163:18, 164:1,

167:13, 167:14,
167:22, 176:19,
224:15, 224:18,
251:2, 257:8, 257:10,
257:11, 257:14
 **afterwards** [1] -
135:12
 **again...** [1] - 130:19
 **age** [17] - 15:1,
36:20, 37:7, 37:18,
38:3, 38:14, 38:24,
41:18, 55:17, 89:5,
165:1, 165:13,
165:24, 166:9,
166:20, 167:5, 233:14
 **agency** [5] - 42:17,
42:18, 171:20,
171:21, 245:2
 **agent** [4] - 35:11,
107:16, 117:23
 **Agent** [6] - 39:12,
39:13, 167:17,
167:18, 167:19
 **Agents** [1] - 4:10
 **agents** [2] - 107:18,
167:20
 **Agnes** [1] - 47:8
 **ago** [16] - 64:3, 64:4,
71:14, 82:20, 90:5,
95:3, 101:24, 171:25,
206:24, 210:14,
213:14, 232:4, 232:5,
233:23, 235:18,
252:13
 **agree** [20] - 10:24,
126:11, 130:12,
140:3, 140:4, 140:6,
140:9, 176:12, 196:4,
265:15, 265:17,
265:23, 266:9,
266:13, 266:17,
267:4, 267:7, 267:11,
267:15, 268:17
 **agreed** [3] - 175:4,
257:19, 258:3
 **agreement** [1] -
10:17
 **agriculture** [1] - 90:1
 **ahead** [3] - 12:16,
30:9, 269:2
 **aide** [4] - 73:3, 162:2,
244:19, 244:23
 **Air** [2] - 60:7, 94:22
 **aircraft** [1] - 87:25
 **airline** [2] - 238:22,
239:4
 **Airlines** [1] - 74:11
 **Airport** [12] - 36:17,
37:4, 37:14, 37:25,
38:10, 38:21, 164:23,

165:10, 165:20,
166:6, 166:16, 167:2
 **airport** [1] - 192:12
 **Alabama** [1] - 153:25
 **Alan** [2] - 40:21,
168:24
 **alcohol** [1] - 55:17
 **Alexander** [2] - 41:5,
169:8
 **Allan** [2] - 41:2,
169:5
 **allegations** [8] -
170:2, 171:11,
171:12, 189:11,
190:25, 191:1,
259:17, 260:12
 **allege** [1] - 191:4
 **Allen** [2] - 41:2,
169:5
 **Allison** [2] - 40:23,
169:1
 **allow** [3] - 145:2,
238:14, 271:19
 **allowed** [1] - 174:11
 **almost** [3] - 23:17,
117:24, 228:8
 **alone** [3] - 89:14,
208:11, 228:12
 **alternate** [5] - 75:12,
75:13, 93:9, 93:16,
93:17
 **alternates** [5] -
17:22, 17:23, 268:8,
270:25, 271:1
 **Altieri** [2] - 40:7,
168:10
 **Altus** [1] - 218:23
 **Alvaro** [3] - 4:11,
39:13, 167:18
 **Amarilys** [1] - 72:25
 **amended** [1] - 8:13
 **AMERICA** [1] - 1:4
 **America** [10] - 4:2,
22:9, 36:7, 102:25,
146:18, 149:2, 164:4,
164:13, 167:16, 257:4
 **American** [3] - 69:18,
74:11, 189:2
 **amount** [3] - 43:19,
151:5, 162:25
 **Ana** [2] - 28:7, 70:23
 **and...** [2] - 234:3,
261:21
 **Andrew** [19] - 4:2,
22:9, 36:8, 36:14,
37:1, 37:11, 37:22,
38:7, 38:18, 146:18,
149:2, 164:14,
164:20, 165:7,
165:17, 166:3,

166:13, 166:24, 257:5
 **ANDREW** [1] - 1:7
 **anesthesia** [1] -
48:24
 **anesthesiology** [1] -
48:24
 **answer** [9] - 6:6, 9:2,
77:10, 108:20, 127:4,
127:7, 134:13,
175:16, 177:15
 **answered** [5] -
78:16, 122:17, 196:2,
196:7, 196:8
 **answering** [7] - 8:5,
8:7, 23:22, 23:24,
150:13, 151:1, 260:5
 **answers** [3] - 21:22,
44:24, 148:15
 **antagonistic** [1] -
77:18
 **anti** [1] - 122:6
 **anti-inflammatory**
[1] - 122:6
 **antibiotics** [1] -
109:8
 **anticipate** [1] - 16:10
 **antitrust** [1] - 207:5
 **Anton** [3] - 164:2,
178:18, 251:3
 **Antonio** [1] - 57:16
 **anxiety** [4] - 75:25,
126:20, 126:25, 127:4
 **anytime** [1] - 35:15
 **apnea** [1] - 56:17
 **apologies** [1] -
127:10
 **apologize** [2] -
64:13, 64:23
 **appealed** [1] - 188:2
 **appear** [1] - 11:23
 **appearance** [1] -
272:20
 **APPEARANCES** [1] -
1:13
 **appearances** [6] -
4:5, 66:25, 124:19,
146:20, 224:13, 257:6
 **appeared** [1] - 9:6
 **applicable** [1] - 93:3
 **applied** [4] - 172:19,
181:5, 239:10, 250:11
 **applies** [1] - 11:8
 **apply** [7] - 54:18,
54:23, 54:24, 183:2,
183:3, 186:25, 192:25
 **applying** [4] -
204:23, 241:4, 261:6,
261:11
 **appointment** [8] -
27:11, 27:22, 27:23,

28:1, 113:14, 129:25,
155:20, 160:19
 **appointments** [8] -
27:10, 27:16, 33:24,
35:16, 80:13, 113:15,
140:18, 238:17
 **appreciate** [1] -
273:3
 **apprehensive** [2] -
21:8, 148:1
 **approach** [4] - 11:15,
64:8, 122:10, 255:24
 **approached** [3] -
5:2, 108:11, 270:21
 **appropriate** [9] -
6:24, 7:1, 7:15, 7:24,
9:13, 12:21, 12:24,
12:25, 177:19
 **appropriately** [1] -
12:3
 **approved** [1] - 4:25
 **architect** [2] - 72:10,
237:14
 **area** [18] - 7:14,
67:20, 72:12, 94:13,
100:25, 104:19,
109:17, 114:20,
119:5, 173:24, 186:3,
192:12, 204:6, 217:2,
217:3, 229:23,
246:24, 262:23
 **Argentina** [2] - 74:19
 **argument** [1] - 178:4
 **Arizona** [1] - 109:25
 **arm** [1] - 82:2
 **armed** [2] - 213:12,
214:25
 **arrange** [4] - 22:4,
148:22, 161:11, 273:1
 **arranged** [1] - 155:4
 **arrangements** [2] -
64:18, 261:21
 **arrest** [3] - 108:8,
194:16, 234:3
 **arrested** [30] - 43:9,
43:19, 61:2, 68:9,
71:15, 84:7, 91:23,
95:4, 103:14, 111:11,
178:20, 182:17,
182:20, 198:7, 205:5,
206:24, 208:19,
209:2, 230:19, 231:8,
234:13, 235:8,
235:10, 235:25,
236:2, 243:19, 252:9,
253:12, 254:18, 255:3
 **art** [2] - 145:23,
271:23
 **Article** [1] - 94:24
 **arts** [2] - 101:10,

240:19
**aside** [15] - 42:3,
43:12, 43:22, 185:7,
189:14, 189:25,
195:9, 215:18,
215:23, 227:23,
231:12, 231:16,
232:15, 234:15,
252:21
**assassination** [1] -
112:6
**assault** [5] - 77:9,
129:15, 131:5,
206:23, 215:5
**assaulted** [2] -
41:17, 42:10
**assessor** [1] - 99:15
**assistance** [1] -
204:10
**assistant** [13] -
59:11, 59:15, 85:14,
85:16, 118:4, 119:4,
120:21, 120:24,
186:1, 198:2, 246:12,
246:14, 246:20
**ASSISTANT** [1] -
1:15
**assisting** [1] - 39:19
**assists** [2] - 21:16,
148:9
**associate** [1] - 119:3
**associated** [9] -
39:5, 65:14, 123:24,
145:12, 167:11,
223:14, 256:17,
272:8, 272:16
**assume** [2] - 175:13,
255:10
**assurance** [2] -
159:21, 159:22
**assure** [1] - 143:12
**AT&T** [1] - 56:23
**Atlanta** [4] - 26:2,
28:21, 28:22
**attacked** [2] - 82:21,
210:13
**attempt** [2] - 38:20,
167:1
**attend** [11] - 92:14,
102:2, 160:21, 163:2,
194:11, 194:12,
206:14, 213:19,
227:6, 231:23, 252:16
**attendant** [3] - 74:11,
126:20, 209:23
**attendants** [2] -
82:19, 82:20
**attended** [1] - 227:10
**attending** [1] - 88:3
**attention** [2] -

108:15, 265:22
**attorney** [7] - 54:9,
71:11, 71:18, 180:25,
194:24, 195:1, 197:11
**ATTORNEY** [1] -
1:15
**Attorney's** [1] -
54:20
**attorneys** [4] - 6:6,
84:2, 195:7, 272:16
**August** [2] - 35:13,
235:11
**Augustin** [2] - 40:16,
168:19
**aunt** [3] - 190:2,
190:5, 259:23
**aunts** [1] - 188:13
**Australia** [1] - 263:2
**autism** [1] - 88:16
**autistic** [1] - 73:6
**auto** [2] - 102:25,
161:15
**Auto** [1] - 202:25
**Auxi** [3] - 159:11,
171:4, 229:20
**available** [3] -
155:21, 158:16,
158:24
**Aventura** [2] -
209:24
**Avenue** [5] - 1:18,
1:21, 2:2, 247:1,
273:19
**avoid** [2] - 135:24,
272:19
**awards** [1] - 71:25
**aware** [4] - 21:6,
29:23, 64:15, 147:24
**awkward** [1] - 270:20

**B**

**baby** [1] - 154:17
**baby-sit** [1] - 154:17
**bachelor's** [2] -
153:14, 182:8
**backstriking** [1] -
131:7
**bad** [4] - 68:23,
170:7, 187:15
**badge** [1] - 66:3
**Bain** [2] - 40:22,
168:25
**band** [2] - 108:11,
108:13
**bank** [1] - 118:4
**bar** [25] - 6:7, 6:8,
6:14, 6:16, 51:25,
52:1, 52:3, 64:12,

77:2, 77:5, 95:18,
95:21, 122:12, 173:7,
173:9, 175:3, 175:8,
187:7, 187:9, 193:25,
234:6, 234:10, 256:1,
259:10, 259:19
**Barbara** [1] - 120:6
**barbershop** [2] -
153:24, 192:24
**Barry** [2] - 40:14,
168:16
**bartender** [1] -
253:25
**baseball** [1] - 106:5
**based** [7] - 15:25,
29:10, 79:8, 135:14,
177:6, 190:6, 259:9
**basis** [2] - 78:5,
78:17
**basketball** [2] -
115:22, 180:20
**bathroom** [1] - 82:19
**bathrooms** [1] -
66:16
**batting** [1] - 271:3
**Bay** [2] - 87:9,
244:20
**Beach** [8] - 42:23,
54:8, 104:21, 105:7,
116:17, 182:1, 198:3,
202:17
**beach** [1] - 118:6
**beat** [1] - 178:21
**Becky** [4] - 40:5,
40:19, 168:8, 168:22
**become** [3] - 14:5,
14:11, 247:16
**becomes** [1] -
270:20
**bedridden** [1] -
30:23
**beeper** [2] - 145:6,
272:4
**BEFORE** [1] - 1:10
**begin** [6] - 5:6, 22:8,
23:13, 149:1, 150:6,
263:16
**behalf** [11] - 4:8,
4:17, 67:2, 67:4,
124:22, 146:23,
147:1, 224:16,
224:20, 257:12,
257:17
**behavior** [3] -
160:20, 232:14,
238:14
**behavioral** [1] -
212:6
**beliefs** [5] - 29:4,
44:5, 44:9, 55:5,

179:5
**Belize** [1] - 164:4
**Bellido** [1] - 197:6
**belong** [3] - 55:4,
61:15, 75:7
**Ben** [2] - 39:24, 54:4
**ben** [1] - 29:16
**benefits** [1] - 87:12
**Benitez** [1] - 87:19
**Bennett** [2] - 40:19,
168:22
**Bentotila** [2] - 40:7,
168:10
**Bertha** [2] - 40:25,
169:3
**Bessy** [1] - 59:9
**best** [11] - 16:6,
42:16, 52:18, 71:16,
171:19, 171:25,
172:18, 189:9,
190:10, 193:20, 261:7
**better** [7] - 27:9,
52:14, 144:5, 177:25,
188:15, 195:1, 235:20
**Betty** [3] - 18:17,
40:6, 168:9
**between** [3] - 6:10,
10:17, 139:3
**beyond** [12] - 41:23,
52:24, 53:3, 53:7,
78:20, 78:24, 129:3,
129:7, 171:14,
190:14, 190:22, 260:2
**bid** [1] - 107:21
**biggest** [1] - 33:22
**Bill** [14] - 36:9, 36:15,
37:2, 37:12, 37:23,
38:8, 38:19, 164:15,
164:21, 165:8,
165:18, 166:4,
166:14, 166:25
**birds** [1] - 254:7
**birth** [4] - 94:11,
100:19, 116:15,
211:19
**birthday** [1] - 235:2
**Biscayne** [2] - 47:4,
47:13
**bit** [7] - 16:9, 18:24,
49:2, 49:3, 114:10,
144:12, 177:9
**bitter** [1] - 178:22
**Blanca** [2] - 33:2,
99:11
**blazer** [1] - 66:3
**blind** [1] - 30:23
**blood** [3] - 70:15,
100:14, 113:6
**blue** [1] - 66:3
**blurt** [2] - 174:20,

175:13
**blurted** [2] - 174:22,
176:4
**BMW** [1] - 91:19
**Bobby** [2] - 40:19,
168:22
**Bogota** [3] - 173:2,
185:25, 259:22
**Boldman** [2] - 26:21,
76:7
**bone** [1] - 80:8
**Bonita** [2] - 40:17,
168:20
**Bonkers** [1] - 26:2
**BONNIE** [1] - 1:17
**Bonnie** [8] - 4:8,
39:11, 67:2, 124:22,
146:23, 167:16,
224:16, 257:9
**booked** [1] - 26:17
**born** [42] - 45:1,
46:25, 48:8, 59:10,
62:19, 62:22, 67:17,
69:4, 72:9, 74:10,
76:8, 87:20, 88:15,
90:14, 102:24, 106:1,
107:14, 109:15,
114:18, 119:1, 120:7,
120:20, 179:20,
181:24, 197:1, 204:3,
206:8, 209:22,
216:24, 218:23,
221:8, 225:3, 233:6,
238:21, 240:2,
241:23, 244:18,
246:9, 248:17,
249:18, 251:4, 255:9
**boss** [1] - 180:8
**bother** [1] - 236:1
**Boulevard** [1] - 1:24
**box** [6] - 24:14,
24:18, 125:2, 150:24,
151:6, 257:15
**Bradenton** [1] -
234:13
**Bradley** [5] - 30:21,
31:10, 43:8, 94:9,
94:10
**brand** [1] - 140:1
**brand-new** [1] -
140:1
**Brea** [2] - 40:25,
169:3
**break** [10] - 64:21,
65:4, 65:10, 123:10,
123:14, 144:13,
223:8, 243:15,
254:12, 256:14
**break-in** [1] - 254:12
**breakdown** [1] -

97:10
**breaking** [1] - 80:8
**Brewer** [2] - 40:24, 169:2
**Brian** [2] - 40:20, 168:23
**briefly** [1] - 64:9
**bring** [12] - 20:5, 20:9, 64:20, 67:9, 82:8, 82:9, 144:6, 144:13, 147:9, 224:21, 265:22, 270:2
**bringing** [1] - 108:15
**broaden** [1] - 14:19
**broadened** [2] - 7:24, 9:5
**broke** [4] - 68:9, 184:21, 200:7, 222:12
**broken** [6] - 84:5, 84:6, 111:7, 204:25, 208:18, 225:25
**brokerage** [1] - 110:11
**brother** [17] - 27:17, 71:11, 71:18, 82:10, 172:23, 206:18, 214:23, 215:2, 215:19, 215:24, 226:24, 227:18, 231:25, 232:16, 245:10, 252:3
**brother's** [1] - 120:15
**brother-in-law** [2] - 231:25, 232:16
**brothers** [14] - 28:18, 96:4, 96:6, 96:8, 96:9, 178:19, 178:21, 213:12, 214:17, 214:24, 252:7, 252:22, 253:11
**brothers'** [2] - 96:16, 214:18
**brought** [3] - 19:12, 259:18, 259:21
**Broward** [4] - 37:9, 38:5, 165:15, 166:11
**Browning** [2] - 40:13, 168:16
**BS** [1] - 97:25
**budget** [1] - 5:1
**build** [1] - 16:16
**building** [4] - 73:7, 98:9, 225:19, 245:11
**built** [1] - 16:7
**burden** [2] - 52:24, 171:13
**burglarized** [2] - 98:17, 108:7
**burglary** [3] - 43:9,

60:23, 60:24
**Burnett** [4] - 40:19, 168:22
**business** [21] - 6:4, 28:12, 32:7, 32:9, 32:10, 39:23, 41:9, 59:14, 101:4, 101:5, 103:11, 103:23, 119:12, 161:9, 161:13, 161:14, 168:4, 169:12, 200:7, 249:19, 262:8
**business-related** [1] - 262:8
**businesses** [1] - 101:6
**Bustamante** [4] - 33:21, 109:13, 109:14, 113:25
**buy** [1] - 262:25
**BY** [1] - 2:1

## C

**C1** [3] - 7:24, 8:3, 8:24
**C2** [3] - 7:24, 8:3, 9:4
**Cadet** [2] - 33:10, 97:17
**California** [3] - 76:8, 90:23, 90:25
**camera** [2] - 182:19, 182:25
**campus** [1] - 222:13
**Canada** [1] - 208:6
**cancel** [1] - 159:14
**canceled** [2] - 155:20, 159:12
**candy** [3] - 64:19, 64:20, 64:23
**cannot** [7] - 29:5, 32:8, 36:1, 80:25, 92:18, 133:6, 161:24
**capacity** [1] - 72:20
**captain** [1] - 206:18
**car** [16] - 68:9, 71:15, 84:5, 95:3, 101:7, 182:13, 184:21, 184:23, 205:2, 208:18, 222:12, 225:25, 243:16, 243:24, 254:12, 272:25
**Caracas** [1] - 228:6
**card** [1] - 194:2
**Cardonne** [1] - 245:9
**care** [18] - 24:21, 25:2, 25:11, 28:1, 30:24, 31:4, 31:14,

31:15, 31:18, 31:21, 31:25, 99:15, 154:25, 203:22, 228:22, 230:6, 245:2
**career** [1] - 77:24
**caretaker** [1] - 28:18
**cargo** [2] - 88:19, 156:15
**Carlton** [2] - 40:20, 168:23
**Carmen** [4] - 163:4, 170:21, 248:14, 248:15
**Carmichael** [2] - 40:14, 168:17
**Carmona** [4] - 162:12, 239:25, 240:1, 267:6
**Carnival** [9] - 34:17, 34:18, 114:19, 114:21, 140:1, 206:9, 261:17, 262:10, 262:18
**Carolina** [1] - 236:12
**Carra** [5] - 162:1, 172:22, 244:16, 244:17, 267:9
**Carrasquel** [1] - 228:5
**carrier** [1] - 88:19
**cars** [2] - 111:8, 204:25
**Carter** [48] - 4:2, 4:18, 22:9, 36:8, 36:9, 36:14, 36:15, 37:1, 37:2, 37:11, 37:12, 37:22, 37:23, 38:7, 38:8, 38:18, 38:19, 39:18, 40:12, 66:23, 67:5, 124:16, 125:1, 146:18, 147:2, 149:2, 164:14, 164:15, 164:20, 164:21, 165:7, 165:8, 165:17, 165:18, 166:3, 166:4, 166:13, 166:14, 166:24, 166:25, 167:24, 167:25, 168:15, 224:11, 224:20, 257:5, 257:13
**CARTER** [1] - 1:7
**Carver** [4] - 40:19, 40:20, 168:22, 168:23
**case** [138] - 7:8, 9:21, 14:7, 15:4, 21:1, 21:23, 22:6, 22:8, 22:15, 22:18, 22:20, 22:22, 23:3, 39:3, 41:15, 42:5, 42:12, 43:7, 43:15, 43:23,

44:1, 50:13, 50:17, 50:19, 50:20, 52:16, 53:3, 53:6, 55:8, 56:5, 56:9, 59:4, 61:19, 62:1, 65:12, 65:18, 74:4, 78:4, 78:7, 78:20, 78:23, 79:5, 79:7, 79:12, 82:22, 85:3, 85:7, 92:22, 93:20, 96:18, 96:25, 102:15, 103:16, 105:9, 105:14, 106:18, 107:3, 108:18, 111:24, 112:3, 112:19, 114:7, 123:22, 124:3, 129:3, 145:10, 145:16, 147:19, 148:16, 148:24, 149:1, 149:8, 149:11, 149:13, 149:15, 149:21, 150:19, 151:5, 160:3, 160:13, 167:9, 169:18, 170:3, 171:14, 171:16, 178:16, 179:1, 187:12, 188:16, 189:5, 189:6, 189:8, 190:3, 190:21, 191:3, 195:11, 195:20, 195:21, 198:14, 201:8, 201:9, 206:24, 207:17, 208:20, 208:25, 209:10, 213:15, 214:20, 214:22, 215:25, 216:14, 222:22, 223:12, 223:18, 226:10, 227:25, 231:18, 232:17, 234:4, 234:20, 235:16, 235:21, 252:14, 252:15, 252:23, 253:7, 255:4, 255:13, 256:15, 256:19, 260:6, 272:6, 272:12
**CASE** [1] - 1:2
**Case** [8] - 4:3, 36:7, 66:23, 124:16, 146:19, 164:13, 224:12, 257:5
**cases** [10] - 14:6, 21:16, 93:17, 148:10, 171:8, 207:8, 213:15, 213:16, 227:1, 252:14
**castrated** [1] - 174:12
**cataract** [3] - 33:3, 135:6, 135:10

**catch** [1] - 200:8
**category** [1] - 7:23
**Catherine** [2] - 30:3, 89:9
**Catholic** [1] - 100:7
**causes** [1] - 132:21
**caution** [1] - 176:7
**caution...** [1] - 16:2
**cautionary** [1] - 15:9
**CBP** [5] - 172:18, 172:19, 172:23, 204:23, 245:10
**CCP** [1] - 261:7
**Cedar** [1] - 54:5
**celebration** [1] - 32:16
**cell** [2] - 145:6, 272:4
**center** [2] - 34:20, 59:24
**Central** [1] - 164:4
**ceremony** [2] - 32:19, 134:3
**certain** [4] - 7:21, 18:23, 160:8, 170:2
**certainly** [2] - 18:5, 39:7
**certify** [1] - 273:15
**cetera** [1] - 15:6
**challenge** [7] - 127:12, 127:14, 128:17, 128:23, 129:9, 259:15, 266:9
**challenges** [10] - 6:14, 6:15, 125:3, 132:14, 132:23, 139:23, 147:6, 257:16, 265:9, 268:15
**chambers** [2] - 145:4, 272:1
**chance** [1] - 179:18
**change** [2] - 232:13, 260:23
**Chapter** [2] - 36:21, 165:2
**charge** [10] - 21:25, 43:9, 58:15, 101:25, 112:1, 148:18, 215:6, 232:6, 254:19, 260:1
**charged** [4] - 96:21, 193:21, 194:2, 215:4
**charges** [14] - 36:11, 52:19, 55:19, 56:3, 96:5, 96:7, 128:21, 128:25, 164:17, 177:16, 177:18, 209:2, 213:17, 226:22
**Charles** [20] - 36:8, 36:14, 37:2, 37:11, 37:23, 38:7, 38:18, 40:22, 40:23, 41:3,

164:14, 164:20, 165:8, 165:17, 166:4, 166:13, 166:24, 168:25, 169:1, 169:6
**chart** [1] - 17:12
**check** [3] - 14:16, 26:3, 122:21
**chef** [1] - 69:5
**chemistry** [1] - 98:1
**Cheong** [2] - 208:4, 208:5
**chess** [1] - 251:13
**Chevrone** [2] - 152:11, 181:23
**Chicago** [3] - 89:10, 152:25, 183:17
**chief** [1] - 42:22
**child** [17] - 7:5, 24:21, 24:23, 25:2, 25:11, 41:12, 42:10, 87:1, 87:3, 90:19, 90:20, 94:19, 106:4, 106:6, 169:15, 178:20, 247:6
**children** [48] - 45:8, 59:18, 59:25, 61:20, 62:25, 67:25, 71:7, 72:15, 74:16, 74:19, 74:20, 76:14, 76:17, 83:24, 88:16, 89:5, 89:15, 98:8, 101:9, 115:14, 116:21, 120:13, 121:9, 154:16, 163:13, 170:22, 174:14, 180:13, 182:5, 184:5, 186:23, 188:3, 199:19, 206:14, 208:12, 210:5, 212:6, 217:12, 222:5, 225:10, 230:3, 233:14, 242:14, 242:16, 248:23, 254:5, 254:16
**Children's** [2] - 87:2, 101:7
**children's** [1] - 233:8
**childrens** [4] - 69:13, 88:1, 118:5, 179:25
**Chile** [1] - 112:4
**cholesterol** [1] - 118:23
**chosen** [7] - 65:6, 82:5, 93:22, 144:22, 195:20, 223:6, 271:11
**Chris** [1] - 156:22
**Christian** [1] - 75:7
**Christina** [2] - 202:13, 202:14
**church** [8] - 55:4,

61:15, 74:22, 75:7, 100:7, 199:16, 199:17, 201:2
**Cincinnati** [2] - 209:22
**Circuit** [2] - 4:25, 159:23
**circuit** [1] - 159:25
**circumstances** [1] - 260:7
**Citibank** [1] - 118:4
**citizen** [19] - 7:3, 21:5, 36:15, 37:3, 37:12, 37:24, 38:8, 38:19, 41:10, 147:23, 164:21, 165:9, 165:18, 166:5, 166:14, 166:25, 169:13, 188:10, 259:22
**citizens** [1] - 189:2
**City** [5] - 186:2, 186:3, 186:4, 186:6, 225:4
**city** [2] - 186:9, 246:24
**civil** [16] - 50:19, 50:20, 63:18, 71:24, 93:6, 93:11, 105:8, 183:8, 200:20, 200:24, 201:8, 205:18, 216:9, 218:5, 220:17
**civilian** [1] - 186:1
**claim** [1] - 245:21
**claims** [1] - 207:5
**Clara** [3] - 161:8, 170:16, 172:25
**class** [8] - 33:17, 71:24, 141:24, 154:14, 154:19, 155:5, 162:14, 217:16
**class-action** [1] - 71:24
**classes** [6] - 35:2, 152:16, 153:13, 153:15, 154:21, 217:1
**clear** [5] - 11:17, 257:25, 266:4, 266:5, 270:17
**clearance** [2] - 27:13, 28:1
**clearly** [1] - 176:10
**clerk** [1] - 60:6
**client** [3] - 6:18, 6:20, 64:14
**clients** [1] - 29:18
**climbing** [1] - 91:7
**close** [5] - 9:7, 18:14, 32:9, 42:16, 51:19

**closed** [1] - 232:4
**closely** [1] - 262:22
**closing** [1] - 178:4
**clothing** [1] - 210:4
**clubs** [1] - 82:19
**co** [1] - 177:14
**Co** [1] - 167:16
**co-counsel** [1] - 177:14
**Co-counsel** [1] - 167:16
**Coca** [1] - 199:6
**Coca-Cola** [1] - 199:6
**Coconut** [1] - 225:6
**Cocoplum** [1] - 97:21
**Code** [26] - 36:19, 36:21, 36:23, 37:6, 37:8, 37:17, 37:18, 38:2, 38:4, 38:13, 38:14, 38:23, 38:25, 164:25, 165:2, 165:4, 165:12, 165:14, 165:23, 165:24, 166:8, 166:10, 166:19, 166:20, 167:4, 167:6
**Cola** [1] - 199:6
**college** [11] - 47:9, 67:25, 76:14, 76:18, 94:20, 100:23, 103:4, 142:22, 199:24, 214:8, 233:15
**College** [6] - 35:5, 117:17, 141:16, 154:13, 162:14, 221:9
**Colombia** [2] - 173:2, 185:25, 188:12, 188:21, 188:22, 190:2, 190:5
**Colorado** [1] - 238:21
**combat** [1] - 94:23
**Comben** [4] - 15:20, 15:21, 40:12, 168:15
**comedy** [2] - 25:22, 83:11
**comfortable** [1] - 170:3
**coming** [11] - 113:14, 144:8, 145:22, 155:18, 159:21, 178:6, 210:12, 260:22, 262:16, 270:5, 270:6
**commerce** [12] - 36:16, 37:3, 37:13, 37:24, 38:9, 38:20, 164:22, 165:9,

165:19, 166:5, 166:15, 167:1
**commercial** [2] - 71:20, 197:8
**commission** [2] - 29:10, 128:10
**commission-based** [1] - 29:10
**commitment** [1] - 29:18
**committed** [2] - 51:11, 128:22
**common** [2] - 21:2, 147:20
**communicate** [1] - 15:4
**communication** [4] - 14:18, 15:2, 145:5, 272:2
**community** [7] - 67:21, 72:13, 94:14, 115:11, 116:18, 182:2, 248:21
**company** [26] - 82:18, 83:23, 103:3, 121:8, 151:11, 152:4, 152:6, 155:14, 155:16, 155:25, 157:20, 158:2, 158:5, 161:10, 163:11, 179:21, 180:1, 180:3, 180:5, 204:8, 207:3, 207:4, 251:18, 258:20, 261:22
**company's** [1] - 155:15
**compares** [1] - 11:7
**completed** [1] - 222:3
**completely** [2] - 122:17, 170:18
**complications** [1] - 135:25
**component** [1] - 160:2
**comprise** [2] - 21:17, 148:10
**compromised** [1] - 261:13
**computer** [5] - 20:5, 20:7, 45:2, 68:3, 242:23
**computers** [4] - 45:13, 98:9, 101:10, 221:13
**Concepcion** [1] - 197:5
**concern** [4] - 13:1, 158:1, 163:20, 175:7
**concerned** [11]

7:22, 8:12, 151:15, 154:17, 157:19, 174:21, 176:3, 176:22, 177:2, 260:12, 272:25
**concerning** [8] - 22:1, 22:6, 22:20, 148:19, 148:24, 149:13, 190:1, 191:3
**concerns** [1] - 190:7
**concluded** [1] - 273:11
**concur** [1] - 12:7
**condition** [2] - 34:3, 229:13
**conduct** [14] - 7:4, 30:16, 37:6, 37:16, 38:2, 38:12, 38:23, 41:12, 165:12, 165:22, 166:8, 166:18, 167:4, 169:15
**Conduct** [1] - 14:24
**confer** [2] - 6:9, 13:10
**conference** [1] - 4:24
**confers** [1] - 52:7
**confirmation** [1] - 153:1
**confirms** [1] - 19:4
**conflicts** [1] - 16:19
**congratulations** [1] - 219:5
**considered** [2] - 60:22, 156:9
**considering** [1] - 61:20
**conspiracy** [1] - 101:18
**Constitution** [2] - 21:3, 147:21
**construction** [2] - 76:9, 237:15
**contact** [15] - 39:22, 41:8, 65:13, 123:23, 145:11, 168:3, 169:11, 223:13, 236:4, 255:11, 256:16, 270:9, 270:18, 272:7, 272:18
**context** [2] - 44:3, 179:3
**continue** [2] - 175:13, 224:22
**continuing** [3] - 77:18, 77:21
**contract** [1] - 154:14
**contractor** [3] - 32:11, 106:2, 134:18
**control** [4] - 101:7, 114:13, 175:17,

240:14
    **convenience** [1] - 145:2
    **conversation** [1] - 272:19
    **convey** [1] - 177:1
    **convicted** [8] - 55:20, 58:17, 77:7, 79:3, 91:15, 91:16, 102:1, 236:6
    **conviction** [1] - 43:10
    **convince** [1] - 155:6
    **cook** [4] - 184:6, 239:6, 243:8, 245:6
    **cooking** [5] - 88:4, 98:10, 108:1, 225:19, 247:19
    **coordination** [2] - 21:17, 148:10
    **coordinator** [2] - 107:21, 245:2
    **copy** [7] - 11:11, 11:12, 15:14, 19:15, 44:16, 59:23, 179:12
    **Coral** [3] - 155:16, 179:22, 206:8
    **Cordero** [2] - 40:10, 168:13
    **corporate** [2] - 98:12, 158:7
    **corporation** [1] - 156:15
    **Corporation** [1] - 206:9
    **Corps** [3] - 151:25, 202:25, 241:7
    **correct** [23] - 5:7, 5:19, 10:3, 10:13, 11:4, 11:9, 12:9, 12:10, 13:20, 13:21, 16:4, 30:11, 32:1, 34:10, 42:2, 112:5, 112:7, 126:1, 147:6, 153:7, 158:10, 204:24, 261:18
    **correction** [3] - 225:15, 225:22, 225:24
    **Cortesi** [4] - 40:24, 169:2
    **cost** [1] - 28:12
    **counsel** [29] - 4:5, 6:11, 8:22, 17:1, 19:4, 22:10, 39:4, 39:6, 39:12, 66:14, 66:15, 66:25, 122:10, 124:19, 130:6, 132:17, 139:3, 146:20, 149:3,

167:10, 167:12, 167:16, 177:14, 224:13, 255:24, 257:6, 267:3, 267:25, 269:19
    **counsels'** [2] - 4:10, 167:17
    **Count** [11] - 36:11, 36:24, 37:9, 37:20, 38:5, 38:16, 164:17, 165:15, 166:1, 166:11, 166:22
    **count** [1] - 165:5
    **counting** [1] - 154:20
    **countries** [1] - 189:1
    **country** [6] - 7:4, 41:11, 49:5, 164:3, 169:14, 179:22
    **counts** [1] - 28:12
    **county** [1] - 198:2
    **County** [26] - 36:12, 36:25, 37:10, 37:21, 38:6, 38:17, 67:24, 72:10, 87:11, 90:16, 94:13, 108:16, 111:1, 121:13, 164:18, 165:6, 165:16, 166:2, 166:12, 166:23, 192:11, 192:19, 221:24, 225:16, 233:13, 237:15
    **couple** [9] - 28:17, 43:19, 80:23, 111:7, 153:24, 156:17, 200:20, 252:12, 270:12
    **course** [5] - 8:15, 19:13, 155:23, 161:18, 188:21
    **Court** [31] - 2:1, 5:2, 10:18, 12:15, 13:10, 14:8, 14:12, 16:24, 19:16, 21:18, 22:4, 23:5, 36:6, 123:11, 127:3, 127:5, 127:8, 128:18, 141:14, 148:11, 148:22, 149:23, 164:12, 175:8, 176:9, 196:3, 224:20, 243:9, 257:13, 273:19
    **court** [61] - 8:6, 10:14, 11:1, 11:6, 19:10, 21:12, 21:19, 21:24, 22:3, 22:5, 29:17, 32:1, 39:25, 50:11, 51:9, 51:12, 63:21, 65:2, 65:23, 75:16, 82:14, 90:6, 93:4, 93:5, 93:11,

