<pre>
 1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                 Plaintiff,         January 30, 2013

 6        vs.                         9:15 a.m. to 11:26 a.m.

 7   MATTHEW ANDREW CARTER,

 8                 Defendant.         Pages 1 to 79

 9   _____

10                          JURY TRIAL
              BEFORE THE HONORABLE JOAN A. LENARD,
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                            ASSISTANT UNITED STATES ATTORNEY
                              99 Northeast Fourth Street
16                            Miami, Florida 33132
                                        -and-
17                            BONNIE L. KANE, ESQ.
                              UNITED STATES DEPARTMENT OF JUSTICE
18                            1400 New York Avenue, NW
                              Suite 600
19                            Washington, DC 20530

20
     FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                            ADELSTEIN & MATTERS
                              2929 Southwest Third Avenue
22                            Suite 410
                              Miami, Florida 33129
23                                      -and-
                              PHILIP R. HOROWITZ, ESQ.
24                            9130 South Dadeland Boulevard
                              Suite 1910
25                            Miami, Florida 33156
</pre>

```
 1   REPORTED BY:            LISA EDWARDS, RDR, CRR
                             Official Court Reporter
 2                           400 North Miami Avenue
                             Twelfth Floor
 3                           Miami, Florida 33128
                             (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

                                                                    PAGE

Jury Selection                                                        6

```
 1              THE COURT:  Good morning.  You may be seated.

 2              United States of America versus Matthew Andrew Carter,

 3   Case No. 11-20350.

 4              Counsel, state your appearances, please, for the

 5   record.

 6              MS. MEDETIS:  Good morning, your Honor.

 7              Maria Medetis and Bonnie Kane on behalf of the United

 8   States.

 9              With us at counsels' table again are Special Agents

10   Larko, Flores and Ford of Homeland Security Investigations.

11              THE COURT:  Good morning.

12              MR. ADELSTEIN:  And good morning, your Honor.

13              Stuart Adelstein and Phil Horowitz and Reginald Hope

14   on behalf of Mr. Carter.  Mr. Carter is present.

15              THE COURT:  Good morning.

16              We have 25 jurors.  Are we ready to proceed?

17              MS. MEDETIS:  Yes, your Honor.  However, before

18   proceeding, I'd like to raise one matter for the Court's

19   consideration.

20              Yesterday -- it pertains to a potential Government

21   witness and their criminal history, which the Government was

22   able to verify on January 28th after we had filed a motion

23   relating to the criminal history of other witnesses.

24              We disclosed the information to defense counsel

25   yesterday.  It pertains to Prospective Government Witness David
```

```
 1   McCrum.  He had a withhold adjudication back in 1989 for

 2   resisting a law enforcement officer without violence.

 3          We seek leave to have that excluded and any evidence

 4   of that excluded under 609.  If the Court is going to give us

 5   leave to file that, we'd like to do that under seal today.

 6          THE COURT:  So you're going to file it in writing

 7   under seal?

 8          MS. MEDETIS:  Yes, Judge.

 9          THE COURT:  Okay.

10          MR. HOROWITZ:  Judge, in light of our -- if the

11   Government files it today, and in light of the defense team's

12   unavailability, I'd ask that we be given till Tuesday morning

13   to respond -- or at least sometime late Tuesday afternoon to

14   respond.

15          THE COURT:  Any objection?

16          MS. MEDETIS:  No, your Honor.  No objection.

17          THE COURT:  Okay.

18          MS. MEDETIS:  Judge, of course, the other matter

19   counsel and I had discussed this morning was with respect to

20   the filing of exhibit lists.

21          The Government intends to file that exhibit list the

22   first day of taking of evidence and of trial on Tuesday, if the

23   Court is inclined to allow us to do that.

24          THE COURT:  Any objection?

25          MR. HOROWITZ:  Judge, my understanding was that it was
```

```
 1   going to be given to us commensurate with the witness list.  I

 2   think that's what came out at calendar call.  Obviously, we'd

 3   like to have the exhibit list as early as possible.  We already

 4   have the witness list.  I thought we were getting the witness

 5   list together with the exhibit list.

 6             THE COURT:  That's fine.  You can file that.  Tuesday

 7   you're going to file it?

 8             MS. MEDETIS:  Yes, your Honor.

 9             Thank you.

10             (Whereupon, Prospective Jury Panel No. III entered the

11   courtroom at 9:36 a.m. and the following proceedings were had:)

12             THE COURT:  Good morning.

13             THE PROSPECTIVE JURY PANEL:  Good morning.

14             THE COURT:  You may be seated.

15             Counsel, please approach.

16             (Whereupon, the following proceedings were had at

17   side-bar outside the presence of the jury:)

18             THE COURT:  Juror No. 22, Patricia Van Allen,

19   indicated to Patricia, the courtroom deputy, that she doesn't

20   want to come in.  She was robbed, she was stabbed, that coming

21   to a courtroom brings up all those memories.

22             Any objection to excusing her?

23             MR. ADELSTEIN:  No.

24             MR. HOROWITZ:  No, your Honor.

25             MS. MEDETIS:  No objection from the Government, your
```

1    Honor.

2              THE COURT:  She's excused for cause.

3              Thank you.

4              (Whereupon, the following proceedings were had in open

5    court:)

6              THE COURT:  Ladies and gentlemen of the jury, I want

7    to welcome you to our courtroom.  I am Judge Lenard, a United

8    States district judge for the Southern District of Florida.  I

9    will preside over this case.

10             The jury is an institution of the common law.  It is

11   recognized, preserved and protected by our Constitution.  Jury

12   service is one of the most important duties that you, as a

13   citizen, are called upon to perform.

14             I am aware that, for some of you, this is your first

15   call to jury service and these proceedings are totally

16   unfamiliar to you.  Please do not be apprehensive or feel

17   inadequate.  As we go along, the Court will acquaint you with

18   the proceedings and I will instruct you as to what your role is

19   and what your duties will be.

20             In order that you will know the court personnel with

21   whom you will be working and their respective duties, I will

22   introduce them to you at this time.

23             The courtroom deputy, whom you already met, is

24   Patricia Mitchell.  She assists in the administration of cases

25   that comprise the Court's docket and in the coordination of the

```
 1    day-to-day operations of the Court.

 2            The court reporter is Lisa Edwards.  She transcribes

 3    and takes down everything that is said in the courtroom,

 4    including the statements that I am now making, the questions

 5    that will subsequently be propounded to you, your answers and

 6    all other matters in this case.

 7            We also have court security officers.  Their job is to

 8    enforce the Court's orders and take charge of the jury.

 9            If you desire information concerning your personal

10    welfare, you should make your inquiries known to either the

11    court security officer or courtroom deputy, who will, if

12    necessary, arrange with the Court to hear you on such matters.

13    However, you must not question either the court security

14    officer or courtroom deputy concerning the case that is being

15    tried.

16            The case set to begin trial today is that of the

17    United States of America versus Matthew Andrew Carter.

18            Are counsel ready to proceed?

19            MS. MEDETIS:  The United States is, your Honor.

20            MR. ADELSTEIN:  Yes, your Honor.

21            THE COURT:  Ladies and gentlemen, I will be asking you

22    questions touching on your qualifications to serve as jurors in

23    this particular case.  This part of the case is known as voir

24    dire examination, "voir dire" meaning to speak the truth.

25            This examination is for the purpose of determining if
```

1    your decision in this case would be influenced in any way by

2    opinions you now hold or by some special knowledge or personal

3    experience you may have concerning the case to be tried.

4         The object is to obtain a jury who will impartially

5    try the issues of this case upon the evidence presented in this

6    courtroom without being influenced by any other factors.

7         Please understand this questioning is not for the

8    purpose of prying into your affairs for personal reasons, but

9    is only for the purpose of obtaining an impartial jury.

10        Not all of you will have the privilege to sit as a

11   juror in this case.  There are many reasons why a person may

12   not be selected as a juror.  Either side can ask that you be

13   excused without giving a reason or the Court can excuse you.

14        If you are excused, please do not be offended or feel

15   that your honesty or integrity is being questioned.  It is not.

16        If you would swear in all the potential jurors,

17   please, Patricia.

18        THE COURTROOM DEPUTY:  Yes, Judge.

19        (Whereupon, Prospective Jury Panel No. III was duly

20   sworn.)

21        THE COURT:  Before I begin my questioning, a few

22   housekeeping matters.

23        First of all, I want to tell you about my courtroom.

24   We've been here, I think, over eight years now.  For the eight

25   or nine years before that, I was in a courtroom with no

 1    windows.  So I really enjoy the natural light in the courtroom.

 2              Our one glitch always seems to be the handheld

 3    microphone, which you will utilize when you're answering

 4    questions on voir dire.  So we ask for your patience with that

 5    microphone.

 6              I also want to tell you about my schedule.  I don't

 7    hear trials on Mondays.  On Mondays, I hear other matters on

 8    cases on my docket.  So the trial schedule is Tuesday through

 9    Friday for a morning and afternoon session.

10              Having said that, this case is expected to take

11    approximately five weeks to present the evidence.  Does either

12    my schedule or the time for the case present an insurmountable

13    problem for any member of the jury panel?

14              And my questions are directed to those persons who are

15    seated in what we call the jury box and those persons seated in

16    the gallery as well.

17              And if you would, when you're answering questions, if

18    you would first state your name, that way, Lisa can make sure

19    that you're properly identified in the record.

20              So does anyone have a problem with the schedule of

21    Tuesday through Friday for a morning and afternoon session or

22    the five weeks for the presentation of evidence?

23              We'll start with the box, please.

24              PROSPECTIVE JUROR NO. 3:  Your Honor, my name is Jason

25    Gomez.

```
 1              I am currently attending university and I have

 2    concerns.  I have an exam, for example, on Friday and perhaps

 3    on Monday as well.  And I have some concerns with a five-week

 4    schedule from Tuesday to Friday.

 5              THE COURT:  Let me also -- before I go into that

 6    with you, this case is actually going to start Tuesday,

 7    February 5th.  So your exams on Friday and Monday would not be

 8    a problem.

 9              Do you feel that you would have a problem after that?

10              PROSPECTIVE JUROR NO. 3:  I have classes that are

11    scheduled between the 8:00 to 5:00 time frame that I was told

12    that the cases are usually presented.

13              THE COURT:  When are your classes?

14              PROSPECTIVE JUROR NO. 3:  Monday, Wednesday and

15    Friday, I have classes from 9:00 to 10:00, and Tuesday and

16    Thursday, I have classes from 2:00 to 6:15.

17              THE COURT:  That was Tuesday and Friday?

18              PROSPECTIVE JUROR NO. 3:  Tuesday and Thursday, your

19    Honor.

20              THE COURT:  Thank you.

21              PROSPECTIVE JUROR NO. 10:  Hi.

22              My name is Cynthia Sue O'Malley.

23              I have a 92-year-old mother that had a fall in

24    December and broke some bones.  She's currently in a rehab

25    center, but will be -- is going to be released probably within
```

 1   the next couple of weeks.  At that time, I will need to be able

 2   to take care of her.

 3           THE COURT:  Do you normally work?

 4           PROSPECTIVE JUROR NO. 10:  Yes, I do.

 5           THE COURT:  How did you intend to take care of her

 6   while you're working?

 7           PROSPECTIVE JUROR NO. 10:  I'm going to have to take

 8   some time off.

 9           THE COURT:  Okay.

10           PROSPECTIVE JUROR NO. 11:  Stephanie Sylvestre.

11           I have a number of prearranged business meetings that

12   I have to attend.  I actually had to cancel one today.  And I'm

13   the only person on the project with the necessary skill sets to

14   move this forward.

15           THE COURT:  What kind of business are you in?

16           PROSPECTIVE JUROR NO. 11:  I do IT projects.  I work

17   for the purchasing arm of Subway.  And we have a major project

18   that we need to roll out to about 28,000 stores.

19           THE COURT:  When are the business meetings scheduled

20   that you have now?

21           PROSPECTIVE JUROR NO. 11:  One was for today and we

22   have -- I have one the 8th through the 12th of February and a

23   second one the 18th through the 20th of February and a

24   potential one the subsequent week.  That date hasn't been

25   confirmed as yet.

```
  1              THE COURT:  Okay.

  2              PROSPECTIVE JUROR NO. 16:  Good morning, your Honor.

  3         Yesenia Rojas.

  4              I just have, I guess, issues with the time frame

  5    because I'm a freelance artist and I work usually around the

  6    hours of 10:00 to 5:00 daily, Monday through Friday.

  7              THE COURT:  Are you working for someone or for

  8    yourself?

  9              PROSPECTIVE JUROR NO. 16:  Both.  I'm working

 10    currently for a fashion designer here in the Wynwood district

 11    in downtown and I work from home with the Internet, obviously.

 12    So that would kind of be an issue.

 13              Thank you.

 14              THE COURT:  One other question, Ms. Rojas.  Sorry.

 15              The work that you're doing with the fashion designer,

 16    is that full-time for now or are you paid hourly or by the

 17    project?

 18              PROSPECTIVE JUROR NO. 16:  I'm paid biweekly.

 19              THE COURT:  But it's a full-time position?

 20              PROSPECTIVE JUROR NO. 16:  For now, yes.

 21              THE COURT:  How long is that supposed to last?

 22              PROSPECTIVE JUROR NO. 16:  It's -- I mean, it's

 23    ongoing.  It's my job.  But I'm also -- I work freelance for

 24    other projects as well.

 25              THE COURT:  Thank you.
```

```
 1              PROSPECTIVE JUROR NO. 16:  Thank you.

 2              PROSPECTIVE JUROR NO. 17:  My name is Catherine

 3  Chopping.

 4              I'm relocating with my company.  Our move date is

 5  scheduled for February 11th.  So we're actually driving to

 6  Tampa on February 11th.

 7              THE COURT:  You're moving?

 8              PROSPECTIVE JUROR NO. 17:  Yes.

 9              THE COURT:  Okay.

10              PROSPECTIVE JUROR NO. 19:  Monica Cervera Sijan.

11              I work part-time, hourly.  I have three kids.  My

12  husband travels a lot.  He was actually in California last

13  week.  Luckily, last night he was just in West Palm.  So he

14  came back so I could be here.  But it would be a big problem

15  to --

16              THE COURT:  So what hours do you work?

17              PROSPECTIVE JUROR NO. 19:  It varies.  Usually, 8:00

18  to 1:00.

19              THE COURT:  And then do you pick up the children?

20              PROSPECTIVE JUROR NO. 19:  I have twin boys and I pick

21  them up.  Then I have a babysitter that's with my daughter

22  part-time whenever I'm at work.

23              THE COURT:  When do you pick up the twin boys?

24              PROSPECTIVE JUROR NO. 19:  At 2:20.

25              THE COURT:  Thank you.
```

 1              PROSPECTIVE JUROR NO. 19:  Thank you.

 2              PROSPECTIVE JUROR NO. 21:  Good morning, your Honor.

 3         My name is Christina Ordonez.

 4              I am an elementary schoolteacher.  I work full-time,

 5    Monday through Friday.  I am six months pregnant.  And the time

 6    frame that you stated for this court hearing really impairs my

 7    students having state exam February 26th for the FCAT writing

 8    and I really feel I need to be there as their teacher.  And I

 9    also have, you know, prenatal appointments scheduled for this

10    month -- or for next month, February.

11              THE COURT:  How often do you go to the obstetrician?

12              PROSPECTIVE JUROR NO. 21:  I go twice a month.

13              THE COURT:  What grade do you teach?

14              PROSPECTIVE JUROR NO. 21:  Fourth grade.

15              THE COURT:  Thank you.

16              PROSPECTIVE JUROR NO. 23:  Good morning, your Honor.

17         Hilda Landrove.

18              I actually have three small children that attend

19    school, and I'm the person that drops them off in the morning

20    for school.  My husband picks them up.  So we alternate

21    schedules.  I pick them up from school twice a week, on

22    Wednesdays and Fridays.  So the five-week schedule for the

23    hearing, I think, is the part that's a problem for me.

24              THE COURT:  And could he carry the ball if you were

25    serving on the jury for the five weeks?

1            PROSPECTIVE JUROR NO. 23:  Well, that's what we do.  I

2   mean, I drop them off.  He goes into work early so he can get

3   out of work at 3:00 to pick them up.

4            I could probably arrange for maybe, you know, somebody

5   else to do -- to pick up the load for a week or so.  But five

6   weeks, I think, might be a problem.

7            THE COURT:  I'm going to read the indictment to you.

8            United States District Court, Southern District of

9   Florida, Case No. 11-20350-CR-Lenard, United States of America

10   versus Matthew Andrew Carter, also known as William Charles

11   Harcourt, also known as Bill Carter.

12            Second superseding indictment.

13            Count 1:  The grand jury charges that, on or about

14   October 2nd, 2001, in Miami-Dade County, in the Southern

15   District of Florida, and elsewhere, the Defendant, Matthew

16   Andrew Carter, also known as William Charles Harcourt, also

17   known as Bill Carter, a United States citizen, did travel in

18   foreign commerce from the United States, that is, Miami

19   International Airport in Miami, Florida, to Haiti for the

20   purpose of engaging in any sexual act as defined in Title 18,

21   United States Code, Section 2246, with a person under 18 years

22   of age.  That would be in violation of Title 18, United States

23   Code, Chapter 109A, if the sexual act occurred in the special

24   maritime and territorial jurisdiction of the United States, in

25   violation of Title 18, United States Code, Section 2423(b).

1            Count 2:  On or about October 30th, 2003, in

2    Miami-Dade County, in the Southern District of Florida, and

3    elsewhere, the Defendant, Matthew Andrew Carter, also known as

4    William Charles Harcourt, also known as Bill Carter, a United

5    States citizen, did travel in foreign commerce from the United

6    States, that is, Miami International Airport, in Miami,

7    Florida, to Haiti for the purpose of engaging in any illicit

8    sexual conduct as defined in Title 18, United States Code,

9    Section 2423(f), with another person under 18 years of age, in

10   violation of Title 18, United States Code, Section 2423(b).

11           Count 3:  On or about November 27th, 2004, in Broward

12   County, in the Southern District of Florida, and elsewhere, the

13   Defendant, Matthew Andrew Carter, also known as William Charles

14   Harcourt, also known as Bill Carter, a United States citizen,

15   did travel in foreign commerce from the United States, that is,

16   Fort Lauderdale-Hollywood International Airport, in

17   Fort Lauderdale, Florida, to Haiti for the purpose of engaging

18   in any illicit sexual conduct as defined in Title 18, United

19   States Code, Section 2423(f), with another person under

20   18 years of age, in violation of Title 18, United States Code,

21   Section 2423(b).

22           Count 4:  On or about February 27th, 2006, in

23   Miami-Dade County, in the Southern District of Florida, and

24   elsewhere, the Defendant, Matthew Andrew Carter, also known as

25   William Charles Harcourt, also known as Bill Carter, a United

 1   States citizen, did travel in foreign commerce from the United

 2   States, that is, Miami International Airport, in Miami,

 3   Florida, to Haiti for the purpose of engaging in any illicit

 4   sexual conduct as defined in Title 18, United States Code,

 5   Section 2423(f), with another person under 18 years of age, in

 6   violation of Title 18, United States Code, Section 2423(b).

 7          Count 5:  On or about September 15th, 2009, in Broward

 8   County, in the Southern District of Florida, and elsewhere, the

 9   Defendant, Matthew Andrew Carter, also known as William Charles

10   Harcourt, also known as Bill Carter, a United States citizen,

11   did travel in foreign commerce from the United States, that is,

12   Fort Lauderdale-Hollywood International Airport, in

13   Fort Lauderdale, Florida, to Haiti for the purpose of engaging

14   in any illicit sexual conduct as defined in Title 18, United

15   States Code, Section 2423(f), with another person under

16   18 years of age, in violation of Title 18, United States Code,

17   Section 2423(b).

18          Count 6:  On or about May 8th, 2011, in Miami-Dade

19   County, in the Southern District of Florida and elsewhere, the

20   Defendant, Matthew Andrew Carter, also known as William Charles

21   Harcourt, also known as Bill Carter, a United States citizen,

22   did attempt to travel in foreign commerce from the United

23   States, that is, from Miami International Airport, in Miami,

24   Florida, to Haiti for the purpose of engaging in any illicit

25   sexual conduct as defined in Title 18, United States Code,

```
 1    Section 2423(f), with another person under 18 years of age, in
 2    violation of Title 18, United States Code, Sections 2423(b) and
 3    (e).
 4              Is there any member of the jury panel who has heard,
 5    read or knows anything about this case?
 6              Would counsel for the Government and for the Defendant
 7    introduce themselves and the persons associated with them at
 8    counsel table, please.
 9              MS. MEDETIS:  Good morning, ladies and gentlemen.
10    Good morning.
11              My name is Maria Medetis.  I'm an assistant United
12    States attorney.  I represent the United States with my
13    co-counsel, Bonnie Kane.
14              With us also at counsels' table are Special Agent
15    Matthew Larko, Special Agent Alvaro Flores, and from time to
16    time, you'll also see Special Agent Dianna Ford, who has
17    stepped out.  They are special agents with Homeland Security
18    Investigations with the Department of Homeland Security.
19              MR. ADELSTEIN:  And good morning, folks.
20              My name is Stuart Adelstein.  This is Phil Horowitz
21    and Reginald Hope.  And we have the pleasure of representing
22    Mr. Carter, William Carter, right here.
23              THE COURT:  Is there any member of the jury panel who
24    knows any of the persons that were introduced to you in the
25    courtroom by the fact that you have had any contact with any of
```

 1    those persons whatsoever, whether it be business or social?

 2              I'm going to read a list of potential witnesses to

 3    you.

 4              José Escamilla, J. XXXXXXXXX XXXXXX, J. XXXXXXXX, P.

 5    XXXXXX, Becky McLaren, Heather Harvey, Janet Knox, O.

 6    XXXXXXXXX, P. XXXXX XXXXXX, S. XXX, J. XXXXX, Betty Long,

 7    Michael Bentotila, Du Tran, Roger Altieri, W. XXXXXXXX, J.

 8    XXXXXXX, J. XXXXX XXXXXX, R. XXXXX, W. XXXX, S. XXX XXXXXXXXX

 9    XXXXXX, S. XXXXX, P. XXXXXXX, D. XXXXXXX, I. XXXXXXX, David

10    McCrum, Jamie Cordero, Faith Ludwick, D. XXXXXXX, C. XXXXXXXX,

11    J. XXXXXXX, W. XXXX, G. XXXXXXX, Nabil Salem, Richard Wilkins,

12    G.R. Comben, Rod Daniels, Simon Carter, Jack Gill, Roger Laing,

13    Nigel Pipe, Paul Tucker, Marc Browning, Raymond Walsh, Barry

14    Carmichael, Robert McLeish, P. Phillips, N. Jones, J. Moody,

15    Michael Mead, Shelvy Streeter, Melvin Percy, Ricardo Estil,

16    Michael Ekes, Yvon Augustin, Jim Powell, Rita Estil, José

17    Hector Rodriguez, Marie Meteyer, Jarvis Streeter, Bonita

18    Jackson, Hattie Jones, Lela Keith, Donna Shu, Pamela Powell,

19    Susan Bennett, Bobby Burnett, Sherri Burnett, Becky Carver,

20    Brian Carver, Carlton Davis, Fadi Hashem, Evelyn Jean Louise,

21    Jim Neidzielski, Ted Maxwell, Alan Shu, Jack Reinhardt, Gary

22    Insley, Pascal Bain, Michael Raybon, Jean Eddie Charles, Jean

23    Allison Abraham, Matthew Jean Charles, Scott Durse, Michael

24    Brewer, Jim Weingart, Linda Cortesi, Tony Cortesi, Kim Wiles,

25    Bertha Wiles, Kate Jensen, Steven Brea, Susan Reinhardt,

```
 1    Michael Geilenfeld, Matthew Larko, Marcel Ternival, Laura

 2    Raybon, Allen Randall, Allan Stohls, Woodjerry Remului, Matthew

 3    Jean Charles, Skibeur Abraham, Diane Kimball, Gregory Williams,

 4    Joe Tassey, Jeff Redundo, Jean Ellison Abraham, Jim Wilson,

 5    Alexander McKinson.

 6            Is there any member of the jury panel who recognizes

 7    any of the names that I just read to you by the fact that you

 8    have had any contact with any of those persons whatsoever,

 9    whether it be business or social?

