UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date  February 6, 2013      Day #  2   Case No.  11-20350-CR(s(s)

CRD:  Patricia Mitchell          Court Reporter  Lisa Edwards

Time: 9:15am-11:45/1:55 - 5:40pm         Interpreter  none

PARTIES:   USA vs.  Matthew Andrew Carter

  GOVERNMENT ATTORNEY(S) DEFENDANT(S) ATTORNEY(S)

Maria Medetis  Stuart Adelstein

Bonnie Kane  Phil Horowitz

| | |
|---|---|
| __ | Statement of case to jury - voir dire |
| __ | Bench Trial Commenced |
| __ | Jury began deliberations |
| x | Jury impaneled & Sworn |

The Court overruled defense objection to admit govt. exhibit (victim letter).  Testimony of Jobed concluded; Further testimony from govt. witness continued, exhibits received; Testimony of Janet Knox concluded.

   X   Trial Continued       2/7/13          at      9am

 __ Jury returned verdict.  See verdict form

 __ Court trial continued to _____ at _____am/pm

 __ Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____    Deft.'s. Due_____   Reply Due_____