UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date __February 7, 2013__   Day # __3__   Case No. __11-20350-CR(s(s)__

CRD: __Patricia Mitchell__            Court Reporter __Lisa Edwards__

Time: __9:30am-11:45/2:10 - 4:45pm__            Interpreter __none__

PARTIES:   USA vs. __Matthew Andrew Carter__

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

- ___ Statement of case to jury - voir dire
- ___ Bench Trial Commenced
- ___ Jury began deliberations
- _x_ Jury impaneled & Sworn

Further testimony from govt. witness continued, exhibits received; Testimony of O.B. concluded.

- _X_ Trial Continued __2/8/13__ at __9am__
- ___ Jury returned verdict.  See verdict form
- ___ Court trial continued to _____ at _____ am/pm
- ___ Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____