UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date __February 8, 2013__   Day # __4__   Case No. __11-20350-CR(s(s)__

CRD: __Patricia Mitchell__        Court Reporter __Lisa Edwards__

Time: __9:25am-11:50/1:40 - 6:10pm__        Interpreter __none__

PARTIES:   USA vs. __Matthew Andrew Carter__

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

|     | |
|---|---|
| ___ | Statement of case to jury - voir dire |
| ___ | Bench Trial Commenced |
| ___ | Jury began deliberations |
| _x_ | Jury impaneled & Sworn |

Testimony from govt. witnesses continued, exhibits received; Testimony of J.B. continued til 2/12/13. Govt. exh, 97 redacted & admitted over defense objection; defense motions for mistrial denied.

_X_  Trial Continued        2/12/13                at      9am

___  Jury returned verdict.  See verdict form

___  Court trial continued to _____ at _____ am/pm

___  Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____