```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                  CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                  Plaintiff,          February 5, 2013

 6           vs.                        9:18 a.m. to 6:01 p.m.

 7   MATTHEW ANDREW CARTER,

 8                  Defendant.          Pages 1 to 236

 9   _____

10                          JURY TRIAL
               BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                            ASSISTANT UNITED STATES ATTORNEY
                              99 Northeast Fourth Street
16                            Miami, Florida 33132
                                        -and-
17                            BONNIE L. KANE, ESQ.
                              UNITED STATES DEPARTMENT OF JUSTICE
18                            1400 New York Avenue, NW
                              Suite 600
19                            Washington, DC 20530

20

     FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                            ADELSTEIN & MATTERS
                              2929 Southwest Third Avenue
22                            Suite 410
                              Miami, Florida 33129
23                                      -and-
                              PHILIP R. HOROWITZ, ESQ.
24                            9130 South Dadeland Boulevard
                              Suite 1910
25                            Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                           I N D E X

2
                                                    PAGE
3

4   Preliminary Instructions to the Jury              14

5   Opening Statement by Ms. Medetis                  22

6   Opening Statement by Mr. Horowitz                 27

7

8                              Direct   Cross   Red.

9
    WITNESSES FOR THE GOVERNMENT:
10
    José Escamilla                  34      75      79
11
    Joseph Xxxxxxx                  80     128     146
12
    Jobed Xxxxxxxx                 155     181     199
13

14

15  EXHIBITS RECEIVED IN EVIDENCE                    PAGE

16  Government's Exhibit No. 20                        44
    Government's Exhibit Nos. 21-A and 21-B            46
17  Government's Exhibit No. 22                        48
    Government's Exhibit Nos. 23-A and 23-B            50
18  Government's Exhibit Nos. 23-C through 23-F        61
    Government's Exhibit Nos. 24 through 29            64
19  Government's Exhibit No. 55                       112
    Government's Exhibit No. 40                       114
20  Government's Exhibit No. 56                       164

21

22

23

24

25
```

4

```
 1              THE COURT:  Good morning.  You may be seated.

 2              United States of America versus Matthew Carter, Case

 3    No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              MS. MEDETIS:  Good morning, your Honor.

 8              Maria Medetis and Bonnie Kane on behalf of the United

 9    States.

10              With me at counsels' table is Special Agents Matthew

11    Larko, Alvaro Flores and Dianna Ford of Homeland Security

12    Investigations.

13              THE COURT:  Good morning.

14              MR. HOROWITZ:  Good morning, your Honor.

15              Phil Horowitz and Stu Adelstein on behalf of Matthew

16    Carter, who's present before the Court, along with Reginald

17    Hope.

18              THE COURT:  Good morning.

19              We're still waiting, I believe, on one juror.  But I

20    have two juror notes.  So I wanted to review those with you.

21              The first note was from -- do I have a list, Patricia,

22    yet?

23              THE COURTROOM DEPUTY:  Yes, Judge.

24              THE COURT:  Thank you.

25              -- Juror No. 3, Ms. Benitez.  Her employer, which is
```

1   the Dade County Federal Credit Union -- they just indicate in

2   the letter that she's the payroll supervisor and it will

3   affect -- her absence will affect the 250 employees, affecting

4   three payroll cycles, which I'm not sure is accurate.

5          My calculation was two payroll cycles.  I went back

6   and looked at the transcript and looked at my notes, and she

7   did not bring up any hardship issue.  So that's the first note.

8          The second note was given to Patricia this morning

9   regarding Juror No. 14, Ms. Falcon, who also did not bring up

10  any hardship issues.  I have not checked the transcript on

11  this, but my memory is -- let me look at my notes.

12         My notes do not indicate any hardship issue.  And this

13  is from her employer, which states that:  They're a small child

14  care center with only three employees and without her, we'll be

15  in violation of our student-to-teacher ratio.  She's our pre-K

16  teacher, also is the person in charge of opening the center in

17  the mornings, and will have a great negative impact on the

18  business.

19         I don't know.  It's very troublesome to me that there

20  were numerous jurors who brought up hardship issues in every

21  panel.  And even if a person doesn't initially, they have many

22  opportunities to bring it up.

23         Neither one of these folks said anything about any

24  kind of hardship for their place of employment at any time.  We

25  can't be mind readers.

1            So I present it to you for you to think about and

2   state your positions.

3            (Discussion had off the record amongst counsel.)

4            THE COURT:  Just so the record is clear, in the panel

5   for Juror No. 14, eight people brought up hardship issues.  And

6   in the panel in which Ms. Benitez was seated, 21 people brought

7   up hardship issues.

8            Does anybody want to state a position?

9            MR. ADELSTEIN:  Could we have one moment?

10           THE COURT:  Sure.

11           MS. MEDETIS:  Judge, with respect to the Government's

12  position, if we may --

13           THE COURT:  Why don't you just wait a minute because

14  they're conferring.

15           MS. MEDETIS:  No problem.

16           (Discussion had off the record amongst counsel.)

17           THE COURT:  Go ahead, Ms. Medetis.

18           MS. MEDETIS:  Your Honor, I think, in short, the

19  Government would defer to the Court on this one and doesn't

20  have a strong position on this matter.

21           I would note, however, that with respect to the

22  raising of hardships, it sounds to the Government like these

23  were hardships perhaps that these employees were not aware of

24  that their employers then raised.

25           But other than making that point for your Honor to

1   consider, we would defer to the Court on this.

2       MR. ADELSTEIN:  The one who works for the federal

3   credit union, I don't think that poses any, per se, problem.

4       I'm concerned about the teacher or the preschool

5   teacher.  And, obviously, if her attention is diverted more

6   towards her job than this trial, we would have no objection to

7   excusing her.  Maybe the Court wants to question both of these

8   jurors.

9       THE COURT:  Let me say this in regard to your

10  statements, Mr. Adelstein:  In regard to the employee of the

11  federal credit union, the letter came directly, I believe, to

12  Patricia via e-mail.

13      The letter from the pre-K teacher was handed to

14  Patricia this morning.  But she didn't say anything.  She just

15  gave her the letter, didn't express anything to Patricia

16  indicating, "I've really got a problem."  She just said sort of

17  offhandedly, "I have a letter for you."

18      Is that accurate, Patricia?

19      THE COURTROOM DEPUTY:  That's correct.

20      MR. ADELSTEIN:  In lieu of speculating whether or not

21  they are concerned or not concerned, I see no harm in bringing

22  them in individually and asking them about the communication or

23  if that causes them any concern.

24      THE COURT:  Well, if I'm going to do that, I'm going

25  to ask them, "If you remain on this jury, will you be able to

1    pay full time and attention?"  That would be the only question

2    I would ask them.

3              MR. ADELSTEIN:  That's fine.

4              THE COURT:  So let's bring in, please, Ms. Falcon

5    first.

6              (Thereupon, Juror No. 14 entered the courtroom and

7    the following proceedings were had:)

8              THE COURT:  She can go to the lectern.

9              You can be seated.

10             Ms. Falcon, good morning.

11             JUROR NO. 14:  Good morning.

12             THE COURT:  If you remain on the jury, will you be

13   able to pay full time and attention to the proceedings in the

14   courtroom?

15             JUROR NO. 14:  Yes.

16             THE COURT:  Thank you, ma'am.

17             (Thereupon, Juror No. 14 retired from the courtroom

18   and the following proceedings were had:)

19             THE COURT:  Would you also ask Ms. Benitez to come in.

20             (Thereupon, Juror No. 3 entered the courtroom and the

21   following proceedings were had:)

22             THE COURT:  If you would come to the lectern, please,

23   Ms. Benitez.

24             You may be seated.

25             Good morning.

```
 1              JUROR NO. 3:  Good morning.

 2              THE COURT:  If you remain on the jury, Ms. Benitez,

 3    would you be able to pay full time and attention to the

 4    proceedings in the courtroom?

 5              JUROR NO. 3:  Yes, I will.

 6              THE COURT:  Thank you, ma'am.

 7              JUROR NO. 3:  You're welcome.

 8              (Thereupon, Juror No. 3 retired from the courtroom

 9    and the following proceedings were had:)

10              THE COURT:  Anything further?

11              MR. ADELSTEIN:  No.

12              MS. MEDETIS:  Nothing from the Government, your Honor.

13              THE COURT:  My inclination is to not excuse them at

14    this time.  If it becomes -- if something else happens, if

15    there are additional letters or additional indications of

16    hardship, we can take it up then.  This was not raised by these

17    jurors.  These are now being raised by their employers.

18              It is certainly -- it is a certain amount of hardship

19    for every employer.  But neither one of these jurors expressed

20    initially a hardship when they were given every opportunity to

21    do so.  They've indicated they can pay full time and attention

22    to the proceedings.

23              At this point I'll take it the employers were giving

24    it the good old college try and it didn't work.  So that's the

25    way we'll proceed at this time.
```

```
 1              We're going to bring in the jurors and -- these are
 2    your interpreters here?
 3              MS. MEDETIS:  Yes, they are.
 4              THE COURT:  Do you want them during opening statements
 5    to be here?
 6              MS. MEDETIS:  They do not need to be here for opening
 7    statements.  They can come in with the second witness.
 8              THE COURT:  So you ladies don't have to be right
 9    there.
10              THE INTERPRETER:  Thank you, your Honor.
11              MS. MEDETIS:  And, your Honor, just two preliminary
12    matters before the jury comes in, if I may.
13              The first is the exhibit list which was filed this
14    morning by the Government.  Your Honor has a copy.  I just
15    wanted to note that Exhibits 1 through 19 were previously
16    admitted by the Court per the Court's omnibus order granting
17    the Government's motion to move certain business records into
18    evidence in advance of trial.
19              So the Government would be referring to those as
20    Government's exhibits previously admitted.  I have an extra
21    copy, if your Honor needs one.
22              THE COURT:  No.  I have it.
23              MS. MEDETIS:  The date admitted is filled in with the
24    date of the Court's order, which is January 4, 2013.  The
25    docket entry number at the moment escapes me.
```

1          The second matter, your Honor, is with respect to the

2     transcripts and the dealing of the victims' names and

3     redactions with respect to the transcripts.

4          The parties conferred.  We were not able to come up

5     with an agreement as to the approach.  So the Government's

6     position is that all victims' last names be redacted from the

7     transcripts.

8          This is coming up now because both parties are

9     ordering daily transcripts from Ms. Edwards.  So the Government

10     feels that per the Crime Victim Rights Act and out of respect

11     for the victims' privacies, that these transcripts, which would

12     be publicly available, redact the last name of all victims

13     regardless of age, redact the last names.  The first names can

14     remain intact.

15          THE COURT:  I thought that was the agreement between

16     the parties.

17          MR. HOROWITZ:  Your Honor, I thought -- our

18     understanding was that as far as the adult victims were

19     concerned.  We have no objection as far as the minor victims

20     are concerned.  But as far as the adult victims are concerned,

21     that the full names be used.

22          MS. MEDETIS:  Your Honor, we're talking -- I'm not

23     sure if the parties are talking about the same thing.

24          We have no issue with using the full name in court.

25     What we're talking about is redactions of public transcripts

1    and the Government would ask that the victims' last names,

2    regardless of age, be redacted from those public transcripts

3    out of respect for the victims' privacy.

4            MR. HOROWITZ:   Judge, I don't think there's a need as

5    far as a transcript is concerned for an adult not to have their

6    name in the transcript because they're going to be referred to

7    in court as Mr. or Mrs. So-and-so and their full names will be

8    out there.   There's no reason to redact them from the final

9    transcript.

10           As far as the minors, I agree, Judge.   But as far as

11   the adults, there's absolutely no reason.

12           THE COURT:   Is there support for the Government's

13   proposition in the crime victims act or in case law?

14           MS. MEDETIS:   Your Honor, we would cite only the

15   general right to respect for the victims' privacy as a basis

16   for that.   I don't have at my disposal any case law exactly on

17   point regarding transcripts and the redaction of last names for

18   transcripts.

19           So the Government would cite only the obligation of

20   the parties and the Court to respect the privacy of these

21   victims.   And while it is true that their names -- the adult

22   victims' names will be used in full in court, I think there is

23   a difference when there are publicly available transcripts and

24   we should, in the Government's view, be proceeding consistently

25   with the way we have been using victims' initials in public

```
 1    filings.  That would be the Government's position.

 2              THE COURT:  What's your objection?

 3              MR. HOROWITZ:  Your Honor, minors are protected

 4    within --

 5              THE COURT:  We're not talking about minors.

 6              MR. HOROWITZ:  Yes.

 7              THE COURT:  We're talking about the adult victims who

 8    allegedly became victims when they were minors.

 9              MR. HOROWITZ:  Your Honor, there's no authority for

10    the Court on a public transcript to redact a name of a victim

11    where that victim is an adult.  It happens all the time with

12    robbery victims.  Just because they're victims in and of

13    themselves is not sufficient.

14              THE COURT:  I'm going to give the parties an

15    opportunity to brief me on this issue --

16              MR. HOROWITZ:  Yes, your Honor.

17              THE COURT:  -- as to your positions and the

18    controlling case law.  And the way that we will proceed with

19    the daily transcript is that it will be first names only until

20    such time as I have ruled on this issue.

21              MR. HOROWITZ:  Yes, your Honor.

22              THE COURT REPORTER:  Judge, a clarification.

23              That would be the first full names for all victims

24    appearing in the transcript, regardless of their age?

25              THE COURT:  Yes.
```

```
 1            Anything else?
 2            MS. MEDETIS:  Not from the Government, your Honor.
 3            THE COURT:  Are we ready to bring in the jurors?
 4            MS. MEDETIS:  The United States is ready, your Honor.
 5            MR. HOROWITZ:  Judge, the defense would invoke the
 6    rule prior to the jurors being brought in.
 7            THE COURT:  The rule of sequestration has been
 8    invoked.  Both sides are instructed to instruct their witnesses
 9    accordingly.
10            MS. MEDETIS:  Yes, your Honor.
11            THE COURT:  Okay.  Let's bring in the jurors, please.
12            (Whereupon, the jury entered the courtroom at
13    9:39 a.m. and the following proceedings were had:)
14            THE COURT:  You may be seated.
15            And, ladies and gentlemen of the jury, once you're
16    seated, if you would then stand up to be sworn.
17            (Whereupon, the jury was duly sworn and impaneled.)
18            THE COURT:  Could you do that one more time, Patricia.
19    The microphone only kicked in halfway.
20            Sorry.
21            THE COURTROOM DEPUTY:  Yes.
22            (Whereupon, the jury was duly sworn and impaneled.)
23            THE COURT:  Members of the jury, now that you have
24    been sworn, I need to explain some basic principles about a
25    criminal trial and your duty as jurors.  These are preliminary
```

1  instructions.  At the end of the trial, I will give you more

2  detailed instructions.

3          It will be your duty to decide what happened so you

4  can determine whether the Defendant is guilty or not guilty of

5  the crime charged in the indictment.

6          At the end of the trial, I will explain the law that

7  you must follow to reach your verdict.  You must follow the law

8  as I explain it to you, even if you do not agree with the law.

9          You must decide the case solely on the evidence

10  presented here in the courtroom.  Evidence can come in many

11  forms.  It can be testimony about what someone saw or heard or

12  smelled.  It can be an exhibit admitted into evidence.  It can

13  be someone's opinion.

14          Some evidence proves a fact indirectly, such as a

15  witness who saw wet grass outside and people walking into the

16  courthouse carrying wet umbrellas.

17          Indirect evidence, sometimes called circumstantial

18  evidence, is simply a chain of circumstances that proves a

19  fact.

20          As far as the law is concerned, it makes no difference

21  whether evidence is direct or indirect.  You may choose to

22  believe or disbelieve either kind of evidence and should give

23  every piece of evidence whatever weight you think it deserves.

24          Certain things are not evidence and must not be

25  considered.  I will list them for you now.

1          Statements and arguments of the lawyers:  In their

2   opening statements and closing arguments, the lawyers will

3   discuss the case, but their remarks are not evidence.

4          Questions and objections of the lawyers:  The lawyers'

5   questions are not evidence.  Only the witnesses' answers are

6   evidence.  You should not think that something is true just

7   because a lawyer's question suggests that it is.

8          For instance, if a lawyer asks a witness, "You saw the

9   Defendant hit his sister, didn't you?", that question is no

10   evidence whatsoever of what the witness saw or what the

11   Defendant did unless the witness agrees with it.

12          There are Rules of Evidence that control what can be

13   received into evidence.  When a lawyer asks a question or

14   offers an exhibit and a lawyer on the other side thinks that it

15   is not permitted by the Rules of Evidence, that lawyer may

16   object.

17          If I overrule the objection, then the question may be

18   answered or the exhibit received into evidence.  If I sustain

19   the objection, then the question cannot be answered and the

20   exhibit cannot be received.  Whenever I sustain an objection to

21   a question, you must ignore the question and not try to guess

22   what the answer would have been.

23          Sometimes I may order that evidence be stricken from

24   the record and that you disregard or ignore the evidence.  That

25   means that, when you are deciding the case, you must not

1    consider that evidence.

2         Some evidence is admitted only for a limited purpose.

3    When I instruct you that an item of evidence has been admitted

4    for a limited purpose, you must consider it only for that

5    limited purpose and no other.

6         In reaching your verdict, you may have to decide what

7    testimony to believe and what testimony not to believe.  You

8    may believe everything a witness says or part of it or none of

9    it.

10        In considering the testimony of any witness, you may

11   take into account the opportunity and ability of the witness to

12   see or hear or know the things testified to, the witness's

13   memory, the witness's manner while testifying, the witness's

14   interest in the outcome of the case and any bias or prejudice,

15   whether other evidence contradicted the witness's testimony,

16   the reasonableness of the witness's testimony in light of all

17   the evidence and any other factors that bear on believability.

18        I will give you additional guidelines for determining

19   credibility of witnesses at the end of case.

20        As you know, this is a criminal case.  There are three

21   basic rules about a criminal case that you must keep in mind.

22        First, the Defendant is presumed innocent until proven

23   guilty.  The indictment against the Defendant brought by the

24   Government is only an accusation, nothing more.  It is not

25   proof of guilt or anything else.  The Defendant, therefore,

1    starts out with a clean slate.

2            Second, the burden of proof is on the Government until

3    the very end of the case.  The Defendant has no burden to prove

4    his innocence or to present any evidence or to testify.  Since

5    the Defendant has the right to remain silent and may choose

6    whether to testify, you cannot legally put any weight on a

7    defendant's choice not to testify.  It is not evidence.

8            Third, the Government must prove the Defendant's guilt

9    beyond a reasonable doubt.  I will give you further

10   instructions on this point later, but bear in mind that the

11   level of proof required is high.

12           Our law requires jurors to follow certain instructions

13   regarding their personal conduct in order to help assure a just

14   and fair trial.  I will now give you those instructions.

15           Do not talk either amongst yourselves or with anyone

16   else about anything related to the case.  You may tell the

17   people with whom you live and your employer that you are a

18   juror and give them information about when you will be required

19   to be in court, but you may not discuss with them or anyone

20   else anything related to the case.

21           Do not at any time during the trial request, accept,

22   agree to accept or discuss with any person any type of payment

23   or benefit in return for supplying any information about the

24   trial.  You must promptly tell me about any incident you know

25   of involving an attempt by any person to improperly influence

1   you or any member of the jury.

2           Do not visit or view the premises or place where the

3   charged crime was allegedly committed or any other premises or

4   place involved in the case.  And you must not use Internet maps

5   or Google Earth or any other program or device to search for a

6   view of any location discussed in the testimony.

7           Do not read, watch or listen to any accounts or

8   discussions related to the case which may be reported by

9   newspapers, television, radio, the Internet or any other news

10  media.

11          Do not attempt to research any fact, issue or law

12  related to this case, whether by discussions with others, by

13  library or Internet research or by any other means or source.

14          In this age of instant electronic communication and

15  research, I want to emphasize that, in addition to not talking

16  face to face with anyone about the case, you must not

17  communicate with anyone about the case by any other means,

18  including by telephone, text messages, e-mail, Internet chat,

19  chat rooms, blogs or social networking websites such as

20  Facebook or Twitter.

21          You must not provide any information about the case to

22  anyone by any means whatsoever, and that includes posting

23  information about the case or what you are doing in the case on

24  any device or Internet site, including blogs, chat rooms,

25  social websites or any other means.

1          You also must not use Google or otherwise search for

2   any information about the case or the law that applies to the

3   case or the people involved in the case, including the

4   Defendant, the witnesses, the lawyers or the Judge.

5          It is important that you understand why these rules

6   exist and why they are so important.  Our law does not permit

7   jurors to talk with anyone else about the case or to permit

8   anyone to talk to them about the case because only jurors are

9   authorized to render a verdict.  Only you have been found to be

10  fair and only you have promised to be fair.  No one else is so

11  qualified.

12         Our law also does not permit jurors to talk amongst

13  themselves about the case until the Court tells them to begin

14  deliberations because premature discussions can lead to a

15  premature final decision.

16         Our law also does not permit to you visit a place

17  discussed in the testimony.  First, you can't be sure that the

18  place is in the same condition as it was on the day in

19  question.

20         Second, even if it were in the same condition, once

21  you go to a place discussed in the testimony to evaluate the

22  evidence in light of what you see, you become a witness and not

23  a juror.  As a witness, you now may have a mistaken view of the

24  scene that neither party may have a chance to correct.  And

25  that is not fair.

 1          Finally, our law requires that you not read or listen

 2   to any news accounts of the case and that you not attempt to

 3   research any fact, issue or law related to the case.  Your

 4   decision must be based solely on the testimony and other

 5   evidence presented in this courtroom.

 6          Also, the law often uses words and phrases in special

 7   ways.  So it's important that any definitions that you hear

 8   come only from me and not from any other source.  It wouldn't

 9   be fair to the parties for you to base your decision on some

10   reporter's view or opinion or upon other information you

11   acquire outside this courtroom.

12          These rules are designed to help guarantee a fair

13   trial, and our law accordingly set forth serious consequences

14   if the rules are not followed.  I trust that you understand and

15   appreciate the importance of following these rules and, in

16   accord with your oath and promise, I know you will do so.

17          Moving on now, if you wish, you may take notes to help

18   you remember what witnesses said.  If you do take notes, please

19   keep them to yourself until you and your fellow jurors go to

20   the jury room to decide the case.

21          Do not let note-taking distract you so that you do not

22   hear other answers by witnesses.  When you leave the courtroom,

23   your notes should be given to the court security officer or

24   left in the jury room.

25          Whether or not you take notes, you should rely on your

Opening Statement by Ms. Medetis                22

 1   own memory of what was said.  Notes are to assist your memory

 2   only.  They are not entitled to any greater weight than your

 3   memory or impression about the testimony.

 4          The trial will now begin.  First, the Government will

 5   make an opening statement, which is simply an outline to help

 6   you understand the evidence as it comes in.

 7          Next, the Defendant's attorney may, but does not have

 8   to, make an opening statement.  Opening statements are neither

 9   evidence nor argument.

10          The Government will then present its witnesses and

11   counsel for the Defendant may cross-examine them.

12          Following the Government's case, the Defendant may, if

13   he wishes, present witnesses whom the Government may

14   cross-examine.

15          After all the evidence is in, the attorneys will

16   present their closing arguments to summarize and interpret the

17   evidence for you and I will instruct you on the law.

18          After that, you will go to the jury room to decide

19   your verdict.

20          You may proceed with your opening statement.

21          MS. MEDETIS:  May it please the Court, counsel.

22          Ladies and gentlemen, good morning.

23          THE JURY:  Good morning.

24          MS. MEDETIS:  In 1995, an American citizen who called

25   himself Bill rented a room in Croix des Bouquets a little ways

1    away from Port-au-Prince, Haiti, and he started what he called

2    the Morning Star.  In that room, he lived with boys, boys as

3    young as 7 or 8 and, at that time, as old as 14, maybe 15.

4          And these were boys that the Defendant, Bill,

5    targeted.  He targeted them because they were boys from

6    families in the surrounding neighborhood, families that could

7    not send their children to school, families that were too poor

8    to clothe their children, families that were too poor to feed

9    their children.

10         And Bill lured these boys to the Morning Star with the

11   promise of hope, with the promise of a meal to eat, with the

12   promise of an opportunity to go to school and maybe learn

13   English.

14         That man, like I said, is the Defendant, Matthew

15   Andrew Carter, known to most as Bill and, before he changed his

16   name, known to some as William Charles Harcourt.

17         For the Defendant, the Morning Star was a sexual

18   playground where he used the children that he lived with to

19   satisfy his own sexual desire for children.

20         For the children that lived with the Defendant at the

21   Morning Star, they quickly learned that the hope was false,

22   that the hope the Defendant gave them in a place where you will

23   hear there was no hope was false.  And they quickly learned

24   that the Morning Star was a trap.

25         The Defendant is charged in five counts of traveling

Opening Statement by Ms. Medetis                24

1    from this district, the Southern District of Florida, to

2    Port-au-Prince, Haiti, for the purpose of engaging in sexual

3    acts and illicit sexual conduct with minors.

4            He's charged in one count, the last count, Count 6,

5    with trying or attempting to travel from this district to

6    Port-au-Prince, Haiti, with, again, that same purpose of

7    engaging in illicit sexual conduct with minors, with the boys

8    that lived with him at the Morning Star Center.

9            It is, as the Court informed you and advised you, the

10   Government's burden and the Government's burden alone to prove

11   that the Defendant is guilty as charged beyond a reasonable

12   doubt.

13           We embrace this burden and you must hold us to this

14   burden because, by the end of the trial, when you have heard

15   all of the evidence and seen all of the evidence, you will

16   conclude that the Defendant is guilty beyond a reasonable doubt

17   and you will conclude that, when he traveled on those dates

18   charged in the indictment, on October 2nd, 2001; October 30th,

19   2003; November 27th, 2004; February 27, 2006; September 15th,

20   2009, he traveled with the purpose of engaging in illicit

21   sexual conduct with children in Haiti, and that, on May 8th,

22   2011, he tried to travel, he attempted to travel, for that very

23   same purpose, to engage in illicit sexual conduct with the

24   children in his care, but the Department of Homeland Security

25   stopped him and arrested him on that day.

Opening Statement by Ms. Medetis                25

1          And how will we prove his purpose?  The evidence will

2    show that for 15 years, the Defendant traveled between the

3    United States and Haiti to raise money to keep the Morning Star

4    going.  But make no mistake, ladies and gentlemen, make no

5    mistake that he raised this money under the facade that this

6    was a sanctuary for children.

7          But the evidence will show that there was only one

8    purpose to the Morning Star and only one person whom the

9    Morning Star helped.  The Morning Star was there to serve the

10   Defendant's sexual gratifications and desires.  The Morning

11   Star was there to serve no one else but the Defendant.

12         You'll hear from the victims.  You'll hear from the

13   Defendant's victims, the boys that lived with the Defendant at

14   the Morning Star.  You'll hear evidence about how the Defendant

15   summoned boys to his bedroom at all hours of the day and night

16   and made the boys masturbate him.

17         You'll hear evidence about how the Defendant would

18   take boys out of their beds in the middle of the night because

19   he wanted to be sexually gratified and he would bring them into

20   his bedroom and he would perform sex acts with them and make

21   them perform sex acts on him.

22         You will hear about how the Defendant sometimes needed

23   to fulfill his sexual gratification so much so that he didn't

24   bother taking a child out of his bed.  He left the child in the

25   bed and in the middle of the night, as the child slept, he

1    performed oral sex on the child only so that the child could

2    wake up to see the Defendant heaving on top of him.

3          You will hear about how the parade of children in his

4    care, the parade of victims in his care at the Morning Star,

5    sometimes just weren't enough for the Defendant.  Those kids

6    weren't enough for the Defendant.

7          So the Defendant would go elsewhere, go outside the

8    house, to the market, to the street, find a boy, bring him back

9    to the Morning Star, bathe him, feed him, sexually abuse him

10   and, when he was done using the child, disposing of him back on

11   the street.

12         You will hear from the victims about how there were

13   times when one child wasn't enough to gratify the Defendant.

14   One child in his bedroom just wasn't enough.  You will hear how

15   the Defendant would bring two or three boys into the bedroom

16   and how he made them perform sexual acts on each other and

17   sexual acts on him.

18         You will hear how the Defendant made one boy

19   masturbate him as he, the Defendant, performed oral sexual on

20   another boy.

21         Ladies and gentlemen, after you've heard all the

22   evidence, you will know that, on the dates charged in the

23   indictment, when the Defendant got on the airplane from the

24   Southern District of Florida to Miami, he had the purpose, the

25   intent, to go back to Haiti and sexually abuse the boys in his

 1   care and you will know that because there will be evidence that

 2   year after year, month after month, victim after victim, the

 3   Defendant exploited desperate, helpless children for his own

 4   sexual gain, that year after year, day after day, the Defendant

 5   saddled children with the unimaginable responsibility of

 6   choosing, of choosing, between grinding poverty outside the

 7   center if they didn't comply with the sexual demands and living

 8   a nightmare in the Morning Star if they did comply with his

 9   sexual demands.

10          That wasn't a choice.  He gave them no choice.  He

11   lured them into his trap.  He robbed them of hope and he

12   stripped them of their childhood, victim after victim after

13   victim after victim.

14          Thank you.

15          THE COURT:  Mr. Horowitz.

16          MR. HOROWITZ:  Thank you, your Honor.

17          May it please the Court, counsel, Mr. Carter.

18          Good morning, ladies and gentlemen.

19          THE JURY:  Good morning.

20          MR. HOROWITZ:  This is opening statement.  It's my

21   opportunity to address you.

22          What opening statements are are not evidence.  It is

23   the attorneys' preview of what we expect the evidence to show.

24          Trials are kind of like going to the movies.  This is

25   the preview of a coming attractions.  Your main feature comes

Opening Statement by Mr. Horowitz                    28

 1   from right about there.  That's the witness stand.

 2            You, ladies and gentlemen, are judges of the facts.

 3   It is up to you to decide what to believe and what not to

 4   believe.

 5            At the end of the trial is when the lawyers argue,

 6   kind of like the movie reviewers, thumbs up or thumbs down.

 7   However, the thumbs down is not like personal taste, as in

 8   whether you like the movie or didn't like the movie.  It's

 9   whether the Government has proven the allegations against the

10   Defendant beyond a reasonable doubt.

11            You've all taken an oath to follow the law and to hold

12   the Government to its burden of proof beyond a reasonable

13   doubt.

14            Now, that burden doesn't shift over to this side.

15   It's not like tennis where we hit back over the net.  That

16   burden is cemented and firmly rooted right there.

17            Mr. Adelstein and I don't have to ask the witness a

18   single question.  As long as we follow the proper courtroom

19   decorum, we can sit at our tables and do the crossword puzzles

20   all day.

21            Now, you may not think much of our legal ability if we

22   sit there and do the crossword puzzle.  But if the Government

23   cannot prove this case beyond a reasonable doubt, you must find

24   Mr. Carter not guilty as to all counts within the indictment.

25            Now, let me talk to you about the indictment.  This

1   case comes to you by way of indictment.  Some people say,

2   "Well, that may be kind of a nasty word, 'indictment.'"  Let me

3   tell you what an indictment is and what an indictment isn't.

4          An indictment is kind of like the wedding invitation.

5   When you get a wedding invitation in the mail, that invitation

6   will tell you who, what, where and when, but it is not evidence

7   of marriage.

8          An indictment informs the Defendant who, what, where

9   and when and it is not evidence of guilt.

10          As Mr. Carter sits here today, he is presumed

11   innocent, as the Judge instructed you.

12          The evidence will show you who Bill Carter is and who

13   Bill Carter isn't.  He's a 67-year-old man who was born in

14   Detroit.  He's a son of a city of Detroit police officer.  He

15   is a veteran and he is someone who answered God's call.

16          The evidence will show that he ultimately became a

17   missionary.  And following God's calling to be a missionary, he

18   ultimately ended up in Haiti.

19          This was his calling.  Armed with his military pension

20   and money that he was able to raise from other religious

21   organizations in the United States, he founded the Morning Star

22   Center in Haiti in 1995.

23          His calling, you will hear, was to help lift a

24   generation of Haitians, young Haitians, out of poverty through

25   education, through learning English, through proper living,

 1   taking them out of the squalor that is parts of Haiti, through

 2   a Christian education, through Bible study.

 3          The Morning Star Center is not this rogue business.

 4   The evidence will show that it was a legitimate concern in

 5   Haiti.  It operated with all the proper permits, with all the

 6   proper oversight.  It operated open.  It operated legal.

 7          You will hear about the center.  It was a building

 8   that was more than adequate for the purpose that it was

 9   designed to do.  In fact, it was better than most of the

10   housing and most of the buildings in the neighborhood and in

11   the general area.

12          We're talking about a concrete building.  We're not

13   talking about a tent or a tin hut.  It had electricity.  And

14   like most places in Haiti, it did not have running water.  It

15   had well water that was used by everybody.  Certain things that

16   we take for granted in the United States the Morning Star

17   didn't have.  But by Haitian starts, it was above most.

18          You also hear from that witness stand where these boys

19   came from.  They lived in poverty that was so bad, they placed

20   in places with no electricity, no air conditioning, no running

21   waters no, sewers, no education, no hope, little food and a

22   short life expectancy.

23          What Mr. Carter's vision of the Morning Star Center

24   and what be its purpose was, the goal was to lift these boys

25   out of poverty and girls, too, and create young men and women

1    that could be proud of both themselves and how they have lifted

2    themselves up.

3            You will hear that these young men were not held

4    against their will in a prison.  They were free to come and go

5    anytime.

6            The evidence will show they were there with their

7    parents' permission and their parents were free to visit

8    anytime.  If one of the children wanted to leave, they were

9    free to go.  If they didn't like the Morning Star program, they

10   could go.  No one was holding them there.

11           As a matter of fact, if they decided they wanted to

12   go, there was another space for another youngster who -- there

13   was a waiting list to get in.

14           You will hear evidence that the Morning Star Center

15   was so popular that brothers and other siblings of the

16   residents were clamoring to get into the open spots.

17           Under this roof was a home where love and Christian

18   values took hold, not as the Government portrays it.

19           You will hear how Mr. Carter was able to raise money

20   from religious organizations in the United States to help

21   maintain the center.

22           The evidence will show that, prior to May 11th --

23   May 8th, 2011, when Mr. Carter was arrested of the good deeds

24   that he did do in Haiti, you will hear that Morning Star Center

25   operated continually from 1995 through 2011 without incident.

Opening Statement by Mr. Horowitz                    32

1          You will hear that the Morning Star Center -- I think

2    the latter part of 2008, 2009, 2010 was located in an area

3    known as Tabarre, T-a-b-a-r-r-e, and you will hear that it was

4    on an unpaved road.

5          Let me tell you a little bit about Haiti.  Kind of

6    main roads are paved.  Everything else is.  It would be like if

7    you lived in South Dade.  Bird Road may be paved or Kendall

8    Drive may be paved, but the roads off to the side are all

9    unpaved.

10         And that's where Morning Star Center was the morning

11   of the earthquake in Haiti in 2010.  You will hear evidence how

12   Morning Star Center had a clinic inside the building and, after

13   the earthquake, they helped to treat the residents, shared

14   food, and Mr. Carter himself was responsible for saving many

15   lives after the earthquake.

16         In fact, if you walk out of Morning Star, just down

17   the street you will hear testimony was a tent city.  And

18   Mr. Carter helped after the earthquake to attend to those

19   people that needed help.  And those that needed more serious

20   medical attention, he assisted in getting them the medical

21   attention as well.

22         Ladies and gentlemen, the evidence will show that the

23   people of Haiti do not have an easy life.  With rampant poverty

24   and disease, chances of young men reaching adulthood are not

25   good.  With the tools and the educational and religious

Opening Statement by Mr. Horowitz                    33

1   training that Mr. Carter gave to these young men, their chances

2   were increased.

3         The indictment has six counts against Mr. Carter

4   ranging from 2001 to 2011.  The evidence will show that his

5   travel to Haiti was not as the Government alleged, but for the

6   purpose of improving the lives of these impoverished young men.

7         Now, in her opening remarks, the Judge talked to you

8   about evidence.  Evidence is not just tangible things, things

9   you can hold, but intangible, testimony that comes form the

10  witness stand.

11        I want to talk to you about tangible evidence.  The

12  Government has made some extremely serious allegations against

13  Mr. Carter.  At the end of the case, you'll have a chance to

14  take the evidence back into the jury room with you.

15        Things that you will not get to take back with you

16  because there are none include DNA evidence.  There is none.

17  Fingerprints.  There are none.  Photos, videos.  There are none

18  to support these allegations.  There is not one shred of

19  physical evidence that the Government will introduce to support

20  these allegations.

21        At the end of the case, we will have one more chance

22  to address you on Mr. Carter's behalf.  I know you'll be

23  attentive and I know that you will listen to all the evidence

24  and, at the end of the case, we'll ask you to return a verdict

25  of not guilty as to Matthew Carter as to all six counts.

1          Thank you very much.

2          THE COURT:  Call your first witness.

3          MS. MEDETIS:  Your Honor, the Government calls José

4     Escamilla.

5               JOSÉ ESCAMILLA, GOVERNMENT WITNESS, SWORN

6          THE COURT:  You may be seated.

7          Please state your name and give the spelling of the

8     last name.

9          THE WITNESS:  José Escamilla.  J-o-s-e,

10    E-s-c-a-m-i-l-l-a.

11         THE COURT:  Can you move that microphone towards you,

12    please, sir.

13         MS. MEDETIS:  Permission to proceed, your Honor?

14         THE COURT:  Yes.

15                   DIRECT EXAMINATION

16    BY MS. MEDETIS:

17    Q.  Good morning, sir.

18    A.  Good morning.

19    Q.  Can you please tell us where you work.

20    A.  I work for Customs and Border Protection.

21    Q.  And is that referred to as "CBP" for short?

22    A.  Correct.

23    Q.  How long have you been with CBP?

24    A.  12 years.

25    Q.  And before you were with CBP, what did you do?

 1    A.   I was in college.

 2    Q.   And what are --

 3              THE COURT:   One moment, please.

 4              Can you move up a little bit?  I'm concerned that

 5    everybody be able to hear you.

 6              Thank you.

 7              Go ahead.

 8    BY MS. MEDETIS:

 9    Q.   Can you move the microphone closer to you as well.  Closer.

10    Okay.

11         What is your title at CBP?

12    A.   Customs and Border Protection officer.

13    Q.   And what are your duties and responsibilities?

14    A.   Currently I'm an outbound enforcement officer.

15    Q.   And what is an outbound enforcement officer?

16    A.   We inspect the commodities, merchandise, people leaving the

17    country, and we primarily look for undeclared amounts of

18    currency and weapons.

19    Q.   And where are you stationed?

20    A.   Miami International Airport.

21    Q.   I wanted to direct your attention to May 8, 2011.

22         Were you on duty that day?

23    A.   Yes, ma'am.

24    Q.   And what were you tasked with that day?

25    A.   We were tasked -- myself and the team were tasked with

 1   executing a warrant for arrest.

 2   Q.   Who was the warrant for?

 3   A.   Mr. Matthew Carter.

 4   Q.   Where is it that you were supposed to arrest him?

 5   A.   Where?

 6   Q.   Yes.

 7   A.   At the airport, upon his departure to Haiti.

 8   Q.   And you said that you work with a team.

 9        How many members of your team were working on this arrest

10   warrant that day?

11   A.   That was myself and two other officers.

12   Q.   Did you do anything before going to execute the arrest

13   warrant?

14   A.   Yes.

15   Q.   What did you do?

16   A.   When we arrived to our work location, we were given the

17   order to execute the warrant.  We were given the name, the date

18   of birth, passport number.

19        And so with our, you know, expertise and whatnot, we did

20   our queries and other checks and other databases to get more

21   information of the passenger that was departing to Haiti.

22        So we find out if the person has violent tendencies, which

23   means we may have to take more officers to the site.  We found

24   out if they've ever traveled before, any previous inspections.

25             MR. HOROWITZ:  Objection, your Honor.

1    BY MS. MEDETIS:

2    Q.  Did you --

3             THE COURT:  One moment, please.

4             Grounds for the objection?

5             MR. HOROWITZ:  Hearsay and relevancy.

6             THE COURT:  Overruled.

7             Go ahead.

8    BY MS. MEDETIS:

9    Q.  Did you contact -- or as part of your normal operating

10   procedure for executing warrants, did you contact the airline?

11   A.  Correct.  Yes.

12   Q.  What's the reason for contacting the airline in this case?

13   A.  Once we get all the information on a passenger, get a feel

14   for the situation, we have to contact the airline to request

15   the bags to get pulled from the aircraft.

16        We don't want the bags to get loaded when the person's not

17   going to fly.  So now they have to unload the entire aircraft

18   to get those, you know, two or three bags, whatever, how many

19   bags a person is traveling with.  So we do that an hour prior

20   to actual arriving it at the Jetway.

21   Q.  And so, after you did this preliminary background work,

22   what did you do next?

23   A.  We contacted the airline.  We requested the bags get

24   pulled.  We confirmed the flight and the gate, you know, to

25   make sure we have the accurate information.

1          Once they gave us the -- the airline gives us the accurate

2     information, we go to the Jetway and hang out for the flight to

3     get boarded.

4     Q.   Did you do that in this case?

5     A.   Yes.

6     Q.   Where did you position yourself once you got to the gate?

7     A.   In the Jetway itself.

8     Q.   What is a Jetway?

9     A.   A Jetway is a square tube that connects the building to the

10    aircraft and people walk in and out of the aircraft.

11    Q.   Once you were in the Jetway, did passengers start boarding

12    the plane?

13    A.   Shortly thereafter.  Yes, ma'am.

14    Q.   What did you do at that point?

15    A.   Well, now that we have an idea what the passengers -- our

16    target looked like, we basically wait for the target to come in

17    and we question the passenger.  We basically do an outbound

18    examination.

19    Q.   What is an outbound examination?

20    A.   Well, like I said previously, we check for undeclared

21    amounts of currency and weapons parts and weapons.  Obviously,

22    we're not going to find a lot of weapons in the airport, per

23    se, because of TSA screening and whatnot.  So we have to look

24    at money and see if undeclared amounts money are leaving the

25    country.

```
 1   Q.   In this case, what was the arrest warrant for?

 2   A.   The warrant was for child exploitation.

 3   Q.   And did you stop anybody on the jet bridge that day?

 4   A.   Yes.

 5   Q.   And who did you stop?

 6   A.   Mr. Carter.

 7   Q.   And do you see Mr. Carter here today?

 8   A.   Yes.

 9   Q.   Could you point to him and identify him by an article of

10   clothing.

11   A.   The gentleman wearing the blue shirt.

12             MS. MEDETIS:  For the record, we would ask that the

13   witness have -- reflect that the witness identified the

14   Defendant.

15             THE COURT:  It will so reflect.

16   BY MS. MEDETIS:

17   Q.   What happened when you encountered -- first of all, where

18   did you encounters Mr. Carter that day?

19   A.   In the actual Jetway itself.

20   Q.   And what did you do once you encountered the Defendant?

21   A.   I asked for his travel documents, passport, boarding pass,

22   things of that sort.

23   Q.   And did the Defendant give you those things?

24   A.   Yes.

25   Q.   And what happened after the Defendant gave you those items?
```

Escamilla - DIRECT - By Ms. Medetis          40

1   A.   We verified that the passenger was, in fact, the person who

2   was actually in front of me, based on the picture.  We ask for,

3   you know, information, "Hey, what is your date of birth?"  They

4   give us a date of birth.  A lot of people don't know their

5   passport number; so, we try to keep it kind of simple at first.

6   Q.   And then what happened next?

7   A.   We did verify that he was, in fact, Mr. Carter and was, in

8   fact, the target that was -- you know, for the day.  I went

9   ahead and proceeded with the outbound inspection itself.

10  Q.   And what happened -- did that all -- where did that all

11  take place, that inspection?

12  A.   In the Jetway itself.  Yes.

13  Q.   Did there come a time when you left the Jetway?

14  A.   Yes.  After the examination was done and we needed to

15  verify his monies, it was done outside the Jetway.  It was a

16  bit more conducive for that type of examination.

17  Q.   And so did you remove the Defendant from the Jetway?

18  A.   Yes.  I walked him out of the Jetway, escorted him out of

19  the Jetway, sat him down in the waiting area.

20  Q.   And what did you do next?

21  A.   Well, after that, we actually verified his monies.

22       Can I go back to the actual Jetway itself?

23  Q.   Sure.

24  A.   We do the inspection with the 503 -- CBP Form 503, which is

25  basically informing the passenger of the reporting requirement.

1   If they are traveling with more than $10,000 or equivalent

2   thereof, they have to declare it upon departure, just like

3   anybody who's coming into the US.  We give them the opportunity

4   to, you know, amend their declaration or file the appropriate

5   documents on the way out.

6        Once he filled out that document, I take him outside the

7   Jetway to verify those monies.  We counted his money and, after

8   I counted his money, I basically told him that he had a warrant

9   for his arrest.

10  Q.  And then what happened after you told him that?

11  A.  I stood him up and took him to a secluded area away from

12  the public view and handcuffed him.  I searched him, his

13  immediate -- searched his immediate area for weapons and

14  escorted him to our processing area for processing of the

15  arrest.

16  Q.  And once you brought him to the processing area, what did

17  you do next?

18  A.  We waited for the bags to arrive because, as we're in the

19  Jetway and escorting the passenger to the enforcement area, we

20  have other officers actually taking the bags from the ramp into

21  the actual terminal where we actually process our seizures and

22  our arrests.  So we waited for the bags to get there.

23  Q.  And what happened once the bags got there?

24  A.  Well, once we get to the processing area, to the actual

25  search room, I removed the handcuffed from Mr. Carter and I

 1  went ahead and did actual pat-down on him.

 2  Q.   And when you did the pat-down, what did you do?

 3  A.   Basically check for any contraband on their person or their

 4  body or any weapons that they might have on their shoes or in

 5  their hair or, you know, around their waistband and whatnot.

 6  Q.   Did you empty out his pockets?

 7  A.   Yes.  We pulled, you know, personal effects out of his

 8  pockets.  Yes.

 9  Q.   To be clear, there was no contraband or --

10  A.   No excess amount of cash that we were interested in.

11  Q.   In this case?

12  A.   No weapons or narcotics or anything of that sort.

13  Q.   Did you and your team search the Defendant's -- was there

14  checked luggage in this case?

15  A.   Yes.

16  Q.   And did your team search that luggage as well?

17  A.   Yes.

18  Q.   And was the Defendant carrying any carry-on bags?

19  A.   Yeah.  He was traveling with a couple of carry-ons.  Yes.

20  Q.   Did your team search those items as well?

21  A.   Yes.  They were done initially during the verification of

22  the monies right by the Jetway.  We do a more thorough

23  inspection of the baggage in the search room.

24  Q.   And once a search is done of bags and of the Defendant's

25  pockets, what do you do -- what does your group do with these

1   items?

2   A.   We bag them and seal them.  We seal them in evidence bags,

3   based on the type of -- electronics or papers or books or, you

4   know, clothing.  It's by category.

5   Q.   Office Escamilla, I've just shown defense counsel what has

6   been marked for identification purposes as Government's

7   Exhibit 20.

8          MS. MEDETIS:  Your Honor, may I approach?

9          THE COURT:  Yes.

10  BY MS. MEDETIS:

11  Q.   Please take a look at Government's Exhibit 20.

12       Do you recognize that item?

13  A.   Yes.

14  Q.   And how do you recognize it?

15  A.   It's a US passport belonging to Mr. Carter that we seized

16  on the day of the arrest.

17  Q.   What day was that?

18  A.   May 8.

19  Q.   What year?

20  A.   2011.

21  Q.   And the item you're holding, is it in substantially the

22  same condition as when you seized it on May 8, 2011?

23  A.   Yes.

24          MS. MEDETIS:  Your Honor, the Government would move to

25  admit it.

```
 1              MR. ADELSTEIN:  No objection.

 2              THE COURT:  It will be admitted as Government's

 3      Exhibit 20.

 4              (Whereupon, Government's Exhibit No. 20 was entered

 5      into evidence.)

 6              MS. MEDETIS:  Your Honor, permission to publish to the

 7      jury via the overhead?

 8              THE COURT:  You may.

 9              You may want to turn it.  There we go.

10      BY MS. MEDETIS:

11      Q.  And you had just said, Officer Escamilla, that this was the

12      passport that was seized -- that you seized from the Defendant

13      on the day of his arrest.  Correct?

14      A.  Correct.

15      Q.  And what is the passport number?

16      A.  472491686.

17      Q.  And what is the passport -- who is the passport in the name

18      of?

19      A.  Matthew Andrew Carter.

20      Q.  And directing your attention to the page numbered 3,

21      there's a signature -- is there a signature on that page?

22      A.  Yes.

23      Q.  And whose signature is that?

24      A.  Matthew A. Carter.

25      Q.  And what is the date of birth listed on this -- the
```

1   passport?

2   A.   27 April, 1945.

3   Q.   And what's the place of birth listed?

4   A.   Michigan, USA.

5   Q.   Can you please read for the jury the date of issue of this

6   passport.

7   A.   8 June, 2010.

8   Q.   Now, directing your attention to Page 27 of the passport,

9   can you read what that says.

10  A.   Yes.  The bearer is also known as William Charles Harcourt.

11  Q.   I've just shown defense counsel what's been previously

12  marked for identification purposes as Government's

13  Exhibits 21-A and -B.

14          MS. MEDETIS:  Your Honor, permission to approach?

15          THE COURT:  You may.

16  BY MS. MEDETIS:

17  Q.   Sir, can you please take a look at those.

18  A.   Yes.

19  Q.   And do you recognize what I've just handed you?

20  A.   Yes.

21  Q.   How do you recognize them?

22  A.   They're boarding passes belonging to Mr. Carter.

23  Q.   And when did you first see those?

24  A.   I saw these when I requested the travel documents upon

25  entry into the Jetway.

Escamilla - DIRECT - By Ms. Medetis          46

1    Q.   And that was on May 8, 2011.  Correct?

2    A.   Correct.

3    Q.   And are those boarding passes in substantially the same

4    condition as when you received them on May 8, 2011, from the

5    Defendant?

6    A.   Yes.

7              MS. MEDETIS:  Your Honor, permission to publish?

8              THE COURT:  Are you going to move them into evidence?

9              MS. MEDETIS:  I would like to move them into evidence

10   first.

11             MR. ADELSTEIN:  No objection.

12             THE COURT:  They will be admitted as Government's

13   Exhibits 21-A and -B.

14             (Whereupon, Government's Exhibit Nos. 21-A and 21-B

15   were entered into evidence.)

16             THE COURT:  You may publish.

17   BY MS. MEDETIS:

18   Q.   Directing your attention to what's been marked and now

19   admitted as Government's Exhibit 21-B, can you tell us, the

20   boarding pass, who it's in the name of?

21   A.   Matthew Carter.

22   Q.   And for purposes of this boarding pass, what is the

23   departure?

24   A.   The departure is Miami International Airport.

25   Q.   And what is the destination, based on this boarding pass?

1    A.   Port-au-Prince, Haiti.

2    Q.   And the carrier?

3    A.   American Airlines.

4    Q.   What is the flight number?

5    A.   American 809.

6    Q.   What is the date of travel, based on this boarding pass?

7    A.   8 May.

8    Q.   And what is the seat assignment, based on this boarding

9    pass?

10   A.   16C.

11        MS. MEDETIS:   I'm showing defense counsel what's been

12   marked for identification as Government's Exhibit 22.

13        May I approach, your Honor?

14        THE COURT:   You may.

15   BY MS. MEDETIS:

16   Q.   Officer Escamilla, could you take a look, please, at this

17   exhibit.

18   A.   Okay.

19   Q.   And do you recognize it, sir?

20   A.   Yes.

21   Q.   And how do you recognize it?

22   A.   It's a passenger receipt for Mr. Carter that was seized on

23   the day of the arrest.

24   Q.   And is that passenger receipt in substantially the same

25   condition as when you seized it from the Defendant on May 8,

1   2011?

2   A.   Correction.  Let's see.  What was the question again?  I'm

3   sorry.

4   Q.   Is that item in substantially the same condition as when

5   you seized it from the Defendant?

6   A.   Yes.

7           MS. MEDETIS:  Your Honor, the Government would move to

8   admit into evidence at this time Exhibit 22.

9           THE COURT:  It will be admitted as Government's

10  Exhibit 22.

11          (Whereupon, Government's Exhibit No. 22 was entered

12  into evidence.)

13          THE COURT:  You may publish.

14          MS. MEDETIS:  Could we use the overhead camera?

15          THE COURT:  We can try.  It has to be in the right

16  spot and then you have to zoom in.

17          MS. MEDETIS:  I'll do it from the seat.

18          MR. ADELSTEIN:  Were you doing that, Judge?

19          THE COURT:  Yes.

20          MR. ADELSTEIN:  That's pretty neat.

21  BY MS. MEDETIS:

22  Q.   Pointing now at what's been labeled as Government's

23  Exhibit 22, the front of that exhibit, you said this is a

24  passenger receipt.  Correct?

25  A.   Yes.

```
 1    Q.   It's a passenger receipt for which passenger?

 2    A.   Matthew Carter.

 3    Q.   And on this side of the document, do you recognize what

 4    these entries are?

 5    A.   I don't recall what those numbers are.  It could be a

 6    passenger --

 7              MR. ADELSTEIN:  Objection.

 8              THE COURT:  Sustained.

 9              THE WITNESS:  -- locater.

10              THE COURT:  Sir, if there's an objection, you need to

11    wait until I've ruled on it.  If I sustain the objection, you

12    may not answer the question.

13    BY MS. MEDETIS:

14    Q.   I've shown defense counsel what's been marked for

15    identification as Government's Exhibits 23-A and -B.

16              MS. MEDETIS:  May I approach, your Honor?

17              THE COURT:  You may.

18    BY MS. MEDETIS:

19    Q.   Officer Escamilla, do you recognize these items?

20    A.   Yes.

21    Q.   How do you recognize them?

22    A.   These were seized on the day from Mr. Carter.

23    Q.   And on the day -- when you say "on the day," do you mean

24    May 8, 2011?

25    A.   Correct.
```

Escamilla - DIRECT - By Ms. Medetis            50

1   Q.   And are those items in substantially the same condition as

2   when you seized them on May 8, 2011?

3   A.   Yes.

4        MS. MEDETIS:  Your Honor, the Government would move to

5   admit those into evidence at this time.

6        MR. ADELSTEIN:  No objection.

7        THE COURT:  This is 23-A and -B?

8        MS. MEDETIS:  Yes.

9        MR. ADELSTEIN:  No objection.

10       THE COURT:  They will be admitted as Government's

11   Exhibits 23-A and -B.

12       (Whereupon, Government's Exhibit Nos. 23-A and 23-B

13   were entered into evidence.)

14       THE COURT:  You may publish.

15   BY MS. MEDETIS:

16   Q.   Looking at Exhibits 23-A and -B, sir, could you tell us the

17   number that appears at the very bottom of the baggage claim

18   ticket, 23-A.

19   A.   AA762871.

20   Q.   And for 23-B, could you please read for the jury the number

21   at the bottom of that exhibit.

22   A.   AA762980.

23   Q.   And is there a passenger name listed on these baggage claim

24   tickets?

25   A.   Yes.

1   Q.   What is the passenger's name?

2   A.   Matthew Carter.

3         MS. MEDETIS:   I'm showing defense counsel what's been

4   marked for identification purposes as Government's Exhibit 24

5   through 29.

6         MR. ADELSTEIN:   Can we approach on one?

7         THE COURT:   Come on up.

8         (Whereupon, the following proceedings were had at

9   side-bar outside the presence of the jury:)

10        MR. ADELSTEIN:   Can I see this?

11        THE COURT:   Which number, please?

12        MR. ADELSTEIN:   I'm going to tell you.

13        The only objection I have is on Exhibit No. 26,

14   dealing with the picture of a child from Egypt.

15        THE COURT:   It's not what I have on my witness list --

16   exhibit list.   I have 26 as the business card.

17        MR. ADELSTEIN:   26 marked here is a photograph of a

18   young man from, it appears, Egypt.

19        We were not given any notice on their 404 or 413-414

20   there would be any evidence dealing with a child from Egypt.

21   So I'd object to that.

22        I have no objection to the other documents coming in.

23        MS. MEDETIS:   Your Honor, there is notice that the

24   Government would be bringing up the conduct in Egypt per our

25   413-414 motion.

Escamilla - DIRECT - By Ms. Medetis          52

1          There will be testimony about that from a witness

2     named Dieucibon, who will be testifying.  And that is simply

3     corroborating that evidence, placing the Defendant in Egypt.

4          Likewise, it goes towards evidence of the Defendant's

5     identity.  This was found on his person and is an item in the

6     name of Williams Charles Harcourt.

7          MR. ADELSTEIN:  Well, we would be objecting to the

8     testimony from any child dealing with Egypt.  I don't believe

9     that they gave us any notice in 413 or 404(b) evidence

10    indicating any kind of -- surrounding a child in Egypt.

11          We were given notice of London; we were given notice

12    of Winter Haven; we were given notice of all the children in

13    Haiti, but nothing to do with Egypt.

14          MS. MEDETIS:  That's inaccurate, your Honor.

15          There was notice of conduct in Egypt and your Honor

16    ruled that that testimony would be admissible regardless of

17    sexual conduct with minors in Egypt, not necessarily the

18    identity of anybody, nor are we going to move to identify

19    anybody in that picture.

20          THE COURT:  So what's the probative value of this

21    exhibit?

22          MS. MEDETIS:  Your Honor, this will corroborate

23    that -- first, it is evidence of the Defendant's identity as

24    William Charles Harcourt.

25          And it will also corroborate that the Defendant, who

1   possessed this, had dealings with and was in Cairo for a period

2   of time.  It will corroborate the testimony of Dieucibon

3   Xxxxxx, who will be testifying, as we noted in our motion under

4   413-414, that the Defendant told that witness that he had been

5   in Egypt and he had sexually abused children in Egypt.

6          So we would view it as twofold evidence of identity

7   and, also, corroborative evidence of the Egypt conduct.

8          MR. ADELSTEIN:  Again, I don't recall in their 413-414

9   notice of any activity dealing with Egypt.  And certainly the

10  prejudicial -- I know why they want to do it.

11         THE COURT:  Do you need to publish this to the jury

12  right now?  I just want to check the order and the notice.

13         MS. MEDETIS:  Certainly.  We can wait to publish it,

14  but we'd like to admit it as -- yes -- admit it as something

15  that was on his person when he was arrested.  We can wait to

16  publish it.

17         THE COURT:  So let's do this.  Let's take a break.

18  Let me pull --

19         MS. MEDETIS:  I want to make sure the numbers are

20  accurate because there seems to be a misnumbering.

21         THE COURT:  I have that as the Morning Star business

22  card, Founder/Director, Matthew Bill Carter.

23         MS. MEDETIS:  I think the two items might have gotten

24  switched.  We'll fix that.

25         Is there a Government's Exhibit 27 that talks about --

1      THE COURT:  I don't have it listed at all unless this

2  is -- maybe this is 28, Children's Activities & Training

3  employee card.

4      MS. MEDETIS:  Yes.  So, then, we are, in fact,

5  referring to Government's Exhibit 28.

6      THE COURT:  So you want to switch that?

7      MS. MEDETIS:  Whatever it is listed on the exhibit

8  list, we'll maintain that number and switch the exhibit labels.

9      MR. ADELSTEIN:  Then we're talking about Exhibit --

10     MS. MEDETIS:  28.

11     MR. ADELSTEIN:  -- 28, which will be the photograph of

12  this child from Egypt.

13     MS. MEDETIS:  Yes.

14     THE COURT:  So let's make sure it's properly

15  identified in the record and so I understand.

16      This is an employee card for this child from a program

17  in Cairo, Egypt, and it states on it the employee name, which

18  is the name Ahmed Moustafa Ahmed, and photo of -- it seems to

19  be a minor male.  It then states "authorized by," and the name

20  on the script is William Harcourt.

21     MS. MEDETIS:  There is also, your Honor, a stamp.

22     THE COURT:  And a stamp that says "William."  And then

23  it says "CAT, Children's Activities & Training."  Under -- on

24  the reverse side, it says 5 Mohammed Basha Riad -- R-i-a-d --

25  Street, Heliopolis, H-e-l-i-o-p-o-l-i-s, Cairo.

1              So let's take a break so I can pull those.

2              Thank you.

3              (Whereupon, the following proceedings were had in open

4      court:)

5              THE COURT:  Ladies and gentlemen, we're going to take

6      a short recess.

7              Do not discuss this case either amongst yourselves or

8      with anyone else.  Have no contact whatsoever with anyone

9      associated with the trial.

10             Do not read, listen or see anything touching on this

11     matter in any way, including anything on the Internet or on any

12     access device.

13             If anyone should try to talk to you about this case,

14     you should immediately instruct them to stop and report it to

15     my staff.

16             We'll be in recess for ten minutes.  You may leave

17     your notebooks and your other -- your water bottles, if you

18     want, at your chairs.

19             (Whereupon, the jury exited the courtroom at

20     10:52 a.m. and the following proceedings were had:)

21             THE COURT:  We're in recess for ten minutes.

22             MR. ADELSTEIN:  Yes, ma'am.

23             (Thereupon a recess was taken, after which the

24     following proceedings were had:)

25             THE COURT:  We're back on United States of America

 1   versus Matthew Andrew Carter, Case No. 11-20350.

 2           Counsel, state your appearances.

 3           MS. MEDETIS:  Yes, your Honor.  Good day.

 4           Maria Medetis and Bonnie Kane on behalf of the United

 5   States.

 6           MR. ADELSTEIN:  Stu Adelstein, Phil Horowitz on behalf

 7   of Mr. Carter, along with Reginald Hope, who's sitting at the

 8   table.

 9           THE COURT:  We have a juror issue.

10           Before we take that up, I want to give a ruling on

11   this issue regarding the Exhibit No. 28.

12           Is there a date on that?

13           MS. MEDETIS:  Your Honor, let me just look real quick.

14   I don't know off the top of my head.

15           There is no date.  No.  There is no date.

16           THE COURT:  In Docket Entry 122, which is motion in

17   limine pursuant to Federal Rule of Evidence 413, 414 and

18   404(b), to introduce other act evidence by the United States,

19   the Government at Page 9 references the testimony of JDJ.

20           Is that the same person that you identified side-bar?

21           MS. MEDETIS:  Yes, your Honor.

22           THE COURT:  And his testimony, pursuant to 413 and

23   414, would be that, on two separate occasions, the Defendant

24   admitted to JDJ that he, the Defendant, sexually abused minor

25   boys while he lived in Egypt.

1          And it is also directly addressed in the Court's

2     omnibus order, Docket Entry 147, at Page 21.

3          At Docket Entry 122, the motion in limine by the

4     Government is granted in that order.  It's also referenced on

5     Page 36 of my omnibus order, Docket Entry 147.

6          Therefore, the objection to the introduction into

7     evidence of Government's Exhibit 28 is overruled.

8          I find that the Government did provide notice pursuant

9     to Rule of Evidence 413, 414 and 404(b), and it is addressed in

10    the Court's omnibus order, Docket Entry 147.

11         MS. MEDETIS:  Your Honor, if I may supplement for the

12    record that there was also additional notice provided regarding

13    the testimony and the Egypt conduct in a March, I believe,

14    13th, 2012, notice filed by the Government noticing up formally

15    the testimony prior to the filing of our actual motion in

16    limine on October 22nd.

17         THE COURT:  Right.

18         There's an earlier notice, Docket Entry 89, March

19    13th, the supplemental notice.  That references Mr. McCrum and

20    a conference in 1988 that the Defendant was working with the

21    church pastor in order to raise funds to travel to Egypt to

22    work as a missionary.

23         Is that what you're referencing?

24         MS. MEDETIS:  Yes, Judge.

25         THE COURT:  So on the juror issue, Juror No. 14,

1   Ms. Falcon, has now given Patricia a note.  I will read it to

2   you.

3          MS. MEDETIS:  Your Honor, the witness is still here,

4   as a reminder.  Do you want him to stay?

5          THE COURT:  Do you have any objection to the witness

6   being here for the juror?

7          MR. ADELSTEIN:  No.

8          MR. HOROWITZ:  No.

9          THE COURT:  "Dear Judge, I was afraid to talk in front

10  of everyone.  I did not feel comfortable.  But the center I

11  work at is small.  There's three classrooms and three teachers,

12  me being one of them.  If I'm not there, they would have to

13  hire a new teacher.  I'm also the one in charge of opening the

14  center.

15         "Thank you, Natalie Falcon."

16         MR. ADELSTEIN:  We would move to strike her for

17  hardship.  It's clear at this point, to us, at least.

18         MS. MEDETIS:  Your Honor, again, the Government would

19  defer to the Court, though it does appear that there's now some

20  more information regarding apparent hardship for this juror.

21         THE COURT:  The motion to strike the juror is granted.

22  She's excused.

23         I am going to instruct Patricia, because she's still

24  on jury duty and I'm not taking her off her two-week jury duty,

25  that -- have Patricia tell her it's important that she convey

```
 1   such information to whatever judge she appears before if she
 2   has a problem and not wait.
 3             So she's excused.
 4             Patricia, you can excuse her.  I'll give you a moment.
 5             THE COURTROOM DEPUTY:  Yes, Judge.
 6             THE COURT:  You had moved in all the exhibits?
 7             MS. MEDETIS:  Your Honor, we had not yet moved the
 8   exhibits in.
 9             THE COURT:  You had shown them to Mr. Adelstein and
10   you're going to show them to the witness?
11             MS. MEDETIS:  Correct, Judge.
12             THE COURT:  You can bring the jurors in, please.
13             (Whereupon, the jury entered the courtroom at
14   11:25 a.m. and the following proceedings were had:)
15             THE COURT:  You may be seated.
16             You are still under oath, sir.
17             You may proceed.
18   BY MS. MEDETIS:
19   Q.  Officer, directing your attention again to the monitor
20   before you, on the monitor are Exhibits -- Government's
21   Exhibits 23-A and -B, which have already been admitted into
22   evidence.
23        Could you remind us again what those were.
24   A.  These are baggage claim tickets.
25             MS. MEDETIS:  Your Honor, permission to approach?
```

 1          THE COURT:  You may.

 2    BY MS. MEDETIS:

 3    Q.  Officer, I'm handing you what's been marked for

 4    identification as Government's Exhibits 23-C through -F for

 5    identification purposes.

 6          Could you take a look at those, please.

 7    A.  Yes.

 8    Q.  Do you recognize those, sir?

 9    A.  Yes.

10    Q.  And how do you recognize those?

11    A.  These are luggage belonging to Mr. Carter, based on the

12    baggage tag.

13    Q.  When you say "luggage," do you mean photographs of luggage?

14    A.  Correct.  Correct.

15    Q.  And the photographs, the subject matter that's depicted in

16    them:  Is it fairly and accurately depicted -- does it fairly

17    and accurately depict the luggage as it was when you saw it at

18    the time that the Defendant was arrested on May 8, 2011?

19    A.  Yes.

20    Q.  Any alterations or deletions to those photographs?

21    A.  No.

22          MS. MEDETIS:  Your Honor, the Government would move

23    23-C through 23-F into evidence at this time.

24          MR. ADELSTEIN:  No objection on that.

25          THE COURT:  They will be admitted as Government's

1    Exhibits 23-C through 23-F.

2            (Whereupon, Government's Exhibit Nos. 23-C through

3    23-F were entered into evidence.)

4            MS. MEDETIS:  Your Honor, permission to publish?

5            THE COURT:  You may.

6    BY MS. MEDETIS:

7    Q.   I'm publishing now what's been admitted as Government's

8    Exhibit 23-C.

9            Again, what is this?

10   A.   It's a picture of Mr. Carter's luggage.

11   Q.   Can you tell, sir, from looking at this what the flight --

12   the flights listed are?

13   A.   The flight listed is American 809 to Port-au-Prince, Haiti.

14   Q.   And can you tell from looking at that if I were to hand you

15   the exhibit -- because there is a bit of a glare -- the baggage

16   ticket claim number?

17           MS. MEDETIS:  May I approach, Judge?

18           THE COURT:  Yes.

19           THE WITNESS:  The number?  AA7782871.  It's kind of

20   hard to decipher right now.  The quality of the picture is, you

21   know....

22   BY MS. MEDETIS:

23   Q.   Let me show you what's been admitted as Government's

24   Exhibit 23-D.

25           Can you read the baggage claim now, the baggage claim

1   ticket?

2   A.   AA762871.

3   Q.   I'm showing you what's been admitted as Government's

4   Exhibit 22-E.

5        What is that, sir?

6   A.   That's another photo of Mr. Carter's luggage, baggage tag

7   AA762980.

8   Q.   And showing you what's been marked as Government's Exhibit

9   24-F and now admitted as 24-F, could you please read for the

10  jury the ticket claim number.

11  A.   AA762980.

12  Q.   And the ticket claim numbers on these two pieces of luggage

13  depicted in the photographs, Government's Exhibit 23-C through

14  -F:  Do they match, based on your review, the ticket claim

15  numbers on the actual ticket claim -- baggage ticket claims

16  that you seized from the Defendant, Government's Exhibit 23-B

17  and -A?

18  A.   Yes.  They do match.

19  Q.   I've already shown defense counsel what's been marked for

20  identification purposes as Government's Exhibits 24 through 29.

21        MS. MEDETIS:  May I approach, your Honor?

22        THE COURT:  Yes.

23  BY MS. MEDETIS:

24  Q.   Officer, could you please take a look at those previously

25  marked exhibits.

 1   A.   Yes.

 2   Q.   And do you recognize those items?

 3   A.   Yes, ma'am.

 4   Q.   And how do you recognize those items?

 5   A.   These were items that were seized on May 8th, 2011, from

 6   Mr. Carter.

 7   Q.   Going through first Government's Exhibit 24, what is that,

 8   generally?

 9   A.   Exhibit 24, you said?

10   Q.   Yes.

11   A.   A Social Security card.

12   Q.   And Government's Exhibit 25:  What is that?

13   A.   A Michigan driver's license.

14   Q.   Government's Exhibit 26:  What is that?

15   A.   A business card.

16   Q.   Exhibit 27?

17   A.   Another business card for Morning Star Retreat.

18   Q.   Exhibit 28?

19   A.   An employee ID card of --

20   Q.   I apologize for interrupting.

21        Exhibit 29?

22   A.   A photo of two children.

23   Q.   And those items that you've just examined:  Are those

24   items, those exhibits, in substantially the same condition but

25   for the exhibit labels on them as when you seized them on May

1    8, 2011, from the Defendant?

2    A.  Yes.

3         MS. MEDETIS:  Your Honor, the Government would move at

4    this time to admit those into evidence.

5         THE COURT:  They will be admitted as Government's

6    Exhibits 24 through 29.

7         (Whereupon, Government's Exhibit Nos. 24 through 29

8    were entered into evidence.)

9         THE COURT:  You may publish.

10   BY MS. MEDETIS:

11   Q.  Showing you what's been admitted now as Government's

12   Exhibit 24, turning that over to the front of that Social

13   Security card, what is the name of the Social Security -- what

14   is the name on the Social Security card, sir?

15   A.  Matthew Andrew Carter.

16   Q.  And is the Social Security card signed?

17   A.  Yes.

18   Q.  And what does the signature state?

19   A.  Matthew A. Carter.

20   Q.  What's the Social Security number listed on the card?

21   A.  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.

22   Q.  Moving on to Government's Exhibit 25, what is this again,

23   sir?

24   A.  Michigan driver's license.

25   Q.  And who is it in the name of?

Escamilla - DIRECT - By Ms. Medetis          65

1    A.   Matthew Andrew Carter.

2    Q.   What's the address listed on this driver's license?

3    A.   9755 Bitten Drive.

4    Q.   What's the city?

5    A.   Brighton, Michigan.

6    Q.   And is there a ZIP code, postal code, on there?

7    A.   Yes.  48114-9629.

8         MS. MEDETIS:  And for the benefit of the court

9    reporter, that is Bitten Drive, B-i-t-t-e-n, Brighton,

10   Michigan, B-r-i-g-h-t-o-n.

11   BY MS. MEDETIS:

12   Q.   What's the date of birth listed on this driver's license?

13   A.   4-27-1945.

14   Q.   Turning to the back of Government's Exhibit 25, is there an

15   address listed at the bottom of that driver's license?

16   A.   Yes.

17   Q.   Could you please read that to the ladies and gentlemen of

18   the jury.

19   A.   664 West Chicago Road, Bronson, Michigan, 49029 --

20   correction -- 49028.

21   Q.   And is there a date at the bottom right-hand corner?

22   A.   Yes.

23   Q.   What is that?

24   A.   4-15-2011.

25   Q.   Showing you what's been admitted as Government's Exhibit

1   26, turning to the front of that exhibit, can you tell the

2   ladies and gentlemen of the jury again what this appears to be.

3   A.   This is a business card belonging to Mr. Matthew Bill

4   Carter.

5   Q.   And is there a title underneath where the name Matthew Bill

6   Carter is listed?

7   A.   Founder/director.

8   Q.   What else is listed under the business card there?

9   A.   The same address as in the driver's license, 664 West

10  Chicago Road, Bronson, Michigan, 49028.

11  Q.   Is there an e-mail address listed on this business card?

12  A.   Yes.

13  Q.   And could you please read it for the ladies and gentlemen

14  of the jury.

15  A.   getcarter2010@yahoo.com.

16  Q.   Showing you now Government's Exhibit 28, can you please

17  read the first line of that exhibit.

18  A.   Ahmed Moustafa Ahmed.

19  Q.   What is underneath the name Ahmed Moustafa Ahmed?

20  A.   Employee name.

21  Q.   Just beneath that name, what appears on the exhibit?

22  A.   The signature bearing William Harcourt.

23  Q.   And underneath the signature, what does it say?

24  A.   "Authorized by."

25  Q.   And under "authorized by," what does it say?

 1    A.   CAT, Children's Activities & Training.

 2    Q.   On the front of this exhibit, are there any stamps?

 3    A.   There's two stamps.

 4    Q.   Could you please read what the stamps say.

 5    A.   It's a rectangular stamp with the name bearing "William"

 6    and a circular stamp bearing the acronym "CAT."

 7    Q.   Turning to the reverse side of Government's Exhibit 28,

 8    could you please read what that says to the jury.

 9    A.   Children's Activities & Training, 5 Mohammed Basha Riad

10    Street, Heliopolis, Cairo:  CAT.

11    Q.   Turning to Government's Exhibit 27, tell us what that is

12    again, sir.

13    A.   It's a business card.

14    Q.   And what is the business card say?

15    A.   Morning Star Retreat.

16    Q.   Is there a name on the business card?

17    A.   Yes.

18    Q.   What is the name?

19    A.   William C. Harcourt.

20    Q.   And what is the title for William C. Harcourt as listed on

21    the business card?

22    A.   Program manager.

23    Q.   Could you read that again, sir.

24    A.   Program manager -- correction.

25         Program director.

Escamilla - DIRECT - By Ms. Medetis          68

1   Q.   And is there an address listed on this business card?

2   A.   P.O. Box 314, Bellbrook, Ohio, 45305.

3   Q.   Showing you what's been marked as Government's Exhibit --

4   and now admitted as Government's Exhibit 29, can you please

5   tell us again what Exhibit 29 is.

6   A.   It's a photo of two younger children, young men.

7   Q.   And, again, all of these items, Government's Exhibit 24

8   through 29, that you just went through for the jury:  These

9   were found on the Defendant.  Correct?

10  A.   Correct.

11  Q.   And on what date were they found?

12  A.   May 8th, 2011.

13          THE COURT:  Ms. Medetis, one of the jurors needs to

14  use the rest room.

15          So which juror is that?

16          You may -- we'll wait for you.  Go ahead.

17          (Whereupon, an unidentified juror briefly exited the

18  proceedings and returned.)

19          THE COURT:  Are you okay?

20          JUROR NO. 7:  (Shakes head in the negative.)

21          THE COURT:  No?  Do you need to talk to me?

22          JUROR NO. 7:  Yes.

23          THE COURT:  If the rest of the jurors would step into

24  the jury room.

25          Do not discuss this case either amongst yourselves or

1   with anyone else.  Have no contact whatsoever with anyone

2   associated with the trial.

3           Do not read, listen or see anything touching on this

4   matter in any way, including anything on the Internet or on any

5   device.

6           If anyone should try to talk to you about this case,

7   you should immediately instruct them to stop and report it to

8   my staff.

9           It'll be just a moment.  Thank you.

10          (Whereupon, the jury exited the courtroom at

11  11:44 a.m. and the following proceedings were had:)

12          THE COURT:  You may be seated.

13          Sir, you can step out for a moment, please.  If you

14  would step out for a moment, please.

15           (Thereupon, the witness retired from the courtroom

16  and the following proceedings were had:)

17          THE COURT:  Ma'am, you can have a seat.  Have a seat

18  in your seat.

19          Can you give her the handheld microphone, please.

20          THE COURT SECURITY OFFICER:  Yes, your Honor.

21          THE COURT:  Yes.  Yes, ma'am.

22          PROSPECTIVE JUROR NO. 7:  I'm having a monthly -- my

23  monthly cycle.  It involves me throwing it up and feeling

24  dizzy.

25          THE COURT:  So you're not feeling well today?

 1              PROSPECTIVE JUROR NO. 7:  Not at all.

 2              THE COURT:  What do you normally do during this time?

 3              PROSPECTIVE JUROR NO. 7:  Take pills and just go to

 4   sleep.  Mostly, I'll wake up feeling better after.

 5              THE COURT:  What kind of pills do you take?  Are they

 6   prescribed medication?

 7              PROSPECTIVE JUROR NO. 7:  No.  Ibuprofen.

 8              THE COURT:  Have you taken any ibuprofen?

 9              PROSPECTIVE JUROR NO. 7:  I just took some.

10              THE COURT:  And do you think that that's going to help

11   you?

12              PROSPECTIVE JUROR NO. 7:  Yeah.

13              THE COURT:  Do you think it might be helpful if we

14   broke for lunch for a while and you got to rest and then come

15   back in an hour or so?

16              PROSPECTIVE JUROR NO. 7:  Yes.

17              THE COURT:  So that's what we'll do.  We'll break for

18   lunch now, an early lunch, and we'll come back, let's say, at

19   1:00.  That'll give you time to eat something and to rest and

20   for the ibuprofen to take hold.  Okay?

21              PROSPECTIVE JUROR NO. 7:  Okay.  Thank you.

22              THE COURT:  Sure.  No problem.

23              Would you let the other jurors know that we're going

24   to break for lunch and they should be back in the jury room at

25   1:00.

```
 1              THE COURT SECURITY OFFICER:  Yes, ma'am.

 2              THE COURT:  Okay, ma'am.  You're free to go.

 3              PROSPECTIVE JUROR NO. 7:  Thank you.

 4              (Thereupon, Juror No. 7 retired from the courtroom

 5    and the following proceedings were had:)

 6              THE COURT:  We're in recess until 1:00.

 7              (Thereupon, a luncheon recess was taken, after which

 8    the following proceedings were had:)

 9              THE COURT:  Good afternoon.  You may be seated.

10              United States of America versus Matthew Andrew Carter,

11    Case No. 11-20350.

12              Counsel, state your appearances, please, for the

13    record.

14              MS. MEDETIS:  Good afternoon, your Honor.

15              Maria Medetis and Bonnie Kane on behalf of the United

16    States, with Special Agents Larko and Flores from Homeland

17    Security Investigations at counsels' table.

18              THE COURT:  Good afternoon.

19              MR. HOROWITZ:  Good afternoon, your Honor.

20              Phil Horowitz and Stu Adelstein on behalf of Matthew

21    Carter, who is present before the Court, along with Reginald

22    Hope.

23              THE COURT:  Good afternoon.

24              Our one juror is feeling better, she tells Patricia.

25    We're waiting -- we were one down.
```

Escamilla - DIRECT - By Ms. Medetis            72

1            Can you check and see if everybody's there, please?

2            THE COURT SECURITY OFFICER:  Yes, your Honor.

3            MS. MEDETIS:  Your Honor, the Government has two

4    matters to raise --

5            THE COURT:  One moment.  The juror door is open.

6            Go ahead.

7            MS. MEDETIS:  Yes, your Honor.

8            The Government has two preliminary matters.

9            The first relates to the interpreters.  Ms. Sada and

10   Ms. Constant were outside waiting for the first person who

11   needs their services to take the stand.  One of the jurors

12   approached them.  The interpreters did not speak to them.

13           And so they would ask -- or the Government would ask

14   that they be introduced to the jury and let the jury know that

15   they are not permitted to speak to the jurors.  That's just one

16   preliminary matter.

17           The other --

18           THE COURT:  The jurors approached them to speak to

19   them?

20           THE INTERPRETER:  Your Honor, two of them said hi to

21   us.  We couldn't.  So we just nodded our heads.  And another

22   one came to sit next to us and trying to speak.

23           I told them that the instruction is we're not allowed

24   to speak to them, I'm not rude.  And I told Ms. Medetis that so

25   she could tell you to instruct them.

Escamilla - DIRECT - By Ms. Medetis            73

1        THE COURT:  Okay.  So when they leave for the next

2   break, I'll give them the instruction about not having any

3   contact with anyone associated with the trial.

4        MS. MEDETIS:  And the other, your Honor, is that one

5   of our witnesses who's waiting to be called, Witness Becky

6   McLaren, who is an American Airlines employee, expected to be

7   called today, is waiting outside to be called, is wearing an

8   American Airlines uniform.

9        One of the jurors approached her.  The gentleman -- I

10   can't recall his name or his number -- he is, I believe, a

11   blond gentleman who is a flight attendant -- approached her and

12   said, "Are you a flight attendant for American Airlines?"

13        The witness said, "No" and walked away.

14        The witness is outside if you'd like to voir-dire the

15   witness.  But I wanted to bring that to the Court's attention.

16   I don't know if the juror is familiar with Ms. McLaren or knows

17   Ms. McLaren.  I don't even know if the juror works for American

18   Airlines.

19        I believe he said to Ms. McLaren, "I'm a flight

20   attendant with American Airlines."  So I flag that now so it

21   doesn't come up again.

22        THE COURT:  Maybe it would be better if you don't have

23   your witnesses waiting outside and put them on a different

24   floor.

25        MS. MEDETIS:  Certainly, Judge.

 1            THE COURT:  And then have someone going down to get

 2    them when it's time for them to be called.

 3            MS. MEDETIS:  Certainly, Judge.  They've been waiting

 4    in the side room.  I think they may have stepped out.  But

 5    we'll do that.  We'll have them wait on a different floor.

 6            THE COURT:  Other than giving them the instruction the

 7    next time they leave the courtroom that they're not to have any

 8    contact with anyone associated with the trial, unless that

 9    juror brings up something, I'm not going to proactively inquire

10    as to whether he knows that witness.

11            That was one of the names that was read?

12            MS. MEDETIS:  That is correct, Judge.

13            THE COURT:  So we're just waiting on the one juror.

14            We still don't have the one juror?

15            THE COURT SECURITY OFFICER:  No, your Honor.

16            THE COURT:  You can bring the witness in who's on the

17    stand.

18            MS. MEDETIS:  Thank you, Judge.

19             (Thereupon, the witness entered the courtroom and the

20    following proceedings were had:)

21            MR. HOROWITZ:  Judge, while we're waiting, I'm trying

22    to file a proposed limiting instruction for when the testimony

23    comes in with the next witness regarding Egypt.

24            However, I'm trying to file it from here and CM/ECF is

25    apparently down.  It's a one-paragraph limiting instruction.

Escamilla - CROSS - By Mr. Adelstein          75

1           Could I e-mail it to your courtroom deputy?

2           THE COURT:  Sure.  We'll ask her to print out a copy

3    so the Government will have it.

4           MR. HOROWITZ:  Yes.  Thank you, your Honor.

5           THE COURT SECURITY OFFICER:  He's here, your Honor.

6           THE COURT:  Let's bring in the jurors, please.

7           (Whereupon, the jury entered the courtroom at

8    1:29 p.m. and the following proceedings were had:)

9           THE COURT:  You may be seated.

10          You are still under oath, sir.

11          You may proceed, Ms. Medetis.

12          MS. MEDETIS:  Your Honor, the United States tenders

13   this witness.

14          MR. ADELSTEIN:  I just have a few questions, your

15   Honor.

16          THE COURT:  Okay.

17                      CROSS-EXAMINATION

18   BY MR. ADELSTEIN:

19   Q.  Officer, let me just see if I understand.

20      Your normal duties are to check for currency and weapons at

21   the airport?

22   A.  I belong -- I'm part of the outbound enforcement unit.  So

23   anything that leaves the country we have jurisdiction or duty

24   to execute.

25   Q.  But I thought I heard you say that your primary duty is

Escamilla - CROSS - By Mr. Adelstein                    76

1    outbound, looking for currency and weapons.  Is that correct?

2    A.   That is one of the functions the outbound enforcement unit

3    does.

4    Q.   This was a little different because you were executing a

5    warrant to arrest somebody.  Correct?

6    A.   Yes.  Because he was leaving the country.

7    Q.   Well, leaving the country is not a crime.

8    A.   No, it's not, sir.  But --

9    Q.   You had a piece of paper saying you wanted -- the Federal

10   Government wanted to arrest him.  Correct?

11   A.   Correct.

12   Q.   Okay.  Now, he was traveling in his correct name.  Right?

13   A.   Correct.

14   Q.   He had luggage with his correct name on it.  Correct?

15   A.   Correct.

16   Q.   And you patted him down when you took him into custody.

17   Correct?

18   A.   Correct.

19   Q.   He had no contraband.  Correct?

20   A.   Correct.

21   Q.   No weapon?

22   A.   Correct.

23   Q.   No unlawful sum of money.  Correct?

24   A.   Correct.

25   Q.   And he gave you his boarding ticket.  Correct?

Escamilla - CROSS - By Mr. Adelstein                77

1   A.   Correct.

2   Q.   His passport.  Correct?

3   A.   Yes.

4   Q.   All in the correct name.  Right?

5   A.   Yes.

6   Q.   Offered no type of resistance.  Correct?

7   A.   Correct.

8   Q.   And you indicate -- or the Government indicated that, on

9   the passport, Exhibit 20, on Page 27, there was the name of

10  William Charles Harcourt on it.

11  A.   Yes.

12  Q.   There's nothing illegal about that.  Correct?

13  A.   No, sir.

14  Q.   Did you know that Mr. Carter had his name legally changed

15  in a court of law?

16  A.   No, sir.

17  Q.   But there was nothing wrong with that?

18  A.   No, sir.

19  Q.   You searched his luggage; did you not?

20  A.   Our team did, sir.

21  Q.   Did you find any contraband?

22  A.   No, sir.

23  Q.   Any weapons?

24  A.   No.

25  Q.   Any unlawful currency?

Escamilla - CROSS - By Mr. Adelstein          78

1    A.   No.

2    Q.   By the way, you said you counted the money that he had.

3    A.   Yes.

4    Q.   How much money did he have on him?

5    A.   He had approximately about 600- to $700.

6    Q.   $600 to $700?

7    A.   Correct.

8    Q.   He gave you his wallet when you asked him to.  Correct?

9    A.   Yes.

10   Q.   He didn't try to offer or flee from you in any manner.

11   Correct?

12   A.   No, sir.

13   Q.   You would say -- would you not categorize Mr. Carter as

14   being very cooperative?

15   A.   Cooperative, compliant.  Yes.

16   Q.   And that's basically all you did in this case, correct, and

17   then turned him over to somebody?

18   A.   Well, we escorted him to our enforcement area and we

19   processed the seizure and the arrest report and handed it over

20   to his, sir.

21   Q.   Did you turn him over to any particular officer?

22   A.   Homeland Security Investigations.

23   Q.   Do you know the name of the Homeland Security officer that

24   you turned him over to?

25   A.   It was, I believe, Officer Alvarado.

Escamilla - REDIRECT - By Mr. Medetis          79

```
 1   Q.   And was Alvarado with anyone else?

 2   A.   I believe it was Officer -- Agent Ford.

 3   Q.   Anyone else?

 4   A.   Not that I recall.

 5   Q.   Just those two?

 6   A.   Not that I recall, sir.

 7   Q.   And that's your total involvement in this case.  Is that

 8   correct?

 9   A.   From picking him up at the Jetway, to process him and to

10   turn him over to HHS, correct.

11   Q.   Okay.

12            MR. ADELSTEIN:  Could I have one moment, your Honor?

13            THE COURT:  Yes.

14            MR. ADELSTEIN:  I have no further questions.

15            THE COURT:  Redirect?

16            MS. MEDETIS:  Briefly.

17                      REDIRECT EXAMINATION

18   BY MS. MEDETIS:

19   Q.   Officer Escamilla, the defense lawyer asked you on

20   cross-examination if you found any guns on the Defendant.

21   Correct?

22   A.   Correct.

23   Q.   Do you recall that?

24        Was he charged with or being arrested for a gun violation?

25   A.   There was nothing -- his arrest warrant wasn't
```

```
 1    money-related or gun-related.

 2    Q.  What was his arrest warrant for?

 3    A.  For child exploitation.

 4            MS. MEDETIS:  No further questions.

 5            THE COURT:  You may step down, sir.

 6            (Witness excused.)

 7            THE COURT:  Call your next witness.

 8            MS. MEDETIS:  Your Honor, the United States calls Jean

 9    Dieucibon Xxxxxx.

10        JEAN DIECIBON Xxxxxx, GOVERNMENT WITNESS, SWORN

11            THE INTERPRETER:  Your Honor, the witness has just

12    indicated that he prefers to speak in English.

13            THE COURT:  The witness has indicated he doesn't need

14    an interpreter.

15            Do you need an interpreter, sir?

16            THE WITNESS:  No.

17            THE COURT REPORTER:  Sir, please state your full name

18    for the record.

19            THE WITNESS:  My name is Xxxxxx Dieucibon, X-x-x-x-x-x

20    D-i-e-u-c-i-b-o-n.

21                        DIRECT EXAMINATION

22    BY MS. MEDETIS:

23    Q.  And that is D-i-e-u-c-i-b-o-n?

24    A.  Yes.

25    Q.  And may I call you Dieucibon?
```

1    A.   Sure.

2    Q.   Dieucibon, where are you from?

3    A.   I'm from Haiti.

4    Q.   And what part of Haiti?

5    A.   Croix des Bouquets.

6    Q.   And is that where you were born?

7    A.   Yes.

8    Q.   And what year were you born?

9    A.   I was born in 1981.

10   Q.   And what month and day were you born?

11   A.   May 26th.

12   Q.   Can you tell us about your family?  Do you have parents

13   that are living?

14   A.   Yeah.  My mother is alive.  My father died.

15   Q.   When did your father die?

16   A.   1999.

17   Q.   And do you have any brothers and sisters?

18   A.   Yes.  I have two brothers and three sisters.

19   Q.   And where do they live?

20   A.   They live in Croix des Bouquets, also, Haiti.

21   Q.   And where do you live now?

22   A.   I live in Croix des Bouquets.

23   Q.   And do you work?

24   A.   Yes.

25   Q.   And what do you do for work?

 1    A.   I work for Royal Caribbean cruise line.

 2    Q.   What do you do?

 3    A.   There I'm a stateroom attendant.

 4    Q.   How long have you been with Royal Caribbean?

 5    A.   I have two contracts with them.  One year and a half.

 6    Q.   And what's your first language?

 7    A.   Creole.

 8    Q.   But you're able to speak English, obviously.  Yes?

 9    A.   Yes.

10         MS. MEDETIS:  Your Honor, to the extent that the

11    witness's first language is Creole, if there is any issue with

12    understanding, we'd ask that the interpreters remain here to

13    assist him.

14         THE COURT:  Okay.  That's fine.

15    BY MS. MEDETIS:

16    Q.   Dieucibon, do you know a man by the name of Bill Carter?

17    A.   Yes.

18    Q.   Do you see him in the courtroom today?

19    A.   Yes.

20    Q.   And could you point to him and identify him by an article

21    of his clothing.

22    A.   He's wearing a blue shirt.

23         MS. MEDETIS:  Your Honor, the Government would ask

24    that the record reflect the witness has identified the

25    Defendant.

 1            THE COURT:  It will so reflect.

 2   BY MS. MEDETIS:

 3   Q.   Do you know a man named Matthew Carter?

 4   A.   Yes.

 5   Q.   And is he in the courtroom today?

 6   A.   Yes.

 7   Q.   And could you point to him and identify him by an article

 8   of clothing.

 9   A.   Yeah.  He's wearing a blue shirt, long-sleeved.

10            MS. MEDETIS:  For the record, we'd ask that the record

11   reflect that the witness has identified the Defendant again as

12   Matthew Carter.

13            THE COURT:  It will so reflect.

14   BY MS. MEDETIS:

15   Q.   Can you tell us when you met the Defendant.

16   A.   I met Bill in 1995 in Croix des Bouquets.

17   Q.   Where in Croix des Bouquets did you meet him?

18   A.   In Lifeline.

19   Q.   What is Lifeline?

20   A.   Lifeline was an orphanage where you go and eat every

21   afternoon.

22   Q.   Did you attend Lifeline?  Did you go there?

23   A.   Yes.

24   Q.   And how old were you when you started going to Lifeline?

25   A.   Around 7, 8 years old.

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          84

1    Q.   And what kinds of things would you do when you went to

2    Lifeline?

3    A.   When we'd go there, we'd usually go.  We sit down.  We

4    learn the Bible a little.  We learn a couple songs and then

5    after that they feed us.

6    Q.   And would you sleep at Lifeline?

7    A.   No.

8    Q.   Where would you go after Lifeline?

9    A.   You would go back home or maybe you stay there.  You play a

10   little bit with the other kids.

11   Q.   And remind us again.  When did you meet the Defendant at

12   Lifeline?

13   A.   In 1995.

14   Q.   And how old were you at that time?

15   A.   14 years old.

16   Q.   And tell the ladies and gentlemen of the jury the

17   circumstances under which you met the Defendant.

18   A.   When I met Mr. Bill, it was because there was a problem

19   with the previous owner of Lifeline and another blanc named

20   Arnold Lemke.

21   Q.   What is a blanc?

22   A.   A blanc is a foreigner.  It could be a French.  It could be

23   an American.

24   Q.   So that's a Haitian Creole term for foreigner?

25   A.   Yes.

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          85

1   Q.   How do you spell that?

2   A.   B-l-a-n-c.

3   Q.   You said there was another blanc, a previous owner named

4   Arnold Lemke?

5   A.   Yes.

6   Q.   What happened?  You said there was a problem with Arnold

7   Lemke.  What happened next?

8   A.   There was a problem between Arnold Lemke and the Haitian

9   woman named Nicole Dieudonne.  And Nicole Dieudonne was not in

10  Lifeline anymore because Lemke kick her out.  And Lemke bring

11  Bill in to be the person in charge of Lifeline.

12  Q.   And you had said the Haitian person who ran Lifeline was

13  Nicole Dieudonne?

14  A.   Yes.

15  Q.   Do you know the spell of Ms. Dieudonne's name, for the

16  benefit of the court reporter?

17  A.   D-i-e-u-d-o-n-n-e.

18  Q.   And after Mr. Lemke brought in the Defendant, what did the

19  Defendant do at Lifeline?

20  A.   Lifeline -- he continued to run Lifeline a little bit

21  different than how it used to be.

22  Q.   And how was Lifeline different than before when -- strike

23  that.  Let me rephrase.

24       How did Lifeline change when the Defendant started working

25  at Lifeline?

1    A.   Like I said before, we used to go there, learn about the

2    Bible, learn a couple songs and eat after.  But when Mr. Bill

3    come, that was changed.  You could just go there.  You sit

4    down, eat, and then go home.

5    Q.   How else was Lifeline different when --

6    A.   It was -- yes.

7    Q.   -- the Defendant came on board?

8    A.   Lifeline -- we never sleep in Lifeline.  When Bill comes,

9    that's when we start having people sleep in Lifeline, kids

10   sleep in Lifeline.

11   Q.   Did you ever sleep at Lifeline?

12   A.   Yeah.

13   Q.   Where would -- well, did the Defendant also sleep at

14   Lifeline?

15   A.   Yeah.

16   Q.   Where did the Defendant sleep at Lifeline?

17   A.   Inside a big -- I would call it a storage place.  And they

18   set up a little room in there for him.  It wasn't big.  It was

19   just a little room he has in there.

20   Q.   And the children that stayed at Lifeline:  Where would they

21   sleep?

22   A.   There was a little space like a living room with a carpet

23   on it.  And when we go there, we just put a blankets on top of

24   the carpet.  We sleep there.

25   Q.   In relation to where the Defendant slept, where did the

1    children sleep?

2    A.   It's like there was only one wall between the room and the

3    little place I'm telling you about.

4    Q.   Did there come a time when the Defendant left Lifeline?

5    A.   Yes.

6    Q.   And how soon after joining Lifeline did the Defendant

7    leave?

8    A.   A month and a half -- a month and a half or two months.

9    Not long.

10   Q.   Where did the Defendant go after he left Lifeline?

11   A.   After he left Lifeline, he went to Mapou's, because it was

12   like they kicked us out and Mapou offer him a room to stay.

13   Q.   When you say "they kicked us out," who is "us"?  Who are

14   you referring to?

15   A.   I'm referring to the boys and Bill.

16   Q.   Were you one of the boys that they kicked out with the

17   Defendant?

18   A.   Yeah.

19   Q.   And who is Mapou?

20   A.   Mapou was one of the boy's mother, Baby.

21   Q.   Was Baby one of the boys that was kicked out with you and

22   the Defendant?

23   A.   Yeah.

24   Q.   And how long -- how long did the Defendant rent a room at

25   Mapou House?

1   A.   At first, she was just offering a place to stay.  And then

2   shortly after he went -- he start paying for the room and then

3   maybe he stayed there -- let me see -- six months.  Maybe not

4   one year.  I'm not sure.

5   Q.   Did you live with the Defendant at Mapou House?

6   A.   No.

7   Q.   Did you stay in contact with the Defendant while he was at

8   Mapou House?

9   A.   Yes.  Because mostly every day that's where I spent the

10  day.

11  Q.   With the Defendant at Mapou House?

12  A.   Yeah.

13  Q.   Did there come a time when the Defendant left Mapou House?

14  A.   Yeah.

15  Q.   Where did the Defendant go?

16  A.   When he left Mapou House, he went to Cazeau's house, Villa

17  Sabrina?

18  Q.   What is Villa Sabrina, generally?

19  A.   Generally, it's like a big building with an apartment in

20  it.

21  Q.   And what did the Defendant do at Villa Sabrina?  Did he

22  rent an apartment there?

23  A.   Yeah.  He rent an apartment.  It wasn't big.  It was

24  just -- how do I say that?  One room.

25  Q.   Did the apartment have a kitchen?

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          89

```
 1   A.   No.

 2   Q.   Did the apartment have a separate bathroom?

 3   A.   Just one bathroom.

 4   Q.   Did the apartment have a separate bedroom?

 5   A.   No.

 6   Q.   And who moved to the apartment -- this one-room apartment

 7   with the Defendant?

 8   A.   When the Defendant -- when Mr. Bill went there, it was me;

 9   there was Suprinord that is always with him; there was -- and

10   Darius was there with him, too.

11   Q.   Darius?

12   A.   Yes.

13   Q.   And who else?

14   A.   Darius.  And then, from there, Peterson Xxxxx was with us.

15   Q.   And how old were you at this time when you moved in with

16   the Defendant in the one-room apartment?

17   A.   Still 14.

18   Q.   Did the Defendant give this apartment a name?

19   A.   Yes.  That's when he officially start Morning Star

20   International.

21   Q.   And what was the purpose of Morning Star International?

22   A.   The purpose was to help the local kids or the local people

23   that's in need.

24   Q.   And did parents bring their children to the Morning Star in

25   the one-room apartment?
```

J. Xxxxxxxxx - DIRECT - By Ms. Medetis        90

 1   A.   When he started, it was not the parents bring the children.

 2   It was Mr. Bill that asked us to come live with him.

 3   Q.   So the Defendant asked you to come live with him?

 4   A.   Yeah.

 5   Q.   And did the Defendant ask the other boys to come live with

 6   him?

 7   A.   Yes.  Because there was no agreement between Mr. Bill and

 8   the parents.

 9   Q.   I'm sorry.

10        You said there was no what?

11   A.   There was no -- I mean, it's like I come to visit or he

12   knows me.  He will ask me, "Do you want to stay with me?"  But

13   he would not go to my parents, tell me ask my parents if he

14   would let me stay with him or not.

15   Q.   And do you know if there was no agreement between the other

16   parents of the other children that lived there?

17             MR. ADELSTEIN:  Objection.  Calls for hearsay.

18             THE COURT:  Sustained.

19             Rephrase your question.

20   BY MS. MEDETIS:

21   Q.   Did the Defendant ever tell you about whether he had

22   agreements with the other parents of the other children?

23             MR. ADELSTEIN:  Objection.  Calls for hearsay.

24             THE COURT:  Overruled.

25

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          91

```
 1   BY MS. MEDETIS:

 2   Q.  Let me ask the question again.

 3       Did the Defendant ever tell you whether he had agreements

 4   to take the other children -- agreements with the parents of

 5   the other children to take their children into the Morning

 6   Star?

 7   A.  No.  There was no agreement.

 8   Q.  How did Defendant find children to bring into the Morning

 9   Star?

10          MR. ADELSTEIN:  Objection to the form of the question.

11          THE COURT:  Overruled.

12   BY MS. MEDETIS:

13   Q.  You may answer.

14   A.  Usually, this is how it's happened --

15          MR. ADELSTEIN:  Objection to "usually."

16          THE WITNESS:  The Defendant will go out --

17          MS. MEDETIS:  The Judge has to rule first.

18          THE COURT:  Rephrase your question.

19   BY MS. MEDETIS:

20   Q.  When you were at Villa Sabrina, how long did you live at

21   Villa Sabrina?

22   A.  Villa Sabrina?  Maybe one year.

23   Q.  And after Villa Sabrina, did the Morning Star move

24   locations?

25   A.  Yes.
```

 1    Q.   And where did it move to?

 2    A.   To Santo 14.

 3    Q.   What kind of place was Santo 14?

 4    A.   It was a big house, like four rooms or more.  I don't

 5    remember exactly how many rooms.

 6    Q.   And after Santo 14, was there -- did the Morning Star move

 7    to another location?

 8    A.   Yes.

 9    Q.   And where did it move?

10    A.   Santo 15.

11    Q.   And were you still living with the Defendant when the

12    Morning Star moved from Santo 14 to Santo 15?

13    A.   Yeah.

14    Q.   After Santo 15, did the Morning Star move again?

15    A.   I left the Morning Star in Santo 15.  But after I left, I

16    know the Morning Star moved a lot.

17    Q.   What year did you leave the Morning Star?

18    A.   1999.

19    Q.   How old were you by that point?

20    A.   I was 18.

21    Q.   So you moved in in 1995 with the Defendant and stayed with

22    him until 1999.  Is that correct?

23    A.   Yeah.  That's correct.

24    Q.   When you got to Villa Sabrina back in 1995, if I could go

25    back there --

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          93

 1   A.   Yeah.

 2   Q.   -- did you have any responsibilities or chores there?

 3   A.   Yeah.  I had lots of responsibility there.

 4   Q.   And could you describe to the ladies and gentlemen of the

 5   jury what your responsibilities were at the Morning Star.

 6   A.   When I first -- when I first joined the Morning Star, there

 7   was me, and Darius was the oldest person around.  Darius was

 8   the one in charge of giving us order, what to do, like where to

 9   clean, where to sweep and everything.

10        And maybe one and a half or two months after Darius left

11   I'm the one who become the oldest boy in the house.  I was the

12   one responsible to -- for the food.  I'm the one who is

13   responsible for Mr. Bill's food.

14        I'm the one responsible of all the boys to make sure they

15   to their job and the clinic, also.  I was responsible to give

16   whatever the nurse wants.  I have to give it to her.  If the

17   nurse is not around, sometimes I have to hold -- like if

18   somebody comes, needs something, some medicine, I am the one

19   who give it to them.

20   Q.   You mentioned this was a nurse that you were helping?

21   A.   Yes.

22   Q.   Why was there a nurse present?

23   A.   Like Mr. Bill not always around and because -- how do I say

24   that? -- the nurse will understand the needs of the people

25   better.  We had a nurse there.

1    Q.   Was there a clinic at the Morning Star?

2    A.   Yeah.  There was a clinic.

3    Q.   Did the nurse live at the center -- at the Morning Star

4    with you and the Defendant?

5    A.   No.

6    Q.   Did you help the Defendant with the operations of the

7    Morning Star?

8    A.   Yes.  It was like -- how do I say that?  He was the head

9    and I was after him.  I was the one after him.

10   Q.   And how did the Defendant financially support the Morning

11   Star?

12   A.   He will -- like on a daily basis, we used the clinic money

13   to survive.  And when it's come to the end of the year, when he

14   has to pay the rent, he will travel to the United States to

15   raise money.

16   Q.   And how often -- when you lived with the Defendant, how

17   often did he travel to the United States to raise money?

18   A.   Twice a year.

19   Q.   And when you first moved in to Villa Sabrina with the

20   Defendant, how many boys were living with you, approximately?

21   A.   Five.

22   Q.   And did, in addition to those five boys, other boys visit

23   the center?

24   A.   Yes.

25   Q.   How did they get to the center?

1   A.   Usually, it's when Mr. Bill went outside and he will come

2   back with a different boy all the time.

3   Q.   How old were these different boys that he would come back

4   with, approximately?

5   A.   Usually between 9 and 12.

6   Q.   After the boy would come back to the center, what would

7   happen next?

8   A.   Usually, when he comes with them, probably none of us know

9   them.  He will take them to the shower with them -- he will go

10  to the shower with them, give them a bath inside the shower.

11  Q.   Inside the shower.

12       Then what would happen after the Defendant would take them

13  into the shower?

14  A.   Can you repeat the question for me.

15  Q.   After the Defendant brought the boy into the shower, what

16  happened after the shower?

17  A.   After the shower, they would stay with him, eat, watch TV.

18  Q.   Did the boys ever -- those boys that he brought into the

19  center that didn't live there ever spend the night at the

20  center?

21  A.   Yes.  Sometimes they would come back and spend the night.

22  Especially like if it's school time, they would not stay during

23  the school time.  They would come back in the weekend and sleep

24  there.

25  Q.   And where would they sleep?

1   A.   Still sometimes on the floor, but sometimes some of them

2   sleep where he sleep.

3   Q.   When you say "he," who do you mean?

4   A.   Mr. Bill.

5   Q.   Let's go back.

6        You had said there was a one-room apartment.  Where did the

7   five boys sleep who were living with the Defendant at that

8   time?

9   A.   Just -- we had a place that has a cot bed and we just put a

10  blanket there and sleep there.

11  Q.   Was that in the main room of the apartment?

12  A.   Yeah.

13  Q.   Where did the Defendant sleep?

14  A.   Just in the same room in the little corner, he had his bed.

15  Q.   Was there anything dividing where you slept and where the

16  Defendant slept?

17  A.   It was like not -- how do I say that?  It's not something

18  that you put there to divide the room.  It just is like a shelf

19  we have there.  We have some stuff on the shelf.  That was the

20  thing that's divided the room.

21  Q.   Beginning with the Mapou House, did you ever see the

22  Defendant do anything sexual with any of the boys in the house?

23  A.   Yes.

24  Q.   Can you tell the ladies and gentlemen of the jury what you

25  saw.

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          97

 1    A.   Like when I go visit Mapou House, there was --

 2              MR. ADELSTEIN:  Could I object and just get a time

 3    frame as to what year we're talking about?

 4              MS. MEDETIS:  May I respond, Judge?

 5              MR. ADELSTEIN:  I will object to the form of the

 6    question, unless I have a time frame.

 7              THE COURT:  You can cross on it.

 8              MR. ADELSTEIN:  Okay.

 9              THE COURT:  Go ahead.

10    BY MS. MEDETIS:

11    Q.   You can proceed.  What did you see in Mapou House?

12    A.   Mapou House, sometimes when I go visit, the -- Mr. Bill

13    would have the boys inside.  And there was that one day I was

14    there in the room.

15        He was taking peanut butter, putting it around Peterson

16    Xxxxx's penis.  And there was Sinopha there, too.  Sinopha was

17    there.  He was putting peanut butter around the penis.

18    Q.   After the Defendant put the peanut butter on the boys'

19    penises, what happened next?

20    A.   After he did that, he was wanted to lick it.  He was trying

21    to hold him to lick it, but because there was other boys

22    around, the boys were running.

23    Q.   And this was at Mapou House.

24        Approximately what year was this when the Defendant was

25    living at Mapou House?

1    A.   That was in 1995.

2    Q.   Did you ever see any other -- let me rephrase.

3         Aside from Mapou House, in any of the other homes you lived

4    with the Defendant, did you ever see the Defendant doing

5    anything sexual with any of the other boys that you lived with?

6    A.   I never see -- how do I say that?  I never see him

7    directly.  But it's like -- it's something that happened so

8    often.  Okay?  And it happened to me, too.

9         Whenever you see him bring a new boys in, take them to the

10   shower, any other boys that's around know exactly what -- why

11   he take them to the shower, what's going on in there.

12             MR. ADELSTEIN:  Objection.  It's nonresponsive.

13             THE COURT:  Sustained.

14             MR. ADELSTEIN:  Move to strike.

15             THE COURT:  The motion to strike is granted.

16             The jury is instructed to disregard the last answer of

17   the question.

18   BY MS. MEDETIS:

19   Q.   Dieucibon, when you were living with the Defendant, at any

20   time did the Defendant try to touch you in any sexual way?

21   A.   Yes.

22   Q.   Do you remember the first time he tried to do anything

23   sexual with you?

24   A.   Yes.  It was like maybe one month after I moved to Villa --

25   can I have a minute, please?

J. Xxxxxxxxx - DIRECT - By Ms. Medetis          99

1    Q.   You were saying, Dieucibon?

2    A.   Yes.  It was when I first moved to Villa Sabrina, maybe one

3    month.  And I was sleeping in the morning.  I feel something

4    around me.  And when I open my eyes, it was Mr. Bill.

5    Q.   What was the Defendant doing?

6    A.   He pulled my pants down and he has a jar with peanut butter

7    in his hand.  He put some on my penis and he was sucking it and

8    he was touching me.

9    Q.   Where was he touching you?

10   A.   He was touching my body and he was touching my balls.

11   Q.   You said -- where were you at this time?

12   A.   I was -- I call it my bed.  I was sleeping, because it was

13   on the floor where all the other boys slept.

14   Q.   Where were the other boys at this point?

15   A.   They were laying next to me, but not close to me, but

16   around the room.

17   Q.   And when the Defendant was sucking your penis and touching

18   you, where was he positioned in relation to you?

19   A.   He was -- like this is like my legs and this is my head.

20   He was laying like this and he was on top of my legs.  Okay?

21   It was like his body was holding down my legs.

22   Q.   Were you able to move at the time the Defendant was laying

23   on top of you?

24   A.   Yeah.  I could move my top, but my legs, I couldn't move

25   them.

1    Q.   Your legs you could not move, you said?

2    A.   Yeah.

3    Q.   And when the Defendant -- after the Defendant was sucking

4    your penis, what happened next?

5    A.   When he finish, he just pull up my pants and then he left.

6    Q.   What happened after that?

7    A.   After that, I just stay on my bed until all the other boys

8    are up and I get up and go do my job.

9    Q.   Was that the only time the Defendant did anything sexual

10   with you?

11   A.   No.  There was a second time when he come around my bed at

12   the -- I would say at the same moment, at the same time in the

13   morning.  But it's like I was watching.  I know he was coming.

14   So I was preparing to stop him.

15   Q.   And how did you prepare to stop him?

16   A.   I know he was coming.  So I already, like, lay down in a

17   way that he will get -- he will be very difficult for him to

18   pull down my pants.

19   Q.   And how were you laying down?

20   A.   I was laying down on side way.

21   Q.   On your side?

22   A.   Yeah.

23   Q.   And what happened next?

24   A.   When he come, he was trying to pull my pants down.  But I

25   didn't let him do it and I was trying to -- how do I say? -- I

1   was trying to stop him, but not push him or do anything to wake

2   up the other boys.  I was just holding tight to myself and

3   telling him "no."

4   Q.   And what did the Defendant do as you were holding yourself

5   tight and telling him "no"?

6   A.   He was trying to pull down my pants and he was trying to

7   force me, touching me.  But I didn't give up.

8   Q.   And where was he touching you?

9   A.   He was touching my body.

10  Q.   At any point, did he touch your legs?

11  A.   Yeah.

12  Q.   And what was he doing?

13  A.   He was touching my leg, hoping that I will give up.

14  Q.   Was there ever any other time when the Defendant tried to

15  do anything sexual with you while you lived with him?

16  A.   Yes.  There was a third time.  It was in Santo 14.  I

17  remember it was a Saturday night, because usually every

18  Saturday night we will go to his room.

19       There was one other channel that's always showing Playboy

20  TV -- Playboy movie, and we used to go in his room, watching

21  the movie.

22  Q.   When you say we used to go in the room, who do you mean?

23  A.   Because that was the only place that had a TV in the room

24  at the moment.

25  Q.   And who went into the room to watch the TV on Saturday

1    nights?

2    A.  All the boys that was there.

3    Q.  And would the Defendant let all the boys watch Playboy?

4    A.  Yeah.

5    Q.  What would the Defendant do while the boys watched

6    television?

7    A.  While the boys watched television, sometimes he had a big

8    chair.  Sometimes he would be sitting on his chair with one of

9    the boys with body lotion, rubbing his legs.

10   Q.  Can you go back to this third occasion that you were

11   talking about when the Defendant tried to do something sexual

12   with you.

13   A.  Yes.  That was that Saturday night.  I was in his room

14   watching TV.  We were watching Playboy TV.  They were showing

15   some sex movie.  And he was laying on his bed.  He was touching

16   himself.

17   Q.  Was the Defendant wearing anything?

18   A.  He was wearing a big robe, like a bathrobe.  But it's not a

19   bathrobe.  It's like a sleep robe.  That's how I call it.

20   Q.  Was he wearing anything underneath the slip robe?

21   A.  No.

22   Q.  Aside from you and the Defendant, was there anybody else in

23   the room?

24   A.  Earlier, there was some other boys in the room.  They left

25   because it was getting late.  They didn't -- for some reason,

 1    they didn't want to stay.  And I was the only one that left

 2    with him.

 3    Q.   What happened then?

 4    A.   He was touching himself and he said to me, "Do you want to

 5    come and masturbate for me?"

 6         And I tell him, "No."  And I keep watching TV.

 7         And then he keep touching himself, touching his penis.  And

 8    then, at the end, he said to me, "If you don't want" -- this is

 9    how he said to me.  He said, "If you do that to me, I'll give

10    you anything you want."

11         And I said, "No," still.

12         And he said, "If you say 'no,' if you don't want to do this

13    for me, why are you still in my room?"

14    Q.   How old were you at this time?

15    A.   16.

16    Q.   Did there ever come a time when living with the Defendant

17    when the Defendant talked to you about sexual abuse?

18    A.   Yes.

19    Q.   When was that?

20    A.   The first time was at Villa Sabrina, Cazeau's house.  There

21    was a day.  Usually, he would go out.  When he come back, he

22    will call me.

23         He will sit on the table telling me, "This is what I want

24    for" -- we call it supper there -- "This is what I want for

25    supper."

1      And that night he call me.  When he call me, when I reached

2  the table, he said, "Sit down."  And he --

3  Q.  What was his demeanor at this point?

4  A.  Sorry?

5  Q.  What was his demeanor?

6  A.  What do you mean by "demeanor"?

7  Q.  What did he look like?

8  A.  He looked like someone who -- I don't know -- who felt

9  guilty about something that he wanted to share.

10 Q.  What was his mood?

11 A.  Not happy.

12 Q.  Did the Defendant tell you anything --

13      MR. ADELSTEIN:  Excuse me, Judge.

14      We would ask for that instruction that we submitted at

15 this time.

16      THE COURT:  I'm sorry?

17      MR. ADELSTEIN:  We would ask for that instruction that

18 we had submitted.

19      MR. HOROWITZ:  That is the one that I e-mailed to

20 Patricia because I couldn't get to it on the CM/ECF.

21      THE COURT:  She's printing a copy for me.

22      MS. MEDETIS:  Judge, I can move on to another aspect

23 of the testimony while we're waiting for that.

24      THE COURT:  Let's wait.  She's coming right out.

25      MS. MEDETIS:  Certainly.

 1          THE COURT:  Counsel, please approach.

 2          (Whereupon, the following proceedings were had at

 3    side-bar outside the presence of the jury:)

 4          THE COURT:  Do you have a copy?

 5          MS. MEDETIS:  We were only given one copy.  We're

 6    sharing it right now with my co-counsel.

 7          THE COURT:  Here.

 8          MS. MEDETIS:  Thank you, Judge.

 9          MR. HOROWITZ:  Judge, have you seen it?

10          THE COURT:  Yes.

11          MS. MEDETIS:  Your Honor, the Government would object

12    to this particular instruction on several grounds.

13          First, your Honor granted the motion to strike to

14    introduce 414, 413 evidence some time ago.  Counsel has known

15    about the order of the witnesses for some time, and this is the

16    first that we are seeing of this particular limiting

17    instruction.

18          Additionally, this evidence is not pursuant to 413; it

19    is pursuant to 414.  And that is not what the rule says,

20    that -- with respect to the kind of weight, if any, the jury

21    may attribute to this sort of evidence.

22          We would recommend instead, your Honor, and move the

23    Court to rely on the proposed jury instruction that we've

24    included and filed well in advance of trial.

25          Defense counsel has had an opportunity to review it

1    regarding 413-414 evidence, which defense counsel has not

2    objected to.  Those jury instructions were filed near or around

3    calendar call.

4          MR. HOROWITZ:  Judge, this is a limiting instruction,

5    not a jury instruction.  If the Government wants the case to go

6    to the jury now, that's okay.  That's fine.

7          What I'm talking about is the weight that the jury is

8    to give this evidence and a limiting instruction to be given

9    upon its introduction just as to this evidence pertaining to

10   Egypt, that the Defendant is not charged with these offenses

11   and that the jury should not -- and, basically, the correct

12   statement -- I have a case citation from the Eighth Circuit,

13   and that is I've modified what was given in that case as far as

14   limiting instructions are concerned.  That was approved by the

15   Eighth Circuit.

16         MS. MEDETIS:  Again, your Honor, we don't have a copy

17   of the case.  This is the first time we're seeing this

18   instruction.  And I don't think it's fair to put the Government

19   to the screws on this without having researched it.

20         And whilst we refer the Court to the jury instruction,

21   we think that the jury instruction is also appropriate to some

22   extent, if not the entire jury instruction, then the verbiage

23   of the rule, and how the jury may consider this evidence when

24   it hears this evidence would, in fact, be an appropriate jury

25   instruction.  We're quoting there from the rule itself.

1          That particular limiting instruction is -- I don't

2     know that it's making much reference to the language of

3     Rule 414, which is what this particular evidence would fall

4     under, not 414, though the language is similar.

5          THE COURT:  So this is what we're going to do.  I'm

6     going to send the jury out for ten minutes.  I'm going to look

7     at the Eighth Circuit case.  I'll give the Government an

8     opportunity to look at it.  Either I'll print it out or you

9     can --

10          MR. HOROWITZ:  I can e-mail it, whatever.

11          THE COURT:  You can show it to her --

12          MR. HOROWITZ:  Sure.

13          THE COURT:  -- to Ms. Medetis.  And I'll make a

14     determination on what, if any, limiting instruction is

15     appropriate.

16          This is where you're going with this evidence?  Do you

17     have other evidence to present?

18          MS. MEDETIS:  I'm sorry.

19          THE COURT:  Do you have other evidence or testimony

20     with this witness?

21          MS. MEDETIS:  I had some -- a bit more evidence, other

22     than this particular area of testimony.

23          THE COURT:  So if you want to go on to another area --

24     or do you want to take a break now?

25          MS. MEDETIS:  I think it would make sense to take a

 1   break.  It's now in his mind.  I don't want him to accidentally

 2   utter anything.

 3             THE COURT:  That's fine.

 4             (Whereupon, the following proceedings were had in open

 5   court:)

 6             THE COURT:  Ladies and gentlemen, we're going to take

 7   a short recess.

 8             Do not discuss this case either amongst yourselves or

 9   with anyone else.  Have no contact whatsoever with anyone

10   associated with the trial.

11             Do not read, listen or see anything touching on this

12   matter in any way, including anything on the Internet or on any

13   device.

14             If anyone should try to talk to you about this case,

15   you should immediately instruct them to stop and report it to

16   my staff.

17             If you should happen to see any of the persons

18   associated with the trial and they do not even seem to

19   acknowledge you, they are following my instructions to have no

20   contact whatsoever with the jury and you are to have no

21   conversation with them to avoid even the appearance of

22   impropriety.

23             You may leave your materials at your chairs.  Please

24   be back in the jury room in ten minutes.

25             (Whereupon, the jury exited the courtroom at 2:19 p.m.

 1    and the following proceedings were had:)

 2              THE COURT:  Ten minutes.

 3              Sir, you may step down.

 4              (Witness excused.)

 5              THE COURT:  You may be seated.

 6              Ms. Medetis, are you going to look at it on the --

 7              MS. MEDETIS:  I'm going to look at it on

 8    Mr. Horowitz's computer.

 9              MR. HOROWITZ:  Absolutely.

10               (Thereupon a recess was taken, after which the

11    following proceedings were had:)

12              THE COURT:  We're back on United States of America

13    versus Matthew Andrew Carter, Case No. 11-20350.

14              Counsel, state your appearances, please, for the

15    record.

16              MS. MEDETIS:  Yes, your Honor.  Good afternoon.

17              Maria Medetis and Bonnie Kane on behalf of the United

18    States.

19              MR. HOROWITZ:  Good afternoon again, your Honor.

20              Phil Horowitz and Stu Adelstein on behalf of Matthew

21    Carter, along with Reginald Hope.  And Mr. Carter is present.

22              THE COURT:  Anything further anyone wants to state in

23    regard to a limiting instruction?

24              MS. MEDETIS:  Yes, your Honor.

25              Is your Honor inclined to give the limiting

 1   instruction?

 2            THE COURT:  I have a proposed one to read to you.

 3            MS. MEDETIS:  I don't know if your Honor wanted to

 4   hear the proposed version that the Government has or if you

 5   wanted us to wait until we hear yours first.

 6            THE COURT:  Why don't you hear mine and both sides can

 7   give me your opinions or objections or approvals of any such

 8   instruction.

 9            This is what I would propose:

10            Ladies and gentlemen of the jury, you have just heard

11   evidence of alleged acts of the Defendant on other occasions

12   that may be similar to the acts charged in the indictment.

13            You may consider this evidence for any matter to which

14   it is relevant, including the Defendant's disposition or

15   propensity to commit the offenses charged in the indictment.

16            It is up to you to determine what weight, if any, such

17   evidence deserves.  You are cautioned, however, that the

18   Defendant is not on trial here for any acts not alleged in the

19   indictment.

20            MS. MEDETIS:  The Government doesn't object to that,

21   your Honor.

22            Would it be given before the testimony comes in or

23   after?

24            THE COURT:  I would give it after the testimony.

25            MS. MEDETIS:  Thank you, Judge.

```
 1              MR. HOROWITZ:  Judge, while we would renew our

 2    objections to the 413 and 414 evidence coming in at all, we

 3    have no objection to the Court's proposed instruction.

 4              THE COURT:  Let's bring the jurors in, please.

 5              And you can bring the witness back.

 6              (Whereupon, the jury entered the courtroom at

 7    2:37 p.m. and the following proceedings were had:)

 8              THE COURT:  You may take the stand, sir.

 9              You may be seated.

10              You are still under oath, sir.

11              THE WITNESS:  Yes.

12              THE COURT:  You are still under oath.

13              You may proceed.

14              MS. MEDETIS:  I've just handed what's been identified

15    as Government's Exhibit 55 to defense counsel.

16              Your Honor, may I approach the witness?

17              THE COURT:  You may.

18    BY MS. MEDETIS:

19    Q.  Dieucibon, I've handed you what's been marked for

20    identification purposes as Government's Exhibit 55.

21         Can you please take a look at that and look up when you're

22    done.

23    A.  Okay.

24    Q.  Do you recognize that?

25    A.  Yeah.
```

```
 1    Q.   And what is it?

 2    A.   It's a picture of me and Mr. Bill.

 3    Q.   And do you remember around when that picture was taken?

 4    A.   That was at Santo 15.

 5    Q.   And approximately how old were you when that picture was

 6    taken?

 7    A.   Around 18.

 8    Q.   And the subject matter of the picture:  Is it -- does it

 9    fairly and accurately depict you and the Defendant as you

10    appeared at the time the picture was taken?

11    A.   Yes.

12              MS. MEDETIS:  Your Honor, the Government would move to

13    admit Government's Exhibit 55 into evidence.

14              THE COURT:  It will be admitted as Government's

15    Exhibit 55.

16              (Whereupon, Government's Exhibit No. 55 was entered

17    into evidence.)

18              THE COURT:  You may publish.

19    BY MS. MEDETIS:

20    Q.   And you had said -- where was this picture taken?

21    A.   Santo 15.

22    Q.   And is that one of the places where the Morning Star was

23    located?

24    A.   Yes.

25    Q.   Were you still living at the Morning Star at this time?
```

 1   A.   Yes.

 2            MR. ADELSTEIN:  Could I see that, please.

 3            MS. MEDETIS:  (Tenders document to counsel.)

 4            I've just shown defense counsel and -- what's been

 5   marked for identification purposes as Government's Exhibit 40.

 6            Your Honor, may I approach?

 7            THE COURT:  Yes.

 8   BY MS. MEDETIS:

 9   Q.   Dieucibon, can you please take a look at what's been marked

10   for identification purposes as Government's Exhibit 40.

11        Do you recognize that?

12   A.   Yes.

13   Q.   And how do you recognize that?

14   A.   I recognize all the boys in there.

15   Q.   And what is that, generally?

16   A.   Generally, that's -- how do I say that? -- documents that

17   Mr. Carter prepared when he was going to the United States.

18   Q.   And what does that particular document contain?

19   A.   It contain photo of the five boys that was in Villa

20   Sabrina.

21   Q.   The five boys at Villa Sabrina that were living with the

22   Defendant?

23   A.   Yes.  That were living with the Defendant.  Yeah.

24   Q.   The picture of the five boys:  Are you in one of the

25   pictures?

1    A.   Yes.

2    Q.   Those pictures:  Do they fairly and accurately represent

3    the boys at the time that the pictures were taken, at the time

4    that you lived with them?

5    A.   Yes.

6         MS. MEDETIS:  The Government would move, your Honor,

7    to admit Exhibit 40 into evidence at this time.

8         THE COURT:  It will be admitted as Government's

9    Exhibit 40.

10        (Whereupon, Government's Exhibit No. 40 was entered

11   into evidence.)

12        THE COURT:  You may publish.

13   BY MS. MEDETIS:

14   Q.   Each of the -- first of all, could you point to the

15   photograph that is you?  You can touch your monitor and circle

16   the photograph that is you.

17   A.   (Witness complies.)

18   Q.   And what does that say underneath your photograph?

19   A.   No. 009, Xxxxxx Dieucibon.

20   Q.   And that's your name.  Correct?

21   A.   Yeah.

22   Q.   And the other boys:  Could you tell us the names of the

23   other boys in the other photographs?

24   A.   Yes.  We have Louis, Jr., No. 001; Xxxxxxxx Jobed, No. 004;

25   Peterson Xxxxx.  That's No. 006.  And Edner Xxxxxx, 010.

```
 1   Q.   How old were you at the time this picture was taken?

 2   A.   15.

 3   Q.   And what is the title of the document?

 4   A.   Photo Kids 1995.

 5   Q.   Do you know how old, approximately, Xxxxx Peterson was?

 6   A.   7, 8.

 7   Q.   This was at the time of the picture being taken?

 8   A.   Yeah.

 9   Q.   And were these pictures taken on or around 1995, as the

10   document lists?

11   A.   Yes.

12   Q.   These were the boys you lived with at Villa Sabrina in

13   1995?

14   A.   Yeah.  These were the five boys.

15   Q.   And the Defendant was there, too, as well?

16   A.   Sorry?

17   Q.   The Defendant lived with you there as well?

18   A.   Yeah.

19   Q.   You had mentioned earlier that the Defendant created this

20   document.

21        What was the reason for the Defendant creating this

22   document?

23   A.   He created this document to travel to the United States to

24   raise money.

25   Q.   And how do you know that?
```

1   A.   It's because we never -- we never had any documents on

2   anybody.  He only created that document because, when the rent

3   was almost over, he needed something to go back to the US to

4   raise money to come back to pay the rent.

5   Q.   Did you ever assist the Defendant in creating documents to

6   show in the United States to raise rent?

7   A.   Yeah.

8   Q.   What do the numbers associated with each of the photographs

9   mean?

10  A.   The number was just to identify each boy, like when he goes

11  to the United States, he will expose the photo and then, if

12  somebody decides to sponsor one of the boys, they would go by

13  number.

14  Q.   You had mentioned earlier that there were no documents,

15  other than what the Defendant created, to go to the United

16  States.

17       What do you mean by that?

18  A.   Like when Mr. Bill were recruiting boys, we don't do any

19  documents.  We just are there.

20  Q.   What do you mean by when Mr. Bill recruited boys?  What do

21  you mean by "recruited"?

22  A.   It's because it's -- how do I say that? -- most of the

23  time, it's -- in other orphanage, it's the parents of the boys

24  that probably say to themselves, "Okay.  I don't have

25  enough" --

1          MR. ADELSTEIN:  Objection as to what the parents

2     probably said.

3          THE COURT:  Sustained.

4          Rephrase your question.

5     BY MS. MEDETIS:

6     Q.   When you went to Lifeline, did you have to get your

7     parents' permission to go to Lifeline?

8     A.   When Lifeline first started, yes.  That was when I first

9     joined Lifeline.

10    Q.   Okay.  When you went to the Morning Star, did you have to

11    get your parents' permission --

12    A.   No.

13    Q.   -- to go?

14    A.   No.

15    Q.   Did you ever see the Defendant -- strike that.

16         Did you ever see -- when you lived with the Defendant

17    beginning in 1995, did you ever see parents bring their

18    children to Morning Star to stay at Morning Star?

19    A.   I see parents bring their children to Morning Star.  But

20    most of the time, I would say Mr. Bill never accept them.

21    Q.   What children did he accept if he didn't accept the

22    children that parents brought to the Morning Star?

23    A.   The children -- the only children that will come and live

24    in the Morning Star is those that Mr. Bill choose.  I would say

25    those that he feels he likes, he will accept.

1    Q.   And how did he find the children that he liked?

2    A.   How -- like I said, when he goes out, for example, he will

3    go out and -- let's go for Jobed.  He will go out in the

4    neighborhood and he visits Jobed parents and he sees Jobed and

5    he will invite Jobed to come visit him.

6         After two, three, visits, he will ask Jobed, "Do you want

7    to sleep for a weekend?"  Jobed will come, sleep for the

8    weekend, maybe come back the next weekend and sleep.  And then

9    he will ask Jobed to stay permanently.

10            MR. ADELSTEIN:  Objection.  This is hearsay.  And it's

11   speculation when he says "apparently."  I move to strike all of

12   that testimony.

13            THE COURT:  Overruled.

14   BY MS. MEDETIS:

15   Q.   Did you observe this happening when you were at the Morning

16   Star?

17   A.   Yeah.

18   Q.   And did you observe this happening with Jobed?

19   A.   Yeah.

20   Q.   And when you say Jobed, are you referring to Boy No. 4 in

21   Government's Exhibit 40?

22   A.   Yeah.

23   Q.   Did you see this happen with boys other than Jobed when you

24   lived with the Defendant in the Morning Star?

25   A.   Yeah.

1   Q.   How often did you see the Defendant bring boys back to the

2   Morning Star?

3   A.   Like during the week, he will bring, like, two, three boys.

4   And then this is how he do it.  He will go out to the

5   neighborhood and, when he come back, he will come back with a

6   boy.  Sometimes you don't even recognize the boy.  So he

7   probably pick the boy in the street.

8        He will bring them in --

9            MR. ADELSTEIN:  Objection.

10           THE COURT:  Sustained as to "probably."

11           The jury is instructed to disregard that statement.

12  BY MS. MEDETIS:

13  Q.   Without telling us where you believe the boy came from, did

14  the boy come to the center with the Defendant?

15  A.   Yeah.

16  Q.   Did the boy stay at the center?

17  A.   He will not stay the first day they come.  They will come

18  the first day.  They will spend some time with us.  They will

19  go home, maybe come back, visit us again.

20       And then he will ask maybe if he'll -- if he like that boy

21  or if he like the boy attitude, he will ask the boy, "Do you

22  want to stay?"

23  Q.   What do you mean by, if he liked the boy's attitude, he

24  would ask them to stay?  What do you mean by that?

25  A.   Like if it's somebody that doesn't please him, he will not

 1   ask you to stay.  He will not ask you to come back.

 2   Q.   And what do you mean by if -- please him?  When you say

 3   "him," are you referring to the Defendant?

 4   A.   I'm talking about Mr. Bill.

 5   Q.   And what do you mean by "please him"?

 6   A.   When -- like when he's approaching that boy sexually, if

 7   there's no defense, if the boy agree with him, he will -- that

 8   will be part of his favorite because there is no restriction.

 9   Okay?

10        He will continuously ask you to come over and then at an

11   appropriate time he will ask you, "Do you want to stay

12   permanently?"

13   Q.   When you were living with the Defendant, did the Defendant

14   have a favorite?

15   A.   Yeah.

16   Q.   Who was the favorite?

17   A.   Junior, Louis, Jr.

18   Q.   Did the Defendant ever have any other favorites in addition

19   to Louis, junior?

20   A.   Yes.  There was Suprinord and then there come Peterson

21   Xxxxx.

22   Q.   How did you know that Peterson Xxxxx or -- well, let's use

23   Peterson Xxxxx as an example.

24        How did you know that Peterson Xxxxx was the Defendant's

25   favorite?

 1   A.   Peterson Xxxxx was his favorite because Peterson Xxxxx was

 2   the youngest boy there at the time.   Anything he asked Peterson

 3   Xxxxx for, he will do it for him.

 4        And Peterson Xxxxx is the one, like, all the other boys --

 5   me, Eddie, Junior -- will call him madam blanc, which mean the

 6   blanc wife.   Okay?

 7        Because Peterson Xxxxx is the one who spend more time with

 8   him in his room, not his room where he used to stay in that

 9   little corner I told you about before in Villa Sabrina in the

10   first room.   And --

11   Q.   What room are you referring to?

12   A.   I'm talking about the first room in Villa Sabrina, the

13   apartment.

14   Q.   You saw Peterson Xxxxx spending the most time out of any of

15   the boys in the Defendant's bedroom?

16   A.   Yeah.

17   Q.   Did there ever come -- during the time that you lived with

18   the Defendant, did the Defendant ever say anything to you about

19   engaging in sexual conduct with children?

20   A.   Yes.

21   Q.   How many times did that happen?

22   A.   Twice.

23   Q.   And can you tell us about the first time.   Where were you

24   when that happened?

25   A.   The first time was at Villa Sabrina.

```
 1   Q.   Okay.

 2   A.   One afternoon, like around 6:00, 7:00, he come back from

 3   outside.  He called me.  Usually when he called me when he come

 4   back from outside, it's to tell me what he wants for dinner or

 5   supper, whatever.

 6        And that time, he asked me to sit down.  And when I sit

 7   down, he start crying and he's telling me, "Okay" --

 8   Q.   Let me stop you right there and ask specifically to tell us

 9   only what the Defendant said he did.

10   A.   He told me he was abusing kids sexually.

11   Q.   Did he tell you where he was abusing kids sexually?

12   A.   Yeah.  He told me in Egypt.

13   Q.   Did he tell you about what he was doing, if anything, in

14   Haiti?

15   A.   Yes.

16   Q.   What did he say?

17   A.   When he talking to me, he said to me, "You know, when I

18   bring the boys here, you know what happen?  I'm not proud about

19   it."

20   Q.   And what happened after he told you he -- about bringing

21   the boys here?  And when you say "here," what do you mean by

22   that?

23   A.   In the room.  In the room.

24   Q.   At Morning Star?

25   A.   At Morning Star.  Yeah.
```

 1    Q.   What, if anything, did the Defendant say he was going to

 2    do?

 3    A.   He told me he was going fasting because he wanted to stop.

 4    He was going fasting for 40 days and 40 nights.

 5    Q.   And what do you mean by "fasting"?

 6    A.   Fasting is -- it's like asking God for forgiveness.  He

 7    will go fasting.  He will not eat for 40 days and 40 nights.

 8    Q.   And did the Defendant, in fact, stop eating?

 9    A.   Yes, he did.  He stopped.

10    Q.   How do you know that?

11    A.   It was me that have to give orders to -- for his food every

12    day.  I stopped doing that because he asked me to.  And I

13    didn't have to prepare his supper.  It was only water he was

14    drinking.

15    Q.   And did the Defendant fast for 40 days?

16    A.   No.

17    Q.   How long did the Defendant fast?

18    A.   Approximately -- maybe two weeks.  And he stopped.

19    Q.   How do you know he stopped fasting?

20    A.   He start giving me orders to cook for him.  But before

21    that, he start bringing boys back into his room.

22    Q.   You said that the Defendant talked to you about something

23    like this a second time.  When was that?

24    A.   That was in Santo 15.

25    Q.   And what did the Defendant say to you in Santo 15?

 1   A.   It was the same thing, except that he mentioned that he

 2   was -- the same thing happened to him in Jamaica.  He nearly

 3   got killed.

 4   Q.   When you say "the same thing," are you referring to him

 5   sexually abusing children?

 6   A.   Yes.  He was sexually abusing children in Jamaica and the

 7   people there almost got him killed.  He had to run.

 8   Q.   And did he say -- did the Defendant say what he was going

 9   to do?

10   A.   He told me he was going fasting again.

11   Q.   Before he told you he was going to fast, did he say

12   anything about whether he was sexually abusing children in

13   Egypt?

14             MR. HOROWITZ:  Objection.  Leading.

15             THE COURT:  Sustained.

16             Rephrase your question.

17   BY MS. MEDETIS:

18   Q.   What, if anything, did the Defendant say he did in Egypt on

19   that second occasion when he came to you and spoke to you?

20   A.   He said to me he was abusing boys in Egypt.

21   Q.   And what was the Defendant's demeanor?

22             MR. HOROWITZ:  Judge, also, may we reserve a motion at

23   this time?

24             THE COURT:  Okay.

25

 1   BY MS. MEDETIS:

 2   Q.  What was the Defendant's mood?

 3   A.  He was sad.  He was crying.

 4   Q.  And what, if anything, did the Defendant say he was going

 5   to do once he told you all of this?

 6   A.  He told me he will stop.  He wanted to stop.  He will go

 7   fasting again for 40 days and 40 nights.

 8   Q.  And did he, in fact, fast for 40 days and 40 nights?

 9   A.  No.

10   Q.  When did the Defendant stop fasting?

11   A.  The second time, it was -- maybe last one and a half week.

12   It was shorter than the first time.

13   Q.  And how do you know he stopped fasting?

14   A.  I believe he stopped fasting because he start bringing boys

15   and he start giving me orders to prepare his dinner and what he

16   wants for -- for lunch.  I have to give orders to the cook to

17   make food for him.

18   Q.  And when you --

19              THE COURT:  One moment, Ms. Medetis.

20              Ladies and gentlemen of the jury, you have just heard

21   evidence of alleged acts of the Defendant on other occasions

22   that may be similar to the acts charged in the indictment.

23              You may consider this evidence for any matter to which

24   it is relevant, including the Defendant's disposition or

25   propensity to commit the offenses charged in the indictment.

1          It is up to you to determine what weight, if any, such

2    weight deserves.  You are cautioned, however, that the

3    Defendant is not on trial here for any acts not alleged in the

4    indictment.

5          You may proceed.

6          MS. MEDETIS:  Yes, Judge.

7    BY MS. MEDETIS:

8    Q.  How did you know that the Defendant had stopped fasting --

9    I'm sorry.  I think you already answered that.  Let me

10   fast-forward.

11       You had said that he had stopped fasting because you were

12   giving orders to -- for food and that the Defendant started

13   bringing boys back?

14   A.  Boys.

15   Q.  What do you mean by that?

16   A.  I mean he would go out and, when he'd come back, he'd come

17   back with the boys and he would take them to his room and he

18   will give them a -- take a shower with them.

19       And everybody -- all the boys in the room in the house

20   knows whenever the --

21          MR. ADELSTEIN:  Objection.

22          THE COURT:  One moment, sir.

23          Ask your next question.

24          MS. MEDETIS:  Yes.

25

```
 1    BY MS. MEDETIS:

 2    Q.   I want you to testify only as to what you saw and what you

 3    knew.  Okay?

 4    A.   Okay.

 5    Q.   Would you see the Defendant bring boys into his room?

 6    A.   Yes.

 7    Q.   How long would the boys stay in the room?

 8    A.   One hour, two hours sometimes.  It's depend.

 9    Q.   And what would happen after the boy came out of the

10    Defendant's room?

11    A.   You will see the boys look like somebody that just took a

12    shower.  And sometimes the boys will stay around, play with the

13    other kids.  Sometimes they will just leave.

14    Q.   Would the Defendant bring them out of his room and have

15    him -- have the boy join the other kids?

16             MR. HOROWITZ:  Objection.  Leading.

17    BY MS. MEDETIS:

18    Q.   Where was the Defendant when the boy would exit the

19    Defendant's room?

20    A.   In the room.

21    Q.   What, if anything -- how, if at all, would the Defendant

22    interact with the boy after the boy left the room?

23    A.   Can you repeat the question for me, please.

24    Q.   Once the boy left the room, did the Defendant interact with

25    the boy?
```

 1    A.   Sometimes he will come outside, have the boy sit on his

 2    lap.  But not all the time.  Sometimes the boy just come out by

 3    himself and go play with the other boys.

 4            MS. MEDETIS:  May I have one moment, your Honor?

 5            THE COURT:  Yes.

 6            MS. MEDETIS:  Your Honor, the Government would tender

 7    the witness at this time.

 8            THE COURT:  Cross-examination.

 9                         CROSS-EXAMINATION

10    BY MR. ADELSTEIN:

11    Q.   Is it "Dieucibon"?  Did I pronounce it correctly?

12    A.   Yes, sir.

13    Q.   We have never met, have we?

14    A.   No.

15    Q.   In fact, you have gone over your testimony numerous times

16    with the Government.  Isn't that correct?

17    A.   Can you repeat the question for me.

18    Q.   You have met with the Government on numerous occasions.

19    Correct?

20    A.   Yes.

21    Q.   You have gone over your testimony with not only the

22    prosecutors, but the agent, right, over here, Mr. Larko?

23    A.   Yes.

24    Q.   How many times have you met with them?

25    A.   Four times.

 1    Q.   Are you sure it's only four times?

 2    A.   Yeah.

 3    Q.   Okay.  And did you convey to them -- because we have been

 4    advised that you didn't want to talk to us at all.  Is that

 5    correct?

 6    A.   Sorry.  Can you repeat the question for me.

 7    Q.   We were informed that you did not want to talk --

 8              MS. MEDETIS:  Objection to relevance.

 9    BY MR. ADELSTEIN:

10    Q.   -- to us at all.

11              THE COURT:  Sustained.

12    BY MR. ADELSTEIN:

13    Q.   Since we have only -- this is our first time meeting, I

14    need to go over some of your testimony and some of the meetings

15    you had with the Government.

16         Do you recall meeting --

17              MS. MEDETIS:  Objection.  Hearsay.

18              THE COURT:  Let me hear the question first.  Then you

19    can --

20    BY MR. ADELSTEIN:

21    Q.   Do you recall meeting with the Government on May 31st of

22    2012?

23    A.   May 31st, 2012?

24    Q.   Yes.

25    A.   No.

```
 1   Q.   Do you recall meeting with Special Agent Larko, this
 2   gentleman right over here, to discuss your testimony?
 3   A.   I met with him, but not on May 31st.
 4   Q.   Is your date of birth 1981?
 5   A.   That's my year of birth.  Yeah.
 6   Q.   Yes.
 7        And is it your testimony that you did not meet with Special
 8   Agent Larko and Assistant US Attorney Maria Medetis on that
 9   particular day?
10   A.   Yes.
11   Q.   Do you recall ever advising them that you were 14 years old
12   when you first met Mr. Carter?
13   A.   Yes.  I was 14 years old.
14   Q.   And do you recall telling them that, at that time,
15   Mr. Carter was brought in to run Lifeline?  Correct?
16   A.   Correct.
17   Q.   Do you recall also telling them that, at that time, your
18   mother was working for Mr. Carter, washing clothes and doing
19   other work?  Do you recall that?
20   A.   She was washing clothes, but she wasn't doing other work.
21   She was just washing clothes and iron his clothes.
22   Q.   She was actually working, was she not, at the orphanage,
23   Lifeline?  Correct?
24   A.   She was just working.
25   Q.   She was just -- pardon me?
```

 1   A.   She was just washing Mr. Carter's clothes.

 2   Q.   And do you recall telling the agents that you never told

 3   your mother, who was working for Mr. Carter, of any of this

 4   abuse?

 5   A.   I never told her about it.

 6   Q.   And she never saw any abuse.  Correct?

 7   A.   She wasn't working every day.  She was just coming to do

 8   Mr. Carter's clothes.

 9   Q.   She would spend hours washing clothes because she had to do

10   it by hand.  Correct?

11   A.   Yes.  She would spend hours.  But where she was, she

12   doesn't know what's going on inside.

13   Q.   And during this period of time that you claim there was

14   some abuse going on, you never told your mother.  Right?

15          MS. MEDETIS:  Asked and answered.  Objection.

16          THE COURT:  Sustained.

17   BY MR. ADELSTEIN:

18   Q.   In fact, your sister was also working for Mr. Carter.

19   Correct?

20   A.   My sister was working for Mr. Carter when I start living

21   with Mr. Carter.

22   Q.   Okay.  And she, in fact -- let me get the notes.

23        She, in fact, was cooking for Mr. Carter; was she not?

24   A.   Yes.  She was cooking for Mr. Carter, but it was like

25   months after I was living with Mr. Carter.

```
 1   Q.  Right.

 2        And she was cooking the meals for not only Mr. Carter, but

 3   for the rest of the boys.  Correct?

 4   A.  Yeah.  That's correct.

 5   Q.  And she never saw any abuse?

 6        MS. MEDETIS:  Objection.  Speculation as to what

 7   somebody else saw.

 8        THE COURT:  Sustained.

 9   BY MR. ADELSTEIN:

10   Q.  Did you ever tell your sister about any of the abuse?

11   A.  No.

12   Q.  Did she ever come to you and say she saw anything improper?

13        MS. MEDETIS:  Objection.  Hearsay.

14        THE COURT:  Sustained.

15   BY MR. ADELSTEIN:

16   Q.  How long did your sister work as a cook for Mr. Carter?

17   A.  I don't remember how long she worked as a cook for

18   Mr. Carter.  But where we were living and where my sister was

19   cooking is two different things.  It's like living in here and

20   working downstairs.

21   Q.  Well, wasn't she the cook in the one-room apartment?

22   A.  No.

23   Q.  She was the cook at Santo 14?

24   A.  No.

25   Q.  Santo 15?
```

 1    A.   No.

 2    Q.   When did she start cooking for Mr. Carter?

 3    A.   It was, like, few months after Mr. Carter moved to Villa

 4    Sabrina.

 5    Q.   Okay.  And that was an apartment with one big room.

 6    Correct?

 7    A.   When my sister stopped working for Mr. Carter, we were

 8    already moved to another apartment in the same building.

 9    Q.   I'm confused.

10         The reason I'm confused is you said you went to Villa

11    Sabrina and then, from there, you moved to Santo 14.

12    A.   Yes.

13    Q.   Villa Sabrina was an apartment that Mr. Carter rented that

14    had one big room.  Correct?

15    A.   That's not correct.  This is not what I said.

16         I said Villa Sabrina was a big building that has lots of

17    apartments in it and we were in one apartment that was -- at

18    first, that was one big room.

19    Q.   Is it your testimony now that, from Villa Sabrina, you

20    moved to another apartment?

21    A.   From Villa Sabrina, we moved to Santo 14.  But still at

22    Villa Sabrina, Mr. Carter rent another apartment that's like

23    late after we were in the one room.

24    Q.   Did you ever tell the agents that?

25    A.   Yes, I did.

```
 1   Q.   Have you ever looked at your report, the report that was

 2   prepared about your interview with the Government?

 3   A.   I don't know what report you're talking about, sir.

 4           MR. ADELSTEIN:  May I approach?

 5           MS. MEDETIS:  Objection, your Honor, as to --

 6           THE COURT:  Sustained.

 7           MS. MEDETIS:  -- the use of another agent's report.

 8   BY MR. ADELSTEIN:

 9   Q.   Did you use anything to go over your testimony before you

10   came in here today?  Did you look at anything?

11   A.   No, sir.

12   Q.   You didn't look at any photographs?

13   A.   No.

14   Q.   Is it your testimony that the first time you saw this

15   photograph, for instance, Exhibit 55, was today?  Is that the

16   first time you saw that photograph?

17   A.   No.

18   Q.   When is the first time you saw that photograph?

19   A.   I don't remember the date.  It was with Maria.

20   Q.   Maria?

21   A.   Yeah.

22   Q.   Who is Maria?  Would you point to who you're referring to?

23   A.   Yeah.

24   Q.   The prosecutor here?

25   A.   Yeah.
```

1   Q.   And was anyone else present when you were shown that

2   photograph?

3   A.   Yeah.

4   Q.   Who?

5   A.   Mr. Matthew, Mr. Alvaro and Bonnie.

6   Q.   Bonnie Kane?

7   A.   Yeah.

8   Q.   The other prosecutor?

9   A.   Yeah.

10  Q.   And how about the agent?

11  A.   Yes.

12  Q.   And how many times did you see that photograph?

13  A.   Twice.

14  Q.   And went over your testimony?

15         MS. MEDETIS:  Objection.  Asked and answered.

16  BY MR. ADELSTEIN:

17  Q.   Is that correct?

18         THE COURT:  Rephrase your question.

19         Sustained.

20  BY MR. ADELSTEIN:

21  Q.   You testified, did you not, that this is -- I'm referring

22  to the photograph Government's 55, I believe.

23       You testified that this is a picture of you in front of the

24  TV set, right, with Mr. Carter?

25  A.   Yeah.  Right.

1    Q.   And you indicated that you were watching Playboy.

2    A.   Not in the picture, sir.

3    Q.   Not in this picture?

4    A.   Not in the picture.  I did not say I was watching Playboy

5    in the picture, sir.

6    Q.   This isn't the TV set that you were watching?

7    A.   This TV was in Santo 15.  When I was watching the Playboy,

8    that was in Santo 14.

9    Q.   Santo 15 has no cable.  Correct?

10   A.   Haiti have no cable.

11   Q.   Haiti had no cable.

12        So how were you watching Playboy if Haiti had no cable?

13   A.   There was one channel named PVS.

14   Q.   PBS.

15   A.   "PVS."

16   Q.   "PVS."

17   A.   Yes.  They use to show Playboy every Saturday night.

18   Q.   You're sure of that?

19   A.   Absolutely, sir.

20   Q.   When you were 7 years old -- I'm sorry -- 14 years old when

21   you met Mr. Carter, you spoke broken English.  Correct?

22   A.   I didn't have no English at all.

23   Q.   Actually, Mr. Carter is the one who started teaching you

24   English.  Correct?

25   A.   No.

```
 1   Q.   No?  Where did you learn English?
 2   A.   From school.
 3   Q.   You didn't -- did you go to school before you met
 4   Mr. Carter?
 5   A.   Of course I was in school.
 6   Q.   And you did not speak any English at all?
 7   A.   Because at that period of time, they wasn't teaching any
 8   English in my class.
 9   Q.   And Mr. Carter didn't help you with your English?
10   A.   I used them.  I used him.  I used him, but he didn't help
11   me.
12   Q.   You used -- pardon me?
13   A.   I used Mr. Carter with my English, but he didn't help me.
14   Q.   He didn't help you.  Okay.
15        Now, I think you indicated that you stayed at a place for
16   one and a half months.
17        Do you remember that testimony?
18   A.   Yeah.
19   Q.   Okay.  That's right after you left Lifeline?
20   A.   Sorry.  I didn't say I stayed for one and a half months.  I
21   said Mr. Carter was there for one and a half months.
22   Q.   Actually, Mr. Carter -- and you told the Government, did
23   you not, and you told Agent Larko that Mr. Carter stayed not
24   one and a half months, but one and a half years?
25   A.   I said he stayed one and a half months in Lifeline.  That's
```

```
 1    what I said.
 2    Q.  So if Special Agent Larko would testify that it was one and
 3    a half years, not one and a half months --
 4              MS. MEDETIS:  Objection.
 5              THE COURT:  Sustained.
 6    BY MR. ADELSTEIN:
 7    Q.  You're sure of that time?
 8              MS. MEDETIS:  Asked and answered.  Objection.
 9              THE COURT:  Sustained.
10    BY MR. ADELSTEIN:
11    Q.  Now, Santo 14, also there were some girls that lived there.
12    Correct?
13    A.  Yes.
14    Q.  And in Santo 15, there were some girls that lived there.
15    Correct?
16    A.  Yes.
17    Q.  Now, at Lifeline, there was no sexual abuse of any kind by
18    anyone.  Correct?
19    A.  There was.
20    Q.  In Lifeline?
21    A.  Yeah.
22    Q.  Did you ever tell anyone differently?
23    A.  What do you mean by that?
24    Q.  Did you ever tell any person that, at Lifeline, there
25    was -- you did not witness any sexual abuse?
```

```
 1    A.   What do you mean, I did not witness?

 2    Q.   You did not see any sexual abuse occur at Lifeline.

 3    A.   Yes.  I didn't see any sexual abuse.

 4    Q.   You did not?

 5    A.   I did not see.

 6    Q.   Okay.

 7           MS. MEDETIS:  Your Honor, just to clarify, the answer

 8    was he did not see anything at Lifeline?

 9           MR. ADELSTEIN:  Yes.

10    BY MR. ADELSTEIN:

11    Q.   Now, did you ever go to any meetings with some of the other

12    boys that attended Morning Star?

13    A.   No.

14    Q.   You did not go to a meeting at -- in September with some

15    parents of Morning Star and some other boys that attended

16    Morning Star?

17    A.   September what?

18    Q.   September 14th.

19    A.   What year?

20    Q.   2011.

21    A.   No.

22           MR. ADELSTEIN:  Could I have one moment, your Honor?

23           THE COURT:  Yes.

24    BY MR. ADELSTEIN:

25    Q.   Did you go to any of the meetings with some of the other
```

```
 1    boys on May 30th, 2012?

 2              MS. MEDETIS:  Objection.  Clarification.  What

 3    meetings is the Defendant referring to -- or defense counsel?

 4    BY MR. ADELSTEIN:

 5    Q.  With 15 other children of Morning Star.

 6    A.  No.

 7    Q.  How about on December 26th, 2012, when there was a meeting

 8    with a whole bunch of people and the Government that attended

 9    Morning Star?  Did you attend that one?

10    A.  No.

11    Q.  How about the meeting on December 12th at the sugar cane

12    restaurant factory?

13    A.  No.

14    Q.  You didn't go to any of those meetings?

15    A.  I was at work.

16    Q.  Pardon me?

17    A.  I was at work.

18    Q.  And do you work with any of the other young men that were

19    at Morning Star?

20    A.  No.

21    Q.  Now, there came a time -- and there was a picture of a

22    document prepared to go to the United States.

23              MR. ADELSTEIN:  May I see that?  Thank you.

24    BY MR. ADELSTEIN:

25    Q.  And that's Government's Exhibit 40.
```

1      You said that Mr. Carter prepared this document for a trip

2    to the United States.  Is that correct?

3    A.  Yes.

4    Q.  You wanted to go with him, did you not, to the United

5    States?

6    A.  Not at this time.

7    Q.  Not at this time.

8      Did you ever tell any agent that you wanted to go to the

9    United States, but was not allowed?

10   A.  Yes, I did.  I tell the agent Mr. Carter promised me he was

11   going to take me to the United States with some other boys.

12   But it was not at this time because, at this time, this wasn't

13   talking.

14   Q.  Pardon me?

15   A.  At this time, when this document was prepared, we wasn't

16   talking about taking boys to the United States.  It was

17   just documents he was getting ready because I was going to the

18   United States to raise money.

19   Q.  Well, you're aware that Mr. Carter took many, many of the

20   children and young men from Morning Star to the United States.

21   Correct?

22   A.  Yeah.  I'm aware of that.

23   Q.  You're aware of that.  Correct?

24   A.  Yeah.

25   Q.  And you're aware -- or you wanted to be one of those boys,

 1   correct, to go to the United States?

 2   A.   He promised me he was going to take me.

 3   Q.   And he didn't keep that promise.  Correct?  You never went

 4   to the United States with him.  Right?

 5   A.   That promise changed when -- after the time I was in his

 6   bedroom watching the Playboy.  He asked me for that favor and I

 7   refused.  Soon that, that promise changed.

 8   Q.   Okay.  And you were upset that you didn't get to go to the

 9   United States.  Correct?

10   A.   What do you mean, I was upset?

11   Q.   You were not happy about not being allowed to go to the

12   United States.  Right?

13   A.   Actually, no.

14   Q.   No?  That wasn't one of your dreams?

15   A.   It was my dreams.  But I wasn't upset, because he probably

16   had a reason why he didn't take me.

17   Q.   Okay.  And, in fact, not only that, but Mr. Carter stopped

18   paying for your school.  Right?

19   A.   He never paid for my school.  How could he stop?

20   Q.   He never paid for your school?

21   A.   No.  Never.

22   Q.   Did you ever tell anyone that he paid for your school?

23   A.   No.  I never tell anyone that he paid for my school because

24   he never paid my school.

25   Q.   You're sure of that?

```
 1    A.   Yes.
 2              MS. MEDETIS:  Objection.  Asked and answered.
 3              THE COURT:  Sustained.
 4    BY MR. ADELSTEIN:
 5    Q.   Now, you left the center in 1999.  Correct?
 6    A.   Yes.
 7    Q.   And you have never -- and you have not had any contact with
 8    Mr. Carter until the Government contacted you.  Correct?
 9    A.   After I left -- after I left his house, maybe he contacted
10    me three times to come back to the clinic to work for him.
11    Q.   And that clinic we're talking about is to treat the
12    neighborhood.  Correct?
13    A.   Yes.
14    Q.   And, in fact, he did treat the citizens of Haiti in the
15    neighborhood, correct, at the clinic?
16    A.   Yes, he did.  But it was with their own money.  If they
17    don't have money, they don't get treatment.
18    Q.   How long have you been in the United States?  When did you
19    come here?
20    A.   The first time?
21    Q.   No.  For this.
22         When did you arrive?
23    A.   For this?
24    Q.   Yes.
25              MS. MEDETIS:  Objection.  Relevance.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. ADELSTEIN:
 3   Q.  Did you see Mr. Carter after the earthquake?
 4   A.  No.
 5   Q.  Did you have any contact with any of the individuals at
 6   Morning Star after the earthquake?
 7   A.  No.
 8   Q.  And it's your testimony that, when these incidents occurred
 9   when you were on the floor sleeping next to the other boys that
10   you've described to this jury, none of the other boys woke up.
11   Is that correct?
12              MS. MEDETIS:  Objection.  Speculation.
13              THE COURT:  Rephrase your question.
14   BY MR. ADELSTEIN:
15   Q.  Did any of the boys wake up that were sleeping right next
16   to you when this so-called abuse occurred?
17   A.  I didn't see any of them awake.
18   Q.  And you were sleeping in a rather small, confined area
19   right next to each other.  Correct?
20   A.  Yeah.  That's correct.
21   Q.  And how many boys were sleeping next to you at that time?
22   A.  Three, four.
23   Q.  And not one of them woke up when this so-called event took
24   place?
25              MS. MEDETIS:  Objection.  Asked and answered.
```

```
 1                THE COURT:  Sustained.

 2                MR. ADELSTEIN:  Could I have one moment, Judge?

 3                THE COURT:  Sure.

 4    BY MR. ADELSTEIN:

 5    Q.  One or two questions.

 6        Did you ever, ever report this so-called sexual abuse to

 7    anybody in the Haitian Government?

 8    A.  Yes.

 9    Q.  When was that?

10    A.  That was after I left his house.

11    Q.  And what year was that, sir?

12    A.  Sorry?

13    Q.  What year?

14    A.  1999.

15    Q.  Okay.  And you went and reported that to the police.

16    Correct?

17    A.  I didn't say the police, sir.  You said to somebody in the

18    Government.

19    Q.  Who did you report it to in the Government?

20    A.  Charles Odette.

21    Q.  And who is that?

22    A.  That was Bill friend.  He was working at Customs -- at the

23    airport Customs.  He was the deputy director, something like

24    that.  I don't remember exactly.

25    Q.  Did you ever report it to any of law enforcement in the
```

1    Haitian Government?

2    A.   No.

3    Q.   And you never reported it, as you've testified, to your

4    mother or your sister.  Correct?

5    A.   No.

6    Q.   And from 1999 until 2011, Morning Star being operated by

7    Mr. Carter, stayed in existence in Haiti.  Correct?

8    A.   Yes.  That's correct.

9         MR. ADELSTEIN:  I don't have any other questions.

10        THE COURT:  Redirect.

11                    REDIRECT EXAMINATION

12   BY MS. MEDETIS:

13   Q.   Dieucibon, you were asked on cross-examination whether you

14   told your mother about the sexual abuse by the Defendant.  You

15   said "no."

16        Can you explain to the jury why you didn't tell your mother

17   about that.

18   A.   I didn't tell my mother about it because, even if she knows

19   that was true, she wouldn't believe me because -- how do I say

20   that? -- first, I was ashamed of myself.

21        After that happened to me, I think this is the first time I

22   discussed that with somebody.  It was when I know Bill was

23   arrested and I contact -- and one of the boys give me Matthew's

24   e-mail address and I contacted him.

25   Q.   When you say "Matthew," are you referring to Agent Larko?

1    A.   Yes.

2    Q.   And did you ever go to Haitian police to report the sexual

3    abuse at the time it occurred?

4    A.   Directly, no.  But there was one time one of the boys'

5    mother was complaining a lot and I talked to her and I tell her

6    to go to the police, but don't mention my name, because I

7    was -- after I left his house, I was scared of him.  Okay?

8         I said, "Don't mention my name."  She went to the police.

9    She filed a complaint on him.  They come.  They arrest him.

10   It's like maybe one hour after they arrest him, he got out.

11   Q.   And you said that you were afraid of the Defendant.

12        Why were you afraid of the Defendant?

13   A.   Because as time go by, he was -- he become very powerful in

14   the neighborhood.  I mean, in Croix des Bouquets.

15   Q.   On cross-examination, defense counsel asked you whether

16   girls lived at the Morning Star, and you testified that girls

17   lived at Santo 14 and Santo 15.  Do you remember that?

18   A.   Yes.

19   Q.   Did you ever see girls go into the Defendant's bedroom?

20   A.   Yes.  Cristilla.  She goes to his bedroom all the time.  He

21   was told Cristilla to call him his "sugar daddy."

22   Q.   And you heard the Defendant tell Cristilla to call the

23   Defendant her "sugar daddy"?

24   A.   Yes.

25   Q.   And when Cristilla would go into the Defendant's room, how

 1   long would Cristilla stay in the Defendant's room?

 2   A.   30 minutes, one hour.  It's depend.

 3   Q.   And what times of the day or night did Cristilla go into

 4   the Defendant's room?

 5   A.   It could be any time of the day, any time during the night,

 6   if the Defendant -- if Mr. Bill asked her to come.

 7   Q.   On cross-examination, defense counsel asked you about a

 8   clinic --

 9   A.   Yes.

10   Q.   -- the clinic that was run by the Defendant at the Morning

11   Star.

12        Do you recall that?

13   A.   Yes.

14   Q.   Did the Defendant treat children or see children at the

15   clinic?

16   A.   Yeah.  He sees everybody at the clinic, children, women,

17   men.

18   Q.   And to your knowledge, did the Defendant ever do anything

19   sexual with the children at the clinic?

20   A.   I don't know.

21   Q.   On cross-examination, the Defendant asked you -- I'm

22   sorry -- defense counsel asked you whether the Defendant taught

23   you English and you said "no."

24        What do you mean by -- well, first of all -- I'm sorry.

25   You said "no," but that you used the Defendant for English.

1        What do you mean by that?

2   A.   When I first -- when I first joined the Defendant to live

3   with him, that was the period of time I was going to my seventh

4   grade.  That's when they start teaching you English, Spanish in

5   school.

6        And when -- while I was in school, they were teaching me

7   English and I was using the Defendant to speak with him more,

8   just to practice English.

9        But at that same time, he was teaching some other boys

10  English.  It was Suprinord, Darius and Eddie.  I wasn't part of

11  that boy because he never invited me.  He never asked me, "Do

12  you want to come to learn?"

13  Q.   Do you know why the Defendant never invited you or asked

14  you to come to sit with the group so that he could teach you

15  English?

16  A.   No.  I don't know.

17  Q.   You had mentioned before that Suprinord was one of the

18  Defendant's favorites.  Is that correct?

19  A.   Yes.

20            MS. MEDETIS:  Just a moment, your Honor.

21            Your Honor, the Government has no further questions.

22            MR. ADELSTEIN:  Can we approach briefly before this

23  witness is excused?

24            THE COURT:  We're going to take a break.

25            MR. ADELSTEIN:  Okay.

1            THE COURT:  Do not discuss this case either amongst

2    yourselves or with anyone else.  Have no contact whatsoever

3    with anyone associated with the trial.

4            Do not read, listen or see anything touching on this

5    matter in any way, including anything in the media, anything on

6    the Internet or on any device.

7            If anyone should try to talk to you about this case,

8    you should immediately instruct them to stop and report it to

9    my staff.

10           You may leave your notebooks at your chairs.  Please

11   be back in the jury room in ten minutes.

12           (Whereupon, the jury exited the courtroom at 3:35 p.m.

13   and the following proceedings were had:)

14           THE COURT:  You may be seated for a moment.

15           Mr. Adelstein, do you want the witness excused before

16   you bring up your issue?

17           MR. ADELSTEIN:  Yes, please.

18           THE COURT:  You can step outside, sir.

19            (Thereupon, the witness retired from the courtroom

20   and the following proceedings were had:)

21           THE COURT:  Yes.

22           MR. ADELSTEIN:  I think, on recross, he indicated --

23           THE COURT:  On redirect?

24           MR. ADELSTEIN:  He had contacted --

25           THE COURT:  On redirect?

1        MR. ADELSTEIN:  -- on redirect -- I'm sorry -- that he

2   had contacted Agent Larko via e-mail.  I do not have any of the

3   e-mails between him and Larko.

4        I'm requesting them.  I think I'm entitled to them.

5   And I will tell the Court that I believe this has occurred with

6   most of, if not all of, the upcoming witnesses.  So I'd be

7   asking for all of the communications and e-mails sent between

8   the two.

9        In fact, Judge, so the Court knows and the Government

10  knows, we were in Haiti.  We were advised by a potential

11  witness that Agent Larko contacted him via Facebook four hours

12  before wanting to know if, in fact, we had reached him and met

13  with him.

14       So I'm asking for all of those communications that

15  have gone on for the last year between the agent, the

16  Government and the Government's witnesses.

17       MS. MEDETIS:  Your Honor, the Government has turned

18  over e-mail communications between the agents and any

19  prospective witnesses that are, in the Government's view,

20  considered *Jencks* that are e-mails, in other words, that would

21  contain anything related to what the witnesses would testify

22  to.  And they have those relevant e-mails.

23       I don't see how the defense is entitled to

24  communications that are not related to the witnesses'

25  testimony.

1          THE COURT:  So were there e-mails from this witness to

2     the agent that were turned over to the defense?

3          MS. MEDETIS:  No, your Honor.  The substance of all

4     the e-mails are scheduling e-mails to try to call -- set up a

5     call or set up a meeting time.  There's no substantive

6     information in any of the e-mails.

7          To the extent there are any e-mails that are

8     substantive communications between Agent Larko and any

9     witnesses, those have been turned over.

10          As to this particular witness, there were no e-mail

11     communications that were at all substantive in nature and,

12     therefore, not discoverable.

13          MR. ADELSTEIN:  I don't believe I have any e-mails

14     from any of the potential witnesses.

15          MS. MEDETIS:  Your Honor, we --

16          MR. ADELSTEIN:  I have e-mails and Facebook of my

17     client and communications my client may have had with other

18     people, but I don't recall seeing one e-mail.  I'm asking

19     co-counsel --

20          MS. MEDETIS:  Your Honor, we produced them to him this

21     morning.

22          MR. ADELSTEIN:  This morning.

23          MS. MEDETIS:  Your Honor, it's *Jencks*.  It wasn't even

24     requested.  We did it as a courtesy.  So I'm not entirely sure

25     what the issue is here.

1           THE COURT:  Okay.  So, then, you have it.

2           MR. ADELSTEIN:  Well, then, I would ask that this

3   witness not be sent away until I have an opportunity to look at

4   these e-mail communications that were handed to me this

5   morning.

6           MS. MEDETIS:  Your Honor, there's approximately five

7   pages.  None of the e-mails in that package of pages relate at

8   all to this witness.

9           THE COURT:  When is he going back to Haiti?

10          MS. MEDETIS:  I don't know when he's scheduled to, but

11  he's not leaving tomorrow.  I believe he's here through the

12  week.

13          THE COURT:  Okay.

14          MS. MEDETIS:  I don't know that there's an issue with

15  that.

16          THE COURT:  So, then, he's here through the week.

17  You'll have an opportunity to look through the e-mails and you

18  can -- if there's any issues, you can bring it forward to me.

19          MR. ADELSTEIN:  Fair enough.

20          THE COURT:  We're in recess for ten.

21          (Thereupon a recess was taken, after which the

22  following proceedings were had:)

23          THE COURT:  We're back on United States of America

24  versus Matthew Andrew Carter, Case No. 11-20350.

25          Counsel, state your appearances, please, for the

```
 1   record.

 2           MS. MEDETIS:  Good afternoon, your Honor.

 3           Maria Medetis and Bonnie Kane on behalf of the United

 4   States.

 5           With us at counsels' table, his Special Agents Larko

 6   and Flores.

 7           MR. HOROWITZ:  Good afternoon, your Honor.

 8           Phil Horowitz and Stu Adelstein, along with Reginald

 9   Hope, on behalf of Mr. Carter, who is present before the Court.

10           THE COURT:  So let's bring in the jurors, please.

11           Do you have a witness?

12           MS. MEDETIS:  Yes, your Honor.

13           MR. HOROWITZ:  Judge, may we have Jencks associated

14   with that witness?

15           THE COURT:  Is there Jencks?

16           MS. MEDETIS:  Your Honor, we've turned over everything

17   as to that witness.

18           (Whereupon, the jury entered the courtroom at

19   4:04 p.m. and the following proceedings were had:)

20           THE COURT:  You may be seated.

21           Call your next witness.

22           MS. KANE:  The United States calls Jobed Xxxxxxxx.

23           JOBED XXXXXXXX, GOVERNMENT WITNESS, SWORN

24           THE WITNESS:  My name is Xxxxxxxx Jobed.

25   X-x-x-x-x-x-x-x J-o-b-e-d.
```

```
 1                        DIRECT EXAMINATION

 2    BY MS. KANE:

 3    Q.   Good afternoon.

 4    A.   Good afternoon, your Honor.

 5    Q.   May I call you Jobed?

 6    A.   Yes.

 7    Q.   Jobed, when were you born?

 8    A.   Haiti.

 9    Q.   I'm sorry.  When were you born?

10    A.   January 1st, 1985.

11    Q.   How old are you now?

12    A.   I'm 28.

13    Q.   You said you were born in Haiti.  Correct?

14    A.   Yes.

15    Q.   Where do you live now?

16    A.   I live here.

17    Q.   And where do you live?

18    A.   Boston.

19    Q.   Are you employed?

20    A.   Yes.

21    Q.   Where do you work, Jobed?

22    A.   Shaw's Star Market.

23    Q.   What kind of market is that?

24    A.   It's a supermarket.

25    Q.   Are you married?
```

J. Xxxxxxxx - DIRECT - By Ms. Kane                    156

```
 1    A.   Yes.

 2    Q.   Do you have any children?

 3    A.   Yes.

 4    Q.   How many children do you have?

 5    A.   I have a daughter and I have one on the way.

 6    Q.   Congratulations.

 7    A.   Thank you.

 8    Q.   Would you please tell us a little bit about your parents.

 9    A.   My mother is deceased.  My father is alive.

10    Q.   How old were you when your mother passed away?

11    A.   Oh, when my mom passed away, I was about maybe 9 or 10.

12    She died in 1996.

13    Q.   Do you have any brothers or sisters?

14    A.   Yes.

15    Q.   And how many brothers and sisters do you have?

16    A.   Three brothers and two sisters.

17    Q.   Are they older or younger than you?

18    A.   I have an older brother and an older sister.

19    Q.   Jobed, do you know a man named Matthew Carter?

20    A.   Yes.

21    Q.   And is he in the courtroom today?

22    A.   Yes.

23    Q.   Would you please point to him and describe him by a piece

24    of clothing that he's wearing.

25    A.   He's wearing the blue shirt.
```

1          MS. KANE:  Please have the record reflect that the

2    witness identified the Defendant.

3          THE COURT:  It will so reflect.

4    BY MS. KANE:

5    Q.   Jobed, do you know a man named Bill Carter?

6    A.   Yes.

7    Q.   Is he in the courtroom today?

8    A.   Yes.

9    Q.   Would you please point to him and describe him by a piece

10   of clothing that he's wearing.

11   A.   He's right there.  He's sitting in the back wearing a blue

12   shirt.

13          MS. KANE:  Please have the record reflect that the

14   witness identified the Defendant.

15          THE COURT:  It will so reflect.

16   BY MS. KANE:

17   Q.   Jobed, what did you call the Defendant?

18   A.   I called him Mr. Bill.

19   Q.   Approximately how old were you when you first talked to the

20   Defendant?

21   A.   Maybe 8, 9 years old.

22   Q.   Where were you when you first talked to the Defendant?

23   A.   I was at Croix des Bouquets.

24   Q.   And what were you doing at that time?

25   A.   I was going to school and I was heading to a pond to take a

 1    shower.  His house was right next to my house.  He was living

 2    on a balcony and he was able to see me going by.  He was

 3    sitting down.  Maybe he has an office.  I don't know what is it

 4    he was doing.

 5         And on my way to take the shower, he waved and I waved

 6    back.  Then he waved me to come over.  I went to see him.  When

 7    I got to see him, he said, "Hi.  How are you?  How's

 8    everything?"

 9         I said, "Very well.  Thank you, God."

10         He asked me for my name.  And I told him everything.

11         He offered me something to eat.

12    Q.   Okay.  Jobed, I'm sorry.

13         Before that day, before you had talked to the Defendant for

14    the first time, had you seen him before?

15    A.   Before I actually spoke to him?

16    Q.   Yeah.  Before that day, had you ever seen the Defendant

17    before?

18    A.   Oh, yes.

19    Q.   And where had you seen the Defendant before that day?

20    A.   Lifeline.

21    Q.   What is Lifeline?

22    A.   It's an orphanage.  They have a lot of foreigners who are

23    helping children, missionaries from overseas.  They came in as

24    a group to assist the children in the afternoon who would go

25    in.

J. Xxxxxxxx - DIRECT - By Ms. Kane                159

```
 1        I mean, it was not just me.  A group of children would go
 2   in and would eat.  The children in the neighborhood used to go
 3   to Lifeline to get something to eat.
 4   Q.   And did you ever go to Lifeline?
 5   A.   Yes.
 6   Q.   And why did you go to Lifeline, generally?
 7   A.   It was in the neighborhood and a lot of kids -- a lot of
 8   children were going there.  So I went to get something to eat.
 9   Q.   On the day that you talked to the Defendant for the first
10   time, you said that the Defendant asked you for your name and
11   that you gave him your information.
12        What do you mean by that?
13   A.   Would you repeat your question, please.
14   Q.   On the day that you talked to the Defendant for the first
15   time, you said that the Defendant had asked you for your name
16   and that you had given him your information.
17   A.   Uh-huh.
18   Q.   What do you mean by that?
19   A.   I did not speak to him at Lifeline.  I was explaining to
20   you that I saw him.  Remember, I told you that he waved and I
21   waved back.  He called me over and I went in and I spoke to
22   him.
23   Q.   That's right.
24        On that day -- that day when he waved you over and he asked
25   you your name, you said that you had given him your
```

 1   information.

 2       What do you mean by that?

 3   A.   He said hi and asked me my name and he also offered me some

 4   food.

 5   Q.   After the Defendant offered you food, what happened?

 6   A.   I ate and I had to go to school.  I needed to take a shower

 7   and I told him that I was leaving.

 8       He said, "Okay."

 9   Q.   And where did you eat?

10   A.   At his house.

11   Q.   And after -- what did the Defendant give you to eat?

12   A.   Spaghetti.

13   Q.   And was anybody with you on the day that he gave you

14   spaghetti?

15   A.   Yes.  I had a little friend with me.

16   Q.   And was there anybody else at the Defendant's home?

17   A.   Yes.  Some other boys were there.

18   Q.   And where was the Defendant's home at that time?

19   A.   Not too far away from my house.  Colonel Cazeau's house.

20   Q.   You said there were other boys there.

21       What were these other boys doing there?

22   A.   They resided at his house at the time.

23   Q.   Did the Defendant's house have a name or a title?

24   A.   At the time, it was Morning Star, Etoile du Matain.

25   Q.   After you ate at the Defendant's house, what happened next?

J. Xxxxxxxx - DIRECT - By Ms. Kane                    161

1    A.   He asked me to come back later on after school.

2    Q.   Did you visit the Defendant's house again after that?

3    A.   Yes.

4    Q.   And when did you next visit the Defendant's house?

5    A.   After school, I went to see him at his house.

6    Q.   And what happened when you visited the Defendant's house

7    that day?

8    A.   He spoke to me.  I played around for a little bit.  After a

9    while, he asked me to stay over.

10   Q.   And by "stay over," do you mean stay overnight?

11   A.   Yes.  To spend the night.

12   Q.   And did he ask you to stay overnight or did he ask your

13   parents?

14   A.   He asked me and I went and asked my parents.

15   Q.   And did you actually stay overnight at the Defendant's

16   house?

17   A.   I told my parents.  They were not very happy about the

18   idea.  They told me, "You do not know him.  You do not know the

19   blanc.  You know how it is in Haiti."

20        I said, "Mommy, don't worry.  He's a blanc.  He's a white

21   man.  He's a good person.  Don't worry."

22   Q.   And by "blanc" -- what do you mean by "blanc"?

23   A.   It's a Haitian term for a foreigner.  Blanc.

24   Q.   On the first night that you stayed over at the Defendant's

25   house, approximately how old were you?

J. Xxxxxxxx - DIRECT - By Ms. Kane                162

1    A.   I do not recall exactly.  8 or 9.

2    Q.   And when you first stayed overnight at the Defendant's

3    house -- how many nights did you stay over that first time?

4    A.   When I first went to his house to stay?  The first night I

5    stayed over.  And, eventually, he asked me to come back and I

6    went back and forth to his house.  And, eventually, I moved in

7    permanently.

8    Q.   And approximately how old were you when you moved in

9    permanently?

10   A.   9 or 10, give or take.

11   Q.   And when you moved into the Defendant's house permanently,

12   where was the Defendant's house located at that time?

13   A.   Croix des Bouquets.

14   Q.   Was it the same house where you had visited the Defendant

15   the first time?

16   A.   Yes.

17   Q.   And why did you move into the center on a permanent basis

18   at that point?

19   A.   Why I moved in with him?

20   Q.   Yeah.

21        Why did you move into the center?

22   A.   He asked me to move in.

23   Q.   And did you want to move in?

24   A.   Yes.  He asked me.  I said, "No problems."  And I moved in.

25   Q.   Why did you want to move in?

 1    A.  He's a blanc.  He invited me to move in.  And he also had

 2    other boys at the center.  So I stayed.

 3    Q.  And did you talk to your parents about moving in to the

 4    Defendant's home?

 5    A.  I don't recall that specific conversation.  But I can tell

 6    you, after my mom passed away, I moved in permanently.

 7    Q.  So at the time that you had moved into the Defendant's home

 8    on a full-time basis, your mother had already passed away?

 9    A.  No.  I don't think so.

10    Q.  When did your -- were you living -- where were you living

11    when your mother passed away?

12    A.  I was at his house.

13         MS. KANE:  I'm going to now show defense counsel what

14    has been marked for identification as Government's Exhibit 56.

15         Permission to approach, your Honor?

16         THE COURT:  You may.

17    BY MS. KANE:

18    Q.  I'm showing you what has been marked for identification as

19    Government's Exhibit 56.

20         Do you recognize this?

21    A.  Yes.

22    Q.  What is this?

23    A.  My picture along with Mr. Bill.

24    Q.  When was this picture taken?

25         THE COURT:  Can you move back from the witness.  I

```
 1    don't want you to block the jury.

 2              MS. KANE:  I'm so sorry.

 3              THE WITNESS:  At Cazeau's house.

 4    BY MS. KANE:

 5    Q.  Was this picture taken near the time that you moved in with

 6    the Defendant?

 7    A.  No.  I was already living at this house.

 8    Q.  Does this picture fairly and accurately depict you with the

 9    Defendant during the time period that you lived with the

10    Defendant?

11    A.  Yes.

12              MS. KANE:  Your Honor, I'd move to admit this exhibit,

13    Government's Exhibit 56.

14              MR. ADELSTEIN:  No objection.

15              THE COURT:  It will be admitted as Government's

16    Exhibit 56.

17              (Whereupon, Government's Exhibit No. 56 was entered

18    into evidence.)

19              THE COURT:  You may publish.

20    BY MS. KANE:

21    Q.  Jobed, do you remember this picture being taken?

22    A.  Yes.

23    Q.  And approximately how old are you in this picture?

24    A.  I do not recall.  Maybe 10 years old.

25    Q.  And what are you wearing in this picture?
```

J. Xxxxxxxx - DIRECT - By Ms. Kane                    165

```
 1   A.   It was my school uniform.  It was right after school.

 2   Q.   We talked about the time period when you moved in the

 3   center.

 4        Approximately how old were you when you moved out of the

 5   center for good?

 6   A.   When I left?

 7   Q.   When you moved out of the center for good.

 8   A.   17 going through 18.

 9   Q.   So you lived at the center from between the ages of 9 and

10   when you were 17 to 18 years old?

11   A.   Yes.

12   Q.   And during your time at the center, did the center stay in

13   one place or did the center move to other locations?

14   A.   Several locations.

15   Q.   Can you tell us, what houses did you remember living in

16   with the Defendant?

17   A.   I remember Cazeau House, then Cazeau House, Santo 14;

18   Eddie's house, Santo 14; then Jean Xxxxxxx house.  To tell you

19   the truth, when we moved from Eddie's house, we went back to

20   Cazeau's.

21        We moved back to Santo and Jean Xxxxxxx's house, Santo 15,

22   then Mrs. Jean Baptiste's house, Santo, and also Santo 14.  I

23   don't recall the name.

24   Q.   What was the last house that you lived in with the

25   Defendant?
```

1    A.   Santo 14 at the entrance of Continental Hotel.

2    Q.   When you moved into the center with the Defendant, what

3    were some of the things that you liked about living at the

4    center?  What were the good things about living there?

5    A.   Imagine that I was very young when I first moved in with

6    him.  He had toys, things to play with and other things.  Food,

7    really, very important.  He also paid for my tuition.

8    Q.   When you lived with your parents, did you have many toys or

9    games to play with?

10   A.   No.

11   Q.   When you lived with your parents, how often -- how many

12   meals a day would you get?

13   A.   Once or twice a day.  In Haiti, the way my situation was

14   was different than here.  You could have something to eat in

15   the morning and then you skip, you know, your noon meal and, at

16   night, if you're lucky, you get something to eat.

17   Q.   And when you lived with the Defendant at the Morning Star

18   Center, how many meals a day would you eat?

19   A.   Three times a day.

20   Q.   In Haiti, do people have to pay to be able to go to school?

21   A.   Yes.

22   Q.   And when you lived with your parents, did you always get to

23   go to school?

24   A.   Yes.

25   Q.   And when you moved in with the Defendant, did the Defendant

 1   start paying for your tuition?

 2   A.  Yes.

 3   Q.  Was that a big help to your family or was that of any help

 4   to your family?

 5   A.  Yes.

 6   Q.  When you lived with the Defendant, did you get to go on any

 7   trips anywhere?

 8   A.  No.  You mean the Defendant.  Right?

 9   Q.  When you lived with the Defendant, did you get to go on any

10   trips with him?

11   A.  Yes.

12   Q.  And where did you get to go?

13   A.  To the United States.

14   Q.  And what year did you go to the United States with the

15   Defendant?

16   A.  1999.

17   Q.  Was that something that you enjoyed, going to the United

18   States?

19   A.  Yes.  It was a beautiful experience.

20   Q.  And when you lived with your parents, did you have

21   opportunities like that to travel to the United States?

22   A.  No.

23   Q.  During the time you were living at the center, did you

24   always get to eat three meals a day?

25   A.  Yes.  But sometimes not three times a day.

 1   Q.   But how -- generally, were you able to eat three meals a

 2   day when you lived with the Defendant?

 3   A.   Yes.   Three times a day.   However, if he's upset at us for

 4   something, we would skip meals.

 5   Q.   And what would you do that would upset the Defendant so

 6   much that he would not let you eat?

 7   A.   If we'd do something that's not right or if we misbehave or

 8   sometimes he had no reason.   He would get upset and say,

 9   "Tonight there is no supper.   Today we will not cook any

10   meals."   Then we'll go -- we would go on without food.

11   Q.   In general, how did the Defendant treat you and the other

12   boys that you lived with at the center?

13   A.   At the beginning, he was very nice and very kind as to our

14   food, taking care of us.   Then once I started getting older and

15   understood what was going on and he realized he could no longer

16   abuse us, then he'll start trouble for any reason to make sure

17   that you leave.

18   Q.   I'm sorry.   Could you repeat that.

19   A.   He would start trouble for any reason to make sure that you

20   leave.

21   Q.   Thank you.

22        Jobed, what were some of the things -- other than not being

23   able to eat when he got angry, what were some of the other

24   things that you did not like about living at the center?

25   A.   Beat me up.   He abused me, also, in some way.

J. Xxxxxxxx - DIRECT - By Ms. Kane                    169

```
 1    Q.   When you say he abused you, what do you mean by that?

 2    A.   What do I mean by abuse?

 3    Q.   Yes.

 4    A.   The fact that he sucked my penis, asked me to masturbate

 5    him.

 6    Q.   Do you remember the first time that the Defendant did

 7    something like that to you?

 8    A.   Uh-huh.  Yes.

 9    Q.   And how soon after the time you moved in did the Defendant

10    abuse you in that way?

11    A.   The first night I slept over he abused me.

12    Q.   So did this happen when you were still just visiting the

13    center?

14    A.   Yes.

15    Q.   What happened on the first night that you slept over at the

16    Morning Star Center?

17    A.   The first night, it was myself.  I was sleeping there.

18    Suprinord, Dieucibon and, also, Darius.  I believe Edner was

19    there, also.  It was night.  We were playing around, joking.

20    Then it was time for us to go to bed.  I was asleep.  I was in

21    deep sleep.

22    Q.   Where were you sleeping at that time?

23    A.   In a house, in a room.

24    Q.   Where in the house?

25    A.   In a room that was assigned to us.
```

J. Xxxxxxxx - DIRECT - By Ms. Kane                    170

1    Q.   Okay.  I'm sorry.  Continue.  What happened after that?

2    A.   I was asleep.  I jumped up and realized that he was sucking

3    on my penis.  My penis was in his mouth.

4    Q.   By "he," who do you mean?

5    A.   Mr. Bill.

6    Q.   And where was it -- you said the Defendant was sucking on

7    your penis.

8         Where was the Defendant?  Was he standing?  Was he sitting?

9    Where was he?

10   A.   I was laying down on the floor and he was kneeling down and

11   he was sucking my penis.

12   Q.   Was the Defendant touching you in any other way?

13   A.   No.  Just my penis.

14   Q.   After the Defendant sucked your penis, what happened next?

15   A.   I panicked.

16   Q.   What did you do?

17   A.   I panicked and said, "Wow."  And he stopped.  He went back

18   to sleep.

19   Q.   And where did the Defendant go to go back to sleep?

20   A.   In the same room, because we shared the same room.

21   Q.   On the next day, did the Defendant treat you any

22   differently?

23   A.   Yes.  He was kind to me.  He showed me that he appreciated

24   me.

25   Q.   Did the Defendant say anything to you the next day about

 1   what had happened that night?

 2   A.   No.   He didn't say anything.   However, I was sharing my

 3   experience with the other boys and I asked them what happened,

 4   what did he do that to me for.

 5   Q.   You mentioned that the Defendant on another occasion had

 6   asked you to masturbate him.

 7        When did the Defendant first ask you to masturbate him?

 8   A.   The very first time he asked me to masturbate him?

 9   Q.   Yes.

10   A.   I believe it was the next day or a couple days after, at

11   night.

12   Q.   And when the Defendant asked you to masturbate him, how

13   would he let you know that that is what he wanted you to do?

14   A.   Repeat your question, please.

15   Q.   When the Defendant wanted you to masturbate him, how would

16   you know that that is what he wanted you to do?

17   A.   He took me by the hand and took me to the room.   By the

18   side of his bed, he had everything, cream, lotion, toilet

19   paper.

20        He came with me and he was on his bed.   He gave me lotion.

21   I could not understand what was going on.   I was scared.   He

22   asked me to open my hand up.

23        He placed the lotion in my hand and then he asked me to do

24   it.   He put his pants down and -- he put his pants down, put

25   his stuff out and he made me do it.

1    Q.   Jobed, when you said the Defendant asked you to do it, did

2    he use his words or did he use motions to tell you what to do?

3    A.   He grabbed my hands and he made me masturbate him.

4    Q.   And when the Defendant grabbed your hand, where would he

5    put your hand?

6    A.   Repeat your question, please.

7    Q.   When the Defendant would grab your hand, where would he

8    then put your hand?

9    A.   He's on the bed.  He took off his clothes, put the lotion

10   in your hand and he asked you to do it.

11   Q.   How would the Defendant ask you to do it?

12   A.   By placing the lotion in my hands and by making -- then

13   make me masturbate him.

14   Q.   Did the Defendant hold your hand on his penis?

15   A.   Yes.  When he's about to ejaculate.

16   Q.   And did the Defendant continue to hold your hand on his

17   penis until he ejaculated?

18   A.   Yes.

19   Q.   Did the Defendant ask you to masturbate him more than one

20   time?

21   A.   Ever since -- yes, ever since I moved in.  I was about

22   9 years old till I turned 14, I believe.

23   Q.   And between the time that you were about 9 and 14 years

24   old, how often would the Defendant ask you to masturbate him?

25   A.   Several times.

J. Xxxxxxxx 236 DIRECT - By Ms. Kane                    173

1    Q.   Would it happen every month?

2    A.   Every day.  Almost every day.

3    Q.   Did the Defendant ever perform oral sex again on you after

4    that first time?

5    A.   If he performed oral sex on my penis?

6    Q.   Yes.  I'm sorry.

7    A.   Yes.  I told you it happened the first night, the first

8    time I moved in.

9    Q.   Did it happen again after that night?

10   A.   Yes.

11   Q.   How often did it happen?

12   A.   Sometimes it would happen when I'm going to take showers

13   with him.

14   Q.   How often would you have to take showers with the

15   Defendant?

16   A.   I did not keep count.  But several times, I would say, he

17   would ask me to come with him.

18   Q.   Which would happen more often?  Would Defendant suck your

19   penis or would you masturbate the Defendant?  Which happened

20   more frequently?

21   A.   About the same.  But I would say masturbation was the one

22   that happens more frequently.

23   Q.   And after the Defendant would suck your penis or have you

24   masturbate him, would he ever give you anything afterwards?

25   A.   No.  At one point, it was myself and Peter.  We were

1    together with him.  I don't believe we had anybody else around.

2    He had some cookies and he wanted us to masturbate him.

3         And Peter said if he'd give us some cookies.

4         And I said, "Yes.  Yes.  He'll give us some cookies."

5         He said, "Okay.  No problem."

6         And Peter and I -- he took us, I believe, to the bathroom.

7    At the time, we were living at Cazeau House.  He gave us the

8    lotion and then he -- we had to masturbate him using the lotion

9    in our hands.

10   Q.   How old was Peter?

11   A.   I do not remember.  He was much younger than I was.

12   Q.   And did Peter live with you and the Defendant at the

13   Morning Star?

14   A.   Yes.

15   Q.   And when the Defendant had you and Peter masturbate him,

16   were you masturbating him at the same time?

17   A.   Yes.  Like it was a game.

18   Q.   Did the Defendant hold your hand or Peter's hand on his

19   penis?

20   A.   He was in the bathroom.  He stood up and both of us were

21   taking turns masturbating him.

22   Q.   Was the Defendant touching you or Peter in any way while

23   you were masturbating the Defendant?

24   A.   What do you mean?

25   Q.   Was the Defendant touching you with his hands while you and

 1    Peter were masturbating him?

 2    A.   When he gets to a point where he's about to ejaculate, he

 3    would -- he would hold on to us very tight.

 4    Q.   After the Defendant ejaculated, did the Defendant give you

 5    and Peter the cookies?

 6    A.   Yeah.

 7    Q.   Now I'm going to show you what has been previously admitted

 8    as Government's Exhibit No. 40.

 9         Do you recognize this boy here on the left, Jobed?

10    A.   The No. 006?

11    Q.   Do you recognize the boy that is in this picture?

12    A.   Yes.

13    Q.   Who is that?

14    A.   All of them?

15    Q.   No.  Just this boy.

16    A.   Peterson Xxxxx.

17    Q.   Is Peterson Xxxxx the boy that masturbated the Defendant

18    with you in his bathroom?

19    A.   Yes.

20    Q.   How would the Defendant treat you or the other boys if you

21    did not agree to masturbate him or let him perform oral sex on

22    you?  How would he treat you?

23    A.   If you refused, he would get very upset.  He would look at

24    you in ways that you think that he might eat you alive.

25    Q.   Do you remember any times when you would refuse the

 1    Defendant?

 2    A.   No.

 3    Q.   Do you remember times when other people would refuse the

 4    Defendant?

 5    A.   No.

 6    Q.   How do you know, then, that the Defendant would get angry

 7    or would look at you in that angry way if you refused?

 8    A.   Because he's mean if you don't agree to do it for him.

 9    Q.   Did you ever not agree to do it with him?

10    A.   Sometimes I would get very -- how do I say it? -- I would

11    ask myself what kind of things that he wants me to do for him.

12    Sometimes I had no choice.  I resigned myself and I did it.

13    Q.   Other than masturbating the Defendant or having the

14    Defendant suck your penis, did the Defendant ever do any other

15    sexual things with you?

16    A.   Yes.

17    Q.   Can you please tell us what happened.

18    A.   We were living at Cazeau House at the time.  I believe I

19    was alone with him in the house.  There was a separate bedroom

20    around the corner.  It was a private room, but he had access to

21    it.  He didn't live there.

22         He took me to that bedroom.  He locked the door.

23    Q.   I'm sorry.

24         When you say "he," who are you referring to?

25    A.   Mr. Bill.

1    Q.   I'm sorry.  Continue.

2    A.   He took me to the bedroom.  He dropped his pants.  He gave

3    me lotion.  Then he asked me to masturbate him.  He laid down

4    on a small bed and I was masturbating him.  I was masturbating

5    him.

6         After that, my pants were down.  He did not penetrate me,

7    but he took his penis to my back.  I held on to it and I rubbed

8    it.

9    Q.   How did your pants come down, Jobed?

10   A.   We both had our pants down.  I put my pants down.

11   Q.   And why had you pulled your pants down?

12   A.   He asked me to.

13   Q.   After the Defendant had you masturbate him, what did he do

14   after you had masturbated him?  Did he get up off the bed?

15   A.   Yes.  After everything was done, he got up.

16   Q.   You said that the Defendant did not penetrate you.

17        Where were you when you were rubbing the Defendant's penis?

18   A.   We were rotating.  He was laying down.  Then he got up.  He

19   stood up.  He was in my back and I was facing this way.  He

20   took his penis and I grabbed it.  And I just grabbed it against

21   my buttocks.

22   Q.   And where was the Defendant -- where was the Defendant

23   trying to put his penis?

24   A.   In my butt.

25   Q.   Approximately how old were you when this happened, Jobed?

1    A.   I don't remember.  But I was -- I had moved in recently.

2    Maybe a month or so.  Some months.

3    Q.   You testified earlier, Jobed, that the Defendant was

4    regularly masturbating you and performing oral sex on you until

5    you were about 14 years old.

6    A.   Yes.

7    Q.   And why did -- did the abuse actually stop when you were

8    14 years old?

9    A.   At 14, I had reached puberty.  And it stopped.  Once you

10   reached puberty, he was no longer interested because, if he's

11   sucking your penis, you will ejaculate in his mouth.  So he was

12   not -- so he stopped.

13        And after a while, when he realized he could no longer use

14   me, he was very mean to me just to make me realize that I was

15   no longer welcome.  After a while, I decided to go home.  It

16   was hard for me to stay there.

17   Q.   During the time that you were living at the Defendant -- at

18   these different houses at the Morning Star Center, did you ever

19   see the Defendant sexually abuse any other children that were

20   living at the house with you?

21   A.   Yes.  All of us.

22   Q.   What did you see?

23   A.   I was responsible to bring him ice water every night and I

24   was also the one responsible to throw away the bucket that he

25   used to pee in in the morning.  It was one of my chores at one

J. Xxxxxxxx - DIRECT - By Ms. Kane                179

 1   point.  And also, his medication.  It was part of my

 2   assignments and I also shared that assignment with other boys.

 3       Then I would bring him his ice water in his room.  I've

 4   seen other boys in bed with him.  Mysander was one of them.

 5   Q.  Can you spell Mysander.

 6   A.  M-y-s-a-n-d-e-r.

 7   Q.  What did you see Defendant doing with Mysander in the

 8   Defendant's bed?

 9   A.  He was masturbating him.

10   Q.  And who was masturbating who?

11   A.  The Defendant.

12   Q.  Was Mysander masturbating the Defendant?

13   A.  Yes.  Yes.  He was masturbating the Defendant.

14   Q.  And what happened after you saw Mysander masturbating the

15   Defendant?

16   A.  I did not care.  I placed his water there and I left

17   because it was -- that's what he does.

18   Q.  Approximately how old was Mysander when you saw him

19   masturbating the Defendant?

20   A.  I do not remember, but I was much older than the rest of

21   the boys.

22   Q.  Was Mysander living at the Morning Star Center with you

23   when you saw this?

24   A.  Yes.

25   Q.  Did you see the Defendant doing sexual things with any

 1  other children living at the Morning Star Center when you were

 2  living there?

 3  A.   What do you mean?  You mean penetrated them?  Is that what

 4  you're asking?

 5  Q.   Did you see the Defendant do any sexual things with any

 6  other children in the house?

 7  A.   Masturbation.  He would make them masturbate him.  Then

 8  he'll suck on their penises.

 9  Q.   Other than Mysander, who did you see doing sexual things

10  with the Defendant?

11  A.   Peter.  He would take him to the bathroom, to the shower,

12  with him at times.  It could be me and somebody else, me and

13  Peter, me and Mysander.  We would take showers with him.  Once

14  he takes you into the shower with him, that's what he does.

15  Q.   When the Defendant took you and Mysander into the shower

16  together, what happened?

17  A.   He started taking a shower.  Then he gave us the lotion so

18  we can masturbate him.  Not the lotion.  It's more like a soap.

19  I don't know if it was a shampoo.  Maybe.

20  Q.   Other than Peter and Mysander, did the Defendant ever

21  sexually abuse other children with you at that time?

22  A.   I do not recall.

23  Q.   When you left the center, Jobed, what was your reason for

24  leaving?

25  A.   I could not take it any longer.  Just imagine.  I moved in

 1   with him.  I was so young.  And he abused me throughout the

 2   years until I was of a certain age.

 3       When I reached 16, 17 or going on 18, he could not do

 4   anything for me, nothing serious.  And the way he works, for

 5   you to get anything out of him, you have to beg him.

 6       He started giving me problems.  He started cursing me out,

 7   bad words, nasty words.  So I didn't see why I should stay.

 8   Q.  And, Jobed, given all of these bad things that the

 9   Defendant did to you, why did you stay at the center with the

10   Defendant for as long as you did?

11   A.  I stayed there.  He paid for my tuition.  He made sure that

12   I had meals.  And I also had the other boys to play with.  Once

13   I started to understand what was going on and I realized that

14   it was a waste of my time, I made the choice.  I left.  I went

15   home.

16           MS. KANE:  Just a moment, your Honor.

17           Your Honor, the United States tenders this witness.

18           THE COURT:  Cross-examination.

19                        CROSS-EXAMINATION

20   BY MR. HOROWITZ:

21   Q.  Good afternoon.

22   A.  Good evening.

23   Q.  You live in Boston now.  Correct?

24   A.  Yes.

25   Q.  How many years have you been living in Boston?

1    A.   Almost two years.

2    Q.   They don't speak as much Creole in Boston as they do in

3    Miami.  Correct?

4    A.   Would you restate that again.

5    Q.   Well, you speak some English, don't you?

6    A.   Yes.

7    Q.   And you learned English in Haiti; did you not?

8    A.   Yes.

9    Q.   You learned English when you were living at Morning Star

10   Center; did you not?

11   A.   Yes.  At the center -- the Morning Star Center and in

12   school, also.  I went to school.

13   Q.   And Mr. Bill helped teach you some English; did he not?

14   A.   Mr. Bill never taught me how to speak English.  It's my

15   intelligence that made me speak English.  All of us boys were

16   over there.  Some of us spoke English.  Sometimes Mr. Bill took

17   the time to teach some of them English.

18   Q.   But your testimony is he never taught you English?

19   A.   Yes.  He did interpreting, more or less.

20   Q.   Now, you said that you learned English in school in Haiti

21   as well.  Correct?

22   A.   Yes.

23   Q.   That question just wasn't translated, was it?

24   A.   Yes.

25   Q.   I want you to take a look at the picture that's on the

 1   screen.

 2       Do you see that, Government's Exhibit 56?  Do you see the

 3   picture?

 4   A.  Yes.

 5   Q.  You said you learned English in school; did you not?

 6           MS. MEDETIS:  Asked and answered, Judge.

 7           THE COURT:  Sustained.

 8   BY MR. HOROWITZ:

 9   Q.  You learned English at school in Haiti.  Is that correct?

10   A.  I can say that I learned English in Haiti in school and,

11   also, at the center when we had visitors that there was

12   interpreting that was being done.

13       I started understanding more what was being said around me

14   because Mr. Bill had visitors that came to do mission.  And

15   then I could understand what was being said.

16   Q.  The school that you've talked about was paid for by

17   Mr. Bill; was it not?

18   A.  Which school?

19   Q.  In Haiti, sir.

20   A.  At a certain time, yes.

21   Q.  Now look at that picture again.

22       Do you see the school uniform you're wearing?

23   A.  Yes.

24   Q.  Mr. Bill paid for that; did he not?

25   A.  Yes.

```
 1   Q.   And do you see the green straps in front?  There's a

 2   backpack behind you; is there not?

 3   A.   Yes.

 4   Q.   And Mr. Bill paid for that backpack; did he not?

 5   A.   I don't remember.

 6   Q.   And the school books that you used:  They were paid for by

 7   Mr. Bill; were they not?

 8   A.   There's some books that I got from friends.

 9   Q.   And the pencils and the pens and the paper that you used:

10   They were paid for by Mr. Bill, too; were they not?

11   A.   Not all of them.

12   Q.   Well, you didn't have any money, did you?

13   A.   No.  Sometimes I had friends who gave me money and I would

14   buy my own pen.

15   Q.   Your friends would just give you money for no reason?

16   A.   If it's a friend, it's called friend.  I can take money

17   from a friend.

18   Q.   Now, before you were going to Lifeline, you said that you

19   lived next door or down the street.  Which one was it?

20   A.   Do you mean next to Lifeline?

21   Q.   Yes, sir.

22   A.   It wasn't door to door to Lifeline, but I didn't live too

23   far from Lifeline.

24   Q.   Well, Mr. Xxxxxxxx, we've never met before.  Correct?

25   A.   Who?  You?
```

```
 1    Q.   Yes, sir.  Me.

 2    A.   No.

 3    Q.   We haven't gone over our testimony, have we?

 4    A.   No.

 5    Q.   You don't know what I'm going to ask you, do you?

 6    A.   No.

 7    Q.   Do you see the people at this table?  How many times have

 8    you met with them?

 9    A.   I met with Larko once and then after I met with Bonnie.

10    Q.   How many times?

11    A.   Once.

12    Q.   You met with Assistant US Attorney Bonnie Kane only one

13    time?

14    A.   Yes.  She came to Boston and met with me in Boston.

15    Q.   How long have you been in Miami for?

16              MS. KANE:  Objection.  Relevance.

17              THE COURT:  Sustained.

18    BY MR. HOROWITZ:

19    Q.   Have you met with Assistant US Attorney Bonnie Kane since

20    you've been in Miami?

21    A.   Have I met with her?

22    Q.   Yes, sir.

23    A.   Yes.

24    Q.   So that's more than once.  Correct?

25    A.   After meeting with her in Boston, I've seen her in Miami.
```

1    Q.   Did you talk to her?

2    A.   When I was in Miami?

3    Q.   Yes, sir.

4    A.   Yes.

5    Q.   So that's more than one meeting.  There's one in Boston and

6    one in Miami.  Correct?

7    A.   Yes.

8    Q.   How many more meetings are there?

9    A.   I don't understand.

10   Q.   Mr. Xxxxxxxx, I want you to think very carefully.

11        This prosecutor right here:  How many times have you met

12   with her?

13   A.   I can say about -- to today, twice.  After Boston, one time

14   in Miami.

15   Q.   Did you go over your testimony with her?

16   A.   Yes.

17   Q.   Do you see the other prosecutor with the black hair sitting

18   next to her, this young lady right here?

19   A.   Yes.

20   Q.   How many times have you met with her?

21   A.   When I came here in Miami, that's when I saw her.

22   Q.   Did you discuss your testimony with her?

23   A.   Yes.  I gave my testimony to her first.  And there was a

24   group.  We were all speaking together.  And that's when I

25   shared my testimony with her.

1    Q.   In the meantime, have you been in communication with the

2    agents by e-mail?

3    A.   What do you mean, e-mail?

4    Q.   Have you ever heard of e-mail before?

5    A.   Yes.

6    Q.   They have that in Boston, don't they?

7    A.   Yes.

8    Q.   As a matter of fact, they even have e-mail in Haiti; do

9    they not?

10   A.   Yes.

11   Q.   Do you know what e-mail is?

12   A.   I know what e-mail is.  But in what sense are you talking

13   if I'm in correspondence of e-mail?

14   Q.   Mr. Xxxxxxxx, do you see the two agents sitting in front of

15   me?

16   A.   Yes.

17   Q.   Do you know who they are?

18   A.   They're the case agents.

19   Q.   Did you ever send either one of those two gentlemen an

20   e-mail?

21   A.   Yes.  I was contacted by Agent Larko.  He was the one who

22   contacted me the first time.  And I answered him back.

23   Q.   And did you continue to communicate with him over the past

24   two years or so?

25   A.   I think that I contacted him a second time, but it was only

1    that one time where he was trying to contact some other boys,

2    and I think I clarified for him where he could find them.

3    Q.  Do you have a Facebook account?  You can just say "yes" or

4    "no."

5              MS. KANE:  Objection.  Relevance.

6              THE COURT:  Sustained.

7              Go on to another area now, Mr. Horowitz.

8              MR. HOROWITZ:  Yes, your Honor.

9    BY MR. HOROWITZ:

10   Q.  Now, we talked about -- the Government's question about

11   Lifeline, I want to return to that.  Is that okay?

12   A.  Go ahead.

13   Q.  Lifeline is not an orphanage.  Correct?

14   A.  At a certain time, it was not an orphanage.  But now I

15   think it's an orphanage.

16   Q.  But when you were dealing with Lifeline, it was a food

17   program; was it not?

18   A.  I can't tell you -- I can't tell you I know exactly what

19   Lifeline's goal or program was.  I was young.  So I used to go

20   and eat there, yes, because they were giving food.

21   Q.  And at the time, you didn't have as much food as you were

22   being given at Lifeline.  Correct?

23              THE INTERPRETER:  Could counsel repeat for the

24   interpreter.

25              MR. HOROWITZ:  I'll do even better.  I'll withdraw the

 1   question.

 2   BY MR. HOROWITZ:

 3   Q.   When you started going to Lifeline, you said that you were

 4   8 or 9 years old.  Do you recall that?

 5   A.   When I started going to Lifeline?

 6   Q.   Yes, sir.

 7   A.   I never said I was 8 or 9 when I just started at Lifeline.

 8   Q.   At the time that you began to live in Lifeline and some of

 9   the other places that Morning Star was, you were homeless; were

10   you not?

11   A.   I never lived in Lifeline.

12   Q.   What about the other places?

13   A.   Would you name where you are talking about.

14   Q.   Do you remember where you lived?

15   A.   You are the one who asked the questions.  So you should

16   answer it because I already said where I lived.

17   Q.   Well, let's talk about Santo 14.

18        Do you remember that one?

19   A.   Yes.  I remember Santo 14 --

20   Q.   And --

21   A.   -- what happened in Santo 14.

22   Q.   What about Santo 15?

23   A.   Yes.  I remember Santo 15.

24   Q.   In each one of them, you had certain chores to do; did you

25   not?

```
 1    A.   Uh-huh.  Yes.

 2    Q.   And it was not just you, but it was everyone who lived

 3    there.  All of the boys were expected to pitch in and do some

 4    chores around the house?

 5    A.   Yes.

 6    Q.   For example, everyone was expected to pitch in with the

 7    cooking and the cleaning; were they not?

 8    A.   No.  We used to clean for sure.  But the gentleman -- the

 9    man -- he had someone come and cook for us.

10    Q.   The man, Mr. Bill, had someone come in and cook for you?

11    A.   Yes.  He employed someone to come cook.

12    Q.   And he paid that person to cook for everybody; did he not?

13    A.   Yeah.

14    Q.   You never had to pay a dime to live there, did you?

15    A.   No.

16    Q.   Your parents didn't have to pay any money for you to live

17    there?

18    A.   I don't understand.  My family had to pay money for me to

19    live there?

20    Q.   Did your family pay any money?

21    A.   No.  You have to understand, he was the one interested in

22    having me come and live with him.  My family had no reason

23    wanting me one way or another to live with him or not.  He was

24    the interested party.  He was interested in me to come and live

25    with him.
```

1   Q.   And you lived there from -- till almost 2002; did you not?

2   A.   Yes.  I think it was around almost 2002.

3   Q.   You started living there in what year?

4   A.   I don't remember the exact date, but I think it's sometime

5   before my mom passed away.  It must have been 1995 or 1996,

6   sometime before my mom passed away.

7   Q.   So you lived there for seven years, more or less?

8   A.   The date I started to the date that I left.  You can

9   calculate it.

10  Q.   During those seven years that you were there, you were free

11  to leave at any time; were you not?

12  A.   Yes.  When the time came, I'm the one who decided to leave.

13  Q.   One of the reasons you didn't leave is you got to go to the

14  United States; did you not?

15  A.   Would you repeat it for me.  Why I didn't stay, or is it

16  why I stayed, you're saying?

17  Q.   One of the reasons why you stayed is that, in 1999, you got

18  to come to the United States for a month.

19  A.   You can't really say that because, if you think about it,

20  he came to take care of his own business.  He came to pick

21  money -- to get money from donors.

22       He wasn't taking care of my personal needs to bring me to

23  the United States.  I lived over there and he used me to come

24  and get money from donors.

25       I went to testify and give my word to how the center was

 1   working, how we lived in the center.  You can say I testified

 2   for the goodness of the center so he could benefit from it.

 3   Q.  You went to Mississippi; did you not?

 4   A.  Yes.

 5   Q.  You went to Michigan; did you not?

 6   A.  Yes.

 7   Q.  You went to Pennsylvania?

 8   A.  Yes.

 9   Q.  You went to Ohio?

10   A.  Yes.

11   Q.  You'd never been to any of those places before, had you?

12   A.  No.

13   Q.  In fact, you had never been to the United States before?

14   A.  No.

15   Q.  Did you tell Mr. Bill, "I don't want to go to the United

16   States"?

17   A.  No.  I lived with him.  So I don't see why I should tell

18   him I couldn't travel with him.  I was one of the people living

19   in his home.  He chose me to travel with him.  Why would I have

20   said no?  I was already living there with him.

21   Q.  You didn't have to go to the United States if you didn't

22   want to back in 1999?

23           MS. KANE:  Objection.  Asked and answered.

24           THE COURT:  Sustained.

25

1    BY MR. HOROWITZ:

2    Q.   By helping raise money for Morning Star on this trip, that

3    money would help you; would it not?

4    A.   Would you repeat it again, please.

5    Q.   By helping to raise money for Morning Star during this trip

6    to the United States in 1999, the money raised would help you?

7    A.   Well, you have to understand, yes, it helped to feed us

8    different food from him.  But it was mostly to help himself

9    because, when he went to the supermarket, I guarantee you his

10   food was not the same food that he fed us.

11       His things were more expensive.  He bought mostly personal

12   things for his benefit with the money than he really bought for

13   us to benefit from it.

14       Well, I can say that, with the money that he came from the

15   United States with, he did use some of it to pay schooling for

16   us.  But, again, it benefited his private use of the money to

17   benefit himself.

18       He did buy food for us.  But we never ate the same things

19   that he ate.  We never got the same food that he ate.

20   Q.   That money paid the rent at Morning Star; did it not?

21   A.   Yes.

22   Q.   That money paid for the clothes on your back; did it not?

23   A.   Not really.

24   Q.   Did the clothes fall from the sky or did you purchase them

25   or did Mr. Bill purchase them for you?

 1   A.   You have to understand, up to the age of 15, 16, he never

 2   bought anything for me anymore.   I had to buy my own clothes,

 3   my own shoes, my everything.

 4        He would come from the States with clothes and gifts and

 5   toys and it all depended on how you acted for you to know what

 6   you would get, because sometimes he would act mean and not give

 7   you anything.   You had to know how to behave to get something

 8   from him.

 9        There came a certain time when I couldn't get anything.  He

10   couldn't give me anything.   I couldn't get anything from him.

11   I had to supply myself with clothes and friends who helped me

12   find clothes and shoes.   There came a time the only thing I

13   benefited from that place was just the food and the schooling.

14   Q.   Is that it?

15   A.   I'm waiting on you.

16   Q.   Well, wait no longer.

17        When you were in the United States, you didn't stay at any

18   hotels, did you?

19   A.   When we are changing states, we would spend our nights

20   sometimes at hotels.

21   Q.   And you also stayed with friends of Mr. Bill; did you not?

22   A.   At my sponsors, yes.

23   Q.   Do you know who Tim and Bertha are?

24   A.   Yes.

25   Q.   They're Bill's friends from Michigan; are they not?

```
 1    A.   Yes.

 2    Q.   You stayed at their house; did you not?

 3    A.   Yes.

 4    Q.   They opened their home to you and everybody else who

 5    traveled in 1999?

 6    A.   It's only normal for them to take care of us.  They were

 7    the sponsors of the program.

 8    Q.   They donated to Morning Star; did they not?

 9    A.   Yes.  They helped, yes.

10    Q.   And you never said a word to Tim and Bertha about the

11    sexual abuse that you've testified here today?

12    A.   I never could tell them something like that because, with

13    him, you'd never know what problems you would initiate with him

14    after.  You have to remember that I was living at the program.

15    So if I would have said anything on him....

16    Q.   You'd get to stay in the United States; would you not?

17    A.   If I had told that?

18    Q.   Yes, sir.

19    A.   I would have had the lot to stay in the United States if I

20    had told about that?

21    Q.   Well, you stayed with friends -- Bill's friends, Ron and

22    John, in Mississippi; did you not?

23    A.   Yes.

24    Q.   Did you tell them anything about the purported sexual abuse

25    that you've testified to before this jury?
```

 1   A.   What would you want me to tell them?  He's the one who

 2   traveled with me.  I knew nothing of anything around here.  He

 3   brought me here.  He was the one taking care of me.  What did

 4   you want me to tell him?

 5             MR. HOROWITZ:  Your Honor, could you direct the

 6   witness to answer the question, please.

 7             THE COURT:  Repeat your question.

 8   BY MR. HOROWITZ:

 9   Q.   When you were staying in Mississippi, did you tell Ron or

10   John, who you stayed with, about this purported sexual abuse

11   that you've testified to before this jury?  Yes or no.

12   A.   I had -- that's what I was answering you.  I was explaining

13   to you how, in what words, could I tell them that?

14   Q.   The answer is "no."  Is that correct?

15   A.   No.  I did not explain that to them.

16   Q.   And you stayed with Roger in Pennsylvania.

17        You didn't explain that to him either, did you?

18   A.   No.

19   Q.   Now, you've testified that, after you got back from the

20   United States, back in Haiti, that your life went downhill till

21   you ultimately left Morning Star?

22   A.   After a certain time, yes.  Once he found out that he

23   couldn't use you anymore, he started mistreating you.  So you

24   started questioning the reason why you had to stay here.  You

25   were thinking on -- all your problem was thinking on how to get

 1  out of here.

 2       And that's how I worked it out to have -- to take the

 3  decision and decide to go home, because there came a time where

 4  I couldn't stand it anymore.  I couldn't stay there because he

 5  would curse at me.  He would say bad words to me.

 6       So it was like you don't know what -- a bunch of bad

 7  attitude towards you and you see you are losing your time just

 8  sitting here and taking it.

 9  Q.  What's a team leader, Mr. Frederic?

10  A.  I don't know what team leader was.  It's him who created a

11  question of team leaders.  He's should explain it because he's

12  the one who made me a team leader.

13  Q.  A team leader, in spite of all these horrible things that

14  were happening to you after you came back to the United

15  States --

16            MS. KANE:  Objection.  Argumentative.

17            THE COURT:  Sustained.

18            Rephrase your question.

19  BY MR. HOROWITZ:

20  Q.  Mr. Frederic, when you came back from the United States

21  three years later, in 2002, you became a team leader; did you

22  not?

23  A.  Yes.  He made me a team leader.

24  Q.  And team leader was like a promotion; was it not?

25  A.  Lost time.

1   Q.   You were in charge of the other boys; were you not?

2   A.   For a certain time.

3   Q.   He made you one of the bosses; did he not?

4   A.   No.

5   Q.   Being a team leader is not a boss?

6   A.   We were many team leaders that he could choose anybody he

7   wanted to be team leader.

8   Q.   But he chose you, didn't he?

9   A.   There wasn't only me.

10         MR. HOROWITZ:  May I have one moment, your Honor?

11         THE COURT:  Yes.

12  BY MR. HOROWITZ:

13  Q.   Mr. Frederic, before you testified today, have you been in

14  contact with Jean Dieucibon Xxxxxx?

15  A.   What do you mean, "in contact"?

16  Q.   Do you need me to describe what an e-mail is to you again?

17         MS. KANE:  Objection.  Argumentative.

18         THE COURT:  Sustained.

19  BY MR. HOROWITZ:

20  Q.   By telephone, by e-mail.

21  A.   No.

22  Q.   By Facebook?

23  A.   While I'm here?

24  Q.   In the last two years.

25  A.   Yes.  That's my friend.

1   Q.   You remain in contact with him on a regular basis; do you

2   not?

3   A.   It cannot be regularly because he's working, I'm working.

4   And sometimes, if I go on Facebook, I see him.  I chat with

5   him.

6   Q.   Do you talk about your testimony in this case?

7   A.   I didn't go into details with him, but I told him that I

8   would participate in the trial.

9   Q.   Did you see him outside of court today?

10  A.   Yes.  I was with him.

11  Q.   Did you talk about the case?

12  A.   No.

13  Q.   Did you go out to dinner with him yesterday?

14  A.   Last night?

15  Q.   Yes, sir.

16  A.   No.

17            MR. HOROWITZ:  May I have one moment, your Honor?

18            THE COURT:  Yes.

19            MR. HOROWITZ:  No further questions.  Thank you,

20  Judge.

21            THE COURT:  Redirect.

22                      REDIRECT EXAMINATION

23  BY MS. KANE:

24  Q.   Jobed, on cross-examination, you said that, when you were

25  in the United States, you didn't tell anyone about the

1   Defendant's sexual abuse.  Is that right?

2   A.   No.  I didn't say anything to anybody.

3   Q.   Did there come a time when you did tell somebody about the

4   Defendant's sexual abuse of you and the other boys?

5   A.   I couldn't explain that to anybody here because that would

6   be dirtying all ourselves if I told anybody here anything.

7   Q.   Jobed, did there come a time when you wrote a letter about

8   what the Defendant was doing to you and the other boys?

9   A.   Yes.  That I remember.

10  Q.   Okay.  And who did you give that letter to?  Do you

11  remember?

12        MR. HOROWITZ:  Judge, objection as to time frame.  It

13  may be beyond the scope of cross-examination.

14        THE COURT:  Place it in time.

15        MS. KANE:  I'm sorry, your Honor?

16        THE COURT:  Place it in time, please.

17  BY MS. KANE:

18  Q.   When did you write -- approximately when did you write this

19  letter, Jobed?

20  A.   I don't remember the exact date.  I remember that it was

21  around the time that I was leaving his house that it was a

22  woman called Betty.  I think that was her name.

23  Q.   And so this was after your trip to the United States with

24  the Defendant.  Is that correct?

25  A.   Yes.  A good time later.

```
 1   Q.   Did you write this letter before you met with the agent

 2   from Homeland Security?

 3   A.   Yes.  Yes.

 4   Q.   And --

 5            THE COURT:  Ms. Kane, one moment.  One of the jurors

 6   needs to use the rest room.

 7            You may go.

 8            The rest of us can take a stretch break.  Everyone

 9   stand up and stretch.

10            (Whereupon, an unidentified juror briefly exited the

11   courtroom and returned.)

12            THE COURT:  All the jurors are now here.

13            You may be seated.

14            You still under oath, sir.

15            You may proceed.

16   BY MS. KANE:

17   Q.   Jobed, we were talking about the letter that you had

18   written around the time that you had moved out of the Morning

19   Star program.

20        You said that you had written this letter before you had

21   met with Homeland Security.  Isn't that right?

22   A.   Yes.

23   Q.   And did you write this letter before you met me?

24   A.   Yes.

25   Q.   And approximately how long ago did you and I meet for the
```

1    first time?

2    A.  I think 2011 we met.  If we're in 2013, it must have been

3    2011 we met.

4    Q.  So you wrote this letter before 2011.  Isn't that right?

5    A.  I think that letter is maybe four, five or six years old.

6    I don't remember.

7              MS. KANE:  Permission to approach, your Honor?

8              MR. HOROWITZ:  Judge, I'm going to object as beyond

9    the scope, based on the time frame.

10             MS. MEDETIS:  Judge, side-bar, if possible.

11             THE COURT:  Come on up.

12             (Whereupon, the following proceedings were had at

13   side-bar outside the presence of the jury:)

14             THE COURT:  Yes.

15             MS. KANE:  Your Honor, I would argue that this would

16   be admissible as a prior consistent statement under Rule 801.

17   Defense counsel's suggested in their questions that

18   Mr. Xxxxxxxx's testimony was a product of his conversations

19   with our other witness, Dieucibon.

20             His questions were about the contact they had had

21   within the last two years.  He suggested that his testimony

22   today was a result of essentially a recent fabrication.

23             This letter that Mr. Xxxxxxxx wrote is from

24   approximately, I guess, the 2004-2005 time period.  It is prior

25   to the time these alleged conversations happened between

1    Mr. Xxxxxxxx and Mr. Dieucibon.  And I think they're admissible

2    as a prior consistent statement.

3           MR. HOROWITZ:  Judge, Ms. Kane is absolutely right, if

4    I would have gotten the answers that I was hoping for.

5           However, the witness testified that he did not discuss

6    the case with Mr. Dieucibon.  The letter is clearly written

7    after 2002, which is when he left the center.

8           There's no purpose for this letter to come in.  It's

9    beyond the scope of cross-examination.

10          MS. KANE:  His questions suggested his testimony was a

11   recent fabrication; and, therefore, I think we should be

12   permitted to rebut with his prior consistent statement.

13          MR. HOROWITZ:  My questions are not evidence.  It's

14   the answers that are evidence.  The answers were that there was

15   no conversations and -- regarding his testimony with any of the

16   other witnesses.

17          THE COURT:  Well, Rule 801(d)(1)(B) states that if the

18   declarant testifies in the subject of cross-examination about a

19   prior statement and the statement is consistent with the

20   declarant's testimony and is offered to rebut an express or

21   implied charge that the declarant recently fabricated it or

22   acted from a recent improper influence or motive and so

23   testified.

24          Well, I think this is where we're going to end for the

25   night, because I want to see what the case law says regarding

```
 1   that on this particular section before I make a determination.

 2           MR. HOROWITZ:  Thank you, Judge.

 3           MS. KANE:  Thank you, your Honor.

 4           (Whereupon, the following proceedings were had in open

 5   court:)

 6           THE COURT:  Counsel, please approach for one more

 7   moment.

 8           (Whereupon, the following proceedings were had at

 9   side-bar outside the presence of the jury:)

10           THE COURT:  It has come to my attention that there --

11   this subject area may be the basis of a television show this

12   evening -- I'm not sure if it is or not -- but arising out of

13   the allegations that may have been made against a US senator

14   regarding prostitution -- underage prostitution in the

15   Dominican Republic.

16           I have been informed that at least there was some

17   indication that someone on TV may be discussing the subject

18   area of US citizens going to a foreign country with the

19   intent -- the intent of having sex with minors.

20           So I am going to caution the jury in my general

21   caution.  I don't want to direct them to anything, but I'm

22   going to caution them that they also may not see anything in

23   the media on the subject area of the allegations.

24           MS. MEDETIS:  Certainly, Judge.

25           MR. HOROWITZ:  Thank you, Judge.
```

1          (Whereupon, the following proceedings were had in open

2     court:)

3          THE COURT:  All right, ladies and gentlemen.  The hour

4     is late.  I'm going to let you go for the evening.

5          Do not discuss this case either amongst yourselves or

6     with anyone else.  Have no contact whatsoever with anyone

7     associated with the trial.

8          Do not read, listen or see anything touching on this

9     matter in any way, including anything on the Internet, anything

10    in the media, anything on any device and anything that regards

11    the subject area that comprise the allegations in the

12    indictment.

13         If anyone should try to talk to you about this case,

14    you should immediately instruct them to stop and report it to

15    my staff.

16         If you would, give your notebooks to the court

17    security officer.  Have a nice evening.  I will see you

18    tomorrow morning, 9:00.

19         (Whereupon, the jury exited the courtroom at 5:55 p.m.

20    and the following proceedings were had:)

21         THE COURT:  You may be seated for a moment.

22         The witness indicated he wanted to ask me something.

23    I don't know if this is something that maybe he should talk to

24    the prosecutors about.

25         What did you want to ask me, sir?

 1          THE WITNESS:  Could your Honor please identify the man

 2   with the brown suit sitting next to the Defendant?

 3          THE COURT:  That's the defense investigator.  It's the

 4   investigator for the lawyers of the Defendant.

 5          THE WITNESS:  Okay.  Thank you.

 6          THE COURT:  Nobody is going to have any contact with

 7   you, sir.  Okay?

 8          THE WITNESS:  Okay.  Thank you.

 9          THE COURT:  So we're in recess until tomorrow morning,

10   9:00.

11          MR. HOROWITZ:  Judge, two matters, if I may.

12          May the witness be instructed that he's not to have

13   any contact with the prosecutor, not to discuss his testimony

14   with them as he's still on the stand?

15          THE COURT:  All right.  Sir, you're not to discuss

16   your testimony with anyone or permit anyone to discuss it with

17   you.  You can talk to the prosecutors about your travel

18   arrangements, where you're staying, but you can't discuss your

19   testimony with anyone.  Okay?

20          THE WITNESS:  Okay.

21          THE COURT:  You're excused.

22          MR. HOROWITZ:  One other matter, Judge.

23          Chief Judge Moreno has me set for a sentencing as soon

24   as we're done with court tomorrow.

25          THE COURT:  For the lunchtime break.  Correct?  Or in

```
 1    the afternoon?

 2              MR. HOROWITZ:  The afternoon.

 3              THE COURT:  Okay.

 4              MR. HOROWITZ:  As soon as I'm done here.

 5              THE COURT:  Tomorrow?

 6              MR. HOROWITZ:  Yes.

 7              THE COURT:  Okay.

 8              MR. HOROWITZ:  In case there's any inquiries from

 9    chambers, they know where I am.

10              THE COURT:  They know where you are.

11              You can go, sir.  You're excused.

12              They already inquired as to the schedule tomorrow.

13              MR. HOROWITZ:  I filed a motion to continue the

14    sentencing that's set for tomorrow.  It was originally set for

15    10:00 a.m.  He denied it and set me after court is done

16    tomorrow afternoon.

17              THE COURT:  Okay.

18              MR. HOROWITZ:  I don't know how happy he's going to be

19    about 6:00 or something like that.  But you've got me and I

20    just wanted to alert you as to that.

21              THE COURT:  Okay.  I appreciate the notice.

22              Can you now inform me what this letter is?  I need

23    some more information about the letter.

24              MR. HOROWITZ:  Judge, may we have Bates numbers for

25    the letter?
```

1          MS. KANE:  Your Honor, this was a letter written by

2   Jobed Xxxxxxxx in approximately 2004, 2005.

3          THE COURT:  To who?

4          MS. KANE:  He mentioned a woman named Betty.  Betty is

5   a person who visited the Morning Star Center and became aware

6   of what was occurring at the Morning Star Center and wanted to

7   do something about it and asked some of the current and former

8   residents of the center to write a letter about what was going

9   on at the center.

10          Mr. Xxxxxxxx wrote a letter, gave it to this woman,

11   Betty.  Her name is Betty Long.  And this letter was then later

12   provided to law enforcement.

13          THE COURT:  And this letter details the allegations

14   that he testified about?

15          MS. KANE:  It references the fact that the Defendant

16   was sexually abusing the children in the house.

17          Your Honor, we could provide a copy to you in advance,

18   if you like.

19          THE COURT:  That would be great.  Thank you.

20          MS. MEDETIS:  Is it possible for Patricia to make a

21   copy?  Because we only have one with us now for the Court.

22          THE COURT:  Sure.

23          MS. MEDETIS:  Thank you.

24          Would you identify the Bates number.  Mr. Horowitz had

25   asked for the Bates number.

1           MR. HOROWITZ:  Or if Patricia goes to make another

2     copy, if I can have an extra copy, that would be fine.

3           MS. KANE:  We can provide the Bates number to defense

4     counsel after the close.  We don't have that right now.

5           THE COURT:  Okay.  And counsel from both sides can

6     also do some research and present whatever authority you wish

7     to present to me.

8           I would say e-mail the cite by 8:30 tomorrow morning.

9           MS. KANE:  Thank you, your Honor.

10           THE COURT:  Any citations.

11           MR. HOROWITZ:  Judge, e-mail them to Patricia?

12           THE COURT:  Yes.

13           Thank you.  We're in recess until 9:00 tomorrow

14     morning.

15           MR. HOROWITZ:  Thank you, your Honor.

16           (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3          I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled matter.

5

6

7    _____         /s/Lisa Edwards
          DATE               LISA EDWARDS, RDR, CRR
8                            Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
9                            Miami, Florida 33128
                             (305) 523-5499
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$10,000** [1] - 41:1
**$600** [1] - 78:6
**$700** [2] - 78:5, 78:6

**'**

**'indictment** [1] - 29:2
**'no** [1] - 103:12

**/**

**/s/Lisa** [1] - 210:7

**0**

**001** [1] - 114:24
**004** [1] - 114:24
**006** [2] - 114:25, 175:10
**009** [1] - 114:19
**010** [1] - 114:25

**1**

**1** [2] - 1:8, 10:15
**10** [3] - 156:11, 162:10, 164:24
**10:00** [1] - 207:15
**10:52** [1] - 55:20
**11-20350** [5] - 4:3, 56:1, 71:11, 109:13, 153:24
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**112** [1] - 3:19
**114** [1] - 3:19
**11:25** [1] - 59:14
**11:44** [1] - 69:11
**11th** [1] - 31:22
**12** [2] - 34:24, 95:5
**122** [2] - 56:16, 57:3
**128** [1] - 3:11
**12th** [1] - 140:11
**13th** [2] - 57:14, 57:19
**14** [37] - 3:4, 5:9, 6:5, 8:6, 8:11, 8:15, 8:17, 23:3, 57:25, 84:15, 89:17, 92:2, 92:3, 92:6, 92:12, 101:16, 130:11, 130:13, 132:23, 133:11, 133:21, 136:8,

136:20, 138:11, 147:17, 165:17, 165:18, 165:22, 166:1, 172:22, 172:23, 178:5, 178:8, 178:9, 189:17, 189:19, 189:21
**1400** [1] - 1:18
**146** [1] - 3:11
**147** [3] - 57:2, 57:5, 57:10
**14th** [1] - 139:18
**15** [21] - 23:3, 25:2, 92:10, 92:12, 92:14, 92:15, 112:4, 112:21, 115:2, 123:24, 123:25, 132:25, 136:7, 136:9, 138:14, 140:5, 147:17, 165:21, 189:22, 189:23, 194:1
**155** [1] - 3:12
**15th** [1] - 24:19
**16** [3] - 103:15, 181:3, 194:1
**164** [1] - 3:20
**16C** [1] - 47:10
**17** [3] - 165:8, 165:10, 181:3
**18** [5] - 92:20, 112:7, 165:8, 165:10, 181:3
**181** [1] - 3:12
**19** [1] - 10:15
**1910** [1] - 1:24
**1945** [1] - 45:2
**1981** [2] - 81:9, 130:4
**1985** [1] - 155:10
**1988** [1] - 57:20
**199** [1] - 3:12
**1995** [13] - 22:24, 29:22, 31:25, 83:16, 84:13, 92:21, 92:24, 98:1, 115:4, 115:9, 115:13, 117:17, 191:5
**1996** [2] - 156:12, 191:5
**1999** [11] - 81:16, 92:18, 92:22, 143:5, 145:14, 146:6, 167:16, 191:17, 192:22, 193:6, 195:5
**1:00** [1] - 70:19, 70:25, 71:6
**1:29** [1] - 75:8
**1st** [1] - 155:10

**2**

**20** [6] - 3:16, 43:7,

43:11, 44:3, 44:4, 77:9
**2001** [2] - 24:18, 33:4
**2002** [4] - 191:1, 191:2, 197:21, 203:7
**2003** [1] - 24:19
**2004** [2] - 24:19, 208:2
**2004-2005** [1] - 202:24
**2005** [1] - 208:2
**2006** [1] - 24:19
**2008** [1] - 24:19
**2009** [2] - 24:20, 32:2
**2010** [3] - 32:2, 32:11, 45:7
**2011** [21] - 24:22, 31:23, 31:25, 33:4, 35:21, 43:20, 43:22, 46:1, 46:4, 48:1, 49:24, 50:2, 60:18, 63:5, 64:1, 68:12, 139:20, 146:6, 202:2, 202:3, 202:4
**2012** [5] - 57:14, 129:22, 129:23, 140:1, 140:7
**2013** [3] - 1:5, 10:24, 202:2
**20530** [1] - 1:19
**209** [1] - 1:8
**21** [2] - 6:6, 57:2
**21-A** [3] - 3:16, 45:13, 46:13, 46:14
**21-B** [3] - 3:16, 46:14, 46:19
**22** [7] - 3:5, 3:17, 47:12, 48:8, 48:10, 48:11, 48:23
**22-E** [1] - 62:4
**22nd** [1] - 57:16
**23-A** [8] - 3:17, 49:15, 50:7, 50:11, 50:12, 50:16, 50:18, 59:21
**23-B** [4] - 3:17, 50:12, 50:20, 62:16
**23-C** [7] - 3:18, 60:4, 60:23, 61:1, 61:2, 61:8, 62:13
**23-D** [1] - 61:24
**23-F** [4] - 3:18, 60:23, 61:1, 61:3
**24** [9] - 3:18, 51:4, 62:20, 63:7, 63:9, 64:6, 64:7, 64:12, 68:7
**24-F** [2] - 3:19
**25** [3] - 63:12, 64:22, 65:14

**250** [1] - 5:3
**26** [5] - 51:13, 51:16, 51:17, 63:14, 66:1
**26th** [2] - 81:11, 140:7
**27** [8] - 3:6, 24:19, 45:2, 45:8, 53:25, 63:16, 67:11, 77:9
**27th** [1] - 24:19
**28** [10] - 54:2, 54:5, 54:10, 54:11, 56:11, 57:7, 63:18, 66:16, 67:7, 155:12
**29** [9] - 3:18, 51:5, 62:20, 63:21, 64:6, 64:7, 68:4, 68:5, 68:8
**2929** [1] - 1:21
**2:19** [1] - 108:25
**2:37** [1] - 111:7
**2nd** [1] - 24:18

**3**

**3** [7] - 4:25, 8:20, 9:1, 9:5, 9:7, 9:8, 44:20
**30** [1] - 148:2
**305** [2] - 2:3, 210:9
**30th** [2] - 24:18, 140:1
**314** [1] - 68:2
**31st** [3] - 129:21, 129:23, 130:3
**33128** [2] - 2:3, 210:9
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**34** [1] - 3:10
**36** [1] - 57:5
**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** [1] - 64:21
**3:35** [1] - 150:12

**4**

**4** [2] - 10:24, 118:20
**4-15-2011** [1] - 65:24
**4-27-1945** [1] - 65:13
**40** [18] - 3:19, 113:5, 113:10, 114:7, 114:9, 114:10, 118:21, 123:4, 123:7, 123:15, 125:7, 125:8, 140:25, 175:8
**400** [2] - 2:2, 210:8
**404** [1] - 51:19
**404(b** [3] - 52:9, 56:18, 57:9
**410** [1] - 1:22

**413** [7] - 52:9, 56:17, 56:22, 57:9, 105:14, 105:18, 111:2
**413-414** [5] - 51:19, 51:25, 53:4, 53:8, 106:1
**414** [8] - 56:17, 56:23, 57:9, 105:14, 105:19, 107:3, 107:4, 111:2
**44** [1] - 3:16
**45305** [1] - 68:2
**46** [1] - 3:16
**472491686** [1] - 44:16
**48** [1] - 3:17
**48114-9629** [1] - 65:7
**49028** [2] - 65:20, 66:10
**49029** [1] - 65:19
**4:04** [1] - 154:19

**5**

**5** [3] - 1:5, 54:24, 67:9
**50** [1] - 3:17
**503** [2] - 40:24
**523-5499** [2] - 2:3, 210:9
**55** [8] - 3:19, 111:15, 111:20, 112:13, 112:15, 112:16, 134:15, 135:22
**56** [7] - 3:20, 163:14, 163:19, 164:13, 164:16, 164:17, 183:2
**5:55** [1] - 205:19

**6**

**6** [1] - 24:4
**600** [2] - 1:18, 78:5
**61** [1] - 3:18
**64** [1] - 3:18
**664** [2] - 65:19, 66:9
**67-year-old** [1] - 29:13
**6:00** [2] - 122:2, 207:19
**6:01** [1] - 1:6

**7**

**7** [16] - 23:3, 68:20, 68:22, 69:22, 70:1, 70:3, 70:7, 70:9, 70:12, 70:16, 70:21,

71:3, 71:4, 83:25, 115:6, 136:20

**75** [1] - 3:10

**79** [1] - 3:10

**7:00** [1] - 122:2

## 8

**8** [19] - 23:3, 35:21, 43:18, 43:22, 45:7, 46:1, 46:4, 47:7, 47:25, 49:24, 50:2, 60:18, 64:1, 83:25, 115:6, 157:21, 162:1, 189:4, 189:7

**80** [1] - 3:11

**801** [1] - 202:16

**801(d)(1)(B** [1] - 203:17

**809** [2] - 47:5, 61:13

**89** [1] - 57:18

**8:30** [1] - 209:8

**8th** [4] - 24:21, 31:23, 63:5, 68:12

## 9

**9** [11] - 56:19, 95:5, 156:11, 157:21, 162:1, 162:10, 165:9, 172:22, 172:23, 189:4, 189:7

**9130** [1] - 1:24

**9755** [1] - 65:3

**99** [1] - 1:15

**9:00** [3] - 205:18, 206:10, 209:13

**9:18** [1] - 1:6

**9:39** [1] - 14:13

## A

**a.m** [6] - 1:6, 14:13, 55:20, 59:14, 69:11, 207:15

**AA762871** [2] - 50:19, 62:2

**AA762980** [3] - 50:22, 62:7, 62:11

**AA7782871** [1] - 61:19

**ability** [2] - 17:11, 28:21

**able** [13] - 7:25, 8:13, 9:3, 11:4, 29:20, 31:19, 35:5, 82:8, 99:22, 158:2, 166:20, 168:1, 168:23

**above-entitled** [1] - 210:4

**absence** [1] - 5:3

**absolutely** [4] - 12:11, 109:9, 136:19, 203:3

**abuse** [27] - 26:9, 26:25, 103:17, 131:4, 131:6, 131:14, 132:5, 132:10, 138:17, 138:25, 139:2, 139:3, 144:16, 145:6, 146:14, 147:3, 168:16, 169:2, 169:10, 178:7, 178:19, 180:21, 195:11, 195:24, 196:10, 200:1, 200:4

**abused** [6] - 53:5, 56:24, 168:25, 169:1, 169:11, 181:1

**abusing** [7] - 122:10, 122:11, 124:5, 124:6, 124:12, 124:20, 208:16

**accept** [6] - 18:21, 18:22, 117:20, 117:21, 117:25

**access** [2] - 55:12, 176:20

**accidentally** [1] - 108:1

**accord** [1] - 21:16

**accordingly** [2] - 14:9, 21:13

**account** [2] - 17:11, 188:3

**accounts** [2] - 19:7, 21:2

**accurate** [6] - 5:4, 7:18, 37:25, 38:1, 53:20, 210:3

**accurately** [5] - 60:16, 60:17, 112:9, 114:2, 164:8

**accusation** [1] - 17:24

**acknowledge** [1] - 108:19

**acquire** [1] - 21:11

**acronym** [1] - 67:6

**Act** [1] - 11:10

**act** [3] - 12:13, 56:18, 194:6

**acted** [2] - 194:5, 203:22

**Activities** [4] - 54:2, 54:23, 67:1, 67:9

**activity** [1] - 53:9

**acts** [11] - 24:3,

25:20, 25:21, 26:16, 26:17, 110:11, 110:12, 110:18, 125:21, 125:22, 126:3

**actual** [8] - 37:20, 39:19, 40:22, 41:21, 41:24, 42:1, 57:15, 62:15

**addition** [3] - 19:15, 94:22, 120:18

**additional** [4] - 9:15, 17:18, 57:12

**additionally** [1] - 105:18

**address** [8] - 27:21, 33:22, 65:2, 65:15, 66:9, 66:11, 68:1, 146:24

**addressed** [2] - 57:1, 57:9

**Adelstein** [9] - 4:15, 7:10, 28:17, 56:6, 59:9, 71:20, 109:20, 150:15, 154:8

**ADELSTEIN** [85] - 1:20, 1:21, 6:9, 7:2, 7:20, 8:3, 9:11, 44:1, 44:11, 48:18, 48:20, 49:7, 50:6, 50:9, 51:6, 51:10, 51:12, 51:17, 52:7, 53:8, 54:9, 54:11, 55:22, 56:6, 58:7, 58:16, 60:24, 75:14, 75:18, 79:12, 79:14, 90:17, 90:23, 91:10, 91:15, 97:2, 97:5, 97:8, 98:12, 98:14, 104:14, 104:17, 113:2, 117:1, 118:10, 119:9, 126:21, 128:10, 129:9, 129:12, 129:20, 131:17, 132:9, 132:15, 134:4, 134:8, 135:16, 135:20, 138:6, 138:10, 139:9, 139:10, 139:22, 139:24, 140:4, 140:23, 140:24, 143:4, 144:2, 144:14, 145:2, 145:4, 146:9, 149:22, 149:25, 150:17, 150:22, 150:24, 151:1, 152:13, 152:16, 152:22, 153:2, 153:19, 164:14

**adequate** [1] - 30:8

**admissible** [3] -

52:16, 202:16, 203:1

**admit** [9] - 43:25, 48:8, 50:5, 53:14, 64:4, 112:13, 114:7, 164:12

**admitted** [26] - 10:16, 10:20, 10:23, 15:12, 17:2, 17:3, 44:2, 46:12, 46:19, 48:9, 50:10, 56:24, 59:21, 60:25, 61:7, 61:23, 62:3, 62:9, 64:5, 64:11, 65:25, 68:4, 112:14, 114:8, 164:15, 175:7

**adult** [6] - 11:18, 11:20, 12:5, 12:21, 13:7, 13:11

**adulthood** [1] - 32:24

**adults** [1] - 12:11

**advance** [3] - 10:18, 105:24, 208:17

**advised** [3] - 24:9, 129:4, 151:10

**advising** [1] - 130:11

**affect** [2] - 5:3

**affecting** [1] - 5:3

**afraid** [3] - 58:9, 147:11, 147:12

**afternoon** [18] - 71:9, 71:14, 71:18, 71:19, 71:23, 83:21, 109:16, 109:19, 122:2, 154:2, 154:7, 155:3, 155:4, 158:24, 181:21, 207:1, 207:2, 207:16

**afterwards** [1] - 173:24

**age** [6] - 11:13, 12:2, 13:24, 19:14, 181:2, 194:1

**Agent** [10] - 79:2, 130:1, 130:8, 137:23, 138:2, 146:25, 151:2, 151:11, 152:8, 187:21

**agent** [7] - 128:22, 135:10, 141:8, 141:10, 151:15, 152:2, 201:1

**agent's** [1] - 134:7

**Agents** [3] - 4:10, 71:16, 154:5

**agents** [6] - 131:2, 133:24, 151:18, 187:2, 187:14, 187:18

**ages** [1] - 165:9

**ago** [2] - 105:14, 201:25

**agree** [7] - 12:10,

15:8, 18:22, 120:7, 175:21, 176:8, 176:9

**agreement** [5] - 11:5, 11:15, 90:7, 90:15, 91:7

**agreements** [3] - 90:22, 91:3, 91:4

**agrees** [1] - 16:11

**ahead** [9] - 6:17, 35:7, 37:7, 40:9, 42:1, 68:16, 72:6, 97:9, 188:12

**Ahmed** [6] - 54:18, 66:18, 66:19

**air** [1] - 30:20

**aircraft** [4] - 37:15, 37:17, 38:10

**airline** [5] - 37:10, 37:12, 37:14, 37:23, 38:1

**Airlines** [6] - 47:3, 73:6, 73:8, 73:12, 73:18, 73:20

**airplane** [1] - 26:23

**Airport** [2] - 35:20, 46:24

**airport** [4] - 36:7, 38:22, 75:21, 145:23

**alert** [1] - 207:20

**alive** [3] - 81:14, 156:9, 175:24

**allegations** [8] - 28:9, 33:12, 33:18, 33:20, 204:13, 204:23, 205:11, 208:13

**alleged** [6] - 33:5, 110:11, 110:18, 125:21, 126:3, 202:25

**allegedly** [2] - 13:8, 19:3

**allowed** [3] - 72:23, 141:9, 142:11

**almost** [6] - 116:3, 124:7, 173:2, 182:1, 191:1, 191:2

**alone** [2] - 24:10, 176:19

**alterations** [1] - 60:20

**Alvarado** [2] - 78:25, 79:1

**Alvaro** [2] - 4:11, 135:5

**amend** [1] - 41:4

**AMERICA** [1] - 1:4

**America** [5] - 4:2, 55:25, 71:10, 109:12, 153:23

**American** [10] -

22:24, 47:3, 47:5, 61:13, 73:6, 73:8, 73:12, 73:17, 73:20, 84:23

**amount** [2] - 9:18, 42:10

**amounts** [3] - 35:17, 38:21, 38:24

**Andrew** [8] - 23:15, 44:19, 56:1, 64:15, 65:1, 71:10, 109:13, 153:24

**ANDREW** [1] - 1:7

**angry** [3] - 168:23, 176:6, 176:7

**answer** [8] - 16:22, 49:12, 91:13, 98:16, 139:7, 189:16, 196:6, 196:14

**answered** [12] - 16:18, 16:19, 29:15, 126:9, 131:15, 135:15, 138:8, 143:2, 144:25, 183:6, 187:22, 192:23

**answering** [1] - 196:12

**answers** [5] - 16:5, 21:22, 203:4, 203:14

**anytime** [2] - 31:5, 31:8

**apartment** [21] - 88:19, 88:22, 88:23, 88:25, 89:2, 89:4, 89:6, 89:16, 89:18, 89:25, 96:6, 96:11, 121:13, 132:21, 133:5, 133:8, 133:13, 133:17, 133:20, 133:22

**apartments** [1] - 133:17

**apologize** [1] - 63:20

**apparent** [1] - 58:20

**appear** [1] - 58:19

**appearance** [1] - 108:21

**appearances** [5] - 4:5, 56:2, 71:12, 109:14, 153:25

**APPEARANCES** [1] - 1:13

**appeared** [1] - 112:10

**appearing** [1] - 13:24

**applies** [1] - 20:2

**appreciate** [2] - 21:15, 207:21

**appreciated** [1] - 170:23

102:22

**asleep** [2] - 169:20, 170:2

**aspect** [1] - 104:22

**assigned** [1] - 169:25

**assignment** [2] - 47:8, 179:2

**assignments** [1] - 179:2

**assist** [4] - 22:1, 82:13, 116:5, 158:24

**Assistant** [3] - 130:8, 185:12, 185:19

**ASSISTANT** [1] - 1:15

**assisted** [1] - 32:20

**associated** [10] - 55:9, 69:2, 73:3, 74:8, 108:10, 108:18, 116:8, 150:3, 154:13, 205:7

**assure** [1] - 18:13

**ate** [5] - 160:6, 160:25, 193:18, 193:19

**attempt** [3] - 18:25, 19:11, 21:2

**attempted** [1] - 24:22

**attempting** [1] - 24:5

**attend** [3] - 32:18, 83:22, 140:9

**attendant** [4] - 73:11, 73:12, 73:20, 82:3

**attended** [3] - 139:12, 139:15, 140:8

**attention** [14] - 7:5, 8:1, 8:13, 9:3, 9:21, 32:20, 32:21, 35:21, 44:20, 45:8, 46:18, 59:19, 73:15, 204:10

**attentive** [1] - 33:23

**attitude** [3] - 119:21, 119:23, 197:7

**attorney** [1] - 22:7

**Attorney** [3] - 130:8, 185:12, 185:19

**ATTORNEY** [1] - 1:15

**attorneys** [1] - 22:15

**attorneys'** [1] - 27:23

**attractions** [1] - 27:25

**attribute** [1] - 105:21

**au** [5] - 23:1, 24:2, 24:6, 47:1, 61:13

**authority** [2] - 13:9, 209:6

**authorized** [4] - 20:9, 54:19, 66:24, 66:25

**approach** [17] - 11:5, 43:8, 45:14, 47:13, 49:16, 51:6, 59:25, 61:17, 62:21, 105:1, 111:16, 113:6, 134:4, 149:22, 163:15, 202:7, 204:6

**approached** [4] - 72:12, 72:18, 73:9, 73:11

**approaching** [1] - 120:6

**appropriate** [5] - 41:4, 106:21, 106:24, 107:15, 120:11

**approvals** [1] - 110:7

**approved** [1] - 106:14

**April** [1] - 45:2

**area** [18] - 30:11, 32:2, 40:19, 41:11, 41:13, 41:14, 41:16, 41:19, 41:24, 78:18, 107:22, 107:23, 144:18, 188:7, 204:11, 204:18, 204:23, 205:11

**argue** [2] - 28:5, 202:15

**argument** [1] - 22:9

**argumentative** [2] - 197:16, 198:17

**arguments** [3] - 16:1, 16:2, 22:16

**arising** [1] - 204:12

**armed** [1] - 29:19

**Arnold** [4] - 84:20, 85:4, 85:6, 85:8

**arrangements** [1] - 206:18

**arrest** [17] - 36:1, 36:4, 36:9, 36:12, 39:1, 41:9, 41:15, 43:16, 44:13, 47:23, 76:5, 76:10, 78:19, 79:25, 80:2, 147:9, 147:10

**arrested** [6] - 24:25, 31:23, 53:15, 60:18, 79:24, 146:23

**arrests** [1] - 41:22

**arrive** [2] - 41:18, 143:22

**arrived** [1] - 36:16

**arriving** [1] - 37:20

**article** [3] - 39:9, 82:20, 83:7

**ashamed** [1] - 146:20

**aside** [2] - 98:3,

**available** [2] - 11:12, 12:23

**Avenue** [4] - 1:18, 1:21, 2:2, 210:8

**avoid** [1] - 108:21

**awake** [1] - 144:17

**aware** [6] - 6:23, 141:19, 141:22, 141:23, 141:25, 208:5

## B

**b-l-a-n-c** [1] - 85:2

**B-r-i-g-h-t-o-n** [1] - 65:10

**Baby** [2] - 87:20, 87:21

**background** [1] - 37:21

**backpack** [2] - 184:2, 184:4

**bad** [5] - 30:19, 181:7, 181:8, 197:5, 197:6

**bag** [1] - 43:2

**baggage** [10] - 42:23, 50:17, 50:23, 59:24, 60:12, 61:15, 61:25, 62:6, 62:15

**bags** [12] - 37:15, 37:16, 37:18, 37:19, 37:23, 41:18, 41:20, 41:22, 41:23, 42:18, 42:24, 43:2

**balcony** [1] - 158:2

**balls** [1] - 99:10

**Baptiste's** [1] - 165:22

**bar** [6] - 51:9, 56:20, 105:3, 202:10, 202:13, 204:9

**base** [1] - 21:9

**based** [9] - 21:4, 40:2, 43:3, 46:25, 47:6, 47:8, 60:11, 62:14, 202:9

**Basha** [2] - 54:24, 67:9

**basic** [2] - 14:24, 17:21

**basis** [6] - 12:15, 94:12, 162:17, 163:8, 199:1, 204:11

**Bates** [4] - 207:24, 208:24, 208:25, 209:3

**bath** [1] - 95:10

**bathe** [1] - 26:9

**bathrobe** [2] - 102:18, 102:19

**bathroom** [6] - 89:2, 89:3, 174:6, 174:20, 175:18, 180:11

**bear** [2] - 17:17, 18:10

**bearer** [1] - 45:10

**bearing** [3] - 66:22, 67:5, 67:6

**beat** [1] - 168:25

**beautiful** [1] - 167:19

**became** [4] - 13:8, 29:16, 197:21, 208:5

**Becky** [1] - 73:5

**become** [3] - 20:22, 93:11, 147:13

**becomes** [1] - 9:14

**bed** [16] - 25:24, 25:25, 96:9, 96:14, 99:12, 100:7, 100:11, 102:15, 169:20, 171:18, 171:20, 172:9, 177:4, 177:14, 179:4, 179:8

**bedroom** [12] - 25:15, 25:20, 26:14, 26:15, 89:4, 121:15, 142:6, 147:19, 147:20, 176:19, 176:22, 177:2

**beds** [1] - 25:18

**BEFORE** [1] - 1:10

**beg** [1] - 181:5

**began** [1] - 189:8

**begin** [2] - 20:13, 22:4

**beginning** [3] - 96:21, 117:17, 168:13

**behalf** [11] - 4:8, 4:15, 33:22, 56:4, 56:6, 71:15, 71:20, 109:17, 109:20, 154:3, 154:9

**behave** [1] - 194:7

**behind** [1] - 184:2

**believability** [1] - 17:17

**Bellbrook** [1] - 68:2

**belong** [1] - 75:22

**belonging** [4] - 43:15, 45:22, 60:11, 66:3

**beneath** [1] - 66:21

**benefit** [7] - 18:23, 65:8, 85:16, 192:2, 193:12, 193:13, 193:17

**benefited** [2] - 193:16, 194:13

**Benitez** [5] - 4:25, 6:6, 8:19, 8:23, 9:2

**Bertha** [2] - 194:23, 195:10
**better** [6] - 30:9, 70:4, 71:24, 73:22, 93:25, 188:25
**Betty** [5] - 200:22, 208:4, 208:11
**between** [16] - 11:15, 25:2, 27:6, 85:8, 87:2, 90:7, 90:15, 95:5, 151:3, 151:7, 151:15, 151:18, 152:8, 165:9, 172:23, 202:25
**beyond** [9] - 18:9, 24:11, 24:16, 28:10, 28:12, 28:23, 200:13, 202:8, 203:9
**bias** [1] - 17:14
**Bible** [3] - 30:2, 84:4, 86:2
**big** [12] - 86:17, 86:18, 88:19, 88:23, 92:4, 102:7, 102:18, 133:5, 133:14, 133:16, 133:18, 167:3
**bill** [1] - 95:1
**Bill** [50] - 22:25, 23:4, 23:10, 23:15, 29:12, 29:13, 53:22, 66:3, 66:5, 82:16, 83:16, 84:18, 85:11, 86:2, 86:8, 87:15, 89:8, 90:2, 90:7, 93:23, 96:4, 97:12, 99:4, 112:2, 116:18, 116:20, 117:20, 117:24, 120:4, 145:22, 146:22, 148:6, 157:5, 157:18, 163:23, 170:5, 176:25, 182:13, 182:14, 182:16, 183:14, 183:17, 183:24, 184:4, 184:7, 184:10, 190:10, 192:15, 193:25, 194:21
**Bill's** [3] - 93:13, 194:25, 195:21
**Bird** [1] - 32:7
**birth** [8] - 36:18, 40:3, 40:4, 44:25, 45:3, 65:12, 130:4, 130:5
**bit** [9] - 32:5, 35:4, 40:16, 61:15, 84:10, 85:20, 107:21, 156:8, 161:8
**Bitten** [2] - 65:3, 65:9
**BITTEN** [1] - 65:9

**black** [1] - 186:17
**blanc** [12] - 84:19, 84:21, 84:22, 85:3, 121:5, 121:6, 161:19, 161:20, 161:22, 161:23, 163:1
**blanket** [1] - 96:10
**blankets** [1] - 86:23
**block** [1] - 164:1
**blogs** [2] - 19:19, 19:24
**blond** [1] - 73:11
**blue** [5] - 39:11, 82:22, 83:9, 156:25, 157:11
**board** [1] - 86:7
**boarded** [1] - 38:3
**boarding** [10] - 38:11, 39:21, 45:22, 46:3, 46:20, 46:22, 46:25, 47:6, 47:8, 76:25
**body** [5] - 42:4, 99:10, 99:21, 101:9, 102:9
**Bonnie** [10] - 4:8, 56:4, 71:15, 109:17, 135:5, 135:6, 154:3, 185:9, 185:12, 185:19
**BONNIE** [1] - 1:17
**books** [3] - 43:3, 184:6, 184:8
**Border** [2] - 34:20, 35:12
**born** [8] - 29:13, 81:6, 81:8, 81:9, 81:10, 155:7, 155:9, 155:13
**boss** [1] - 198:5
**bosses** [1] - 198:3
**Boston** [10] - 155:18, 181:23, 181:25, 182:2, 185:14, 185:25, 186:5, 186:13, 187:6
**bother** [1] - 25:24
**bottles** [1] - 55:17
**bottom** [4] - 50:17, 50:21, 65:15, 65:21
**bought** [3] - 193:11, 193:12, 194:2
**Boulevard** [1] - 1:24
**Bouquets** [9] - 22:25, 81:5, 81:20, 81:22, 83:16, 83:17, 147:14, 157:23, 162:13
**Box** [1] - 68:2
**Boy** [1] - 118:20
**boy** [34] - 26:8,

26:18, 26:20, 93:11, 95:2, 95:6, 95:15, 116:10, 119:6, 119:7, 119:13, 119:14, 119:16, 119:20, 119:21, 120:6, 120:7, 121:2, 127:9, 127:15, 127:18, 127:22, 127:24, 127:25, 128:1, 128:2, 149:11, 175:11, 175:11, 175:15, 175:17
**boy's** [2] - 87:20, 119:23
**boys** [106] - 23:2, 23:4, 23:5, 23:10, 24:7, 25:13, 25:15, 25:16, 25:18, 26:15, 26:25, 30:18, 30:24, 56:25, 87:15, 87:16, 87:21, 90:5, 93:14, 94:20, 94:22, 95:3, 95:18, 96:7, 96:22, 97:13, 97:21, 97:22, 98:5, 98:9, 98:10, 99:13, 99:14, 100:7, 101:2, 102:2, 102:3, 102:5, 102:7, 102:9, 102:24, 113:14, 113:19, 113:21, 113:24, 114:3, 114:22, 114:23, 115:12, 115:14, 116:12, 116:18, 116:20, 116:23, 118:23, 119:1, 119:3, 121:4, 121:15, 122:18, 122:21, 123:21, 124:20, 125:14, 126:13, 126:14, 126:17, 126:19, 127:5, 127:7, 127:11, 127:12, 128:3, 132:3, 139:12, 140:8, 140:9, 141:11, 141:16, 141:25, 144:9, 144:10, 144:15, 144:21, 146:23, 149:9, 160:17, 160:20, 160:21, 163:2, 168:12, 171:3, 175:20, 179:2, 179:4, 179:21, 181:12, 182:15, 188:1, 190:3, 198:1, 200:4, 200:8
**boys'** [2] - 97:18, 147:4
**break** [10] - 53:17, 55:1, 70:17, 70:24, 73:2, 107:24, 108:1,

149:24, 201:8, 206:25
**bridge** [1] - 39:3
**brief** [1] - 13:15
**briefly** [4] - 68:17, 79:16, 149:22, 201:10
**Brighton** [2] - 65:5, 65:9
**bring** [35] - 5:7, 5:9, 5:22, 8:4, 10:1, 14:3, 14:11, 25:19, 26:8, 26:15, 59:12, 73:15, 74:16, 75:6, 85:10, 89:24, 90:1, 91:8, 98:9, 111:4, 111:5, 117:17, 117:19, 119:1, 119:3, 119:8, 122:18, 127:5, 127:14, 150:16, 153:18, 154:10, 178:23, 179:3, 191:22
**bringing** [6] - 7:21, 51:24, 122:20, 123:21, 125:14, 126:13
**brings** [1] - 74:9
**broke** [1] - 70:14
**broken** [1] - 136:21
**Bronson** [2] - 65:19, 66:10
**brother** [1] - 156:18
**brothers** [6] - 31:15, 81:17, 81:18, 156:13, 156:15, 156:16
**brought** [12] - 5:20, 6:5, 6:6, 14:6, 17:23, 41:16, 85:18, 95:15, 95:18, 117:22, 130:15, 196:3
**brown** [1] - 206:2
**bucket** [1] - 178:24
**building** [7] - 30:7, 30:12, 32:12, 38:9, 88:19, 133:8, 133:16
**buildings** [1] - 30:10
**bunch** [2] - 140:8, 197:6
**burden** [9] - 18:2, 18:3, 24:10, 24:13, 24:14, 28:12, 28:14, 28:16
**business** [16] - 5:18, 10:17, 30:3, 51:16, 53:21, 63:15, 63:17, 66:3, 66:8, 66:11, 67:13, 67:14, 67:16, 67:21, 68:1, 191:20
**butt** [1] - 177:24
**butter** [4] - 97:15, 97:17, 97:18, 99:6
**buttocks** [1] - 177:21

**buy** [3] - 184:14, 193:18, 194:2
**BY** [86] - 2:1, 34:16, 35:8, 37:1, 37:8, 39:16, 43:10, 44:10, 45:16, 46:17, 47:15, 48:21, 49:13, 49:18, 50:15, 59:18, 60:2, 61:6, 61:22, 62:23, 64:10, 65:11, 75:18, 79:18, 80:22, 82:15, 83:2, 83:14, 90:20, 91:1, 91:12, 91:19, 97:10, 98:18, 111:18, 112:19, 113:8, 114:13, 117:5, 118:14, 119:12, 124:17, 125:1, 126:7, 127:1, 127:17, 128:10, 129:9, 129:12, 129:20, 131:17, 132:9, 132:15, 134:8, 135:16, 135:20, 138:6, 138:10, 139:10, 139:24, 140:4, 140:24, 143:4, 144:2, 144:14, 145:4, 146:12, 155:2, 157:4, 157:16, 163:17, 164:4, 164:20, 181:20, 183:8, 185:18, 188:9, 189:2, 193:1, 196:8, 197:19, 198:12, 198:19, 199:23, 200:17, 201:16

# C

**cable** [4] - 136:9, 136:10, 136:11, 136:12
**Cairo** [4] - 53:1, 54:17, 54:25, 67:10
**calculate** [1] - 191:9
**calculation** [1] - 5:5
**calendar** [1] - 106:3
**camera** [1] - 48:14
**cane** [1] - 140:11
**cannot** [5] - 16:19, 16:20, 18:6, 28:23, 199:3
**card** [20] - 51:16, 53:22, 54:3, 54:16, 63:11, 63:15, 63:17, 63:19, 64:13, 64:14, 64:16, 64:20, 66:3, 66:8, 66:11, 67:13, 67:14, 67:16, 67:21,

68:1
  **care** [11] - 5:14, 24:24, 26:4, 27:1, 168:14, 179:16, 191:20, 191:22, 195:6, 196:3
  **carefully** [1] - 186:10
  **Caribbean** [2] - 82:1, 82:4
  **carpet** [2] - 86:22, 86:24
  **carrier** [1] - 47:2
  **carry** [2] - 42:18, 42:19
  **carry-on** [1] - 42:18
  **carry-ons** [1] - 42:19
  **carrying** [2] - 15:16, 42:18
  **Carter** [90] - 4:2, 4:16, 23:15, 27:17, 28:24, 29:10, 29:12, 29:13, 31:19, 31:23, 32:14, 32:18, 33:1, 33:3, 33:13, 33:25, 36:3, 39:6, 39:7, 39:18, 40:7, 41:25, 43:15, 44:19, 44:24, 45:22, 46:21, 47:22, 49:2, 49:22, 51:2, 53:22, 56:1, 56:7, 60:11, 63:6, 64:15, 64:19, 65:1, 66:4, 66:6, 71:10, 71:21, 77:14, 78:13, 82:16, 83:3, 83:12, 109:13, 109:21, 113:17, 130:12, 130:15, 130:18, 131:3, 131:18, 131:20, 131:21, 131:23, 131:24, 131:25, 132:2, 132:16, 132:18, 133:2, 133:3, 133:7, 133:13, 133:22, 135:24, 136:21, 136:23, 137:4, 137:9, 137:13, 137:21, 137:22, 137:23, 141:1, 141:10, 141:19, 142:17, 143:8, 144:3, 146:7, 153:24, 154:9, 156:19, 157:5
  **CARTER** [1] - 1:7
  **Carter's** [6] - 30:23, 33:22, 61:10, 62:6, 131:1, 131:8
  **case** [64] - 12:13, 12:16, 13:18, 15:9, 16:3, 16:25, 17:14,

17:19, 17:20, 17:21, 18:3, 18:16, 18:20, 19:4, 19:8, 19:12, 19:16, 19:17, 19:21, 19:23, 20:2, 20:3, 20:7, 20:8, 20:13, 21:2, 21:3, 21:20, 22:12, 28:23, 29:1, 33:13, 33:21, 33:24, 37:12, 38:4, 39:1, 42:11, 42:14, 55:7, 55:13, 68:25, 69:6, 78:16, 79:7, 106:5, 106:12, 106:13, 106:17, 107:7, 108:8, 108:14, 150:1, 150:7, 187:18, 199:6, 199:11, 203:6, 203:25, 205:5, 205:13, 207:8
  **CASE** [1] - 1:2
  **Case** [5] - 4:2, 56:1, 71:11, 109:13, 153:24
  **cash** [1] - 42:10
  **CAT** [4] - 54:23, 67:1, 67:6, 67:10
  **categorize** [1] - 78:13
  **category** [1] - 43:4
  **causes** [1] - 7:23
  **caution** [3] - 204:20, 204:21, 204:22
  **cautioned** [2] - 110:17, 126:2
  **Cazeau** [4] - 165:17, 174:7, 176:18
  **Cazeau's** [5] - 88:16, 103:20, 160:19, 164:3, 165:20
  **CBP** [5] - 34:21, 34:23, 34:25, 35:11, 40:24
  **cemented** [1] - 28:16
  **center** [42] - 5:14, 5:16, 27:7, 30:7, 31:21, 58:10, 58:14, 94:3, 94:23, 94:25, 95:6, 95:19, 95:20, 119:14, 119:16, 143:5, 162:17, 162:21, 163:2, 165:3, 165:5, 165:7, 165:9, 165:12, 165:13, 166:2, 166:4, 167:23, 168:12, 168:24, 169:13, 180:23, 181:9, 182:11, 183:11, 191:25, 192:1, 192:2, 203:7, 208:8, 208:9

**Center** [18] - 24:8, 29:22, 30:3, 30:23, 31:14, 31:24, 32:1, 32:10, 32:12, 166:18, 169:16, 178:18, 179:22, 180:1, 182:10, 182:11, 208:5, 208:6
  **certain** [12] - 9:18, 10:17, 15:24, 18:12, 30:15, 181:2, 183:20, 188:14, 189:24, 194:9, 196:22, 198:2
  **certainly** [7] - 9:18, 53:9, 53:13, 73:25, 74:3, 104:25, 204:24
  **certify** [1] - 210:3
  **chain** [1] - 15:18
  **chair** [2] - 102:8
  **chairs** [3] - 55:18, 108:23, 150:10
  **chambers** [1] - 207:9
  **chance** [2] - 20:24, 33:13, 33:21
  **chances** [2] - 32:24, 33:1
  **change** [1] - 85:24
  **changed** [5] - 23:15, 77:14, 86:3, 142:5, 142:7
  **changing** [1] - 194:19
  **channel** [2] - 101:19, 136:13
  **charge** [6] - 5:16, 58:13, 85:11, 93:8, 198:1, 203:21
  **charged** [3] - 15:5, 19:3, 23:25, 24:4, 24:11, 24:18, 26:22, 79:24, 106:10, 110:12, 110:15, 125:22, 125:25
  **Charles** [6] - 23:16, 45:10, 52:6, 52:24, 77:10, 145:20
  **chat** [4] - 19:18, 19:19, 19:24, 199:4
  **check** [5] - 38:20, 42:3, 53:12, 72:1, 75:20
  **checked** [2] - 5:10, 42:14
  **checks** [1] - 36:20
  **Chicago** [2] - 65:19, 66:10
  **chief** [1] - 206:23
  **child** [5] - 5:13, 25:24, 25:25, 26:1, 26:10, 26:13, 26:14,

39:2, 51:14, 51:20, 52:8, 52:10, 54:12, 54:16, 80:3
  **childhood** [1] - 27:12
  **children** [56] - 23:7, 23:8, 23:9, 23:18, 23:19, 23:20, 24:21, 24:24, 25:6, 26:3, 27:3, 27:5, 31:8, 52:12, 53:5, 63:22, 68:6, 86:20, 87:1, 89:24, 90:1, 90:16, 90:22, 91:4, 91:5, 91:8, 117:18, 117:19, 117:21, 117:22, 117:23, 118:1, 121:19, 124:5, 124:6, 124:12, 140:5, 141:20, 148:14, 148:16, 148:19, 156:2, 156:4, 158:23, 158:24, 159:1, 159:2, 159:8, 178:19, 180:1, 180:6, 180:21, 208:16
  **Children's** [4] - 54:2, 54:23, 67:1, 67:9
  **choice** [5] - 18:7, 27:10, 176:12, 181:14
  **choose** [4] - 15:21, 18:5, 117:24, 198:6
  **choosing** [2] - 27:6
  **chores** [4] - 93:2, 178:25, 189:24, 190:4
  **chose** [2] - 192:19, 198:8
  **Christian** [2] - 30:2, 31:17
  **church** [1] - 57:21
  **circle** [1] - 114:15
  **Circuit** [3] - 106:12, 106:15, 107:7
  **circular** [1] - 67:6
  **circumstances** [2] - 15:18, 84:17
  **circumstantial** [1] - 15:17
  **citation** [1] - 106:12
  **citations** [1] - 209:10
  **cite** [3] - 12:14, 12:19, 209:8
  **citizen** [1] - 22:24
  **citizens** [2] - 143:14, 204:18
  **city** [3] - 29:14, 32:17, 65:4
  **claim** [1] - 50:17, 50:23, 59:24, 61:16, 61:25, 62:10, 62:12, 62:14, 62:15, 131:13
  **claims** [1] - 62:15

**clamoring** [1] - 31:16
  **clarification** [2] - 13:22, 140:2
  **clarified** [1] - 188:2
  **clarify** [1] - 139:7
  **class** [1] - 137:8
  **classrooms** [1] - 58:11
  **clean** [3] - 18:1, 93:9, 190:8
  **cleaning** [1] - 190:7
  **clear** [3] - 6:4, 42:9, 58:17
  **clearly** [1] - 203:6
  **client** [2] - 152:17
  **clinic** [13] - 32:12, 93:15, 94:1, 94:2, 94:12, 143:10, 143:11, 143:15, 148:8, 148:10, 148:15, 148:16, 148:19
  **close** [2] - 99:15, 209:4
  **closer** [2] - 35:9
  **closing** [2] - 16:2, 22:16
  **clothe** [1] - 23:8
  **clothes** [14] - 130:18, 130:20, 130:21, 131:1, 131:8, 131:9, 172:9, 193:22, 193:24, 194:2, 194:4, 194:11, 194:12
  **clothing** [6] - 39:10, 43:4, 82:21, 83:8, 156:24, 157:10
  **CM/ECF** [2] - 74:24, 104:20
  **co** [2] - 105:6, 152:19
  **co-counsel** [2] - 105:6, 152:19
  **code** [2] - 65:6
  **college** [2] - 9:24, 35:1
  **Colonel** [1] - 160:19
  **comfortable** [1] - 58:10
  **coming** [9] - 11:8, 27:25, 41:3, 51:22, 100:13, 100:16, 104:24, 111:2, 131:7
  **commit** [2] - 110:15, 125:25
  **committed** [1] - 19:3
  **commodities** [1] - 35:16
  **communicate** [2] - 19:17, 187:23
  **communication** [3] -

7:22, 19:14, 187:1

**communications** [8] - 151:7, 151:14, 151:18, 151:24, 152:8, 152:11, 152:17, 153:4

**complaining** [1] - 147:5

**complaint** [1] - 147:9

**compliant** [1] - 78:15

**complies** [1] - 114:17

**comply** [2] - 27:7, 27:8

**comprise** [1] - 205:11

**computer** [1] - 109:8

**concern** [2] - 7:23, 30:4

**concerned** [10] - 7:4, 7:21, 11:19, 11:20, 12:5, 15:20, 35:4, 106:14

**conclude** [2] - 24:16, 24:17

**concluded** [1] - 209:16

**concrete** [1] - 30:12

**condition** [8] - 20:18, 20:20, 43:22, 46:4, 47:25, 48:4, 50:1, 63:24

**conditioning** [1] - 30:20

**conducive** [1] - 40:16

**conduct** [11] - 18:13, 24:3, 24:7, 24:21, 24:23, 51:24, 52:15, 52:17, 53:7, 57:13, 121:19

**conference** [1] - 57:20

**conferred** [1] - 11:4

**conferring** [1] - 6:14

**confined** [1] - 144:18

**confirmed** [1] - 37:24

**confused** [2] - 133:9, 133:10

**congratulations** [1] - 156:6

**connects** [1] - 38:9

**consequences** [1] - 21:13

**consider** [6] - 7:1, 17:1, 17:4, 106:23, 110:13, 125:23

**considered** [2] - 15:25, 151:20

**considering** [1] - 17:10

**consistent** [4] - 202:16, 203:2, 203:12, 203:19

**consistently** [1] - 12:24

**constant** [1] - 72:10

**contact** [22] - 37:9, 37:10, 37:14, 55:8, 69:1, 73:3, 74:8, 88:7, 108:9, 108:20, 143:7, 144:5, 146:23, 150:2, 188:1, 198:14, 198:15, 199:1, 202:20, 205:6, 206:6, 206:13

**contacted** [10] - 37:23, 143:8, 143:9, 146:24, 150:24, 151:2, 151:11, 187:21, 187:22, 187:25

**contacting** [1] - 37:12

**contain** [3] - 113:18, 113:19, 151:21

**Continental** [1] - 166:1

**continually** [1] - 31:25

**continue** [5] - 170:1, 172:16, 177:1, 187:23, 207:13

**continued** [1] - 85:20

**continuously** [1] - 120:10

**contraband** [4] - 42:3, 42:9, 76:19, 77:21

**contracts** [1] - 82:5

**contradicted** [1] - 17:15

**control** [1] - 16:12

**controlling** [1] - 13:18

**conversation** [2] - 108:21, 163:5

**conversations** [3] - 202:18, 202:25, 203:15

**convey** [2] - 58:25, 129:3

**cook** [11] - 123:20, 125:16, 132:16, 132:17, 132:21, 132:23, 168:9, 190:9, 190:10, 190:11, 190:12

**cookies** [4] - 174:2,

174:3, 174:4, 175:5

**cooking** [6] - 131:23, 131:24, 132:2, 132:19, 133:2, 190:7

**cooperative** [2] - 78:14, 78:15

**copy** [11] - 10:14, 10:21, 75:2, 104:21, 105:4, 105:5, 106:16, 208:17, 208:21, 209:2

**corner** [4] - 65:21, 96:14, 121:9, 176:20

**correct** [103] - 7:19, 20:24, 34:22, 37:11, 44:13, 44:14, 46:1, 46:2, 48:24, 49:25, 59:11, 60:14, 68:9, 68:10, 74:12, 76:1, 76:5, 76:10, 76:11, 76:12, 76:13, 76:14, 76:15, 76:17, 76:18, 76:19, 76:20, 76:22, 76:23, 76:24, 76:25, 77:1, 77:2, 77:4, 77:6, 77:7, 77:12, 78:7, 78:8, 78:11, 78:16, 79:8, 79:10, 79:21, 79:22, 92:22, 92:23, 106:11, 114:20, 128:16, 128:19, 129:5, 130:15, 130:16, 130:23, 131:6, 131:10, 131:19, 132:3, 132:4, 133:6, 133:14, 133:15, 135:17, 136:9, 136:21, 136:24, 138:12, 138:15, 138:18, 141:2, 141:21, 141:23, 142:1, 142:3, 142:9, 143:5, 143:8, 143:12, 143:15, 144:11, 144:19, 144:20, 145:16, 146:4, 146:7, 146:8, 149:18, 155:13, 181:23, 182:3, 182:21, 183:9, 184:24, 185:24, 186:6, 188:13, 188:22, 196:14, 200:24, 206:25

**correction** [3] - 48:2, 65:20, 67:24

**correctly** [1] - 128:11

**correspondence** [1] - 187:13

**corroborate** [3] - 52:22, 52:25, 53:2

**corroborating** [1] - 52:3

**corroborative** [1] - 53:7

**cot** [1] - 96:9

**counsel** [34] - 4:5, 6:3, 6:16, 22:11, 22:21, 27:17, 43:5, 45:11, 47:11, 49:14, 51:3, 56:2, 62:19, 71:12, 105:1, 105:6, 105:14, 105:25, 106:1, 109:14, 111:15, 113:3, 113:4, 140:3, 147:15, 148:7, 148:22, 152:19, 153:25, 163:13, 188:23, 204:6, 209:4, 209:5

**counsel's** [1] - 202:17

**counsels'** [3] - 4:10, 71:17, 154:5

**count** [3] - 24:4, 173:16

**Count** [1] - 24:4

**counted** [3] - 41:7, 41:8, 78:2

**country** [6] - 35:17, 38:25, 75:23, 76:6, 76:7, 204:18

**counts** [4] - 23:25, 28:24, 33:3, 33:25

**County** [1] - 5:1

**couple** [4] - 42:19, 84:4, 86:2, 171:10

**course** [1] - 137:5

**Court** [21] - 2:1, 4:16, 6:19, 7:1, 7:7, 10:16, 12:20, 13:10, 20:13, 22:21, 24:9, 27:17, 58:19, 71:21, 105:23, 106:20, 151:5, 151:9, 154:9, 208:21, 210:8

**COURT** [272] - 1:1, 4:1, 4:13, 4:18, 4:24, 6:4, 6:10, 6:13, 6:17, 7:9, 7:24, 8:4, 8:8, 8:12, 8:16, 8:19, 8:22, 9:2, 9:6, 9:10, 9:13, 10:4, 10:8, 10:22, 11:15, 12:12, 13:2, 13:5, 13:7, 13:14, 13:17, 13:22, 13:25, 14:3, 14:7, 14:11, 14:14, 14:18, 14:23, 27:15, 34:2, 34:6, 34:11, 34:14, 35:3, 37:3, 37:6, 39:15, 43:9, 44:2, 44:8,

45:15, 46:8, 46:12, 46:16, 47:14, 48:9, 48:13, 48:15, 48:19, 49:8, 49:10, 49:17, 50:7, 50:10, 50:14, 51:7, 51:11, 51:15, 52:20, 53:11, 53:17, 53:21, 54:1, 54:6, 54:14, 54:22, 55:5, 55:21, 55:25, 56:9, 56:16, 56:22, 57:17, 57:25, 58:5, 58:9, 58:21, 59:6, 59:9, 59:12, 59:15, 60:1, 60:25, 61:5, 61:18, 62:22, 64:5, 64:9, 68:13, 68:19, 68:21, 68:23, 69:12, 69:17, 69:20, 69:21, 69:25, 70:2, 70:5, 70:8, 70:10, 70:13, 70:17, 70:22, 71:1, 71:2, 71:6, 71:9, 71:18, 71:23, 72:2, 72:5, 72:18, 73:1, 73:22, 74:1, 74:6, 74:13, 74:15, 74:16, 75:2, 75:5, 75:6, 75:9, 75:16, 79:13, 79:15, 80:5, 80:7, 80:13, 80:17, 82:14, 83:1, 83:13, 90:18, 90:24, 91:11, 91:18, 97:7, 97:9, 98:13, 98:15, 104:16, 104:21, 104:24, 105:1, 105:4, 105:7, 105:10, 107:5, 107:11, 107:13, 107:19, 107:23, 108:3, 108:6, 109:2, 109:5, 109:12, 109:22, 110:2, 110:6, 110:24, 111:4, 111:8, 111:12, 111:17, 112:14, 112:18, 113:7, 114:8, 114:12, 117:3, 118:13, 119:10, 124:15, 124:24, 125:19, 126:22, 128:5, 128:8, 129:11, 129:18, 131:16, 132:8, 132:14, 134:6, 135:18, 138:5, 138:9, 139:23, 143:3, 144:1, 144:13, 145:1, 145:3, 146:10, 149:24, 150:1, 150:14, 150:18, 150:21, 150:23, 150:25, 152:1, 153:1, 153:9,

153:13, 153:16, 153:20, 153:23, 154:10, 154:15, 154:20, 157:3, 157:15, 163:16, 163:25, 164:15, 164:19, 181:18, 183:7, 185:17, 188:6, 192:24, 196:7, 197:17, 198:11, 198:18, 199:18, 199:21, 200:14, 200:16, 201:5, 201:12, 202:11, 202:14, 203:17, 204:6, 204:10, 205:3, 205:21, 206:3, 206:6, 206:9, 206:15, 206:21, 206:25, 207:3, 207:5, 207:7, 207:10, 207:17, 207:21, 208:3, 208:13, 208:19, 208:22, 209:5, 209:10, 209:12

**court** [16] - 11:24, 12:7, 12:22, 18:19, 21:23, 55:4, 65:8, 77:15, 85:16, 108:5, 199:9, 204:5, 205:2, 205:16, 206:24, 207:15

**Court's** [6] - 10:16, 10:24, 57:1, 57:10, 73:15, 111:3

**courtesy** [1] - 152:24

**courthouse** [1] - 15:16

**COURTROOM** [4] - 4:23, 7:19, 14:21, 59:5

**courtroom** [32] - 8:6, 8:14, 8:17, 8:20, 9:4, 9:8, 14:12, 15:10, 21:5, 21:11, 21:22, 28:18, 55:19, 59:13, 69:10, 69:15, 71:4, 74:7, 74:19, 75:1, 75:7, 82:18, 83:5, 108:25, 111:6, 150:12, 150:19, 154:18, 156:21, 157:7, 201:11, 205:19

**cream** [1] - 171:18

**create** [1] - 30:25

**created** [5] - 115:19, 115:23, 116:2, 116:15, 197:10

**creating** [2] - 115:21, 116:5

**credibility** [1] - 17:19

**credit** [2] - 7:3, 7:11

**Credit** [1] - 5:1

**Creole** [4] - 82:7, 82:11, 84:24, 182:2

**crime** [4] - 12:13, 15:5, 19:3, 76:7

**Crime** [1] - 11:10

**criminal** [3] - 14:25, 17:20, 17:21

**Cristilla** [6] - 147:20, 147:21, 147:22, 147:25, 148:1, 148:3

**Croix** [9] - 22:25, 81:5, 81:20, 81:22, 83:16, 83:17, 147:14, 157:23, 162:13

**CROSS** [3] - 75:17, 128:9, 181:19

**cross** [14] - 22:11, 22:14, 79:20, 97:7, 128:8, 146:13, 147:15, 148:7, 148:21, 181:18, 199:24, 200:13, 203:9, 203:18

**Cross** [1] - 3:8

**cross-examination** [11] - 79:20, 128:8, 146:13, 147:15, 148:7, 148:21, 181:18, 199:24, 200:13, 203:9, 203:18

**CROSS-EXAMINATION** [3] - 75:17, 128:9, 181:19

**cross-examine** [2] - 22:11, 22:14

**crossword** [2] - 28:19, 28:22

**CRR** [2] - 2:1, 210:7

**cruise** [1] - 82:1

**crying** [2] - 122:7, 125:3

**currency** [5] - 35:18, 38:21, 75:20, 76:1, 77:25

**current** [1] - 208:7

**curse** [1] - 197:5

**cursing** [1] - 181:6

**custody** [1] - 76:16

**Customs** [4] - 34:20, 35:12, 145:22, 145:23

**cycle** [1] - 69:23

**cycles** [2] - 5:4, 5:5

**D**

**D-i-e-u-c-i-b-o-n** [1] -

80:20

**D-i-e-u-d-o-n-n-e** [1] - 85:17

**daddy** [2] - 147:21, 147:23

**Dade** [2] - 5:1, 32:7

**Dadeland** [1] - 1:24

**daily** [3] - 11:9, 13:19, 94:12

**Darius** [7] - 89:10, 89:11, 93:7, 93:10, 149:10, 169:18

**darius** [1] - 89:14

**databases** [1] - 36:20

**date** [20] - 10:23, 10:24, 36:17, 40:3, 40:4, 44:25, 45:5, 47:6, 56:12, 56:15, 65:12, 65:21, 68:11, 130:4, 134:19, 191:4, 191:8, 200:20

**DATE** [1] - 210:7

**dates** [2] - 24:17, 26:22

**daughter** [1] - 156:5

**days** [6] - 123:4, 123:7, 123:15, 125:7, 125:8, 171:10

**DC** [1] - 1:19

**dealing** [6] - 11:2, 51:14, 51:20, 52:8, 53:9, 188:16

**dealings** [1] - 53:1

**dear** [1] - 58:9

**deceased** [2] - 156:9

**December** [2] - 140:7, 140:11

**decide** [7] - 15:3, 15:9, 17:6, 21:20, 22:18, 28:3, 197:3

**decided** [3] - 31:11, 178:15, 191:12

**decides** [1] - 116:12

**deciding** [1] - 16:25

**decipher** [1] - 61:20

**decision** [4] - 20:15, 21:4, 21:9, 197:3

**declarant** [2] - 203:18, 203:21

**declarant's** [1] - 203:20

**declaration** [1] - 41:4

**declare** [1] - 41:2

**decorum** [1] - 28:19

**deeds** [1] - 31:23

**deep** [1] - 169:21

**Defendant** [285] - 15:4, 16:9, 16:11, 17:22, 17:23, 17:25,

18:3, 18:5, 20:4, 22:11, 22:12, 23:4, 23:14, 23:17, 23:20, 23:22, 23:25, 24:11, 24:16, 25:2, 25:11, 25:13, 25:14, 25:17, 25:22, 26:2, 26:5, 26:6, 26:7, 26:13, 26:15, 26:18, 26:19, 26:23, 27:3, 27:4, 28:10, 29:8, 39:14, 39:20, 39:23, 39:25, 40:17, 42:18, 44:12, 46:5, 47:25, 48:5, 52:3, 52:25, 53:4, 56:23, 56:24, 57:20, 60:18, 62:16, 64:1, 68:9, 79:20, 82:25, 83:11, 83:15, 84:11, 84:17, 85:18, 85:19, 85:24, 86:7, 86:13, 86:16, 86:25, 87:4, 87:6, 87:10, 87:17, 87:22, 87:24, 88:5, 88:7, 88:11, 88:13, 88:15, 88:21, 89:7, 89:8, 89:16, 89:18, 90:3, 90:5, 90:21, 91:3, 91:8, 91:16, 92:11, 92:21, 94:4, 94:6, 94:10, 94:16, 94:20, 95:12, 95:15, 96:7, 96:13, 96:16, 96:22, 97:18, 97:24, 98:4, 98:19, 98:20, 99:5, 99:17, 99:22, 100:3, 100:9, 101:4, 101:14, 102:3, 102:5, 102:11, 102:17, 102:22, 103:16, 103:17, 104:12, 106:10, 110:11, 110:18, 112:9, 113:22, 113:23, 115:15, 115:17, 115:19, 115:21, 116:5, 116:15, 117:15, 117:16, 118:24, 119:1, 119:14, 120:3, 120:13, 120:18, 121:18, 122:9, 123:1, 123:8, 123:15, 123:17, 123:22, 123:25, 124:8, 124:18, 125:4, 125:10, 125:21, 126:3, 126:8, 126:12, 127:5, 127:14, 127:18, 127:21, 127:24, 140:3,

146:14, 147:11, 147:12, 147:22, 147:23, 148:6, 148:10, 148:14, 148:18, 148:21, 148:22, 148:25, 149:2, 149:7, 149:13, 157:2, 157:14, 157:17, 157:20, 157:22, 158:13, 158:16, 158:19, 159:9, 159:10, 159:14, 159:15, 160:5, 160:11, 162:14, 164:6, 164:9, 164:10, 165:16, 165:25, 166:2, 166:17, 166:25, 167:6, 167:8, 167:9, 167:15, 168:2, 168:5, 168:11, 169:6, 169:9, 170:6, 170:8, 170:12, 170:14, 170:19, 170:21, 170:25, 171:5, 171:7, 171:12, 171:15, 172:1, 172:4, 172:7, 172:11, 172:14, 172:16, 172:19, 172:24, 173:3, 173:15, 173:18, 173:19, 173:23, 174:12, 174:15, 174:18, 174:22, 174:23, 174:25, 175:4, 175:17, 175:20, 176:1, 176:4, 176:6, 176:13, 176:14, 177:13, 177:16, 177:22, 178:3, 178:17, 178:19, 179:7, 179:11, 179:12, 179:13, 179:15, 179:19, 179:25, 180:5, 180:10, 180:15, 180:20, 181:9, 181:10, 200:8, 200:24, 206:2, 206:4, 208:15

**defendant** [1] - 1:8

**DEFENDANT** [1] - 1:20

**defendant's** [1] - 18:7

**Defendant's** [39] - 18:8, 22:7, 25:10, 25:13, 42:13, 42:24, 52:4, 52:23, 110:14, 120:24, 121:15, 124:21, 125:2,

125:24, 127:10, 127:19, 147:19, 147:25, 148:1, 148:4, 149:18, 160:16, 160:18, 160:23, 160:25, 161:2, 161:4, 161:6, 161:15, 161:24, 162:2, 162:11, 162:12, 163:4, 163:7, 177:17, 179:8, 200:1, 200:4

**defense** [23] - 14:5, 43:5, 45:11, 47:11, 49:14, 51:3, 62:19, 79:19, 105:25, 106:1, 111:15, 113:4, 120:7, 140:3, 147:15, 148:7, 148:22, 151:23, 152:2, 163:13, 202:17, 206:3, 200:1

**defer** [3] - 6:19, 7:1, 58:19

**definitions** [1] - 21:7

**deletions** [1] - 60:20

**deliberations** [1] - 20:14

**demands** [2] - 27:7, 27:9

**demeanor** [4] - 104:3, 104:5, 104:6, 124:21

**denied** [1] - 207:15

**departing** [1] - 36:21

**Department** [1] - 24:24

**DEPARTMENT** [1] - 1:17

**departure** [4] - 36:7, 41:2, 46:23, 46:24

**depended** [1] - 194:5

**depict** [3] - 60:17, 112:9, 164:8

**depicted** [3] - 60:15, 60:16, 62:13

**DEPUTY** [4] - 4:23, 7:19, 14:21, 59:5

**deputy** [2] - 75:1, 145:23

**des** [9] - 22:25, 81:5, 81:20, 81:22, 83:16, 83:17, 147:14, 157:23, 162:13

**describe** [4] - 93:4, 156:23, 157:9, 198:16

**described** [1] - 144:10

**deserves** [3] - 15:23, 110:17, 126:2

**designed** [2] - 21:12, 30:9

**desire** [1] - 23:19

**desires** [1] - 25:10

**desperate** [1] - 27:3

**destination** [1] - 46:25

**detailed** [1] - 15:2

**details** [2] - 199:7, 208:13

**determination** [2] - 107:14, 204:1

**determine** [3] - 15:4, 110:16, 126:1

**determining** [1] - 17:18

**Detroit** [2] - 29:14

**device** [7] - 19:5, 19:24, 55:12, 69:5, 108:13, 150:6, 205:10

**Dianna** [1] - 4:11

**die** [1] - 81:15

**DIECIBON** [1] - 80:10

**died** [2] - 81:14, 156:12

**Dieucibon** [19] - 52:2, 53:2, 80:9, 80:19, 80:25, 81:2, 82:16, 98:19, 99:1, 111:19, 113:9, 114:19, 128:11, 146:13, 169:18, 198:14, 202:19, 203:1, 203:6

**DIEUCIBON** [1] - 80:23

**Dieudonne** [3] - 85:9, 85:13

**Dieudonne's** [1] - 85:15

**difference** [2] - 12:23, 15:20

**different** [12] - 73:23, 74:5, 76:4, 85:21, 85:22, 86:5, 95:2, 95:3, 132:19, 166:14, 178:18, 193:8

**differently** [2] - 138:22, 170:22

**difficult** [1] - 100:17

**dime** [1] - 190:14

**dinner** [3] - 122:4, 125:15, 199:13

**dire** [1] - 73:14

**Direct** [1] - 3:8

**direct** [4] - 15:21, 35:21, 196:5, 204:21

**DIRECT** [3] - 34:15, 80:21, 155:1

**directing** [1] - 44:20, 45:8, 46:18, 59:19

**directly** [4] - 7:11, 57:1, 98:7, 147:4

**director** [2] - 67:25, 145:23

**dirtying** [1] - 200:6

**disbelieve** [1] - 15:22

**discoverable** [1] - 152:12

**discuss** [15] - 16:3, 18:19, 18:22, 55:7, 68:25, 108:8, 130:2, 150:1, 186:22, 203:5, 205:5, 206:13, 206:15, 206:16, 206:18

**discussed** [4] - 19:6, 20:17, 20:21, 146:22

**discussing** [1] - 204:17

**discussion** [2] - 6:3, 6:16

**discussions** [3] - 19:8, 19:12, 20:14

**disease** [1] - 32:24

**disposal** [1] - 12:16

**disposing** [1] - 26:10

**disposition** [2] - 10:14, 125:24

**disregard** [3] - 16:24, 98:16, 119:11

**distract** [1] - 21:21

**DISTRICT** [3] - 1:1, 1:1, 1:11

**district** [2] - 24:1, 24:5

**District** [1] - 24:1, 26:24

**diverted** [1] - 7:5

**divide** [1] - 96:18

**divided** [1] - 96:20

**dividing** [1] - 96:15

**DIVISION** [1] - 1:2

**dizzy** [1] - 69:24

**DNA** [1] - 33:16

**Docket** [6] - 56:16, 57:2, 57:3, 57:5, 57:10, 57:18

**docket** [1] - 10:25

**document** [13] - 41:6, 49:3, 113:3, 113:18, 115:3, 115:10, 115:20, 115:22, 115:23, 116:2, 140:22, 141:1, 141:15

**documents** [10] - 39:21, 41:5, 45:24, 51:22, 113:16, 116:1, 116:5, 116:14,

116:19, 141:17

**Dominican** [1] - 204:15

**donated** [1] - 195:8

**done** [11] - 26:10, 40:14, 40:15, 42:21, 42:24, 111:22, 177:15, 183:12, 206:24, 207:4, 207:15

**donors** [2] - 191:21, 191:24

**door** [5] - 72:5, 176:22, 184:19, 184:22

**doubt** [6] - 18:9, 24:12, 24:16, 28:10, 28:13, 28:23

**down** [38] - 28:6, 28:7, 32:16, 40:19, 42:1, 42:2, 71:25, 74:1, 74:25, 76:16, 80:5, 84:3, 86:4, 99:6, 99:21, 100:16, 100:18, 100:19, 100:20, 100:24, 101:6, 104:2, 109:3, 122:6, 122:7, 158:3, 170:10, 171:24, 177:3, 177:6, 177:9, 177:10, 177:11, 177:18, 184:19

**downhill** [1] - 196:20

**downstairs** [1] - 132:20

**dreams** [2] - 142:14, 142:15

**drinking** [1] - 123:14

**Drive** [3] - 32:8, 65:3, 65:9

**driver's** [6] - 63:13, 64:24, 65:2, 65:12, 65:15, 66:9

**dropped** [1] - 177:2

**du** [1] - 160:24

**duly** [2] - 14:17, 14:22

**during** [15] - 10:4, 18:21, 42:21, 70:2, 95:22, 119:3, 121:17, 131:13, 148:5, 164:9, 165:12, 167:23, 178:17, 191:10, 193:5

**duties** [2] - 35:13, 75:20

**duty** [7] - 14:25, 15:3, 35:22, 58:24, 75:23, 75:25

**E**

**e-mail** [23] - 7:12, 19:18, 66:11, 75:1, 107:10, 146:24, 151:2, 151:18, 152:10, 152:18, 153:4, 187:2, 187:3, 187:4, 187:8, 187:11, 187:12, 187:13, 187:20, 198:16, 198:20, 209:8, 209:11

**e-mailed** [1] - 104:19

**e-mails** [13] - 151:3, 151:7, 151:20, 151:22, 152:1, 152:4, 152:6, 152:7, 152:13, 152:16, 153:7, 153:17

**E-s-c-a-m-i-l-l-a** [1] - 34:10

**early** [1] - 70:18

**Earth** [1] - 19:5

**earthquake** [6] - 32:11, 32:13, 32:15, 32:18, 144:3, 144:6

**easy** [1] - 32:23

**eat** [22] - 23:11, 70:19, 83:20, 86:2, 86:4, 95:17, 123:7, 158:11, 159:2, 159:3, 159:8, 160:9, 160:11, 166:14, 166:16, 166:18, 167:24, 168:1, 168:6, 168:23, 175:24, 188:20

**eating** [1] - 123:8

**Eddie** [2] - 121:5, 149:10

**Eddie's** [2] - 165:18, 165:19

**Edner** [2] - 114:25, 169:18

**education** [3] - 29:25, 30:2, 30:21

**educational** [1] - 32:25

**Edwards** [2] - 11:9, 210:7

**EDWARDS** [2] - 2:1, 210:7

**effects** [1] - 42:7

**Egypt** [25] - 51:14, 51:18, 51:20, 51:24, 52:3, 52:8, 52:10, 52:13, 52:15, 52:17, 53:5, 53:7, 53:9, 54:12, 54:17, 56:25, 57:13, 57:21, 74:23, 106:10, 122:12,

124:13, 124:18, 124:20
**eight** [1] - 6:5
**Eighth** [3] - 106:12, 106:15, 107:7
**either** [10] - 15:22, 18:15, 55:7, 68:25, 107:8, 108:8, 150:1, 187:19, 196:17, 205:5
**ejaculate** [3] - 172:15, 175:2, 178:11
**ejaculated** [2] - 172:17, 175:4
**electricity** [2] - 30:13, 30:20
**electronic** [1] - 19:14
**electronics** [1] - 43:3
**elsewhere** [1] - 26:7
**embrace** [1] - 24:13
**emphasize** [1] - 19:15
**employed** [2] - 155:19, 190:11
**employee** [7] - 7:10, 54:3, 54:16, 54:17, 63:19, 66:20, 73:6
**employees** [3] - 5:3, 5:14, 6:23
**employer** [4] - 4:25, 5:13, 9:19, 18:17
**employers** [3] - 6:24, 9:17, 9:23
**employment** [1] - 5:24
**empty** [1] - 42:6
**encountered** [2] - 39:17, 39:20
**encounters** [1] - 39:18
**end** [12] - 15:1, 15:6, 17:19, 18:3, 24:14, 28:5, 33:13, 33:21, 33:24, 94:13, 103:8, 203:24
**ended** [1] - 29:18
**enforcement** [8] - 35:14, 35:15, 41:19, 75:22, 76:2, 78:18, 145:25, 208:12
**engage** [1] - 24:23
**engaging** [4] - 24:2, 24:7, 24:20, 121:19
**English** [32] - 23:13, 29:25, 80:12, 82:8, 136:21, 136:22, 136:24, 137:1, 137:6, 137:8, 137:9, 137:13, 148:23, 148:25, 149:4, 149:7, 149:8, 149:10, 149:15,

182:5, 182:7, 182:9, 182:13, 182:14, 182:15, 182:16, 182:17, 182:18, 182:20, 183:5, 183:9, 183:10
**enjoyed** [1] - 167:17
**entered** [17] - 8:6, 8:20, 14:12, 44:4, 46:15, 48:11, 50:13, 59:13, 61:3, 64:8, 74:19, 75:7, 111:6, 112:16, 114:10, 154:18, 164:17
**entire** [2] - 37:17, 106:22
**entirely** [1] - 152:24
**entitled** [4] - 22:2, 151:4, 151:23, 210:4
**entrance** [1] - 166:1
**entries** [1] - 49:4
**entry** [2] - 10:25, 45:25
**Entry** [6] - 56:16, 57:2, 57:3, 57:5, 57:10, 57:18
**equivalent** [1] - 41:1
**Escamilla** [3] - 3:10, 34:4, 34:9, 43:5, 44:11, 47:16, 49:19, 79:19
**ESCAMILLA** [1] - 34:5
**escapes** [1] - 10:25
**escorted** [3] - 40:18, 41:14, 78:18
**escorting** [1] - 41:19
**especially** [1] - 95:22
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**essentially** [1] - 202:22
**Etoile** [1] - 160:24
**evaluate** [1] - 20:21
**evening** [4] - 181:22, 204:12, 205:4, 205:17
**event** [1] - 144:23
**eventually** [2] - 162:5, 162:6
**EVIDENCE** [1] - 3:15
**Evidence** [4] - 16:12, 16:15, 56:17, 57:9
**evidence** [109] - 10:18, 15:9, 15:10, 15:12, 15:14, 15:17, 15:18, 15:21, 15:22, 15:23, 15:24, 16:3, 16:5, 16:6, 16:10, 16:13, 16:18, 16:23, 16:24, 17:1, 17:2,

17:3, 17:15, 17:17, 18:4, 18:7, 20:22, 21:5, 22:6, 22:9, 22:15, 22:17, 24:15, 25:1, 25:7, 25:14, 25:17, 26:22, 27:1, 27:22, 27:23, 29:6, 29:9, 29:12, 29:16, 30:4, 31:6, 31:14, 31:22, 32:11, 32:22, 33:4, 33:8, 33:11, 33:14, 33:16, 33:19, 33:23, 43:2, 44:5, 46:8, 46:9, 46:15, 48:8, 48:12, 50:5, 50:13, 51:20, 52:3, 52:4, 52:9, 52:23, 53:6, 53:7, 56:18, 57:7, 59:22, 60:23, 61:3, 64:4, 64:8, 105:14, 105:18, 105:21, 106:1, 106:8, 106:9, 106:23, 106:24, 107:3, 107:16, 107:17, 107:19, 107:21, 110:11, 110:13, 110:17, 111:2, 112:13, 112:17, 114:7, 114:11, 125:21, 125:23, 164:18, 203:13, 203:14
**exact** [2] - 191:4, 200:20
**exactly** [6] - 12:16, 92:5, 98:10, 145:24, 162:1, 188:18
**EXAMINATION** [9] - 34:15, 75:17, 79:17, 80:21, 128:9, 146:11, 155:1, 181:19, 199:22
**examination** [15] - 38:18, 38:19, 40:14, 40:16, 79:20, 128:8, 146:13, 147:15, 148:7, 148:21, 181:18, 199:24, 200:13, 203:9, 203:18
**examine** [2] - 22:11, 22:14
**examined** [1] - 63:23
**example** [3] - 118:2, 120:23, 190:6
**except** [1] - 124:1
**excess** [1] - 42:10
**excuse** [3] - 9:13, 59:4, 104:13
**excused** [8] - 58:22, 59:3, 80:6, 109:4,

149:23, 150:15, 206:21, 207:11
**excusing** [1] - 7:7
**execute** [3] - 36:12, 36:17, 75:24
**executing** [2] - 36:1, 37:10, 76:4
**Exhibit** [75] - 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 43:7, 43:11, 44:3, 44:4, 46:14, 46:19, 47:12, 48:8, 48:10, 48:11, 48:23, 50:12, 51:4, 51:13, 53:25, 54:5, 54:9, 56:11, 57:7, 61:2, 61:8, 61:24, 62:4, 62:8, 62:13, 62:16, 63:7, 63:9, 63:12, 63:14, 63:16, 63:18, 63:21, 64:7, 64:12, 64:22, 65:14, 65:25, 66:16, 67:7, 67:11, 68:3, 68:4, 68:5, 68:7, 77:9, 111:15, 111:20, 112:13, 112:15, 112:16, 113:5, 113:10, 114:7, 114:9, 114:10, 118:21, 134:15, 140:25, 163:14, 163:19, 164:13, 164:16, 164:17, 175:8, 183:2
**exhibit** [19] - 10:13, 15:12, 16:14, 16:18, 16:20, 47:17, 48:23, 50:21, 51:16, 52:21, 54:7, 54:8, 61:15, 63:25, 66:1, 66:17, 66:21, 67:2, 164:12
**EXHIBITS** [1] - 3:15
**Exhibits** [12] - 10:15, 45:13, 46:13, 49:15, 50:11, 50:16, 59:20, 59:21, 60:4, 61:1, 62:20, 64:6
**exhibits** [5] - 10:20, 59:6, 59:8, 62:25, 63:24
**exist** [1] - 20:6
**existence** [1] - 146:7
**exit** [1] - 127:18
**exited** [7] - 55:19, 68:17, 69:10, 108:25, 150:12, 201:10, 205:19
**expect** [1] - 27:23
**expectancy** [1] - 30:22

**expected** [3] - 73:6, 190:3, 190:6
**expensive** [1] - 193:11
**experience** [2] - 167:19, 171:3
**expertise** [1] - 36:19
**explain** [8] - 14:24, 15:6, 15:8, 146:16, 196:15, 196:17, 197:11, 200:5
**explaining** [2] - 159:19, 196:12
**exploitation** [2] - 39:2, 80:3
**exploited** [1] - 27:3
**expose** [1] - 116:11
**express** [2] - 7:15, 203:20
**expressed** [1] - 9:19
**extent** [3] - 82:10, 106:22, 152:7
**extra** [2] - 10:20, 209:2
**extremely** [1] - 33:12
**eyes** [1] - 99:4

**F**

**fabricated** [1] - 203:21
**fabrication** [2] - 202:22, 203:11
**facade** [1] - 25:5
**face** [2] - 19:16
**Facebook** [6] - 19:20, 151:11, 152:16, 188:3, 198:22, 199:4
**facing** [1] - 177:19
**fact** [26] - 15:14, 15:19, 19:11, 21:3, 30:9, 31:11, 32:16, 40:1, 40:7, 40:8, 54:4, 106:24, 123:8, 125:8, 128:15, 131:18, 131:22, 131:23, 142:17, 143:14, 151:9, 151:12, 169:4, 187:8, 192:13, 208:15
**factors** [1] - 17:17
**factory** [1] - 140:12
**facts** [1] - 28:2
**fair** [8] - 18:14, 20:10, 20:25, 21:9, 21:12, 106:18, 153:19
**fairly** [5] - 60:16, 112:9, 114:2, 164:8
**Falcon** [5] - 5:9, 8:4,

8:10, 58:1, 58:15
**fall** [2] - 107:3, 193:24
**false** [2] - 23:21, 23:23
**familiar** [1] - 73:16
**families** [4] - 23:6, 23:7, 23:8
**family** [6] - 81:12, 167:3, 167:4, 190:18, 190:20, 190:22
**far** [10] - 11:18, 11:19, 11:20, 12:5, 12:10, 15:20, 106:13, 160:19, 184:23
**fast** [5] - 123:15, 123:17, 124:11, 125:8, 126:10
**fast-forward** [1] - 126:10
**fasting** [13] - 123:3, 123:4, 123:5, 123:6, 123:7, 123:19, 124:10, 125:7, 125:10, 125:13, 125:14, 126:8, 126:11
**father** [3] - 81:14, 81:15, 156:9
**favor** [1] - 142:6
**favorite** [5] - 120:9, 120:14, 120:16, 120:25, 121:1
**favorites** [2] - 120:18, 149:18
**feature** [1] - 27:25
**February** [2] - 1:5, 24:19
**fed** [1] - 193:10
**federal** [2] - 7:2, 7:11
**Federal** [3] - 5:1, 56:17, 76:9
**feed** [4] - 23:8, 26:9, 84:5, 193:7
**fellow** [1] - 21:19
**felt** [1] - 104:8
**few** [2] - 75:14, 133:3
**file** [3] - 41:4, 74:22, 74:24
**filed** [6] - 10:13, 57:14, 105:24, 106:2, 147:9, 207:13
**filing** [1] - 57:15
**filings** [1] - 13:1
**filled** [2] - 10:23, 41:6
**final** [2] - 12:8, 20:15
**finally** [1] - 21:1
**financially** [1] - 94:10
**fine** [5] - 8:3, 82:14,

106:6, 108:3, 209:2
**fingerprints** [1] - 33:17
**finish** [1] - 100:5
**firmly** [1] - 28:16
**first** [81] - 4:21, 5:7, 8:5, 10:13, 11:13, 13:19, 13:23, 17:22, 20:17, 22:4, 34:2, 39:17, 40:5, 45:23, 46:10, 52:23, 63:7, 66:17, 72:9, 72:10, 82:6, 82:11, 88:1, 91:17, 93:6, 94:19, 98:22, 99:2, 103:20, 105:13, 105:16, 106:17, 110:5, 114:14, 117:8, 119:17, 119:18, 121:10, 121:12, 121:23, 121:25, 125:12, 129:13, 129:18, 130:12, 133:18, 134:14, 134:16, 134:18, 143:20, 146:20, 146:21, 148:24, 149:2, 157:19, 157:22, 158:14, 159:14, 161:24, 162:2, 162:3, 162:4, 162:15, 166:5, 169:6, 169:11, 169:15, 169:17, 171:7, 171:8, 173:4, 173:7, 186:23, 187:22, 202:1
**five** [10] - 23:25, 94:21, 94:22, 96:7, 113:19, 113:21, 113:24, 115:14, 153:6, 202:5
**fix** [1] - 53:24
**flag** [1] - 73:20
**flee** [1] - 78:10
**flight** [8] - 37:24, 38:2, 47:4, 61:11, 61:13, 73:11, 73:12, 73:19
**flights** [1] - 61:12
**Floor** [2] - 2:2, 210:8
**floor** [6] - 73:24, 74:5, 96:1, 99:13, 144:9, 170:10
**Flores** [3] - 4:11, 71:16, 154:6
**FLORIDA** [1] - 1:1
**Florida** [8] - 1:4, 1:16, 1:22, 1:25, 2:3, 24:1, 26:24, 210:9

**fly** [1] - 37:17
**folks** [1] - 5:23
**follow** [5] - 15:7, 18:12, 28:11, 28:18
**followed** [1] - 21:14
**following** [34] - 8:7, 8:18, 8:21, 9:9, 14:13, 21:15, 22:12, 29:17, 51:8, 55:3, 55:20, 55:24, 59:14, 69:11, 69:16, 71:5, 71:8, 74:20, 75:8, 105:2, 108:4, 108:19, 109:1, 109:11, 111:7, 150:13, 150:20, 153:22, 154:19, 202:12, 204:4, 204:8, 205:1, 205:20
**food** [21] - 30:21, 32:14, 93:12, 93:13, 123:11, 125:17, 126:12, 160:4, 160:5, 166:6, 168:10, 168:14, 188:16, 188:20, 188:21, 193:8, 193:10, 193:18, 193:19, 194:13
**FOR** [3] - 1:14, 1:20, 3:9
**force** [1] - 101:7
**Ford** [2] - 4:11, 79:2
**foregoing** [1] - 210:3
**foreign** [1] - 204:18
**foreigner** [2] - 84:22, 84:24, 161:23
**foreigners** [1] - 158:22
**forgiveness** [1] - 123:6
**Form** [1] - 40:24
**form** [3] - 33:9, 91:10, 97:5
**formally** [1] - 57:14
**former** [1] - 208:7
**forms** [1] - 15:11
**forth** [2] - 21:13, 162:6
**forward** [2] - 126:10, 153:18
**founded** [1] - 29:21
**founder/director** [1] - 66:7
**Founder/Director** [1] - 53:22
**four** [6] - 92:4, 128:25, 129:1, 144:22, 151:11, 202:5
**Fourth** [1] - 1:15
**frame** [4] - 97:3,

97:6, 200:12, 202:9
**Frederic** [3] - 197:9, 197:20, 198:13
**free** [5] - 31:4, 31:7, 31:9, 71:2, 191:10
**French** [1] - 84:22
**frequently** [2] - 173:20, 173:22
**friend** [2] - 145:22, 160:15, 184:16, 184:17, 198:25
**friends** [8] - 184:8, 184:13, 184:15, 194:11, 194:21, 194:25, 195:21
**front** [9] - 40:2, 48:23, 58:9, 64:12, 66:1, 67:2, 135:23, 184:1, 187:14
**fulfill** [1] - 25:23
**full** [11] - 8:1, 8:13, 9:3, 9:21, 11:21, 11:24, 12:7, 12:22, 12:23, 80:17, 163:8
**full-time** [1] - 163:8
**functions** [1] - 76:2
**funds** [1] - 57:21

### G

**gain** [1] - 27:4
**game** [1] - 174:17
**games** [1] - 166:9
**gate** [2] - 37:24, 38:6
**general** [4] - 12:15, 30:11, 168:11, 204:20
**generally** [7] - 63:8, 88:18, 88:19, 113:15, 113:16, 159:6, 168:1
**generation** [1] - 29:24
**gentleman** [5] - 39:11, 73:9, 73:11, 130:2, 190:8
**gentlemen** [19] - 14:15, 22:22, 25:4, 26:21, 27:18, 28:2, 32:22, 55:5, 65:17, 66:2, 66:13, 84:16, 93:4, 96:24, 108:6, 110:10, 125:20, 187:19, 205:3
**getcarter2010@ yahoo.com** [1] - 66:15
**gifts** [1] - 194:4
**girls** [6] - 30:25, 138:11, 138:14, 147:16, 147:19
**given** [18] - 5:8, 9:20,

21:23, 36:16, 36:17, 51:19, 52:11, 52:12, 58:1, 105:5, 106:8, 106:13, 110:22, 159:16, 159:25, 181:8, 188:22
**glare** [1] - 61:15
**goal** [2] - 30:24, 188:19
**God** [2] - 123:6, 158:9
**God's** [2] - 29:15, 29:17
**goodness** [1] - 192:2
**Google** [2] - 19:5, 20:1
**Government** [66] - 6:19, 6:22, 9:12, 10:14, 10:19, 11:9, 12:1, 12:19, 14:2, 17:24, 18:2, 18:8, 22:4, 22:10, 22:13, 28:9, 28:12, 28:22, 31:18, 33:5, 33:12, 33:19, 34:3, 43:24, 48:7, 50:4, 51:24, 56:19, 57:4, 57:8, 57:14, 58:18, 60:22, 64:3, 72:3, 72:8, 72:13, 75:3, 76:10, 77:8, 82:23, 105:11, 106:5, 106:18, 107:7, 110:4, 110:20, 112:12, 114:6, 128:6, 128:16, 128:18, 129:15, 129:21, 134:2, 137:22, 140:8, 143:8, 145:7, 145:18, 145:19, 146:1, 149:21, 151:9, 151:16, 151:17
**GOVERNMENT** [5] - 1:14, 3:9, 34:5, 80:10, 154:23
**Government's** [86] - 3:16, 3:16, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 6:11, 10:17, 10:20, 11:5, 12:12, 12:24, 13:1, 22:12, 24:10, 43:6, 43:11, 44:2, 44:4, 45:12, 46:12, 46:14, 46:19, 47:12, 48:9, 48:11, 48:22, 49:15, 50:10, 50:12, 51:4, 53:25, 54:5, 57:7, 59:20, 60:4, 60:25, 61:2, 61:7, 61:23, 62:3, 62:8, 62:13, 62:16,

62:20, 63:7, 63:12, 63:14, 64:5, 64:7, 64:11, 64:22, 65:14, 65:25, 66:16, 67:7, 67:11, 68:3, 68:4, 68:7, 111:15, 111:20, 112:13, 112:14, 112:16, 113:5, 113:10, 114:8, 114:10, 118:21, 135:22, 140:25, 151:16, 151:19, 163:14, 163:19, 164:13, 164:15, 164:17, 175:8, 183:2, 188:10

**grab** [1] - 172:7
**grabbed** [4] - 172:3, 172:4, 177:20
**grade** [1] - 149:4
**granted** [5] - 30:16, 57:4, 58:21, 98:15, 105:13
**granting** [1] - 10:16
**grass** [1] - 15:15
**gratification** [1] - 25:23
**gratifications** [1] - 25:10
**gratified** [1] - 25:19
**gratify** [1] - 26:13
**great** [2] - 5:17, 208:19
**greater** [1] - 22:2
**green** [1] - 184:1
**grinding** [1] - 27:6
**grounds** [2] - 37:4, 105:12
**group** [5] - 42:25, 149:14, 158:24, 159:1, 186:24
**guarantee** [2] - 21:12, 193:9
**guess** [2] - 16:21, 202:24
**guidelines** [1] - 17:18
**guilt** [3] - 17:25, 18:8, 29:9
**guilty** [8] - 15:4, 17:23, 24:11, 24:16, 28:24, 33:25, 104:9
**gun** [2] - 79:24, 80:1
**gun-related** [1] - 80:1
**guns** [1] - 79:20

# H

**hair** [2] - 42:5, 186:17
**Haiti** [44] - 23:1, 24:2, 24:6, 24:21, 25:3, 26:25, 29:18, 29:22, 30:1, 30:5, 30:14, 31:24, 32:5, 32:11, 32:23, 33:5, 36:7, 36:21, 47:1, 52:13, 61:13, 81:3, 81:4, 81:20, 122:14, 136:10, 136:11, 136:12, 143:14, 146:7, 151:10, 153:9, 155:8, 155:13, 161:19, 166:13, 166:20, 182:7, 182:20, 183:9, 183:10, 183:19, 187:18, 196:20
**Haitian** [8] - 30:17, 84:24, 85:8, 85:12, 145:7, 146:1, 147:2, 161:23
**Haitians** [2] - 29:24
**half** [13] - 82:5, 87:8, 93:10, 125:11, 137:16, 137:20, 137:21, 137:24, 137:25, 138:3
**halfway** [1] - 14:19
**hand** [6] - 61:14, 65:21, 99:7, 131:10, 171:17, 171:22, 171:23, 172:4, 172:5, 172:7, 172:8, 172:10, 172:14, 172:16, 174:18
**handcuffed** [2] - 41:12, 41:25
**handed** [6] - 7:13, 45:19, 78:19, 111:14, 111:19, 153:4
**handheld** [1] - 69:19
**handing** [1] - 60:3
**hands** [4] - 172:3, 172:12, 174:9, 174:25
**hang** [1] - 38:2
**happy** [4] - 104:11, 142:11, 161:17, 207:18
**Harcourt** [2] - 23:16, 45:10, 52:6, 52:24, 54:20, 66:22, 67:19, 67:20, 77:10
**hard** [2] - 61:20, 178:16

**hardship** [12] - 5:7, 5:10, 5:12, 5:20, 5:24, 6:5, 6:7, 9:16, 9:18, 9:20, 58:17, 58:20
**hardships** [2] - 6:22, 6:23
**harm** [1] - 7:21
**Haven** [1] - 52:12
**head** [4] - 56:14, 68:20, 94:8, 99:19
**heading** [1] - 157:25
**heads** [1] - 72:21
**hear** [29] - 17:12, 21:7, 21:22, 23:23, 25:12, 25:14, 25:17, 25:22, 26:3, 26:12, 26:14, 26:18, 29:23, 30:7, 30:18, 31:3, 31:14, 31:19, 31:24, 32:1, 32:3, 32:11, 32:17, 35:5, 110:4, 110:5, 110:6, 129:18
**heard** [8] - 15:11, 24:14, 26:21, 75:25, 110:10, 125:20, 147:22, 187:4
**hears** [1] - 106:24
**hearsay** [6] - 37:5, 90:17, 90:23, 118:10, 129:17, 132:13
**heaving** [1] - 26:2
**held** [2] - 31:3, 177:7
**Heliopolis** [2] - 54:25, 67:10
**HELIOPOLIS** [1] - 54:25
**help** [19] - 18:13, 21:12, 21:17, 22:5, 29:23, 31:20, 32:19, 70:10, 89:22, 94:6, 137:9, 137:10, 137:13, 137:14, 167:3, 193:3, 193:6, 193:8
**helped** [7] - 25:9, 32:13, 32:18, 182:13, 193:7, 194:11, 195:9
**helpful** [1] - 70:13
**helping** [4] - 93:20, 158:23, 193:2, 193:5
**helpless** [1] - 27:3
**hereby** [1] - 210:3
**HHS** [1] - 79:10
**hi** [3] - 72:20, 158:7, 160:3
**high** [1] - 18:11
**him...** [1] - 195:15
**himself** [8] - 22:25, 32:14, 102:16, 103:4, 103:7, 128:3, 193:8,

193:17
**hire** [1] - 58:13
**hit** [2] - 16:9, 28:15
**hold** [11] - 24:13, 28:11, 31:18, 33:9, 70:20, 93:17, 97:21, 172:14, 172:16, 174:18, 175:3
**holding** [5] - 31:10, 43:21, 99:21, 101:2, 101:4
**home** [13] - 31:17, 84:9, 86:4, 119:19, 160:16, 160:18, 163:4, 163:7, 178:15, 181:15, 192:19, 195:4, 197:3
**Homeland** [7] - 4:11, 24:24, 71:16, 78:22, 78:23, 201:2, 201:21
**homeless** [1] - 189:9
**homes** [1] - 98:3
**Honor** [117] - 4:7, 4:14, 6:18, 6:25, 9:12, 10:10, 10:11, 10:14, 10:21, 11:1, 11:17, 11:22, 12:14, 13:3, 13:9, 13:16, 13:21, 14:2, 14:4, 14:10, 27:16, 34:3, 34:13, 36:25, 43:8, 43:24, 44:6, 45:14, 46:7, 47:13, 48:7, 49:16, 50:4, 51:23, 52:14, 52:15, 52:22, 54:21, 56:3, 56:13, 56:21, 57:11, 58:3, 58:18, 59:7, 59:25, 60:22, 61:4, 62:21, 64:3, 69:20, 71:14, 71:19, 72:2, 72:3, 72:7, 72:20, 73:4, 74:15, 75:4, 75:5, 75:12, 75:15, 79:12, 80:8, 80:11, 82:10, 82:23, 105:11, 105:13, 105:22, 106:16, 109:16, 109:19, 109:24, 109:25, 110:3, 110:21, 111:16, 112:12, 113:6, 114:6, 128:4, 128:6, 134:5, 139:7, 139:22, 149:20, 149:21, 151:17, 152:3, 152:15, 152:20, 152:23, 153:6, 154:2, 154:7, 154:12, 154:16, 155:4, 163:15,

164:12, 181:16, 181:17, 188:8, 196:5, 198:10, 199:17, 200:15, 202:7, 202:15, 204:3, 206:1, 208:1, 208:17, 209:9, 209:15
**HONORABLE** [1] - 1:10
**Hope** [5] - 4:17, 56:7, 71:22, 109:21, 154:9
**hope** [6] - 23:11, 23:21, 23:22, 23:23, 27:11, 30:21
**hoping** [2] - 101:13, 203:4
**HOROWITZ** [65] - 1:23, 4:14, 11:17, 12:4, 13:3, 13:6, 13:9, 13:16, 13:21, 14:5, 27:16, 27:20, 36:25, 37:5, 58:8, 71:19, 74:21, 75:4, 104:19, 105:9, 106:4, 107:10, 107:12, 109:9, 109:19, 111:1, 124:14, 124:22, 127:16, 154:7, 154:13, 181:20, 183:8, 185:18, 188:8, 188:9, 188:25, 189:2, 193:1, 196:5, 196:8, 197:19, 198:10, 198:12, 198:19, 199:17, 199:19, 200:12, 202:8, 203:3, 203:13, 204:2, 204:25, 206:11, 206:22, 207:2, 207:4, 207:6, 207:8, 207:13, 207:18, 207:24, 209:1, 209:11, 209:15
**Horowitz** [9] - 3:6, 4:15, 27:15, 56:6, 71:20, 109:20, 154:8, 188:7, 208:24
**Horowitz's** [1] - 109:8
**horrible** [1] - 197:13
**Hotel** [1] - 166:1
**hotels** [2] - 194:18, 194:20
**hour** [6] - 37:19, 70:15, 127:8, 147:10, 148:2, 205:3
**hours** [5] - 25:15, 127:8, 131:9, 131:11, 151:11
**House** [17] - 87:25, 88:5, 88:8, 88:11,

12

88:13, 88:16, 96:21, 97:1, 97:11, 97:12, 97:23, 97:25, 98:3, 165:17, 174:7, 176:18
**house** [48] - 26:8, 88:16, 92:4, 93:11, 96:22, 103:20, 126:19, 143:9, 145:10, 147:7, 158:1, 160:10, 160:19, 160:22, 160:23, 160:25, 161:2, 161:4, 161:5, 161:6, 161:16, 161:25, 162:3, 162:4, 162:6, 162:11, 162:12, 162:14, 163:12, 164:3, 164:7, 165:18, 165:19, 165:21, 165:22, 165:24, 169:23, 169:24, 176:19, 178:20, 180:6, 190:4, 195:2, 200:21, 208:16
**houses** [2] - 165:15, 178:18
**housing** [1] - 30:10
**hut** [1] - 30:13

**I**

**ibuprofen** [3] - 70:7, 70:8, 70:20
**ice** [2] - 178:23, 179:3
**ID** [1] - 63:19
**idea** [2] - 38:15, 161:18
**identification** [13] - 43:6, 45:12, 47:12, 49:15, 51:4, 60:4, 60:5, 62:20, 111:20, 113:5, 113:10, 163:14, 163:18
**identified** [8] - 39:13, 54:15, 56:20, 82:24, 83:11, 111:14, 157:2, 157:14
**identify** [7] - 39:9, 52:18, 82:20, 83:7, 116:10, 206:1, 208:24
**identity** [4] - 52:5, 52:18, 52:23, 53:6
**ignore** [2] - 16:21, 16:24
**illegal** [1] - 77:12
**illicit** [4] - 24:3, 24:7, 24:20, 24:23
**imagine** [2] - 166:5, 180:25

**immediate** [2] - 41:13
**immediately** [5] - 55:14, 69:7, 108:15, 150:8, 205:14
**impact** [1] - 5:17
**impaneled** [2] - 14:17, 14:22
**implied** [1] - 203:21
**importance** [1] - 21:15
**important** [5] - 20:5, 20:6, 21:7, 58:25, 166:7
**impoverished** [1] - 33:6
**impression** [1] - 22:3
**improper** [2] - 132:12, 203:22
**improperly** [1] - 18:25
**impropriety** [1] - 108:22
**improving** [1] - 33:6
**IN** [1] - 3:15
**inaccurate** [1] - 52:14
**incident** [2] - 18:24, 31:25
**incidents** [1] - 144:8
**inclination** [1] - 9:13
**inclined** [1] - 109:25
**include** [1] - 33:16
**included** [1] - 105:24
**includes** [1] - 19:22
**including** [10] - 19:18, 19:24, 20:3, 55:11, 69:4, 108:12, 110:14, 125:24, 150:5, 205:9
**increased** [1] - 33:2
**indicate** [3] - 5:1, 5:12, 77:8
**indicated** [8] - 9:21, 77:8, 80:12, 80:13, 136:1, 137:15, 150:22, 205:22
**indicating** [2] - 7:16, 52:10
**indication** [1] - 204:17
**indications** [1] - 9:15
**indictment** [19] - 15:5, 17:23, 24:18, 26:23, 28:24, 28:25, 29:1, 29:3, 29:4, 29:8, 33:3, 110:12, 110:15, 110:19, 125:22, 125:25, 126:4, 205:12
**indirect** [2] - 15:17,

15:21
**indirectly** [1] - 15:14
**individually** [1] - 7:22
**individuals** [1] - 144:5
**influence** [2] - 18:25, 203:22
**inform** [1] - 207:22
**information** [18] - 18:18, 18:23, 19:21, 19:23, 20:2, 21:10, 36:21, 37:13, 37:25, 38:2, 40:3, 58:20, 59:1, 152:6, 159:11, 159:16, 160:1, 207:23
**informed** [3] - 24:9, 129:7, 204:16
**informing** [1] - 40:25
**informs** [1] - 29:8
**initials** [1] - 12:25
**initiate** [1] - 195:13
**innocence** [1] - 18:4
**innocent** [2] - 17:22, 29:11
**inquire** [1] - 74:9
**inquired** [1] - 207:12
**inquiries** [1] - 207:8
**inside** [6] - 32:12, 86:17, 95:10, 95:11, 97:13, 131:12
**inspect** [1] - 35:16
**inspection** [4] - 40:9, 40:11, 40:24, 42:23
**inspections** [1] - 36:24
**instance** [2] - 16:8, 134:15
**instant** [1] - 19:14
**instead** [1] - 105:22
**instruct** [10] - 14:8, 17:3, 22:17, 55:14, 58:23, 69:7, 72:25, 108:15, 150:8, 205:14
**instructed** [5] - 14:8, 29:11, 98:16, 119:11, 206:12
**instruction** [24] - 72:23, 73:2, 74:6, 74:22, 74:25, 104:14, 104:17, 105:12, 105:17, 105:23, 106:4, 106:5, 106:8, 106:18, 106:20, 106:21, 106:22, 106:25, 107:1, 107:14, 109:23, 110:1, 110:8, 111:3
**instructions** [8] - 15:1, 15:2, 18:10,

18:12, 18:14, 106:2, 106:14, 108:19
**Instructions** [1] - 3:4
**intact** [1] - 11:14
**intangible** [1] - 33:9
**intelligence** [1] - 182:15
**intent** [2] - 26:25, 204:19
**interact** [2] - 127:22, 127:24
**interest** [1] - 17:14
**interested** [5] - 42:10, 178:10, 190:21, 190:24
**International** [4] - 35:20, 46:24, 89:20, 89:21
**Internet** [10] - 19:4, 19:9, 19:13, 19:18, 19:24, 55:11, 69:4, 108:12, 150:6, 205:9
**interpret** [1] - 22:16
**interpreter** [3] - 80:14, 80:15, 188:24
**INTERPRETER** [4] - 10:10, 72:20, 80:11, 188:23
**interpreters** [4] - 10:2, 72:9, 72:12, 82:12
**interpreting** [2] - 182:19, 183:12
**interrupting** [1] - 63:20
**interview** [1] - 134:2
**introduce** [3] - 33:19, 56:18, 105:14
**introduced** [1] - 72:14
**introduction** [2] - 57:6, 106:9
**Investigations** [3] - 4:12, 71:17, 78:22
**investigator** [2] - 206:3, 206:4
**invitation** [1] - 29:4, 29:5
**invite** [1] - 118:5
**invited** [3] - 149:11, 149:13, 163:1
**invoke** [1] - 14:5
**invoked** [1] - 14:8
**involved** [2] - 19:4, 20:3
**involvement** [1] - 79:7
**involves** [1] - 69:23
**involving** [1] - 18:25
**iron** [1] - 130:21

**issue** [5] - 5:7, 5:12, 11:24, 13:15, 13:20, 19:11, 21:3, 45:5, 56:9, 56:11, 57:25, 82:11, 150:16, 152:25, 153:14
**issues** [5] - 5:10, 5:20, 6:5, 6:7, 153:18
**it'll** [1] - 69:9
**item** [5] - 17:3, 43:12, 43:21, 48:4, 52:5
**items** [12] - 39:25, 42:20, 43:1, 49:19, 50:1, 53:23, 63:2, 63:4, 63:5, 63:23, 63:24, 68:7
**itself** [6] - 38:7, 39:19, 40:9, 40:12, 40:22, 106:25

**J**

**J-o-b-e-d** [1] - 154:25
**Jamaica** [2] - 124:2, 124:6
**January** [2] - 10:24, 155:10
**jar** [1] - 99:6
**JDJ** [1] - 56:19, 56:24
**Jean** [5] - 80:8, 165:18, 165:21, 165:22, 198:14
**JEAN** [1] - 80:10
**Jencks** [4] - 151:20, 152:23, 154:13, 154:15
**jet** [1] - 39:3
**Jetway** [19] - 37:20, 38:2, 38:7, 38:8, 38:9, 38:11, 39:19, 40:12, 40:13, 40:15, 40:17, 40:18, 40:19, 40:22, 41:7, 41:19, 42:22, 45:25, 79:9
**JOAN** [1] - 1:10
**job** [3] - 7:6, 93:15, 100:8
**JOBED** [1] - 154:23
**Jobed** [35] - 3:12, 114:24, 118:3, 118:4, 118:5, 118:6, 118:7, 118:9, 118:18, 118:20, 118:23, 154:22, 154:24, 155:5, 155:7, 155:21, 156:19, 157:5,

157:17, 158:12,
164:21, 168:22,
172:1, 175:9, 177:9,
177:25, 178:3,
180:23, 181:8,
199:24, 200:7,
200:19, 201:17, 208:2
**John** [2] - 195:22,
196:10
**join** [1] - 127:15
**joined** [3] - 93:6,
117:9, 149:2
**joining** [1] - 87:6
**joking** [1] - 169:19
**JOSE** [1] - 34:9
**Joseph** [1] - 3:11
**JOSÉ** [1] - 34:5
**José** [3] - 3:10, 34:3,
34:9
**Jr** [2] - 114:24,
120:17
**JUDGE** [1] - 1:11
**judge** [18] - 6:11,
12:4, 13:22, 14:5,
59:1, 74:21, 104:22,
105:9, 106:4, 111:1,
124:22, 154:13,
200:12, 202:8,
202:10, 203:3,
206:11, 209:11
**Judge** [31] - 4:23,
12:10, 20:4, 29:11,
33:7, 48:18, 57:24,
58:9, 59:5, 59:11,
61:17, 73:25, 74:3,
74:12, 74:18, 91:17,
97:4, 104:13, 105:8,
110:25, 126:6, 145:2,
151:9, 183:6, 199:20,
204:2, 204:24,
204:25, 206:22,
206:23, 207:24
**judges** [1] - 28:2
**jumped** [1] - 170:2
**June** [1] - 45:7
**junior** [2] - 120:17,
120:19
**Junior** [1] - 121:5
**jurisdiction** [1] -
75:23
**JUROR** [16] - 8:11,
8:15, 9:1, 9:5, 9:7,
68:20, 68:22, 69:22,
70:1, 70:3, 70:7, 70:9,
70:12, 70:16, 70:21,
71:3
**juror** [19] - 4:19,
4:20, 18:18, 20:23,
56:9, 57:25, 58:6,
58:20, 58:21, 68:15,

68:17, 71:24, 72:5,
73:16, 73:17, 74:9,
74:13, 74:14, 201:10
**Juror** [9] - 4:25, 5:9,
6:5, 8:6, 8:17, 8:20,
9:8, 57:25, 71:4
**jurors** [27] - 5:20,
7:8, 9:17, 9:19, 10:1,
14:3, 14:6, 14:11,
14:25, 18:12, 20:7,
20:8, 20:12, 21:19,
59:12, 68:13, 68:23,
70:23, 72:11, 72:15,
72:18, 73:9, 75:6,
111:4, 154:10, 201:5,
201:12
**Jury** [1] - 3:4
**JURY** [3] - 1:10,
22:23, 27:19
**jury** [72] - 7:25, 8:12,
9:2, 10:12, 14:12,
14:15, 14:17, 14:22,
14:23, 19:1, 21:20,
21:24, 22:18, 33:14,
44:7, 45:5, 50:20,
51:9, 53:11, 55:19,
58:24, 59:13, 62:10,
65:18, 66:2, 66:14,
67:8, 68:8, 68:24,
69:10, 70:24, 72:14,
75:7, 84:16, 93:5,
96:24, 98:16, 105:3,
105:20, 105:23,
106:2, 106:5, 106:6,
106:7, 106:11,
106:20, 106:21,
106:22, 106:23,
106:24, 107:6,
108:20, 108:24,
108:25, 110:10,
111:6, 119:11,
125:20, 144:10,
146:16, 150:11,
150:12, 154:18,
164:1, 195:25,
196:11, 202:13,
204:9, 204:20, 205:19
**JUSTICE** [1] - 1:17

## K

**Kane** [10] - 4:8, 56:4,
71:15, 109:17, 135:6,
154:3, 185:12,
185:19, 201:5, 203:3
**KANE** [32] - 1:17,
154:22, 155:2, 157:1,
157:4, 157:13,
157:16, 163:13,
163:17, 164:2, 164:4,

164:12, 164:20,
181:16, 185:16,
188:5, 192:23,
197:16, 198:17,
199:23, 200:15,
200:17, 201:16,
202:7, 202:15,
203:10, 204:3, 208:1,
208:4, 208:15, 209:3,
209:9
**keep** [8] - 17:21,
21:19, 25:3, 40:5,
103:6, 103:7, 142:3,
173:16
**Kendall** [1] - 32:7
**kick** [1] - 85:10
**kicked** [5] - 14:19,
87:12, 87:13, 87:16,
87:21
**kids** [9] - 26:5, 84:10,
86:9, 89:22, 122:10,
122:11, 127:13,
127:15, 159:7
**Kids** [1] - 115:4
**killed** [2] - 124:3,
124:7
**kind** [18] - 5:24,
15:22, 27:24, 28:6,
29:2, 29:4, 32:5, 40:5,
52:10, 61:19, 70:5,
92:3, 105:20, 138:17,
155:23, 168:13,
170:23, 176:11
**kinds** [1] - 84:1
**kitchen** [1] - 88:25
**kneeling** [1] - 170:10
**know...** [1] - 61:21
**knowledge** [1] -
148:18
**known** [5] - 23:15,
23:16, 32:3, 45:10,
105:14
**knows** [4] - 73:16,
74:10, 90:12, 126:20,
146:18, 151:9, 151:10

## L

**labeled** [1] - 48:22
**labels** [2] - 54:8,
63:25
**ladies** [19] - 10:8,
14:15, 22:22, 25:4,
26:21, 27:18, 28:2,
32:22, 55:5, 65:17,
66:2, 66:13, 84:16,
93:4, 96:24, 108:6,
110:10, 125:20, 205:3
**lady** [1] - 186:18

**laid** [1] - 177:3
**language** [4] - 82:6,
82:11, 107:2, 107:4
**lap** [1] - 128:2
**Larko** [15] - 4:11,
71:16, 128:22, 130:1,
130:8, 137:23, 138:2,
146:25, 151:2, 151:3,
151:11, 152:8, 154:5,
185:9, 187:21
**last** [11] - 11:6,
11:12, 11:13, 12:1,
12:17, 24:4, 34:8,
98:16, 125:11,
151:15, 165:24,
198:24, 199:14,
202:21
**late** [3] - 102:25,
133:23, 205:4
**latter** [1] - 32:2
**law** [23] - 12:13,
12:16, 13:18, 15:6,
15:7, 15:8, 15:20,
18:12, 19:11, 20:2,
20:6, 20:12, 20:16,
21:1, 21:3, 21:6,
21:13, 22:17, 28:11,
77:15, 145:25,
203:25, 208:12
**lawyer** [5] - 16:8,
16:13, 16:14, 16:15,
79:19
**lawyer's** [1] - 16:7
**lawyers** [6] - 16:1,
16:2, 16:4, 20:4, 28:5,
206:4
**lawyers'** [1] - 16:4
**lay** [1] - 110:10
**laying** [8] - 99:15,
99:20, 99:22, 100:19,
100:20, 102:15,
170:10, 177:18
**lead** [1] - 20:14
**leader** [9] - 197:9,
197:10, 197:12,
197:13, 197:21,
197:23, 197:24,
198:5, 198:7
**leaders** [2] - 197:11,
198:6
**leading** [2] - 124:14,
127:16
**learn** [7] - 23:12,
84:4, 86:1, 86:2,
137:1, 149:12
**learned** [8] - 23:21,
23:23, 182:7, 182:9,
182:20, 183:5, 183:9,
183:10
**learning** [1] - 29:25

**least** [2] - 58:17,
204:16
**leave** [15] - 21:22,
31:8, 55:16, 73:1,
74:7, 87:7, 92:17,
108:23, 127:13,
150:10, 168:17,
168:20, 191:11,
191:12, 191:13
**leaves** [1] - 75:23
**leaving** [8] - 35:16,
38:24, 76:6, 76:7,
153:11, 160:7,
180:24, 200:21
**lectern** [2] - 8:8, 8:22
**left** [21] - 21:24,
25:24, 40:13, 87:4,
87:10, 87:11, 88:13,
88:16, 92:15, 93:10,
100:5, 102:24, 103:1,
127:22, 127:24,
137:19, 143:5, 143:9,
145:10, 147:7, 165:6,
175:9, 179:16,
180:23, 181:14,
191:8, 196:21, 203:7
**leg** [1] - 101:13
**legal** [3] - 28:21, 30:6
**legally** [2] - 18:6,
77:14
**legitimate** [1] - 30:4
**legs** [7] - 99:19,
99:20, 99:21, 99:24,
100:1, 101:10, 102:9
**Lemke** [7] - 84:20,
85:4, 85:7, 85:8,
85:10, 85:18
**LENARD** [1] - 1:10
**less** [2] - 182:19,
191:7
**letter** [25] - 5:2, 7:11,
7:13, 7:15, 7:17,
200:7, 200:10,
200:19, 201:1,
201:17, 201:20,
201:23, 202:4, 202:5,
202:23, 203:6, 203:8,
207:22, 207:23,
207:25, 208:1, 208:8,
208:10, 208:11,
208:13
**letters** [1] - 9:15
**level** [1] - 18:11
**library** [1] - 19:13
**license** [6] - 63:13,
64:24, 65:2, 65:12,
65:15, 66:9
**lick** [2] - 97:20, 97:21
**lieu** [1] - 7:20
**life** [3] - 30:22, 32:23,

196:20
**Lifeline** [64] - 83:18, 83:19, 83:20, 83:22, 83:24, 84:2, 84:6, 84:8, 84:12, 84:19, 85:10, 85:11, 85:12, 85:19, 85:20, 85:22, 85:24, 85:25, 86:5, 86:8, 86:9, 86:10, 86:11, 86:14, 86:16, 86:20, 87:4, 87:6, 87:10, 87:11, 117:6, 117:7, 117:8, 117:9, 130:15, 130:23, 137:19, 137:25, 138:17, 138:20, 138:24, 139:2, 139:8, 158:20, 158:21, 159:3, 159:4, 159:6, 159:19, 184:18, 184:20, 184:22, 184:23, 188:11, 188:13, 188:16, 188:22, 189:3, 189:5, 189:7, 189:8, 189:11
**Lifeline's** [1] - 188:19
**lift** [2] - 29:23, 30:24
**lifted** [1] - 31:1
**light** [2] - 17:16, 20:22
**likewise** [1] - 52:4
**limine** [3] - 56:17, 57:3, 57:16
**limited** [3] - 17:2, 17:4, 17:5
**limiting** [10] - 74:22, 74:25, 105:16, 106:4, 106:8, 106:14, 107:1, 107:14, 109:23, 109:25
**line** [2] - 66:17, 82:1
**LISA** [2] - 2:1, 210:7
**list** [7] - 4:21, 10:13, 15:25, 31:13, 51:15, 51:16, 54:8
**listed** [16] - 44:25, 45:3, 50:23, 54:1, 54:7, 61:12, 61:13, 64:20, 65:2, 65:12, 65:15, 66:6, 66:8, 66:11, 67:20, 68:1
**listen** [8] - 19:7, 21:1, 33:23, 55:10, 69:3, 108:11, 150:4, 205:8
**lists** [1] - 115:10
**live** [28] - 18:17, 81:19, 81:20, 81:21, 81:22, 88:5, 90:2,

90:3, 90:5, 91:20, 94:3, 95:19, 117:23, 149:2, 155:15, 155:16, 155:17, 174:12, 176:21, 181:23, 184:22, 189:8, 190:14, 190:16, 190:19, 190:22, 190:23, 190:24
**lived** [45] - 23:2, 23:18, 23:20, 24:8, 25:13, 30:19, 32:7, 56:25, 90:16, 94:16, 98:3, 98:5, 101:15, 114:4, 115:12, 115:17, 117:16, 118:24, 121:17, 138:11, 138:14, 147:16, 147:17, 164:9, 165:9, 165:24, 166:8, 166:11, 166:17, 166:22, 167:6, 167:9, 167:20, 168:2, 168:12, 184:19, 189:11, 189:14, 189:16, 190:2, 191:1, 191:7, 191:23, 192:1, 192:17
**lives** [2] - 32:15, 33:6
**living** [40] - 27:7, 29:25, 81:13, 86:22, 92:11, 94:20, 96:7, 97:25, 98:19, 103:16, 112:25, 113:21, 113:23, 120:13, 131:20, 131:25, 132:18, 132:19, 158:1, 163:10, 164:7, 165:15, 166:3, 166:4, 167:23, 168:24, 174:7, 176:18, 178:17, 178:20, 179:22, 180:1, 180:2, 181:25, 182:9, 191:3, 192:18, 192:20, 195:14
**loaded** [1] - 37:16
**local** [2] - 89:22
**located** [3] - 32:2, 112:23, 162:12
**locater** [1] - 49:9
**location** [3] - 19:6, 36:16, 92:7
**locations** [3] - 91:24, 165:13, 165:14
**locked** [1] - 176:22
**London** [1] - 52:11
**long-sleeved** [1] - 83:9

**look** [26] - 5:11, 35:17, 38:23, 43:11, 45:17, 47:16, 56:13, 60:6, 62:24, 104:7, 107:6, 107:8, 109:6, 109:7, 111:21, 113:9, 127:11, 134:10, 134:12, 153:3, 153:17, 175:23, 176:7, 182:25, 183:21
**looked** [5] - 5:6, 38:16, 104:8, 134:1
**looking** [4] - 50:16, 61:11, 61:14, 76:1
**losing** [1] - 197:7
**lost** [1] - 197:25
**lotion** [11] - 102:9, 171:18, 171:20, 171:23, 172:9, 172:12, 174:8, 177:3, 180:17, 180:18
**Louis** [3] - 114:24, 120:17, 120:19
**love** [1] - 31:17
**lucky** [1] - 166:16
**luggage** [11] - 42:14, 42:16, 60:11, 60:13, 60:17, 61:10, 62:6, 62:12, 76:14, 77:19
**lunch** [5] - 70:14, 70:18, 70:24, 125:16
**luncheon** [1] - 71:7
**lunchtime** [1] - 206:25
**lured** [2] - 23:10, 27:11

## M

**M-y-s-a-n-d-e-r** [1] - 179:6
**ma'am** [10] - 8:16, 9:6, 35:23, 38:13, 55:22, 63:3, 69:17, 69:21, 71:1, 71:2
**madam** [1] - 121:5
**mail** [24] - 7:12, 19:18, 29:5, 66:11, 75:1, 107:10, 146:24, 151:2, 151:18, 152:10, 152:18, 153:4, 187:2, 187:3, 187:4, 187:8, 187:11, 187:12, 187:13, 187:20, 198:16, 198:20, 209:8, 209:11
**mailed** [1] - 104:19
**mails** [13] - 151:3, 151:7, 151:20,

151:22, 152:1, 152:4, 152:6, 152:7, 152:13, 152:16, 153:7, 153:17
**main** [3] - 27:25, 32:6, 96:11
**maintain** [2] - 31:21, 54:8
**male** [1] - 54:19
**man** [11] - 23:14, 29:13, 51:18, 82:16, 83:3, 156:19, 157:5, 161:21, 190:9, 190:10, 206:1
**manager** [2] - 67:22, 67:24
**manner** [2] - 17:13, 78:10
**Mapou** [16] - 87:12, 87:19, 87:20, 87:25, 88:5, 88:8, 88:11, 88:13, 88:16, 96:21, 97:1, 97:11, 97:12, 97:23, 97:25, 98:3
**Mapou's** [1] - 87:11
**maps** [1] - 19:4
**March** [2] - 57:13, 57:18
**Maria** [9] - 4:8, 56:4, 71:15, 109:17, 130:8, 134:19, 134:20, 134:22, 154:3
**MARIA** [1] - 1:14
**marked** [17] - 43:6, 45:12, 46:18, 47:12, 49:14, 51:4, 51:17, 60:3, 62:8, 62:19, 62:25, 68:3, 111:19, 113:5, 113:9, 163:14, 163:18
**market** [2] - 26:8, 155:23
**Market** [1] - 155:22
**marriage** [1] - 29:7
**married** [1] - 155:25
**masturbate** [23] - 25:16, 26:19, 103:5, 169:4, 171:6, 171:7, 171:8, 171:12, 171:15, 172:3, 172:13, 172:19, 172:24, 173:19, 173:24, 174:2, 174:8, 174:15, 175:21, 177:3, 177:13, 180:7, 180:18
**masturbated** [2] - 175:17, 177:14
**masturbating** [14] - 174:16, 174:21, 174:23, 175:1,

176:13, 177:4, 178:4, 179:9, 179:10, 179:12, 179:13, 179:14, 179:19
**masturbation** [2] - 173:21, 180:7
**Matain** [1] - 160:24
**match** [2] - 62:14, 62:18
**materials** [1] - 108:23
**matter** [16] - 6:20, 11:1, 31:11, 55:11, 60:15, 69:4, 72:16, 108:12, 110:13, 112:8, 125:23, 150:5, 187:8, 205:9, 206:22, 210:4
**MATTERS** [1] - 1:21
**matters** [4] - 10:12, 72:4, 72:8, 206:11
**Matthew** [28] - 4:2, 4:10, 4:15, 23:14, 33:25, 36:3, 44:19, 44:24, 46:21, 49:2, 51:2, 53:22, 56:1, 64:15, 64:19, 65:1, 66:3, 66:5, 71:10, 71:20, 83:3, 83:12, 109:13, 109:20, 135:5, 146:25, 153:24, 156:19
**MATTHEW** [1] - 1:7
**Matthew's** [1] - 146:23
**McCrum** [1] - 57:19
**McLaren** [4] - 73:6, 73:16, 73:17, 73:19
**meal** [2] - 23:11, 166:15
**meals** [8] - 132:2, 166:12, 166:18, 167:24, 168:1, 168:4, 168:10, 181:12
**mean** [44] - 49:23, 60:13, 90:11, 96:3, 101:22, 104:6, 116:9, 116:17, 116:20, 116:21, 119:23, 119:24, 120:2, 120:5, 121:5, 122:21, 123:5, 126:15, 126:16, 138:23, 139:1, 142:10, 147:14, 148:24, 149:1, 159:1, 159:12, 159:18, 160:2, 161:10, 161:22, 167:8, 169:1, 169:2, 170:4, 174:24, 176:8, 178:14, 180:3,

184:20, 187:3, 194:6, 198:15

**means** [6] - 16:25, 19:13, 19:17, 19:22, 19:25, 36:23

**meantime** [1] - 187:1

**MEDETIS** [179] - 1:14, 4:7, 6:11, 6:15, 6:18, 9:12, 10:3, 10:6, 10:11, 10:23, 11:22, 12:14, 14:2, 14:4, 14:10, 22:21, 22:24, 34:3, 34:13, 34:16, 35:8, 37:1, 37:8, 39:12, 39:16, 43:8, 43:10, 43:24, 44:6, 44:10, 45:14, 45:16, 46:7, 46:9, 46:17, 47:11, 47:15, 48:7, 48:14, 48:17, 48:21, 49:13, 49:16, 49:18, 50:4, 50:8, 50:15, 51:3, 51:23, 52:14, 52:22, 53:13, 53:19, 53:23, 54:4, 54:7, 54:10, 54:13, 54:21, 56:3, 56:13, 56:21, 57:11, 57:24, 58:3, 58:18, 59:7, 59:11, 59:18, 59:25, 60:2, 60:22, 61:4, 61:6, 61:17, 61:22, 62:21, 62:23, 64:3, 64:10, 65:8, 65:11, 71:14, 72:3, 72:7, 73:4, 73:25, 74:3, 74:12, 74:18, 75:12, 79:16, 79:18, 80:4, 80:8, 80:22, 82:10, 82:15, 82:23, 83:2, 83:10, 83:14, 90:20, 91:1, 91:12, 91:17, 91:19, 97:4, 97:10, 98:18, 104:22, 104:25, 105:5, 105:8, 105:11, 106:16, 107:18, 107:21, 107:25, 109:7, 109:16, 109:24, 110:3, 110:20, 110:25, 111:14, 111:18, 112:12, 112:19, 113:3, 113:8, 114:6, 114:13, 117:5, 118:14, 119:12, 124:17, 125:1, 126:6, 126:7, 126:24, 127:1, 127:17, 128:4, 128:6, 129:8, 129:17, 131:15, 132:6, 132:13, 134:5, 134:7,

135:15, 138:4, 138:8, 139:7, 140:2, 143:2, 143:25, 144:12, 144:25, 146:12, 149:20, 151:17, 152:3, 152:15, 152:20, 152:23, 153:6, 153:10, 153:14, 154:2, 154:12, 154:16, 154:12, 154:16, 183:6, 202:10, 204:24, 208:20, 208:23

**Medetis** [14] - 3:5, 4:8, 6:17, 56:4, 68:13, 71:15, 72:24, 75:11, 107:13, 109:6, 109:17, 125:19, 130:8, 154:3

**media** [4] - 19:10, 150:5, 204:23, 205:10

**medical** [2] - 32:20

**medication** [2] - 70:6, 179:1

**medicine** [1] - 93:18

**meet** [4] - 83:17, 84:11, 130:7, 201:25

**meeting** [10] - 129:13, 129:16, 129:21, 130:1, 139:14, 140:7, 140:11, 152:5, 185:25, 186:5

**meetings** [6] - 129:14, 139:11, 139:25, 140:3, 140:14, 186:8

**member** [1] - 19:1

**members** [2] - 14:23, 36:9

**memory** [5] - 5:11, 17:13, 22:1, 22:3

**men** [9] - 30:25, 31:3, 32:24, 33:1, 33:6, 68:6, 140:18, 141:20, 148:17

**mention** [2] - 147:6, 147:8

**mentioned** [7] - 93:20, 115:19, 116:14, 124:1, 149:17, 171:5, 208:4

**merchandise** [1] - 35:16

**messages** [1] - 19:18

**met** [27] - 83:15, 83:16, 84:17, 84:18, 128:13, 128:18, 128:24, 130:3,

130:12, 136:21, 137:3, 151:12, 184:24, 185:8, 185:9, 185:12, 185:14, 185:19, 185:21, 186:11, 186:20, 201:1, 201:21, 201:23, 202:2, 202:3

**MIAMI** [1] - 1:2

**Miami** [19] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 26:24, 35:20, 46:24, 182:3, 185:15, 185:20, 185:25, 186:2, 186:6, 186:14, 186:21, 210:8, 210:9

**Michigan** [9] - 45:4, 63:13, 64:24, 65:5, 65:10, 65:19, 66:10, 192:5, 194:25

**microphone** [4] - 14:19, 34:11, 35:9, 69:19

**middle** [2] - 25:18, 25:25

**might** [4] - 42:4, 53:23, 70:13, 175:24

**military** [1] - 29:19

**mind** [4] - 5:25, 17:21, 18:10, 108:1

**mine** [1] - 110:6

**minor** [3] - 11:19, 54:19, 56:24

**minors** [8] - 12:10, 13:3, 13:5, 13:8, 24:3, 24:7, 52:17, 204:19

**minute** [2] - 6:13, 98:25

**minutes** [7] - 55:16, 55:21, 107:6, 108:24, 109:2, 148:2, 150:11

**misbehave** [1] - 168:7

**misnumbering** [1] - 53:20

**mission** [1] - 183:14

**missionaries** [1] - 158:23

**missionary** [3] - 29:17, 57:22

**Mississippi** [3] - 192:3, 195:22, 196:9

**mistake** [2] - 25:4, 25:5

**mistaken** [1] - 20:23

**mistreating** [1] - 196:23

**modified** [1] - 106:13

**Mohammed** [2] - 54:24, 67:9

mom [4] - 156:11, 163:6, 191:5, 191:6

**moment** [25] - 6:9, 10:25, 35:3, 37:3, 59:4, 69:9, 69:13, 69:14, 72:5, 79:12, 100:12, 101:24, 125:19, 126:22, 128:4, 139:22, 145:2, 149:20, 150:14, 181:16, 198:10, 199:17, 201:5, 204:7, 205:21

**Mommy** [1] - 161:20

**money** [39] - 25:3, 25:5, 29:20, 31:19, 38:24, 41:7, 41:8, 76:23, 78:2, 78:4, 80:1, 94:12, 94:15, 94:17, 115:24, 116:4, 141:18, 143:16, 143:17, 184:12, 184:13, 184:15, 184:16, 190:16, 190:18, 190:20, 191:21, 191:24, 193:2, 193:3, 193:5, 193:6, 193:12, 193:14, 193:16, 193:20, 193:22

**money-related** [1] - 80:1

**monies** [4] - 40:15, 40:21, 41:7, 42:22

**monitor** [3] - 59:19, 59:20, 114:15

**month** [10] - 27:2, 81:10, 87:8, 98:24, 99:3, 173:1, 178:2, 191:18

**monthly** [2] - 69:22, 69:23

**months** [12] - 87:8, 88:3, 93:10, 131:25, 133:3, 137:16, 137:20, 137:21, 137:24, 137:25, 138:3, 178:2

**mood** [2] - 104:10, 125:2

**Moreno** [1] - 206:23

**Morning** [89] - 23:2, 23:10, 23:17, 23:21, 23:24, 24:8, 25:3, 25:8, 25:9, 25:10, 25:14, 26:4, 26:9, 27:8, 29:21, 30:3, 30:16, 30:23, 31:9, 31:14, 31:24, 32:1, 32:10, 32:12, 32:16,

53:21, 63:17, 67:15, 89:19, 89:21, 89:24, 91:5, 91:8, 91:23, 92:6, 92:12, 92:14, 92:15, 92:16, 92:17, 93:5, 93:6, 94:1, 94:3, 94:7, 94:10, 112:22, 112:25, 117:10, 117:18, 117:19, 117:22, 117:24, 118:15, 118:24, 119:2, 122:24, 122:25, 139:12, 139:15, 139:16, 140:5, 140:9, 140:19, 141:20, 144:6, 146:6, 147:16, 148:10, 160:24, 166:17, 169:16, 174:13, 178:18, 179:22, 180:1, 182:9, 182:11, 189:9, 193:2, 193:5, 193:20, 195:8, 196:21, 201:18, 208:5, 208:6

**morning** [31] - 4:1, 4:4, 4:7, 4:13, 4:14, 4:18, 5:8, 7:14, 8:10, 8:11, 8:25, 9:1, 10:14, 22:22, 22:23, 27:18, 27:19, 32:10, 34:17, 34:18, 99:3, 100:13, 152:21, 152:22, 153:5, 166:15, 178:25, 205:18, 206:9, 209:8, 209:14

**mornings** [1] - 5:17

**most** [9] - 23:15, 30:9, 30:10, 30:14, 30:17, 116:22, 117:20, 121:14, 151:6

**mostly** [4] - 70:4, 88:9, 193:8, 193:11

**mother** [14] - 81:14, 87:20, 130:18, 131:3, 131:14, 146:4, 146:14, 146:16, 146:18, 147:5, 156:9, 156:10, 163:8, 163:11

**motion** [11] - 10:17, 51:25, 53:3, 56:16, 57:3, 57:15, 58:21, 98:15, 105:13, 124:22, 207:13

**motions** [1] - 172:2

**motive** [1] - 203:22

**Moustafa** [3] - 54:18, 66:18, 66:19

**mouth** [2] - 170:3, 178:11

16

**move** [37] - 10:17, 34:11, 35:4, 35:9, 43:24, 46:8, 46:9, 48:7, 50:4, 52:18, 58:16, 60:22, 64:3, 91:23, 92:1, 92:6, 92:9, 92:14, 98:14, 99:22, 99:24, 100:1, 104:22, 105:22, 112:12, 114:6, 118:11, 162:17, 162:21, 162:22, 162:23, 162:25, 163:1, 163:25, 164:12, 165:13

**moved** [37] - 59:6, 59:7, 89:6, 89:15, 92:12, 92:16, 92:21, 94:19, 98:24, 99:2, 133:3, 133:8, 133:11, 133:20, 133:21, 162:6, 162:8, 162:11, 162:19, 162:24, 163:6, 163:7, 164:5, 165:2, 165:4, 165:7, 165:19, 165:21, 166:2, 166:5, 166:25, 169:9, 172:21, 173:8, 178:1, 180:25, 201:18

**movie** [6] - 28:6, 28:8, 101:20, 101:21, 102:15

**movies** [1] - 27:24

**moving** [3] - 21:17, 64:22, 163:3

**MR** [147] - 4:14, 6:9, 7:2, 7:20, 8:3, 9:11, 11:17, 12:4, 13:3, 13:6, 13:9, 13:16, 13:21, 14:5, 27:16, 27:20, 36:25, 37:5, 44:1, 46:11, 48:18, 48:20, 49:7, 50:6, 50:9, 51:6, 51:10, 51:12, 51:17, 52:7, 53:8, 54:9, 54:11, 55:22, 56:6, 58:7, 58:8, 58:16, 60:24, 71:19, 74:21, 75:4, 75:14, 75:18, 79:12, 79:14, 90:17, 90:23, 91:10, 91:15, 97:2, 97:5, 97:8, 98:12, 98:14, 104:13, 104:17, 104:19, 105:9, 106:4, 107:10, 107:12, 109:9, 109:19, 111:1, 113:2, 117:1, 118:10, 119:9, 124:14, 124:22,

126:21, 127:16, 128:10, 129:9, 129:12, 129:20, 131:17, 132:9, 132:15, 134:4, 134:8, 135:16, 135:20, 138:6, 138:10, 139:9, 139:10, 139:22, 139:24, 140:4, 140:23, 140:24, 143:4, 144:2, 144:14, 145:2, 145:4, 146:9, 149:22, 149:25, 150:17, 150:22, 150:24, 151:1, 152:13, 152:16, 152:22, 153:2, 153:19, 154:7, 154:13, 164:14, 181:20, 183:8, 185:18, 188:8, 188:9, 188:25, 189:2, 193:1, 196:5, 196:8, 197:19, 198:10, 198:12, 199:18, 199:17, 199:19, 200:12, 202:8, 203:3, 203:13, 204:2, 204:25, 206:11, 206:22, 207:2, 207:4, 207:6, 207:8, 207:13, 207:18, 207:24, 209:1, 209:11, 209:15

**MS** [209] - 4:7, 6:11, 6:15, 6:18, 9:12, 10:3, 10:6, 10:11, 10:23, 11:22, 12:14, 14:2, 14:4, 14:10, 22:21, 22:24, 34:3, 34:13, 34:16, 35:8, 37:1, 37:8, 39:12, 39:16, 43:8, 43:10, 43:24, 44:6, 44:10, 45:14, 45:16, 46:7, 46:9, 46:17, 47:11, 47:15, 48:7, 48:14, 48:17, 48:21, 49:13, 49:16, 49:18, 50:4, 50:8, 50:15, 51:3, 51:23, 52:14, 52:22, 53:13, 53:19, 53:23, 54:4, 54:7, 54:10, 54:13, 54:21, 56:3, 56:13, 56:21, 57:11, 57:24, 58:3, 58:18, 59:7, 59:11, 59:18, 59:25, 60:2, 60:22, 61:4, 61:6, 61:17, 61:22, 62:21, 62:23, 64:3, 64:10, 65:8, 65:11, 71:14, 72:3, 72:7,

73:4, 73:25, 74:3, 74:12, 74:18, 75:12, 79:16, 79:18, 80:4, 80:8, 80:22, 82:10, 82:15, 82:23, 83:2, 83:10, 83:14, 90:20, 91:1, 91:12, 91:17, 91:19, 97:4, 97:10, 98:18, 104:22, 104:25, 105:5, 105:8, 105:11, 106:16, 107:18, 107:21, 107:25, 109:7, 109:16, 109:24, 110:3, 110:20, 110:25, 111:14, 111:18, 112:12, 112:19, 113:3, 113:8, 114:6, 114:13, 117:5, 118:14, 119:12, 124:17, 125:1, 126:6, 126:7, 126:24, 127:1, 127:17, 128:4, 128:6, 129:8, 129:17, 131:15, 132:6, 132:13, 134:5, 134:7, 135:15, 138:4, 138:8, 139:7, 140:2, 143:2, 143:25, 144:12, 144:25, 146:12, 149:20, 151:17, 152:3, 152:15, 152:20, 152:23, 153:6, 153:10, 153:14, 154:2, 154:12, 154:16, 154:22, 155:2, 157:1, 157:4, 157:13, 157:16, 163:13, 163:17, 164:2, 164:4, 164:12, 164:20, 181:16, 183:6, 185:16, 188:5, 192:23, 197:16, 198:17, 199:23, 200:15, 200:17, 201:16, 202:7, 202:10, 202:15, 203:10, 204:3, 204:24, 208:1, 208:4, 208:15, 208:20, 208:23, 209:3, 209:9

**must** [19] - 15:7, 15:9, 15:24, 16:21, 16:25, 17:4, 17:21, 18:8, 18:24, 19:4, 19:16, 19:21, 20:1, 21:4, 24:13, 28:23, 191:5, 202:2

**Mysander** [11] - 179:4, 179:5, 179:7,

179:12, 179:14, 179:18, 179:22, 180:9, 180:13, 180:15, 180:20

# N

**name** [52] - 11:12, 11:24, 12:6, 13:10, 23:16, 34:7, 34:8, 36:17, 44:17, 46:20, 50:23, 51:1, 52:6, 54:17, 54:18, 54:19, 64:13, 64:14, 64:25, 66:5, 66:19, 66:20, 66:21, 67:5, 67:16, 67:18, 73:10, 76:12, 76:14, 77:4, 77:9, 77:14, 78:23, 80:17, 80:19, 82:16, 85:15, 89:18, 114:20, 147:6, 147:8, 154:24, 158:10, 159:10, 159:15, 159:25, 160:3, 160:23, 165:23, 189:13, 200:22, 208:11

**named** [9] - 52:2, 83:3, 84:19, 85:3, 85:9, 136:13, 156:19, 157:5, 208:4

**names** [14] - 11:2, 11:6, 11:13, 11:21, 12:1, 12:7, 12:17, 12:21, 12:22, 13:19, 13:23, 74:11, 114:22

**narcotics** [1] - 42:12

**nasty** [2] - 29:2, 181:7

**Natalie** [1] - 58:15

**nature** [1] - 152:11

**near** [2] - 106:2, 164:5

**nearly** [1] - 124:2

**neat** [1] - 48:20

**necessarily** [1] - 52:17

**need** [12] - 10:6, 12:4, 14:24, 49:10, 53:11, 68:21, 80:13, 80:15, 89:23, 129:14, 198:16, 207:22

**needed** [6] - 25:22, 32:19, 40:14, 116:3, 160:6

**needs** [7] - 10:21, 68:13, 72:11, 93:18, 93:24, 191:22, 201:6

**negative** [2] - 5:17, 68:20

**neighborhood** [9] - 23:6, 30:10, 118:4, 119:5, 143:12, 143:15, 147:14, 159:2, 159:7

**net** [1] - 28:15

**networking** [1] - 19:19

**never** [37] - 86:8, 98:6, 116:1, 117:20, 128:13, 131:2, 131:5, 131:6, 131:14, 132:5, 142:3, 142:19, 142:20, 142:21, 142:23, 142:24, 143:7, 146:3, 149:11, 149:13, 182:14, 182:18, 184:24, 189:7, 189:11, 190:14, 192:11, 192:13, 193:18, 193:19, 194:1, 195:10, 195:12, 195:13

**New** [1] - 1:18

**new** [2] - 58:13, 98:9

**news** [2] - 19:9, 21:2

**newspapers** [1] - 19:9

**next** [34] - 22:7, 37:22, 40:6, 40:20, 41:17, 72:22, 73:1, 74:7, 74:23, 80:7, 85:7, 95:7, 97:19, 99:15, 100:4, 100:23, 118:8, 126:23, 144:9, 144:15, 144:19, 144:21, 154:21, 158:1, 160:25, 161:4, 170:14, 170:21, 170:25, 171:10, 184:19, 184:20, 186:18, 206:2

**nice** [2] - 168:13, 205:17

**Nicole** [3] - 85:9, 85:13

**night** [27] - 25:15, 25:18, 25:25, 95:19, 95:21, 101:17, 101:18, 102:13, 104:1, 136:17, 148:3, 148:5, 161:11, 161:24, 162:4, 166:16, 169:11, 169:15, 169:17, 169:19, 171:1, 171:11, 173:7, 173:9, 178:23, 199:14, 203:25

**nightmare** [1] - 27:8
**nights** [7] - 102:1,
123:4, 123:7, 125:7,
125:8, 162:3, 194:19
**NO** [17] - 1:2, 8:11,
8:15, 9:1, 9:5, 9:7,
68:20, 68:22, 69:22,
70:1, 70:3, 70:7, 70:9,
70:12, 70:16, 70:21,
71:3
**nobody** [1] - 206:6
**none** [8] - 17:8,
33:16, 33:17, 95:8,
144:10, 153:7
**nonresponsive** [1] -
98:12
**noon** [1] - 166:15
**normal** [3] - 37:9,
75:20, 195:6
**normally** [1] - 70:2
**North** [2] - 2:2, 210:8
**Northeast** [1] - 1:15
**Nos** [8] - 3:16, 3:17,
3:18, 3:18, 46:14,
50:12, 61:2, 64:7
**note** [7] - 4:21, 5:7,
5:8, 6:21, 10:15,
21:21, 58:1
**note-taking** [1] -
21:21
**notebooks** [3] -
55:17, 150:10, 205:16
**noted** [1] - 53:3
**notes** [10] - 4:20, 5:6,
5:11, 5:12, 21:17,
21:18, 21:23, 21:25,
22:1, 131:22
**nothing** [8] - 9:12,
17:24, 52:13, 77:12,
77:17, 79:25, 181:4,
196:2
**notice** [15] - 51:19,
51:23, 52:9, 52:11,
52:12, 52:15, 53:9,
53:12, 57:8, 57:12,
57:14, 57:18, 57:19,
207:21
**noticing** [1] - 57:14
**November** [1] -
24:19
**number** [19] - 10:25,
36:18, 40:5, 44:15,
47:4, 50:17, 50:20,
51:11, 54:8, 61:16,
61:19, 62:10, 64:20,
73:10, 116:10,
116:13, 208:24,
208:25, 209:3
**numbered** [1] -
44:20

**numbers** [6] - 49:5,
53:19, 62:12, 62:15,
116:8, 207:24
**numerous** [3] - 5:20,
128:15, 128:18
**nurse** [7] - 93:16,
93:17, 93:20, 93:22,
93:24, 93:25, 94:3
**NW** [1] - 1:18

**O**

**oath** [7] - 21:16,
28:11, 59:16, 75:10,
111:10, 111:12,
201:14
**object** [7] - 16:16,
51:21, 97:2, 97:5,
105:11, 110:20, 202:8
**objected** [1] - 106:2
**objecting** [1] - 52:7
**objection** [53] - 7:6,
11:19, 13:2, 16:17,
16:19, 16:20, 36:25,
37:4, 44:1, 46:11,
49:7, 49:10, 49:11,
50:6, 50:9, 51:13,
51:22, 57:6, 58:5,
60:24, 90:17, 90:23,
91:10, 91:15, 98:12,
111:3, 117:1, 118:10,
119:9, 124:14,
126:21, 127:16,
129:8, 129:17,
131:15, 132:6,
132:13, 134:5,
135:15, 138:4, 138:8,
140:2, 143:2, 143:25,
144:12, 144:25,
164:14, 185:16,
188:5, 192:23,
197:16, 198:17,
200:12
**objections** [3] - 16:4,
110:7, 111:2
**obligation** [1] - 12:19
**observe** [2] - 118:15,
118:18
**obviously** [3] - 7:5,
38:21, 82:8
**occasion** [3] -
102:10, 124:19, 171:5
**occasions** [4] -
56:23, 110:11,
125:21, 128:18
**occur** [1] - 139:2
**occurred** [4] - 144:8,
144:16, 147:3, 151:5
**occurring** [1] - 208:6

**October** [3] - 24:18,
57:16
**Odette** [1] - 145:20
**OF** [3] - 1:1, 1:4, 1:17
**offenses** [3] -
106:10, 110:15,
125:25
**offer** [2] - 78:10,
87:12
**offered** [5] - 77:6,
158:11, 160:3, 160:5,
203:20
**offering** [1] - 88:1
**offers** [1] - 16:14
**offhandedly** [1] -
7:17
**office** [2] - 43:5,
158:3
**officer** [13] - 21:23,
29:14, 35:12, 35:14,
35:15, 49:19, 59:19,
60:3, 62:24, 75:19,
78:21, 78:23, 205:17
**OFFICER** [5] - 69:20,
71:1, 72:2, 74:15,
75:5
**Officer** [5] - 44:11,
47:16, 78:25, 79:2,
79:19
**officers** [3] - 36:11,
36:23, 41:20
**official** [1] - 2:1
**Official** [1] - 210:8
**officially** [1] - 89:19
**often** [10] - 21:6,
94:16, 94:17, 98:8,
119:1, 166:11,
172:24, 173:11,
173:14, 173:18
**Ohio** [2] - 68:2, 192:9
**old** [36] - 9:24, 23:3,
83:24, 83:25, 84:14,
84:15, 89:15, 92:19,
95:3, 103:14, 112:5,
115:1, 115:5, 130:11,
130:13, 136:20,
155:11, 156:10,
157:19, 157:21,
161:25, 162:8,
164:23, 164:24,
165:4, 165:10,
172:22, 172:24,
174:10, 177:25,
178:5, 178:8, 179:18,
189:4, 202:5
**older** [5] - 156:17,
156:18, 168:14,
179:20
**oldest** [2] - 93:7,
93:11

**omnibus** [4] - 10:16,
57:2, 57:5, 57:10
**once** [23] - 14:15,
20:20, 37:13, 38:1,
38:6, 38:11, 39:20,
41:6, 41:16, 41:23,
41:24, 42:24, 125:5,
127:24, 166:13,
168:14, 178:9,
180:13, 181:12,
185:9, 185:11,
185:24, 196:22
**one** [149] - 4:19,
5:23, 6:9, 6:19, 7:2,
9:19, 10:21, 14:18,
20:10, 24:4, 25:7,
25:8, 25:11, 26:13,
26:14, 26:18, 31:8,
31:10, 33:18, 33:21,
35:3, 37:3, 51:6,
58:12, 58:13, 68:13,
71:24, 71:25, 72:5,
72:11, 72:15, 72:22,
73:4, 73:9, 74:11,
74:13, 74:14, 74:25,
76:2, 79:12, 82:5,
87:2, 87:16, 87:20,
87:21, 88:4, 88:24,
89:3, 89:6, 89:16,
89:25, 91:22, 93:8,
93:10, 93:11, 93:12,
93:14, 93:18, 94:9,
96:6, 97:13, 98:24,
99:2, 101:19, 102:8,
103:1, 104:19, 105:5,
110:2, 112:22,
113:24, 116:12,
121:4, 121:7, 122:2,
125:11, 125:19,
126:22, 127:8, 128:4,
132:21, 133:5,
133:14, 133:17,
133:18, 133:23,
136:13, 136:23,
137:16, 137:20,
137:21, 137:24,
137:25, 138:2, 138:3,
139:22, 140:9,
141:25, 142:14,
144:23, 145:2, 145:5,
146:23, 147:4,
147:10, 148:2,
149:17, 152:18,
156:5, 165:13,
172:19, 173:21,
173:25, 178:24,
178:25, 179:4,
184:19, 185:12,
186:5, 186:6, 186:13,
187:19, 187:21,
188:1, 189:15,

189:18, 189:24,
190:21, 190:23,
191:12, 191:13,
191:17, 192:18,
196:1, 196:3, 197:12,
198:3, 198:10,
199:17, 201:5, 204:6,
206:22, 208:21
**one-paragraph** [1] -
74:25
**one-room** [1] - 89:6,
89:16, 89:25, 96:6,
132:21
**ons** [1] - 42:19
**open** [9] - 30:6,
31:16, 55:3, 72:5,
99:4, 108:4, 171:22,
204:4, 205:1
**opened** [1] - 195:4
**opening** [12] - 5:16,
10:4, 10:6, 16:2, 22:5,
22:8, 22:20, 27:20,
27:22, 33:7, 58:13
**Opening** [2] - 3:5,
3:6
**operated** [5] - 30:5,
30:6, 31:25, 146:6
**operating** [1] - 37:9
**operations** [1] - 94:6
**opinion** [2] - 15:13,
21:10
**opinions** [1] - 110:7
**opportunities** [2] -
5:22, 167:21
**opportunity** [10] -
9:20, 13:15, 17:11,
23:12, 27:21, 41:3,
105:25, 107:8, 153:3,
153:17
**oral** [6] - 26:1, 26:19,
173:3, 173:5, 175:21,
178:4
**order** [13] - 10:16,
10:24, 16:23, 18:13,
36:17, 53:12, 57:2,
57:4, 57:5, 57:10,
57:21, 93:8, 105:15
**ordering** [1] - 11:9
**orders** [5] - 123:11,
123:20, 125:15,
125:16, 126:12
**organizations** [2] -
29:21, 31:20
**originally** [1] -
207:14
**orphanage** [7] -
83:20, 116:23,
130:22, 158:22,
188:13, 188:14,
188:15

**otherwise** [1] - 20:1
**ourselves** [1] - 200:6
**outbound** [8] - 35:14, 35:15, 38:17, 38:19, 40:9, 75:22, 76:1, 76:2
**outcome** [1] - 17:14
**outline** [1] - 22:5
**outside** [20] - 15:15, 21:11, 26:7, 27:6, 40:15, 41:6, 51:9, 72:10, 73:7, 73:14, 73:23, 95:1, 105:3, 122:3, 122:4, 128:1, 150:18, 199:9, 202:13, 204:9
**overhead** [2] - 44:7, 48:14
**overnight** [4] - 161:10, 161:12, 161:15, 162:2
**overrule** [1] - 16:17
**overruled** [3] - 57:6, 57:7, 90:24, 91:11, 118:13
**overseas** [1] - 158:23
**oversight** [1] - 30:6
**own** [8] - 22:1, 23:19, 27:3, 143:16, 184:14, 191:20, 194:2, 194:3
**owner** [2] - 84:19, 85:3

**P**

**p.m** [7] - 1:6, 75:8, 108:25, 111:7, 150:12, 154:19, 205:19
**P.O** [1] - 68:2
**package** [1] - 153:7
**PAGE** [2] - 3:2, 3:15
**page** [2] - 44:20, 44:21
**Page** [5] - 45:8, 56:19, 57:2, 57:5, 77:9
**Pages** [1] - 1:8
**pages** [2] - 153:7
**paid** [15] - 142:19, 142:20, 142:22, 142:23, 142:24, 166:7, 181:11, 183:16, 183:24, 184:4, 184:6, 184:10, 190:12, 193:20, 193:22
**panel** [3] - 5:21, 6:4,
6:6
**panicked** [2] - 170:15, 170:17
**pants** [13] - 99:6, 100:5, 100:18, 100:24, 101:6, 171:24, 177:2, 177:6, 177:9, 177:10, 177:11
**paper** [2] - 76:9, 171:19, 184:9
**papers** [1] - 43:3
**parade** [2] - 26:3, 26:4
**paragraph** [1] - 74:25
**pardon** [4] - 130:25, 137:12, 140:16, 141:14
**parents** [27] - 31:7, 81:12, 89:24, 90:1, 90:8, 90:13, 90:16, 90:22, 91:4, 116:23, 117:1, 117:17, 117:19, 117:22, 118:4, 139:15, 156:8, 161:13, 161:14, 161:17, 163:3, 166:8, 166:11, 166:22, 167:20, 190:16
**parents'** [3] - 31:7, 117:7, 117:11
**part** [8] - 17:8, 32:2, 37:9, 75:22, 81:4, 120:8, 149:10, 179:1
**participate** [1] - 199:8
**particular** [10] - 78:21, 105:12, 105:16, 107:1, 107:3, 107:22, 113:18, 130:9, 152:10, 204:1
**parties** [7] - 11:4, 11:8, 11:16, 11:23, 12:20, 13:14, 21:9
**parts** [2] - 30:1, 38:21
**party** [2] - 20:24, 190:24
**pass** [6] - 39:21, 46:20, 46:22, 46:25, 47:6, 47:9
**passed** [7] - 156:10, 156:11, 163:6, 163:8, 163:11, 191:5, 191:6
**passenger** [13] - 36:21, 37:13, 38:17, 40:1, 40:25, 41:19, 47:22, 47:24, 48:24, 49:1, 49:6, 50:23
**passenger's** [1] -
51:1
**passengers** [2] - 38:11, 38:15
**passes** [2] - 45:22, 46:3
**passport** [13] - 36:18, 39:21, 40:5, 43:15, 44:12, 44:15, 44:17, 45:1, 45:6, 45:8, 77:2, 77:9
**past** [1] - 187:23
**pastor** [1] - 57:21
**pat** [2] - 42:1, 42:2
**pat-down** [2] - 42:1, 42:2
**Patricia** [16] - 4:21, 5:8, 7:12, 7:14, 7:15, 7:18, 14:18, 58:1, 58:23, 58:25, 59:4, 71:24, 104:20, 208:20, 209:1, 209:11
**patted** [1] - 76:16
**paved** [2] - 32:6, 32:7, 32:8
**pay** [12] - 8:1, 8:13, 9:3, 9:21, 94:14, 116:4, 166:20, 190:14, 190:16, 190:18, 190:20, 193:15
**paying** [3] - 88:2, 142:18, 167:1
**payment** [1] - 18:22
**payroll** [3] - 5:2, 5:4, 5:5
**PBS** [1] - 136:14
**peanut** [4] - 97:15, 97:17, 97:18, 99:6
**pee** [1] - 178:25
**pen** [1] - 184:14
**pencils** [1] - 184:9
**penetrate** [2] - 177:6, 177:16
**penetrated** [1] - 180:3
**penis** [25] - 97:16, 97:17, 99:7, 99:17, 100:4, 103:7, 169:4, 170:3, 170:7, 170:11, 170:13, 170:14, 172:14, 172:17, 173:5, 173:19, 173:23, 174:19, 176:14, 177:7, 177:17, 177:20, 177:23, 178:11
**penises** [2] - 97:19, 180:8
**Pennsylvania** [2] - 192:7, 196:16
**pens** [1] - 184:9
**pension** [1] - 29:19
**people** [21] - 6:5, 6:6, 15:15, 18:17, 20:3, 29:1, 32:19, 32:23, 35:16, 38:10, 40:4, 86:9, 89:22, 93:24, 124:7, 140:8, 152:18, 166:20, 176:3, 185:7, 192:18
**per** [5] - 7:3, 10:16, 11:10, 38:22, 51:24
**perform** [5] - 25:20, 25:21, 26:16, 173:3, 175:21
**performed** [3] - 26:1, 26:19, 173:5
**performing** [1] - 178:4
**perhaps** [1] - 6:23
**period** [7] - 53:1, 131:13, 137:7, 149:3, 164:9, 165:2, 202:24
**permanent** [1] - 162:17
**permanently** [6] - 118:9, 120:12, 162:7, 162:9, 162:11, 163:6
**permission** [11] - 31:7, 34:13, 44:6, 45:14, 46:7, 59:25, 61:4, 117:7, 117:11, 163:15, 202:7
**permit** [5] - 20:6, 20:7, 20:12, 20:16, 206:16
**permits** [1] - 30:5
**permitted** [3] - 16:15, 72:15, 203:12
**person** [20] - 5:16, 5:21, 18:22, 18:25, 25:8, 36:22, 37:19, 40:1, 42:3, 52:5, 53:15, 56:20, 72:10, 85:11, 85:12, 93:7, 138:24, 161:21, 190:12, 208:5
**person's** [1] - 37:16
**personal** [5] - 18:13, 28:7, 42:7, 191:22, 193:11
**persons** [1] - 108:17
**pertaining** [1] - 106:9
**Peter** [12] - 173:25, 174:3, 174:6, 174:10, 174:12, 174:15, 174:22, 175:1, 175:5, 180:11, 180:13, 180:20
**Peter's** [1] - 174:18
**Peterson** [16] - 89:14, 97:15, 114:25, 115:5, 120:20, 120:22, 120:23, 120:24, 121:1, 121:2, 121:4, 121:7, 121:14, 175:16, 175:17
**Phil** [5] - 4:15, 56:6, 71:20, 109:20, 154:8
**PHILIP** [1] - 1:23
**photo** [7] - 54:18, 62:6, 63:22, 68:6, 113:19, 115:4, 116:11
**photograph** [11] - 51:17, 54:11, 114:15, 114:16, 114:18, 134:15, 134:16, 134:18, 135:2, 135:12, 135:22
**photographs** [7] - 60:13, 60:15, 60:20, 62:13, 114:23, 116:8, 134:12
**photos** [1] - 33:17
**phrases** [1] - 21:6
**physical** [1] - 33:19
**pick** [2] - 119:7, 191:20
**picking** [1] - 79:9
**picture** [31] - 40:2, 51:14, 52:19, 61:10, 61:20, 112:2, 112:3, 112:5, 112:8, 112:10, 112:20, 113:24, 115:1, 115:7, 135:23, 136:2, 136:3, 136:4, 136:5, 140:21, 163:23, 163:24, 164:5, 164:8, 164:21, 164:23, 164:25, 175:11, 182:25, 183:3, 183:21
**pictures** [4] - 113:25, 114:2, 114:3, 115:9
**piece** [4] - 15:23, 76:9, 156:23, 157:9
**pieces** [1] - 62:12
**pills** [2] - 70:3, 70:5
**pitch** [2] - 190:3, 190:6
**place** [21] - 5:24, 19:2, 19:4, 20:16, 20:18, 20:21, 23:22, 40:11, 45:3, 86:17, 87:3, 88:1, 92:3, 96:9, 101:23, 137:15, 144:24, 165:13, 194:13, 200:14, 200:16

19

**placed** [3] - 30:19, 171:23, 179:16
**places** [6] - 30:14, 30:20, 112:22, 189:9, 189:12, 192:11
**placing** [2] - 52:3, 172:12
**Plaintiff** [1] - 1:5
**plane** [1] - 38:12
**play** [6] - 84:9, 127:12, 128:3, 166:6, 166:9, 181:12
**Playboy** [1] - 101:19, 101:20, 102:3, 102:14, 136:1, 136:4, 136:7, 136:12, 136:17, 142:6
**played** [1] - 161:8
**playground** [1] - 23:18
**playing** [1] - 169:19
**pockets** [3] - 42:6, 42:8, 42:25
**point** [21] - 6:25, 9:23, 12:17, 18:10, 38:14, 39:9, 58:17, 82:20, 83:7, 92:19, 99:14, 101:10, 104:3, 114:14, 134:22, 156:23, 157:9, 162:18, 173:25, 175:2, 179:1
**pointing** [1] - 48:22
**police** [6] - 29:14, 145:15, 145:17, 147:2, 147:6, 147:8
**pond** [1] - 157:25
**poor** [2] - 23:7, 23:8
**popular** [1] - 31:15
**Port** [5] - 23:1, 24:2, 24:6, 47:1, 61:13
**Port-au-Prince** [5] - 23:1, 24:2, 24:6, 47:1, 61:13
**portrays** [1] - 31:18
**poses** [1] - 7:3
**position** [6] - 6:8, 6:12, 6:20, 11:6, 13:1, 38:6
**positioned** [1] - 99:18
**positions** [2] - 6:2, 13:17
**possessed** [1] - 53:1
**possible** [2] - 202:10, 208:20
**postal** [1] - 65:6
**posting** [1] - 19:22
**potential** [2] - 151:10, 152:14

**poverty** [5] - 27:6, 29:24, 30:19, 30:25, 32:23
**powerful** [1] - 147:13
**practice** [1] - 149:8
**pre** [2] - 5:15, 7:13
**pre-K** [2] - 5:15, 7:13
**prefers** [1] - 80:12
**prejudice** [1] - 17:14
**prejudicial** [1] - 53:10
**Preliminary** [1] - 3:4
**preliminary** [5] - 10:11, 14:25, 37:21, 72:8, 72:16
**premature** [2] - 20:14, 20:15
**premises** [2] - 19:2, 19:3
**prepare** [3] - 100:15, 123:13, 125:15
**prepared** [5] - 113:17, 134:2, 140:22, 141:1, 141:15
**preparing** [1] - 100:14
**preschool** [1] - 7:4
**prescribed** [1] - 70:6
**presence** [4] - 51:9, 105:3, 202:13, 204:9
**present** [14] - 4:16, 6:1, 18:4, 22:10, 22:13, 22:16, 71:21, 93:22, 107:17, 109:21, 135:1, 154:9, 209:6, 209:7
**presented** [2] - 15:10, 21:5
**presumed** [2] - 17:22, 29:10
**pretty** [1] - 48:20
**preview** [2] - 27:23, 27:25
**previous** [1] - 36:24, 84:19, 85:3
**previously** [6] - 10:15, 10:20, 38:20, 45:11, 62:24, 175:7
**primarily** [1] - 35:17
**primary** [1] - 75:25
**Prince** [5] - 23:1, 24:2, 24:6, 47:1, 61:13
**principles** [1] - 14:24
**print** [2] - 75:2, 107:8
**printing** [1] - 104:21
**prison** [1] - 31:4
**privacies** [1] - 11:11
**privacy** [3] - 12:3, 12:15, 12:20

**private** [2] - 176:20, 193:16
**proactively** [1] - 74:9
**probative** [1] - 52:20
**problem** [10] - 6:15, 7:3, 7:16, 59:2, 70:22, 84:18, 85:6, 85:8, 174:5, 196:25
**problems** [2] - 162:24, 181:6, 195:13
**procedure** [1] - 37:10
**proceed** [10] - 9:25, 13:18, 22:20, 34:13, 59:17, 75:11, 97:11, 111:13, 126:5, 201:15
**proceeded** [1] - 40:9
**proceeding** [1] - 12:24
**Proceedings** [1] - 209:16
**proceedings** [35] - 8:7, 8:13, 8:18, 8:21, 9:4, 9:9, 9:22, 14:13, 51:8, 55:3, 55:20, 55:24, 59:14, 68:18, 69:11, 69:16, 71:5, 71:8, 74:20, 75:8, 105:2, 108:4, 109:1, 109:11, 111:7, 150:13, 150:20, 153:22, 154:19, 202:12, 204:4, 204:8, 205:1, 205:20, 210:4
**process** [2] - 41:21, 79:9
**processed** [1] - 78:19
**processing** [4] - 41:14, 41:16, 41:24
**produced** [1] - 152:20
**product** [1] - 202:18
**program** [11] - 19:5, 31:9, 54:16, 67:22, 67:24, 67:25, 188:17, 188:19, 195:7, 195:14, 201:19
**promise** [7] - 21:16, 23:11, 23:12, 142:3, 142:5, 142:7
**promised** [3] - 20:10, 141:10, 142:2
**promotion** [1] - 197:24
**promptly** [1] - 18:24
**pronounce** [1] - 128:11
**proof** [4] - 17:25, 18:2, 18:11, 28:12

**propensity** [2] - 110:15, 125:25
**proper** [4] - 28:18, 29:25, 30:5, 30:6
**properly** [1] - 54:14
**propose** [1] - 110:9
**proposed** [5] - 74:22, 105:23, 110:2, 110:4, 111:3
**proposition** [1] - 12:13
**prosecutor** [5] - 134:24, 135:8, 186:11, 186:17, 206:13
**prosecutors** [3] - 128:22, 205:24, 206:17
**PROSPECTIVE** [9] - 69:22, 70:1, 70:3, 70:7, 70:9, 70:12, 70:16, 70:21, 71:3
**prospective** [1] - 151:19
**prostitution** [2] - 204:14
**protected** [1] - 13:3
**Protection** [2] - 34:20, 35:12
**proud** [2] - 31:1, 122:18
**prove** [5] - 18:3, 18:8, 24:10, 25:1, 28:23
**proven** [2] - 17:22, 28:9
**proves** [2] - 15:14, 15:18
**provide** [4] - 19:21, 57:8, 208:17, 209:3
**provided** [2] - 57:12, 208:12
**puberty** [2] - 178:9, 178:10
**public** [5] - 11:25, 12:2, 12:25, 13:10, 41:12
**publicly** [2] - 11:12, 12:23
**publish** [13] - 44:6, 46:7, 46:16, 48:13, 50:14, 53:11, 53:13, 53:16, 61:4, 64:9, 112:18, 114:12, 164:19
**publishing** [1] - 61:7
**pull** [6] - 53:18, 55:1, 100:5, 100:18, 100:24, 101:6
**pulled** [5] - 37:15,

37:24, 42:7, 99:6, 177:11
**purchase** [2] - 193:24, 193:25
**purported** [2] - 195:24, 196:10
**purpose** [16] - 17:2, 17:4, 17:5, 24:2, 24:6, 24:20, 24:23, 25:1, 25:8, 26:24, 30:8, 30:24, 33:6, 89:21, 89:22, 203:8
**purposes** [9] - 43:6, 45:12, 46:22, 51:4, 60:5, 62:20, 111:20, 113:5, 113:10
**pursuant** [5] - 56:17, 56:22, 57:8, 105:18, 105:19
**push** [1] - 101:1
**put** [16] - 18:6, 73:23, 86:23, 96:9, 96:18, 97:18, 99:7, 106:18, 171:24, 172:5, 172:8, 172:9, 177:10, 177:23
**putting** [2] - 97:15, 97:17
**puzzle** [1] - 28:22
**puzzles** [1] - 28:19
**PVS** [3] - 136:13, 136:15, 136:16

### Q

**qualified** [1] - 20:11
**quality** [1] - 61:20
**queries** [1] - 36:20
**questioning** [1] - 196:24
**questions** [14] - 16:4, 16:5, 75:14, 79:14, 80:4, 145:5, 146:9, 149:21, 189:15, 199:19, 202:17, 202:20, 203:10, 203:13
**quick** [1] - 56:13
**quickly** [2] - 23:21, 23:23
**quoting** [1] - 106:25

### R

**radio** [1] - 19:9
**raise** [13] - 25:3, 29:20, 31:19, 57:21, 72:4, 94:15, 94:17, 115:24, 116:4, 116:6, 141:18, 193:2, 193:5

20

**raised** [5] - 6:24, 9:16, 9:17, 25:5, 193:6

**raising** [1] - 6:22

**ramp** [1] - 41:20

**rampant** [1] - 32:23

**ran** [1] - 85:12

**ranging** [1] - 33:4

**rather** [1] - 144:18

**ratio** [1] - 5:15

**RDR** [2] - 2:1, 210:7

**reach** [1] - 15:7

**reached** [5] - 104:1, 151:12, 178:9, 178:10, 181:3

**reaching** [2] - 17:6, 32:24

**read** [21] - 19:7, 21:1, 45:5, 45:9, 50:20, 55:10, 58:1, 61:25, 62:9, 65:17, 66:13, 66:17, 67:4, 67:8, 67:23, 69:3, 74:11, 108:11, 110:2, 150:4, 205:8

**readers** [1] - 5:25

**ready** [3] - 14:3, 14:4, 141:17

**real** [1] - 56:13

**realize** [1] - 178:14

**realized** [4] - 168:15, 170:2, 178:13, 181:13

**really** [5] - 7:16, 166:7, 191:19, 193:12, 193:23

**reason** [14] - 12:8, 12:11, 37:12, 102:25, 115:21, 133:10, 142:16, 168:8, 168:16, 168:19, 180:23, 184:15, 190:22, 196:24

**reasonable** [6] - 18:9, 24:11, 24:16, 28:10, 28:12, 28:23

**reasonableness** [1] - 17:16

**reasons** [2] - 191:13, 191:17

**rebut** [1] - 203:12, 203:20

**receipt** [4] - 47:22, 47:24, 48:24, 49:1

**RECEIVED** [1] - 3:15

**received** [4] - 16:13, 16:18, 16:20, 46:4

**recent** [3] - 202:22, 203:11, 203:22

**recently** [2] - 178:1, 203:21

**recess** [12] - 55:6, 55:16, 55:21, 55:23, 71:6, 71:7, 108:7, 109:10, 153:20, 153:21, 206:9, 209:13

**recognize** [21] - 43:12, 43:14, 45:19, 45:21, 47:19, 47:21, 49:3, 49:19, 49:21, 60:8, 60:10, 63:2, 63:4, 111:24, 113:11, 113:13, 113:14, 119:6, 163:20, 175:9, 175:11

**recommend** [1] - 105:22

**record** [17] - 4:6, 6:3, 6:4, 6:16, 16:24, 39:12, 54:15, 57:12, 71:13, 80:18, 82:24, 83:10, 109:15, 154:1, 157:1, 157:13

**records** [1] - 10:17

**recross** [1] - 150:22

**recruited** [2] - 116:20, 116:21

**recruiting** [1] - 116:18

**rectangular** [1] - 67:5

**Red** [1] - 3:8

**redact** [4] - 11:12, 11:13, 12:8, 13:10

**redacted** [1] - 11:6, 12:2

**redaction** [1] - 12:17

**redactions** [2] - 11:3, 11:25

**redirect** [6] - 79:15, 146:10, 150:23, 150:25, 151:1, 199:21

**REDIRECT** [3] - 79:17, 146:11, 199:22

**refer** [1] - 106:20

**reference** [1] - 107:2

**referenced** [1] - 57:4

**references** [3] - 56:19, 57:19, 208:15

**referencing** [1] - 57:23

**referred** [2] - 12:6, 34:21

**referring** [13] - 10:19, 54:5, 87:14, 87:15, 118:20, 120:3, 121:11, 124:4, 134:22, 135:21, 140:3, 146:25, 176:24

**reflect** [10] - 39:13, 39:15, 82:24, 83:1,

83:11, 83:13, 157:1, 157:3, 157:13, 157:15

**refuse** [2] - 175:25, 176:3

**refused** [3] - 142:7, 175:23, 176:7

**regard** [3] - 7:9, 7:10, 109:23

**regarding** [11] - 5:9, 12:17, 18:13, 56:11, 57:12, 58:20, 74:23, 106:1, 203:15, 203:25, 204:14

**regardless** [4] - 11:13, 12:2, 13:24, 52:16

**regards** [1] - 205:10

**Reginald** [5] - 4:16, 56:7, 71:21, 109:21, 154:8

**regular** [1] - 199:1

**regularly** [2] - 178:4, 199:3

**relate** [1] - 153:7

**related** [9] - 18:16, 18:20, 19:8, 19:12, 21:3, 80:1, 151:21, 151:24

**relates** [1] - 72:9

**relation** [2] - 86:25, 99:18

**relevance** [4] - 129:8, 143:25, 185:16, 188:5

**relevancy** [1] - 37:5

**relevant** [3] - 110:14, 125:24, 151:22

**religious** [3] - 29:20, 31:20, 32:25

**rely** [2] - 21:25, 105:23

**remain** [7] - 7:25, 8:12, 9:2, 11:14, 18:5, 82:12, 199:1

**remarks** [2] - 16:3, 33:7

**remember** [32] - 21:18, 92:5, 98:22, 101:17, 112:3, 132:17, 134:19, 137:17, 145:24, 147:17, 159:20, 164:21, 165:15, 165:17, 169:6, 174:11, 175:25, 176:3, 178:1, 179:20, 184:5, 189:14, 189:18, 189:19, 189:23, 191:4, 195:14, 200:9,

200:11, 200:20, 202:6

**remind** [2] - 59:23, 84:11

**reminder** [1] - 58:4

**remove** [1] - 40:17

**removed** [1] - 41:25

**render** [1] - 20:9

**renew** [1] - 111:1

**rent** [9] - 87:24, 88:22, 88:23, 94:14, 116:2, 116:4, 116:6, 133:22, 193:20

**rented** [2] - 22:25, 133:13

**repeat** [12] - 95:14, 127:23, 128:17, 129:6, 159:13, 168:18, 171:14, 172:6, 188:23, 191:15, 193:4, 196:7

**rephrase** [5] - 85:23, 91:18, 98:2, 135:18, 144:13

**Rephrase** [4] - 90:19, 117:4, 124:16, 197:18

**report** [14] - 55:14, 69:7, 78:19, 108:15, 134:1, 134:3, 134:7, 145:6, 145:19, 145:25, 147:2, 150:8, 205:14

**REPORTED** [1] - 2:1

**reported** [3] - 19:8, 145:15, 146:3

**reporter** [2] - 65:9, 85:16

**Reporter** [2] - 2:1, 210:8

**REPORTER** [2] - 13:22, 80:17

**reporter's** [1] - 21:10

**reporting** [1] - 40:25

**represent** [1] - 114:2

**Republic** [1] - 204:15

**request** [2] - 18:21, 37:14

**requested** [3] - 37:23, 45:24, 152:24

**requesting** [1] - 151:4

**required** [2] - 18:11, 18:18

**requirement** [1] - 40:25

**requires** [2] - 18:12, 21:1

**research** [5] - 19:11, 19:13, 19:15, 21:3, 209:6

**researched** [1] - 106:19

**reserve** [1] - 124:22

**resided** [1] - 160:22

**residents** [3] - 31:16, 32:13, 208:8

**resigned** [1] - 176:12

**resistance** [1] - 77:6

**respect** [9] - 6:11, 6:21, 11:1, 11:3, 11:10, 12:3, 12:15, 12:20, 105:20

**respond** [1] - 97:4

**responsibilities** [3] - 35:13, 93:2, 93:5

**responsibility** [2] - 27:5, 93:3

**responsible** [7] - 32:14, 93:12, 93:13, 93:14, 93:15, 178:23, 178:24

**rest** [8] - 68:14, 68:23, 70:14, 70:19, 132:3, 179:20, 201:6, 201:8

**restate** [1] - 182:4

**restaurant** [1] - 140:12

**restriction** [1] - 120:8

**result** [1] - 202:22

**retired** [5] - 8:17, 9:8, 69:15, 71:4, 150:19

**Retreat** [2] - 63:17, 67:15

**return** [3] - 18:23, 33:24, 188:11

**returned** [2] - 68:18, 201:11

**reverse** [2] - 54:24, 67:7

**review** [4] - 4:20, 62:14, 105:25

**reviewers** [1] - 28:6

**Riad** [2] - 54:24, 67:9

**RIAD** [1] - 54:24

**right-hand** [1] - 65:21

**Rights** [1] - 11:10

**road** [1] - 32:4

**Road** [3] - 32:7, 65:19, 66:10

**roads** [2] - 32:6, 32:8

**robbed** [1] - 27:11

**robbery** [1] - 13:12

**robe** [3] - 102:18, 102:19, 102:20

**Roger** [1] - 196:16

**rogue** [1] - 30:3

**Ron** [2] - 195:21,

196:9
  roof [1] - 31:17
  room [75] - 21:20, 21:24, 22:18, 22:25, 23:2, 33:14, 41:25, 42:23, 68:14, 68:24, 70:24, 74:4, 86:18, 86:19, 86:22, 87:2, 87:12, 87:24, 88:2, 88:24, 89:6, 89:16, 89:25, 96:6, 96:11, 96:14, 96:18, 96:20, 97:14, 99:16, 101:18, 101:20, 101:22, 101:23, 101:25, 102:13, 102:23, 102:24, 103:13, 108:24, 121:8, 121:10, 121:11, 121:12, 122:23, 123:21, 126:17, 126:19, 127:5, 127:7, 127:10, 127:14, 127:19, 127:20, 127:22, 127:24, 132:21, 133:5, 133:14, 133:18, 133:23, 147:25, 148:1, 148:4, 150:11, 169:23, 169:25, 170:20, 171:17, 176:20, 179:3, 201:6
  rooms [4] - 19:19, 19:24, 92:4, 92:5
  rooted [1] - 28:16
  rotating [1] - 177:18
  Royal [2] - 82:1, 82:4
  rubbed [1] - 177:7
  rubbing [2] - 102:9, 177:17
  rude [1] - 72:24
  Rule [5] - 56:17, 57:9, 107:3, 202:16, 203:17
  rule [6] - 14:6, 14:7, 91:17, 105:19, 106:23, 106:25
  ruled [3] - 13:20, 49:11, 52:16
  Rules [2] - 16:12, 16:15
  rules [5] - 17:21, 20:5, 21:12, 21:14, 21:15
  ruling [1] - 56:10
  run [4] - 85:20, 124:7, 130:15, 148:10
  running [3] - 30:14, 30:20, 97:22

**S**

  Sabrina [24] - 88:17, 88:18, 88:21, 91:20, 91:21, 91:22, 91:23, 92:24, 94:19, 99:2, 103:20, 113:20, 113:21, 115:12, 121:9, 121:12, 121:25, 133:4, 133:11, 133:13, 133:16, 133:19, 133:21, 133:22
  sad [1] - 125:3
  sada [1] - 72:9
  saddled [1] - 27:5
  sanctuary [1] - 25:6
  Santo [36] - 92:2, 92:3, 92:6, 92:10, 92:12, 92:14, 92:15, 101:16, 112:4, 112:21, 123:24, 123:25, 132:23, 132:25, 133:11, 133:21, 136:7, 136:8, 136:9, 138:11, 138:14, 147:17, 165:17, 165:18, 165:21, 165:22, 166:1, 189:17, 189:19, 189:21, 189:22, 189:23
  sat [1] - 40:19
  satisfy [1] - 23:19
  Saturday [5] - 101:17, 101:18, 101:25, 102:13, 136:17
  saving [1] - 32:14
  saw [21] - 15:11, 15:15, 16:8, 16:10, 45:24, 60:17, 96:25, 121:14, 127:2, 131:6, 132:5, 132:7, 132:12, 134:14, 134:16, 134:18, 159:20, 179:14, 179:18, 179:23, 186:21
  scared [2] - 147:7, 171:21
  scene [1] - 20:24
  schedule [1] - 207:12
  scheduled [1] - 153:10
  scheduling [1] - 152:4
  school [33] - 23:7, 23:12, 95:22, 95:23,

137:2, 137:3, 137:5, 142:18, 142:19, 142:20, 142:22, 142:23, 142:24, 149:5, 149:6, 157:25, 160:6, 161:1, 161:5, 165:1, 166:20, 166:23, 182:12, 182:20, 183:5, 183:9, 183:10, 183:16, 183:18, 183:22, 184:6
  schooling [2] - 193:15, 194:13
  scope [3] - 200:13, 202:9, 203:9
  screen [1] - 183:1
  screening [1] - 38:23
  screws [1] - 106:19
  script [1] - 54:20
  se [2] - 7:3, 38:23
  seal [2] - 43:2
  search [8] - 19:5, 20:1, 41:25, 42:13, 42:16, 42:20, 42:23, 42:24
  searched [3] - 41:12, 41:13, 77:19
  seat [5] - 47:8, 48:17, 69:17, 69:18
  seated [17] - 4:1, 6:6, 8:9, 8:24, 14:14, 14:16, 34:6, 59:15, 69:12, 71:9, 75:9, 109:5, 111:9, 150:14, 154:20, 201:13, 205:21
  secluded [1] - 41:11
  second [10] - 5:8, 10:7, 11:1, 18:2, 20:20, 100:11, 123:23, 124:19, 125:11, 187:25
  section [1] - 204:1
  Security [13] - 4:11, 24:24, 63:11, 64:13, 64:14, 64:16, 64:20, 71:17, 78:22, 78:23, 201:2, 201:21
  security [2] - 21:23, 205:17
  SECURITY [5] - 69:20, 71:1, 72:2, 74:15, 75:5
  see [71] - 7:21, 17:12, 20:22, 26:2, 38:24, 39:7, 45:23, 48:2, 51:10, 55:10, 69:3, 72:1, 75:19, 82:18, 88:3, 96:21, 97:11, 98:2, 98:4,

98:6, 98:9, 108:11, 108:17, 113:2, 117:15, 117:16, 117:17, 117:19, 118:23, 119:1, 127:5, 127:11, 135:12, 139:2, 139:3, 139:5, 139:8, 140:23, 144:3, 144:17, 147:19, 148:14, 150:4, 151:23, 158:2, 158:6, 158:7, 161:5, 178:19, 178:22, 179:7, 179:25, 180:5, 180:9, 181:7, 183:2, 183:22, 184:1, 185:7, 186:17, 187:14, 192:17, 197:7, 199:4, 199:9, 203:25, 204:22, 205:8, 205:17
  seeing [3] - 105:16, 106:17, 152:18
  seem [1] - 108:18
  sees [2] - 118:4, 148:16
  seized [12] - 43:15, 43:22, 44:12, 47:22, 47:25, 48:5, 49:22, 50:2, 62:16, 63:5, 63:25
  seizure [1] - 78:19
  seizures [1] - 41:21
  senator [1] - 204:13
  send [3] - 23:7, 107:6, 187:19
  sense [2] - 107:25, 187:12
  sent [2] - 151:7, 153:3
  sentencing [2] - 206:23, 207:14
  separate [4] - 56:23, 89:2, 89:4, 176:19
  September [4] - 24:19, 139:14, 139:17, 139:18
  sequestration [1] - 14:7
  serious [4] - 21:13, 32:19, 33:12, 181:4
  serve [2] - 25:9, 25:11
  services [1] - 72:11
  set [10] - 21:13, 86:18, 135:24, 136:6, 152:4, 152:5, 206:23, 207:14, 207:15
  seven [2] - 191:7, 191:10
  seventh [1] - 149:3

several [4] - 105:12, 165:14, 172:25, 173:16
  sewers [1] - 30:21
  sex [9] - 25:20, 25:21, 26:1, 102:15, 173:3, 173:5, 175:21, 178:4, 204:19
  sexual [42] - 23:17, 23:19, 24:2, 24:3, 24:7, 24:21, 24:23, 25:10, 25:23, 26:16, 26:17, 26:19, 27:4, 27:7, 27:9, 52:17, 96:22, 98:5, 98:20, 98:23, 100:9, 101:15, 102:11, 103:17, 121:19, 138:17, 138:25, 139:2, 139:3, 145:6, 146:14, 147:2, 148:19, 176:15, 179:25, 180:5, 180:9, 195:11, 195:24, 196:10, 200:1, 200:4
  sexually [14] - 25:19, 26:9, 26:25, 53:5, 56:24, 120:6, 122:10, 122:11, 124:5, 124:6, 124:12, 178:19, 180:21, 208:16
  shakes [1] - 68:20
  shampoo [1] - 180:19
  share [1] - 104:9
  shared [4] - 32:13, 170:20, 179:2, 186:25
  sharing [2] - 105:6, 171:2
  shaw's [1] - 155:22
  shelf [2] - 96:18, 96:19
  shift [1] - 28:14
  shirt [5] - 39:11, 82:22, 83:9, 156:25, 157:12
  shoes [3] - 42:4, 194:3, 194:12
  short [5] - 6:18, 30:22, 34:21, 55:6, 108:7
  shorter [1] - 125:12
  shortly [2] - 38:13, 88:2
  show [18] - 25:2, 25:7, 27:23, 29:12, 29:16, 30:4, 31:6, 31:22, 32:22, 33:4, 59:10, 61:23, 107:11, 116:6, 136:17, 163:13, 175:7, 204:11

**showed** [1] - 170:23
**shower** [19] - 95:9,
95:10, 95:11, 95:13,
95:15, 95:16, 95:17,
98:10, 98:11, 126:18,
127:12, 158:1, 158:5,
160:6, 180:11,
180:14, 180:15,
180:17
**showers** [3] -
173:12, 173:14,
180:13
**showing** [11] - 47:11,
51:3, 62:3, 62:8,
64:11, 65:25, 66:16,
68:3, 101:19, 102:14,
163:18
**shown** [7] - 43:5,
45:11, 49:14, 59:9,
62:19, 113:4, 135:1
**shred** [1] - 33:18
**siblings** [1] - 31:15
**side** [16] - 16:14,
28:14, 32:8, 49:3,
51:9, 54:24, 56:20,
67:7, 74:4, 100:20,
100:21, 105:3,
171:18, 202:10,
202:13, 204:9
**side-bar** [6] - 51:9,
56:20, 105:3, 202:10,
202:13, 204:9
**sides** [3] - 14:8,
110:6, 209:5
**signature** [6] - 44:21,
44:23, 64:18, 66:22,
66:23
**signed** [1] - 64:16
**silent** [1] - 18:5
**similar** [3] - 107:4,
110:12, 125:22
**simple** [1] - 40:5
**simply** [3] - 15:18,
22:5, 52:2
**single** [1] - 28:18
**Sinopha** [2] - 97:16
**sister** [9] - 16:9,
131:18, 131:20,
132:10, 132:16,
132:18, 133:7, 146:4,
156:18
**sisters** [5] - 81:17,
81:18, 156:13,
156:15, 156:16
**sit** [11] - 28:19,
28:22, 72:22, 84:3,
86:3, 103:23, 104:2,
122:6, 128:1, 149:14
**site** [2] - 19:24, 36:23
**sits** [1] - 29:10

**sitting** [9] - 56:7,
102:8, 157:11, 158:3,
170:8, 186:17,
187:14, 197:8, 206:2
**situation** [2] - 37:14,
166:13
**six** [4] - 33:3, 33:25,
88:3, 202:5
**skip** [2] - 166:15,
168:4
**sky** [1] - 193:24
**slate** [1] - 18:1
**sleep** [25] - 70:4,
84:6, 86:8, 86:9,
86:10, 86:11, 86:13,
86:16, 86:21, 86:24,
87:1, 95:23, 95:25,
96:2, 96:7, 96:10,
96:13, 102:19, 118:7,
118:8, 169:21,
170:18, 170:19
**sleeping** [8] - 99:3,
99:12, 144:9, 144:15,
144:18, 144:21,
169:17, 169:22
**sleeved** [1] - 83:9
**slept** [7] - 25:25,
86:25, 96:15, 96:16,
99:13, 169:11, 169:15
**slip** [1] - 102:20
**small** [4] - 5:13,
58:11, 144:18, 177:4
**smelled** [1] - 15:12
**so-and-so** [1] - 12:7
**so-called** [3] -
144:16, 144:23, 145:6
**soap** [1] - 180:18
**Social** [6] - 63:11,
64:12, 64:13, 64:14,
64:16, 64:20
**social** [2] - 19:19,
19:25
**solely** [2] - 15:9, 21:4
**someone** [8] - 15:11,
29:15, 74:1, 104:8,
190:9, 190:10,
190:11, 204:17
**sometime** [2] -
191:4, 191:6
**sometimes** [27] -
15:17, 16:23, 25:22,
26:5, 93:17, 95:21,
96:1, 97:12, 102:7,
102:8, 119:6, 127:8,
127:12, 127:13,
128:1, 128:2, 167:25,
168:8, 173:12,
176:10, 176:12,
182:16, 184:13,
194:6, 194:20, 199:4

**son** [1] - 29:14
**songs** [2] - 84:4,
86:2
**soon** [5] - 87:6,
142:7, 169:9, 206:23,
207:4
**sorry** [24] - 14:20,
48:3, 90:9, 104:4,
104:16, 107:18,
115:16, 126:9, 129:6,
136:20, 137:20,
145:12, 148:22,
148:24, 151:1, 155:9,
158:12, 164:2,
168:18, 170:1, 173:6,
176:23, 177:1, 200:15
**sort** [4] - 7:16, 39:22,
42:12, 105:21
**sounds** [1] - 6:22
**source** [2] - 19:13,
21:8
**South** [2] - 1:24, 32:7
**Southern** [2] - 24:1,
26:24
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**space** [2] - 31:12,
86:22
**spaghetti** [2] -
160:12, 160:14
**Spanish** [1] - 149:4
**speaking** [1] -
186:24
**Special** [6] - 4:10,
71:16, 130:1, 130:7,
138:2, 154:5
**special** [1] - 21:6
**specific** [1] - 163:5
**specifically** [1] -
122:8
**speculating** [1] -
7:20
**speculation** [3] -
118:11, 132:6, 144:12
**spell** [3] - 85:1,
85:15, 179:5
**spelling** [1] - 34:7
**spend** [8] - 95:19,
95:21, 119:18, 121:7,
131:9, 131:11,
161:11, 194:19
**spending** [1] -
121:14
**spent** [1] - 88:9
**spite** [1] - 197:13
**sponsor** [1] - 116:12
**sponsors** [2] -
194:22, 195:7
**spot** [1] - 48:16
**spots** [1] - 31:16

**squalor** [1] - 30:1
**square** [1] - 38:9
**staff** [5] - 55:15,
69:8, 108:16, 150:9,
205:15
**stamp** [4] - 54:21,
54:22, 67:5, 67:6
**stamps** [3] - 67:2,
67:3, 67:4
**stand** [10] - 14:16,
28:1, 30:18, 33:10,
72:11, 74:17, 111:8,
197:4, 201:9, 206:14
**standing** [1] - 170:8
**Star** [90] - 23:2,
23:10, 23:17, 23:21,
23:24, 24:8, 25:3,
25:8, 25:9, 25:11,
25:14, 26:4, 26:9,
27:8, 29:21, 30:3,
30:16, 30:23, 31:9,
31:14, 31:24, 32:1,
32:10, 32:12, 32:16,
53:21, 63:17, 67:15,
89:19, 89:21, 89:24,
91:6, 91:9, 91:23,
92:6, 92:12, 92:14,
92:15, 92:16, 92:17,
93:5, 93:6, 94:1, 94:3,
94:7, 94:11, 112:22,
112:25, 117:10,
117:18, 117:19,
117:22, 117:24,
118:16, 118:24,
119:2, 122:24,
122:25, 139:12,
139:15, 139:16,
140:5, 140:9, 140:19,
141:20, 144:6, 146:6,
147:16, 148:11,
155:22, 160:24,
166:17, 169:16,
174:13, 178:18,
179:22, 180:1, 182:9,
182:11, 189:9, 193:2,
193:5, 193:20, 195:8,
196:21, 201:19,
208:5, 208:6
**start** [15] - 38:11,
86:9, 88:2, 89:19,
122:7, 123:20,
123:21, 125:14,
125:15, 131:20,
133:2, 149:4, 167:1,
168:16, 168:19
**started** [20] - 23:1,
83:24, 85:24, 90:1,
117:8, 126:12,
136:23, 168:14,
180:17, 181:6,

181:13, 183:13,
189:3, 189:5, 189:7,
191:3, 191:8, 196:23,
196:24
**starts** [2] - 18:1,
30:17
**state** [11] - 4:5, 6:2,
6:8, 34:7, 56:2, 64:18,
71:12, 80:17, 109:14,
109:22, 153:25
**Statement** [2] - 3:5,
3:6
**statement** [11] -
22:5, 22:8, 22:20,
27:20, 106:12,
119:11, 202:16,
203:2, 203:12, 203:19
**statements** [7] -
7:10, 10:4, 10:7, 16:1,
16:2, 22:8, 27:22
**stateroom** [1] - 82:3
**states** [5] - 5:13,
54:17, 54:19, 194:19,
203:17
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**States** [62] - 4:2, 4:9,
14:4, 25:3, 29:21,
30:16, 31:20, 55:25,
56:5, 56:18, 71:10,
71:16, 75:12, 80:8,
94:14, 94:17, 109:12,
109:18, 113:17,
115:23, 116:6,
116:11, 116:16,
140:22, 141:2, 141:5,
141:9, 141:11,
141:16, 141:18,
141:20, 142:1, 142:4,
142:9, 142:12,
143:18, 153:23,
154:4, 154:22,
167:13, 167:14,
167:18, 167:21,
181:17, 191:14,
191:18, 191:23,
192:13, 192:16,
192:21, 193:6,
193:15, 194:4,
194:17, 195:16,
195:19, 196:20,
197:15, 197:20,
199:25, 200:23, 210:8
**stationed** [1] - 35:19
**stay** [40] - 58:4, 84:9,
87:12, 88:1, 88:7,
90:12, 90:14, 95:17,
95:22, 100:7, 103:1,
117:18, 118:9,
119:16, 119:17,

23

119:22, 119:24, 120:1, 120:11, 121:8, 127:7, 127:12, 148:1, 161:9, 161:10, 161:12, 161:15, 162:3, 162:4, 165:12, 178:16, 181:7, 181:9, 191:15, 194:17, 195:16, 195:19, 196:24, 197:4

**stayed** [20] - 86:20, 88:3, 92:21, 137:15, 137:20, 137:23, 137:25, 146:7, 161:24, 162:2, 162:5, 163:2, 181:11, 191:16, 191:17, 194:21, 195:2, 195:21, 196:10, 196:16

**staying** [2] - 196:9, 206:18

**step** [6] - 68:23, 69:13, 69:14, 80:5, 109:3, 150:18

**stepped** [1] - 74:4

**still** [18] - 4:19, 58:3, 58:23, 59:16, 74:14, 75:10, 89:17, 92:11, 96:1, 103:11, 103:13, 111:10, 111:12, 112:25, 133:21, 169:12, 201:14, 206:14

**stood** [3] - 41:11, 174:20, 177:19

**stop** [18] - 39:3, 39:5, 55:14, 69:7, 100:14, 100:15, 101:1, 108:15, 122:8, 123:3, 123:8, 125:6, 125:10, 142:19, 150:8, 178:7, 205:14

**stopped** [14] - 24:25, 123:9, 123:12, 123:18, 123:19, 125:13, 125:14, 126:8, 126:11, 133:7, 142:17, 170:17, 178:9, 178:12

**storage** [1] - 86:17

**straps** [1] - 184:1

**Street** [3] - 1:15, 54:25, 67:10

**street** [5] - 26:8, 26:11, 32:17, 119:7, 184:19

**stretch** [2] - 201:8, 201:9

**stricken** [1] - 16:23

**strike** [8] - 58:16, 58:21, 85:22, 98:14, 98:15, 105:13, 117:15, 118:11

**stripped** [1] - 27:12

**strong** [1] - 6:20

**Stu** [5] - 4:15, 56:6, 71:20, 109:20, 154:8

**STUART** [1] - 1:20

**student** [1] - 5:15

**student-to-teacher** [1] - 5:15

**study** [1] - 30:2

**stuff** [2] - 96:19, 171:25

**subject** [7] - 60:15, 112:8, 203:18, 204:11, 204:17, 204:23, 205:11

**submitted** [2] - 104:14, 104:18

**substance** [1] - 152:3

**substantially** [6] - 43:21, 46:3, 47:24, 48:4, 50:1, 63:24

**substantive** [3] - 152:5, 152:8, 152:11

**suck** [4] - 173:18, 173:23, 176:14, 180:8

**sucked** [2] - 169:4, 170:14

**sucking** [7] - 99:7, 99:17, 100:3, 170:2, 170:6, 170:11, 178:11

**sufficient** [1] - 13:13

**sugar** [3] - 140:11, 147:21, 147:23

**suggested** [3] - 202:17, 202:21, 203:10

**suggests** [1] - 16:7

**suit** [1] - 206:2

**Suite** [3] - 1:18, 1:22, 1:24

**sum** [1] - 76:23

**summarize** [1] - 22:16

**summoned** [1] - 25:15

**supermarket** [2] - 155:24, 193:9

**supervisor** [1] - 5:2

**supper** [5] - 103:24, 103:25, 122:5, 123:13, 168:9

**supplement** [1] - 57:11

**supplemental** [1] - 57:19

**supply** [1] - 194:11

**supplying** [1] - 18:23

**support** [4] - 12:12, 33:18, 33:19, 94:10

**supposed** [1] - 36:4

**Suprinord** [5] - 89:9, 120:20, 149:10, 149:17, 169:18

**surrounding** [2] - 23:6, 52:10

**survive** [1] - 94:13

**sustain** [3] - 16:18, 16:20, 49:11

**Sustained** [4] - 90:18, 117:3, 124:15, 197:17

**sustained** [19] - 49:8, 98:13, 119:10, 129:11, 131:16, 132:8, 132:14, 134:6, 135:19, 138:5, 138:9, 143:3, 144:1, 145:1, 183:7, 185:17, 188:6, 192:24, 198:18

**sweep** [1] - 93:9

**switch** [2] - 54:6, 54:8

**switched** [1] - 53:24

**SWORN** [3] - 34:5, 80:10, 154:23

**sworn** [4] - 14:16, 14:17, 14:22, 14:24

## T

**Tabarre** [1] - 32:3

**TABARRE** [1] - 32:3

**table** [7] - 4:10, 56:8, 71:17, 103:23, 104:2, 154:5, 185:7

**tables** [1] - 28:19

**tag** [2] - 60:12, 62:6

**talks** [1] - 53:25

**tangible** [2] - 33:8, 33:11

**target** [3] - 38:16, 40:8

**targeted** [2] - 23:5

**tasked** [3] - 35:24, 35:25

**taste** [1] - 28:7

**taught** [3] - 148:22, 182:14, 182:18

**teach** [2] - 149:14, 182:13, 182:17

**teacher** [6] - 5:15, 5:16, 7:4, 7:5, 7:13, 58:13

**teachers** [1] - 58:11

**teaching** [5] - 136:23, 137:7, 149:4, 149:6, 149:9

**team** [18] - 35:25, 36:8, 36:9, 42:13, 42:16, 42:20, 77:20, 197:9, 197:10, 197:11, 197:12, 197:13, 197:21, 197:23, 197:24, 198:5, 198:6, 198:7

**telephone** [2] - 19:18, 198:20

**television** [4] - 19:9, 102:6, 102:7, 204:11

**ten** [5] - 55:16, 55:21, 107:6, 108:24, 109:2, 150:11, 153:20

**tendencies** [1] - 36:22

**tender** [1] - 128:6

**tenders** [2] - 75:12, 181:17

**Tenders** [1] - 113:3

**tennis** [1] - 28:15

**tent** [2] - 30:13, 32:17

**term** [2] - 84:24, 161:23

**terminal** [1] - 41:21

**testified** [15] - 17:12, 135:21, 135:23, 146:3, 147:16, 178:3, 192:1, 195:11, 195:25, 196:11, 196:19, 198:13, 203:5, 203:23, 208:14

**testifies** [1] - 203:18

**testify** [7] - 18:4, 18:6, 18:7, 127:2, 138:2, 151:21, 191:25

**testifying** [3] - 17:13, 52:2, 53:3

**testimony** [55] - 15:11, 17:7, 17:10, 17:15, 17:16, 19:6, 20:17, 20:21, 21:4, 22:3, 32:17, 33:9, 52:1, 52:8, 52:16, 53:2, 56:19, 56:22, 57:13, 57:15, 74:22, 104:23, 107:19, 107:22, 110:22, 110:24, 118:12, 128:15, 128:21, 129:14, 130:2, 130:7, 133:19, 134:9, 134:14, 135:14, 137:17, 144:8, 151:25, 182:18,

185:3, 186:15, 186:22, 186:23, 186:25, 199:6, 202:18, 202:21, 203:10, 203:15, 203:20, 206:13, 206:16, 206:19

**text** [1] - 19:18

**that'll** [1] - 70:19

**THE** [298] - 1:10, 1:14, 1:20, 3:9, 4:1, 4:13, 4:18, 4:23, 4:24, 6:4, 6:10, 6:13, 6:17, 7:9, 7:19, 7:24, 8:4, 8:8, 8:12, 8:16, 8:19, 8:22, 9:2, 9:6, 9:10, 9:13, 10:4, 10:8, 10:10, 10:22, 11:15, 12:12, 13:2, 13:5, 13:7, 13:14, 13:17, 13:22, 13:25, 14:3, 14:7, 14:11, 14:14, 14:18, 14:21, 14:23, 22:23, 27:15, 27:19, 34:2, 34:6, 34:9, 34:11, 34:14, 35:3, 37:3, 37:6, 39:15, 43:9, 44:2, 44:8, 45:15, 46:8, 46:12, 46:16, 47:14, 48:9, 48:13, 48:15, 48:19, 49:8, 49:9, 49:10, 49:17, 50:7, 50:10, 50:14, 51:7, 51:11, 51:15, 52:20, 53:11, 53:17, 53:21, 54:1, 54:6, 54:14, 54:22, 55:5, 55:21, 55:25, 56:9, 56:16, 56:22, 57:17, 57:25, 58:5, 58:9, 58:21, 59:5, 59:6, 59:9, 59:12, 59:15, 60:1, 60:25, 61:5, 61:18, 61:19, 62:22, 64:5, 64:9, 68:13, 68:19, 68:21, 68:23, 69:12, 69:17, 69:20, 69:21, 69:25, 70:2, 70:5, 70:8, 70:10, 70:13, 70:17, 70:22, 71:1, 71:2, 71:6, 71:9, 71:18, 71:23, 72:2, 72:5, 72:18, 72:20, 73:1, 73:22, 74:1, 74:6, 74:13, 74:15, 74:16, 75:2, 75:5, 75:6, 75:9, 75:16, 79:13, 79:15, 80:5, 80:7, 80:11, 80:13, 80:16, 80:17, 80:19, 82:14, 83:1,

83:13, 90:18, 90:24, 91:11, 91:16, 91:18, 97:7, 97:9, 98:13, 98:15, 104:16, 104:21, 104:24, 105:1, 105:4, 105:7, 105:10, 107:5, 107:11, 107:13, 107:19, 107:23, 108:3, 108:6, 109:2, 109:5, 109:12, 109:22, 110:2, 110:6, 110:24, 111:4, 111:8, 111:11, 111:12, 111:17, 112:14, 112:18, 113:7, 114:8, 114:12, 117:3, 118:13, 119:10, 124:15, 124:24, 125:19, 126:22, 128:5, 128:8, 129:11, 129:18, 131:16, 132:8, 132:14, 134:6, 135:18, 138:5, 138:9, 139:23, 143:3, 144:1, 144:13, 145:1, 145:3, 146:10, 149:24, 150:1, 150:14, 150:18, 150:21, 150:23, 150:25, 152:1, 153:1, 153:9, 153:13, 153:16, 153:20, 153:23, 154:10, 154:15, 154:20, 154:24, 157:3, 157:15, 163:16, 163:25, 164:3, 164:15, 164:19, 181:18, 183:7, 185:17, 188:6, 188:23, 192:24, 196:7, 197:17, 198:11, 198:18, 199:18, 199:21, 200:14, 200:16, 201:5, 201:12, 202:11, 202:14, 203:17, 204:6, 204:10, 205:3, 205:21, 206:1, 206:3, 206:5, 206:6, 206:8, 206:9, 206:15, 206:20, 206:21, 206:25, 207:3, 207:5, 207:7, 207:10, 207:17, 207:21, 208:3, 208:13, 208:19, 208:22, 209:5, 209:10, 209:12

**themselves** [5] - 13:13, 20:13, 31:1,

31:2, 116:24

**thereafter** [1] - 38:13
**therefore** [4] - 17:25, 57:6, 152:12, 203:11
**thereof** [1] - 41:2
**Thereupon** [12] - 8:6, 8:17, 8:20, 9:8, 55:23, 69:15, 71:4, 71:7, 74:19, 109:10, 150:19, 153:21
**they've** [1] - 9:21, 36:24, 74:3
**thinking** [2] - 196:25
**thinks** [1] - 16:14
**third** [3] - 18:8, 101:16, 102:10
**Third** [1] - 1:21
**thorough** [1] - 42:22
**three** [19] - 5:4, 5:14, 17:20, 26:15, 37:18, 58:11, 81:18, 118:6, 119:3, 143:10, 144:22, 156:16, 166:19, 167:24, 167:25, 168:1, 168:3, 197:21
**throughout** [1] - 181:1
**throw** [1] - 178:24
**throwing** [1] - 69:23
**thumbs** [3] - 28:6, 28:7
**ticket** [5] - 50:18, 61:16, 62:1, 62:10, 62:12, 62:14, 62:15, 76:25
**tickets** [2] - 50:24, 59:24
**tight** [3] - 101:2, 101:5, 175:3
**Tim** [2] - 194:23, 195:10
**tin** [1] - 30:13
**title** [5] - 35:11, 66:5, 67:20, 115:3, 160:23
**today** [16] - 29:10, 39:7, 69:25, 73:7, 82:18, 83:5, 134:10, 134:15, 156:21, 157:7, 168:9, 186:13, 195:11, 198:13, 199:9, 202:22
**together** [3] - 174:1, 180:16, 186:24
**toilet** [1] - 171:18
**tomorrow** [10] - 153:11, 205:18, 206:9, 206:24, 207:5, 207:12, 207:14, 207:16, 209:8, 209:13

**tonight** [1] - 168:9
**took** [17] - 31:18, 41:11, 70:9, 76:16, 127:11, 141:19, 144:23, 171:17, 172:9, 174:6, 176:22, 177:2, 177:7, 177:20, 180:15, 182:16
**tools** [1] - 32:25
**top** [6] - 26:2, 56:14, 86:23, 99:20, 99:23, 99:24
**total** [1] - 79:7
**touch** [3] - 98:20, 101:10, 114:15
**touching** [21] - 55:10, 69:3, 99:8, 99:9, 99:10, 99:17, 101:7, 101:8, 101:9, 101:13, 102:15, 103:4, 103:7, 108:11, 150:4, 170:12, 174:22, 174:25, 205:8
**towards** [4] - 7:6, 34:11, 52:4, 197:7
**toys** [3] - 166:6, 166:8, 194:5
**training** [1] - 33:1
**Training** [4] - 54:2, 54:23, 67:1, 67:9
**transcript** [8] - 5:6, 5:10, 12:5, 12:6, 12:9, 13:10, 13:19, 13:24
**transcription** [1] - 210:4
**transcripts** [10] - 11:2, 11:3, 11:7, 11:9, 11:11, 11:25, 12:2, 12:17, 12:18, 12:23
**translated** [1] - 182:23
**trap** [2] - 23:24, 27:11
**travel** [15] - 24:5, 24:22, 33:5, 39:21, 45:24, 47:6, 57:21, 94:14, 94:17, 115:23, 167:21, 192:18, 192:19, 206:17
**traveled** [6] - 24:17, 24:20, 25:2, 36:24, 195:5, 196:2
**traveling** [5] - 23:25, 37:19, 41:1, 42:19, 76:12
**treat** [8] - 32:13, 143:11, 143:14, 148:14, 168:11, 170:21, 175:20, 175:22

**treatment** [1] - 143:17
**TRIAL** [1] - 1:10
**trial** [24] - 7:6, 10:18, 14:25, 15:1, 15:6, 18:14, 18:21, 18:24, 21:13, 22:4, 24:14, 28:5, 55:9, 69:2, 73:3, 74:8, 105:24, 108:10, 108:18, 110:18, 126:3, 150:3, 199:8, 205:7
**trials** [1] - 27:24
**tried** [4] - 24:22, 98:22, 101:14, 102:11
**trip** [4] - 141:1, 193:2, 193:5, 200:23
**trips** [2] - 167:7, 167:10
**trouble** [2] - 168:16, 168:19
**troublesome** [1] - 5:19
**true** [3] - 12:21, 16:6, 146:19
**trust** [1] - 21:14
**truth** [1] - 165:19
**try** [12] - 9:24, 16:21, 40:5, 48:15, 55:13, 69:6, 78:10, 98:20, 108:14, 150:7, 152:4, 205:13
**trying** [12] - 24:5, 72:22, 74:21, 74:24, 97:20, 100:24, 100:25, 101:1, 101:6, 177:23, 188:1
**TSA** [1] - 38:23
**tube** [1] - 38:9
**tuition** [3] - 166:7, 167:1, 181:11
**turn** [3] - 44:9, 78:21, 79:10
**turned** [7] - 78:17, 78:24, 151:17, 152:2, 152:9, 154:16, 172:22
**turning** [5] - 64:12, 65:14, 66:1, 67:7, 67:11
**turns** [1] - 174:21
**TV** [11] - 95:17, 101:20, 101:23, 101:25, 102:14, 103:6, 135:24, 136:6, 136:7, 204:17
**Twelfth** [2] - 2:2, 210:8
**twice** [5] - 94:18, 121:22, 135:13, 166:13, 186:13

**Twitter** [1] - 19:20
**two** [36] - 4:20, 5:5, 10:11, 26:15, 36:11, 37:18, 53:23, 56:23, 58:24, 62:12, 63:22, 67:3, 68:6, 72:3, 72:8, 72:20, 79:5, 81:18, 82:5, 87:8, 93:10, 118:6, 119:3, 123:18, 127:8, 132:19, 145:5, 151:8, 156:16, 182:1, 187:14, 187:19, 187:24, 198:24, 202:21, 206:11
**two-week** [1] - 58:24
**twofold** [1] - 53:6
**type** [4] - 18:22, 40:16, 43:3, 77:6

## U

**ultimately** [3] - 29:16, 29:18, 196:21
**umbrellas** [1] - 15:16
**undeclared** [3] - 35:17, 38:20, 38:24
**under** [14] - 25:5, 31:17, 53:3, 54:23, 59:16, 66:8, 66:25, 75:10, 84:17, 107:4, 111:10, 111:12, 201:14, 202:16
**underage** [1] - 204:14
**underneath** [5] - 66:5, 66:19, 66:23, 102:20, 114:18
**understood** [1] - 168:15
**unidentified** [2] - 68:17, 201:10
**uniform** [4] - 73:8, 165:1, 183:22
**unimaginable** [1] - 27:5
**Union** [1] - 5:1
**union** [2] - 7:3, 7:11
**unit** [2] - 75:22, 76:2
**United** [41] - 4:2, 4:8, 14:4, 25:3, 29:21, 30:16, 31:20, 55:25, 56:4, 56:18, 71:10, 71:15, 75:12, 80:8, 94:14, 94:17, 109:12, 109:17, 113:17, 115:23, 116:6, 116:11, 116:15, 140:22, 141:2, 141:4, 141:9, 141:11,

141:16, 141:18,
141:20, 142:1, 142:4,
142:9, 142:12,
143:18, 153:23,
154:3, 154:22,
167:13, 167:14,
167:17, 167:21,
181:17, 191:14,
191:18, 191:23,
192:13, 192:15,
192:21, 193:6,
193:15, 194:17,
195:16, 195:19,
196:20, 197:14,
197:20, 199:25,
200:23, 210:8
  **UNITED** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
  **unlawful** [2] - 76:23,
77:25
  **unless** [4] - 16:11,
54:1, 74:8, 97:6
  **unload** [1] - 37:17
  **unpaved** [2] - 32:4,
32:9
  **up** [53] - 5:7, 5:9,
5:20, 5:22, 6:5, 6:7,
9:16, 11:4, 11:8,
14:16, 26:2, 28:3,
28:6, 29:18, 31:2,
35:4, 41:11, 51:7,
51:24, 56:10, 57:14,
69:23, 70:4, 73:21,
74:9, 79:9, 86:18,
100:5, 100:8, 101:2,
101:7, 101:13,
110:16, 111:21,
126:1, 144:10,
144:15, 144:23,
150:16, 152:4, 152:5,
168:25, 170:2,
171:22, 174:20,
177:14, 177:15,
177:18, 177:19,
194:1, 201:9, 202:11
  **upcoming** [1] - 151:6
  **upset** [7] - 142:8,
142:10, 142:15,
168:3, 168:5, 168:8,
175:23
  **US** [8] - 41:3, 43:15,
116:3, 130:8, 185:12,
185:19, 204:13,
204:18
  **USA** [1] - 45:4
  **uses** [1] - 21:6
  **utter** [1] - 108:2

**V**

  **value** [1] - 52:20
  **values** [1] - 31:18
  **verbiage** [1] - 106:22
  **verdict** [5] - 15:7,
17:6, 20:9, 22:19,
33:24
  **verification** [1] -
42:21
  **verified** [2] - 40:1,
40:21
  **verify** [3] - 40:7,
40:15, 41:7
  **version** [1] - 110:4
  **versus** [5] - 4:2,
56:1, 71:10, 109:13,
153:24
  **veteran** [1] - 29:15
  **via** [4] - 7:12, 44:7,
151:2, 151:11
  **Victim** [1] - 11:10
  **victim** [8] - 13:10,
13:11, 27:2, 27:12,
27:13
  **victims** [15] - 11:12,
11:18, 11:19, 11:20,
12:13, 12:21, 13:7,
13:8, 13:12, 13:23,
25:12, 25:13, 26:4,
26:12
  **victims'** [8] - 11:2,
11:6, 11:11, 12:1,
12:3, 12:15, 12:22,
12:25
  **videos** [1] - 33:17
  **view** [8] - 12:24,
19:2, 19:6, 20:23,
21:10, 41:12, 53:6,
151:19
  **Villa** [25] - 88:16,
88:18, 88:21, 91:20,
91:21, 91:22, 91:23,
92:24, 94:19, 98:24,
99:2, 103:20, 113:19,
113:21, 115:12,
121:9, 121:12,
121:25, 133:3,
133:10, 133:13,
133:16, 133:19,
133:21, 133:22
  **violation** [2] - 5:15,
79:24
  **violent** [1] - 36:22
  **vision** [1] - 30:23
  **visit** [11] - 19:2,
20:16, 31:7, 90:11,
94:22, 97:1, 97:12,
118:5, 119:19, 161:2,

161:4
  **visited** [3] - 161:6,
162:14, 208:5
  **visiting** [1] - 169:12
  **visitors** [2] - 183:11,
183:14
  **visits** [2] - 118:4,
118:6
  **voir** [1] - 73:14
  **voir-dire** [1] - 73:14
  **vs** [1] - 1:6

**W**

  **waistband** [1] - 42:5
  **wait** [11] - 6:13,
38:16, 49:11, 53:13,
53:15, 59:2, 68:16,
74:5, 104:24, 110:5,
194:16
  **waited** [2] - 41:18,
41:22
  **waiting** [13] - 4:19,
31:13, 40:19, 71:25,
72:10, 73:5, 73:7,
73:23, 74:3, 74:13,
74:21, 104:23, 194:15
  **wake** [4] - 26:2, 70:4,
101:1, 144:15
  **walk** [2] - 32:16,
38:10
  **walked** [2] - 40:18,
73:13
  **walking** [1] - 15:15
  **wall** [1] - 87:2
  **wallet** [1] - 78:8
  **wants** [7] - 7:7,
93:16, 106:5, 109:22,
122:4, 125:16, 176:11
  **warrant** [11] - 36:1,
36:2, 36:10, 36:13,
36:17, 39:1, 39:2,
41:8, 76:5, 79:25,
80:2
  **warrants** [1] - 37:10
  **washing** [5] -
130:18, 130:20,
130:21, 131:1, 131:9
  **Washington** [1] -
1:19
  **waste** [1] - 181:14
  **watch** [4] - 19:7,
95:17, 101:25, 102:3
  **watched** [2] - 102:5,
102:7
  **watching** [11] -
100:13, 101:20,
102:14, 103:6, 136:1,
136:4, 136:6, 136:7,

136:12, 142:6
  **water** [7] - 30:14,
30:15, 55:17, 123:13,
178:23, 179:3, 179:16
  **waters** [1] - 30:21
  **waved** [2] - 158:5,
158:6, 159:20,
159:21, 159:24
  **ways** [3] - 21:7,
22:25, 175:24
  **weapon** [1] - 76:21
  **weapons** [10] -
35:18, 38:21, 38:22,
41:13, 42:4, 42:12,
75:20, 76:1, 77:23
  **wearing** [13] - 39:11,
73:7, 82:22, 83:9,
102:17, 102:18,
102:20, 156:24,
156:25, 157:10,
157:11, 164:25,
183:22
  **websites** [2] - 19:19,
19:25
  **wedding** [2] - 29:4,
29:5
  **week** [5] - 58:24,
119:3, 125:11,
153:12, 153:16
  **weekend** [4] - 95:23,
118:7, 118:8
  **weeks** [2] - 123:18
  **weight** [8] - 15:23,
18:6, 22:2, 105:20,
106:7, 110:16, 126:1,
126:2
  **welcome** [2] - 9:7,
178:15
  **West** [2] - 65:19,
66:9
  **wet** [2] - 15:15, 15:16
  **whatnot** [3] - 36:19,
38:23, 42:5
  **whatsoever** [8] -
16:10, 19:22, 55:8,
69:1, 108:9, 108:20,
150:2, 205:6
  **whilst** [1] - 106:20
  **white** [1] - 161:20
  **whole** [1] - 140:8
  **wife** [1] - 121:6
  **William** [10] - 23:16,
45:10, 52:24, 54:20,
54:22, 66:22, 67:5,
67:19, 67:20, 77:10
  **Williams** [1] - 52:6
  **Winter** [1] - 52:12
  **wish** [2] - 21:17,
209:6
  **wishes** [1] - 22:13

  **withdraw** [1] -
188:25
  **WITNESS** [16] - 34:5,
34:9, 49:9, 61:19,
80:10, 80:16, 80:19,
91:16, 111:11,
154:23, 154:24,
164:3, 206:1, 206:5,
206:8, 206:20
  **Witness** [2] - 73:5,
114:17
  **witness** [66] - 10:7,
15:15, 16:8, 16:10,
16:11, 17:8, 17:10,
17:11, 20:22, 20:23,
28:1, 28:17, 30:18,
33:10, 34:2, 39:13,
51:15, 52:1, 53:4,
58:3, 58:5, 59:10,
69:15, 73:13, 73:14,
73:15, 74:10, 74:16,
74:19, 74:23, 75:13,
80:6, 80:7, 80:11,
80:13, 82:24, 83:11,
107:20, 109:4, 111:5,
111:16, 128:7,
138:25, 139:1,
149:23, 150:15,
150:19, 151:11,
152:1, 152:10, 153:3,
153:8, 154:11,
154:14, 154:17,
154:21, 157:2,
157:14, 163:25,
181:17, 196:6,
202:19, 203:5,
205:22, 206:12
  **witness's** [6] - 17:12,
17:13, 17:15, 17:16,
82:11
  **WITNESSES** [1] - 3:9
  **witnesses** [17] -
14:8, 17:19, 20:4,
21:18, 21:22, 22:10,
22:13, 73:5, 73:23,
105:15, 151:6,
151:16, 151:19,
151:21, 152:9,
152:14, 203:16
  **witnesses'** [2] - 16:5,
151:24
  **woke** [1] - 144:10,
144:23
  **woman** [4] - 85:9,
200:22, 208:4, 208:10
  **women** [2] - 30:25,
148:16
  **word** [3] - 29:2,
191:25, 195:10
  **words** [7] - 21:6,

151:20, 172:2, 181:7, 196:13, 197:5

**works** [3] - 7:2, 73:17, 181:4

**worry** [2] - 161:20, 161:21

**wow** [1] - 170:17

**write** [5] - 200:18, 201:1, 201:23, 208:8

**written** [4] - 201:18, 201:20, 203:6, 208:1

**wrote** [4] - 200:7, 202:4, 202:23, 208:10

# X

**Xxxxx** [15] - 89:14, 114:25, 115:5, 120:21, 120:22, 120:23, 120:24, 121:1, 121:3, 121:4, 121:7, 121:14, 175:16, 175:17

**Xxxxx's** [1] - 97:16

**Xxxxxx** [7] - 53:3, 80:9, 80:10, 80:19, 114:19, 114:25, 198:14

**XXXXXX** [1] - 80:19

**Xxxxxxx** [2] - 3:11, 165:18

**Xxxxxxx's** [1] - 165:21

**XXXXXXXX** [2] - 154:23, 154:25

**xxxxxxxx** [1] - 186:10

**Xxxxxxxx** [10] - 3:12, 114:24, 154:22, 154:24, 184:24, 187:14, 202:23, 203:1, 208:2, 208:10

**Xxxxxxxx's** [1] - 202:18

# Y

**year** [21] - 27:2, 27:4, 43:19, 81:8, 82:5, 88:4, 91:22, 92:17, 94:13, 94:18, 97:3, 97:24, 130:5, 139:19, 145:11, 145:13, 151:15, 167:14, 191:3

**years** [28] - 25:2, 34:24, 83:25, 84:15, 130:11, 130:13, 136:20, 137:24, 138:3, 157:21,

164:24, 165:10, 172:22, 172:23, 178:5, 178:8, 181:2, 181:25, 182:1, 187:24, 189:4, 191:7, 191:10, 197:21, 198:24, 202:5, 202:21

**yesterday** [1] - 199:13

**York** [1] - 1:18

**young** [15] - 23:3, 29:24, 30:25, 31:3, 32:24, 33:1, 33:6, 51:18, 68:6, 140:18, 141:20, 166:5, 181:1, 186:18, 188:19

**younger** [3] - 68:6, 156:17, 174:11

**youngest** [1] - 121:2

**youngster** [1] - 31:12

**yourself** [3] - 21:19, 38:6, 101:4

**yourselves** [6] - 18:15, 55:7, 68:25, 108:8, 150:2, 205:5

# Z

**ZIP** [1] - 65:6

**zoom** [1] - 48:16