```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                     CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                 Plaintiff,           February 6, 2013

 6        vs.                           9:22 a.m. to 5:40 p.m.

 7   MATTHEW ANDREW CARTER,

 8                 Defendant.           Pages 1 to 267
     _____

 9

10                             JURY TRIAL
                 BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14
     FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               99 Northeast Fourth Street
16                             Miami, Florida 33132
                                       -and-
17                             BONNIE L. KANE, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             1400 New York Avenue, NW
                               Suite 600
19                             Washington, DC 20530

20
     FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                             ADELSTEIN & MATTERS
                               2929 Southwest Third Avenue
22                             Suite 410
                               Miami, Florida 33129
23                                     -and-
                               PHILIP R. HOROWITZ, ESQ.
24                             9130 South Dadeland Boulevard
                               Suite 1910
25                             Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3                                    Direct    Cross    Red.

4     WITNESSES FOR THE GOVERNMENT:

5     Jobed Xxxxxxxx                   15       19       22

6     Peterson Xxxxxx                  24       58       87

7     Becky McLaren                   109      140      143

8     Heather Harvey                  150      190      194

9     Janet Knox                      197      219      232

10

11

12    EXHIBITS RECEIVED IN EVIDENCE                     PAGE

13    Government's Exhibit No. 94                         16
      Government's Exhibit No. 44                         29
14    Government's Exhibit No. 75                         46
      Government's Exhibit No. 76                         49
15    Defendant's Exhibit No. 1                          106
      Government's Exhibit No. 19-J                      164
16    Government's Exhibit No. 19-L                      169
      Government's Exhibit No. 19-M                      174
17    Government's Exhibit No. 19-N                      177
      Government's Exhibit No. 19-O                      180
18    Government's Exhibit No. 19-K                      183
      Government's Exhibit No. 19-P                      186
19    Government's Exhibit No. 74                        207

20

21

22

23

24

25

```
 1            THE COURT:  Good morning.  You may be seated.

 2            United States of America versus Matthew Andrew Carter,

 3   Case No. 11-20350.

 4            Good morning.

 5            Counsel, state your appearances, please, for the

 6   record.

 7            MS. MEDETIS:  Good morning, your Honor.

 8            Maria Medetis and Bonnie Kane on behalf of the United

 9   States.

10            With us at counsels' table are Special Agents Larko

11   and Flores of Homeland Security Investigations.

12            THE COURT:  Good morning.

13            MR. HOROWITZ:  Good morning, your Honor.

14            Phil Horowitz and Stu Adelstein on behalf of Matthew

15   Carter, who's present, along with our investigator, Reginald

16   Hope.

17            THE COURT:  Good morning.

18            MR. ADELSTEIN:  Good morning, your Honor.

19            THE COURT:  So is there any further argument in regard

20   to the 801(d)(1)(B) issue, the introduction of Government's

21   Exhibit 94?

22            MS. KANE:  Your Honor, for the Government, I would

23   just like to simply add that, in addition to the questions that

24   were asked by defense counsel regarding the witness's

25   interaction with Dieucibon Xxxxxx in the preceding two years,
```

```
 1   defense counsel made repeated questions regarding how many

 2   meetings the witness had met -- had had with government agents

 3   and attorneys, highlighted it several times, including by

 4   walking behind us and pointing over us and asking when he had

 5   met with us.

 6          And I think, on that basis alone, that these

 7   statements should come in.  It was unmistakable, the impression

 8   or the implication being made by defense counsel, which was

 9   that the witness's testimony was somehow being influenced

10   improperly by his meetings with government agents, with

11   Government attorneys, and that his testimony today was a

12   product of those meetings.

13          So I would say, in addition to the suggestion that the

14   witness had somehow fabricated his testimony through

15   conversations with Dieucibon Xxxxxx over the last two years,

16   you know, that the repeated questions regarding "how many times

17   you met with government agents and attorneys and you went over

18   your testimony with them" -- I think there was the unmistakable

19   implication that we had somehow influenced his testimony.

20          The statement was clearly made years before either our

21   meetings with the witness and years before the two-year period

22   that defense counsel referenced in regard to Dieucibon Xxxxxx.

23          So we think the statement should come in as a prior

24   consistent statement.

25          MR. HOROWITZ:  Your Honor, the Government is confusing
```

1    cross-examination questions and impeaching the witness with the

2    standards under 801(d)(1)(A), which is recent fabrication.  I

3    have a right to inquire as to each witness how many times

4    they've met with the Government and they haven't met with

5    defense counsel.  That has nothing to do with recent

6    fabrication, which is the requirement under 801(d)(1)(A).

7          Cross-examination and having -- and asking a witness

8    questions does not open the door to this type of evidence.  It

9    is the defense obligation to cross-examine a witness to bring

10   out answers to questions in the light most favorable to our

11   client.

12         That does not open the door for recent fabrication.

13   The fact that he met with the Government has nothing to do with

14   recent fabrication.  The fact that he hasn't met with us, that

15   has nothing to do with recent fabrication.  The fact that he

16   interacts with other witnesses in this case has nothing to do

17   with recent fabrication.

18         There was no questions along the lines of "You got

19   together and concocted this story."  There were absolutely no

20   questions that there was a recent fabrication.  And, therefore,

21   there is absolutely no reason to admit the statement at this

22   time.

23         If so, then the statement's got to come in because

24   there are a number of these as to each and every witness on

25   redirect.  If the Government wanted to bring in the statement

1   on direct, they could have done it or they could have tried to

2   do it.

3          I think it would have been -- I don't think -- I think

4   it would have been objectionable and I think it remains

5   objectionable and should be kept out.

6          MS. KANE:  Your Honor, may I add something?

7          THE COURT:  Yes.

8          MS. KANE:  The rule makes clear that the questions

9   don't need to be as express as "You concocted this story."  It

10  clearly allows for implied charges of recent fabrication,

11  implied charges that their testimony has been influenced by an

12  improper influence.

13         Defense counsel did not merely ask "How many times did

14  you meet with the Government?"  The defense counsel made clear

15  "You went over your testimony with the Government."

16         The defense counsel also asked questions regarding,

17  you know, his conversations with Dieucibon, over e-mail or

18  phone or Facebook, you know, "Over the last two years, you have

19  spoken, you know, to Dieucibon Xxxxxx about what your testimony

20  is going to be."

21         It was unmistakable.  There was no other basis for the

22  question other than to suggest that the testimony that this

23  witness was giving was something that he was making up because

24  of his conversations with Dieucibon, which were recent, because

25  of his meetings and his interactions with the Government.

 1          THE COURT:  I'm going to overrule the objection and

 2    allow the Government to both question and introduce the prior

 3    statement, that being Exhibit 94.

 4          The witness testified that he wrote this letter around

 5    2002 at the time that he left Morning Star Center.

 6          I find that, through the cross-examination by

 7    Mr. Horowitz, that there was an implied charge that the

 8    declarant recently fabricated his testimony in collusion with

 9    another witness, that being Dieucibon Xxxxxx.

10          This was established first by the fact that -- through

11    cross-examination, that when the witness traveled to the United

12    States and met with various people, sponsors, he never

13    mentioned anything about the alleged sexual abuse and, more

14    importantly, through his contact with Dieucibon Xxxxxx over

15    Facebook, which defense counsel sought to establish as

16    continuous.

17          And specifically Mr. Horowitz asked:

18          "Question:  Mr. Xxxxxxxx, before you testified today,

19    have you been in contact with Jean Dieucibon Xxxxxx?

20          "Answer:  What do you mean, 'in contact'?

21          "Question:  Do you need me to describe what an e-mail

22    is to you again?

23          "Objection.  Argumentative."

24          Sustained by the Court.

25          "Question:  By telephone, by e-mail.

```
 1              "Answer:  No.

 2              "Question:  By Facebook?

 3              "Answer:  While I'm here?

 4              Question:  In the last two years.

 5              "Answer:  Yes.  That's my friend.

 6              "Question:  You remain in contact with him on a

 7    regular basis; do you not?

 8              "Answer:  It cannot be regularly because he's working,

 9    I'm working.  And sometimes, if I go on Facebook, I see him.  I

10    chat with him.

11              "Question:  Do you talk about your testimony in this

12    case?

13              "Answer:  I didn't go into details with him, but I

14    told him that I would participate in the trial.

15              "Question:  Did you see him outside of court today?

16              "Answer:  Yes.  I was with him."

17              And then there was an additional question about having

18    dinner with him and the witness denied.

19              So I find that that line of questioning concerning

20    contact over a two-year period with the other witness is an

21    implied charge of recent fabrication and collusion between the

22    two witnesses as to what their testimony would be.

23              In addition, I find that, through cross-examination,

24    there was an implied charge of recent improper influence

25    through meetings with the Government and discussions of
```

 1    testimony.

 2            When Mr. Horowitz began his cross-examination, he

 3    asked:

 4            "Question:  Well, Mr. Xxxxxxxx, we've never met

 5    before.  Correct?

 6            "Answer:  Who?  You?

 7            "Question:  Yes, sir.  Me.

 8            "Answer:  No.

 9            "Question:  We haven't gone over our testimony, have

10    we?

11            "Answer:  No."

12            And there was additional extensive cross-examination

13    about e-mail contacts, telephone contact and meetings with the

14    Government.

15            Ms. Kane is correct.  Mr. Horowitz stood before and

16    pointed to the two attorneys and the agents and specifically

17    questioned about meetings with those persons and reviewing

18    testimony with those persons.

19            And I find that that opens the door for -- that the

20    witness is now testifying from a recent improper influence,

21    that being testimony that the Government has led him to testify

22    to or instructed him to testify to or suggested that he testify

23    to through the meetings with the Government, that that is the

24    implied charge.

25            It is fair cross-examination.  It is proper

1    cross-examination.  But it also opens the door for an

2    801(d)(1)(B) prior consistent statement to then be sought to be

3    introduced into evidence and questioned on redirect.  And I

4    find that that is the instance here.

5         Now, in regard to the statement, there are matters in

6    the letter, in Exhibit 94, that go beyond the testimony and the

7    area of the sexual abuse.

8         For instance, at the bottom of the first page of

9    Exhibit 94, it says -- he's speaking about the ability to make

10   a decision to finally leave the program, that being Morning

11   Star.

12        "Reasons:  First of all, God hates those who live in

13   corruption, and Bill is one of them.  He is a homosexual.  He's

14   used to having sex with the boys, treating them like slaves and

15   beating them so hard."

16        I would venture to say that -- there's been no

17   testimony of physical beatings from this witness.  So I would

18   suggest that "beating them so hard" be redacted from the

19   letter.

20        There's also an instance on Page 4 where references

21   about getting water, which he did testify about, that it was

22   his job to bring him ice water.

23        But he references a specific instance where he didn't

24   deliver the water to him because he was meeting with boys and

25   then the Defendant -- yes.

1          He does say he forgot to bring him the glass of ice

2    water, he went to bed, "in the middle of the night, Bill poured

3    a cup of water on me on the bed."  And I would -- I find that

4    that also -- that instance should be redacted from the letter.

5          Those were the two areas of redaction that I saw.

6          And I will allow recross on both the testimony and the

7    introduction of the letter.  I find that's appropriate under

8    the rule.

9          I cite for authority -- and I do find that this

10   statement was made -- the letter was made prior to the charged

11   recent fabrication or improper influence pursuant to *Tome* --

12   T-o-m-e -- *versus United States*, 513 U.S. 150, a 1995 decision

13   by the United States Supreme Court.

14         I would cite also as authority *United States versus*

15   *Belfast, Jr.*, 611 F.3d 783, a 2010 decision by the Eleventh

16   Circuit; *United States versus Drury* -- D-r-u-r-y -- 396 F.3d

17   1303, a 2005 decision by the Eleventh Circuit; *United States*

18   *versus Prieto* -- P-r-i-e-t-o -- 232 F.3d 816, November 6th,

19   2000; *United States versus Myers*, 972 F.2d 1566, a 1992

20   decision by the Eleventh Circuit.

21         The Eleventh Circuit cites in that case *United States*

22   *versus Brantley*, 733 F.2d 1429, a 1984 Eleventh Circuit

23   decision, quoting, "A trial court has discretion to exclude

24   those parts of prior consistent statements that do not relate

25   specifically to matters in which the Defendant has been

1  impeached," and *United States versus Stepherson* --

2  S-t-e-p-h-e-r-s-o-n -- 383 F.Appendix 853, a 2010 decision by

3  the Eleventh Circuit.

4         MS. MEDETIS:  Your Honor, would the Court like to

5  examine the redacted exhibit before we start?

6         THE COURT:  Have you shown it to counsel?

7         MS. MEDETIS:  I will show it to counsel.

8         THE COURT:  Yes.

9         MS. MEDETIS:  (Tenders document to counsel.)

10        I've shown it to counsel.  They're fine with it.

11        Would your Honor like to inspect it?

12        THE COURT:  That's fine, as long as the parties agree

13  that it's --

14        MR. HOROWITZ:  Judge, without waiving any prior

15  objection, it's pursuant to the Court's order.

16        THE COURT:  The Government filed a motion in limine to

17  exclude evidence under 609 and 608(b) that's still pending.

18  It's Docket Entry 184.

19        No response has been filed yet.  You had indicated you

20  were going to file a response.

21        MR. HOROWITZ:  Judge, may we extend the time to

22  respond until -- when is the Government going to call the

23  witness?

24        MS. MEDETIS:  Your Honor, it could be tomorrow or

25  Friday, depending on the pace of things today, which we're

```
 1    hopeful will --

 2              MR. HOROWITZ:  I'll try to get it by first thing in

 3    the morning, Judge.

 4              THE COURT:  So let's bring in the jury, please.

 5              MR. HOROWITZ:  Judge, there's one other matter I want

 6    to highlight for the Court.  If the jury's here, we can take it

 7    up later.

 8              I had reserved a motion at Pages 123 and 124 of

 9    yesterday's transcript.

10              THE COURT:  I remember you reserving a motion.

11              MR. HOROWITZ:  That's where it is within the

12    transcript.  I don't want to waste the jury's time.  We can

13    argue it later or we can -- at the Court's pleasure.

14              THE COURT:  That's fine.  We can take it up later.

15              Are we ready for the jury?

16              Let's bring them in, please.

17              You can have the witness take the stand, please.

18              (Whereupon, the jury entered the courtroom at

19    9:43 a.m. and the following proceedings were had:)

20              THE COURT:  Good morning.

21              THE JURY:  Good morning.

22              THE COURT:  You may be seated.

23              Good morning, ladies and gentlemen.  I apologize for

24    the delay this morning.  We were working in here.

25              You are still under oath, sir.
```

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  You may proceed, Ms. Kane.

 3              MS. KANE:  Thank you, your Honor.

 4                      REDIRECT EXAMINATION

 5   BY MS. KANE:

 6   Q.  Good morning, Jobed.

 7              MS. KANE:  Your Honor, I'm showing what has previously

 8   been marked for identification as Government's Exhibit 94 to

 9   defense counsel.

10              Permission to approach, your Honor?

11              THE COURT:  You may.

12   BY MS. KANE:

13   Q.  Jobed, I'm showing you Government's Exhibit 94.  Would you

14   please take a moment and just review that.

15              THE COURT:  Would you move away from the witness,

16   please.  You can't block the jury.

17              MS. KANE:  I'm sorry.

18   BY MS. KANE:

19   Q.  Do you recognize this, Jobed?

20   A.  Yes.

21   Q.  And what is this?

22   A.  It's a letter that I wrote after I left his house and I was

23   explaining what was going on.  A lady by the name of Betty has

24   visited the program.

25         She was also a sponsor.  She had made contact with Ismael
```

1    and Eder.  We were there and we were talking.  So she asked us

2    to write a letter of what was going on, each of us.  And we

3    did.

4              MS. KANE:  Your Honor, I would move to admit

5    Government's Exhibit 94 at this time.

6              MR. HOROWITZ:  Judge, we'd renew prior objections.

7              THE COURT:  Objections are overruled.

8              It will be admitted as Government's Exhibit 94.

9              (Whereupon, Government's Exhibit No. 94 was entered

10   into evidence.)

11             THE COURT:  You may publish.

12             MS. KANE:  Thank you, your Honor.

13             THE COURT:  You may need to put the overhead lights on

14   there.  It should say "Upper Lights."

15             MS. MEDETIS:  Judge, I think it's just warming up.  It

16   may be getting brighter now.

17             THE COURT:  Okay.

18   BY MS. KANE:

19   Q.  Jobed, when you wrote this letter, was this prior to the

20   time that you had met with me?

21   A.  Yes.  Before I met with you.

22   Q.  And this was before you met Agents Larko and Flores in this

23   case?

24   A.  Yes.  Yes.

25   Q.  And, Jobed, what is your native language?

J. Xxxxxxxx - REDIRECT - By Ms. Kane                17

```
 1    A.   Creole.

 2    Q.   Do you speak any other languages?

 3    A.   Yes.

 4    Q.   What languages do you speak?

 5    A.   English and French.

 6    Q.   Can you also write in English?

 7    A.   Yes.

 8    Q.   And in what language is this letter?

 9    A.   English.

10    Q.   Would you be able to read this -- the first page of this

11    letter aloud in English?

12    A.   "Dear Friends, My name is Jobed Xxxxxxxx.  I have been in

13    the Morning Star program for almost seven years.  The first

14    time I got into the Morning Star program, I was about 9 or 10

15    years old.  And when I left it, I was about 17 years old.

16        "The reason I left the program is because I couldn't be

17    anymore all the hardship" --

18    Q.   Jobed, I'm sorry.  Could you read that part again.

19            MR. HOROWITZ:  Objection, your Honor.

20            THE COURT:  Sustained.

21    BY MS. KANE:

22    Q.   Sorry.  Continue reading, Jobed.

23    A.   "The reason I left the Morning Star is because I couldn't

24    bear anymore all the hardship it took.  That means the bad

25    living situation I was in.
```

1        "Even when I know things weren't much better at home, all I

2   thought about was just to leave."

3   Q.  Can you continue reading from here, Jobed.

4        MR. HOROWITZ:  Objection, your Honor.  There's no

5   question pending before the Court.

6        THE COURT:  Overruled.

7        THE WITNESS:  "When I was young, I didn't really know

8   what to do, but as I get old enough, God gave me the ability to

9   make a decision.  So I finally left the program.

10       "Reasons:  First of all, God hates those who lives in

11  corruption, and Bill is one of them.  He is a homosexual.  He's

12  used to having sex with the boys, treating them like slaves."

13  BY MS. KANE:

14  Q.  Thank you, Jobed.

15       When you wrote this letter, who were you referring to when

16  you said "the boys"?

17  A.  All the boys in the program.

18  Q.  And does that include you?

19  A.  Yes.

20  Q.  Jobed, when you met with me and Ms. Medetis, Agents Larko

21  and Flores, did we tell you what to say in your testimony?

22  A.  Never.

23  Q.  And what did we tell you to testify about?

24       MR. HOROWITZ:  Objection.  Hearsay.

25       THE COURT:  Sustained.

J. Xxxxxxxx - RECROSS - By Mr. Horowitz          19

1              Rephrase your question.

2   BY MS. KANE:

3   Q.  What did we tell you to do, Jobed?

4          MR. HOROWITZ:  Same objection.

5          THE COURT:  Sustained.

6   BY MS. KANE:

7   Q.  Jobed, what is your responsibility today here in court?

8   A.  To give my testimony, to explain to -- what had happened to

9   me, to tell the truth.

10         MS. KANE:  Thank you.

11         THE COURT:  Mr. Horowitz.

12         MR. HOROWITZ:  Judge, may I recross on just

13  Government's Exhibit 94?

14         THE COURT:  Yes.

15                   RECROSS-EXAMINATION

16  BY MR. HOROWITZ:

17  Q.  Mr. Xxxxxxxx, who told you to write this letter?

18  A.  Betty.

19  Q.  Betty who?

20  A.  I do not recall her last name.

21  Q.  Is this letter addressed to Betty?

22  A.  The letter was about what was going on, what had happened

23  to me.  And from what she had advised me, there would be an

24  investigation ongoing.  And I wrote the letter.

25  Q.  Betty told you what to write here, didn't she?

J. Xxxxxxxx - RECROSS - By Mr. Horowitz          20

1    A.   No.

2    Q.   As a matter of fact, this letter is not even addressed to

3    Betty, is it?

4            MS. KANE:  Asked and answered.  Objection.

5            THE COURT:  Overruled.

6            THE WITNESS:  No.

7    BY MR. HOROWITZ:

8    Q.   It starts out with the words, "Dear Friends."

9         Do you see that?  It's on the screen.

10   A.   Yes.

11   Q.   When was this letter written?

12   A.   Oh, it was a while ago.

13   Q.   You don't know when?

14   A.   After I left his house.

15   Q.   You left his house in 2002.  Correct?

16   A.   Yes.  Probably.  2001, 2002.

17   Q.   You don't know when you wrote this letter, do you?

18   A.   After I left his house.

19   Q.   You left his house 11 years ago.  It's now 2013.

20   A.   Uh-huh.

21   Q.   Is that a "yes"?

22           MS. MEDETIS:  Is there a question, your Honor?

23           THE COURT:  Ask your next question.

24   BY MR. HOROWITZ:

25   Q.   Between 2002 and 2013, you wrote this letter?

J. Xxxxxxxx - RECROSS - By Mr. Horowitz            21

```
 1    A.   I wrote the letter after I left his house.

 2    Q.   Did you write it in 2003?

 3    A.   It could be 2003.

 4    Q.   How about 2004?

 5    A.   No.

 6    Q.   Where's the date on this letter?  Is it anywhere?

 7    A.   No.

 8    Q.   This letter was written because you needed money; was it

 9    not?

10    A.   No.  That's not true.

11    Q.   Do you have the letter in front of you?

12    A.   Yes.

13    Q.   I want you to turn to Page No. 6.  I have it up on the

14    screen for you.

15         Can you see that?

16    A.   Yes.

17    Q.   Can you see the top where it says No. 6?

18    A.   Yes.

19    Q.   Do you see in the middle of the page right over here where

20    the word "because" is?

21    A.   Uh-huh.

22    Q.   It says, "Because I pray for that some of you would like to

23    help me."

24         Do you see that?

25    A.   Yes.
```

1  Q.  And you wanted the friends at the beginning of the letter

2  to send you money.

3  A.  No.  I was explaining my situation, what I went through.

4  Q.  And you also wanted money.  You want these people to --

5          MS. KANE:  Objection.  Asked and answered.

6          THE COURT:  Sustained.

7  BY MR. HOROWITZ:

8  Q.  You put your phone number in this letter; did you not?

9  A.  Yes.  My cousin's number.

10  Q.  Your address in Croix des Bouquets?

11  A.  Yes.

12  Q.  So they knew where to send the money.  Correct?

13  A.  No.  I just put my address there.  I don't know where you

14  get the information that I was requesting money or I placed my

15  address so they could send me money.

16          MR. HOROWITZ:  No further questions.

17          Thank you, your Honor.

18          THE COURT:  Redirect?

19                        REDIRECT EXAMINATION

20  BY MS. KANE:

21  Q.  Jobed, what kind of help did you want when you wrote this

22  letter?

23  A.  I wanted to explain my situation.  I wanted to tell them

24  what was going on.  And the sponsors used to visit the center

25  and they used to see me and help out.  I was reaching out to

1    someone.

2    Q.   And why did you want to explain your situation and the

3    situation of these boys to the sponsors?

4    A.   I just want it to stop.

5    Q.   What did you want to stop, Jobed?

6    A.   I wanted him to stop abusing the boys.  I just wanted him

7    to stop because he's been doing it for so long.  What would

8    happen to other kids, to other children in the area?

9        He had to stop somehow.  And it would have been worse if he

10   was not stopped.  It would have been worse.  And I tried to

11   participate by writing a letter.

12   Q.   And who are you referring to, Jobed?

13   A.   Mr. Bill.

14           MS. KANE:  No further questions, your Honor.

15           THE COURT:  You may step down, sir.

16           (Witness excused.)

17           THE COURT:  Call your next witness.

18           MS. KANE:  The United States calls Peterson Xxxxxx.

19            PETERSON Xxxxxx, GOVERNMENT WITNESS, SWORN

20           THE COURT REPORTER:  Thank you.  Please be seated.

21           Please state your full name and spell it, please.

22           THE WITNESS:  Peterson, P-e-t-e-r-s-o-n, Xxxxxx,

23   X-x-x-x-x-x.

24

25

```
 1                    DIRECT EXAMINATION
 2   BY MS. KANE:
 3   Q.   Good morning.
 4   A.   Good morning.
 5   Q.   May I call you Peterson?
 6   A.   Yes.
 7            THE COURT:  You're going to have to keep your voice
 8   up, sir.  Okay?
 9            THE WITNESS:  Yes.
10   BY MS. KANE:
11   Q.   What languages do you speak, Peterson?
12   A.   English, French, Creole.
13   Q.   What is your first language or your native language?
14   A.   Creole.
15   Q.   And what language do you prefer to testify in today?
16   A.   English.
17            MS. KANE:  Your Honor, since the witness's native
18   language is Creole, may the interpreter stay in case he has
19   some issues?
20            THE COURT:  Yes.
21            MS. KANE:  Thank you, your Honor.
22   BY MS. KANE:
23   Q.   Peterson, when were you born?
24   A.   May 27th, 1988.
25   Q.   How old are you now?
```

 1   A.   I'm 24.

 2   Q.   Where are you from originally?

 3   A.   Haiti, Port-au-Prince.

 4   Q.   And where do you live now?

 5   A.   France, Paris.

 6   Q.   Are you in school now?

 7   A.   Yes.

 8   Q.   What are you studying?

 9   A.   In France.

10   Q.   What are you studying in France?

11   A.   Culinary arts.

12   Q.   Would you please tell us a little bit about your parents.

13   A.   My mother, she's Haitian.  My father, he was German.

14   Q.   Are your parents still living?

15   A.   My mother, yes.

16   Q.   And has your father passed away?

17   A.   Yes.

18   Q.   When did your father pass away?

19   A.   2008.

20   Q.   Do you have any brothers or sisters?

21   A.   Yes.

22   Q.   How many brothers and sisters do you have?

23   A.   One brother, two sisters.

24   Q.   And are they older or younger than you?

25   A.   One older sister, one younger sister, and an older brother.

1  Q.  Do you know a man, Peterson, named Matthew Andrew Carter?

2  A.  Yes, I do.

3  Q.  Is he in the courtroom today?

4  A.  Yes.

5  Q.  Could you please point to him and describe him by a piece

6  of clothing that he's wearing.

7  A.  White shirt, over there.

8          MS. KANE:  Please have the record reflect that the

9  witness has identified the Defendant.

10         THE COURT:  It will so reflect.

11 BY MS. KANE:

12 Q.  Do you know a man named Bill Carter?

13 A.  Yes.

14 Q.  Is he in the courtroom today?

15 A.  Yes.

16 Q.  Would you please point to him and describe him by a piece

17 of clothing that he's wearing.

18 A.  White shirt, over there.

19         MS. KANE:  Please have the record reflect that the

20 witness identified the Defendant.

21         THE COURT:  It will so reflect.

22 BY MS. KANE:

23 Q.  Approximately how old were you when you first met the

24 Defendant?

25 A.  I was 10 years old.

P. Xxxxxx - DIRECT - By Ms. Kane                    27

```
 1    Q.   And so in what year was that, approximately?

 2    A.   1988.

 3    Q.   1988.

 4         Is that when you were born?

 5    A.   Oh.  1998.

 6    Q.   Okay.  So you met the Defendant in about 1998?

 7    A.   Yes.

 8    Q.   Where were you when you met him for the first time?

 9    A.   In Haiti.

10    Q.   Where in Haiti were you when you met him?

11    A.   Santo, Port-au-Prince.

12    Q.   And were you at a particular location in Santo?

13    A.   Yes.

14    Q.   Where were you?

15    A.   At my mother's house.

16    Q.   And why was the Defendant at your mother's house?

17    A.   I met him at the orphanage where he was living.

18    Q.   So you were not at your mother's house when you met him for

19    the first time?

20    A.   No.  Sorry.

21    Q.   That's okay.

22         So when you met him, you were actually at the Defendant's

23    home?

24    A.   Yes.

25    Q.   And the Defendant had an orphanage?
```

P. Xxxxxx - DIRECT - By Ms. Kane                    28

```
 1    A.   Yes.

 2    Q.   What was the name of the Defendant's orphanage?

 3    A.   Morning Star.

 4    Q.   And who were you at the orphanage with when you met him for

 5    that first time?

 6    A.   With my mother, my sister and my cousin.

 7    Q.   And what is -- what was your sister's name, the one that

 8    was with you?

 9    A.   Marie Linda La Tendresse.

10    Q.   And what was your cousin's name?

11    A.   Cristella.

12    Q.   And what happened on that first day that you met the

13    Defendant?

14    A.   I -- he accept that I live with him at the Morning Star.

15    Q.   When you say that he accepted for you to live at the

16    Morning Star, what do you mean?

17    A.   My mother asked him to take me in the orphanage and he

18    agreed.

19    Q.   And on the day that you were -- on that first day that you

20    met the Defendant, did you move into the orphanage that day?

21    A.   Yes.

22         MS. KANE:  I'm showing defense counsel what has been

23    marked for identification as Government's Exhibit 44.

24         Permission to approach, your Honor?

25         THE COURT:  You may.
```

P. Xxxxxx - DIRECT - By Ms. Kane                29

1   BY MS. KANE:

2   Q.   I'm showing you Government's Exhibit No. 44.

3        Do you recognize that?

4   A.   Yes.

5   Q.   And what is this?

6   A.   These are the kids that were living at the orphanage at the

7   time.

8   Q.   And is there -- do you see -- is there a picture of

9   yourself in this?

10  A.   Yes.

11  Q.   And is there a picture of your sister in this?

12  A.   Yes.

13  Q.   And is there a picture of your cousin in this?

14  A.   Yes.

15  Q.   And do these pictures fairly and accurately depict

16  yourself, your sister and your cousin around the time that you

17  moved into the Defendant's orphanage?

18  A.   Yes.

19        MS. KANE:  Your Honor, I'd move to admit Government's

20  Exhibit No. 44.

21        THE COURT:  It will be admitted as Government's

22  Exhibit 44.

23        (Whereupon, Government's Exhibit No. 44 was entered

24  into evidence.)

25        THE COURT:  You may publish.

1    BY MS. KANE:

2    Q.   Peterson, who is depicted here?

3    A.   Me.

4    Q.   And is that what you looked like when you moved into the

5    Defendant's orphanage?

6    A.   Yes.

7    Q.   And who is depicted here in the bottom right-hand corner?

8    A.   My cousin, Cristella.

9    Q.   And who is depicted here?

10   A.   My sister, Linda.

11   Q.   Do you recognize the other people that are depicted here?

12   A.   Yes.

13   Q.   And, in general, who are these people?

14   A.   The boys that were living at the orphanage.

15   Q.   Do you remember these boys living at the orphanage when you

16   moved in?

17   A.   Yes.

18   Q.   Sorry, Peterson.  One more question regarding this.

19       Looking at these different pictures and the names that are

20   reflected underneath them, are these names accurate in terms of

21   who is depicted?

22   A.   Yes.

23   Q.   Are they accurate as to the pictures depicted there in the

24   bottom row as well?

25   A.   Yes.

P. Xxxxxx - DIRECT - By Ms. Kane                    31

1   Q.   At the time that you moved into the center with your sister

2   and your cousin, do you know why you were moving into the

3   Defendant's home?

4   A.   Yes.

5   Q.   What was the reason that you were moving in?

6   A.   My mother couldn't afford for me to pay the school.  So she

7   said that she would put me --

8           MR. ADELSTEIN:  Objection.

9           THE WITNESS:  -- in an orphanage.

10          MR. HOROWITZ:  Hearsay.

11          THE COURT:  Sustained as to what she said, but the

12  first part of the answer is overruled.

13  BY MS. KANE:

14  Q.   Without telling us what your mother told you, what was the

15  reason why you were moving into the center?

16  A.   In order for me to go to school.

17  Q.   Was that the reason why your sister and your cousin were

18  also moving into the center?

19  A.   Yes.

20  Q.   And when you were older, did there come a time when you

21  moved out of the center for good?

22  A.   Yes.

23  Q.   And in approximately what year did you move out of the

24  center for good?

25  A.   December, 2004.

1   Q.   So you lived at the Defendant's home between approximately

2   1998 and 2004?

3   A.   Can you repeat the question, please.

4   Q.   So you moved into the center in 1998?

5   A.   Yes.

6   Q.   And you moved out in December of 2004?

7   A.   Yes.

8   Q.   And in between the time that you moved in and the time that

9   you moved out, did you leave the center for -- on a few

10  occasions?

11  A.   Yes.

12  Q.   Do you remember what times between 1998 and December of

13  2004 that you were not living at the center?

14  A.   Yes.

15  Q.   And what time periods were those, if you remember?

16  A.   In 1999, I moved out.

17  Q.   For how long?

18  A.   A year.

19  Q.   And was there another occasion that you moved out for a

20  period?

21  A.   Yes.

22  Q.   And when was that?

23  A.   In 2002.  And I came back in 2003.

24  Q.   Were there any other occasions when you were not living at

25  the center?

P. Xxxxxx - DIRECT - By Ms. Kane                    33

1   A.   Yes.

2   Q.   When was that?

3   A.   In 2004, when I left for good.

4   Q.   When you left for good in 2004?

5   A.   Yes.

6   Q.   Okay.  When you first moved into the center in 1998, where

7   was the Defendant's orphanage located?

8   A.   In Santo 14.

9   Q.   And during the time that you lived at the center, did the

10  orphanage stay in one place or did it move to other locations?

11  A.   It moved.

12  Q.   After Santo 14, what is the next house that you remember

13  living at with the Defendant?

14  A.   In Santo 15.

15  Q.   And what was the next house after that?

16  A.   I moved out.

17  Q.   When you moved back into the center, what was the next

18  house that you lived in?

19  A.   I know the name of the house.  I don't know the exact

20  address.

21  Q.   Okay.  What was the name of the house?

22  A.   The Jolifet House.

23  Q.   And did the center move after the Jolifet House?

24  A.   Yes.

25  Q.   What was the next house?

1   A.   At Santo 15-B.

2   Q.   And after Santo 15-B, where did the center move to next?

3   A.   To Santo 14.

4   Q.   And where was the center in December of 2004, when you

5   moved out for good?

6   A.   In Santo 14.

7   Q.   So the last house was Santo 14?

8   A.   Yes.

9        MS. KANE:  Your Honor, I'd like to show what has

10  previously been admitted as Government's Exhibit 29.

11       THE COURT:  You may.

12  BY MS. KANE:

13  Q.   Peterson, who is depicted in this photograph?

14  A.   Me and Tiga.

15  Q.   Who is Tiga?

16  A.   James Xxxxxxxx.

17  Q.   And did you live with James Xxxxxxxx?

18  A.   Yes.

19  Q.   Do you know where this picture was taken?

20  A.   Yes.

21  Q.   Where was this picture taken?

22  A.   In the house in Santo 15-B on the balcony.

23  Q.   And so is this the -- about the third house that you lived

24  in at the center?

25  A.   The fourth.

P. Xxxxxx - DIRECT - By Ms. Kane                35

1    Q.   The fourth house?

2    A.   Yes.

3    Q.   Okay.  And approximately how old were you when you were

4    depicted in this picture?

5    A.   I was 13.

6    Q.   And how old was James Xxxxxxxx?

7    A.   I don't know.

8    Q.   Was he older or younger than you?

9    A.   He was younger.

10   Q.   And you said that -- you referred to him as Tiga before.

11        Is that -- was that James Xxxxxxxx's nickname?

12   A.   Yes.

13   Q.   When you lived at the center, what were some of the good

14   things that you liked about living at the center?

15   A.   I liked that I got a meal three times a day.  I had friends

16   to play with.

17   Q.   And when you lived with your parents, how many meals a day

18   would you get to eat?

19   A.   Once.  One or two.

20   Q.   You said that you liked having friends at the center.

21        How many other boys did you live with at the center?

22   A.   I don't remember the exact number.

23   Q.   But were there more than ten?

24   A.   Yes.

25   Q.   What other things did you like about living at the center?

P. Xxxxxx - DIRECT - By Ms. Kane                    36

 1   A.   That I went to school.

 2   Q.   Was school important to you?

 3   A.   Yes.

 4   Q.   And why was school important to you?

 5   A.   Because in Haiti, not everyone have the opportunity to go

 6   to school.  So I didn't want to be like my other family members

 7   that didn't have the privilege to do so.

 8   Q.   And in Haiti, why does everybody not have the opportunity

 9   to go to school?

10   A.   Because it's a poor country.

11   Q.   Do you have to pay tuition or fees in order to be able to

12   go to school in Haiti?

13   A.   Yes.

14   Q.   So is there any free -- absolutely free school in Haiti?

15   A.   Yes.

16   Q.   At the schools that are free, do you still have to pay

17   fees?

18   A.   Yes.

19   Q.   When you lived with your parents, were you always able to

20   go to school?

21   A.   Yes.

22   Q.   And when you moved in with the Defendant, he started to pay

23   your school fees?

24        MR. HOROWITZ:  Objection.  Leading.

25        THE COURT:  Sustained.

```
 1                  Rephrase your question.
 2    BY MS. KANE:
 3    Q.  When you moved in with the Defendant, who paid for your
 4    school fees?
 5    A.  Bill Carter.
 6    Q.  And when you moved in with the Defendant, did your parents
 7    have to continue paying your school fees?
 8    A.  No.
 9    Q.  Did that help your family when your parents no longer --
10              MR. HOROWITZ:  Objection.  Leading.
11    BY MS. KANE:
12    Q.  -- had to pay your school fees?
13              THE COURT:  Sustained.
14              Rephrase your question.
15    BY MS. KANE:
16    Q.  When you moved in with the Defendant -- strike that.
17        In addition to being able to go to school, getting fed
18    three meals a day, living with your parents, are there any
19    other things that you liked about living at the center?
20    A.  Yes.
21    Q.  What other things?
22    A.  I had video games.  I had more games than my parents could
23    afford to give me, clothes.
24    Q.  What kinds of clothes?
25    A.  I had more than one pair of tennis shoes.
```

P. Xxxxxx - DIRECT - By Ms. Kane                    38

1  Q.   When you lived with the Defendant, did you learn English?

2  A.   Yes.

3  Q.   And how did you learn English?

4  A.   I learned English at school and I practiced at the

5  orphanage.

6  Q.   When you lived at the center, in general, where would you

7  sleep?

8  A.   When I first moved at the orphanage, I slept in Bill's

9  room.

10 Q.   Where in Bill's room would you sleep?

11 A.   On the bed.

12 Q.   Was this the Defendant's bed?

13 A.   Yes.

14 Q.   And did the Defendant sleep in the same bed as you?

15 A.   Yes.

16 Q.   Did the Defendant tell you why you had to sleep in his bed

17 with him?

18 A.   Yes.

19 Q.   What did the Defendant say?

20 A.   There was no room for me and there was not a bed.

21 Q.   Did you have to sleep in the same bed as the Defendant on a

22 regular basis?

23 A.   Yes.

24 Q.   And did you have to sleep in the Defendant's bed with the

25 Defendant at more than one house or just this first house, when

1    you moved in?

2    A.   More than one house.

3    Q.   At times, were there beds or other places available for you

4    to sleep at at the center?

5    A.   In the future, yes.

6    Q.   So at other houses later on, there were other beds or

7    places you could have slept?

8    A.   Yes.

9    Q.   Why did you continue to sleep in the Defendant's bed with

10   the Defendant, then, at that point?

11   A.   Because he told me to.

12   Q.   In general, how did the Defendant treat you and the other

13   boys living at the center?

14   A.   The same.

15   Q.   And how would he treat you?  Was he nice to you?

16   A.   Yes.

17   Q.   What was the Defendant like when he was not happy with you?

18   A.   He was mean.

19   Q.   And how would the Defendant be mean?

20   A.   I would get beat.

21   Q.   How would the Defendant beat you?

22   A.   With a stick.

23   Q.   Did the Defendant use anything else to beat you with?

24   A.   Yes.

25   Q.   What did he use?

1    A.   His fist.

2    Q.   A closed fist?

3    A.   Yes.

4    Q.   And why would the Defendant beat you with a closed fist or

5    with a stick?

6    A.   For -- if I were to do something wrong or sometimes for no

7    reason.

8    Q.   During the time that you lived at the center at these

9    different locations with the Defendant, did the Defendant ever

10   touch you in any sexual way?

11   A.   Yes.

12   Q.   Do you remember the first time that that happened?

13   A.   Yes.

14   Q.   And when was that?

15   A.   In 1999.

16   Q.   Do you remember at what house you were living in when this

17   happened?

18   A.   Yes.

19   Q.   What house?

20   A.   Santo 15-B.

21   Q.   And can you please tell us what happened on that first

22   occasion.

23   A.   Yes.

24        One afternoon, I was playing soccer in the backyard with

25   the boys.  And he called me.  I went --

P. Xxxxxx - DIRECT - By Ms. Kane                     41

1   Q.   Who is "he"?

2   A.   Bill.

3   Q.   Okay.

4   A.   I went upstairs.  And he told me to go in his room.  And I

5   walked in and he took my clothes off and he make me lay on the

6   bed.

7        And he took his clothes off and he put his mouth -- my

8   penis in his mouth and he sucked my penis and he put lotion in

9   my hands and he told me to hold his penis and to masturbate for

10  him.

11       And I didn't know what that means.  He took my hands and

12  showed me how to do it.  And he make me masturbate for him.

13  Q.   So the Defendant first sucked your penis?

14  A.   Yes.

15  Q.   Was the Defendant -- where was the Defendant when he was

16  sucking your penis?  Was he next to you?  On top of you?  Where

17  was he?

18  A.   On top of me.

19  Q.   And you were lying on the bed?

20  A.   Yes.

21  Q.   Where was the Defendant lying on top of you?  Was he on

22  your legs?  On your body?

23  A.   I was laying down on my back and he was laying on top of

24  me.

25  Q.   Was the Defendant touching you in any way while he was

 1  sucking your penis?

 2  A.   Yes.

 3  Q.   And where was the Defendant touching you?

 4  A.   My stomach, my legs and my body.

 5  Q.   After the Defendant sucked your penis, did he then have you

 6  masturbate him?

 7  A.   Yes.

 8  Q.   You said the Defendant gave you lotion.

 9       Where was the lotion?

10  A.   By his bed.

11  Q.   And how did the Defendant give you lotion?

12  A.   He grabbed it and take my hands and poured it in my hands.

13  Q.   You said that you didn't know what to do when the Defendant

14  asked you and that he put your hand on his penis.

15       Did the Defendant continue to hold your hand on his penis?

16  A.   Yes.

17  Q.   Did the Defendant ejaculate after this happened?

18  A.   Yes.

19  Q.   And had the Defendant been holding his hand on your hand on

20  his penis the entire time up until he ejaculated?

21  A.   No.

22  Q.   When did the Defendant remove his hand?

23  A.   After he showed me what to do.

24  Q.   After you masturbated the Defendant, what happened?

25  A.   He gave me candies and toys.

P. Xxxxxx - DIRECT - By Ms. Kane                    43

1   Q.   Did the Defendant say anything to you?

2   A.   Yes.

3   Q.   What did the Defendant say?

4   A.   He loves me.

5   Q.   Did the Defendant ever suck your penis or have you

6   masturbate him again?

7   A.   Yes.

8   Q.   How often did the Defendant have you do these types of

9   sexual things with him?

10  A.   Often.

11  Q.   Do you remember the next time something like that happened?

12  A.   Yes.

13  Q.   Can you tell us what happened.

14  A.   One night, after supper, he called me to his room again and

15  told me to do it.  And he did exactly the same thing.

16  Q.   So on this second occasion, the Defendant sucked your penis

17  again?

18  A.   Yes.

19  Q.   And after the Defendant sucked your penis, did the

20  Defendant have you masturbate him?

21  A.   Yes.

22  Q.   Did the Defendant give you lotion again on this second

23  occasion?

24  A.   Yes.

25  Q.   And was this still the Santo 15-B house?

1    A.   Yes.

2    Q.   When you were living at that house, how often would the

3    Defendant ask you to do these sexual things?

4    A.   Often.

5    Q.   Did it happen again at the next house that you lived at?

6    A.   Yes.

7    Q.   And was the next house Santo 14 or was it the Jolifet

8    House?

9    A.   The Jolifet House.

10   Q.   What sexual abuse do you remember occurring at the Jolifet

11   House?

12   A.   The same.

13   Q.   And by "the same," what do you mean?

14   A.   He would call me into his room and take my clothes off,

15   make me lay on the bed and suck my penis and make me masturbate

16   for him.

17   Q.   And the house after the Jolifet House was another -- the

18   Santo 15-B house?

19   A.   Yes.

20   Q.   And do you remember the Defendant sexually abusing you at

21   that house?

22   A.   Yes.

23   Q.   And how often would it happen at that house?

24   A.   Often.

25   Q.   Did there come a time when you and the Defendant traveled

 1  together outside of Haiti?

 2  A.  Yes.

 3  Q.  And where did the Defendant take you?

 4  A.  To America.

 5  Q.  Do you remember the year when the Defendant took you to

 6  America?

 7  A.  Yes.

 8  Q.  And what year was that?

 9  A.  September, 2001.

10          MS. KANE:  I'm showing defense counsel what has been

11  marked as Government's Exhibit 75.

12          Permission to approach, your Honor?

13          THE COURT:  You may.

14  BY MS. KANE:

15  Q.  Peterson, I'm showing you what has been marked as

16  Government's Exhibit 75.

17          Do you recognize this?

18  A.  Yes.

19  Q.  What is this?

20  A.  This is a travel authorization.

21  Q.  And what is this the travel authorization for?

22  A.  For Bill to travel with me, that my parents gave him

23  authorization.

24  Q.  And where was -- was it -- what was the authorization for?

25  What was it to travel to?

1   A.   To America.

2   Q.   And directing your attention to the bottom right-hand

3   corner, whose signature is this?

4   A.   Bill's signature.

5   Q.   And how do you know that that's Bill's signature?

6   A.   Because I see it here.

7   Q.   Did you see the Defendant sign this document?

8   A.   Yes.

9        MS. KANE:  Your Honor, I'd move to admit Government's

10  Exhibit No. 75.

11       MR. ADELSTEIN:  No objection.

12       THE COURT:  It will be admitted as Government's

13  Exhibit 75.

14       (Whereupon, Government's Exhibit No. 75 was entered

15  into evidence.)

16       THE COURT:  You may publish.

17  BY MS. KANE:

18  Q.   Peterson, what is the address that is written at the top

19  here regarding the Morning Star?

20  A.   Santo 15-B, Croix des Bouquets, Haiti.

21  Q.   And what is the title of this document?

22  A.   "Letter of Parental Authorization and Travel Agreement."

23  Q.   And who is it regarding?

24  A.   Peterson Xxxxxx.  Me.

25  Q.   And would you please read the first paragraph of this

 1    letter.

 2    A.   Yes.

 3         "To Whom It May Concern:   This letter is my acknowledgement

 4    to any interested officials, whether Haitians or of the United

 5    States of America, that I am the responsible person for the

 6    above-named youth.

 7         "I further attest to the fact I have been fully informed of

 8    the travel itinerary and all the travel arrangements, scheduled

 9    church or other meetings, accommodations and adult supervision

10    for my child throughout his month tour of the United States

11    with American citizen Matthew A. Carter, scheduled for

12    September 7th through October 2nd."

13    Q.   And whose signatures are at the bottom of this document?

14    A.   My parents', Eddy and Bill.

15    Q.   Who is Eddy?

16    A.   He was the witness, the supervisor at the orphanage.

17    Q.   Did you live with Eddy?

18    A.   Yes.

19    Q.   And was he older than you?

20    A.   Yes.

21    Q.   And what did he do at the center?

22    A.   He was the translator, one of the older boys.

23    Q.   Did he also supervise you?

24    A.   Yes.

25    Q.   What did the Defendant tell you about why he was taking you

```
 1   to the United States?

 2   A.  To raise money for the orphanage.

 3   Q.  And did you and the Defendant fly to the United States on

 4   an airplane?

 5   A.  Yes.

 6   Q.  And where in the United States did you and the Defendant

 7   fly to in September, 2001?

 8   A.  To Florida.

 9   Q.  And within the United States, where did you and the

10   Defendant travel to?

11   A.  Michigan.

12   Q.  Do you remember any other places or just Michigan?

13   A.  We flew in Miami.  We took a train the same night to Ocala.

14   Then we took a van.  We drove to Michigan.

15          MS. KANE:  I'm showing defense counsel what has been

16   marked as Government's Exhibit No. 76.

17          Permission to approach, your Honor?

18          THE COURT:  Yes.

19   BY MS. KANE:

20   Q.  Peterson, I'm showing you Government's Exhibit No. 76.

21      Do you recognize this?

22   A.  Yes.

23   Q.  What is this?

24   A.  This is a picture of me and Bill.

25   Q.  Where was this picture taken?
```

```
 1    A.   On a train.

 2    Q.   And where was the train?  What country were you in?

 3    A.   In America, in Florida.

 4    Q.   And in what year was this picture taken?

 5    A.   2001.

 6    Q.   And was this during your September, 2001, trip?

 7    A.   Yes.

 8              MS. KANE:  Your Honor, I would move to admit

 9    Government's Exhibit 76.

10              THE COURT:  It will be admitted as Government's

11    Exhibit 76.

12              (Whereupon, Government's Exhibit No. 76 was entered

13    into evidence.)

14              THE COURT:  You may publish.

15    BY MS. KANE:

16    Q.   In general, what did you and the Defendant do during this

17    September, 2001, trip in the United States?  What did you do

18    while you were there?

19    A.   We visited sponsors.  We went to churches.

20    Q.   And why were you going to these different churches and

21    sponsors?

22    A.   To talk about Haiti, the orphanage, and to raise -- in

23    order to raise money for the Morning Star.

24    Q.   And how long were you in the United States on that trip?

25    A.   Almost one month.
```

1    Q.   So in what month and year did you return to Haiti with the

2    Defendant?

3    A.   In October, 2001, the same year.

4    Q.   And where did you depart from in the United States when you

5    and the Defendant flew back to Haiti?  Where were you in the US

6    when you flew back?

7    A.   I don't remember.

8    Q.   Did you fly from Michigan to Haiti?

9    A.   No.

10   Q.   Do you remember where in the United States you were when

11   you flew back?

12   A.   Yes.

13   Q.   What state were you in?

14   A.   Florida.  Miami.

15   Q.   And before this September, 2001, trip to the United States,

16   had the Defendant sexually abused you before this trip?

17   A.   Yes.

18   Q.   And before this trip, was the Defendant sexually abusing

19   you on a regular basis?

20   A.   Yes.

21   Q.   And after this trip to the United States, when you returned

22   to Haiti in October, 2001, did the Defendant continue to

23   sexually abuse you in Haiti?

24   A.   Yes.

25   Q.   And did the Defendant continue to abuse you on a regular

 1    basis after that trip?

 2    A.   Yes.

 3    Q.   After your trip to the United States, where did the center

 4    move to?  What house did the center move to after this trip?

 5    A.   To Santo 14-B.

 6    Q.   And when you lived at Santo 14-B, did the Defendant

 7    sexually abuse you in a way other than by sucking your penis or

 8    by having you masturbate him?  Did the Defendant sexually abuse

 9    you in any other way?

10    A.   No.

11    Q.   Did the Defendant ask you to do any other sexual things or

12    did he attempt to do any other sexual things that were

13    different when you lived at Santo 14?

14    A.   Yes.

15    Q.   And what was that?

16    A.   He asked me to suck his penis.

17    Q.   And so up until this point, it was only the Defendant who

18    was sucking your penis.  Is that right?

19    A.   Yes.

20    Q.   And at Santo 14-B -- excuse me.

21         At Santo 14, the Defendant for the first time asked you to

22    suck his penis?

23    A.   Yes.

24    Q.   Approximately how old were you when he asked you to do

25    that?

1   A.   14.

2   Q.   And do you remember where in the house you were at that

3   time?

4   A.   Yes.

5   Q.   Where were you?

6   A.   At the house in Santo 14-B -- 14.

7   Q.   I'm sorry.

8        What room were you in at Santo 14?

9   A.   In his room.

10  Q.   And can you just describe for us what that house looked

11  like.

12  A.   Yes.  It had a big gate, a front yard with a basketball

13  court.  A house painted in yellow.  It had a backyard as well.

14  Q.   Did the house have one story or two stories?

15  A.   Two stories.

16  Q.   Where was the Defendant's bedroom in this house?

17  A.   Upstairs.

18  Q.   And why were you in the Defendant's room on this day that

19  he asked you to suck his penis?

20  A.   He called me to go to his room.

21  Q.   How did the Defendant call you?  What would he do when he

22  called you?

23  A.   He called my name.

24  Q.   Just hollered your name?

25  A.   Yes.

P. Xxxxxx - DIRECT - By Ms. Kane                    53

1   Q.   When you got to the Defendant's bedroom that day, what

2   happened?

3   A.   He told me to go in and take my clothes off and make me lay

4   on the bed and suck my penis and make me masturbate for him.

5   Q.   When did the Defendant ask you to suck his penis?

6   A.   That day, when I was in the room.

7   Q.   Was this before or after he had sucked your penis?

8   A.   After.

9   Q.   Was it after he had had you masturbate him?

10  A.   No.

11  Q.   So it was after he had sucked your penis that the Defendant

12  asked you?

13  A.   Yes.

14  Q.   And what did you say when the Defendant --

15  A.   "No."

16  Q.   How did the Defendant react?

17  A.   He didn't say anything.  He just gave me the lotion and

18  told me to masturbate for him.

19  Q.   During the periods when the Defendant was sexually abusing

20  you on a regular basis, would the Defendant ever give you

21  things or treat you different when you complied, when you --

22  when this abuse was happening?

23  A.   Yes.

24  Q.   And what would the Defendant give you?

25  A.   Clothes, gifts.  I wouldn't get spanked.  I wouldn't get

P. Xxxxxx - DIRECT - By Ms. Kane                    54

 1   beat during that time.
 2   Q.   When you were refusing or resisting the Defendant's efforts
 3   to sexually abuse you, how would he treat you?
 4   A.   Mean, rough.  I would get spanked, get beat, get yelled at.
 5   Q.   Would the Defendant still give you clothes and things like
 6   that?
 7   A.   No.
 8   Q.   Did the Defendant ever promise you things or offer you
 9   things if you would agree to let him sexually abuse you?
10   A.   Yes.
11   Q.   And what would he do?  What would he offer or promise?
12   A.   Money.  Promise me stuff that he would bring back when he
13   goes to America.
14   Q.   What types of things?
15   A.   CD players, video games.
16   Q.   Did there come a time when the Defendant stopped sexually
17   abusing you?
18   A.   Yes.
19   Q.   And approximately how old were you when the abuse stopped?
20   A.   When I was 15.
21   Q.   And what house were you living in at that time?
22   A.   Santo 15.
23   Q.   15?
24   A.   No.  Santo 14.
25   Q.   Sorry.

P. Xxxxxx - DIRECT - By Ms. Kane                    55

1        And why did the abuse stop at that time?

2    A.   Because I refused.

3    Q.   Did the Defendant continue to ask you to do sexual things,

4    even though you refused?

5    A.   Yes.

6    Q.   So did the Defendant ever stop asking you to do sexual

7    things with him?

8    A.   No.

9    Q.   During the time that you lived at the center and all of the

10   different houses, did you ever see the Defendant with your own

11   eyes -- did you ever see him actually sexually abuse other

12   children that were living with you in the house?

13   A.   Yes.

14   Q.   And what did you see?

15   A.   One night, I went to his room to go get -- to go change my

16   clothes and I saw one of the boys, Junior Xxxxxxxx, masturbated

17   Bill.

18   Q.   And approximately how old were you at this time when you

19   witnessed this?

20   A.   I was 13 in the house, in Santo 15-B.

21   Q.   And approximately how old was Junior at that time?

22   A.   He was older than me.

23   Q.   How much older was he?

24   A.   A few years older.

25   Q.   And what exactly did you see the Defendant doing to Junior?

P. Xxxxxx - DIRECT - By Ms. Kane          56

1  A.  He was laying down and Junior was masturbating for him,

2  masturbating him.

3  Q.  And what happened after you saw this -- saw Junior

4  masturbating the Defendant?  What happened after you saw this?

5  A.  I quickly shut the door and went downstairs.

6  Q.  And why do you remember seeing this incident?

7  A.  I was there.  I saw it.  I opened the door and I saw them.

8  Q.  Had you ever seen the Defendant abuse any other boys in the

9  house at that time?

10  A.  No.

11  Q.  Was this the first time you saw the Defendant sexually

12  abusing another child?

13  A.  Yes.

14  Q.  At the time that you saw this, did you think that you were

15  the only boy in the house being abused?

16  A.  Yes.

17  Q.  When you were older, did you ever try to do anything to

18  protect the other children in the house from the Defendant's

19  sexual abuse?

20  A.  Yes.

21  Q.  And what did you do?

22  A.  When I became a team leader, the boys that were under my

23  supervision, I would stop them from going to his room in the

24  morning when he would call them.

25  Q.  And when you say "his room," who are you referring to?

P. Xxxxxx - DIRECT - By Ms. Kane          57

1   A.   Bill.

2   Q.   How would you stop boys from going to Bill's room?

3   A.   I would tell them not to go, to clean their room, get

4   prepared for school.

5   Q.   Why did you not want the boys to go to Bill's room in the

6   morning?

7   A.   Because I know it was wrong, what he was doing to them.

8   Q.   Did the Defendant ever learn what you were doing?

9   A.   Yes.

10  Q.   And what did the Defendant say to you about what you

11  were -- your efforts to protect these boys?

12  A.   That I needed to stop fucking with him.

13  Q.   Did the Defendant say anything else?

14  A.   Yes.

15  Q.   What else did he say?

16  A.   He told me that I was playing a game and sooner or later he

17  would kick me out.

18  Q.   During your time at the center, you moved in and out a few

19  times?

20  A.   Yes.

21  Q.   Why did you keep returning to the center?  Why did you move

22  back into the center after moving out?

23  A.   Because my parents could not afford to pay for me to go to

24  school and I didn't want to not go to school.

25          MS. KANE:  Just a moment.

P. Xxxxxx - CROSS - By Mr. Adelstein          58

```
 1              The United States will tender this witness.

 2              THE COURT:  Cross-examination.

 3              MR. ADELSTEIN:  Yes.

 4                        CROSS-EXAMINATION

 5   BY MR. ADELSTEIN:

 6   Q.  Mr. Xxxxxx, you just told this -- a whole bunch of people

 7   some rather difficult things.  Correct?

 8   A.  Correct.

 9   Q.  I assume it was somewhat difficult to tell these people.

10   A.  Yes.

11   Q.  It was rather personal in nature.  Correct?

12   A.  Yes.

13   Q.  And you've told this story several times.  Correct?

14   A.  Yes.

15   Q.  Okay.  And it got easier each time to discuss these matters

16   than the first time.  Right?

17   A.  No.

18   Q.  No?

19        You've discussed this and gone over the questions and

20   answers that you were going to give with the Government how

21   many times?

22   A.  I don't remember.

23   Q.  Several times.  Correct?

24   A.  Yes.

25   Q.  You knew pretty much what their questions were going to be
```

1   and they knew what your answers were going to be.  Correct?

2   A.  Yes.

3   Q.  Okay.  We have never met.  Correct?

4   A.  No.

5   Q.  That's not correct or that is correct?

6   A.  Incorrect.

7   Q.  We have met?

8   A.  No.

9   Q.  Okay.  Okay.  And what I would like to do, because we have

10  not met, I want to try to get to know some things about you.

11  Fair enough?

12  A.  Yes.

13  Q.  I'd like to know about your life before you went to the

14  center and some things about the center and your life after you

15  left the center.  Correct?

16  A.  Correct.

17  Q.  Now, you referred to this as an orphanage.  And it really

18  wasn't an orphanage because you had a mother and father.

19  Right?

20  A.  Yes.

21  Q.  This was a center that provided children the opportunity to

22  go to school, have three square meals and a roof over their

23  head.  Correct?

24  A.  Yes.

25  Q.  Things that you did not have before you -- or some of the

P. Xxxxxx - CROSS - By Mr. Adelstein          60

1   things you did not have before you got to the center.  Correct?

2   A.  Yes.

3   Q.  And there were other centers like this throughout Haiti.

4   Correct?

5   A.  I don't know.

6   Q.  You didn't know that?

7   A.  At the time, I didn't know.

8   Q.  You do know that there were, in fact, as we speak now,

9   centers like that, as we sit here today?

10  A.  Yes.

11  Q.  To provide children some benefits that a lot of the

12  individuals in your country do not have.  Correct?

13  A.  Correct.

14  Q.  And your life before you got to this center:  You were

15  living where, sir?

16  A.  With my family.

17  Q.  Your father, in fact, was a mechanic; was he not?

18  A.  Yes.

19  Q.  And your mother:  Was she employed?

20  A.  No.

21  Q.  Did she have any particular job in the community?

22  A.  No.

23  Q.  And your father, in fact, knew Bill.  Correct?

24  A.  Yes.

25  Q.  In fact, your father repaired the generator, did he not, at

1  the center?

2  A.  Yes.

3  Q.  And many children, did they not, want to go to Morning

4  Star?  Correct?

5  A.  Yes.

6  Q.  And the reason they wanted to go to Morning Star was

7  because that was one of the few centers in Haiti that provided

8  three square meals a day.  Correct?

9  A.  Yes.

10  Q.  It provided a roof over one's head.  Correct?

11  A.  Yes.

12  Q.  It provided an opportunity to go to school.  Correct?

13  A.  Yes.

14  Q.  It provided, did it not, clean clothes and tennis shoes and

15  shoes so you could go to school.  Correct?

16  A.  Yes.

17  Q.  And it provided TV and video games and some other things

18  that you did not have before you got to the center.  Correct?

19  A.  Yes.

20  Q.  Okay.  Now, in fact, life before you got to the center was

21  extremely difficult.  Right?

22  A.  Yes.

23  Q.  Okay.  You told these folks that you did not get three

24  square meals a day.  Correct?

25  A.  Yes.

P. Xxxxxx - CROSS - By Mr. Adelstein                62

1  Q.   You told these folks that you could not afford to go to

2  school.  Correct?

3  A.   Yes.

4  Q.   And I assume you did not go to school on a regular basis

5  before you went to the center.  Right?

6  A.   No.

7  Q.   Oh.  You did go?

8  A.   Yes.

9  Q.   Okay.  You go to the center and life got better for you.

10 Correct?

11 A.   Yes.

12 Q.   It also, did it not, provide -- it also provided for you,

13 did it not, an opportunity to fulfill a dream that many young

14 children have in Haiti, and that is to go to the United States.

15 Correct?

16 A.   Yes.

17 Q.   Okay.  Before that, you had no opportunity or no dream to

18 be able to travel to the United States.  Correct?

19 A.   Yes.

20 Q.   Okay.  Now, you get to the center and your father, prior to

21 his death, in fact, goes to the center on a regular basis to

22 fix the generators.  Right?

23 A.   No.

24 Q.   He does not?

25 A.   Not on a regular basis.

P. Xxxxxx - CROSS - By Mr. Adelstein          63

1   Q.   Okay.  But he goes there whenever the generator breaks

2   down.  Correct?

3   A.   No.

4   Q.   How often does your dad go to the center -- or went to the

5   center?

6   A.   Not often.

7   Q.   Did you ever tell anybody about this abuse during this

8   time?

9   A.   Yes.

10   Q.   Who?

11   A.   The local Haitian police.

12   Q.   That was later on.  Correct?

13   A.   No.

14   Q.   That was several years later.  Correct?

15   A.   Yes.

16   Q.   How about at the very beginning, when you got to the

17   center?  Did you tell your mother or father that you were being

18   abused?

19   A.   I was embarrassed.

20   Q.   So the answer would be "no"?

21   A.   No.

22   Q.   Did your father ever tell you -- well, let me strike that.

23        Your father never saw any abuse, correct, to your

24   knowledge?

25   A.   No.

P. Xxxxxx - CROSS - By Mr. Adelstein          64

1    Q.   In fact, he taught you, did he not, how to fix the

2    generator at one of the centers?  Correct?

3    A.   Yes.

4    Q.   And you became the mechanic for the generator for a period

5    of time.  Right?

6    A.   Not the mechanic.

7    Q.   The fixer of the generator, whatever you want to call it.

8    Right?

9    A.   Yes.

10   Q.   Now, this was run, actually, like a military school, was it

11   not?  You had a routine?

12   A.   Yes.

13   Q.   That routine was that every young man would get up at a

14   certain time.  Correct?

15   A.   Yes.

16   Q.   They would go to school.  Correct?

17   A.   Yes.

18   Q.   They would have chores to complete?

19   A.   Yes.

20   Q.   You would be required to do your homework.  Correct?

21   A.   Yes.

22   Q.   Mr. Bill would review your homework.  Correct?

23   A.   Yes.

24   Q.   And then and only then would you be able to play or watch

25   movies.  Correct?

1   A.   Yes.

2   Q.   Now, also, did you not -- every weekend, you had the

3   opportunity to go visit your family if you wanted to.  Correct?

4   A.   Yes.

5   Q.   You did, in fact, visit your family during the various

6   times that -- and these various places at the center.  Correct?

7   A.   Yes.

8   Q.   And those various times that you left and went home, you

9   never complained about the center.  Correct?

10  A.   No.

11  Q.   You never reached out to anybody, complaining about this

12  so-called alleged sexual abuse.  Correct?

13  A.   I did.

14  Q.   You did.

15       You did in 2003, I believe?

16  A.   In 2004.

17  Q.   2004.  Okay.

18       But from 1999 to 2004, you never reached out to anyone to

19  complain about any so-called abuse going on at Morning Star.

20  Correct?

21  A.   Correct.

22  Q.   Okay.  Now, in 2001, you had been at Morning Star for three

23  years by now.  Is that correct?

24  A.   Yes.

25  Q.   You were, were you not, during that period of time made a

1   team leader?

2   A.   No.

3   Q.   You were not a team leader or a leader?

4   A.   Not in 2001.

5   Q.   I'll go back to that in a minute.

6        But in 2001, when you went to the United States, you, in

7   fact, visited several people.  Correct?

8   A.   Yes.

9   Q.   And you've told us that you visited several churches.

10  Correct?

11  A.   Yes.

12  Q.   And you spoke to congregations at these various churches?

13  A.   Yes.

14  Q.   And you met many pastors or fathers of the churches.

15  Correct?

16  A.   Yes.

17  Q.   You spent time with them apart from Bill sometimes for

18  hours.  Correct?

19  A.   Yes.

20  Q.   And you never ever once, did you, in your month of being in

21  the United States, tell anyone about this so-called abuse.

22  Correct?

23  A.   Correct.

24  Q.   In fact, you spent time, did you not, with a Norman and

25  Mary Rizor, R-i-z-o-r?

1    A.   Yes.

2    Q.   You spent several nights with them; did you not?

3    A.   Yes.

4    Q.   And you spent time with them separate and apart from

5    Mr. Bill?

6    A.   Yes.

7    Q.   They asked you, did they not, about Morning Star?  Correct?

8    A.   Yes.

9    Q.   And you basically told them that you were one of the

10   luckiest kids on the block, for lack of a better term.

11   Correct?

12   A.   Yes.

13   Q.   You told them how great life was at the center.  Correct?

14   A.   Yes.

15   Q.   You told them all the things that Mr. Bill did for you.

16   Correct?

17   A.   Yes.

18   Q.   You told them, did you not, about the benefits of going to

19   the center?

20   A.   Yes.

21   Q.   And never once did you say to Norman and Mary Rizor, "This

22   is a living hell, Morning Star," did you?

23   A.   I was embarrassed and I was scared to do so.

24   Q.   Would the answer be you never told them that?

25   A.   No.

P. Xxxxxx - CROSS - By Mr. Adelstein          68

1    Q.   In fact, you said nothing but that the Morning Star was one

2    of the best centers in Haiti.  Correct?

3    A.   Which is what Bill told me to tell them.

4    Q.   But that's what you told them.  Correct?

5    A.   Yes.

6    Q.   Are you saying to us that you lied to Norman and Mary Rizor

7    several days when you talked about the Morning Star Center?

8    A.   I told them what Bill told me to say.

9    Q.   Okay.  Did you lie to them at all?

10           MS. MEDETIS:  Objection.  Asked and answered.

11           THE COURT:  Sustained.

12           Rephrase your question.

13   BY MR. ADELSTEIN:

14   Q.   Did you tell them the truth about what was going on at

15   Morning Star?

16   A.   Yes.

17   Q.   You did?

18   A.   Yes.

19   Q.   That you were going to school?

20   A.   Yes.

21   Q.   He gave you shoes?

22   A.   Yes.

23   Q.   He provided clothes?

24   A.   Yes.

25   Q.   Gave you the opportunity of having three square meals a

P. Xxxxxx - CROSS - By Mr. Adelstein          69

1    day?

2    A.   Yes.

3    Q.   And life was great.  Correct?

4    A.   Yes.

5    Q.   You then, did you not, meet a Tim and Bertha Wiles, I think

6    is their name?  Correct?

7    A.   I don't remember the names.

8    Q.   But you remember Tim and Bertha.  Correct?

9    A.   I don't remember.

10   Q.   You met another family and you stayed with them several

11   weeks.  Correct?

12   A.   Yes.

13   Q.   I'm sorry?

14   A.   Yes.

15   Q.   And you stayed with them and had talks with them away from

16   Mr. Bill.  Correct?

17   A.   Yes.

18   Q.   Similar talks that you had with Norman and Mary Rizor.

19   Correct?

20   A.   Yes.

21   Q.   And they, too, asked you about life at Morning Star, at the

22   center.  Correct?

23   A.   Yes.

24   Q.   You, too, told them, did you not, that this was one of the

25   best centers in Haiti?  Correct?

P. Xxxxxx - CROSS - By Mr. Adelstein          70

```
 1   A.   Yes.
 2   Q.   You, too, told them the opportunities that Mr. Bill gave
 3   you that you would have never had, had it not been for him.
 4   Correct?
 5   A.   Yes.
 6   Q.   You, too, praised Mr. Bill and praised Morning Star Center
 7   to them.  Correct?
 8   A.   I never praised Morning Star program or Bill to them.
 9   Q.   You never did.  Okay.
10        Did you ever tell Tim and Bertha these nightmare stories
11   that you now claim occurred?
12   A.   I never.
13   Q.   You then, did you not -- after Norman and Mary Rizor and
14   Tim and Bertha, did you not meet an individual by -- Jim
15   Neidzielski?
16   A.   I don't remember.
17   Q.   You stayed at several people's homes.  Correct?
18   A.   Yes.
19   Q.   How many homes did you stay at during this month in the
20   United States?
21   A.   I don't remember.
22   Q.   Could you give me your best guess?
23             MS. MEDETIS:  Objection.  Calls for speculation.
24             THE COURT:  Sustained.
25
```

1    BY MR. ADELSTEIN:

2    Q.   It was more than five families.  Correct?

3    A.   I don't remember.

4    Q.   Well, you seem to remember specific days, dates.

5         You don't remember the number of people and families you

6    slept at?

7              MS. MEDETIS:  Objection.  Argumentative.

8              THE COURT:  Sustained.

9    BY MR. ADELSTEIN:

10   Q.   In any of these families that you spent time with, separate

11   and apart from Bill, they, too, asked you about the center.

12   Correct?

13   A.   Yes.

14   Q.   And never once did you mention the hell that you have

15   described this morning, did you?

16   A.   I never.

17   Q.   You also, did you not, meet various pastors in churches.

18   Correct?

19   A.   Yes.

20   Q.   And they spent one-on-one time with you.  Correct?

21   A.   Yes.

22   Q.   They -- in fact, several pastors took you into their

23   office, correct, to speak to you?

24   A.   No.

25   Q.   They didn't speak to you separate and apart from -- away

P. Xxxxxx - CROSS - By Mr. Adelstein          72

 1    from Mr. Bill?

 2    A.   Yes.

 3    Q.   And they, too, asked you, did they not, about Morning Star

 4    Center?  Correct?

 5    A.   Yes.

 6    Q.   Did you ever once tell the pastor of a church about what

 7    you have described today?

 8    A.   I was too embarrassed to tell them.

 9    Q.   So the answer would be "no."  Correct?

10    A.   Correct.

11    Q.   You then, did you not, wrote some letters to various

12    people?  Correct?

13    A.   Yes.

14    Q.   And that was while you were at Morning Star.  Correct?

15    A.   Yes.

16    Q.   And they -- the purpose of that was to tell them about your

17    life in Morning Star.  Correct?

18    A.   Yes.

19    Q.   And did you ever write a letter to anyone in the United

20    States complaining about the center?

21    A.   No.

22    Q.   No?

23             MR. ADELSTEIN:  May I approach the witness?

24             THE COURT:  You may.

25

P. Xxxxxx - CROSS - By Mr. Adelstein          73

```
 1    BY MR. ADELSTEIN:

 2    Q.  Let me show you a copy of what I've marked as Defense

 3    Exhibit 1 and ask you to look at it.

 4        Do you recognize that letter?

 5    A.  Yes.

 6    Q.  That is, is it not, a letter you wrote to a Brian in the

 7    United States?  Correct?

 8    A.  Yes.

 9    Q.  Do you recall when you wrote this letter?

10    A.  Yes.

11    Q.  How old were you?

12    A.  I was 16.

13    Q.  You had been in the program six years by then?

14    A.  No.  No.

15    Q.  How long?

16    A.  Almost four years.

17    Q.  Four years.  Okay.

18        You moved into the orphanage when you were 10?

19    A.  Yes.

20    Q.  And you were 16 when you wrote this letter?

21    A.  Yes.

22    Q.  And this is your writing?

23    A.  Yes.

24            MR. ADELSTEIN:  At this time, I would move in --

25    Defense Exhibit 1 into evidence.
```

 1              MS. KANE:  Objection, your Honor.  On what basis?

 2              THE COURT:  I'm sorry?

 3              MS. KANE:  Objection, your Honor.  This is hearsay.

 4              MS. MEDETIS:  On what basis?

 5              MR. ADELSTEIN:  It's his letter that he --

 6              THE COURT:  Come on up, please.

 7              (Whereupon, the following proceedings were had at

 8   side-bar outside the presence of the jury:)

 9              MR. ADELSTEIN:  (Tenders document to the Court.)

10              He identified it as being his own writing.

11              THE COURT:  Why is it not hearsay?

12              MR. ADELSTEIN:  It's his declaration about Morning

13   Star.

14              MS. KANE:  It's an out-of-court statement, your Honor.

15              MR. ADELSTEIN:  The witness is here.

16              MS. MEDETIS:  It's out --

17              MS. KANE:  This is an out-of-court statement.

18              MR. ADELSTEIN:  It's not different than any of these

19   letters, the letter that was just introduced.

20              THE COURT:  No.  That letter came in.  It was found by

21   the Court not to be hearsay because it's a prior consistent

22   statement; and, therefore, it's not hearsay under the rules,

23   under 801(d)(1)(B).  It's still an out-of-court statement

24   coming in for the truth of the matter asserted.

25              Why is it not?

 1          MR. HOROWITZ:  It's the witness's own written

 2   statement.  It's not a report.

 3          MS. KANE:  It's an out-of-court statement.

 4          MR. HOROWITZ:  It's his statement.

 5          MS. KANE:  It's still out of court.

 6          THE COURT:  Any letter doesn't come in just because

 7   it's a letter.

 8          MR. HOROWITZ:  I understand.

 9          But it's his letter in his handwriting that he's

10   adopted, as he wrote it himself.

11          MS. KANE:  Just because he said he wrote it doesn't --

12          THE COURT:  The letter itself is an out-of-court

13   statement coming in for the truth of the matter asserted.  Why

14   is it not hearsay?  There has to be an exception to the hearsay

15   rule.

16          MR. ADELSTEIN:  May we have a five-minute recess, your

17   Honor?

18          THE COURT:  Sure.

19          MR. HOROWITZ:  801(d)(1)(A):  "Prior statement of a

20   witness that is inconsistent with the declarant's testimony and

21   was given under oath subject to penalty of perjury."

22          THE COURT:  "And was given under penalty of perjury at

23   a trial, hearing, proceeding or other deposition."

24          You don't mean that.

25          MS. MEDETIS:  Details, details.

 1              MR. HOROWITZ:  He is subject to cross-examination.

 2              THE COURT:  Let me ask you this, Mr. Adelstein:  Do

 3       you have other areas of inquiry for this witness?

 4              MR. ADELSTEIN:  I do.

 5              THE COURT:  Do you want to go on to them?  I plan to

 6       break at 11:45.

 7              MR. ADELSTEIN:  That's fine.

 8              THE COURT:  That would give you the lunch break to

 9       look at this.

10              MR. ADELSTEIN:  That's fine.

11              (Whereupon, the following proceedings were had in open

12       court:)

13       BY MR. ADELSTEIN:

14       Q.  We're going to come back to that letter, probably after the

15       lunch break.  Okay?

16       A.  Yes.

17       Q.  Now -- and before I leave that particular area, you wrote

18       many letters, did you not, to people in the United States?

19       A.  Yes.

20       Q.  And in those letters, you --

21              MS. MEDETIS:  Objection.  Calls for hearsay.

22              THE COURT:  Let me hear the entire question.

23              MS. MEDETIS:  Sure.

24       BY MR. ADELSTEIN:

25       Q.  In those letters, did you describe to -- did you describe

 1   the conditions of Morning Star?

 2              MS. KANE:  Objection.  Hearsay.

 3              THE COURT:  On a "yes" or "no" basis, I'll overrule

 4   it.  He can answer it "yes" or "no."

 5   BY MR. ADELSTEIN:

 6   Q.  Did you describe the conditions at Morning Star?

 7   A.  Yes.

 8   Q.  And approximately how many letters did you write to people

 9   in the United States?

10   A.  I don't remember.

11   Q.  A lot of them.  Correct?

12   A.  I don't remember.

13   Q.  In any of those letters, did you describe any of the

14   so-called abuse that occurred at Morning Star?

15   A.  No.

16   Q.  In fact, would it be fair to say, in all of those letters,

17   you told US citizens how good things were?  Correct?

18   A.  Yes.

19   Q.  Now, in 2003 or 2004, I think you mentioned that you

20   contacted -- did I hear you correctly? -- the Haitian law

21   enforcement.

22   A.  Yes.

23   Q.  You contacted them after you were out of the program.

24   Correct?

25   A.  Yes.

P. Xxxxxx - CROSS - By Mr. Adelstein          78

1    Q.   When you left the center, where did you go?

2    A.   To my family, to my parents.

3    Q.   The family that -- unfortunately, who could not provide you

4    three square meals a day?

5    A.   Yes.

6    Q.   Could not or were unable to provide to you the money to go

7    to school.  Correct?

8    A.   Yes.

9    Q.   The -- and life got a lot worse, correct, as far as living

10   conditions?  Right?

11   A.   Yes.

12   Q.   And I assume you considered that to take a step backwards

13   in your life.

14   A.   Yes.

15   Q.   It upset you that you could no longer have the things that

16   you had when you attended the center.  Correct?

17   A.   Yes.

18   Q.   It upset you that you could -- or did not have any

19   opportunity to go back to the United States?

20   A.   No.

21   Q.   No?  Okay.

22        And being upset because you went back a step, some six

23   years of living for what I would say a much better life -- roof

24   over your head, school, clothes, food and an opportunity and

25   did, in fact, go to the United States -- you went to the

1   Haitian police.  Correct?

2   A.  Yes.

3   Q.  And you explained to them, did you not, for the first time

4   the things you have told this jury?  Correct?

5   A.  I told them the truth.

6   Q.  You told them, did you not, the same things that you told

7   this jury just today?  Correct?

8   A.  Yes.

9   Q.  That was, in fact, in 2004?

10  A.  Yes.

11  Q.  And the Morning Star Center stayed in operation.  Correct?

12  It continued?

13  A.  Yes.

14  Q.  The Haitian Government and law enforcement investigated

15  your allegations.  Correct?

16  A.  Yes.

17  Q.  They found them to be untruthful.  Correct?

18          MS. KANE:  Objection.  Speculation.

19          THE COURT:  Sustained.

20  BY MR. ADELSTEIN:

21  Q.  Did the Haitian Government or the law enforcement close

22  down Morning Star Center --

23          MS. MEDETIS:  Objection.  Asked and answered.

24  BY MR. ADELSTEIN:

25  Q.  -- after you went to them?

1        THE COURT:  Overruled.

2        THE WITNESS:  They didn't do anything.

3   BY MR. ADELSTEIN:

4   Q.   In fact, the Morning Star Center, according to your

5   testimony, stayed open another seven years until 2011, when the

6   United States Government arrested --

7        MS. MEDETIS:  Objection.  Facts not in evidence.

8        THE COURT:  Sustained.

9   BY MR. ADELSTEIN:

10  Q.   Do you know when Mr. Bill was arrested?

11  A.   I don't know.

12  Q.   When were you contacted by the United States Government for

13  the very first time?

14  A.   In 2011.  I contacted them.

15  Q.   And you contacted them after you learned, did you not, that

16  Mr. Bill was arrested by the United States?  Correct?

17  A.   No.

18  Q.   No?

19       You told them, did you not, exactly what you told Haitian

20  law enforcement and the Haitian Government back in 2004?

21  Correct?

22  A.   Yes.

23  Q.   You repeated exactly the same allegations that you have

24  said today.  Correct?

25  A.   Yes.

1   Q.   Nothing changed, correct, from 2004?  Right?

2   A.   Yes.

3          MS. MEDETIS:  Could he clarify what he means by

4   "nothing changed"?

5   BY MR. ADELSTEIN:

6   Q.   Well, your story didn't change since 2004.  Correct?

7   A.   Correct.

8   Q.   You said the Government did nothing.  Your Government did

9   nothing.  Correct?

10  A.   Yes.

11  Q.   Your Government, the police, did not arrest Mr. Bill.

12  Correct?

13         MS. MEDETIS:  Objection.  Asked and answered.

14         THE COURT:  Overruled.

15  BY MR. ADELSTEIN:

16  Q.   Correct?

17  A.   Yes.

18  Q.   And now you are eight years later telling a different

19  Government exactly the same story.  Right?

20  A.   Yes.

21         MR. ADELSTEIN:  Could I have one moment, your Honor?

22         THE COURT:  Sure.

23         MR. ADELSTEIN:  Judge, the only other thing is legal

24  argument on that other issue.  I think we're prepared on that,

25  if the Court wants.

1          THE COURT:  Do you want come back up?

2          MR. ADELSTEIN:  Yes.

3          THE COURT:  Come on up.

4          (Whereupon, the following proceedings were had at

5     side-bar outside the presence of the jury:)

6          THE COURT:  Those handbooks.  You both have those

7     handbooks.

8          MS. KANE:  It's a security blanket, your Honor.

9          THE COURT:  I ordered one of those handbooks because I

10    saw lawyers had them, but I didn't find them always accurate.

11          MR. HOROWITZ:  Before the age of laptops, we used the

12    Eleventh Circuit handbook, the jury instruction book and the

13    evidence book to pick a jury.

14          THE COURT:  You've got a blue one.  Go ahead.  She's

15    got the red one.

16          MR. HOROWITZ:  Judge, it would be our position that

17    the letter should be admitted under 803(1) as a present-sense

18    impression of the conditions of Morning Star while he was

19    perceiving them.

20          THE COURT:  803(1)?

21          MR. HOROWITZ:  Yes.

22          MR. ADELSTEIN:  I'm going to let him argue this.

23          THE COURT:  Could I see the letter?

24          MS. KANE:  Yes.

25          THE COURT:  What's the event or condition this

 1    statement is describing?

 2            MR. HOROWITZ:  The condition of Morning Star as his --

 3            MS. KANE:  What does it say about the Morning Star

 4    that....

 5            THE COURT:  I don't see that this letter comes under

 6    803(1).  803(1) states a statement describing or explaining an

 7    event or condition made while or immediately after the

 8    declarant perceived it.

 9            MR. HOROWITZ:  May I, your Honor?

10            THE COURT:  (Tenders document to counsel.)

11            It would have to be a statement describing or

12    explaining an event or a condition immediately after perceiving

13    it.

14            MR. HOROWITZ:  "By my side, everything is going all

15    right."  He's explaining what's going on at the center at that

16    moment.

17            THE COURT:  I'm sorry?

18            MR. HOROWITZ:  I'm sorry, Judge.  Let me give you the

19    letter.

20            MR. ADELSTEIN:  And there's a sentence below that.

21            THE COURT:  "By my side, everything is going all right

22    because the Lord is keeping me safe under his" -- I think it's

23    supposed to be "wings."  It looks like "wirings."  But it's

24    probably "wings."

25            MR. ADELSTEIN:  It also says, "It's been six years

 1   since I have been in this program and it's a real blessing for

 2   me and my family."

 3          THE COURT:  That wouldn't be a present-sense

 4   impression.

 5          MR. HOROWITZ:  The witness clearly has personal

 6   knowledge of what was going on in his life and that's what he's

 7   writing this letter about.  And that's one of the things that's

 8   covered by --

 9          THE COURT:  But there's no event or condition that

10   he's describing or explaining.

11          MR. HOROWITZ:  It's his way of life at Morning Star,

12   which is what he is describing.

13          THE COURT:  What's the Government's position?

14          MS. KANE:  Your Honor, I still think this is hearsay.

15   It's not describing anything specific or an event or condition

16   at the Morning Star or relative to the Morning Star.

17          Also, the witness has testified that this is, in fact,

18   actually not his statement, that the Defendant was actually

19   telling him what to write.

20          MR. HOROWITZ:  He didn't say that --

21          THE COURT:  I don't know if he testified as to that.

22          MR. HOROWITZ:  He definitely --

23          MR. ADELSTEIN:  He didn't testify to that.

24          MS. KANE:  He said the Defendant told him what to say

25   in the letter.

P. Xxxxxx - CROSS - By Mr. Adelstein            85

 1           THE COURT:  I don't find it's a statement describing

 2    or explaining an event or a statement describing or explaining

 3    a condition made while or immediately after the declarant

 4    perceived it, the statement, "It's been six years since I've

 5    been in this program and it's a real blessing for me and my

 6    family because my mother is a voodoo preacher and my father is

 7    a mechanic man that work in boats and cars and other things

 8    like generator."

 9           I don't find it's a present-sense impression under

10    803(1); and, therefore, I find that the letter is hearsay and

11    being admitted for the truth of the matter asserted.

12           MR. HOROWITZ:  I have no further questions.

13           MS. KANE:  Your Honor, if we may.

14           MS. MEDETIS:  Yes, your Honor.

15           It's our position that the defense counsel has opened

16    the door regarding Peterson Xxxxxx's visit to Haitian

17    authorities when the line of questioning was asked, "Did you go

18    to the police?"

19           We're going to ask him why he went to police.  It's

20    our view that they've opened the door that the -- the door to

21    that, to the circumstances.

22           And we wanted to alert the Court the reason why before

23    we get into the line of questioning, that it's because the

24    Defendant held a gun to his mother and that --

25           MS. KANE:  Again, I'm not sure exactly what he's going

P. Xxxxxx - CROSS - By Mr. Adelstein          86

1   to say, but my understanding is that the Defendant somehow

2   assaulted his mother and there was a gun involved and that is

3   what prompted him to go to the Haitian National Police.

4           So I just wanted to alert the Court that we are --

5   that's what he is likely to testify to.

6           He did not go to Haitian National Police on the

7   occasion that I think you were trying to reference in your

8   cross.

9           There were -- it's another occasion when the boys went

10  to the Haitian National Police.  It is our understanding that

11  is not when he went to the Haitian National Police.

12          THE COURT:  So he didn't go to the Haitian National

13  Police to report the sexual abuse?

14          MS. KANE:  He went to the Haitian National Police

15  following an incident involving his mother and himself at the

16  center.

17          Defense counsel in his questions, I think, is

18  referring to another circumstance when a group of boys went to

19  the Haitian National Police.

20          In any event, we're asking --

21          MR. ADELSTEIN:  The question was clear.  He went to

22  the Haitian police to report this alleged misconduct.  And he

23  said "yes."  And he reported exactly the same thing he

24  testified to today.

25          MS. KANE:  He did.  He also reported additional

1    conduct.

2              THE COURT:  I'm not going to allow you to go into that

3    on a 403 basis.

4              MS. MEDETIS:  Okay.  Thank you, Judge.

5              (Whereupon, the following proceedings were had in open

6    court:)

7              MR. ADELSTEIN:  I have no further questions, your

8    Honor.

9              THE COURT:  Redirect.

10             Ladies and gentlemen, we're going to break in

11   15 minutes.  So I'd like to just proceed for the 15 minutes and

12   then you're going to have a longer lunchtime.

13                     REDIRECT EXAMINATION

14   BY MS. KANE:

15   Q.  Peterson, during your 2001 visit to the United States, you

16   stayed with a number of different individuals.  Is that

17   correct?

18   A.  Yes.

19   Q.  And were these individuals friends of the Defendant's?

20   A.  Yes.

21   Q.  Had you ever met these individuals prior to staying at

22   their homes?

23   A.  No.

24   Q.  So when you stayed at the Defendant's friends' homes, this

25   was the first time that you were meeting these individuals?

1        MR. ADELSTEIN:  Objection.  Leading.

2        THE COURT:  Sustained.

3        Rephrase your question.

4  BY MS. KANE:

5  Q.  Was this the first time that you were meeting these

6  individuals?

7  A.  Yes.

8  Q.  On cross-examination, you testified that one of the reasons

9  why you did not tell the Defendant's friends about what was

10 happening was that you were scared.

11     Why were you scared to tell the Defendant's friends about

12 the sexual abuse that you were experiencing?

13 A.  I was afraid that they would tell Bill and he would beat me

14 more.

15 Q.  And at the time that you were in the United States with the

16 Defendant, had the Defendant already beaten you before?

17 A.  Yes.

18 Q.  And at that time, what had the Defendant done?  How had the

19 Defendant beaten you as of that time?

20 A.  Slapped, with a stick.  He would just hit me everywhere.

21 Q.  You also testified on cross-examination that you were

22 embarrassed to tell the Defendant's friends.

23        MR. ADELSTEIN:  Objection.  Leading.

24        THE COURT:  Sustained.

25        Rephrase your question.

P. Xxxxxx - REDIRECT - By Ms. Kane          89

```
 1   BY MS. KANE:

 2   Q.   Why were you embarrassed to tell the Defendant's friends

 3   about the sexual abuse that you were experiencing?

 4   A.   Because this is not something I'm proud of.  I don't feel

 5   comfortable telling people that this is what happened to me

 6   because it's -- I feel very sad telling people about how I was

 7   sexually abused.

 8   Q.   Why did you not tell your parents about the sexual abuse?

 9   A.   I was also embarrassed.

10   Q.   When you talked to the Defendant's friends in the United

11   States, what did the Defendant tell you to tell them about the

12   Morning Star?

13            MR. ADELSTEIN:  Objection.  Leading.

14            THE COURT:  Sustained.

15            Rephrase your question.

16   BY MS. KANE:

17   Q.   Did the Defendant tell you to say anything to his friends

18   about the Morning Star Center?

19            MR. ADELSTEIN:  Same objection.

20            THE COURT:  Sustained.

21            Rephrase your question.

22   BY MS. KANE:

23   Q.   What did you tell -- or why did you tell people -- why --

24   strike that.  I apologize.

25        Why did you tell the Defendant's friends good things about
```

1   the Morning Star?

2   A.   Before I went to America, Bill prepared me to tell them

3   good things about the orphanage and not to tell them exactly

4   what was happening, and I was told specifically to do that.

5   Q.   So did the Defendant tell you to not tell his friends

6   specific things?

7   A.   Yes.

8   Q.   And what did the Defendant tell you not to say?

9   A.   That we get spanked, that he beats us up, that he screams

10  and yells at us and that he doesn't ask us to come to his room

11  to make us masturbate for him and abuses us sexually.

12  Q.   What did the Defendant tell you to say to them?  What did

13  he say that you could say to his friends in the United States?

14            MR. ADELSTEIN:  Objection.

15            THE COURT:  Grounds?

16            MR. ADELSTEIN:  It's hearsay and the form of the

17  question and it's beyond the scope.

18            THE COURT:  Overruled on both grounds.

19            You may answer, sir.

20            THE WITNESS:  Can you repeat the question, please.

21  BY MS. KANE:

22  Q.   What did the Defendant say that you could tell his friends

23  in the United States?

24  A.   That we were happy, we never got spanked, that we never got

25  punished, we never got beat, not to tell about the sexual

 1   abusing, that we always wanted to live there and stay there, it

 2   was the best thing that could ever happen to us.

 3   Q.  Did the Defendant tell you why --

 4              MR. ADELSTEIN:  Objection.  Leading.

 5              THE COURT:  I need to hear the whole question.

 6              Go ahead.

 7   BY MS. KANE:

 8   Q.  Did the Defendant tell you why you should say those things

 9   to his friends?

10   A.  Yes.

11   Q.  What did the Defendant say?

12   A.  That the sponsors are very important for us and, if they

13   know, they could stop sponsoring the program, the Morning Star,

14   and then we would all have to go home.

15   Q.  Why did you tell the Defendant's friends the things that

16   the Defendant wanted you to say?

17   A.  I was afraid.  I was scared of him.  And anything he asked

18   me to do, I would do so.

19   Q.  Approximately how old were you when you traveled to the

20   United States with the Defendant?

21   A.  13.

22   Q.  When the Defendant would ask you to write letters to

23   sponsors --

24              MR. ADELSTEIN:  Objection.  There's no such testimony.

25              THE COURT:  Sustained.

1              Rephrase your question.

2     BY MS. KANE:

3     Q.   Did the Defendant ask you to write letters?

4     A.   Yes.

5     Q.   And would you write letters to sponsors?

6     A.   Yes.

7     Q.   And in those letters, did the Defendant say -- tell you --

8              MR. ADELSTEIN:  Objection.  Leading.

9              THE COURT:  Sustained.

10    BY MS. KANE:

11    Q.   In the letters that you wrote to the Defendant's sponsors,

12    what would you -- what types of things would you tell the

13    sponsors?

14    A.   When I wrote the letters, at that time, I didn't speak and

15    write good English.  Bill was always sitting right next to me,

16    helping me to write all the letters and telling me what to say.

17    And he was the one who sent the letters by e-mail to the

18    sponsors.

19    Q.   During the time that you lived at the center, did your

20    father work at the center on occasion?

21    A.   He helped fixing the generators.  Yes.

22    Q.   And where was the generator located?

23    A.   In the backyard.

24    Q.   When the Defendant would sexually abuse you, where in the

25    house would the Defendant sexually abuse you?

1    A.    In his bedroom.

2    Q.    And when the Defendant sexually abused you, did he leave

3    the door open or closed?

4    A.    Closed.

5    Q.    When you left the center and returned to your parents, you

6    gave up certain things by leaving the center.  Is that true?

7    A.    Yes.

8    Q.    What did you not have to put up with anymore when you

9    returned to your parents?

10   A.    Getting yelled at, getting slapped, punched, screamed at.

11   Q.    Was the Defendant still able to ask you to do sexual things

12   with him when you returned to your parents?

13              MR. ADELSTEIN:  Objection.  Leading.

14              THE COURT:  Sustained.

15              Rephrase your question.

16   BY MS. KANE:

17   Q.    When you returned to your parents, did the Defendant ask

18   you -- still ask you to sexually abuse -- to engage in sexual

19   abuse?

20   A.    No.

21   Q.    And when you lived at the center, what did you have to put

22   up with in order to be able to go to school --

23              MR. ADELSTEIN:  Objection.  Beyond the scope.  Asked

24   and answered at least three times.

25              THE COURT:  Sustained.

P. Xxxxxx - REDIRECT - By Ms. Kane                94

 1    BY MS. KANE:

 2    Q.   What did the Defendant take from you --

 3            MR. ADELSTEIN:   Objection to the form of the question.

 4    BY MS. KANE:

 5    Q.   What did the Defendant do to you in exchange for going --

 6    the tuition to be able to go to school?

 7            MR. ADELSTEIN:   Objection.   Asked and answered.

 8            THE COURT:   Sustained.

 9    BY MS. KANE:

10    Q.   Peterson, when you went to the Haitian National Police, you

11    testified that the orphanage stayed open afterwards.   Is that

12    true?

13    A.   Yes.

14    Q.   Why did the orphanage stay open after you had told --

15            MR. ADELSTEIN:   Objection.

16            THE COURT:   Sustained.   Speculative.

17    BY MS. KANE:

18    Q.   When you went to the Haitian National Police, who did you

19    speak to?

20    A.   To the Haitian cops.

21    Q.   Had you met any of these police officers before?

22    A.   No.

23    Q.   Had you seen the Defendant with Haitian police officers --

24            MR. ADELSTEIN:   Objection.   Beyond the scope and

25    improper foundation.   There's no testimony to that fact.

1           THE COURT:  Overruled.

2    BY MS. KANE:

3    Q.  Had you seen the Defendant with police officers before?

4    A.  Yes.

5    Q.  And why -- was the Defendant friends with Haitian police

6    officers?

7           MR. ADELSTEIN:  Objection.

8           THE COURT:  Grounds?

9           MR. ADELSTEIN:  Form of the question.  Calls for a

10   conclusion.

11          THE COURT:  Sustained.

12          Rephrase your question.

13   BY MS. KANE:

14   Q.  Did the Defendant have friends that were Haitian police

15   officers?

16          MR. ADELSTEIN:  Objection to the form of the question.

17          THE COURT:  Sustained.

18          Rephrase your question.

19   BY MS. KANE:

20   Q.  Did the Defendant know Haitian police officers?

21          MR. ADELSTEIN:  Objection.  Relevancy and form.  Also,

22   beyond the scope.

23          THE COURT:  Sustained as to form.

24          Overruled as to beyond the scope and relevancy.

25

P. Xxxxxx - REDIRECT - By Ms. Kane          96

 1   BY MS. KANE:

 2   Q.   Where did you see the Defendant with Haitian police

 3   officers?

 4           MR. ADELSTEIN:  Objection.  Beyond the scope.

 5           THE COURT:  Overruled.

 6           THE WITNESS:  Can you ask the question again, please.

 7   BY MS. KANE:

 8   Q.   Where did you see the Defendant with Haitian police

 9   officers?

10   A.   They would come to the orphanage to see him.

11   Q.   And what would the Haitian police officers do at the

12   orphanage?

13   A.   They would sit and talk to him and get stuff from him.

14   Q.   And what stuff would the Haitian police officers get from

15   the Defendant?

16   A.   Food, peanut butter, clothing.

17   Q.   I'm sorry?

18   A.   Clothes.

19   Q.   How often did you see Haitian police officers at the

20   Defendant's orphanage?

21   A.   Not often.

22   Q.   Did you see Haitian police officers at the Defendant's

23   orphanage more than once?

24   A.   Yes.

25           MS. KANE:  One moment, your Honor.

```
 1   BY MS. KANE:
 2   Q.   Just a couple more questions, Peterson.
 3        Did your father ever sleep at the Morning Star Center?
 4   A.   No.
 5   Q.   Did your mother ever sleep at the Morning Star Center?
 6   A.   No.
 7   Q.   So when the Defendant sexually abused you, were your
 8   parents ever at the house?
 9   A.   No.
10   Q.   Did the people that you visited in the United States -- did
11   they ever come and visit you or the Defendant at the center in
12   Haiti?
13   A.   Not all of them.
14   Q.   Okay.
15        MR. ADELSTEIN:  I'm sorry.  I didn't hear that answer.
16        THE WITNESS:  Not all of them.
17   BY MS. KANE:
18   Q.   Do you remember the Rizors coming to visit the Morning Star
19   Center in Haiti?
20   A.   No.
21   Q.   And do you remember who of the people you visited in the
22   United States actually came to the Morning Star Center and
23   stayed?
24   A.   I remember.  I don't remember the names.
25   Q.   And of the people that you stayed with in the United States
```

1   in 2001, approximately how many of them actually visited the

2   Morning Star Center and stayed there?

3   A.   Just one.

4   Q.   Do you remember if Jim Neidzielski ever visited the Morning

5   Star Center?

6   A.   No.

7   Q.   Do you remember whether Bertha Wiles ever visited the

8   Morning Star Center?

9   A.   No.

10  Q.   And do you remember whether her husband, Tim Wiles, or

11  Temple Wiles, ever visited the Morning Star Center?

12  A.   No.

13        MS. KANE:  No further questions, your Honor.

14        THE COURT:  You may step down, sir.

15        (Witness excused.)

16        THE COURT:  We're going to break for lunch.

17        Do not discuss this case either amongst yourselves or

18  with anyone else.  Have no contact whatsoever with anyone

19  associated with the trial.

20        Do not read, listen or see anything touching on this

21  matter in any way, including anything in the media, anything on

22  the Internet or on any device.

23        If anyone should try to talk to you about this case,

24  you should immediately instruct them to stop and report it to

25  my staff.

```
 1              You may leave your notebooks at your chairs.  Please
 2     be back in the jury room at 1:30.  Enjoy your lunch.  We are in
 3     recess until 1:30.
 4              (Whereupon, the jury exited the courtroom at
 5     11:49 a.m. and the following proceedings were had:)
 6              (Thereupon, a luncheon recess was taken, after which
 7     the following proceedings were had:)
 8              THE COURT:  We're back on United States of America
 9     versus Matthew Andrew Carter, Case No. 11-20350.
10              Good afternoon.
11              Counsel, state your appearances, please, for the
12     record.
13              MS. MEDETIS:  Good afternoon, your Honor.
14              Maria Medetis and Bonnie Kane on behalf of the United
15     States, along with Special Agents Larko and Flores of Homeland
16     Security Investigations.
17              MR. HOROWITZ:  Good afternoon, your Honor.
18              Phil Horowitz and Stu Adelstein on behalf of Matthew
19     Carter, who is present before the Court.
20              THE COURT:  Before the jurors come in, I just want to
21     explain a ruling that I made in regard to the question by
22     Ms. Kane of the last witness, Peterson Xxxxxx.
23              On redirect, when he was questioned about what good
24     things was he told to say to the sponsors or the people he
25     visited in the United States, there was an objection on two
```

1    grounds, as hearsay and outside the scope of cross-examination.

2         I overruled the objection.  I find that it was not

3    coming in for the truth of the matter asserted and it was not

4    outside the scope of cross-examination as the witness was

5    testifying as to the fact that he did not tell of the sexual

6    abuse to the persons that he visited in the United States.

7         Additionally, when the jury comes in, I am going to

8    give them a limiting instruction regarding the testimony of the

9    last two days.

10        MR. ADELSTEIN:  Judge, we would also be requesting

11   that -- we believe the Government has opened the door to the

12   introduction of the letter by Peterson Xxxxxx and would renew

13   our request to admit it under redirect.

14        THE COURT:  I'll admit the letter, but I'll instruct

15   the jury that it's not coming in for the truth of the matter

16   asserted.

17        MR. ADELSTEIN:  Okay.  I would be asking that it be

18   published and that Mr. Xxxxxx be allowed to read it, as he

19   read --

20        THE COURT:  You can pass it around to the jurors, but

21   I'm not going to have him retake the stand.  He's been -- is he

22   still here?

23        MR. ADELSTEIN:  I asked the Government to have him

24   present after lunch.  I don't know if he's still here.

25        MS. KANE:  He's available, your Honor.

1          But may I make one point regarding the defense

2     argument that we opened the door?

3          THE COURT:  Yes.

4          MS. KANE:  In addition to that specific letter, they

5     asked numerous questions about other letters that Mr. Xxxxxx

6     had written.

7          I don't feel like we opened the door by asking

8     generally about letters.  We didn't make reference to a

9     specific letter.  We're talking about, in general, letters that

10    were written to sponsors.

11         So I don't see how addressing the other questions that

12    were raised by defense counsel regarding other letters opens

13    the door to this specific letter.

14         THE COURT:  Well, the Government did ask questions

15    regarding what you were told to say in the letters, what was

16    said in the letters.  So on that level, I find that the

17    Government did open the door.

18         Quite frankly, I think this letter is really a wash

19    for both sides.  But be that as it may, I will allow the

20    introduction of the letter.

21         I will instruct the jury that it's not coming in for

22    the truth of the matter asserted.  He can retake the stand.

23         You can -- do you have an exhibit list for me?

24         MR. ADELSTEIN:  I will get it to you.

25         THE COURTROOM DEPUTY:  Yes.

```
 1              THE COURT:  And you can publish it through him.

 2              MR. ADELSTEIN:  That's not my -- that's a witness

 3    list, I think.

 4              THE COURT:  No.  That's a defense list.

 5              MR. ADELSTEIN:  We will get it to you, your Honor.

 6              THE COURT:  I need an exhibit list from the Defendant.

 7    I don't think they've filed one yet.

 8              MR. ADELSTEIN:  We have not filed that yet.

 9              THE COURT:  So he can retake the stand.  You can move

10    that into evidence.  He can publish it and then --

11              MR. ADELSTEIN:  That's all I'll ask.

12              THE COURT:  Do you want to ask him any questions about

13    the letter?

14              MS. KANE:  Yes, your Honor.  We'll probably ask him a

15    couple questions about it.

16              THE COURT:  Okay.  So let's bring in the jurors.

17              I am going to give them the limiting instruction

18    regarding the testimony of all of the witnesses -- the last

19    three witnesses.

20              MS. MEDETIS:  Your Honor, actually, I don't know if

21    the jury is coming in.  May I --

22              THE COURT:  Can you make sure that door is closed,

23    please.

24              Can you step back in, please.  Thank you.

25              Yes.
```

1          MS. MEDETIS:  Judge, it's the Government's position

2     that the limiting instruction applied only to Dieucibon

3     Xxxxxx's testimony because it -- the abuse entirely preceded

4     the charging period and, to some extent, Jobed, whose abuse

5     preceded the charging period.

6          However, he stayed on at the Morning Star through the

7     charging period and saw other conduct through the charging

8     period.

9          Mr. Xxxxxx's testimony, the abuse started before the

10    charging period, but lasted through the charging period.

11         And so we regarded that as inextricably intertwined

12    with the charged conduct with respect to the sexual abuse

13    that --

14         THE COURT:  I did give it for Mr. Xxxxxx.  Right?

15         MS. MEDETIS:  You did.  Yes, Judge.

16         THE COURT:  But the Government is going to be

17    presenting evidence that, on the specific dates in the

18    indictment, there were specific -- an alleged victim who's

19    going to testify as to what happened on that date?

20         MS. MEDETIS:  I'm sorry, Judge.  I don't understand

21    the question.

22         THE COURT:  This is not a conspiracy case.  And there

23    are specific substantive counts charged in the indictment.

24         MS. MEDETIS:  They're travel counts.  Yes.  He's

25    charged with traveling on certain dates with a particular

intent or purpose.

THE COURT:  So it's the Government's position that Jobed Xxxxxxxx could form the basis for the charges in the indictment?

MS. MEDETIS:  Your Honor, the Government -- to be clear, the abuse that Jobed testified to occurred before the charging period.  He was born in 1985.  The abuse stopped around when he was 14.  That puts us at 1999.

However, it's my recollection that he testified about abuse that he witnessed in the Santo house, which was the last house he lived in, which puts us into the 2004 period.  So between 2001 and 2004, he would have witnessed abuse.

THE COURT:  Okay.

MS. MEDETIS:  And with respect to Peterson Xxxxxx, the limiting instruction is -- it's the Government's position it would not apply at all because, whilst the abuse started before the charging period, Mr. Xxxxxx was sexually abused through the charging period.

And, therefore, any abuse that occurred beforehand is part and parcel of the story relating to the charging period; that is, it is inextricably intertwined.

MR. HOROWITZ:  Judge, we'd ask for the limiting instruction for all -- as to all conduct prior to the date in Count 1, which would be -- I think it's October, 2001.  The date in Count 1 is October 2nd, 2001.

 1               THE COURT:  Peterson Xxxxxx testified that he was

 2     living with the Defendant from 1998 to 2004.  Correct?

 3               MS. KANE:  Yes, your Honor.

 4               THE COURT:  And Jobed living at the Morning Star was

 5     during the time periods in the counts in the indictment?

 6               MS. MEDETIS:  Yes, Judge.

 7               Just to respond, your Honor, to defense counsel's

 8     argument that the charging period starts in 2001, in order to

 9     establish the Defendant's intent at that time, the Government

10     necessarily has to show what his conduct was prior to that

11     charging date to establish the intent.

12               THE COURT:  So I'm vacating the indication that I gave

13     that I'm going to give the limiting instruction at this time.

14               I find that, first of all, the instruction was given

15     during the testimony of Dieucibon Xxxxxx.

16               And the testimony of Jobed Xxxxxxxx and Peterson

17     Xxxxxx -- any testimony by them prior to 2001 is inextricably

18     intertwined to the dates in the indictment and they, in fact,

19     both testified as to occurrences that occurred during the time

20     period of the indictment.

21               Ready for the jury?

22               Is Mr. Xxxxxx here?  You can bring him in.

23               Bring the jurors in, please.

24               (Whereupon, the jury entered the courtroom at

25     2:11 p.m. and the following proceedings were had:)

 1              THE COURT:  You may be seated.

 2              You are still under oath, sir.

 3              You may proceed, Mr. Adelstein.

 4              MR. ADELSTEIN:  Thank you, your Honor.

 5                    RECROSS-EXAMINATION

 6    BY MR. ADELSTEIN:

 7    Q.  Mr. Xxxxxx, we were talking about a letter --

 8              THE COURT:  Are you moving this in?

 9              MR. ADELSTEIN:  I'm moving Defense Exhibit No. 1 into

10    evidence.

11              THE COURT:  It will be admitted as Defendant's

12    Exhibit 1.

13              (Whereupon, Defendant's Exhibit No. 1 was entered

14    into evidence.)

15              THE COURT:  You may publish now.

16    BY MR. ADELSTEIN:

17    Q.  Can you see it on the screen there?

18    A.  Yes.

19    Q.  This is a letter, did you not write, to an individual?

20    Correct?

21    A.  Correct.

22    Q.  And when did you write that?

23    A.  I don't remember the date.

24    Q.  Could you read it to the jury, please.  Read it for the

25    jury, please.

1    A.   "Dear Brian, How are you doing?  How is your family?

2         "I hope everything is going all right with you because I

3    have keeping you very strong in my prayers since Papa Bill have

4    told me about you.

5         "By my side, everything is going all right because the Lord

6    is keeping me safe under his wings.  You know, we haven't met

7    before.  So I would like you to know a little bit about me.

8         "I am Peterson Xxxxxx and I am 16 years old.  I am one of

9    the senior boys in the Morning Star program.  It's been six

10   years since I have been in this program, and it's a real

11   blessing for me and my family because my mother is a voodoo

12   preacher and my father is a mechanic man that work in boats and

13   cars and other things like generator.  My mother is Haitian and

14   my father is German.

15        "I have to see you one day to talk to you about your

16   family, too.

17        "Love, Peterson."

18   Q.   Okay.  And this is a similar letter that you wrote to other

19   individuals.  Correct?

20   A.   Yes.

21   Q.   Thank you very much.

22        MR. ADELSTEIN:  I have no further questions.

23        THE COURT:  Ms. Kane.

24

25

1                       REDIRECT EXAMINATION

2    BY MS. KANE:

3    Q.   Good afternoon.

4    A.   Good afternoon.

5    Q.   Peterson, who is Brian?

6    A.   One of the sponsors of Morning Star.

7    Q.   Have you ever met Brian?

8    A.   No.

9    Q.   Why did you write this letter to Brian?

10   A.   Because Bill told us that we had new sponsors and we all

11   needed to write letters to them to encourage them to sponsor

12   the Morning Star program.

13   Q.   Did anyone tell you what to write in this letter?

14   A.   Yes.

15   Q.   Who told you what to write?

16   A.   Bill.

17   Q.   And when you wrote this letter, where was the Defendant?

18   A.   Sitting on a table next to me.

19   Q.   At the time that you wrote this letter, were you able to

20   write in English?

21   A.   No.

22            MS. KANE:  Thank you.

23            THE COURT:  You may step down, sir.

24            (Witness excused.)

25            THE COURT:  Call your next witness.

1        MS. MEDETIS:  Your Honor, the Government releases this

2   witness and calls Becky McLaren.

3           BECKY McLAREN, GOVERNMENT WITNESS, SWORN

4        THE COURT:  Thank you.  Please be seated.

5        Please state your name and spell the last name.

6        THE WITNESS:  My name is Becky McLaren.

7   M-c-L-a-r-e-n.

8                      DIRECT EXAMINATION

9   BY MS. MEDETIS:

10  Q.  Good afternoon, Ms. McLaren.

11  A.  Hi.

12  Q.  Where do you work?

13  A.  American Airlines at Miami International Airport.

14  Q.  And what do you do at American Airlines?

15  A.  I'm a passenger service agent, which currently I work in

16  the ticket lift department or I do the gates, where you board

17  the aircraft.

18  Q.  What are your duties and responsibilities at the ticket

19  lift -- in the ticket lift department?

20  A.  Well, we have to meet the aircraft, make sure that the

21  customers of an international flight go to passport control

22  and, if it's a domestic flight, direct them to either their

23  connecting flights or to baggage claim.

24      And, also, we dispatch the flights.  We're responsible for

25  putting the passengers on board the aircraft, going down and

 1     closing the door.

 2     Q.   And how long have you been with American Airlines?

 3     A.   24 years.

 4     Q.   Congratulations.

 5          What other jobs have you held in your 24 years at American

 6     Airlines?

 7     A.   I started out in reservations in the Cincinnati

 8     reservations office and transferred to Miami about -- almost

 9     23 years ago.

10          And in Miami, I have done baggage service, ticket counter,

11     basically every passenger service job that you can do.

12     Q.   In your 24 years of experience, have you become familiar

13     with American Airlines' recordkeeping for historical flights?

14     A.   Yes.

15     Q.   And in light of your current position and in light of your

16     24 years of experience, are you familiar with the passenger

17     check-in process for an international flight?

18     A.   Yes.

19     Q.   Are you also familiar with the boarding process for

20     passengers for international flights?

21     A.   Yes.

22     Q.   So just to be clear, when you work flights for American

23     Airlines, do you work both domestic and international flights?

24     A.   Yes, I do.

25               MS. MEDETIS:  Your Honor, may I approach?

 1              THE COURT:  You may.

 2   BY MS. MEDETIS:

 3   Q.  Ms. McLaren, I'm handing you what's been previously

 4   admitted as Government's Exhibit No. 1.

 5       Can you take a look at that.

 6   A.  Yes.

 7   Q.  Do you recognize that?

 8   A.  Yes.

 9   Q.  What is this, generally?

10   A.  This is a flight history report that we use.  It'll have

11   the manifest of the passengers that were on the plane, those

12   that were not on the airplane.

13       It will also give you the special service list, any infants

14   on the airplane.  It's a full and complete listing of

15   everything that's happened on the flight.

16              MS. MEDETIS:  Your Honor, permission to publish

17   Government's Exhibit 1?

18              THE COURT:  You may.

19   BY MS. MEDETIS:

20   Q.  Ms. McLaren, can you see that on the monitor before you?

21   A.  Yes.

22   Q.  This is Government's Exhibit 1.

23       What kind of document is this again, generally?

24   A.  It's a flight history report.

25   Q.  For what flight is this particular flight history report?

McLaren - DIRECT - By Ms. Medetis                112

```
 1   A.   This is for American Airlines Flight 1646 that departed

 2   Port-au-Prince on September 7th, 2001, and arrived into Miami.

 3   Q.   Can you circle on your touch screen the part of the

 4   document that shows that information.

 5   A.   (Witness complies.)

 6        MS. MEDETIS:  And if the record could reflect that the

 7   witness is highlighting the top of the first page of the

 8   document.

 9        THE COURT:  It will so reflect.

10   BY MS. MEDETIS:

11   Q.   And I'm sorry.

12        What city did this flight depart from?

13   A.   Port-au-Prince, Haiti.

14   Q.   And where did it arrive into?

15   A.   Miami.

16   Q.   What's the date of flight?

17   A.   September 7th, 2001.

18   Q.   And can you tell from this record that this flight actually

19   took place?

20   A.   Yes.

21   Q.   How can you tell that?

22   A.   Just underneath where I had circled, you can see the

23   scheduled departure time was 10:35.  The actual departure time

24   was 10:29.  To the right of that, it'll show the scheduled

25   arrival time was 1:35.
```

1        We use military time.  So 1335 would be 1:35 in the

2    afternoon.  The actual arrival was 1330, or 1:30 in the

3    afternoon.

4    Q.  Okay.  Moving to the -- further down this first page,

5    there's a section titled "Passenger List."

6        What kind of information is on that -- in that part of the

7    document?

8    A.  In the passenger list, this is going to be alphabetical

9    order of the passengers that were scheduled to travel on this

10   particular flight.

11   Q.  And can you tell from looking at a flight history report

12   whether a particular passenger actually traveled on a

13   particular flight?

14   A.  Yes.

15   Q.  And specifically for this document, for this flight history

16   report for the flight on September 7th, 2001, from

17   Port-au-Prince to Miami, can you tell if a passenger with the

18   last name of Carter flew on this particular flight?

19   A.  Yes.  You would have to -- we'd have it move down the

20   document.

21   Q.  Okay.  And in what order are the passenger names listed?

22   A.  On the passenger list, they're in alphabetical order.

23   Q.  Okay.

24        MS. MEDETIS:  Judge, is it possible to turn on the

25   overhead camera or is that not working?

 1           THE COURT:  At the witness's seat?  Yes.

 2           MS. MEDETIS:  Yes.

 3           THE COURT:  You have place it right by the monitor.

 4  Somehow the monitor seems to be in the way.

 5           MS. MEDETIS:  Judge, could we zoom in a little on

 6  that?

 7           THE COURT:  I'm trying.

 8           MS. MEDETIS:  Thank you, Judge.

 9           THE COURT:  How's that?

10           MS. MEDETIS:  Thank you very much, your Honor.

11  BY MS. MEDETIS:

12  Q.  Ms. McLaren, could you take us to the portion of the

13  document where you could see if a passenger with the last name

14  of Carter is listed.

15           THE COURT:  You're just going to have to move your

16  microphone over, ma'am, if you would.

17           Thank you.

18           THE WITNESS:  Yes.

19  BY MS. MEDETIS:

20  Q.  Could you highlight that row for us, please.

21  A.  Yes.

22  Q.  And on what page of Government's Exhibit 1 did you find the

23  passenger with the last name Carter?

24  A.  That would be on Page 2.

25  Q.  Could you lower the document a little bit so that the jury

 1    can also see the column headings, if possible.

 2    A.   The column headings would be on the first page.  They don't

 3    go into the next page of the document.

 4    Q.   Well, why don't you walk us through what information that

 5    you just highlighted for the passenger with the last name

 6    Carter.

 7    A.   First you'll have the last name, Carter.

 8         Then you will have the first five letters of the first

 9    name, if it's longer than five letters.

10         Next to that, you'll see an "AW2," which this is a group

11    code.  The first two letters are just randomly generated by the

12    computer.  The number would be the number of people that are in

13    that party.

14    Q.   So anybody who's traveling in a group would have some sort

15    of group code designation with the number of people in their

16    group.  Is that correct?

17    A.   If they're in the same reservation, yes, they would.

18    Q.   So based on the "AW2" that you're pointing out now, it's

19    your testimony that Passenger Carter was traveling with two

20    more people or a total of two people?

21    A.   A total of two people.  That would be that passenger and

22    another.

23    Q.   And what else is in that row of information that you

24    highlighted?

25    A.   The letter "V," which would be the class of service, which

 1    would be the economy class with a discounted economy ticket.

 2         Miami would be the destination where it was to.

 3         35G would be the seat number.

 4         And then you would have next to it -- the "F" is going to

 5    be for flown.

 6         Next to that is going to be the number "2," which says how

 7    many bags they checked.  So this passenger would have two bags

 8    checked.

 9         Then you have the "SC," which is the security clearance.

10    Q.   What is the security clearance?

11    A.   That means that we've gone through the security procedure

12    and it's gone through the clearinghouse and they're okay to

13    fly.

14    Q.   What does "L F" mean right next to "SC"?

15    A.   That means listed, meaning the ticket was lifted and used.

16    Q.   What does that mean, "lifted"?

17    A.   It used to mean that, when you had a paper ticket, we would

18    actually lift the ticket and take it from you.  But since we've

19    gone to electronic tickets, you still lift the ticket and we

20    still use that terminology.

21         It's just that the electronic ticket would go from the okay

22    status, which is when you purchase it, then to checked in, and

23    then it would go to lifted when we run it through the EGR.

24    Q.   So is the EGR that machine that's right by the gate?

25    A.   It's the machine that we use to scan the boarding passes

1    when you get on the aircraft.

2    Q.   Okay.

3    A.   And then the last two letters there in that row, the "AD,"

4    that would mean they have an advantage number.

5    Q.   Going back to the passenger named Carter, if you would just

6    move that document so we can see the last name.

7         Have you had an opportunity to inspect this document

8    before?

9    A.   Yes.

10   Q.   And based on your inspection of this document, are there

11   any other passengers with the last name Carter?

12   A.   No.  Not on this document.

13   Q.   Talking about AW2 now, could you tell from this record who

14   was traveling with Passenger Carter on this particular flight?

15   A.   Yes.

16   Q.   What are you looking for to do that?

17   A.   I'm going in the column where the group code is and I'm

18   going to look for the other AW2.

19        The other AW2 would be right here.

20   Q.   What page of the exhibit is that?

21   A.   Page 7.

22   Q.   Of Government's Exhibit 1.  Correct?

23   A.   Yes.

24   Q.   Could you highlight that row.

25   A.   (Witness complies.)

 1    Q.   What's the name of the passenger that was traveling with

 2    Passenger Carter?

 3    A.   Last name is Xxxxx.  First name, Peter.

 4    Q.   And what seat was Passenger Xxxxxx in?

 5    A.   35H.

 6    Q.   And was he also on this flight?

 7    A.   Yes.

 8    Q.   And how can you tell from looking at this information?

 9    A.   Well, I would go to the on list.  He has a seat number on

10    this list.  If you go back further in the document --

11    Q.   If we could go back to the previous page, does the "LF"

12    mean that --

13    A.   That means his ticket was lifted.  Yes.

14    Q.   As you were saying, there's another place to look to see if

15    Passenger Carter and Passenger Xxxxxx were on the plane?

16    A.   Yes.  If you continue on into the document and go back to

17    what we call the on list --

18    Q.   What page does the on list begin on?

19    A.   The on list begins on Page 10 of the document.

20    Q.   And what is this list?

21    A.   This list are the passengers on the aircraft.  And this

22    would actually appear in seat number order as opposed to

23    alphabetical order, as the passenger listed.

24    Q.   And so are Passenger Carter and Passenger Xxxxxx on --

25    listed on the on list?

 1    A.   (Witness indicates.)

 2    Q.   Could you highlight where the Passenger Carter and the

 3    Passenger Xxxxxx appear on the on list.

 4    A.   Yes.  They would be right here.

 5    Q.   On what page of the exhibit is that?

 6    A.   That would be on Page 14.

 7    Q.   How many pages is Government's Exhibit 1?

 8    A.   17.

 9    Q.   And is there other information pertaining to that

10    particular flight in that exhibit that we haven't gone over?

11    A.   There's all of the -- there's the flight information from

12    the flight.  There's going to be the infants that were on the

13    flight.

14         The list underneath this one, which is titled "X On," would

15    be those customers that had reservations on the flight, but did

16    not get on the flight.

17    Q.   Is Mr. Carter or Mr. Xxxxxx on the XOn list for

18    Government's Exhibit 1?

19    A.   No.  They're on the -- they were on the flight.  They're on

20    the on list.

21              MS. MEDETIS:  Permission to approach, your Honor?

22              THE COURT:  Yes.

23    BY MS. MEDETIS:

24    Q.   I'm handing you what's been admitted into evidence as

25    Government's Exhibit 2.

1          Do you recognize that?

2     A.   Yes, I do.

3               MS. MEDETIS:   Your Honor, permission to publish?

4               THE COURT:   You may.

5     BY MS. MEDETIS:

6     Q.   You can go ahead and put this on the table.

7          What is that?

8     A.   This would be a flight history report.

9     Q.   And for what flight is this flight history report?

10    A.   This is for American Airlines Flight 1291, departing Miami

11    on October the 2nd, 2001, to Port-au-Prince.

12    Q.   And did this flight actually take place?

13    A.   Yes, it did.  You can see right underneath that the

14    scheduled departure time was 11:00 a.m.  It actually departed

15    at 11:13.  Scheduled arrival was 12:07, and the actual arrival

16    was 12:09 into Port-au-Prince.

17    Q.   And can you shift the document over so that the jury can

18    see the actual arrival into Port-au-Prince from Miami on

19    October 2nd, 2001.

20    A.   Yes.

21    Q.   From looking at this document, can you tell us if a

22    passenger by the name of Carter and a passenger by the name of

23    Xxxxxx were on this flight from Miami to Port-au-Prince on

24    October 2nd, 2001.

25    A.   Yes.  I can tell you Passenger Carter shows here at the

 1    bottom of Page 1, right here.

 2    Q.   And can you tell -- could you highlight that row, please.

 3    A.   (Witness complies.)

 4    Q.   Was he traveling with someone on that day, on October 2nd,

 5    2001?

 6    A.   The group code does show "AD2," meaning that he was

 7    traveling with somebody else.

 8    Q.   That information that you just highlighted:  Does that show

 9    if the Defendant -- I apologize -- if Passenger Carter's ticket

10    was lifted?

11    A.   Yes, it does.  It shows the "LF" on the -- in the edit

12    codes, which means the ticket was lifted.

13    Q.   And could you show us where Passenger Carter's travel

14    partner is listed on this list.

15    A.   His travel partner is listed right here.

16    Q.   Could you highlight that row for us, please.

17    A.   (Witness complies.)

18    Q.   And just to go back, Passenger Carter's name appeared on

19    what page of Government's Exhibit 2?

20    A.   On Page 1.

21    Q.   And on what page of Government's Exhibit 2 does Passenger

22    Xxxxxx's name appear?

23    A.   Page 3.

24    Q.   Can you tell from looking at that row that you highlighted

25    whether Passenger Xxxxxx was on this flight from Miami to

McLaren - DIRECT - By Ms. Medetis                     122

1   Port-au-Prince on October 2nd, 2001?

2   A.   Yes.  It shows lifted underneath the edit codes.  It shows

3   the "LF" code.

4   Q.   And what is the code next to it, two columns over, "CHD"?

5   What does that mean?

6   A.   That means it was a child.

7   Q.   And when is the "CHD" code applied?

8   A.   When that passenger is 12 years of age or under, we use it.

9   We use it for weight and balance purposes because it tells

10  us -- because, when you do weight and balance, there's so many

11  pounds that are allowed for an adult and so many pounds that

12  are allowed for a child.

13      So it allows us to make sure that we have weight and

14  balance purposes and, also, helps us when we're loading cargo.

15  Q.   And do Passengers Xxxxxx and Carter appear on the on list

16  for Government's Exhibit 2?

17  A.   Yes, they do.

18  Q.   And if you could just move that over so that the jury can

19  see the full list.

20      Could you highlight where Passengers Carter and Xxxxxx

21  appear.

22  A.   (Witness complies.)

23  Q.   And what seats did these two passengers sit in on this

24  particular flight on October 2nd, 2001?

25  A.   They were in 15H and -J.

McLaren - DIRECT - By Ms. Medetis                123

1    Q.   Did those two passengers appear on the XOn list?

2    A.   No, they do not.

3    Q.   And you've reviewed this document before.  Correct?

4    A.   Yes.

5    Q.   This document was provided by American Airlines.  Correct?

6    A.   That's correct.

7    Q.   Having reviewed it before, did you see any other passenger

8    on that flight with the last name Carter?

9    A.   No, ma'am.

10        MS. MEDETIS:  Your Honor, permission to approach?

11        THE COURT:  You may.

12   BY MS. MEDETIS:

13   Q.   I've handed you what's previously been admitted as

14   Government's Exhibit 3 through 14.

15        Starting with Exhibit 3 --

16        MS. MEDETIS:  Your Honor, permission to publish?

17        THE COURT:  You may.

18   BY MS. MEDETIS:

19   Q.   Can you tell us what that is, generally.

20   A.   This is a flight history report for American Flight 1646,

21   departing Port-au-Prince on October the 7th, 2003, arriving

22   into Miami.

23   Q.   And did that flight actually take place?

24   A.   Yes, it did.  It departed Port-au-Prince at 11:39 and

25   arrived into Miami at 2:29 in the afternoon.

1  Q.  And can you shift that over to show the jury the actual

2  arrival time in Miami on October 2nd -- 7th, 2003.

3  A.  Right here.

4  Q.  Now, this is a flight history report.  Correct,

5  Ms. McLaren?

6  A.  That is correct.

7  Q.  Why does it appear different than Government's Exhibits 1

8  and 2?

9  A.  We switched over to a new system and, when we switched over

10  to a new system because we needed more memory storage and

11  stuff, some of the information was lost in that transfer.

12      This happens to be one of the flights where the passenger

13  information and that other information was lost.  The only

14  thing we actually have is the actual arrival and departure

15  information.

16  Q.  So based on this record, what can you tell about this

17  flight?

18  A.  I can tell that it departed from Port-au-Prince and it

19  arrived into Miami.

20  Q.  But you have no passenger information for this flight.

21  Correct?

22  A.  No, ma'am.

23  Q.  Turning to Government's Exhibit 4 --

24          MS. MEDETIS:  Your Honor, permission to publish?  That

25  was previously admitted as Government's Exhibit 4.

1            THE COURT:  Yes.

2    BY MS. MEDETIS:

3    Q.  And what is that?

4    A.  This would be a flight history report as well.

5    Q.  And for what flight?

6    A.  American Airlines Flight 1291, departing Miami on

7    October 30th, 2003, arriving into Port-au-Prince.

8    Q.  Now, Flight 1291 from Miami to Port-au-Prince on

9    October 30th, 2003:  Did that flight actually take place?

10   A.  Yes.  It departed from Miami, actually, at 11:07 in the

11   morning and its actual arrival time into Port-au-Prince was

12   1:02 in the afternoon.

13   Q.  And this looks similar to the previous exhibit.

14       Is there any passenger data for this particular flight?

15   A.  No, ma'am, there is not.  Again, this was in the transfer

16   and the data for this one was lost.

17   Q.  Moving on to Government's Exhibit 5, before you publish --

18            MS. MEDETIS:  Your Honor, Government's Exhibit 5 was

19   previously admitted into evidence.

20            THE COURT:  Yes.  You may publish.

21            MS. MEDETIS:  Thank you.

22   BY MS. MEDETIS:

23   Q.  Could you publish that for the jury, Ms. McLaren.

24       What is this?

25   A.  This is a flight history report, also.

McLaren - DIRECT - By Ms. Medetis                126

1   Q.   And what flight is it for?

2   A.   Flight 1646, departing from Port-au-Prince to Miami on

3   November 13th, 2004.

4   Q.   And did this flight actually take place?

5   A.   Yes.  It actually departed from Port-au-Prince at 10:23 in

6   the morning and it actually arrived into Miami at 12:23 in the

7   afternoon.

8   Q.   And do you have any passenger information for this

9   particular flight?

10  A.   No, ma'am.

11  Q.   Why is that?

12  A.   Again, that was when we were in the transfer process and

13  some of the data did get lost from some flights.

14  Q.   But based on this record, you can tell that this flight

15  actually took place.  Correct?

16  A.   Yes, ma'am.

17  Q.   Turning to Government's Exhibit 6, if you could take a look

18  at Government's Exhibit 6, which is previously admitted into

19  evidence --

20        MS. MEDETIS:  Your Honor, permission to publish?

21        THE COURT:  You may.

22  BY MS. MEDETIS:

23  Q.   And what is this?

24  A.   This is a flight history report.

25  Q.   For what flight?

McLaren - DIRECT - By Ms. Medetis          127

```
 1   A.   American Airlines Flight 807, departing from

 2   Fort Lauderdale on November 27th, 2004, to Port-au-Prince.

 3   Q.   And did this flight actually take place?

 4   A.   Yes.  It departed from Fort Lauderdale at 8:10 in the

 5   morning and it actually arrived into Port-au-Prince at 9:54 in

 6   the morning.

 7   Q.   And is there any passenger data for this particular flight

 8   from Fort Lauderdale to Port-au-Prince on November 27th, 2004,

 9   that American Airlines has?

10   A.   No, ma'am.

11   Q.   Drawing your attention to Government's Exhibit 7 --

12           MS. MEDETIS:  Your Honor, permission to publish?  This

13   has previously been admitted as Government's Exhibit 7.

14           THE COURT:  You may.

15   BY MS. MEDETIS:

16   Q.   What is this?

17   A.   This would be a flight history report.

18   Q.   For what flight?

19   A.   American Airlines Flight 816, departing from Port-au-Prince

20   on February the 10th, 2006, and arriving into Miami.

21   Q.   And can you tell from this record if this flight actually

22   took place?

23   A.   Yes.  It actually departed from Port-au-Prince at 11:00 in

24   the morning and it actually arrived into Miami at 1:02 in the

25   afternoon.
```

1    Q.   Can you tell from looking at this record whether a

2    passenger with the last name Carter was on this flight?

3    A.   Yes.

4    Q.   And what is the first name listed on there?

5    A.   The first name is listed as "Matth."

6    Q.   And how can you tell from looking at this record that

7    Passenger Carter, first name "Matth," was on the flight?

8    A.   I would go to the on list.

9    Q.   Could you please highlight where Passenger Carter's name

10   appears on the passenger list first.

11   A.   (Witness complies.)

12   Q.   What page of the exhibit is that?

13   A.   That is on Page 1.

14   Q.   And you were going to go to the on list to verify that

15   Passenger Carter was on this particular flight.  Could you do

16   that, please.

17   A.   Yes.

18   Q.   And once you find Passenger Carter's name, could you please

19   highlight it.

20   A.   (Witness complies.)

21   Q.   And could you please maneuver the document so the jury can

22   see it.

23   A.   Yes.

24   Q.   How can you tell that Passenger Carter was on this

25   particular flight?

1    A.   He's on the on list and the hyphen after the seat number

2    shows that he was on it and the "LF" shows that the ticket was

3    lifted.

4    Q.   Turning your attention to Government's Exhibit 8, if you

5    could take a look at that.

6         MS. MEDETIS:  It's been previously admitted into

7    evidence, your Honor.

8         Permission to publish Government's Exhibit 8?

9         THE COURT:  You may.

10   BY MS. MEDETIS:

11   Q.   What is Government's Exhibit 8, Ms. McLaren?

12   A.   This would be a flight history report as well.

13   Q.   For what flight?

14   A.   American Airlines Flight 1291, departing from Miami on

15   February 27th, 2006, and arriving into Port-au-Prince.

16   Q.   And did this flight actually take place?

17   A.   Yes.  It actually departed from Miami at 10:18 in the

18   morning, arrived into Port-au-Prince at 12:04 in the afternoon.

19   Q.   And can you tell from looking at this record if a passenger

20   with the name Carter traveled from Miami to Port-au-Prince,

21   Haiti, on February 27th, 2006?

22   A.   Yes.

23   Q.   And could you highlight his name.

24   A.   (Witness complies.)

25   Q.   On what list is -- does the name appear?

McLaren - DIRECT - By Ms. Medetis                    130

```
 1   A.  The first list would be on the passenger list.

 2   Q.  On what page of the exhibit does the name Carter appear?

 3   A.  That would be on Page 2.

 4   Q.  And what's the first name for Passenger Carter?

 5   A.  "Matth."

 6   Q.  And are there any other passengers with the last name

 7   Carter on either Government's Exhibit 7 or 8?  If you need to

 8   go back to 7, please do so.

 9   A.  Not on Exhibit 7.

10   Q.  How about on Exhibit 8 for the flight for February 27th,

11   2006, from Miami to Port-au-Prince?

12   A.  Not on Exhibit 8 either.

13   Q.  Now, does Passenger Carter appear on the on list for

14   Government's Exhibit 8?

15   A.  Yes.

16   Q.  Could you please highlight where Passenger Carter's name

17   appears.

18   A.  (Witness complies.)

19   Q.  And could you please move the document so that the jury can

20   see what you've highlighted.

21   A.  It's right here.

22   Q.  So based on your review of this document, a passenger with

23   the last name of Carter traveled on February 27th, 2006, from

24   Miami to Port-au-Prince.  Is that correct?

25   A.  That's correct.
```

1    Q.   I'm showing you what's been previously admitted into

2    evidence as Government's Exhibit 22.

3             MS. MEDETIS:   Permission to publish, your Honor?

4             THE COURT:   You may.

5    BY MS. MEDETIS:

6    Q.   Ms. McLaren, could you tell us what that is.

7    A.   This would be a passenger receipt for a ticket that was

8    purchased.

9    Q.   And what's the date of the receipt?

10   A.   The date that it was purchased was -- the date of issue was

11   April 7th, 2011.

12   Q.   And who's the passenger listed on here?

13   A.   The passenger is Matthew Carter.

14   Q.   If you could direct your attention to the right side of the

15   passenger receipt, what is the information that's listed there?

16   It looks like a series of letters and numbers.  Can you explain

17   what that is.

18   A.   If you start out at the top of the document, it shows that

19   this ticket was issued for Fort Lauderdale to Dallas, American

20   Airlines Flight 541.

21   Q.   On what date?

22   A.   On the 7th of April.

23   Q.   Is that for 2011?

24   A.   Yeah.  That would be 2011.  You can only purchase tickets

25   330 days in advance.

McLaren - DIRECT - By Ms. Medetis                    132

1    Q.   Okay.

2    A.   And then the bunch of letters and numbers that you see to

3    the right, that would be the fare basis code or the fare they

4    paid.

5    Q.   This particular passenger, once they got to St. Louis,

6    where did they go next?

7    A.   Then -- they went Dallas to St. Louis on American

8    Flight 226 on the 7th and then it was St. Louis to Chicago.

9    Q.   And then, after Chicago, where did Matthew Carter go next?

10   A.   From Chicago to Detroit.

11   Q.   And from Detroit, where did Matthew Carter go next?

12   A.   Detroit to Miami.  And then it would have been Miami to

13   Port-au-Prince.

14   Q.   And what's the date for the Miami to Port-au-Prince flight?

15   A.   That would be May the 8th.

16   Q.   And that's for 2011?

17   A.   Yes, ma'am.

18   Q.   Looking at what's previously been admitted as Government's

19   Exhibits 9 through 12, can you --

20        MS. MEDETIS:  Permission to publish Exhibits 9 through

21   12, your Honor?

22        THE COURT:  You may.

23   BY MS. MEDETIS:

24   Q.   Looking at Exhibit 9, what is that?

25   A.   This would be a flight history report.

McLaren - DIRECT - By Ms. Medetis                  133

1    Q.   And for what flight?

2    A.   American Airlines Flight 541, departing from

3    Fort Lauderdale on April 7th, 2011, arriving into Dallas.

4    Q.   And is that the flight that you just saw on Matthew

5    Carter's passenger receipt?

6    A.   Yes, it is.

7    Q.   And is his name listed on this flight history report as

8    being on the flight?

9    A.   It shows right here on the passenger list.

10   Q.   And is he also on the on list?

11   A.   Yes.  He shows on the on list right here.

12   Q.   And going on to Government's Exhibit 10, what is that?

13   A.   This would be a flight history report for Flight 2226,

14   departing Dallas/Fort Worth on the 7th of April to St. Louis.

15   Q.   And is Passenger Carter -- was Passenger Carter on this

16   flight?

17   A.   There were three Passenger Carters on this flight.

18   Q.   Is there a Matthew Carter on this flight, from what you can

19   tell?

20   A.   Yes.

21   Q.   Could you highlight that.

22   A.   (Witness complies.)

23   Q.   And move the document up so that the jury can see.

24   A.   Yes.

25   Q.   Were the Carters -- there's three Carters listed here.  One

1   is "Matth."  Were the other two Carters traveling with Carter,

2   "Matth"?

3   A.   No.

4   Q.   Is Passenger Carter, "Matth," on the on list for this

5   exhibit, Government's Exhibit 10?

6   A.   Yes, he is.

7   Q.   Could you highlight that, please.

8   A.   (Witness complies.)

9   Q.   And tell us what page that's on.

10   A.   That would be on Page 9.

11   Q.   Moving to Government's Exhibit 11, can you show the jury

12   what that is, please, and tell us what that is.

13   A.   This would be a flight history report for American Airlines

14   Flight 1199, departing St. Louis on April the 8th, arriving to

15   Chicago.

16   Q.   And Government's Exhibit 12:  What is that?

17   A.   This would be a flight history report for American Eagle --

18   the "TE" tells me that it's American Eagle -- Flight 5040,

19   departing Chicago O'Hare on April the 8th to Kalamazoo.

20   Q.   And could you move that over a little bit so the jury can

21   see the full flight number.

22   A.   Yes.

23   Q.   And based on your previous review of Government's

24   Exhibits 11 and 12, is the passenger with the last name Carter

25   on the flights for the flight history reports for Exhibits 11

McLaren - DIRECT - By Ms. Medetis          135

1   and 12?

2   A.   Yes.

3   Q.   I'd like to direct your attention to Government's

4   Exhibit 13.   It's been previously admitted into evidence.

5            MS. MEDETIS:   Permission to publish, your Honor?

6            THE COURT:   You may.

7   BY MS. MEDETIS:

8   Q.   What is that?

9   A.   This would be the flight history report for American

10  Airlines Flight 873, departing Detroit on May the 8th, 2011,

11  arriving into Miami.

12  Q.   And is a passenger with the last name Carter on the

13  passenger list for this exhibit?

14  A.   Yes.

15  Q.   And could you highlight where his name appears.

16  A.   (Witness complies.)

17  Q.   And what page of the exhibit that on?

18  A.   That would be on Page 1 of the passenger list.

19  Q.   Can you tell from looking at that entry if the ticket for

20  Passenger Carter was lifted?

21  A.   Yes.

22  Q.   And what's the first name listed for Passenger Carter?

23  A.   "Matth."

24  Q.   Is there any other Carter listed on this flight from Miami

25  to Port-au-Prince, Haiti, on May 8th, 2011 -- I apologize --

McLaren - DIRECT - By Ms. Medetis                    136

```
 1    Detroit to Miami, May 8, 2011?

 2    A.   No, there is not.

 3    Q.   Is Passenger Carter listed on the on list?

 4    A.   Yes, he is.

 5    Q.   Could you highlight that, please.

 6    A.   (Witness complies.)

 7    Q.   Directing your attention to what's been previously admitted

 8    as Government's Exhibit 21-A and 21-B --

 9            MS. MEDETIS:   Permission to approach, your Honor?

10            THE COURT:   You may.

11    BY MS. MEDETIS:

12    Q.   You can go ahead and publish those so the jury can see

13    them.

14         What are those, ma'am?

15    A.   These would be two boarding passes.

16    Q.   And the top one:  What is that?

17    A.   The top one is the boarding pass for American Airlines

18    Flight 873 on the 8th of May, 2011, from Detroit to Miami.

19    Q.   And for what passenger?

20    A.   That would be for Matthew Carter.

21    Q.   And is that the flight that we just saw Passenger Carter

22    listed in the flight history report?

23    A.   Yes.

24    Q.   Government's Exhibit 13?

25    A.   Yes.
```

1   Q.  And could you turn that top ticket over just so that we can

2   see the exhibit number.

3   A.  (Witness complies.)

4   Q.  What's the exhibit number for that?

5   A.  21-A.

6   Q.  And the boarding pass below 21-A, if you could just show us

7   that.

8        What is that?

9   A.  This would be a boarding pass for Flight 809 from Miami to

10  Port-au-Prince on the 8th of May, 2011.

11  Q.  Who's the passenger for this boarding pass?

12  A.  Matthew Carter.

13        MS. MEDETIS:  Your Honor, may I approach?

14        THE COURT:  Yes.

15  BY MS. MEDETIS:

16  Q.  Ms. McLaren, could you please publish those so the jury can

17  see what you're looking at.

18  A.  (Witness complies.)

19  Q.  Can you tell us what those are, ma'am.

20  A.  These are receipts for baggage tags.

21  Q.  And for what passenger -- what passenger do these receipts

22  belong to?

23  A.  Matthew Carter.

24  Q.  And for what flights are these receipts?

25  A.  They would be for American Airlines Flight 873 on the 8th

1    of May into Miami and then Flight 809 out of Miami to

2    Port-au-Prince.

3    Q.   And when would a passenger get a receipt like this?

4    A.   When they would check in and check baggage, and that would

5    be either with a skycap or at the ticket counter.

6    Q.   Okay.

7            MS. MEDETIS:  May I approach, your Honor?

8            THE COURT:  Yes.

9    BY MS. MEDETIS:

10   Q.   Ms. McLaren, I'm handing you what's been marked as

11   Government's Exhibit 14, previously admitted into evidence.

12           MS. MEDETIS:  Permission to publish, your Honor?

13           THE COURT:  I'm sorry.  What was the number?

14           MS. MEDETIS:  Exhibit 14.

15           THE COURT:  You may.

16   BY MS. MEDETIS:

17   Q.   What is that, Ms. McLaren?

18   A.   This would be a flight history report for American Airlines

19   Flight 809, departing from Miami on the 8th of May, 2011,

20   arriving into Port-au-Prince.

21   Q.   Based on the flight history report for the flight on

22   May 8th, 2011, from Miami to Port-au-Prince, was Passenger

23   Matthew Carter on that flight?

24   A.   He was not on board the flight.

25   Q.   And how can you tell?

1    A.  Well, he doesn't show on the passenger list.  And if you go

2    to -- if you go back to the XOn list, Passenger Carter is

3    listed on the XOn list, which means that he was not on the

4    flight.

5    Q.  Could you please highlight where Passenger Carter is listed

6    on the XOn list.

7    A.  (Witness complies.)

8    Q.  Is there any other place on the document where you'd be

9    able to tell that Matthew Andrew Carter was not on the flight?

10   A.  Well, the other place that I'd be able to tell is on the

11   front page.  We have delay information when a flight has been

12   delayed, because his flight took a delay.

13   Q.  Could you tell us what the delay information is for this

14   flight on May 8th, 2011, from Miami to Port-au-Prince.

15   A.  Yes.  It says "12 minutes CBP," which is our abbreviation

16   for Customs and Border Protection, "Process Code 04.  Customs

17   detained Passenger Carter.  Two bags.  Necessary to remove bags

18   from AC," aircraft.  "Passenger did not travel."  It says "FISP

19   was advised."

20   Q.  Are there any other passengers named Carter on this

21   particular flight history report for May 8th, 2011, from Miami

22   to Port-au-Prince?

23   A.  No, ma'am.

24        MS. MEDETIS:  Your Honor, the Government would tender

25   the witness.

```
 1              THE COURT:  Cross-examination.

 2                    CROSS-EXAMINATION

 3   BY MR. HOROWITZ:

 4   Q.   Good afternoon, Ms. McLaren.  How are you?

 5   A.   Okay.

 6   Q.   Do you know who Matthew Carter is?

 7   A.   No.

 8   Q.   You never met him?

 9   A.   No.

10   Q.   Can't identify him?

11   A.   No.

12   Q.   Can't tell he was ever on a plane, can you?

13   A.   I can't tell it'd be him.  I can only tell somebody named

14   Matthew Carter was on a plane.

15   Q.   "Matth"?

16   A.   Uh-huh.

17   Q.   No "EW."  Correct?

18   A.   Uh-huh.

19   Q.   Is that a "yes"?

20   A.   "Matth."

21   Q.   Yes.

22   A.   Yes.

23   Q.   That's what the records print out.  Correct?

24   A.   That's what the records -- it prints the first five letters

25   of their name.
```

 1  Q.  Now, in order to get these records, you press a button and

 2  the computer spits them out.  Correct?

 3  A.  Well, you have to go in and do the search.  You have to do

 4  more than just press a button.

 5  Q.  You do the search.

 6      Who asked you to do the search?

 7  A.  We were asked by the Government to do the search.

 8  Q.  And based on the parameters of your search, you did -- you

 9  went on the computers and complied with their request.

10  Correct?

11  A.  Yes.  But they asked by specific flights, not by name.  You

12  can't search by name.

13  Q.  And some of the specific flights, "Matth" Carter, you can't

14  tell whether that person was on those flights.  Correct?

15  A.  The ones that had no passenger data, that is correct.

16  Q.  And that was Government's Exhibits 5, 6 -- 4, 5 and 6.

17      Those were the flights from 2003 and 2004.  Is that

18  correct?

19  A.  I believe so.  Without looking at the documents again, I

20  can't tell you for sure that that's the one -- the numbers that

21  they were.

22          MR. HOROWITZ:  May I approach, your Honor?

23          THE COURT:  Yes.

24  BY MR. HOROWITZ:

25  Q.  I'm handing you Government's Exhibits 3, 4, 5 and 6.

McLaren - CROSS - By Mr. Horowitz                142

1   A.   That is correct.

2   Q.   On those four flights that are before you --

3   A.   Yes.

4   Q.   -- on those exhibits, you can tell that the flight took

5   off, the flight landed, the time the flight took off, the time

6   the flight landed, but you can't testify as to who was on the

7   flight.  Correct?

8   A.   No, sir.

9   Q.   Because those are the four flights where there were no

10  passenger manifests.  Correct?

11  A.   The data was lost in the transfer of the system.

12  Q.   And when the Government's request was complied with, you

13  pressed the button and the information was printed out.

14  Correct?

15  A.   For each flight.

16  Q.   You don't know whether that information is true or not

17  true, but those are the records within American Airlines?

18  A.   No, sir.  Those would be the records for the flight.  The

19  manifest on a flight with the passenger information has to be

20  correct because that would be what is transmitted to Customs

21  when it's an international flight.

22  Q.   And that's the information that's entered at the gate; is

23  it not?

24  A.   That is correct.  That's when you go through the EGR.

25  Q.   If someone makes a mistake in entering information --

McLaren - REDIRECT - By Ms. Medetis                   143

 1    A.   You're running a boarding pass through.  That would be the

 2    passenger's boarding pass.  And they have to have their

 3    passport out along with it on an international flight.

 4    Q.   But you weren't there when that was done.  Correct?

 5    A.   No, sir.  Not at every one of these flights.

 6    Q.   None of those flights, were you?

 7    A.   I can't -- I don't know.  I --

 8    Q.   You've been --

 9    A.   I've been with American for 24 years.  I can't tell you

10    every flight I've worked.

11    Q.   Fair to say it's hundreds or maybe even thousands of

12    flights?

13    A.   Exactly.

14    Q.   And hundreds of thousands of passengers?

15    A.   More than likely.

16              MR. HOROWITZ:  Thank you very much.

17              Oh.  May I have one moment, your Honor?

18              THE COURT:  Yes.

19              MR. HOROWITZ:  No further questions.  Thank you.

20              THE COURT:  Redirect?

21              MS. MEDETIS:  Briefly, your Honor.  Yes.

22                        REDIRECT EXAMINATION

23    BY MS. MEDETIS:

24    Q.   Ms. McLaren, in your 24 years of experience with American

25    Airlines, could you please describe to us what a gate agent has

 1    to do before they allow a passenger to board an international

 2    flight.

 3    A.   We have to, first of all, check their documents to make

 4    sure that they have the proper documents to travel to that

 5    country.

 6         When we're boarding an international flight, all passengers

 7    must have their boarding pass out along with their passport, as

 8    we must ensure that they have that with them prior to boarding.

 9         And if they do not have those documents -- that document

10    with them, then they can't board the aircraft.

11    Q.   And even before a passenger gets to the gate, at the ticket

12    counter, is there a check-in process for passengers on

13    international flights?

14    A.   Yes.  If -- it doesn't matter if -- it's going to be

15    wherever the first point is.

16         If you're traveling from another city connecting through

17    Miami to an international, that origination station must ensure

18    that you have proper documents to travel to your final

19    destination.  So they can't check your bags through or anything

20    else.

21         At the counter in Miami, when we're checking in for an

22    international flight, the customer must present their passport

23    for us to be able to check them in and then issue them a

24    boarding pass.

25    Q.   When you check the passport, do you look at the picture and

McLaren - REDIRECT - By Ms. Medetis                    145

```
 1   look at the passenger to verify that the holder of the passport

 2   is indeed the person depicted in the passport?

 3   A.   When they go through the line, the passport is open to the

 4   picture page when they hand us their boarding pass.

 5   Q.   And when you look at the passport and compare it to the

 6   ticket, do you compare to make sure that the name is the same

 7   on the passport and the boarding pass?

 8   A.   We look at the name on the boarding pass and the name on

 9   the passport.

10   Q.   On cross-examination, you were asked about the accuracy of

11   the records for Government's Exhibits 1 through 14.  I'd like

12   to revisit that.

13        At what point in time in the flight process is the

14   passenger manifest created?

15   A.   As soon as we close the flight, meaning once we've gone

16   down and we've closed the door of the aircraft, we come back up

17   and we make a close entry in the computer.

18        Once we do that, that generates the -- it'll generate the

19   passenger manifest to send out to Customs.  And then, once we

20   do what we call PDC, which is what we do once it pushes off the

21   gate, it sends that information to the downline station.

22   Q.   And beginning in 2001 through 2011 or the present, does

23   somebody at American Airlines manually type the information as

24   to each passenger that's on the flight?

25   A.   No.
```

1    Q.   How does that information get put onto the American

2    Airlines system?

3    A.   Well, your boarding pass is now electronic.  They have a

4    bar code on them.  We scan them it and goes through the EGR, or

5    the electronic gate reader, which is what "EGR" stands for.

6    Q.   And when an international ticket is purchased by a

7    passenger, what kind of information do they need to give to

8    purchase the international ticket from American Airlines?

9    A.   To purchase the ticket, if they do it on-line, they will

10   have to give what we call secure data information, which means

11   they will have to give their name and their date of birth.

12   They don't have to present their passport until they come to

13   check in.

14   Q.   But they give their name and their date of birth.  Correct?

15   A.   Yes.

16   Q.   And at some point before that particular passenger, who,

17   when they purchased their ticket, gave their name -- their full

18   name, I assume.  Correct?

19   A.   Whatever name -- if they do it on-line, they're going to

20   give whatever name they type.  We ask that -- it tells them for

21   it to be the name on their Government-issued identification so

22   that it matches when they come to the airport.

23   Q.   So at some point, when the ticket is purchased by the

24   passenger, the passenger gives the full name that's going to be

25   reflected on whatever document they're going to travel with.

1    Correct?

2    A.   Yes.

3    Q.   And then, at some point, when the passenger -- before they

4    get on the plane, American Airlines personnel will look at the

5    ticket reflecting the name that the passenger listed when they

6    purchased the ticket against the ID.   Correct?

7    A.   That is correct.

8    Q.   And those two names have to match before somebody gets on

9    an international flight.   Is that correct?

10   A.   That is correct, as well as, when you're checking in for an

11   international flight, you're going to check the picture when

12   they check in at the counter.

13        And when they go through the security checkpoint, that has

14   to match as well because they're checking to make sure that the

15   picture matches who comes through.

16             MS. MEDETIS:   Just a moment, your Honor.   I apologize.

17   I misplaced an exhibit.

18   BY MS. MEDETIS:

19   Q.   Do you have Exhibit 14 with you, Ms. McLaren?

20   A.   Yes.

21             MS. MEDETIS:   May I approach, your Honor?

22             THE COURT:   Yes.

23             MS. MEDETIS:   Permission to publish Government's

24   Exhibit 14 again, your Honor?

25             THE COURT:   Yes.   How are you publishing?

 1            MS. MEDETIS:  With the ELMO, if possible.

 2    BY MS. MEDETIS:

 3    Q.   Directing your attention to Government's Exhibit 14, on

 4    Page 9, where you highlighted Passenger Carter, first name

 5    "Matth," on the XOn list -- meaning the not on board list.

 6    Correct? --

 7    A.   That's correct.

 8    Q.   -- there was no other Carter on that flight.  Correct?

 9            MR. HOROWITZ:  Objection.  Leading.

10    BY MS. MEDETIS:

11    Q.   Was there another Carter on that flight, based on your

12    review of Government's Exhibit 14?

13    A.   No.

14    Q.   Government's Exhibit 21-B previously admitted:  What's the

15    name of the passenger on that flight?

16    A.   Matthew Carter.

17    Q.   And is it for -- I apologize.  I showed you the wrong

18    exhibit.

19         No.  I showed you the right exhibit.  I apologize again.

20         That flight is for what date?

21    A.   May the 8th, 2011.

22    Q.   And going from where to where?

23    A.   Miami to Port-au-Prince.

24    Q.   And the flight history report for Government's Exhibit 14:

25    Is that for the same flight?

1   A.   Yes, it is.

2   Q.   So this boarding pass for Government's Exhibit 21-B is for

3   Passenger Carter, Matthew?

4   A.   Yes.

5   Q.   Is it, therefore, the same as Carter, "Matth"?

6          MR. HOROWITZ:  Objection.  Calls for speculation.

7          THE WITNESS:  It --

8          THE COURT:  One moment, ma'am.

9          Overruled.

10         You may answer.

11         THE WITNESS:  The list will -- the spaces on the list

12  will only allow for the print of the first five letters.  And

13  based on the first five letters match and the last name match,

14  then that would be Matthew Carter.

15  BY MS. MEDETIS:

16  Q.   And in your 24 years of experience, the first five letters

17  "Matth," what have they stood for in your --

18         MR. HOROWITZ:  Objection.

19         MS. MEDETIS:  May I continue, Judge?

20         THE COURT:  Finish the question.

21  BY MS. MEDETIS:

22  Q.   -- in your review of thousands of passengers and thousands

23  of passengers' boarding passes and tickets where you've seen

24  the passenger's name?

25         MR. HOROWITZ:  Same objection.  Relevance,

```
 1   speculation.

 2            THE COURT:  Overruled.

 3            THE WITNESS:  In those -- that would be "Matth" would

 4   be Matthew.

 5            MS. MEDETIS:  No further questions, your Honor.

 6            THE COURT:  You may step down, ma'am.

 7            (Witness excused.)

 8            THE COURT:  Call your next witness.

 9            MS. KANE:  The United States calls Heather Harvey.

10             HEATHER HARVEY, GOVERNMENT WITNESS, SWORN

11            THE COURT REPORTER:  Thank you.  Please be seated.

12            Please state your full name and spell the last name.

13            THE WITNESS:  Heather Harvey.  H-a-r-v-e-y.

14                        DIRECT EXAMINATION

15   BY MS. KANE:

16   Q.  Good afternoon, Ms. Harvey.

17   A.  Hi.

18   Q.  Are you employed?

19   A.  I am.

20   Q.  And where are you employed?

21   A.  Spirit Airlines.

22   Q.  How long have you been employed by Spirit Airlines?

23   A.  Next month is six years.

24   Q.  What is your current position at Spirit?

25   A.  Senior manager of customer relations and luggage
```

1   resolution.

2   Q.   And how long have you held that position?

3   A.   About three and a half years with that title -- or three

4   years with that title.

5   Q.   And what are your duties and responsibilities in this

6   position?

7   A.   For the customer relations side, I'm responsible for the

8   communication to customers in the instance of a question or an

9   inquiry or a complaint; and then, on the luggage resolution

10  side, responsible for tracking and resolving lost bag claims.

11  Q.   In your position, what kind of experience have you had with

12  passenger reservation records?

13  A.   Quite a bit.  We are required to research anything that

14  comes in for an inquiry or a complaint.  So we would be

15  required to pull up the information pertaining to bookings.

16  Q.   Have you received training regarding how to read and review

17  these passenger reservation records?

18  A.   I have.

19  Q.   How often do you get that training?

20  A.   The initial and then there's recurrent once a year.

21          MS. KANE:  Your Honor, permission to publish

22  Government's Exhibit 19-A, which was previously admitted.

23          THE COURT:  You may.

24  BY MS. KANE:

25  Q.   Ms. Harvey, I'm showing you Government's Exhibit 19-A.

1          Just in general, what kind of record is this?

2     A.   This is a PNR, a passenger name record.

3     Q.   And, in general, what type of information is contained in a

4     passenger name record?

5     A.   The flight information and contact information for a unique

6     booking or a certain booking.

7     Q.   And in addition to the information that is displayed here,

8     is there additional information contained in this record?

9     A.   There is if you were to select, like, the "SSR" or one of

10    the tabs.

11    Q.   And what do you mean by "SSR"?

12    A.   So there's an "SSR" little tab here.  I can't show you,

13    but --

14              THE COURT:  You can mark on that screen.

15              THE WITNESS:  Oh.  That's ugly.

16              It's a special service request.  So if you were to

17    select that, you would see how many bags were purchased or if

18    there was a wheelchair request or anything like that.

19    BY MS. KANE:

20    Q.   So is this a screen shot from a computer record system?

21    A.   Yes, it is.

22    Q.   And what is the information that's contained here in the

23    upper right under "Record"?

24    A.   That is called --

25    Q.   Excuse me.  Upper left.  I apologize.

1   A.   It's okay.

2        That is the record locater.  That's a unique code for a

3   specific booking or an individual booking.

4   Q.   What is the record locater for this booking?

5   A.   HZPRXJ.

6   Q.   And who is this passenger record for?

7   A.   A Matthew Carter.

8   Q.   Directing your attention to the bottom left hand of this

9   screen, what information is contained under the phone tab?

10  A.   The home phone number is (561) 842-550 [sic].

11            THE COURT REPORTER:  I'm sorry.  550?

12            THE WITNESS:  550.  Yes, ma'am.

13  BY MS. KANE:

14  Q.   And what is the e-mail address listed for Matthew Carter?

15  A.   getcarter2010@yahoo.com.

16  Q.   And, in general, where does this contact information come

17  from?  Where does Spirit get this information?

18  A.   It's given by the person creating the booking.

19  Q.   By that, are you referring to a Spirit airline employee?

20  A.   No.  It would be the person that is creating this booking

21  for -- either Matthew Carter himself or someone who's making

22  the booking for him.  It's the information given.

23  Q.   And directing your attention to the flight information

24  field up in the upper right corner, what was Mr. Carter's

25  flight number?

```
 1    A.   NK330.

 2    Q.   And what does "NK" mean?

 3    A.   That is the tail number that Spirit Airlines uses.

 4    Q.   So that's --

 5    A.   It's the carrier code.

 6    Q.   A carrier code for Spirit Airlines?

 7    A.   Yes.

 8    Q.   And what was the date of Mr. Carter's flight?

 9    A.   November 16th, 2004.

10    Q.   And from what airport did Mr. Carter depart from?

11    A.   Palm Beach.

12    Q.   And is that what "PBI" is referring to?

13    A.   Yes.

14    Q.   And at what airport did he arrive?

15    A.   Detroit, DTW.

16    Q.   And at the end of this row, what does the designation

17    "Flown" mean?

18    A.   It means that the flight had taken off.  It had flown.

19    Q.   So that the flight actually took off?

20    A.   Yes.

21    Q.   And, in general, when is the information regarding the

22    flown status added to this type of record?

23    A.   Once the flight actually takes off.

24    Q.   Is there a way to determine from this particular exhibit in

25    this record that we're looking at here whether or not
```

 1  Mr. Carter actually boarded this flight before it took off?

 2  A.  Yes.  With some --

 3  Q.  What would you have to click on or how would you determine

 4  that?

 5  A.  You would -- up here, it's kind of hard to see.  You would

 6  click on one of these tabs to pull up a passenger manifest.

 7  And I believe it's this one.  I didn't circle it very well.

 8  Q.  You're fine.  Thank you.

 9          MS. KANE:  Your Honor, permission to publish

10  Government's Exhibit 19-B, which was previously admitted?

11          THE COURT:  Yes.

12  BY MS. KANE:

13  Q.  What is this, Ms. Harvey?

14  A.  This is a print screen of a passenger reconcile list.

15  Q.  For what flight number?

16  A.  NK330.

17  Q.  For what flight date?

18  A.  November 16th, 2004.

19  Q.  And, in general, what type of information is contained in a

20  passenger manifest or reconcile list?

21  A.  The passengers' information that were scheduled to take

22  that flight.

23          MS. KANE:  Permission to approach, your Honor?

24          THE COURT:  You may.

25          Do you want to use the document camera?

1          MS. KANE:  I'm going to try that and see how it is.

2          THE COURT:  You might want to move it over a little

3    bit.  If you look at the screen, you'll see how it's showing.

4    The other screen.

5          THE WITNESS:  Oh, okay.  Trusting me with technology.

6    Okay.

7    BY MS. KANE:

8    Q.  Now that you've gotten it perfectly so, I apologize.  I'm

9    going to have to ask you to move it slightly.

10         Does this record contain information regarding Matthew

11   Carter?

12   A.  Yes, it does.

13   Q.  And on what page of this exhibit does this exhibit contain

14   information regarding him?

15   A.  It would be the second page.

16         MS. KANE:  Your Honor, would it be possible to zoom

17   out just a bit?

18         THE COURT:  What do you want to do?

19         MS. KANE:  Zoom out.

20         Thank you, your Honor.

21   BY MS. KANE:

22   Q.  Directing your attention to the different columns that are

23   listed here, what are -- what is the information that's

24   generally contained under passenger name?

25   A.  The passenger's name.

```
 1   Q.   And what -- do you see Mr. Carter's name listed there?

 2   A.   I do.

 3          MS. KANE:  Permission to approach, your Honor?

 4          THE COURT:  You may.

 5   BY MS. KANE:

 6   Q.   Would you please highlight Mr. Carter's name.

 7   A.   (Witness complies.)

 8   Q.   And what information is contained under the departure

 9   column?

10   A.   PBI, Palm Beach.

11   Q.   And just in general, what information is generally

12   contained in that column?

13   A.   The departing city.

14   Q.   And why do the passengers that are listed here -- why do

15   they appear to be coming -- departing from different airports?

16   A.   Because NK330 is a flight line.  This flight started in

17   Palm Beach and continued to Atlantic City and then from

18   Atlantic City went on to Detroit.

19          So in this one right here, he went from Palm Beach to

20   Detroit.  But this person started in Atlantic City and then

21   went on to Detroit.

22   Q.   So there's more than one flight using flight number NK330?

23   A.   Right.

24   Q.   And so you said that Mr. Carter arrived at Detroit?

25   A.   Yes.
```

1    Q.   And how do you know that?

2    A.   Given the -- the status right here, it's a show status,

3    which means he boarded the flight and continued through.  And

4    then this is a no-show status.  So this would be somebody who

5    we did not collect the boarding pass and they did not fly.

6    Q.   In general, when is information regarding a passenger's

7    show or no-show status entered into a passenger reconcile list

8    or a manifest?

9    A.   When the boarding pass is scanned.

10   Q.   What additional information is contained in this record

11   regarding Mr. Carter?

12   A.   You could see that he was seated in 11F and that he had no

13   checked baggage.

14   Q.   And is this information available for the other passengers

15   that are listed here?

16   A.   It is.  It's just that those aren't expanded out.

17   Q.   And is there a way to tell if the Matthew Carter in this

18   record is the same individual as the Matthew Carter in

19   Government's Exhibit 19-A?

20   A.   Yes.  You would be able tell that based on the matching

21   record locator.

22   Q.   And what is the record locator for Mr. Carter?

23   A.   HZPRXJ.

24   Q.   And it's under the column called "PNR Book Number."  What

25   does that mean?

Harvey - DIRECT - By Ms. Kane                    159

```
 1    A.   Passenger name record book number.  You can use booking

 2    number or record locator interchangeably, just like a passenger

 3    reconcile list is also called a passenger manifest list.

 4              MS. KANE:  Your Honor, permission to publish from the

 5    ELMO Government's Exhibit 19-A again?

 6              THE COURT:  Yes, you may.

 7    BY MS. KANE:

 8    Q.   Again, who was the record locator for this record, for

 9    19-A?

10    A.   HZPRXJ.

11    Q.   So is this the same record locator number as the passenger

12    reconcile list?

13    A.   Yes, it is.

14    Q.   So does this mean that the Matthew Carter that provided --

15    or the e-mail address that was provided for him,

16    getcarter2010@yahoo.com, is the same Matthew Carter that

17    traveled on November 16th, 2004, from Palm Beach to Detroit?

18              MR. HOROWITZ:  Objection.  Leading.

19              THE COURT:  Sustained.

20              Rephrase your question.

21    BY MS. KANE:

22    Q.   Is this the same booking number --

23    A.   Yes.

24    Q.   -- as the last exhibit?

25    A.   Yes.
```

1    Q.   And the passenger reflected in this record provided the

2    e-mail address -- or someone booking for him provided the

3    e-mail address getcarter2010@yahoo.com?

4    A.   Yes.

5              MS. KANE:   Your Honor, permission to publish from the

6    ELMO Government's Exhibit 19-C, which was previously admitted?

7              THE COURT:   You may.

8    BY MS. KANE:

9    Q.   And what is this?

10   A.   A screen shot of a record locator or PNR, passenger name

11   record.

12   Q.   And what is the record locator for this record?

13   A.   HZTGQM.

14   Q.   Who is this record for?

15   A.   Matthew Carter.

16   Q.   And what e-mail address was provided when this booking was

17   made?

18   A.   getcarter2010@yahoo.com.

19   Q.   What was Mr. Carter's flight number?

20   A.   NK165.

21   Q.   And on what date did Mr. Carter fly?

22   A.   November 23rd, 2004.

23   Q.   At what airport did Mr. Carter depart from?

24   A.   Detroit, DTW.

25   Q.   And at what airport did he arrive?

1    A.   Palm Beach.

2    Q.   And what does the "Flown" status mean again?

3    A.   It means that the flight took off.

4         MS. KANE:  Permission to approach?

5         THE COURT:  You may.

6         MS. KANE:  Permission to publish Government's

7    Exhibit 19-D, which was previously admitted?

8         THE COURT:  Yes.

9    BY MS. KANE:

10   Q.   And what is this, Ms. Harvey?

11   A.   This is a passenger reconcile list.

12   Q.   For what flight number?

13   A.   NK165.

14   Q.   And for what flight date?

15   A.   November 23rd, 2004.

16   Q.   And, in general, what is the flight route for NK165?

17   A.   Detroit to Palm Beach International with a stop in Atlantic

18   City.

19   Q.   Does this record contain information regarding Matthew

20   Carter?

21   A.   Yes.

22   Q.   And on what page of the exhibit?

23   A.   The second page.

24   Q.   From what airport did Mr. Carter depart?

25   A.   Detroit.

1   Q.   And at what airport did Mr. Carter arrive?

2   A.   Palm Beach.

3   Q.   And what was Mr. Carter's status on this flight?

4   A.   Show.

5   Q.   And what does that mean?

6   A.   That means that we collected his boarding pass and he flew.

7   Q.   That means that Mr. Carter actually boarded the plane?

8   A.   Yes.

9   Q.   Would you mind highlighting his name, please.

10  A.   (Witness complies.)

11  Q.   What was Mr. Carter's seat number on this flight?

12  A.   6D, as in "Delta."

13  Q.   What are these different numbers that are listed under "Tag

14  Info" after the tag column "N"?

15  A.   Well, this "P4" is pieces of checked luggage.  It's four.

16  These are the tag numbers printed out unique to each bag.

17  Q.   So how many bags did Mr. Carter check on this flight?

18  A.   A total of four.

19  Q.   Is there a way to tell if the Matthew Carter in this record

20  is the same individual as the Matthew Carter in Government's

21  Exhibit 19-C?

22  A.   Yes, based on the record locator.

23  Q.   And what is the record locator for Mr. Carter on this

24  flight on November 23rd, 2004?

25  A.   HZTGQM.

```
 1              MS. KANE:  Your Honor, permission to publish

 2    Government's Exhibit 19-C from the ELMO?

 3              THE COURT:  Yes.

 4    BY MS. KANE:

 5    Q.  And what is the record locator for this record?

 6    A.  HZTGQM.

 7    Q.  Is this the same record locator as the Matthew Carter that

 8    boarded and flew on Flight No. NK165?

 9    A.  Yes.

10    Q.  And this the same individual who provided the e-mail

11    address getcarter2010@yahoo.com at booking?

12    A.  Yes.

13              MS. KANE:  Your Honor, permission to approach?

14              THE COURT:  You may.

15    BY MS. KANE:

16    Q.  What is this?

17    A.  This is a passenger name record.

18              THE COURT:  What exhibit number this?

19              MS. KANE:  I apologize.

20    BY MS. KANE:

21    Q.  I'm showing you what has been marked as Government's

22    Exhibit 19-J.

23         Do you recognize this?

24    A.  I do.

25    Q.  And what is this?
```

1   A.   This is a passenger name record.

2   Q.   For which passenger?

3   A.   Matthew Carter.

4   Q.   And this record contains information regarding Matthew

5   Carter's travel in what year?

6   A.   2009.

7   Q.   And when was this record first created?

8   A.   Where -- when it was --

9   Q.   I apologize.

10       In general, when are these records created?  When are they

11  first created?

12  A.   Oh.  They are created when you confirm the booking.

13  Q.   And was it a record kept in the regular course of Spirit

14  Airlines' business?

15  A.   Yes.

16  Q.   And does Spirit Airlines always create these records as a

17  regular part of its business activity?

18  A.   Yes.

19       MS. KANE:  Your Honor, I'd move to admit Government's

20  Exhibit 19-J.

21       THE COURT:  It will be admitted as Government's

22  Exhibit 19-J.

23       (Whereupon, Government's Exhibit No. 19-J was entered

24  into evidence.)

25       THE COURT:  You may publish.

```
 1              MS. KANE:  Thank you, your Honor.
 2   BY MS. KANE:
 3   Q.  Ms. Harvey, just briefly, what is this?
 4   A.  This is a passenger name record.
 5   Q.  Why does this passenger name record look different than the
 6   ones we reviewed earlier?
 7   A.  We transitioned into a new reservations system in 2008 --
 8   midway through 2008.  So this is from the new system.
 9   Q.  What is the record locator for this record?
10   A.  M5LQ4M.
11   Q.  I'm just going to zoom in a little bit more for you here.
12        What travel was booked in this record for August 14th,
13   2009?
14   A.  A flight from Port-au-Prince to Fort Lauderdale and then
15   continuing on from Fort Lauderdale to Detroit.
16   Q.  What travel was booked in this record for September 14th,
17   2009?
18   A.  A flight from Detroit to Fort Lauderdale and then
19   continuing on the following day from Fort Lauderdale to
20   Port-au-Prince.
21   Q.  And so the following day would be September 15th, 2009?
22   A.  Yes.
23   Q.  Why does this record not say that the Defendant had a
24   booking on September 15th, 2009, to travel from Fort Lauderdale
25   to Port-au-Prince?
```

1    A.   Because it only shows you the originating -- that's ugly --

2    originating what that date was.  And then you can see based --

3    it landing at 9:42 and then continuing on the next day at 8:30.

4    So the reason it would only show the initial one is because

5    that was the originating flight.

6    Q.   And directing your attention to this "Edit Passenger"

7    section here, in the middle, what date of birth is provided for

8    Matthew Carter?

9    A.   April 27th, 1945.

10   Q.   Directing your attention to the right side of this

11   document, under "Edit Travel Document," what country issued

12   Mr. Carter's passport?

13   A.   The United States.

14   Q.   And what is his passport number?

15   A.   701794597.

16   Q.   When does Mr. Carter's passport expire?

17   A.   It expired July 2nd, 2010.

18   Q.   And who provides this birth date and passport information

19   to Spirit Airlines?

20   A.   It depends.  It could be provided at the time of booking.

21   And if that information is not provided at the time of booking,

22   when the customer checks in, they would show ID for their

23   passport and then it would be input at check-in.

24   Q.   So an individual -- the passenger's birth date and passport

25   information can be provided at the time of booking --

```
 1    A.   Right.

 2    Q.   -- and/or at check-in?

 3    A.   Right.  Or somebody could call in between that time as well

 4    and supply the information.

 5    Q.   When the passenger checks in, does Spirit Airlines verify

 6    that the individual has that passport number, that passport

 7    name?

 8    A.   Yes.

 9    Q.   Directing your attention to the contact information over

10    here on the bottom left, who is listed there under "Contact

11    Information"?

12    A.   Carl Vorst.

13    Q.   And who provides this information to Spirit Airlines?

14    A.   It could be the passenger making the booking or that could

15    be added after the fact.

16    Q.   Okay.

17              MS. KANE:  Permission to approach, your Honor?

18              THE COURT:  You may.

19    BY MS. KANE:

20    Q.   I'm showing you what's been marked as Government's

21    Exhibit 19-E.

22              MS. KANE:  This was actually previously admitted, your

23    Honor.

24              THE COURT:  Yes.

25              MS. KANE:  Permission to publish?
```

```
 1              THE COURT:  You may.

 2   BY MS. KANE:

 3   Q.   What is this, Ms. Harvey?

 4   A.   This is a passenger reconcile list.

 5   Q.   And why does this record look so different than the other

 6   passenger reconcile lists that we've seen?

 7   A.   This is the new reservation system.

 8   Q.   And does this record contain information regarding Matthew

 9   Carter?

10   A.   Yes.

11   Q.   And have you reviewed this record before?

12   A.   I have.

13   Q.   Directing your attention to the second page, near the top,

14   would you please highlight his name.

15   A.   (Witness complies.)

16              MS. KANE:  I'm now showing defense counsel what has

17   been marked for identification as Government's Exhibit 19-L.

18              Permission to approach, your Honor?

19              THE COURT:  You may.

20   BY MS. KANE:

21   Q.   I'm showing you what has been marked as Government's

22   Exhibit 19-L.

23        Do you recognize this?

24   A.   Yes.

25   Q.   And what is this?
```

1    A.   This is an individual cell of what appears on this one.

2    Q.   So did the information in this exhibit come from

3    Government's Exhibit 19-E?

4    A.   Yes.

5    Q.   And have you reviewed this exhibit before?

6    A.   I have.

7    Q.   And based on your prior review, does this record contain

8    all of the information regarding Matthew Carter that was in

9    Government's Exhibit 19-E?

10   A.   Yes.

11           MS. KANE:  Your Honor, I'd move to admit Government's

12   Exhibit 19-L.

13           THE COURT:  It will be admitted as Government's

14   Exhibit 19-L.

15           (Whereupon, Government's Exhibit No. 19-L was entered

16   into evidence.)

17           THE COURT:  You may publish.

18           How do you want to publish it?  Are you publishing it

19   on the ELMO?

20           MS. KANE:  I am, your Honor.

21   BY MS. KANE:

22   Q.   What is the record locator for Mr. Carter?

23   A.   M5LQ4M.

24   Q.   And what was Mr. Carter's departure date?

25   A.   August 14th, 2009.

```
 1   Q.   And what was Mr. Carter's flight number?

 2   A.   NK952.

 3   Q.   And, again, "NK" means?

 4   A.   It's the carrier code for Spirit.

 5   Q.   What does -- is this the carrier code for Spirit Airlines?

 6   A.   Yes.

 7   Q.   What does the "Departure Station" column mean?

 8   A.   It is the airport that the flight will be taking off from.

 9   Q.   And at what airport did Mr. Carter depart from?

10   A.   You've got to slide --

11          THE COURT:  Can you zoom out a little bit?  It's not

12   all coming up on the screen.

13          MS. KANE:  I apologize.  I'm sorry.

14          THE WITNESS:  It was a departure from Port-au-Prince.

15   BY MS. KANE:

16   Q.   And at what airport did Mr. Carter arrive?

17   A.   Fort Lauderdale.

18   Q.   Is that what "Arrival Station" means?

19   A.   That is.

20   Q.   And directing your attention to "Lift Status," what does

21   "Lift Status" mean?

22   A.   The "Lift Status" is the equivalent of the show/no-show

23   status.  A "2" represents a show status, which means we took

24   the boarding pass, scanned it, boarded and he took off -- or

25   the flight took off.
```

```
 1    Q.   And what other lift statuses are possible for passengers?

 2    A.   Either a "2" or a "3."  A "3" is a no-show status.

 3    Q.   And what information is contained under the column "Unit

 4    Designator"?

 5    A.   That is the seat number.

 6    Q.   And is there a way to tell if the Matthew Carter in this

 7    record is the same individual as the Matthew Carter in the PNR

 8    record in Government's Exhibit 19-J?

 9    A.   Yes.  They would have the same record locator.

10    Q.   And what is Mr. Carter's record locator again for this?

11    A.   M5LQ4M.

12              MS. KANE:  Your Honor, permission to publish

13    Government's Exhibit Government's Exhibit 19-J?

14              THE COURT:  You may.

15    BY MS. KANE:

16    Q.   What is the record locator for this PNR number?

17    A.   M54Q4M.

18    Q.   And is this the same record locator?

19    A.   It is.

20    Q.   And this reservation -- under this reservation, the

21    passenger provided a birth date of April 27th, 1945?

22    A.   Yes.

23    Q.   And they provided a passport number of 701794597?

24    A.   Yes.

25              MS. KANE:  Permission to approach, your Honor?
```

 1            THE COURT:  You may.

 2   BY MS. KANE:

 3   Q.  I'm showing you what has been previously admitted as

 4   Government's Exhibit 19-F.

 5            MS. KANE:  Permission to publish, your Honor?

 6            THE COURT:  You may.

 7   BY MS. KANE:

 8   Q.  Do you recognize this?

 9   A.  I do.

10   Q.  What is this?

11            THE COURT:  Could you move the microphone over,

12   please.

13            THE WITNESS:  Sorry.

14            THE COURT:  It's okay.

15            THE WITNESS:  This is a passenger reconcile list.

16   BY MS. KANE:

17   Q.  And for -- have you reviewed this exhibit before?

18   A.  I have.

19   Q.  And does this record contain information regarding Matthew

20   Carter?

21   A.  It does.

22   Q.  Directing your attention to the second page of this

23   exhibit, near the top, would you please highlight his name.

24   A.  (Witness complies.)

25   Q.  And does this record contain information regarding more

```
 1   than one Matthew Carter?

 2   A.  It does not.

 3            MS. KANE:  I'm showing defense counsel what has been

 4   previously marked for identification as Government's

 5   Exhibit 19-M.

 6            Permission to approach, your Honor?

 7            THE COURT:  You may.

 8   BY MS. KANE:

 9   Q.  I'm showing you what has been marked for identification as

10   Government's Exhibit 19-M.

11       Do you know what this is?

12   A.  Yes.

13   Q.  And where did the information in this exhibit come from?

14   A.  The spreadsheet over here.

15   Q.  Is that Government's Exhibit 19-F?

16   A.  Yes.

17   Q.  And have you reviewed this exhibit before?

18   A.  Yes.

19   Q.  And does this exhibit contain all of the information

20   regarding Matthew Carter that was contained in Government's

21   Exhibit 19-F?

22   A.  Yes.

23            MS. KANE:  Your Honor, I would move to admit

24   Government's Exhibit 19-M.

25            THE COURT:  It will be admitted as Government's
```

```
 1    Exhibit 19-M.

 2              (Whereupon, Government's Exhibit No. 19-M was entered

 3    into evidence.)

 4              THE COURT:  You may publish.

 5              MS. KANE:  Thank you.

 6              Permission to publish from the ELMO, your Honor?

 7              THE COURT:  Yes.

 8    BY MS. KANE:

 9    Q.   What is the record locator for this?

10    A.   M5LQ4M.

11    Q.   And what is the passenger name?

12    A.   Matthew Carter.

13    Q.   What is the departure date?

14    A.   August 14th, 2009.

15    Q.   And what is the flight number?

16    A.   NK372.

17    Q.   And from what airport did Mr. Carter depart?

18    A.   From Fort Lauderdale to Detroit.

19    Q.   And on what date did Mr. Carter travel, again?

20    A.   August 14th, 2009.

21    Q.   What was Mr. Carter's lift status on this flight?

22    A.   A "2."

23    Q.   What does that mean, again?

24    A.   That means we collected the boarding pass and the flight

25    took off.
```

Harvey - DIRECT - By Ms. Kane                    175

```
 1    Q.   And so does that mean that Mr. Carter boarded this flight
 2    and the flight actually took off?
 3    A.   Yes.
 4    Q.   What was Mr. Carter's seat number on this flight?
 5    A.   8C.
 6    Q.   Is there a way to tell if the Matthew Carter in this record
 7    is the same individual as the Matthew Carter in the PNR record
 8    in Government's Exhibit 19-J?
 9    A.   There is.
10    Q.   And what is that?  How would you know?
11    A.   They would have the same record locator.
12    Q.   And just again, what is the record locator for this?
13    A.   M5LQ4M.
14    Q.   Directing your attention to again to Government's
15    Exhibit 19-J, which was previously admitted, what is the
16    passenger -- what is the record locator for this record?
17    A.   M5LQ4M.
18              MS. KANE:  Permission to approach, your Honor?
19              THE COURT:  You may.
20    BY MS. KANE:
21    Q.   I'm showing you what has been previously admitted as
22    Government's Exhibit 19-G.
23         Do you recognize this?
24    A.   I do.
25    Q.   And what is that?
```

 1    A.   This is a passenger reconcile list.

 2    Q.   Does this record contain information regarding Mr. Matthew

 3    Carter?

 4    A.   It does.

 5    Q.   And directing your attention to the first page of this,

 6    about two-thirds of the way down, would you please highlight

 7    his name.

 8    A.   Do you want me to snow it over here?

 9    Q.   Yes.  I'm sorry.

10         MS. KANE:  Permission to publish, your Honor?

11         THE COURT:  Yes.

12    BY MS. KANE:

13    Q.   And does this record contain information regarding more

14    than one Matthew Carter?

15    A.   It does not.

16         MS. KANE:  I'm showing defense counsel what has been

17    previously marked for identification as Government's

18    Exhibit 19-N.

19         Permission to approach, your Honor?

20         THE COURT:  You may.

21    BY MS. KANE:

22    Q.   I'm showing you what has been marked for identification as

23    Government's Exhibit 19-N.

24         Do you recognize this?

25    A.   I do.

 1   Q.   And have you reviewed this before?

 2   A.   I have.

 3   Q.   Where did the information in this exhibit come from?

 4   A.   It came from the greater spreadsheet here.

 5   Q.   Is that Government's Exhibit 19-G?

 6   A.   It is.

 7   Q.   And based on your prior review, does this record contain

 8   all of the information regarding Matthew Carter from

 9   Government's Exhibit 19-G?

10   A.   It does.

11          MS. KANE:  Your Honor, I'd move to admit Government's

12   Exhibit 19-N.

13          THE COURT:  It will be admitted as Government's

14   Exhibit 19-N.

15          (Whereupon, Government's Exhibit No. 19-N was entered

16   into evidence.)

17          THE COURT:  You may publish.

18          MS. KANE:  Thank you.

19   BY MS. KANE:

20   Q.   What is the passenger name listed here?

21   A.   Matthew Carter.

22   Q.   And on what date did Mr. Carter depart?

23   A.   September 14th, 2009.

24   Q.   What was the flight number?

25   A.   NK845.

1    Q.   From what airport did Mr. Carter depart?

2    A.   Detroit.

3    Q.   And where did he arrive?

4    A.   Fort Lauderdale.

5    Q.   What was Mr. Carter's lift status on this flight?

6    A.   A "2."

7    Q.   Again, what does that mean?

8    A.   It means we collected the boarding pass and he boarded.

9    Q.   Does that mean the flight actually took often as well?

10   A.   It does.

11   Q.   What was Mr. Carter's seat number?

12   A.   15A.

13   Q.   Is there a way to tell if the Matthew Carter in this record

14   is the same individual as the Matthew Carter in the PNR record

15   in Government's Exhibit 19-J?

16   A.   Yes.  They would have the same record locator.

17   Q.   What is the record locator for this?

18   A.   M5LQ4M.

19   Q.   I'm showing you what has been admitted as Government's

20   Exhibit 19-J.

21        Just, again, what is the record locator for this?

22   A.   M5LQ4M.

23   Q.   Is that the same record locator?

24   A.   It is.

25             MS. KANE:  Permission to approach, your Honor?

1          THE COURT:  You may.

2   BY MS. KANE:

3   Q.  I'm showing you what has previously been admitted as

4   Government's Exhibit 19-H.

5          MS. KANE:  Permission to publish, your Honor?

6          THE COURT:  You may.

7   BY MS. KANE:

8   Q.  What is this, Ms. Harvey?

9   A.  A passenger reconcile list.

10  Q.  And have you reviewed this exhibit before?

11  A.  I have.

12  Q.  And does this record contain information regarding Matthew

13  Carter?

14  A.  It does.

15  Q.  Directing your attention to about three-quarters of the way

16  down the page, would you please highlight Mr. Carter's name.

17  A.  (Witness complies.)

18  Q.  And based on your prior review, does this record contain

19  information regarding more than one Matthew Carter?

20  A.  No.

21         MS. KANE:  Permission to approach, your Honor?

22         THE COURT:  You may.

23         MS. KANE:  I'm showing defense counsel what has

24  previously been marked for identification as Government's

25  Exhibit 19-O.

BY MS. KANE:

Q.   I'm showing you Government's Exhibit 19-O.

     Do you recognize this?

A.   I do.

Q.   And what is this?

A.   This is a cell from this spreadsheet.

Q.   And so does the information contained in this exhibit come
from Government's Exhibit 19-H?

A.   It does.

Q.   And have you reviewed this exhibit before?

A.   I have.

Q.   And based on your prior review, does this record contain
all of the information regarding Matthew Carter that's
contained in Government's Exhibit 19-H?

A.   It does.

          MS. KANE:  Your Honor, I'd move to admit Government's
Exhibit 19-O.

          THE COURT:  It will be admitted as Government's
Exhibit 19-O.

          (Whereupon, Government's Exhibit No. 19-O was entered
into evidence.)

          THE COURT:  You may publish.

          MS. KANE:  Thank you.

BY MS. KANE:

Q.   Who is the passenger listed here?

```
 1    A.   Matthew Carter.

 2    Q.   On what date did Mr. Carter depart?

 3    A.   September 15th, 2009.

 4    Q.   What was his flight number?

 5    A.   NK951.

 6    Q.   From what airport did he depart?

 7    A.   Fort Lauderdale.

 8    Q.   And at what airport did he arrive?

 9    A.   Port-au-Prince.

10    Q.   And what was Mr. Carter's lift status on this flight on

11    September 15th, 2009?

12    A.   A "2."

13    Q.   And, again, just what does that mean?

14    A.   It means we collected and scanned the boarding pass and the

15    flight took off.

16    Q.   What was his seat number on this flight?

17    A.   19C.

18    Q.   Is there a way to tell if this Matthew Carter is the same

19    Matthew Carter from Government's Exhibit 19-J?

20    A.   Yes.  They would have identical record locators.

21    Q.   And what is the record locator for this flight on

22    September 15th, 2009?

23    A.   M5LQ4M.

24    Q.   I'm showing you what has previously been admitted as

25    Government's Exhibit 19-J.
```

 1        What is the booking -- excuse me.

 2        What is the record locator for this booking?

 3  A.   M5LQ4M.

 4  Q.   And at the time of this booking, the birth date of

 5  April 27th, 1945, was provided for Passenger Matthew Carter?

 6  A.   Perhaps at the booking.  Perhaps after booking.

 7  Q.   And for the Passenger Matthew Carter, was his passport

 8  number provided as 701794597?

 9  A.   Yes.

10        MS. KANE:  I'm showing defense counsel what has

11  previously been marked for identification as Government's

12  Exhibit 19-K.

13        THE COURT:  I'm sorry.  What was it?  19-K?

14        MS. KANE:  19-K.

15        Permission to approach, your Honor?

16        THE COURT:  You may.

17  BY MS. KANE:

18  Q.   I'm showing you what has been marked for identification as

19  19-K.

20        Do you recognize this?

21  A.   I do.

22  Q.   And what is this?

23  A.   This is a passenger name record.

24  Q.   Who is this passenger name record for?

25  A.   Matthew Carter.

1    Q.   And this record contains information regarding Mr. Carter's

2    travel in what years?

3    A.   2010 and 2011.

4    Q.   And, in general, when is the record like this created?

5    A.   At the time of booking.

6    Q.   And was this record kept in the regular course of Spirit

7    Airlines' business?

8    A.   Yes.

9    Q.   And does Spirit always create these records as part of its

10   regular business activity?

11   A.   Yes.

12        MS. KANE:  Your Honor, I'd move to admit Government's

13   Exhibit 19-K.

14        THE COURT:  It will be admitted as Government's

15   Exhibit 19-K.

16        (Whereupon, Government's Exhibit No. 19-K was entered

17   into evidence.)

18        THE COURT:  You may publish.

19   BY MS. KANE:

20   Q.   What is the record locator for this booking, Ms. Harvey?

21   A.   KDQJFE.

22   Q.   Zooming in here just a bit, what travel was booked for

23   December 7th, 2010?

24   A.   I'm sorry.  Can you repeat the question.

25   Q.   What travel was booked in this record for December 7th,

1    2010?

2    A.   A flight from Fort Lauderdale to Port-au-Prince.

3    Q.   And what is the flight number?

4    A.   NK951.

5    Q.   And what travel was booked in this record for Mr. Carter on

6    April 7th, 2011?

7    A.   Flight No. NK952 from Port-au-Prince to Fort Lauderdale.

8    Q.   Directing your attention to the passenger information

9    section here in the middle, what date of birth is listed for

10   Mr. Carter?

11   A.   April 27th, 1945.

12   Q.   And directing your attention to the travel document section

13   of this exhibit, what country issued Matthew Carter's passport?

14   A.   The United States.

15   Q.   What is his passport number?

16   A.   472491686.

17   Q.   And what is the expiration date for Mr. Carter's passport?

18   A.   June 7th, 2020.

19   Q.   Directing your attention to -- back to the left side of

20   this exhibit, what -- who is listed under the contact

21   information?

22   A.   Matthew Carter.

23   Q.   And what does that mean?

24   A.   That is the contact information that the person booking or

25   the passenger requested be on that booking.

1          MS. KANE:  Permission to approach, your Honor?

2          THE COURT:  You may.

3    BY MS. KANE:

4    Q.  I'm showing you what has previously been admitted as

5    Government's Exhibit 19-I.

6          MS. KANE:  Permission to publish, your Honor?

7          THE COURT:  You may.

8    BY MS. KANE:

9    Q.  Do you recognize this?

10   A.  I do.

11   Q.  And what is this?

12   A.  This is a passenger reconcile list.

13   Q.  And have you reviewed this before?

14   A.  I have.

15   Q.  And does this record contain information regarding Matthew

16   Carter?

17   A.  It does.

18   Q.  Directing your attention to the first page near the bottom,

19   would you please highlight his name.

20   A.  (Witness complies.)

21   Q.  And based upon your prior review, does this record contain

22   information regarding more than one Matthew Carter?

23   A.  It does not.

24          MS. KANE:  I'm showing defense counsel what has been

25   previously marked for identification as Government's

 1    Exhibit 19-P.

 2              Permission to approach, your Honor?

 3              THE COURT:  You may.

 4    BY MS. KANE:

 5    Q.   I'm showing you what has been marked for identification as

 6    Government's Exhibit 19-P.

 7         Do you recognize this?

 8    A.   I do.

 9    Q.   And what is this?

10    A.   This is a cell out of the greater spreadsheet.

11    Q.   So did the information from 19-P come from Government's

12    Exhibit 19-I?

13    A.   Yes.

14    Q.   And have you reviewed this exhibit before?

15    A.   I have.

16    Q.   And based on your prior review, does there record contain

17    all of the information regarding Matthew Carter that was

18    contained in Government's Exhibit 19-I?

19    A.   It does.

20              MS. KANE:  Your Honor, I would move to admit

21    Government's Exhibit 19-P.

22              THE COURT:  It will be admitted as Government's

23    Exhibit 19-P.

24              (Whereupon, Government's Exhibit No. 19-P was entered

25    into evidence.)

 1          THE COURT:  You may publish.

 2   BY MS. KANE:

 3   Q.  And what is the passenger name listed?

 4   A.  Matthew Carter.

 5   Q.  On what date did Mr. Carter depart?

 6   A.  April 7th, 2011.

 7   Q.  What was his flight number?

 8   A.  NK952.

 9   Q.  And from what airport did Mr. Carter depart on April 7th,

10   2011?

11   A.  Port-au-Prince.

12   Q.  And where did he arrive?

13   A.  In Fort Lauderdale.

14   Q.  What was Mr. Carter's lift status on this flight?

15   A.  A "2."

16   Q.  Does that mean Mr. Carter boarded and flew on this flight?

17   A.  It does.

18   Q.  What is his seat number?

19   A.  2C.

20   Q.  And directing your attention to the first column, what is

21   the e-mail address that's listed here for Mr. Carter?

22   A.  getcarter2010@yahoo.com.

23   Q.  And where does this e-mail address come from?

24   A.  What is given to either the website or the person booking,

25   like if he were to book -- or the person were to book via

1    phone, if they were to give that information to the reservation

2    agent.

3    Q.   And what is the reported locator for this passenger?

4    A.   KDQJFE.

5    Q.   And is there a way to tell if the Matthew Carter in this

6    record is the same individual as the Matthew Carter in the PNR

7    record from Government's Exhibit 19-K?

8    A.   Yes.  They would have the same record locator.

9    Q.   Okay.  I'm showing you what has previously been admitted as

10   Government's Exhibit 19-K.

11       What was the report locator for this?

12   A.   KDQJFE.

13   Q.   And the passenger's name in this record, again, is?

14   A.   Matthew Carter.

15   Q.   And what was his date of birth?

16   A.   April 27th, 1945.

17          MS. KANE:  The United States tenders this witness,

18   your Honor.

19          THE COURT:  We're going to take a break.

20          Do not discuss this case either amongst yourselves or

21   with anyone else.  Have no contact whatsoever with anyone

22   associated with the trial.

23          Do not read, listen or see anything touching on this

24   matter in any way, including anything in the media, anything on

25   the Internet, anything on any device.

1          If anyone should try to talk to you about this case,

2    you should immediately instruct them to stop and report it to

3    my staff.

4          You may leave your notebooks in your chairs.  Please

5    be back in the jury room in ten minutes.  We'll be in recess

6    for ten.

7          (Whereupon, the jury exited the courtroom at 4:01 p.m.

8    and the following proceedings were had:)

9          THE COURT:  We're in recess for ten.

10          (Thereupon a recess was taken, after which the

11    following proceedings were had:)

12          THE COURT:  We're back on United States of America

13    versus Matthew Andrew Carter, Case No. 11-20350.

14          Counsel, state your appearances.

15          MS. MEDETIS:  Good afternoon, your Honor.

16          Maria Medetis and Bonnie Kane for the United States.

17          With us at counsels' table is also Special Agents

18    Larko and Flores.

19          MR. ADELSTEIN:  Stu Adelstein and Phil Horowitz on

20    behalf of Mr. Carter, who is present in the courtroom.

21          THE COURT:  Let's bring the witness in and the jurors

22    back in.

23          (Whereupon, the jury entered the courtroom at

24    4:24 p.m. and the following proceedings were had:)

25          THE COURT:  You may be seated.

```
 1              You are still under oath.

 2              You may proceed.

 3              MR. HOROWITZ:  Thank you, your Honor.

 4              Your Honor, may I approach witness with Government's

 5   Exhibit 19-A through -D?

 6              THE COURT:  You may.

 7                       CROSS-EXAMINATION

 8   BY MR. HOROWITZ:

 9   Q.  Good afternoon, Ms. Harvey.

10   A.  Hi.

11   Q.  You're the one we call if the luggage gets lost.  Right?

12   A.  Yes.

13   Q.  So, hopefully, I will never have to call you for that.

14       I want to talk to you about Government's Exhibits 19-A, -B,

15   -C and -D that you have before you.

16       19-A and -B deal with flights on November 16th, 2004; do

17   they not?

18   A.  They do.

19   Q.  And they deal with flights from Palm Beach International to

20   Detroit.  Correct?

21   A.  Yes.

22   Q.  And one week later -- there's a middle stop in Atlantic

23   City; is there not?

24   A.  There is.

25   Q.  And the same for 19-C and -D.  They deal with flights one
```

Harvey - CROSS - By Mr. Horowitz                191

```
 1   week later, November 23rd, 2004, from Detroit to Atlantic City
 2   down to Palm Beach International.  Correct?
 3   A.  Yes.
 4   Q.  And the passenger is listed as Matthew Carter; is it not?
 5   A.  Yes.
 6   Q.  Do you know Matthew Carter?
 7   A.  No.
 8   Q.  Never met him?
 9   A.  No.
10   Q.  Couldn't point him out?
11   A.  No.
12   Q.  Those four records in front of you are the only records
13   from 2004 that you were able to locate.  Correct?
14   A.  Yes.
15   Q.  There is no evidence in Spirit Airlines' records that the
16   Matthew Carter that's listed in those records flew out of the
17   United States, is there?
18   A.  On these records in 2004?
19   Q.  On those records before you that you produced to the
20   Government from Spirit Airlines.
21   A.  No.
22   Q.  There is no travel to Port-au-Prince in 2004.  Correct?
23           MS. MEDETIS:  Objection.  Clarify.  Where is he
24   referring to?
25           MR. HOROWITZ:  If the witness doesn't understand it,
```

1    the witness can tell me.

2              MS. MEDETIS:  I'm confused by the question, your

3    Honor.

4              THE COURT:  Sustained.

5              Rephrase your question.

6              MR. HOROWITZ:  Yes, your Honor.

7    BY MR. HOROWITZ:

8    Q.  The 2004 records that you were able to obtain from Spirit

9    Airlines:  Does it show that Matthew Carter traveled in the

10   year 2004 to Port-au-Prince, Haiti?

11   A.  No.  Not on these.

12   Q.  On the record that you were able to obtain from Spirit

13   Airlines -- and it's the Government that asked you to produce

14   these records; is it not?

15   A.  I believe so.  I wasn't part of the record-retrieving

16   process.

17   Q.  You're here to testify as to what the records generally

18   mean.  Correct?

19   A.  Right.  Yes.

20   Q.  Is there any indication that Matthew Carter traveled from

21   Port-au-Prince, Haiti, in those records in 2004?

22   A.  No.

23   Q.  Now, in -- on direct examination, you talked about the

24   passenger supplying the booking information.

25   A.  Yes.

1    Q.   Sometimes the passengers don't supply the booking

2    information; do they not?

3    A.   Correct.  If they're not the ones booking the flight.

4    Q.   It's the person who makes the reservation that supplies the

5    information.  Correct?  For example, if the reservation is made

6    over the phone, it's the person on the other end of the line,

7    not necessarily the passenger, that provides the information.

8    Is that correct?

9    A.   That's correct.

10   Q.   And in the record before you and all the records you

11   reviewed with the Government today, you don't know who made the

12   reservations, do you?

13   A.   No.

14            MR. HOROWITZ:  May I have one moment, your Honor?

15            THE COURT:  Yes.

16            MR. HOROWITZ:  No further questions.  Thank you, your

17   Honor.

18            THE COURT:  Redirect?

19            MS. MEDETIS:  If we could just have a moment, your

20   Honor.  We're trying to locate an exhibit.

21            THE COURT:  No problem.

22            MS. KANE:  Your Honor, permission to publish what has

23   previously been admitted as Government's Exhibit 19-J?

24            THE COURT:  You may.

25

```
 1                         REDIRECT EXAMINATION

 2   BY MS. KANE:

 3   Q.   Ms. Harvey, what travel is booked in this record for

 4   September 15th, 2009?

 5   A.   A flight from Detroit to Fort Lauderdale and then

 6   continuing on from Fort Lauderdale to Port-au-Prince.

 7   Q.   So the flight from Detroit to Fort Lauderdale:  On what

 8   date did that occur?

 9   A.   On Monday, September 14th, 2009.

10   Q.   And on what date did the Defendant fly from Fort Lauderdale

11   to Port-au-Prince?

12             MR. HOROWITZ:  Objection, your Honor.  Beyond the

13   scope of cross-examination.

14             THE COURT:  Sustained.

15   BY MS. KANE:

16   Q.   Directing your attention to the far right of this exhibit,

17   is this the passenger's passport information?

18   A.   It is.

19             MR. HOROWITZ:  Same objection, your Honor.

20             THE COURT:  Sustained.

21   BY MS. KANE:

22   Q.   Ms. Harvey, when a passenger travels on an international

23   flight, does the passenger's passport information have to be

24   provided to Spirit Airlines?

25             MR. HOROWITZ:  Objection.  Beyond the scope.
```

 1                THE WITNESS:  Yes.

 2                THE COURT:  Overruled.

 3    BY MS. KANE:

 4    Q.   You may answer.

 5    A.   Yes, they do.

 6    Q.   And when an individual travels on Spirit Airlines from the

 7    United States to another country, when that passenger checks

 8    in, is that passenger's passport information checked?

 9                MR. HOROWITZ:  Objection.  Leading.

10                THE COURT:  Sustained.

11                Rephrase your question.

12    BY MS. KANE:

13    Q.   When an individual travels on Spirit Airlines from the

14    United States to another country, does the passenger have to

15    show their passport to Spirit Airlines?

16                MR. HOROWITZ:  Objection.  Beyond the scope.

17                THE COURT:  Overruled.

18                THE WITNESS:  The passenger not only has to show us

19    their passport information, but they have to provide an ID as

20    well to get through TSA.  So it's not just Spirit.

21    BY MS. KANE:

22    Q.   And what does Spirit do when a passenger shows them their

23    passport?

24                MR. HOROWITZ:  Same objection, your Honor.  Well

25    beyond the scope of cross-examination.

1              THE COURT:  Overruled.

2              THE WITNESS:  They verify that the information that

3     was presented when making the booking is consistent with what's

4     on the passport, also to ensure that the passport is not

5     expired.

6     BY MS. KANE:

7     Q.   Does Spirit check the identity of the passenger?

8     A.   Yes.

9     Q.   And do they check that this is the information that was

10    provided when the reservation was booked?

11    A.   Yes.  It's exceptionally important because somebody could

12    fat-finger it when they put it in, like they were to make a

13    mistake by hitting an "8" instead of a "7."

14         So they're required to check it really well and correct any

15    information in there that is wrong.

16    Q.   When an individual checks into a domestic flight for Spirit

17    Airlines, what information does the passenger have to provide

18    to Spirit Airlines before they are checked in?

19              MR. HOROWITZ:  Objection.  Beyond the scope and, also,

20    as to time frame.

21              THE COURT:  Overruled.

22              THE WITNESS:  They present a Government-issued ID.

23    BY MS. KANE:

24    Q.   And what does Spirit Airlines do when that

25    Government-issued ID is presented to them?

 1   A.   They make sure that the spelling is correct and, if the

 2   birth date's on there, they double-check the birth date.

 3   Q.   What are they double-checking it with?

 4   A.   The screen that you saw.

 5   Q.   Showing you Government's Exhibit 19-J.

 6   A.   Just ensuring that this birthday matches with what's on the

 7   ID.

 8   Q.   Thank you, Ms. Harvey.

 9            MS. KANE:  No further questions.

10            THE COURT:  You may step down.

11            (Witness excused.)

12            THE COURT:  Call your next witness.

13            MS. MEDETIS:  The Government calls Janet Knox.

14              JANET KNOX, GOVERNMENT WITNESS, SWORN

15            THE COURT REPORTER:  Thank you.  Please take a seat.

16            Please state your full name for the record and the

17   spelling of the last name.

18            THE WITNESS:  Janet Knox.  K-n-o-x.

19                         DIRECT EXAMINATION

20   BY MS. KANE:

21   Q.   Good afternoon, Ms. Knox.

22        In what city and state do you live?

23   A.   I live in Oxford, Michigan.

24   Q.   And are you married?

25   A.   I'm sorry.  You have to speak up for me.

```
 1    Q.   Are you married, ma'am?

 2    A.   Am I married?

 3    Q.   Yes.

 4    A.   No, I am not.  I'm a widow.

 5    Q.   Do you have any children?

 6    A.   I have two daughters, four granddaughters and five

 7    great-grandchildren.

 8    Q.   And in what occupation are you licensed, Ms. Knox?

 9    A.   I'm an ordained minister and licensed as a missionary.

10    Q.   And do you work for any particular organization?

11    A.   I'm the director of a ministry called Tribute to the Lord

12    Ministries.

13    Q.   And who started this ministry?

14    A.   My husband and I.

15    Q.   And when was your organization started?

16    A.   In 1986.

17    Q.   And what does your ministry do?

18    A.   It is a provision ministry that supplies multiple things,

19    food, medical equipment, clothing, for soup kitchens, shelters,

20    et cetera, like that.

21         Plus, also, we have missionary housing and any missionaries

22    that come in, they receive whatever they can use from the

23    mission and it's all free.

24    Q.   And approximately how many people work at your ministry?

25    A.   Full-time, basically, probably six to eight.  Part-time,
```

1    maybe 30.

2    Q.   And where is your ministry currently located?

3    A.   On the same property that I live on.

4    Q.   And is that in Oxford, Michigan?

5    A.   Yes, it is.

6    Q.   And how long has your ministry been located at that --

7    A.   Since New Year's Eve of 1988.

8    Q.   Ms. Knox, do you know a man named Matthew Bill Carter?

9    A.   Yes, I do.

10   Q.   And is he in the courtroom here today?

11   A.   I can't see.

12        THE COURT:  You can stand up, if you want.

13        THE WITNESS:  Okay.  I figure it's that -- I can't see

14   real well, but probably that man there.  He's changed some.

15        MS. KANE:  Your Honor, would the witness be permitted

16   to come down a little bit closer?

17        THE COURT:  Sure.

18        You can step down, if you want, ma'am.  Don't say

19   anything until you get back to the microphone.  Okay?

20   BY MS. KANE:

21   Q.   Ms. Knox, is Matthew Bill Carter in the courtroom today?

22   A.   Yes, he is.  He's in the white shirt.

23   Q.   Would you please point to him.

24   A.   (Witnesses indicates.)

25   Q.   Would you describe him by a piece of his clothing.

```
  1    A.   With the white shirt.  I believe it's white.

  2              MS. KANE:  Please have the record reflect the witness

  3    identified the Defendant.

  4              THE COURT:  It will so reflect.

  5    BY MS. KANE:

  6    Q.   Based upon your experience with the Defendant, Ms. Knox, do

  7    you know him by any other names?

  8    A.   No, I do not.

  9    Q.   What did you call the Defendant?

 10    A.   Matthew Bill.  Usually, just Bill.

 11    Q.   When did you meet the Defendant for the first time?

 12    A.   The first time that he came into the ministry was probably

 13    in -- I'm losing track now -- 2002, probably, the first time

 14    that I met him.

 15    Q.   I'm sorry.  What year was that, ma'am?

 16    A.   Probably 2002.

 17    Q.   And what was the Defendant doing at your organization?

 18    A.   He called, like most missionaries do, and stated what he

 19    did in Haiti and made an appointment and come to the ministry

 20    to receive whatever we might have there --

 21    Q.   Okay.  Did the Defendant --

 22    A.   -- that he could use to take back to Haiti with him.

 23    Q.   Did the Defendant actually come in to your ministry?

 24    A.   Yes, he did.

 25    Q.   And what did the Defendant tell you about what he did in
```

1    Haiti?

2    A.   He said he had an orphanage and that he had several young

3    boys there and that he housed them, he educated them and taught

4    them the ways of the Lord.

5    Q.   What was the name of the Defendant's orphanage?

6    A.   Morning Star.

7    Q.   After you met the Defendant in 2002, did you stay in touch

8    with the Defendant?

9    A.   Yes, I did.

10   Q.   How did you stay in touch with him?

11   A.   Well, he e-mailed me and -- with -- thanking me for the

12   things that he received.  And then pretty soon some of the boys

13   were e-mailing me and I started e-mailing the boys back and

14   ministering to them, putting into their lives.

15   Q.   When you say "the boys," what boys are you referring to?

16   A.   I'm talking about those that were in the orphanage.

17   Q.   Did there come a time that you traveled to Haiti to visit

18   the boys at this Morning Star?

19   A.   Yes, there was.

20   Q.   And how many times did you travel to Haiti to visit the

21   boys there?

22   A.   Twice.

23   Q.   Let's talk about your first trip.

24        In what month and year did you travel to Haiti the first

25   time to visit the boys at the orphanage?

1    A.   In April of 2003.

2    Q.   On this trip, approximately how long did you stay in Haiti?

3    A.   Just ten days.

4    Q.   Where did you stay in Haiti when you were --

5    A.   In the orphanage.

6    Q.   And what was the purpose of this first trip to the Morning

7    Star?

8    A.   To meet the boys, to see the orphanage.  Basically, that

9    was -- just to be with them, with the boys that I've gotten

10   to where -- after e-mailing back and forth, I just fell in love

11   with the kids before I even got there.

12        And they all asked me why don't I come and -- so they would

13   have a face when they prayed for me.  So it was just an instant

14   liking through e-mail for the boys and I, as a mama.

15   Q.   Where was the orphanage located when you stayed and visited

16   on that first trip in 2003?

17   A.   In Croix des Bouquets.

18   Q.   And is Croix des Bouquets near a city in Haiti?

19   A.   It's in Santo.  I believe that's what they called it.  I

20   think it was Santo 14, maybe, something like that.

21   Q.   Was that location far from Port-au-Prince?

22   A.   About a half-hour's drive.

23   Q.   And could you describe for us what the orphanage looked

24   like when you visited in 2003?

25   A.   It was a two-story.  When you come in from the -- well, you

```
 1   come in through the gate and it was a compound.  It was the
 2   walls around the building.
 3        You go into the first room from the -- where they parked
 4   the vehicle.  It was the clinic that they did medical work on
 5   the people in the neighborhood.
 6   Q.  When you say "they," who do you mean?
 7   A.  Bill and, also, the oldest boy at that time was -- his name
 8   was Eddy.  And one or the other of them would minister to the
 9   people in the neighborhood when they would come in with their
10   children or themselves being sick.
11   Q.  And how many stories was the Defendant's orphanage?
12   A.  It was a two-story.
13   Q.  And what was on the second floor of the house?
14   A.  Second floor was -- you come up the stairs and right there
15   was like a living room area where they had a TV and couches and
16   chairs.
17        And then, as you go from there, from the staircase, just a
18   short ways was the kitchen that was used to cook the food that
19   we ate.  We ate differently than the boys.
20   Q.  Where was the Defendant's bedroom?
21   A.  On the other side of the -- as you go up the stairs,
22   you'd -- they go through the living room area and then there
23   was a hall and then at the very end of the hall to the left was
24   Bill's door to his bedroom.
25   Q.  And where did you sleep when you stayed at the Morning Star
```

1    Center?

2    A.   I was downstairs just past the children's kitchen.  Going

3    along the staircase to the very end of that hall was the

4    bedroom and opposite -- on the opposite -- directly across from

5    it was the bathroom that I used.

6    Q.   And what other rooms were on that first floor of the house?

7    A.   There were the boys -- there were two, I think, good-sized

8    bedrooms with several beds in both of them.

9    Q.   When you visited in 2003 for the first time, approximately

10   how many children were living there with the Defendant?

11   A.   I would say 23, 24.

12   Q.   And were there -- were they all boys?  Were there girls?

13   A.   All boys.

14   Q.   What was the age range of the boys that were living with

15   the Defendant?

16   A.   I would say probably 6 all the way up to -- Eddy, I think,

17   was at that time maybe 18 or 19.

18   Q.   During this first visit to the Morning Star in 2003, what

19   were your general impressions of the orphanage?

20   A.   I was very impressed with it.  It was very clean.  All the

21   boys had their own beds.  They were always made nicely.  They

22   had their own trunk at the edge of the bed for their personal

23   things.  The boys had toys.  I was very impressed with it.

24        Every morning, there was devotions.  The boys were led in

25   devotions by Ismael, which was the second oldest or third

1    oldest.  He was, like, 17, I think.

2        He led devotions for all the boys in the morning.  They had

3    church services Sunday morning and Ismael led praise and

4    worship.  I was very impressed with it all.

5    Q.   How many meals a day did the children eat at the Morning

6    Star?

7    A.   I believe all -- three meals a day, as far as I know.  Yes.

8    Q.   Did the children attend school, from what you saw?

9    A.   Yes, they did.  They were always neat and clean and in

10   their uniforms and were in school.

11   Q.   And during this first trip, how did the Defendant treat the

12   children in the house?

13   A.   Other than he did a lot of yelling and swearing, which was

14   very upsetting to me, but I -- you know, along with everything

15   else, I thought, well, he's just is uptight or stressed.

16   That's what I thought.

17       And at the last, before I left that trip, I told him what I

18   thought about that kind of actions, and he was very, very

19   humble.  He wasn't upset that I addressed him, you know, with

20   it.  He didn't act defensive or anything and said that he would

21   try to do better, that he was just stressed.

22   Q.   How did the children behave around the Defendant during

23   that trip?

24   A.   Very polite.  You never heard them argue amongst

25   themselves.  They were very, very polite, very obedient.

1   Q.   And after this first trip to the Morning Star in April,

2   2003, did you help the Morning Star in any way when you

3   returned to the United States?

4   A.   Yes, I did.   I started right off with -- people wanted to

5   know about my trip.   I was speaking at different places,

6   different Bible studies, different groups, and I was -- people

7   then donated to it.   And there was considerable amount of money

8   that was donated for Morning Star.

9   Q.   So did you help raise money for the Morning Star?

10   A.   Oh, yeah.   Oh, yes.

11   Q.   When did you next go to visit the Morning Star?

12   A.   The next trip I went was in October of 2003.

13   Q.   And did you travel alone on this trip?

14   A.   No.   I had a young boy with me.   I think he was, like, 13,

15   14, maybe, at that time.

16   Q.   And so, in October, 2003, who did you actually fly into

17   Haiti with on this second trip?

18   A.   Well, the boy and I flew from Michigan into Miami airport

19   and then we met Bill and we flew over to Haiti with him at that

20   time.

21   Q.   So the Defendant flew with you from Florida to Haiti in

22   October of 2003?

23   A.   Yes, he did.

24        MS. KANE:   Permission to approach, your Honor?

25        THE COURT:   You may.

```
 1    BY MS. KANE:

 2    Q.   I'm showing you what has been marked for identification as

 3    Government's Exhibit 74.

 4         Do you recognize this?

 5    A.   Yes, ma'am.

 6    Q.   And how do you recognize this?

 7    A.   My picture.  It also has my name.

 8    Q.   So this is your passport?

 9    A.   Yes, it is.

10    Q.   And is this the passport that you used on your two trips to

11    Haiti in 2003?

12    A.   Yes, it is.

13    Q.   And did you travel to Haiti on any other occasion?

14    A.   No.

15    Q.   When you traveled to Haiti on these two occasions in 2003,

16    was your passport stamped by Haitian Immigration when you

17    entered the country?

18    A.   Yes, it was.

19              MS. KANE:  Your Honor, I'd move to admit Government's

20    Exhibit 74.

21              MR. HOROWITZ:  No objection.

22              THE COURT:  It will be admitted as Government's

23    Exhibit 74.

24              (Whereupon, Government's Exhibit No. 74 was entered

25    into evidence.)
```

```
 1              THE COURT:  You may publish.

 2   BY MS. KANE:

 3   Q.  Ms. Knox, can you read this?  I apologize.  It's a little

 4   fuzzy.

 5   A.  Yes, I can.

 6   Q.  And on what date was your passport issued to you?

 7   A.  Date of issue:  March 15th of 2001.

 8   Q.  And when did your passport expire?

 9   A.  March 14th of 2011.

10   Q.  I'm now turning to Page 8 of your passport.

11       Can you read that, Ms. Knox?

12   A.  Okay.

13   Q.  And what are these?

14   A.  These are the stamps that were put on my passport as I

15   entered Haiti.

16   Q.  And does this page also contain stamps that you received

17   from Haitian Immigration when you left Haiti?

18   A.  Yes, it does.

19   Q.  And directing your attention to the bottom left-hand corner

20   of this passport, Page 8, on what date did you travel to Haiti

21   in October of 2003?

22   A.  October 30th.

23   Q.  Thank you.

24       Why did you travel from Florida to Haiti with the Defendant

25   on October 30th, 2003?
```

1    A.   Well, he had stayed at the ministry when he -- before and

2    then he left to go somewhere else, I think Indianapolis.  I'm

3    not sure.  But he left.

4        And he was the one who set up the traveling arrangements,

5    because I'm computer illiterate.  So he set up the arrangements

6    and then it was just arranged that, since he was not going to

7    be there, that he would meet us in Miami.

8    Q.   So did the Defendant actually book your travel?

9    A.   Yes.

10   Q.   So the Defendant booked your travel from Florida to Haiti

11   on October -- for October 30th, 2003?

12   A.   Yes, he did.

13   Q.   And how long did you stay in Haiti on this second trip?

14   A.   Ten days.

15   Q.   And why did you visit -- why were you visiting the Morning

16   Star again on this trip?

17   A.   When I came in the second time, I came in with money and

18   plans on renting a compound just around the corner from Morning

19   Star.  And my intentions were that -- it was going up for rent,

20   this particular place.  I could rent it for a year.

21       I was going to rent it and then establish some of the

22   sisters of the boys that were living in horrendous situations.

23   I wanted to get them into another building -- get them into

24   school, pay for their schooling, get them into housing, have a

25   Haitian mother and some -- a couple kids, probably.

1          I was going to have her be like a housemother and Bill was

2    going to oversee the two, both his and the one for the girls to

3    live in.

4    Q.   So these were the sisters of the boys that were living with

5    the Defendant in his orphanage?

6    A.   Yes.  I had gone to see them on my first visit and I was so

7    troubled because they were living in horrible situations.  And

8    that's when it kind of birthed in my heart that I could do

9    something about that, you know.

10   Q.   And during this second trip to Haiti in October of 2003,

11   where did you stay when you were visiting the Morning Star?

12   A.   In the same bedroom I had used the first time, down on the

13   first floor.

14   Q.   So the Morning Star was located in the same -- in the same

15   house as your previous visit?

16   A.   Yes, it was.

17   Q.   And what were your general impressions of the Morning Star

18   during this second visit in October of 2003?

19   A.   It was totally different.  From the time we got off the

20   airplane, I saw a whole totally different man.  He was angry

21   and he was yelling all the time right before we ever left the

22   airport.  It was scary.

23   Q.   Are you referring to the Defendant, ma'am?

24   A.   Pardon?

25   Q.   Are you referring to the Defendant?

1    A.   Yes, I am.

2    Q.   How was the Defendant different?  What was he doing?

3    A.   He was angry and mad and yelling at everybody and just

4    seemed to be totally out of control.  He scared the boy that I

5    had with me and I told him, well, it's just because he's under

6    stress to get all the -- everything -- all the tubs and

7    everything that we had brought over with us -- to get them

8    on -- in a truck and back to the mission, you know.  But he was

9    frightened.

10   Q.   When you arrived at the Morning Star, how did the Defendant

11   behave once you arrived at the orphanage?

12   A.   He was totally out of control.  He was angry.  He was -- it

13   was just not the same person at all that I had known up to that

14   point till we got landed in Haiti.  It was like he couldn't

15   control himself no how.  It was --

16   Q.   How did the Defendant treat the boys during this second

17   trip?

18   A.   He just screamed and yelled and hollered and swore at them.

19   It was just -- it was chaotic all the while I was there.  For

20   the whole ten days that I was there, it was just horrendous.

21   Q.   Why was the Defendant yelling and swearing at the boys at

22   the Morning Star?

23   A.   I couldn't ever figure it out.  He just was yelling all the

24   time.  They weren't doing anything.  They weren't -- you know,

25   they didn't cause it.  And I was right there to see.  And I saw

1    no reason for it whatsoever.

2    Q.   In addition to yelling and swearing at the children in the

3    house, did the Defendant threaten any of the boys in the house

4    in any way?

5    A.   Yes, he did.

6    Q.   What --

7    A.   He threatened Ismael.  He had wanted Ismael to get some

8    training -- some driving experience.  So he had me take him out

9    in his vehicle and I -- I said I would go with Ismael.

10        Well, we came back and Ismael had dented one of the

11   fenders.  And he lost it.  Bill lost it terribly.  And he

12   started going towards Ismael and I stepped between them and I

13   said, "You'll have to go through me before you touch that boy."

14        And he was -- he had his arm raised.  He was going to

15   attack that boy.  And so, you know, I didn't even think about

16   it.  I just stepped between them.

17   Q.   How had Ismael dented the fender?

18   A.   I'm sorry?

19   Q.   How had Ismael dented the fender?

20   A.   He was taking a corner and he hit a building.  He took it

21   too close.

22   Q.   So was it an accident?

23   A.   Oh, yeah.  Definitely.  He was horrified.  He was scared to

24   death to go back to the mission.

25   Q.   And during your time staying at the center, again, on this

1    October 30th, 2003, trip, what would the Defendant do each day

2    when it was time for his bath?

3    A.   He would decide which one was going to help him take his

4    bath.

5    Q.   And when you say "which one," what do you mean?

6    A.   Out of all the boys, it was like, you know, deciding which

7    one he was going to take into his bedroom to help him with his

8    bath.

9    Q.   And where was the Defendant's bathroom located?

10   A.   In his bedroom off of his -- off of his actual bedroom.  He

11   had a private bathroom.

12   Q.   And did the Defendant need help with his bath, as far as

13   you could see?

14   A.   No.  No.  Not at all.

15   Q.   How did -- during this second trip, how did the boys act or

16   behave around the Defendant?

17   A.   Very uptight, very obedient, get nervous when he was trying

18   to talk to him, when he was yelling at them and they were

19   flustered, you know.  They were very hesitant and afraid that

20   they would do something wrong.

21   Q.   Did the Defendant's behavior continue in this manner for

22   your -- the entire time of your trip?

23   A.   Yes, ma'am.

24   Q.   Directing your attention to about your third day during

25   this trip, who did you see leaving -- who did you see leaving

1    the Defendant's bedroom at night?

2    A.   One of the little ones, little boys.

3    Q.   Can you tell us what happened on that evening.

4    A.   Well, everybody had gone to bed, including Bill, except for

5    Ismael.  We were sitting in the upstairs kitchen and I was

6    sitting in a position to where I could see Bill's bedroom door.

7         And very late at night the door opened and one of the

8    little ones came down that area by the staircase in the wall

9    and -- from his bedroom and went into -- went and crossed

10   through the living room area to get to the entrance of the

11   staircase, and he was proceeding to leave there and go on

12   downstairs.  He slept downstairs.

13   Q.   And what time of night was this, Ms. Knox?

14   A.   I would say close to -- right around 11:00 at night.

15   Q.   And before the boy came out of the Defendant's bedroom, was

16   the Defendant's door open or closed?

17   A.   Before he come out, it was closed.

18   Q.   And were there any lights on in the house on this upper

19   floor at this time?

20   A.   No.  There was no lights.  But they have -- it's like a

21   porch.  The walls had no -- on the one side, not far from the

22   staircase, not far -- they have no windows at all.  It's like

23   big, open areas.  And it was a very bright night.  So it was

24   very easy to see in there.

25   Q.   And so, when you say there was no windows, does that

1    mean -- was it open to the outside?

2    A.   Open to the outside.  Yes.

3    Q.   So it was like an open-air balcony?

4    A.   It wasn't a balcony.  It was just a wall that was big

5    enough that a couch sat on it.  And from there, it was -- then

6    it was the steps.  So it was just a very short way between the

7    open area to where this little boy was.

8    Q.   And when the boy came out of the Defendant's bedroom,

9    did -- in which direction did the boy have to walk?  Did he

10   have to walk closer to you or further away?

11   A.   Oh, yes.  Yeah.  He walked closer to me and had to come

12   very close before getting to the stairway.

13   Q.   Okay.  And from the direction where the boy was coming

14   from, where the Defendant's bedroom was, were there any other

15   rooms on -- in that area of the hallway?

16   A.   None.

17   Q.   So was there any other room where the boy could have been

18   coming from on that evening?

19   A.   No, ma'am.

20   Q.   And when you saw the boy coming from the Defendant's

21   bedroom walking closer to you to the stairs, what was the boy

22   wearing?

23   A.   He was naked.

24   Q.   So the boy was not wearing any clothes at all?

25   A.   None.

```
 1    Q.   And approximately how old was this boy?

 2    A.   I would say he was probably one of the younger ones.  So I

 3    would say he was probably 6.

 4    Q.   And was this a boy that lived at the house with the

 5    Defendant?

 6    A.   Yes.

 7    Q.   And did the boy say anything to you when he went down the

 8    stairs?

 9    A.   No.  No.  He acted like he was half asleep and....

10    Q.   How long had you been sitting in the kitchen area with

11    Ismael when you saw the boy come out of the Defendant's

12    bedroom?

13    A.   Probably a couple hours.  Probably -- I would say it was

14    probably 9:00-ish when Ismael and I were sitting there at

15    the -- just inside the kitchen area at the table.

16    Q.   In that two-hour period that you were sitting in the

17    kitchen area, were you able to see the Defendant's bedroom

18    door?

19    A.   Yes, I was.

20    Q.   Had you seen this boy go into the Defendant's bedroom?

21    A.   No, I had not.

22    Q.   So this little boy had been in the Defendant's bedroom for

23    about two hours at least?

24    A.   I would say.

25               MR. HOROWITZ:  Objection.  Leading.
```

1          THE COURT:  Sustained.

2          Rephrase your question.

3   BY MS. KANE:

4   Q.   In the two hours that you were sitting in the kitchen area,

5   you had not seen -- had you seen the boy go into the

6   Defendant's room?

7   A.   No, I had not.

8   Q.   And where was the Defendant at this time?

9   A.   In his bedroom.

10  Q.   How do you know that?

11  A.   Well, he said goodnight and he went in there.  So --

12  earlier.

13  Q.   What time did the Defendant say goodnight to you?

14  A.   Probably half-hour, 45 minutes, before Ismael and I went to

15  the kitchen.

16  Q.   So this is before 9:00?

17  A.   Kind of hard for me to say right now, you know, after this

18  length of time.  I would say probably.

19  Q.   Okay.  And while you were sitting in the kitchen area with

20  Ismael, did you see the Defendant during that period of time?

21  A.   No.

22  Q.   And after the Defendant had said goodnight to you, had you

23  seen him anywhere else in the house that evening?

24  A.   No.

25  Q.   What happened after you saw this young naked boy come out

1    of the Defendant's bedroom?  What happened after that?

2    A.  You mean after he went down the stairs?

3    Q.  Yes.

4    A.  I asked Ismael -- I said, "What is that young boy doing

5    coming out of Bill's bedroom?"

6         At that point, Ismael got really, really upset and he

7    jumped up off his chair.  The chair tipped over and he left the

8    room.  He wouldn't even answer me.

9    Q.  When did you next see the Defendant?

10   A.  The next day.

11   Q.  Did you talk to the Defendant about what you had seen the

12   night before?

13   A.  No.  I sure didn't.

14   Q.  Why did you not talk to the Defendant about seeing this

15   boy?

16   A.  I feared.  From the violence that I had seen and his eyes

17   being, you know, so angry and everything, I feared for the boy

18   that I had with me and for myself.  So I never did confront him

19   on it at all.  I just wanted to bide my time until we could get

20   out of Haiti.

21   Q.  After this incident, what steps did you take for this

22   girls' home that you were planning on opening?

23   A.  Well, we were supposed to go the very next day to -- for me

24   to rent that home.  And with that, I told him that I just

25   wasn't comfortable with the home, that maybe we needed to look

```
 1    for a different one.  I just -- I didn't tell him the real

 2    reason, but I wasn't about to do that.

 3    Q.  What was the real reason why you weren't going to open that

 4    home?

 5    A.  Because I didn't want to be any part of anything to do with

 6    him.

 7    Q.  And did you remain at the Morning Star after this incident?

 8    A.  Yes.  Till it was time to go back -- back home.

 9    Q.  And when you returned to the United States, what contact

10    did you have, if any, with the Defendant after that?

11    A.  None.

12            MS. KANE:  One moment.

13            The United States tenders this witness, your Honor.

14            THE COURT:  Cross-examination.

15                      CROSS-EXAMINATION

16    BY MR. HOROWITZ:

17    Q.  Good afternoon, Ms. Knox.  How are you today?

18    A.  Just fine.

19    Q.  Are you still living in Michigan?

20    A.  Yes, I am.

21    Q.  Happy to be in Florida in February instead of Michigan?

22    A.  Yes, sir.

23    Q.  Ms. Knox, how old are you, if you don't mind my --

24    A.  71.

25    Q.  And you've been operating this -- the Tribute to the Lord
```

```
 1   Ministries in Michigan since 1986; have you not?

 2   A.   My husband and I did.   And then he went home to be with the

 3   Lord in 1993.   And I moved into his position.   And so I've been

 4   the director ever since.   Yes.

 5   Q.   And you're still running it up to today; are you not?

 6   A.   Yes, I am.

 7   Q.   And you stated that the Tribute to the Lord Ministries is a

 8   provision ministry?

 9   A.   Yes, sir.

10   Q.   Could you tell the ladies and gentlemen of the jury what a

11   provision ministry is.

12   A.   People donate to the ministry.   I never know what it's

13   going to be.   At that time, we were dealing with probably close

14   to a million dollar -- a million pounds' worth of food that we

15   distributed to the needy all over Michigan.

16        Some things -- clothing, medical equipment, some medicines.

17   There were containers that we filled and we sent to Botswana,

18   another one to the Philippines.   That kind of provision.

19        When the missionaries would come into the States, they

20   would call and say, "We'll be in Michigan at such-and-such a

21   time and this is what we're looking for."   And so, if I had it

22   on hand, I would take it.

23        And then, when the missionaries would come in, everything

24   was free.   We have never charged anybody.   So that's what it

25   is.
```

Knox - CROSS - By Mr. Horowitz                221

1        As far as the food is concerned, it went to soup kitchens,

2   shelters, high-rises, low-income high-rises, places like that.

3   Q.   So instead of giving money to people -- to organizations

4   like Morning Star, you would give them supplies.  Is that a

5   fair statement?

6   A.   That is, up until I was trying to -- you know, I went

7   around and I started getting money for Morning Star because I

8   believed in what was -- that it was a good mission to help

9   with.

10   Q.   And on your first trip to Haiti in April of 2003, it was a

11   good mission; was it not?

12   A.   As far as I could tell.

13   Q.   When you went down to Haiti, you saw a group of boys that

14   were living in a home that were well-behaved.  Is that correct?

15   A.   Yes, it is.

16   Q.   Well cared for?

17   A.   Yes.

18   Q.   Well fed?

19   A.   Yes.

20   Q.   The house was orderly?

21   A.   Yes.

22   Q.   The boys had chores; did they not?  They would help clean

23   up around the house as best they could?

24   A.   Keep their area cleaned up.

25   Q.   And, you know, an important part of your ministry is the

```
 1   religious aspect of it; is it not?

 2   A.  Yes, sir.

 3   Q.  And that's also what attracted you to Morning Star, was the

 4   amount of religion that was being taught to the boys?

 5   A.  I was very impressed with how they were being trained.

 6   Yes.

 7   Q.  And they were being trained by Bill; were they not?

 8   A.  Yes.  Ismael did a lot of the training.  He has been since

 9   in Bible college.

10   Q.  And you were able between 2002 and 2003, when you first

11   went to Haiti, to communicate with the boys via e-mail.  Right?

12   A.  After the first -- after the first visit, there was more

13   e-mails.  But, yes, I did -- I did.  They were thanking me at

14   the beginning after Bill took the things back with him.

15       The boy -- he started having the boys e-mail me.  And so

16   that e-mail after my first visit.  Then I continued on

17   e-mailing with the boys.

18   Q.  Now, the boys that were sending you the e-mails:  Do you

19   know where the computer was in the house?

20   A.  No, I do not.

21   Q.  Did you see a computer when you were there in April?

22   A.  No, I did not.

23   Q.  You were able to communicate with the boys freely; were you

24   not?

25   A.  As far as I knew.
```

```
 1              MS. MEDETIS:  Objection.  Calls for speculation as

 2   to --

 3              THE COURT:  Overruled.

 4   BY MR. HOROWITZ:

 5   Q.  In other words, if you wrote -- let's say -- use Ismael as

 6   an example.

 7   A.  Okay.

 8   Q.  If you wrote him an e-mail, he would write you back; would

 9   he not?

10   A.  Yes, he would.

11   Q.  You'd communicate with him and he'd communicate back to

12   you?

13   A.  Yes.

14   Q.  When you went down there, you saw a clinic and you've

15   described this clinic.

16   A.  Yes.

17   Q.  The clinic had a lot of medical supplies; did it not?

18   A.  Yes, they did.

19   Q.  And the medical supplies were not only for the boys in the

20   house, you know, to take care of the bumps and bruises of just

21   being a boy, but they helped people in the neighborhood; did

22   they not?

23   A.  Yes, they did.

24   Q.  Now, I want you to tell the ladies and gentlemen of the

25   jury about this neighborhood in Croix des Bouquets.
```

1        The house where Morning Star was was one of the nicer

2    houses in the neighborhood; was it not?

3    A.   Yes, it was.

4    Q.   Can you tell the ladies and gentlemen of the jury whether

5    the houses in the neighborhood -- whether they had running

6    water.

7    A.   None of them did, that I could tell.

8    Q.   Did they have electricity?

9    A.   No.

10   Q.   Did they have windows?

11   A.   Not that I could tell.  It was just more or less huts.

12   Q.   So in addition -- and the medical supplies that we talked

13   about:  They were being helped to heal or help the people in

14   the surrounding neighborhood; were they not?

15   A.   Yes.

16   Q.   In addition, did you see Bill donate other food or some of

17   the supplies that he had, some excess, to the people in the

18   neighborhood?

19   A.   No.

20   Q.   Did you ever see him turn anybody away who wanted a meal?

21   A.   No.

22   Q.   Now, when you went to the home in Croix des Bouquets in

23   April of 2003, how many boys were living there?

24   A.   As far as I know, I think, like, 23, 24.

25   Q.   Aside from the boys themselves, the only person running the

1    place was Bill; was it not?

2    A.  He had -- he had women doing the cooking.  He had a mother

3    there that did -- kept -- oversaw all the cleaning, did the

4    laundries.  He had people to do the laundry that came -- washer

5    ladies that come in.

6    Q.  How many ladies all together were coming in to help with

7    the cooking and the cleaning and things of that nature?

8    A.  Well, there were two washer ladies, and I don't honestly

9    know if they were also the ones that did the cooking.  But

10   there was also a housemother.  And she kind of oversaw all of

11   that, I think.

12   Q.  So would it be fair to say there was about four or five

13   women that would come by on a daily basis?

14   A.  Four or five.  Yes.

15   Q.  And Bill was responsible not just for the 23 boys and

16   getting them ready for school and things of that nature, he was

17   also responsible for the four or five women that would come in

18   during the day to cook and clean.  Is that a fair statement?

19   A.  I don't know about that.  I'm sorry.  I do know that he did

20   pay them.  But how much or anything, I really don't -- I never

21   did know.

22   Q.  So he had 23 boys under the age of 18 that he was

23   responsible for, together with a staff on top of that.  Is that

24   correct?

25   A.  Say that again.

Knox - CROSS - By Mr. Horowitz                    226

1    Q.  He had 23 boys that he was responsible for?

2    A.  Yes.

3    Q.  Is it your understanding -- is that what caused him to be

4    stressed out?

5            MS. KANE:  Objection.  Speculation.

6            THE COURT:  Sustained.

7    BY MR. HOROWITZ:

8    Q.  Now, when you helped raise money for Morning Star Center,

9    how much money were you able to raise, if you remember?

10   A.  Well, the one time I can remember -- because one lady wrote

11   an 1800-dollar check and said to -- for -- this was for the

12   boys' schooling.  And there was more money raised that day.  I

13   think there was like over $2,000 raised that day.

14       And then there were other times that some monies were

15   raised, never that much amount.  But several times I spoke at

16   different places that had asked me to speak.

17       A woman's group, a religious group, called Women Aglow, I

18   spoke there.  Just as though -- I would be asked, then I would

19   speak and people would donate.  I never charged or never asked

20   for money, but people did donate.

21   Q.  And as part of your ministry, did you give that money to

22   the Morning Star Center?

23   A.  Yes, I did.

24   Q.  And was the money used for the benefit of the children?

25   A.  As far as I could tell.

```
 1    Q.   The goods and supplies and the provisions that you were

 2    able to donate for the Morning Star Center:  Were those used

 3    for the benefit of the children?

 4    A.   Yes.

 5    Q.   Now, you've described the Morning Star Center back in 2003

 6    as having two floors, two stories; was it not?

 7    A.   Yes.

 8    Q.   And Bill's bedroom was up on the second floor?

 9    A.   Yes.

10    Q.   Now -- and he had -- you said he had his own private

11    bathroom back then?

12    A.   Yes.

13    Q.   Now, with no running water, how were you able to flush a

14    toilet on the second floor?

15    A.   They had a big barrel up on the roof and, when there was

16    electricity, which was usually in the middle of the night, they

17    would go up and they would use a generator that I had donated

18    and pump water and put into the barrels.

19         That was how -- then we had a barrel -- that was what was

20    used for the showers.  But there was also a barrel of water in

21    my bathroom.  I don't know about Bill's, but in my bathroom.

22    And we would take a bucket of water and then flush the toilet.

23    Q.   Now, the buckets that you're talking about are those

24    plastic, almost like white 5-gallon buckets?

25    A.   No, they're not.  I'm talking about barrels.  The large
```

1    barrels.

2    Q.   And that water needed -- some of the water needed to be

3    carried upstairs; did it not?

4    A.   No.

5    Q.   When you said that they would take care of the water and

6    the barrels --

7    A.   Up on the roof.

8    Q.   -- "they" wasn't Bill.  "They" were --

9    A.   The boys.

10   Q.   The boys would do all that stuff?

11   A.   Yes.

12   Q.   Now, I want to take you back to October of 2003, almost ten

13   years ago.

14        When you were there that time, there was a curfew where all

15   the boys needed to be in bed; was there not?

16   A.   The little ones.

17   Q.   And that was no later than 10:00 p.m.?

18   A.   I don't know.  I don't remember that.  But I do know that

19   the little ones were in bed.  The older ones didn't have to go

20   that fast -- that early.

21   Q.   That night that you were sitting is up on the second floor

22   with Ismael --

23   A.   Yes.

24   Q.   -- you heard Bill tell you goodnight?

25   A.   Earlier.

```
 1   Q.  Earlier.

 2       And you assumed that he went into his bedroom.  Is that

 3   correct?

 4   A.  Yes.

 5   Q.  But you don't know for sure?

 6   A.  No.  He went into his bedroom and closed his door.

 7   Q.  What time was it?

 8   A.  I would say it was 9:00-ish.

 9   Q.  But you're not sure, are you?

10   A.  No.  I am not sure of the time.  But it was earlier.

11   Q.  Just like you're not sure of when you saw the boy come out,

12   the exact time.  Correct?

13   A.  No.  I didn't take the time.  But it was 11:00-ish.

14   Q.  And you said that, after you saw that, you didn't want to

15   tell anybody.  Is that true?

16   A.  I didn't say anything to anybody except the young boy.  I

17   didn't tell him, but he was very frightened there.  So I didn't

18   want to upset him.  No.  I told nobody while I was there.

19   Q.  The young man that you've described:  He wasn't screaming

20   or yelling or anything like that?

21   A.  The little guy?

22   Q.  Yes, ma'am.

23   A.  No.  He was half asleep.

24   Q.  But you were scared of Bill.  That's what you said?

25   A.  Yes.  By that time, I was.
```

1    Q.   Did he ever yell at you?

2    A.   Oh, yeah.

3    Q.   Did he ever threaten you?

4    A.   No.  Just angry man.

5    Q.   He's got angry eyes.  Right?

6    A.   Yes.  His demure [sic] was angry, is the way of carrying

7    himself.  He was just an angry man.

8    Q.   He was angry toward the boys; was he not?

9    A.   I never could figure out why he was angry.

10   Q.   Well, he wasn't angry at you because you were donating

11   things to help the children and help the center.  Correct?

12   A.   I would imagine that's the case.

13        MR. HOROWITZ:  May I have one moment, your Honor?

14        THE COURT:  Yes.

15   BY MR. HOROWITZ:

16   Q.   The incident that you saw that night in October:  That did

17   not cause you to leave Morning Star, did it?

18   A.   I had no way of leaving.  I didn't want to cause any more

19   anger than what I already had seen and heard.  And so, no, I

20   did not.  All I did was try to keep everything on an even keel

21   as best as I could until he drove me back to the airport.

22   Q.   If you wanted to, Ms. Knox, you could have gone to a hotel;

23   could you not have?

24   A.   I probably could have.  But I never even gave that a

25   thought.  I just -- I didn't have any way of -- I was in the

1    middle of nowhere, as far as I was concerned.

2    Q.   Well, you had money with you that you were going to start

3    the --

4    A.   Yes.  I did have money.  But that didn't mean that I knew

5    where to go or what to do at that point.

6    Q.   You've stayed in hotels before; have you not?

7    A.   Yes, I have.

8    Q.   And you never asked Bill to take to you a hotel, did you?

9    A.   No.

10   Q.   Now, you were with other people that had traveled with you?

11   A.   A young boy.

12   Q.   And you and the young boy -- how old was he at the time?

13   A.   I would say probably 13, 14.

14   Q.   And he was a young man that you were in charge of taking

15   care of him and his safety and his well-being; were you not?

16   A.   Yes.

17   Q.   And both you and this young man stayed at the Morning Star

18   Center for at least another week.  Is that right?

19   A.   Yes.

20        MR. HOROWITZ:  May I have one moment, your Honor?

21        THE COURT:  Yes.

22   BY MR. HOROWITZ:

23   Q.   And during that week that you stayed at Morning Star, you

24   saw nothing else improper?

25   A.   Not anything such as that night with the little one.  But

 1    the anger, the screaming at the ladies that worked there,

 2    throwing things around, all of that kind of temper never

 3    ceased.

 4    Q.   And that evening in October of 2003, you never saw Bill

 5    touch that small child at all?

 6    A.   No, I did not.

 7             MR. HOROWITZ:  No further questions.

 8             Thank you, your Honor.

 9             THE COURT:  Redirect.

10                      REDIRECT EXAMINATION

11    BY MS. KANE:

12    Q.   Ms. Knox, who led the religious devotional at the center

13    when you were there visiting?

14    A.   Ismael.

15    Q.   And what are religious devotionals?

16    A.   He led the praise and worship, the music.  When I got

17    there, I was the one who gave the message to the boys with an

18    interpreter.  I think Eddy interpreted for me.  So I was the

19    one that did that while I was there.

20    Q.   When you say "message," what do you mean?

21    A.   A sermon.

22    Q.   And on what day of the week did you give this sermon?

23    A.   On Sunday.

24    Q.   What religious training did you see at the center?

25    A.   Every morning, Ismael would lead devotionals, early

1    morning.  And he would, you know, lead them in prayer, give

2    them a good word for the day or encouraging word for the day,

3    things like that.

4        I got up several times and then joined them.  But it being

5    in Creole, you know, I didn't understand what was being said.

6    But it was just a prayer time.

7    Q.  So during your time visiting the center, did you ever see

8    the Defendant lead a devotional?

9    A.  No.  What I saw, the one Sunday morning, we were all

10   gathered and he just read the riot act to these boys.  He was

11   chewing them out.  There wasn't anything religious about that.

12   Q.  On cross-examination, you testified that there were various

13   women who would come to the center during the day to assist

14   with the washing and the cooking.

15       Did any of these women actually sleep at night at the

16   Morning Star?

17   A.  I don't know for sure.  I really don't.  If one of them

18   did, it would have been the housemother.  The other ones I do

19   know came in in the morning.

20   Q.  And during the time that you were visiting the Morning

21   Star, did you see any of these women staying at and sleeping at

22   the house overnight?

23   A.  No.

24   Q.  On cross-examination, you testified that the barrels of

25   water for the shower were actually located on the roof of the

1    house.  Is that correct?

2    A.   The one -- the one for the shower was on the roof.  They

3    had it to where it would come down through a regular

4    showerhead.

5         The one for flushing the toilet was sitting beside the tub

6    shower and it was just a barrel -- a large barrel with water in

7    it.

8         If I remember correctly, I think there was a window right

9    there, and they could have even used a hose to refill it.  If

10   not, then somebody had to have put it in with buckets.

11        But I think there was a hose that was brought down through

12   and filled that bucket so we could flush the toilet.

13   Q.   How often was the barrel for the shower filled?

14   A.   Whenever there was electricity, it would be filled.  And it

15   would be in the middle of the night or they would use the

16   generator and produce water that way.  But, you know, the older

17   ones -- older boys always took care of that.

18   Q.   And so you testified on cross-examination that you actually

19   got electricity in the middle of the night?

20   A.   Very little.  But there was -- usually in the middle of the

21   night we might have gotten an hour or an hour and a half of

22   electricity.

23   Q.   So were the barrels of the water for the showers filled in

24   the middle of the night, generally?

25   A.   Yes.

Knox - REDIRECT - By Ms. Kane                    235

```
 1   Q.   Do boys actually have to go up on the roof to do that?

 2   A.   Yes.

 3   Q.   So when the Defendant would take a bath, the boy that he --

 4   where would the boy go that he chose to help him with his bath?

 5   A.   Inside his bedroom.  And the bedroom door was closed.

 6   Q.   During your visit, you -- on cross-examination, you stated

 7   that you did not go to a hotel after you witnessed that boy

 8   coming from Defendant's room.

 9        What was the immediate neighborhood like surrounding the

10   Morning Star?

11   A.   Well, there was -- right next door there was another nice,

12   bigger place.  But to go into the community, it was just

13   deplorable, no running water, you know, just huts, basically.

14   Q.   And did you at the time speak Creole, Ms. Knox?

15   A.   No.  I always had -- Eddy usually interpreted for me,

16   because I did go around to the neighbors.  In fact, after my

17   first visit, when I left, I left quite a few of my clothes for

18   the neighbor right behind them over the wall.  She was my size.

19   So I just left my clothes.

20   Q.   In the morning, when the boys were getting ready for

21   school, who did you see helping the boys get ready for school?

22   A.   The older boys.

23   Q.   Did you see the Defendant helping the boys getting ready

24   for school?

25   A.   No.
```

Knox - REDIRECT - By Ms. Kane                    236

1   Q.   On cross-examination, you testified that you received

2   e-mails from the boys that lived with the Defendant at the

3   center and that you e-mailed them as well.

4        This is now going back ten years.  But did you -- did the

5   boys have e-mail addresses of their own?

6   A.   No.  They always used Bill's.

7   Q.   So the e-mails -- so where would you send e-mails intended

8   for the boys?

9   A.   I don't remember.  But it would have been through Bill.  It

10  was always through Bill's -- whatever -- however he did it.

11  Q.   So you --

12  A.   I'm not really computer -- I don't know that much.

13  Q.   So did you send e-mails for the boys to the Defendant's

14  e-mail address?

15  A.   Yes.

16  Q.   And from what e-mail address would you receive e-mails from

17  the boys?

18  A.   Same.

19  Q.   The Defendant's e-mail address?

20  A.   Yes.

21          MS. KANE:  One moment, your Honor.

22  BY MS. KANE:

23  Q.   When you received e-mails, Ms. Knox, from the boys at the

24  Morning Star, did you know -- how did you know that they were

25  actually coming from the boys as opposed to from the Defendant?

Knox - REDIRECT - By Ms. Kane                    237

1    A.   Their name -- they would say this is so-and-so and give

2    their name and they also -- the e-mails were in their own

3    broken English.  So I just knew that they were from them,

4    whichever one it was.

5    Q.   When the boys were sending you e-mails, do you know whether

6    or not the Defendant was with them when they were writing the

7    e-mails or not?

8    A.   I have no idea.

9    Q.   On cross-examination, you testified that the Defendant

10   indicated that he was stressed about -- stressed because he was

11   taking care of all of these boys -- or defense counsel

12   suggested that that was the reason for the Defendant's anger.

13        What did you -- what did the Defendant actually do around

14   the house that would cause him stress?

15   A.   Nothing that I knew of.

16   Q.   So who was responsible for the day-to-day operations of the

17   Morning Star?

18   A.   The older boys or the women that came in.

19   Q.   And so what -- what did the Defendant -- you know, other

20   than yelling at the boys, what did the Defendant actually do?

21   A.   Nothing.

22        MS. MEDETIS:  No more questions, your Honor.

23        THE COURT:  We're going to break for the day.

24        Do not discuss this case either amongst yourselves or

25   with anyone else.  Have no contact whatsoever with anyone

1    associated with the trial.

2              Do not read, listen or see anything touching on this

3    matter in any way, including anything in the media, anything on

4    the Internet, anything on any access device.

5              If anyone should try to talk to you about this case,

6    you should immediately instruct them to stop and report it to

7    my staff.

8              If you would, give your notebooks to the court

9    security officer.  Have a nice evening.  I'll see you tomorrow

10   morning, 9:00.

11             (Whereupon, the jury exited the courtroom at 5:40 p.m.

12   and the following proceedings were had:)

13             THE COURT:  You can step down, ma'am.

14             THE WITNESS:  Thank you.

15             (Witness excused.)

16             THE COURT:  You can be seated for a moment.

17             Where are we in the Government's case?

18             MS. MEDETIS:  Your Honor, just a moment.  I packed

19   some -- the witness list up.

20             THE COURT:  I know we've been going in the order of

21   your witness list.

22             Are we going through all of those witnesses?

23             MS. MEDETIS:  Your Honor, at this point the Government

24   would have to say "yes."  It's possible that we might pare down

25   the second page of the witness list.  But at this point it

1    looks like we're about a quarter of the way through the

2    Government's case.

3              THE COURT:  Okay.  So we're in recess until tomorrow

4    morning, 9:00.  Have a nice evening.

5              MS. MEDETIS:  Likewise, Judge.

6              MR. HOROWITZ:  Thank you, Judge.  You, too.

7              (Proceedings concluded.)

8

9                      C E R T I F I C A T E

10

11        I hereby certify that the foregoing is an accurate

12   transcription of the proceedings in the above-entitled matter.

13

14

15   _____        /s/Lisa Edwards
         DATE              LISA EDWARDS, RDR, CRR
16                         Official United States Court Reporter
                           400 North Miami Avenue, Twelfth Floor
17                         Miami, Florida 33128
                           (305) 523-5499
18

19

20

21

22

23

24

25

**$**

**$2,000** [1] - 226:13

**'**

**'in** [1] - 8:20

**/**

**/s/Lisa** [1] - 239:15

**0**

**04** [1] - 139:16

**1**

**1** [22] - 1:8, 3:15, 73:3, 73:25, 104:24, 104:25, 106:9, 106:12, 106:13, 111:4, 111:17, 111:22, 114:22, 117:22, 119:7, 119:18, 121:1, 121:20, 124:7, 128:13, 135:18, 145:11
**10** [6] - 17:14, 26:25, 73:18, 118:19, 133:12, 134:5
**106** [1] - 3:15
**109** [1] - 3:7
**10:00** [1] - 228:17
**10:18** [1] - 129:17
**10:23** [1] - 126:5
**10:29** [1] - 112:24
**10:35** [1] - 112:23
**10th** [1] - 127:20
**11** [4] - 20:19, 134:11, 134:24, 134:25
**11-20350** [3] - 4:3, 99:9, 189:13
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**1199** [1] - 134:14
**11:00** [3] - 120:14, 127:23, 214:14
**11:00-ish** [1] - 229:13
**11:07** [1] - 125:10
**11:13** [1] - 120:15
**11:39** [1] - 123:24

**11:45** [1] - 76:6
**11:49** [1] - 99:5
**11F** [1] - 158:12
**12** [7] - 122:8, 132:19, 132:21, 134:16, 134:24, 135:1, 139:15
**123** [1] - 14:8
**124** [1] - 14:8
**1291** [4] - 120:10, 125:6, 125:8, 129:14
**12:04** [1] - 129:18
**12:07** [1] - 120:15
**12:09** [1] - 120:16
**12:23** [1] - 126:6
**13** [7] - 35:5, 55:20, 91:21, 135:4, 136:24, 206:14, 231:13
**1303** [1] - 12:17
**1330** [1] - 113:2
**1335** [1] - 113:1
**13th** [1] - 126:3
**14** [26] - 33:8, 33:12, 34:3, 34:6, 34:7, 44:7, 51:13, 51:21, 52:1, 52:6, 52:8, 54:24, 104:8, 119:6, 123:14, 138:11, 138:14, 145:11, 147:19, 147:24, 148:3, 148:12, 148:24, 202:20, 206:15, 231:13
**14-B** [4] - 51:5, 51:6, 51:20, 52:6
**140** [1] - 3:7
**1400** [1] - 1:18
**1429** [1] - 12:22
**143** [1] - 3:7
**14th** [8] - 165:12, 165:16, 169:25, 174:14, 174:20, 177:23, 194:9, 208:9
**15** [7] - 3:5, 33:14, 54:20, 54:22, 54:23, 87:11
**15-B** [8] - 34:1, 34:2, 34:22, 40:20, 43:25, 44:18, 46:20, 55:20
**150** [2] - 3:8, 12:12
**1566** [1] - 12:19
**15A** [1] - 178:12
**15H** [1] - 122:25
**15th** [7] - 165:21, 165:24, 181:3, 181:11, 181:22, 194:4, 208:7
**16** [4] - 3:13, 73:12, 73:20, 107:8
**164** [1] - 3:15

**1646** [3] - 112:1, 123:20, 126:2
**169** [1] - 3:16
**16th** [4] - 154:9, 155:18, 159:17, 190:16
**17** [3] - 17:15, 119:8, 205:1
**174** [1] - 3:16
**177** [1] - 3:17
**18** [2] - 204:17, 225:22
**180** [1] - 3:17
**1800-dollar** [1] - 226:11
**183** [1] - 3:18
**184** [1] - 13:18
**186** [1] - 3:18
**19** [2] - 3:5, 204:17
**19-A** [8] - 151:22, 151:25, 158:19, 159:5, 159:9, 190:5, 190:14, 190:16
**19-B** [1] - 155:10
**19-C** [4] - 160:6, 162:21, 163:2, 190:25
**19-D** [1] - 161:7
**19-E** [3] - 167:21, 169:3, 169:9
**19-F** [3] - 172:4, 173:15, 173:21
**19-G** [3] - 175:22, 177:5, 177:9
**19-H** [3] - 179:4, 180:8, 180:14
**19-I** [3] - 185:5, 186:12, 186:18
**19-J** [3] - 3:15, 163:22, 164:20, 164:22, 164:23, 171:8, 171:13, 175:8, 175:15, 178:15, 178:20, 181:19, 181:25, 193:23, 197:5
**19-K** [10] - 3:18, 182:12, 182:13, 182:14, 182:19, 183:13, 183:15, 183:16, 188:7, 188:10
**19-L** [6] - 3:16, 168:17, 168:22, 169:12, 169:14, 169:15
**19-M** [6] - 3:16, 173:5, 173:10, 173:24, 174:1, 174:2
**19-N** [6] - 3:17, 176:18, 176:23, 177:12, 177:14, 177:15

**19-O** [6] - 3:17, 179:25, 180:2, 180:17, 180:19, 180:20
**19-P** [7] - 3:18, 186:1, 186:6, 186:11, 186:21, 186:23, 186:24
**190** [1] - 3:8
**1910** [1] - 1:24
**194** [1] - 3:8
**1945** [5] - 166:9, 171:21, 182:5, 184:11, 188:16
**197** [1] - 3:9
**1984** [1] - 12:22
**1985** [1] - 104:7
**1986** [2] - 198:16, 220:1
**1988** [4] - 24:24, 27:2, 27:3, 199:7
**1992** [1] - 12:19
**1993** [1] - 220:3
**1995** [1] - 12:12
**1998** [7] - 27:5, 27:6, 32:2, 32:4, 32:12, 33:6, 105:2
**1999** [4] - 32:16, 40:15, 65:18, 104:8
**19C** [1] - 181:17
**1:02** [2] - 125:12, 127:24
**1:30** [3] - 99:2, 99:3, 113:2
**1:35** [2] - 112:25, 113:1

**2**

**2** [14] - 114:24, 116:6, 119:25, 121:19, 121:21, 122:16, 124:8, 130:3, 170:23, 171:2, 174:22, 178:6, 181:12, 187:15
**2000** [1] - 12:19
**2001** [30] - 20:16, 45:9, 48:7, 49:5, 49:6, 49:17, 50:3, 50:15, 50:22, 65:22, 66:4, 66:6, 87:15, 98:1, 104:12, 104:24, 104:25, 105:8, 105:17, 112:2, 112:17, 113:16, 120:11, 120:19, 120:24, 121:5, 122:1, 122:24, 145:22, 208:7

**2002** [9] - 8:5, 20:15, 20:16, 20:25, 32:23, 200:13, 200:16, 201:7, 222:10
**2003** [33] - 21:2, 21:3, 32:23, 65:15, 77:19, 123:21, 124:2, 125:7, 125:9, 141:17, 202:1, 202:16, 202:24, 204:9, 204:18, 206:2, 206:12, 206:16, 206:22, 207:11, 207:15, 208:21, 208:25, 209:11, 210:10, 210:18, 213:1, 221:10, 222:10, 224:23, 227:5, 228:12, 232:4
**2004** [37] - 21:4, 31:25, 32:2, 32:6, 32:13, 33:3, 33:4, 34:4, 65:16, 65:17, 65:18, 77:19, 79:9, 80:20, 81:1, 81:6, 104:11, 104:12, 105:2, 126:3, 127:2, 127:8, 141:17, 154:9, 155:18, 159:17, 160:22, 161:15, 162:24, 190:16, 191:1, 191:13, 191:18, 191:22, 192:8, 192:10, 192:21
**2005** [1] - 12:17
**2006** [5] - 127:20, 129:15, 129:21, 130:11, 130:23
**2008** [3] - 25:19, 165:7, 165:8
**2009** [14] - 164:6, 165:13, 165:17, 165:21, 165:24, 169:25, 174:14, 174:20, 177:23, 181:3, 181:11, 181:22, 194:4, 194:9
**2010** [6] - 12:15, 13:2, 166:17, 183:3, 183:23, 184:1
**2011** [23] - 80:5, 80:14, 131:11, 131:23, 131:24, 132:16, 133:3, 135:10, 135:25, 136:1, 136:18, 137:10, 138:19, 138:22, 139:14, 139:21, 145:22, 148:21, 183:3, 184:6,

187:6, 187:10, 208:9
**2013** [3] - 1:5, 20:19, 20:25
**2020** [1] - 184:18
**20530** [1] - 1:19
**207** [1] - 3:19
**21-A** [3] - 136:8, 137:5, 137:6
**21-B** [3] - 136:8, 148:14, 149:2
**219** [1] - 3:9
**22** [2] - 3:5, 131:2
**2226** [1] - 133:13
**226** [1] - 132:8
**23** [6] - 110:9, 204:11, 224:24, 225:15, 225:22, 226:1
**232** [2] - 3:9, 12:18
**239** [1] - 1:8
**23rd** [4] - 160:22, 161:15, 162:24, 191:1
**24** [11] - 3:6, 25:1, 110:3, 110:5, 110:12, 110:16, 143:9, 143:24, 149:16, 204:11, 224:24
**27th** [12] - 24:24, 127:2, 127:8, 129:15, 129:21, 130:10, 130:23, 166:9, 171:21, 182:5, 184:11, 188:16
**29** [2] - 3:13, 34:10
**2929** [1] - 1:21
**2:11** [1] - 105:25
**2:29** [1] - 123:25
**2C** [1] - 187:19
**2nd** [10] - 47:12, 104:25, 120:11, 120:19, 120:24, 121:4, 122:1, 122:24, 124:2, 166:17

**3**

**3** [6] - 121:23, 123:14, 123:15, 141:25, 171:2
**30** [1] - 199:1
**305** [2] - 2:3, 239:17
**30th** [6] - 125:7, 125:9, 208:22, 208:25, 209:11, 213:1
**330** [1] - 131:25
**33128** [2] - 2:3, 239:17
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25

**35G** [1] - 116:3
**35H** [1] - 118:5
**383** [1] - 13:2
**396** [1] - 12:16

**4**

**4** [5] - 11:20, 124:23, 124:25, 141:16, 141:25
**400** [2] - 2:2, 239:16
**403** [1] - 87:3
**410** [1] - 1:22
**44** [6] - 3:13, 28:23, 29:2, 29:20, 29:22, 29:23
**45** [1] - 217:14
**46** [1] - 3:14
**472491686** [1] - 184:16
**49** [1] - 3:14
**4:01** [1] - 189:7
**4:24** [1] - 189:24

**5**

**5** [5] - 125:17, 125:18, 141:16, 141:25
**5-gallon** [1] - 227:24
**5040** [1] - 134:18
**513** [1] - 12:12
**523-5499** [2] - 2:3, 239:17
**541** [2] - 131:20, 133:2
**550** [2] - 153:11, 153:12
**561** [1] - 153:10
**58** [1] - 3:6
**5:40** [2] - 1:6, 238:11

**6**

**6** [10] - 1:5, 21:13, 21:17, 126:17, 126:18, 141:16, 141:25, 204:16, 216:3
**600** [1] - 1:18
**608(b** [1] - 13:17
**609** [1] - 13:17
**611** [1] - 12:15
**6D** [1] - 162:12
**6th** [1] - 12:18

**7**

**7** [7] - 117:21, 127:11, 127:13, 130:7, 130:8, 130:9, 196:13
**701794597** [3] - 166:15, 171:23, 182:8
**71** [1] - 219:24
**733** [1] - 12:22
**74** [5] - 3:19, 207:3, 207:20, 207:23, 207:24
**75** [6] - 3:14, 45:11, 45:16, 46:10, 46:13, 46:14
**76** [6] - 3:14, 48:16, 48:20, 49:9, 49:11, 49:12
**783** [1] - 12:15
**7th** [17] - 47:12, 112:2, 112:17, 113:16, 123:21, 124:2, 131:11, 131:22, 132:8, 133:3, 133:14, 183:23, 183:25, 184:6, 184:18, 187:6, 187:9

**8**

**8** [11] - 129:4, 129:8, 129:11, 130:7, 130:10, 130:12, 130:14, 136:1, 196:13, 208:10, 208:20
**801(d)(1)(A** [2] - 6:2, 75:19
**801(d)(1)(A)** [1] - 6:6
**801(d)(1)(B** [2] - 4:20, 11:2
**801(d)(1)(B)** [1] - 74:23
**803(1** [4] - 82:17, 82:20, 83:6, 85:10
**803(1)** [1] - 83:6
**807** [1] - 127:1
**809** [3] - 137:9, 138:1, 138:19
**816** [2] - 12:18, 127:19
**842-550** [1] - 153:10
**853** [1] - 13:2
**87** [1] - 3:6
**873** [3] - 135:10, 136:18, 137:25
**8:10** [1] - 127:4

**8:30** [1] - 166:3
**8C** [1] - 175:5
**8th** [13] - 132:15, 134:14, 134:19, 135:10, 135:25, 136:18, 137:10, 137:25, 138:19, 138:22, 139:14, 139:21, 148:21

**9**

**9** [6] - 17:14, 132:19, 132:20, 132:24, 134:10, 148:4
**9130** [1] - 1:24
**94** [11] - 3:13, 4:21, 8:3, 11:6, 11:9, 15:8, 15:13, 16:5, 16:8, 16:9, 19:13
**972** [1] - 12:19
**99** [1] - 1:15
**9:00** [3] - 217:16, 238:10, 239:4
**9:00-ish** [2] - 216:14, 229:8
**9:22** [1] - 1:6
**9:42** [1] - 166:3
**9:43** [1] - 14:19
**9:54** [1] - 127:5

**A**

**a.m** [4] - 1:6, 14:19, 99:5, 120:14
**abbreviation** [1] - 139:15
**ability** [2] - 11:9, 18:8
**able** [23] - 17:10, 36:11, 36:19, 37:17, 62:18, 64:24, 93:11, 93:22, 94:6, 108:19, 139:9, 139:10, 144:23, 158:20, 191:13, 192:8, 192:12, 216:17, 222:10, 222:23, 226:9, 227:2, 227:13
**above-entitled** [1] - 239:12
**above-named** [1] - 47:6
**absolutely** [3] - 6:19, 6:21, 36:14
**abuse** [40] - 8:13, 11:7, 44:10, 50:23, 50:25, 51:7, 51:8, 53:22, 54:3, 54:9,

54:19, 55:1, 55:11, 56:8, 56:19, 63:7, 63:23, 65:12, 65:19, 66:21, 77:14, 86:13, 88:12, 89:3, 89:8, 92:24, 92:25, 93:18, 93:19, 100:6, 103:3, 103:4, 103:9, 103:12, 104:6, 104:7, 104:10, 104:12, 104:16, 104:19
**abused** [7] - 50:16, 56:15, 63:18, 89:7, 93:2, 97:7, 104:17
**abuses** [1] - 90:11
**abusing** [7] - 23:6, 44:20, 50:18, 53:19, 54:17, 56:12, 91:1
**AC** [1] - 139:18
**accept** [1] - 28:14
**accepted** [1] - 28:15
**access** [1] - 238:4
**accident** [1] - 212:22
**accommodations** [1] - 47:9
**according** [1] - 80:4
**accuracy** [1] - 145:10
**accurate** [4] - 30:20, 30:23, 82:10, 239:11
**accurately** [1] - 29:15
**acknowledgement** [1] - 47:3
**act** [3] - 205:20, 213:15, 233:10
**acted** [1] - 216:9
**actions** [1] - 205:18
**activity** [2] - 164:17, 183:10
**actual** [8] - 112:23, 113:2, 120:15, 120:18, 124:1, 124:14, 125:11, 213:10
**AD** [1] - 117:3
**AD2** [1] - 121:6
**add** [2] - 4:23, 7:6
**added** [2] - 154:22, 167:15
**addition** [9] - 4:23, 5:13, 9:23, 37:17, 101:4, 152:7, 212:2, 224:12, 224:16
**additional** [5] - 9:17, 10:12, 86:25, 152:8, 158:10
**additionally** [1] - 100:7
**address** [16] - 22:10,

22:13, 22:15, 33:20, 46:18, 153:14, 159:15, 160:2, 160:3, 160:16, 163:11, 187:21, 187:23, 236:14, 236:16, 236:19

**addressed** [3] - 19:21, 20:2, 205:19

**addresses** [1] - 236:5

**addressing** [1] - 101:11

**ADELSTEIN** [75] - 1:20, 1:21, 4:18, 31:8, 46:11, 58:3, 58:5, 68:13, 71:1, 71:9, 72:23, 73:1, 73:24, 74:5, 74:9, 74:12, 74:15, 74:18, 75:16, 76:4, 76:7, 76:10, 76:13, 76:24, 77:5, 79:20, 79:24, 80:3, 80:9, 81:5, 81:15, 81:21, 81:23, 82:2, 82:22, 83:20, 83:25, 84:23, 86:21, 87:7, 88:1, 88:23, 89:13, 89:19, 90:14, 90:16, 91:4, 91:24, 92:8, 93:13, 93:23, 94:3, 94:7, 94:15, 94:24, 95:7, 95:9, 95:16, 95:21, 96:4, 97:15, 100:10, 100:17, 100:23, 101:24, 102:2, 102:5, 102:8, 102:11, 106:4, 106:6, 106:9, 106:16, 107:22, 189:19

**Adelstein** [5] - 4:14, 76:2, 99:18, 106:3, 189:19

**admit** [15] - 6:21, 16:4, 29:19, 46:9, 49:8, 100:13, 100:14, 164:19, 169:11, 173:23, 177:11, 180:16, 183:12, 186:20, 207:19

**admitted** [44] - 16:8, 29:21, 34:10, 46:12, 49:10, 82:17, 85:11, 106:11, 111:4, 119:24, 123:13, 124:25, 125:19, 126:18, 127:13, 129:6, 131:1, 132:18, 135:4, 136:7, 138:11, 148:14, 151:22,

155:10, 160:6, 161:7, 164:21, 167:22, 169:13, 172:3, 173:25, 175:15, 175:21, 177:13, 178:19, 179:3, 180:18, 181:24, 183:14, 185:4, 186:22, 188:9, 193:23, 207:22

**adopted** [1] - 75:10

**adult** [2] - 47:9, 122:11

**advance** [1] - 131:25

**advantage** [1] - 117:4

**advised** [2] - 19:23, 139:19

**afford** [4] - 31:6, 37:23, 57:23, 62:1

**afraid** [3] - 88:13, 91:17, 213:19

**afternoon** [20] - 40:24, 99:10, 99:13, 99:17, 108:3, 108:4, 109:10, 113:2, 113:3, 123:25, 125:12, 126:7, 127:25, 129:18, 140:4, 150:16, 189:15, 190:9, 197:21, 219:17

**afterwards** [1] - 94:11

**age** [4] - 82:11, 122:8, 204:14, 225:22

**agent** [3] - 109:15, 143:25, 188:2

**agents** [5] - 4:10, 5:10, 5:17, 10:16

**Agents** [5] - 4:10, 16:22, 18:20, 99:15, 189:17

**Aglow** [1] - 226:17

**ago** [4] - 20:12, 20:19, 110:9, 228:13

**agree** [3] - 13:12, 54:9

**agreed** [1] - 28:18

**Agreement** [1] - 46:22

**ahead** [4] - 82:14, 91:6, 120:6, 136:12

**air** [1] - 215:3

**aircraft** [3] - 109:17, 109:20, 109:25, 117:1, 118:21, 139:18, 144:10, 145:16

**airline** [1] - 153:19

**Airlines** [45] -

109:13, 109:14, 110:2, 110:6, 110:23, 112:1, 120:10, 123:5, 125:6, 127:1, 127:9, 127:19, 129:14, 131:20, 133:2, 134:13, 135:10, 136:17, 137:25, 138:18, 142:17, 143:25, 145:23, 146:2, 146:8, 147:4, 150:21, 150:22, 154:3, 154:6, 154:16, 166:19, 167:5, 167:13, 170:5, 191:20, 192:9, 192:13, 194:24, 195:6, 195:13, 195:15, 196:17, 196:18, 196:24

**Airlines'** [4] - 110:13, 164:14, 183:7, 191:15

**airplane** [4] - 48:4, 111:12, 111:14, 210:20

**airport** [18] - 146:22, 154:10, 154:14, 160:23, 160:25, 161:24, 162:1, 170:8, 170:9, 170:16, 174:17, 178:1, 181:6, 181:8, 187:9, 206:18, 210:22, 230:21

**Airport** [1] - 109:13

**airports** [1] - 157:15

**alert** [2] - 85:22, 86:4

**allegations** [2] - 79:15, 80:23

**alleged** [4] - 8:13, 65:12, 86:22, 103:18

**allow** [6] - 8:2, 12:6, 87:2, 101:19, 144:1, 149:12

**allowed** [3] - 100:18, 122:11, 122:12

**allows** [2] - 7:10, 122:13

**almost** [6] - 17:13, 49:25, 73:16, 110:8, 227:24, 228:12

**alone** [2] - 5:6, 206:13

**aloud** [1] - 17:11

**alphabetical** [3] - 113:8, 113:22, 118:23

**America** [10] - 4:2, 45:4, 45:6, 46:1, 47:5, 49:3, 54:13, 90:2, 99:8, 189:12

**AMERICA** [1] - 1:4

**American** [33] - 47:11, 109:13, 109:14, 110:2, 110:5, 110:13, 110:22, 112:1, 120:10, 123:5, 123:20, 125:6, 127:1, 127:9, 127:19, 129:14, 131:19, 132:7, 133:2, 134:13, 134:17, 134:18, 135:9, 136:17, 137:25, 138:18, 142:17, 143:9, 143:24, 145:23, 146:1, 146:8, 147:4

**amount** [2] - 206:7, 222:4, 226:15

**and...** [1] - 216:9

**ANDREW** [1] - 1:7

**Andrew** [5] - 4:2, 26:1, 99:9, 139:9, 189:13

**anger** [2] - 230:19, 232:1, 237:12

**angry** [11] - 210:20, 211:3, 211:12, 218:17, 230:4, 230:5, 230:6, 230:7, 230:8, 230:9, 230:10

**answer** [20] - 8:20, 9:1, 9:3, 9:5, 9:8, 9:13, 9:16, 10:6, 10:8, 10:11, 31:12, 63:20, 67:24, 72:9, 77:4, 90:19, 97:15, 149:10, 195:4, 218:8

**answered** [7] - 20:4, 22:5, 68:10, 79:23, 81:13, 93:24, 94:7

**answers** [3] - 6:10, 58:20, 59:1

**apart** [4] - 66:17, 67:4, 71:11, 71:25

**apologize** [13] - 14:23, 89:24, 121:9, 135:25, 147:16, 148:17, 148:19, 152:25, 156:8, 163:19, 164:9, 170:13, 208:3

**appear** [11] - 118:22, 119:3, 121:22, 122:15, 122:21, 123:1, 124:7, 129:25, 130:2, 130:13, 157:15

**APPEARANCES** [1] - 1:13

**appearances** [3] - 4:5, 99:11, 189:14

**appeared** [1] -

121:18

**applied** [2] - 103:2, 122:7

**apply** [1] - 104:16

**appointment** [1] - 200:19

**approach** [30] - 15:10, 28:24, 45:12, 48:17, 72:23, 110:25, 119:21, 123:10, 136:9, 137:13, 138:7, 141:22, 147:21, 155:23, 157:3, 161:4, 163:13, 167:17, 168:18, 171:25, 173:6, 175:18, 176:19, 178:25, 179:21, 182:15, 185:1, 186:2, 190:4, 206:24

**appropriate** [1] - 12:7

**April** [19] - 131:11, 131:22, 133:3, 133:14, 134:14, 134:19, 166:9, 171:21, 182:5, 184:6, 184:11, 187:6, 187:9, 188:16, 202:1, 206:1, 221:10, 222:21, 224:23

**area** [15] - 11:7, 23:8, 76:17, 203:15, 203:22, 214:8, 214:10, 215:7, 215:15, 216:10, 216:15, 216:17, 217:4, 217:19, 221:24

**areas** [2] - 12:5, 76:3, 214:23

**argue** [3] - 14:13, 82:22, 205:24

**argument** [4] - 4:19, 81:24, 101:2, 105:8

**argumentative** [2] - 8:23, 71:7

**arm** [1] - 212:14

**arranged** [1] - 209:6

**arrangements** [3] - 47:8, 209:4, 209:5

**arrest** [1] - 81:11

**arrested** [3] - 80:6, 80:10, 80:16

**arrival** [8] - 112:25, 113:2, 120:15, 120:18, 124:2, 124:14, 125:11

**Arrival** [1] - 170:18

**arrive** [8] - 112:14, 154:14, 160:25,

162:1, 170:16, 178:3, 181:8, 187:12
**arrived** [10] - 112:2, 123:25, 124:19, 126:6, 127:5, 127:24, 129:18, 157:24, 211:10, 211:11
**arriving** [8] - 123:21, 125:7, 127:20, 129:15, 133:3, 134:14, 135:11, 138:20
**arts** [1] - 25:11
**aside** [1] - 224:25
**asleep** [2] - 216:9, 229:23
**aspect** [1] - 222:1
**assaulted** [1] - 86:2
**asserted** [6] - 74:24, 75:13, 85:11, 100:3, 100:16, 101:22
**assist** [1] - 233:13
**ASSISTANT** [1] - 1:15
**associated** [3] - 98:19, 188:22, 238:1
**assume** [4] - 58:9, 62:4, 78:12, 146:18
**assumed** [1] - 229:2
**ate** [2] - 203:19
**Atlantic** [6] - 157:17, 157:18, 157:20, 161:17, 190:22, 191:1
**attack** [1] - 212:15
**attempt** [1] - 51:12
**attend** [1] - 205:8
**attended** [1] - 78:16
**attention** [27] - 46:2, 127:11, 129:4, 131:14, 135:3, 136:7, 148:3, 153:8, 153:23, 156:22, 166:6, 166:10, 167:9, 168:13, 170:20, 172:22, 175:14, 176:5, 179:15, 184:8, 184:12, 184:19, 185:18, 187:20, 194:16, 208:19, 213:24
**attest** [1] - 47:7
**ATTORNEY** [1] - 1:15
**attorneys** [4] - 5:3, 5:11, 5:17, 10:16
**attracted** [1] - 222:3
**au** [52] - 25:3, 27:11, 112:2, 112:13, 113:17, 120:11, 120:16, 120:18,

120:23, 122:1, 123:21, 123:24, 124:18, 125:7, 125:8, 125:11, 126:2, 126:5, 127:2, 127:5, 127:8, 127:19, 127:23, 129:15, 129:18, 129:20, 130:11, 130:24, 132:13, 132:14, 135:25, 137:10, 138:2, 138:20, 138:22, 139:14, 139:22, 148:23, 165:14, 165:20, 165:25, 170:14, 181:9, 184:2, 184:7, 187:11, 191:22, 192:10, 192:21, 194:6, 194:11, 202:21
**August** [4] - 165:12, 169:25, 174:14, 174:20
**authorities** [1] - 85:17
**authority** [2] - 12:9, 12:14
**authorization** [4] - 45:20, 45:21, 45:23, 45:24
**Authorization** [1] - 46:22
**available** [3] - 39:3, 100:25, 158:14
**Avenue** [4] - 1:18, 1:21, 2:2, 239:16
**AW2** [5] - 115:10, 115:18, 117:13, 117:18, 117:19

# B

**backwards** [1] - 78:12
**backyard** [3] - 40:24, 52:13, 92:23
**bad** [1] - 17:24
**bag** [2] - 151:10, 162:16
**baggage** [5] - 109:23, 110:10, 137:20, 138:4, 158:13
**bags** [7] - 116:7, 139:17, 144:19, 152:17, 162:17
**balance** [3] - 122:9, 122:10, 122:14
**balcony** [3] - 34:22, 215:3, 215:4

**bar** [3] - 74:8, 82:5, 146:4
**barrel** [6] - 227:15, 227:19, 227:20, 234:6, 234:13
**barrels** [6] - 227:18, 227:25, 228:1, 228:6, 233:24, 234:23
**based** [20] - 115:18, 117:10, 124:16, 126:14, 130:22, 134:23, 138:21, 141:8, 148:11, 149:13, 158:20, 162:22, 166:2, 169:7, 177:7, 179:18, 180:12, 185:21, 186:16, 200:6
**basis** [17] - 5:6, 7:21, 9:7, 38:22, 50:19, 51:1, 53:20, 62:4, 62:21, 62:25, 74:1, 74:4, 77:3, 87:3, 104:3, 132:3, 225:13
**basketball** [1] - 52:12
**bath** [6] - 213:2, 213:4, 213:8, 213:12, 235:3, 235:4
**bathroom** [6] - 204:5, 213:9, 213:11, 227:11, 227:21
**Beach** [10] - 154:11, 157:10, 157:17, 157:19, 159:17, 161:1, 161:17, 162:2, 190:19, 191:2
**bear** [1] - 17:24
**beat** [8] - 39:20, 39:21, 39:23, 40:4, 54:1, 54:4, 88:13, 90:25
**beaten** [2] - 88:16, 88:19
**beating** [2] - 11:15, 11:18
**beatings** [1] - 11:17
**beats** [1] - 90:9
**became** [2] - 56:22, 64:4
**BECKY** [1] - 109:3
**Becky** [3] - 3:7, 109:2, 109:6
**become** [1] - 110:12
**bed** [19] - 12:2, 12:3, 38:11, 38:12, 38:14, 38:16, 38:20, 38:21, 40:9, 40:19, 41:6, 41:19, 42:10, 44:15, 53:4, 204:22, 214:4,

228:15, 228:19
**bedroom** [29] - 52:16, 53:1, 93:1, 203:20, 203:24, 204:4, 210:12, 213:7, 213:10, 214:1, 214:6, 214:9, 214:15, 215:8, 215:14, 215:21, 216:12, 216:17, 216:20, 216:22, 217:9, 218:1, 218:5, 227:8, 229:2, 229:6, 235:5
**bedrooms** [1] - 204:8
**beds** [4] - 39:3, 39:6, 204:8, 204:21
**BEFORE** [1] - 1:10
**beforehand** [1] - 104:19
**began** [1] - 10:2
**begin** [1] - 118:18
**beginning** [4] - 22:1, 63:16, 145:22, 222:14
**begins** [1] - 118:19
**behalf** [5] - 4:8, 4:14, 99:14, 99:18, 189:20
**behave** [3] - 205:22, 211:11, 213:16
**behaved** [1] - 221:14
**behavior** [1] - 213:21
**behind** [2] - 5:4, 235:18
**Belfast** [1] - 12:15
**belong** [1] - 137:22
**below** [2] - 83:20, 137:6
**benefit** [2] - 226:24, 227:3
**benefits** [2] - 60:11, 67:18
**Bertha** [5] - 69:5, 69:8, 70:10, 70:14, 98:7
**beside** [1] - 234:5
**best** [6] - 68:2, 69:25, 70:22, 91:2, 221:23, 230:21
**better** [5] - 18:1, 62:9, 67:10, 78:23, 205:21
**Betty** [6] - 15:23, 19:18, 19:19, 19:21, 19:25, 20:3
**between** [11] - 9:21, 20:25, 32:1, 32:8, 32:12, 104:12, 167:3, 212:12, 212:16, 215:6, 222:10
**beyond** [12] - 11:6,

90:17, 93:23, 94:24, 95:22, 95:24, 96:4, 194:12, 194:25, 195:16, 195:25, 196:19
**Bible** [2] - 206:6, 222:9
**bide** [1] - 218:19
**big** [4] - 52:12, 214:23, 215:4, 227:15
**bigger** [1] - 235:12
**Bill** [54] - 11:13, 12:2, 18:11, 23:13, 26:12, 37:5, 41:2, 45:22, 47:14, 48:24, 55:17, 57:1, 60:23, 64:22, 66:17, 67:5, 67:15, 68:3, 68:8, 69:16, 70:2, 70:6, 70:8, 71:11, 72:1, 80:10, 80:16, 81:11, 88:13, 90:2, 92:15, 107:3, 108:10, 108:16, 199:8, 199:21, 200:10, 203:7, 206:19, 210:1, 212:11, 214:4, 222:7, 222:14, 224:16, 225:1, 225:15, 228:8, 228:24, 229:24, 231:8, 232:4, 236:9
**Bill's** [13] - 38:8, 38:10, 46:4, 46:5, 57:2, 57:5, 203:24, 214:6, 218:5, 227:8, 227:21, 236:6, 236:10
**birth** [11] - 146:11, 146:14, 166:7, 166:18, 166:24, 171:21, 182:4, 184:9, 188:15, 197:2
**birthday** [1] - 197:6
**birthed** [1] - 210:8
**bit** [11] - 25:12, 107:7, 114:25, 134:20, 151:13, 156:3, 156:17, 165:11, 170:11, 183:22, 199:16
**blanket** [1] - 82:8
**blessing** [3] - 84:1, 85:5, 107:11
**block** [2] - 15:16, 67:10
**blue** [1] - 82:14
**board** [6] - 109:16, 109:25, 138:24, 144:1, 144:10, 148:5
**boarded** [8] - 155:1, 158:3, 162:7, 163:8,

170:24, 175:1, 178:8, 187:16

**boarding** [26] - 110:19, 116:25, 136:15, 136:17, 137:6, 137:9, 137:11, 143:1, 143:2, 144:6, 144:7, 144:8, 144:24, 145:4, 145:7, 145:8, 146:3, 149:2, 149:23, 158:5, 158:9, 162:6, 170:24, 174:24, 178:8, 181:14

**boats** [2] - 85:7, 107:12

**body** [2] - 41:22, 42:4

**Bonnie** [3] - 4:8, 99:14, 189:16

**BONNIE** [1] - 1:17

**Book** [1] - 158:24

**book** [6] - 82:12, 82:13, 159:1, 187:25, 209:8

**booked** [8] - 165:12, 165:16, 183:22, 183:25, 184:5, 194:3, 196:10, 209:10

**booking** [33] - 152:6, 153:3, 153:4, 153:18, 153:20, 153:22, 159:1, 159:22, 160:2, 160:16, 163:11, 164:12, 165:24, 166:20, 166:21, 166:25, 167:14, 182:1, 182:2, 182:4, 182:6, 183:5, 183:20, 184:24, 184:25, 187:24, 192:24, 193:1, 193:3, 196:3

**bookings** [1] - 151:15

**Border** [1] - 139:16

**born** [3] - 24:23, 27:4, 104:7

**Botswana** [1] - 220:17

**bottom** [10] - 11:8, 30:7, 30:24, 46:2, 47:13, 121:1, 153:8, 167:10, 185:18, 208:19

**Boulevard** [1] - 1:24

**Bouquets** [6] - 22:10, 46:20, 202:17, 202:18, 223:25, 224:22

**boy** [36] - 56:15, 203:7, 206:14,

206:18, 211:4, 212:13, 212:15, 214:15, 215:7, 215:8, 215:9, 215:13, 215:17, 215:20, 215:21, 215:24, 216:1, 216:4, 216:7, 216:11, 216:20, 216:22, 217:5, 217:25, 218:4, 218:15, 218:17, 222:15, 223:21, 229:11, 229:16, 231:11, 231:12, 235:3, 235:4, 235:7

**boys** [87] - 11:14, 11:24, 18:12, 18:16, 18:17, 23:3, 23:6, 30:14, 30:15, 35:21, 39:13, 40:25, 47:22, 55:16, 56:8, 56:22, 57:2, 57:5, 57:11, 86:9, 86:18, 107:9, 201:3, 201:12, 201:13, 201:15, 201:18, 201:21, 201:25, 202:8, 202:9, 202:14, 203:19, 204:7, 204:12, 204:13, 204:14, 204:21, 204:23, 204:24, 205:2, 209:22, 210:4, 211:16, 211:21, 212:3, 213:6, 213:15, 214:2, 221:13, 221:22, 222:4, 222:11, 222:15, 222:17, 222:18, 222:23, 223:19, 224:23, 224:25, 225:15, 225:22, 226:1, 228:9, 228:10, 228:15, 230:8, 232:17, 233:10, 234:17, 235:1, 235:20, 235:21, 235:22, 235:23, 236:2, 236:5, 236:8, 236:13, 236:17, 236:23, 236:25, 237:5, 237:11, 237:18, 237:20

**boys'** [1] - 226:12

**Brantley** [1] - 12:22

**break** [7] - 76:6, 76:8, 76:15, 87:10, 98:16, 188:19, 237:23

**breaks** [1] - 63:1

**Brian** [5] - 73:6,

107:1, 108:5, 108:7, 108:9

**briefly** [2] - 143:21, 165:3

**bright** [1] - 214:23

**brighter** [1] - 16:16

**bring** [11] - 6:9, 6:25, 11:22, 12:1, 14:4, 14:16, 54:12, 102:16, 105:22, 105:23, 189:21

**broken** [1] - 237:3

**brother** [2] - 25:23, 25:25

**brothers** [2] - 25:20, 25:22

**brought** [2] - 211:7, 234:11

**bruises** [1] - 223:20

**bucket** [2] - 227:22, 234:12

**buckets** [1] - 227:23, 227:24, 234:10

**building** [3] - 203:2, 209:23, 212:20

**bumps** [1] - 223:20

**bunch** [2] - 58:6, 132:2

**business** [4] - 164:14, 164:17, 183:7, 183:10

**butter** [1] - 96:16

**button** [3] - 141:1, 141:4, 142:13

**BY** [162] - 2:1, 15:5, 15:12, 15:18, 16:18, 17:21, 18:13, 19:2, 19:6, 19:16, 20:7, 20:24, 22:7, 22:20, 24:2, 24:10, 24:22, 26:11, 26:22, 29:1, 30:1, 31:13, 34:12, 37:2, 37:11, 37:15, 45:14, 46:17, 48:19, 49:15, 58:5, 68:13, 71:1, 71:9, 73:1, 76:13, 76:24, 77:5, 79:20, 79:24, 80:3, 80:9, 81:5, 81:15, 87:14, 88:4, 89:1, 89:16, 89:22, 90:21, 91:7, 92:2, 92:10, 93:16, 94:1, 94:4, 94:9, 94:17, 95:2, 95:13, 95:19, 96:1, 96:7, 97:1, 97:17, 106:6, 106:16, 108:2, 109:9, 111:2, 111:19, 112:10, 114:11, 114:19, 119:23,

120:5, 123:12, 123:18, 125:2, 125:22, 126:22, 127:15, 129:10, 131:5, 132:23, 135:7, 136:11, 137:15, 138:9, 138:16, 140:3, 141:24, 143:23, 147:18, 148:2, 148:10, 149:15, 149:21, 150:15, 151:24, 152:19, 153:13, 155:12, 156:7, 156:21, 157:5, 159:7, 159:21, 160:8, 161:9, 163:4, 163:15, 163:20, 165:2, 167:19, 168:2, 168:20, 169:21, 170:15, 171:15, 172:2, 172:7, 172:16, 173:8, 174:8, 175:20, 176:12, 176:21, 177:19, 179:2, 179:7, 180:1, 180:24, 182:17, 183:19, 185:3, 185:8, 186:4, 187:2, 190:8, 192:7, 194:2, 194:15, 194:21, 195:3, 195:12, 195:21, 196:6, 196:23, 197:20, 199:20, 200:5, 207:1, 208:2, 217:3, 219:16, 223:4, 226:7, 230:15, 231:22, 232:11, 236:22

## C

**camera** [2] - 113:25, 155:25

**candies** [1] - 42:25

**cannot** [1] - 9:8

**care** [5] - 223:20, 228:5, 231:15, 234:17, 237:11

**cared** [1] - 221:16

**cargo** [1] - 122:14

**Carl** [1] - 167:12

**carried** [1] - 228:3

**carrier** [4] - 154:5, 154:6, 170:4, 170:5

**carrying** [1] - 230:6

**cars** [2] - 85:7, 107:13

**CARTER** [1] - 1:7

**Carter** [155] - 4:2, 4:15, 26:1, 26:12,

37:5, 47:11, 99:9, 99:19, 113:18, 114:14, 114:23, 115:6, 115:7, 115:19, 117:5, 117:11, 117:14, 118:2, 118:15, 118:24, 119:2, 119:17, 120:22, 120:25, 122:15, 122:20, 123:8, 128:2, 128:7, 128:15, 128:24, 129:20, 130:2, 130:4, 130:7, 130:13, 130:23, 131:13, 132:9, 132:11, 133:15, 133:18, 134:1, 134:4, 134:24, 135:12, 135:20, 135:22, 135:24, 136:3, 136:20, 136:21, 137:12, 137:23, 138:23, 139:2, 139:5, 139:9, 139:17, 139:20, 140:6, 140:14, 141:13, 148:4, 148:8, 148:11, 148:16, 149:3, 149:5, 149:14, 153:7, 153:14, 153:21, 154:10, 155:1, 156:11, 157:24, 158:11, 158:17, 158:18, 158:22, 159:14, 159:16, 160:15, 160:21, 160:23, 161:20, 161:24, 162:1, 162:7, 162:17, 162:19, 162:20, 162:23, 163:7, 164:3, 166:8, 168:9, 169:8, 169:22, 170:9, 170:16, 171:6, 171:7, 172:20, 173:1, 173:20, 174:12, 174:17, 174:19, 175:1, 175:6, 175:7, 176:3, 176:14, 177:8, 177:21, 177:22, 178:1, 178:13, 178:14, 179:13, 179:19, 180:13, 181:1, 181:2, 181:18, 181:19, 182:5, 182:7, 182:25, 184:5, 184:10, 184:22, 185:16, 185:22, 186:17, 187:4, 187:5, 187:9, 187:16, 187:21, 188:5, 188:6,

188:14, 189:13, 189:20, 191:4, 191:6, 191:16, 192:9, 192:20, 199:8, 199:21

**Carter's** [30] - 121:9, 121:13, 121:18, 128:9, 128:18, 130:16, 133:5, 153:24, 154:8, 157:1, 157:6, 160:19, 162:3, 162:11, 164:5, 166:12, 166:16, 169:24, 170:1, 171:10, 174:21, 175:4, 178:5, 178:11, 179:16, 181:10, 183:1, 184:13, 184:17, 187:14

**Carters** [4] - 133:17, 133:25, 134:1

**case** [15] - 6:16, 9:12, 12:21, 16:23, 24:18, 98:17, 98:23, 103:22, 188:20, 189:1, 230:12, 237:24, 238:5, 238:17, 239:2

**Case** [3] - 4:3, 99:9, 189:13

**CASE** [1] - 1:2

**caused** [1] - 226:3

**CBP** [1] - 139:15

**CD** [1] - 54:15

**ceased** [1] - 232:3

**cell** [3] - 169:1, 180:6, 186:10

**Center** [22] - 8:5, 68:7, 70:6, 72:4, 79:11, 79:22, 80:4, 89:18, 97:3, 97:5, 97:19, 97:22, 98:2, 98:5, 98:8, 98:11, 204:1, 226:8, 226:22, 227:2, 227:5, 231:18

**center** [74] - 22:24, 31:1, 31:15, 31:18, 31:21, 31:24, 32:4, 32:9, 32:13, 32:25, 33:6, 33:9, 33:17, 33:23, 34:2, 34:4, 34:24, 35:13, 35:14, 35:20, 35:21, 35:25, 37:19, 38:6, 39:4, 39:13, 40:8, 47:21, 51:3, 51:4, 55:9, 57:18, 57:21, 57:22, 59:14, 59:15, 59:21, 60:1, 60:14, 61:1, 61:18, 61:20, 62:5, 62:9, 62:20, 62:21,

63:4, 63:5, 63:17, 65:6, 65:9, 67:13, 67:19, 69:22, 71:11, 72:20, 78:1, 78:16, 83:15, 86:16, 92:19, 92:20, 93:5, 93:6, 93:21, 97:11, 212:25, 230:11, 232:12, 232:24, 233:7, 233:13, 236:3

**centers** [6] - 60:3, 60:9, 61:7, 64:2, 68:2, 69:25

**certain** [4] - 64:14, 93:6, 103:25, 152:6

**certify** [1] - 239:11

**cetera** [1] - 198:20

**chair** [2] - 218:7

**chairs** [3] - 99:1, 189:4, 203:16

**change** [2] - 55:15, 81:6

**changed** [2] - 81:1, 81:4, 199:14

**chaotic** [1] - 211:19

**charge** [5] - 8:7, 9:21, 9:24, 10:24, 231:14

**charged** [6] - 12:10, 103:12, 103:23, 103:25, 220:24, 226:19

**charges** [3] - 7:10, 7:11, 104:3

**charging** [12] - 103:4, 103:5, 103:7, 103:10, 104:7, 104:17, 104:18, 104:20, 105:8, 105:11

**chat** [1] - 9:10

**CHD** [2] - 122:4, 122:7

**check** [19] - 110:17, 138:4, 144:3, 144:12, 144:19, 144:23, 144:25, 146:13, 147:11, 147:12, 162:17, 166:23, 167:2, 196:7, 196:9, 196:14, 197:2, 226:11

**check-in** [4] - 110:17, 144:12, 166:23, 167:2

**checked** [7] - 116:7, 116:8, 116:22, 158:13, 162:15, 195:8, 196:18

**checking** [4] - 144:21, 147:10, 147:14, 197:3

**checkpoint** [1] - 147:13

**checks** [4] - 166:22, 167:5, 195:7, 196:16

**chewing** [1] - 233:11

**Chicago** [5] - 132:8, 132:9, 132:10, 134:15, 134:19

**child** [5] - 47:10, 56:12, 122:6, 122:12, 232:5

**children** [18] - 23:8, 55:12, 56:18, 59:21, 60:11, 61:3, 62:14, 198:5, 203:10, 204:10, 205:5, 205:8, 205:12, 205:22, 212:2, 226:24, 227:3, 230:11

**children's** [1] - 204:2

**chores** [2] - 64:18, 221:22

**chose** [1] - 235:4

**church** [3] - 47:9, 72:6, 205:3

**churches** [5] - 49:19, 49:20, 66:9, 66:12, 66:14, 71:17

**Cincinnati** [1] - 110:7

**circle** [2] - 112:3, 155:7

**circled** [1] - 112:22

**Circuit** [7] - 12:16, 12:17, 12:20, 12:21, 12:22, 13:3, 82:12

**circumstance** [1] - 86:18

**circumstances** [1] - 85:21

**cite** [2] - 12:9, 12:14

**cites** [1] - 12:21

**citizen** [1] - 47:11

**citizens** [1] - 77:17

**city** [5] - 112:12, 144:16, 157:13, 197:22, 202:18

**City** [6] - 157:17, 157:18, 157:20, 161:18, 190:23, 191:1

**claim** [2] - 70:11, 109:23

**claims** [1] - 151:10

**clarify** [2] - 81:3, 191:23

**class** [2] - 115:25, 116:1

**clean** [6] - 57:3, 61:14, 204:20, 205:9, 221:22, 225:18

**cleaned** [1] - 221:24

**cleaning** [2] - 225:3, 225:7

**clear** [5] - 7:8, 7:14, 86:21, 104:6, 110:22

**clearance** [2] - 116:9, 116:10

**clearinghouse** [1] - 116:12

**clearly** [3] - 5:20, 7:10, 84:5

**click** [2] - 155:3, 155:6

**client** [1] - 6:11

**clinic** [4] - 203:4, 223:14, 223:15, 223:17

**close** [7] - 79:21, 145:15, 145:17, 212:21, 214:14, 215:12, 220:17

**closed** [10] - 40:2, 40:4, 93:3, 93:4, 102:22, 145:16, 214:16, 214:17, 229:6, 235:5

**closer** [4] - 199:16, 215:10, 215:11, 215:21

**closing** [1] - 110:1

**clothes** [16] - 37:23, 37:24, 41:5, 41:7, 44:14, 53:3, 53:25, 54:5, 55:16, 61:14, 68:23, 78:24, 96:18, 215:24, 235:17, 235:19

**clothing** [6] - 26:6, 26:17, 96:16, 198:19, 199:25, 220:16

**Code** [1] - 139:16

**code** [14] - 115:11, 115:15, 117:17, 121:6, 122:3, 122:4, 122:7, 132:3, 146:4, 153:2, 154:5, 154:6, 170:4, 170:5

**codes** [2] - 121:12, 122:2

**collect** [1] - 158:5

**collected** [4] - 162:6, 174:24, 178:8, 181:14

**college** [1] - 222:9

**collusion** [2] - 8:8, 9:21

**column** [10] - 115:1, 115:2, 117:17, 157:9, 157:12, 158:24, 162:14, 170:7, 171:3, 187:20

**columns** [2] - 122:4, 156:22

**comfortable** [2] - 89:5, 218:25

**coming** [16] - 74:24, 75:13, 97:18, 100:3, 100:15, 101:21, 102:21, 157:15, 170:12, 215:13, 215:18, 215:20, 218:5, 225:6, 235:8, 236:25

**communicate** [4] - 222:11, 222:23, 223:11

**communication** [1] - 151:8

**community** [2] - 60:21, 235:12

**compare** [2] - 145:5, 145:6

**complain** [1] - 65:19

**complained** [1] - 65:9

**complaining** [2] - 65:11, 72:20

**complaint** [2] - 151:9, 151:14

**complete** [2] - 64:18, 111:14

**complied** [3] - 53:21, 141:9, 142:12

**complies** [22] - 112:5, 117:25, 121:3, 121:17, 122:22, 128:11, 128:20, 129:24, 130:18, 133:22, 134:8, 135:16, 136:6, 137:3, 137:18, 139:7, 157:7, 162:10, 168:15, 172:24, 179:17, 185:20

**compound** [2] - 203:1, 209:18

**computer** [8] - 115:12, 141:2, 145:17, 152:20, 209:5, 222:19, 222:21, 236:12

**computers** [1] - 141:9

**Concern** [1] - 47:3

**concerned** [2] - 221:1, 231:1

**concerning** [1] - 9:19

**concluded** [1] - 239:7

**conclusion** [1] -

95:10
**concocted** [2] - 6:19, 7:9
**condition** [7] - 82:25, 83:2, 83:7, 83:12, 84:9, 84:15, 85:3
**conditions** [4] - 77:1, 77:6, 78:10, 82:18
**conduct** [5] - 87:1, 103:7, 103:12, 104:23, 105:10
**confirm** [1] - 164:12
**confront** [1] - 218:18
**confused** [1] - 192:2
**confusing** [1] - 5:25
**congratulations** [1] - 110:4
**congregations** [1] - 66:12
**connecting** [2] - 109:23, 144:16
**considerable** [1] - 206:7
**considered** [1] - 78:12
**consistent** [5] - 5:24, 11:2, 12:24, 74:21, 196:3
**conspiracy** [1] - 103:22
**Contact** [1] - 167:10
**contact** [15] - 8:14, 8:19, 9:6, 9:20, 10:13, 15:25, 98:18, 152:5, 153:16, 167:9, 184:20, 184:24, 188:21, 219:9, 237:25
**contact'** [1] - 8:20
**contacted** [5] - 77:20, 77:23, 80:12, 80:14, 80:15
**contacts** [1] - 10:13
**contain** [18] - 156:10, 156:13, 161:19, 168:8, 169:7, 172:19, 172:25, 173:19, 176:2, 176:13, 177:7, 179:12, 179:18, 180:12, 185:15, 185:21, 186:16, 208:16
**contained** [14] - 152:3, 152:8, 152:22, 153:9, 155:19, 156:24, 157:8, 157:12, 158:10, 171:3, 173:20, 180:7, 180:14, 186:18
**containers** [1] -

220:17
**contains** [2] - 164:4, 183:1
**continue** [11] - 17:22, 18:3, 37:7, 39:9, 42:15, 50:22, 50:25, 55:3, 118:16, 149:19, 213:21
**continued** [4] - 79:12, 157:17, 158:3, 222:16
**continuing** [4] - 165:15, 165:19, 166:3, 194:6
**continuous** [1] - 8:16
**control** [4] - 109:21, 211:4, 211:12, 211:15
**conversations** [3] - 5:15, 7:17, 7:24
**cook** [2] - 203:18, 225:18
**cooking** [4] - 225:2, 225:7, 225:9, 233:14
**cops** [1] - 94:20
**copy** [1] - 73:2
**corner** [6] - 30:7, 46:3, 153:24, 208:19, 209:18, 212:20
**correct** [162] - 10:5, 10:15, 20:15, 22:12, 58:7, 58:8, 58:11, 58:13, 58:23, 59:1, 59:3, 59:5, 59:15, 59:16, 59:23, 60:1, 60:4, 60:12, 60:13, 60:23, 61:4, 61:8, 61:10, 61:12, 61:15, 61:18, 61:24, 62:2, 62:10, 62:15, 63:2, 63:12, 63:14, 63:23, 64:2, 64:14, 64:16, 64:20, 64:22, 64:25, 65:3, 65:6, 65:9, 65:12, 65:20, 65:21, 65:23, 66:7, 66:10, 66:15, 66:18, 66:22, 66:23, 67:7, 67:11, 67:13, 67:16, 68:2, 68:4, 69:3, 69:6, 69:8, 69:11, 69:16, 69:19, 69:22, 69:25, 70:4, 70:7, 70:17, 71:2, 71:12, 71:18, 71:20, 71:23, 72:4, 72:9, 72:10, 72:12, 72:14, 72:17, 73:7, 77:11, 77:17, 77:24, 78:7, 78:9, 78:16, 79:1, 79:4, 79:7,

79:11, 79:15, 79:17, 80:16, 80:21, 80:24, 81:1, 81:6, 81:7, 81:9, 81:12, 81:16, 87:17, 105:2, 106:20, 106:21, 107:19, 115:16, 117:22, 123:3, 123:5, 123:6, 124:4, 124:6, 124:21, 126:15, 130:24, 130:25, 140:17, 140:23, 141:2, 141:10, 141:14, 141:15, 141:18, 142:1, 142:7, 142:10, 142:14, 142:20, 142:24, 143:4, 146:14, 146:18, 147:1, 147:6, 147:7, 147:9, 147:10, 148:6, 148:7, 148:8, 190:20, 191:2, 191:13, 191:22, 192:18, 193:3, 193:5, 193:8, 193:9, 196:14, 197:1, 221:14, 225:24, 229:3, 229:12, 230:11, 234:1
**correctly** [2] - 77:20, 234:8
**corruption** [2] - 11:13, 18:11
**couch** [1] - 215:5
**couches** [1] - 203:15
**counsel** [31] - 4:5, 4:24, 5:1, 5:8, 5:22, 6:5, 7:13, 7:14, 7:16, 8:15, 13:6, 13:7, 13:9, 13:10, 15:9, 28:22, 45:10, 48:15, 83:10, 85:15, 86:17, 99:11, 101:12, 168:16, 173:3, 176:16, 179:23, 182:10, 185:24, 189:14, 237:11
**counsel's** [1] - 105:7
**counsels'** [2] - 4:10, 189:17
**Count** [2] - 104:24, 104:25
**counter** [5] - 110:10, 138:5, 144:12, 144:21, 147:12
**country** [9] - 36:10, 49:2, 60:12, 144:5, 166:11, 184:13, 195:7, 195:14, 207:17
**counts** [3] - 103:23, 103:24, 105:5

**couple** [4] - 97:2, 102:15, 209:25, 216:13
**course** [2] - 164:13, 183:6
**court** [13] - 9:15, 12:23, 19:7, 52:13, 74:14, 74:17, 74:23, 75:3, 75:5, 75:12, 76:12, 87:6, 238:8
**Court** [13] - 2:1, 8:24, 12:13, 13:4, 14:6, 18:5, 74:9, 74:21, 81:25, 85:22, 86:4, 99:19, 239:16
**COURT** [275] - 1:1, 4:1, 4:12, 4:17, 4:19, 7:7, 8:1, 13:6, 13:8, 13:12, 13:16, 14:4, 14:10, 14:14, 14:20, 14:22, 15:2, 15:11, 15:15, 16:7, 16:11, 16:13, 16:17, 17:20, 18:6, 18:25, 19:5, 19:11, 19:14, 20:5, 20:23, 22:6, 22:18, 23:15, 23:17, 23:20, 24:7, 24:20, 26:10, 26:21, 28:25, 29:21, 29:25, 31:11, 34:11, 36:25, 37:13, 45:13, 46:12, 46:16, 48:18, 49:10, 49:14, 58:2, 68:11, 70:24, 71:8, 72:24, 74:2, 74:6, 74:11, 74:20, 75:6, 75:12, 75:18, 75:22, 76:2, 76:5, 76:8, 76:22, 77:3, 79:19, 80:1, 80:8, 81:14, 81:22, 82:1, 82:3, 82:6, 82:9, 82:14, 82:20, 82:23, 82:25, 83:5, 83:10, 83:17, 83:21, 84:3, 84:9, 84:13, 84:21, 85:1, 86:12, 87:2, 87:9, 88:2, 88:24, 89:14, 89:20, 90:15, 90:18, 91:5, 91:25, 92:9, 93:14, 93:25, 94:8, 94:16, 95:1, 95:8, 95:11, 95:17, 95:23, 96:5, 98:14, 98:16, 99:8, 99:20, 100:14, 100:20, 101:3, 101:14, 102:1, 102:4, 102:6, 102:9, 102:12, 102:16, 102:22, 103:14, 103:16,

103:22, 104:2, 104:13, 105:1, 105:4, 105:12, 106:1, 106:8, 106:11, 106:15, 107:23, 108:23, 108:25, 109:4, 111:1, 111:18, 112:9, 114:1, 114:3, 114:7, 114:9, 114:15, 119:22, 120:4, 123:11, 123:17, 125:1, 125:20, 126:21, 127:14, 129:9, 131:4, 132:22, 135:6, 136:10, 137:14, 138:8, 138:13, 138:15, 140:1, 141:23, 143:18, 143:20, 147:22, 147:25, 149:8, 149:20, 150:2, 150:6, 150:8, 150:11, 151:23, 152:14, 153:11, 155:11, 155:24, 156:2, 156:18, 157:4, 159:6, 159:19, 160:7, 161:5, 161:8, 163:3, 163:14, 163:18, 164:21, 164:25, 167:18, 167:24, 168:1, 168:19, 169:13, 169:17, 170:11, 171:14, 172:1, 172:6, 172:11, 172:14, 173:7, 173:25, 174:4, 174:7, 175:19, 176:11, 176:20, 177:13, 177:17, 179:1, 179:6, 179:22, 180:18, 180:22, 182:13, 182:16, 183:14, 183:18, 185:2, 185:7, 186:3, 186:22, 187:1, 188:19, 189:9, 189:12, 189:21, 189:25, 190:6, 192:4, 193:15, 193:18, 193:21, 193:24, 194:14, 194:20, 195:2, 195:10, 195:17, 196:1, 196:21, 197:10, 197:12, 197:15, 199:12, 199:17, 200:4, 206:25, 207:22, 208:1, 217:1, 219:14, 223:3, 226:6, 230:14, 231:21, 232:9, 237:23,

238:13, 238:16, 238:20, 239:3

**Court's** [2] - 13:15, 14:13

**COURTROOM** [1] - 101:25

**courtroom** [11] - 14:18, 26:3, 26:14, 99:4, 105:24, 189:7, 189:20, 189:23, 199:10, 199:21, 238:11

**cousin** [6] - 28:6, 29:13, 29:16, 30:8, 31:2, 31:17

**cousin's** [2] - 22:9, 28:10

**covered** [1] - 84:8

**create** [2] - 164:16, 183:9

**created** [6] - 145:14, 164:7, 164:10, 164:11, 164:12, 183:4

**creating** [2] - 153:18, 153:20

**Creole** [6] - 17:1, 24:12, 24:14, 24:18, 233:5, 235:14

**Cristella** [2] - 28:11, 30:8

**Croix** [6] - 22:10, 46:20, 202:17, 202:18, 223:25, 224:22

**cross** [28] - 6:1, 6:7, 6:9, 8:6, 8:11, 9:23, 10:2, 10:12, 10:25, 11:1, 58:2, 76:1, 86:8, 88:8, 88:21, 100:1, 100:4, 140:1, 145:10, 194:13, 195:25, 219:14, 233:12, 233:24, 234:18, 235:6, 236:1, 237:9

**CROSS** [4] - 58:4, 140:2, 190:7, 219:15

**Cross** [1] - 3:3

**cross-examination** [26] - 6:1, 6:7, 8:6, 8:11, 9:23, 10:2, 10:12, 10:25, 11:1, 58:2, 76:1, 88:8, 88:21, 100:1, 100:4, 140:1, 145:10, 194:13, 195:25, 219:14, 233:12, 233:24, 234:18, 235:6, 236:1, 237:9

**CROSS-EXAMINATION** [4] -

---

58:4, 140:2, 190:7, 219:15

**cross-examine** [1] - 6:9

**crossed** [1] - 214:9

**CRR** [2] - 2:1, 239:15

**culinary** [1] - 25:11

**cup** [1] - 12:3

**curfew** [1] - 228:14

**current** [2] - 110:15, 150:24

**customer** [4] - 144:22, 150:25, 151:7, 166:22

**customers** [3] - 109:21, 119:15, 151:8

**Customs** [3] - 139:16, 142:20, 145:19

**customs** [1] - 139:16

---

# D

**dad** [1] - 63:4

**Dadeland** [1] - 1:24

**daily** [1] - 225:13

**Dallas** [3] - 131:19, 132:7, 133:3

**Dallas/Fort** [1] - 133:14

**data** [7] - 125:14, 125:16, 126:13, 127:7, 141:15, 142:11, 146:10

**DATE** [1] - 239:15

**date** [40] - 21:6, 103:19, 104:23, 104:25, 105:11, 106:23, 112:16, 131:9, 131:10, 131:21, 132:14, 146:11, 146:14, 148:20, 154:8, 155:17, 160:21, 161:14, 166:2, 166:7, 166:18, 166:24, 169:24, 171:21, 174:13, 174:19, 177:22, 181:2, 182:4, 184:9, 184:17, 187:5, 188:15, 194:8, 194:10, 197:2, 208:6, 208:7, 208:20

**date's** [1] - 197:2

**dates** [4] - 71:4, 103:17, 103:25, 105:18

**daughters** [1] - 198:6

---

**day-to-day** [1] - 237:16

**days** [7] - 68:7, 71:4, 100:9, 131:25, 202:3, 209:14, 211:20

**DC** [1] - 1:19

**deal** [3] - 190:16, 190:19, 190:25

**dealing** [1] - 220:13

**dear** [3] - 17:12, 20:8, 107:1

**death** [2] - 62:21, 212:24

**December** [6] - 31:25, 32:6, 32:12, 34:4, 183:23, 183:25

**decide** [1] - 213:3

**deciding** [1] - 213:6

**decision** [8] - 11:10, 12:12, 12:15, 12:17, 12:20, 12:23, 13:2, 18:9

**declarant** [3] - 8:8, 83:8, 85:3

**declarant's** [1] - 75:20

**declaration** [1] - 74:12

**DEFENDANT** [1] - 1:20

**defendant** [1] - 1:8

**Defendant** [189] - 11:25, 12:25, 26:19, 26:20, 26:24, 27:6, 27:16, 27:25, 28:13, 28:20, 33:13, 36:22, 37:3, 37:6, 37:16, 38:1, 38:14, 38:16, 38:19, 38:21, 38:25, 39:10, 39:12, 39:17, 39:19, 39:21, 39:23, 40:4, 40:9, 41:13, 41:15, 41:21, 41:25, 42:3, 42:5, 42:8, 42:11, 42:13, 42:15, 42:17, 42:19, 42:22, 42:24, 43:1, 43:3, 43:5, 43:8, 43:16, 43:19, 43:20, 43:22, 44:3, 44:20, 44:25, 45:3, 45:5, 46:7, 47:25, 48:3, 48:6, 48:10, 49:16, 50:2, 50:5, 50:16, 50:18, 50:22, 50:25, 51:6, 51:8, 51:11, 51:17, 51:21, 52:21, 53:5, 53:11, 53:14, 53:16, 53:19, 53:20, 53:24, 54:5, 54:8, 54:16,

---

55:3, 55:6, 55:10, 55:25, 56:4, 56:8, 56:11, 57:8, 57:10, 57:13, 84:18, 84:24, 85:24, 86:1, 88:16, 88:18, 88:19, 89:11, 89:17, 90:5, 90:8, 90:12, 90:22, 91:3, 91:8, 91:11, 91:16, 91:20, 91:22, 92:3, 92:7, 92:24, 92:25, 93:2, 93:11, 93:17, 94:2, 94:5, 94:23, 95:3, 95:5, 95:14, 95:20, 96:2, 96:8, 96:15, 97:7, 97:11, 102:6, 105:2, 108:17, 121:9, 165:23, 194:10, 200:3, 200:6, 200:9, 200:11, 200:17, 200:21, 200:23, 200:25, 201:7, 201:8, 204:10, 204:15, 205:11, 205:22, 206:21, 208:24, 209:8, 209:10, 210:5, 210:23, 210:25, 211:2, 211:10, 211:16, 211:21, 212:3, 213:1, 213:12, 213:16, 216:5, 217:8, 217:13, 217:20, 217:22, 218:9, 218:11, 218:14, 219:10, 233:8, 235:3, 235:23, 236:2, 236:25, 237:6, 237:9, 237:13, 237:19, 237:20

**Defendant's** [52] - 3:15, 27:22, 28:2, 29:17, 30:5, 31:3, 32:1, 33:7, 38:12, 38:24, 39:9, 52:16, 52:18, 53:1, 54:2, 56:18, 87:19, 87:24, 88:9, 88:11, 88:22, 89:2, 89:10, 89:25, 91:15, 92:11, 96:20, 96:22, 105:9, 106:11, 106:13, 201:5, 203:11, 203:20, 213:9, 213:21, 214:1, 214:15, 214:16, 215:8, 215:14, 215:20, 216:11, 216:17, 216:20, 216:22, 217:6, 218:1, 235:8, 236:13, 236:19, 237:12

---

**Defense** [3] - 73:2, 73:25, 106:9

**defense** [27] - 4:24, 5:1, 5:8, 5:22, 6:5, 6:9, 7:13, 7:14, 7:16, 8:15, 15:9, 28:22, 45:10, 48:15, 85:15, 86:17, 101:1, 101:12, 102:4, 105:7, 168:16, 173:3, 176:16, 179:23, 182:10, 185:24, 237:11

**defensive** [1] - 205:20

**definitely** [2] - 84:22, 212:23

**delay** [4] - 14:24, 139:11, 139:12, 139:13

**delayed** [1] - 139:12

**deliver** [1] - 11:24

**Delta** [1] - 162:12

**demure** [1] - 230:6

**denied** [1] - 9:18

**dented** [3] - 212:10, 212:17, 212:19

**depart** [13] - 50:4, 112:12, 154:10, 160:23, 161:24, 170:9, 174:17, 177:22, 178:1, 181:2, 181:6, 187:5, 187:9

**departed** [9] - 112:1, 120:14, 123:24, 124:18, 125:10, 126:5, 127:4, 127:23, 129:17

**departing** [15] - 120:10, 123:21, 125:6, 126:2, 127:1, 127:19, 129:14, 133:2, 133:14, 134:14, 134:19, 135:10, 138:19, 157:13, 157:15

**department** [2] - 109:16, 109:19

**DEPARTMENT** [1] - 1:17

**Departure** [1] - 170:7

**departure** [8] - 112:23, 120:14, 124:14, 157:8, 169:24, 170:14, 174:13

**depict** [1] - 29:15

**depicted** [9] - 30:2, 30:7, 30:9, 30:11, 30:21, 30:23, 34:13, 35:4, 145:2

**deplorable** [1] - 235:13

**deposition** [1] - 75:23

**DEPUTY** [1] - 101:25

**des** [6] - 22:10, 46:20, 202:17, 202:18, 223:25, 224:22

**describe** [11] - 8:21, 26:5, 26:16, 52:10, 76:25, 77:6, 77:13, 143:25, 199:25, 202:23

**described** [5] - 71:15, 72:7, 223:15, 227:5, 229:19

**describing** [8] - 83:1, 83:6, 83:11, 84:10, 84:12, 84:15, 85:1, 85:2

**designation** [2] - 115:15, 154:16

**Designator** [1] - 171:4

**destination** [2] - 116:2, 144:19

**details** [3] - 9:13, 75:25

**detained** [1] - 139:17

**determine** [2] - 154:24, 155:3

**Detroit** [23] - 132:10, 132:11, 132:12, 135:10, 136:1, 136:18, 154:15, 157:18, 157:20, 157:21, 157:24, 159:17, 160:24, 161:17, 161:25, 165:15, 165:18, 174:18, 178:2, 190:20, 191:1, 194:5, 194:7

**device** [3] - 98:22, 188:25, 238:4

**devotional** [2] - 232:12, 233:8

**devotionals** [2] - 232:15, 232:25

**devotions** [3] - 204:24, 204:25, 205:2

**Dieucibon** [11] - 4:25, 5:15, 5:22, 7:17, 7:19, 7:24, 8:9, 8:14, 8:19, 103:2, 105:15

**different** [23] - 30:19, 40:9, 49:20, 51:13, 53:21, 55:10, 74:18, 81:18, 87:16, 124:7,
156:22, 157:15, 162:13, 165:5, 168:5, 206:5, 206:6, 210:19, 210:20, 211:2, 219:1, 226:16

**differently** [1] - 203:19

**difficult** [3] - 58:7, 58:9, 61:21

**dinner** [1] - 9:18

**DIRECT** [4] - 24:1, 109:8, 150:14, 197:19

**direct** [5] - 7:1, 109:22, 131:14, 135:3, 192:23

**Direct** [1] - 3:3

**directing** [23] - 46:2, 136:7, 148:3, 153:8, 153:23, 156:22, 166:6, 166:10, 167:9, 168:13, 170:20, 172:22, 175:14, 176:5, 179:15, 184:8, 184:12, 184:19, 185:18, 187:20, 194:16, 208:19, 213:24

**direction** [2] - 215:9, 215:13

**directly** [1] - 204:4

**director** [2] - 198:11, 220:4

**discounted** [1] - 116:1

**discretion** [1] - 12:23

**discuss** [4] - 58:15, 98:17, 188:20, 237:24

**discussed** [1] - 58:19

**discussions** [1] - 9:25

**dispatch** [1] - 109:24

**displayed** [1] - 152:7

**distributed** [1] - 220:15

**DISTRICT** [3] - 1:1, 1:1, 1:11

**DIVISION** [1] - 1:2

**Docket** [1] - 13:18

**document** [37] - 13:9, 46:7, 46:21, 47:13, 74:9, 83:10, 111:23, 112:4, 112:8, 113:7, 113:15, 113:20, 114:13, 114:25, 115:3, 117:6, 117:7, 117:10, 117:12, 118:10, 118:16, 118:19, 120:17, 120:21,
123:3, 123:5, 128:21, 130:19, 130:22, 131:18, 133:23, 139:8, 144:9, 146:25, 155:25, 166:11, 184:12

**Document** [1] - 166:11

**documents** [5] - 141:19, 144:3, 144:4, 144:9, 144:18

**dollar** [1] - 220:14

**domestic** [3] - 109:22, 110:23, 196:16

**donate** [5] - 220:12, 224:16, 226:19, 226:20, 227:2

**donated** [3] - 206:7, 206:8, 227:17

**donating** [1] - 230:10

**done** [4] - 7:1, 88:18, 110:10, 143:4

**door** [26] - 6:8, 6:12, 10:19, 11:1, 56:5, 56:7, 85:16, 85:20, 93:3, 100:11, 101:2, 101:7, 101:13, 101:17, 102:22, 110:1, 145:16, 203:24, 214:6, 214:7, 214:16, 216:18, 229:6, 235:5, 235:11

**double** [2] - 197:2, 197:3

**double-check** [1] - 197:2

**double-checking** [1] - 197:3

**down** [28] - 23:15, 41:23, 56:1, 63:2, 79:22, 98:14, 108:23, 109:25, 113:4, 113:19, 145:16, 150:6, 176:6, 179:16, 191:2, 197:10, 199:16, 199:18, 210:12, 214:8, 216:7, 218:2, 221:13, 223:14, 234:3, 234:11, 238:13, 238:24

**downline** [1] - 145:21

**downstairs** [4] - 56:5, 204:2, 214:12

**drawing** [1] - 127:11

**dream** [2] - 62:13, 62:17

**drive** [1] - 202:22

**driving** [1] - 212:8

**drove** [2] - 48:14, 230:21

**Drury** [1] - 12:16

**DRURY** [1] - 12:16

**DTW** [2] - 154:15, 160:24

**during** [33] - 33:9, 40:8, 49:6, 49:16, 53:19, 54:1, 55:9, 57:18, 63:7, 65:5, 65:25, 70:19, 87:15, 92:19, 105:5, 105:15, 105:19, 204:18, 205:11, 205:22, 210:10, 210:18, 211:16, 212:25, 213:15, 213:24, 217:20, 225:18, 231:23, 233:7, 233:13, 233:20, 235:6

**duties** [2] - 109:18, 151:5

## E

**e-mail** [22] - 7:17, 8:21, 8:25, 10:13, 92:17, 153:14, 159:15, 160:2, 160:3, 160:16, 163:10, 187:21, 187:23, 202:14, 222:11, 222:15, 222:16, 223:8, 236:5, 236:14, 236:16, 236:19

**e-mailed** [1] - 201:11, 236:3

**e-mailing** [4] - 201:13, 202:10, 222:17

**e-mails** [11] - 222:13, 222:18, 236:2, 236:7, 236:13, 236:16, 236:23, 237:2, 237:5, 237:7

**Eagle** [2] - 134:17, 134:18

**early** [2] - 228:20, 232:25

**easier** [1] - 58:15

**easy** [1] - 214:24

**eat** [2] - 35:18, 205:5

**economy** [2] - 116:1

**Eddy** [7] - 47:14, 47:15, 47:17, 203:8, 204:16, 232:18, 235:15

**Eder** [1] - 16:1
edge [1] - 204:22

**Edit** [2] - 166:6, 166:11

**edit** [2] - 121:11, 122:2

**educated** [1] - 201:3

**Edwards** [1] - 239:15

**EDWARDS** [2] - 2:1, 239:15

**efforts** [2] - 54:2, 57:11

**EGR** [5] - 116:23, 116:24, 142:24, 146:4, 146:5

**eight** [2] - 81:18, 198:25

**either** [11] - 5:20, 98:17, 109:22, 130:7, 130:12, 138:5, 153:21, 171:2, 187:24, 188:20, 237:24

**ejaculate** [1] - 42:17

**ejaculated** [1] - 42:20

**electricity** [5] - 224:8, 227:16, 234:14, 234:19, 234:22

**electronic** [4] - 116:19, 116:21, 146:3, 146:5

**Eleventh** [7] - 12:15, 12:17, 12:20, 12:21, 12:22, 13:3, 82:12

**ELMO** [6] - 148:1, 159:5, 160:6, 163:2, 169:19, 174:6

**embarrassed** [6] - 63:19, 67:23, 72:8, 88:22, 89:2, 89:9

**employed** [4] - 60:19, 150:18, 150:20, 150:22

**employee** [1] - 153:19

**encourage** [1] - 108:11

**encouraging** [1] - 233:2

**end** [4] - 154:16, 193:6, 203:23, 204:3

**enforcement** [4] - 77:21, 79:14, 79:21, 80:20

**engage** [1] - 93:18

**English** [12] - 17:5, 17:6, 17:9, 17:11, 24:12, 24:16, 38:1, 38:3, 38:4, 92:15,

108:20, 237:3
**enjoy** [1] - 99:2
**ensure** [3] - 144:8, 144:17, 196:4
**ensuring** [1] - 197:6
**entered** [20] - 14:18, 16:9, 29:23, 46:14, 49:12, 105:24, 106:13, 142:22, 158:7, 164:23, 169:15, 174:2, 177:15, 180:20, 183:16, 186:24, 189:23, 207:17, 207:24, 208:15
**entering** [1] - 142:25
**entire** [3] - 42:20, 76:22, 213:22
**entirely** [1] - 103:3
**entitled** [1] - 239:12
**entrance** [1] - 214:10
**Entry** [1] - 13:18
**entry** [2] - 135:19, 145:17
**equipment** [2] - 198:19, 220:16
**equivalent** [1] - 170:22
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**establish** [4] - 8:15, 105:9, 105:11, 209:21
**established** [1] - 8:10
**et** [1] - 198:20
**Eve** [1] - 199:7
**evening** [6] - 214:3, 215:18, 217:23, 232:4, 238:9, 239:4
**event** [7] - 82:25, 83:7, 83:12, 84:9, 84:15, 85:2, 86:20
**everywhere** [1] - 88:20
**evidence** [30] - 6:8, 11:3, 13:17, 16:10, 29:24, 46:15, 49:13, 73:25, 80:7, 82:13, 102:10, 103:17, 106:10, 106:14, 119:24, 125:19, 126:19, 129:7, 131:2, 135:4, 138:11, 164:24, 169:16, 174:3, 177:16, 180:21, 183:17, 186:25, 191:15, 207:25
**EVIDENCE** [1] - 3:12
**EW** [1] - 140:17

**exact** [3] - 33:19, 35:22, 229:12
**exactly** [9] - 43:15, 55:25, 80:19, 80:23, 81:19, 85:25, 86:23, 90:3, 143:13
**examination** [27] - 6:1, 6:7, 8:6, 8:11, 9:23, 10:2, 10:12, 10:25, 11:1, 58:2, 76:1, 88:8, 88:21, 100:1, 100:4, 140:1, 145:10, 192:23, 194:13, 195:25, 219:14, 233:12, 233:24, 234:18, 235:6, 236:1, 237:9
**EXAMINATION** [17] - 15:4, 19:15, 22:19, 24:1, 58:4, 87:13, 106:5, 108:1, 109:8, 140:2, 143:22, 150:14, 190:7, 194:1, 197:19, 219:15, 232:10
**examine** [2] - 6:9, 13:5
**example** [2] - 193:5, 223:6
**except** [2] - 214:4, 229:16
**exception** [1] - 75:14
**exceptionally** [1] - 196:11
**excess** [1] - 224:17
**exchange** [1] - 94:5
**exclude** [2] - 12:23, 13:17
**excuse** [3] - 51:20, 152:25, 182:1
**excused** [6] - 23:16, 98:15, 108:24, 150:7, 197:11, 238:15
**Exhibit** [166] - 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 4:21, 8:3, 11:6, 11:9, 15:8, 15:13, 16:5, 16:8, 16:9, 19:13, 28:23, 29:2, 29:20, 29:22, 29:23, 34:10, 45:11, 45:16, 46:10, 46:13, 46:14, 48:16, 48:20, 49:9, 49:11, 49:12, 73:3, 73:25, 106:9, 106:12, 106:13, 111:4, 111:17, 111:22, 114:22, 117:22,

119:7, 119:18, 119:25, 121:19, 121:21, 122:16, 123:14, 123:15, 124:23, 124:25, 125:17, 125:18, 126:17, 126:18, 127:11, 127:13, 129:4, 129:8, 129:11, 130:7, 130:9, 130:10, 130:12, 130:14, 131:2, 132:24, 133:12, 134:5, 134:11, 134:16, 135:4, 136:8, 136:24, 138:11, 138:14, 147:19, 147:24, 148:3, 148:12, 148:14, 148:24, 149:2, 151:22, 151:25, 155:10, 158:19, 159:5, 160:6, 161:7, 162:21, 163:2, 163:22, 164:20, 164:22, 164:23, 167:21, 168:17, 168:22, 169:3, 169:9, 169:12, 169:14, 169:15, 171:8, 171:13, 172:4, 173:5, 173:10, 173:15, 173:21, 173:24, 174:1, 174:2, 175:8, 175:15, 175:22, 176:18, 176:23, 177:5, 177:9, 177:12, 177:14, 177:15, 178:15, 178:20, 179:4, 179:25, 180:2, 180:8, 180:14, 180:17, 180:19, 180:20, 181:19, 181:25, 182:12, 183:13, 183:15, 183:16, 185:5, 186:1, 186:6, 186:12, 186:18, 186:21, 186:23, 186:24, 188:7, 188:10, 190:5, 193:23, 197:5, 207:3, 207:20, 207:23, 207:24
**exhibit** [39] - 13:5, 101:23, 102:6, 117:20, 119:5, 119:10, 125:13, 128:12, 130:2, 134:5, 135:13, 135:17, 137:2, 137:4, 147:17, 148:18, 148:19, 154:24, 156:13,

159:24, 161:22, 163:18, 169:2, 169:5, 172:17, 172:23, 173:13, 173:17, 173:19, 177:3, 179:10, 180:7, 180:10, 184:13, 184:20, 186:14, 193:20, 194:16
**Exhibits** [9] - 124:7, 132:19, 132:20, 134:24, 134:25, 141:16, 141:25, 145:11, 190:14
**exhibits** [1] - 142:4
**EXHIBITS** [1] - 3:12
**exited** [1] - 99:4,
189:7, 238:11
**expanded** [1] - 158:16
**experience** [7] - 110:12, 110:16, 143:24, 149:16, 151:11, 200:6, 212:8
**experiencing** [2] - 88:12, 89:3
**expiration** [1] - 184:17
**expire** [2] - 166:16, 208:8
**expired** [2] - 166:17, 196:5
**explain** [5] - 19:8, 22:23, 23:2, 99:21, 131:16
**explained** [1] - 79:3
**explaining** [8] - 15:23, 22:3, 83:6, 83:12, 83:15, 84:10, 85:2
**express** [1] - 7:9
**extend** [1] - 13:21
**extensive** [1] - 10:12
**extent** [1] - 103:4
**extremely** [1] - 61:21
**eyes** [3] - 55:11, 218:16, 230:5

---

**F**

---

**F.2d** [2] - 12:19, 12:22
**F.3d** [3] - 12:15, 12:16, 12:18
**F.Appendix** [1] - 13:2
**fabricated** [2] - 5:14, 8:8
**fabrication** [10] - 6:2,

6:6, 6:12, 6:14, 6:15, 6:17, 6:20, 7:10, 9:21, 12:11
**face** [1] - 202:13
**Facebook** [4] - 7:18, 8:15, 9:2, 9:9
**fact** [28] - 6:13, 6:14, 6:15, 8:10, 20:2, 47:7, 60:8, 60:17, 60:23, 60:25, 61:20, 62:21, 64:1, 65:5, 66:7, 66:24, 68:1, 71:22, 77:16, 78:25, 79:9, 80:4, 84:17, 94:25, 100:5, 105:18, 167:15, 235:16
**facts** [1] - 80:7
**fair** [7] - 10:25, 59:11, 77:16, 143:11, 221:5, 225:12, 225:18
**fairly** [1] - 29:15
**familiar** [3] - 110:12, 110:16, 110:19
**families** [3] - 71:2, 71:5, 71:10
**family** [13] - 36:6, 37:9, 60:16, 65:3, 65:5, 69:10, 78:2, 78:3, 84:2, 85:6, 107:1, 107:11, 107:16
**far** [13] - 78:9, 194:16, 202:21, 205:7, 213:12, 214:21, 214:22, 221:1, 221:12, 222:25, 224:24, 226:25, 231:1
**fare** [2] - 132:3
**fast** [1] - 228:20
**fat** [1] - 196:12
**fat-finger** [1] - 196:12
**father** [16] - 25:13, 25:16, 25:18, 59:18, 60:17, 60:23, 60:25, 62:20, 63:17, 63:22, 63:23, 85:6, 92:20, 97:3, 107:12, 107:14
**fathers** [1] - 66:14
**favorable** [1] - 6:10
**feared** [2] - 218:16, 218:17
**February** [7] - 1:5, 127:20, 129:15, 129:21, 130:10, 130:23, 219:21
**fed** [2] - 37:17, 221:18
**fees** [6] - 36:11, 36:17, 36:23, 37:4,

11

37:7, 37:12
**fell** [1] - 202:10
**fender** [2] - 212:17, 212:19
**fenders** [1] - 212:11
**few** [5] - 32:9, 55:24, 57:18, 61:7, 235:17
**field** [1] - 153:24
**figure** [3] - 199:13, 211:23, 230:9
**file** [1] - 13:20
**filed** [4] - 13:16, 13:19, 102:7, 102:8
**filled** [5] - 220:17, 234:12, 234:13, 234:14, 234:23
**final** [1] - 144:18
**finally** [2] - 11:10, 18:9
**fine** [7] - 13:10, 13:12, 14:14, 76:7, 76:10, 155:8, 219:18
**finger** [1] - 196:12
**finish** [1] - 149:20
**first** [79] - 8:10, 11:8, 11:12, 14:2, 17:10, 17:13, 18:10, 24:13, 26:23, 27:8, 27:19, 28:5, 28:12, 28:19, 31:12, 33:6, 38:8, 38:25, 40:12, 40:21, 41:13, 46:25, 51:21, 56:11, 58:16, 79:3, 80:13, 87:25, 88:5, 105:14, 112:7, 113:4, 115:2, 115:7, 115:8, 115:11, 118:3, 128:4, 128:5, 128:7, 128:10, 130:1, 130:4, 135:22, 140:24, 144:3, 144:15, 148:4, 149:12, 149:13, 149:16, 164:7, 176:5, 185:18, 187:20, 200:11, 200:12, 200:13, 201:23, 201:24, 202:6, 202:16, 203:3, 204:6, 204:9, 204:18, 205:11, 206:1, 210:6, 210:12, 210:13, 221:10, 222:10, 222:12, 222:16, 235:17
**FISP** [1] - 139:18
**fist** [3] - 40:1, 40:2, 40:4
**five** [12] - 71:2, 75:16, 115:8, 115:9,

140:24, 149:12, 149:13, 149:16, 198:6, 225:12, 225:14, 225:17
**five-minute** [1] - 75:16
**fix** [2] - 62:22, 64:1
**fixer** [1] - 64:7
**fixing** [1] - 92:21
**flew** [12] - 48:13, 50:5, 50:6, 50:11, 113:18, 162:6, 163:8, 187:16, 191:16, 206:18, 206:19, 206:21
**flight** [173] - 109:21, 109:22, 110:17, 111:10, 111:15, 111:24, 111:25, 112:12, 112:16, 112:18, 113:10, 113:11, 113:13, 113:15, 113:16, 113:18, 117:14, 118:6, 119:10, 119:11, 119:12, 119:13, 119:15, 119:16, 119:19, 120:8, 120:9, 120:12, 120:23, 121:25, 122:24, 123:8, 123:20, 123:23, 124:4, 124:17, 124:20, 125:4, 125:5, 125:9, 125:14, 125:25, 126:1, 126:4, 126:9, 126:14, 126:24, 126:25, 127:3, 127:7, 127:17, 127:18, 127:21, 128:2, 128:7, 128:15, 128:25, 129:12, 129:13, 129:16, 130:10, 132:14, 132:25, 133:1, 133:4, 133:7, 133:8, 133:13, 133:16, 133:17, 133:18, 134:13, 134:17, 134:21, 134:25, 135:9, 135:24, 136:21, 136:22, 138:18, 138:21, 138:23, 138:24, 139:4, 139:9, 139:11, 139:12, 139:14, 139:21, 142:4, 142:5, 142:6, 142:7, 142:15, 142:18, 142:19, 142:21, 143:3,

143:10, 144:2, 144:6, 144:22, 145:13, 145:15, 145:24, 147:9, 147:11, 148:8, 148:11, 148:15, 148:20, 148:24, 148:25, 152:5, 153:23, 153:25, 154:8, 154:18, 154:19, 154:23, 155:1, 155:15, 155:17, 155:22, 157:16, 157:22, 158:3, 160:19, 161:3, 161:12, 161:14, 161:16, 162:3, 162:11, 162:17, 162:24, 165:14, 165:18, 166:5, 170:1, 170:8, 170:25, 174:15, 174:21, 174:24, 175:1, 175:2, 175:4, 177:24, 178:5, 178:9, 181:4, 181:10, 181:15, 181:16, 181:21, 184:2, 184:3, 184:7, 187:7, 187:14, 187:16, 193:3, 194:5, 194:7, 194:23, 196:16
**Flight** [22] - 112:1, 120:10, 123:20, 125:6, 125:8, 126:2, 127:1, 127:19, 129:14, 131:20, 132:8, 133:2, 133:13, 134:14, 134:18, 135:10, 136:18, 137:9, 137:25, 138:1, 138:19, 163:8
**flights** [23] - 109:23, 109:24, 110:13, 110:20, 110:22, 110:23, 124:12, 126:13, 124:25, 137:24, 141:11, 141:13, 141:14, 141:17, 142:2, 142:9, 143:5, 143:6, 143:12, 144:13, 190:16, 190:19, 190:25
**floor** [8] - 203:13, 203:14, 204:6, 210:13, 214:19, 227:8, 227:14, 228:21
**Floor** [2] - 2:2, 239:16
**floors** [1] - 227:6
**Flores** [5] - 4:11, 16:22, 18:21, 99:15, 189:18

**FLORIDA** [1] - 1:1
**Florida** [13] - 1:4, 1:16, 1:22, 1:25, 2:3, 48:8, 49:3, 50:14, 206:21, 208:24, 209:10, 219:21, 239:17
**Flown** [2] - 154:17, 161:2
**flown** [3] - 116:5, 154:18, 154:22
**flush** [3] - 227:13, 227:22, 234:12
**flushing** [1] - 234:5
**flustered** [1] - 213:19
**fly** [8] - 48:3, 48:7, 50:8, 116:13, 158:5, 160:21, 194:10, 206:16
**folks** [2] - 61:23, 62:1
**following** [15] - 14:19, 74:7, 76:11, 82:4, 86:15, 87:5, 99:5, 99:7, 105:25, 165:19, 165:21, 189:8, 189:11, 189:24, 238:12
**food** [7] - 78:24, 96:16, 198:19, 203:18, 220:14, 221:1, 224:16
**FOR** [3] - 1:14, 1:20, 3:4
**foregoing** [1] - 239:11
**forgot** [1] - 12:1
**form** [7] - 90:16, 94:3, 95:9, 95:16, 95:21, 95:23, 104:3
**Fort** [21] - 127:2, 127:4, 127:8, 131:19, 133:3, 165:14, 165:15, 165:18, 165:19, 165:24, 170:17, 174:18, 178:4, 181:7, 184:2, 184:7, 187:13, 194:5, 194:6, 194:7, 194:10
**forth** [1] - 202:10
**foundation** [1] - 94:25
**four** [11] - 73:16, 73:17, 142:2, 142:9, 162:15, 162:18, 191:12, 198:6, 225:12, 225:14, 225:17
**Fourth** [1] - 1:15
**fourth** [2] - 34:25,

35:1
**frame** [1] - 196:20
**France** [3] - 25:5, 25:9, 25:10
**frankly** [1] - 101:18
**free** [5] - 36:14, 36:16, 198:23, 220:24
**freely** [1] - 222:23
**French** [2] - 17:5, 24:12
**Friday** [1] - 13:25
**friend** [1] - 9:5
**friends** [18] - 22:1, 35:15, 35:20, 87:19, 88:9, 88:11, 88:22, 89:2, 89:10, 89:17, 89:25, 90:5, 90:13, 90:22, 91:9, 91:15, 95:5, 95:14
**Friends** [2] - 17:12, 20:8
**friends'** [1] - 87:24
**frightened** [2] - 211:9, 229:17
**front** [4] - 21:11, 52:12, 139:11, 191:12
**fucking** [1] - 57:12
**fulfill** [1] - 62:13
**full** [9] - 23:21, 111:14, 122:19, 134:21, 146:17, 146:24, 150:12, 197:16, 198:25
**full-time** [1] - 198:25
**fully** [1] - 47:7
**future** [1] - 39:5
**fuzzy** [1] - 208:4

**G**

**game** [1] - 57:16
**games** [4] - 37:22, 54:15, 61:17
**gate** [8] - 52:12, 116:24, 142:22, 143:25, 144:11, 145:21, 146:5, 203:1
**gates** [1] - 109:16
**gathered** [1] - 233:10
**general** [17] - 30:13, 38:6, 39:12, 49:16, 101:9, 152:1, 152:3, 153:16, 154:21, 155:19, 157:11, 158:6, 161:16, 164:10, 183:4, 204:19, 210:17
**generally** [8] - 101:8, 111:9, 111:23,

123:19, 156:24,
157:11, 192:17,
234:24
  **generate** [1] - 145:18
  **generated** [1] -
115:11
  **generates** [1] -
145:18
  **generator** [10] -
60:25, 63:1, 64:2,
64:4, 64:7, 85:8,
92:22, 107:13,
227:17, 234:16
  **generators** [2] -
62:22, 92:21
  **gentlemen** [5] -
14:23, 87:10, 220:10,
223:24, 224:4
  **German** [2] - 25:13,
107:14
  **getcarter2010@
yahoo.com** [6] -
153:15, 159:16,
160:3, 160:18,
163:11, 187:22
  **gifts** [1] - 53:25
  **girls** [2] - 204:12,
210:2
  **girls'** [1] - 218:22
  **given** [7] - 75:21,
75:22, 105:14,
153:18, 153:22,
158:2, 187:24
  **glass** [1] - 12:1
  **God** [3] - 11:12, 18:8,
18:10
  **good-sized** [1] -
204:7
  **goodnight** [4] -
217:11, 217:13,
217:22, 228:24
  **goods** [1] - 227:1
  **GOVERNMENT** [6] -
1:14, 3:4, 23:19,
109:3, 150:10, 197:14
  **Government** [44] -
4:22, 5:11, 5:25, 6:4,
6:13, 6:25, 7:14, 7:15,
7:25, 8:2, 9:25, 10:14,
10:21, 10:23, 13:16,
13:22, 58:20, 79:14,
79:21, 80:6, 80:12,
80:20, 81:8, 81:11,
81:19, 100:11,
100:23, 101:14,
101:17, 103:16,
104:5, 105:9, 109:1,
139:24, 141:7,
146:21, 191:20,
192:13, 193:11,

196:22, 196:25,
197:13, 238:23
  **government** [3] -
5:2, 5:10, 5:17
  **Government's** [164] -
3:13, 3:13, 3:14, 3:14,
3:15, 3:16, 3:16, 3:17,
3:17, 3:18, 3:18, 3:19,
4:20, 15:8, 15:13,
16:5, 16:8, 16:9,
19:13, 28:23, 29:2,
29:19, 29:21, 29:23,
34:10, 45:11, 45:16,
46:9, 46:12, 46:14,
48:16, 48:20, 49:9,
49:10, 49:12, 84:13,
103:1, 104:2, 104:15,
111:4, 111:17,
111:22, 114:22,
117:22, 119:7,
119:18, 119:25,
121:19, 121:21,
122:16, 123:14,
124:7, 124:23,
124:25, 125:17,
125:18, 126:17,
126:18, 127:11,
127:13, 129:4, 129:8,
129:11, 130:7,
130:14, 131:2,
132:18, 133:12,
134:5, 134:11,
134:16, 134:23,
135:3, 136:8, 136:24,
138:11, 141:16,
141:25, 142:12,
145:11, 147:23,
148:3, 148:12,
148:14, 148:24,
149:2, 151:22,
151:25, 155:10,
158:19, 159:5, 160:6,
161:6, 162:20, 163:2,
163:21, 164:19,
164:21, 164:23,
167:20, 168:17,
168:21, 169:3, 169:9,
169:11, 169:13,
169:15, 171:8,
171:13, 172:4, 173:4,
173:10, 173:15,
173:20, 173:24,
173:25, 174:2, 175:8,
175:14, 175:22,
176:17, 176:23,
177:5, 177:9, 177:11,
177:13, 177:15,
178:15, 178:19,
179:4, 179:24, 180:2,
180:8, 180:14,
180:16, 180:18,

180:20, 181:19,
181:25, 182:11,
183:12, 183:14,
183:16, 185:5,
185:25, 186:6,
186:11, 186:18,
186:21, 186:22,
186:24, 188:7,
188:10, 190:4,
190:14, 193:23,
197:5, 207:3, 207:19,
207:22, 207:24,
238:17, 239:2
  **Government-
issued** [3] - 146:21,
196:22, 196:25
  **grabbed** [1] - 42:12
  **grandchildren** [1] -
198:7
  **granddaughters** [1]
- 198:6
  **great** [3] - 67:13,
69:3, 198:7
  **great-
grandchildren** [1] -
198:7
  **greater** [2] - 177:4,
186:10
  **grounds** [4] - 90:15,
90:18, 95:8, 100:1
  **group** [10] - 86:18,
115:10, 115:14,
115:15, 115:16,
117:17, 121:6,
221:13, 226:17
  **groups** [1] - 206:6
  **guess** [1] - 70:22
  **gun** [2] - 85:24, 86:2
  **guy** [1] - 229:21

# H

  **h-a-r-v-e-y** [1] -
150:13
  **Haiti** [54] - 25:3,
27:9, 27:10, 36:5,
36:8, 36:12, 36:14,
45:1, 46:20, 49:22,
50:1, 50:5, 50:8,
50:22, 50:23, 60:3,
61:7, 62:14, 68:2,
69:25, 97:12, 97:19,
112:13, 129:21,
135:25, 192:10,
192:21, 200:19,
200:22, 201:1,
201:17, 201:20,
201:24, 202:2, 202:4,
202:18, 206:17,

206:19, 206:21,
207:11, 207:13,
207:15, 208:15,
208:17, 208:20,
208:24, 209:10,
209:13, 210:10,
211:14, 218:20,
221:10, 221:13,
222:11
  **Haitian** [34] - 25:13,
63:11, 77:20, 79:1,
79:14, 79:21, 80:19,
80:20, 85:16, 86:3,
86:6, 86:10, 86:11,
86:12, 86:14, 86:19,
86:22, 94:10, 94:18,
94:20, 94:23, 95:5,
95:14, 95:20, 96:2,
96:8, 96:11, 96:14,
96:19, 96:22, 107:13,
207:16, 208:17,
209:25
  **Haitians** [1] - 47:4
  **half** [6] - 151:3,
202:22, 216:9,
217:14, 229:23,
234:21
  **half-hour** [1] -
217:14
  **half-hour's** [1] -
202:22
  **hall** [3] - 203:23,
204:3
  **hallway** [1] - 215:15
  **hand** [11] - 30:7,
42:14, 42:15, 42:19,
42:22, 46:2, 145:4,
153:8, 208:19, 220:22
  **handbook** [1] - 82:12
  **handbooks** [3] -
82:6, 82:7, 82:9
  **handed** [1] - 123:13
  **handing** [4] - 111:3,
119:24, 138:10,
141:25
  **hands** [4] - 41:9,
41:11, 42:12
  **handwriting** [1] -
75:9
  **happy** [3] - 39:17,
90:24, 219:21
  **hard** [4] - 11:15,
11:18, 155:5, 217:17
  **hardship** [2] - 17:17,
17:24
  **HARVEY** [1] - 150:10
  **Harvey** [15] - 3:8,
150:9, 150:13,
150:16, 151:25,
155:13, 161:10,

165:3, 168:3, 179:8,
183:20, 190:9, 194:3,
194:22, 197:8
  **hates** [2] - 11:12,
18:10
  **head** [3] - 59:23,
61:10, 78:24
  **headings** [2] - 115:1,
115:2
  **heal** [1] - 224:13
  **hear** [4] - 76:22,
77:20, 91:5, 97:15
  **heard** [3] - 205:24,
228:24, 230:19
  **hearing** [1] - 75:23
  **hearsay** [14] - 18:24,
31:10, 74:3, 74:11,
74:21, 74:22, 75:14,
76:21, 77:2, 84:14,
85:10, 90:16, 100:1
  **heart** [1] - 210:8
  **Heather** [3] - 3:8,
150:9, 150:13
  **HEATHER** [1] -
150:10
  **held** [3] - 85:24,
110:5, 151:2
  **hell** [2] - 67:22, 71:14
  **help** [16] - 21:23,
22:21, 22:25, 37:9,
206:2, 206:9, 213:3,
213:7, 213:12, 221:8,
221:22, 224:13,
225:6, 230:11, 235:4
  **helped** [4] - 92:21,
223:21, 224:13, 226:8
  **helping** [3] - 92:16,
235:21, 235:23
  **helps** [1] - 122:14
  **hereby** [1] - 239:11
  **hesitant** [1] - 213:19
  **hi** [3] - 109:11,
150:17, 190:10
  **high** [2] - 221:2
  **high-rises** [2] - 221:2
  **highlight** [22] - 14:6,
114:20, 117:24,
119:2, 121:2, 121:16,
122:20, 128:9,
128:19, 129:23,
130:16, 133:21,
134:7, 135:15, 136:5,
139:5, 157:6, 168:14,
172:23, 176:6,
179:16, 185:19
  **highlighted** [7] - 5:3,
115:5, 115:24, 121:8,
121:24, 130:20, 148:4
  **highlighting** [2] -
112:7, 162:9

himself [5] - 75:10, 86:15, 153:21, 211:15, 230:7
historical [1] - 110:13
history [26] - 111:10, 111:24, 111:25, 113:11, 113:15, 120:8, 120:9, 123:20, 124:4, 125:4, 125:25, 126:24, 127:17, 129:12, 132:25, 133:7, 133:13, 134:13, 134:17, 134:25, 135:9, 136:22, 138:18, 138:21, 139:21, 148:24
hit [2] - 88:20, 212:20
hitting [1] - 196:13
hold [2] - 41:9, 42:15
holder [1] - 145:1
holding [1] - 42:19
hollered [2] - 52:24, 211:18
home [15] - 18:1, 27:23, 31:3, 32:1, 65:8, 91:14, 153:10, 218:22, 218:24, 218:25, 219:4, 219:8, 220:2, 221:14, 224:22
Homeland [2] - 4:11, 99:15
homes [4] - 70:17, 70:19, 87:22, 87:24
homework [2] - 64:20, 64:22
homosexual [2] - 11:13, 18:11
honestly [1] - 225:8
Honor [140] - 4:7, 4:13, 4:18, 4:22, 5:25, 7:6, 13:4, 13:11, 13:24, 15:3, 15:7, 15:10, 16:4, 16:12, 17:19, 18:4, 20:22, 22:17, 23:14, 24:17, 24:21, 28:24, 29:19, 34:9, 45:12, 46:9, 48:17, 49:8, 74:1, 74:3, 74:14, 75:17, 81:21, 82:8, 83:9, 84:14, 85:13, 85:14, 87:8, 96:25, 98:13, 99:13, 99:17, 100:25, 102:5, 102:14, 102:20, 104:5, 105:3, 105:7, 106:4, 109:1, 110:25, 111:16,

114:10, 119:21, 120:3, 123:10, 123:16, 124:24, 125:18, 126:20, 127:12, 129:7, 131:3, 132:21, 135:5, 136:9, 137:13, 138:7, 138:12, 139:24, 141:22, 143:17, 143:21, 147:16, 147:21, 147:24, 150:5, 151:21, 155:9, 155:23, 156:16, 156:20, 157:3, 159:4, 160:5, 163:1, 163:13, 164:19, 165:1, 167:17, 167:23, 168:18, 169:11, 169:20, 171:12, 171:25, 172:5, 173:6, 173:23, 174:6, 175:18, 176:10, 176:19, 177:11, 178:25, 179:5, 179:21, 180:16, 182:15, 183:12, 186:20, 188:18, 189:15, 190:3, 190:4, 192:3, 192:6, 193:14, 193:17, 193:20, 193:22, 194:12, 194:19, 195:24, 199:15, 206:24, 207:19, 219:13, 230:13, 231:20, 232:8, 236:21, 237:22, 238:18, 238:23
HONORABLE [1] - 1:10
Hope [1] - 4:16
hope [1] - 107:2
hopeful [1] - 14:1
hopefully [1] - 190:13
HOROWITZ [76] - 1:23, 4:13, 5:25, 13:14, 13:21, 14:2, 14:5, 14:11, 16:6, 17:19, 18:4, 18:24, 19:4, 19:12, 19:16, 20:7, 20:24, 22:7, 22:16, 31:10, 36:24, 37:10, 75:1, 75:4, 75:8, 75:19, 76:1, 82:11, 82:16, 82:21, 83:2, 83:9, 83:14, 83:18, 84:5, 84:11, 84:20, 84:22, 85:12,

99:17, 104:22, 140:3, 141:22, 141:24, 143:16, 143:19, 148:9, 149:6, 149:18, 149:25, 159:18, 190:3, 190:8, 191:25, 192:6, 192:7, 193:14, 193:16, 194:12, 194:19, 194:25, 195:9, 195:16, 195:24, 196:19, 207:21, 216:25, 219:16, 223:4, 226:7, 230:13, 230:15, 231:20, 231:22, 232:7, 239:6
Horowitz [8] - 4:14, 8:7, 8:17, 10:2, 10:15, 19:11, 99:18, 189:19
horrendous [2] - 209:22, 211:20
horrible [1] - 210:7
horrified [1] - 212:23
hose [2] - 234:9, 234:11
hotel [3] - 230:22, 231:8, 235:7
hotels [1] - 231:6
hour [4] - 216:16, 217:14, 234:21
hour's [1] - 202:22
hours [4] - 66:18, 216:13, 216:23, 217:4
House [6] - 33:22, 33:23, 44:8, 44:9, 44:11, 44:17
house [66] - 15:22, 20:14, 20:15, 20:18, 20:19, 21:1, 27:15, 27:16, 27:18, 33:12, 33:15, 33:18, 33:19, 33:21, 33:25, 34:7, 34:22, 34:23, 35:1, 38:25, 39:2, 40:16, 40:19, 43:25, 44:2, 44:5, 44:7, 44:17, 44:18, 44:21, 44:23, 51:4, 52:2, 52:6, 52:10, 52:13, 52:14, 52:16, 54:21, 55:12, 55:20, 56:9, 56:15, 56:18, 92:25, 97:8, 104:10, 104:11, 203:13, 204:6, 205:12, 210:15, 212:3, 214:18, 216:4, 217:23, 221:20, 221:23, 222:19, 223:20, 224:1, 233:22, 234:1, 237:14

housed [1] - 201:3
housemother [3] - 210:1, 225:10, 233:18
houses [4] - 39:6, 55:10, 224:2, 224:5
housing [2] - 198:21, 209:24
humble [1] - 205:19
hundreds [2] - 143:11, 143:14
husband [3] - 98:10, 198:14, 220:2
huts [2] - 224:11, 235:13
hyphen [1] - 129:1
HZPRXJ [3] - 153:5, 158:23, 159:10
HZTGQM [3] - 160:13, 162:25, 163:6

**I**

ice [2] - 11:22, 12:1
ID [6] - 147:6, 166:22, 195:19, 196:22, 196:25, 197:7
idea [1] - 237:8
identical [1] - 181:20
identification [14] - 15:8, 28:23, 146:21, 168:17, 173:4, 173:9, 176:17, 176:22, 179:24, 182:11, 182:18, 185:25, 186:5, 207:2
identified [4] - 26:9, 26:20, 74:10, 200:3
identify [1] - 140:10
identity [1] - 196:7
illiterate [1] - 209:5
imagine [1] - 230:12
immediate [1] - 235:9
immediately [6] - 83:7, 83:12, 85:3, 98:24, 189:2, 238:6
Immigration [2] - 207:16, 208:17
impeached [1] - 13:1
impeaching [1] - 6:1
implication [2] - 5:8, 5:19
implied [6] - 7:10, 7:11, 8:7, 9:21, 9:24, 10:24
important [5] - 36:2, 36:4, 91:12, 196:11, 221:25
importantly [1] -

8:14
impressed [4] - 204:20, 204:23, 205:4, 222:5
impression [4] - 5:7, 82:18, 84:4, 85:9
impressions [2] - 204:19, 210:17
improper [6] - 7:12, 9:24, 10:20, 12:11, 94:25, 231:24
improperly [1] - 5:10
IN [1] - 3:12
incident [5] - 56:6, 86:15, 218:21, 219:7, 230:16
include [1] - 18:18
including [5] - 5:3, 98:21, 188:24, 214:4, 238:3
income [1] - 221:2
inconsistent [1] - 75:20
incorrect [1] - 59:6
indeed [1] - 145:2
Indianapolis [1] - 209:2
indicated [2] - 13:19, 237:10
indicates [2] - 119:1, 199:24
indication [2] - 105:12, 192:20
indictment [6] - 103:18, 103:23, 104:4, 105:5, 105:18, 105:20
individual [16] - 70:14, 106:19, 153:3, 158:18, 162:20, 163:10, 166:24, 167:6, 169:1, 171:7, 175:7, 178:14, 188:6, 195:6, 195:13, 196:16
individuals [7] - 60:12, 87:16, 87:19, 87:21, 87:25, 88:6, 107:19
inextricably [3] - 103:11, 104:21, 105:17
infants [2] - 111:13, 119:12
influence [4] - 7:12, 9:24, 10:20, 12:11
influenced [3] - 5:9, 5:19, 7:11
Info [1] - 162:14
information [96] - 22:14, 112:4, 113:6,

115:4, 115:23, 118:8, 119:9, 119:11, 121:8, 124:11, 124:13, 124:15, 124:20, 126:8, 131:15, 139:11, 139:13, 142:13, 142:16, 142:19, 142:22, 142:25, 145:21, 145:23, 146:1, 146:7, 146:10, 151:15, 152:3, 152:5, 152:7, 152:8, 152:22, 153:9, 153:16, 153:17, 153:22, 153:23, 154:21, 155:19, 155:21, 156:10, 156:14, 156:23, 157:8, 157:11, 158:6, 158:10, 158:14, 161:19, 164:4, 166:18, 166:21, 166:25, 167:4, 167:9, 167:13, 168:8, 169:2, 169:8, 171:3, 172:19, 172:25, 173:13, 173:19, 176:2, 176:13, 177:3, 177:8, 179:12, 179:19, 180:7, 180:13, 183:1, 184:8, 184:21, 184:24, 185:15, 185:22, 186:11, 186:17, 188:1, 192:24, 193:2, 193:5, 193:7, 194:17, 194:23, 195:8, 195:19, 196:2, 196:9, 196:15, 196:17

**Information** [1] - 167:11
**informed** [1] - 47:7
**initial** [2] - 151:20, 166:4
**input** [1] - 166:23
**inquire** [1] - 6:3
**inquiry** [3] - 76:3, 151:9, 151:14
**inside** [2] - 216:15, 235:5
**inspect** [2] - 13:11, 117:7
**inspection** [1] - 117:10
**instance** [6] - 11:4, 11:8, 11:20, 11:23, 12:4, 151:8
**instant** [1] - 202:13
**instead** [3] - 196:13, 219:21, 221:3

**instruct** [5] - 98:24, 100:14, 101:21, 189:2, 238:6
**instructed** [1] - 10:22
**instruction** [8] - 82:12, 100:8, 102:17, 103:2, 104:15, 104:23, 105:13, 105:14
**intended** [1] - 236:7
**intent** [3] - 104:1, 105:9, 105:11
**intentions** [1] - 209:19
**interaction** [1] - 4:25
**interactions** [1] - 7:25
**interacts** [1] - 6:16
**interchangeably** [1] - 159:2
**interested** [1] - 47:4
**international** [16] - 109:21, 110:17, 110:20, 110:23, 142:21, 143:3, 144:1, 144:6, 144:13, 144:17, 144:22, 146:6, 146:8, 147:9, 147:11, 194:22
**International** [4] - 109:13, 161:17, 190:19, 191:2
**Internet** [3] - 98:22, 188:25, 238:4
**interpreted** [2] - 232:18, 235:15
**interpreter** [2] - 24:18, 232:18
**intertwined** [3] - 103:11, 104:21, 105:18
**introduce** [1] - 8:2
**introduced** [2] - 11:3, 74:19
**introduction** [4] - 4:20, 12:7, 100:12, 101:20
**investigated** [1] - 79:14
**investigation** [1] - 19:24
**Investigations** [2] - 4:11, 99:16
**investigator** [1] - 4:15
**involved** [1] - 86:2
**involving** [1] - 86:15
**Ismael** [22] - 15:25, 204:25, 205:3, 212:7,

212:9, 212:10, 212:12, 212:17, 212:19, 214:5, 216:11, 216:14, 217:14, 217:20, 218:4, 218:6, 222:8, 223:5, 228:22, 232:14, 232:25
**issue** [5] - 4:20, 81:24, 131:10, 144:23, 208:7
**issued** [7] - 131:19, 146:21, 166:11, 184:13, 196:22, 196:25, 208:6
**issues** [1] - 24:19
**it'd** [1] - 140:13
**it'll** [3] - 111:10, 112:24, 145:18
**itinerary** [1] - 47:8
**itself** [1] - 75:12

## J

**James** [4] - 34:16, 34:17, 35:6, 35:11
**JANET** [1] - 197:14
**Janet** [3] - 3:9, 197:13, 197:18
**Jean** [1] - 8:19
**Jim** [2] - 70:14, 98:4
**JOAN** [1] - 1:10
**job** [3] - 11:22, 60:21, 110:11
**Jobed** [22] - 3:5, 15:6, 15:13, 15:19, 16:19, 16:25, 17:12, 17:18, 17:22, 18:3, 18:14, 18:20, 19:3, 19:7, 22:21, 23:5, 23:12, 103:4, 104:3, 104:6, 105:4, 105:16
**jobs** [1] - 110:5
**joined** [1] - 233:4
**Jolifet** [6] - 33:22, 33:23, 44:7, 44:9, 44:10, 44:17
**Jr** [1] - 12:15
**JUDGE** [1] - 1:11
**judge** [13] - 13:14, 13:21, 14:5, 16:6, 16:15, 19:12, 81:23, 82:16, 100:10, 103:1, 104:22, 113:24, 114:5
**Judge** [10] - 14:3, 83:18, 87:4, 103:15, 103:20, 105:6, 114:8, 149:19, 239:5, 239:6
**July** [1] - 166:17

**jumped** [1] - 218:7
**June** [1] - 184:18
**Junior** [5] - 55:16, 55:21, 55:25, 56:1, 56:3
**jurors** [5] - 99:20, 100:20, 102:16, 105:23, 189:21
**jury** [39] - 14:4, 14:15, 14:18, 15:16, 74:8, 79:4, 79:7, 82:5, 82:12, 82:13, 99:2, 99:4, 100:7, 100:15, 101:21, 102:21, 105:21, 105:24, 106:24, 106:25, 114:25, 120:17, 122:18, 124:1, 125:23, 128:21, 130:19, 133:23, 134:11, 134:20, 136:12, 137:16, 189:5, 189:7, 189:23, 220:10, 223:25, 224:4, 238:11
**JURY** [2] - 1:10, 14:21
**jury's** [2] - 14:6, 14:12
**JUSTICE** [1] - 1:17

## K

**k-n-o-x** [1] - 197:18
**Kalamazoo** [1] - 134:19
**Kane** [7] - 4:8, 10:15, 15:2, 99:14, 99:22, 107:23, 189:16
**KANE** [213] - 1:17, 4:22, 7:6, 7:8, 15:3, 15:5, 15:7, 15:12, 15:17, 15:18, 16:4, 16:12, 16:18, 17:21, 18:13, 19:2, 19:6, 19:10, 20:4, 22:5, 22:20, 23:14, 23:18, 24:2, 24:10, 24:17, 24:21, 24:22, 26:8, 26:11, 26:19, 26:22, 28:22, 29:1, 29:19, 30:1, 31:13, 34:9, 34:12, 37:2, 37:11, 37:15, 45:10, 45:14, 46:9, 46:17, 48:15, 48:19, 49:8, 49:15, 57:25, 74:1, 74:3, 74:14, 74:17, 75:3, 75:5, 75:11, 77:2, 79:18, 82:8, 82:24,

83:3, 84:14, 84:24, 85:13, 85:25, 86:14, 86:25, 87:14, 88:4, 89:1, 89:16, 89:22, 90:21, 91:7, 92:2, 92:10, 93:16, 94:1, 94:4, 94:9, 94:17, 95:2, 95:13, 95:19, 96:1, 96:7, 96:25, 97:1, 97:17, 98:13, 100:25, 101:4, 102:14, 105:3, 108:2, 108:22, 150:9, 150:15, 151:21, 151:24, 152:19, 153:13, 155:9, 155:12, 155:23, 156:1, 156:7, 156:16, 156:19, 156:21, 157:3, 157:5, 159:4, 159:7, 159:21, 160:5, 160:8, 161:4, 161:6, 161:9, 163:1, 163:4, 163:13, 163:15, 163:19, 163:20, 164:19, 165:1, 165:2, 167:17, 167:19, 167:22, 167:25, 168:2, 168:16, 168:20, 169:11, 169:20, 169:21, 170:13, 170:15, 171:12, 171:15, 171:25, 172:2, 172:5, 172:7, 172:16, 172:3, 173:8, 173:23, 174:5, 174:8, 175:18, 175:20, 176:10, 176:12, 176:16, 176:21, 177:11, 177:18, 177:19, 178:25, 179:2, 179:5, 179:7, 179:21, 179:23, 180:1, 180:16, 180:23, 180:24, 182:10, 182:14, 182:17, 183:12, 183:19, 185:1, 185:3, 185:6, 185:8, 185:24, 186:4, 186:20, 187:2, 188:17, 193:22, 194:2, 194:15, 194:21, 195:3, 195:12, 195:21, 196:6, 196:23, 197:9, 197:20, 199:15, 199:20, 200:2, 200:5, 206:24, 207:1, 207:19, 208:2, 217:3, 219:12, 226:5,

232:11, 236:21,
236:22
 **KDQJFE** [3] -
183:21, 188:4, 188:12
 **keel** [1] - 230:20
 **keep** [4] - 24:7,
57:21, 221:24, 230:20
 **keeping** [3] - 83:22,
107:3, 107:6
 **kept** [4] - 7:5,
164:13, 183:6, 225:3
 **kick** [1] - 57:17
 **kids** [5] - 23:8, 29:6,
67:10, 202:11, 209:25
 **kind** [13] - 22:21,
111:23, 113:6, 146:7,
151:11, 152:1, 155:5,
205:18, 210:8,
217:17, 220:18,
225:10, 232:2
 **kinds** [1] - 37:24
 **kitchen** [9] - 203:18,
204:2, 214:5, 216:10,
216:15, 216:17,
217:4, 217:15, 217:19
 **kitchens** [2] -
198:19, 221:1
 **knowledge** [2] -
63:24, 84:6
 **known** [1] - 211:13
 **Knox** [17] - 3:9,
197:13, 197:18,
197:21, 198:8, 199:8,
199:21, 200:6, 208:3,
208:11, 214:13,
219:17, 219:23,
230:22, 232:12,
235:14, 236:23
 **KNOX** [1] - 197:14

**L**

 **lack** [1] - 67:10
 **ladies** [9] - 14:23,
87:10, 220:10,
223:24, 224:4, 225:5,
225:6, 225:8, 232:1
 **lady** [2] - 15:23,
226:10
 **landed** [3] - 142:5,
142:6, 211:14
 **landing** [1] - 166:3
 **language** [6] - 16:25,
17:8, 24:13, 24:15,
24:18
 **languages** [3] - 17:2,
17:4, 24:11
 **laptops** [1] - 82:11
 **large** [2] - 227:25,

234:6
 **Larko** [5] - 4:10,
16:22, 18:20, 99:15,
189:18
 **last** [30] - 5:15, 7:18,
9:4, 19:20, 34:7,
99:22, 100:9, 102:18,
104:10, 109:5,
113:18, 114:13,
114:23, 115:5, 115:7,
117:3, 117:6, 117:11,
118:3, 123:8, 128:2,
130:6, 130:23,
134:24, 135:12,
149:13, 150:12,
192:24, 197:17,
205:17
 **lasted** [1] - 103:10
 **late** [1] - 214:7
 **Lauderdale** [21] -
127:2, 127:4, 127:8,
131:19, 133:3,
165:14, 165:15,
165:18, 165:19,
165:24, 170:17,
174:18, 178:4, 181:7,
184:2, 184:7, 187:13,
194:5, 194:6, 194:7,
194:10
 **laundries** [1] - 225:4
 **laundry** [1] - 225:4
 **law** [4] - 77:20,
79:14, 79:21, 80:20
 **lawyers** [1] - 82:10
 **lay** [3] - 41:5, 44:15,
53:3
 **laying** [3] - 41:23,
56:1
 **lead** [3] - 232:25,
233:1, 233:8
 **leader** [4] - 56:22,
66:1, 66:3
 **leading** [12] - 36:24,
37:10, 88:1, 88:23,
89:13, 91:4, 92:8,
93:13, 148:9, 159:18,
195:9, 216:25
 **learn** [3] - 38:1, 38:3,
57:8
 **learned** [2] - 38:4,
80:15
 **least** [3] - 93:24,
216:23, 231:18
 **leave** [9] - 11:10,
18:2, 32:9, 76:17,
93:2, 99:1, 189:4,
214:11, 230:17
 **leaving** [4] - 93:6,
213:25, 230:18
 **led** [6] - 10:21,

204:24, 205:2, 205:3,
232:12, 232:16
 **left** [32] - 8:5, 15:22,
17:15, 17:16, 17:23,
18:9, 20:14, 20:15,
20:18, 20:19, 21:1,
33:3, 33:4, 59:15,
65:8, 78:1, 93:5,
152:25, 153:8,
167:10, 184:19,
203:23, 205:17,
208:17, 208:19,
209:2, 209:3, 210:21,
218:7, 235:17, 235:19
 **left-hand** [1] - 208:19
 **legal** [1] - 81:23
 **legs** [2] - 41:22, 42:4
 **LENARD** [1] - 1:10
 **length** [1] - 217:18
 **less** [1] - 224:11
 **letter** [67] - 8:4, 11:6,
11:19, 12:4, 12:7,
12:10, 15:22, 16:2,
16:19, 17:8, 17:11,
18:15, 19:17, 19:21,
19:22, 19:24, 20:2,
20:11, 20:17, 20:25,
21:1, 21:6, 21:8,
21:11, 22:1, 22:8,
22:22, 23:11, 46:22,
47:1, 47:3, 72:19,
73:4, 73:6, 73:9,
73:20, 74:5, 74:19,
74:20, 75:6, 75:7,
75:9, 75:12, 76:14,
82:17, 82:23, 83:5,
83:19, 84:7, 84:25,
85:10, 100:12,
100:14, 101:4, 101:9,
101:13, 101:18,
101:20, 102:13,
106:7, 106:19,
107:18, 108:9,
108:13, 108:17,
108:19, 115:25
 **letters** [33] - 72:11,
74:19, 76:18, 76:20,
76:25, 77:8, 77:13,
77:16, 91:22, 92:3,
92:5, 92:7, 92:11,
92:14, 92:16, 92:17,
101:5, 101:8, 101:9,
101:12, 101:15,
101:16, 108:11,
115:8, 115:9, 115:11,
117:3, 131:16, 132:2,
140:24, 149:12,
149:13, 149:16
 **level** [1] - 101:16
 **LF** [4] - 118:11,

121:11, 122:3, 129:2
 **licensed** [2] - 198:8,
198:9
 **lie** [1] - 68:9
 **lied** [1] - 68:6
 **life** [14] - 59:13,
59:14, 60:14, 61:20,
62:9, 67:13, 69:3,
69:21, 72:17, 78:9,
78:13, 78:23, 84:6,
84:11
 **lift** [10] - 109:16,
109:19, 116:18,
116:19, 171:1,
174:21, 178:5,
181:10, 187:14
 **Lift** [3] - 170:20,
170:21, 170:22
 **lifted** [9] - 116:15,
116:16, 116:23,
118:13, 121:10,
121:12, 122:2, 129:3,
135:20
 **light** [3] - 6:10,
110:15
 **lights** [3] - 16:13,
214:18, 214:20
 **Lights** [1] - 16:14
 **likely** [2] - 86:5,
143:15
 **likewise** [1] - 239:5
 **limine** [1] - 13:16
 **limiting** [6] - 100:8,
102:17, 103:2,
104:15, 104:22,
105:13
 **Linda** [2] - 28:9,
30:10
 **line** [8] - 9:19, 85:17,
85:23, 145:3, 146:9,
146:19, 157:16, 193:6
 **lines** [1] - 6:18
 **LISA** [2] - 2:1, 239:15
 **list** [61] - 101:23,
102:3, 102:4, 102:6,
111:13, 113:8,
113:22, 118:9,
118:10, 118:17,
118:18, 118:19,
118:20, 118:21,
118:25, 119:3,
119:14, 119:17,
119:20, 121:14,
122:15, 122:19,
123:1, 128:8, 128:10,
128:14, 129:1,
129:25, 130:1,
130:13, 133:9,
133:10, 133:11,
134:4, 135:13,

135:18, 136:3, 139:1,
139:2, 139:3, 139:6,
148:5, 149:11,
155:14, 155:20,
158:7, 159:3, 159:12,
161:11, 168:4,
172:15, 176:1, 179:9,
185:12, 238:19,
238:21, 238:25
 **List** [1] - 113:5
 **listed** [35] - 113:21,
114:14, 116:15,
118:23, 118:25,
121:14, 121:15,
128:4, 128:5, 131:12,
131:15, 133:7,
133:25, 135:22,
135:24, 136:3,
136:22, 139:3, 139:5,
147:5, 153:14,
156:23, 157:1,
157:14, 158:15,
162:13, 167:10,
177:20, 180:25,
184:9, 184:20, 187:3,
187:21, 191:4, 191:16
 **listen** [3] - 98:20,
188:23, 238:2
 **listing** [1] - 111:14
 **lists** [1] - 168:6
 **live** [12] - 11:12,
25:4, 28:14, 28:15,
34:17, 35:21, 47:17,
91:1, 197:22, 197:23,
199:3, 210:3
 **lived** [19] - 32:1,
33:9, 33:18, 34:23,
35:13, 35:17, 36:19,
38:1, 38:6, 40:8, 44:5,
51:6, 51:13, 55:9,
92:19, 93:21, 104:11,
216:4, 236:2
 **lives** [2] - 18:10,
201:14
 **living** [35] - 17:25,
25:14, 27:17, 29:6,
30:14, 30:15, 32:13,
32:24, 33:13, 35:14,
35:25, 37:18, 37:19,
39:13, 40:16, 44:2,
54:21, 55:12, 60:15,
67:22, 78:9, 78:23,
105:2, 105:4, 203:15,
203:22, 204:10,
204:14, 209:22,
210:4, 210:7, 214:10,
219:19, 221:14,
224:23
 **loading** [1] - 122:14
 **local** [1] - 63:11

**locate** [2] - 191:13, 193:20

**located** [8] - 33:7, 92:22, 199:2, 199:6, 202:15, 210:14, 213:9, 233:25

**locater** [2] - 153:2, 153:4

**location** [2] - 27:12, 202:21

**locations** [2] - 33:10, 40:9

**locator** [31] - 158:21, 158:22, 159:2, 159:8, 159:11, 160:10, 160:12, 162:22, 162:23, 163:5, 163:7, 165:9, 169:22, 171:9, 171:10, 171:16, 171:18, 174:9, 175:11, 175:12, 175:16, 178:16, 178:17, 178:21, 178:23, 181:21, 182:2, 183:20, 188:3, 188:8, 188:11

**locators** [1] - 181:20

**look** [16] - 73:3, 76:9, 111:5, 117:18, 118:14, 126:17, 129:5, 144:25, 145:1, 145:5, 145:8, 147:4, 156:3, 165:5, 168:5, 218:25

**looked** [3] - 30:4, 52:10, 202:23

**looking** [16] - 30:19, 113:11, 117:16, 118:8, 120:21, 121:24, 128:1, 128:6, 129:19, 132:18, 132:24, 135:19, 137:17, 141:19, 154:25, 220:21

**looks** [4] - 83:23, 125:13, 131:16, 239:1

**Lord** [7] - 83:22, 107:5, 198:11, 201:4, 219:25, 220:3, 220:7

**losing** [1] - 200:13

**lost** [9] - 124:11, 124:13, 125:16, 126:13, 142:11, 151:10, 190:11, 212:11

**lotion** [6] - 41:8, 42:8, 42:9, 42:11, 43:22, 53:17

**Louis** [5] - 132:5, 132:7, 132:8, 133:14,

134:14

**love** [2] - 107:17, 202:10

**loves** [1] - 43:4

**low** [1] - 221:2

**low-income** [1] - 221:2

**lower** [1] - 114:25

**luckiest** [1] - 67:10

**luggage** [4] - 150:25, 151:9, 162:15, 190:11

**lunch** [5] - 76:8, 76:15, 98:16, 99:2, 100:24

**luncheon** [1] - 99:6

**lunchtime** [1] - 87:12

**lying** [2] - 41:19, 41:21

# M

**M-c-L-a-r-e-n** [1] - 109:7

**M54Q4M** [1] - 171:17

**M5LQ4M** [10] - 165:10, 169:23, 171:11, 174:10, 175:13, 175:17, 178:18, 178:22, 181:23, 182:3

**ma'am** [23] - 114:16, 123:9, 124:22, 125:15, 126:10, 126:16, 127:10, 132:17, 136:14, 137:19, 139:23, 149:8, 150:6, 153:12, 198:1, 199:18, 200:15, 207:5, 210:23, 213:23, 215:19, 229:22, 238:13

**machine** [2] - 116:24, 116:25

**mad** [1] - 211:3

**mail** [22] - 7:17, 8:21, 8:25, 10:13, 92:17, 153:14, 159:15, 160:2, 160:3, 160:16, 163:10, 187:21, 187:23, 202:14, 222:11, 222:15, 222:16, 223:8, 236:5, 236:14, 236:16, 236:19

**mailed** [2] - 201:11, 236:3

**mailing** [4] - 201:13, 202:10, 222:17

**mails** [11] - 222:13, 222:18, 236:2, 236:7, 236:13, 236:16, 236:23, 237:2, 237:5, 237:7

**mama** [1] - 202:14

**man** [13] - 26:1, 26:12, 64:13, 85:7, 107:12, 199:8, 199:14, 210:20, 229:19, 230:4, 230:7, 231:14, 231:17

**manager** [1] - 150:25

**maneuver** [1] - 128:21

**manifest** [8] - 111:11, 142:19, 145:14, 145:19, 155:6, 155:20, 158:8, 159:3

**manifests** [1] - 142:10

**manner** [1] - 213:21

**manually** [1] - 145:23

**March** [2] - 208:7, 208:9

**Maria** [3] - 4:8, 99:14, 189:16

**MARIA** [1] - 1:14

**Marie** [1] - 28:9

**mark** [1] - 152:14

**marked** [21] - 15:8, 28:23, 45:11, 45:15, 48:16, 73:2, 138:10, 163:21, 167:20, 168:17, 168:21, 173:4, 173:9, 176:17, 176:22, 179:24, 182:11, 182:18, 185:25, 186:5, 207:2

**married** [3] - 197:24, 198:1, 198:2

**Mary** [5] - 66:25, 67:21, 68:6, 69:18, 70:13

**masturbate** [11] - 41:9, 41:12, 42:6, 43:6, 43:20, 44:15, 51:8, 53:4, 53:9, 53:18, 90:11

**masturbated** [2] - 42:24, 55:16

**masturbating** [3] - 56:1, 56:2, 56:4

**match** [4] - 147:8, 147:14, 149:13

**matches** [3] - 146:22, 147:15, 197:6

**matching** [1] -

158:20

**matter** [13] - 14:5, 20:2, 74:24, 75:13, 85:11, 98:21, 100:3, 100:15, 101:22, 144:14, 188:24, 238:3, 239:12

**matters** [3] - 11:5, 12:25, 58:15

**MATTERS** [1] - 1:21

**Matth** [14] - 128:5, 128:7, 130:5, 134:1, 134:2, 134:4, 135:23, 140:15, 140:20, 141:13, 148:5, 149:5, 149:17, 150:3

**MATTHEW** [1] - 1:7

**Matthew** [81] - 4:2, 4:14, 26:1, 47:11, 99:9, 99:18, 131:13, 132:9, 132:11, 133:4, 133:18, 136:20, 137:12, 137:23, 138:23, 139:9, 140:6, 140:14, 148:16, 149:3, 149:14, 150:4, 153:7, 153:14, 153:21, 156:10, 158:17, 158:18, 159:14, 159:16, 160:15, 161:19, 162:19, 162:20, 163:7, 164:3, 164:4, 166:8, 168:8, 169:8, 171:6, 171:7, 172:19, 173:1, 173:20, 174:12, 175:6, 175:7, 176:2, 176:14, 177:8, 177:21, 178:13, 178:14, 179:12, 179:19, 180:13, 181:1, 181:18, 181:19, 182:5, 182:7, 182:25, 184:13, 184:22, 185:15, 185:22, 186:17, 187:4, 188:5, 188:6, 188:14, 189:13, 191:4, 191:6, 191:16, 192:9, 192:20, 199:8, 199:21, 200:10

**McLaren** [18] - 3:7, 109:2, 109:3, 109:6, 109:10, 111:3, 111:20, 114:12, 124:5, 125:23, 129:11, 131:6, 137:16, 138:10, 138:17, 140:4, 143:24, 147:19

**masturbate** — see above

**meal** [2] - 35:15, 224:20

**meals** [9] - 35:17, 37:18, 59:22, 61:8, 61:24, 68:25, 78:4, 205:5, 205:7

**mean** [36] - 8:20, 28:16, 39:18, 39:19, 44:13, 54:4, 75:24, 116:14, 116:16, 116:17, 117:4, 118:12, 122:5, 152:11, 154:2, 154:17, 158:25, 159:14, 161:2, 162:5, 170:7, 170:21, 174:23, 175:1, 178:7, 178:9, 181:13, 184:23, 187:16, 192:18, 203:6, 213:5, 215:1, 218:2, 231:4, 232:20

**meaning** [4] - 116:15, 121:6, 145:15, 148:5

**means** [21] - 17:24, 41:11, 81:3, 116:11, 116:15, 118:13, 121:12, 122:6, 139:3, 146:10, 154:18, 158:3, 161:3, 162:6, 162:7, 170:3, 170:18, 170:23, 174:24, 178:8, 181:14

**mechanic** [5] - 60:17, 64:4, 64:6, 85:7, 107:12

**Medetis** [4] - 4:8, 18:20, 99:14, 189:16

**MEDETIS** [104] - 1:14, 4:7, 13:4, 13:7, 13:9, 13:24, 16:15, 20:22, 68:10, 70:23, 71:7, 74:4, 74:16, 75:25, 76:21, 76:23, 79:23, 80:7, 81:3, 81:13, 85:14, 87:4, 99:13, 102:20, 103:1, 103:15, 103:20, 103:24, 104:5, 104:14, 105:6, 109:1, 109:9, 110:25, 111:2, 111:16, 111:19, 112:6, 112:10, 113:24, 114:2, 114:5, 114:8, 114:10, 114:11, 114:19, 119:21, 119:23, 120:3, 120:5, 123:10, 123:12, 123:16,

123:18, 124:24,
125:2, 125:18,
125:21, 125:22,
126:20, 126:22,
127:12, 127:15,
129:6, 129:10, 131:3,
131:5, 132:20,
132:23, 135:5, 135:7,
136:9, 136:11,
137:13, 137:15,
138:7, 138:9, 138:12,
138:14, 138:16,
139:24, 143:21,
143:23, 147:16,
147:18, 147:21,
147:23, 148:1, 148:2,
148:10, 149:15,
149:19, 149:21,
150:5, 189:15,
191:23, 192:2,
193:19, 197:13,
223:1, 237:22,
238:18, 238:23, 239:5
**media** [3] - 98:21,
188:24, 238:3
**medical** [6] - 198:19,
203:4, 220:16,
223:17, 223:19,
224:12
**medicines** [1] -
220:16
**meet** [8] - 7:14, 69:5,
70:14, 71:17, 109:20,
200:11, 202:8, 209:7
**meeting** [3] - 11:24,
87:25, 88:5
**meetings** [10] - 5:2,
5:10, 5:12, 5:21, 7:25,
9:25, 10:13, 10:17,
10:23, 47:9
**members** [1] - 36:6
**memory** [1] - 124:10
**mention** [1] - 71:14
**mentioned** [2] - 8:13,
77:19
**merely** [1] - 7:13
**message** [2] -
232:17, 232:20
**met** [37] - 5:2, 5:5,
5:17, 6:4, 6:13, 6:14,
8:12, 10:4, 16:20,
16:21, 16:22, 18:20,
26:23, 27:6, 27:8,
27:10, 27:17, 27:18,
27:22, 28:4, 28:12,
28:20, 59:3, 59:7,
59:10, 66:14, 69:10,
87:21, 94:21, 107:6,
108:7, 140:8, 191:8,
200:14, 201:7, 206:19

**MIAMI** [1] - 1:2
**Miami** [56] - 1:4,
1:16, 1:22, 1:25, 2:2,
2:3, 48:13, 50:14,
109:13, 110:8,
110:10, 112:2,
112:15, 113:17,
116:2, 120:10,
120:18, 120:23,
121:25, 123:22,
124:3, 124:22,
124:19, 125:6, 125:8,
125:10, 126:2, 126:6,
127:20, 127:24,
129:14, 129:17,
130:1, 130:8, 130:11,
130:24, 132:12,
132:14, 135:11,
135:24, 136:1,
136:18, 137:9, 138:1,
138:19, 138:22,
139:14, 139:21,
144:17, 144:21,
148:23, 206:18,
209:7, 239:16, 239:17
**Michigan** [12] -
48:11, 48:12, 48:14,
50:8, 197:23, 199:4,
206:18, 219:19,
219:21, 220:1,
220:15, 220:20
**microphone** [3] -
114:16, 172:11,
199:19
**middle** [11] - 12:2,
21:19, 166:7, 184:9,
190:22, 227:16,
231:1, 234:15,
234:19, 234:20,
234:24
**midway** [1] - 165:8
**might** [4] - 156:2,
200:20, 234:21,
238:24
**military** [2] - 64:10,
113:1
**million** [2] - 220:14
**mind** [2] - 162:9,
219:23
**minister** [2] - 198:9,
203:8
**ministering** [1] -
201:14
**Ministries** [3] -
198:12, 220:1, 220:7
**ministry** [16] -
198:11, 198:13,
198:17, 198:18,
198:24, 199:2, 199:6,
200:12, 200:19,

200:23, 209:1, 220:8,
220:11, 220:12,
221:25, 226:21
**minute** [2] - 66:5,
75:16
**minutes** [5] - 87:11,
139:15, 189:5, 217:14
**misconduct** [1] -
86:22
**misplaced** [1] -
147:17
**mission** [5] - 198:23,
211:8, 212:24, 221:8,
221:11
**missionaries** [4] -
198:21, 200:18,
220:19, 220:23
**missionary** [2] -
198:9, 198:21
**mistake** [2] - 142:25,
196:13
**moment** [16] - 15:14,
57:25, 81:21, 83:16,
96:25, 143:17,
147:16, 149:8,
193:14, 193:19,
219:12, 230:13,
231:20, 236:21,
238:16, 238:18
**Monday** [1] - 194:9
**money** [23] - 21:8,
22:2, 22:4, 22:12,
22:14, 22:15, 48:2,
49:23, 54:12, 78:6,
206:7, 206:9, 209:17,
221:3, 221:7, 226:8,
226:9, 226:12,
226:20, 226:21,
226:24, 231:2, 231:4
**monies** [1] - 226:14
**monitor** [3] - 111:20,
114:3, 114:4
**month** [7] - 47:10,
49:25, 50:1, 66:20,
70:19, 150:23, 201:24
**Morning** [90] - 8:5,
11:10, 17:13, 17:14,
17:23, 28:3, 28:14,
28:16, 46:19, 49:23,
61:3, 61:6, 65:19,
65:22, 67:7, 67:22,
68:1, 68:7, 68:15,
69:21, 70:6, 70:8,
72:3, 72:14, 72:17,
74:12, 77:1, 77:6,
77:14, 79:11, 79:22,
80:4, 82:18, 83:2,
83:3, 84:11, 84:16,
89:12, 89:18, 90:1,
91:13, 97:3, 97:5,

97:18, 97:22, 98:2,
98:4, 98:8, 98:11,
103:6, 105:4, 107:9,
108:6, 108:12, 201:6,
201:18, 202:6,
203:25, 204:18,
205:5, 206:1, 206:2,
206:8, 206:9, 206:11,
209:15, 209:18,
210:11, 210:14,
210:17, 211:10,
211:22, 219:7, 221:4,
221:7, 222:3, 224:1,
226:8, 226:22, 227:2,
227:5, 230:17,
231:17, 231:23,
233:16, 233:20,
235:10, 236:24,
237:17
**morning** [34] - 4:1,
4:4, 4:7, 4:12, 4:13,
4:17, 4:18, 14:3,
14:20, 14:21, 14:23,
14:24, 15:6, 24:3,
24:4, 56:24, 57:6,
71:15, 125:11, 126:6,
127:5, 127:6, 127:24,
129:18, 204:24,
205:2, 205:3, 232:25,
233:1, 233:9, 233:19,
235:20, 238:10, 239:4
**most** [2] - 6:10,
200:18
**mother** [18] - 25:13,
25:15, 28:6, 28:17,
31:6, 31:14, 59:18,
60:19, 63:17, 85:6,
85:24, 86:2, 86:15,
97:5, 107:11, 107:13,
209:25, 225:2
**mother's** [3] - 27:15,
27:16, 27:18
**motion** [3] - 13:16,
14:8, 14:10
**mouth** [2] - 41:7,
41:8
**move** [33] - 15:15,
16:4, 28:20, 29:19,
31:23, 33:10, 33:23,
34:2, 46:9, 49:8, 51:4,
57:21, 73:24, 102:9,
113:19, 114:15,
117:6, 122:18,
130:19, 133:23,
134:20, 156:2, 156:9,
164:19, 169:11,
172:11, 173:23,
177:11, 180:16,
183:12, 186:20,
207:19

**moved** [25] - 29:17,
30:4, 30:16, 31:1,
31:21, 32:4, 32:6,
32:8, 32:9, 32:16,
32:19, 33:6, 33:11,
33:16, 33:17, 34:5,
36:22, 37:3, 37:6,
37:16, 38:8, 39:1,
57:18, 73:18, 220:3
**movies** [1] - 64:25
**moving** [10] - 31:2,
31:5, 31:15, 31:18,
57:22, 106:8, 106:9,
113:4, 125:17, 134:11
**MR** [148] - 4:13, 4:18,
5:25, 13:14, 13:21,
14:2, 14:5, 14:11,
16:6, 17:19, 18:4,
18:24, 19:4, 19:12,
19:16, 20:7, 20:24,
22:7, 22:16, 31:8,
31:10, 36:24, 37:10,
46:11, 58:3, 58:5,
68:13, 71:1, 71:9,
72:23, 73:1, 73:24,
74:5, 74:9, 74:12,
74:15, 74:18, 75:1,
75:4, 75:8, 75:16,
75:19, 76:1, 76:4,
76:7, 76:10, 76:13,
76:24, 77:5, 79:20,
79:24, 80:3, 80:9,
81:5, 81:15, 81:21,
81:23, 82:2, 82:11,
82:16, 82:21, 82:22,
83:2, 83:9, 83:14,
83:18, 83:20, 83:25,
84:5, 84:11, 84:20,
84:22, 84:23, 85:12,
86:21, 87:7, 88:1,
88:23, 89:13, 89:19,
90:14, 90:16, 91:4,
91:24, 92:8, 93:13,
93:23, 94:3, 94:7,
94:15, 94:24, 95:7,
95:9, 95:16, 95:21,
96:4, 97:15, 99:17,
100:10, 100:17,
100:23, 101:24,
102:2, 102:5, 102:8,
102:11, 104:22,
104:4, 106:6, 106:9,
106:16, 107:22,
140:3, 141:22,
141:24, 143:16,
143:19, 148:9, 149:6,
149:18, 149:25,
159:18, 189:19,
190:3, 190:8, 191:25,
192:6, 192:7, 193:14,
193:16, 194:12,

194:19, 194:25, 195:9, 195:16, 195:24, 196:19, 207:21, 216:25, 219:16, 223:4, 226:7, 230:13, 230:15, 231:20, 231:22, 232:7, 239:6

**MS** [315] - 4:7, 4:22, 7:6, 7:8, 13:4, 13:7, 13:9, 13:24, 15:3, 15:5, 15:7, 15:12, 15:17, 15:18, 16:4, 16:12, 16:15, 16:18, 17:21, 18:13, 19:2, 19:6, 19:10, 20:4, 20:22, 22:5, 22:20, 23:14, 23:18, 24:2, 24:10, 24:17, 24:21, 24:22, 26:8, 26:11, 26:19, 26:22, 28:22, 29:1, 29:19, 30:1, 31:13, 34:9, 34:12, 37:2, 37:11, 37:15, 45:10, 45:14, 46:9, 46:17, 48:15, 48:19, 49:8, 49:15, 57:25, 68:10, 70:23, 71:7, 74:1, 74:3, 74:4, 74:14, 74:16, 74:17, 75:3, 75:5, 75:11, 75:25, 76:21, 76:23, 77:2, 79:18, 79:23, 80:7, 81:3, 81:13, 82:8, 82:24, 83:3, 84:14, 84:24, 85:13, 85:14, 85:25, 86:14, 86:25, 87:4, 87:14, 88:4, 89:1, 89:16, 89:22, 90:21, 91:7, 92:2, 92:10, 93:16, 94:1, 94:4, 94:9, 94:17, 95:2, 95:13, 95:19, 96:1, 96:7, 96:25, 97:1, 97:17, 98:13, 99:13, 100:25, 101:4, 102:14, 102:20, 103:1, 103:15, 103:20, 103:24, 104:5, 104:14, 105:3, 105:6, 108:2, 108:22, 109:1, 109:9, 110:25, 111:2, 111:16, 111:19, 112:6, 112:10, 113:24, 114:2, 114:5, 114:8, 114:10, 114:11, 114:19, 119:21, 119:23, 120:3, 120:5, 123:10, 123:12, 123:16,

123:18, 124:24, 125:2, 125:18, 125:21, 125:22, 126:20, 126:22, 127:12, 127:15, 129:6, 129:10, 131:3, 131:5, 132:20, 132:23, 135:5, 135:7, 136:9, 136:11, 137:13, 137:15, 138:7, 138:9, 138:12, 138:14, 138:16, 139:24, 143:21, 143:23, 147:16, 147:18, 147:21, 147:23, 148:1, 148:2, 148:10, 149:15, 149:19, 149:21, 150:5, 150:9, 150:15, 151:21, 151:24, 152:19, 153:13, 155:9, 155:12, 155:23, 156:1, 156:7, 156:16, 156:19, 156:21, 157:3, 157:5, 159:4, 159:7, 159:21, 160:5, 160:8, 161:4, 161:6, 161:9, 163:1, 163:4, 163:13, 163:15, 163:19, 163:20, 164:19, 165:1, 165:2, 167:17, 167:19, 167:22, 167:25, 168:2, 168:16, 168:20, 169:11, 169:20, 169:21, 170:13, 170:15, 171:12, 171:15, 171:25, 172:2, 172:5, 172:7, 172:16, 173:3, 173:8, 173:23, 174:5, 174:8, 175:18, 175:20, 176:10, 176:12, 176:16, 176:21, 177:11, 177:18, 177:19, 178:25, 179:2, 179:5, 179:7, 179:21, 179:23, 180:1, 180:16, 180:23, 180:24, 182:10, 182:14, 182:17, 183:12, 183:19, 185:1, 185:3, 185:6, 185:8, 185:24, 186:4, 186:20, 187:2, 188:17, 189:15, 191:23, 192:2, 193:19, 193:22, 194:2, 194:15, 194:21, 195:3,

195:12, 195:21, 196:6, 196:23, 197:9, 197:13, 197:20, 199:15, 199:20, 200:2, 200:5, 206:24, 207:1, 207:19, 208:2, 217:3, 219:12, 223:1, 226:5, 232:11, 236:21, 236:22, 237:22, 238:18, 238:23, 239:5

**multiple** [1] - 198:18

**music** [1] - 232:16

**must** [4] - 144:7, 144:8, 144:17, 144:22

**Myers** [1] - 12:19

# N

**naked** [2] - 215:23, 217:25

**name** [103] - 15:23, 17:12, 19:20, 23:21, 28:2, 28:7, 28:10, 33:19, 33:21, 52:23, 52:24, 69:6, 109:5, 109:6, 113:18, 114:13, 114:23, 115:5, 115:7, 115:9, 117:6, 117:11, 118:1, 118:3, 120:22, 121:18, 121:22, 123:8, 128:2, 128:4, 128:5, 128:7, 128:9, 128:18, 129:20, 129:23, 129:25, 130:2, 130:4, 130:6, 130:16, 130:23, 133:7, 134:24, 135:12, 135:15, 135:22, 140:25, 141:11, 141:12, 145:6, 145:8, 146:11, 146:14, 146:17, 146:18, 146:19, 146:20, 146:21, 146:24, 147:5, 148:4, 148:15, 149:13, 149:24, 150:12, 152:2, 152:4, 156:24, 156:25, 157:1, 157:6, 159:1, 160:10, 162:9, 163:17, 164:1, 165:4, 165:5, 167:7, 168:14, 172:23, 174:11, 176:7, 177:20, 179:16, 182:23, 182:24, 185:19, 187:3, 188:13, 197:16, 197:17,

201:5, 203:7, 207:7, 237:1, 237:2

**named** [7] - 26:1, 26:12, 47:6, 117:5, 139:20, 140:13, 199:8

**names** [7] - 30:19, 30:20, 69:7, 97:24, 113:21, 147:8, 200:7

**National** [9] - 86:3, 86:6, 86:10, 86:11, 86:12, 86:14, 86:19, 94:10, 94:18

**native** [3] - 16:25, 24:13, 24:17

**nature** [3] - 58:11, 225:7, 225:16

**near** [4] - 168:13, 172:23, 185:18, 202:18

**neat** [1] - 205:9

**necessarily** [2] - 105:10, 193:7

**necessary** [1] - 139:17

**need** [8] - 7:9, 8:21, 16:13, 91:5, 102:6, 130:7, 146:7, 213:12

**needed** [8] - 21:8, 57:12, 108:11, 124:10, 218:25, 228:2, 228:15

**needy** [1] - 220:15

**Neidzielski** [2] - 70:15, 98:4

**neighbor** [1] - 235:18

**neighborhood** [9] - 203:5, 203:9, 223:21, 223:25, 224:2, 224:5, 224:14, 224:18, 235:9

**neighbors** [1] - 235:16

**nervous** [1] - 213:17

**never** [36] - 8:12, 10:4, 18:22, 59:3, 63:23, 65:9, 65:11, 65:18, 66:20, 67:21, 67:24, 70:3, 70:8, 70:9, 70:12, 71:14, 71:16, 90:24, 90:25, 140:8, 190:13, 191:8, 205:24, 218:18, 220:12, 220:24, 225:20, 226:15, 226:19, 230:9, 230:24, 231:8, 232:2, 232:4

**new** [6] - 108:10, 124:9, 124:10, 165:7, 165:8, 168:7

**New** [2] - 1:18, 199:7

**next** [33] - 20:23, 23:17, 33:12, 33:15, 33:17, 33:25, 34:2, 41:16, 43:11, 44:5, 44:7, 92:15, 108:18, 108:25, 115:3, 115:10, 116:4, 116:6, 116:14, 122:4, 132:6, 132:9, 132:11, 150:8, 150:23, 166:3, 197:12, 206:11, 206:12, 218:9, 218:10, 218:23, 235:11

**nice** [4] - 39:15, 235:11, 238:9, 239:4

**nicely** [1] - 204:21

**nicer** [1] - 224:1

**nickname** [1] - 35:11

**night** [19] - 12:2, 43:14, 48:13, 55:15, 214:1, 214:7, 214:13, 214:14, 214:23, 218:12, 227:16, 228:21, 230:16, 231:25, 233:15, 234:15, 234:19, 234:21, 234:24

**nightmare** [1] - 70:10

**nights** [1] - 67:2

**NK** [2] - 154:2, 170:3

**NK165** [4] - 160:20, 161:13, 161:16, 163:8

**NK330** [4] - 154:1, 155:16, 157:16, 157:22

**NK372** [1] - 174:16

**NK845** [1] - 177:25

**NK951** [2] - 181:5, 184:4

**NK952** [3] - 170:2, 184:7, 187:8

**NO** [1] - 1:2

**no-show** [3] - 158:4, 158:7, 171:2

**nobody** [1] - 229:18

**none** [5] - 143:6, 215:16, 215:25, 219:11, 224:7

**Norman** [5] - 66:24, 67:21, 68:6, 69:18, 70:13

**North** [2] - 2:2, 239:16

**Northeast** [1] - 1:15

**notebooks** [3] - 99:1, 189:4, 238:8

**nothing** [12] - 6:5,

6:13, 6:15, 6:16, 68:1, 81:1, 81:4, 81:8, 81:9, 231:24, 237:15, 237:21

**November** [12] - 12:18, 126:3, 127:2, 127:8, 154:9, 155:18, 159:17, 160:22, 161:15, 162:24, 190:16, 191:1

**nowhere** [1] - 231:1

**Number** [1] - 158:24

**number** [49] - 6:24, 22:8, 22:9, 35:22, 71:5, 87:16, 115:12, 115:15, 116:3, 116:6, 117:4, 118:9, 118:22, 129:1, 134:21, 137:2, 137:4, 138:13, 153:10, 153:25, 154:3, 155:15, 157:22, 159:1, 159:2, 159:11, 159:22, 160:19, 161:12, 162:11, 163:18, 166:14, 167:6, 170:1, 171:5, 171:16, 171:23, 174:15, 175:4, 177:24, 178:11, 181:4, 181:16, 182:8, 184:3, 184:15, 187:7, 187:18

**numbers** [5] - 131:16, 132:2, 141:20, 162:13, 162:16

**numerous** [1] - 101:5

**NW** [1] - 1:18

## O

**O'Hare** [1] - 134:19

**oath** [4] - 14:25, 75:21, 106:2, 190:1

**obedient** [2] - 205:25, 213:17

**objection** [61] - 8:1, 8:23, 13:15, 17:19, 18:4, 18:24, 19:4, 20:4, 22:5, 31:8, 36:24, 37:10, 46:11, 68:10, 70:23, 71:7, 74:1, 74:3, 76:21, 77:2, 79:18, 79:23, 80:7, 81:13, 88:1, 88:23, 89:13, 89:19, 90:14, 91:4, 91:24, 92:8, 93:13, 93:23, 94:3, 94:7, 94:15,

94:24, 95:7, 95:16, 95:21, 96:4, 99:25, 100:2, 148:9, 149:6, 149:18, 149:25, 159:18, 191:23, 194:12, 194:19, 194:25, 195:9, 195:16, 195:24, 196:19, 207:21, 216:25, 223:1, 226:5

**objectionable** [2] - 7:4, 7:5

**objections** [2] - 16:6, 16:7

**obligation** [1] - 6:9

**obtain** [2] - 192:8, 192:12

**Ocala** [1] - 48:13

**occasion** [8] - 32:19, 40:22, 43:16, 43:23, 86:7, 86:9, 92:20, 207:13

**occasions** [3] - 32:10, 32:24, 207:15

**occupation** [1] - 198:8

**occur** [1] - 194:8

**occurred** [5] - 70:11, 77:14, 104:6, 104:19, 105:19

**occurrences** [1] - 105:19

**occurring** [1] - 44:10

**October** [29] - 47:12, 50:3, 50:22, 104:24, 104:25, 120:11, 120:19, 120:24, 121:4, 122:1, 122:24, 123:21, 124:2, 125:7, 125:9, 206:12, 206:16, 206:22, 208:21, 208:22, 208:25, 209:11, 210:10, 210:18, 213:1, 228:12, 230:16, 232:4

**OF** [3] - 1:1, 1:4, 1:17

**offer** [2] - 54:8, 54:11

**office** [2] - 71:23, 110:8

**officer** [1] - 238:9

**officers** [12] - 94:21, 94:23, 95:3, 95:6, 95:15, 95:20, 96:3, 96:9, 96:11, 96:14, 96:19, 96:22

**Official** [1] - 239:16

**official** [1] - 2:1

**officials** [1] - 47:4

**often** [13] - 43:8,

43:10, 44:2, 44:4, 44:23, 44:24, 63:4, 63:6, 96:19, 96:21, 151:19, 178:9, 234:13

**old** [18] - 17:15, 18:8, 24:25, 26:23, 26:25, 35:3, 35:6, 51:24, 54:19, 55:18, 55:21, 73:11, 91:19, 107:8, 216:1, 219:23, 231:12

**older** [16] - 25:24, 25:25, 31:20, 35:8, 47:19, 47:22, 55:22, 55:23, 55:24, 56:17, 228:19, 234:16, 234:17, 235:22, 237:18

**oldest** [3] - 203:7, 204:25, 205:1

**on-line** [2] - 146:9, 146:19

**once** [15] - 35:19, 66:20, 67:21, 71:14, 72:6, 96:23, 128:18, 132:5, 145:15, 145:18, 145:19, 145:20, 151:20, 154:23, 211:11

**one** [95] - 11:13, 14:5, 18:11, 25:23, 25:25, 28:7, 30:18, 33:10, 35:19, 37:25, 38:25, 39:2, 40:24, 43:14, 47:22, 49:25, 52:14, 55:15, 55:16, 61:7, 64:2, 67:9, 68:1, 69:24, 71:20, 81:21, 82:9, 82:14, 82:15, 84:7, 88:8, 92:17, 96:25, 98:3, 101:1, 102:7, 107:8, 107:15, 108:6, 119:14, 124:12, 125:16, 133:25, 136:16, 136:17, 141:20, 143:5, 143:17, 149:8, 152:9, 155:6, 155:7, 157:19, 157:22, 166:4, 169:1, 173:1, 176:14, 179:19, 185:22, 190:11, 190:22, 190:25, 193:14, 203:8, 209:4, 210:2, 212:10, 213:3, 213:5, 213:7, 214:2, 214:7, 214:21, 216:2, 219:1, 219:12, 220:18, 224:1, 226:10, 230:13, 231:20, 231:25,

232:17, 232:19, 233:9, 233:17, 234:2, 234:5, 236:21, 237:4

**one's** [1] - 61:10

**one-on-one** [1] - 71:20

**ones** [12] - 141:15, 165:6, 193:3, 214:2, 214:8, 216:2, 225:9, 228:16, 228:19, 233:18, 234:17

**ongoing** [1] - 19:24

**open** [17] - 6:8, 6:12, 76:11, 80:5, 87:5, 93:3, 94:11, 94:14, 101:17, 145:3, 214:16, 214:23, 215:1, 215:2, 215:3, 215:7, 219:3

**open-air** [1] - 215:3

**opened** [7] - 56:7, 85:15, 85:20, 100:11, 101:2, 101:7, 214:7

**opening** [1] - 218:22

**opens** [3] - 10:19, 11:1, 101:12

**operating** [1] - 219:25

**operation** [1] - 79:11

**operations** [1] - 237:16

**opportunities** [1] - 70:2

**opportunity** [11] - 36:5, 36:8, 59:21, 61:12, 62:13, 62:17, 65:3, 68:25, 78:19, 78:24, 117:7

**opposed** [2] - 118:22, 236:25

**opposite** [2] - 204:4

**ordained** [1] - 198:9

**order** [13] - 13:15, 31:16, 36:11, 49:23, 93:22, 105:8, 113:9, 113:21, 113:22, 118:22, 118:23, 141:1, 238:20

**ordered** [1] - 82:9

**orderly** [1] - 221:20

**organization** [3] - 198:10, 198:15, 200:17

**organizations** [1] - 221:3

**originally** [1] - 25:2

**originating** [3] - 166:1, 166:2, 166:5

**origination** [1] - 144:17

**orphanage** [41] - 27:17, 27:25, 28:2, 28:4, 28:17, 28:20, 29:6, 29:17, 30:5, 30:14, 30:15, 31:9, 33:7, 33:10, 38:5, 38:8, 47:16, 48:2, 49:22, 59:17, 59:18, 73:18, 90:3, 94:11, 94:14, 96:10, 96:12, 96:20, 96:23, 201:2, 201:5, 201:16, 201:25, 202:5, 202:8, 202:15, 202:23, 203:11, 204:19, 210:5, 211:11

**out-of-court** [5] - 74:14, 74:17, 74:23, 75:3, 75:12

**outside** [8] - 9:15, 45:1, 74:8, 82:5, 100:1, 100:4, 215:1, 215:2

**overhead** [2] - 16:13, 113:25

**overnight** [1] - 233:22

**overrule** [2] - 8:1, 77:3

**overruled** [18] - 16:7, 18:6, 20:5, 31:12, 80:1, 81:14, 90:18, 95:1, 95:24, 96:5, 100:2, 149:9, 150:2, 195:2, 195:17, 196:1, 196:21, 223:3

**oversaw** [1] - 225:3, 225:10

**oversee** [1] - 210:2

**own** [8] - 55:10, 74:10, 75:1, 204:21, 204:22, 227:10, 236:5, 237:2

**Oxford** [2] - 197:23, 199:4

## P

**p.m** [6] - 1:6, 105:25, 189:7, 189:24, 228:17, 238:11

**P4** [1] - 162:15

**pace** [1] - 13:25

**packed** [1] - 238:18

**page** [31] - 11:8, 17:10, 21:19, 112:7, 113:4, 114:22, 115:2, 115:3, 117:20, 118:11, 118:18, 119:5, 121:19,

121:21, 128:12, 130:2, 134:9, 135:17, 139:11, 145:4, 156:13, 156:15, 161:22, 161:23, 168:13, 172:22, 176:5, 179:16, 185:18, 208:16, 238:25

**PAGE** [1] - 3:12
**Page** [16] - 11:20, 21:13, 114:24, 117:21, 118:19, 119:6, 121:1, 121:20, 121:23, 128:13, 130:3, 134:10, 135:18, 148:4, 208:10, 208:20
**pages** [1] - 119:7
**Pages** [2] - 1:8, 14:8
**paid** [2] - 37:3, 132:4
**painted** [1] - 52:13
**pair** [1] - 37:25
**Palm** [10] - 154:11, 157:10, 157:17, 157:19, 159:17, 161:1, 161:17, 162:2, 190:19, 191:2
**Papa** [1] - 107:3
**paper** [1] - 116:17
**paragraph** [1] - 46:25
**parameters** [1] - 141:8
**parcel** [1] - 104:20
**pardon** [1] - 210:24
**pare** [1] - 238:24
**Parental** [1] - 46:22
**parents** [17] - 25:12, 25:14, 35:17, 36:19, 37:6, 37:9, 37:18, 37:22, 45:22, 57:23, 78:2, 89:8, 93:5, 93:9, 93:12, 93:17, 97:8
**parents'** [1] - 47:14
**Paris** [1] - 25:5
**parked** [1] - 203:3
**part** [12] - 17:18, 31:12, 104:20, 112:3, 113:6, 164:17, 183:9, 192:15, 198:25, 219:5, 221:25, 226:21
**part-time** [1] - 198:25
**participate** [2] - 9:14, 23:11
**particular** [23] - 27:12, 60:21, 76:17, 103:25, 111:25, 113:10, 113:12,

113:13, 113:18, 117:14, 119:10, 122:24, 125:14, 126:9, 127:7, 128:15, 128:25, 132:5, 139:21, 146:16, 154:24, 198:10, 209:20
**parties** [1] - 13:12
**partner** [2] - 121:14, 121:15
**parts** [1] - 12:24
**party** [1] - 115:13
**pass** [22] - 25:18, 100:20, 136:17, 137:6, 137:9, 137:11, 143:1, 143:2, 144:7, 144:24, 145:4, 145:7, 145:8, 146:3, 149:2, 158:5, 158:9, 162:6, 170:24, 174:24, 178:8, 181:14
**passed** [1] - 25:16
**passenger** [115] - 109:15, 110:11, 110:16, 113:8, 113:12, 113:17, 113:21, 113:22, 114:13, 114:23, 115:5, 115:21, 116:7, 117:5, 118:1, 118:23, 120:22, 122:8, 123:7, 124:12, 124:20, 125:14, 126:8, 127:7, 128:2, 128:10, 129:19, 130:1, 130:22, 131:7, 131:12, 131:13, 131:15, 132:5, 133:5, 133:9, 134:24, 135:12, 135:13, 135:18, 136:19, 137:11, 137:21, 138:3, 139:1, 139:18, 141:13, 142:10, 142:19, 144:1, 144:11, 145:1, 145:14, 145:19, 145:24, 146:7, 146:16, 146:24, 147:3, 147:5, 148:15, 151:12, 151:17, 152:2, 152:4, 153:6, 155:6, 155:14, 155:20, 156:24, 158:7, 159:1, 159:2, 159:3, 159:11, 160:1, 160:10, 161:11, 163:17, 164:1, 164:2, 165:4, 165:5, 167:5,

167:14, 168:4, 168:6, 171:21, 172:15, 174:11, 175:16, 176:1, 177:20, 179:9, 180:25, 182:23, 182:24, 184:8, 184:25, 185:12, 187:3, 188:3, 191:4, 192:24, 193:7, 194:22, 195:7, 195:14, 195:18, 195:22, 196:7, 196:17
**Passenger** [42] - 113:5, 115:19, 117:14, 118:2, 118:4, 118:15, 118:24, 119:2, 119:3, 120:25, 121:9, 121:13, 121:18, 121:21, 121:25, 128:7, 128:9, 128:15, 128:18, 128:24, 130:4, 130:13, 130:16, 133:15, 133:17, 134:4, 135:20, 135:22, 136:3, 136:21, 138:22, 139:2, 139:5, 139:17, 148:4, 149:3, 166:6, 182:5, 182:7
**passenger's** [9] - 143:2, 149:24, 156:25, 158:6, 166:24, 188:13, 194:17, 194:23, 195:8
**Passengers** [2] - 122:15, 122:20
**passengers** [18] - 109:25, 110:20, 111:11, 113:9, 117:11, 118:21, 122:23, 123:1, 130:6, 139:20, 143:14, 144:6, 144:12, 149:22, 157:14, 158:14, 171:1, 193:1
**passengers'** [2] - 149:23, 155:21
**passes** [3] - 116:25, 136:15, 149:23
**passport** [41] - 109:21, 143:3, 144:7, 144:22, 144:25, 145:1, 145:2, 145:3, 145:5, 145:7, 145:9, 146:12, 166:12, 166:14, 166:16, 166:18, 166:23, 166:24, 167:6, 171:23, 182:7,

184:13, 184:15, 184:17, 194:17, 194:23, 195:8, 195:15, 195:19, 195:23, 196:4, 207:8, 207:10, 207:16, 208:6, 208:8, 208:10, 208:14, 208:20
**past** [1] - 204:2
**pastor** [1] - 72:6
**pastors** [3] - 66:14, 71:17, 71:22
**pay** [8] - 31:6, 36:11, 36:16, 36:22, 37:12, 57:23, 209:24, 225:20
**paying** [1] - 37:7
**PBI** [2] - 154:12, 157:10
**PDC** [1] - 145:20
**peanut** [1] - 96:16
**penalty** [2] - 75:21, 75:22
**pending** [2] - 13:17, 18:5
**penis** [23] - 41:8, 41:9, 41:13, 41:16, 42:1, 42:5, 42:14, 42:15, 42:20, 43:5, 43:16, 43:19, 44:15, 51:7, 51:16, 51:18, 51:22, 52:19, 53:4, 53:5, 53:7, 53:11
**people** [37] - 8:12, 22:4, 30:11, 30:13, 58:6, 58:9, 66:7, 71:5, 72:12, 76:18, 77:8, 89:5, 89:6, 89:23, 97:10, 97:21, 97:25, 99:24, 115:12, 115:15, 115:20, 115:21, 198:24, 203:5, 203:9, 206:4, 206:6, 220:12, 221:3, 223:21, 224:13, 224:17, 225:4, 226:19, 226:20, 231:10
**people's** [1] - 70:17
**perceived** [2] - 83:8, 85:4
**perceiving** [2] - 82:19, 83:12
**perfectly** [1] - 156:8
**perhaps** [2] - 182:6
**period** [20] - 5:21, 9:20, 32:20, 64:4, 65:25, 103:4, 103:5, 103:7, 103:8, 103:10, 104:7, 104:11, 104:17, 104:18,

104:20, 105:8, 105:20, 216:16, 217:20
**periods** [3] - 32:15, 53:19, 105:5
**perjury** [2] - 75:21, 75:22
**permission** [49] - 15:10, 28:24, 45:12, 48:17, 111:16, 119:21, 120:3, 123:10, 123:16, 124:24, 126:20, 127:12, 129:8, 131:3, 132:20, 135:5, 136:9, 138:12, 147:23, 151:21, 155:9, 155:23, 157:3, 159:4, 160:5, 161:4, 161:6, 163:1, 163:13, 167:17, 167:25, 168:18, 171:12, 171:25, 172:5, 173:6, 174:6, 175:18, 176:10, 176:19, 178:25, 179:5, 179:21, 182:15, 185:1, 185:6, 186:2, 193:22, 206:24
**permitted** [1] - 199:15
**person** [13] - 47:5, 141:14, 145:2, 153:18, 153:20, 157:20, 184:24, 187:24, 187:25, 193:4, 193:6, 211:13, 224:25
**personal** [3] - 58:11, 84:5, 204:22
**personnel** [1] - 147:4
**persons** [3] - 10:17, 10:18, 100:6
**pertaining** [2] - 119:9, 115:15
**Peter** [1] - 118:3
**PETERSON** [2] - 23:19, 23:22
**Peterson** [26] - 3:6, 23:18, 23:22, 24:5, 24:11, 24:23, 26:1, 30:2, 30:18, 34:13, 45:15, 46:18, 46:24, 48:20, 85:16, 87:15, 94:10, 97:2, 99:22, 100:12, 104:14, 105:1, 105:16, 107:8, 107:17, 108:5
**Phil** [3] - 4:14, 99:18, 189:19

**PHILIP** [1] - 1:23

**Philippines** [1] - 220:18

**phone** [6] - 7:18, 22:8, 153:9, 153:10, 188:1, 193:6

**photograph** [1] - 34:13

**physical** [1] - 11:17

**pick** [1] - 82:13

**picture** [14] - 29:8, 29:11, 29:13, 34:19, 34:21, 35:4, 48:24, 48:25, 49:4, 144:25, 145:4, 147:11, 147:15, 207:7

**pictures** [3] - 29:15, 30:19, 30:23

**piece** [3] - 26:5, 26:16, 199:25

**pieces** [1] - 162:15

**place** [17] - 33:10, 112:19, 114:3, 118:14, 120:12, 123:23, 125:9, 126:4, 126:15, 127:3, 127:22, 129:16, 139:8, 139:10, 209:20, 225:1, 235:12

**placed** [1] - 22:14

**places** [7] - 39:3, 39:7, 48:12, 65:6, 206:5, 221:2, 226:16

**Plaintiff** [1] - 1:5

**plan** [1] - 76:5

**plane** [6] - 111:11, 118:15, 140:12, 140:14, 147:4, 162:7

**planning** [1] - 218:22

**plans** [1] - 209:18

**plastic** [1] - 227:24

**play** [2] - 35:16, 64:24

**players** [1] - 54:15

**playing** [2] - 40:24, 57:16

**pleasure** [1] - 14:13

**plus** [1] - 198:21

**PNR** [8] - 152:2, 158:24, 160:10, 171:7, 171:16, 175:7, 178:14, 188:6

**point** [17] - 26:5, 26:16, 39:10, 51:17, 101:1, 144:15, 145:13, 146:16, 146:23, 147:3, 191:10, 199:23, 211:14, 218:6, 231:5, 238:23, 238:25

**pointed** [1] - 10:16

**pointing** [2] - 5:4, 115:18

**Police** [9] - 86:3, 86:6, 86:10, 86:11, 86:13, 86:14, 86:19, 94:10, 94:18

**police** [18] - 63:11, 79:1, 81:11, 85:18, 85:19, 86:22, 94:21, 94:23, 95:3, 95:5, 95:14, 95:20, 96:2, 96:8, 96:11, 96:14, 96:19, 96:22

**polite** [2] - 205:24, 205:25

**poor** [1] - 36:10

**porch** [1] - 214:21

**Port** [52] - 25:3, 27:11, 112:2, 112:13, 113:17, 120:11, 120:16, 120:18, 120:23, 122:1, 123:21, 123:24, 124:18, 125:7, 125:8, 125:11, 126:2, 126:5, 127:2, 127:5, 127:8, 127:19, 127:23, 129:15, 129:18, 129:20, 130:11, 130:24, 132:13, 132:14, 135:25, 137:10, 138:2, 138:20, 138:22, 139:14, 139:22, 148:23, 165:14, 165:20, 165:25, 170:14, 181:9, 184:2, 184:7, 187:11, 191:22, 192:10, 192:21, 194:6, 194:11, 202:21

**Port-au-Prince** [52] - 25:3, 27:11, 112:2, 112:13, 113:17, 120:11, 120:16, 120:18, 120:23, 122:1, 123:21, 123:24, 124:18, 125:7, 125:8, 125:11, 126:2, 126:5, 127:2, 127:5, 127:8, 127:19, 127:23, 129:15, 129:18, 129:20, 130:11, 130:24, 132:13, 132:14, 135:25, 137:10, 138:2, 138:20, 138:22, 139:14, 148:23,

165:14, 165:20, 165:25, 170:14, 181:9, 184:2, 184:7, 187:11, 191:22, 192:10, 192:21, 194:6, 194:11, 202:21

**portion** [1] - 114:12

**position** [13] - 82:16, 84:13, 85:15, 103:1, 104:2, 104:15, 110:15, 150:24, 151:2, 151:6, 151:11, 214:6, 220:3

**possible** [6] - 113:24, 115:1, 148:1, 156:16, 171:1, 238:24

**pounds** [2] - 122:11

**pounds'** [1] - 220:14

**poured** [2] - 12:2, 42:12

**practiced** [1] - 38:4

**praise** [2] - 205:3, 232:16

**praised** [2] - 70:6, 70:8

**pray** [1] - 21:22

**prayed** [1] - 202:13

**prayer** [2] - 233:1, 233:6

**prayers** [1] - 107:3

**preacher** [2] - 85:6, 107:12

**preceded** [2] - 103:3, 103:5

**preceding** [1] - 4:25

**prefer** [1] - 24:15

**prepared** [3] - 57:4, 81:24, 90:2

**presence** [2] - 74:8, 82:5

**present** [11] - 4:15, 82:17, 84:3, 85:9, 99:19, 100:24, 144:22, 145:22, 146:12, 189:20, 196:22

**present-sense** [3] - 82:17, 84:3, 85:9

**presented** [2] - 196:3, 196:25

**presenting** [1] - 103:17

**press** [2] - 141:1, 141:4

**pressed** [1] - 142:13

**pretty** [2] - 58:25, 201:12

**previous** [4] - 118:11, 125:13, 134:23, 210:15

**previously** [33] - 15:7, 34:10, 111:3, 123:13, 124:25, 125:19, 126:18, 127:13, 129:6, 131:1, 132:18, 135:4, 136:7, 138:11, 148:14, 151:22, 155:10, 160:6, 161:7, 167:22, 172:3, 173:4, 175:15, 175:21, 176:17, 179:3, 179:24, 181:24, 182:11, 185:4, 185:25, 188:9, 193:23

**Prieto** [1] - 12:18

**PRIETO** [1] - 12:18

**Prince** [52] - 25:3, 27:11, 112:2, 112:13, 113:17, 120:11, 120:16, 120:18, 120:23, 122:1, 123:21, 123:24, 124:18, 125:7, 125:8, 125:11, 126:2, 126:5, 127:2, 127:5, 127:8, 127:19, 127:23, 129:15, 129:18, 129:20, 130:11, 130:24, 132:13, 132:14, 135:25, 137:10, 138:2, 138:20, 138:22, 139:14, 139:22, 148:23, 165:14, 165:20, 165:25, 170:14, 181:9, 184:2, 184:7, 187:11, 191:22, 192:10, 192:21, 194:6, 194:11, 202:21

**print** [3] - 140:23, 149:12, 155:14

**printed** [2] - 142:13, 162:16

**prints** [1] - 140:24

**private** [2] - 213:11, 227:10

**privilege** [1] - 36:7

**problem** [1] - 193:21

**procedure** [1] - 116:11

**proceed** [4] - 15:2, 87:11, 106:3, 190:2

**proceeding** [2] - 75:23, 214:11

**proceedings** [13] - 14:19, 74:7, 76:11, 82:4, 87:5, 99:5, 99:7, 105:25, 189:8,

189:11, 189:24, 238:12, 239:12

**Proceedings** [1] - 239:7

**Process** [1] - 139:16

**process** [6] - 110:17, 110:19, 126:12, 144:12, 145:13, 192:16

**produce** [2] - 192:13, 234:16

**produced** [1] - 191:19

**product** [1] - 5:12

**program** [16] - 11:10, 15:24, 17:13, 17:14, 17:16, 18:9, 18:17, 70:8, 73:13, 77:23, 84:1, 85:5, 91:13, 107:9, 107:10, 108:12

**promise** [2] - 54:8, 54:11, 54:12

**prompted** [1] - 86:3

**proper** [3] - 10:25, 144:4, 144:18

**property** [1] - 199:3

**protect** [2] - 56:18, 57:11

**Protection** [1] - 139:16

**proud** [1] - 89:4

**provide** [6] - 60:11, 62:12, 78:3, 78:6, 195:19, 196:17

**provided** [25] - 59:21, 61:7, 61:10, 61:12, 61:14, 61:17, 62:12, 68:23, 123:5, 159:14, 159:15, 160:1, 160:2, 160:16, 163:10, 166:7, 166:20, 166:21, 166:25, 171:21, 171:23, 182:5, 182:8, 194:24, 196:10

**provides** [3] - 166:18, 167:13, 193:7

**provision** [4] - 198:18, 220:8, 220:11, 220:18

**provisions** [1] - 227:1

**publish** [47] - 16:11, 29:25, 46:16, 49:14, 102:1, 102:10, 106:15, 111:16, 120:3, 123:16, 124:24, 125:17, 125:20, 125:23, 126:20, 127:12,

129:8, 131:3, 132:20, 135:5, 136:12, 137:16, 138:12, 147:23, 151:21, 155:9, 159:4, 160:5, 161:6, 163:1, 164:25, 167:25, 169:17, 169:18, 171:12, 172:5, 174:4, 174:6, 176:10, 177:17, 179:5, 180:22, 183:18, 185:6, 187:1, 193:22, 208:1

**published** [1] - 100:18

**publishing** [2] - 147:25, 169:18

**pull** [2] - 151:15, 155:6

**pump** [1] - 227:18

**punched** [1] - 93:10

**punished** [1] - 90:25

**purchase** [4] - 116:22, 131:24, 146:8, 146:9

**purchased** [7] - 131:8, 131:10, 146:6, 146:17, 146:23, 147:6, 152:17

**purpose** [3] - 72:16, 104:1, 202:6

**purposes** [2] - 122:9, 122:14

**pursuant** [2] - 12:11, 13:15

**pushes** [1] - 145:20

**put** [15] - 16:13, 22:8, 22:13, 31:7, 41:7, 41:8, 42:14, 93:8, 93:21, 120:6, 146:1, 196:12, 208:14, 227:18, 234:10

**puts** [2] - 104:8, 104:11

**putting** [2] - 109:25, 201:14

## Q

**quarter** [1] - 239:1

**quarters** [1] - 179:15

**questioned** [3] - 10:17, 11:3, 99:23

**questioning** [3] - 9:19, 85:17, 85:23

**questions** [31] - 4:23, 5:1, 5:16, 6:1, 6:8, 6:10, 6:18, 6:20, 7:8, 7:16, 22:16,

---

23:14, 58:19, 58:25, 85:12, 86:17, 87:7, 97:2, 98:13, 101:5, 101:11, 101:14, 102:12, 102:15, 107:22, 143:19, 150:5, 193:16, 197:9, 232:7, 237:22

**quickly** [1] - 56:5

**quite** [3] - 101:18, 151:13, 235:17

**quoting** [1] - 12:23

## R

**raise** [6] - 48:2, 49:22, 49:23, 206:9, 226:8, 226:9

**raised** [5] - 101:12, 212:14, 226:12, 226:13, 226:15

**randomly** [1] - 115:11

**range** [1] - 204:14

**rather** [2] - 58:7, 58:11

**RDR** [2] - 2:1, 239:15

**reached** [2] - 65:11, 65:18

**reaching** [1] - 22:25

**react** [1] - 53:16

**read** [14] - 17:10, 17:18, 46:25, 98:20, 100:18, 100:19, 106:24, 151:16, 188:23, 208:3, 208:11, 233:10, 238:2

**reader** [1] - 146:5

**reading** [2] - 17:22, 18:3

**ready** [6] - 14:15, 105:21, 225:16, 235:20, 235:21, 235:23

**real** [6] - 84:1, 85:5, 107:10, 199:14, 219:1, 219:3

**really** [9] - 18:7, 59:17, 101:18, 196:14, 218:6, 225:20, 233:17, 236:12

**reason** [14] - 6:21, 17:16, 17:23, 31:5, 31:15, 31:17, 40:7, 61:6, 85:22, 166:4, 212:1, 219:2, 219:3, 237:12

**reasons** [3] - 11:12,

---

18:10, 88:8

**receipt** [5] - 131:7, 131:9, 131:15, 133:5, 138:3

**receipts** [3] - 137:20, 137:21, 137:24

**receive** [3] - 198:22, 200:20, 236:16

**received** [5] - 151:16, 201:12, 208:16, 236:1, 236:23

**RECEIVED** [1] - 3:12

**recent** [13] - 6:2, 6:5, 6:12, 6:14, 6:15, 6:17, 6:20, 7:10, 7:24, 9:21, 9:24, 10:20, 12:11

**recently** [1] - 8:8

**recess** [7] - 75:16, 99:3, 99:6, 189:5, 189:9, 189:10, 239:3

**recognize** [7] - 15:19, 29:3, 30:11, 45:17, 48:21, 73:4, 111:7, 120:1, 163:23, 168:23, 172:8, 175:23, 176:24, 180:3, 182:20, 185:9, 186:7, 207:4, 207:6

**recollection** [1] - 104:9

**reconcile** [12] - 155:14, 155:20, 158:7, 159:3, 159:12, 161:11, 168:4, 168:6, 172:15, 176:1, 179:9, 185:12

**record** [114] - 4:6, 26:8, 26:19, 99:12, 112:6, 112:18, 117:13, 124:16, 126:14, 127:21, 128:1, 128:6, 129:19, 152:1, 152:2, 152:4, 152:8, 152:20, 153:2, 153:4, 153:6, 154:22, 154:25, 156:10, 158:10, 158:18, 158:21, 158:22, 159:1, 159:2, 159:8, 159:11, 160:1, 160:10, 160:11, 160:12, 160:14, 161:19, 162:19, 162:22, 162:23, 163:5, 163:7, 163:17, 164:1, 164:4, 164:7, 164:13, 165:4, 165:5, 165:9, 165:12, 165:16, 165:23, 168:5, 168:8, 168:11,

---

169:7, 169:22, 171:7, 171:8, 171:9, 171:10, 171:16, 171:18, 172:19, 172:25, 174:9, 175:6, 175:7, 175:11, 175:12, 175:16, 176:2, 176:13, 177:7, 178:13, 178:14, 178:16, 178:17, 178:21, 178:23, 179:12, 179:18, 180:12, 181:20, 181:21, 182:2, 182:23, 182:24, 183:1, 183:4, 183:6, 183:20, 183:25, 184:5, 185:15, 185:21, 186:16, 188:6, 188:7, 188:8, 188:13, 192:12, 192:15, 193:10, 194:3, 197:16, 200:2

**Record** [1] - 152:23

**record-retrieving** [1] - 192:15

**recordkeeping** [1] - 110:13

**records** [22] - 140:23, 140:24, 141:1, 142:17, 142:18, 145:11, 151:12, 151:17, 164:10, 164:16, 183:9, 191:12, 191:15, 191:16, 191:18, 191:19, 192:8, 192:14, 192:17, 192:21, 193:10

**recross** [2] - 12:6, 19:12

**RECROSS** [2] - 19:15, 106:5

**RECROSS-EXAMINATION** [2] - 19:15, 106:5

**recurrent** [1] - 151:20

**Red** [1] - 3:3

**red** [1] - 82:15

**redacted** [3] - 11:18, 12:4, 13:5

**redaction** [1] - 12:5

**redirect** [9] - 6:25, 11:3, 22:18, 87:9, 99:23, 100:13, 143:20, 193:18, 232:9

**REDIRECT** [7] - 15:4, 22:19, 87:13,

---

108:1, 143:22, 194:1, 232:10

**reference** [2] - 86:7, 101:8

**referenced** [1] - 5:22

**references** [2] - 11:20, 11:23

**referred** [2] - 35:10, 59:17

**referring** [10] - 18:15, 23:12, 56:25, 86:18, 153:19, 154:12, 191:24, 201:15, 210:23, 210:25

**refill** [1] - 234:9

**reflect** [8] - 26:8, 26:10, 26:19, 26:21, 112:6, 112:9, 200:2, 200:4

**reflected** [3] - 30:20, 146:25, 160:1

**reflecting** [1] - 147:5

**refused** [2] - 55:2, 55:4

**refusing** [1] - 54:2

**regard** [4] - 4:19, 5:22, 11:5, 99:21

**regarded** [1] - 103:11

**regarding** [36] - 4:24, 5:1, 5:16, 7:16, 30:18, 46:19, 46:23, 85:16, 100:8, 101:1, 101:12, 101:15, 102:18, 151:16, 154:21, 156:10, 156:14, 158:6, 158:11, 161:19, 164:4, 168:8, 169:8, 172:19, 172:25, 173:20, 176:2, 176:13, 177:8, 179:12, 179:19, 180:13, 183:1, 185:15, 185:22, 186:17

**Reginald** [1] - 4:15

**regular** [13] - 9:7, 38:22, 50:19, 50:25, 53:20, 62:4, 62:21, 62:25, 64:13, 164:17, 183:6, 183:10, 234:3

**regularly** [1] - 9:8

**relate** [1] - 12:24

**relating** [1] - 104:20

**relations** [2] - 150:25, 151:7

**relative** [1] - 84:16

**releases** [1] - 109:1

**relevance** [1] -

149:25
**relevancy** [2] - 95:21, 95:24
**religion** [1] - 222:4
**religious** [6] - 222:1, 226:17, 232:12, 232:15, 232:24, 233:11
**remain** [2] - 9:6, 219:7
**remains** [1] - 7:4
**remember** [41] - 14:10, 30:15, 32:12, 32:15, 33:12, 35:22, 40:12, 40:16, 43:11, 44:10, 44:20, 45:5, 48:12, 50:7, 50:10, 52:2, 56:6, 58:22, 69:7, 69:8, 69:9, 70:16, 70:21, 71:3, 71:4, 71:5, 77:10, 77:12, 97:18, 97:21, 97:24, 98:4, 98:7, 98:10, 106:23, 226:9, 226:10, 228:18, 234:8, 236:9
**remove** [2] - 42:22, 139:17
**renew** [2] - 16:6, 100:12
**rent** [4] - 209:19, 209:20, 209:21, 218:24
**renting** [1] - 209:18
**repaired** [1] - 60:25
**repeat** [3] - 32:3, 90:20, 183:24
**repeated** [3] - 5:1, 5:16, 80:23
**Rephrase** [16] - 19:1, 37:1, 37:14, 68:12, 88:3, 88:25, 89:15, 89:21, 92:1, 93:15, 95:12, 95:18, 159:20, 192:5, 195:11, 217:2
**report** [32] - 75:2, 86:13, 86:22, 98:24, 111:10, 111:24, 111:25, 113:11, 113:16, 120:8, 120:9, 123:20, 124:4, 125:4, 125:25, 126:24, 127:17, 129:12, 132:25, 133:7, 133:13, 134:13, 134:17, 135:9, 136:22, 138:18, 138:21, 139:21, 148:24, 188:11, 189:2, 238:6

**reported** [3] - 86:23, 86:25, 188:3
**REPORTED** [1] - 2:1
**REPORTER** [4] - 23:20, 150:11, 153:11, 197:15
**Reporter** [2] - 2:1, 239:16
**reports** [1] - 134:25
**represents** [1] - 170:23
**request** [5] - 100:13, 141:9, 142:12, 152:16, 152:18
**requested** [1] - 184:25
**requesting** [2] - 22:14, 100:10
**required** [4] - 64:20, 151:13, 151:15, 196:14
**requirement** [1] - 6:6
**research** [1] - 151:13
**reservation** [10] - 115:17, 151:12, 151:17, 168:7, 171:20, 188:1, 193:4, 193:5, 196:10
**reservations** [5] - 110:7, 110:8, 119:15, 165:7, 193:12
**reserved** [1] - 14:8
**reserving** [1] - 14:10
**resisting** [1] - 54:2
**resolution** [2] - 151:1, 151:9
**resolving** [1] - 151:10
**respect** [2] - 103:12, 104:14
**respond** [2] - 13:22, 105:7
**response** [2] - 13:19, 13:20
**responsibilities** [2] - 109:18, 151:5
**responsibility** [1] - 19:7
**responsible** [9] - 47:5, 109:24, 151:7, 151:10, 225:15, 225:17, 225:23, 226:1, 237:16
**retake** [3] - 100:21, 101:22, 102:9
**retrieving** [1] - 192:15
**return** [1] - 50:1
**returned** [7] - 50:21, 93:5, 93:9, 93:12,

93:17, 206:3, 219:9
**returning** [1] - 57:21
**review** [13] - 15:14, 64:22, 130:22, 134:23, 148:12, 149:22, 151:16, 169:7, 177:7, 179:18, 180:12, 185:21, 186:16
**reviewed** [13] - 123:3, 123:7, 165:6, 168:11, 169:5, 172:17, 173:17, 177:1, 179:10, 180:10, 185:13, 186:14, 193:11
**reviewing** [1] - 10:17
**revisit** [1] - 145:12
**right-hand** [2] - 30:7, 46:2
**riot** [1] - 233:10
**rises** [2] - 221:2
**Rizor** [5] - 66:25, 67:21, 68:6, 69:18, 70:13
**RIZOR** [1] - 66:25
**Rizors** [1] - 97:18
**roof** [8] - 59:22, 61:10, 78:23, 227:15, 228:7, 233:25, 234:2, 235:1
**room** [28] - 38:9, 38:10, 38:20, 41:4, 43:14, 44:14, 52:8, 52:9, 52:18, 52:20, 53:6, 55:15, 56:23, 56:25, 57:2, 57:3, 57:5, 90:10, 99:2, 189:5, 203:3, 203:15, 203:22, 214:10, 215:17, 217:6, 218:8, 235:8
**rooms** [2] - 204:6, 215:15
**rough** [1] - 54:4
**route** [1] - 161:16
**routine** [2] - 64:11, 64:13
**row** [9] - 30:24, 114:20, 115:23, 117:3, 117:24, 121:2, 121:16, 121:24, 134:16
**rule** [3] - 7:8, 12:8, 75:15
**rules** [1] - 74:22
**ruling** [1] - 99:21
**run** [2] - 64:10, 116:23
**running** [6] - 143:1,

220:5, 224:5, 224:25, 227:13, 235:13

**S**

**sad** [1] - 89:6
**safe** [2] - 83:22, 107:6
**safety** [1] - 231:15
**Santo** [29] - 27:11, 27:12, 33:8, 33:12, 33:14, 34:1, 34:2, 34:3, 34:6, 34:7, 34:22, 40:20, 43:25, 44:7, 44:18, 46:20, 51:5, 51:6, 51:13, 51:20, 51:21, 52:6, 52:8, 54:22, 54:24, 55:20, 104:10, 202:19, 202:20
**sat** [1] - 215:5
**saw** [29] - 12:5, 55:16, 56:3, 56:4, 56:7, 56:11, 56:14, 63:23, 82:10, 103:7, 133:4, 136:21, 197:4, 205:8, 210:20, 211:25, 215:20, 216:11, 217:25, 221:13, 223:14, 229:11, 229:14, 230:16, 231:24, 232:4, 233:9
**SC** [2] - 116:9, 116:14
**scan** [2] - 116:25, 146:4
**scanned** [3] - 158:9, 170:24, 181:14
**scared** [7] - 67:23, 88:10, 88:11, 91:17, 211:4, 212:23, 229:24
**scary** [1] - 210:22
**scheduled** [8] - 47:8, 47:11, 112:23, 112:24, 113:9, 120:14, 120:15, 155:21
**school** [39] - 25:6, 31:6, 31:16, 36:1, 36:2, 36:4, 36:6, 36:9, 36:12, 36:14, 36:20, 36:23, 37:4, 37:7, 37:12, 37:17, 38:4, 57:4, 57:24, 59:22, 61:12, 61:15, 62:2, 62:4, 64:10, 64:16, 68:19, 78:7, 78:24, 93:22, 94:6, 205:8, 205:10, 209:24,

225:16, 235:21, 235:24
**schooling** [2] - 209:24, 226:12
**schools** [1] - 36:16
**scope** [13] - 90:17, 93:23, 94:24, 95:22, 95:24, 96:4, 100:1, 100:4, 194:13, 194:25, 195:16, 195:25, 196:19
**screamed** [2] - 93:10, 211:18
**screaming** [2] - 229:19, 232:1
**screams** [1] - 90:9
**screen** [13] - 20:9, 21:14, 106:17, 112:3, 152:14, 152:20, 153:9, 155:14, 156:3, 156:4, 160:10, 170:12, 197:4
**search** [6] - 141:3, 141:5, 141:6, 141:7, 141:8, 141:12
**seat** [13] - 114:1, 116:3, 118:4, 118:9, 118:22, 129:1, 162:11, 171:5, 175:4, 178:11, 181:16, 187:18, 197:15
**seated** [9] - 4:1, 14:22, 23:20, 106:1, 109:4, 150:11, 158:12, 189:25, 238:16
**seats** [1] - 122:23
**second** [20] - 43:16, 43:22, 156:15, 161:23, 168:13, 172:22, 203:13, 203:14, 204:25, 206:17, 209:13, 209:17, 210:10, 210:18, 211:16, 213:15, 227:8, 227:14, 228:21, 238:25
**section** [4] - 113:5, 166:7, 184:9, 184:12
**secure** [1] - 146:10
**Security** [2] - 4:11, 99:16
**security** [6] - 82:8, 116:9, 116:10, 116:11, 147:13, 238:9
**see** [76] - 9:9, 9:15, 20:9, 21:15, 21:17, 21:19, 21:24, 22:25, 29:8, 46:6, 46:7,

55:10, 55:11, 55:14,
55:25, 82:23, 83:5,
96:2, 96:8, 96:10,
96:19, 96:22, 98:20,
101:11, 106:17,
107:15, 111:20,
112:22, 114:13,
115:1, 115:10, 117:6,
118:14, 120:13,
120:18, 122:19,
123:7, 128:22,
130:20, 132:2,
133:23, 134:21,
136:12, 137:2,
137:17, 152:17,
155:5, 156:1, 156:3,
157:1, 158:12, 166:2,
188:23, 199:11,
199:13, 202:8, 210:6,
211:25, 213:13,
213:25, 214:6,
214:24, 216:17,
217:20, 218:9,
222:21, 224:16,
224:20, 232:24,
233:7, 233:21,
235:21, 235:23,
238:2, 238:9
   **seeing** [2] - 56:6,
218:14
   **seem** [1] - 71:4
   **select** [2] - 152:9,
152:17
   **send** [6] - 22:2,
22:12, 22:15, 145:19,
236:7, 236:13
   **sending** [2] - 222:18,
237:5
   **sends** [1] - 145:21
   **senior** [2] - 107:9,
150:25
   **sense** [3] - 82:17,
84:3, 85:9
   **sent** [2] - 92:17,
220:17
   **sentence** [1] - 83:20
   **separate** [3] - 67:4,
71:10, 71:25
   **September** [18] -
45:9, 47:12, 48:7,
49:6, 49:17, 50:15,
112:2, 112:17,
113:16, 165:16,
165:21, 165:24,
177:23, 181:3,
181:11, 181:22,
194:4, 194:9
   **series** [1] - 131:16
   **sermon** [2] - 232:21,
232:22

   **service** [6] - 109:15,
110:10, 110:11,
111:13, 115:25,
152:16
   **services** [1] - 205:3
   **set** [2] - 209:4, 209:5
   **seven** [2] - 17:13,
80:5
   **several** [15] - 5:3,
58:13, 58:23, 63:14,
66:7, 66:9, 67:2, 68:7,
69:10, 70:17, 71:22,
201:2, 204:8, 226:15,
233:4
   **sex** [2] - 11:14, 18:12
   **sexual** [21] - 8:13,
11:7, 40:10, 43:9,
44:3, 44:10, 51:11,
51:12, 55:3, 55:6,
56:19, 65:12, 86:13,
88:12, 89:3, 89:8,
90:25, 93:11, 93:18,
100:5, 103:12
   **sexually** [20] - 44:20,
50:16, 50:18, 50:23,
51:7, 51:8, 53:19,
54:3, 54:9, 54:16,
55:11, 56:11, 89:7,
90:11, 92:24, 92:25,
93:2, 93:18, 97:7,
104:17
   **shelters** [2] - 198:19,
221:2
   **shift** [2] - 120:17,
124:1
   **shirt** [4] - 26:7,
26:18, 199:22, 200:1
   **shoes** [4] - 37:25,
61:14, 61:15, 68:21
   **short** [2] - 203:18,
215:6
   **shot** [2] - 152:20,
160:10
   **show** [26] - 13:7,
34:9, 73:2, 105:10,
112:24, 121:6, 121:8,
121:13, 124:1,
134:11, 137:6, 139:1,
152:12, 158:2, 158:4,
158:7, 162:4, 166:4,
166:22, 170:22,
170:23, 171:2, 192:9,
195:15, 195:18
   **show/no** [1] - 170:22
   **show/no-show** [1] -
170:22
   **showed** [4] - 41:12,
42:23, 148:17, 148:19
   **shower** [4] - 233:25,
234:2, 234:6, 234:13

   **showerhead** [1] -
234:4
   **showers** [2] -
227:20, 234:23
   **showing** [34] - 15:7,
15:13, 28:22, 29:2,
45:10, 45:15, 48:15,
48:20, 131:1, 151:25,
156:3, 163:21,
167:20, 168:16,
168:21, 172:3, 173:3,
173:9, 175:21,
176:16, 176:22,
178:19, 179:3,
179:23, 180:2,
181:24, 182:10,
182:18, 185:4,
185:24, 186:5, 188:9,
197:5, 207:2
   **shown** [2] - 13:6,
13:10
   **shows** [12] - 112:4,
120:25, 121:11,
122:2, 129:2, 131:18,
133:9, 133:11, 166:1,
195:22
   **shut** [1] - 56:5
   **sic** [1] - 230:6
   **sic]** [1] - 153:10
   **sick** [1] - 203:10
   **side** [12] - 74:8, 82:5,
83:14, 83:21, 107:5,
131:14, 151:7,
151:10, 166:10,
184:19, 203:21,
214:21
   **side-bar** [2] - 74:8,
82:5
   **sides** [1] - 101:19
   **sign** [1] - 46:7
   **signature** [3] - 46:3,
46:4, 46:5
   **signatures** [1] -
47:13
   **similar** [3] - 69:18,
107:18, 125:13
   **simply** [1] - 4:23
   **sister** [8] - 25:25,
28:6, 29:11, 29:16,
30:10, 31:1, 31:17
   **sister's** [1] - 28:7
   **sisters** [5] - 25:20,
25:22, 25:23, 209:22,
210:4
   **sit** [3] - 60:9, 96:13,
122:23
   **sitting** [11] - 92:15,
108:18, 214:5, 214:6,
216:10, 216:14,
216:16, 217:4,

217:19, 228:21, 234:5
   **situation** [5] - 17:25,
22:3, 22:23, 23:2,
23:3
   **situations** [2] -
209:22, 210:7
   **six** [7] - 73:13, 78:22,
83:25, 85:4, 107:9,
150:23, 198:25
   **size** [1] - 235:18
   **sized** [1] - 204:7
   **skycap** [1] - 138:5
   **slapped** [2] - 88:20,
93:10
   **slaves** [2] - 11:14,
18:12
   **sleep** [12] - 38:7,
38:10, 38:14, 38:16,
38:21, 38:24, 39:4,
39:9, 97:3, 97:5,
203:25, 233:19
   **sleeping** [1] - 233:21
   **slept** [4] - 38:8, 39:7,
71:6, 214:12
   **slide** [1] - 170:10
   **slightly** [1] - 156:9
   **small** [1] - 232:5
   **snow** [1] - 176:8
   **so-and-so** [1] - 237:1
   **so-called** [4] - 65:12,
65:19, 66:21, 77:14
   **soccer** [1] - 40:24
   **someone** [5] - 23:1,
121:4, 142:25,
153:21, 160:2
   **sometimes** [4] - 9:9,
40:6, 66:17, 193:1
   **somewhat** [1] - 58:9
   **somewhere** [1] -
209:2
   **soon** [2] - 145:15,
201:12
   **sooner** [1] - 57:16
   **sorry** [26] - 15:17,
17:18, 17:22, 27:20,
30:18, 52:7, 54:25,
69:13, 74:2, 83:17,
83:18, 96:17, 97:15,
103:20, 112:11,
138:13, 153:11,
170:13, 172:13,
176:9, 182:13,
183:24, 197:25,
200:15, 212:18,
225:19
   **sort** [1] - 115:14
   **sought** [2] - 8:15,
11:2
   **soup** [2] - 198:19,
221:1

   **South** [1] - 1:24
   **SOUTHERN** [1] - 1:1
   **Southwest** [1] - 1:21
   **spaces** [1] - 149:11
   **spanked** [4] - 53:25,
54:4, 90:9, 90:24
   **speaking** [2] - 11:9,
206:5
   **Special** [3] - 4:10,
99:15, 189:17
   **special** [2] - 111:13,
152:16
   **specific** [13] - 11:23,
71:4, 84:15, 90:6,
101:4, 101:9, 101:13,
103:17, 103:18,
103:23, 141:11,
141:13, 153:3
   **specifically** [5] -
8:17, 10:16, 12:25,
90:4, 113:15
   **speculation** [6] -
70:23, 79:18, 149:6,
150:1, 223:1, 226:5
   **speculative** [1] -
94:16
   **spell** [3] - 23:21,
109:5, 150:12
   **spelling** [2] - 197:1,
197:17
   **spent** [6] - 66:17,
66:24, 67:2, 67:4,
71:10, 71:20
   **Spirit** [30] - 150:21,
150:22, 150:24,
153:17, 153:19,
154:3, 154:6, 164:13,
164:16, 166:19,
167:5, 167:13, 170:4,
170:5, 183:6, 183:9,
191:15, 191:20,
192:8, 192:12,
194:24, 195:6,
195:13, 195:15,
195:20, 195:22,
196:7, 196:16,
196:18, 196:24
   **spits** [1] - 141:2
   **spoken** [1] - 7:19
   **sponsor** [2] - 15:25,
108:11
   **sponsoring** [1] -
91:13
   **sponsors** [15] - 8:12,
22:24, 23:3, 49:19,
49:21, 91:12, 91:23,
92:5, 92:11, 92:13,
92:18, 99:24, 101:10,
108:6, 108:10
   **spreadsheet** [4] -

173:14, 177:4, 180:6, 186:10

**square** [5] - 59:22, 61:8, 61:24, 68:25, 78:4

**SSR** [3] - 152:9, 152:11, 152:12

**St** [5] - 132:5, 132:7, 132:8, 133:14, 134:14

**staff** [4] - 98:25, 189:3, 225:23, 238:7

**staircase** [5] - 203:17, 204:3, 214:8, 214:11, 214:22

**stairs** [5] - 203:14, 203:21, 215:21, 216:8, 218:2

**stairway** [1] - 215:12

**stamped** [1] - 207:16

**stamps** [2] - 208:14, 208:16

**stand** [5] - 14:17, 100:21, 101:22, 102:9, 199:12

**standards** [1] - 6:2

**stands** [1] - 146:5

**Star** [90] - 8:5, 11:11, 17:13, 17:14, 17:23, 28:3, 28:14, 28:16, 46:19, 49:23, 61:4, 61:6, 65:19, 65:22, 67:7, 67:22, 68:1, 68:7, 68:15, 69:21, 70:6, 70:8, 72:3, 72:14, 72:17, 74:13, 77:1, 77:6, 77:14, 79:11, 79:22, 80:4, 82:18, 83:2, 83:3, 84:11, 84:16, 89:12, 89:18, 90:1, 91:13, 97:3, 97:5, 97:18, 97:22, 98:2, 98:5, 98:8, 98:11, 103:6, 105:4, 107:9, 108:6, 108:12, 201:6, 201:18, 202:7, 203:25, 204:18, 205:6, 206:1, 206:2, 206:8, 206:9, 206:11, 209:16, 209:19, 210:11, 210:14, 210:17, 211:10, 211:22, 219:7, 221:4, 221:7, 222:3, 224:1, 226:8, 226:22, 227:2, 227:5, 230:17, 231:17, 231:23, 233:16, 233:21, 235:10, 236:24, 237:17

**start** [3] - 13:5, 131:18, 231:2

**started** [13] - 36:22, 103:9, 104:16, 110:7, 157:16, 157:20, 198:13, 198:15, 201:13, 206:4, 212:12, 221:7, 222:15

**starting** [1] - 123:15

**starts** [2] - 20:8, 105:8

**state** [9] - 4:5, 23:21, 50:13, 99:11, 109:5, 150:12, 189:14, 197:16, 197:22

**statement** [27] - 5:20, 5:23, 5:24, 6:21, 6:25, 8:3, 11:2, 11:5, 12:10, 74:14, 74:17, 74:22, 74:23, 75:2, 75:3, 75:4, 75:13, 75:19, 83:1, 83:6, 83:11, 84:18, 85:1, 85:2, 85:4, 221:5, 225:18

**statement's** [1] - 6:23

**statements** [2] - 5:7, 12:24

**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**states** [1] - 83:6

**States** [67] - 4:2, 4:9, 8:12, 12:12, 12:13, 12:14, 12:16, 12:17, 12:19, 12:21, 13:1, 23:18, 47:5, 47:10, 48:1, 48:3, 48:6, 48:9, 49:17, 49:24, 50:4, 50:10, 50:15, 50:21, 51:3, 58:1, 62:14, 62:18, 66:6, 66:21, 70:20, 72:20, 73:7, 76:18, 77:9, 78:19, 78:25, 80:6, 80:12, 80:16, 87:15, 88:15, 89:11, 90:13, 90:23, 91:20, 97:10, 97:22, 97:25, 99:8, 99:15, 99:25, 100:6, 150:9, 166:13, 184:14, 188:17, 189:12, 189:16, 191:17, 195:7, 195:14, 206:3, 219:9, 219:13, 220:19, 239:16

**station** [2] - 144:17, 145:21

**Station** [2] - 170:7, 170:18

**status** [15] - 116:22, 154:22, 158:2, 158:4, 158:7, 161:2, 162:3, 170:23, 171:2, 174:21, 178:5, 181:10, 187:14

**Status** [3] - 170:20, 170:21, 170:22

**statuses** [1] - 171:1

**stay** [11] - 24:18, 33:10, 70:19, 91:1, 94:14, 201:7, 201:10, 202:2, 202:4, 209:13, 210:11

**stayed** [18] - 69:10, 69:15, 70:17, 79:11, 80:5, 87:16, 87:24, 94:11, 97:23, 97:25, 98:2, 103:6, 202:15, 203:25, 209:1, 231:6, 231:17, 231:23

**staying** [3] - 87:21, 212:25, 233:21

**step** [10] - 23:15, 78:12, 78:22, 98:14, 102:24, 108:23, 150:6, 197:10, 199:18, 238:13

**Stephenson** [1] - 13:1

**STEPHERSON** [1] - 13:2

**stepped** [2] - 212:12, 212:16

**steps** [2] - 215:6, 218:21

**stick** [3] - 39:22, 40:5, 88:20

**still** [19] - 13:17, 14:25, 25:14, 36:16, 43:25, 54:5, 74:23, 75:5, 84:14, 93:11, 93:18, 100:22, 100:24, 106:2, 116:19, 116:20, 190:1, 219:19, 220:5

**stomach** [1] - 42:4

**stood** [2] - 10:15, 149:17

**stop** [16] - 23:4, 23:5, 23:6, 23:7, 23:9, 55:1, 55:6, 56:23, 57:2, 57:12, 91:13, 98:24, 161:17, 189:2, 190:22, 238:6

**stopped** [4] - 23:10, 54:16, 54:19, 104:7

**storage** [1] - 124:10

**stories** [5] - 52:14, 52:15, 70:10, 203:11,

227:6

**story** [9] - 6:19, 7:9, 52:14, 58:13, 81:6, 81:19, 104:20, 202:25, 203:12

**Street** [1] - 1:15

**stress** [2] - 211:6, 237:14

**stressed** [5] - 205:15, 205:21, 226:4, 237:10

**strike** [3] - 37:16, 63:22, 89:24

**strong** [1] - 107:3

**Stu** [3] - 4:14, 99:18, 189:19

**STUART** [1] - 1:20

**studies** [1] - 206:6

**studying** [2] - 25:8, 25:10

**stuff** [5] - 54:12, 96:13, 96:14, 124:11, 228:10

**subject** [2] - 75:21, 76:1

**substantive** [1] - 103:23

**such-and-such** [1] - 220:20

**suck** [7] - 43:5, 44:15, 51:16, 51:22, 52:19, 53:4, 53:5

**sucked** [7] - 41:8, 41:13, 42:5, 43:16, 43:19, 53:7, 53:11

**sucking** [4] - 41:16, 42:1, 51:7, 51:18

**suggest** [2] - 7:22, 11:18

**suggested** [2] - 10:22, 237:12

**suggestion** [1] - 5:13

**Suite** [3] - 1:18, 1:22, 1:24

**Sunday** [3] - 205:3, 232:23, 233:9

**supervise** [1] - 47:23

**supervision** [2] - 47:9, 56:23

**supervisor** [1] - 47:16

**supper** [1] - 43:14

**supplies** [8] - 193:4, 198:18, 221:4, 223:17, 223:19, 224:12, 224:17, 227:1

**supply** [2] - 167:4, 193:1

**supplying** [1] - 192:24

**supposed** [2] - 83:23, 218:23

**Supreme** [1] - 12:13

**surrounding** [2] - 224:14, 235:9

**Sustained** [16] - 18:25, 36:25, 37:13, 68:11, 88:2, 88:24, 89:14, 89:20, 91:25, 93:14, 95:11, 95:17, 159:19, 192:4, 195:10, 217:1

**sustained** [17] - 8:24, 17:20, 19:5, 22:6, 31:11, 70:24, 71:8, 79:19, 80:8, 92:9, 93:25, 94:8, 94:16, 95:23, 194:14, 194:20, 226:6

**swearing** [3] - 205:13, 211:21, 212:2

**switched** [2] - 124:9

**swore** [1] - 211:18

**SWORN** [4] - 23:19, 109:3, 150:10, 197:14

**system** [8] - 124:9, 124:10, 142:11, 146:2, 152:20, 165:7, 165:8, 168:7

# T

**tab** [2] - 152:12, 153:9

**table** [5] - 4:10, 108:18, 120:6, 189:17, 216:15

**tabs** [2] - 152:10, 155:6

**Tag** [1] - 162:13

**tag** [2] - 162:14, 162:16

**tags** [1] - 137:20

**tail** [1] - 154:3

**talks** [2] - 69:15, 69:18

**taught** [3] - 64:1, 201:3, 222:4

**TE** [1] - 134:18

**team** [3] - 56:22, 66:1, 66:3

**technology** [1] - 156:5

**telephone** [2] - 8:25, 10:13

**temper** [1] - 232:2

**Temple** [1] - 98:11

**ten** [9] - 35:23, 189:5, 189:6, 189:9,

202:3, 209:14, 211:20, 228:12, 236:4

**tender** [2] - 58:1, 139:24

**tenders** [3] - 74:9, 188:17, 219:13

**Tenders** [2] - 13:9, 83:10

**Tendresse** [1] - 28:9

**tennis** [2] - 37:25, 61:14

**term** [1] - 67:10

**terminology** [1] - 116:20

**terms** [1] - 30:20

**terribly** [1] - 212:11

**testified** [17] - 8:4, 8:18, 84:17, 84:21, 86:24, 88:8, 88:21, 94:11, 104:6, 104:9, 105:1, 105:19, 233:12, 233:24, 234:18, 236:1, 237:9

**testify** [11] - 10:21, 10:22, 11:21, 18:23, 24:15, 84:23, 86:5, 103:19, 142:6, 192:17

**testifying** [2] - 10:20, 100:5

**testimony** [33] - 5:9, 5:11, 5:14, 5:18, 5:19, 7:11, 7:15, 7:19, 7:22, 8:8, 9:11, 9:22, 10:1, 10:9, 10:18, 10:21, 11:6, 11:17, 12:6, 18:21, 19:8, 75:20, 80:5, 91:24, 94:25, 100:8, 102:18, 103:3, 103:9, 105:15, 105:16, 105:17, 115:19

**thanking** [2] - 201:11, 222:13

**that...** [1] - 83:4

**THE** [308] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:12, 4:17, 4:19, 7:7, 8:1, 13:6, 13:8, 13:12, 13:16, 14:4, 14:10, 14:14, 14:20, 14:21, 14:22, 15:1, 15:2, 15:11, 15:15, 16:7, 16:11, 16:13, 16:17, 17:20, 18:6, 18:7, 18:25, 19:5, 19:11, 19:14, 20:5, 20:6, 20:23, 22:6, 22:18, 23:15, 23:17, 23:20, 23:22, 24:7, 24:9, 24:20, 26:10, 26:21,

28:25, 29:21, 29:25, 31:9, 31:11, 34:11, 36:25, 37:13, 45:13, 46:12, 46:16, 48:18, 49:10, 49:14, 58:2, 68:11, 70:24, 71:8, 72:24, 74:2, 74:6, 74:11, 74:20, 75:6, 75:12, 75:18, 75:22, 76:2, 76:5, 76:8, 76:22, 77:3, 79:19, 80:1, 80:2, 80:8, 81:14, 81:22, 82:1, 82:3, 82:6, 82:9, 82:14, 82:20, 82:23, 82:25, 83:5, 83:10, 83:17, 83:21, 84:3, 84:9, 84:13, 84:21, 85:1, 86:12, 87:2, 87:9, 88:2, 88:24, 89:14, 89:20, 90:15, 90:18, 90:20, 91:5, 91:25, 92:9, 93:14, 93:25, 94:8, 94:16, 95:1, 95:8, 95:11, 95:17, 95:23, 96:5, 96:6, 97:16, 98:14, 98:16, 99:8, 99:20, 100:14, 100:20, 101:3, 101:14, 101:25, 102:1, 102:4, 102:6, 102:9, 102:12, 102:16, 102:22, 103:14, 103:16, 103:22, 104:2, 104:13, 105:1, 105:4, 105:12, 106:1, 106:8, 106:11, 106:15, 107:23, 108:23, 108:25, 109:6, 111:1, 111:18, 112:9, 114:1, 114:3, 114:7, 114:9, 114:15, 114:18, 119:22, 120:4, 123:11, 123:17, 125:1, 125:20, 126:21, 127:14, 129:9, 131:4, 132:22, 135:6, 136:10, 137:14, 138:8, 138:13, 138:15, 140:1, 141:23, 143:18, 143:20, 147:22, 147:25, 149:7, 149:8, 149:11, 149:20, 150:2, 150:3, 150:6, 150:8, 150:11, 150:13, 151:23, 152:14, 152:15, 153:11, 153:12, 155:11, 155:24,

156:2, 156:5, 156:18, 157:4, 159:6, 159:19, 160:7, 161:5, 161:8, 163:3, 163:14, 163:18, 164:21, 164:25, 167:18, 167:24, 168:1, 168:19, 169:13, 169:17, 170:11, 170:14, 171:14, 172:1, 172:6, 172:11, 172:13, 172:14, 172:15, 173:7, 173:25, 174:4, 174:7, 175:19, 176:11, 176:20, 177:13, 177:17, 179:1, 179:6, 179:22, 180:18, 180:22, 182:13, 182:16, 183:14, 183:18, 185:2, 185:7, 186:3, 186:22, 187:1, 188:19, 189:9, 189:12, 189:21, 189:25, 190:6, 192:4, 193:15, 193:18, 193:21, 193:24, 194:14, 194:20, 195:1, 195:2, 195:10, 195:17, 195:18, 196:1, 196:2, 196:21, 196:22, 197:10, 197:12, 197:15, 197:18, 199:12, 199:13, 199:17, 200:4, 206:25, 207:22, 208:1, 217:1, 219:14, 223:3, 226:6, 230:14, 231:21, 232:9, 237:23, 238:13, 238:14, 238:16, 238:20, 239:3

**themselves** [3] - 203:10, 205:25, 224:25

**therefore** [5] - 6:20, 74:22, 85:10, 104:19, 149:5

**Thereupon** [2] - 99:6, 189:10

**they've** [3] - 6:4, 85:20, 102:7

**Third** [1] - 1:21

**third** [3] - 34:23, 204:25, 213:24

**thirds** [1] - 176:6

**thousands** [4] - 143:11, 143:14, 149:22

**threaten** [2] - 212:3,

230:3

**threatened** [1] - 212:7

**three** [16] - 35:15, 37:18, 59:22, 61:8, 61:23, 65:22, 68:25, 78:4, 93:24, 102:19, 133:17, 133:25, 151:3, 179:15, 205:7

**three-quarters** [1] - 179:15

**throughout** [2] - 47:10, 60:3

**throwing** [1] - 232:2

**ticket** [28] - 109:16, 109:18, 109:19, 110:10, 116:1, 116:15, 116:17, 116:18, 116:19, 116:21, 118:13, 121:9, 121:12, 129:2, 131:7, 131:19, 135:19, 137:1, 138:5, 144:11, 145:6, 146:6, 146:8, 146:9, 146:17, 146:23, 147:5, 147:6

**tickets** [3] - 116:19, 131:24, 149:23

**Tiga** [3] - 34:14, 34:15, 35:10

**Tim** [5] - 69:5, 69:8, 70:10, 70:14, 98:10

**tipped** [1] - 218:7

**title** [3] - 46:21, 151:3, 151:4

**titled** [2] - 113:5, 119:14

**today** [18] - 5:11, 8:18, 9:15, 13:25, 19:7, 24:15, 26:3, 26:14, 60:9, 72:7, 79:7, 80:24, 86:24, 193:11, 199:10, 199:21, 219:17, 220:5

**together** [4] - 6:19, 45:1, 225:6, 225:23

**toilet** [4] - 227:14, 227:22, 234:5, 234:12

**Tome** [1] - 12:11

**TOME** [1] - 12:12

**tomorrow** [3] - 13:24, 238:9, 239:3

**took** [27] - 17:24, 41:5, 41:7, 41:11, 45:5, 48:13, 48:14, 71:22, 112:19, 126:15, 127:22, 139:12, 142:4, 142:5, 154:19, 155:1, 161:3, 170:23, 170:24,

170:25, 174:25, 175:2, 178:9, 181:15, 212:20, 222:14, 234:17

**top** [14] - 21:17, 41:16, 41:18, 41:21, 41:23, 46:18, 112:7, 131:18, 136:16, 136:17, 137:1, 168:13, 172:23, 225:23

**total** [3] - 115:20, 115:21, 162:18

**totally** [4] - 210:19, 210:20, 211:4, 211:12

**touch** [6] - 40:10, 112:3, 201:7, 201:10, 212:13, 232:5

**touching** [5] - 41:25, 42:3, 98:20, 188:23, 238:2

**tour** [1] - 47:10

**toward** [1] - 230:8

**towards** [1] - 212:12

**toys** [2] - 42:25, 204:23

**track** [1] - 200:13

**tracking** [1] - 151:10

**train** [3] - 48:13, 49:1, 49:2

**trained** [2] - 222:5, 222:7

**training** [5] - 151:16, 151:19, 212:8, 222:8, 232:24

**transcript** [2] - 14:9, 14:12

**transcription** [1] - 239:12

**transfer** [4] - 124:11, 125:15, 126:12, 142:11

**transferred** [1] - 110:8

**transitioned** [1] - 165:7

**translator** [1] - 47:22

**transmitted** [1] - 142:20

**travel** [36] - 45:20, 45:21, 45:22, 45:25, 47:8, 48:10, 62:18, 103:24, 113:9, 121:13, 121:15, 139:18, 144:4, 144:18, 146:25, 164:5, 165:12, 165:16, 165:24, 174:19, 183:2, 183:22, 183:25,

184:5, 184:12, 191:22, 194:3, 201:20, 201:24, 206:13, 207:13, 208:20, 208:24, 209:8, 209:10

**Travel** [2] - 46:22, 166:11

**traveled** [12] - 8:11, 44:25, 91:19, 113:12, 129:20, 130:23, 159:17, 192:9, 192:20, 201:17, 207:15, 231:10

**traveling** [10] - 103:25, 115:14, 115:19, 117:14, 118:1, 121:4, 121:7, 134:1, 144:16, 209:4

**travels** [3] - 194:22, 195:6, 195:13

**treat** [6] - 39:12, 39:15, 53:21, 54:3, 205:11, 211:16

**treating** [2] - 11:14, 18:12

**TRIAL** [1] - 1:10

**trial** [6] - 9:14, 12:23, 75:23, 98:19, 188:22, 238:1

**Tribute** [3] - 198:11, 219:25, 220:7

**tried** [2] - 7:1, 23:10

**trip** [31] - 49:6, 49:17, 49:24, 50:15, 50:16, 50:18, 50:21, 51:1, 51:3, 51:4, 201:23, 202:2, 202:6, 202:16, 205:11, 205:17, 205:23, 206:1, 206:5, 206:12, 206:13, 206:17, 209:13, 209:16, 210:10, 211:17, 213:1, 213:15, 213:22, 213:25, 221:10

**trips** [1] - 207:10

**troubled** [1] - 210:7

**truck** [1] - 211:8

**true** [6] - 21:10, 93:6, 94:12, 142:16, 142:17, 229:15

**trunk** [1] - 204:22

**trusting** [1] - 156:5

**truth** [9] - 19:9, 68:14, 74:24, 75:13, 79:5, 85:11, 100:3, 100:15, 101:22

**try** [9] - 14:2, 56:17,

59:10, 98:23, 156:1, 189:1, 205:21, 230:20, 238:5

**trying** [5] - 86:7, 114:7, 193:20, 213:17, 221:6

**TSA** [1] - 195:20

**tub** [1] - 234:5

**tubs** [1] - 211:6

**tuition** [2] - 36:11, 94:6

**turn** [4] - 21:13, 113:24, 137:1, 224:20

**turning** [4] - 124:23, 126:17, 129:4, 208:10

**TV** [2] - 61:17, 203:15

**Twelfth** [2] - 2:2, 239:16

**twice** [1] - 201:22

**two** [42] - 4:25, 5:15, 5:21, 7:18, 9:4, 9:20, 9:22, 10:16, 12:5, 25:23, 35:19, 52:14, 52:15, 99:25, 100:9, 115:11, 115:19, 115:20, 115:21, 116:7, 117:3, 122:4, 122:23, 123:1, 134:1, 136:15, 139:17, 147:8, 176:6, 198:6, 202:25, 203:12, 204:7, 207:10, 207:15, 210:2, 216:16, 216:23, 217:4, 225:8, 227:6

**two-hour** [1] - 216:16

**two-story** [2] - 202:25, 203:12

**two-thirds** [1] - 176:6

**two-year** [2] - 5:21, 9:20

**type** [6] - 6:8, 145:23, 146:20, 152:3, 154:22, 155:19

**types** [3] - 43:8, 54:14, 92:12

**U**

**U.S** [1] - 12:12

**ugly** [2] - 152:15, 166:1

**unable** [1] - 78:6

**under** [32] - 6:2, 6:6, 12:7, 13:17, 14:25, 56:22, 74:22, 74:23,

75:21, 75:22, 82:17, 83:5, 83:22, 85:9, 100:13, 106:2, 107:6, 122:8, 152:23, 153:9, 156:24, 157:8, 158:24, 162:13, 166:11, 167:10, 171:3, 171:20, 184:20, 190:1, 211:5, 225:22

**underneath** [5] - 30:20, 112:22, 119:14, 120:13, 122:2

**unfortunately** [1] - 78:3

**uniforms** [1] - 205:10

**unique** [3] - 152:5, 153:2, 162:16

**Unit** [1] - 171:3

**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**United** [66] - 4:2, 4:8, 8:11, 12:12, 12:13, 12:14, 12:16, 12:17, 12:19, 12:21, 13:1, 23:18, 47:4, 47:10, 48:1, 48:3, 48:6, 48:9, 49:17, 49:24, 50:4, 50:10, 50:15, 50:21, 51:3, 58:1, 62:14, 62:18, 66:6, 66:21, 70:20, 72:19, 73:7, 76:18, 77:9, 78:19, 78:25, 80:6, 80:12, 80:16, 87:15, 88:15, 89:10, 90:13, 90:23, 91:20, 97:10, 97:22, 97:25, 99:8, 99:14, 99:25, 100:6, 150:9, 166:13, 184:14, 188:17, 189:12, 189:16, 191:17, 195:7, 195:14, 206:3, 219:9, 219:13, 239:16

**unmistakable** [3] - 5:7, 5:18, 7:21

**untruthful** [1] - 79:17

**up** [45] - 7:23, 14:7, 14:14, 16:15, 21:13, 24:8, 42:20, 51:17, 64:13, 74:6, 82:1, 82:3, 90:9, 93:6, 93:8, 93:22, 133:23, 145:16, 151:15, 153:24, 155:5, 155:6, 170:12, 197:25, 199:12, 203:14, 203:21, 204:16, 209:4, 209:5, 209:19,

211:13, 218:7, 220:5, 221:6, 221:23, 221:24, 227:8, 227:15, 227:17, 228:7, 228:21, 233:4, 235:1, 238:19

**upper** [4] - 152:23, 152:25, 153:24, 214:18

**Upper** [1] - 16:14

**upset** [6] - 78:15, 78:18, 78:22, 205:19, 218:6, 229:18

**upsetting** [1] - 205:14

**upstairs** [4] - 41:4, 52:17, 214:5, 228:3

**uptight** [2] - 205:15, 213:17

**US** [2] - 50:5, 77:17

**uses** [1] - 154:3

**V**

**vacating** [1] - 105:12

**van** [1] - 48:14

**various** [8] - 8:12, 65:5, 65:6, 65:8, 66:12, 71:17, 72:11, 233:12

**vehicle** [2] - 203:4, 212:9

**venture** [1] - 11:16

**verify** [4] - 128:14, 145:1, 167:5, 196:2

**versus** [10] - 4:2, 12:12, 12:14, 12:16, 12:18, 12:19, 12:22, 13:1, 99:9, 189:13

**via** [2] - 187:25, 222:11

**victim** [1] - 103:18

**video** [3] - 37:22, 54:15, 61:17

**view** [1] - 85:20

**violence** [1] - 218:16

**visit** [20] - 22:24, 65:3, 65:5, 85:16, 87:15, 97:11, 97:18, 201:17, 201:20, 201:25, 204:18, 206:11, 209:15, 210:6, 210:15, 210:18, 222:12, 222:16, 235:6, 235:17

**visited** [15] - 15:24, 24:9, 49:19, 66:7, 66:9, 97:10, 97:21, 98:1, 98:4, 98:7, 98:11,

99:25, 100:6, 202:15, 202:24, 204:9

**visiting** [5] - 209:15, 210:11, 232:13, 233:7, 233:20

**voice** [1] - 24:7

**voodoo** [2] - 85:6, 107:11

**Vorst** [1] - 167:12

**vs** [1] - 1:6

**W**

**waiving** [1] - 13:14

**walk** [3] - 115:4, 215:9, 215:10

**walked** [2] - 41:5, 215:11

**walking** [2] - 5:4, 215:21

**wall** [3] - 214:8, 215:4, 235:18

**walls** [2] - 203:2, 214:21

**wants** [1] - 81:25

**warming** [1] - 16:15

**wash** [1] - 101:18

**washer** [2] - 225:4, 225:8

**washing** [1] - 233:14

**Washington** [1] - 1:19

**waste** [1] - 14:12

**watch** [1] - 64:24

**water** [18] - 11:21, 11:22, 11:24, 12:2, 12:3, 224:6, 227:13, 227:18, 227:20, 227:22, 228:2, 228:5, 233:25, 234:6, 234:16, 234:23, 235:13

**ways** [2] - 201:4, 203:18

**wearing** [4] - 26:6, 26:17, 215:22, 215:24

**website** [1] - 187:24

**week** [5] - 190:22, 191:1, 231:18, 231:23, 232:22

**weekend** [1] - 65:2

**weeks** [1] - 69:11

**weight** [3] - 122:9, 122:10, 122:13

**well-behaved** [1] - 221:14

**well-being** [1] - 231:15

**whatsoever** [4] -

98:18, 188:21, 212:1, 237:25
  **wheelchair** [1] - 152:18
  **whichever** [1] - 237:4
  **whilst** [1] - 104:16
  **white** [6] - 26:7, 26:18, 199:22, 200:1, 227:24
  **whole** [4] - 58:6, 91:5, 210:20, 211:20
  **widow** [1] - 198:4
  **Wiles** [4] - 69:5, 98:7, 98:10, 98:11
  **window** [1] - 234:8
  **windows** [3] - 214:22, 214:25, 224:10
  **wings** [3] - 83:23, 83:24, 107:6
  **wirings** [1] - 83:23
  **Witness** [21] - 112:5, 117:25, 121:3, 121:17, 122:22, 128:11, 129:24, 130:18, 133:22, 134:8, 135:16, 136:6, 137:3, 137:18, 139:7, 157:7, 162:10, 168:15, 172:24, 179:17, 185:20
  **witness** [58] - 5:2, 5:14, 5:21, 6:1, 6:3, 6:7, 6:9, 6:24, 7:23, 8:4, 8:9, 8:11, 9:18, 9:20, 10:20, 11:17, 13:23, 14:17, 15:15, 23:16, 23:17, 26:9, 26:20, 47:16, 58:1, 72:23, 74:15, 75:20, 76:3, 84:5, 84:17, 98:15, 99:22, 100:4, 102:2, 108:24, 108:25, 109:2, 112:7, 119:1, 128:20, 139:25, 150:7, 150:8, 188:17, 189:21, 190:4, 191:25, 192:1, 197:11, 197:12, 199:15, 200:2, 219:13, 238:15, 238:19, 238:21, 238:25
  **WITNESS** [33] - 15:1, 18:7, 20:6, 23:19, 23:22, 24:9, 31:9, 80:2, 90:20, 96:6, 97:16, 109:3, 109:6, 114:18, 149:7,

149:11, 150:3, 150:10, 150:13, 152:15, 153:12, 156:5, 170:14, 172:13, 172:15, 195:1, 195:18, 196:2, 196:22, 197:14, 197:18, 199:13, 238:14
  **witness's** [5] - 4:24, 5:9, 24:17, 75:1, 114:1
  **witnessed** [4] - 55:19, 104:10, 104:12, 235:7
  **witnesses** [6] - 6:16, 9:22, 102:18, 102:19, 199:24, 238:22
  **WITNESSES** [1] - 3:4
  **woman's** [1] - 226:17
  **women** [7] - 225:2, 225:13, 225:17, 233:13, 233:15, 233:21, 237:18
  **Women** [1] - 226:17
  **word** [3] - 21:20, 233:2
  **words** [2] - 20:8, 223:5
  **worse** [3] - 23:9, 23:10, 78:9
  **worship** [2] - 205:4, 232:16
  **worth** [1] - 220:14
  **Worth** [1] - 133:14
  **write** [21] - 16:2, 17:6, 19:17, 19:25, 21:2, 72:19, 77:8, 84:19, 91:22, 92:3, 92:5, 92:15, 92:16, 106:19, 106:22, 108:9, 108:11, 108:13, 108:15, 108:20, 223:8
  **writing** [5] - 23:11, 73:22, 74:10, 84:7, 237:6
  **written** [6] - 20:11, 21:8, 46:18, 75:1, 101:6, 101:10
  **wrote** [24] - 8:4, 15:22, 16:19, 18:15, 19:24, 20:17, 20:25, 21:1, 22:21, 72:11, 73:6, 73:9, 73:20, 75:10, 75:11, 76:17, 92:11, 92:14, 107:18, 108:17, 108:19, 223:5, 223:8, 226:10

## X

  **X-x-x-x-x-x** [1] - 23:23
  **XOn** [6] - 119:17, 123:1, 139:2, 139:3, 139:6, 148:5
  **Xxxxx** [1] - 118:3
  **Xxxxxx** [35] - 3:6, 4:25, 5:15, 5:22, 7:19, 8:9, 8:14, 8:19, 23:18, 23:19, 23:22, 46:24, 58:6, 99:22, 100:12, 100:18, 101:5, 103:14, 104:14, 104:17, 105:1, 105:15, 105:17, 105:22, 106:7, 107:8, 118:4, 118:15, 118:24, 119:3, 119:17, 120:23, 121:25, 122:15, 122:20
  **Xxxxxx's** [4] - 85:16, 103:3, 103:9, 121:22
  **Xxxxxxxx** [11] - 3:5, 8:18, 10:4, 17:12, 19:17, 34:16, 34:17, 35:6, 55:16, 104:3, 105:16
  **Xxxxxxxx's** [1] - 35:11

## Y

  **yard** [1] - 52:12
  **year** [16] - 5:21, 9:20, 27:1, 31:23, 32:18, 45:5, 45:8, 49:4, 50:1, 50:3, 151:20, 164:5, 192:10, 200:15, 201:24, 209:20
  **Year's** [1] - 199:7
  **years** [39] - 4:25, 5:15, 5:20, 5:21, 7:18, 9:4, 17:13, 17:15, 20:19, 26:25, 55:24, 63:14, 65:23, 73:13, 73:16, 73:17, 78:23, 80:5, 81:18, 83:25, 85:4, 107:8, 107:10, 110:3, 110:5, 110:9, 110:12, 110:16, 122:8, 143:9, 143:24, 149:16, 150:23, 151:3, 151:4, 183:2, 228:13, 236:4
  **yell** [1] - 230:1
  **yelled** [3] - 54:4,

93:10, 211:18
  **yelling** [9] - 205:13, 210:21, 211:3, 211:21, 211:23, 212:2, 213:18, 229:20, 237:20
  **yellow** [1] - 52:13
  **yells** [1] - 90:10
  **yesterday's** [1] - 14:9
  **York** [1] - 1:18
  **young** [13] - 18:7, 62:13, 64:13, 201:2, 206:14, 217:25, 218:4, 229:16, 229:19, 231:11, 231:12, 231:14, 231:17
  **younger** [5] - 25:24, 25:25, 35:8, 35:9, 216:2
  **yourself** [2] - 29:9, 29:16
  **yourselves** [3] - 98:17, 188:20, 237:24
  **youth** [1] - 47:6

## Z

  **zoom** [5] - 114:5, 156:16, 156:19, 165:11, 170:11
  **zooming** [1] - 183:22