97:4, 100:15, 101:20, 104:16, 105:5, 123:18, 148:5, 148:12, 148:17, 148:21, 148:23, 172:9, 178:10, 183:8, 184:12, 184:14, 188:3, 191:22, 193:21, 196:14, 197:15, 198:2, 201:6, 216:7, 222:22, 223:22, 231:23, 236:20, 256:13, 260:20, 265:22
    **COURT** [1252] - 1:1, 4:1, 4:14, 4:21, 4:23, 5:10, 5:13, 5:16, 5:18, 5:21, 5:25, 6:3, 6:13, 6:19, 6:22, 7:14, 8:12, 8:24, 9:11, 9:13, 9:24, 10:2, 10:6, 10:12, 10:14, 10:21, 11:4, 11:6, 11:11, 11:12, 11:13, 11:16, 12:11, 12:18, 12:20, 13:12, 13:15, 13:19, 13:23, 14:3, 14:10, 14:15, 14:23, 15:1, 15:8, 15:12, 15:15, 15:18, 15:21, 15:23, 16:3, 16:17, 16:21, 17:2, 17:5, 17:9, 17:11, 17:15, 17:18, 17:24, 18:6, 18:10, 18:13, 18:16, 18:18, 18:20, 19:6, 19:11, 19:14, 19:17, 19:23, 20:1, 20:12, 20:15, 20:20, 20:22, 22:13, 23:13, 24:23, 24:25, 25:2, 25:5, 25:8, 25:10, 25:14, 25:17, 25:20, 25:25, 26:5, 26:8, 26:13, 26:17, 26:19, 26:25, 27:4, 27:15, 27:20, 27:23, 28:3, 28:6, 28:14, 28:22, 28:24, 29:2, 29:6, 29:12, 29:14, 29:21, 29:24, 30:2, 30:6, 30:9, 30:14, 30:18, 30:20, 30:25, 31:3, 31:6, 31:9, 31:15, 31:19, 31:21, 31:25, 32:4, 32:10, 32:12, 32:17, 32:19, 32:21, 32:23, 32:25, 33:6, 33:9, 33:15, 33:20, 34:4, 34:9, 34:11, 34:14, 34:16, 34:18, 34:21, 34:23, 34:25,

35:3, 35:8, 35:20, 35:23, 36:4, 39:20, 40:2, 41:19, 41:22, 41:25, 42:3, 42:8, 42:12, 42:24, 43:2, 43:12, 43:17, 43:22, 44:1, 44:9, 44:11, 44:23, 45:6, 45:8, 45:10, 45:12, 45:15, 45:17, 45:19, 45:21, 45:23, 45:25, 46:2, 46:4, 46:6, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18, 46:20, 46:22, 47:16, 48:6, 48:10, 48:12, 48:15, 48:20, 48:22, 48:25, 49:3, 49:6, 49:8, 49:11, 49:13, 49:15, 49:17, 49:19, 49:21, 49:24, 50:1, 50:3, 50:5, 50:7, 50:9, 50:11, 50:15, 50:17, 50:19, 50:22, 50:25, 51:2, 51:5, 51:7, 51:17, 51:20, 51:25, 52:3, 52:9, 52:11, 52:15, 52:20, 52:23, 53:2, 53:6, 53:10, 53:15, 53:21, 53:23, 54:2, 54:9, 55:1, 55:14, 55:19, 55:21, 55:24, 56:1, 56:3, 56:8, 56:11, 56:16, 56:19, 56:21, 57:3, 57:5, 57:14, 57:17, 58:7, 58:10, 58:12, 58:15, 58:17, 58:19, 58:21, 58:24, 59:2, 59:7, 59:14, 59:19, 59:22, 59:25, 60:2, 60:4, 60:8, 60:11, 60:15, 60:18, 60:23, 60:25, 61:2, 61:7, 61:10, 61:22, 61:25, 62:4, 62:6, 62:9, 62:17, 63:18, 63:21, 63:23, 63:25, 64:2, 64:5, 64:7, 64:10, 64:21, 64:25, 65:3, 66:8, 66:12, 66:22, 67:6, 67:9, 67:10, 67:14, 68:11, 68:14, 69:2, 69:7, 69:9, 69:11, 69:14, 69:16, 69:19, 70:13, 70:16, 70:21, 71:18, 72:2, 72:5, 72:7, 72:16, 72:20, 72:24, 73:1, 73:25, 74:3, 74:7, 74:17, 74:20, 75:12,

75:14, 75:16, 75:23, 76:1, 76:4, 76:6, 77:3, 77:13, 77:21, 78:1, 78:6, 78:10, 78:20, 78:23, 79:2, 79:15, 79:19, 79:23, 80:2, 80:14, 80:16, 80:21, 81:4, 81:9, 81:13, 81:16, 81:18, 81:20, 81:24, 82:5, 82:9, 82:12, 82:15, 82:23, 83:7, 83:13, 83:19, 84:9, 84:13, 85:1, 85:5, 85:10, 85:16, 85:20, 85:22, 85:25, 86:22, 87:3, 87:7, 87:18, 88:12, 89:5, 89:8, 89:20, 89:24, 90:12, 90:20, 90:22, 90:24, 91:1, 91:4, 91:14, 91:17, 91:21, 91:23, 91:25, 92:3, 92:10, 92:14, 92:16, 92:20, 92:25, 93:5, 93:8, 93:11, 93:14, 93:17, 93:19, 93:22, 93:24, 94:4, 94:6, 94:8, 95:6, 95:9, 95:13, 95:19, 95:22, 96:2, 96:7, 96:10, 96:13, 96:16, 96:24, 97:2, 97:12, 97:16, 97:22, 97:24, 98:5, 98:20, 99:9, 100:16, 100:21, 101:5, 101:17, 101:20, 101:22, 101:25, 102:2, 102:4, 102:7, 102:10, 102:13, 102:18, 102:21, 103:12, 103:14, 103:16, 103:18, 103:21, 103:24, 104:13, 104:16, 104:18, 104:22, 105:1, 105:4, 105:7, 105:12, 105:15, 105:20, 105:22, 105:24, 106:6, 107:2, 107:5, 107:7, 107:10, 107:12, 108:17, 108:21, 109:11, 109:13, 109:18, 109:21, 110:1, 110:3, 110:6, 110:10, 110:13, 110:18, 110:22, 110:25, 111:2, 111:4, 111:9, 111:11, 111:13, 111:16, 111:21, 111:23, 112:1, 112:4,

112:6, 112:8, 112:11,
112:14, 112:17,
112:22, 113:1, 113:8,
113:11, 113:15,
113:20, 113:24,
114:6, 114:11,
114:16, 114:21,
114:25, 115:2, 115:4,
115:7, 115:9, 115:15,
115:19, 116:12,
117:14, 117:18,
117:20, 118:2,
118:24, 119:12,
119:16, 119:21,
119:24, 120:2, 120:4,
120:17, 120:23,
121:2, 121:4, 121:6,
122:3, 122:7, 122:9,
122:13, 122:21,
123:2, 123:5, 123:7,
123:10, 123:12,
123:14, 123:19,
124:11, 124:15,
125:2, 125:8, 125:10,
125:13, 125:15,
125:18, 125:20,
125:23, 126:2,
126:10, 126:15,
126:17, 126:21,
127:2, 127:12,
127:15, 127:17,
127:24, 128:1, 128:4,
128:7, 128:9, 128:12,
128:16, 128:23,
129:12, 129:14,
129:17, 129:19,
129:22, 130:2, 130:5,
130:9, 130:16,
130:20, 131:2, 131:4,
131:11, 131:13,
131:15, 131:18,
131:20, 131:24,
132:1, 132:5, 132:7,
132:10, 132:13,
132:23, 133:2, 133:4,
133:7, 133:9, 133:11,
133:13, 133:15,
133:17, 133:19,
133:23, 134:6,
134:14, 134:17,
134:20, 134:22,
134:24, 135:2, 135:4,
135:8, 135:12,
135:19, 136:3, 136:5,
136:10, 136:15,
136:20, 137:1, 137:6,
137:12, 137:16,
137:19, 137:21,
137:25, 138:4, 138:9,
138:17, 138:19,
138:24, 139:2, 139:5,

139:7, 139:10,
139:12, 139:16,
139:20, 139:22,
140:4, 140:7, 140:11,
140:16, 140:20,
140:22, 141:3, 141:8,
141:12, 141:15,
141:25, 142:4, 142:6,
142:9, 142:11,
142:13, 142:15,
142:18, 142:21,
143:1, 143:3, 143:6,
143:11, 143:17,
143:19, 143:22,
143:24, 144:2, 144:4,
144:11, 144:17,
144:21, 146:6,
146:11, 146:17,
147:3, 147:9, 147:13,
147:15, 149:6, 150:6,
151:12, 151:15,
151:24, 152:4, 152:6,
152:9, 152:14,
152:16, 152:19,
152:23, 153:2, 153:5,
153:8, 153:10,
153:15, 153:18,
153:20, 154:1, 154:6,
154:8, 154:21, 155:2,
155:8, 155:10,
155:24, 156:5, 156:7,
156:11, 156:13,
156:20, 156:23,
156:25, 157:5, 157:8,
157:12, 157:15,
157:17, 157:23,
157:25, 158:4, 158:9,
158:11, 158:13,
158:18, 158:20,
158:25, 159:3, 159:5,
159:9, 159:15,
159:24, 160:4,
160:10, 160:16,
160:22, 161:1, 161:4,
161:6, 161:14,
161:16, 161:21,
161:25, 162:4, 162:6,
162:8, 162:10,
162:19, 163:9,
163:17, 163:23,
163:25, 164:5, 164:8,
164:11, 168:1,
169:20, 169:24,
170:4, 170:10,
170:15, 170:16,
170:20, 170:24,
171:3, 171:9, 172:3,
172:7, 172:10,
172:20, 172:24,
173:4, 173:7, 173:10,
173:13, 173:18,

174:7, 174:16, 175:1,
175:9, 175:18,
175:24, 176:13,
176:15, 176:18,
176:21, 177:13,
177:20, 178:5,
178:11, 178:23,
179:1, 180:1, 180:3,
180:5, 180:9, 180:14,
180:16, 180:18,
180:22, 181:2, 181:5,
181:8, 181:10,
181:22, 182:15,
182:17, 182:21,
183:1, 183:14,
183:22, 184:2, 184:4,
184:9, 184:12,
184:14, 184:16,
184:20, 184:23,
184:25, 185:3, 185:7,
185:10, 185:12,
186:4, 186:9, 186:12,
186:14, 186:17,
186:19, 186:22,
187:5, 187:7, 187:10,
187:13, 187:17,
187:19, 187:23,
187:25, 188:15,
189:7, 189:10,
189:14, 189:25,
190:11, 190:13,
190:18, 190:21,
190:24, 191:10,
191:13, 191:19,
191:23, 192:6,
192:13, 192:15,
193:19, 193:23,
194:4, 194:6, 194:8,
194:11, 194:14,
194:18, 194:21,
195:3, 195:6, 195:9,
195:13, 195:15,
195:18, 195:20,
195:25, 196:5, 196:7,
196:11, 196:15,
196:23, 197:4, 197:7,
197:12, 197:15,
197:20, 198:9,
198:12, 199:2, 199:9,
199:11, 199:15,
199:19, 199:21,
199:25, 200:9,
200:15, 200:18,
200:22, 201:6, 201:8,
201:10, 201:12,
201:14, 201:17,
201:19, 201:23,
202:3, 202:12,
202:21, 202:23,
203:20, 203:24,
204:21, 204:23,

205:3, 205:5, 205:7,
205:11, 205:19,
205:21, 205:23,
205:25, 206:5, 207:9,
207:12, 207:15,
207:20, 208:3,
208:22, 209:3, 209:6,
209:19, 210:3,
210:15, 210:19,
211:1, 211:15,
211:17, 212:3, 212:5,
212:8, 212:14,
212:17, 212:19,
212:22, 212:24,
213:5, 213:8, 213:10,
213:13, 213:15,
213:17, 213:19,
213:21, 213:24,
214:3, 214:5, 214:9,
214:12, 214:15,
214:18, 214:24,
215:4, 215:6, 215:8,
215:11, 215:14,
215:18, 215:22,
216:4, 216:9, 216:11,
216:15, 216:21,
217:6, 217:9, 218:5,
218:7, 218:9, 218:11,
218:13, 218:18,
218:20, 218:25,
219:5, 219:9, 219:11,
219:15, 219:18,
219:20, 219:22,
219:24, 220:1, 220:3,
220:5, 220:7, 220:9,
220:11, 220:13,
220:15, 220:17,
220:19, 220:21,
220:23, 220:25,
221:2, 221:4, 221:6,
221:11, 221:14,
221:16, 221:19,
221:22, 223:3, 224:4,
224:11, 224:21,
224:25, 225:12,
225:17, 226:4, 226:7,
226:11, 226:21,
226:23, 227:1, 227:3,
227:15, 227:20,
227:23, 228:4,
228:18, 228:20,
228:24, 229:14,
229:18, 230:3, 230:5,
230:7, 230:12,
230:20, 230:22,
230:25, 231:2, 231:4,
231:6, 231:8, 231:10,
231:12, 231:15,
231:24, 232:2, 232:6,
232:11, 232:15,

232:20, 233:3, 234:1,
234:4, 234:6, 234:8,
234:15, 234:19,
234:24, 235:6,
235:10, 235:12,
235:14, 235:20,
236:2, 236:6, 236:9,
236:13, 236:17,
236:21, 237:7, 238:2,
238:13, 238:18,
239:24, 240:9,
240:11, 240:16,
240:18, 241:4,
241:20, 242:1, 242:3,
242:5, 242:10,
242:14, 242:17,
242:20, 242:25,
243:2, 243:5, 243:7,
243:10, 243:17,
243:19, 243:21,
243:25, 244:3, 244:5,
244:7, 244:15,
244:23, 244:25,
245:19, 245:22,
246:6, 246:11,
246:13, 246:17,
246:19, 246:22,
246:24, 247:3, 247:5,
247:8, 247:10,
247:13, 247:15,
247:18, 248:9,
248:11, 248:13,
248:19, 249:16,
249:25, 250:3,
250:25, 251:7,
251:16, 251:19,
252:2, 252:7, 252:9,
252:11, 252:14,
252:16, 252:18,
252:21, 253:1, 253:5,
253:8, 253:11,
253:14, 253:21,
254:19, 254:21,
254:24, 255:2, 255:7,
255:11, 255:23,
256:2, 256:6, 256:8,
256:14, 256:25,
257:4, 257:10,
257:14, 257:20,
257:23, 258:2, 258:4,
258:6, 258:8, 258:10,
258:12, 258:14,
258:18, 258:22,
259:1, 259:3, 259:8,
259:15, 260:18,
261:2, 261:8, 261:10,
261:16, 261:23,
262:3, 262:10,
262:16, 262:18,
262:22, 263:3, 263:6,
263:11, 263:13,

263:16, 263:20,
263:23, 263:25,
264:2, 264:5, 264:7,
264:10, 264:12,
264:15, 264:17,
264:20, 264:22,
264:25, 265:2, 265:5,
265:7, 265:11,
265:16, 265:18,
265:20, 265:25,
266:6, 266:11,
266:14, 266:18,
266:22, 266:25,
267:2, 267:5, 267:8,
267:12, 267:15,
267:17, 267:19,
267:24, 268:2, 268:5,
268:7, 268:13,
268:19, 268:22,
268:25, 269:6, 269:9,
269:13, 269:17,
269:23, 270:1,
270:11, 270:14,
270:19, 270:22,
270:24, 271:5, 271:9,
273:7
    **Court's** [10] - 4:18,
21:17, 21:25, 44:7,
44:12, 139:19,
148:10, 148:18,
179:7, 179:9
    **COURTROOM** [5] -
8:21, 20:14, 23:10,
144:9, 150:3
    **courtroom** [51] -
4:24, 13:18, 20:19,
20:24, 21:15, 21:20,
22:3, 22:6, 22:23,
23:15, 23:18, 23:19,
39:22, 44:15, 65:7,
65:9, 66:10, 67:12,
124:9, 136:9, 138:8,
142:3, 143:10,
144:15, 144:25,
146:4, 147:12,
147:17, 148:8,
148:13, 148:21,
148:24, 149:16,
150:8, 150:11, 168:3,
178:6, 179:11, 223:7,
223:11, 224:3,
224:24, 256:24,
262:2, 263:5, 271:7,
271:15, 271:17,
271:20, 273:5
    **cousin** [6] - 98:18,
99:1, 105:10, 121:12,
188:10, 188:14
    **cousin's** [1] - 110:19
    **cousins** [3] - 98:12,

239:10, 239:11
    **cover** [3] - 29:21,
31:15, 155:18
    **covered** [1] - 9:14,
19:8
    **CPAP** [1] - 56:17
    **CraftBeer** [2] -
217:14
    **crazy** [1] - 189:2
    **Crear** [1] - 108:13
    **credit** [1] - 194:2
    **crime** [20] - 7:2, 8:18,
9:8, 41:10, 51:11,
54:22, 55:3, 55:14,
58:8, 58:10, 91:14,
91:17, 95:23, 111:23,
169:13, 171:13,
182:12, 184:20,
187:5, 210:11
    **crimes** [1] - 55:16
    **criminal** [54] - 50:17,
54:16, 55:2, 55:8,
55:22, 58:22, 63:19,
63:20, 75:9, 77:14,
90:6, 92:17, 93:5,
93:7, 93:12, 93:13,
96:11, 102:8, 103:19,
105:8, 105:10, 107:8,
112:9, 180:24, 182:8,
184:13, 193:21,
194:22, 197:10,
198:1, 200:23, 201:8,
201:9, 207:10,
213:25, 215:15,
216:9, 216:10, 218:5,
218:6, 220:17,
220:18, 226:4, 227:9,
227:16, 232:12,
236:14, 240:17,
245:10, 252:19,
253:7, 254:22, 255:8,
255:12
    **critical** [2] - 27:8,
81:1
    **cross** [1] - 16:13
    **cross-examination**
[1] - 16:13
    **CRR** [2] - 2:1, 273:18
    **Cruise** [2] - 34:17,
140:1
    **crying** [1] - 187:6
    **Cuba** [13] - 46:25,
48:8, 49:6, 72:9, 73:2,
87:20, 90:14, 99:12,
106:1, 109:15, 119:1,
179:20, 244:18
    **Cuban** [1] - 151:10
    **cuff** [1] - 79:18
    **custodial** [1] - 82:18
    **customer** [1] -

107:15
    **Customs** [3] - 42:13,
171:16, 173:11
    **Cutler** [1] - 87:9,
244:20

## D

    **D1** [1] - 9:14
    **D2** [1] - 9:14
    **D3** [1] - 9:14
    **D4** [1] - 9:16
    **dad** [7] - 115:4,
117:18, 202:20,
202:25, 222:6, 230:2,
235:25
    **dad's** [1] - 235:4
    **Dade** [28] - 35:5,
36:12, 36:25, 37:21,
38:16, 67:24, 72:10,
87:11, 90:16, 94:13,
108:16, 111:1,
117:16, 121:13,
141:16, 154:13,
162:13, 164:18,
165:6, 166:2, 166:22,
192:11, 192:18,
206:18, 221:9,
221:24, 237:15, 241:6
    **Dadeland** [1] - 1:24
    **daily** [1] - 11:2
    **damages** [1] - 72:4
    **dance** [1] - 184:6
    **dancing** [1] - 200:1
    **Daniels** [2] - 40:12,
168:15
    **databases** [1] -
221:21
    **DATE** [1] - 273:18
    **date** [3] - 26:24,
136:23, 138:2
    **dates** [6] - 25:22,
113:16, 133:20,
141:7, 159:9, 260:16
    **daughter** [22] -
42:22, 48:19, 69:17,
71:14, 73:6, 87:13,
94:19, 107:23,
107:24, 108:10,
108:14, 108:24,
109:24, 119:9,
119:10, 171:8,
197:23, 225:13,
226:6, 227:17,
233:24, 234:16
    **daughter-in-law** [1] -
119:10
    **daughters** [1] -
249:24

**David** [2] - 40:9,
168:12
    **Davis** [2] - 40:20,
168:23
    **day-to-day** [2] -
21:18, 148:11
    **daylight** [1] - 182:19
    **days** [13] - 16:11,
28:17, 29:25, 136:18,
136:22, 137:8,
155:16, 156:3, 156:4,
159:13, 161:17,
163:8, 266:23
    **DC** [2] - 1:19, 111:25
    **deal** [1] - 78:15
    **dealing** [1] - 260:13
    **deceased** [2] -
98:13, 199:18
    **decision** [5] - 22:18,
72:2, 149:11, 190:3,
190:6
    **Defendant** [97] -
6:10, 7:9, 9:22, 36:13,
37:1, 37:11, 37:22,
38:7, 38:18, 41:15,
42:1, 42:6, 43:7,
43:15, 43:24, 53:4,
53:8, 56:6, 59:5, 62:2,
74:5, 78:8, 78:21,
78:24, 79:3, 79:6,
85:8, 92:23, 96:19,
102:16, 112:20,
129:3, 129:7, 129:8,
131:8, 131:13,
131:15, 131:16,
132:5, 132:8, 132:18,
138:25, 139:17,
143:17, 143:22,
143:24, 143:25,
147:5, 164:15,
164:19, 165:7,
165:17, 166:3,
166:13, 166:24,
167:10, 169:18,
170:11, 171:9, 175:4,
175:19, 178:17,
189:16, 190:14,
190:15, 190:22,
191:5, 191:15,
195:11, 198:15,
207:18, 214:21,
216:1, 228:1, 231:19,
232:18, 234:21,
252:24, 255:5,
255:14, 258:23,
260:2, 260:3, 260:6,
263:17, 263:20,
263:23, 264:5, 264:7,
264:8, 264:15,
264:18, 264:23,

265:5, 268:5, 268:13,
269:15
    **DEFENDANT** [2] -
1:20, 151:9
    **defendant** [4] - 1:8,
41:19, 52:20, 52:24
    **Defendant's** [2] -
6:7, 6:16
    **defender** [3] - 29:17,
54:6, 233:12
    **Defender's** [1] -
54:19
    **defenders** [2] -
214:7, 214:9
    **defense** [22] - 5:7,
5:18, 6:7, 6:15, 10:21,
11:20, 13:23, 15:12,
17:1, 18:16, 19:4,
39:4, 84:2, 131:24,
132:17, 138:15,
138:24, 139:10,
139:12, 139:22,
197:9, 197:10
    **defer** [1] - 132:17
    **defined** [12] - 36:18,
37:6, 37:16, 38:2,
38:12, 38:23, 164:24,
165:12, 165:22,
166:8, 166:18, 167:4
    **definite** [1] - 260:19
    **definitely** [4] - 53:13,
123:21, 195:5, 235:22
    **definiteness** [1] -
261:4
    **degree** [1] - 182:8
    **Del** [5] - 33:2, 99:10,
99:11, 136:6, 136:13
    **delay** [1] - 16:7
    **deliberate** [1] - 75:14
    **delivered** [1] - 105:4
    **demand** [1] - 29:19
    **denied** [3] - 127:12,
129:9, 139:20
    **dental** [2] - 48:23,
69:18
    **dentist** [1] - 68:1
    **Denver** [1] - 238:21
    **deny** [4] - 128:23,
258:22, 259:5, 261:5
    **DEPARTMENT** [1] -
1:17
    **Department** [9] -
4:12, 39:14, 47:14,
159:17, 167:21,
212:10, 225:5, 226:1,
237:15
    **department** [5] -
88:2, 158:11, 186:8,
237:19, 240:22
    **dependent** [1] -

113:6
**deposed** [3] - 207:6, 208:20, 209:9
**deposition** [5] - 82:21, 89:19, 108:23, 215:12, 238:3
**Depot** [1] - 199:23
**depressed** [1] - 70:19
**depression** [9] - 52:8, 53:18, 74:2, 75:24, 126:20, 127:4, 128:14, 130:21, 130:23
**DEPUTY** [5] - 8:21, 20:14, 23:10, 144:9, 150:3
**deputy** [8] - 4:24, 21:15, 22:3, 22:6, 148:8, 148:21, 148:24, 156:22
**describe** [1] - 210:24
**described** [1] - 6:5
**design** [1] - 217:1
**designer** [1] - 247:17
**desire** [2] - 22:1, 148:19
**desk** [3] - 157:20, 158:9, 204:4
**desktop** [1] - 204:5
**detailed** [1] - 15:8
**detectives** [1] - 108:9
**determine** [2] - 51:10, 191:6
**determined** [1] - 176:25
**determining** [2] - 22:17, 149:10
**devastate** [1] - 28:11
**developed** [1] - 173:23
**developmental** [1] - 87:5
**device** [6] - 14:19, 65:17, 124:2, 145:15, 223:17, 272:11
**diabetes** [5] - 33:23, 36:2, 70:20, 113:9, 140:18
**diabetic** [4] - 33:22, 64:14, 70:19, 113:5
**diagnosed** [1] - 97:11
**diagnosis** [1] - 87:5
**Diane** [2] - 41:3, 169:6
**Dianna** [3] - 4:11, 39:13, 167:19
**died** [3] - 163:21,

234:13, 235:9
**difference** [1] - 227:5
**different** [9] - 18:25, 54:17, 145:22, 188:16, 213:15, 213:16, 227:12, 228:3, 235:21
**difficult** [13] - 7:22, 56:4, 59:3, 92:21, 96:17, 102:14, 112:18, 161:13, 207:16, 214:19, 255:3, 255:12, 262:21
**difficulty** [1] - 62:14
**DiMaggio** [1] - 152:22
**dire** [17] - 6:5, 6:23, 7:18, 10:2, 11:22, 22:16, 23:21, 141:5, 141:22, 149:9, 150:14, 151:1, 175:8, 177:9, 261:20
**direct** [3] - 18:13, 66:4, 175:15
**directed** [3] - 24:13, 150:23, 176:23
**directing** [1] - 7:25
**director** [5] - 71:5, 108:12, 108:13, 156:22, 250:1
**dired** [1] - 175:5
**disabled** [2] - 94:18, 254:4
**disagree** [1] - 177:10
**disclose** [1] - 265:20
**disclosure** [1] - 29:9
**discount** [1] - 71:5
**discovered** [1] - 209:1
**discuss** [8] - 14:7, 65:12, 123:22, 145:10, 195:21, 223:12, 256:15, 272:6
**discussed** [1] - 6:4
**discussion** [6] - 6:10, 130:6, 139:3, 267:3, 267:25, 269:19
**dismiss** [1] - 270:3
**dismissed** [2] - 206:25, 207:8
**dispatcher** [1] - 225:4
**dispute** [1] - 252:4
**disregarding** [2] - 44:4, 179:4
**dissatisfaction** [2] - 185:8, 231:17
**dissatisfied** [18] - 61:8, 68:11, 92:1, 95:6, 111:14, 182:22,

185:4, 185:6, 200:10, 205:8, 208:23, 209:4, 210:20, 226:8, 230:19, 231:9, 231:10, 243:22
**distributor** [2] - 242:12
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [2] - 20:25, 147:18
**District** [18] - 20:25, 36:6, 36:13, 36:25, 37:10, 37:21, 38:6, 38:17, 147:18, 164:12, 164:19, 165:6, 165:16, 166:2, 166:12, 166:23
**disturbance** [1] - 252:10
**diving** [1] - 106:5
**DIVISION** [1] - 1:2
**Divorce** [1] - 243:9
**divorced** [8] - 48:17, 57:1, 57:6, 69:6, 99:18, 119:7, 186:15, 228:11
**dizzy** [1] - 64:16
**docket** [4] - 21:17, 24:4, 148:10, 150:17
**doctor** [4] - 26:23, 27:12, 137:4, 159:12
**doctor's** [4] - 113:14, 129:25, 136:25, 155:20
**doctors'** [2] - 33:24, 140:18
**document** [1] - 8:22
**dogs** [2] - 228:23, 254:6
**domestic** [8] - 187:11, 190:1, 206:13, 227:20, 252:4, 252:10, 259:18, 259:19
**domestic...** [1] - 227:14
**done** [7] - 137:23, 175:12, 182:24, 193:7, 205:10, 238:22, 251:6
**Donna** [2] - 40:18, 168:21
**door** [1] - 205:2
**Doral** [1] - 117:24
**Dorsica** [4] - 29:3, 44:8, 44:21, 44:25
**doubt** [14] - 41:23, 52:25, 53:3, 53:7, 53:13, 78:21, 78:24,

128:19, 129:3, 129:8, 171:14, 190:15, 190:22, 260:3
**down** [12] - 21:20, 32:9, 64:22, 70:19, 93:21, 114:13, 140:19, 141:1, 148:13, 174:2, 177:24, 191:13
**drive** [7] - 81:18, 81:22, 81:24, 82:3, 137:9, 137:14, 251:9
**driver** [2] - 48:11, 48:12
**driving** [2] - 137:16, 251:6
**drop** [1] - 163:14
**dropped** [4] - 96:6, 96:7, 216:13, 254:20
**drove** [1] - 85:25
**drug** [4] - 101:18, 226:22, 236:3, 236:7
**drug-trafficking** [2] - 236:3, 236:7
**Du** [2] - 40:7, 168:10
**Duffant** [4] - 170:5, 174:21, 177:9, 178:8
**Duffant's** [1] - 177:15
**Duffaut** [1] - 175:4
**DUI** [2] - 106:18, 107:2
**duly** [2] - 23:11, 150:4
**during** [10] - 12:12, 13:4, 23:21, 26:14, 31:4, 31:7, 64:18, 66:14, 77:16, 258:25
**Durse** [2] - 40:23, 169:1
**Duthely** [1] - 56:12
**duties** [6] - 21:4, 21:11, 21:13, 147:22, 148:4, 148:6
**dying** [1] - 269:5
**dynamic** [1] - 260:23

---

**E**

**e)** [2] - 39:1, 167:7
**e-mail** [4] - 145:4, 145:7, 272:1, 272:5
**ear** [1] - 109:8
**early** [2] - 28:4, 179:17
**easier** [1] - 136:2
**easily** [1] - 11:8
**East** [1] - 72:12
**eat** [1] - 64:15

**Echeverria** [2] - 29:8, 46:24
**Economos** [1] - 163:12
**Eddie** [2] - 40:22, 168:25
**editing** [1] - 251:14
**Eduardo** [1] - 245:10
**education** [1] - 250:2
**Edwards** [3] - 21:19, 148:12, 273:18
**EDWARDS** [2] - 2:1, 273:18
**effect** [1] - 70:16
**effects** [1] - 136:1
**eight** [9] - 23:16, 34:24, 35:2, 70:25, 117:24, 150:9, 181:25, 183:18, 194:17
**eight-plus** [1] - 23:16
**either** [27] - 9:18, 11:19, 22:2, 22:5, 23:4, 24:10, 42:19, 43:4, 58:14, 65:12, 122:13, 123:22, 125:3, 145:10, 148:20, 148:23, 149:22, 151:4, 151:12, 171:22, 172:15, 178:13, 223:12, 250:5, 256:15, 257:16, 272:6
**Ekes** [2] - 40:16, 168:19
**elderly** [6] - 27:6, 30:22, 94:17, 99:14, 188:5
**electrical** [1] - 67:23
**electrician** [1] - 251:10
**electronic** [2] - 14:18, 15:1
**electronics** [1] - 115:3
**elementary** [1] - 57:9
**elevator** [2] - 270:9, 270:13
**Eleventh** [1] - 4:25
**Ellison** [2] - 41:4, 169:7
**elsewhere** [12] - 36:13, 37:1, 37:10, 37:22, 38:6, 38:17, 164:19, 165:7, 165:16, 166:3, 166:12, 166:23
**Emanuel** [2] - 35:4, 116:14
**embarrassed** [2] -

265:21, 266:7
**emotional** [13] - 51:16, 51:21, 61:18, 61:21, 73:22, 74:3, 126:13, 130:14, 189:15, 259:16, 259:20, 260:12
**emotions** [3] - 189:13, 189:21, 189:23
**emphasize** [1] - 15:2
**employed** [16] - 28:8, 32:7, 34:2, 35:11, 85:22, 106:2, 119:10, 119:14, 129:16, 134:17, 140:5, 152:4, 152:6, 152:12, 158:4, 225:12
**employee** [1] - 267:10
**employees** [1] - 161:10
**employer** [2] - 154:18, 155:6
**employment** [2] - 54:21, 181:5
**employs** [1] - 68:1
**empty** [2] - 173:24, 271:10
**enable** [1] - 5:21
**encountered** [2] - 44:5, 179:5
**end** [6] - 17:6, 17:25, 26:15, 78:14, 130:18, 207:8
**ended** [1] - 130:10
**ends** [1] - 143:12
**enforce** [2] - 21:25, 148:18
**Enforcement** [3] - 42:13, 171:17, 173:11
**enforcement** [18] - 9:18, 9:19, 43:3, 43:5, 43:11, 43:13, 54:17, 54:21, 57:13, 57:14, 61:8, 174:10, 178:13, 178:14, 181:6, 204:16, 222:13, 245:9
**engagement** [1] - 30:12
**engaging** [15] - 7:4, 36:18, 37:5, 37:15, 38:1, 38:11, 38:22, 41:12, 164:24, 165:11, 165:21, 166:7, 166:17, 167:3, 169:15
**engineer** [2] - 151:10, 206:13
**engineering** [3] -

45:2, 152:8, 180:3
**Engineers** [1] - 152:1
**English** [1] - 53:16, 53:21, 55:12, 94:4, 105:16, 105:20, 119:19, 120:2, 120:3, 133:22, 134:7, 134:8, 134:10, 134:14, 173:25, 218:16, 229:11
**English-speakers** [1] - 134:10
**enjoy** [1] - 150:11
**entered** [9] - 20:18, 67:11, 136:8, 142:2, 144:15, 147:11, 224:23, 262:1, 271:7
**Enterprises** [2] - 157:24, 204:5
**entire** [7] - 27:18, 77:25, 80:6, 116:18, 176:5, 176:6, 197:18
**entitled** [2] - 163:7, 273:16
**entomologist** [1] - 133:1
**entomology** [2] - 30:19, 90:1
**EPA** [2] - 156:17, 156:20
**equipment** [2] - 56:17, 83:14
**Eric** [3] - 156:14, 172:12, 206:7
**Ernesto** [2] - 32:6, 105:25
**Escamilla** [2] - 40:4, 168:7
**Escobar** [7] - 161:8, 170:16, 172:25, 174:18, 176:22, 177:6, 178:7
**especially** [2] - 150:9, 176:4
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**essentially** [2] - 156:8, 217:5
**estate** [1] - 110:24
**Estil** [4] - 40:16, 168:18, 168:19
**estimate** [2] - 16:17, 17:19
**estimated** [1] - 24:9
**estimating** [1] - 16:3
**estimation** [1] - 17:18
**et** [1] - 15:6
**Eugene** [2] - 35:25,