10            It is a federal crime for a United States citizen to

11    travel from the United States to a foreign country for the

12    purpose of engaging in illicit sexual conduct with a child.

13            Is there any member of the jury panel who feels that

14    they would not be able to sit and listen to the evidence in

15    this case and be fair to both the Government and the Defendant?

16            PROSPECTIVE JUROR NO. 9:  Good morning.

17            William Fornos.

18            I have a 15-year-old daughter.  Automatically, I mean,

19    you're speaking and I'm already boiling some.  I'm sorry.

20            THE COURT:  Would the fact that you have a 15-year-old

21    daughter make it difficult for you to sit and listen to the

22    evidence in this case and be fair to both the Government and

23    the Defendant?

24            PROSPECTIVE JUROR NO. 9:  Absolutely.

25            PROSPECTIVE JUROR NO. 11:  Stephanie Sylvestre.
```

1          Just listening to the indictment just makes me want to

2     throw up.  I mean, this is just ridiculous.  So I'm not so sure

3     I could be fair to the Defendant.

4          THE COURT:  Okay.

5          PROSPECTIVE JUROR NO. 12:  Jackie Ortiz.

6          I was abused when I was a child and I don't think I

7     can be fair.  Sorry.

8          PROSPECTIVE JUROR NO. 19:  Monica Cervera Sijan.

9          Also, I have three kids and I don't think I could be

10    fair either.  Sorry.

11         THE COURT:  This case was investigated by Immigration

12    and Customs Enforcement, Homeland Security Investigations.

13         Is there any member of the jury panel who you yourself

14    or a member of your family or a friend, to the best of your

15    knowledge, has had any experience with this agency or any

16    agency of the United States Government that would or could

17    prejudice you either for or against the Government?

18         We have a hand here.

19         PROSPECTIVE JUROR NO. 14:  Hello.

20         Melvis Dennis.

21         Would that account for local law enforcement?

22         THE COURT:  Sure.

23         PROSPECTIVE JUROR NO. 14:  I was a Miami Beach police

24    officer for a few years.

25         THE COURT:  You were a Miami Beach police officer?

        1              PROSPECTIVE JUROR NO. 14:  Yes.

        2              THE COURT:  Would the fact that you were a Miami Beach

        3      police officer make it difficult for you to sit and listen to

        4      the evidence in this case and be fair to both the Government

        5      and the Defendant?

        6              PROSPECTIVE JUROR NO. 14:  No.

        7              THE COURT:  Could you be a fair and impartial juror in

        8      this case?

        9              PROSPECTIVE JUROR NO. 14:  I believe I'm willing to

       10      listen.

       11              THE COURT:  Would you be a fair and impartial juror,

       12      if chosen?

       13              PROSPECTIVE JUROR NO. 14:  Yes.  Yes.

       14              THE COURT:  Has any member of the jury panel had any

       15      experience with local, state or federal law enforcement

       16      officers that left you with either such positive or such

       17      negative feelings about the Government or law enforcement

       18      officers that you would not be able to sit and listen to the

       19      evidence in this case and be fair to both the Government and

       20      the Defendant?

       21              If you are selected to sit on this case, will you be

       22      able to render a verdict solely on the evidence presented at

       23      trial and in the context of the law as I will give it to you in

       24      my instructions, disregarding any other ideas, notions or

       25      beliefs about the law that you may have encountered in reaching

1    your verdict?  Will you all be able to follow the Court's

2    instructions on the law?

3         Is there any anyone who would not be able to follow

4    the Court's instructions on the law?

5         We're going to turn now to the questionnaires that you

6    were given when you came into the courtroom.  Everybody has a

7    copy of the questionnaire; so, you don't need to read the

8    questions to us.

9         It's helpful if you give a number when you're giving

10   your answers.  At some point, if you're not giving numbers,

11   I'll probably jump in and reference a number so Lisa can

12   properly identify which question you're answering in the

13   record.

14        So we're going to start with Juror No. 1, Natalie

15   Falcon.

16        Yes, ma'am.  Go ahead.

17        PROSPECTIVE JUROR NO. 1:  No. 1, Natalie Falcon.

18        Miami.  No. 2, Miami.

19        No. 3, I'm a pre-K teacher, eight months.

20        No. 4 --

21        THE COURT:  What did you do before you were a pre-K

22   teacher?

23        PROSPECTIVE JUROR NO. 1:  I was a pre-K teacher before

24   that.

25        THE COURT:  How long have you been a pre-K teacher in

1    totality?

2              PROSPECTIVE JUROR NO. 1:  Three years.

3              THE COURT:  No. 4?

4              PROSPECTIVE JUROR NO. 1:  No. 4, Kendall.

5              No. 5, 21 years.

6              No. 6, single.

7              No. 7, I live with my mother.  She works in Alamo Rent

8    A Car.

9              I have no children, No. 8.

10             No. 9, I like dancing.

11             No. 10, no.

12             No. 11, no.

13             No. 12, no.

14             No. 13, no.

15             No. 14, no.

16             No. 15, no.

17             No. 16, no.

18             No. 17, no.

19             No. 18, no.

20             No. 19, no.

21             No. 20, no.

22             No. 21, no.

23             No. 22, no.

24             23, no.

25             24, no.

 1              No. 25, no.

 2              THE COURT:  Thank you, ma'am.

 3              PROSPECTIVE JUROR NO. 1:  You're welcome.

 4              THE COURT:  Mr. Alfonso.

 5              PROSPECTIVE JUROR NO. 2:  Good morning, your Honor.

 6              Jesus Alfonso.

 7              No. 2, I was born in Havana, Cuba.

 8              No. 3, I'm a commercial air conditioning technician.

 9              No. 4, I live in Miami.

10              No. 5, it's 40 years.

11              THE COURT:  How long have you been a commercial air

12      conditioning technician?

13              PROSPECTIVE JUROR NO. 2:  Over 20 years.

14              No. 6, I'm divorced.

15              No. 7, I live with my girlfriend.  She is in the

16      nursing industry.

17              No. 8, I have two children.  One is 24 and one is 28.

18              No. 9 --

19              THE COURT:  Are they working?

20              PROSPECTIVE JUROR NO. 2:  Yes.  Students and working.

21              THE COURT:  I'm sorry?

22              PROSPECTIVE JUROR NO. 2:  They are working and they

23      are students.

24              THE COURT:  What do they do for work?

25              PROSPECTIVE JUROR NO. 2:  They're both in the art

1    industry.

2          No. 9, all the sports activities, and I spend a lot of

3    time with my children.

4          No. 10, no.

5          11, I have two cousins that are FBI special agents in

6    Arizona.

7          No. 12, no.

8          No. 13, no.

9          No. 14, no.

10         15, no.

11         No. 16, no.

12         17, no.

13         No. 18, no.

14         No. 19, yes.

15         No. 20, no.

16         21, yes.  I was -- four or five years ago, I was

17   part -- I was a jury member.

18         THE COURT:  State court or federal court?  Do you

19   remember?

20         PROSPECTIVE JUROR NO. 2:  I believe it was federal.

21         THE COURT:  Was it criminal or civil?

22         PROSPECTIVE JUROR NO. 2:  Criminal.

23         THE COURT:  Did the jury reach a verdict?

24         PROSPECTIVE JUROR NO. 2:  Yes, your Honor.

25         THE COURT:  Were you the foreperson?

```
 1                PROSPECTIVE JUROR NO. 2:  No, your Honor.

 2                THE COURT:  22?

 3                PROSPECTIVE JUROR NO. 2:  No. 22 -- was that the one

 4    we just did?

 5                THE COURT:  No.  We did 21, which is a trial jury.  22

 6    is a grand jury.

 7                PROSPECTIVE JUROR NO. 2:  Oh, I'm sorry.

 8                22 is no.

 9                23 is no.

10                24 is no.

11                And No. 25 is no.

12                THE COURT:  Thank you, sir.

13                Mr. Gomez.

14                PROSPECTIVE JUROR NO. 3:  Good morning, your Honor.

15                Jason Gomez.

16                No. 2, I was born in Miami.

17                No. 3, I am currently a full-time student at Florida

18    International University.  I have previously worked for FPL for

19    three months and I was working as a karate professor as well.

20                THE COURT:  What are you studying?

21                PROSPECTIVE JUROR NO. 3:  Computer science.

22                Question No. 4, Kendall.

23                Question No. 5, I've been there my entire life.

24                I'm single, for Question No. 6.

25                No. 7, I live with my parents and my sister.  My
```

1    father is a manager in a company where they repair aircraft

2    engines.  My mother is a psychologist.  My sister is currently

3    working as a secretary in a psychologist's office.

4              I have no children, for Question No. 8.

5              Question No. 9, I play video games.

6              Question No. 10, no.

7              Question No. 11, I have an uncle that's a law

8    enforcement officer.

9              Question No. 12, no.

10             Question No. 13, my uncle that's working in the

11   criminal justice system.

12             Question No. 14, no.

13             Question No. 15, no.

14             Question No. 16, no.

15             Question No. 17, no.

16             Question No. 18, no.

17             Question No. 19, no.

18             Question No. 20, no.

19             Question No. 21, no.

20             Question No. 22, no.

21             Question No. 23, no.

22             Question No. 24, no.

23             Question No. 25, no.

24             THE COURT:  Thank you, sir.

25             Mr. Dupuy.

```
 1              PROSPECTIVE JUROR NO. 4:  James Dupuy.

 2         I was born in Biloxi, Mississippi.

 3         I am currently disabled.  I used to be a construction

 4    worker.

 5         44, I live in Downtown Miami.

 6         I've been in the community about 62 years.

 7         My marital status is divorced.

 8         I don't live with anybody.

 9         I have no children.

10         My hobbies are reading, I guess.

11         No military service.

12         No family members in the judicial system.

13         THE COURT:  No. 12?

14         PROSPECTIVE JUROR NO. 4:  No.

15         13, no.

16         14, yes.  I've been mugged a couple of times and there

17    was no trial.

18         THE COURT:  Was it reported?

19         PROSPECTIVE JUROR NO. 4:  Yes.

20         THE COURT:  Anyone arrested?

21         PROSPECTIVE JUROR NO. 4:  One time the guy was, but

22    they didn't have enough evidence to prosecute him.

23         THE COURT:  Are you generally satisfied or

24    dissatisfied with the way you were treated?

25              PROSPECTIVE JUROR NO. 4:  I'm satisfied.
```

 1              THE COURT:  Dissatisfied?

 2              PROSPECTIVE JUROR NO. 4:  Satisfied.  I wish they

 3    found him and convicted him, but so it goes.

 4              THE COURT:  No. 15?

 5              PROSPECTIVE JUROR NO. 4:  No.

 6              16 --

 7              THE COURT:  Can you hold the microphone up a little

 8    bit.

 9              PROSPECTIVE JUROR NO. 4:  16, no.

10              No on 17.

11              No on 18.

12              No on 19.

13              No on 20.

14              Yes.  I have served in trial.  It was a criminal trial

15    and the guy was convicted.

16              THE COURT:  Were you the foreperson?

17              PROSPECTIVE JUROR NO. 4:  No.

18              THE COURT:  Was it a state case or a federal case?

19              PROSPECTIVE JUROR NO. 4:  It was a state case.

20              THE COURT:  22?

21              PROSPECTIVE JUROR NO. 4:  No.

22              23, no.

23              24, yes.  I can read English.

24              25, no.

25              THE COURT:  Thank you, sir.

 1              PROSPECTIVE JUROR NO. 5:  Felipe Gaitan.

 2         I was born in Colombia.  I'm a personal trainer.

 3         I've been living in Kendall for 20 years.

 4         Same thing for 5.

 5         I'm divorced.

 6         THE COURT:  How long have you been a personal trainer?

 7         PROSPECTIVE JUROR NO. 5:  For 20 years.

 8         I live with my girlfriend.  She's a purchasing manager

 9    for Subway.

10         I have two kids, a 15-year-old boy and an 8-year-old

11    daughter.

12         I work out and I like to read.

13         10, no.

14         My stepdad's a lawyer.

15         THE COURT:  What kind of law does he practice?

16         PROSPECTIVE JUROR NO. 5:  Corporate law.

17         THE COURT:  No. 11?

18         PROSPECTIVE JUROR NO. 5:  11 --

19         THE COURT:  Was that your stepdad?

20         PROSPECTIVE JUROR NO. 5:  Yeah.

21         THE COURT:  No. 12?

22         PROSPECTIVE JUROR NO. 5:  No.

23         No. 13, yes.  I applied for the police department,

24    like, 15 years ago.

25         THE COURT:  And what happened with that application?

1           PROSPECTIVE JUROR NO. 5:  I had a drunk and disorderly

2    case like 20 years ago.

3           THE COURT:  Would that affect your ability to be a

4    fair and impartial juror?

5           PROSPECTIVE JUROR NO. 5:  No, your Honor.

6           14, no.

7           15, no.

8           16, no.

9           17, no.

10          18, no.

11          THE COURT:  Well, for 18, you had the drunk and

12   disorderly.  Right?

13          PROSPECTIVE JUROR NO. 5:  Yeah.  Sorry about that.

14          THE COURT:  When was that?

15          PROSPECTIVE JUROR NO. 5:  I can't remember the date

16   exactly.

17          THE COURT:  10 years ago?  15 years ago?

18          PROSPECTIVE JUROR NO. 5:  It was probably more than

19   15 years ago.  Yes.

20          THE COURT:  Do you think you were treated fairly by

21   the criminal justice system?

22          PROSPECTIVE JUROR NO. 5:  Yeah.

23          THE COURT:  Were you well represented by your lawyer?

24          PROSPECTIVE JUROR NO. 5:  I decided on no contest.

25          THE COURT:  Is there anything about that instance that

```
 1   would make it difficult for you to sit and listen to the

 2   evidence in this case and be fair to both the Government and

 3   the Defendant?

 4             PROSPECTIVE JUROR NO. 5:  No, your Honor.

 5             I think I'm at 19.  No.

 6             20, no.

 7             21, no.

 8             22, no.

 9             23, no.

10             24, no.

11             And 25, no.

12             THE COURT:  Thank you, sir.

13             PROSPECTIVE JUROR NO. 6:  Nelson Burgos.

14             No. 2 question is Puerto Rico.

15             No. 3 is respiratory therapist.

16             THE COURT:  How long have you been a respiratory

17   therapist?

18             PROSPECTIVE JUROR NO. 6:  I was for 28 years.

19             THE COURT:  28 years?

20             PROSPECTIVE JUROR NO. 6:  Yeah.

21             Let's see.

22             No. 4, North Miami.

23             No. 5, 40 to 41 years.

24             No. 6, married.

25             No. 7, my wife, Joanne.
```

1          THE COURT:  Does she work outside the home?

2          PROSPECTIVE JUROR NO. 6:  Yes.  She works at Mercy.

3     She's a chief of MRI at Mercy.

4          No. 8, I have two kids, one 24, one 27.  Both

5     students.  One is in criminal justice, and the other one is at

6     FIU, political science.

7          No. 9, all kind of sports I like.

8          No. 10, no.

9          No. 11, no.

10         No. 12, no.

11         No. 13, no.

12         14, no.

13         15, no.

14         16, no.

15         17, no.

16         18, no.

17         19, no.

18         20, no.

19         21, no.

20         22, no.

21         23, no.

22         24, no.

23         25, no.

24         THE COURT:  Thank you, sir.

25         PROSPECTIVE JUROR NO. 6:  You're welcome.

```
 1            PROSPECTIVE JUROR NO. 7:  Good morning, your Honor.

 2            Judith Saint-Julien.

 3            Second question, Haiti.

 4            Cashier for 20 years.

 5            No. 4, Miami Gardens.

 6            No. 5, 27 years.

 7            No. 6, married.

 8            No. 7, I live with my husband.  He's on unemployment

 9  right now.

10            THE COURT:  When he was last employed, what did he do?

11            PROSPECTIVE JUROR NO. 7:  Silkscreen printing.

12            No. 8, I have three children:  25, 21, 14.

13            THE COURT:  And the 25- and 21-year-old:  Are they

14  working?

15            PROSPECTIVE JUROR NO. 7:  They're in school and

16  working.

17            THE COURT:  What kind of work do they do?

18            PROSPECTIVE JUROR NO. 7:  One is a security officer.

19  One works in Bath & Beyond.

20            Hobbies, dance.

21            No. 10, no.

22            No. 11, no.

23            No. 12, no.

24            No. 13, no.

25            No. 14, no.
```

```
 1                    No. 15, no.

 2                    No. 16, no.

 3                    No. 17, no.

 4                    18, no.

 5                    19, yes.

 6                    20, no.

 7                    21, no.

 8                    22, no.

 9                    23, no.

10                    24, no.

11                    25, no.

12              THE COURT:  And where are you a cashier?

13              PROSPECTIVE JUROR NO. 7:  For 17 years at Miami

14    International Airport, and the rest of the years at

15    Fort Lauderdale International Airport.

16              THE COURT:  And when you say at the airport, where at

17    the airport?

18              PROSPECTIVE JUROR NO. 7:  Miami International Airport,

19    for 17 years.

20              THE COURT:  But where are you a cashier in the

21    airport?

22              PROSPECTIVE JUROR NO. 7:  Oh.  For DNC.  The other

23    one, for Host Marriott.

24              THE COURT:  Are you working at some of the food

25    services?
```

1          PROSPECTIVE JUROR NO. 7:  Yes.

2          THE COURT:  In the food service?

3          PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

4          THE COURT:  And are you still at the airport?

5          PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

6          THE COURT:  And which airport are you at now?

7          PROSPECTIVE JUROR NO. 7:  Fort Lauderdale Airport.

8          THE COURT:  How long have you been there now?

9          PROSPECTIVE JUROR NO. 7:  For three years.

10         THE COURT:  So you work for the same company all the

11    time?

12         PROSPECTIVE JUROR NO. 7:  No.

13         THE COURT:  Or different companies?

14         PROSPECTIVE JUROR NO. 7:  Different company.

15         THE COURT:  Okay.  Thank you.

16         PROSPECTIVE JUROR NO. 8:  Good day.

17         My name is Oliver Brown.

18         I was born in Miami Beach.

19         My occupation is engineer.

20         The length of time is over 20 years.

21         No. 4, my general -- my residence area is now West

22    Perrine.  I've been there for three months.  But before then I

23    was -- 17 years I lived in the city of Miami.

24         I'm married.  My wife is a nurse manager.

25         Yes, we have children, ages 15, student; 18, student;

1  21, student as well as work as a cashier.

2         My hobbies is I like to travel.

3         No. 10, the answer to that is yes, yes, no, yes.

4         THE COURT:  You were in the military.  You served in

5  combat.  Never in the military police or shore patrol.  Right?

6         PROSPECTIVE JUROR NO. 8:  Correct.

7         THE COURT:  And any disciplinary action?

8         PROSPECTIVE JUROR NO. 8:  Yes.

9         THE COURT:  And what was that for?

10        PROSPECTIVE JUROR NO. 8:  That action -- I don't know

11  if I can talk about it now.  But that would reflect on No. 18.

12        THE COURT:  Do you want to come side-bar?

13        PROSPECTIVE JUROR NO. 8:  Yes, I would.

14        THE COURT:  Come on up.

15        (Whereupon, the following proceedings were had at

16  side-bar outside the presence of the jury:)

17        THE COURT:  Yes, sir.

18        PROSPECTIVE JUROR NO. 8:  What happened was we was in

19  Italy.  We had a brawl with some Italians.  One of the Italian

20  guys, as well as one of the guys that was on my ship, got cut

21  severely and our ship was brought on charges.

22        The charges that was amongst the whole ship enlisted

23  all of our names.  However, that was dismissed.  But the

24  question did not ask about such things.

25        THE COURT:  Do you think you were treated fairly?

```
 1                PROSPECTIVE JUROR NO. 8:  Yes.  Everything was done

 2   good.

 3                THE COURT:  And were you well represented by your

 4   lawyer?