69:3
**evaluate** [1] - 78:4, 78:16
**evaluated** [1] - 27:8
**Evans** [6] - 156:14, 172:12, 206:6, 206:7, 261:24, 262:3
**Evelyn** [2] - 40:20, 168:23
**evening** [3] - 65:11, 270:4, 273:8
**event** [2] - 8:14, 208:20
**events** [3] - 177:22, 206:16, 254:6
**eviction** [1] - 192:14
**evidence** [61] - 7:8, 9:21, 22:22, 41:14, 42:5, 43:6, 43:14, 43:23, 44:2, 52:16, 53:2, 56:5, 59:4, 61:23, 62:1, 74:4, 78:7, 78:17, 79:5, 79:8, 85:7, 92:22, 96:18, 102:15, 112:19, 114:7, 129:7, 149:15, 150:20, 151:18, 169:17, 171:13, 171:14, 178:16, 179:2, 189:15, 190:3, 190:4, 190:7, 190:10, 190:13, 190:16, 190:20, 191:2, 191:3, 191:7, 195:10, 198:14, 207:17, 214:20, 215:25, 227:25, 231:18, 232:17, 234:17, 234:20, 252:23, 255:4, 255:13
**ex** [3] - 42:22, 184:10, 252:4
**ex-daughter-in-law** [1] - 42:22
**ex-wife** [1] - 252:4
**exact** [2] - 77:15, 138:2
**exactly** [5] - 5:17, 49:4, 92:12, 214:4, 261:2
**exam** [1] - 33:19
**examination** [6] - 13:4, 16:13, 22:16, 22:17, 149:9, 149:10
**exams** [2] - 33:11, 33:15
**except** [5] - 88:11, 89:4, 94:14, 119:18, 120:16

**exception** [2] - 71:22, 87:16
**excited** [1] - 177:17
**excuse** [26] - 23:5, 126:10, 130:9, 130:25, 131:14, 131:19, 132:18, 138:9, 138:23, 139:11, 139:21, 140:22, 143:23, 144:7, 149:23, 173:6, 178:8, 259:5, 260:15, 261:10, 261:13, 263:6, 263:19, 264:6, 269:3, 269:13
**excused** [45] - 23:5, 23:6, 93:10, 93:21, 93:23, 125:10, 125:15, 125:20, 127:17, 128:1, 128:9, 129:14, 129:19, 131:4, 133:4, 133:9, 133:13, 133:17, 134:20, 134:24, 140:4, 140:7, 140:11, 141:10, 149:23, 149:24, 174:18, 176:22, 177:3, 177:6, 222:23, 257:20, 257:23, 258:4, 258:8, 258:12, 263:13, 266:11, 266:14, 266:18, 267:5, 267:8, 267:12, 268:19, 269:1
**excusing** [1] - 138:11
**executive** [1] - 156:15
**exercise** [3] - 73:8, 74:22, 99:21
**exercising** [1] - 210:6
**exhibit** [1] - 10:11
**exhibitionist** [3] - 173:16, 173:19, 173:21
**exit** [1] - 271:22
**exited** [6] - 66:9, 124:8, 146:4, 224:2, 256:23, 273:5
**expected** [1] - 150:19
**experience** [27] - 7:20, 9:17, 22:19, 42:4, 42:17, 43:3, 47:12, 59:2, 85:1, 92:21, 96:17, 102:14, 112:18, 149:12, 171:20, 171:25, 173:10, 173:16,

173:18, 178:12, 190:1, 190:5, 195:10, 198:13, 204:15, 206:17
**experiences** [2] - 207:16, 214:19
**explain** [1] - 7:17
**export** [1] - 161:15
**exporter** [1] - 102:25
**Express** [1] - 69:18
**extended** [1] - 160:11
**extensive** [6] - 14:17, 15:8, 26:25, 79:22, 79:23, 80:21
**extent** [1] - 10:19
**extra** [1] - 155:18
**extraordinarily** [1] - 81:3
**eye** [10] - 33:4, 33:6, 33:7, 134:25, 135:6, 135:8, 135:9, 135:25, 136:13, 137:23

**F**

**face** [2] - 15:3
**Facebook** [2] - 145:7, 272:5
**fact** [16] - 6:6, 6:13, 16:15, 34:2, 39:22, 41:7, 78:10, 85:5, 130:21, 150:21, 155:18, 168:3, 169:10, 176:11, 198:12, 259:21
**factor** [1] - 78:3
**factors** [2] - 22:23, 149:16
**facts** [2] - 78:5, 177:12
**faculties** [1] - 81:16
**Fadi** [2] - 40:20, 168:23
**failed** [4] - 78:23, 129:2, 190:14, 260:2
**fails** [1] - 53:3
**fair** [85] - 7:8, 9:21, 41:15, 42:5, 42:11, 42:25, 43:7, 43:15, 43:24, 51:21, 52:16, 56:5, 56:8, 59:4, 62:1, 62:6, 62:8, 62:9, 62:10, 74:5, 76:2, 78:2, 78:7, 78:11, 79:5, 85:2, 85:7, 92:22, 95:14, 96:18, 96:25, 98:21, 102:15, 107:3, 108:18,

112:19, 114:7, 125:15, 126:6, 126:24, 127:6, 128:13, 128:21, 130:18, 133:6, 169:18, 169:22, 170:14, 171:5, 171:7, 173:14, 174:8, 174:14, 175:6, 177:7, 177:12, 177:16, 177:18, 178:16, 178:23, 188:25, 189:7, 189:16, 190:10, 190:11, 195:11, 196:9, 196:10, 198:14, 207:17, 214:20, 215:25, 227:25, 231:19, 232:17, 234:21, 235:15, 252:23, 255:5, 255:13, 256:10, 258:1, 259:11, 260:10, 265:14

**fairly** [26] - 15:8, 55:21, 58:21, 77:13, 79:22, 92:16, 96:10, 102:7, 103:18, 103:20, 103:21, 103:25, 107:7, 112:8, 194:21, 207:9, 213:24, 215:14, 215:17, 227:8, 227:15, 232:11, 236:13, 252:18, 254:21, 255:8

**Faith** [2] - 40:10, 168:13

**fall** [1] - 7:23

**familiar** [1] - 189:6

**family** [43] - 8:25, 9:7, 27:15, 28:12, 35:18, 42:16, 60:10, 66:15, 84:15, 88:22, 95:11, 95:22, 95:25, 96:3, 98:16, 98:18, 98:25, 106:10, 161:9, 162:24, 170:2, 171:19, 180:24, 182:4, 188:3, 188:9, 188:12, 188:18, 189:18, 190:7, 197:24, 198:1, 203:3, 203:21, 204:13, 204:17, 230:8, 231:1, 231:2, 239:11, 250:6, 259:22, 266:19

**Family** [1] - 251:14

**far** [12] - 8:12, 30:24, 77:1, 77:8, 77:16,

91:24, 92:24, 104:13, 134:7, 151:15, 176:22, 255:1

**Farm** [4] - 107:15, 107:16, 107:17, 107:18

**fashion** [1] - 14:5

**fast** [3] - 210:22, 210:25, 230:22

**faster** [1] - 174:1

**father** [7] - 27:7, 114:24, 116:20, 188:10, 240:13, 254:16, 255:7

**father's** [1] - 98:4

**FAU** [1] - 152:15

**February** [34] - 24:7, 27:21, 27:25, 28:17, 29:1, 29:20, 30:7, 30:8, 30:10, 30:13, 32:15, 33:4, 33:13, 37:20, 133:25, 135:7, 135:8, 142:9, 144:23, 145:9, 145:20, 153:1, 154:3, 157:2, 158:24, 159:18, 162:24, 164:6, 166:1, 260:17, 262:7, 272:23

**federal** [30] - 7:2, 9:17, 41:10, 43:3, 50:11, 50:14, 51:9, 63:21, 93:4, 93:5, 93:20, 101:20, 104:16, 111:24, 169:13, 172:9, 178:12, 184:12, 197:15, 200:21, 200:22, 201:4, 201:6, 201:19, 205:19, 218:7, 220:15, 227:3, 235:25, 260:9

**feeding** [1] - 30:24

**feelings** [11] - 9:19, 43:5, 43:11, 43:13, 185:8, 215:19, 215:23, 227:24, 231:13, 231:16, 252:22

**Felicia** [3] - 158:15, 170:25, 225:2

**fellow** [1] - 52:7

**felony** [2] - 58:17, 232:1

**felt** [1] - 176:25

**Fernandez** [8] - 32:6, 41:16, 62:18, 105:24, 105:25, 129:11, 163:19, 249:17

**ferrets** [1] - 254:6

**few** [13] - 16:11,

23:14, 64:21, 65:4, 90:5, 123:7, 136:6, 150:6, 176:13, 207:7, 262:4, 267:18, 271:12

**fiancé** [2] - 197:22, 198:3

**fiancée** [3] - 83:22, 84:14, 85:1

**fighting** [1] - 49:2

**Figueroa** [2] - 35:10, 117:21

**Figueroa-Martinez** [2] - 35:10, 117:21

**file** [3] - 14:9, 14:13, 18:21

**filed** [5] - 10:12, 18:20, 19:19, 19:24, 20:1

**filing** [3] - 10:11, 19:20, 19:21

**fill** [1] - 271:12

**filtered** [1] - 145:1

**finally** [1] - 259:14

**finance** [1] - 186:8

**financial** [2] - 29:13, 47:1, 87:21

**fine** [12] - 9:10, 9:23, 13:12, 15:7, 15:11, 18:8, 18:10, 19:25, 64:22, 130:24, 131:10, 226:9

**finish** [6] - 105:14, 127:20, 215:22, 224:5, 231:15, 234:19

**finished** [3] - 103:4, 109:8, 127:22

**finishing** [1] - 76:17

**fire** [1] - 245:21

**Fire** [3] - 225:4, 226:1, 237:15

**firefighter** [2] - 73:5, 197:22

**fireman** [1] - 219:13

**firm** [3] - 29:10, 110:12, 152:8

**first** [42] - 4:23, 7:1, 12:2, 12:14, 12:18, 12:19, 12:22, 13:5, 13:24, 13:25, 15:19, 18:15, 21:6, 23:15, 23:25, 24:18, 54:9, 68:1, 77:7, 96:22, 125:4, 129:4, 132:16, 138:2, 138:13, 147:24, 150:8, 151:2, 154:3, 163:6, 174:12, 189:13, 189:23, 214:24, 222:3, 241:7, 260:8, 265:12, 267:13, 267:16,

267:19

**fish** [2] - 49:1, 76:20

**fishing** [5] - 47:11, 115:22, 200:1, 212:1, 212:11

**FIU** [2] - 33:11, 153:13

**five** [31] - 16:17, 17:22, 18:1, 24:9, 24:21, 28:11, 29:10, 32:8, 35:5, 35:18, 64:4, 95:25, 141:16, 141:19, 144:6, 147:5, 150:20, 151:18, 155:12, 155:13, 159:14, 161:10, 161:12, 161:13, 161:17, 199:18, 256:7, 256:25, 257:1

**five-week** [1] - 28:11

**flight** [2] - 74:11, 126:20, 209:23

**floor** [9] - 64:23, 66:1, 66:5, 66:17, 119:15, 223:24

**Floor** [2] - 2:2, 273:19

**flooring** [3] - 32:11, 106:2, 134:18

**floors** [2] - 119:16, 119:17

**Flores** [3] - 4:11, 39:13, 167:18

**FLORIDA** [1] - 1:1

**Florida** [62] - 1:4, 1:16, 1:22, 1:25, 2:3, 20:25, 30:16, 36:7, 36:13, 36:17, 36:25, 37:5, 37:10, 37:15, 37:21, 37:25, 38:6, 38:11, 38:17, 38:22, 85:13, 86:25, 88:15, 99:14, 107:14, 107:25, 108:16, 114:18, 116:15, 120:15, 147:18, 164:13, 164:19, 164:23, 165:6, 165:10, 165:16, 165:21, 166:2, 166:6, 166:12, 166:17, 166:23, 167:3, 192:9, 197:1, 199:5, 202:15, 204:3, 206:8, 206:11, 206:15, 211:19, 212:9, 216:24, 219:2, 225:3, 237:9, 240:2, 251:4, 253:24, 273:20

**fly** [5] - 28:21, 105:14, 154:5, 154:6,

238:24

**flying** [2] - 28:22, 210:12

**FMLA** [1] - 34:2

**focusing** [2] - 84:23, 85:6

**folks** [2] - 39:16, 167:22

**follow** [6] - 11:1, 44:6, 44:12, 177:11, 179:6, 179:8

**following** [45] - 13:18, 20:19, 27:12, 33:12, 64:11, 65:1, 66:10, 66:21, 67:12, 77:4, 82:13, 95:20, 97:3, 122:11, 123:17, 124:9, 124:14, 136:9, 138:8, 142:3, 143:10, 144:16, 146:4, 146:16, 147:12, 173:8, 178:9, 187:8, 191:21, 193:24, 196:13, 224:3, 224:10, 224:24, 234:9, 236:19, 255:25, 256:12, 256:24, 257:3, 262:2, 263:5, 271:8, 272:17, 273:6

**followup** [2] - 27:10

**followups** [1] - 27:13

**Food** [1] - 107:22

**food** [3] - 83:23, 242:2, 254:4

**FOR** [2] - 1:14, 1:20

**Force** [2] - 60:7, 94:23

**Ford** [3] - 4:11, 39:13, 167:19

**foreclosure** [1] - 192:14

**foregoing** [1] - 273:15

**foreign** [15] - 7:3, 36:16, 37:3, 37:13, 37:24, 38:9, 38:20, 41:11, 164:22, 165:9, 165:19, 165:5, 166:15, 167:1, 169:14

**foreperson** [14] - 63:24, 64:5, 72:5, 90:7, 105:1, 105:18, 133:24, 134:9, 134:11, 183:9, 201:12, 205:23, 218:11, 220:21

**forever** [1] - 77:25

**forget** [2] - 44:19, 66:2

**Fort** [9] - 37:14, 37:15, 38:10, 38:11, 165:20, 165:21, 166:16, 166:17, 251:18
**forth** [2] - 182:25, 259:13
**forward** [1] - 260:13
**forwarding** [1] - 249:19
**fought** [1] - 49:5
**four** [17] - 16:3, 17:22, 17:24, 17:25, 18:4, 83:11, 91:19, 94:15, 94:22, 141:19, 155:16, 156:3, 186:7, 187:21, 192:11, 232:5, 268:8
**four-wheel** [1] - 91:19
**Fourth** [1] - 1:15
**fourth** [4] - 154:15, 233:25, 234:12, 235:1
**frame** [2] - 35:6, 141:16
**framed** [1] - 178:3
**France** [1] - 105:10
**franchise** [1] - 163:11
**frankly** [1] - 260:20
**fraud** [1] - 104:25
**free** [2] - 26:8, 232:9
**freight** [1] - 249:19
**freight-forwarding** [1] - 249:19
**frequency** [1] - 160:8
**Friday** [17] - 24:4, 34:7, 34:9, 34:10, 113:21, 137:13, 150:17, 151:16, 154:4, 154:6, 155:7, 158:17, 158:18, 159:2, 161:19, 266:25
**Fridays** [1] - 162:14
**friend** [14] - 9:7, 42:16, 57:12, 106:10, 111:22, 129:15, 171:25, 172:18, 180:23, 193:20, 198:9, 198:12, 240:22, 261:7
**friend's** [2] - 112:17, 195:10
**friends** [9] - 8:25, 47:13, 54:16, 54:19, 66:15, 84:2, 171:19, 204:16, 230:9
**front** [3] - 174:24, 245:11, 271:10
**frozen** [1] - 113:19,

114:1
**fuel** [1] - 262:25
**Fuentes** [3] - 171:24, 196:24, 196:25
**full** [15] - 10:15, 10:16, 11:21, 12:4, 12:12, 12:13, 12:16, 13:3, 19:24, 29:9, 31:23, 156:3, 156:7, 156:9, 163:24
**full-time** [3] - 156:7, 156:9, 163:24
**function** [1] - 158:2

## G

**G.R** [4] - 15:20, 15:21, 40:12, 168:15
**Gables** [2] - 155:16, 206:8
**Gainesville** [2] - 30:4, 133:1
**Gaitan** [3] - 153:12, 169:25, 185:24
**gallery** [2] - 24:15, 150:25
**games** [2] - 251:13, 254:6
**gaming** [1] - 204:14
**Garden** [2] - 163:11, 194:2
**gardening** [5] - 108:1, 212:1, 212:11, 233:17, 248:24
**Gardens** [6] - 69:8, 69:9, 86:2, 119:5, 240:5, 242:6
**Gary** [2] - 40:21, 168:24
**gas** [1] - 205:1
**Gaston** [1] - 153:25
**Geilenfeld** [2] - 41:1, 169:4
**general** [4] - 100:25, 116:17, 204:6, 204:9
**generally** [17] - 48:15, 61:7, 69:7, 91:25, 111:13, 121:2, 182:21, 185:3, 197:20, 200:9, 205:7, 208:22, 209:3, 210:19, 221:22, 226:7, 243:21
**generator** [1] - 121:8
**gentleman** [3] - 125:5, 128:20, 261:16
**gentlemans** [1] - 47:14
**gentlemen** [8] -

20:23, 22:13, 39:8, 65:3, 147:16, 149:6, 167:13, 271:10
**George** [1] - 108:13
**Georgia** [3] - 28:21, 69:13, 227:11
**gigs** [1] - 153:24
**Gilbert** [1] - 109:25
**Gilhooley** [3] - 159:16, 233:4, 233:5
**Gill** [2] - 40:12, 168:15
**girl** [2] - 105:13, 247:7
**girlfriend** [3] - 239:3, 251:11, 251:16
**girls** [3] - 108:13, 154:25, 233:14
**given** [12] - 8:4, 9:2, 12:2, 44:15, 65:9, 77:11, 177:17, 177:18, 179:11, 223:10, 260:7, 268:20
**glad** [1] - 6:3
**glance** [1] - 18:15
**glitch** [2] - 23:20, 150:12
**Goeser** [3] - 155:11, 216:22, 216:23
**golf** [1] - 47:11
**Gonzalez** [6] - 90:13, 133:5, 157:18, 172:16, 203:25, 204:2
**Google** [1] - 15:6
**Gordon** [1] - 107:22
**Goulds** [1] - 233:9
**GOVERNMENT** [1] - 1:14
**Government** [122] - 6:22, 7:9, 7:10, 8:10, 9:11, 9:19, 9:21, 9:24, 10:4, 10:7, 10:24, 13:2, 16:10, 16:14, 19:22, 39:4, 41:15, 41:22, 42:5, 42:18, 42:19, 43:5, 43:7, 43:15, 43:24, 52:23, 53:2, 53:6, 56:5, 59:4, 62:1, 64:14, 74:5, 78:7, 78:20, 78:23, 79:5, 85:7, 92:23, 96:19, 102:16, 112:20, 122:16, 123:5, 123:6, 125:6, 129:2, 129:6, 131:7, 131:9, 131:18, 131:21, 131:22, 131:23, 132:3, 132:13, 132:16, 134:13, 138:16,

138:17, 138:20, 138:21, 139:5, 139:8, 139:9, 139:13, 139:14, 139:16, 140:12, 143:15, 143:20, 144:2, 147:6, 149:4, 167:10, 169:18, 171:13, 171:21, 171:22, 177:5, 177:8, 178:14, 178:16, 189:16, 190:13, 190:21, 191:3, 195:11, 198:14, 207:18, 214:21, 215:25, 228:1, 231:19, 232:17, 234:21, 252:23, 255:5, 255:14, 256:4, 260:2, 260:5, 260:9, 261:11, 263:21, 263:22, 264:3, 264:4, 264:10, 264:13, 264:20, 264:25, 265:2, 265:3, 265:4, 265:25, 267:14, 267:21, 268:3, 268:10, 269:12, 269:17
**Government's** [8] - 19:5, 128:16, 130:2, 135:2, 140:20, 259:1, 259:8, 261:8
**grade** [4] - 193:6, 233:25, 234:12, 235:1
**graders** [1] - 89:6
**graduated** [2] - 67:25, 233:15
**Graham** [3] - 199:3, 199:4, 264:6
**grand** [8] - 36:11, 51:7, 55:9, 58:11, 62:11, 164:17, 201:17, 201:23
**grandchildren** [1] - 171:2
**grandfather** [2] - 234:12, 235:6
**grandma** [2] - 101:3, 249:22
**grandmother** [4] - 163:20, 250:5, 269:6, 269:10
**grandmother's** [1] - 269:4
**grandpa** [1] - 203:23
**grandson** [1] - 108:2
**grant** [1] - 259:15
**great** [1] - 260:1
**Greece** [1] - 263:2
**Gregory** [2] - 41:3,

169:6
**Grieco** [1] - 197:13
**grounds** [3] - 128:12, 133:19, 140:16
**group** [2] - 172:14, 221:21
**Grove** [1] - 225:6
**grown** [1] - 69:13
**Grundler** [1] - 156:22
**guess** [7] - 32:2, 61:9, 93:1, 153:17, 156:9, 158:1, 222:6
**guilty** [28] - 41:22, 52:24, 53:4, 53:8, 53:11, 53:13, 58:16, 78:21, 78:25, 90:6, 96:5, 103:17, 104:24, 112:3, 128:19, 129:4, 129:8, 175:5, 190:14, 190:15, 190:17, 190:20, 190:22, 191:15, 232:8, 260:2, 260:3, 260:6
**Guy** [1] - 251:14
**guy** [4] - 20:17, 174:1, 180:8, 205:1
**guys** [1] - 270:22
**gym** [2] - 72:22, 180:19

## H

**Haiti** [24] - 4:24, 5:1, 5:3, 5:22, 36:17, 37:5, 37:15, 38:1, 38:11, 38:22, 45:1, 164:23, 165:11, 165:21, 166:7, 166:17, 167:3, 170:6, 170:7, 175:20, 175:21, 177:11, 241:23, 246:9
**Haitian** [1] - 174:23
**half** [3] - 23:17, 82:20, 88:21
**halfway** [2] - 194:17, 194:19
**hallway** [3] - 145:22, 271:22
**Hammocks** [1] - 217:3
**hand** [1] - 126:5
**handheld** [3] - 23:20, 23:23, 150:12
**handle** [2] - 7:17, 142:22
**handled** [1] - 108:9
**handles** [1] - 110:5
**hands** [2] - 8:7,

154:10
**happy** [2] - 78:18, 79:9
**Harcourt** [14] - 36:9, 36:14, 37:2, 37:12, 37:23, 38:8, 38:19, 164:15, 164:20, 165:8, 165:18, 166:4, 166:14, 166:25
**hard** [6] - 53:17, 128:14, 163:22, 178:19, 188:7, 188:8
**hardship** [52] - 6:15, 125:3, 125:7, 125:17, 125:20, 128:2, 128:9, 129:16, 129:19, 130:8, 130:9, 132:15, 132:23, 133:4, 134:16, 134:20, 134:25, 136:2, 138:9, 138:12, 138:14, 139:24, 139:25, 140:4, 140:7, 140:22, 141:20, 257:16, 257:18, 257:20, 257:23, 258:13, 258:21, 258:22, 258:23, 259:5, 261:5, 263:6, 263:13, 265:9, 266:15, 266:18, 266:21, 267:6, 267:8, 267:12, 268:15, 268:18, 268:19, 268:20, 269:1, 269:13
**Harry** [1] - 209:21
**Harvey** [2] - 40:5, 168:8
**Hashem** [2] - 40:20, 168:23
**Hattie** [2] - 40:18, 168:21
**Havana** [2] - 204:6, 244:18
**health** [8] - 31:2, 33:22, 83:23, 94:12, 162:2, 244:19, 244:23, 245:2
**healthcare** [2] - 47:2, 87:15
**hear** [17] - 16:19, 22:4, 24:3, 65:6, 148:22, 150:16, 150:17, 156:21, 172:19, 172:20, 188:18, 223:6, 257:24, 260:11, 260:25
**heard** [4] - 39:2, 105:18, 167:8, 171:8
**hearing** [5] - 5:4,

55:10, 109:10, 218:15, 227:11
**hearings** [8] - 92:14, 102:2, 194:11, 194:13, 213:19, 227:6, 231:23, 252:16
**heart** [1] - 229:12
**heartfelt** [1] - 177:1
**Heather** [2] - 40:5, 168:8
**Hector** [2] - 40:17, 168:20
**Heights** [2] - 76:11, 211:21
**hello** [4] - 31:8, 34:5, 142:5, 204:1
**help** [13] - 19:15, 30:23, 65:23, 157:20, 158:9, 159:10, 161:11, 161:16, 161:18, 170:7, 203:22, 204:4, 223:23
**helpful** [3] - 23:24, 44:18, 179:13
**helping** [1] - 31:14
**hereby** [1] - 273:15
**Herman** [3] - 171:6, 172:4, 211:18
**Herrera** [2] - 160:18, 237:8
**Herrera-Perdigon** [2] - 160:18, 237:8
**hesitated** [1] - 260:4
**hesitation** [1] - 260:1
**Hi** [2] - 152:10, 161:22
**hi** [2] - 59:8, 142:4
**high** [6] - 47:9, 70:14, 100:13, 108:24, 118:23, 233:16
**High** [1] - 108:11
**highlight** [1] - 266:20
**highway** [1] - 120:15
**Hilton** [1] - 163:10
**himself** [1] - 258:19
**hip** [5] - 80:11, 81:2, 202:5, 202:7, 202:10
**hit** [1] - 187:15
**hobbies** [23] - 47:11, 63:1, 72:22, 88:4, 88:22, 94:21, 101:10, 106:5, 108:1, 115:22, 116:22, 118:6, 119:24, 197:24, 200:2, 204:13, 210:6, 217:13, 222:6, 225:19, 240:19, 243:7, 250:6
**hobby** [10] - 91:6,

99:21, 103:5, 182:6, 217:15, 222:7, 242:13, 248:24, 251:13
**hold** [3] - 22:19, 149:12, 195:6
**Hollywood** [4] - 37:14, 38:10, 165:20, 166:16
**home** [25] - 27:9, 29:11, 41:18, 59:20, 60:22, 61:5, 129:24, 135:16, 135:22, 144:25, 145:6, 162:2, 163:16, 180:10, 193:4, 222:6, 230:2, 235:5, 242:1, 244:19, 244:23, 245:1, 271:16, 271:19, 272:3
**Home** [3] - 199:23, 241:24, 241:25
**Homeland** [14] - 4:12, 4:13, 39:14, 42:13, 167:20, 167:21, 171:17, 172:7, 172:13, 172:23, 173:10, 206:19, 261:7
**homemaker** [1] - 76:13
**Homestead** [3] - 89:12, 183:19, 221:23
**Honduras** [3] - 59:10, 69:4, 229:21
**honest** [3] - 52:13, 108:20, 114:9
**honesty** [2] - 23:7, 149:25
**Honor** [103] - 4:7, 4:16, 4:22, 6:1, 7:13, 8:11, 9:12, 10:4, 10:9, 10:16, 11:5, 11:9, 11:15, 12:4, 13:8, 13:21, 16:6, 16:22, 17:4, 22:11, 22:12, 31:8, 32:5, 46:23, 54:10, 64:8, 67:3, 67:8, 124:12, 124:21, 125:6, 125:16, 125:21, 125:24, 126:12, 126:19, 126:23, 127:10, 127:18, 128:3, 128:8, 128:17, 129:13, 130:3, 130:7, 130:17, 131:3, 131:10, 131:19, 131:23, 132:4, 132:12, 132:18, 132:24, 133:3, 133:8, 133:10,

133:12, 133:16, 134:19, 134:23, 138:18, 139:1, 139:6, 139:14, 139:25, 140:13, 140:21, 141:4, 141:22, 143:16, 143:21, 144:3, 146:22, 146:25, 149:4, 149:5, 157:7, 157:19, 158:14, 161:7, 162:11, 162:21, 164:1, 170:13, 171:1, 172:12, 172:17, 173:1, 175:2, 175:11, 175:23, 177:14, 224:15, 224:18, 256:4, 257:8, 257:11, 257:17, 261:9, 267:1, 267:23, 269:25
**HONORABLE** [1] - 1:10
**hook** [1] - 19:11
**Hope** [6] - 4:19, 39:19, 124:25, 147:1, 167:24, 224:19
**hope** [2] - 15:24, 67:5
**hopefully** [2] - 26:11, 224:6
**HOROWITZ** [39] - 1:23, 4:22, 10:23, 13:1, 13:22, 14:1, 14:4, 14:11, 14:21, 14:25, 15:7, 15:11, 20:8, 20:16, 64:17, 122:15, 123:4, 123:8, 123:13, 126:16, 132:18, 132:21, 132:24, 133:5, 133:10, 133:14, 133:18, 133:20, 134:15, 134:21, 146:13, 178:2, 224:18, 256:7, 256:10, 257:11, 267:23, 271:3, 273:10
**Horowitz** [13] - 4:17, 13:14, 14:20, 20:5, 20:13, 39:17, 39:18, 67:4, 124:25, 147:1, 167:24, 224:19, 257:12
**horrible** [1] - 174:5
**Hospice** [1] - 240:3
**Hospital** [4] - 87:2, 101:7, 152:21, 259:4
**hospital** [16] - 27:7, 59:16, 79:20, 79:21, 80:3, 80:5, 85:17,

129:21, 129:22, 129:23, 163:21, 210:17, 269:4, 269:7, 269:8, 269:10
**hotel** [2] - 210:12, 248:20
**hour** [4] - 135:16, 162:6, 224:7
**hour-and-15-minute** [1] - 33:19
**hourly** [1] - 267:9
**hours** [3] - 155:7, 156:3, 156:9
**house** [13] - 25:18, 84:6, 98:16, 108:7, 173:3, 173:21, 180:12, 194:15, 194:17, 194:19, 233:22, 243:15, 245:21
**housekeeping** [2] - 23:14, 150:6
**houses** [1] - 162:3
**housewife** [1] - 229:22
**HR** [1] - 240:12
**Huck** [3] - 172:6, 172:11, 212:15
**Huck's** [1] - 212:14
**human** [2] - 62:20, 245:2
**hung** [1] - 253:9
**husband** [27] - 59:19, 67:23, 71:5, 73:7, 74:17, 87:25, 88:19, 107:21, 110:19, 110:20, 119:8, 119:10, 119:12, 120:12, 121:6, 161:9, 187:14, 219:6, 233:12, 233:19, 233:20, 237:14, 242:9, 242:23, 249:22, 249:25, 250:11
**husband's** [1] - 225:9
**husbands** [1] - 239:10
**hygienist** [2] - 48:23, 69:18

**I**

**ibuprofen** [1] - 81:15
**ideas** [2] - 44:4, 179:4
**Idelmis** [1] - 118:25
**identified** [3] - 24:1,

89:22, 151:3
**identify** [5] - 9:5, 11:8, 61:4, 61:5, 179:14
**identity** [2] - 208:25, 209:1
**ignorance** [1] - 269:21
**II** [8] - 147:10, 147:11, 150:4, 224:2, 224:23, 256:23, 271:7, 273:5
**ill** [1] - 163:21
**illicit** [13] - 7:4, 37:5, 37:16, 38:1, 38:12, 38:22, 41:12, 165:11, 165:22, 166:7, 166:18, 167:3, 169:15
**illness** [1] - 87:5
**immediate** [1] - 239:11
**immediately** [8] - 65:19, 124:4, 145:17, 175:18, 223:19, 256:20, 260:5, 272:13
**Immigration** [3] - 42:13, 171:16, 173:11
**impact** [4] - 29:11, 77:24, 79:11, 126:13
**impacting** [1] - 79:25
**impair** [1] - 126:13
**impartial** [23] - 23:1, 42:25, 43:21, 51:22, 52:17, 56:8, 76:2, 78:2, 78:11, 85:2, 95:14, 96:25, 98:21, 107:3, 108:18, 127:6, 149:19, 173:14, 174:8, 178:24, 189:7, 235:15, 260:11
**impartially** [2] - 22:21, 149:14
**important** [5] - 21:4, 51:13, 65:8, 147:22, 223:9
**impropriety** [1] - 272:20
**inadequate** [2] - 21:9, 148:2
**Inc** [1] - 152:7
**incarcerated** [6] - 102:5, 112:15, 194:14, 198:8, 213:22, 236:10
**incident** [5] - 43:14, 77:16, 108:24, 233:24, 234:16
**incidents** [1] - 43:23
**inclined** [2] - 16:25, 175:8

**include** [3] - 14:19, 268:24, 270:14
**including** [11] - 8:25, 11:22, 15:5, 21:21, 65:16, 124:1, 145:14, 148:14, 223:16, 272:10, 272:16
**income** [2] - 28:13, 35:14
**inconvenience** [1] - 64:24
**incorporate** [2] - 8:3, 15:9
**incorporated** [1] - 9:4
**increase** [1] - 18:3
**Indiana** [1] - 76:15
**indicated** [4] - 126:21, 126:24, 147:5, 269:10
**indicated** [7] - 15:25, 126:2, 134:7, 140:19, 176:3, 265:20, 271:13
**indicates** [1] - 12:15
**indictment** [7] - 13:20, 36:4, 36:10, 164:11, 164:16, 171:12, 191:1
**indictments** [3] - 51:9, 51:12, 201:24
**individual** [5] - 79:14, 122:14, 256:3, 261:6, 261:14
**individuals** [1] - 176:4
**industrial** [1] - 90:15
**industry** [4] - 47:2, 109:16, 109:19, 186:21
**infection** [1] - 109:9
**inflammatory** [1] - 122:6
**influenced** [4] - 22:18, 22:23, 149:11, 149:16
**information** [6] - 5:4, 22:1, 145:8, 148:19, 177:1, 221:20
**informed** [1] - 64:14
**initials** [3] - 11:23, 13:24, 15:13
**injection** [2] - 27:11, 27:22
**injury** [2] - 197:9, 245:20
**Inn** [1] - 163:11
**inner** [1] - 109:8
**innocent** [7] - 41:20, 42:1, 52:21, 170:11, 171:10, 175:4, 175:19
**Innovative** [1] -

240:3
**inquire** [1] - 196:11
**inquiries** [2] - 22:2, 148:20
**INS** [1] - 172:14
**insect** [1] - 89:22
**insects** [1] - 90:1
**inside** [1] - 184:22
**Insley** [2] - 40:22, 168:25
**inspector** [2] - 67:24, 73:7
**instance** [7] - 108:17, 178:1, 185:8, 227:24, 231:17, 232:16, 255:2
**instances** [4] - 103:12, 205:3, 243:17, 270:12
**instant** [1] - 15:1
**institution** [3] - 21:2, 87:22, 147:20
**instruct** [8] - 21:10, 65:19, 124:4, 145:17, 148:3, 223:19, 256:20, 272:18
**instruction** [11] - 12:21, 14:5, 14:9, 14:13, 14:17, 65:5, 65:8, 223:5, 223:9, 270:8, 270:15
**instructions** [11] - 14:16, 14:23, 15:10, 44:4, 44:7, 44:12, 144:7, 179:4, 179:7, 179:9, 272:18
**instructor** [6] - 28:9, 70:25, 154:13, 154:19, 221:9, 238:24
**instrumental** [1] - 108:15
**insulin** [1] - 33:23, 113:6
**insulin-dependent** [1] - 113:6
**insurance** [3] - 35:11, 107:18, 117:23
**insurmountable** [4] - 24:11, 150:21, 154:9, 154:10
**integrity** [2] - 23:7, 149:25
**Intel** [1] - 110:5
**intend** [1] - 224:5
**intense** [1] - 152:18
**interactions** [1] - 40:1
**interested** [2] - 154:8, 259:25
**interesting** [1] -