 5                PROSPECTIVE JUROR NO. 8:  Actually, we didn't really

 6   get to see one.  But yes, we got cleared and everything was

 7   good.

 8                THE COURT:  Is there anything about that occurrence

 9   that would make it difficult for you to sit and listen to the

10   evidence in this case and be fair to both the Government and

11   the Defendant?

12                PROSPECTIVE JUROR NO. 8:  Everything is -- I see

13   everything as neutral.  I have no....

14                THE COURT:  So it wouldn't affect your ability?

15                PROSPECTIVE JUROR NO. 8:  No.  It would not affect my

16   ability to be....

17                THE COURT:  To be a fair and impartial juror?

18                PROSPECTIVE JUROR NO. 8:  It would not affect my

19   ability to be fair and impartial.

20                THE COURT:  Thank you, sir.

21                (Prospective Juror No. 8 returns to his seat.)

22                THE COURT:  If the lawyers could stay for one minute.

23                I think what I want to do is -- I don't know where

24   this panel was yesterday.  But I want to get to 16.  I think

25   then we're going to have -- we can take up the 16 in the box
```

```
1    and see if we need to go any further rather than go through the

2    additional questionnaires.

3              Any objection to that?

4         MR. ADELSTEIN:  We have no objection.

5              I am concerned about Juror No. 11, who said she wants

6    to throw up just by the charges and the questioning of her.

7         THE COURT:  I'm not saying you can't -- no challenges

8    for cause.

9         MR. ADELSTEIN:  I understand.  But I'm concerned about

10   her going through the questionnaire.

11        THE COURT:  Oh, I see.

12        MR. ADELSTEIN:  When she voiced, "I want to throw up

13   just by the nature of the charges" --

14        THE COURT:  Was that No. 11?

15        MR. ADELSTEIN:  Yes, ma'am.

16        MR. HOROWITZ:  Ms. Sylvestre.

17        MR. ADELSTEIN:  Yes.

18        THE COURT:  Well, we can finish with Mr. Brown and try

19   and see how many we get.

20        MR. HOROWITZ:  Judge, I think that's a great idea

21   because I don't think we have many for cause on the first

22   eight.

23             Defense has one strike left.  I think the Government

24   has two.  We're looking for three alternates.  I think we

25   should be pretty close.
```

 1            THE COURT:  That would solve that problem without it

 2   being too evident?

 3            MR. ADELSTEIN:  Yes, ma'am.

 4            THE COURT:  So we will continue with Mr. Brown.

 5            As far as 1 through 7, are there any additional

 6   questions?

 7            MR. HOROWITZ:  I don't have any.

 8            MS. MEDETIS:  I don't have any, your Honor.

 9            THE COURT:  Any additional questions of the panel as a

10   whole?

11            MR. HOROWITZ:  Judge, one question for Mr. Brown, if

12   the Court can inquire whether he received an honorable

13   discharge from the military.  That would be the only question

14   that I would request.

15            MS. KANE:  Perhaps we should call him back up to do

16   that.

17            THE COURT:  Okay.  Mr. Brown, could you come back,

18   please, for one moment.

19            (Prospective Juror No. 8 returns to side-bar.)

20            Just one question, sir:  Did you receive an honorable

21   discharge?

22            PROSPECTIVE JUROR NO. 8:  When I got out of the

23   military?

24            THE COURT:  Yes.

25            PROSPECTIVE JUROR NO. 8:  No.

 1          THE COURT:  Was that as a result of this incidents?

 2          PROSPECTIVE JUROR NO. 8:  No.  That was something

 3   else.

 4          THE COURT:  What was -- why was that?

 5          PROSPECTIVE JUROR NO. 8:  At that time, I got married

 6   and I was writing bad checks.  I wrote four bad checks

 7   consecutive, back to back, and it brought me up for -- I forgot

 8   the name they call it, but that got me in trouble for writing

 9   the bad checks and I was dismissed.

10          THE COURT:  You were brought up on charges on that?

11          PROSPECTIVE JUROR NO. 8:  Yes.

12          THE COURT:  Do you think you were treated fairly

13   regarding the bad checks?

14          PROSPECTIVE JUROR NO. 8:  Yes.  After learning that,

15   you know, you can't write checks like that at that young age, I

16   was -- yes.  I would say it was fair.

17          THE COURT:  Anything about the bad checks that would

18   make it difficult for you to sit and listen to the evidence in

19   this case and be fair to both the Government and the Defendant?

20          PROSPECTIVE JUROR NO. 8:  Not at all.

21          THE COURT:  Anything about the fact that you didn't

22   receive an honorable discharge when you left the military that

23   would make it difficult for you to be fair to both the

24   Government and the Defendant?

25          PROSPECTIVE JUROR NO. 8:  No.

```
 1              THE COURT:  Thank you, sir.  You can take your seat.

 2              (Prospective Juror No. 8 returns to his seat.)

 3              THE COURT:  In regard to Mr. Brown, I'm not going to

 4   call you back for additional questions to ask you about that.

 5   But if there's something additional you want me to ask him,

 6   just tell me that you wish to approach.

 7              MR. HOROWITZ:  That's fine, Judge.

 8              MR. ADELSTEIN:  Yes.

 9              THE COURT:  After he finishes, we'll take a break for

10   ten minutes and you can discuss with your client.  We'll leave

11   the jurors outside and we'll go through the cause and

12   peremptories.

13              MR. ADELSTEIN:  Yes, ma'am.

14              MR. HOROWITZ:  Thank you, Judge.

15              THE COURT:  Thank you.

16              MS. KANE:  Thank you.

17              (Whereupon, the following proceedings were had in open

18   court:)

19              THE COURT:  Mr. Brown, you are on No. 11.

20              PROSPECTIVE JUROR NO. 8:  No. 11 is yes.

21              12 is no.

22              13 is no.  However, when my dad was in the Air Force,

23   he was in the security police.

24              No. 14 is yes.  Answer A is yes.

25              THE COURT:  What crime were you a victim of?
```

1          PROSPECTIVE JUROR NO. 8:  Someone broke into my car.

2          THE COURT:  And was anyone arrested?

3          PROSPECTIVE JUROR NO. 8:  No.

4          THE COURT:  Are you generally satisfied or

5    dissatisfied with the way you were treated?

6          PROSPECTIVE JUROR NO. 8:  I was satisfied.

7          THE COURT:  15?

8          PROSPECTIVE JUROR NO. 8:  No.

9          16 is yes.  Yes, it was reported.  Yes, someone was

10   arrested.  The case was closed with the person being charged

11   with a crime.

12         THE COURT:  And what crime did you witness?

13         PROSPECTIVE JUROR NO. 8:  Someone was selling drugs.

14         THE COURT:  Are you generally satisfied or

15   dissatisfied with the way you were treated?

16         PROSPECTIVE JUROR NO. 8:  I was satisfied.

17         THE COURT:  17?

18         PROSPECTIVE JUROR NO. 8:  Yes.

19         THE COURT:  Was that the same case?

20         PROSPECTIVE JUROR NO. 8:  Yes, it is.

21         THE COURT:  As 16?

22         PROSPECTIVE JUROR NO. 8:  Uh-huh.

23         THE COURT:  Is that "yes"?

24         PROSPECTIVE JUROR NO. 8:  Yes, it is.

25         THE COURT:  No. 18?

```
 1            PROSPECTIVE JUROR NO. 8:  I believe we answered this
 2    one already.
 3            19, yes.
 4            No.
 5            No.
 6            No.
 7            THE COURT:  20 is no?
 8            PROSPECTIVE JUROR NO. 8:  20 is no.
 9            THE COURT:  21?
10            PROSPECTIVE JUROR NO. 8:  No.
11            THE COURT:  22?
12            PROSPECTIVE JUROR NO. 8:  No.
13            THE COURT:  23?
14            PROSPECTIVE JUROR NO. 8:  No.
15            THE COURT:  24?
16            PROSPECTIVE JUROR NO. 8:  No.
17            THE COURT:  25?
18            PROSPECTIVE JUROR NO. 8:  No.
19            THE COURT:  Ladies and gentlemen, we're going to take
20    a break at this time.  It's going to be a recess for about
21    20 minutes.
22            I'm going to give you an instruction now that, if you
23    are chosen as a juror in this case, you're going to hear me
24    instruct the jury each and every time that the jury leaves the
25    courtroom, whether it's a short recess like this one, whether
```

```
 1    it's over the lunch hour or whether it's overnight or over the
 2    weekend.  But it's a very important instruction and that's why
 3    it's given each and every time that the jury leaves the
 4    courtroom.
 5            Do not discuss this case either amongst yourselves or
 6    with anyone else.  Have no contact whatsoever with anyone
 7    associated with the trial.
 8            If you should happen to see any of the persons
 9    associated with the trial, including the lawyers, and they do
10    not even seem to acknowledge you, they are following my
11    instructions to have no contact whatsoever with the jury, and
12    you are to have no conversation with them to avoid even the
13    appearance of impropriety.
14            Do not read, listen or see anything touching on this
15    matter in any way, including anything on the Internet or on any
16    access device.
17            If anyone should try to talk to you about this case,
18    you should immediately instruct them to stop and report it to
19    my staff.
20            If you can, remember where you are seated.  If you
21    don't remember, don't worry.  Patricia and the court security
22    officers will be here to help you.
23            If you would, be back in the lobby in 20 minutes.
24    This is the 12th floor.  I am Judge Lenard.  If you leave the
25    floor and you forget where you're supposed to be, just look for
```

 1    anyone with blue blazer with a badge.  Tell them you're before

 2    Judge Lenard and they will direct you back here.

 3              We'll be in recess for 20 minutes.

 4              THE COURT SECURITY OFFICER:  Please rise.

 5              (Whereupon, Prospective Jury Panel No. III exited the

 6    courtroom at 10:37 a.m. and the following proceedings were

 7    had:)

 8              THE COURT:  You can be seated for a moment.

 9              Just before we break, just to put you on notice,

10    Patricia was just informing me that Juror No. 6 from last

11    evening called today and indicated that his law firm has

12    informed him that they will not pay him.

13              So Patricia, knowing what my standard procedure is,

14    has forwarded to the juror to give to his law firm the federal

15    statute which speaks to intimidating jurors and the appointment

16    of counsel.

17              So, usually, this is a problem I can solve.  And I

18    can't imagine that I won't be able to solve it with a law firm.

19              MS. MEDETIS:  Judge just to confirm, are you referring

20    to Juror No. 6, Paul Saca?

21              THE COURT:  Yes.

22              MS. MEDETIS:  Thank you, Judge.

23              THE COURT:  So we're going to take a ten-minute

24    recess.  Thank you.

25              (Thereupon a recess was taken, after which the

 1    following proceedings were had:)

 2              THE COURT:  United States of America versus Matthew

 3    Andrew Carter, Case No. 11-20350.

 4              Counsel, state your appearances, please, for the

 5    record.

 6              MS. MEDETIS:  Good morning, your Honor.

 7              Maria Medetis and Bonnie Kane on behalf of the United

 8    States.

 9              With us are Special Agents Larko, Flores and Ford with

10    Homeland Security Investigations.

11              MR. HOROWITZ:  Good morning again, your Honor.

12              Phil Horowitz and Stu Adelstein on behalf of Matthew

13    Carter, along with Reginald Hope.  And Mr. Carter is present.

14              THE COURT:  As we discussed at side-bar, we're going

15    to take up the first eight, who would be all the jurors who

16    have answered the questions on the questionnaire.  So they've

17    completed all the questioning.

18              So challenges for cause or hardship on the first

19    eight?

20              MS. MEDETIS:  On behalf of the United States, Judge,

21    Juror No. 3 for hardship, based on the class schedule.

22              MR. ADELSTEIN:  Agreed.

23              THE COURT:  Excused for hardship.

24              Anyone else?

25              MS. MEDETIS:  Not from the Government, your Honor.

 1    I'm sorry.  The first 16 or the first seven?

 2              THE COURT:  The first eight.

 3              MS. MEDETIS:  The first eight.  Okay.

 4              That's it for the first eight, Judge.

 5              MR. ADELSTEIN:  We would ask for cause on Juror No. 7.

 6    All of these incidents occurred at either Miami International

 7    Airport or Fort Lauderdale International Airport, exactly where

 8    she has been working for the last 17 or 20 years.  It's just

 9    too close to home.

10              THE COURT:  When you say "incidents," the allegations

11    are that he left from those airports.

12              MR. ADELSTEIN:  That's correct.

13              And the testimony will reveal that he was stopped on

14    each one of these occasions, taken to a secondary location and

15    asked some questions.  And there will be testimony of that from

16    both of these airports, I believe.

17              THE COURT:  What's the Government's position?

18              MS. MEDETIS:  Your Honor, the Government will not be

19    presenting evidence regarding any stops on the earlier charges.

20    We would be presenting evidence that he was arrested on

21    May 8th, which relates to Count 6.

22              But the burden of proof is to show that the Defendant

23    traveled from a place inside the United States to a place out

24    of the United States and other mention of stops would not be

25    relevant to our case in chief.

1           THE COURT:  So for the attempt count, which is

2    Count 6, he was stopped at the airport?

3           MS. MEDETIS:  He was -- your Honor, the evidence is

4    going to show that he was stopped on the jet bridge on his way

5    to the airplane.  Likewise --

6           THE COURT:  That's in 2011 at Miami International

7    Airport?

8           MS. MEDETIS:  That's correct.

9           And I would also note that there's a juror from

10   yesterday who works for American Airlines.  At least one of the

11   flight attendants on our current jury works for American

12   Airlines.

13          This concern was not raised yesterday with respect to

14   that juror.  So the Government's a bit perplexed about this

15   particular objection to Juror No. 7.

16          THE COURT:  And this juror, Juror No. 7, stated that

17   she's been at Fort Lauderdale for the last three years.

18          MS. MEDETIS:  Yes, Judge.

19          THE COURT:  Anything further you want to say,

20   Mr. Adelstein?

21          MR. ADELSTEIN:  No.

22          THE COURT:  So the only evidence that the Government

23   is going to introduce regarding any of the airports is that, on

24   May 8th, 2011, he was stopped on the Jetway and arrested at

25   that time?

1          MS. MEDETIS:  To be clear, your Honor, the evidence

2    that will be shown with respect to the airport is that, for

3    Counts 1 through 5, that he departed from certain airports.

4          Above that, it would be that, on May 8th, he was

5    arrested on the Jetway after he had checked in and his ticket

6    was scanned at Miami International Airport on May 8th, 2011.

7          THE COURT:  I'm going to deny the challenge for cause.

8          This potential juror testified that she's a cashier in

9    the food service areas, that she has worked at Miami

10   International Airport and has now worked at Fort

11   Lauderdale-Hollywood Airport for the last three years.

12         So she was not even present at Miami International

13   Airport at the period that he was stopped on the Jetway.  And I

14   don't find that her employment in food services at the airport

15   is cause for excusing her from the jury.

16         I read the indictment.  It indicates the airport.  She

17   did not indicate that anything regarding the airports would

18   affect her ability to be a fair and impartial juror.

19         MR. ADELSTEIN:  Understood.

20         THE COURT:  So let's begin with Juror No. 1.

21   To the Government.

22         MS. MEDETIS:  We accept, Judge.

23         THE COURT:  To the Defendant.

24         MR. ADELSTEIN:  We accept.

25         THE COURT:  So that is Juror No. 14.

```
 1                    Juror No. 2, to the Defendant.

 2                    MR. ADELSTEIN:  We would excuse, strike.

 3                    THE COURT:  Defendant strikes.

 4                    That's your second peremptory.  Correct?

 5                    MR. ADELSTEIN:  Yes, ma'am.

 6                    THE COURT:  Juror No. 4, to the Government.

 7                    MS. MEDETIS:  The Government would exercise a

 8     peremptory and strike.

 9                    THE COURT:  Government strikes.

10                    Juror No. 5, to the Government.

11                    MS. MEDETIS:  One moment, Judge.

12                    (Discussion had off the record amongst counsel.)

13                    MS. MEDETIS:  Your Honor, the Government would accept

14     Juror No. 5.

15                    THE COURT:  Defendant is out.

16                    That's Juror 15.

17                    Juror No. 6, to the Government.

18                    MS. MEDETIS:  Your Honor, Juror No. 6 we would strike.

19                    THE COURT:  Government strikes.  The Government's out.

20                    So Juror No. 16 is Juror No. 7.

21                    MR. ADELSTEIN:  We would renew our motion to strike

22     her for cause.  I understand the Court's ruling.  Or we would

23     ask for an additional peremptory, in the alternative.