143:6
**interfere** [2] - 141:6, 141:8
**interference** [1] - 55:17
**international** [1] - 110:5
**International** [13] - 36:17, 37:4, 37:14, 37:25, 38:10, 38:21, 164:23, 165:10, 165:20, 166:6, 166:16, 167:2, 262:14
**Internet** [6] - 65:16, 83:25, 124:1, 145:14, 223:16, 272:10
**interpreter** [1] - 16:8
**interpreters** [2] - 16:15, 18:7
**interrupted** [1] - 265:25
**intoxication** [1] - 55:17
**introduce** [4] - 21:14, 39:5, 148:7, 167:11
**introduced** [2] - 39:21, 168:2
**introduction** [1] - 221:13
**investigated** [5] - 9:8, 42:12, 58:8, 77:7, 171:16
**investigation** [3] - 5:22, 16:1, 108:23
**Investigations** [5] - 4:13, 39:14, 42:14, 167:20, 171:17
**investigative** [1] - 186:2
**investigator** [1] - 4:19
**involved** [2] - 222:13, 248:19
**Iowa** [1] - 54:5
**issue** [13] - 33:22, 81:1, 114:15, 130:15, 135:25, 152:12, 154:4, 189:18, 189:25, 190:2, 213:7, 235:23, 257:18
**issues** [13] - 6:15, 22:22, 33:23, 33:25, 51:13, 73:22, 74:3, 113:9, 114:5, 125:17, 126:13, 149:15, 194:24
**IT** [5] - 88:2, 158:8, 158:9, 158:11, 204:4
**it'll** [2] - 123:19,

271:17
**itself** [4] - 78:17, 80:5, 141:6, 260:10
**Ivette** [1] - 88:14

# J

**jack** [1] - 251:5
**Jack** [4] - 40:12, 40:21, 168:15, 168:24
**jack-of-many-trades** [1] - 251:5
**Jackson** [5] - 29:3, 40:18, 44:8, 44:25, 168:21
**Jacqueline** [2] - 171:24, 196:25
**jail** [3] - 208:21, 234:13, 235:9
**Jamaica** [2] - 67:17, 181:24
**James** [4] - 26:21, 33:10, 76:7, 97:17
**Jamie** [2] - 40:10, 168:13
**Janet** [3] - 18:17, 40:5, 168:8
**janitorial** [1] - 82:18
**January** [2] - 1:5, 27:6
**Jarvis** [2] - 40:17, 168:20
**Jean** [14] - 40:20, 40:22, 40:23, 41:3, 41:4, 168:23, 168:25, 169:1, 169:6, 169:7, 246:7, 246:8
**Jean-Noel** [2] - 246:7, 246:8
**Jeff** [2] - 41:4, 169:7
**Jehovah** [2] - 29:4, 35:22
**Jehovah's** [1] - 125:10
**Jennifer** [2] - 160:17, 237:8
**Jensen** [2] - 40:25, 169:3
**Jersey** [1] - 233:6
**Jessalena** [3] - 24:20, 42:9, 85:12
**Jewish** [3] - 32:16, 241:25, 242:1
**Jim** [8] - 40:16, 40:21, 40:24, 41:4, 168:19, 168:24, 169:2, 169:7
**JOAN** [1] - 1:10
**job** [17] - 21:24,

29:10, 34:8, 34:13,
35:2, 35:13, 47:1,
54:9, 114:21, 128:9,
140:1, 148:17,
151:20, 156:3, 163:6,
222:3

**Job** [1] - 202:25

**jobs** [1] - 54:7

**Joe** [3] - 41:4,
152:22, 169:7

**Johnson** [1] - 243:3

**join** [1] - 241:7

**joining** [1] - 4:11

**Jonathan** [3] -
162:12, 240:1, 267:6

**Jones** [6] - 15:15,
40:14, 40:18, 168:17,
168:21, 207:5

**Jordan** [2] - 162:22,
238:20

**Jorge** [2] - 35:9,
117:21

**José** [4] - 40:4,
40:17, 168:7, 168:19

**JUDGE** [1] - 1:11

**Judge** [48] - 8:21,
11:12, 12:10, 13:22,
15:7, 15:11, 16:20,
17:10, 17:13, 18:5,
18:8, 18:12, 18:23,
20:3, 20:24, 23:10,
66:1, 66:4, 122:23,
122:25, 134:12,
146:13, 146:14,
147:8, 147:17, 150:3,
172:5, 172:11,
177:22, 212:14,
212:15, 223:24,
256:10, 256:11,
263:12, 263:22,
264:4, 264:11,
264:14, 264:21,
265:1, 265:4, 266:3,
267:22, 268:4,
268:11, 269:18,
273:10

**judge** [35] - 10:23,
13:1, 13:13, 14:1,
14:4, 14:21, 15:19,
17:21, 19:9, 19:18,
20:8, 20:11, 20:14,
20:25, 29:5, 36:1,
64:17, 106:11,
122:16, 126:7, 126:8,
134:15, 135:5,
135:24, 147:18,
174:17, 191:11,
198:2, 222:21, 259:2,
261:19, 265:10,
267:9, 269:20, 270:7

**judges** [1] - 54:18

**judgment** [2] - 55:6,
125:25

**judicial** [2] - 77:17,
198:2

**July** [1] - 235:11

**jump** [3] - 44:20,
128:4, 241:6

**June** [5] - 108:7,
234:23, 235:2, 235:11

**jurisdiction** [2] -
36:22, 165:3

**juror** [50] - 6:6, 8:4,
23:3, 23:4, 42:25,
51:22, 52:7, 52:17,
56:8, 65:6, 71:23,
76:2, 78:2, 78:12,
81:5, 82:5, 85:2,
95:14, 96:25, 98:21,
107:3, 108:18,
122:14, 123:1, 127:4,
127:6, 127:7, 127:9,
130:20, 130:22,
132:2, 136:2, 142:22,
149:21, 149:22,
151:4, 173:14, 174:8,
175:22, 178:24,
188:16, 189:7, 191:6,
195:20, 223:6,
229:15, 235:15,
235:21, 256:3, 260:11

**Juror** [63] - 44:21,
122:17, 125:7,
125:12, 125:16,
125:21, 126:12,
127:19, 131:9,
131:10, 131:16,
131:22, 132:1, 132:3,
132:7, 132:8, 132:19,
132:25, 133:5,
133:10, 133:14,
133:18, 134:15,
134:21, 136:8, 138:7,
138:21, 139:7,
139:15, 140:14,
142:2, 143:9, 143:19,
144:4, 151:6, 174:21,
179:15, 257:18,
261:24, 262:1, 263:4,
263:16, 263:21,
264:2, 264:3, 264:8,
264:12, 264:13,
264:17, 264:18,
264:22, 264:23,
265:3, 265:7, 265:13,
265:19, 265:20,
266:12, 266:15,
266:19, 268:1,
268:24, 270:1

**JUROR** [934] - 24:20,

24:24, 25:1, 25:4,
25:6, 25:9, 25:12,
25:15, 25:19, 25:21,
26:1, 26:6, 26:10,
26:15, 26:18, 26:21,
27:2, 27:5, 27:17,
27:21, 27:24, 28:4,
28:7, 28:15, 28:23,
28:25, 29:3, 29:7,
29:13, 29:15, 29:22,
29:25, 30:3, 30:7,
30:11, 30:15, 30:19,
30:21, 31:1, 31:5,
31:8, 31:13, 31:17,
31:20, 31:23, 32:2,
32:5, 32:11, 32:13,
32:18, 32:20, 32:22,
32:24, 33:1, 33:8,
33:10, 33:16, 33:21,
34:5, 34:10, 34:12,
34:15, 34:17, 34:19,
34:22, 34:24, 35:1,
35:4, 35:9, 35:21,
35:24, 39:24, 41:16,
41:21, 41:24, 42:2,
42:7, 42:9, 42:20,
43:1, 43:8, 43:16,
43:18, 43:25, 44:8,
44:10, 44:22, 44:25,
45:7, 45:9, 45:11,
45:13, 45:16, 45:18,
45:20, 45:22, 45:24,
46:1, 46:3, 46:5, 46:7,
46:9, 46:11, 46:13,
46:15, 46:17, 46:19,
46:21, 46:23, 47:17,
48:7, 48:11, 48:13,
48:16, 48:21, 48:23,
49:1, 49:4, 49:7, 49:9,
49:12, 49:14, 49:16,
49:18, 49:20, 49:22,
49:25, 50:2, 50:4,
50:6, 50:8, 50:10,
50:13, 50:16, 50:18,
50:20, 50:23, 51:1,
51:3, 51:6, 51:14,
51:19, 51:23, 52:2,
52:5, 52:8, 52:10,
52:13, 52:18, 52:22,
53:1, 53:5, 53:9,
53:12, 53:17, 53:22,
53:25, 54:4, 54:10,
55:2, 55:15, 55:20,
55:23, 55:25, 56:2,
56:7, 56:10, 56:12,
56:17, 56:20, 56:22,
57:4, 57:6, 57:15,
57:18, 58:9, 58:11,
58:13, 58:16, 58:18,
58:20, 58:23, 59:1,
59:6, 59:8, 59:16,

59:21, 59:23, 60:1,
60:3, 60:5, 60:10,
60:12, 60:16, 60:19,
60:24, 61:1, 61:3,
61:9, 61:11, 61:23,
62:3, 62:5, 62:7,
62:10, 62:18, 63:20,
63:22, 63:24, 64:1,
64:3, 64:6, 67:16,
68:13, 68:15, 69:3,
69:8, 69:10, 69:12,
69:15, 69:17, 69:20,
70:14, 70:18, 70:22,
70:23, 71:20, 72:3,
72:6, 72:8, 72:18,
72:21, 72:25, 73:2,
74:1, 74:6, 74:8, 74:9,
74:18, 74:21, 75:13,
75:15, 75:18, 75:24,
76:3, 76:5, 76:7, 77:6,
77:15, 77:23, 78:3,
78:9, 78:13, 78:22,
79:1, 79:7, 79:18,
79:21, 79:24, 80:4,
80:15, 80:18, 80:22,
81:6, 81:11, 81:14,
81:17, 81:19, 81:22,
82:1, 82:7, 82:10,
82:16, 82:24, 83:9,
83:14, 83:20, 84:11,
84:14, 85:4, 85:9,
85:11, 85:12, 85:17,
85:21, 85:23, 86:1,
86:24, 87:4, 87:8,
87:19, 88:13, 88:14,
89:6, 89:9, 89:21,
89:25, 90:13, 90:21,
90:23, 90:25, 91:2,
91:5, 91:15, 91:19,
91:22, 91:24, 92:2,
92:4, 92:11, 92:15,
92:18, 92:24, 93:1,
93:7, 93:9, 93:13,
93:15, 93:18, 93:20,
93:23, 93:25, 94:5,
94:7, 94:10, 95:8,
95:10, 95:15, 95:24,
96:3, 96:9, 96:12,
96:15, 96:20, 97:1,
97:5, 97:13, 97:17,
97:23, 97:25, 98:6,
98:22, 99:11, 100:18,
100:22, 101:6,
101:18, 101:21,
101:23, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 102:19,
102:23, 103:13,
103:15, 103:17,
103:20, 103:22,
104:1, 104:15,

104:17, 104:20,
104:24, 105:2, 105:6,
105:9, 105:13,
105:17, 105:21,
105:23, 105:25,
106:7, 107:4, 107:6,
107:9, 107:11,
107:13, 108:19,
108:22, 109:12,
109:14, 109:20,
109:22, 110:2, 110:4,
110:7, 110:11,
110:14, 110:19,
110:24, 111:1, 111:3,
111:5, 111:10,
111:12, 111:15,
111:17, 111:22,
111:24, 112:2, 112:5,
112:7, 112:10,
112:13, 112:16,
112:21, 112:23,
113:2, 113:10,
113:13, 113:17,
113:23, 114:3, 114:8,
114:12, 114:17,
114:23, 115:1, 115:3,
115:5, 115:8, 115:10,
115:17, 115:20,
116:14, 117:15,
117:19, 117:21,
118:3, 118:25,
119:14, 119:17,
119:23, 119:25,
120:3, 120:5, 120:6,
120:19, 120:25,
121:3, 121:5, 121:7,
122:5, 122:8, 136:14,
136:17, 136:23,
137:4, 137:8, 137:15,
137:18, 137:20,
137:24, 138:1, 138:6,
142:5, 142:8, 142:10,
142:12, 142:14,
142:16, 142:20,
142:23, 142:3, 143:4,
143:8, 144:20, 151:8,
151:10, 151:14,
151:20, 151:25,
152:5, 152:7, 152:10,
152:15, 152:17,
152:21, 152:24,
153:4, 153:7, 153:9,
153:11, 153:16,
153:19, 153:22,
154:2, 154:7, 154:12,
154:22, 155:3, 155:9,
155:11, 156:1, 156:6,
156:8, 156:12,
156:14, 156:21,
156:24, 157:1, 157:7,
157:9, 157:13,

157:16, 157:18, 157:24, 158:1, 158:6, 158:10, 158:12, 158:14, 158:19, 158:22, 159:1, 159:4, 159:6, 159:11, 159:16, 159:25, 160:6, 160:13, 160:17, 160:24, 161:3, 161:5, 161:7, 161:15, 161:17, 161:22, 162:1, 162:5, 162:7, 162:9, 162:11, 162:20, 162:21, 163:4, 163:10, 163:18, 163:24, 164:1, 164:6, 164:9, 169:19, 169:21, 169:25, 170:5, 170:12, 170:13, 170:17, 170:21, 170:25, 171:4, 171:6, 171:24, 172:4, 172:8, 172:11, 172:12, 172:16, 172:21, 172:22, 172:25, 173:6, 173:12, 173:15, 173:20, 174:9, 178:18, 178:25, 179:19, 180:2, 180:4, 180:6, 180:11, 180:15, 180:17, 180:19, 180:23, 181:3, 181:7, 181:9, 181:11, 181:23, 182:16, 182:18, 182:23, 183:2, 183:16, 183:23, 184:3, 184:5, 184:10, 184:13, 184:15, 184:17, 184:21, 184:24, 185:1, 185:5, 185:9, 185:11, 185:13, 185:24, 186:6, 186:11, 186:13, 186:15, 186:18, 186:20, 186:23, 187:6, 187:11, 187:14, 187:18, 187:20, 187:24, 188:1, 188:17, 189:9, 189:12, 189:17, 190:9, 190:12, 190:16, 190:19, 190:23, 191:9, 191:24, 192:8, 192:14, 192:17, 193:20, 194:1, 194:5, 194:7, 194:9, 194:12, 194:15, 194:20,

194:23, 195:5, 195:8, 195:12, 195:14, 195:16, 195:19, 195:23, 196:16, 196:25, 197:5, 197:8, 197:13, 197:17, 197:21, 198:11, 198:16, 199:4, 199:10, 199:12, 199:16, 199:20, 199:22, 200:1, 200:11, 200:16, 200:19, 200:24, 201:7, 201:9, 201:11, 201:13, 201:15, 201:18, 201:20, 202:1, 202:4, 202:14, 202:22, 202:24, 203:22, 204:1, 204:22, 204:24, 205:4, 205:6, 205:9, 205:12, 205:20, 205:22, 205:24, 206:1, 206:7, 207:11, 207:14, 207:19, 207:21, 208:5, 208:24, 209:5, 209:7, 209:21, 210:4, 210:16, 210:21, 211:2, 211:16, 211:18, 212:4, 212:6, 212:9, 212:16, 212:18, 212:20, 212:23, 212:25, 213:6, 213:9, 213:11, 213:14, 213:16, 213:18, 213:20, 213:23, 214:1, 214:4, 214:7, 214:10, 214:13, 214:17, 214:22, 215:1, 215:5, 215:7, 215:9, 215:12, 215:16, 215:20, 216:2, 216:5, 216:10, 216:12, 216:16, 216:23, 217:7, 217:10, 218:6, 218:8, 218:10, 218:12, 218:14, 218:19, 218:22, 219:1, 219:7, 219:10, 219:12, 219:16, 219:19, 219:21, 219:23, 219:25, 220:2, 220:4, 220:6, 220:8, 220:10, 220:12, 220:14, 220:16, 220:18, 220:20, 220:22, 220:24, 221:1, 221:3, 221:5, 221:7, 221:12, 221:15, 221:17,

221:20, 221:23, 225:2, 225:13, 225:18, 226:5, 226:9, 226:12, 226:22, 226:24, 227:2, 227:4, 227:7, 227:10, 227:14, 227:17, 227:22, 228:2, 228:5, 228:19, 228:22, 228:25, 229:16, 229:20, 230:4, 230:6, 230:8, 230:13, 230:21, 230:24, 231:1, 231:3, 231:5, 231:7, 231:9, 231:11, 231:14, 231:20, 231:25, 232:3, 232:7, 232:13, 232:19, 232:21, 233:5, 234:2, 234:5, 234:7, 234:11, 234:18, 234:22, 234:25, 235:8, 235:11, 235:13, 235:17, 235:22, 236:3, 236:8, 236:11, 236:15, 236:18, 236:22, 237:8, 238:3, 238:16, 238:20, 240:1, 240:10, 240:12, 240:17, 240:19, 241:5, 241:22, 242:2, 242:4, 242:6, 242:11, 242:15, 242:18, 242:22, 243:1, 243:3, 243:6, 243:8, 243:11, 243:18, 243:20, 243:23, 244:1, 244:4, 244:6, 244:8, 244:17, 244:24, 245:1, 245:20, 245:23, 246:8, 246:12, 246:15, 246:18, 246:21, 246:23, 247:1, 247:4, 247:6, 247:9, 247:11, 247:14, 247:16, 247:19, 248:10, 248:12, 248:15, 248:20, 249:17, 250:1, 250:4, 251:2, 251:8, 251:17, 251:20, 252:3, 252:8, 252:10, 252:12, 252:15, 252:17, 252:20, 252:25, 253:2, 253:6, 253:9, 253:13, 253:15, 253:23, 254:20, 254:23, 255:1, 255:6, 255:9, 255:15, 262:9,

262:12, 262:17, 262:20, 262:24
**Jurors** [1] - 270:2
**jurors** [25] - 11:18, 11:22, 14:6, 16:19, 17:9, 22:14, 23:8, 66:17, 67:9, 126:5, 144:21, 146:8, 147:4, 147:9, 149:7, 150:1, 175:3, 175:12, 175:25, 176:10, 176:21, 177:3, 224:21, 256:8, 271:11
**jury** [103] - 5:5, 6:14, 7:7, 9:17, 12:5, 12:21, 12:25, 16:21, 16:23, 16:25, 17:2, 17:5, 17:19, 20:23, 21:2, 21:3, 21:7, 21:25, 22:21, 23:1, 24:7, 24:11, 24:14, 31:22, 36:11, 39:2, 39:20, 41:6, 41:13, 42:15, 43:2, 50:22, 50:24, 51:7, 55:7, 55:9, 62:11, 63:18, 63:23, 63:25, 64:12, 65:7, 65:9, 66:8, 70:16, 72:2, 77:5, 93:8, 93:14, 95:21, 104:13, 104:14, 104:22, 105:12, 122:12, 143:12, 144:25, 145:24, 147:16, 147:20, 147:21, 147:25, 148:18, 149:14, 149:19, 150:22, 150:24, 164:17, 167:8, 168:1, 169:9, 169:16, 171:18, 173:9, 175:7, 175:14, 178:11, 187:9, 193:25, 201:6, 201:10, 201:17, 201:23, 201:24, 201:25, 202:2, 205:21, 216:11, 216:13, 218:9, 220:19, 223:10, 234:10, 253:8, 253:9, 253:14, 256:1, 271:16, 271:22, 272:18, 272:21
**Jury** [16] - 3:4, 14:24, 20:18, 23:11, 66:9, 67:11, 124:8, 144:14, 146:3, 147:11, 150:4, 224:2, 224:23, 256:23, 271:6, 273:4
**JURY** [3] - 1:10,

20:21, 147:14
**Justice** [1] - 159:17
**JUSTICE** [1] - 1:17
**justice** [27] - 54:16, 55:22, 58:22, 77:14, 92:17, 96:11, 102:8, 103:19, 107:8, 112:9, 180:24, 182:9, 194:22, 198:1, 207:10, 213:25, 215:15, 227:9, 227:16, 232:12, 236:14, 240:17, 245:10, 252:19, 254:22, 255:8, 255:12
**justified** [1] - 234:14
**Juvenile** [1] - 159:17
**juvenile** [3] - 159:18, 160:6, 233:7

# K

**Kane** [9] - 4:8, 39:11, 67:2, 124:22, 146:23, 167:16, 224:16, 257:9, 266:4
**KANE** [4] - 1:17, 4:15, 39:9, 196:4
**Karasik** [2] - 209:20, 209:21
**Kate** [2] - 40:25, 169:3
**Keith** [2] - 40:18, 168:21
**Kendall** [20] - 56:24, 59:13, 59:17, 67:20, 72:12, 83:17, 83:19, 87:23, 106:3, 109:17, 109:21, 114:20, 115:11, 120:9, 121:3, 208:8, 217:2, 229:23, 238:25, 249:21
**Kenneth** [1] - 253:23
**Key** [2] - 47:4, 47:13
**kid** [2] - 105:13, 160:8
**kidnap** [1] - 105:9
**kids** [15] - 45:5, 47:9, 54:13, 73:5, 73:6, 103:2, 199:18, 203:2, 205:2, 219:8, 237:16, 237:17, 239:5, 249:23, 263:9
**Kim** [2] - 40:24, 169:2
**Kimball** [2] - 41:3, 169:6
**Kimberly** [2] - 86:24, 218:22

**kind** [33] - 32:3, 32:10, 43:10, 55:1, 59:14, 60:8, 63:18, 71:18, 81:20, 91:6, 93:1, 96:22, 101:5, 110:22, 119:12, 122:3, 130:23, 158:16, 161:14, 170:1, 170:2, 170:22, 180:1, 180:3, 188:8, 188:16, 192:13, 197:7, 199:15, 221:19, 234:23, 234:25, 248:19

**Kingston** [1] - 67:17

**Kleenex** [1] - 259:13

**knee** [1] - 121:25

**knees** [2] - 68:23, 122:8

**knowledge** [5] - 22:20, 42:17, 79:2, 149:13, 171:20

**known** [32] - 22:2, 22:15, 36:8, 36:9, 36:14, 36:15, 37:1, 37:2, 37:11, 37:12, 37:22, 37:23, 38:7, 38:8, 38:18, 38:19, 148:20, 149:8, 164:14, 164:15, 164:20, 164:21, 165:7, 165:8, 165:17, 165:18, 166:3, 166:4, 166:13, 166:14, 166:24, 166:25

**knows** [6] - 39:3, 39:21, 136:1, 167:9, 168:2, 195:23

**Knox** [3] - 18:17, 40:5, 168:8

**Knoxville** [1] - 26:4

**Kos** [4] - 164:2, 178:18, 251:1, 251:3

**L**

**lab** [1] - 26:23

**ladies** [8] - 20:23, 22:13, 39:8, 65:3, 147:16, 149:6, 167:13, 271:10

**lady** [1] - 269:4

**Laing** [2] - 40:13, 168:15

**Lakes** [2] - 74:13, 237:11

**Landman** [3] - 32:14, 102:22, 102:23

**language** [1] -

229:11

**Larko** [5] - 4:11, 39:12, 41:1, 167:18, 169:4

**Larry** [2] - 155:11, 216:23

**lascivious** [1] - 77:8

**last** [22] - 6:5, 10:19, 15:14, 17:20, 19:9, 24:9, 35:13, 69:5, 120:18, 135:3, 139:23, 142:16, 154:3, 161:25, 195:16, 216:7, 246:11, 246:13, 249:20, 249:21, 253:22, 260:17

**lasted** [1] - 94:24

**Lauderdale** [9] - 37:14, 37:15, 38:10, 38:11, 165:20, 165:21, 166:16, 166:17, 251:18

**Lauderdale-Hollywood** [4] - 37:14, 38:10, 165:20, 166:16

**laughter** [1] - 17:8

**Laura** [2] - 41:1, 169:4

**law** [45] - 9:17, 9:19, 21:2, 42:22, 43:3, 43:5, 43:11, 43:13, 44:3, 44:5, 44:7, 44:12, 54:17, 54:21, 57:12, 57:14, 60:10, 61:8, 71:19, 110:22, 119:10, 135:20, 147:20, 172:13, 174:10, 177:11, 178:14, 179:3, 179:5, 179:7, 179:9, 181:6, 188:4, 192:22, 195:15, 197:7, 204:16, 206:19, 207:8, 222:12, 231:25, 232:16, 245:9, 254:17

**lawsuit** [1] - 89:21

**lawsuits** [1] - 207:5

**lawyer** [13] - 55:24, 56:1, 58:25, 59:1, 102:11, 106:10, 107:10, 110:20, 110:22, 112:12, 195:4, 204:9, 254:25

**lawyers** [9] - 54:18, 96:14, 98:12, 204:18, 206:20, 207:13, 214:6, 214:9, 214:12

**laying** [1] - 210:13

layovers [1] - 210:12

**lead** [1] - 188:20

**leads** [1] - 35:14

**leaning** [1] - 100:23

**learning** [1] - 85:20

**least** [8] - 95:25, 120:18, 137:8, 175:3, 176:7, 253:22, 259:13, 259:14

**leave** [10] - 5:9, 26:14, 66:1, 144:24, 157:10, 160:1, 164:3, 223:7, 223:23, 271:15

**leaves** [3] - 65:7, 65:9, 223:10

**leaving** [2] - 26:15, 153:5

**left** [12] - 9:18, 33:4, 33:25, 41:18, 43:4, 80:11, 81:8, 113:18, 137:11, 178:13, 236:3, 270:25

**leg** [2] - 81:7, 81:8

**legal** [5] - 55:17, 77:19, 77:21, 197:2

**legislators** [1] - 143:5

**Lela** [2] - 40:18, 168:21

**LENARD** [1] - 1:10

**Lenard** [5] - 20:24, 66:1, 66:4, 147:17, 223:24

**length** [12] - 16:13, 16:16, 24:10, 24:16, 62:22, 94:14, 100:25, 101:1, 115:10, 116:18, 151:17, 157:19

**Lenter** [4] - 25:21, 43:18, 83:8, 83:9

**Leon** [2] - 28:7, 70:23

**Leslie** [2] - 152:11, 181:23

**Letelier** [1] - 112:6

**Letelier's** [1] - 112:3

**level** [1] - 87:5

**lewd** [1] - 77:8

**Lexapro** [2] - 75:22, 127:2

**liberty** [1] - 8:13

**life** [19] - 54:17, 77:25, 80:1, 86:2, 87:1, 87:3, 94:14, 101:1, 107:19, 115:11, 116:18, 120:22, 174:4, 197:18, 199:8, 206:11, 217:4,

235:25, 237:12

**light** [4] - 23:18, 23:19, 137:7, 150:11

**Light** [1] - 107:25

**likewise** [2] - 18:23, 146:14

**Liliana** [1] - 74:9

**Lima** [1] - 102:24

**limit** [2] - 12:14, 175:16

**limitations** [1] - 137:6

**Linda** [1] - 40:24, 169:2

**line** [3] - 13:10, 152:17, 259:3

**Lines** [1] - 34:17, 140:2

**lining** [1] - 17:9

**Lisa** [7] - 11:11, 21:19, 23:24, 44:18, 148:12, 151:2, 179:13

**LISA** [2] - 1, 273:18

**list** [23] - 10:6, 10:7, 10:11, 10:12, 11:7, 11:17, 11:20, 12:9, 12:15, 13:23, 14:2, 15:13, 15:20, 18:16, 19:2, 19:5, 19:9, 19:24, 20:1, 20:11, 40:2, 168:5

**listed** [2] - 15:20, 19:1

**listen** [52] - 7:8, 9:20, 41:14, 42:4, 43:6, 43:14, 43:23, 52:16, 56:4, 59:3, 61:25, 65:15, 74:4, 78:6, 79:4, 85:6, 92:22, 96:18, 102:15, 112:19, 114:7, 121:10, 123:25, 145:13, 169:17, 170:1, 177:12, 178:15, 189:11, 189:15, 190:3, 190:9, 190:25, 195:10, 198:13, 207:17, 214:20, 215:24, 223:15, 227:25, 231:18, 232:16, 234:16, 234:20, 252:22, 255:4, 255:13, 256:17, 259:6, 259:10, 259:17, 272:9

**lists** [1] - 18:11

**litigation** [4] - 71:20, 197:8, 207:5, 215:2

**live** [74] - 45:3, 47:4,

48:15, 48:18, 54:8, 54:12, 59:13, 59:17, 62:21, 62:24, 67:23, 69:7, 69:11, 69:12, 72:12, 72:14, 73:4, 74:13, 76:11, 83:22, 86:3, 87:9, 87:25, 88:18, 89:14, 90:16, 90:17, 94:17, 97:20, 98:3, 99:16, 99:18, 101:3, 103:1, 106:3, 107:21, 109:17, 115:13, 116:20, 117:24, 119:5, 119:8, 120:9, 121:2, 182:1, 186:16, 187:16, 188:4, 188:21, 197:20, 202:20, 204:11, 206:10, 208:11, 209:24, 210:2, 219:2, 221:22, 222:2, 225:6, 228:12, 237:14, 238:25, 239:3, 240:5, 240:8, 240:13, 242:6, 242:7, 246:22, 246:24, 246:25, 249:21, 249:22

**lived** [10] - 72:12, 83:15, 83:16, 83:17, 87:9, 107:19, 120:22, 182:1, 187:21, 239:1

**lives** [1] - 109:25

**living** [12] - 69:13, 87:11, 109:21, 121:6, 173:1, 186:9, 188:11, 188:22, 204:7, 212:8, 248:21, 251:12

**load** [1] - 120:12

**lobby** [4] - 66:5, 124:6, 224:1, 256:22

**local** [4] - 9:17, 43:3, 71:5, 178:12

**Locka** [1] - 240:23

**logic** [1] - 189:24

**London** [5] - 156:19, 157:3, 157:11, 261:15, 262:13

**look** [4] - 18:14, 51:13, 145:25, 271:21

**looking** [1] - 14:20

**looks** [1] - 20:9

**Lopez** [3] - 27:5, 72:8, 129:20

**Lorazepam** [1] - 114:9

**Lorenzo** [1] - 48:7

**loss** [6] - 51:15, 51:18, 55:10, 109:9, 128:14, 218:15

**lost** [2] - 35:13, 53:19
**Louise** [2] - 40:20, 168:23
**love** [3] - 74:22, 120:1
**low** [1] - 262:21
**Lucas** [4] - 29:16, 39:24, 54:3, 54:4
**Ludwick** [2] - 40:10, 168:13
**Luis** [3] - 33:21, 100:18, 109:14
**lunch** [5] - 65:10, 123:21, 144:13, 146:12, 223:8
**luncheon** [1] - 146:15
**Lyrica** [2] - 113:6, 114:4

**M**

**ma'am** [72] - 5:15, 5:17, 5:24, 16:5, 48:21, 49:7, 50:16, 51:19, 52:10, 52:22, 53:1, 53:9, 62:17, 69:2, 74:7, 76:6, 86:22, 87:18, 88:12, 90:12, 108:20, 117:15, 120:17, 121:5, 122:8, 123:16, 136:10, 138:4, 142:5, 142:10, 142:25, 143:8, 144:20, 146:10, 147:7, 157:16, 158:19, 170:10, 170:12, 170:20, 170:24, 171:23, 173:4, 174:16, 183:14, 191:10, 191:13, 191:23, 192:6, 199:2, 201:7, 207:11, 207:14, 207:19, 209:19, 221:6, 228:4, 229:19, 230:22, 233:3, 236:17, 237:7, 240:10, 244:15, 246:6, 248:13, 249:16, 250:25, 261:1, 262:9, 262:17, 263:8
**machine** [1] - 194:3
**Maderal** [1] - 72:25
**mail** [4] - 145:4, 145:7, 272:1, 272:5
**main** [1] - 163:20
**maintain** [2] - 177:8,

236:4
**major** [2] - 79:25, 100:22
**majority** [2] - 176:11, 176:13
**malpractice** [1] - 238:4
**man** [2] - 210:13, 255:10
**managed** [1] - 221:21
**management** [6] - 76:10, 117:16, 160:3, 160:14, 221:20
**manager** [12] - 59:23, 83:23, 87:12, 121:7, 216:25, 217:6, 221:10, 221:17, 221:19, 237:15, 248:18, 251:9
**manages** [1] - 163:11
**Mannion** [2] - 30:3, 89:9
**manual** [1] - 82:1
**Marc** [2] - 40:13, 168:16
**Marcel** [2] - 41:1, 169:4
**March** [18] - 26:22, 30:6, 33:24, 35:7, 79:17, 113:11, 113:12, 113:13, 113:14, 113:21, 137:22, 140:23, 141:17, 142:19, 154:3, 154:4
**Marcia** [2] - 28:15, 67:16
**MARIA** [1] - 1:14
**Maria** [12] - 4:8, 39:10, 40:17, 67:2, 124:22, 146:23, 159:16, 167:15, 168:20, 224:16, 233:5, 257:9
**Marie** [1] - 246:8
**marijuana** [2] - 254:18, 255:3
**Marine** [1] - 241:7
**Mario** [2] - 90:13, 133:5
**marital** [4] - 94:16, 101:2, 115:12, 222:1
**maritime** [2] - 36:22, 165:3
**mark** [1] - 178:2
**Mark** [1] - 197:14
**marked** [1] - 72:23
**marketing** [1] - 99:20

**married** [45] - 32:15, 45:4, 47:7, 59:18, 67:22, 71:4, 73:5, 74:15, 76:12, 86:3, 87:10, 87:24, 88:1, 88:19, 90:18, 94:16, 99:19, 103:2, 106:4, 107:20, 107:23, 109:23, 117:25, 120:11, 121:1, 121:4, 133:21, 134:4, 179:24, 180:9, 187:14, 192:21, 199:12, 204:8, 206:12, 211:23, 219:4, 222:1, 225:8, 230:1, 233:11, 237:13, 242:8, 247:3, 249:22
**marshal** [1] - 57:16
**marshals** [1] - 64:18
**Marthe** [2] - 170:5, 174:21
**martial** [2] - 101:10, 240:19
**Martinez** [3] - 35:10, 117:21, 197:5
**master** [2] - 120:12, 251:5
**master's** [2] - 87:14, 252:18
**matter** [11] - 16:23, 34:2, 65:16, 124:1, 145:14, 223:16, 226:4, 235:9, 256:18, 272:10, 273:16
**matters** [9] - 21:23, 22:4, 23:14, 24:3, 148:16, 148:22, 150:6, 150:16, 191:3
**MATTERS** [1] - 1:21
**MATTHEW** [1] - 1:7
**Matthew** [30] - 4:2, 4:10, 22:9, 36:8, 36:13, 37:1, 37:11, 37:22, 38:7, 38:18, 39:12, 40:23, 41:1, 41:2, 146:18, 149:2, 164:14, 164:19, 165:7, 165:17, 166:3, 166:13, 166:24, 167:17, 167:24, 169:1, 169:4, 169:5, 224:20, 257:5
**max** [1] - 30:1
**Maxwell** [2] - 40:21, 168:24
**Mazel** [1] - 32:17
**McCrum** [2] - 40:10, 168:13