24                    THE COURT:  What I'll do is -- let me bring that juror

25     in and I'm just going to ask her directly so we can make sure
```

1      it's clear on the record.

2              Would you ask Juror No. 7, Judith Saint-Julien, to

3      come in, please.

4              THE COURT SECURITY OFFICER:  Yes, Judge.

5              (Thereupon, Prospective Juror No. 7 entered the

6      courtroom and the following proceedings were had:)

7              THE COURT:  If you would come up to the podium, ma'am.

8      I just have one or two additional questions for you.

9              You may be seated.

10             Right there, ma'am.  Right there where the microphone

11     is.  Thank you.

12             You can be seated.

13             Ms. Saint-Julien, you indicated that, for the last

14     three years, you've been working as a cashier in food service

15     at Fort Lauderdale Airport.  Is that correct?

16             PROSPECTIVE JUROR NO. 7:  No, ma'am.

17             THE COURT:  What are you doing for the last three

18     years?

19             PROSPECTIVE JUROR NO. 7:  I've been working at Miami

20     Airport for 17 years.  I've been laid off for two years.  And

21     then I worked at Fort Lauderdale for a year.

22             THE COURT:  So you worked at Miami Airport for

23     17 years as a cashier in food service?

24             PROSPECTIVE JUROR NO. 7:  Yes.

25             THE COURT:  And then you were laid off for two years?

 1            PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

 2            THE COURT:  And now -- for a year you've now been

 3    working at Fort Lauderdale Airport as a cashier in food

 4    service?

 5            PROSPECTIVE JUROR NO. 7:  Yes, your Honor.

 6            THE COURT:  So in, let's say, 2010-2011, you were laid

 7    off?

 8            PROSPECTIVE JUROR NO. 7:  Yes, your Honor.

 9            THE COURT:  And you just started working in 2012 at

10    Fort Lauderdale?

11            PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

12            THE COURT:  As a cashier in food service?

13            PROSPECTIVE JUROR NO. 7:  Yes, ma'am.

14            THE COURT:  There may be evidence, ma'am, regarding

15    travel from or presence at Miami International Airport or

16    Fort Lauderdale Airport in this case.

17            Would that affect your ability to be a fair and

18    impartial juror in this case?

19            PROSPECTIVE JUROR NO. 7:  No, your Honor.

20            THE COURT:  Thank you, ma'am.

21            PROSPECTIVE JUROR NO. 7:  Thank you.

22             (Thereupon, Prospective Juror No. 7 retired from the

23    courtroom and the following proceedings were had:)

24            THE COURT:  Anything further regarding additional

25    questioning of this juror?

     1              MS. MEDETIS:  Not from the Government, your Honor.

     2              MR. ADELSTEIN:  No, your Honor.

     3              THE COURT:  The challenge for cause is denied.

     4         She has clearly indicated that she was not present at

     5    Miami International Airport in 2011.  That was during the time

     6    period that she was laid off.  And in 2012, she started working

     7    at Fort Lauderdale Airport.

     8              She's always worked as a cashier in food service and,

     9    most importantly, she has testified that any evidence regarding

    10    travel from or presence at Miami International Airport or

    11    Fort Lauderdale Airport would not affect her ability to be a

    12    fair and impartial juror in this case.

    13              She is Juror No. 16.

    14              Do both sides tender the jury?

    15              MS. MEDETIS:  The United States tenders the jury,

    16    Judge.

    17              MR. ADELSTEIN:  Yes, your Honor, based upon your

    18    Honor's ruling.

    19              THE COURT:  So I'm going to have Patricia bring in the

    20    three jurors, dismiss the rest of the panel, and I'll give them

    21    their instructions.  And then we'll be in recess.

    22              Juror No. 15 now, who's Juror No. 5, Felipe Gaitan --

    23    you may be seated -- has just informed Patricia that he's

    24    traveling February 15th for five days.  So he indicated that

    25    he's back on Monday.  The 15th is a Friday.

1            THE COURTROOM DEPUTY:  He actually said for five days.

2            THE COURT:  So he's traveling the 15th through the

3     19th.  Let me bring him in, please.

4            MR. ADELSTEIN:  What days of the week is that?

5            THE COURT:  The 15th is Friday.

6            MS. MEDETIS:  That's a holiday weekend, Judge.

7            THE COURT:  Monday is a holiday.  So it's Friday.  I

8     need to bring him in and find out exactly.

9            Would you bring in Mr. Gaitan, please.

10            (Thereupon, Potential Juror No. 5 entered the

11     courtroom and the following proceedings were had:)

12            THE COURT:  Mr. Gaitan, what is the travel that you

13     didn't tell me about?

14            PROSPECTIVE JUROR NO. 15:  I apologize.

15            I'm leaving for Costa Rica on the 15th and coming back

16     on Tuesday the following week.

17            THE COURT:  You leave on the 15th and you come back on

18     the 19th?

19            PROSPECTIVE JUROR NO. 15:  That's correct.

20            THE COURT:  What kind of travel is this?

21            PROSPECTIVE JUROR NO. 15:  It's my first time out of

22     this -- since I got my passport that I could leave the country.

23     So I'm going to Costa Rica.

24            THE COURT:  It's a vacation?

25            PROSPECTIVE JUROR NO. 15:  Yeah.  But I have actually

1   family there.

2           THE COURT:  Is this something that could be

3   rescheduled?

4           PROSPECTIVE JUROR NO. 15:  The thing is that it's

5   already been paid for.  I don't know if the -- what the

6   penalties are on that.  I apologize for not mentioning it

7   earlier.

8           THE COURT:  Okay.  Thanks, sir.

9           If you could step out.

10          (Thereupon, Potential Juror No. 5 retired from the

11  courtroom and the following proceedings were had:)

12          THE COURT:  What are the parties' positions?

13          MR. HOROWITZ:  Judge, may we have a moment?

14          THE COURT:  Yes.

15          (Discussion had off the record amongst counsel.)

16          MR. ADELSTEIN:  Judge, the bottom line is we want him.

17          THE COURT:  You want him?

18          MR. ADELSTEIN:  We do want him on the jury panel as

19  the third alternate.

20          THE COURT:  What would you propose that I do regarding

21  his travel?

22          MR. ADELSTEIN:  That we -- by that time, I'm sure the

23  Court will be tired of me --

24          THE COURT:  I'm never tired of you, Mr. Adelstein.

25  You've had too many bigs trials before me.

1         MR. ADELSTEIN:  Well, the Government will certainly

2    then be tired of sitting so close to me.

3              -- that we recess on the 15th and the 19th, two days.

4         THE COURT:  What's the Government's position?

5         MS. MEDETIS:  Your Honor, first, we would never tire

6    of Mr. Adelstein or Mr. Horowitz.

7         Second, it is a holiday weekend.  Perhaps the jury

8    might appreciate a break on the 15th and the 19th.

9         However, there was some concern with delaying an

10   already seemingly lengthy trial.  The Government does have that

11   concern.  So if the Court is --

12        THE COURT:  That would be the end of the two-week

13   period, correct -- almost the end of the two-week period?

14        MS. MEDETIS:  I believe so, Judge.

15        THE COURT:  No.  Maybe not.  Close to it.  It would be

16   seven days in trial.  So we'd be in the middle of the

17   Government's case.

18        MS. MEDETIS:  Judge, the alternative the Government

19   would propose is to relieve Mr. Gaitan and starting up with the

20   next eight and perhaps giving each side an additional

21   peremptory.  That would be another alternative for the Court's

22   consideration.

23        THE COURT:  Well, we still have Mr. Brown.

24        What are the positions on Mr. Brown?

25        MR. HOROWITZ:  Judge, while we like Mr. Brown, we'd

1   prefer Mr. Gaitan as Alternate No. 3.

2           MS. MEDETIS:  Judge, may I propose another

3   alternative?  Withdrawing the Government's peremptory on No. 6

4   and adding No. 6 to the panel?

5           It's the Government -- the bottom line is it's the

6   Government's preference that we keep the case moving and not

7   have such a lengthy recess in the middle of our case.

8           MR. ADELSTEIN:  I have another proposal.  That is, if

9   the Government agrees to put Mr. Brown as Alternate No. 3, I

10  have no problem.

11          THE COURT:  That was my next suggestion.  You read my

12  mind.

13          MR. ADELSTEIN:  And move him into the third.

14          MS. MEDETIS:  Your Honor, we would prefer to withdraw

15  the peremptory.  We used our peremptories based on the first

16  seven -- I guess it was the first seven or the first eight.  We

17  didn't think we'd get there.  We would prefer not to have

18  Mr. Brown on the jury.

19          THE COURT:  Well, if I let Mr. Gaitan go for hardship

20  now, Mr. Brown's on.  It's just a question of where he's

21  placed, No. 3 or No. 4.

22          MS. MEDETIS:  Would the Court not permit us to

23  withdraw our peremptory for Mr. Burgos?

24          THE COURT:  I normally don't allow withdrawal of

25  peremptories.  No backstriking.

1        MS. MEDETIS:  Given the unusual situation, your Honor,

2   would the Court consider the backstrike, given the new

3   information that we have here?

4        THE COURT:  Not unless the defense agrees to it.  I

5   don't think that would be fair.

6        MR. ADELSTEIN:  No.  We don't agree.

7        MS. MEDETIS:  May we have a moment, your Honor?

8        THE COURT:  Sure.

9        (Discussion had off the record amongst counsel.)

10        MS. MEDETIS:  Your Honor, would the Court entertain

11   argument for cause on Mr. Brown so that we could explain our

12   reservation for having him on the jury?

13        MR. HOROWITZ:  Judge, I would object.  The Court's

14   already asked for cause challenges as to the eight.

15        THE COURT:  I'm not going to allow you to argue cause

16   now.

17        MS. MEDETIS:  Judge, I think we'll -- if the Court is

18   still inclined to work around Mr. Gaitan's schedule and recess

19   for those extra days.

20        THE COURT:  So let's bring in 14, 15, 16.  I will

21   inform Mr. Gaitan not to worry, that he will be able to go on

22   his trip.

23        Let me just say that I reserve on whether I would

24   excuse him or recess the trial.  So I'll take up that issue

25   when we get to the 14th or close to the 15th.

1          MS. MEDETIS:  Judge, before the jury gets here, is the

2     Court inclined to just add an additional alternate or is that

3     not an option?

4          THE COURT:  Well, we'd have to go through the rest of

5     the --

6          MS. MEDETIS:  The Government doesn't have very strong

7     feelings on Mr. Brown.  It would add Mr. Brown as an alternate,

8     I mean, to keep the case moving.

9          THE COURT:  You want to add him as an alternate?

10          MR. ADELSTEIN:  If they agree to put him in Position

11     No. 3, in other words, Brown becomes Juror No. 15.  We have no

12     problem.

13          THE COURT:  And then Gaitan becomes 16 and

14     Saint-Julien becomes 17?  Is that what you're talking about?

15          MR. ADELSTEIN:  No.  Excusing Mr. Gaitan for his trip,

16     if the Government wants to keep the trial going, and just

17     putting Mr. Brown as Juror No. 15, or the third alternate.

18          THE COURT:  One moment, please.  Come in, Patricia,

19     but not the jurors.  Also hold Mr. Brown, please.

20          I'm a bit confused now.  The Government's suggestion

21     is we add Brown as No. 17?

22          MS. MEDETIS:  Correct, Judge, in the event that -- we

23     have an extra alternate in our pocket in case there's some

24     issue with interrupting the trial and Mr. Gaitan needs to

25     leave.

1          That was the Government's suggestion, not to replace

2     any existing alternates, but to have, instead of four

3     alternates, five.

4          THE COURT:  What's the defense position as to that?

5          MR. HOROWITZ:  The defense position is to allow

6     Mr. Gaitan to go on his trip, Judge, put Mr. Brown as Juror

7     No. 15, or the third alternate.

8          THE COURT:  And then make Mr. Gaitan 17?

9          MR. HOROWITZ:  Either do that or just excuse him.

10          MS. MEDETIS:  Judge, the Government's position would

11     be, if Mr. Gaitan is -- if the Court is inclined to entertain

12     the Defendant's request to relieve Mr. Gaitan, then we would

13     ask that --

14          THE COURT:  I'm not saying that I'm going to relieve

15     him.  I'm just saying that I'm not precluding that option,

16     depending on where we are on the 14th.  I'm not committing --

17     so you know, I am not committing at this juncture to recessing

18     on the 15th and the 19th.

19          What I am saying is I'm going to make a determination

20     on the 13th or the 14th whether I'm going to relieve Mr. Gaitan

21     and continue with three alternates or whether we're going to

22     recess for those two days -- additional days.

23          So I'm not committing one way or the other to the

24     recess.

25          MS. MEDETIS:  Then, just to respond to --

 1              THE COURT:  I will, however -- excuse me.

 2          I will, however, let Mr. Gaitan know he's going to go

 3  on his trip because I don't want him to be concerned about that

 4  during the trial.

 5              MS. MEDETIS:  Understood.

 6          Then, to respond to the Defendant's -- defense's

 7  recommendation as to what to do with Mr. Brown, the Government

 8  would object to having Mr. Brown fill Mr. Gaitan's spot.

 9          We would ask simply that he be taken in consecutive

10  order and be added to the end after Ms. Saint-Julien.

11              THE COURT:  Does the defense agree with that or no?

12              MR. ADELSTEIN:  No.  No.

13              THE COURT:  So we're just going to go forward with the

14  16 we have, and I'll make a determination whether we're going

15  to recess or whether I'm going to relieve him.

16          That would be a determination I make based upon where

17  we are in the trial, how much longer I anticipate there's going

18  to be.  We have other alternates and the rules.

19              MS. MEDETIS:  Understood, Judge.

20              THE COURT:  So we need 14, 15, 16, as indicated

21  originally.  Sorry.

22              (Whereupon, the selected members of Prospective Jury

23  Panel No. III entered the courtroom at 11:23 a.m. and the

24  following proceedings were had:)

25              THE COURT:  Mr. Gaitan, not to worry.  You will be

 1    able to go on your trip.

 2            You may be seated.

 3            As you can see, there's a lot of empty seats before

 4    you.  They've already been filled.  So I'm going to dismiss you

 5    for the day in a just a few moments.

 6            You'll be going into the jury room, which is right

 7    down that little hallway.  It's right here.  And that will be

 8    your home away from the courtroom when you're not in court.

 9    It'll be where you come in the morning.

10            There's a refrigerator in there, filtered water and as

11    many snacks as they allow me to order.  That will be the place

12    you come in the morning.  And you'll see when you leave the

13    windowed hallway with the student art that you'll be passing.

14            And I would suggest that you orient yourself a little

15    bit as to how you'll be coming and going when you come back

16    next Tuesday, February 5th, at 9:00 in the morning.

17            Patricia is going to meet you in the jury room.  She

18    will give you the phone number for my chambers as well as her

19    e-mail address.

20            Please, if you would give to her all of the modes of

21    communication that there is to get in touch with you, home

22    phone number, office phone number, cell number, beeper if you

23    have one, an e-mail.  We do not use Facebook or Twitter.

24            Do not discuss this case either amongst yourselves or

25    with anyone else.  Have no contact whatsoever with anyone

```
 1   associated with the trial.

 2            Do not read, listen or see anything touching on this

 3   matter in any way, including anything on the Internet or on

 4   anything on any access device.

 5            If anyone should try to talk to you about this case,

 6   you should immediately instruct them to stop and report it to

 7   my staff.

 8            You may proceed now to the jury room.  Thank you for

 9   your patience this morning.  I will see you next week,

10   February 5th, at 9:00.

11            Thank you so much.

12            (Whereupon, the selected members of Prospective Jury

13   Panel No. III exited the courtroom at 11:25 a.m. and the

14   following proceedings were had:)

15            THE COURT:  Anything further?

16            MR. ADELSTEIN:  The only request we have, your Honor,

17   is, since they're going to take him back -- oh, we're set.  We

18   need to talk to him for maybe ten minutes.

19            THE US MARSHAL:  That's fine.

20            MR. ADELSTEIN:  We don't have a problem.

21            THE COURT:  Have safe travels.  I'll see you Tuesday

22   morning at 9:00.  Thank you.

23            We're in recess in this matter until the 5th.

24            MS. MEDETIS:  Thank you, Judge.

25            (Proceedings concluded.)
```

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