**McKinson** [2] - 41:5, 169:8
**McLaren** [2] - 40:5, 168:8
**McLean** [3] - 28:15, 67:15, 67:16
**McLeish** [2] - 40:14, 168:17
**Mead** [2] - 40:15, 168:18
**meals** [1] - 114:13
**mean** [11] - 35:19, 79:8, 80:5, 126:17, 154:16, 160:14, 160:15, 211:3, 230:5, 234:22, 235:18
**meaning** [2] - 22:16, 149:9
**means** [2] - 15:5, 105:2
**measure** [1] - 80:24
**mechanic** [4] - 87:25, 90:15, 117:19, 251:10
**MEDETIS** [162] - 1:14, 4:7, 7:13, 8:10, 9:12, 9:25, 10:4, 10:9, 10:13, 10:16, 11:5, 11:9, 11:15, 11:25, 12:10, 12:13, 12:19, 13:8, 13:21, 15:19, 16:6, 16:20, 16:22, 17:4, 17:13, 17:21, 18:5, 18:8, 18:12, 18:14, 18:17, 18:23, 19:4, 19:18, 20:3, 22:11, 39:7, 39:10, 67:2, 67:8, 122:16, 122:20, 122:23, 122:25, 123:6, 124:21, 125:4, 125:6, 125:12, 125:16, 125:21, 125:24, 126:4, 126:8, 126:12, 126:19, 126:23, 127:10, 127:14, 127:18, 127:21, 127:23, 127:25, 128:3, 128:8, 128:17, 129:13, 129:18, 130:3, 130:7, 130:17, 131:3, 131:10, 131:12, 131:19, 131:23, 132:4, 132:12, 132:16, 133:3, 133:8, 133:12, 133:16, 134:12, 134:19, 134:23, 135:5, 135:11, 135:24, 138:18,

138:21, 139:6, 139:9, 139:14, 139:25, 140:5, 140:8, 140:10, 140:12, 140:21, 141:4, 141:22, 143:16, 143:21, 144:3, 146:14, 146:22, 147:8, 149:4, 167:13, 175:2, 175:11, 175:23, 177:5, 177:14, 177:21, 177:25, 224:15, 256:4, 256:11, 257:8, 257:17, 257:25, 258:5, 258:9, 258:13, 259:2, 259:9, 261:9, 261:19, 263:12, 263:22, 264:4, 264:11, 264:14, 264:21, 265:1, 265:4, 265:10, 265:13, 265:19, 266:1, 266:12, 266:15, 266:19, 267:6, 267:9, 267:14, 267:22, 268:4, 268:11, 268:16, 268:18, 268:20, 269:12, 269:18, 269:20, 269:24, 270:7, 270:12, 270:17, 270:20
**Medetis** [8] - 4:8, 39:10, 67:2, 124:22, 146:23, 167:15, 224:16, 257:9
**medetis** [1] - 123:6
**media** [1] - 14:6
**mediation** [2] - 158:23, 159:3
**Medicaid** [1] - 104:24
**medical** [7] - 119:4, 120:21, 120:23, 140:17, 159:12, 160:1, 238:3
**medication** [24] - 52:9, 52:12, 53:23, 55:13, 62:16, 70:12, 70:13, 70:14, 70:20, 75:22, 81:10, 81:12, 81:13, 83:6, 97:12, 100:13, 113:24, 114:1, 118:22, 122:3, 122:5, 122:6, 127:2, 218:17
**medications** [4] - 36:3, 73:24, 73:25, 113:7

**medicine** [2] - 202:10, 229:12
**meet** [7] - 143:4, 145:3, 156:17, 156:20, 262:16, 271:25, 272:22
**meeting** [2] - 30:4, 133:1
**meetings** [2] - 262:13, 263:1
**Melvin** [2] - 40:15, 168:18
**member** [25] - 7:6, 9:7, 9:16, 24:11, 39:2, 39:20, 41:6, 41:13, 42:15, 42:16, 43:2, 84:15, 95:11, 98:19, 98:25, 150:21, 167:8, 168:1, 169:9, 169:16, 171:18, 171:19, 178:11, 231:1, 259:21
**members** [11] - 8:25, 95:25, 96:3, 144:14, 146:3, 176:1, 182:4, 198:1, 204:17, 271:6, 273:4
**Memorial** [2] - 152:21, 259:4
**memory** [3] - 53:19, 128:14, 177:25
**mental** [2] - 31:2, 94:12
**mention** [2] - 265:21, 273:1
**mentioned** [2] - 206:19, 261:12
**merchandise** [1] - 232:1
**Merrick** [2] - 115:18, 115:19
**messages** [1] - 15:5
**met** [3] - 21:15, 148:8, 250:12
**Meteyer** [2] - 40:17, 168:20
**Metro** [2] - 206:18, 273:1
**Metro-Dade** [1] - 206:18
**MIAMI** [1] - 1:2
**Miami** [117] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 35:5, 36:12, 36:16, 36:17, 36:25, 37:4, 37:21, 37:25, 38:16, 38:21, 42:22, 45:3, 47:5, 54:8, 62:19, 69:8, 69:9, 71:2, 72:10, 73:4, 74:13, 83:15, 85:13,

86:2, 86:25, 87:1, 88:15, 94:11, 94:13, 97:18, 99:16, 100:19, 100:25, 101:7, 103:1, 107:14, 107:19, 108:8, 108:10, 108:16, 111:1, 114:18, 116:15, 116:17, 117:16, 120:7, 121:13, 141:16, 151:21, 154:13, 162:13, 164:18, 164:22, 164:23, 165:6, 165:10, 166:2, 166:6, 166:22, 167:2, 182:1, 184:11, 186:2, 186:3, 186:5, 186:7, 186:10, 192:9, 192:12, 194:8, 197:1, 197:21, 198:3, 199:5, 199:7, 199:9, 202:15, 202:17, 202:25, 204:3, 211:19, 216:24, 219:2, 221:9, 221:10, 221:18, 221:24, 225:3, 225:4, 228:9, 236:8, 237:9, 237:11, 237:15, 240:2, 240:5, 241:6, 242:6, 244:21, 248:18, 251:4, 251:12, 253:24, 273:19, 273:20
**Miami-Dade** [18] - 35:5, 36:12, 36:25, 37:21, 38:16, 72:10, 94:13, 108:16, 111:1, 121:13, 141:16, 164:18, 165:6, 166:2, 166:22, 221:24, 237:15, 241:6
**Michael** [13] - 40:7, 40:15, 40:16, 40:22, 40:23, 41:1, 168:10, 168:18, 168:19, 168:25, 169:1, 169:4, 197:13
**Michigan** [2] - 76:16, 83:10
**microphone** [4] - 23:21, 23:23, 150:13, 260:21
**mid** [10] - 35:6, 140:25, 141:1, 141:5, 141:17, 141:24, 142:7, 142:8, 142:11, 142:16
**mid-terms** [10] - 35:6, 140:25, 141:1, 141:5, 141:17,

141:24, 142:7, 142:8, 142:11, 142:16
**midnight** [1] - 31:1
**midterm** [1] - 142:19
**might** [8] - 16:7, 16:9, 16:15, 136:1, 154:18, 167:19, 269:6, 270:24
**Milena** [3] - 153:12, 169:25, 185:24
**military** [22] - 47:12, 49:3, 49:5, 54:15, 60:6, 60:14, 76:21, 94:15, 94:22, 97:10, 115:23, 180:21, 182:7, 197:25, 204:15, 206:17, 217:17, 225:21, 240:21, 241:7, 242:24
**mind** [3] - 19:16, 77:2, 234:7
**mine** [1] - 111:22
**minimally** [1] - 82:3
**minimum** [2] - 17:25, 18:4
**minor** [1] - 13:2
**minors** [7] - 10:8, 10:10, 11:22, 12:14, 12:16, 12:18, 12:19
**minute** [2] - 201:21, 223:25
**minutes** [13] - 64:21, 65:4, 66:6, 123:7, 123:13, 123:15, 124:6, 224:1, 224:7, 256:7, 256:9, 256:22, 256:25
**MIS** [2] - 221:10, 221:17
**misdemeanors** [1] - 55:16
**miss** [2] - 122:24, 155:13
**missed** [1] - 122:18
**missing** [1] - 154:18
**mistake** [1] - 94:5
**misunderstanding** [1] - 127:11
**misunderstood** [1] - 177:21
**Mitchell** [2] - 21:16, 148:9
**mix** [1] - 78:14
**mixed** [2] - 201:21, 240:19
**modes** [2] - 145:5, 272:2
**modification** [5] - 7:2, 7:6, 9:16, 160:20, 238:15

**modified** [1] - 8:3
**Moison/Jewish** [1] - 241:24
**Moison/Miami** [1] - 241:24
**molested** [6] - 95:11, 98:18, 98:25, 234:11, 235:1
**mom** [16] - 25:12, 27:20, 31:4, 31:16, 31:22, 98:5, 115:16, 115:17, 117:14, 130:11, 202:20, 202:24, 248:22, 249:22, 250:4
**mom's** [1] - 98:4
**moment** [15] - 13:13, 14:2, 31:9, 66:13, 77:15, 100:23, 139:1, 145:25, 173:20, 185:5, 187:15, 267:1, 267:23, 268:25, 269:18
**Monday** [13] - 34:8, 34:13, 34:14, 113:21, 137:17, 142:14, 142:15, 142:18, 153:8, 155:6, 159:2, 159:10, 161:19
**Mondays** [6] - 24:3, 150:16, 161:16, 162:14
**money** [2] - 162:25, 210:24
**monitor** [1] - 159:22
**Monroe** [1] - 233:12
**month** [7] - 26:11, 30:5, 94:24, 216:8, 234:13, 235:9, 268:21
**months** [6] - 164:10, 187:21, 194:15, 194:17, 225:21, 240:6
**Moody** [3] - 15:15, 40:15, 168:17
**Morales** [3] - 59:9, 86:23, 86:24
**morning** [50] - 4:1, 4:4, 4:7, 4:14, 4:15, 4:16, 4:21, 4:22, 5:9, 17:16, 20:20, 20:21, 24:5, 27:25, 28:4, 28:9, 29:7, 29:15, 32:5, 32:13, 32:22, 32:23, 33:1, 33:18, 35:24, 39:8, 39:9, 39:16, 42:21, 46:23, 134:1, 134:2, 145:20, 146:9, 150:17, 151:16, 155:23, 158:17, 162:15,

162:18, 162:21, 163:15, 176:19, 270:6, 271:11, 271:14, 271:17, 271:24, 273:7
**mortgage** [1] - 159:4
**most** [7] - 14:15, 21:4, 29:18, 84:12, 147:22, 174:17, 194:23
**mostly** [2] - 60:13, 76:9
**mother** [15] - 27:7, 27:10, 27:13, 28:16, 30:22, 87:11, 94:17, 115:13, 116:20, 129:25, 135:14, 135:20, 135:22, 186:16, 188:4
**mother's** [1] - 240:12
**mother-in-law** [2] - 135:20, 188:4
**motion** [1] - 139:18
**motorcycle** [1] - 89:16
**motorcycles** [1] - 239:6
**Mount** [1] - 85:18
**mountain** [1] - 91:6
**mouth** [1] - 178:22
**move** [7] - 80:9, 128:6, 129:10, 132:25, 133:6, 134:15, 176:6
**moved** [1] - 240:5
**movies** [4] - 120:1, 204:14, 245:6
**moving** [4] - 135:1, 141:20, 191:17, 268:8
**MR** [220] - 4:16, 4:22, 5:8, 5:11, 5:15, 5:17, 5:20, 5:24, 6:1, 6:9, 6:12, 6:17, 6:21, 7:12, 8:11, 8:23, 9:10, 9:23, 10:1, 10:5, 10:23, 12:7, 13:1, 13:7, 13:13, 13:16, 13:22, 14:1, 14:4, 14:11, 14:21, 14:22, 14:25, 15:7, 15:11, 15:14, 15:16, 15:22, 15:24, 16:5, 17:6, 17:14, 17:17, 18:19, 18:21, 19:3, 19:9, 19:12, 19:16, 19:25, 20:4, 20:8, 20:9, 20:16, 22:12, 39:16, 64:8, 64:13, 64:17, 64:20, 64:22, 66:19, 67:4, 67:7, 122:15, 122:19,

122:24, 123:3, 123:4, 123:8, 123:9, 123:11, 123:13, 123:16, 124:12, 124:24, 125:5, 125:9, 125:14, 125:19, 125:22, 126:1, 126:7, 126:16, 126:18, 127:16, 127:20, 127:22, 128:6, 128:11, 128:13, 128:20, 129:10, 129:16, 129:20, 129:24, 130:14, 131:1, 131:14, 131:17, 131:25, 132:6, 132:9, 132:11, 132:18, 132:20, 132:21, 132:24, 133:5, 133:10, 133:14, 133:18, 133:20, 134:5, 134:15, 134:21, 135:1, 135:3, 135:14, 135:21, 136:4, 138:15, 138:23, 139:1, 139:4, 139:11, 139:18, 139:21, 140:3, 140:6, 140:9, 140:14, 140:17, 140:25, 141:10, 141:13, 141:21, 143:18, 143:23, 144:1, 146:10, 146:13, 146:25, 147:7, 149:5, 167:22, 174:17, 176:2, 176:14, 176:17, 176:20, 177:23, 178:2, 178:4, 191:11, 191:14, 191:20, 196:1, 196:6, 196:10, 214:14, 224:18, 256:5, 256:7, 256:10, 257:11, 257:19, 257:21, 257:24, 258:3, 258:7, 258:11, 258:15, 258:19, 258:24, 259:6, 259:12, 260:16, 261:1, 261:6, 261:14, 261:18, 263:8, 263:15, 263:18, 263:24, 264:1, 264:6, 264:9, 264:16, 264:19, 264:24, 265:6, 265:15, 265:17, 265:23, 266:10, 266:13, 266:17, 266:23, 267:1, 267:4, 267:7, 267:11,

267:16, 267:18, 267:23, 268:1, 268:6, 268:12, 268:17, 268:23, 269:3, 269:8, 269:16, 270:21, 270:23, 271:3, 273:9, 273:10

**MS** [164] - 4:7, 4:15, 7:13, 8:10, 9:12, 9:25, 10:4, 10:9, 10:13, 10:16, 11:5, 11:9, 11:15, 11:25, 12:10, 12:13, 12:19, 13:8, 13:21, 15:19, 16:6, 16:20, 16:22, 17:4, 17:13, 17:21, 18:5, 18:8, 18:12, 18:14, 18:17, 18:23, 19:4, 19:18, 20:3, 22:11, 39:7, 39:9, 39:10, 67:2, 67:8, 122:16, 122:20, 122:23, 122:25, 123:6, 124:21, 125:4, 125:6, 125:12, 125:16, 125:21, 125:24, 126:4, 126:8, 126:12, 126:19, 126:23, 127:10, 127:14, 127:18, 127:21, 127:23, 127:25, 128:3, 128:8, 128:17, 129:13, 129:18, 130:3, 130:7, 130:17, 131:3, 131:10, 131:12, 131:19, 131:23, 132:4, 132:12, 132:16, 133:3, 133:8, 133:12, 133:16, 134:12, 134:19, 134:23, 135:5, 135:11, 135:24, 138:18, 138:21, 139:6, 139:9, 139:14, 139:25, 140:5, 140:8, 140:10, 140:12, 140:21, 141:4, 141:22, 143:16, 143:21, 144:3, 146:14, 146:22, 147:8, 149:4, 167:13, 175:2, 175:11, 175:23, 177:5, 177:14, 177:21, 177:25, 196:4, 224:15, 256:4, 256:11, 257:8, 257:17, 257:25, 258:5, 258:9, 258:13, 259:2, 259:9, 261:9, 261:19, 263:12,

263:22, 264:4, 264:11, 264:14, 264:21, 265:1, 265:4, 265:10, 265:13, 265:19, 266:1, 266:12, 266:15, 266:19, 267:6, 267:9, 267:14, 267:22, 268:4, 268:11, 268:16, 268:18, 268:20, 269:12, 269:18, 269:20, 269:24, 270:7, 270:12, 270:17, 270:20

**mugged** [1] - 71:14
**murder** [2] - 96:1, 96:4
**music** [5] - 118:6, 121:10, 192:11, 192:17, 192:19
**musician** [3] - 153:23, 192:16, 192:18
**must** [3] - 15:4, 22:5, 148:23

## N

**Nabil** [2] - 40:11, 168:14
**nail** [2] - 225:16, 225:18
**name** [48] - 10:19, 12:2, 12:14, 12:18, 13:3, 13:5, 23:25, 24:19, 30:21, 33:2, 33:21, 35:9, 35:21, 35:25, 39:10, 39:17, 44:25, 53:20, 90:13, 91:7, 151:2, 151:7, 152:11, 155:11, 155:15, 158:15, 159:11, 160:17, 161:7, 161:23, 161:25, 162:12, 162:22, 163:18, 164:2, 167:15, 167:23, 169:24, 170:5, 171:6, 171:23, 172:4, 199:4, 208:5, 209:21, 251:3
**name's** [2] - 114:17, 248:15
**names** [22] - 10:9, 10:15, 10:17, 11:2, 11:20, 11:21, 12:4, 12:5, 12:8, 12:12, 12:13, 12:17, 12:19, 12:22, 13:25, 15:16,

18:6, 18:22, 19:21, 19:24, 41:7, 169:10
**Naples** [4] - 151:22, 151:24, 152:1, 257:22
**national** [1] - 242:12
**nationwide** [1] - 158:7
**natural** [2] - 23:19, 150:11
**nature** [1] - 8:8
**Navy** [1] - 76:18
**near** [1] - 76:17
**necessary** [4] - 5:5, 22:4, 148:22, 176:25
**need** [14] - 5:22, 11:13, 14:9, 44:16, 85:18, 123:7, 123:12, 137:9, 146:11, 160:22, 179:12, 256:6, 270:6, 271:2
**needs** [4] - 20:8, 64:15, 163:13, 163:14
**negative** [5] - 9:19, 43:4, 43:11, 43:13, 178:14
**Neidzielski** [2] - 40:21, 168:24
**neighborhood** [2] - 173:2, 173:23
**Nepal** [1] - 221:8
**nephew** [6] - 92:12, 96:4, 96:5, 106:9, 119:9, 119:10
**nephew's** [2] - 92:20, 96:17
**nephews** [2] - 207:7, 214:16
**nephews'** [1] - 207:15
**nervous** [1] - 97:10
**networking** [2] - 88:2, 100:24
**neuropathy** [3] - 33:25, 113:7, 114:4
**never** [19] - 17:5, 54:21, 54:22, 54:23, 55:9, 80:23, 93:21, 94:23, 105:14, 105:18, 128:22, 136:1, 182:7, 189:18, 196:3, 200:8, 210:17, 236:5, 255:1
**new** [11] - 29:10, 29:13, 34:8, 34:13, 47:1, 114:19, 128:9, 140:1, 156:22, 234:23
**New** [7] - 1:18, 33:13, 56:13, 120:20, 233:6, 248:17, 249:18
**next** [29] - 5:2, 6:4,

7:14, 9:13, 24:6, 25:23, 26:11, 27:11, 27:18, 27:20, 30:5, 33:11, 130:22, 135:9, 135:21, 136:24, 137:3, 138:11, 144:8, 144:22, 146:1, 146:2, 152:22, 155:20, 157:10, 158:21, 216:13, 224:6, 271:14
**nice** [2] - 146:12, 273:8
**Nidia** [1] - 87:19
**niece** [3] - 95:11, 106:10, 225:22
**niece's** [2] - 110:20, 153:1
**Nigel** [2] - 40:13, 168:16
**night** [7] - 28:20, 31:3, 152:13, 153:18, 162:17, 258:24, 259:4
**nine** [6] - 23:17, 106:3, 150:10, 183:20, 183:22, 229:22
**ninth** [1] - 235:1
**NO** [935] - 1:2, 24:20, 24:24, 25:1, 25:4, 25:6, 25:9, 25:12, 25:15, 25:19, 25:21, 26:1, 26:6, 26:10, 26:15, 26:18, 26:21, 27:2, 27:5, 27:17, 27:21, 27:24, 28:4, 28:7, 28:15, 28:23, 28:25, 29:3, 29:7, 29:13, 29:15, 29:22, 29:25, 30:3, 30:7, 30:11, 30:15, 30:19, 30:21, 31:1, 31:5, 31:8, 31:13, 31:17, 31:20, 31:23, 32:2, 32:5, 32:11, 32:13, 32:18, 32:20, 32:22, 32:24, 33:1, 33:8, 33:10, 33:16, 33:21, 34:5, 34:10, 34:12, 34:15, 34:17, 34:19, 34:22, 34:24, 35:1, 35:4, 35:9, 35:21, 35:24, 39:24, 41:16, 41:21, 41:24, 42:2, 42:7, 42:9, 42:20, 43:1, 43:8, 43:16, 43:18, 43:25, 44:8, 44:10, 44:22, 44:25, 45:7, 45:9, 45:11, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24,

46:1, 46:3, 46:5, 46:7,
46:9, 46:11, 46:13,
46:15, 46:17, 46:19,
46:21, 46:23, 47:17,
48:7, 48:11, 48:13,
48:16, 48:21, 48:23,
49:1, 49:4, 49:7, 49:9,
49:12, 49:14, 49:16,
49:18, 49:20, 49:22,
49:25, 50:2, 50:4,
50:6, 50:8, 50:10,
50:13, 50:16, 50:18,
50:20, 50:23, 51:1,
51:3, 51:6, 51:14,
51:19, 51:23, 52:2,
52:5, 52:8, 52:10,
52:13, 52:18, 52:22,
53:1, 53:5, 53:9,
53:12, 53:17, 53:22,
53:25, 54:4, 54:10,
55:2, 55:15, 55:20,
55:23, 55:25, 56:2,
56:7, 56:10, 56:12,
56:17, 56:20, 56:22,
57:4, 57:6, 57:15,
57:18, 58:9, 58:11,
58:13, 58:16, 58:18,
58:20, 58:23, 59:1,
59:6, 59:8, 59:16,
59:21, 59:23, 60:1,
60:3, 60:5, 60:10,
60:12, 60:16, 60:19,
60:24, 61:1, 61:3,
61:9, 61:11, 61:23,
62:3, 62:5, 62:7,
62:10, 62:18, 63:20,
63:22, 63:24, 64:1,
64:3, 64:6, 67:16,
68:13, 68:15, 69:3,
69:8, 69:10, 69:12,
69:15, 69:17, 69:20,
70:14, 70:18, 70:22,
70:23, 71:20, 72:3,
72:6, 72:8, 72:18,
72:21, 72:25, 73:2,
74:1, 74:6, 74:8, 74:9,
74:18, 74:21, 75:13,
75:15, 75:18, 75:24,
76:3, 76:5, 76:7, 77:6,
77:15, 77:23, 78:3,
78:9, 78:13, 78:22,
79:1, 79:7, 79:18,
79:21, 79:24, 80:4,
80:15, 80:18, 80:22,
81:6, 81:11, 81:14,
81:17, 81:19, 81:22,
82:1, 82:7, 82:10,
82:16, 82:24, 83:9,
83:14, 83:20, 84:11,
84:14, 85:4, 85:9,
85:11, 85:12, 85:17,

85:21, 85:23, 86:1,
86:24, 87:4, 87:8,
87:19, 88:13, 88:14,
89:6, 89:9, 89:21,
89:25, 90:13, 90:21,
90:23, 90:25, 91:2,
91:5, 91:15, 91:19,
91:22, 91:24, 92:2,
92:4, 92:11, 92:15,
92:18, 92:24, 93:1,
93:7, 93:9, 93:13,
93:15, 93:18, 93:20,
93:23, 93:25, 94:5,
94:7, 94:10, 95:8,
95:10, 95:15, 95:24,
96:3, 96:9, 96:12,
96:15, 96:20, 97:1,
97:5, 97:13, 97:17,
97:23, 97:25, 98:6,
98:22, 99:11, 100:18,
100:22, 101:6,
101:18, 101:21,
101:23, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 102:19,
102:23, 103:13,
103:15, 103:17,
103:20, 103:22,
104:1, 104:15,
104:17, 104:20,
104:24, 105:2, 105:6,
105:9, 105:13,
105:17, 105:21,
105:23, 105:25,
106:7, 107:4, 107:6,
107:9, 107:11,
107:13, 108:19,
108:22, 109:12,
109:14, 109:20,
109:22, 110:2, 110:4,
110:7, 110:11,
110:14, 110:19,
110:24, 111:1, 111:3,
111:5, 111:10,
111:12, 111:15,
111:17, 111:22,
111:24, 112:2, 112:5,
112:7, 112:10,
112:13, 112:16,
112:21, 112:23,
113:2, 113:10,
113:13, 113:17,
113:23, 114:3, 114:8,
114:12, 114:17,
114:23, 115:1, 115:3,
115:5, 115:8, 115:10,
115:20, 116:10,
116:14, 117:15,
117:19, 117:21,
118:3, 118:25,
119:14, 119:17,

119:23, 119:25,
120:3, 120:5, 120:6,
120:19, 120:25,
121:3, 121:5, 121:7,
122:5, 122:8, 136:14,
136:17, 136:23,
137:4, 137:8, 137:15,
137:18, 137:20,
137:24, 138:1, 138:6,
142:5, 142:8, 142:10,
142:12, 142:14,
142:16, 142:20,
142:23, 143:2, 143:4,
143:8, 144:20, 151:8,
151:10, 151:14,
151:20, 151:25,
152:5, 152:7, 152:10,
152:15, 152:17,
152:21, 152:24,
153:4, 153:7, 153:9,
153:11, 153:16,
153:19, 153:22,
154:2, 154:7, 154:12,
154:22, 155:3, 155:9,
155:11, 156:1, 156:6,
156:8, 156:12,
156:14, 156:21,
156:24, 157:1, 157:7,
157:9, 157:13,
157:16, 157:18,
157:24, 158:1, 158:6,
158:10, 158:12,
158:14, 158:19,
158:22, 159:1, 159:4,
159:6, 159:11,
159:16, 159:25,
160:6, 160:13,
160:17, 160:24,
161:3, 161:5, 161:7,
161:15, 161:17,
161:22, 162:1, 162:5,
162:7, 162:9, 162:11,
162:20, 162:21,
163:4, 163:10,
163:18, 163:24,
164:1, 164:6, 164:9,
169:19, 169:21,
169:25, 170:5,
170:12, 170:13,
170:17, 170:21,
170:25, 171:4, 171:6,
171:24, 172:4, 172:8,
172:11, 172:12,
172:16, 172:21,
172:22, 172:25,
173:6, 173:12,
173:15, 173:20,
174:9, 178:18,
178:25, 179:19,
180:2, 180:4, 180:6,
180:11, 180:15,

180:17, 180:19,
180:23, 181:3, 181:7,
181:9, 181:11,
181:23, 182:16,
182:18, 182:23,
183:2, 183:16,
183:23, 184:3, 184:5,
184:10, 184:13,
184:15, 184:17,
184:21, 184:24,
185:1, 185:5, 185:9,
185:11, 185:13,
185:24, 186:6,
186:11, 186:13,
186:15, 186:18,
186:20, 186:23,
187:6, 187:11,
187:14, 187:18,
187:20, 187:24,
188:1, 188:17, 189:9,
189:12, 189:17,
190:9, 190:12,
190:16, 190:19,
190:23, 191:9,
191:24, 192:8,
192:14, 192:17,
193:20, 194:1, 194:5,
194:7, 194:9, 194:12,
194:15, 194:20,
194:23, 195:5, 195:8,
195:12, 195:14,
195:16, 195:19,
195:23, 196:16,
196:25, 197:5, 197:8,
197:13, 197:17,
197:21, 198:11,
198:16, 199:4,
199:10, 199:12,
199:16, 199:20,
199:22, 200:1,
200:11, 200:16,
200:19, 200:24,
201:7, 201:9, 201:11,
201:13, 201:15,
201:18, 201:20,
202:1, 202:4, 202:14,
202:22, 202:24,
203:22, 204:1,
204:22, 204:24,
205:4, 205:6, 205:9,
205:12, 205:20,
205:22, 205:24,
206:1, 206:7, 207:11,
207:14, 207:19,
207:21, 208:5,
208:24, 209:5, 209:7,
209:21, 210:4,
210:16, 210:21,
211:2, 211:16,
211:18, 212:4, 212:6,
212:9, 212:16,

212:18, 212:20,
212:23, 212:25,
213:6, 213:9, 213:11,
213:14, 213:16,
213:18, 213:20,
213:23, 214:1, 214:4,
214:7, 214:10,
214:13, 214:17,
214:22, 215:1, 215:5,
215:7, 215:9, 215:12,
215:16, 215:20,
216:2, 216:5, 216:10,
216:12, 216:16,
216:23, 217:7,
217:10, 218:6, 218:8,
218:10, 218:12,
218:14, 218:19,
218:22, 219:1, 219:7,
219:10, 219:12,
219:16, 219:19,
219:21, 219:23,
219:25, 220:2, 220:4,
220:6, 220:8, 220:10,
220:12, 220:14,
220:16, 220:18,
220:20, 220:22,
220:24, 221:1, 221:3,
221:5, 221:7, 221:12,
221:15, 221:17,
221:20, 221:23,
225:2, 225:13,
225:18, 226:5, 226:9,
226:12, 226:22,
226:24, 227:2, 227:4,
227:7, 227:10,
227:14, 227:17,
227:22, 228:2, 228:5,
228:19, 228:22,
228:25, 229:16,
229:20, 230:4, 230:6,
230:8, 230:13,
230:21, 230:24,
231:1, 231:3, 231:5,
231:7, 231:9, 231:11,
231:14, 231:20,
231:25, 232:3, 232:7,
232:13, 232:19,
232:21, 233:5, 234:2,
234:5, 234:7, 234:11,
234:18, 234:22,
234:25, 235:8,
235:11, 235:13,
235:17, 235:22,
236:3, 236:8, 236:11,
236:15, 236:18,
236:22, 237:8, 238:3,
238:16, 238:20,
240:1, 240:10,
240:12, 240:17,
240:19, 241:5,
241:22, 242:2, 242:4,

26

242:6, 242:11, 242:15, 242:18, 242:22, 243:1, 243:3, 243:6, 243:8, 243:11, 243:18, 243:20, 243:23, 244:1, 244:4, 244:6, 244:8, 244:17, 244:24, 245:1, 245:20, 245:23, 246:8, 246:12, 246:15, 246:18, 246:21, 246:23, 247:1, 247:4, 247:6, 247:9, 247:11, 247:14, 247:16, 247:19, 248:10, 248:12, 248:15, 248:20, 249:17, 250:1, 250:4, 251:2, 251:8, 251:17, 251:20, 252:3, 252:8, 252:10, 252:12, 252:15, 252:17, 252:20, 252:25, 253:2, 253:6, 253:9, 253:13, 253:15, 253:23, 254:20, 254:23, 255:1, 255:6, 255:9, 255:15, 262:9, 262:12, 262:17, 262:20, 262:24

**nobody** [5] - 115:24, 154:24, 161:20, 206:20, 230:19

**Noel** [2] - 246:7, 246:8

**none** [2] - 158:8, 251:5

**nonredacted** [1] - 12:8

**noon** [1] - 154:7

**Nordelo** [2] - 151:8, 179:19

**Nordstrom** [1] - 228:7

**normally** [3] - 7:17, 18:6, 26:5

**North** [10] - 2:2, 45:3, 83:15, 103:1, 116:17, 182:1, 199:7, 199:9, 202:17, 273:19

**Northeast** [2] - 1:15, 247:2

**Northwest** [2] - 73:4, 94:13

**notary** [1] - 251:9

**noted** [1] - 17:21

**notes** [4] - 126:21, 126:23, 126:24, 147:5

**nothing** [8] - 79:12,

---

182:20, 210:21, 211:2, 215:21, 230:18, 256:4

**noting** [1] - 16:7

**notions** [2] - 44:5, 179:5

**Nova** [1] - 195:19

**November** [2] - 37:9, 165:15

**number** [11] - 17:21, 44:18, 44:19, 44:20, 145:4, 179:13, 206:20, 272:1, 272:4, 272:5

**numerous** [2] - 95:24, 207:6

**nurse** [7] - 67:18, 152:12, 152:20, 181:24, 208:7, 237:10, 238:13

**nurses** [1] - 182:4

**nursing** [3] - 68:24, 76:19, 119:3

**nutrition** [1] - 242:2

**NW** [1] - 1:18

---

# O

**Oak** [1] - 83:10

**object** [13] - 22:21, 130:7, 130:17, 136:4, 140:21, 149:14, 175:2, 177:5, 258:17, 259:2, 259:9, 261:9, 261:19

**objection** [58] - 7:11, 8:9, 9:10, 9:11, 9:24, 9:25, 10:1, 18:3, 125:8, 125:13, 125:18, 125:19, 125:22, 127:15, 127:16, 128:7, 129:12, 129:13, 129:17, 129:18, 130:16, 131:2, 131:3, 132:2, 133:3, 133:7, 133:8, 133:11, 133:12, 133:15, 133:16, 134:17, 134:19, 134:22, 134:23, 141:3, 175:1, 176:21, 177:3, 177:8, 258:2, 258:6, 258:7, 258:10, 258:11, 258:14, 258:15, 258:18, 261:16, 263:11, 263:12, 265:16, 266:22, 268:22, 268:23, 269:11, 269:12,

---

269:25

**objections** [1] - 6:25

**objectively** [1] - 177:12

**obtain** [3] - 22:21, 146:8, 149:14

**obtaining** [2] - 23:1, 149:19

**obviously** [7] - 6:18, 6:19, 71:9, 144:21, 189:5, 189:21, 191:17

**occupation** [20] - 45:2, 59:11, 62:20, 69:5, 70:25, 87:21, 90:15, 94:12, 99:13, 100:20, 109:16, 114:19, 116:16, 117:23, 120:21, 216:25, 240:3, 246:10, 249:19, 251:5

**occur** [1] - 136:1

**occurred** [2] - 36:21, 165:2

**October** [4] - 36:12, 36:24, 164:18, 165:5

**odd** [1] - 131:7

**OF** [3] - 1:1, 1:4, 1:17

**off-line** [1] - 13:10

**offended** [3] - 23:6, 149:24, 270:23

**offender** [2] - 78:11, 172:1

**offenders** [2] - 170:19, 174:11

**offense** [5] - 8:1, 9:1, 9:5, 260:9, 260:10

**offenses** [1] - 7:15

**Office** [3] - 54:19, 54:20, 225:14

**office** [12] - 136:25, 145:6, 158:8, 161:12, 180:7, 180:8, 199:13, 199:15, 199:17, 204:9, 262:21, 272:4

**OFFICER** [3] - 17:9, 66:8, 67:10

**officer** [19] - 22:3, 22:6, 98:14, 106:10, 121:12, 148:21, 148:24, 159:18, 172:18, 172:23, 184:11, 198:3, 225:15, 225:22, 225:24, 226:5, 233:7, 260:21

**officers** [14] - 9:18, 9:20, 21:24, 43:4, 43:5, 65:23, 148:17, 160:7, 160:12, 178:13, 178:15,

---

178:21, 215:5, 223:23

**offices** [1] - 181:1

**official** [2] - 2:1, 55:18

**Official** [1] - 273:19

**officials** [1] - 173:16

**often** [1] - 236:11

**Ohio** [1] - 209:22

**oil** [1] - 207:4

**Ojito** [1] - 118:25

**Oklahoma** [1] - 218:23

**old** [20] - 24:23, 30:22, 45:8, 59:25, 74:20, 86:4, 88:21, 90:20, 95:12, 106:6, 109:24, 118:5, 173:1, 173:17, 180:14, 247:8, 247:9, 248:23, 249:24, 270:22