```
_____          /s/Lisa Edwards
    DATE               LISA EDWARDS, RDR, CRR
                       Official United States Court Reporter
                       400 North Miami Avenue, Twelfth Floor
                       Miami, Florida 33128
                       (305) 523-5499
```

## /

**/s/Lisa** [1] - 67:7

## 1

**1** [12] - 1:8, 16:13, 24:14, 24:17, 24:23, 25:2, 25:4, 26:3, 42:5, 52:3, 52:20
**10** [11] - 11:21, 12:4, 12:7, 25:11, 27:4, 29:6, 32:13, 33:17, 35:8, 36:21, 39:3
**109A** [1] - 16:23
**10:00** [1] - 11:15, 13:6
**10:37** [1] - 48:6
**11** [15] - 12:10, 12:16, 12:21, 21:25, 25:12, 27:5, 29:7, 32:17, 32:18, 35:9, 36:22, 41:5, 41:14, 44:19, 44:20
**11-20350** [2] - 4:3, 49:3
**11-20350-CR-Lenard** [1] - 16:9
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:23** [1] - 64:23
**11:25** [1] - 66:13
**11:26** [1] - 1:6
**11th** [2] - 14:5, 14:6
**12** [9] - 22:5, 25:13, 27:7, 29:9, 30:13, 32:21, 35:10, 36:23, 44:21
**12th** [2] - 12:22, 47:24
**13** [8] - 25:14, 27:8, 29:10, 30:15, 32:23, 35:11, 36:24, 44:22
**13th** [1] - 63:20
**14** [18] - 22:19, 22:23, 23:1, 23:6, 23:9, 23:13, 25:15, 27:9, 29:12, 30:16, 33:6, 35:12, 36:12, 36:25, 44:24, 52:25, 61:20, 64:20
**1400** [1] - 53:20
**14th** [3] - 61:25, 63:16, 63:20
**15** [24] - 25:16, 27:10, 29:13, 31:4, 32:24, 33:7, 33:17,

33:19, 35:13, 37:1, 38:25, 45:7, 53:16, 56:22, 57:14, 57:19, 57:21, 57:25, 58:4, 61:20, 62:11, 62:17, 63:7, 64:20
**15-year-old** [3] - 21:18, 21:20, 32:10
**15th** [11] - 18:7, 56:24, 56:25, 57:2, 57:5, 57:15, 57:17, 59:3, 59:8, 61:25, 63:18
**16** [25] - 13:2, 13:9, 13:18, 13:20, 13:22, 14:1, 25:17, 27:11, 29:14, 31:6, 31:9, 33:8, 35:14, 37:2, 40:24, 40:25, 45:9, 45:21, 50:1, 53:20, 61:20, 62:13, 64:14, 64:20
**17** [19] - 14:2, 14:8, 25:18, 27:12, 29:15, 31:10, 33:9, 35:15, 37:3, 37:13, 37:19, 38:23, 45:17, 50:8, 54:20, 54:23, 62:14, 62:21, 63:8
**18** [30] - 16:20, 16:21, 16:22, 16:25, 17:8, 17:9, 17:10, 17:18, 17:20, 18:4, 18:5, 18:6, 18:14, 18:16, 18:25, 19:1, 19:2, 25:19, 27:13, 29:16, 31:11, 33:10, 33:11, 35:16, 37:4, 38:25, 39:11, 45:25
**18th** [1] - 12:23
**19** [14] - 14:10, 14:17, 14:20, 14:24, 15:1, 22:8, 25:20, 27:14, 29:17, 31:12, 34:5, 35:17, 37:5, 46:3
**1910** [1] - 1:24
**1989** [1] - 5:1
**19th** [5] - 57:3, 57:18, 59:3, 59:8, 63:18
**1:00** [1] - 14:18

## 2

**2** [17] - 17:1, 24:18, 26:5, 26:7, 26:13, 26:20, 26:22, 26:25, 27:20, 27:22, 27:24, 28:1, 28:3, 28:7,

28:16, 34:14, 53:1
**20** [19] - 25:21, 26:13, 27:15, 29:18, 31:13, 32:3, 32:7, 33:2, 34:6, 35:18, 36:4, 37:6, 38:20, 46:7, 46:8, 46:21, 47:23, 48:3, 50:8
**2001** [1] - 16:14
**2003** [1] - 17:1
**2004** [1] - 17:11
**2006** [1] - 17:22
**2009** [1] - 18:7
**2010-2011** [1] - 55:6
**2011** [5] - 18:18, 51:6, 51:24, 52:6, 56:5
**2012** [2] - 55:9, 56:6
**2013** [1] - 1:5
**20530** [1] - 1:19
**20th** [1] - 12:23
**21** [14] - 15:2, 15:12, 15:14, 25:5, 25:22, 27:16, 28:5, 29:19, 34:7, 35:19, 36:12, 37:7, 39:1, 46:9
**21-year-old** [1] - 36:13
**22** [12] - 6:18, 25:23, 28:2, 28:3, 28:5, 28:8, 29:20, 31:20, 34:8, 35:20, 37:8, 46:11
**2246** [1] - 16:21
**23** [10] - 15:16, 16:1, 25:24, 28:9, 29:21, 31:22, 34:9, 35:21, 37:9, 46:13
**24** [10] - 25:25, 26:17, 28:10, 29:22, 31:23, 34:10, 35:4, 35:22, 37:10, 46:15
**2423(b** [1] - 19:2
**2423(b)** [5] - 16:25, 17:10, 17:21, 18:6, 18:17
**2423(f** [5] - 17:9, 17:19, 18:5, 18:15, 19:1
**25** [11] - 4:16, 26:1, 28:11, 29:23, 31:24, 34:11, 35:23, 36:12, 36:13, 37:11, 46:17
**26th** [1] - 15:7
**27** [2] - 35:4, 36:6
**27th** [2] - 17:11, 17:22
**28** [3] - 26:17, 34:18, 34:19
**28,000** [1] - 12:18
**28th** [1] - 4:22

**2929** [1] - 1:21
**2:00** [1] - 11:16
**2:20** [1] - 14:24
**2nd** [1] - 16:14

## 3

**3** [16] - 10:24, 11:10, 11:14, 11:18, 17:11, 24:19, 26:8, 28:14, 28:17, 28:21, 34:15, 49:21, 60:1, 60:9, 60:21, 62:11
**30** [1] - 1:5
**305** [2] - 2:3, 67:9
**30th** [1] - 17:1
**33128** [2] - 2:3, 67:9
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**3:00** [1] - 16:3

## 4

**4** [22] - 17:22, 24:20, 25:3, 25:4, 26:9, 28:22, 30:1, 30:14, 30:19, 30:21, 30:25, 31:2, 31:5, 31:9, 31:17, 31:19, 31:21, 34:22, 36:5, 38:21, 53:6, 60:21
**40** [2] - 26:10, 34:23
**400** [2] - 2:2, 67:8
**41** [1] - 34:23
**410** [1] - 1:22
**44** [1] - 30:5

## 5

**5** [27] - 18:7, 25:5, 26:10, 28:23, 32:1, 32:4, 32:7, 32:16, 32:18, 32:20, 32:22, 33:1, 33:5, 33:13, 33:15, 33:18, 33:22, 33:24, 34:4, 34:23, 36:6, 52:3, 53:10, 53:14, 56:22, 57:10, 58:10
**523-5499** [2] - 2:3, 67:9
**5:00** [2] - 11:11, 13:6
**5th** [4] - 11:7, 65:16, 66:10, 66:23

## 6

**6** [20] - 3:4, 18:18, 25:6, 26:14, 28:24, 34:13, 34:18, 34:20, 34:24, 35:2, 35:25, 36:7, 48:10, 48:20, 50:21, 51:2, 53:17, 53:18, 60:3, 60:4
**600** [1] - 1:18
**609** [1] - 5:4
**62** [1] - 30:6
**67** [1] - 1:8
**6:15** [1] - 11:16

## 7

**7** [37] - 25:7, 26:15, 28:25, 34:25, 36:1, 36:8, 36:11, 36:15, 36:18, 37:13, 37:18, 37:22, 38:1, 38:3, 38:5, 38:7, 38:9, 38:12, 38:14, 42:5, 50:5, 51:15, 51:16, 53:20, 54:2, 54:5, 54:16, 54:19, 54:24, 55:1, 55:5, 55:8, 55:11, 55:13, 55:19, 55:21, 55:22

## 8

**8** [45] - 25:9, 26:17, 29:4, 35:4, 36:12, 38:16, 39:6, 39:8, 39:10, 39:13, 39:18, 40:1, 40:5, 40:12, 40:15, 40:18, 40:21, 42:19, 42:22, 42:25, 43:2, 43:5, 43:11, 43:14, 43:20, 43:25, 44:2, 44:20, 45:1, 45:3, 45:6, 45:8, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18
**8-year-old** [1] - 32:10
**8:00** [2] - 11:11, 14:17
**8th** [6] - 12:22, 18:18, 50:21, 51:24, 52:4, 52:6

**9**

**9** [7] - 21:16, 21:24, 25:10, 26:18, 27:2, 29:5, 35:7
**9130** [1] - 1:24
**92-year-old** [1] - 11:23
**99** [1] - 1:15
**9:00** [4] - 11:15, 65:16, 66:10, 66:22
**9:15** [1] - 1:9
**9:36** [1] - 6:11

**A**

**a.m** [6] - 1:6, 6:11, 48:6, 64:23, 66:13
**ability** [7] - 33:3, 40:14, 40:16, 40:19, 52:18, 55:17, 56:11
**able** [10] - 4:22, 12:1, 21:14, 23:18, 23:22, 24:1, 24:3, 48:18, 61:21, 65:1
**above-entitled** [1] - 67:4
**Abraham** [3] - 20:23, 21:3, 21:4
**absolutely** [1] - 21:24
**abused** [1] - 22:6
**accept** [3] - 52:22, 52:24, 53:13
**access** [2] - 47:16, 66:4
**account** [1] - 22:21
**accurate** [1] - 67:3
**acknowledge** [1] - 47:10
**acquaint** [1] - 7:17
**act** [2] - 16:20, 16:23
**action** [2] - 39:7, 39:10
**activities** [1] - 27:2
**add** [4] - 62:2, 62:5, 62:9, 62:21
**added** [1] - 64:10
**adding** [1] - 60:4
**additional** [11] - 41:2, 42:5, 42:9, 44:4, 44:5, 53:23, 54:8, 55:24, 59:20, 62:2, 63:22
**address** [1] - 65:19
**ADELSTEIN** [38] - 1:20, 1:21, 4:12, 6:23, 8:20, 19:19, 41:4,

41:9, 41:12, 41:15, 41:17, 42:3, 44:8, 44:13, 49:22, 50:5, 50:12, 51:21, 52:19, 52:24, 53:2, 53:5, 53:21, 56:2, 56:17, 57:4, 58:16, 58:18, 58:22, 59:1, 60:8, 60:13, 61:6, 62:10, 62:15, 64:12, 66:16, 66:20
**Adelstein** [6] - 4:13, 19:20, 49:12, 51:20, 58:24, 59:6
**adjudication** [1] - 5:1
**administration** [1] - 7:24
**affairs** [1] - 9:8
**affect** [7] - 33:3, 40:14, 40:15, 40:18, 52:18, 55:17, 56:11
**afternoon** [3] - 5:13, 10:9, 10:21
**age** [7] - 16:22, 17:9, 17:20, 18:5, 18:16, 19:1, 43:15
**agency** [2] - 22:15, 22:16
**Agent** [3] - 19:14, 19:15, 19:16
**Agents** [2] - 4:9, 49:9
**agents** [2] - 19:17, 27:5
**ages** [1] - 38:25
**ago** [6] - 27:16, 32:24, 33:2, 33:17, 33:19
**agree** [2] - 61:6, 62:10, 64:11
**agreed** [1] - 49:22
**agrees** [2] - 60:9, 61:4
**ahead** [1] - 24:16
**Air** [1] - 44:22
**air** [2] - 26:8, 26:11
**aircraft** [1] - 29:1
**Airlines** [2] - 51:10, 51:12
**airplane** [1] - 51:5
**airport** [9] - 37:16, 37:17, 37:21, 38:4, 38:6, 51:2, 52:2, 52:14, 52:16
**Airport** [27] - 16:19, 17:6, 17:16, 18:2, 18:12, 18:23, 37:14, 37:15, 37:18, 38:7, 50:7, 51:7, 52:6, 52:10, 52:11, 52:13, 54:15, 54:20, 54:22,

55:3, 55:15, 55:16, 56:5, 56:7, 56:10, 56:11
**airports** [5] - 50:11, 50:16, 51:23, 52:3, 52:17
**Alamo** [1] - 25:7
**Alan** [1] - 20:21
**Alexander** [1] - 21:5
**Alfonso** [2] - 26:4, 26:6
**Allan** [1] - 21:2
**allegations** [1] - 50:10
**Allen** [2] - 6:18, 21:2
**Allison** [1] - 20:23
**allow** [5] - 5:23, 60:24, 61:15, 63:5, 65:11
**almost** [1] - 59:13
**alternate** [5] - 15:20, 58:19, 62:2, 62:7, 62:9, 62:17, 62:23, 63:7
**Alternate** [1] - 60:1, 60:9
**alternates** [5] - 41:24, 63:2, 63:3, 63:21, 64:18
**alternative** [4] - 53:23, 59:18, 59:21, 60:3
**Altieri** [1] - 20:7
**Alvaro** [1] - 19:15
**AMERICA** [1] - 1:4
**America** [4] - 4:2, 8:17, 16:9, 49:2
**American** [2] - 51:10, 51:11
**ANDREW** [1] - 1:7
**Andrew** [10] - 4:2, 8:17, 16:10, 16:16, 17:3, 17:13, 17:24, 18:9, 18:20, 49:3
**answer** [2] - 39:3, 44:24
**answered** [2] - 46:1, 49:16
**answering** [3] - 10:3, 10:17, 24:12
**answers** [2] - 8:5, 24:10
**anticipate** [1] - 64:17
**apologize** [2] - 57:14, 58:6
**appearance** [1] - 47:13
**appearances** [2] - 4:4, 49:4
**APPEARANCES** [1] -

1:13
**application** [1] - 32:25
**applied** [1] - 32:23
**appointment** [1] - 48:15
**appointments** [1] - 15:9
**appreciate** [1] - 59:8
**apprehensive** [1] - 7:16
**approach** [2] - 6:15, 44:6
**area** [1] - 38:21
**areas** [1] - 52:9
**argue** [1] - 61:15
**argument** [1] - 61:11
**Arizona** [1] - 27:6
**arm** [1] - 12:17
**arrange** [2] - 8:12, 16:4
**arrested** [6] - 30:20, 45:2, 45:10, 50:20, 51:24, 52:5
**art** [2] - 26:25, 65:13
**artist** [1] - 13:5
**assistant** [1] - 19:11
**ASSISTANT** [1] - 1:15
**assists** [1] - 7:24
**associated** [4] - 19:7, 47:7, 47:9, 66:1
**attempt** [2] - 18:22, 51:1
**attend** [2] - 12:12, 15:18
**attendants** [1] - 51:11
**attending** [1] - 11:1
**attorney** [1] - 19:12
**ATTORNEY** [1] - 1:15
**Augustin** [1] - 20:16
**automatically** [1] - 21:18
**Avenue** [4] - 1:18, 1:21, 2:2, 67:8
**avoid** [1] - 47:12
**aware** [1] - 7:14

**B**

**babysitter** [1] - 14:21
**backstrike** [1] - 61:2
**backstriking** [1] - 60:25
**bad** [5] - 43:6, 43:9, 43:13, 43:17
**badge** [1] - 48:1

**Bain** [1] - 20:22
**ball** [1] - 15:24
**bar** [5] - 6:17, 39:12, 39:16, 42:19, 49:14
**Barry** [1] - 20:13
**based** [4] - 49:21, 56:17, 60:15, 64:16
**Bath** [1] - 36:19
**be...** [1] - 40:16
**Beach** [4] - 22:23, 22:25, 23:2, 38:18
**Becky** [2] - 20:5, 20:19
**becomes** [3] - 62:11, 62:13, 62:14
**beeper** [1] - 65:22
**BEFORE** [1] - 1:10
**begin** [3] - 8:16, 9:21, 52:20
**behalf** [5] - 4:7, 4:14, 49:7, 49:12, 49:20
**beliefs** [1] - 23:25
**Bennett** [1] - 20:19
**Bentotila** [1] - 20:7
**Bertha** [1] - 20:25
**best** [1] - 22:14
**Betty** [1] - 20:6
**between** [1] - 11:11
**Beyond** [1] - 36:19
**big** [1] - 14:14
**bigs** [1] - 58:25
**Bill** [7] - 16:11, 16:17, 17:4, 17:14, 17:25, 18:10, 18:21
**Biloxi** [1] - 30:2
**bit** [4] - 31:8, 51:14, 62:20, 65:15
**biweekly** [1] - 13:18
**blazer** [1] - 48:1
**blue** [1] - 48:1
**Bobby** [1] - 20:19
**boiling** [1] - 21:19
**bones** [1] - 11:24
**Bonita** [1] - 20:17
**BONNIE** [1] - 1:17
**Bonnie** [3] - 4:7, 19:13, 49:7
**born** [5] - 26:7, 28:16, 30:2, 32:2, 38:18
**bottom** [2] - 58:16, 60:5
**Boulevard** [1] - 1:24
**box** [3] - 10:15, 10:23, 40:25
**boy** [1] - 32:10
**boys** [2] - 14:20, 14:23
**brawl** [1] - 39:19

**Brea** [1] - 20:25
**break** [4] - 44:9, 46:20, 48:9, 59:8
**Brewer** [1] - 20:24
**Brian** [1] - 20:20
**bridge** [1] - 51:4
**bring** [6] - 53:24, 56:19, 57:3, 57:8, 57:9, 61:20
**brings** [1] - 6:21
**broke** [2] - 11:24, 45:1
**brought** [3] - 39:21, 43:7, 43:10
**Broward** [2] - 17:11, 18:7
**Brown** [3] - 38:17, 62:11, 62:21
**brown** [19] - 41:18, 42:4, 42:11, 42:17, 44:3, 44:19, 59:23, 59:24, 59:25, 60:9, 60:18, 61:11, 62:7, 62:17, 62:19, 63:6, 64:7, 64:8
**brown's** [1] - 60:20
**Browning** [1] - 20:13
**burden** [1] - 50:22
**Burgos** [2] - 34:13, 60:23
**Burnett** [2] - 20:19
**business** [5] - 12:11, 12:15, 12:19, 20:1, 21:9
**BY** [1] - 2:1

## C

**calendar** [1] - 6:2
**California** [1] - 14:12
**cancel** [1] - 12:12
**Car** [1] - 25:8
**car** [1] - 45:1
**care** [2] - 12:2, 12:5
**Carlton** [1] - 20:20
**Carmichael** [1] - 20:14
**carry** [1] - 15:24
**Carter** [24] - 4:2, 4:14, 8:17, 16:10, 16:11, 16:16, 16:17, 17:3, 17:4, 17:13, 17:14, 17:24, 17:25, 18:9, 18:10, 18:20, 18:21, 19:22, 20:12, 49:3, 49:13
**CARTER** [1] - 1:7
**Carver** [2] - 20:19, 20:20

**case** [44] - 7:9, 8:6, 8:14, 8:16, 8:23, 9:1, 9:3, 9:5, 9:11, 10:10, 10:12, 11:6, 19:5, 21:15, 21:22, 22:11, 23:4, 23:8, 23:19, 23:21, 31:18, 31:19, 33:2, 34:2, 40:10, 43:19, 45:10, 45:19, 46:23, 47:5, 47:17, 50:25, 55:16, 55:18, 56:12, 59:17, 60:6, 60:7, 62:8, 62:23, 65:24, 66:5
**Case** [3] - 4:3, 16:9, 49:3
**CASE** [1] - 1:2
**cases** [3] - 7:24, 10:8, 11:12
**cashier** [10] - 36:4, 37:12, 37:20, 39:1, 52:8, 54:14, 54:23, 55:3, 55:12, 56:8
**Catherine** [1] - 14:2
**cell** [1] - 65:22
**center** [1] - 11:25
**certain** [1] - 52:3
**certainly** [1] - 59:1
**certify** [1] - 67:3
**Cervera** [2] - 14:10, 22:8
**challenge** [2] - 52:7, 56:3
**challenges** [3] - 41:7, 49:18, 61:14
**chambers** [1] - 65:18
**Chapter** [1] - 16:23
**charge** [1] - 8:8
**charged** [1] - 45:10
**charges** [7] - 16:13, 39:21, 39:22, 41:6, 41:13, 43:10, 50:19
**Charles** [10] - 16:10, 16:16, 17:4, 17:13, 17:25, 18:9, 18:20, 20:22, 20:23, 21:3
**checked** [1] - 52:5
**checks** [6] - 43:6, 43:9, 43:13, 43:15, 43:17
**chief** [2] - 35:3, 50:25
**child** [2] - 21:12, 22:6
**children** [9] - 14:19, 15:18, 25:9, 26:17, 27:3, 29:4, 30:9, 36:12, 38:25
**Chopping** [1] - 14:3
**chosen** [2] - 23:12,

46:23
**Christina** [1] - 15:3
**citizen** [8] - 7:13, 16:17, 17:5, 17:14, 18:1, 18:10, 18:21, 21:10
**city** [1] - 38:23
**civil** [1] - 27:21
**class** [1] - 49:21
**classes** [4] - 11:10, 11:13, 11:15, 11:16
**clear** [2] - 52:1, 54:1
**cleared** [1] - 40:6
**clearly** [1] - 56:4
**client** [1] - 44:10
**close** [5] - 41:25, 50:9, 59:2, 59:15, 61:25
**closed** [1] - 45:10
**co** [1] - 19:13
**co-counsel** [1] - 19:13
**Code** [16] - 16:21, 16:23, 16:25, 17:8, 17:10, 17:19, 17:20, 18:4, 18:6, 18:15, 18:16, 18:25, 19:2
**Colombia** [1] - 32:2
**combat** [1] - 39:5
**Comben** [1] - 20:12
**coming** [3] - 6:20, 57:15, 65:15
**commensurate** [1] - 6:1
**commerce** [6] - 16:18, 17:5, 17:15, 18:1, 18:11, 18:22
**commercial** [2] - 26:8, 26:11
**committing** [3] - 63:16, 63:17, 63:23
**common** [1] - 7:10
**communication** [1] - 65:21
**community** [1] - 30:6
**companies** [1] - 38:13
**company** [4] - 14:4, 29:1, 38:10, 38:14
**completed** [1] - 49:17
**comprise** [1] - 7:25
**computer** [1] - 28:21
**concern** [2] - 51:13, 59:9, 59:11
**concerned** [2] - 41:5, 41:9, 64:3
**concerning** [3] - 8:9, 8:14, 9:3
**concerns** [2] - 11:2,

11:3
**concluded** [1] - 66:25
**conditioning** [2] - 26:8, 26:12
**conduct** [6] - 17:8, 17:18, 18:4, 18:14, 18:25, 21:12
**confirm** [1] - 48:19
**confirmed** [1] - 12:25
**confused** [1] - 62:20
**consecutive** [2] - 43:7, 64:9
**consider** [1] - 61:2
**consideration** [2] - 4:19, 59:22
**Constitution** [1] - 7:11
**construction** [1] - 30:3
**contact** [5] - 19:25, 21:8, 47:6, 47:11, 65:25
**contest** [1] - 33:24
**context** [1] - 23:23
**continue** [2] - 42:4, 63:21
**conversation** [1] - 47:12
**convicted** [2] - 31:3, 31:15
**coordination** [1] - 7:25
**copy** [1] - 24:7
**Cordero** [1] - 20:10
**corporate** [1] - 32:16
**correct** [8] - 39:6, 50:12, 51:8, 53:4, 54:15, 57:19, 59:13, 62:22
**Cortesi** [1] - 20:24
**Costa** [2] - 57:15, 57:23
**counsel** [13] - 4:4, 4:24, 5:19, 6:15, 8:18, 19:6, 19:8, 19:13, 48:16, 49:4, 53:12, 58:15, 61:9
**counsels'** [2] - 4:9, 19:14
**Count** [8] - 16:13, 17:1, 17:11, 17:22, 18:7, 18:18, 50:21, 51:2
**count** [1] - 51:1
**country** [2] - 21:11, 57:22
**Counts** [1] - 52:3
**County** [6] - 16:14,

17:2, 17:12, 17:23, 18:8, 18:19