**oldest** [3] - 60:5, 60:8, 103:2

**Olive** [1] - 194:1

**Oliver** [6] - 35:4, 116:13, 116:14, 141:25, 142:4, 144:18

**Olsen** [3] - 253:22, 253:23, 269:15

**on-line** [2] - 152:17, 259:3

**once** [6] - 16:25, 19:13, 70:19, 93:2, 174:11, 177:23

**one** [124] - 6:9, 8:4, 11:12, 13:13, 13:16, 14:4, 16:22, 18:2, 19:3, 20:9, 21:4, 23:20, 25:17, 28:19, 31:9, 33:6, 33:11, 33:12, 47:9, 51:5, 60:6, 61:4, 65:10, 66:12, 68:1, 68:8, 69:18, 71:7, 71:8, 71:15, 76:14, 76:17, 76:18, 79:25, 80:6, 80:14, 81:1, 82:18, 82:20, 84:6, 88:1, 88:2, 90:19, 94:19, 94:24, 95:4, 96:4, 96:5, 103:2, 103:3, 103:4, 104:20, 106:4, 108:14, 109:24, 130:3, 131:6, 132:22, 135:5, 135:6, 135:8, 136:1, 136:18, 136:20, 138:10, 139:1, 140:14, 141:20, 142:12, 142:13, 147:22, 150:12, 157:1,

---

157:21, 160:1, 161:11, 161:18, 163:6, 170:3, 175:15, 176:16, 182:20, 185:2, 186:2, 188:13, 194:12, 199:18, 199:22, 199:23, 201:24, 204:25, 209:2, 210:11, 216:13, 217:11, 219:12, 222:4, 223:8, 235:23, 236:16, 242:19, 242:22, 242:23, 245:11, 247:6, 252:14, 252:15, 257:21, 258:17, 259:12, 260:21, 260:22, 267:1, 268:25, 269:14, 269:18, 270:21

**one's** [1] - 199:23

**one-day** [2] - 80:6, 80:14

**ones** [1] - 214:10

**Opa** [1] - 240:23

**Opa-Locka** [1] - 240:23

**open** [14] - 8:6, 10:14, 65:1, 82:13, 97:3, 123:17, 130:10, 178:9, 191:21, 196:13, 209:1, 236:19, 256:12, 265:22

**open-ended** [1] - 130:10

**opened** [1] - 205:1

**operations** [2] - 21:18, 148:11

**opinion** [3] - 189:20, 214:3, 214:5

**opinions** [2] - 22:19, 149:12

**opportunity** [3] - 6:18, 6:19, 179:16

**opposed** [1] - 260:5

**orally** [1] - 7:18

**order** [11] - 6:4, 11:3, 13:9, 21:12, 145:2, 148:5, 187:24, 187:25, 188:1, 271:18, 271:19

**orderly** [1] - 7:21

**orders** [3] - 10:25, 21:25, 148:18

**organized** [1] - 17:15

**oriented** [1] - 146:1

**original** [2] - 9:6, 18:18

27

**originally** [1] - 8:17
**Orlando** [2] - 107:24, 112:3
**Ortiz** [1] - 245:10
**otherwise** [1] - 32:8
**outcome** [1] - 234:14
**outlaid** [1] - 162:25
**outpatient** [2] - 27:1, 79:19
**outside** [14] - 59:19, 64:12, 77:5, 95:21, 107:24, 122:12, 138:5, 173:9, 178:8, 180:10, 187:9, 193:25, 234:10, 256:1
**overestimate** [1] - 16:18
**overlap** [3] - 18:11, 18:13, 19:7
**overnight** [1] - 223:8
**own** [7] - 32:7, 180:5, 190:1, 200:7, 217:1, 225:10, 259:19
**owner** [1] - 103:22
**owns** [4] - 101:3, 101:6, 101:8, 184:3

**P**

**p.m** [11] - 1:6, 124:9, 144:10, 144:15, 146:4, 147:12, 224:3, 224:24, 256:24, 271:7, 273:5
**packer** [1] - 218:21
**Packer** [1] - 218:22
**page** [1] - 14:21
**PAGE** [1] - 3:2
**Page** [1] - 14:23
**Pages** [1] - 1:8
**paid** [4] - 156:6, 162:6, 163:7, 267:10
**pain** [12] - 27:8, 27:11, 27:22, 81:10, 81:11, 81:13, 113:24, 114:1, 114:3, 114:4, 122:5, 189:19
**painful** [1] - 81:3
**Palm** [2] - 104:21, 105:7
**Palmetto** [1] - 108:10
**Pamela** [2] - 40:18, 168:21
**panel** [33] - 7:7, 7:22, 9:17, 12:1, 17:25, 24:12, 39:2, 39:20, 41:6, 41:13, 42:15, 43:2, 122:14, 131:6, 144:8, 146:9, 150:22,

167:8, 168:1, 169:9, 169:16, 171:18, 174:25, 175:22, 176:1, 176:5, 176:6, 176:11, 178:11, 186:2, 224:5, 256:2
**Panel** [15] - 20:18, 23:11, 66:9, 67:11, 124:8, 144:15, 146:4, 147:9, 147:11, 150:4, 224:2, 224:23, 256:23, 271:7, 273:5
**PANEL** [2] - 20:21, 147:14
**pants** [2] - 174:2
**Panunzio** [1] - 197:14
**paperweight** [1] - 20:8
**paralegal** [5] - 60:5, 60:8, 192:10, 192:13, 261:3
**parallel** [1] - 11:10
**paramedic** [1] - 76:15
**paranoid** [1] - 97:11
**Paravisini** [1] - 74:9
**pardon** [1] - 269:21
**parents** [5] - 27:6, 62:24, 98:3, 129:21, 240:8
**Park** [2] - 115:18, 115:19
**parking** [1] - 182:18
**part** [22] - 22:15, 30:17, 75:10, 77:23, 78:14, 79:10, 82:17, 84:12, 149:8, 153:23, 154:13, 154:19, 155:5, 155:24, 156:1, 170:23, 177:1, 192:18, 194:23, 221:9, 225:14, 263:9
**part-time** [10] - 153:23, 154:13, 154:19, 155:5, 155:24, 156:1, 192:18, 221:9, 225:14, 263:9
**partial** [1] - 43:11
**partially** [2] - 155:13, 155:14
**participate** [1] - 163:5
**participated** [1] - 55:7
**particular** [5] - 22:15, 136:2, 149:8, 160:1, 160:2
**parties** [7] - 5:1,

8:14, 10:17, 12:23, 13:9, 270:8, 270:18
**parts** [2] - 102:25, 161:15
**Pascal** [2] - 40:22, 168:25
**passed** [3] - 235:6, 246:15, 246:18
**past** [2] - 14:10, 72:11
**patch** [9] - 136:18, 136:19, 136:22, 137:2, 137:9, 137:13, 138:10, 138:11
**patience** [5] - 23:22, 145:19, 150:14, 272:24, 273:3
**patients** [4] - 87:4, 159:13, 162:2
**Patricia** [17] - 8:19, 17:12, 19:14, 21:16, 65:22, 136:11, 145:3, 148:9, 178:6, 223:22, 265:21, 266:6, 266:7, 270:2, 271:25, 272:21, 273:1
**Patricio** [3] - 157:18, 172:16, 204:2
**patrolman** [1] - 120:15
**patron** [1] - 82:21
**Paul** [4] - 40:13, 153:22, 168:16, 192:8
**paused** [1] - 191:15
**pay** [2] - 29:11, 194:16
**payroll** [2] - 87:21, 251:18
**PC** [1] - 204:14
**PCP** [2] - 229:22, 230:5
**Peachey** [3] - 159:11, 171:4, 229:20
**pediatric** [1] - 87:4
**Pembroke** [1] - 73:7
**pendency** [1] - 66:14
**pending** [4] - 106:18, 107:2, 159:21, 215:8
**people** [29] - 7:22, 8:6, 35:15, 51:8, 84:23, 85:6, 85:25, 134:10, 154:8, 155:17, 155:18, 155:19, 158:4, 158:8, 161:13, 170:6, 170:7, 170:8, 174:22, 175:21, 177:11, 180:7, 188:25, 189:21, 238:24, 262:12, 262:14,

262:25
**per** [2] - 10:17, 268:9
**percent** [3] - 17:18, 17:19, 271:3
**Percy** [2] - 40:15, 168:18
**Perdigon** [2] - 160:18, 237:8
**peremptories** [3] - 268:9, 269:22, 270:25
**peremptory** [3] - 6:14, 18:2, 147:6
**perfect** [1] - 136:4
**perform** [2] - 21:5, 147:23
**perhaps** [6] - 18:1, 135:24, 136:1, 175:11, 175:17, 261:20
**period** [4] - 135:17, 142:17, 260:4
**periodically** [1] - 156:16
**permission** [1] - 4:19
**Perrine** [1] - 254:1
**persecution** [2] - 77:19, 77:21
**person** [30] - 15:20, 23:3, 36:1, 36:19, 37:7, 37:17, 38:3, 38:13, 38:24, 42:3, 61:17, 72:16, 105:4, 149:21, 160:25, 164:25, 165:13, 165:23, 166:9, 166:19, 167:5, 170:14, 176:16, 179:8, 188:21, 208:19, 208:20, 210:2, 212:20, 212:23
**personal** [8] - 22:1, 22:19, 22:25, 148:19, 149:12, 149:18, 197:9, 245:20
**personally** [1] - 178:20
**personnel** [2] - 21:12, 148:5
**persons** [13] - 24:13, 24:14, 39:5, 39:21, 39:23, 41:8, 150:23, 150:24, 167:11, 168:2, 168:4, 169:11, 272:15
**Peru** [1] - 102:24
**pest** [1] - 240:14
**petit** [1] - 201:24
**Petroleum** [1] - 262:14
**petty** [1] - 92:13

**pharm** [1] - 254:4
**pharmacy** [1] - 71:6
**Phil** [6] - 39:18, 67:4, 124:25, 147:1, 224:19, 257:12
**Philip** [3] - 4:17, 167:23, 192:8
**PHILIP** [1] - 1:23
**Phillips** [3] - 15:15, 40:14, 168:17
**phone** [8] - 26:3, 103:3, 145:4, 145:6, 209:1, 272:1, 272:3, 272:4
**photography** [1] - 98:9
**physical** [3] - 55:10, 74:18, 202:5
**physician** [4] - 28:2, 98:4, 98:6, 230:6
**physics** [1] - 91:5
**piano** [1] - 182:6
**pick** [6] - 5:5, 25:6, 25:17, 155:2, 163:15, 178:21
**picked** [1] - 216:12
**picking** [1] - 154:25
**picks** [1] - 263:9
**Pilates** [3] - 28:9, 70:25, 71:9
**pilot** [2] - 238:22, 239:4
**Pinecrest** [3] - 97:20, 97:22, 206:10
**Pines** [1] - 73:7
**Pipe** [2] - 40:13, 168:16
**place** [9] - 94:11, 96:22, 100:19, 116:15, 157:21, 211:19, 271:17
**places** [1] - 85:25
**Plaintiff** [1] - 1:5
**Plaintiffs** [1] - 72:4
**plan** [1] - 12:16
**Plan** [2] - 160:2, 160:7
**planned** [1] - 268:21
**planning** [1] - 15:23
**play** [8] - 49:1, 120:13, 180:19, 182:6, 186:24, 217:13, 251:13
**playing** [1] - 115:22
**plea** [1] - 215:10
**pled** [1] - 55:8
**plumber** [2] - 219:12, 225:9
**plumbing** [1] - 251:10

**plus** [2] - 23:16, 269:22
**podium** [2] - 136:11, 262:4
**point** [10] - 12:20, 19:20, 44:19, 129:6, 174:13, 174:25, 177:9, 190:6, 266:3, 270:20
**poison** [3] - 174:25, 175:14, 176:5
**poisoning** [1] - 175:7
**police** [13] - 42:22, 98:14, 106:9, 108:9, 121:12, 178:20, 198:3, 206:18, 215:5, 225:22, 226:5, 237:19, 241:7
**Police** [2] - 47:14, 241:6
**policeman** [3] - 110:21, 110:25, 250:11
**political** [1] - 92:11
**poor** [2] - 170:8, 174:23
**portion** [1] - 71:25
**position** [10] - 10:21, 115:2, 128:16, 130:2, 135:2, 136:3, 140:20, 259:1, 259:8, 261:8
**positive** [3] - 9:18, 43:4, 178:13
**possession** [3] - 55:16, 193:22, 194:2
**possessions** [1] - 55:16
**possible** [4] - 141:4, 159:9, 163:1, 270:7
**possibly** [2] - 85:4, 160:10
**Post** [1] - 225:14
**potential** [9] - 11:18, 11:20, 15:12, 15:25, 23:8, 27:13, 40:3, 150:1, 168:5
**potentially** [1] - 11:19
**Powell** [4] - 40:16, 40:18, 168:19, 168:21
**Power** [1] - 107:25
**practically** [1] - 120:22
**practice** [3] - 71:19, 110:23, 197:7
**practitioner** [2] - 237:10, 238:14
**practitioners** [1] - 197:14
**pre** [1] - 28:1

**pre-surgery** [1] - 28:1
**preclude** [1] - 55:5
**predictable** [1] - 131:20
**prefer** [3] - 17:6, 19:22, 77:1
**preference** [1] - 18:9
**pregnant** [2] - 25:16, 242:19
**prejudice** [3] - 42:19, 171:22, 172:14
**prejudiced** [2] - 170:18, 172:2
**preliminary** [7] - 14:5, 14:9, 14:13, 14:16, 14:17, 16:22, 270:15
**preoperative** [1] - 26:23
**prepared** [1] - 14:1
**preparing** [1] - 8:13
**preschool** [1] - 218:23
**presence** [11] - 6:8, 6:16, 64:12, 77:5, 95:21, 122:12, 173:9, 187:9, 193:25, 234:10, 256:1
**present** [16] - 4:18, 15:17, 24:11, 67:5, 92:19, 114:13, 125:1, 147:2, 150:20, 150:21, 151:18, 163:16, 191:3, 224:20, 238:14, 257:13
**presented** [6] - 22:22, 44:3, 149:15, 179:3, 190:4, 191:2
**preserved** [2] - 21:3, 147:21
**preside** [2] - 21:1, 147:19
**president** [3] - 115:6, 206:9, 261:21
**press** [1] - 209:2
**pressing** [1] - 29:18
**pressure** [3] - 70:15, 100:14, 113:6
**presumed** [6] - 41:20, 42:1, 52:21, 170:11, 171:10, 175:19
**presurgery** [1] - 130:1
**pretrial** [2] - 47:15, 106:19
**pretty** [3] - 31:5, 96:21, 96:23

**prevalent** [1] - 14:12
**prevent** [2] - 51:21, 118:23
**previous** [4] - 55:8, 71:1, 91:9, 186:7
**previously** [1] - 104:13
**primarily** [1] - 110:24
**primary** [3] - 28:1, 160:25, 230:6
**primary-care** [2] - 28:1, 230:6
**principal's** [1] - 108:15
**print** [2] - 216:25, 217:6
**printed** [1] - 178:2
**Printing** [1] - 155:15
**printing** [1] - 155:24
**prison** [1] - 236:1
**privacy** [1] - 19:19
**private** [3] - 6:7, 107:24, 118:4
**privately** [1] - 9:2, 52:4, 193:22
**privilege** [2] - 23:2, 149:20
**probable** [1] - 51:10
**probation** [6] - 54:18, 77:11, 159:18, 160:7, 184:10, 233:7
**problem** [28] - 8:15, 24:11, 29:20, 35:17, 53:22, 64:25, 89:22, 89:23, 100:11, 100:14, 126:22, 130:21, 134:14, 150:21, 151:4, 153:20, 154:9, 154:10, 154:24, 155:22, 158:20, 178:23, 213:11, 214:25, 215:1, 236:16, 266:20, 270:19
**problematic** [1] - 130:11
**problems** [11] - 24:16, 36:2, 51:17, 53:16, 105:15, 121:25, 133:21, 151:18, 162:23, 212:7
**procedure** [3] - 10:25, 18:4, 158:16
**proceed** [7] - 11:24, 12:1, 22:10, 67:6, 149:3, 259:24, 272:21
**Proceedings** [1] - 273:11
**proceedings** [47] -

13:18, 20:19, 21:7, 21:10, 64:11, 65:1, 66:10, 66:21, 67:12, 77:4, 82:13, 95:20, 97:3, 122:11, 123:17, 124:9, 124:14, 136:9, 138:8, 142:3, 143:10, 144:16, 146:5, 146:16, 147:12, 147:25, 148:3, 173:8, 178:9, 187:8, 191:21, 193:24, 196:13, 224:3, 224:10, 224:24, 234:9, 236:19, 255:25, 256:12, 256:24, 257:3, 262:2, 263:5, 271:8, 273:16, 273:16
**process** [10] - 6:5, 16:16, 23:21, 80:6, 195:1, 206:25, 222:21, 240:21, 240:25
**professor** [3] - 30:16, 89:11, 91:3
**professors** [1] - 142:23
**proffer** [1] - 126:11
**program** [3] - 30:17, 31:2, 229:25
**prohibit** [1] - 141:23
**promise** [1] - 144:19
**properly** [3] - 24:1, 151:3, 179:14
**properties** [1] - 184:3
**Properties** [1] - 163:12
**property** [1] - 251:8
**propose** [2] - 8:2, 175:9
**proposed** [6] - 7:10, 7:17, 8:13, 10:3, 14:9, 260:8
**propounded** [2] - 21:22, 148:15
**Prospective** [20] - 20:18, 23:11, 66:9, 67:11, 124:8, 136:8, 138:7, 142:2, 143:9, 144:14, 146:3, 147:11, 150:4, 224:2, 224:23, 256:23, 262:1, 263:4, 271:6, 273:4
**PROSPECTIVE** [936] - 20:21, 24:20, 24:24, 25:1, 25:4, 25:6, 25:9, 25:12, 25:15, 25:19, 25:21, 26:1, 26:6,

26:10, 26:15, 26:18, 26:21, 27:2, 27:5, 27:17, 27:21, 27:24, 28:4, 28:7, 28:15, 28:23, 28:25, 29:3, 29:7, 29:13, 29:15, 29:22, 29:25, 30:3, 30:7, 30:11, 30:15, 30:19, 30:21, 31:1, 31:5, 31:8, 31:13, 31:17, 31:20, 31:23, 32:2, 32:5, 32:11, 32:13, 32:18, 32:20, 32:22, 32:24, 33:1, 33:8, 33:10, 33:16, 33:21, 34:5, 34:10, 34:12, 34:15, 34:17, 34:19, 34:22, 34:24, 35:1, 35:4, 35:9, 35:21, 35:24, 39:24, 41:16, 41:21, 41:24, 42:2, 42:7, 42:9, 42:20, 43:1, 43:8, 43:16, 43:18, 43:25, 44:8, 44:10, 44:22, 44:25, 45:7, 45:9, 45:11, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:3, 46:5, 46:7, 46:9, 46:11, 46:13, 46:15, 46:17, 46:19, 46:21, 46:23, 47:17, 48:7, 48:11, 48:13, 48:16, 48:21, 48:23, 49:1, 49:4, 49:7, 49:9, 49:12, 49:14, 49:16, 49:18, 49:20, 49:22, 49:25, 50:2, 50:4, 50:6, 50:8, 50:10, 50:13, 50:16, 50:18, 50:20, 50:23, 51:1, 51:3, 51:6, 51:14, 51:19, 51:23, 52:2, 52:5, 52:8, 52:10, 52:13, 52:18, 52:22, 53:1, 53:5, 53:9, 53:12, 53:17, 53:22, 53:25, 54:4, 54:10, 55:2, 55:15, 55:20, 55:23, 55:25, 56:2, 56:7, 56:10, 56:12, 56:17, 56:20, 56:22, 57:4, 57:6, 57:15, 57:18, 58:9, 58:11, 58:13, 58:16, 58:18, 58:20, 58:23, 59:1, 59:6, 59:8, 59:16, 59:21, 59:23, 60:1, 60:3, 60:5, 60:10, 60:12, 60:16, 60:19,

60:24, 61:1, 61:3, 61:9, 61:11, 61:23, 62:3, 62:5, 62:7, 62:10, 62:18, 63:20, 63:22, 63:24, 64:1, 64:3, 64:6, 67:16, 68:13, 68:15, 69:3, 69:8, 69:10, 69:12, 69:15, 69:17, 69:20, 70:14, 70:18, 70:22, 70:23, 71:20, 72:3, 72:6, 72:8, 72:18, 72:21, 72:25, 73:2, 74:1, 74:6, 74:8, 74:9, 74:18, 74:21, 75:13, 75:15, 75:18, 75:24, 76:3, 76:5, 76:7, 77:6, 77:15, 77:23, 78:3, 78:9, 78:13, 78:22, 79:1, 79:7, 79:18, 79:21, 79:24, 80:4, 80:15, 80:18, 80:22, 81:6, 81:11, 81:14, 81:17, 81:19, 81:22, 82:1, 82:7, 82:10, 82:16, 82:24, 83:9, 83:14, 83:20, 84:11, 84:14, 85:4, 85:9, 85:11, 85:12, 85:17, 85:21, 85:23, 86:1, 86:24, 87:4, 87:8, 87:19, 88:13, 88:14, 89:6, 89:9, 89:21, 89:25, 90:13, 90:21, 90:23, 90:25, 91:2, 91:5, 91:15, 91:19, 91:22, 91:24, 92:2, 92:4, 92:11, 92:15, 92:18, 92:24, 93:1, 93:7, 93:9, 93:13, 93:15, 93:18, 93:20, 93:23, 93:25, 94:5, 94:7, 94:10, 95:8, 95:10, 95:15, 95:24, 96:3, 96:9, 96:12, 96:15, 96:20, 97:1, 97:5, 97:13, 97:17, 97:23, 97:25, 98:6, 98:22, 99:11, 100:18, 100:22, 101:6, 101:18, 101:21, 101:23, 102:1, 102:3, 102:6, 102:9, 102:12, 102:17, 102:19, 102:23, 103:13, 103:15, 103:17, 103:20, 103:22, 104:1, 104:15, 104:17, 104:20, 104:24, 105:2, 105:6, 105:9, 105:13,

105:17, 105:21, 105:23, 105:25, 106:7, 107:4, 107:6, 107:9, 107:11, 107:13, 108:19, 108:22, 109:12, 109:14, 109:20, 109:22, 110:2, 110:4, 110:7, 110:11, 110:14, 110:19, 110:24, 111:1, 111:3, 111:5, 111:10, 111:12, 111:15, 111:17, 111:22, 111:24, 112:2, 112:5, 112:7, 112:10, 112:13, 112:16, 112:21, 112:23, 113:2, 113:10, 113:13, 113:17, 113:23, 114:3, 114:8, 114:12, 114:17, 114:23, 115:1, 115:3, 115:5, 115:8, 115:10, 115:17, 115:20, 116:14, 117:15, 117:19, 117:21, 118:3, 118:25, 119:14, 119:17, 119:23, 119:25, 120:3, 120:5, 120:6, 120:19, 120:25, 121:3, 121:5, 121:7, 122:5, 122:8, 136:14, 136:17, 136:23, 137:4, 137:8, 137:15, 137:18, 137:20, 137:24, 138:1, 138:6, 142:5, 142:8, 142:10, 142:12, 142:14, 142:16, 142:20, 142:23, 143:2, 143:4, 143:8, 144:20, 147:14, 151:8, 151:10, 151:14, 151:20, 151:25, 152:5, 152:7, 152:10, 152:15, 152:17, 152:21, 152:24, 153:4, 153:7, 153:9, 153:11, 153:16, 153:19, 153:22, 154:2, 154:7, 154:12, 154:22, 155:3, 155:9, 155:11, 156:1, 156:6, 156:8, 156:12, 156:14, 156:21, 156:24, 157:1, 157:7, 157:9, 157:13, 157:16, 157:18, 157:24, 158:1, 158:6,

158:10, 158:12, 158:14, 158:19, 158:22, 159:1, 159:4, 159:6, 159:11, 159:16, 159:25, 160:6, 160:13, 160:17, 160:24, 161:3, 161:5, 161:7, 161:15, 161:17, 161:22, 162:1, 162:5, 162:7, 162:9, 162:11, 162:20, 162:21, 163:4, 163:10, 163:18, 163:24, 164:1, 164:6, 164:9, 169:19, 169:21, 169:25, 170:5, 170:12, 170:13, 170:17, 170:21, 170:25, 171:4, 171:6, 171:24, 172:4, 172:8, 172:11, 172:12, 172:16, 172:21, 172:22, 172:25, 173:6, 173:12, 173:15, 173:20, 174:9, 178:18, 178:25, 179:19, 180:2, 180:4, 180:6, 180:11, 180:15, 180:17, 180:19, 180:23, 181:3, 181:7, 181:9, 181:11, 181:23, 182:16, 182:18, 182:23, 183:2, 183:16, 183:23, 184:3, 184:5, 184:10, 184:13, 184:15, 184:17, 184:21, 184:24, 185:1, 185:5, 185:9, 185:11, 185:13, 185:24, 186:6, 186:11, 186:13, 186:15, 186:18, 186:20, 186:23, 187:6, 187:11, 187:14, 187:18, 187:20, 187:24, 188:1, 188:17, 189:9, 189:12, 189:17, 190:9, 190:12, 190:16, 190:19, 190:23, 191:9, 191:24, 192:8, 192:14, 192:17, 193:20, 194:1, 194:5, 194:7, 194:9, 194:12, 194:15, 194:20, 194:23, 195:5, 195:8, 195:12, 195:14,

195:16, 195:19, 195:23, 196:16, 196:25, 197:5, 197:8, 197:13, 197:17, 197:21, 198:11, 198:16, 199:4, 199:10, 199:12, 199:16, 199:20, 199:22, 200:1, 200:11, 200:16, 200:19, 200:24, 201:7, 201:9, 201:11, 201:13, 201:15, 201:18, 201:20, 202:1, 202:4, 202:14, 202:22, 202:24, 203:22, 204:1, 204:22, 204:24, 205:4, 205:6, 205:9, 205:12, 205:20, 205:22, 205:24, 206:1, 206:7, 207:11, 207:14, 207:19, 207:21, 208:5, 208:24, 209:5, 209:7, 209:21, 210:4, 210:16, 210:21, 211:2, 211:16, 211:18, 212:4, 212:6, 212:9, 212:16, 212:18, 212:20, 212:23, 212:25, 213:6, 213:9, 213:11, 213:14, 213:16, 213:18, 213:20, 213:23, 214:1, 214:4, 214:7, 214:10, 214:13, 214:17, 214:22, 215:1, 215:5, 215:7, 215:9, 215:12, 215:16, 215:20, 216:2, 216:5, 216:10, 216:12, 216:16, 216:23, 217:7, 217:10, 218:6, 218:8, 218:10, 218:12, 218:14, 218:19, 218:22, 219:1, 219:7, 219:10, 219:12, 219:16, 219:19, 219:21, 219:23, 219:25, 220:2, 220:4, 220:6, 220:8, 220:10, 220:12, 220:14, 220:16, 220:18, 220:20, 220:22, 220:24, 221:1, 221:3, 221:5, 221:7, 221:12, 221:15, 221:17, 221:20, 221:23, 225:2, 225:13,

225:18, 226:5, 226:9, 226:12, 226:22, 226:24, 227:2, 227:4, 227:7, 227:10, 227:14, 227:17, 227:22, 228:2, 228:5, 228:19, 228:22, 228:25, 229:16, 229:20, 230:4, 230:6, 230:8, 230:13, 230:21, 230:24, 231:1, 231:3, 231:5, 231:7, 231:9, 231:11, 231:14, 231:20, 231:25, 232:3, 232:7, 232:13, 232:19, 232:21, 233:5, 234:2, 234:5, 234:7, 234:11, 234:18, 234:22, 234:25, 235:8, 235:11, 235:13, 235:17, 235:22, 236:3, 236:8, 236:11, 236:15, 236:18, 236:22, 237:8, 238:3, 238:16, 238:20, 240:1, 240:10, 240:12, 240:17, 240:19, 241:5, 241:22, 242:2, 242:4, 242:6, 242:11, 242:15, 242:18, 242:22, 243:1, 243:3, 243:6, 243:8, 243:11, 243:18, 243:20, 243:23, 244:1, 244:4, 244:6, 244:8, 244:17, 244:24, 245:1, 245:20, 245:23, 246:8, 246:12, 246:15, 246:18, 246:21, 246:23, 247:1, 247:4, 247:6, 247:9, 247:11, 247:14, 247:16, 247:19, 248:10, 248:12, 248:15, 248:20, 249:17, 250:1, 250:4, 251:2, 251:8, 251:17, 251:20, 252:3, 252:8, 252:10, 252:12, 252:15, 252:17, 252:20, 252:25, 253:2, 253:6, 253:9, 253:13, 253:15, 253:23, 254:20, 254:23, 255:1, 255:6, 255:9, 255:15, 262:9, 262:12, 262:17, 262:20, 262:24

**protected** [2] - 21:3, 147:21

**protection** [1] - 245:21

**protective** [3] - 10:25, 11:3, 13:9

**prove** [7] - 53:3, 78:23, 129:2, 129:7, 190:14, 191:4, 260:2

**proved** [3] - 78:20, 190:21, 260:5

**proven** [2] - 41:22, 175:5

**proves** [1] - 53:6

**provide** [2] - 12:15, 82:19

**proving** [2] - 52:24, 171:14

**Prozac** [3] - 74:1, 126:25, 130:15

**prying** [2] - 22:25, 149:18

**PTO** [1] - 163:7

**Public** [1] - 54:19

**public** [10] - 10:23, 20:2, 29:17, 54:6, 55:17, 88:16, 214:7, 214:9, 223:12, 251:9

**Publix** [1] - 182:18

**Puerto** [2] - 70:24, 74:10

**pull** [1] - 26:3

**pump** [1] - 33:23

**pumping** [1] - 205:1

**punched** [1] - 210:23

**punitive** [1] - 72:4

**purchasing** [1] - 83:22

**purpose** [22] - 7:4, 22:17, 22:25, 23:1, 34:3, 36:18, 37:5, 37:15, 38:1, 38:11, 38:22, 41:12, 149:10, 149:18, 149:19, 164:24, 165:11, 165:21, 166:7, 166:17, 167:3, 169:15

**purposes** [2] - 10:10, 10:20

**purse** [1] - 182:13, 205:2, 208:19

**pursuant** [1] - 10:24

**put** [29] - 35:6, 42:3, 43:12, 43:22, 85:19, 141:16, 160:7, 173:22, 174:3, 185:7, 189:13, 189:14, 189:20, 189:23, 189:25, 190:13, 191:11, 195:9,

215:18, 215:23, 227:23, 231:12, 231:16, 232:15, 234:15, 251:15, 252:21, 261:12, 266:2

**Q**

**qualifications** [2] - 22:14, 149:7

**quality** [2] - 159:21, 159:22

**quarter** [1] - 271:2

**quartet** [2] - 153:24, 192:24

**questioned** [9] - 23:7, 128:18, 129:1, 129:2, 149:25, 174:19, 175:3, 176:8, 196:3

**questioning** [7] - 6:8, 7:14, 7:21, 22:24, 23:13, 149:17, 150:7

**questionnaire** [10] - 7:25, 8:4, 8:5, 8:14, 9:6, 9:14, 9:15, 44:16, 134:13, 179:17

**questionnaires** [7] - 7:19, 8:20, 44:14, 126:5, 151:13, 179:10, 179:12

**questions** [26] - 6:23, 6:24, 7:18, 7:21, 7:22, 7:23, 8:2, 8:5, 8:7, 10:3, 21:21, 22:14, 23:22, 24:13, 72:23, 122:13, 126:4, 136:6, 148:14, 149:7, 150:14, 150:23, 151:1, 175:16, 256:2, 262:4

**quietly** [1] - 178:7

**Quinones** [3] - 35:21, 120:18, 120:19

**quite** [6] - 14:17, 51:3, 90:5, 114:10, 222:20, 260:20

**R**

**raise** [4] - 8:6, 16:22, 125:7, 154:10

**raised** [3] - 107:14, 126:5, 236:5

**Ramos** [3] - 35:25, 69:3, 125:24

**Randall** [2] - 41:2, 169:5

**rape** [2] - 188:13,

266:8

**raped** [3] - 173:25, 259:23, 265:21

**Rapids** [1] - 54:5

**rather** [6] - 7:15, 7:25, 8:5, 16:18, 79:25, 123:14

**Raul** [1] - 228:5

**Ravix** [2] - 202:13, 202:14

**Raybon** [4] - 40:22, 41:2, 168:25, 169:5

**Raymond** [2] - 40:13, 168:16

**RDR** [2] - 2:1, 273:18

**reach** [14] - 50:22, 63:23, 63:25, 93:8, 93:14, 104:22, 105:12, 183:9, 201:10, 205:21, 216:11, 218:9, 220:19, 253:8

**reaching** [2] - 44:6, 179:6

**reaction** [1] - 189:15

**read** [31] - 8:1, 11:17, 18:6, 36:4, 39:3, 40:2, 41:7, 44:16, 60:12, 61:20, 65:15, 68:2, 71:9, 73:8, 86:5, 123:25, 134:12, 145:13, 164:11, 167:9, 168:5, 169:10, 179:12, 184:6, 203:3, 203:22, 215:12, 219:14, 223:15, 256:17, 272:9

**reading** [12] - 51:17, 60:13, 88:4, 94:21, 99:21, 99:22, 105:16, 106:5, 110:14, 203:20, 208:13, 210:6

**ready** [5] - 20:14, 22:10, 67:6, 147:3, 149:3

**real** [3] - 110:24, 135:25, 260:25

**really** [15] - 16:12, 20:6, 23:18, 77:6, 77:17, 135:15, 138:2, 155:12, 174:14, 216:2, 227:18, 232:7, 232:9, 260:18

**Reason** [1] - 163:13

**reason** [5] - 23:5, 44:12, 149:23, 163:21, 235:3

**reasonable** [14] - 41:23, 52:25, 53:3, 53:7, 53:13, 78:21,

78:24, 128:19, 129:3, 129:7, 171:14, 190:15, 190:22, 260:3

**reasons** [11] - 22:25, 23:3, 140:10, 140:17, 149:18, 149:21, 163:5, 191:20, 260:22, 260:24, 260:25

**recent** [1] - 14:15

**recently** [2] - 235:7, 240:5

**recess** [21] - 65:10, 65:25, 66:7, 66:18, 66:20, 123:19, 124:7, 124:11, 124:13, 146:7, 146:15, 223:4, 223:7, 223:25, 224:4, 224:8, 224:9, 257:1, 257:2, 270:3, 273:7

**recognized** [2] - 21:3, 147:21

**recognizes** [2] - 41:6, 169:9

**recollection** [1] - 130:20

**record** [22] - 4:6, 6:10, 10:24, 20:2, 24:1, 44:20, 67:1, 124:20, 130:6, 139:3, 146:21, 151:3, 179:14, 191:12, 191:16, 191:17, 224:14, 257:7, 266:3, 267:3, 267:25, 269:19