**couple** [2] - 12:1, 30:16
**course** [1] - 5:18
**Court** [18] - 2:1, 5:4, 5:23, 7:17, 8:1, 8:12, 9:13, 16:8, 42:12, 58:23, 59:11, 60:22, 61:2, 61:10, 61:17, 62:2, 63:11, 67:8
**court** [12] - 7:5, 7:20, 8:2, 8:7, 8:11, 8:13, 15:6, 27:18, 44:18, 47:21, 65:8
**COURT** [243] - 1:1, 4:1, 4:11, 4:15, 5:6, 5:9, 5:15, 5:17, 5:24, 6:6, 6:12, 6:14, 6:18, 7:2, 7:6, 8:21, 9:21, 11:5, 11:13, 11:17, 11:20, 12:3, 12:5, 12:9, 12:15, 12:19, 13:1, 13:7, 13:14, 13:19, 13:21, 13:25, 14:7, 14:9, 14:16, 14:19, 14:23, 14:25, 15:11, 15:13, 15:15, 15:24, 16:7, 19:23, 21:20, 22:4, 22:11, 22:22, 22:25, 23:2, 23:7, 23:11, 23:14, 24:21, 24:25, 25:3, 26:2, 26:4, 26:11, 26:19, 26:21, 26:24, 27:18, 27:21, 27:23, 27:25, 28:2, 28:5, 28:12, 28:20, 29:24, 30:13, 30:18, 30:20, 30:23, 31:1, 31:4, 31:7, 31:16, 31:18, 31:20, 31:25, 32:6, 32:15, 32:17, 32:19, 32:21, 32:25, 33:3, 33:11, 33:14, 33:17, 33:20, 33:23, 33:25, 34:12, 34:16, 34:19, 35:1, 35:24, 36:10, 36:13, 36:17, 37:12, 37:16, 37:20, 37:24, 38:2, 38:4, 38:6, 38:8, 38:10, 38:13, 38:15, 39:4, 39:7, 39:9, 39:12, 39:14, 39:17, 39:25, 40:3, 40:8, 40:14, 40:17, 40:20, 40:22, 41:7, 41:11, 41:14, 41:18, 42:1, 42:4, 42:9, 42:17, 42:24, 43:1, 43:4,

43:10, 43:12, 43:17,
43:21, 44:1, 44:3,
44:9, 44:15, 44:19,
44:25, 45:2, 45:4,
45:7, 45:12, 45:14,
45:17, 45:19, 45:21,
45:23, 45:25, 46:7,
46:9, 46:11, 46:13,
46:15, 46:17, 46:19,
48:4, 48:8, 48:21,
48:23, 49:2, 49:14,
49:23, 50:2, 50:10,
50:17, 51:1, 51:6,
51:16, 51:19, 51:22,
52:7, 52:20, 52:23,
52:25, 53:3, 53:6,
53:9, 53:15, 53:19,
53:24, 54:4, 54:7,
54:17, 54:22, 54:25,
55:2, 55:6, 55:9,
55:12, 55:14, 55:20,
55:24, 56:3, 56:19,
57:2, 57:5, 57:7,
57:12, 57:17, 57:20,
57:24, 58:2, 58:8,
58:12, 58:14, 58:17,
58:20, 58:24, 59:4,
59:12, 59:15, 59:23,
60:11, 60:19, 60:24,
61:4, 61:8, 61:15,
61:20, 62:4, 62:9,
62:13, 62:18, 63:4,
63:8, 63:14, 64:1,
64:11, 64:13, 64:20,
64:25, 66:15, 66:21
  **Court's** [8] - 4:18,
7:25, 8:8, 24:1, 24:4,
53:22, 59:21, 61:13
  **COURTROOM** [2] -
9:18, 57:1
  **courtroom** [24] -
6:11, 6:19, 6:21, 7:7,
7:23, 8:3, 8:11, 8:14,
9:6, 9:23, 9:25, 10:1,
19:25, 24:6, 46:25,
47:4, 48:6, 54:6,
55:23, 57:11, 58:11,
64:23, 65:8, 66:13
  **cousins** [1] - 27:5
  **crime** [4] - 21:10,
44:25, 45:11, 45:12
  **criminal** [8] - 4:21,
4:23, 27:21, 27:22,
29:11, 31:14, 33:21,
35:5
  **CRR** [2] - 2:1, 67:7
  **Cuba** [1] - 26:7
  **current** [1] - 51:11
  **Customs** [1] - 22:12
  **cut** [1] - 39:20

  **Cynthia** [1] - 11:22

# D

  **dad** [1] - 44:22
  **Dade** [4] - 16:14,
17:2, 17:23, 18:18
  **Dadeland** [1] - 1:24
  **daily** [1] - 13:6
  **dance** [1] - 36:20
  **dancing** [1] - 25:10
  **Daniels** [1] - 20:12
  **date** [3] - 12:24,
14:4, 33:15
  **DATE** [1] - 67:7
  **daughter** [4] - 14:21,
21:18, 21:21, 32:11
  **David** [2] - 4:25, 20:9
  **Davis** [1] - 20:20
  **day-to-day** [1] - 8:1
  **days** [1] - 56:24,
57:1, 57:4, 59:3,
59:16, 61:19, 63:22
  **DC** [1] - 1:19
  **December** [1] -
11:24
  **decided** [1] - 33:24
  **decision** [1] - 9:1
  **DEFENDANT** [1] -
1:20
  **Defendant** [21] -
16:15, 17:3, 17:13,
17:24, 18:9, 18:20,
19:6, 21:15, 21:23,
22:3, 23:5, 23:20,
34:3, 40:11, 43:19,
43:24, 50:22, 52:23,
53:1, 53:3, 53:15
  **defendant** [1] - 1:8
  **Defendant's** [2] -
63:12, 64:6
  **defense** [7] - 4:24,
5:11, 41:23, 61:4,
63:4, 63:5, 64:11
  **defense's** [1] - 64:6
  **defined** [6] - 16:20,
17:8, 17:18, 18:4,
18:14, 18:25
  **delaying** [1] - 59:9
  **denied** [1] - 56:3
  **Dennis** [1] - 22:20
  **deny** [1] - 52:7
  **departed** [1] - 52:3
  **department** [1] -
32:23
  **Department** [1] -
19:18
  **DEPARTMENT** [1] -
1:17

  **DEPUTY** [2] - 9:18,
57:1
  **deputy** [4] - 6:19,
7:23, 8:11, 8:14
  **designer** [2] - 13:10,
13:15
  **desire** [1] - 8:9
  **determination** [3] -
63:19, 64:14, 64:16
  **determining** [1] -
8:25
  **device** [2] - 47:16,
66:4
  **Diane** [1] - 21:3
  **Dianna** [1] - 19:16
  **different** [2] - 38:13,
38:14
  **difficult** [6] - 21:21,
23:3, 34:1, 40:9,
43:18, 43:23
  **dire** [3] - 8:24, 10:4
  **direct** [1] - 48:2
  **directed** [1] - 10:14
  **directly** [1] - 53:25
  **disabled** [1] - 30:3
  **discharge** [1] -
42:13, 42:21, 43:22
  **disciplinary** [1] -
39:7
  **disclosed** [1] - 4:24
  **discuss** [1] - 44:10,
47:5, 65:24
  **discussed** [2] - 5:19,
49:14
  **discussion** [3] -
53:12, 58:15, 61:9
  **dismiss** [1] - 56:20,
65:4
  **dismissed** [2] -
39:23, 43:9
  **disorderly** [2] - 33:1,
33:12
  **disregarding** [1] -
23:24
  **dissatisfied** [4] -
30:24, 31:1, 45:5,
45:15
  **DISTRICT** [3] - 1:1,
1:1, 1:11
  **district** [2] - 7:8,
13:10
  **District** [9] - 7:8,
16:8, 16:15, 17:2,
17:12, 17:23, 18:8,
18:19
  **DIVISION** [1] - 1:2
  **divorced** [3] - 26:14,
30:7, 32:5
  **DNC** [1] - 37:22
  **docket** [2] - 7:25,

10:8
  **done** [1] - 40:1
  **Donna** [1] - 20:18
  **down** [2] - 8:3, 65:7
  **Downtown** [1] - 30:5
  **downtown** [1] -
13:11
  **driving** [1] - 14:5
  **drop** [1] - 16:2
  **drops** [1] - 15:19
  **drugs** [1] - 45:13
  **drunk** [2] - 33:1,
33:11
  **Du** [1] - 20:7
  **duly** [1] - 9:19
  **Dupuy** [2] - 29:25,
30:1
  **during** [2] - 56:5,
64:4
  **Durse** [1] - 20:23
  **duties** [3] - 7:12,
7:19, 7:21

# E

  **e)** [1] - 19:3
  **e-mail** [2] - 65:19,
65:23
  **early** [2] - 6:3, 16:2
  **Eddie** [1] - 20:22
  **Edwards** [2] - 8:2,
67:7
  **EDWARDS** [2] - 2:1,
67:7
  **eight** [12] - 9:24,
24:19, 41:22, 49:15,
49:19, 50:2, 50:3,
50:4, 59:20, 60:16,
61:14
  **either** [1] - 8:10,
8:13, 9:12, 10:11,
22:10, 22:17, 23:16,
47:5, 50:6, 63:9,
65:24
  **Ekes** [1] - 20:16
  **elementary** [1] - 15:4
  **Ellison** [1] - 21:4
  **elsewhere** [6] -
16:15, 17:3, 17:12,
17:24, 18:8, 18:19
  **employed** [1] - 36:10
  **employment** [1] -
52:14
  **empty** [1] - 65:3
  **encountered** [1] -
23:25
  **end** [3] - 59:12,
59:13, 64:10
  **enforce** [1] - 8:8

  **Enforcement** [1] -
22:12
  **enforcement** [5] -
5:2, 22:21, 23:15,
23:17, 29:8
  **engaging** [7] - 16:20,
17:7, 17:17, 18:3,
18:13, 18:24, 21:12
  **engineer** [1] - 38:19
  **engines** [1] - 29:2
  **English** [1] - 31:23
  **enjoy** [1] - 10:1
  **enlisted** [1] - 39:22
  **entered** [4] - 6:10,
54:5, 57:10, 64:23
  **entertain** [2] - 61:10,
63:11
  **entire** [1] - 28:23
  **entitled** [1] - 67:4
  **Escamilla** [1] - 20:4
  **ESQ** [4] - 1:14, 1:17,
1:20, 1:23
  **Estil** [2] - 20:15,
20:16
  **Evelyn** [1] - 20:20
  **evening** [1] - 48:11
  **event** [1] - 62:22
  **evidence** [21] - 5:3,
5:22, 9:5, 10:11,
10:22, 21:14, 21:22,
23:4, 23:19, 23:22,
30:22, 34:2, 40:10,
43:18, 50:19, 50:20,
51:3, 51:22, 52:1,
55:14, 56:9
  **evident** [1] - 42:2
  **exactly** [3] - 33:16,
50:7, 57:8
  **exam** [2] - 11:2, 15:7
  **examination** [2] -
8:24, 8:25
  **example** [1] - 11:2
  **exams** [1] - 11:7
  **excluded** [2] - 5:3,
5:4
  **excuse** [5] - 9:13,
53:2, 61:24, 63:9,
64:1
  **excused** [4] - 7:2,
9:13, 9:14, 49:23
  **excusing** [3] - 6:22,
52:15, 62:15
  **exercise** [1] - 53:7
  **exhibit** [4] - 5:20,
5:21, 6:3, 6:5
  **existing** [1] - 63:2
  **exited** [2] - 48:5,
66:13
  **expected** [1] - 10:10
  **experience** [3] - 9:3,

5

22:15, 23:15
**explain** [1] - 61:11
**extra** [2] - 61:19,
62:23

## F

**Facebook** [1] - 65:23
**fact** [5] - 19:25, 21:7,
21:20, 23:2, 43:21
**factors** [1] - 9:6
**Fadi** [1] - 20:20
**fair** [21] - 21:15,
21:22, 22:3, 22:7,
22:10, 23:4, 23:7,
23:11, 23:19, 33:4,
34:2, 40:10, 40:17,
40:19, 43:16, 43:19,
43:23, 52:18, 55:17,
56:12, 61:5
**fairly** [3] - 33:20,
39:25, 43:12
**Faith** [1] - 20:10
**Falcon** [2] - 24:15,
24:17
**fall** [1] - 11:23
**family** [3] - 22:14,
30:12, 58:1
**far** [1] - 42:5
**fashion** [2] - 13:10,
13:15
**father** [1] - 29:1
**FBI** [1] - 27:5
**FCAT** [1] - 15:7
**February** [11] - 11:7,
12:22, 12:23, 14:5,
14:6, 15:7, 15:10,
17:22, 56:24, 65:16,
66:10
**federal** [6] - 21:10,
23:15, 27:18, 27:20,
31:18, 48:14
**feelings** [2] - 23:17,
62:7
**Felipe** [2] - 32:1,
56:22
**few** [3] - 9:21, 22:24,
65:5
**file** [5] - 5:5, 5:6,
5:21, 6:6, 6:7
**filed** [1] - 4:22
**files** [1] - 5:11
**filing** [1] - 5:20
**fill** [1] - 64:8
**filled** [1] - 65:4
**filtered** [1] - 65:10
**fine** [3] - 6:6, 44:7,
66:19
**finish** [1] - 41:18

**finishes** [1] - 44:9
**firm** [3] - 48:11,
48:14, 48:18
**first** [17] - 5:22, 7:14,
9:23, 10:18, 41:21,
49:15, 49:18, 50:1,
50:2, 50:3, 50:4,
57:21, 59:5, 60:15,
60:16
**FIU** [1] - 35:6
**five** [10] - 10:11,
10:22, 11:3, 15:22,
15:25, 16:5, 27:16,
56:24, 57:1, 63:3
**five-week** [2] - 11:3,
15:22
**flight** [1] - 51:11
**Floor** [2] - 2:2, 67:8
**floor** [2] - 47:24,
47:25
**Flores** [3] - 4:10,
19:15, 49:9
**FLORIDA** [1] - 1:1
**Florida** [21] - 1:4,
1:16, 1:22, 1:25, 2:3,
7:8, 16:9, 16:15,
16:19, 17:2, 17:7,
17:12, 17:17, 17:23,
18:3, 18:8, 18:13,
18:19, 18:24, 28:17,
67:9
**folks** [1] - 19:19
**follow** [2] - 24:1,
24:3
**following** [15] - 6:11,
6:16, 7:4, 39:15,
44:17, 47:10, 48:6,
49:1, 54:6, 55:23,
57:11, 57:16, 58:11,
64:24, 66:14
**food** [5] - 37:24,
38:2, 52:9, 52:14,
54:14, 54:23, 55:3,
55:12, 56:8
**FOR** [2] - 1:14, 1:20
**Force** [1] - 44:22
**Ford** [3] - 4:10,
19:16, 49:9
**foregoing** [1] - 67:3
**foreign** [7] - 16:18,
17:5, 17:15, 18:1,
18:11, 18:22, 21:11
**foreperson** [2] -
27:25, 31:16
**forget** [1] - 47:25
**forgot** [1] - 43:7
**Fornos** [1] - 21:17
**Fort** [16] - 17:16,
17:17, 18:12, 18:13,
37:15, 38:7, 50:7,

51:17, 52:10, 54:15,
54:21, 55:3, 55:10,
55:16, 56:7, 56:11
**forward** [2] - 12:14,
64:13
**forwarded** [1] -
48:14
**four** [3] - 27:16, 43:6,
63:2
**fourth** [1] - 15:14
**Fourth** [1] - 1:15
**FPL** [1] - 28:18
**frame** [3] - 11:11,
13:4, 15:6
**freelance** [2] - 13:5,
13:23
**Friday** [12] - 10:9,
10:21, 11:2, 11:4,
11:7, 11:15, 11:17,
13:6, 15:5, 56:25,
57:5, 57:7
**Fridays** [1] - 15:22
**friend** [1] - 22:14
**full** [4] - 13:16,
13:19, 15:4, 28:17
**full-time** [4] - 13:16,
13:19, 15:4, 28:17

## G

**G.R** [1] - 20:12
**Gaitan** [18] - 32:1,
56:22, 57:9, 57:12,
59:19, 60:1, 60:19,
61:21, 62:13, 62:15,
62:24, 63:6, 63:8,
63:11, 63:12, 63:20,
64:2, 64:25
**Gaitan's** [2] - 61:18,
64:8
**gallery** [1] - 10:16
**games** [1] - 29:5
**Gardens** [1] - 36:5
**Gary** [1] - 20:21
**Geilenfeld** [1] - 21:1
**general** [1] - 38:21
**generally** [3] - 30:23,
45:4, 45:14
**gentlemen** [4] - 7:6,
8:21, 19:9, 46:19
**Gill** [1] - 20:12
**girlfriend** [2] - 26:15,
32:8
**given** [6] - 5:12, 6:1,
24:6, 47:3, 61:1, 61:2
**glitch** [1] - 10:2
**Gomez** [1] - 10:25,
28:13, 28:15
**Government** [39] -

4:20, 4:21, 4:25, 5:11,
5:21, 6:25, 19:6,
21:15, 21:22, 22:16,
22:17, 23:4, 23:17,
23:19, 34:2, 40:10,
41:23, 43:19, 43:24,
49:25, 50:18, 51:22,
52:21, 53:6, 53:7,
53:9, 53:10, 53:13,
53:17, 53:19, 56:1,
59:1, 59:10, 59:18,
60:5, 60:9, 62:6,
62:16, 64:7
**GOVERNMENT** [1] -
1:14
**Government's** [10] -
50:17, 51:14, 53:19,
59:4, 59:17, 60:3,
60:6, 62:20, 63:1,
63:10
**grade** [2] - 15:13,
15:14
**grand** [2] - 16:13,
28:6
**great** [1] - 41:20
**Gregory** [1] - 21:3
**guess** [3] - 13:4,
30:10, 60:16
**guy** [2] - 30:21,
31:15
**guys** [2] - 39:20

## H

**Haiti** [7] - 16:19,
17:7, 17:17, 18:3,
18:13, 18:24, 36:3
**hallway** [2] - 65:7,
65:13
**hand** [1] - 22:18
**handheld** [1] - 10:2
**Harcourt** [7] - 16:11,
16:16, 17:4, 17:14,
17:25, 18:10, 18:21
**hardship** [4] - 49:18,
49:21, 49:23, 60:19
**Harvey** [1] - 20:5
**Hashem** [1] - 20:20
**Hattie** [1] - 20:18
**Havana** [1] - 26:7
**hear** [4] - 8:12, 10:7,
46:23
**heard** [1] - 19:4
**hearing** [2] - 15:6,
15:23
**Heather** [1] - 20:5
**Hector** [1] - 20:17
**hello** [1] - 22:19
**help** [1] - 47:22

**helpful** [1] - 24:9
**hereby** [1] - 67:3
**hi** [1] - 11:21
**Hilda** [1] - 15:17
**history** [2] - 4:21,
4:23
**hobbies** [3] - 30:10,
36:20, 39:2
**hold** [3] - 9:2, 31:7,
62:19
**holiday** [3] - 57:6,
57:7, 59:7
**Hollywood** [3] -
17:16, 18:12, 52:11
**home** [5] - 13:11,
35:1, 50:9, 65:8,
65:21
**Homeland** [5] - 4:10,
19:17, 19:18, 22:12,
49:10
**honesty** [1] - 9:15
**Honor** [42] - 4:6,
4:12, 4:17, 5:16, 6:8,
6:24, 7:1, 8:19, 8:20,
10:24, 11:19, 13:2,
15:2, 15:16, 26:5,
27:24, 28:1, 28:14,
33:5, 34:4, 36:1, 42:8,
49:6, 49:11, 49:25,
50:18, 51:3, 52:1,
53:13, 53:18, 55:5,
55:8, 55:19, 56:1,
56:2, 56:17, 59:5,
60:14, 61:1, 61:7,
61:10, 66:16
**Honor's** [1] - 56:18
**HONORABLE** [1] -
1:10
**honorable** [3] -
42:12, 42:20, 43:22
**Hope** [3] - 4:13,
19:21, 49:13
**HOROWITZ** [16] -
1:23, 5:10, 5:25, 6:24,
41:16, 41:20, 42:7,
42:11, 44:7, 44:14,
49:11, 58:13, 59:25,
61:13, 63:5, 63:9
**Horowitz** [4] - 4:13,
19:20, 49:12, 59:6
**Host** [1] - 37:23
**hour** [1] - 47:1
**hourly** [2] - 13:16,
14:11
**hours** [2] - 13:6,
14:16
**housekeeping** [1] -
9:22
**husband** [3] - 14:12,
15:20, 36:8

**I**

**idea** [1] - 41:20
**ideas** [1] - 23:24
**identified** [1] - 10:19
**identify** [1] - 24:12
**III** [5] - 6:10, 9:19, 48:5, 64:23, 66:13
**illicit** [6] - 17:7, 17:18, 18:3, 18:14, 18:24, 21:12
**imagine** [1] - 48:18
**immediately** [2] - 47:18, 66:6
**Immigration** [1] - 22:11
**impairs** [1] - 15:6
**impartial** [9] - 9:9, 23:7, 23:11, 33:4, 40:17, 40:19, 52:18, 55:18, 56:12
**impartially** [1] - 9:4
**important** [2] - 7:12, 47:2
**importantly** [1] - 56:9
**impropriety** [1] - 47:13
**inadequate** [1] - 7:17
**incidents** [3] - 43:1, 50:6, 50:10
**inclined** [4] - 5:23, 61:18, 62:2, 63:11
**including** [4] - 8:4, 47:9, 47:15, 66:3
**indicate** [1] - 52:17
**indicated** [6] - 6:19, 48:11, 54:13, 56:4, 56:24, 64:20
**indicates** [1] - 52:16
**indictment** [4] - 16:7, 16:12, 22:1, 52:16
**industry** [2] - 26:16, 27:1
**influenced** [2] - 9:1, 9:6
**inform** [1] - 61:21
**information** [3] - 4:24, 8:9, 61:3
**informed** [2] - 48:12, 56:23
**informing** [1] - 48:10
**inquire** [1] - 42:12
**inquiries** [1] - 8:10
**inside** [1] - 50:23
**Insley** [1] - 20:22
**instance** [1] - 33:25
**instead** [1] - 63:2
**institution** [1] - 7:10

**instruct** [4] - 7:18, 46:24, 47:18, 66:6
**instruction** [2] - 46:22, 47:2
**instructions** [5] - 23:24, 24:2, 24:4, 47:11, 56:21
**insurmountable** [1] - 10:12
**integrity** [1] - 9:15
**intend** [1] - 12:5
**intends** [1] - 5:21
**International** [19] - 16:19, 17:6, 17:16, 18:2, 18:12, 18:23, 28:18, 37:14, 37:15, 37:18, 50:6, 50:7, 51:6, 52:6, 52:10, 52:12, 55:15, 56:5, 56:10
**Internet** [3] - 13:11, 47:15, 66:3
**interrupting** [1] - 62:24
**intimidating** [1] - 48:15
**introduce** [3] - 7:22, 19:7, 51:23
**introduced** [1] - 19:24
**investigated** [1] - 22:11
**Investigations** [4] - 4:10, 19:18, 22:12, 49:10
**issue** [3] - 13:12, 61:24, 62:24
**issues** [2] - 9:5, 13:4
**IT** [1] - 12:16
**it'll** [1] - 65:9
**Italian** [1] - 39:19
**Italians** [1] - 39:19
**Italy** [1] - 39:19

**J**

**Jack** [2] - 20:12, 20:21
**Jackie** [1] - 22:5
**Jackson** [1] - 20:18
**James** [1] - 30:1
**Jamie** [1] - 20:10
**Janet** [1] - 20:5
**January** [2] - 1:5, 4:22
**Jarvis** [1] - 20:17
**Jason** [2] - 10:24, 28:15
**Jean** [1] - 20:20,

20:22, 20:23, 21:3, 21:4