**recovery** [1] - 80:16

**redact** [2] - 10:18, 11:2

**redacted** [7] - 10:6, 10:9, 11:7, 12:5, 13:6, 19:21, 20:1

**redacting** [1] - 19:21

**Redundo** [2] - 41:4, 169:7

**reference** [1] - 14:18

**reflected** [1] - 44:20

**refrigerator** [2] - 145:1, 271:18

**regard** [15] - 4:23, 10:8, 10:21, 14:14, 89:20, 170:18, 200:15, 231:24, 238:2, 245:19, 252:2, 252:7, 253:5, 255:7, 262:6

**regarding** [11] - 14:4, 43:13, 185:8, 215:19, 215:24, 227:24, 230:23, 231:17, 232:16, 252:3, 252:22

**Reginald** [6] - 4:19, 39:19, 124:25, 147:1, 167:24, 224:19

**Regional** [1] - 152:21

**registered** [7] - 67:18, 78:10, 152:12, 152:19, 181:24, 182:4, 208:7

**registry** [1] - 77:12, 77:24, 79:4

**rehab** [4] - 80:6, 80:17, 80:18, 80:21

**rehabilitating** [2] - 175:22

**reimburse** [1] - 163:6

**Reinhardt** [4] - 40:21, 40:25, 168:24, 169:3

**relate** [1] - 196:9

**related** [2] - 213:6, 262:8

**release** [1] - 82:4

**relevant** [1] - 217:12

**relieve** [1] - 27:11

**relieving** [1] - 28:20

**religious** [8] - 29:4, 36:1, 44:9, 55:5, 61:17, 126:3, 140:10, 250:2

**remains** [1] - 8:18

**remember** [15] - 50:12, 52:6, 53:19, 53:21, 58:14, 64:2, 65:21, 65:22, 105:7, 135:19, 188:6, 193:6, 194:10, 223:21, 223:22

**reminded** [1] - 177:14

**remove** [5] - 136:18, 136:24, 136:25, 137:5, 137:9

**removed** [1] - 176:8

**Remului** [2] - 41:2, 169:5

**render** [4] - 44:2, 179:2, 259:11

**renew** [1] - 139:18

**rep** [2] - 107:15, 207:3

**replace** [3] - 31:6, 31:11, 262:11

**replacement** [3] - 202:6, 202:7, 202:10

**report** [7] - 65:19, 124:4, 145:17, 223:19, 256:20, 259:24, 272:13

**REPORTED** [1] - 2:1

31

**reported** [24] - 60:25, 68:8, 84:6, 84:15, 91:21, 103:12, 111:9, 182:15, 184:25, 185:1, 187:17, 187:18, 193:5, 198:7, 205:3, 210:15, 210:16, 222:13, 230:18, 231:6, 234:1, 234:2, 243:17, 254:12

**Reporter** [2] - 2:1, 273:19

**reporter** [5] - 11:1, 11:6, 19:10, 21:19, 148:12

**REPORTER** [2] - 11:12, 170:16

**represent** [4] - 39:10, 39:18, 167:15, 167:24

**representative** [4] - 114:19, 115:5, 115:6, 240:13

**represented** [10] - 56:1, 58:24, 96:13, 102:10, 107:10, 112:11, 195:3, 207:12, 214:6, 254:24

**request** [1] - 130:8

**require** [1] - 16:8

**required** [1] - 79:3

**reschedule** [1] - 160:14

**research** [3] - 15:2, 15:6, 90:1

**reserved** [1] - 66:17

**reset** [2] - 269:22, 269:24

**reside** [1] - 67:20

**residence** [6] - 87:23, 94:13, 100:25, 114:20, 204:6, 217:2

**residency** [3] - 116:17, 229:24, 229:25

**residential** [1] - 202:24

**resolved** [1] - 189:18

**resources** [2] - 62:20, 245:2

**respect** [1] - 19:19

**respectfully** [1] - 174:18

**respective** [2] - 21:13, 148:6

**respiratory** [1] - 120:8

**respond** [1] - 266:5

**responding** [1] - 141:13

**response** [4] - 177:15, 177:18, 191:16, 230:24

**responses** [1] - 259:9

**rest** [5] - 31:24, 66:16, 114:10, 120:16, 174:25

**restaurant** [2] - 186:20, 219:7

**restitution** [1] - 194:16

**restored** [1] - 58:19

**restraining** [2] - 187:25, 188:1

**restriction** [3] - 187:21, 187:24, 189:1

**result** [2] - 139:19, 160:4, 175:20

**retail** [1] - 228:7

**retired** [20] - 13:17, 48:9, 48:10, 67:23, 72:14, 72:17, 76:9, 87:11, 98:4, 98:5, 99:13, 138:7, 143:9, 183:25, 184:2, 188:22, 225:4, 242:9, 242:10, 263:4

**retirement** [1] - 76:18

**return** [3] - 28:25, 51:9, 51:12

**returns** [2] - 17:1, 201:23

**review** [1] - 6:23

**reviewed** [1] - 6:23

**revised** [1] - 12:15

**Ricardo** [2] - 40:15, 168:18

**Rice** [2] - 162:22, 238:20

**rice** [1] - 238:19

**Richard** [2] - 40:11, 168:14

**Richmond** [2] - 76:11, 211:21

**Rico** [2] - 70:24, 74:10

**ride** [1] - 239:6

**Ridge** [1] - 179:22

**riding** [2] - 89:16, 270:9

**Rietmann** [1] - 120:6

**rights** [2] - 43:20, 58:19

**Rio** [5] - 33:2, 99:10, 99:11, 136:7, 136:13

**rise** [2] - 66:8, 67:10

**Rita** [2] - 40:16, 168:19

**Rivers** [4] - 24:20, 42:8, 42:9, 85:12

**Rivet** [1] - 88:14

**RN** [3] - 222:2, 258:25, 259:4

**road** [1] - 25:22

**roads** [1] - 186:3

**roadway** [1] - 213:7

**rob** [1] - 103:23

**robbed** [2] - 60:21, 233:22

**robbery** [5] - 61:6, 103:10, 193:4, 213:12, 235:18

**Robert** [6] - 30:21, 40:12, 40:14, 43:8, 94:10, 168:17

**Roberto** [1] - 245:9

**Rod** [2] - 40:12, 168:15

**Rodda** [2] - 100:17, 100:18

**Rodriguez** [2] - 34:6, 40:17, 114:16, 114:17, 168:20

**Roger** [3] - 40:7, 168:10, 168:15

**Rojas** [4] - 163:4, 170:21, 248:14, 248:16

**role** [2] - 21:10, 148:3

**room** [7] - 114:10, 144:25, 145:25, 248:20, 271:16, 271:22, 272:21

**rooms** [1] - 66:16

**Rosa** [1] - 35:21, 120:19

**rotator** [1] - 79:18

**rough** [1] - 32:3

**round** [1] - 132:17

**row** [3] - 135:3, 139:23, 140:13

**rows** [5] - 138:13, 265:12, 267:13, 267:16, 267:19

**Royal** [1] - 83:10

**rude** [1] - 270:8

**Ruiz** [4] - 163:4, 170:21, 248:14, 248:16

**Ruiz-Rojas** [4] - 163:4, 170:21, 248:14, 248:16

**rule** [1] - 6:25

**ruling** [1] - 139:19

**run** [7] - 63:1, 71:9, 157:20, 173:21, 174:1, 186:24, 207:7

**Russia** [1] - 263:2

# S

**Saca** [3] - 153:22, 192:7, 192:8

**safe** [1] - 173:22

**safety** [2] - 174:3, 213:6

**safety-related** [1] - 213:6

**sail** [1] - 239:6

**salary** [2] - 156:5, 162:4

**Salem** [2] - 40:11, 168:14

**sales** [8] - 71:1, 83:11, 115:6, 121:7, 210:2, 248:18, 248:19, 248:20

**salesman** [1] - 228:7

**salesperson** [2] - 56:14, 56:22

**San** [1] - 57:15

**Sanchez** [2] - 48:7, 128:24

**Sandra** [1] - 107:13

**Sanjay** [2] - 154:12, 221:7

**Santana** [4] - 152:24, 169:20, 183:15, 183:16

**sat** [2] - 188:15, 235:20

**satisfactory** [2] - 5:6, 5:18

**satisfied** [32] - 61:7, 61:9, 68:11, 68:13, 71:16, 84:9, 84:11, 91:25, 92:2, 95:6, 95:8, 108:8, 111:13, 111:15, 134:13, 182:21, 185:3, 196:12, 200:9, 200:11, 205:7, 205:9, 206:25, 208:22, 208:24, 209:3, 209:5, 210:19, 211:3, 226:7, 243:21

**Saturday** [5] - 33:14, 133:25, 137:13, 157:3, 266:25

**sausage** [1] - 115:8

**save** [1] - 156:2

**saw** [3] - 131:6, 169:22, 178:20

**scapegoats** [1] - 96:23

**scar** [1] - 234:22

**schedule** [14] - 24:2, 24:10, 24:16, 26:3, 30:9, 33:3, 35:1, 113:18, 150:15, 151:5, 151:13, 151:15, 154:9, 154:11

**scheduled** [24] - 25:22, 26:22, 28:16, 28:19, 33:13, 33:24, 34:7, 35:7, 135:6, 135:8, 141:17, 152:25, 153:24, 155:22, 156:23, 156:25, 157:2, 157:3, 158:17, 158:23, 160:19, 162:24, 164:3

**scheduling** [2] - 125:16, 141:5

**schizophrenic** [1] - 97:11

**school** [31] - 25:3, 25:4, 25:5, 25:18, 45:10, 47:10, 57:9, 71:8, 72:18, 76:19, 87:13, 94:20, 107:24, 108:25, 152:13, 152:14, 155:1, 155:4, 162:13, 162:23, 163:14, 180:16, 192:11, 192:19, 195:18, 230:2, 233:16, 240:15, 240:16, 258:25, 259:3

**schools** [1] - 88:16

**Scott** [5] - 25:21, 40:23, 43:18, 83:9, 169:1

**seal** [1] - 19:24

**search** [1] - 15:6

**Sears** [1] - 199:23

**seat** [2] - 65:24, 223:23

**seated** [23] - 4:1, 20:22, 24:14, 65:21, 65:22, 66:12, 66:22, 67:14, 124:15, 136:12, 142:6, 143:11, 144:17, 146:6, 146:17, 147:15, 150:24, 223:21, 224:25, 262:5, 271:9

**seats** [2] - 271:10, 271:12

**Seattle** [1] - 156:18

**second** [19] - 6:9, 7:9, 13:16, 13:19, 36:10, 60:6, 61:4, 76:12, 89:6, 103:3, 130:3, 132:22,

32

136:18, 136:20, 137:23, 164:16, 185:25, 229:11, 258:15

**second-graders** [1] - 89:6

**seconds** [2] - 191:15, 259:14

**secretary** [3] - 119:4, 197:2

**Section** [22] - 36:19, 36:23, 37:7, 37:8, 37:17, 37:19, 38:3, 38:4, 38:13, 38:15, 38:24, 164:25, 165:4, 165:13, 165:14, 165:23, 165:25, 166:9, 166:10, 166:19, 166:21, 167:5

**Sections** [2] - 38:25, 167:6

**SECURITY** [3] - 17:9, 66:8, 67:10

**Security** [13] - 4:12, 4:13, 39:14, 39:15, 42:13, 167:20, 167:21, 171:17, 172:7, 172:13, 173:11, 206:19, 261:7

**security** [11] - 5:1, 21:24, 22:3, 22:6, 65:23, 148:17, 148:21, 148:23, 222:13, 223:22, 260:21

**see** [26] - 11:18, 11:19, 14:24, 17:24, 19:7, 61:23, 65:15, 95:5, 123:25, 134:14, 141:12, 145:9, 145:13, 145:20, 146:2, 160:9, 167:19, 177:13, 223:15, 235:14, 256:17, 258:20, 271:5, 272:9, 272:15, 272:23

**seeing** [2] - 162:2, 196:1

**seek** [1] - 191:4

**seem** [1] - 272:17

**selected** [11] - 16:25, 23:4, 44:1, 55:8, 112:25, 144:14, 146:3, 149:22, 179:1, 271:6, 273:4

**Selection** [1] - 3:4

**selection** [5] - 6:13, 12:5, 16:23, 24:8, 55:7

**self** [9] - 28:8, 32:7,

35:11, 106:2, 119:10, 119:14, 129:16, 134:17, 140:5

**self-employed** [9] - 28:8, 32:7, 35:11, 106:2, 119:10, 119:14, 129:16, 134:17, 140:5

**sell** [4] - 56:16, 83:13, 115:7, 210:3

**selling** [1] - 232:1

**semantics** [1] - 176:14

**semester** [1] - 195:16

**semiprivate** [1] - 145:22

**send** [1] - 256:8

**sends** [1] - 11:1

**Senior** [1] - 108:11

**senior** [1] - 233:16

**sense** [2] - 13:11, 79:13

**sensitive** [1] - 8:8

**sent** [1] - 208:21

**sentence** [1] - 7:9

**separate** [1] - 227:1

**separated** [2] - 86:3, 87:10

**September** [2] - 38:5, 166:11

**sequence** [1] - 177:21

**sergeant** [1] - 60:7

**series** [1] - 262:13

**serve** [8] - 22:14, 63:18, 76:21, 126:13, 126:14, 127:1, 149:7, 253:14

**served** [11] - 60:14, 62:11, 75:9, 93:4, 104:14, 182:7, 201:6, 201:17, 202:1, 205:18, 213:18

**servers** [1] - 221:21

**service** [20] - 21:4, 21:7, 54:15, 70:17, 82:18, 85:14, 85:16, 94:22, 104:13, 107:15, 115:23, 116:18, 147:22, 147:25, 197:25, 199:24, 217:17, 217:18, 242:2, 254:4

**Service** [1] - 107:22

**services** [2] - 106:19, 169:22

**serving** [4] - 31:12, 31:22, 202:6, 235:25

**session** [3] - 147:3,

150:18, 151:16

**sessions** [2] - 24:5, 160:20

**set** [5] - 22:8, 29:19, 35:16, 149:1, 159:10

**settled** [3] - 50:25, 51:1, 77:12

**seven** [6] - 69:10, 246:15, 246:18, 246:19, 248:21, 251:12

**seventh** [1] - 64:23

**several** [9] - 25:23, 47:13, 55:15, 61:3, 103:10, 176:2, 176:10, 204:16, 261:12

**severely** [2] - 29:11, 79:25

**sex** [2] - 7:15, 78:11

**sexual** [25] - 7:4, 8:1, 9:1, 9:5, 36:18, 36:21, 37:6, 37:16, 38:1, 38:12, 38:23, 41:12, 129:15, 131:4, 164:24, 165:2, 165:11, 165:22, 166:7, 166:18, 167:4, 169:15, 170:18, 172:1, 174:11

**sexually** [5] - 41:17, 42:10, 108:12, 234:11, 235:1

**shall** [1] - 23:21

**shelter** [4] - 187:16, 187:19, 187:20, 233:8

**Shelvy** [2] - 40:15, 168:18

**Sherri** [1] - 40:19, 168:22

**shift** [2] - 31:2, 81:23

**shifts** [1] - 154:24

**ships** [1] - 263:1

**Shirley** [1] - 241:22

**Shiver** [4] - 158:15, 170:25, 225:1, 225:2

**short** [4] - 65:10, 135:17, 223:4, 223:7

**shot** [1] - 226:6

**shoulder** [5] - 27:2, 34:1, 113:18, 113:19, 114:2

**show** [2] - 136:11, 151:23

**showed** [1] - 185:2

**shows** [1] - 26:16

**Shu** [4] - 40:18, 40:21, 168:21, 168:24

**shy** [1] - 238:23

**sic** [1] - 92:11

**sick** [1] - 163:8

**sickness** [3] - 52:6, 53:18, 53:20

**side** [38] - 6:7, 6:8, 6:14, 6:16, 11:19, 23:4, 51:25, 52:1, 52:3, 64:12, 77:2, 77:5, 95:18, 95:21, 122:12, 125:3, 136:1, 137:11, 149:22, 173:7, 173:9, 175:3, 175:8, 187:7, 187:9, 193:25, 204:17, 217:1, 217:15, 234:6, 234:10, 235:4, 256:1, 257:16, 259:10, 259:19, 268:9

**side-bar** [25] - 6:7, 6:8, 6:14, 6:16, 51:25, 52:1, 52:3, 64:12, 77:2, 77:5, 95:18, 95:21, 122:12, 173:7, 173:9, 175:3, 175:8, 187:7, 187:9, 193:25, 234:6, 234:10, 256:1, 259:10, 259:19

**sides** [4] - 4:25, 18:2, 126:11, 266:9

**sight** [4] - 51:15, 51:18, 55:10, 100:11

**signed** [1] - 154:14

**significant** [1] - 162:25

**Silvia** [2] - 27:5, 72:8

**similar** [1] - 222:21

**Simon** [2] - 40:12, 168:15

**Simone** [1] - 208:5

**Simvastatin** [1] - 118:22

**Sinai** [1] - 85:18

**Sinforiano** [2] - 29:8, 46:24

**Singapore** [1] - 263:2

**single** [24] - 54:11, 62:23, 72:14, 83:18, 83:21, 89:13, 98:2, 101:2, 107:25, 115:12, 116:19, 182:3, 183:24, 197:19, 202:19, 208:10, 210:1, 217:10, 239:2, 240:7, 245:3, 247:4, 248:22, 254:3

**singling** [1] - 175:10

**sister** [9] - 115:13, 115:15, 115:18, 119:8, 172:5, 172:13,

206:19, 231:3, 231:18

**sister's** [4] - 119:9, 198:2, 198:3, 240:14

**sister-in-law** [2] - 172:13, 206:19

**sisters** [2] - 25:15, 235:4

**sit** [50] - 7:7, 9:20, 23:2, 41:14, 42:4, 43:6, 43:14, 43:23, 44:1, 52:15, 56:4, 59:3, 61:25, 74:4, 78:6, 79:4, 81:4, 81:6, 85:6, 92:21, 93:21, 96:18, 102:14, 112:18, 114:6, 123:15, 125:25, 142:21, 149:20, 154:17, 169:17, 178:15, 179:1, 189:15, 190:3, 191:13, 195:10, 198:13, 207:16, 214:19, 215:24, 227:24, 229:14, 231:18, 232:16, 234:16, 234:20, 252:22, 255:4, 255:13

**sits** [1] - 42:1

**sitting** [2] - 4:19, 55:6

**situation** [4] - 187:15, 227:21, 259:19, 261:13

**six** [15] - 17:22, 18:1, 54:6, 74:13, 80:9, 81:22, 81:24, 82:3, 83:12, 83:20, 95:25, 186:11, 186:12, 194:15, 271:2

**Skibeur** [2] - 41:3, 169:6

**skip** [1] - 119:20

**slated** [1] - 144:9

**sleep** [1] - 56:17

**sling** [2] - 80:8, 82:2

**small** [10] - 79:24, 82:17, 155:16, 157:20, 170:22, 171:2, 171:7, 201:24, 237:16, 245:21

**smartphones** [1] - 14:19

**snack** [2] - 123:20, 123:21

**snacks** [2] - 145:2, 271:19

**snowballs** [2] - 176:17, 176:18

**so...** [1] - 45:14

**soccer** [1] - 240:20
**social** [7] - 14:6,
39:23, 41:9, 51:13,
168:4, 169:12, 169:22
**soft** [2] - 80:11, 81:2
**soft-tissue** [2] -
80:11, 81:2
**softball** [1] - 49:1
**sole** [1] - 197:14
**solely** [4] - 44:2,
66:17, 179:2, 190:4
**someone** [14] -
29:21, 41:17, 61:4,
72:14, 82:9, 161:11,
174:5, 174:10,
174:14, 175:20,
184:21, 198:7,
262:10, 273:2
**sometime** [1] - 80:19
**sometimes** [8] -
7:21, 51:13, 53:17,
53:19, 62:15, 70:18,
155:17, 176:15
**somewhat** [1] -
270:23
**somewhere** [1] -
162:4
**son** [18] - 32:15,
60:6, 73:5, 86:4,
99:19, 107:23,
107:25, 133:20,
134:3, 160:20,
225:14, 226:25,
227:17, 227:20,
238:15, 245:4, 245:5,
266:16
**son's** [2] - 227:10,
227:24
**sorry** [25] - 52:2,
57:4, 62:10, 69:8,
90:24, 96:2, 110:2,
111:4, 113:25,
119:19, 132:10,
132:21, 151:14,
169:19, 169:21,
171:1, 187:22,
190:18, 214:18,
225:17, 228:19,
246:17, 257:24,
263:19, 263:25
**sought** [2] - 54:21,
181:5
**South** [8] - 1:24,
71:2, 102:25, 107:19,
108:8, 197:21,
206:11, 236:12
**Southeastern** [1] -
195:19
**SOUTHERN** [1] - 1:1
**Southern** [16] -

20:25, 36:6, 36:12,
36:25, 37:10, 37:21,
38:6, 38:17, 147:18,
164:12, 164:18,
165:6, 165:16, 166:2,
166:12, 166:23
**Southwest** [2] - 1:21,
228:9
**Spanish** [4] - 52:7,
105:19, 120:2, 134:8
**spare** [13] - 68:2,
69:20, 72:22, 76:20,
87:14, 88:22, 99:21,
119:24, 182:6,
206:16, 217:13,
228:18, 228:20
**speakers** [1] -
134:10
**speaking** [3] - 30:5,
30:12, 30:14
**special** [6] - 22:19,
29:19, 36:21, 149:12,
163:13, 163:14,
165:2, 167:20
**Special** [7] - 4:10,
39:12, 39:13, 167:17,
167:18, 167:19
**specialist** [3] -
34:20, 87:1, 87:3
**specifically** [3] - 9:5,
129:1, 217:2
**speedy** [1] - 29:19
**spelling** [1] - 18:24
**spend** [6] - 32:8,
88:21, 88:22, 203:3,
230:8, 250:6
**spending** [4] -
197:24, 203:20,
204:13, 237:17
**spill** [1] - 16:11
**spirit** [1] - 29:9
**sport** [1] - 93:2
**sporting** [2] -
206:16, 254:6
**sports** [6] - 54:14,
57:10, 69:21, 94:21,
116:22, 245:6
**Springs** [1] - 192:12
**St** [1] - 47:8
**stability** [1] - 260:13
**Stacy** [1] - 56:12
**staff** [7] - 65:20,
124:5, 145:18,
223:20, 256:21,
262:21, 272:14
**stage** [1] - 260:19
**stand** [4] - 44:23,
81:7, 81:8
**standup** [2] - 25:22,
83:11

**start** [18] - 5:11, 5:16,
8:7, 16:23, 17:5, 24:8,
24:18, 34:13, 44:21,
67:15, 137:16,
138:19, 142:8,
144:22, 151:6,
179:15, 225:1, 271:13
**started** [4] - 29:9,
47:1, 100:23, 232:4
**starting** [7] - 5:2,
14:11, 24:6, 34:16,
80:17, 158:20, 241:6
**starts** [2] - 13:11,
80:18
**State** [9] - 54:20,
99:14, 107:15,
107:16, 107:17,
107:18, 108:16,
213:3, 253:7
**state** [45] - 4:5, 9:17,
23:25, 24:19, 29:17,
43:3, 50:11, 51:12,
63:21, 63:22, 66:25,
71:24, 75:16, 90:6,
91:2, 93:4, 93:11,
104:16, 112:25,
124:19, 128:24,
143:4, 146:20, 151:2,
153:25, 178:12,
179:13, 183:8,
184:12, 184:13,
184:14, 197:15,
201:19, 205:19,
205:20, 216:7,
216:13, 218:7, 218:8,
220:15, 220:16,
222:23, 224:13,
227:3, 257:6
**statement** [5] - 91:9,
175:15, 177:6, 260:8,
260:9
**statements** [3] -
21:21, 148:14, 175:16
**States** [92] - 4:2, 4:9,
7:3, 9:1, 9:8, 10:11,
20:24, 22:9, 36:6,
36:7, 36:15, 36:16,
36:19, 36:20, 36:22,
36:23, 37:3, 37:4,
37:6, 37:8, 37:12,
37:13, 37:17, 37:18,
37:24, 37:25, 38:2,
38:4, 38:8, 38:9,
38:13, 38:14, 38:19,
38:21, 38:23, 38:25,
39:11, 41:10, 41:11,
42:18, 66:23, 67:3,
114:18, 124:16,
124:23, 146:18,
146:24, 147:17,

149:2, 152:3, 164:12,
164:13, 164:21,
164:22, 164:25,
165:1, 165:3, 165:4,
165:9, 165:10,
165:12, 165:14,
165:18, 165:19,
165:23, 165:24,
166:5, 166:6, 166:8,
166:10, 166:14,
166:15, 166:19,
166:20, 166:25,
167:2, 167:4, 167:6,
167:16, 169:13,
169:14, 171:21,
188:11, 193:21,
224:11, 224:17,
257:4, 257:9, 257:18,
261:11, 273:19
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**status** [4] - 94:16,
101:2, 115:12, 222:1
**stay** [2] - 222:6,
230:2
**stay-at-home** [2] -
222:6, 230:2
**stayed** [1] - 270:13
**stead** [1] - 262:19
**steady** [1] - 35:14
**steal** [1] - 184:22
**Stelle** [1] - 107:13
**step** [4] - 13:13,
138:5, 234:12, 235:6
**step-grandfather** [2]
- 234:12, 235:6
**stepchildren** [2] -
204:11, 225:11
**stepdaughter** [4] -
77:10, 225:16,
226:25, 227:18
**stepfather** [1] -
240:14
**stepped** [1] - 266:6
**stepson** [3] - 225:15,
225:21, 225:24
**Steven** [2] - 40:25,
169:3
**stick** [1] - 81:23
**still** [11] - 16:3,
78:16, 80:12, 115:20,
215:3, 215:7, 215:13,
236:4, 238:14,
269:21, 271:11
**Stohls** [2] - 41:2,
169:5
**stole** [3] - 182:13,
200:8, 243:16
**stolen** [5] - 71:15,
91:20, 95:3, 208:19,

232:1
**stomach** [1] - 170:23
**stop** [8] - 65:19,
124:4, 145:17, 202:6,
202:10, 223:19,
256:20, 272:13
**stopped** [1] - 52:14
**store** [2] - 60:6,
115:19
**story** [2] - 188:18,
189:5
**street** [1] - 194:10
**Street** [7] - 1:15,
50:15, 75:17, 104:18,
104:20, 104:22, 247:1
**Streeter** [4] - 40:15,
40:17, 168:18, 168:20
**stricken** [2] - 265:10,
265:11
**strike** [10] - 7:16,
132:12, 136:2,
139:14, 176:6,
177:19, 191:18,
265:1, 266:2, 268:12
**strikes** [12] - 131:15,
131:21, 132:13,
138:24, 139:12,
139:16, 139:22,
143:24, 263:20,
264:7, 265:2, 268:13
**striking** [1] - 7:9
**stroke** [1] - 27:7
**strong** [2] - 213:12,
214:25
**strong-armed** [2] -
213:12, 214:25
**struck** [3] - 127:24,
265:18, 265:23
**Stu** [6] - 39:17, 67:4,
124:25, 147:1,
224:19, 257:12
**Stuart** [3] - 4:17,
13:17, 167:23
**STUART** [1] - 1:20
**student** [12] - 33:11,
35:5, 97:19, 100:20,
116:16, 119:2,
141:15, 145:23,
192:22, 195:15,
271:23
**students** [1] - 119:11
**studies** [1] - 142:22
**studying** [5] - 97:24,
100:21, 240:16,
247:12, 247:13
**stuff** [3] - 53:25,
155:1, 156:4
**subject** [1] - 6:17
**submits** [1] - 53:2
**submitted** [1] - 6:22

34

**subsequently** [1] - 21:22, 108:14, 148:15
**suffered** [1] - 189:22
**suffering** [1] - 128:14
**sugar** [1] - 114:12
**suggest** [1] - 175:24
**suggested** [1] - 5:4
**suggestion** [1] - 8:15
**suit** [1] - 71:24
**Suite** [3] - 1:18, 1:22, 1:24
**sum** [1] - 10:2
**Sunday** [10] - 26:7, 26:9, 26:16, 34:7, 34:11, 34:12, 137:13, 157:10, 157:12, 266:25
**sunglasses** [1] - 135:17
**superseding** [3] - 13:20, 36:10, 164:16
**supervisor** [3] - 87:1, 87:21, 212:10
**supplied** [1] - 18:9
**suppliers** [1] - 263:1
**supplies** [1] - 85:19
**Supply** [1] - 203:1
**support** [2] - 204:4, 204:5
**suppose** [1] - 211:3
**supposed** [6] - 29:24, 66:2, 156:16, 158:23, 159:6, 232:9
**surgeries** [1] - 135:6
**surgery** [27] - 25:13, 26:22, 26:25, 27:1, 27:3, 27:8, 27:14, 28:1, 33:3, 33:5, 79:16, 79:19, 80:14, 81:10, 81:20, 81:25, 130:11, 134:25, 135:10, 135:25, 136:6, 136:13, 136:21, 136:24, 137:1, 137:12, 138:3
**surprised** [1] - 130:21
**Susan** [4] - 40:19, 40:25, 168:22, 169:3
**Susannah** [1] - 161:8
**Suzette** [3] - 41:16, 62:18, 129:11
**swear** [4] - 16:25, 17:5, 23:8, 150:1
**swearing** [1] - 17:2
**swimming** [1] - 91:6
**swipe** [1] - 194:3
**sworn** [2] - 23:12, 150:5

**Sykes** [1] - 155:15
**Sylvia** [2] - 152:24, 183:16
**synagogue** [4] - 32:16, 32:20, 134:3
**system** [31] - 54:17, 55:22, 58:22, 72:19, 77:14, 77:17, 77:19, 77:22, 79:9, 79:10, 92:17, 96:11, 102:8, 103:19, 107:8, 112:9, 180:24, 194:22, 198:1, 207:10, 213:25, 215:15, 227:9, 227:16, 232:12, 236:14, 252:19, 254:22, 255:8, 255:12
**systems** [1] - 221:21

**T**

**table** [8] - 4:10, 4:20, 39:6, 39:12, 66:15, 167:12, 167:17, 167:19
**tack** [1] - 16:9
**take-home** [1] - 29:11
**Tallahassee** [3] - 94:20, 143:2, 144:19
**Target** [3] - 114:23, 114:25, 115:2
**Tassey** [2] - 41:4, 169:7
**taste** [1] - 178:22
**taxes** [1] - 243:6
**teach** [16] - 87:4, 88:16, 89:5, 89:6, 89:24, 89:25, 91:4, 154:14, 154:19, 154:21, 154:23, 212:5, 217:1, 217:16, 221:11, 221:12
**teacher** [11] - 107:24, 192:11, 192:17, 192:19, 211:24, 212:3, 218:24, 246:12, 246:13, 246:20, 263:9
**teacher's** [1] - 73:3
**teaching** [2] - 221:14, 238:24
**TEAM** [1] - 157:24, 204:5
**tear** [1] - 79:25, 80:11, 81:2
**tears** [1] - 259:12
**tech** [3] - 225:16,

225:18, 254:4
**technical** [1] - 20:17
**technician** [3] - 94:12, 204:5, 242:23
**Ted** [2] - 40:21, 168:24
**telecommunications** [2] - 109:16, 109:19
**telephone** [1] - 15:5
**television** [1] - 83:25
**temporary** [1] - 109:9
**ten** [17] - 23:16, 23:17, 45:3, 123:13, 123:15, 124:7, 124:11, 221:24, 221:25, 223:25, 224:1, 224:4, 224:8, 228:8, 232:4, 256:7
**ten-minute** [1] - 223:25
**Tenders** [1] - 8:22
**Tennessee** [1] - 26:4
**tennis** [3] - 120:13, 186:24, 217:13
**Teresa** [4] - 161:23, 172:22, 244:17, 267:9
**terms** [16] - 11:22, 35:6, 77:16, 79:11, 79:13, 80:5, 140:25, 141:1, 141:5, 141:17, 141:24, 142:7, 142:8, 142:11, 142:16
**Ternival** [2] - 41:1, 169:4
**territorial** [2] - 36:22, 165:3
**Terry's** [1] - 202:25
**testified** [4] - 54:25, 200:17, 200:22, 200:24
**testify** [1] - 213:5
**testimony** [4] - 13:11, 259:7, 259:10, 260:13
**tests** [1] - 26:23
**Texas** [1] - 57:16
**text** [1] - 15:5
**thankfully** [1] - 108:12
**that's...** [1] - 155:23
**THE** [1262] - 1:10, 1:14, 1:20, 4:1, 4:14, 4:21, 4:23, 5:10, 5:13, 5:16, 5:18, 5:21, 5:25, 6:3, 6:13, 6:19, 6:22, 7:14, 8:12, 8:21, 8:24, 9:11, 9:13, 9:24, 10:2, 10:6, 10:12, 10:14, 10:21, 11:4, 11:6,

11:11, 11:12, 11:13, 11:16, 12:11, 12:18, 12:20, 13:12, 13:15, 13:19, 13:23, 14:3, 14:10, 14:15, 14:23, 15:1, 15:8, 15:12, 15:15, 15:18, 15:21, 15:23, 16:3, 16:17, 16:21, 17:2, 17:5, 17:9, 17:11, 17:15, 17:18, 17:24, 18:6, 18:10, 18:13, 18:16, 18:18, 18:20, 19:6, 19:11, 19:14, 19:17, 19:23, 20:1, 20:12, 20:14, 20:15, 20:20, 20:21, 20:22, 22:13, 23:10, 23:13, 24:23, 24:25, 25:2, 25:5, 25:8, 25:10, 25:14, 25:17, 25:20, 25:25, 26:5, 26:8, 26:13, 26:17, 26:19, 26:25, 27:4, 27:15, 27:20, 27:23, 28:3, 28:6, 28:14, 28:22, 28:24, 29:2, 29:6, 29:12, 29:14, 29:21, 29:24, 30:2, 30:6, 30:9, 30:14, 30:18, 30:20, 30:25, 31:3, 31:6, 31:9, 31:15, 31:19, 31:21, 31:25, 32:4, 32:10, 32:12, 32:17, 32:19, 32:21, 32:23, 32:25, 33:6, 33:9, 33:15, 33:20, 34:4, 34:9, 34:11, 34:14, 34:16, 34:18, 34:21, 34:23, 34:25, 35:3, 35:8, 35:20, 35:23, 36:4, 39:20, 40:2, 41:19, 41:22, 41:25, 42:3, 42:8, 42:12, 42:24, 43:2, 43:12, 43:17, 43:22, 44:1, 44:9, 44:11, 44:23, 45:6, 45:8, 45:10, 45:12, 45:15, 45:17, 45:19, 45:21, 45:23, 45:25, 46:2, 46:4, 46:6, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18, 46:20, 46:22, 47:16, 48:6, 48:10, 48:12, 48:15, 48:20, 48:22, 48:25, 49:3, 49:6, 49:8, 49:11, 49:13, 49:15, 49:17, 49:19, 49:21, 49:24, 50:1, 50:3, 50:5, 50:7,