**Jeff** [1] - 21:4
**Jensen** [1] - 20:25
**Jesus** [1] - 26:6
**jet** [1] - 51:4
**Jetway** [3] - 51:24, 52:5, 52:13
**Jim** [4] - 20:16, 20:21, 20:24, 21:4
**JOAN** [1] - 1:10
**Joanne** [1] - 34:25
**job** [2] - 8:7, 13:23
**Joe** [1] - 21:4
**Jones** [2] - 20:14, 20:18
**José** [2] - 20:4, 20:16
**judge** [16] - 5:10, 5:18, 5:25, 7:8, 41:20, 42:11, 48:19, 58:13, 58:16, 59:18, 59:25, 60:2, 61:13, 61:17, 62:1, 63:10
**Judge** [21] - 5:8, 7:7, 9:18, 44:7, 44:14, 47:24, 48:2, 48:22, 49:20, 50:4, 51:18, 52:22, 53:11, 54:4, 56:16, 57:6, 59:14, 62:22, 63:6, 64:19, 66:24
**JUDGE** [1] - 1:11
**judicial** [1] - 30:12
**Judith** [2] - 36:2, 54:2
**Julien** [5] - 36:2, 54:2, 54:13, 62:14, 64:10
**jump** [1] - 24:11
**juncture** [1] - 63:17
**jurisdiction** [1] - 16:24
**JUROR** [153] - 10:24, 11:10, 11:14, 11:18, 11:21, 12:4, 12:7, 12:10, 12:16, 12:21, 13:2, 13:9, 13:18, 13:20, 13:22, 14:1, 14:2, 14:8, 14:10, 14:17, 14:20, 14:24, 15:1, 15:2, 15:12, 15:14, 15:16, 16:1, 21:16, 21:24, 21:25, 22:5, 22:8, 22:19, 22:23, 23:1, 23:6, 23:9, 23:13, 24:17, 24:23, 25:2, 25:4, 26:3, 26:5, 26:13, 26:20, 26:22, 26:25, 27:20, 27:22, 27:24,

28:1, 28:3, 28:7, 28:14, 28:21, 30:1, 30:14, 30:19, 30:21, 30:25, 31:2, 31:5, 31:9, 31:17, 31:19, 31:21, 32:1, 32:7, 32:16, 32:18, 32:20, 32:22, 33:1, 33:5, 33:13, 33:15, 33:18, 33:22, 33:24, 34:4, 34:13, 34:18, 34:20, 35:2, 35:25, 36:1, 36:11, 36:15, 36:18, 37:13, 37:18, 37:22, 38:1, 38:3, 38:5, 38:7, 38:9, 38:12, 38:14, 38:16, 39:6, 39:8, 39:10, 39:13, 39:18, 40:1, 40:5, 40:12, 40:15, 40:18, 42:22, 42:25, 43:2, 43:5, 43:11, 43:14, 43:20, 43:25, 44:20, 45:1, 45:3, 45:6, 45:8, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18, 54:16, 54:19, 54:24, 55:1, 55:5, 55:8, 55:11, 55:13, 55:19, 55:21, 57:14, 57:19, 57:21, 57:25, 58:4
**juror** [17] - 9:11, 9:12, 23:7, 23:11, 33:4, 40:17, 46:23, 48:14, 51:9, 51:14, 51:16, 52:8, 52:18, 53:24, 55:18, 55:25, 56:12
**Juror** [34] - 6:18, 24:14, 40:21, 41:5, 42:19, 44:2, 48:10, 48:20, 49:21, 50:5, 51:15, 51:16, 52:20, 52:25, 53:1, 53:6, 53:10, 53:14, 53:16, 53:17, 53:18, 53:20, 54:2, 54:5, 55:22, 56:13, 56:22, 57:10, 58:10, 62:11, 62:17, 63:6
**jurors** [8] - 4:16, 8:22, 9:16, 44:11, 48:15, 49:15, 56:20, 62:19
**JURY** [2] - 1:10, 6:13
**Jury** [6] - 3:4, 6:10, 9:19, 48:5, 64:22,

66:12
**jury** [39] - 6:17, 7:6, 7:10, 7:11, 7:15, 8:8, 9:4, 9:9, 10:13, 10:15, 15:25, 16:13, 19:4, 19:23, 21:6, 21:13, 22:13, 23:14, 27:17, 27:23, 28:5, 28:6, 39:16, 46:24, 47:3, 47:11, 51:11, 52:15, 56:14, 56:15, 58:18, 59:7, 60:18, 61:12, 62:1, 65:6, 65:17, 66:8
**justice** [3] - 29:11, 33:21, 35:5
**JUSTICE** [1] - 1:17

**K**

**Kane** [3] - 4:7, 19:13, 49:7
**KANE** [3] - 1:17, 42:15, 44:16
**karate** [1] - 28:19
**Kate** [1] - 20:25
**keep** [3] - 60:6, 62:8, 62:16
**Keith** [1] - 20:18
**Kendall** [3] - 25:4, 28:22, 32:3
**kids** [4] - 14:11, 22:9, 32:10, 35:4
**Kim** [1] - 20:24
**Kimball** [1] - 21:3
**kind** [6] - 12:15, 13:12, 32:15, 35:7, 36:17, 57:20
**knowing** [1] - 48:13
**knowledge** [2] - 9:2, 22:15
**known** [16] - 8:10, 8:23, 16:10, 16:11, 16:16, 16:17, 17:3, 17:4, 17:13, 17:14, 17:24, 17:25, 18:9, 18:10, 18:20, 18:21
**knows** [2] - 19:5, 19:24
**Knox** [1] - 20:5

**L**

**ladies** [4] - 7:6, 8:21, 19:9, 46:19
**laid** [4] - 54:20, 54:25, 55:6, 56:6
**Laing** [1] - 20:12
**Landrove** [1] - 15:17

**Larko** [4] - 4:10, 19:15, 21:1, 49:9
**last** [10] - 13:21, 14:12, 14:13, 36:10, 48:10, 50:8, 51:17, 52:11, 54:13, 54:17
**late** [1] - 5:13
**Lauderdale** [16] - 17:16, 17:17, 18:12, 18:13, 37:15, 38:7, 50:7, 51:17, 52:11, 54:15, 54:21, 55:3, 55:10, 55:16, 56:7, 56:11
**Lauderdale-Hollywood** [3] - 17:16, 18:12, 52:11
**Laura** [1] - 21:1
**law** [15] - 5:2, 7:10, 22:21, 23:15, 23:17, 23:23, 23:25, 24:2, 24:4, 29:7, 32:15, 32:16, 48:11, 48:14, 48:18
**lawyer** [3] - 32:14, 33:23, 40:4
**lawyers** [2] - 40:22, 47:9
**learning** [1] - 43:14
**least** [2] - 5:13, 51:10
**leave** [8] - 5:3, 5:5, 44:10, 47:24, 57:17, 57:22, 62:25, 65:12
**leaves** [2] - 46:24, 47:3
**leaving** [1] - 57:15
**left** [4] - 23:16, 41:23, 43:22, 50:11
**Lela** [1] - 20:18
**LENARD** [1] - 1:10
**Lenard** [3] - 7:7, 47:24, 48:2
**length** [1] - 38:20
**lengthy** [2] - 59:10, 60:7
**life** [1] - 28:23
**light** [3] - 5:10, 5:11, 10:1
**likewise** [1] - 51:5
**Linda** [1] - 20:24
**line** [2] - 58:16, 60:5
**Lisa** [3] - 8:2, 10:18, 24:11
**LISA** [2] - 2:1, 67:7
**list** [7] - 5:21, 6:1, 6:3, 6:4, 6:5, 20:2
**listen** [10] - 21:14, 21:21, 23:3, 23:10, 23:18, 34:1, 40:9, 43:18, 47:14, 66:2

**listening** [1] - 22:1
**lists** [1] - 5:20
**live** [8] - 25:7, 26:9, 26:15, 28:25, 30:5, 30:8, 32:8, 36:8
**lived** [1] - 38:23
**living** [1] - 32:3
**load** [1] - 16:5
**lobby** [1] - 47:23
**local** [2] - 22:21, 23:15
**location** [1] - 50:14
**look** [1] - 47:25
**looking** [1] - 41:24
**Louise** [1] - 20:20
**luckily** [1] - 14:13
**Ludwick** [1] - 20:10
**lunch** [1] - 47:1

## M

**ma'am** [16] - 24:16, 26:2, 38:3, 38:5, 41:15, 42:3, 44:13, 53:5, 54:7, 54:10, 54:16, 55:1, 55:11, 55:13, 55:14, 55:20
**mail** [2] - 65:19, 65:23
**major** [1] - 12:17
**manager** [3] - 29:1, 32:8, 38:24
**Marc** [1] - 20:13
**Marcel** [1] - 21:1
**MARIA** [1] - 1:14
**Maria** [3] - 4:7, 19:11, 49:7
**Marie** [1] - 20:17
**marital** [1] - 30:7
**maritime** [1] - 16:24
**married** [4] - 34:24, 36:7, 38:24, 43:5
**Marriott** [1] - 37:23
**MARSHAL** [1] - 66:19
**matter** [6] - 4:18, 5:18, 47:15, 66:3, 66:23, 67:4
**MATTERS** [1] - 1:21
**matters** [4] - 8:6, 8:12, 9:22, 10:7
**MATTHEW** [1] - 1:7
**Matthew** [15] - 4:2, 8:17, 16:10, 16:15, 17:3, 17:13, 17:24, 18:9, 18:20, 19:15, 20:23, 21:1, 21:2, 49:2, 49:12
**Maxwell** [1] - 20:21

**McCrum** [2] - 5:1, 20:10
**McKinson** [1] - 21:5
**McLaren** [1] - 20:5
**McLeish** [1] - 20:14
**Mead** [1] - 20:15
**mean** [5] - 13:22, 16:2, 21:18, 22:2, 62:8
**meaning** [1] - 8:24
**Medetis** [3] - 4:7, 19:11, 49:7
**MEDETIS** [48] - 1:14, 4:6, 4:17, 5:8, 5:16, 5:18, 6:8, 6:25, 8:19, 19:9, 42:8, 48:19, 48:22, 49:6, 49:20, 49:25, 50:3, 50:18, 51:3, 51:8, 51:18, 52:1, 52:22, 53:7, 53:11, 53:13, 53:18, 56:1, 56:15, 57:6, 59:5, 59:14, 59:18, 60:2, 60:14, 60:22, 61:1, 61:7, 61:10, 61:17, 62:1, 62:6, 62:22, 63:10, 63:25, 64:5, 64:19, 66:24
**meet** [1] - 65:17
**meetings** [2] - 12:11, 12:19
**Melvin** [1] - 20:15
**Melvis** [1] - 22:20
**member** [9] - 10:13, 19:4, 19:23, 21:6, 21:13, 22:13, 22:14, 23:14, 27:17
**members** [3] - 30:12, 64:22, 66:12
**memories** [1] - 6:21
**mention** [1] - 50:24
**mentioning** [1] - 58:6
**Mercy** [2] - 35:2, 35:3
**met** [1] - 7:23
**Meteyer** [1] - 20:17
**MIAMI** [1] - 1:2
**Miami** [44] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 16:14, 16:18, 16:19, 17:2, 17:6, 17:23, 18:2, 18:18, 18:23, 22:23, 22:25, 23:2, 24:18, 26:9, 28:16, 30:5, 34:22, 36:5, 37:13, 37:18, 38:18, 38:23, 50:6, 51:6, 52:6, 52:9, 52:12, 54:19, 54:22, 55:15, 56:5, 56:10,

67:8, 67:9
**Miami-Dade** [4] - 16:14, 17:2, 17:23, 18:18
**Michael** [6] - 20:7, 20:15, 20:16, 20:22, 20:23, 21:1
**microphone** [4] - 10:3, 10:5, 31:7, 54:10
**middle** [2] - 59:16, 60:7
**might** [2] - 16:6, 59:8
**military** [6] - 30:11, 39:4, 39:5, 42:13, 42:23, 43:22
**mind** [1] - 60:12
**minute** [2] - 40:22, 48:23
**minutes** [5] - 44:10, 46:21, 47:23, 48:3, 66:18
**Mississippi** [1] - 30:2
**Mitchell** [1] - 7:24
**modes** [1] - 65:20
**moment** [6] - 42:18, 48:8, 53:11, 58:13, 61:7, 62:18
**moments** [1] - 65:5
**Monday** [7] - 11:3, 11:7, 11:14, 13:6, 15:5, 56:25, 57:7
**Mondays** [1] - 10:7
**Monica** [2] - 14:10, 22:8
**month** [3] - 15:10, 15:12
**months** [4] - 15:5, 24:19, 28:19, 38:22
**Moody** [1] - 20:14
**morning** [29] - 4:1, 4:6, 4:11, 4:12, 4:15, 5:12, 5:19, 6:12, 6:13, 10:9, 10:21, 13:2, 15:2, 15:16, 15:19, 19:9, 19:10, 19:19, 21:16, 26:5, 28:14, 36:1, 49:6, 49:11, 65:9, 65:12, 65:16, 66:9, 66:22
**most** [2] - 7:12, 56:9
**mother** [3] - 11:23, 25:7, 29:2
**motion** [2] - 4:22, 53:21
**move** [3] - 12:14, 14:4, 60:13
**moving** [3] - 14:7, 60:6, 62:8

**MR** [51] - 4:12, 5:10, 5:25, 6:23, 6:24, 8:20, 19:19, 41:4, 41:9, 41:12, 41:15, 41:16, 41:17, 41:20, 42:3, 42:7, 42:11, 44:7, 44:8, 44:13, 44:14, 49:11, 49:22, 50:5, 50:12, 51:21, 52:19, 52:24, 53:2, 53:5, 53:21, 56:2, 56:17, 57:4, 58:13, 58:16, 58:18, 58:22, 59:1, 59:25, 60:8, 60:13, 61:6, 61:13, 62:10, 62:15, 63:5, 63:9, 64:12, 66:16, 66:20
**MRI** [1] - 35:3
**MS** [49] - 4:6, 4:17, 5:8, 5:16, 5:18, 6:8, 6:25, 8:19, 19:9, 42:8, 42:15, 44:16, 48:19, 48:22, 49:6, 49:20, 49:25, 50:3, 50:18, 51:3, 51:8, 51:18, 52:1, 52:22, 53:7, 53:11, 53:13, 53:18, 56:1, 56:15, 57:6, 59:5, 59:14, 59:18, 60:2, 60:14, 60:22, 61:1, 61:7, 61:10, 61:17, 62:1, 62:6, 62:22, 63:10, 63:25, 64:5, 64:19, 66:24
**mugged** [1] - 30:16
**must** [1] - 8:13

## N

**Nabil** [1] - 20:11
**name** [9] - 10:18, 10:24, 11:22, 14:2, 15:3, 19:11, 19:20, 38:17, 43:8
**names** [2] - 21:7, 39:23
**Natalie** [2] - 24:14, 24:17
**natural** [1] - 10:1
**nature** [1] - 41:13
**necessary** [2] - 8:12, 12:13
**need** [8] - 12:1, 12:18, 15:8, 24:7, 41:1, 57:8, 64:20, 66:18
**needs** [1] - 62:24
**negative** [1] - 23:17
**Neidzielski** [1] - 20:21

8

**Nelson** [1] - 34:13
**neutral** [1] - 40:13
**never** [3] - 39:5, 58:24, 59:5
**new** [1] - 61:2
**New** [1] - 1:18
**next** [6] - 12:1, 15:10, 59:20, 60:11, 65:16, 66:9
**Nigel** [1] - 20:13
**night** [1] - 14:13
**nine** [1] - 9:25
**NO** [154] - 1:2, 10:24, 11:10, 11:14, 11:18, 11:21, 12:4, 12:7, 12:10, 12:16, 12:21, 13:2, 13:9, 13:18, 13:20, 13:22, 14:1, 14:2, 14:8, 14:10, 14:17, 14:20, 14:24, 15:1, 15:2, 15:12, 15:14, 15:16, 16:1, 21:16, 21:24, 21:25, 22:5, 22:8, 22:19, 22:23, 23:1, 23:6, 23:9, 23:13, 24:17, 24:23, 25:2, 25:4, 26:3, 26:5, 26:13, 26:20, 26:22, 26:25, 27:20, 27:22, 27:24, 28:1, 28:3, 28:7, 28:14, 28:21, 30:1, 30:14, 30:19, 30:21, 30:25, 31:2, 31:5, 31:9, 31:17, 31:19, 31:21, 32:1, 32:7, 32:16, 32:18, 32:20, 32:22, 33:1, 33:5, 33:13, 33:15, 33:18, 33:22, 33:24, 34:4, 34:13, 34:18, 34:20, 35:2, 35:25, 36:1, 36:11, 36:15, 36:18, 37:13, 37:18, 37:22, 38:1, 38:3, 38:5, 38:7, 38:9, 38:12, 38:14, 38:16, 39:6, 39:8, 39:10, 39:13, 39:18, 40:1, 40:5, 40:12, 40:15, 40:18, 42:22, 42:25, 43:2, 43:5, 43:11, 43:14, 43:20, 43:25, 44:20, 45:1, 45:3, 45:6, 45:8, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18, 54:16, 54:19, 54:24, 55:1, 55:5,

55:8, 55:11, 55:13, 55:19, 55:21, 57:14, 57:19, 57:21, 57:25, 58:4
**no...** [1] - 40:13
**normally** [2] - 12:3, 60:24
**North** [3] - 2:2, 34:22, 67:8
**Northeast** [1] - 1:15
**note** [1] - 51:9
**notice** [1] - 48:9
**notions** [1] - 23:24
**November** [1] - 17:11
**number** [7] - 12:11, 24:9, 24:11, 65:18, 65:22
**numbers** [1] - 24:10
**nurse** [1] - 38:24
**nursing** [1] - 26:16
**NW** [1] - 1:18

## O

**O'Malley** [1] - 11:22
**object** [3] - 9:4, 61:13, 64:8
**objection** [8] - 5:15, 5:16, 5:24, 6:22, 6:25, 41:3, 41:4, 51:15
**obstetrician** [1] - 15:11
**obtain** [1] - 9:4
**obtaining** [1] - 9:9
**obviously** [2] - 6:2, 13:11
**occasions** [1] - 50:14
**occupation** [1] - 38:19
**occurred** [2] - 16:23, 50:6
**occurrence** [1] - 40:8
**October** [2] - 16:14, 17:1
**OF** [3] - 1:1, 1:4, 1:17
**offended** [1] - 9:14
**office** [2] - 29:3, 65:22
**OFFICER** [2] - 48:4, 54:4
**officer** [8] - 5:2, 8:11, 8:14, 22:24, 22:25, 23:3, 29:8, 36:18
**officers** [4] - 8:7, 23:16, 23:18, 47:22
**Official** [1] - 67:8

**official** [1] - 2:1
**often** [1] - 15:11
**Oliver** [1] - 38:17
**one** [37] - 4:18, 7:12, 10:2, 12:12, 12:21, 12:22, 12:23, 12:24, 13:14, 26:17, 28:3, 30:21, 35:4, 35:5, 36:18, 36:19, 37:23, 39:19, 39:20, 40:6, 40:22, 41:23, 42:11, 42:18, 42:20, 46:2, 46:25, 50:14, 51:10, 53:11, 54:8, 62:18, 63:23, 65:23
**ongoing** [1] - 13:23
**open** [2] - 7:4, 44:17
**operations** [1] - 8:1
**opinions** [1] - 9:2
**option** [2] - 62:3, 63:15
**order** [3] - 7:20, 64:10, 65:11
**orders** [1] - 8:8
**Ordonez** [1] - 15:3
**orient** [1] - 65:14
**originally** [1] - 64:21
**Ortiz** [1] - 22:5
**outside** [4] - 6:17, 35:1, 39:16, 44:11
**overnight** [1] - 47:1

## P

**PAGE** [1] - 3:2
**Pages** [1] - 1:8
**paid** [3] - 13:16, 13:18, 58:5
**Palm** [1] - 14:13
**Pamela** [1] - 20:18
**panel** [12] - 10:13, 19:4, 19:23, 21:6, 21:13, 22:13, 23:14, 40:24, 42:9, 56:20, 58:18, 60:4
**Panel** [5] - 6:10, 9:19, 48:5, 64:23, 66:13
**PANEL** [1] - 6:13
**parents** [1] - 28:25
**part** [5] - 8:23, 14:11, 14:22, 15:23, 27:17
**part-time** [2] - 14:11, 14:22
**particular** [2] - 8:23, 51:15
**parties'** [1] - 58:12
**Pascal** [1] - 20:22
**passing** [1] - 65:13

**passport** [1] - 57:22
**patience** [2] - 10:4, 66:9
**Patricia** [11] - 6:18, 6:19, 7:24, 9:17, 47:21, 48:10, 48:13, 56:19, 56:23, 62:18, 65:17
**patrol** [1] - 39:5
**Paul** [2] - 20:13, 48:20
**pay** [1] - 48:12
**penalties** [1] - 58:6
**Percy** [1] - 20:15
**peremptories** [3] - 44:12, 60:15, 60:25
**peremptory** [7] - 53:4, 53:8, 53:23, 59:21, 60:3, 60:15, 60:23
**perform** [1] - 7:13
**perhaps** [4] - 11:2, 42:15, 59:7, 59:20
**period** [4] - 52:13, 56:6, 59:13
**permit** [1] - 60:22
**perplexed** [1] - 51:14
**Perrine** [1] - 38:22
**person** [10] - 9:11, 12:13, 15:19, 16:21, 17:9, 17:19, 18:5, 18:15, 19:1, 45:10
**personal** [5] - 8:9, 9:2, 9:8, 32:2, 32:6
**personnel** [1] - 7:20
**persons** [7] - 10:14, 10:15, 19:7, 19:24, 20:1, 21:8, 47:8
**pertains** [2] - 4:20, 4:25
**Phil** [3] - 4:13, 19:20, 49:12
**PHILIP** [1] - 1:23
**Phillips** [1] - 20:14
**phone** [3] - 65:18, 65:22
**pick** [6] - 14:19, 14:20, 14:23, 15:21, 16:3, 16:5
**picks** [1] - 15:20
**Pipe** [1] - 20:13
**place** [3] - 50:23, 65:11
**placed** [1] - 60:21
**Plaintiff** [1] - 1:5
**play** [1] - 29:5
**pleasure** [1] - 19:21
**pocket** [1] - 62:23
**podium** [1] - 54:7
**point** [1] - 24:10

**police** [6] - 22:23, 22:25, 23:3, 32:23, 39:5, 44:23
**political** [1] - 35:6
**Position** [1] - 62:10
**position** [5] - 13:19, 50:17, 59:4, 63:4, 63:5, 63:10
**positions** [2] - 58:12, 59:24
**positive** [1] - 23:16
**possible** [1] - 6:3
**potential** [5] - 4:20, 9:16, 12:24, 20:2, 52:8
**Potential** [2] - 57:10, 58:10
**Powell** [2] - 20:16, 20:18
**practice** [1] - 32:15
**pre** [4] - 24:19, 24:21, 24:23, 24:25
**pre-K** [4] - 24:19, 24:21, 24:23, 24:25
**prearranged** [1] - 12:11
**precluding** [1] - 63:15
**prefer** [3] - 60:1, 60:14, 60:17
**preference** [1] - 60:6
**pregnant** [1] - 15:5
**prejudice** [1] - 22:17
**prenatal** [1] - 15:9
**presence** [4] - 6:17, 39:16, 55:15, 56:10
**present** [6] - 4:14, 10:11, 10:12, 49:13, 52:12, 56:4
**presentation** [1] - 10:22
**presented** [3] - 9:5, 11:12, 23:22
**presenting** [2] - 50:19, 50:20
**preserved** [1] - 7:11
**preside** [1] - 7:9
**pretty** [1] - 41:25
**previously** [1] - 28:18
**printing** [1] - 36:11
**privilege** [1] - 9:10
**problem** [12] - 10:13, 10:20, 11:8, 11:9, 14:14, 15:23, 16:6, 42:1, 48:17, 60:10, 62:12, 66:20
**procedure** [1] - 48:13
**proceed** [3] - 4:16,

8:18, 66:8
**proceeding** [1] - 4:18
**Proceedings** [1] - 66:25
**proceedings** [16] - 6:11, 6:16, 7:4, 7:15, 7:18, 39:15, 44:17, 48:6, 49:1, 54:6, 55:23, 57:11, 58:11, 64:24, 66:14, 67:4
**professor** [1] - 28:19
**project** [3] - 12:13, 12:17, 13:17
**projects** [2] - 12:16, 13:24
**proof** [1] - 50:22
**properly** [2] - 10:19, 24:12
**proposal** [1] - 60:8
**propose** [3] - 58:20, 59:19, 60:2
**propounded** [1] - 8:5
**prosecute** [1] - 30:22
**PROSPECTIVE** [154] - 6:13, 10:24, 11:10, 11:14, 11:18, 11:21, 12:4, 12:7, 12:10, 12:16, 12:21, 13:2, 13:9, 13:18, 13:20, 13:22, 14:1, 14:2, 14:8, 14:10, 14:17, 14:20, 14:24, 15:1, 15:2, 15:12, 15:14, 15:16, 16:1, 21:16, 21:24, 21:25, 22:5, 22:8, 22:19, 22:23, 23:1, 23:6, 23:9, 23:13, 24:17, 24:23, 25:2, 25:4, 26:3, 26:5, 26:13, 26:20, 26:22, 26:25, 27:20, 27:22, 27:24, 28:1, 28:3, 28:7, 28:14, 28:21, 30:1, 30:14, 30:19, 30:21, 30:25, 31:2, 31:5, 31:9, 31:17, 31:19, 31:21, 32:1, 32:7, 32:16, 32:18, 32:20, 32:22, 33:1, 33:5, 33:13, 33:15, 33:18, 33:22, 33:24, 34:4, 34:13, 34:18, 34:20, 35:2, 35:25, 36:1, 36:11, 36:15, 36:18, 37:13, 37:18, 37:22, 38:1, 38:3, 38:5, 38:7, 38:9, 38:12, 38:14, 38:16, 39:6, 39:8, 39:10,
39:13, 39:18, 40:1, 40:5, 40:12, 40:15, 40:18, 42:22, 42:25, 43:2, 43:5, 43:11, 43:14, 43:20, 43:25, 44:20, 45:1, 45:3, 45:6, 45:8, 45:13, 45:16, 45:18, 45:20, 45:22, 45:24, 46:1, 46:8, 46:10, 46:12, 46:14, 46:16, 46:18, 54:16, 54:19, 54:24, 55:1, 55:5, 55:8, 55:11, 55:13, 55:19, 55:21, 57:14, 57:19, 57:21, 57:25, 58:4