50:9, 50:11, 50:15, 50:17, 50:19, 50:22, 50:25, 51:2, 51:5, 51:7, 51:17, 51:20, 51:25, 52:3, 52:9, 52:11, 52:15, 52:20, 52:23, 53:2, 53:6, 53:10, 53:15, 53:21, 53:23, 54:2, 54:9, 55:1, 55:14, 55:19, 55:21, 55:24, 56:1, 56:3, 56:8, 56:11, 56:16, 56:19, 56:21, 57:3, 57:5, 57:14, 57:17, 58:7, 58:10, 58:12, 58:15, 58:17, 58:19, 58:21, 58:24, 59:2, 59:7, 59:14, 59:19, 59:22, 59:25, 60:2, 60:4, 60:8, 60:11, 60:15, 60:18, 60:23, 60:25, 61:2, 61:7, 61:10, 61:22, 61:25, 62:4, 62:6, 62:9, 62:17, 63:18, 63:21, 63:23, 63:25, 64:2, 64:5, 64:7, 64:10, 64:21, 64:25, 65:3, 66:8, 66:12, 66:22, 67:6, 67:9, 67:10, 67:14, 68:11, 68:14, 69:2, 69:7, 69:9, 69:11, 69:14, 69:16, 69:19, 70:13, 70:16, 70:21, 71:18, 72:2, 72:5, 72:7, 72:16, 72:20, 72:24, 73:1, 73:25, 74:3, 74:7, 74:17, 74:20, 75:12, 75:14, 75:16, 75:23, 76:1, 76:4, 76:6, 77:3, 77:13, 77:21, 78:1, 78:6, 78:10, 78:20, 78:23, 79:2, 79:15, 79:19, 79:23, 80:2, 80:14, 80:16, 80:21, 81:4, 81:9, 81:13, 81:16, 81:18, 81:20, 81:24, 82:5, 82:9, 82:12, 82:15, 82:23, 83:7, 83:13, 83:19, 84:9, 84:13, 85:1, 85:5, 85:10, 85:16, 85:20, 85:22, 85:25, 86:22, 87:3, 87:7, 87:18, 88:12, 89:5, 89:8, 89:20, 89:24, 90:12, 90:20, 90:22, 90:24, 91:1, 91:4, 91:14, 91:17, 91:21, 91:23,

| | | | | |
|---|---|---|---|---|
| 91:25, 92:3, 92:10, 92:14, 92:16, 92:20, 92:25, 93:5, 93:8, 93:11, 93:14, 93:17, 93:19, 93:22, 93:24, 94:4, 94:6, 94:8, 95:6, 95:9, 95:13, 95:19, 95:22, 96:2, 96:7, 96:10, 96:13, 96:16, 96:24, 97:2, 97:12, 97:16, 97:22, 97:24, 98:5, 98:20, 99:9, 100:16, 100:21, 101:5, 101:17, 101:20, 101:22, 101:25, 102:2, 102:4, 102:7, 102:10, 102:13, 102:18, 102:21, 103:12, 103:14, 103:16, 103:18, 103:21, 103:24, 104:13, 104:16, 104:18, 104:22, 105:1, 105:4, 105:7, 105:12, 105:15, 105:20, 105:22, 105:24, 106:6, 107:2, 107:5, 107:7, 107:10, 107:12, 108:17, 108:21, 109:11, 109:13, 109:18, 109:21, 110:1, 110:3, 110:6, 110:10, 110:13, 110:18, 110:22, 110:25, 111:2, 111:4, 111:9, 111:11, 111:13, 111:16, 111:21, 111:23, 112:1, 112:4, 112:6, 112:8, 112:11, 112:14, 112:17, 112:22, 113:1, 113:8, 113:11, 113:15, 113:20, 113:24, 114:6, 114:11, 114:16, 114:21, 114:25, 115:2, 115:4, 115:7, 115:9, 115:15, 115:19, 116:12, 117:14, 117:18, 117:20, 118:2, 118:24, 119:12, 119:16, 119:21, 119:24, 120:2, 120:4, 120:17, 120:23, 121:2, 121:4, 121:6, 122:3, 122:7, 122:9, 122:13, 123:21, 123:2, 123:5, 123:7, 123:10, 123:12, | 123:14, 123:19, 124:11, 124:15, 125:2, 125:8, 125:10, 125:13, 125:15, 125:18, 125:20, 125:23, 126:2, 126:10, 126:15, 126:17, 126:21, 127:2, 127:12, 127:15, 127:17, 127:24, 128:1, 128:4, 128:7, 128:9, 128:12, 128:16, 128:23, 129:12, 129:14, 129:17, 129:19, 129:22, 130:2, 130:5, 130:9, 130:16, 130:20, 131:2, 131:4, 131:11, 131:13, 131:15, 131:18, 131:20, 131:24, 132:1, 132:5, 132:7, 132:12, 132:13, 132:23, 133:2, 133:4, 133:7, 133:9, 133:11, 133:13, 133:15, 133:17, 133:19, 133:23, 134:6, 134:14, 134:17, 134:20, 134:22, 134:24, 135:2, 135:4, 135:8, 135:12, 135:19, 136:3, 136:5, 136:10, 136:15, 136:20, 137:1, 137:6, 137:12, 137:16, 137:19, 137:21, 137:25, 138:4, 138:9, 138:17, 138:19, 138:24, 139:2, 139:5, 139:7, 139:10, 139:12, 139:16, 139:20, 139:22, 140:4, 140:7, 140:11, 140:16, 140:20, 140:22, 141:3, 141:8, 141:12, 141:15, 141:25, 142:4, 142:6, 142:9, 142:11, 142:13, 142:15, 142:18, 142:21, 143:1, 143:3, 143:6, 143:11, 143:17, 143:19, 143:22, 143:24, 144:2, 144:4, 144:9, 144:11, 144:17, 144:21, 146:6, 146:11, 146:17, 147:3, 147:9, 147:13, 147:14, 147:15, 149:6, 150:3, | 150:6, 151:9, 151:12, 151:15, 151:24, 152:4, 152:6, 152:9, 152:14, 152:16, 152:19, 152:23, 153:2, 153:5, 153:8, 153:10, 153:15, 153:18, 153:20, 154:1, 154:6, 154:8, 154:21, 155:2, 155:8, 155:10, 155:24, 156:5, 156:7, 156:11, 156:13, 156:20, 156:23, 156:25, 157:5, 157:8, 157:12, 157:15, 157:17, 157:23, 157:25, 158:4, 158:9, 158:11, 158:13, 158:18, 158:20, 158:25, 159:3, 159:5, 159:9, 159:15, 159:24, 160:4, 160:10, 160:16, 160:22, 161:1, 161:4, 161:6, 161:14, 161:16, 161:21, 161:25, 162:4, 162:6, 162:8, 162:10, 162:19, 163:9, 163:17, 163:23, 163:25, 164:5, 164:8, 164:11, 168:1, 169:20, 169:24, 170:4, 170:10, 170:15, 170:16, 170:20, 170:24, 171:3, 171:9, 172:3, 172:7, 172:10, 172:20, 172:24, 173:4, 173:7, 173:10, 173:13, 173:18, 174:7, 174:16, 175:1, 175:9, 175:18, 175:24, 176:13, 176:15, 176:18, 176:21, 177:13, 177:20, 178:5, 178:11, 178:23, 179:1, 180:1, 180:3, 180:5, 180:9, 180:14, 180:16, 180:18, 180:22, 181:2, 181:5, 181:8, 181:10, 181:22, 182:15, 182:17, 182:21, 183:1, 183:14, 183:22, 184:2, 184:4, 184:9, 184:12, 184:14, 184:16, 184:20, 184:23, 184:25, 185:3, 185:7, | 185:10, 185:12, 186:4, 186:9, 186:12, 186:14, 186:17, 186:19, 186:22, 187:5, 187:7, 187:10, 187:13, 187:17, 187:19, 187:23, 187:25, 188:15, 189:7, 189:10, 189:14, 189:25, 190:11, 190:13, 190:18, 190:21, 190:24, 191:10, 191:13, 191:19, 191:23, 192:6, 192:13, 192:15, 193:19, 193:23, 194:4, 194:6, 194:8, 194:11, 194:14, 194:18, 194:21, 195:3, 195:6, 195:9, 195:13, 195:15, 195:18, 195:20, 195:25, 196:5, 196:7, 196:11, 196:15, 196:23, 197:4, 197:7, 197:12, 197:15, 197:20, 198:9, 198:12, 199:2, 199:9, 199:11, 199:15, 199:19, 199:21, 199:25, 200:9, 200:15, 200:18, 200:22, 201:6, 201:8, 201:10, 201:12, 201:14, 201:17, 201:19, 201:23, 202:3, 202:12, 202:21, 202:23, 203:20, 203:24, 204:21, 204:23, 205:3, 205:5, 205:7, 205:11, 205:19, 205:21, 205:23, 205:25, 206:5, 207:9, 207:12, 207:15, 207:20, 208:3, 208:22, 209:3, 209:6, 209:19, 210:3, 210:15, 210:19, 211:1, 211:15, 211:17, 212:3, 212:5, 212:8, 212:14, 212:17, 212:19, 212:22, 212:24, 213:5, 213:8, 213:10, 213:13, 213:15, 213:17, 213:19, 213:21, 213:24, 214:3, 214:5, 214:9, 214:12, 214:15, | 214:18, 214:24, 215:4, 215:6, 215:8, 215:11, 215:14, 215:18, 215:22, 216:4, 216:9, 216:11, 216:15, 216:21, 217:6, 217:9, 218:5, 218:7, 218:9, 218:11, 218:13, 218:18, 218:20, 218:25, 219:5, 219:9, 219:11, 219:15, 219:18, 219:20, 219:22, 219:24, 220:1, 220:3, 220:5, 220:7, 220:9, 220:11, 220:13, 220:15, 220:17, 220:19, 220:21, 220:23, 220:25, 221:2, 221:4, 221:6, 221:11, 221:14, 221:16, 221:19, 221:22, 223:3, 224:4, 224:11, 224:21, 224:25, 225:12, 225:17, 226:4, 226:7, 226:11, 226:21, 226:23, 227:1, 227:3, 227:6, 227:8, 227:13, 227:15, 227:20, 227:23, 228:4, 228:18, 228:20, 228:24, 229:14, 229:18, 230:3, 230:5, 230:7, 230:12, 230:20, 230:22, 230:25, 231:2, 231:4, 231:6, 231:8, 231:10, 231:12, 231:15, 231:24, 232:2, 232:6, 232:11, 232:15, 232:20, 233:3, 234:1, 234:4, 234:6, 234:8, 234:15, 234:19, 234:24, 235:6, 235:10, 235:12, 235:14, 235:20, 236:2, 236:6, 236:9, 236:13, 236:17, 236:21, 237:7, 238:2, 238:13, 238:18, 239:24, 240:9, 240:11, 240:16, 240:18, 241:4, 241:20, 242:1, 242:3, 242:5, 242:10, 242:14, 242:17, 242:20, 242:25, 243:2, 243:5, 243:7, 243:10, 243:17, 243:19, 243:21, |

243:25, 244:3, 244:5, 244:7, 244:15, 244:23, 244:25, 245:19, 245:22, 246:6, 246:11, 246:13, 246:17, 246:19, 246:22, 246:24, 247:3, 247:5, 247:8, 247:10, 247:13, 247:15, 247:18, 248:9, 248:11, 248:13, 248:19, 249:16, 249:25, 250:3, 250:25, 251:7, 251:16, 251:19, 252:2, 252:7, 252:9, 252:11, 252:14, 252:16, 252:18, 252:21, 253:1, 253:5, 253:8, 253:11, 253:14, 253:21, 254:19, 254:21, 254:24, 255:2, 255:7, 255:11, 255:23, 256:2, 256:6, 256:8, 256:14, 256:25, 257:4, 257:10, 257:14, 257:20, 257:23, 258:2, 258:4, 258:6, 258:8, 258:10, 258:12, 258:14, 258:18, 258:22, 259:1, 259:3, 259:8, 259:15, 260:18, 261:2, 261:8, 261:10, 261:16, 261:23, 262:3, 262:10, 262:16, 262:18, 262:22, 263:3, 263:6, 263:11, 263:13, 263:16, 263:20, 263:23, 263:25, 264:2, 264:5, 264:7, 264:10, 264:12, 264:15, 264:17, 264:20, 264:22, 264:25, 265:2, 265:5, 265:7, 265:11, 265:16, 265:18, 265:20, 265:25, 266:6, 266:11, 266:14, 266:18, 266:22, 266:25, 267:2, 267:5, 267:8, 267:12, 267:15, 267:17, 267:19, 267:24, 268:2, 268:5, 268:7, 268:13, 268:19, 268:22, 268:25, 269:6, 269:9,

269:13, 269:17, 269:23, 270:1, 270:11, 270:14, 270:19, 270:22, 270:24, 271:5, 271:9, 273:7

**theft** [3] - 58:11, 92:13, 208:25

**themselves** [2] - 39:5, 167:11

**therapist** [4] - 73:6, 74:18, 120:8, 163:16

**therapy** [7] - 33:25, 113:18, 140:17, 160:20, 161:2, 163:16, 266:16

**therefore** [2] - 12:8, 141:24

**Thereupon** [12] - 13:17, 66:20, 124:13, 136:8, 138:7, 142:2, 143:9, 146:15, 224:9, 257:2, 262:1, 263:4

**they've** [1] - 67:25

**thinking** [2] - 61:16, 61:19

**Third** [1] - 1:21

**third** [4] - 16:12, 103:3, 186:1, 193:6

**three** [36] - 29:25, 59:18, 67:25, 71:7, 77:11, 83:16, 84:2, 84:5, 85:15, 88:21, 95:25, 96:3, 101:6, 103:2, 107:16, 115:1, 120:8, 127:17, 147:6, 158:12, 180:7, 188:2, 195:17, 197:11, 211:25, 221:15, 228:22, 232:4, 237:16, 238:23, 239:1, 242:15, 270:25, 271:1

**three-and-a-half-year** [1] - 88:21

**throughout** [1] - 156:16

**Thursday** [21] - 5:6, 5:9, 5:12, 5:14, 5:15, 26:6, 26:9, 26:14, 26:16, 33:12, 33:17, 137:12, 137:13, 153:5, 153:6, 155:5, 155:21, 157:14, 161:19, 266:25

**Thursdays** [2] - 154:22, 162:17

**time...** [1] - 195:2

**timing** [1] - 114:14

**tinker** [1] - 76:20

**tired** [1] - 196:1

**tissue** [2] - 80:11, 81:2

**Title** [26] - 36:18, 36:20, 36:23, 37:6, 37:8, 37:16, 37:18, 38:2, 38:4, 38:12, 38:14, 38:23, 38:25, 164:24, 165:1, 165:4, 165:12, 165:14, 165:22, 165:24, 166:8, 166:10, 166:18, 166:20, 167:4, 167:6

**title** [1] - 204:8

**today** [9] - 5:5, 22:8, 42:1, 145:19, 151:23, 159:7, 224:5, 273:3

**together** [1] - 50:24

**tomorrow** [7] - 5:5, 24:7, 146:9, 154:16, 270:24, 273:7

**Tony** [2] - 40:24, 169:2

**took** [7] - 8:13, 71:25, 105:13, 127:2, 156:2, 205:2, 210:23

**tools** [1] - 200:8

**torn** [1] - 79:18

**Toronto** [1] - 208:6

**total** [2] - 10:2, 135:15

**totality** [1] - 260:7

**totally** [2] - 21:7, 147:25

**touch** [2] - 145:6, 272:3

**touching** [8] - 22:14, 65:15, 123:25, 145:13, 149:7, 223:15, 256:18, 272:9

**tough** [1] - 43:20

**Tov** [1] - 32:17

**towards** [5] - 7:25, 43:11, 100:23, 176:23, 268:8

**town** [7] - 25:23, 28:20, 33:13, 151:21, 155:17, 206:20, 246:25

**trades** [2] - 251:5, 251:7

**traffic** [1] - 101:7

**trafficking** [3] - 101:19, 236:3, 236:7

**train** [1] - 30:18

**trainer** [1] - 159:19

**trainers** [2] - 159:24, 160:1

**training** [13] - 30:15, 30:17, 34:8, 34:15, 34:21, 34:22, 34:23, 34:25, 85:15, 85:19, 140:1, 159:19, 159:20

**trainings** [1] - 30:17

**Tramadol** [1] - 81:14

**Tran** [2] - 40:7, 168:10

**transcribes** [2] - 21:19, 148:12

**transcript** [6] - 10:20, 10:22, 10:23, 11:23, 12:6, 13:5

**transcription** [1] - 273:16

**transcripts** [1] - 11:2

**transferred** [1] - 85:24

**transmission** [1] - 82:2

**transpired** [1] - 77:16

**transport** [1] - 160:23

**Transportation** [1] - 212:10

**transporter** [2] - 85:24, 85:25

**travel** [29] - 4:23, 5:1, 5:6, 5:13, 5:15, 7:3, 36:15, 37:3, 37:13, 37:24, 38:9, 38:20, 41:11, 110:15, 153:23, 156:15, 164:21, 165:9, 165:19, 166:5, 166:15, 167:1, 169:14, 177:11, 217:14, 247:19, 261:4, 262:6

**traveled** [1] - 259:22

**traveling** [9] - 5:3, 13:19, 151:21, 152:2, 208:13, 210:6, 230:9, 237:17, 260:17

**travels** [1] - 27:18

**treated** [39] - 55:21, 58:21, 61:8, 68:12, 77:13, 84:10, 92:1, 92:16, 95:7, 96:10, 102:7, 103:18, 103:21, 103:24, 107:7, 111:14, 112:8, 182:22, 185:4, 194:21, 200:10, 205:8, 207:9, 208:23, 209:4, 210:20, 213:24, 215:14, 215:17, 226:8, 226:9,

227:8, 227:15, 232:11, 236:13, 243:22, 252:18, 254:21, 255:8

**treatment** [1] - 87:6

**TRIAL** [1] - 1:10

**trial** [63] - 5:2, 5:12, 5:16, 5:23, 12:12, 17:6, 20:16, 22:8, 24:2, 24:4, 24:6, 24:8, 24:9, 24:10, 24:17, 28:11, 29:19, 29:24, 44:3, 54:25, 55:1, 55:2, 55:8, 64:18, 65:14, 66:14, 71:24, 75:9, 104:14, 123:24, 141:6, 141:9, 141:23, 144:22, 145:12, 149:1, 151:17, 157:20, 179:3, 183:8, 190:4, 200:16, 200:17, 200:21, 200:22, 200:23, 200:25, 201:25, 202:2, 202:7, 202:11, 205:18, 206:24, 209:9, 215:8, 223:14, 253:6, 256:17, 260:14, 271:13, 272:8, 272:16

**trials** [4] - 24:3, 150:16, 150:17, 200:20

**tried** [8] - 22:7, 22:20, 148:25, 149:13, 184:22, 185:1, 188:12, 260:23

**trip** [17] - 34:7, 35:6, 140:23, 141:6, 141:17, 142:25, 143:13, 144:19, 152:25, 156:18, 156:20, 157:1, 157:2, 157:5, 268:21

**trips** [4] - 26:9, 26:13, 156:25

**trouble** [5] - 35:18, 84:23, 85:5, 94:4, 254:17

**truck** [3] - 48:11, 48:12, 251:6

**trucks** [1] - 251:9

**truth** [2] - 22:16, 149:9

**try** [13] - 22:22, 52:18, 65:18, 124:3, 128:13, 128:21, 145:16, 149:15, 155:6, 223:18, 256:19, 260:24,

272:12
**trying** [5] - 53:19, 174:5, 188:7, 260:20, 266:4
**Tucker** [2] - 40:13, 168:16
**Tuesday** [19] - 5:16, 17:3, 24:4, 24:6, 144:22, 145:9, 145:20, 146:1, 146:2, 150:17, 151:16, 153:15, 158:21, 161:19, 270:3, 270:15, 271:14, 271:24, 272:23
**Tuesdays** [4] - 153:13, 154:22, 160:19, 162:17
**turn** [2] - 44:14, 179:10
**turned** [1] - 222:21
**turns** [1] - 170:23
**TV** [4] - 243:9, 245:6, 250:7, 251:14
**Twelfth** [2] - 2:2, 273:19
**twice** [4] - 60:21, 60:24, 174:11, 174:12
**twin** [2] - 172:23, 245:10
**twins** [1] - 248:23
**Twitter** [2] - 145:7, 272:5
**two** [90] - 16:10, 18:2, 26:2, 26:10, 26:13, 26:17, 26:18, 27:6, 31:14, 33:4, 33:11, 45:5, 47:9, 55:16, 56:20, 68:1, 73:5, 76:14, 88:1, 96:4, 96:6, 96:9, 96:16, 97:21, 98:12, 129:20, 135:9, 136:17, 136:22, 137:8, 137:10, 137:21, 138:1, 138:2, 138:13, 140:18, 154:16, 154:25, 156:3, 159:9, 159:12, 159:13, 159:25, 161:11, 163:5, 163:13, 164:3, 164:9, 170:22, 174:24, 175:25, 176:3, 176:8, 176:21, 177:3, 179:25, 180:13, 188:2, 192:10, 197:3, 204:11, 204:17, 204:25, 206:14, 208:21, 213:12,

214:24, 219:8, 225:10, 233:14, 235:3, 240:6, 242:18, 242:20, 243:15, 248:18, 248:23, 249:23, 252:14, 265:12, 267:13, 267:16, 267:19, 268:8, 268:21, 269:22, 269:24
**two-month** [1] - 268:21
**Type** [2] - 33:22, 113:5
**type** [3] - 26:7, 235:21, 259:25

## U

**ultimately** [2] - 108:16, 128:18
**unable** [1] - 177:7
**uncle** [7] - 98:13, 98:15, 101:3, 101:16, 101:17, 122:22
**uncle's** [1] - 102:13
**unconscious** [2] - 210:17, 210:23
**under** [18] - 13:19, 14:24, 19:24, 36:19, 37:7, 37:17, 38:3, 38:13, 38:24, 55:17, 114:13, 164:25, 165:13, 165:23, 166:9, 166:19, 167:5, 271:3
**underage** [1] - 61:20
**underestimate** [1] - 16:18
**understood** [3] - 16:20, 20:3, 175:23
**unemployed** [5] - 110:9, 116:20, 118:1, 118:2, 119:9
**unfairly** [1] - 103:19
**unfamiliar** [2] - 21:8, 148:1
**unfortunately** [1] - 262:25
**unit** [2] - 85:14, 85:16
**United** [92] - 4:2, 4:8, 7:2, 7:3, 9:1, 9:8, 10:11, 20:24, 22:8, 36:6, 36:7, 36:15, 36:16, 36:19, 36:20, 36:22, 36:23, 37:2, 37:3, 37:6, 37:8, 37:12, 37:13, 37:16,

37:18, 37:23, 37:24, 38:2, 38:4, 38:8, 38:9, 38:12, 38:14, 38:19, 38:20, 38:23, 38:25, 39:11, 41:10, 41:11, 42:18, 66:23, 67:3, 114:18, 124:16, 124:22, 146:18, 146:23, 147:17, 149:1, 152:2, 164:12, 164:13, 164:21, 164:22, 164:25, 165:1, 165:3, 165:4, 165:8, 165:9, 165:12, 165:14, 165:18, 165:19, 165:22, 165:24, 166:4, 166:5, 166:8, 166:10, 166:14, 166:15, 166:18, 166:20, 166:25, 167:1, 167:4, 167:6, 167:15, 169:13, 169:14, 171:21, 188:11, 193:21, 224:11, 224:16, 257:4, 257:9, 257:18, 261:11, 273:17
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**university** [1] - 88:3
**University** [4] - 30:16, 206:14, 221:10, 221:18
**unless** [1] - 183:2
**up** [49] - 6:13, 17:10, 18:1, 25:6, 25:18, 26:15, 35:16, 51:7, 51:24, 64:10, 66:2, 75:11, 77:3, 85:19, 95:19, 113:14, 114:13, 125:2, 132:14, 136:10, 140:19, 141:24, 143:12, 151:22, 151:23, 154:25, 155:2, 163:15, 173:4, 173:7, 174:2, 176:16, 176:24, 178:21, 185:2, 187:7, 193:23, 201:21, 234:8, 257:15, 259:18, 259:21, 260:20, 260:22, 260:24, 262:3, 263:9, 265:8
**UPS** [1] - 88:20
**US** [3] - 57:16, 188:10, 259:22
**utilization** [2] - 12:22, 160:11

utilize [4] - 11:21, 12:16, 23:21, 150:13
**utilizing** [1] - 12:12
**utterance** [1] - 177:17

## V

**vacation** [2] - 162:24, 266:19
**vacillated** [1] - 259:13
**valet** [1] - 101:7
**vandalized** [1] - 182:13
**various** [2] - 191:20, 207:4
**Venezuela** [2] - 117:22, 228:6
**venire** [1] - 12:1
**verdict** [21] - 44:2, 44:6, 50:22, 63:23, 63:25, 90:6, 93:8, 93:14, 104:23, 105:5, 105:12, 179:2, 179:6, 183:9, 201:10, 205:21, 216:11, 218:9, 220:19, 253:8, 259:11
**version** [2] - 10:10, 19:21
**versus** [10] - 4:2, 22:9, 36:8, 66:23, 124:16, 146:18, 149:2, 164:14, 224:11, 257:5
**vice** [3] - 115:6, 206:9, 261:21
**victim** [16] - 8:18, 9:1, 10:19, 54:22, 54:23, 91:14, 91:17, 103:10, 103:24, 182:12, 184:20, 187:5, 206:23, 208:18, 210:11, 266:8
**victims** [6] - 10:10, 11:4, 11:5, 11:21, 19:19, 189:19
**video** [4] - 83:14, 251:13, 251:14, 254:6
**video-editing** [1] - 251:14
**videos** [1] - 251:15
**Vietnam** [1] - 76:21
**view** [3] - 77:18, 174:13, 177:10
**violado** [1] - 173:25
**violated** [1] - 43:20
**violation** [14] -

36:20, 36:23, 37:8, 37:18, 38:4, 38:14, 38:25, 165:1, 165:4, 165:14, 165:24, 166:10, 166:20, 167:6
**violence** [5] - 187:11, 190:2, 227:20, 259:19
**Virginia** [1] - 119:5
**virtual** [1] - 60:12
**vision** [2] - 135:12, 135:15
**visit** [7] - 28:16, 35:15, 35:16, 112:14, 188:12, 194:18, 213:21
**visited** [2] - 102:4, 236:9
**visiting** [2] - 66:15, 235:4
**visits** [1] - 26:23
**vitamins** [1] - 53:25
**Vitas** [2] - 240:3, 240:13
**voice** [2] - 6:24, 261:2
**void** [1] - 191:16
**voir** [18] - 6:5, 6:22, 7:17, 10:2, 11:22, 22:15, 22:16, 23:21, 141:5, 141:22, 149:8, 149:9, 150:14, 151:1, 175:5, 175:8, 177:9, 261:20
**voir-dire** [3] - 141:5, 141:22, 175:8
**voir-dired** [1] - 175:5
**Voltaire** [2] - 241:21, 241:22
**vs** [1] - 1:6

## W

**wait** [7] - 14:2, 16:25, 34:9, 82:4, 144:11, 201:20, 258:15
**waited** [1] - 259:13
**waiter** [1] - 194:1
**waiting** [6] - 16:21, 20:5, 80:12, 156:21, 172:19, 172:20
**waitress** [1] - 233:15
**waive** [2] - 6:7, 6:15
**walk** [2] - 145:21, 245:7
**walking** [2] - 118:6, 173:3
**walks** [1] - 54:17
**Walsh** [2] - 40:13,

38

168:16
wants [3] - 14:12, 123:11, 176:9
warn [1] - 14:6
wash [1] - 101:7
Washington [7] - 1:19, 111:25, 156:17, 156:18, 157:2, 157:5, 261:15
watch [7] - 69:20, 119:25, 120:1, 120:2, 243:8, 245:6, 250:7
water [1] - 145:1
wear [5] - 135:17, 136:22, 137:2, 137:13
wearing [3] - 66:3, 138:10, 138:11
web [1] - 216:25
Wednesday [7] - 5:3, 26:16, 33:12, 33:14, 33:16, 155:7, 161:19
Wednesdays [1] - 162:14
Week [1] - 262:14
week [27] - 5:2, 5:3, 6:5, 16:12, 24:4, 27:11, 27:12, 27:18, 27:19, 27:20, 28:11, 33:11, 33:12, 35:17, 137:22, 138:1, 142:17, 145:19, 154:3, 154:15, 155:16, 155:22, 156:2, 157:14, 161:18, 260:17
weekend [4] - 26:5, 65:11, 154:5, 223:9
weekends [1] - 26:2
weekly [1] - 160:21
weeks [37] - 16:3, 16:11, 16:18, 24:9, 24:21, 24:22, 25:23, 29:11, 32:8, 33:4, 34:24, 35:2, 35:5, 35:18, 80:9, 80:24, 81:23, 81:24, 82:3, 83:16, 85:15, 135:9, 137:10, 137:21, 138:2, 141:16, 141:19, 150:20, 151:18, 155:12, 155:13, 156:17, 159:14, 161:11, 161:12, 164:3
Weingart [2] - 40:24, 169:2
welcome [5] - 20:23, 70:22, 88:13, 113:23, 147:16
welfare [2] - 22:2,

148:20
well... [1] - 234:5
Wells [1] - 243:4
West [1] - 67:20
Westchester [3] - 48:16, 62:21, 88:18
whatnot [1] - 163:1
whatsoever [11] - 39:23, 41:8, 65:13, 123:23, 145:11, 164:4, 169:12, 223:13, 256:16, 272:7, 272:18
wheel [1] - 91:19
whichever [1] - 79:12
whole [8] - 34:3, 77:25, 101:1, 115:11, 122:14, 197:18, 206:11, 256:3
wife [23] - 30:23, 31:13, 31:19, 31:21, 32:3, 35:13, 35:19, 45:6, 47:8, 94:17, 106:4, 110:6, 118:1, 151:22, 154:24, 180:10, 195:15, 204:8, 205:1, 206:13, 212:3, 222:2, 252:4
wife's [3] - 76:12, 76:17, 204:17
Wiles [4] - 40:24, 40:25, 169:2, 169:3
Wilkins [2] - 40:11, 168:14
William [15] - 4:18, 36:8, 36:14, 37:2, 37:11, 37:23, 38:7, 38:18, 164:14, 164:20, 165:8, 165:17, 166:4, 166:13, 166:24
Williams [6] - 41:3, 169:6, 171:6, 172:4, 211:17, 211:18
Willie [1] - 34:6, 114:17
Wilson [2] - 41:4, 169:7
windows [2] - 23:18, 145:23, 150:10, 271:23
wine [1] - 242:12
wish [1] - 108:19
wishes [1] - 6:6
withheld [1] - 77:8
Witness [3] - 29:4, 35:22, 125:11
witness [19] - 10:6, 10:7, 10:12, 10:19,

11:7, 11:20, 13:2, 13:3, 13:4, 15:13, 15:20, 18:11, 19:9, 19:24, 20:11, 103:21, 208:20, 226:4
witnessed [1] - 226:6
witnesses [10] - 10:14, 11:18, 12:11, 15:23, 15:25, 16:2, 16:8, 40:3, 66:16, 168:5
woman [2] - 174:23, 188:5
Woodjerry [2] - 41:2, 169:5
woodwork [1] - 225:20
Woolpert [1] - 152:7
word [8] - 52:6, 105:18, 133:23, 134:9, 134:10
worded [1] - 12:25
words [4] - 28:8, 51:24, 62:15, 119:20
worker [2] - 156:7, 199:13
works [34] - 47:8, 57:12, 69:18, 88:19, 103:2, 103:3, 107:25, 110:4, 115:18, 115:20, 134:8, 154:24, 172:5, 172:8, 172:11, 172:13, 172:23, 180:8, 180:24, 186:20, 199:15, 199:16, 199:17, 202:25, 204:8, 204:9, 212:14, 240:14, 240:22, 243:6, 251:17, 258:24, 259:4, 262:22
world [2] - 262:15, 263:1
worry [3] - 65:22, 144:18, 223:22
worst [2] - 137:11, 174:15
write [1] - 141:1

X

Xanax [2] - 74:1, 130:15
XXX [4] - 40:6, 40:8, 168:9, 168:11
XXXX [4] - 40:8, 40:11, 168:11, 168:14
XXXXX [10] - 40:6,

40:8, 40:9, 168:9, 168:11, 168:12
XXXXXX [9] - 19:5, 40:4, 40:5, 40:8, 40:9, 168:7, 168:8, 168:11, 168:12
XXXXXXX [16] - 19:5, 40:6, 40:8, 40:9, 40:10, 40:11, 168:9, 168:11, 168:12, 168:13, 168:14
XXXXXXX,I [1] - 168:12
XXXXXXXX [7] - 40:4, 40:7, 40:10, 168:7, 168:10, 168:11, 168:13
XXXXXXXXX [5] - 40:4, 40:6, 40:8, 168:7, 168:9

Y

year [11] - 80:20, 82:20, 88:21, 156:16, 186:2, 222:3, 222:4, 234:23, 235:12, 240:4, 244:24
years [171] - 7:20, 17:20, 23:16, 23:17, 30:22, 36:19, 37:7, 37:18, 38:3, 38:14, 38:24, 41:18, 45:3, 47:3, 47:6, 48:13, 48:14, 54:6, 56:20, 57:3, 57:4, 59:12, 59:17, 61:3, 64:4, 67:19, 67:21, 69:5, 69:10, 70:25, 71:1, 71:3, 71:14, 72:11, 72:13, 73:3, 73:4, 74:12, 74:14, 76:9, 76:11, 83:11, 83:12, 83:20, 86:4, 87:8, 87:9, 87:23, 88:17, 88:18, 89:11, 89:12, 90:5, 90:17, 94:15, 94:22, 95:3, 95:12, 97:21, 97:23, 99:14, 99:17, 99:19, 101:1, 103:1, 106:3, 107:16, 107:17, 107:19, 107:20, 109:20, 109:22, 109:24, 110:8, 110:10, 115:1, 115:11, 116:18, 117:24, 118:5, 120:8, 120:10, 120:25, 150:9, 150:10, 151:11, 164:25,

165:13, 165:24, 166:9, 166:20, 167:5, 171:25, 173:1, 173:17, 179:21, 179:23, 179:24, 181:25, 182:2, 183:18, 183:22, 186:7, 186:11, 192:10, 192:11, 192:20, 197:3, 197:11, 197:18, 199:6, 199:10, 202:18, 204:4, 204:7, 206:11, 206:24, 207:4, 208:7, 208:9, 208:21, 209:23, 209:25, 210:13, 211:20, 211:22, 213:14, 217:4, 217:7, 219:1, 219:3, 221:15, 221:24, 221:25, 225:5, 225:7, 228:8, 228:10, 229:22, 229:24, 232:4, 232:5, 233:7, 233:10, 237:10, 237:12, 238:23, 239:1, 242:4, 242:7, 244:21, 246:16, 246:18, 246:19, 246:23, 247:9, 248:18, 248:21, 248:23, 249:20, 249:21, 249:24, 251:12, 252:12, 253:25, 254:2
years' [1] - 77:11
Yesenia [2] - 163:19, 249:17
yesterday [2] - 27:8, 151:23
Yonnier [2] - 151:8, 179:19
York [6] - 1:18, 33:13, 56:13, 120:20, 248:17, 249:18
young [8] - 102:3, 108:12, 193:5, 214:7, 214:11, 214:13, 214:14, 269:4
younger [8] - 98:16, 98:19, 214:23, 215:2, 215:19, 215:24, 231:5, 235:4
youngest [1] - 233:24
yourself [3] - 42:15, 171:18, 190:8
yourselves [6] - 65:12, 123:22, 145:10, 223:12,

39

256:15, 272:6
  **YouTube** [1] - 251:15
  **Yvon** [2] - 40:16, 168:19