**Prospective** [11] - 4:25, 6:10, 9:19, 40:21, 42:19, 44:2, 48:5, 54:5, 55:22, 64:22, 66:12
**protected** [1] - 7:11
**prying** [1] - 9:8
**psychologist** [1] - 29:2
**psychologist's** [1] - 29:3
**Puerto** [1] - 34:14
**purchasing** [2] - 12:17, 32:8
**purpose** [10] - 8:25, 9:8, 9:9, 16:20, 17:7, 17:17, 18:3, 18:13, 18:24, 21:12
**put** [4] - 48:9, 60:9, 62:10, 63:6
**putting** [1] - 62:17

## Q

**qualifications** [1] - 8:22
**questioned** [1] - 9:15
**questioning** [5] - 9:7, 9:21, 41:6, 49:17, 55:25
**questionnaire** [3] - 24:7, 41:10, 49:16
**questionnaires** [2] - 24:5, 41:2
**questions** [12] - 8:4, 8:22, 10:4, 10:14, 10:17, 24:8, 42:6, 42:9, 44:4, 49:16, 50:15, 54:8

## R

**raise** [1] - 4:18

**raised** [1] - 51:13
**Randall** [1] - 21:2
**rather** [1] - 41:1
**Raybon** [1] - 20:22, 21:2
**Raymond** [1] - 20:13
**RDR** [2] - 2:1, 67:7
**reach** [1] - 27:23
**reaching** [1] - 23:25
**read** [11] - 16:7, 19:5, 20:2, 21:7, 24:7, 31:23, 32:12, 47:14, 52:16, 60:11, 66:2
**reading** [1] - 30:10
**ready** [2] - 4:16, 8:18
**really** [4] - 10:1, 15:6, 15:8, 40:5
**reason** [1] - 9:13
**reasons** [2] - 9:8, 9:11
**receive** [2] - 42:20, 43:22
**received** [1] - 42:12
**recess** [14] - 46:20, 46:25, 48:3, 48:24, 48:25, 56:21, 59:3, 60:7, 61:18, 61:24, 63:22, 63:24, 64:15, 66:23
**recessing** [1] - 63:17
**recognized** [1] - 7:11
**recognizes** [1] - 21:6
**recommendation** [1] - 64:7
**record** [8] - 4:5, 10:19, 24:13, 49:5, 53:12, 54:1, 58:15, 61:9
**Redundo** [1] - 21:4
**reference** [1] - 24:11
**referring** [1] - 48:19
**reflect** [1] - 39:11
**refrigerator** [1] - 65:10
**regard** [1] - 44:3
**regarding** [5] - 43:13, 50:19, 51:23, 52:17, 55:14, 55:24, 56:9, 58:20
**Reginald** [3] - 4:13, 19:21, 49:13
**rehab** [1] - 11:24
**Reinhardt** [2] - 20:21, 20:25
**relates** [1] - 50:21
**relating** [1] - 4:23
**released** [1] - 11:25
**relevant** [1] - 50:25
**relieve** [5] - 59:19, 63:12, 63:14, 63:20,
64:15
**relocating** [1] - 14:4
**remember** [4] - 27:19, 33:15, 47:20, 47:21
**Remului** [1] - 21:2
**render** [1] - 23:22
**renew** [1] - 53:21
**Rent** [1] - 25:7
**repair** [1] - 29:1
**replace** [1] - 63:1
**report** [2] - 47:18, 66:6
**reported** [2] - 30:18, 45:9
**REPORTED** [1] - 2:1
**reporter** [1] - 8:2
**Reporter** [2] - 2:1, 67:8
**represent** [1] - 19:12
**represented** [2] - 33:23, 40:3
**representing** [1] - 19:21
**request** [2] - 42:14, 63:12, 66:16
**rescheduled** [1] - 58:3
**reservation** [1] - 61:12
**reserve** [1] - 61:23
**residence** [1] - 38:21
**resisting** [1] - 5:2
**respect** [3] - 5:19, 51:13, 52:2
**respective** [1] - 7:21
**respiratory** [2] - 34:15, 34:16
**respond** [4] - 5:13, 5:14, 63:25, 64:6
**rest** [3] - 37:14, 56:20, 62:4
**result** [1] - 43:1
**retired** [2] - 55:22, 58:10
**returns** [3] - 40:21, 42:19, 44:2
**reveal** [1] - 50:13
**Rica** [2] - 57:15, 57:23
**Ricardo** [1] - 20:15
**Richard** [1] - 20:11
**Rico** [1] - 34:14
**ridiculous** [1] - 22:2
**rise** [1] - 48:4
**Rita** [1] - 20:16
**robbed** [1] - 6:20
**Robert** [1] - 20:14
**Rod** [1] - 20:12
**Rodriguez** [1] - 20:17
**Roger** [2] - 20:7, 20:12
**Rojas** [2] - 13:3, 13:14
**role** [1] - 7:18
**roll** [1] - 12:18
**room** [3] - 65:6, 65:17, 66:8
**rules** [1] - 64:18
**ruling** [2] - 53:22, 56:18

## S

**Saca** [1] - 48:20
**safe** [1] - 66:21
**Saint** [4] - 36:2, 54:2, 54:13, 62:14
**saint** [1] - 64:10
**Saint-Julien** [4] - 36:2, 54:2, 54:13, 62:14
**saint-Julien** [1] - 64:10
**Salem** [1] - 20:11
**satisfied** [7] - 30:23, 30:25, 31:2, 45:4, 45:6, 45:14, 45:16
**scanned** [1] - 52:6
**schedule** [8] - 10:6, 10:8, 10:12, 10:20, 11:4, 15:22, 49:21, 61:18
**scheduled** [4] - 11:11, 12:19, 14:5, 15:9
**schedules** [1] - 15:21
**school** [4] - 15:19, 15:20, 15:21, 36:15
**schoolteacher** [1] - 15:4
**science** [2] - 28:21, 35:6
**Scott** [1] - 20:23
**seal** [2] - 5:5, 5:7
**seat** [3] - 40:21, 44:1, 44:2
**seated** [10] - 4:1, 6:14, 10:15, 47:20, 48:8, 54:9, 54:12, 56:23, 65:2
**seats** [1] - 65:3
**second** [5] - 12:23, 16:12, 36:3, 53:4, 59:7
**secondary** [1] -

50:14
  **secretary** [1] - 29:3
  **Section** [11] - 16:21,
16:25, 17:9, 17:10,
17:19, 17:21, 18:5,
18:6, 18:15, 18:17,
19:1
  **Sections** [1] - 19:2
  **SECURITY** [2] - 48:4,
54:4
  **security** [6] - 8:7,
8:11, 8:13, 36:18,
44:23, 47:21
  **Security** [5] - 4:10,
19:17, 19:18, 22:12,
49:10
  **see** [14] - 19:16,
34:21, 40:6, 40:12,
41:1, 41:11, 41:19,
47:8, 47:14, 65:3,
65:12, 66:2, 66:9,
66:21
  **seek** [1] - 5:3
  **seem** [1] - 47:10
  **seemingly** [1] -
59:10
  **selected** [4] - 9:12,
23:21, 64:22, 66:12
  **Selection** [1] - 3:4
  **selling** [1] - 45:13
  **September** [1] - 18:7
  **serve** [1] - 8:22
  **served** [2] - 31:14,
39:4
  **service** [10] - 7:12,
7:15, 30:11, 38:2,
52:9, 54:14, 54:23,
55:4, 55:12, 56:8
  **services** [2] - 37:25,
52:14
  **serving** [1] - 15:25
  **session** [2] - 10:9,
10:21
  **set** [2] - 8:16, 66:17
  **sets** [1] - 12:13
  **seven** [4] - 50:1,
59:16, 60:16
  **severely** [1] - 39:21
  **sexual** [8] - 16:20,
16:23, 17:8, 17:18,
18:4, 18:14, 18:25,
21:12
  **Shelvy** [1] - 20:15
  **Sherri** [1] - 20:19
  **ship** [3] - 39:20,
39:21, 39:22
  **shore** [1] - 39:5
  **short** [1] - 46:25
  **show** [2] - 50:22,
51:4

shown [1] - 52:2
  **Shu** [2] - 20:18,
20:21
  **side** [7] - 6:17, 9:12,
39:12, 39:16, 42:19,
49:14, 59:20
  **side-bar** [5] - 6:17,
39:12, 39:16, 42:19,
49:14
  **sides** [1] - 56:14
  **Sijan** [2] - 14:10,
22:8
  **silkscreen** [1] -
36:11
  **Simon** [1] - 20:12
  **simply** [1] - 64:9
  **single** [2] - 25:6,
28:24
  **sister** [2] - 28:25,
29:2
  **sit** [9] - 9:10, 21:14,
21:21, 23:3, 23:18,
23:21, 34:1, 40:9,
43:18
  **sitting** [1] - 59:2
  **situation** [1] - 61:1
  **six** [1] - 15:5
  **Skibeur** [1] - 21:3
  **skill** [1] - 12:13
  **small** [1] - 15:18
  **snacks** [1] - 65:11
  **social** [2] - 20:1, 21:9
  **solely** [1] - 23:22
  **solve** [3] - 42:1,
48:17, 48:18
  **someone** [4] - 13:7,
45:1, 45:9, 45:13
  **sometime** [1] - 5:13
  **sorry** [9] - 13:14,
21:19, 22:7, 22:10,
26:21, 28:7, 33:13,
50:1, 64:21
  **South** [1] - 1:24
  **Southern** [6] - 7:8,
16:8, 16:14, 17:2,
17:12, 17:23, 18:8,
18:19
  **SOUTHERN** [1] - 1:1
  **Southwest** [1] - 1:21
  **speaking** [1] - 21:19
  **speaks** [1] - 48:15
  **Special** [5] - 4:9,
19:14, 19:15, 19:16,
49:9
  **special** [4] - 9:2,
16:23, 19:17, 27:5
  **spend** [1] - 27:2
  **sports** [2] - 27:2,
35:7
  **spot** [1] - 64:8

stabbed [1] - 6:20
  **staff** [2] - 47:19, 66:7
  **standard** [1] - 48:13
  **start** [3] - 10:23,
11:6, 24:14
  **started** [2] - 55:9,
56:6
  **starting** [1] - 59:19
  **state** [8] - 4:4, 10:18,
15:7, 23:15, 27:18,
31:18, 31:19, 49:4
  **statements** [1] - 8:4
  **STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
  **States** [45] - 4:2, 4:8,
7:8, 8:17, 8:19, 16:8,
16:9, 16:17, 16:18,
16:21, 16:22, 16:24,
16:25, 17:5, 17:6,
17:8, 17:10, 17:14,
17:15, 17:19, 17:20,
18:1, 18:2, 18:4, 18:6,
18:10, 18:11, 18:15,
18:16, 18:21, 18:23,
18:25, 19:2, 19:12,
21:10, 21:11, 22:16,
49:2, 49:8, 49:20,
50:23, 50:24, 56:15,
67:8
  **status** [1] - 30:7
  **statute** [1] - 48:15
  **stay** [1] - 40:22
  **step** [1] - 58:9
  **stepdad** [1] - 32:19
  **stepdad's** [1] - 32:14
  **Stephanie** [2] -
12:10, 21:25
  **stepped** [1] - 19:17
  **Steven** [1] - 20:25
  **still** [3] - 38:4, 59:23,
61:18
  **Stohls** [1] - 21:2
  **stop** [2] - 47:18, 66:6
  **stopped** [5] - 50:13,
51:2, 51:4, 51:24,
52:13
  **stops** [2] - 50:19,
50:24
  **stores** [1] - 12:18
  **Street** [1] - 1:15
  **Streeter** [2] - 20:15,
20:17
  **strike** [5] - 41:23,
53:2, 53:8, 53:18,
53:21
  **strikes** [1] - 53:3,
53:9, 53:19
  **strong** [1] - 62:6
  **Stu** [1] - 49:12
  **STUART** [1] - 1:20

Stuart [2] - 4:13,
19:20
  **student** [5] - 28:17,
38:25, 39:1, 65:13
  **students** [4] - 15:7,
26:20, 26:23, 35:5
  **studying** [1] - 28:20
  **subsequent** [1] -
12:24
  **subsequently** [1] -
8:5
  **Subway** [2] - 12:17,
32:9
  **Sue** [1] - 11:22
  **suggest** [1] - 65:14
  **suggestion** [3] -
60:11, 62:20, 63:1
  **Suite** [3] - 1:18, 1:22,
1:24
  **superseding** [1] -
16:12
  **supposed** [2] -
13:21, 47:25
  **Susan** [2] - 20:19,
20:25
  **swear** [1] - 9:16
  **sworn** [1] - 9:20
  **Sylvestre** [3] - 12:10,
21:25, 41:16
  **system** [3] - 29:11,
30:12, 33:21

**T**

table [3] - 4:9, 19:8,
19:14
  **Tampa** [1] - 14:6
  **Tassey** [1] - 21:4
  **teach** [1] - 15:13
  **teacher** [5] - 15:8,
24:19, 24:22, 24:23,
24:25
  **team's** [1] - 5:11
  **technician** [2] - 26:8,
26:12
  **Ted** [1] - 20:21
  **teen** [3] - 44:10,
48:23, 66:18
  **ten-minute** [1] -
48:23
  **tender** [1] - 56:14
  **tenders** [1] - 56:15
  **Ternival** [1] - 21:1
  **territorial** [1] - 16:24
  **testified** [2] - 52:8,
56:9
  **testimony** [2] -
50:13, 50:15
  **THE** [249] - 1:10,

1:14, 1:20, 4:1, 4:11,
4:15, 5:6, 5:9, 5:15,
5:17, 5:24, 6:6, 6:12,
6:13, 6:14, 6:18, 7:2,
7:6, 8:21, 9:18, 9:21,
11:5, 11:13, 11:17,
11:20, 12:3, 12:5,
12:9, 12:15, 12:19,
13:1, 13:7, 13:14,
13:19, 13:21, 13:25,
14:7, 14:9, 14:16,
14:19, 14:23, 14:25,
15:11, 15:13, 15:15,
15:24, 16:7, 19:23,
21:20, 22:4, 22:11,
22:22, 22:25, 23:2,
23:7, 23:11, 23:14,
24:21, 24:25, 25:3,
26:2, 26:4, 26:11,
26:19, 26:21, 26:24,
27:18, 27:21, 27:23,
27:25, 28:2, 28:5,
28:12, 28:20, 29:24,
30:13, 30:18, 30:20,
30:23, 31:1, 31:4,
31:7, 31:16, 31:18,
31:20, 31:25, 32:6,
32:15, 32:17, 32:19,
32:21, 32:25, 33:3,
33:11, 33:14, 33:17,
33:20, 33:23, 33:25,
34:12, 34:16, 34:19,
35:1, 35:24, 36:10,
36:13, 36:17, 37:12,
37:16, 37:20, 37:24,
38:2, 38:4, 38:6, 38:8,
38:10, 38:13, 38:15,
39:4, 39:7, 39:9,
39:12, 39:14, 39:17,
39:25, 40:3, 40:8,
40:14, 40:17, 40:20,
40:22, 41:7, 41:11,
41:14, 41:18, 42:1,
42:4, 42:9, 42:17,
42:24, 43:1, 43:4,
43:10, 43:12, 43:17,
43:21, 44:1, 44:3,
44:9, 44:15, 44:19,
44:25, 45:2, 45:4,
45:7, 45:12, 45:14,
45:17, 45:19, 45:21,
45:23, 45:25, 46:7,
46:9, 46:11, 46:13,
46:15, 46:17, 46:19,
48:4, 48:8, 48:21,
48:23, 49:2, 49:14,
49:23, 50:2, 50:10,
50:17, 51:1, 51:6,
51:16, 51:19, 51:22,
52:7, 52:20, 52:23,
52:25, 53:3, 53:6,

53:9, 53:15, 53:19, 53:24, 54:4, 54:7, 54:17, 54:22, 54:25, 55:2, 55:6, 55:9, 55:12, 55:14, 55:20, 55:24, 56:3, 56:19, 57:1, 57:2, 57:5, 57:7, 57:12, 57:17, 57:20, 57:24, 58:2, 58:8, 58:12, 58:14, 58:17, 58:20, 58:24, 59:4, 59:12, 59:15, 59:23, 60:11, 60:19, 60:24, 61:4, 61:8, 61:15, 61:20, 62:4, 62:9, 62:13, 62:18, 63:4, 63:8, 63:14, 64:1, 64:11, 64:13, 64:20, 64:25, 66:15, 66:19, 66:21

**themselves** [1] - 19:7

**therapist** [2] - 34:15, 34:17

**Thereupon** [5] - 48:25, 54:5, 55:22, 57:10, 58:10

**they've** [2] - 49:16, 65:4

**Third** [1] - 1:21

**third** [4] - 58:19, 60:13, 62:17, 63:7

**three** [15] - 14:11, 15:18, 22:9, 25:2, 28:19, 36:12, 38:9, 38:22, 41:24, 51:17, 52:11, 54:14, 54:17, 56:20, 63:21

**throw** [3] - 22:2, 41:6, 41:12

**Thursday** [2] - 11:16, 11:18

**ticket** [1] - 52:5

**tire** [1] - 59:5

**tired** [3] - 58:23, 58:24, 59:2

**Title** [13] - 16:20, 16:22, 16:25, 17:8, 17:10, 17:18, 17:20, 18:4, 18:6, 18:14, 18:16, 18:25, 19:2

**today** [6] - 5:5, 5:11, 8:16, 12:12, 12:21, 48:11

**together** [1] - 6:5

**Tony** [1] - 20:24

**totality** [1] - 25:1

**totally** [1] - 7:15

**touch** [1] - 65:21

**touching** [3] - 8:22,

47:14, 66:2

**trainer** [2] - 32:2, 32:6

**Tran** [1] - 20:7

**transcribes** [1] - 8:2

**transcription** [1] - 67:4

**travel** [13] - 16:17, 17:5, 17:15, 18:1, 18:11, 18:22, 21:11, 39:2, 55:15, 56:10, 57:12, 57:20, 58:21

**traveled** [1] - 50:23

**traveling** [1] - 56:24, 57:2

**travels** [2] - 14:12, 66:21

**treated** [6] - 30:24, 33:20, 39:25, 43:12, 45:5, 45:15

**TRIAL** [1] - 1:10

**trial** [18] - 5:22, 8:16, 10:8, 23:23, 28:5, 30:17, 31:14, 47:7, 47:9, 59:10, 59:16, 61:24, 62:16, 62:24, 64:4, 64:17, 66:1

**trials** [2] - 10:7, 58:25

**tried** [2] - 8:15, 9:3

**trip** [5] - 61:22, 62:15, 63:6, 64:3, 65:1

**trouble** [1] - 43:8

**truth** [1] - 8:24

**try** [4] - 9:5, 41:18, 47:17, 66:5

**Tucker** [1] - 20:13

**Tuesday** [14] - 5:12, 5:13, 5:22, 6:6, 10:8, 10:21, 11:4, 11:6, 11:15, 11:17, 11:18, 57:16, 65:16, 66:21

**turn** [1] - 24:5

**Twelfth** [2] - 2:2, 67:8

**twice** [2] - 15:12, 15:21

**twin** [1] - 14:20, 14:23

**Twitter** [1] - 65:23

**two** [2] - 26:17, 27:5, 32:10, 35:4, 41:24, 54:8, 54:20, 54:25, 59:3, 59:12, 59:13, 63:22

**two-week** [2] - 59:12, 59:13

### U

**unavailability** [1] - 5:12

**uncle** [2] - 29:7, 29:10

**under** [9] - 5:4, 5:5, 5:7, 16:21, 17:9, 17:19, 18:5, 18:15, 19:1

**understood** [3] - 52:19, 64:5, 64:19

**unemployment** [1] - 36:8

**unfamiliar** [1] - 7:16

**United** [45] - 4:2, 4:7, 7:7, 8:17, 8:19, 16:8, 16:9, 16:17, 16:18, 16:21, 16:22, 16:24, 16:25, 17:4, 17:5, 17:8, 17:10, 17:14, 17:15, 17:18, 17:20, 17:25, 18:1, 18:4, 18:6, 18:10, 18:11, 18:14, 18:16, 18:21, 18:22, 18:25, 19:2, 19:11, 19:12, 21:10, 21:11, 22:16, 49:2, 49:7, 49:20, 50:23, 50:24, 56:15, 67:8

**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**University** [1] - 28:18

**university** [1] - 11:1

**unless** [1] - 61:4

**unusual** [1] - 61:1

**up** [21] - 6:21, 14:19, 14:21, 14:23, 15:20, 15:21, 16:3, 16:5, 22:2, 31:7, 39:14, 40:25, 41:6, 41:12, 42:15, 43:7, 43:10, 49:15, 54:7, 59:19, 61:24

**US** [1] - 66:19

**utilize** [1] - 10:3

### V

**vacation** [1] - 57:24

**Van** [1] - 6:18

**varies** [1] - 14:17

**verdict** [2] - 23:22, 24:1, 27:23

**verify** [1] - 4:22

**versus** [4] - 4:2, 8:17, 16:10, 49:2

**victim** [1] - 44:25

**video** [1] - 29:5

**violation** [7] - 16:22, 16:25, 17:10, 17:20, 18:6, 18:16, 19:2

**violence** [1] - 5:2

**voiced** [1] - 41:12

**voir** [3] - 8:23, 8:24, 10:4

**vs** [1] - 1:6

### W

**Walsh** [1] - 20:13

**wants** [2] - 41:5, 62:16

**Washington** [1] - 1:19

**water** [1] - 65:10

**Wednesday** [1] - 11:14

**Wednesdays** [1] - 15:22

**week** [11] - 11:3, 12:24, 14:13, 15:21, 15:22, 16:5, 57:4, 57:16, 59:12, 59:13, 66:9

**weekend** [3] - 47:2, 57:6, 59:7

**weeks** [5] - 10:11, 10:22, 12:1, 15:25, 16:6

**Weingart** [1] - 20:24

**welcome** [4] - 7:7, 26:3, 35:25

**welfare** [1] - 8:10

**West** [2] - 14:13, 38:21

**whatsoever** [5] - 20:1, 21:8, 47:6, 47:11, 65:25

**whole** [2] - 39:22, 42:10

**wife** [2] - 34:25, 38:24

**Wiles** [2] - 20:24, 20:25

**Wilkins** [1] - 20:11

**William** [9] - 16:10, 16:16, 17:4, 17:13, 17:25, 18:9, 18:20, 19:22, 21:17

**Williams** [1] - 21:3

**willing** [1] - 23:9

**Wilson** [1] - 21:4

**windowed** [1] - 65:13

**windows** [1] - 10:1

**wish** [2] - 31:2, 44:6

**withdraw** [2] - 60:14, 60:23

**withdrawal** [1] - 60:24

**withdrawing** [1] - 60:3

**withhold** [1] - 5:1

**witness** [5] - 4:21, 6:1, 6:4, 45:12

**Witness** [1] - 4:25

**witnesses** [2] - 4:23, 20:2

**Woodjerry** [1] - 21:2

**words** [1] - 62:11

**worker** [1] - 30:4

**works** [5] - 25:7, 35:2, 36:19, 51:10, 51:11

**worry** [3] - 47:21, 61:21, 64:25

**write** [1] - 43:15

**writing** [4] - 5:6, 15:7, 43:6, 43:8

**wrote** [1] - 43:6

**Wynwood** [1] - 13:10

### X

**XXX** [2] - 20:6, 20:8

**XXXX** [2] - 20:8, 20:11

**XXXXX** [5] - 20:6, 20:8, 20:9

**XXXXXX** [5] - 20:4, 20:5, 20:6, 20:8, 20:9

**XXXXXXX** [7] - 20:8, 20:9, 20:10, 20:11

**XXXXXXXX** [3] - 20:4, 20:7, 20:10

**XXXXXXXXX** [3] - 20:4, 20:6, 20:8

### Y

**year** [2] - 54:21, 55:2

**years** [42] - 9:24, 9:25, 16:21, 17:9, 17:20, 18:5, 18:16, 19:1, 22:24, 25:2, 25:5, 26:10, 26:13, 27:16, 30:6, 32:3, 32:7, 32:24, 33:2, 33:17, 33:19, 34:18, 34:19, 34:23, 36:4, 36:6, 37:13, 37:14, 37:19, 38:9, 38:20, 38:23, 50:8, 51:17, 52:11, 54:14, 54:18, 54:20, 54:23, 54:25

**Yesenia** [1] - 13:3
**yesterday** [5] - 4:20,
4:25, 40:24, 51:10,
51:13
**York** [1] - 1:18
**young** [1] - 43:15
**yourself** [3] - 13:8,
22:13, 65:14
**yourselves** [2] -
47:5, 65:24
**Yvon** [1] - 20:16