```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                 Plaintiff,           February 7, 2013

 6          vs.                         9:32 a.m. to 4:46 p.m.

 7   MATTHEW ANDREW CARTER,

 8                 Defendant.           Pages 1 to 167

 9   _____

10                          JURY TRIAL
              BEFORE THE HONORABLE JOAN A. LENARD,
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                            ASSISTANT UNITED STATES ATTORNEY
                              99 Northeast Fourth Street
16                            Miami, Florida 33132
                                      -and-
17                            BONNIE L. KANE, ESQ.
                              UNITED STATES DEPARTMENT OF JUSTICE
18                            1400 New York Avenue, NW
                              Suite 600
19                            Washington, DC 20530

20

     FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                            ADELSTEIN & MATTERS
                              2929 Southwest Third Avenue
22                            Suite 410
                              Miami, Florida 33129
23                                    -and-
                              PHILIP R. HOROWITZ, ESQ.
24                            9130 South Dadeland Boulevard
                              Suite 1910
25                            Miami, Florida 33156
```

```
1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
2                              400 North Miami Avenue
                               Twelfth Floor
3                              Miami, Florida 33128
                               (305) 523-5499
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3                                        Direct    Cross    Red.

4

   WITNESSES FOR THE GOVERNMENT:

5

   Odelin Xxxxxxxxx                          5       43      102

6

7

8

   EXHIBITS RECEIVED IN EVIDENCE                            PAGE

9

   Government's Exhibit No. 58                               16
10 Government's Exhibit No. 67                               26
   Government's Exhibit Nos. 49, 50 and 57                   36
11 Defendant's Exhibit No. 3                                 70
   Defendant's Exhibit No. 2                                 76
12 Defendant's Exhibit No. 4                                 86
   Government's Exhibit No. 96-A                            133
13 Government's Exhibit No. 95                              138

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                THE COURT:  Good morning.  You may be seated.

 2                Our last juror just arrived.

 3                United States of America versus Matthew Andrew Carter,

 4     Case No. 11-20350.

 5                Good morning.

 6                Counsel, state your appearances, please, for the

 7     record.

 8                MS. MEDETIS:  Good morning, your Honor.

 9                Maria Medetis and Bonnie Kane on behalf of the United

10     States.

11                With us again at counsels' table are Special Agents

12     Larko and Flores of Homeland Security Investigations.

13                THE COURT:  Good morning.

14                MR. ADELSTEIN:  And good morning, your Honor.

15                Stuart Adelstein and Phil Horowitz on behalf of

16     Mr. Carter, who is present, also along with Reginald Hope.

17                THE COURT:  Good morning.

18                So we have a witness.  Correct?

19                MS. MEDETIS:  Yes, we do, Judge.

20                THE COURT:  So let's bring in the jurors.

21                Good morning, ladies.

22                THE INTERPRETERS:  Good morning, your Honor.

23                (Whereupon, the jury entered the courtroom at

24     9:33 a.m. and the following proceedings were had:)

25                THE COURT:  Good morning.
```

1          THE JURY:  Good morning.

2          THE COURT:  You may be seated.

3          Good morning, ladies and gentlemen.

4          THE JURY:  Good morning.

5          THE COURT:  Call your next witness, please.

6          MS. MEDETIS:  Your Honor, the Government calls Odelin

7    Xxxxxxxxx.

8          ODELIN XXXXXXXXX, GOVERNMENT WITNESS, SWORN

9          THE COURTROOM DEPUTY:  Thank you.  Be seated.

10          If you would state your name and give the spelling for

11   the record.

12          THE WITNESS:  Xxxxxxxxx, Odelin.  X-x-x-x-x-x-x-x-x.

13          MS. MEDETIS:  Your Honor, may I proceed?

14          THE COURT:  Yes.

15                    DIRECT EXAMINATION

16   BY MS. MEDETIS:

17   Q.  Good morning.

18   A.  Good morning.

19   Q.  May I call you Odelin?

20   A.  Yes.

21   Q.  Odelin, do you have a nickname?

22   A.  Yes.  Roro.

23   Q.  How do you spell that?

24   A.  R-o-r-o.

25   Q.  And who gave you that nickname?

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis          6

1    A.   From my home.

2    Q.   Meaning from when you were born?

3    A.   Yes.

4    Q.   Odelin, when were you born?

5    A.   I was born on June 22nd, 1990.

6    Q.   And how old are you now?

7    A.   I'm 22.

8    Q.   And where are you from?

9    A.   Croix des Bouquets.

10   Q.   In what country?

11   A.   Haiti.

12   Q.   Where did you grow up?

13   A.   Croix des Bouquets, in Santo.

14   Q.   Odelin, can you tell us a little bit about your family.

15        Are your parents living?

16   A.   Yes.

17   Q.   And do you have any brothers or sisters?

18   A.   Yes.  I have a brother and five sisters.

19   Q.   Are your brother and sisters older or younger than you?

20   A.   I have three that are older than me.

21   Q.   Do you know a man named Bill Carter?

22   A.   Yes.

23   Q.   Do you see him in the courtroom today?

24   A.   Yes.

25   Q.   Could you please point to him and then describe an article

1    of clothing that he's wearing.

2    A.   Yes.  With the blue shirt.

3            MS. MEDETIS:  Your Honor, may the record reflect that

4    the witness has identified the Defendant?

5            THE COURT:  It will so reflect.

6    BY MS. MEDETIS:

7    Q.   Do you know a man named Matthew Carter?

8    A.   Yes.

9    Q.   Is he in the courtroom today?

10   A.   Yes.

11   Q.   Could you point out Matthew Carter and identify him by an

12   article of clothing, please.

13   A.   Yes.  He has a blue shirt on.

14           MS. MEDETIS:  May the record please reflect that the

15   witness has identified the Defendant as Matthew Carter?

16           THE COURT:  It will so reflect.

17   BY MS. MEDETIS:

18   Q.   Odelin, do you know a man by the name of Matthew Andrew

19   Carter?

20   A.   Yes.

21   Q.   And is he in the courtroom today?

22   A.   Yes.

23   Q.   And, once again, could you point to the person that you

24   know as Matthew Andrew Carter and describe what he's wearing.

25   A.   He has a blue shirt on.

1          MS. MEDETIS:  If the record can reflect that the

2    witness has identified the Defendant as Matthew Andrew Carter.

3          THE COURT:  It will so reflect.

4    BY MS. MEDETIS:

5    Q.   When did you first meet the Defendant?

6    A.   I met him around 1997, 1998.  I was about seven years old.

7    Q.   And where did you meet him?

8    A.   I met him at Santo 14.

9    Q.   What was Santo 14?  Where did you meet him in Santo 14?

10   A.   It was the house where he lived in in Santo 14.

11   Q.   And did that house -- what was the Defendant doing in that

12   house?

13   A.   It was like a boarding home, a place where he helped

14   children.

15   Q.   Did it have a name, this place that the Defendant had?

16   A.   Yes.

17   Q.   What was the name?

18   A.   Morning Star Center.

19   Q.   And who introduced you to the Defendant?

20   A.   Well, the way I met him was because my stepmother was

21   working with him.  So she's the one who introduced me to the

22   center.

23   Q.   And when you say your stepmother was working with him, what

24   was your stepmother doing with the Defendant?

25   A.   It was a job that she got.  She got a job to work for him.

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          9

 1    She was the one cooking for the boys in the boarding home.

 2    Q.   And at the time that you met the Defendant when you were

 3    about 7 or 8 years old, where were you living?

 4    A.   I lived in Santo 15.

 5    Q.   And who did you live with?

 6    A.   I lived with my stepmother, my father.

 7    Q.   Did you live with your brothers and sisters, too?

 8    A.   Yes.  I stayed with my three youngest sisters.

 9    Q.   Did the Defendant ever invite you to sleep over at the

10    Morning Star Center when it was located at Santo 14?

11    A.   Yes.  Yes.  I used to go for weekends.

12    Q.   And when the Defendant invited you to go for weekends, what

13    was it like at the center?

14    A.   We used -- I used to go on Friday afternoon after school

15    and there would be a group of us there for the weekend.  We

16    would eat.  We would play for the weekend.  And on Sunday

17    afternoons, we would go back home.

18    Q.   Who lived at the center when you were visiting on the

19    weekends?

20    A.   There was -- there were a few of the boys who already lived

21    in the center.  There was Ismael, Darius, Myrtho, Edder.  Jobed

22    was living there already.  Peter was there.  There were a few

23    boys living there already.

24    Q.   And what kinds of things did you do when you would visit on

25    the weekends?

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          10

1   A.   For me, I can say that I used to be there only on weekends.

2   I didn't live there permanently.  So I used to come and I used

3   to help and -- the other boys, if they had chores and things

4   like that, and just play.

5   Q.   And how did the Defendant treat you when you visited him on

6   the weekends?

7   A.   There was no special treatment or no bad treatment,

8   because, remember, I didn't live there.  I only came for

9   weekends.  So if anything happened in the house, I was there.

10  I saw it.  But as -- I didn't live there.  So....

11  Q.   Well, was the Defendant nice to you?

12  A.   Oh, yes.

13  Q.   What, if anything, did the Defendant give you when you

14  visited on the weekends?

15  A.   Yes.  He gave me a Walkman once.

16  Q.   Did the Defendant feed you?

17  A.   Yes.

18  Q.   Did the Defendant give you a place to sleep on the weekends

19  when you were there?

20  A.   Yes.  I slept in the boys' room.

21  Q.   Did the Defendant give you toys and video games to play

22  with when you were there?

23  A.   No.  I didn't have any video games.

24  Q.   Did you have toys to play with at the center?

25  A.   Yes.  There were other toys to play with.

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis          11

1    Q.   How many meals a day did you get to eat when you lived at

2    home with your family?

3    A.   About two.

4    Q.   And how many toys did you have to play with at home when

5    you lived with your family?

6    A.   No.  I had no toys.  I used to invent cards with pieces of

7    paper or you just play with whatever you find.  You invent in

8    your imagination and you play with it.  Sticks.  And once my

9    parents bought me a toy water gun.

10   Q.   And what was the reason that you did not have toys and that

11   you did not eat three meals a day when you lived with your

12   family?

13   A.   Because we were living through hard times.  My father

14   wasn't working enough, making enough money.  He's a farmer and

15   he wasn't making enough money.

16   Q.   Did there come a time when you moved into the center

17   full-time?

18   A.   Yes.

19   Q.   And how old were you when you moved into the center

20   full-time?

21   A.   It wasn't long from the time -- it didn't take a long time

22   for me to spend in the weekend program when I moved in

23   permanently.

24        It was during the period that he was moving from one house

25   to the other, and I moved in in the new house with them in the

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          12

1   program.

2   Q.  So when you moved in full-time to the program with the

3   Defendant and the other boys, where was the new house located?

4   A.  It was in 15.

5   Q.  15 where?

6   A.  It was 15-A.

7   Q.  Is that in Santo?

8   A.  Yes.

9   Q.  How old were you when you left the center for good?

10  A.  It was in Tabarre.  I was 16.

11  Q.  And when you say Tabarre, what do you mean by that?

12  A.  That's the house where I left the center.  It was

13  Tabarre 23.

14  Q.  I see.

15      So when you first moved in full-time, the center was

16  located at 15 -- did you say A?

17  A.  15-A.

18  Q.  And you were about 7 or 8 years old at the time?

19  A.  Yes.

20  Q.  And then did the house move again after you moved in in

21  15-A?

22  A.  Yes.

23  Q.  Where did it move after Santo 15-A?

24  A.  After Santo 15-A, we went to Santo 15-B.  That was closer

25  to the main street.

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          13

1   Q.   And then, after Santo 15-A, where did the center move?

2   A.   It was still 15, but we just moved to the house up from the

3   block.

4   Q.   And did the house ever move to Santo 14 again?

5   A.   Yes.

6   Q.   And after the house moved to Santo 14, did it move again?

7   A.   Yes.

8   Q.   Where did it move?

9   A.   From the first 15, we moved to another house in 15.  And

10  after that, we went to 14.

11  Q.   Okay.

12  A.   And then we moved to Croix des Bouquets.  And then we came

13  back again to 14.

14  Q.   And then did you move to Tabarre?

15  A.   After 14, I left the center.

16  Q.   And how old were you when you left the center?

17  A.   I was 13, going on 14 -- or I was 14.

18  Q.   And I'm confused because you said, when you left the house,

19  you were living at the Tabarre house.

20       Can you explain to us what you mean by that.

21  A.   Yes.  I left the first time.  It -- the first time I left,

22  it was at Santo 14.  There was a lot of bad things going on.

23  Q.   Let me stop you there.

24  A.   There was --

25  Q.   Let me stop you there.

 1        After you left, did you return to the center?

 2   A.   Yes.

 3   Q.   And where was the center located when you returned?

 4   A.   Tabarre.

 5   Q.   And for approximately how long were you gone from the

 6   center?

 7   A.   About a year.

 8   Q.   And how old were you when you returned to the center when

 9   it was located at the Tabarre house?

10   A.   I was 15.

11   Q.   Now, when you first moved into the center, did you have any

12   chores or responsibilities?

13   A.   Yes.

14   Q.   And tell us, what were those chores and responsibilities?

15   A.   I had a lot of responsibilities, because I used to be the

16   key holder and, also, to make sure that the supply room and,

17   also, the gates were closed and things like that.

18        I used to be the one to go fetch the supply for the cook,

19   the supply -- from the supply room to bring whatever they

20   needed to be cooked.

21   Q.   And did the other boys in the house have chores and

22   responsibilities as well?

23   A.   Yes.

24           MS. MEDETIS:  I'm going to show defense counsel what's

25   been marked for identification purposes as Government's

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          15

 1    Exhibit 58.

 2            Your Honor, permission to approach the witness?

 3            THE COURT:  You may.

 4    BY MS. MEDETIS:

 5    Q.  Odelin, I'm showing you what's been marked for

 6    identification purposes as Government's Exhibit 58.

 7        Can you please take a look at that.

 8    A.  Yes.

 9    Q.  Do you recognize that?

10    A.  Yes.

11    Q.  And what is that?

12    A.  This is a picture that he took of us in the first house

13    where I had met him.

14    Q.  And when you say "he," who do you mean?  Who took the

15    picture?

16    A.  Bill, the Defendant.

17    Q.  And are you in that picture?

18    A.  Yes.

19    Q.  And is there anybody else in that picture with you?

20    A.  Yes.

21    Q.  Generally, who are the other people in the picture with

22    you?

23    A.  Oh.  Here I see the boys:  Junior, Fritzon, Jean Eric and

24    Jean Yves.

25    Q.  Did you say Jean Eric?

 1   A.   Yes.

 2   Q.   And what was the final name that you said?

 3   A.   Jean Yves.

 4   Q.   Jean Yves.

 5        And are those their first names?

 6   A.   No.  I don't know their last name.  I just know that name.

 7   Q.   And were those boys that lived with you at the center?

 8   A.   They used to come on the weekend.

 9   Q.   And the people in the photo:  Is that a fair and accurate

10   depiction of you and the other boys as you appeared at the time

11   the picture was taken?

12   A.   Yes.

13        MS. MEDETIS:  Your Honor, the Government would move at

14   this time to admit Government's Exhibit 58 into evidence.

15        THE COURT:  It will be admitted as Government's

16   Exhibit 58.

17        (Whereupon, Government's Exhibit No. 58 was entered

18   into evidence.)

19        THE COURT:  You may publish.

20        MS. MEDETIS:  I'll be using the overhead, your Honor.

21   BY MS. MEDETIS:

22   Q.   Who is that, Odelin?

23   A.   Me.

24   Q.   And is that what you looked like when you first moved into

25   the Morning Star Center with the Defendant?

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          17

1    A.   Yes.

2    Q.   We talked about some of the things that you liked about

3    living at the center.  I'd like to talk a little bit about some

4    of the things that you did not like living at the center, if

5    that's okay.

6    A.   Okay.  Would you like me to tell you the first thing that I

7    didn't like?

8    Q.   What was the first thing that you did not like about living

9    at the center?

10   A.   One of the bad things about living there was that -- is

11   being treated badly, even if you didn't do anything wrong.

12   Sometimes he would just pass by and hit you behind the head

13   with a slap.  And even if he was mad at someone else, everybody

14   got yelled at.

15   Q.   And who would do that?

16   A.   The Defendant.

17   Q.   And what else did you dislike about living at the center?

18   A.   Especially the things when he was abusing us.

19   Q.   When you say abusing you, what do you mean by that?

20   A.   What I mean by that is to make us masturbate him.  It used

21   to be that I had to do that from the age 7, 8 years old.  By 10

22   and 11, it turned -- he started by sucking our penises.

23   Q.   Odelin, I want to talk specifically about you.

24        Do you remember the first time that the Defendant did

25   anything sexual with you?

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          18

1    A.   Yes.

2    Q.   When was that?

3    A.   It happened the first time I went to visit.  And I was

4    playing soccer with the boys and he was sitting in the clinic

5    and he called me.

6    Q.   And how did he call you?  Did you speak English at the

7    time?

8    A.   No.  I didn't speak English.  But he called out my name,

9    Roro.

10   Q.   And after he called out your name, what happened?

11   A.   When I went up to him, he was patting my head.  He kept

12   patting my head.  And then, after that, he unzipped his pants

13   and then he took my hand.  He put some lotion on it and put my

14   hand on his penis.

15   Q.   And after he -- after the Defendant took your hand and put

16   lotion in your hand and put your hand on his penis, what

17   happened next?

18   A.   He showed me how to masturbate him.  He put his hand up and

19   down, up and down, moving my hand.  He showed me how to

20   masturbate him.

21       After I started doing what he showed me with his hand on

22   how to do it, he took his hand away, and he made me do it till

23   he ejaculated.

24   Q.   You said this happened in the clinic?

25   A.   Yes.

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          19

1    Q.   And where was the clinic located?

2    A.   It was right there in the center, in the house.

3    Q.   Was there anyone else in the clinic at the time that the

4    Defendant made you masturbate him?

5    A.   Yes.  There were other people around in the house, but not

6    in the clinic.  There was only the two of us in the clinic.

7    Q.   What time of day was this that the Defendant made you

8    masturbate him?

9    A.   It could have been around 3:00, 4:00.

10   Q.   But it was daytime?  Was it daytime?

11   A.   Yes.

12   Q.   After the Defendant made you masturbate him in the clinic,

13   what happened next?

14   A.   After it happened, he patted my head and told me, "Don't

15   tell anybody.  Keep it secret.  Don't tell anybody.  That's

16   between us."

17        And as I started to walking away, there was one of the

18   older boys called Dieucibon who saw me and he said, "What are

19   you doing in there with him?  What happened in there?"

20        And I told him, "Did you see what happened in there, what

21   happened?"

22        And Dieucibon told me, "Don't ever go in there to him

23   again.  Don't ever go back in there to him."

24             MR. ADELSTEIN:  Objection.  Hearsay.  Move to strike.

25             MS. MEDETIS:  Your Honor, effect on the listener.

1          THE COURT:  It's overruled.

2          Can you move the microphone towards him, please.  We

3   still need to hear his voice when he's answering.

4          Thank you.

5   BY MS. MEDETIS:

6   Q.  Odelin, did the Defendant speak Creole at that time?

7   A.  No.  He didn't know how to speak Creole.

8   Q.  So how do you know that he told you after you masturbated

9   him to go play?

10  A.  He knew some words of Creole.  He didn't know a lot of

11  Creole.  But he knew exactly what motions to use.  He put his

12  finger like this (indicating).  So I understood that it meant

13  silence.  So....

14  Q.  And when you say, "He put his finger like this," what do

15  you mean?  What did he do with his finger?

16  A.  He put it on his lips and he went, "Shhh."

17  Q.  After that first incident when you were approximately 7 or

18  8 years old when the Defendant made you masturbate him in the

19  clinic, did the Defendant ever do anything sexual with you

20  again?

21  A.  That continued.

22  Q.  What continued?

23  A.  He continued to make me masturbate him.  And when I started

24  growing up, getting older in age, being 10, 11, 12, 13, he

25  started sucking on my penis.

1  Q.   During the times that he masturbated -- let me rephrase.

2       During the times that the Defendant made you masturbate

3  him, where in the house did you have to masturbate the

4  Defendant?

5  A.   It's always mostly in his bedroom that he usually used you.

6  Q.   And how often would the Defendant make you masturbate him

7  in his bedroom, approximately?

8  A.   I can't give you approximately how many times.  But in a

9  month, it could happen very often.

10 Q.   And when the Defendant had you masturbate him in his

11 bedroom, how would the Defendant bring you into his bedroom or

12 how did you get to the Defendant's bedroom?

13 A.   There's many different ways.

14      Sometimes he would send to you get something in his bedroom

15 and you -- not fully and completely understanding what he sent

16 you to get, you would come back to him and say you didn't find

17 it.  And then he would follow you into the bedroom.

18      And there are other times -- and sometimes at night, too,

19 he would ask you to go fill a big pot he had.  He always had

20 ice water.  He would ask you at night to go fill it back up

21 again with ice water for him and, once you bring it back, he

22 would hold you in there.

23 Q.   Did you ever -- did the Defendant ever ask you to fill a

24 pot of water in his bedroom?

25 A.   Yes.  Mostly always.

1   Q.   And when you went in to fill the pot with water, into the

2   Defendant's bedroom, what would happen next?

3   A.   It depends.  I would bring it back.  Sometimes he would

4   just tell you to close the door behind you.  And you'd bring

5   the water and put it down and he would say, "Close the door

6   behind you" and he would ask you to move towards him and for

7   you to do it for him.

8        Some of the times, he would ask you to do it for him and,

9   if you say "no" for today, he would promise you anything for

10  you to do it.

11  Q.   When he asked you to close the -- after he asked you to

12  close the door, what would he do next or what would he, the

13  Defendant, say next?

14  A.   Once you closed the door, he would wave to you to move

15  closer to the bed where he was lying down.  Usually, he either

16  had something wrapped around him like a robe or sometimes he

17  had a pair of shorts on him for sleeping time, I guess, and he

18  would expose himself and for you to come and you would

19  masturbate him.  And when I said -- he would suck my penis.

20  Q.   And when you masturbated him on these occasions, would you

21  have to use the lotion?

22  A.   Yes.  We always used the lotion.

23  Q.   And when you masturbated the Defendant, where did the

24  Defendant keep the lotion?

25  A.   The lotion was always by the bedside on a small table.

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          23

 1  Q.   And who would take the lotion and put the lotion in your

 2  hand?

 3  A.   The Defendant.

 4  Q.   And after the Defendant put the lotion in your hand, what

 5  would he do next?

 6  A.   Then I would put my hand on his penis and start

 7  masturbating him till he ejaculated.

 8  Q.   And after he ejaculated, what would the Defendant do?

 9  A.   He would pull out paper napkins and wipe himself.  And

10  that's it.

11  Q.   And where did he keep those paper napkins that he used to

12  wipe himself?

13  A.   By the lotion, by the bedside.

14  Q.   And what time of day did you usually -- let me rephrase.

15       What time of day would the Defendant have you masturbate

16  him?

17  A.   It sometimes happened in the afternoon -- late afternoon,

18  but it was mostly at nighttime.

19  Q.   Did the Defendant ever come into your room in the middle of

20  the night?

21  A.   Yes.

22  Q.   And when he came into your room in the middle of the night,

23  what would he do?

24  A.   Well, he would come in with his flashlight.  And if it was

25  me he wanted to wake up, he would wake me up and find a way to

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          24

 1   ask me for water or something to bring to him.  And then I

 2   would have to get up and go find the water and bring it to him

 3   in his room.

 4   Q.  And after you brought the water into his room, what would

 5   happen next?

 6   A.  The same situation happened again.

 7   Q.  And when you say "the same situation," what do you mean by

 8   that?

 9   A.  He would make me do the same thing to him again.

10   Q.  And by "the same thing," do you mean masturbate the

11   Defendant?

12   A.  Yes.

13   Q.  Previously, you said that the Defendant began to perform

14   oral sex on you.

15       How old were you when that began?

16   A.  Repeat again.

17   Q.  How old were you when the Defendant started to perform oral

18   sex on you?

19   A.  I think around 10, 11 he did it.  13, 14.  All those ages

20   he did it to me.

21   Q.  What house were you living in when the Defendant -- do you

22   remember what house you were living in when the Defendant

23   started to perform -- started to suck your penis?

24   A.  It was the house called -- at Santo 15 that they called

25   Eddy's house.

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis          25

 1   Q.   Eddy's house.   Okay.

 2              MS. MEDETIS:   Your Honor, I'm about to show defense

 3   counsel and the Defendant what has marked for identification as

 4   Government's Exhibit 67.

 5              Your Honor, permission to approach the witness?

 6              THE COURT:   You may.

 7   BY MS. MEDETIS:

 8   Q.   Odelin, I'm going to approach you and hand you what's been

 9   marked for identification purposes as Government's Exhibit 67,

10   if you could please take a look at it.

11         Odelin, do you recognize that?

12   A.   Yes.

13   Q.   What is that?

14   A.   My picture.

15   Q.   And about how old are you in that picture?

16   A.   I must have been around 8 or 9, I think.

17   Q.   Where was that picture taken, if you remember?

18   A.   At Eddy's house.

19   Q.   And was that in Santo?

20   A.   Yes.   Santo 15.

21   Q.   And is that photograph a fair and accurate depiction of you

22   at the time the picture was taken?

23   A.   Yes.

24   Q.   And who took that picture?

25   A.   The Defendant.

1        MS. MEDETIS:  Your Honor, the Government at this time

2   would move Government's Exhibit 67 into evidence.

3        THE COURT:  It will be admitted as Government's

4   Exhibit 67.

5        (Whereupon, Government's Exhibit No. 67 was entered

6   into evidence.)

7        THE COURT:  Can you move that microphone down towards

8   him, please.

9        Sir, you're going to have to keep your voice up.

10  Okay?

11       You may publish.

12  BY MS. MEDETIS:

13  Q.  I'm sorry.

14      Could you repeat what house you were living in at the time

15  the Defendant started to perform oral sex on you.

16  A.  Yes.  At Eddy's house.

17  Q.  And this picture was taken when you were living at Eddy's

18  house?

19  A.  Yes.

20  Q.  Can you please explain to the ladies and gentlemen of the

21  jury, what would the Defendant do when the Defendant performed

22  oral sex on you?

23  A.  What do you mean?  What?

24  Q.  How would you -- where would the Defendant perform oral sex

25  on you?  In what room of the house?

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis        27

1   A.   In his bedroom.

2   Q.   And how did you know to come into the Defendant's bedroom?

3   A.   Well, there's a routine in the house.  Once we wake up, we

4   all have to say good morning to him.  And he would still be in

5   bed in the mornings because he would sometimes get out of bed

6   later than us.  So we all had to go in and say good morning to

7   him.

8   Q.   And whose room was that?  Who made you come in and say good

9   morning every morning?

10  A.   The Defendant.

11  Q.   What would happen when you would go in to say good morning

12  to the Defendant?

13  A.   In the mornings, when you went to say good morning to him,

14  depending, he would sometimes -- while we were hugging him, he

15  would -- we had to give him hugs.  And he would hug you, pull

16  you in the bed with him, touch your penis, kiss you in the neck

17  and send you on.

18  Q.   And did the Defendant ever do that to you specifically?

19  A.   Yes.

20  Q.   And on any of those mornings, did the Defendant ever

21  perform oral sex on you after he pulled you into his bed?

22  A.   It happened, but not very often.

23  Q.   When you say it didn't happen very often, what do you mean?

24  The Defendant didn't perform oral sex on you very often or the

25  Defendant didn't perform oral sex on you in the mornings very

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          28

1    often?

2    A.  No.  He did oral sex.  He sucked me penis often enough.

3    But he didn't do it often in the mornings.

4    Q.  Would the Defendant perform oral sex on you during the

5    times that he also made you masturbate him?

6    A.  Whenever he's sucking on my penis, he would make me

7    masturbate him.

8    Q.  Would you have to use the lotion when you masturbated him

9    on those occasions?

10    A.  You always -- I always had to use the lotion.

11    Q.  Did the Defendant ever ask you to perform oral sex on him?

12    A.  He asked it, but I always refused.  I never did it.

13    Q.  And in what houses were you living when the Defendant asked

14    you to perform oral sex on him?

15    A.  Then we lived at Santo 14.

16    Q.  Was that the Santo 14 that you lived in before you left for

17    a year?

18    A.  Yes.

19    Q.  Was there ever a time when you lived with the Defendant

20    that the Defendant had you do sexual things with other boys in

21    the room?

22    A.  Yes.  It happened at the 14.

23    Q.  Santo 14, you mean?

24    A.  Yes.

25    Q.  Is that the Santo 14 that you lived in before the center

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis          29

```
 1   moved to Tabarre?

 2   A.   Yes.

 3   Q.   Could you please tell us what happened.

 4   A.   Yes.  It was -- that day, it was -- well, Schneider and

 5   I -- at that time, I was a team leader.  There was like a

 6   special -- special thing going around in the house where they

 7   had a contest to see who was the best team leader that would

 8   get a prize.  And it was to be chosen the best team leaders if

 9   you pass and became the best team leader.

10        And during the contest was going on and we were making sure

11   that our boys were cleaning and doing their chores and during

12   the contest was still on, he asked me and Schneider to come up

13   and do something in his room for him.

14        He knew that Schneider was my best friend.  He made the two

15   of us go up there in his room.  He closed the door.  And he

16   made me masturbate for him and he sucked my penis.  Then he

17   made me masturbate Schneider.

18   Q.   What else did the Defendant make you do?

19   A.   And after that, it was over.  He made us leave the room and

20   go back downstairs.

21   Q.   Did you ever see the Defendant do any sexual acts with any

22   of the other boys that lived in the house with you?

23   A.   I can't say that I ever saw with my own two eyes him doing

24   it on any other boy.  But as someone who lived there and who

25   lived through that, I knew exactly --
```

 1            MR. ADELSTEIN:  Objection.  Nonresponsive, the last

 2   part of his answer.  He didn't see anything.

 3            THE COURT:  Sustained.

 4   BY MS. MEDETIS:

 5   Q.   Did you ever see other boys who lived in the house go into

 6   the Defendant's bedroom?

 7   A.   Yes.  Often.

 8   Q.   And when those boys went into the Defendant's bedroom, was

 9   the door open or closed after they went in?

10   A.   Always closed.

11   Q.   Did you ever see the Defendant bring boys who didn't live

12   in the center into his bedroom?

13   A.   Yes.

14   Q.   And when the Defendant brought those boys who didn't live

15   in the center into his bedroom, was the door open or closed

16   after they went into the bedroom?

17   A.   Closed.

18   Q.   Odelin, did the Defendant have favorite boys in the house?

19   A.   Yes.

20   Q.   And did he have a name for the favorite boys?

21   A.   Yes.

22   Q.   What was the name that the Defendant gave the favorite

23   boys?

24   A.   Golden child.

25   Q.   Were you ever a golden child?

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          31

1    A.   Yes.

2    Q.   Did the Defendant ever tell you you were a golden child?

3    A.   Yes.

4    Q.   How did the Defendant treat you when you were a golden

5    child?

6    A.   When I was his golden child, I was treated differently from

7    the other boys.  Let's say I ate his meals with him.  Whatever

8    they cooked for him, I ate with him.

9         If he was running errands, going to the supermarket, I

10   always went out with him.  The golden child got new clothes,

11   got what you wanted, what you asked him.  He would try to buy

12   it for you.

13        And at that time, you were under his protection.  So

14   whatever thing that happened in the house that was bad, you

15   never got in trouble.  So the older ones, the bigger ones,

16   could not hit you or do anything to you, even if you didn't do

17   your chores.

18   Q.   When you were the golden child, did the Defendant treat the

19   other boys differently than he treated you?

20   A.   Yes.

21   Q.   Based on what you saw, how did the Defendant treat the

22   other boys that were not golden children differently?

23   A.   Like if you were not the golden child -- let's say one of

24   the boys did not do his chore or did not do his chore well or

25   even had a slip of the tongue and insult badly.  He would beat

1  you till you -- you'd get beaten.

2      And sometimes, if you had supper -- you were going to eat

3  supper, he would throw away your food and you didn't eat that

4  night or he would give you other punishments.

5  Q.  Did you like being the golden child?

6  A.  In the beginning, I liked it.  But at the end, I did not

7  like it.

8  Q.  What did you have to do to become the golden child?

9  A.  It's the one that masturbated him the most, who never

10  refused him.  That's how you got to become a golden child.

11  Q.  Did you ever refuse to do sexual things with the Defendant

12  when you lived with him?

13  A.  Yes.  Sometimes I refused.

14  Q.  And what would happen -- what would the Defendant do if you

15  refused?

16  A.  When I refused him, he never showed me any expression of

17  being mad or anything at me.  But if I slipped in my chores or

18  my responsibilities, he would get back on me and start swearing

19  at me, telling me that I am a son of a bitch, that I'm a little

20  shit, that, "This is all I've done for you.  I've done this for

21  you.  I've done that for you.  I ask you a small thing to do

22  for me and you don't want to do it for me.  You're a little

23  shit.  You're taking all this attitude towards me and you are a

24  son of a bitch.  I'm helping you."

25  Q.  Did the Defendant ever promise you anything or promise to

O. Xxxxxxxxx - DIRECT - By Ms. Medetis                33

```
 1  give you anything if you did do sexual things for him?

 2  A.  Yes.  He would promise.

 3  Q.  What kind of things would he promise if you did sexual

 4  things for him?

 5  A.  Sometimes he would promise money.  He would put one bill

 6  down, put a second bill down, put a third bill down.  And

 7  sometimes he would promise us, me, the guys, things that we've

 8  never seen, toys we've never seen, things we've never had.

 9  Q.  And how would he say that to you?  How would he -- do you

10  remember what he would say to you when he would promise you

11  things?

12  A.  Would you repeat.

13  Q.  When the Defendant promised to give you things or put bills

14  down in exchange for sexual acts, do you remember how he said

15  it or what he said when he promised you things?

16  A.  Sometimes he would tell me, "If I give you money, will you

17  do it?  Will you do it?"  And sometimes I say, "No."

18      And then he will tell me, "I'm going out.  I'll take you to

19  the supermarket.  I'll take you to buy ice cream," that,

20  "You'll always have the chance.  You go out with me.  Come.

21  Come.  Let's go."

22  Q.  And how did you understand the Defendant saying these

23  things if he didn't speak Creole and you didn't speak English?

24  A.  After some time, there's words you understood and there's

25  things you understood, living there.  We started to understand.
```

1   Q.   Do you speak English now, as we sit here today?

2   A.   Yes.

3   Q.   And how did you learn English?

4   A.   Well, being brought up by him, you learned English.  But,

5   again, going to school, once you start seventh grade, you have

6   to do a foreign language and you learn in school.

7   Q.   But it's fair to say that you learned English while living

8   with Bill at the center.  Correct?

9   A.   Yes.

10   Q.   Did the Defendant help you learn English?

11   A.   It's not that he helped us to learn English.  It's that we

12   had dictionaries.  There was English songs, English music.  You

13   learned the words.  When we didn't understand something, we

14   looked it up.

15       And when you can't understand something, we could sometimes

16   go and ask him, "What does that word mean?  What does it stand

17   for?"

18   Q.   What's your native language, your first language, Odelin?

19   A.   Creole.

20       MS. MEDETIS:  I've just shown defense counsel what's

21   been marked for identification purposes as Government's

22   Exhibits 49, 50 and 57.

23       May I approach, your Honor?

24       THE COURT:  You may.

25

```
 1   BY MS. MEDETIS:

 2   Q.   Odelin, could you take a look at Government's Exhibits --

 3   the three exhibits that I just handed to you, 49, 50 and 57.

 4        Do you recognize those three items?

 5   A.   Yes.

 6   Q.   Government's Exhibit 40:  What is that, generally?

 7             THE COURT:  40 or 4 --

 8             MS. MEDETIS:  I apologize, your Honor.  49.

 9             THE WITNESS:  Those are the pictures of all of us who

10   lived at his house.

11   BY MS. MEDETIS:

12   Q.   And what about Government's Exhibit 50?  What is that,

13   generally?

14   A.   That's a picture of the guys.

15   Q.   And by "the guys," do you mean the boys that lived in the

16   house with you?

17   A.   Yes.

18   Q.   And Government's Exhibit 57:  What is that?

19   A.   That picture is Ismael's picture.

20   Q.   The people depicted in the exhibit that I've just shown

21   you, Government's Exhibits 49, 50 and 57:  Are they fair and

22   accurate depictions of the persons that are pictured in there

23   at the time the pictures were taken?

24   A.   Yes.

25             MS. MEDETIS:  Your Honor, the Government would move to
```

 1   admit Government's Exhibits 49, 50 and 57 into evidence at this

 2   time.

 3           THE COURT:  They will be admitted as Government's

 4   Exhibits 49, 50 and 57.

 5           (Whereupon, Government's Exhibit Nos. 49, 50 and 57

 6   were entered into evidence.)

 7           THE COURT:  You may publish.

 8   BY MS. MEDETIS:

 9   Q.  I'm showing you, Odelin, what's been admitted into evidence

10   as Government's Exhibit 59.

11       Could you please tell the jury what this is again.

12   A.  Those are pictures of all the boys who lived in the house

13   with me.

14   Q.  And are you in this document?

15   A.  Yes.

16   Q.  Where are you?  You can touch on your screen and circle

17   your picture, if you could.

18   A.  That's me.

19   Q.  Got it.

20       I'm showing you what's been admitted as Government's

21   Exhibit 50.  Are you in this?

22   A.  Yes.

23   Q.  Could you underline your picture.

24   A.  (Witness complies.)

25   Q.  And in these two documents that I just showed you, were

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          37

1    those the boys that were living with you at the center when you

2    were living at the center?

3    A.   Yes.

4    Q.   Government's Exhibit 50, what I'm showing you now:  What

5    house were you living in when these photographs were taken?

6    A.   14.

7    Q.   Is that the Santo 14 that you lived in before the house

8    moved to Tabarre?

9    A.   Yes.

10   Q.   And what about Government's Exhibit 49?  What house were

11   you living in when these photographs were taken?

12   A.   The same house.

13   Q.   Santo 14?

14   A.   Yes.

15   Q.   I'm showing you what's been admitted as Government's

16   Exhibit 57.

17        Who is that a picture of?

18   A.   Ismael.

19   Q.   And did you live with Ismael at the Morning Star Center?

20   A.   Yes.

21   Q.   So you lived with all of the boys that are depicted in

22   Government's Exhibit 49, 50 and 57?

23   A.   Yes.

24   Q.   Could you write your name under your picture if I handed

25   these back to you?

O. Xxxxxxxxx - DIRECT - By Ms. Medetis          38

1   A.   Yes.

2   Q.   Odelin, could you please write your name underneath your

3   picture so that you're not blocking your face or anybody

4   else's.

5   A.   (Witness complies.)

6   Q.   And that was Government's Exhibit 49 that you just wrote

7   on.

8        I've handed you what's been admitted as Government's

9   Exhibit 50.  Could you write your name without blocking your

10  face on Government's Exhibit 50.

11  A.   (Witness complies.)

12  Q.   All the time that you lived at the Morning Star Center,

13  Odelin, who did the cooking?

14  A.   In the beginning, there was always someone employed to

15  cook.

16  Q.   The person who was employed to cook:  Did they live at the

17  center or sleep there overnight?

18  A.   No.  They didn't live in the center.

19  Q.   You said, in the beginning, there was someone there to

20  cook.

21       What happened after the beginning?

22  A.   By the time we moved to live in Tabarre, we had to cook for

23  ourselves.

24  Q.   Who cooked for the Defendant?

25  A.   We did.

1   Q.   When you say "we," who do you mean?

2   A.   Us boys.

3   Q.   The boys that lived in the center with the Defendant?

4   A.   Yes.

5   Q.   Who cleaned the center?  Who cleaned the house?

6   A.   We who lived in the house.  Us boys.

7   Q.   Did the Defendant clean?

8   A.   No.

9   Q.   And who cleaned the Defendant's bedroom?

10  A.   We did.  The boys.

11  Q.   And who cleaned the Defendant's bathroom?

12  A.   We did.

13  Q.   And who cleaned the Defendant's clothing?

14  A.   In the beginning, there was someone who did the laundry,

15  who washed.  And after that, we had to do the laundry.  We had

16  to wash.

17  Q.   And who folded the Defendant's clothes after they were

18  cleaned?

19  A.   We did.

20  Q.   And who put the Defendant's clothing away after it was

21  folded?

22  A.   We did.

23  Q.   Who rubbed the Defendant's feet?

24       MR. ADELSTEIN:  Objection.  Leading.

25       THE COURT:  Sustained.

O. Xxxxxxxxxx - DIRECT - By Ms. Medetis          40

1              Rephrase your question.

2    BY MS. MEDETIS:

3    Q.   Did the Defendant ever need his feet rubbed?

4    A.   Yes.

5    Q.   And who rubbed the Defendant's feet?

6    A.   We did.  Me and the other boys.

7    Q.   And what, if anything, did you use to rub the Defendant's

8    feet?

9    A.   Alcohol.

10   Q.   And what time of day did you usually rub the Defendant's

11   feet?

12   A.   No.  Usually, it was late in the afternoon, after supper,

13   when we were getting ready to go watch TV.  That's when he

14   would call us to come and rub his legs.

15   Q.   If you cleaned the Defendant's room and you did the

16   Defendant's laundry and you rubbed the Defendant's feet, what

17   did the Defendant do for himself?

18   A.   He never did anything.  The only thing is he slept, woke

19   up, take his shower, sometimes sit around.  And then, if there

20   was anything to be done on the computer with the filing of

21   papers, that's what he did.

22   Q.   Roro, have we met before, you and I?

23   A.   Yes.  I met with you and I told you my story.

24   Q.   And have you met with Bonnie Kane and Agent Larko and Agent

25   Flores?

 1   A.   Yes.

 2   Q.   And have you met with Agent Ford?

 3          MS. MEDETIS:  Agent Ford, can you stand up, please.

 4          AGENT FORD:  (Complies.)

 5          THE WITNESS:  Yes.

 6   BY MS. MEDETIS:

 7   Q.   And you met with us before today.  Right?

 8   A.   Yes.  I've met you already.

 9   Q.   And have I forced you to be here today?

10   A.   No.  Nobody forced me to come here.  I decided to come

11   here.

12   Q.   And why -- I didn't mean to interrupt.  Go ahead.

13   A.   I'm the one who decided to come here today because I wanted

14   to tell the story of all the abuse that I had to live through.

15   And it's because what happened to us in the area where we live,

16   it has happened to many others and --

17          MR. ADELSTEIN:  Objection.  Relevancy.  Move to

18   strike.

19          THE COURT:  Sustained.

20          MS. MEDETIS:  No further questions, your Honor.  The

21   Government tenders this witness.

22          THE COURT:  We're going to take a break.

23          Do not discuss this case either amongst yourselves or

24   with anyone else.  Have no contact whatsoever with anyone

25   associated with the trial.

1          Do not read, listen or see anything touching on this

2   matter in any way, including anything in the media, anything on

3   the Internet or on any device.

4          If anyone should try to talk to you about this case,

5   you should immediately instruct them to stop and report it to

6   my staff.

7          You may leave your materials at your chairs.  Please

8   be back in the jury room in ten minutes.  We'll be in recess

9   for ten.

10          (Whereupon, the jury exited the courtroom at

11   10:56 a.m. and the following proceedings were had:)

12          THE COURT:  We're in recess for ten.

13          (Thereupon a recess was taken, after which the

14   following proceedings were had:)

15          THE COURT:  We're back on United States of America

16   versus Matthew Andrew Carter, Case No. 11-20350.

17          Good morning.

18          Counsel, state your appearances, please, for the

19   record.

20          MS. MEDETIS:  Good morning, your Honor.

21          Maria Medetis and Bonnie Kane on behalf of the United

22   States, with Special Agents Flores and Larko at counsels'

23   table.

24          MR. HOROWITZ:  Good morning again, your Honor.

25          Phil Horowitz and Stu Adelstein on behalf of Matthew

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          43

```
 1   Carter, who's present before the Court --

 2          THE COURT:  I didn't know where you were,

 3   Mr. Horowitz.

 4          MR. HOROWITZ:  Judge --

 5          MR. ADELSTEIN:  He's moving further and further and

 6   further away from me, Judge.

 7          MR. HOROWITZ:  Mr. Adelstein has exiled me to the

 8   nearest microphone, which happens to be here.

 9          -- on behalf of Matthew Carter, along with Reginald

10   Hope.

11          THE COURT:  So are we ready for the jury?

12          MR. ADELSTEIN:  Sure.

13          MS. MEDETIS:  Yes, Judge.

14          THE COURT:  Let's bring them in, please.

15          (Whereupon, the jury entered the courtroom at

16   11:21 a.m. and the following proceedings were had:)

17          THE COURT:  You may be seated.

18          You are still under oath, sir.

19          You may proceed, Mr. Adelstein.

20          MR. ADELSTEIN:  Thank you, your Honor.

21                        CROSS-EXAMINATION

22   BY MR. ADELSTEIN:

23   Q.  Mr. Xxxxxxxxx, when the Government ended their questioning,

24   they basically said that you and the other children at the

25   house did all the chores and, basically, Bill Carter, William
```

```
 1    Carter, did nothing.

 2         Do you remember those questions at the tail end?

 3    A.   Yes.

 4    Q.   You were paid for the chores that you did at the house.

 5    Correct?

 6    A.   No.

 7    Q.   No?

 8         The rubbing of Mr. Carter's legs was because he was

 9    diabetic, shooting insulin.  Correct?

10    A.   Repeat your question, please.

11    Q.   You helped him rub his legs because he was diabetic and had

12    a medical problem.  Correct?

13              MS. MEDETIS:  Objection.  Calls for speculation.

14              THE COURT:  Sustained.

15              Rephrase your question.

16    BY MR. ADELSTEIN:

17    Q.   Are you aware -- you knew, did you not, that Mr. Carter was

18    diabetic?

19              MS. MEDETIS:  Objection.  Calls for speculation.  The

20    witness is not a physician, your Honor.

21              THE COURT:  Sustained.

22              Rephrase your question.

23    BY MR. ADELSTEIN:

24    Q.   You were told by Mr. Carter that he was diabetic.  Correct?

25              MS. MEDETIS:  Objection.  Calls for hearsay.
```

 1            THE COURT:  Sustained.

 2   BY MR. ADELSTEIN:

 3   Q.  Did you see needles at the house for Mr. Carter to shoot

 4   medicine into himself?

 5   A.  Yes.

 6   Q.  And you knew what that medicine was.  Correct?

 7            MS. MEDETIS:  Objection.  Calls for speculation.

 8   Outside the expertise of the witness.

 9            MR. ADELSTEIN:  It's his own knowledge.

10            THE COURT:  Sustained.

11   BY MR. ADELSTEIN:

12   Q.  What were the needles for?

13   A.  I'm not a doctor.  You would have to ask him.  I don't know

14   anything about his medication.

15   Q.  You saw him, did you not, injecting medication?

16            MS. MEDETIS:  Objection.  Asked and answered.

17            THE COURT:  Overruled.

18   BY MR. ADELSTEIN:

19   Q.  You saw him, did you not, inject medicine into his body?

20   Correct?

21   A.  Yes.

22   Q.  You saw him do this daily.  Correct?

23   A.  Yes.

24   Q.  He did it more than once a day.  Correct?

25   A.  That I do not know.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          46

1    Q.   Now, you told this jury that, basically, you and the other

2    young men did all the chores, the cooking, the laundry, the

3    cleaning up.  Right?

4    A.   Yes.

5    Q.   Who paid the bills?

6    A.   He did.

7    Q.   Mr. Carter.  Right?

8    A.   Bill Carter.

9    Q.   Who paid for the clothes you were wearing to go to school?

10   A.   My uniform sometimes would be paid by my parents.  And he

11   would meet them halfways.  He'll pay my tuition and my books

12   and vice versa.

13   Q.   And who -- and Mr. Bill, Mr. Carter, paid for the food you

14   were eating.  Correct?

15   A.   Yes.

16   Q.   And he was paying for the television that you were

17   watching?

18   A.   Yes.

19   Q.   And the sneakers you were wearing?

20   A.   He would not purchase sneakers very often for me.

21   Q.   But the sneakers you were wearing were provided by

22   Mr. Carter.  Correct?

23   A.   At the beginning, my parents were purchasing my shoes, not

24   him.

25   Q.   In the years that you were at Morning Star Center, he

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          47

1   provided most of the clothes and the shoes for you.  Correct?

2   A.  Yes.

3   Q.  He provided any medical attention for you at the clinic.

4   Correct?

5   A.  Repeat your question, please.

6   Q.  When you were sick, he provided medical attention for you

7   and the other young men at the clinic.  Correct?

8   A.  I personally was never sick at the center.

9   Q.  Never?

10  A.  My biggest -- I would say maybe a headache was my biggest

11  illness.

12  Q.  Okay.  Let's go back to at the very beginning, if we could,

13  prior to you moving into the center.

14      Your stepmother was working at the center.  Correct?

15  A.  Yes.

16  Q.  She was the cook; was she not?

17  A.  Yes.

18  Q.  And she came every day to cook the meals that were provided

19  to the children that were at the center.  Right?

20  A.  Yes.

21  Q.  And she worked from the early-morning hours until right

22  before -- or right after dinner.  Correct?

23  A.  Yes.

24  Q.  And she did this seven days a week.  Correct?

25  A.  Yes.

```
 1   Q.   And she is the one that got you into the center.  Correct?

 2   A.   Yes.

 3   Q.   She had been working for Bill for a long period of time.

 4   Correct?

 5   A.   No.  Not long.

 6   Q.   How long had she been working for Bill when she got you

 7   into the program?

 8   A.   Maybe a year.

 9   Q.   A year.

10        And for one year she was with Morning Star from

11   early-morning hours, providing breakfast and cooking breakfast,

12   until after dinner, correct, as you've testified to?

13   A.   Yes.

14   Q.   Seven days a week.  Correct?

15        MS. MEDETIS:  Objection.  Asked and answered.

16        THE COURT:  Overruled.

17   BY MR. ADELSTEIN:

18   Q.   Seven days a week.  Correct?

19   A.   My mother did not work there seven days a week.

20   Q.   You just told us that she worked seven days a week.

21   A.   Not including -- we cannot include Sundays for work.

22   Q.   And after working with Mr. Carter, she went to Mr. Carter

23   to try to get you into the program.  Correct?

24        MS. MEDETIS:  Objection.  Calls for speculation.

25        THE COURT:  Sustained.
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          49

1                Rephrase your question.

2    BY MR. ADELSTEIN:

3    Q.   You started at the center on the weekends.   Right?

4    A.   Yes.

5    Q.   That was at the request of your mother.   Correct?

6            MS. MEDETIS:  Objection.  Calls for hearsay.

7    Objection.  Calls for speculation.

8            THE COURT:  Sustained.

9    BY MR. ADELSTEIN:

10   Q.   How did you get into the program?

11   A.   My stepmother used to work for him, and he asked my

12   stepmother if I could stay.  He spoke to my stepmother, to my

13   mother.  And that's how I got into the program.

14   Q.   It was your understanding, was it not, that your stepmother

15   got you into the program?

16           MS. MEDETIS:  Objection.

17           MR. ADELSTEIN:  It's his state of mind.

18           MS. MEDETIS:  That's not what he just answered.

19           THE COURT:  Overruled.

20           THE WITNESS:  Would you repeat your question, counsel.

21   BY MR. ADELSTEIN:

22   Q.   I wish I could.

23        It's your understanding, is it not, that it's your

24   stepmother who got you into the Morning Star program?  Right?

25   A.   The way I explained it, when I told you that my stepmother

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          50

1   got me in, she did not go and request it.  Of course, I got in

2   the program through her because she was working for him.

3   Q.   And the Morning Star was considered, was it not, as far as

4   you were concerned, one of the better programs in Haiti?

5   Right?

6   A.   Repeat your question, please.

7   Q.   I understand that I have not had an opportunity to go over

8   your questions like --

9           MS. MEDETIS:  Objection.  Is there a question there?

10          THE COURT:  Sustained.

11          Ask your question, Mr. Adelstein.

12          MS. MEDETIS:  Objection.  Argumentative.

13  BY MR. ADELSTEIN:

14  Q.   Morning Star, in your mind, had one of the best reputations

15  in Haiti.  Correct?

16  A.   At the beginning, Morning Star had a very good reputation.

17  Eventually, people started to find out what was going on inside

18  Morning Star and the word spread out.  And then Morning Star

19  had a very bad reputation.

20  Q.   Okay.  We're going to get into that.

21       But at the beginning, when you got into the program,

22  Morning Star Center was considered one of the best programs in

23  Haiti for young men and women.  Correct?

24          MS. MEDETIS:  Objection.  Calls for speculation.

25          THE COURT:  Sustained.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          51

1              It's been asked and answered.

2              MR. ADELSTEIN:  Yes, ma'am.

3    BY MR. ADELSTEIN:

4    Q.   Now, when you first started at the center, there were young

5    men and young women at the program.  Correct?

6    A.   More boys were part of the program.  More boys.  Maybe a

7    couple girls were also there.  Then eventually -- then when he

8    moved to 15, maybe three or four girls were there at the

9    center.

10   Q.   When you first became a permanent resident of Morning Star,

11   there were boys -- young boys and young girls in the center.

12   Correct?

13   A.   Yes.  Now I understand.

14   Q.   And there was a problem having young boys and young girls;

15   so, Morning Star became solely a center for young men.

16   Correct?

17   A.   Tell him for me that there were never a problem having boys

18   and girls at Morning Star.  He created the problems because he

19   wanted to have boys so he can sexually abuse them.

20       He started the situation at Morning Star, but we never had

21   any issue with boys and girls being there.  He created an

22   issue, stating that he was afraid that us boys will get the

23   girls pregnant, and he would not allow the girls to remain

24   there.

25              MS. MEDETIS:  Your Honor, may we approach based on the

1  Rule 412?

2          THE COURT:  Come on up.

3          (Whereupon, the following proceedings were had at

4  side-bar outside the presence of the jury:)

5          MS. MEDETIS:  Your Honor, if I may --

6          THE COURT:  One moment.

7          Go ahead.

8          MS. MEDETIS:  Your Honor, the Government would ask

9  defense counsel to proffer what the line of questioning is

10  going to be in light of the Court's ruling to exclude any sort

11  of evidence relating to any of the children's sexual conduct or

12  alleged sexual conduct --

13          MR. ADELSTEIN:  None.

14          MS. MEDETIS:  -- other than that that occurred,

15  because your Honor has entered an order excluding any such

16  introduction of any such evidence.

17          MR. ADELSTEIN:  I have no intention of asking the

18  reason why.  But the implication has been that he's only been

19  with boys for sexual conduct.  And when this young man --

20          THE COURT:  I don't think that's true.

21          MR. ADELSTEIN:  Well, I think --

22          THE COURT:  There was evidence from one of the

23  witnesses -- I think it was Jobed Xxxxxxxx, maybe -- one of the

24  witnesses' sisters --

25          MS. MEDETIS:  Your Honor --

1          MR. ADELSTEIN:  I have no intention of getting into

2     that.  All I want to do is elicit from this young man that,

3     when he enrolled in the center, there were approximately 25 to

4     30 kids, including both young men and young women.

5          THE COURT:  So you've established that.

6          MR. ADELSTEIN:  And that eventually it became an

7     all-boys school, period.  I don't know what he's going to say

8     because I've never spoken to him.

9          MS. MEDETIS:  That's been --

10          MR. ADELSTEIN:  That's what I'm establishing.

11          MS. MEDETIS:  That's been elicited, your Honor.

12          So I want to confirm with counsel that -- I would like

13     to confirm before the Court that Mr. Adelstein is not going to

14     be getting into anything else regarding any sexual behavior

15     between or among the kids, if any.

16          Further, just to clarify what your Honor was saying,

17     there was evidence from the previous victims regarding a girl

18     named Cristella, who the Defendant had Cristella call him

19     "Sugar Daddy."

20          The implication was there was sexual abuse of females

21     as well.  I think that's what your Honor was referring to.

22          THE COURT:  Yes.

23          MS. KANE:  I think, also, to add, that he suggested

24     the sexual activity in his question by saying there was a

25     problem having girls at the home.

1          MS. MEDETIS:  Frankly, the question invited the

2     testimony that was specifically excluded by the Court.

3          THE COURT:  You've established that, originally, there

4     were boys and girls and that --

5          MR. ADELSTEIN:  Does the Court -- I'm sorry.  Judge,

6     can we --

7          THE COURT:  One moment.

8          You've established that there were originally boys and

9     girls through your question.  The witness established that the

10    Defendant, as he testified, would not allow girls to stay

11    there; so, it went to boys.  So what else --

12         MR. ADELSTEIN:  That's all I wanted to establish.

13         THE COURT:  So you're going to move on to another

14    area?

15         MR. ADELSTEIN:  Yes, ma'am.

16         THE COURT:  Okay.

17         MS. MEDETIS:  Thank you, your Honor.

18         MR. ADELSTEIN:  Again, I don't know what he's going to

19    say.  I mean, he seems not to be --

20         THE COURT:  Move on to another area.

21         MR. ADELSTEIN:  Yes, ma'am.

22         THE COURT:  Don't proceed down this road of boys and

23    girls any further.

24         MR. ADELSTEIN:  Yes, ma'am.

25         (Whereupon, the following proceedings were had in open

```
 1   court:)

 2            MR. ADELSTEIN:  May I proceed now?

 3            THE COURT:  You may.

 4            MR. ADELSTEIN:  Thank you.

 5   BY MR. ADELSTEIN:

 6   Q.  Life before going to the center was pretty tough and bad.

 7   Correct?

 8   A.  Yes.

 9   Q.  You lived in a facility that had no running water.

10   Correct?

11   A.  Repeat your question, please.

12   Q.  Before you got to Morning Star, what type of house did you

13   live in?

14   A.  I lived in a house built with cement.  I don't know.  What

15   else?

16   Q.  You told this jury that you did not get three meals a day

17   because your family was poor.  Right?

18   A.  Yes.

19   Q.  You had no toys.  Correct?  And you had to make up and use

20   your imagination?

21            THE COURT:  That's two questions, Mr. Adelstein.  You

22   need to ask one question.

23            MR. ADELSTEIN:  I'll rephrase.

24   BY MR. ADELSTEIN:

25   Q.  You had no toys or very few toys before you got to the
```

 1   center.  Correct?

 2   A.  I had some.  I didn't have a lot of toys.

 3   Q.  And did you tell these folks that you had to use your

 4   imagination to occupy your playtime?

 5   A.  Yes.  And what I meant by that is that I used my

 6   imagination.  I was also able to make some kites and play with

 7   them and find a way, you know, to play.

 8   Q.  Yes.

 9       And when you went to the center, life got better.  Right?

10   A.  Yes.  Somewhat.

11   Q.  Somewhat?

12   A.  Yes.

13   Q.  It gave you a lot of toys.  Correct?

14   A.  They were not my personal toys.  Yes.  He had a lot of toys

15   at the center for us to play with.  And up until this day, I'm

16   not someone who plays with toys.  I love soccer.  That's what I

17   love.  That's what I always do.

18   Q.  You had more meals a day, correct, than before you had when

19   you got to the center?  Right?

20   A.  Yes.

21   Q.  You had the opportunity to go to school on a regular basis.

22   Correct?

23   A.  Yes.

24   Q.  You had the hope and dreams of coming to the United States

25   on a trip.  Correct?

1    A.   No.

2    Q.   No?

3         You had, if you wanted, video games that you never had

4    before.  Correct?

5    A.   Tell him, please, I don't like to play video games.

6    Q.   Well, didn't you tell the Government that -- just a few

7    moments ago that you only ate two meals with your family?  Do

8    you remember saying that?

9              MS. MEDETIS:  Objection.  Asked and answered.

10             THE COURT:  Overruled.

11   BY MR. ADELSTEIN:

12   Q.   Do you remember telling the Government and these folks

13   that, before you got to the center, you only ate two meals a

14   day, you had no toys when living with your family and you were

15   living through hard times because your father was not making

16   money -- enough money to support all of you?  Didn't you just

17   say that?

18   A.   Yes, I did.  But I never told them I never had any toys.

19   Remember I mentioned also that my godfather bought me a toy

20   gun.

21   Q.   Yes.  A toy gun.  Okay.

22        You would agree -- and you also did not have enough money

23   to go to school on a regular basis because your father was a

24   farmer and did not make enough.

25        Do you remember saying that?

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          58

1    A.   Yes.

2    Q.   You go to the center and life gets a lot better.  Right?

3    A.   Yes.

4    Q.   Now, you've explained some incidents that allegedly

5    occurred at the center while you were there for some -- how

6    many years?

7    A.   I spent more than seven years with him.

8    Q.   Seven years.  Okay.

9         And the Government asked you if you met them before.

10   Correct?

11   A.   Yes.

12   Q.   You, in fact, met all of these people at this table.

13   Correct?

14   A.   Yes.

15   Q.   Including the young lady sitting in the bleachers -- I say

16   bleachers -- the audience?

17             THE COURT:  Gallery.

18   BY MR. ADELSTEIN:

19   Q.   Gallery.  The Judge is frowning upon my term of words.

20   Gallery.

21        You met all of them on numerous occasions.  Correct?

22   A.   Yes.

23   Q.   Do you remember the very first time that you specifically

24   met this Special Agent Larko?

25   A.   Yes.  I remember the first time I met him.

O. Xxxxxxxxxx - CROSS - By Mr. Adelstein          59

```
 1    Q.   It was right after Mr. Carter was arrested.  Correct?

 2    A.   Tell him also that, even before I met with the special

 3    agents, when we lived at Tabarre, I went to DCPJ.

 4    Q.   What --

 5    A.   It's -- when I say DCPJ, it's the central process -- it's a

 6    protection for minors.

 7    Q.   That was in 2006.  And we're going to get into that.

 8         I'm specifically asking you, remember meeting that agent,

 9    Special Agent Larko, right after Mr. Carter got arrested?  Do

10    you remember that?

11    A.   Yes.  I remember.

12    Q.   Do you remember him asking you questions about what

13    occurred at the center?

14    A.   Who?

15    Q.   Special Agent Larko, this agent right here, from the

16    Federal Government, the United States Federal Government.

17         Do you remember him asking you questions?

18    A.   Yes.

19    Q.   Do you remember telling him that you never ever, ever, saw

20    Mr. Carter sexually abuse any child at the center?

21    A.   No.  I never said that to Matt.

22    Q.   You never told --

23              MS. MEDETIS:  Objection.  Asked and answered.

24              MR. ADELSTEIN:  May I finish?

25              THE COURT:  You can finish.
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          60

```
 1    BY MR. ADELSTEIN:

 2    Q.   You never told Special Agent Larko on May 23rd, 2011, that

 3    you never saw Mr. Carter molest any boy.  Is that your

 4    testimony?

 5              MS. MEDETIS:  Objection.  Asked and answered.

 6              THE COURT:  Sustained.

 7              MR. ADELSTEIN:  Judge, I have to lay the predicate.

 8              THE COURT:  It was asked and answered.

 9    BY MR. ADELSTEIN:

10    Q.   Do you recall telling Agent Larko -- well, let me back up

11    for a moment.

12         If you had said to Special Agent Larko that you never saw

13    Mr. Carter molest any child at the center, would that be a lie?

14    A.   Tell him for me, how can I be a resident of that center and

15    know very well what was going on in the center and tell him

16    that I never saw or I did not know what was going on?

17    Q.   That's not my question, sir.

18         My question to you is:  If you had told a federal -- United

19    States federal officer that you had not seen Carter molest

20    other boys, would that be a lie?

21    A.   Tell him for me -- and I'm about to give him the same

22    answer -- how can I be a resident of that center and know very

23    well what was going on and tell someone else that I did not

24    know that he was doing bad things to others?

25    Q.   So if you had said you had not seen that and you said that
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein                61

1    to an agent, that would be untrue.  Correct?

2              MS. MEDETIS:  Objection.  Asked and answered.

3              THE COURT:  Sustained.

4    BY MR. ADELSTEIN:

5    Q.  Do you recall telling the same agent on May 23rd, 2011,

6    that you never ever observed Mr. Carter making two boys do

7    anything sexual?

8    A.  I don't know about the other boys.  But I am telling you he

9    did it to me and I participated with Schneider.  That much I

10   know.  I don't know about witnessing for the other boys.

11   Q.  Sir, I'm not trying to be difficult.

12       All I would ask is for a "yes" or "no" and then you can

13   explain.  Okay?  Okay?

14   A.  Okay.

15   Q.  Do you recall telling the special agent, Agent Larko, that

16   you never observed Carter -- Mr. Carter making two boys do

17   anything sexual?  Yes or no.

18   A.  Tell him for me that, no, I have not witnessed him with the

19   other boys or having two other boys with him do sexual acts.

20       However, I did mention that it happened to me with another

21   boy, where we had to do sexual acts for him.

22   Q.  Do you recall telling that same agent the first time you

23   met him on May 23rd, 2011, that you never actually saw Carter

24   wake up a boy at night?  Do you recall telling the agent that?

25             MS. MEDETIS:  Objection.  Outside the scope.  That was

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          62

1    not addressed on direct examination.

2              MR. ADELSTEIN:  What?

3              THE COURT:  Overruled.

4    BY MR. ADELSTEIN:

5    Q.  Do you know my question or should I repeat it?

6              THE INTERPRETER:  The interpreter was right in the

7    middle of translating.  Thank you.

8              THE WITNESS:  He did not wake other boys, but he did

9    wake me up.

10   BY MR. ADELSTEIN:

11   Q.  Do you also recall telling Agent Larko that you never saw

12   Mr. Carter watch any type of pornography on TV?

13             MS. MEDETIS:  Objection.  Outside the scope.

14             THE COURT:  Sustained.

15   BY MR. ADELSTEIN:

16   Q.  Now, your duties at the center were what?

17   A.  My duties were as follows:  Make sure that food was

18   available.  I was responsible for all the keys.  I was

19   responsible to clean the stairs.  I was responsible to make

20   sure that we have enough shampoo and any hygiene products that

21   the boys needed.

22   Q.  Okay.  In fact, every boy had some duties.  Correct?

23   A.  Yes.

24   Q.  There was a schedule, was there not, of what you were going

25   to do from morning until the time you went to sleep?  Correct?

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          63

1   A.   Yes.

2   Q.   You were -- all the young men got up by a certain time.

3   Correct?

4   A.   Yes.

5   Q.   They cleaned the rooms.  Correct?

6   A.   Yes.

7   Q.   They ate breakfast, correct, together?

8   A.   Yes.

9   Q.   They then went to school.  Correct?

10  A.   Yes.

11  Q.   They had Bible study.  Correct?

12  A.   Yes.  In the morning, --

13  Q.   In the morning before school.  I missed that.  I'm sorry.

14       Correct?

15  A.   Yes.

16  Q.   So you woke up at a certain time.  You cleaned your room.

17  You all had Bible study --

18  A.   Yes.

19  Q.   -- with Mr. Carter.  Correct?

20  A.   Not all the time.  He was part of the devotion all the

21  time.  Ismael was the one who was in charge of prayers.

22  Q.   But many times Mr. Carter also was there.  Correct?

23  A.   Sometimes.

24  Q.   Sometimes.

25       Then you went to school.  Correct?

1   A.   Yes.

2   Q.   And how many hours was school?  Two?

3   A.   8:00 to 1:00.  Sometimes 8:00 to 12:00, 8:00 to noon.

4   Q.   Then you came home and had lunch.  Correct?

5   A.   Yes.

6   Q.   And at the very beginning, your stepmother was cooking the

7   lunch.  Correct?

8   A.   Yes.

9   Q.   Then you did your homework.  Correct?

10  A.   Yes.

11  Q.   And then, after you completed your homework, you were

12  allowed to play until dinner.  Correct?

13  A.   Yes.

14  Q.   If you didn't complete your homework, you were not allowed

15  to play.  Correct?

16  A.   He was never aware of whether homework was completed or

17  not.

18  Q.   But those were the rules.  Correct?  You were not allowed

19  to play and go out and play soccer or play with video games

20  until your homework was completed.  Correct?

21  A.   Yes.

22  Q.   Then and only then were you allowed to play until dinner.

23  Correct?

24  A.   Yes.

25  Q.   And after dinner -- and, by the way, at the beginning,

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          65

 1    dinner was also cooked by your stepmother.  Correct?

 2    A.  Yes.

 3    Q.  And then, after dinner, you were allowed, if you wanted, to

 4    watch movies.  Correct?

 5    A.  Yes.

 6    Q.  And then you went to sleep.  Right?

 7    A.  Yes.

 8    Q.  And this occurred Monday through Friday.  Right?

 9    A.  Yes.

10    Q.  The same routine each day.  Correct?

11    A.  Yes.

12    Q.  Then on Sunday, you had a Bible study or a service; did you

13    not?

14    A.  Yes.  The church service.

15    Q.  The church service.  Yes.

16        And on the weekends, you were also allowed, if you wanted,

17    to visit your family, go back home.  Right?

18    A.  No.  Tell him for me that not every boy had the chance to

19    go visit their family members, if family members were strict

20    and he was afraid that you would be telling them what was going

21    on.

22        I was one of the boys who was not allowed to go home.  I

23    would spend months sometimes without visiting my family

24    members.

25        When I asked for permission -- I would ask him for

1    permission and he would ask me, "What for?  What are you going

2    to be doing at home?"

3          He said, "You're fine here.  What do you need to go home

4    for?  Why do you need to go home?  You want to go see your

5    family?  You want to go back to where you were before?  Why?"

6          I did not have the opportunity to visit my family often.

7    When he finally granted me permission to go see my family, he

8    allowed me 15 minutes.  I hopped on a bike, ran home and -- to

9    see how my family was doing and he ordered me back.

10   Q.  Are you finished?

11             MS. MEDETIS:  Objection, your Honor.  Argumentative.

12             THE COURT:  Sustained.

13             Ask your next question.

14   BY MR. ADELSTEIN:

15   Q.  Well, your mother was there -- your stepmother was there

16   for a good period of time, cooking.  Correct?  You saw her

17   every day.  Right?

18   A.  Yes.  My mother -- stepmother was working there, but I

19   never had the opportunity to go near her and talk to her.

20         You need to remember one thing.  I was under his control.

21   He was watching over me.  He does not speak any Creole.  And

22   sometimes one of the older boy's assignments will be to watch

23   over us and see what we were saying.

24         He would order them to keep us under control.  "Watch

25   them," he would say to the other boys.  "Watch what they're

```
 1    saying.  Make sure that they don't go near parents."

 2    Q.  Let me show you what is marked as Government's Exhibit 50.

 3        Can you see that?

 4    A.  Yes.  I see it.

 5    Q.  Which of those young men was the watchdog?

 6    A.  You showed me a picture of the younger boys.  Where's the

 7    rest?

 8            MR. ADELSTEIN:  Can I approach the witness for a

 9    second?

10            THE COURT:  Yes.

11            MR. ADELSTEIN:  I don't know how to work that machine.

12            MS. MEDETIS:  I can help.

13            MR. ADELSTEIN:  I was told never to touch those

14    machines.

15            THE COURT:  You can touch it.

16    BY MR. ADELSTEIN:

17    Q.  Let me show you Exhibit 50 -- Government's Exhibits 49 and

18    50.

19    A.  Okay.

20    Q.  Those have been represented to be all the residents at the

21    center when you were there.  Correct?

22    A.  Yes.

23    Q.  Okay.  Would you tell us which one of those young men was

24    the watchdog that prevented you from going home or talking.

25            MS. MEDETIS:  Objection.  Compound.
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          68

```
 1              THE COURT:  Sustained.

 2              Rephrase your question.

 3   BY MR. ADELSTEIN:

 4   Q.  Would you point to the individual who was the watchdog of

 5   you.

 6              MS. MEDETIS:  Objection to the use of "watchdog."  I

 7   don't believe that was --

 8              THE COURT:  Sustained.

 9              Rephrase your question.

10              MS. MEDETIS:  -- the witness's testimony.

11   BY MR. ADELSTEIN:

12   Q.  Who watched over you to prevent you from communicating what

13   was occurring, allegedly, at the center?

14              MR. ADELSTEIN:  And may I approach so I can see which

15   one he's pointing to?

16              THE COURT:  Yes.

17              THE WITNESS:  Edner was one of them.  Suprinord, also.

18   Ismael.

19   BY MR. ADELSTEIN:

20   Q.  Hold on.  Take that --

21              MR. ADELSTEIN:  May I have him circle on your exhibit

22   those individuals who are watching over him?

23              MS. MEDETIS:  Objection.

24              THE COURT:  Sustained.

25              MS. MEDETIS:  On what basis?
```

```
 1            MR. ADELSTEIN:  That's what year?  2000 and 2003?

 2            May I have one moment?

 3            THE COURT:  Yes.

 4            MR. ADELSTEIN:  May I approach?

 5            THE COURT:  Yes.

 6   BY MR. ADELSTEIN:

 7   Q.  Let me show you what is a xeroxed copy of Government's

 8   Exhibit --

 9            THE COURT:  Are you marking this?

10            MR. ADELSTEIN:  I am going to mark it.

11   BY MR. ADELSTEIN:

12   Q.  It's a xeroxed copy of Government's Exhibit 49.  We'll make

13   the xeroxed copy Defense Exhibit 3.

14            MS. MEDETIS:  What was 2?

15            MR. ADELSTEIN:  We'll get to the 2 in a minute.

16            MS. MEDETIS:  Got you.

17   BY MR. ADELSTEIN:

18   Q.  That is, is it not, a copy of the color photograph of

19   Government's Exhibit 49?  Correct?

20   A.  Yes.

21            MR. ADELSTEIN:  I would move in Defense Exhibit 3 into

22   evidence at this time.

23            MS. MEDETIS:  No objection.

24            THE COURT:  It will be admitted as Defendant's

25   Exhibit 3.
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          70

```
 1              (Whereupon, Defendant's Exhibit No. 3 was entered
 2   into evidence.)
 3   BY MR. ADELSTEIN:
 4   Q.  I want you to circle -- do you have a pen there?  I want
 5   you to circle the individuals that you claim watched over you
 6   to prevent you from talking to anybody about the alleged abuse.
 7              MS. MEDETIS:  Again, objection.  Mischaracterization
 8   of the --
 9              THE COURT:  Sustained.
10              MS. MEDETIS:  Witness's testimony and, also,
11   relevance.
12              THE COURT:  Sustained.
13              Rephrase your question.
14              As to relevance, it's overruled.
15   BY MR. ADELSTEIN:
16   Q.  Would you circle the individuals that watched over you,
17   please.
18   A.  I already did.
19   Q.  And do you know their names?
20   A.  Yes.
21   Q.  Could you put their names on it, please.
22   A.  (Witness complies.)
23   Q.  Have you done that, sir?
24   A.  Yes.
25              MR. ADELSTEIN:  May I approach?
```

1          THE COURT:  Yes.

2          MR. ADELSTEIN:  Thank you.

3   BY MR. ADELSTEIN:

4   Q.  May I have that?

5   A.  (Tenders document to counsel.)

6          MR. ADELSTEIN:  May I publish Exhibit 3?

7          THE COURT:  Yes.

8   BY MR. ADELSTEIN:

9   Q.  You have circled two young men as the individuals assigned

10  to watch over you.  Correct?

11  A.  Yes, along with the Defendant.

12  Q.  The first one is on the top left-hand corner.  His name is

13  Eddy.

14      Do you know his last name?

15  A.  Yes.

16  Q.  What is it?

17  A.  Xxxxxxx.

18  Q.  Xxxxxxx.  Okay.

19      And you then circled on the top row the third one where my

20  finger is.

21      Do you see that?

22  A.  Yes.

23  Q.  What is his name?

24  A.  Ismael Xxxxxxxx.

25  Q.  And these two were the individuals who prevented you from

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          72

1   telling anybody about the improprieties that were occurring at

2   the center?

3           MS. MEDETIS:  Objection.

4   BY MR. ADELSTEIN:

5   Q.  Is that your testimony?

6           MS. MEDETIS:  Objection.

7           THE COURT:  Sustained.

8           Rephrase your question.

9   BY MR. ADELSTEIN:

10  Q.  What were the responsibilities of these two young men that

11  you circled?

12  A.  I do not know.  Ask Bill.

13  Q.  Why did you circle them?

14  A.  I circled them for many reasons.  They were much older than

15  I was when I was at the center.  They spoke English.  They were

16  our interpreters.  And when the guy needed something, he

17  would -- they would relay the message to us.

18  Q.  Did they have any other responsibilities other than acting

19  as interpreters?

20  A.  Yes.  They had other responsibilities.

21  Q.  What?

22  A.  I know about my responsibilities and I've also mentioned

23  some of their responsibilities.  Anything additional, you'll

24  have to get it from them.  But I can speak for myself today.

25  Q.  Okay.  Now, when you went to school, didn't you ride your

1   bike right past your family's house?

2   A.   No.

3   Q.   You said there was one time that you were allowed to go see

4   your family and you got on a bike and were allowed to see them

5   for 15 minutes; so, you rode there and came back.

6   A.   Yes.

7   Q.   Your family lived right around the corner, did they not,

8   from the center?   Correct?

9   A.   They resided in Santo, but not around the corner from the

10   center.

11   Q.   How far away did they live?

12   A.   My family moved.   At first, they resided close to the main

13   road.   Then they moved again out to Santo 15.

14   Q.   And how far away was that from the center?

15   A.   It's a long distance, but it's not that much.

16   Q.   Okay.   How did you get to school?

17   A.   In the morning, he would drop us off.

18   Q.   And in the afternoon?

19   A.   Sometimes he would pick us up and sometimes we would walk

20   home.

21   Q.   On the days that you walked home, was there anything to

22   prevent you from walking over to your family's house?

23   A.   Yes.

24   Q.   What?

25   A.   Release is at 1:00 and I must arrive to the center along

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          74

1   with the other boys.  If I fail to do so, he would hit me.

2   Q.  Did you ever ever, ever, ever, tell any of your teachers

3   about this so-called abuse that was occurring at the Morning

4   Star Center?

5   A.  No.  I never told them anything.  And besides, where would

6   I gather the strength to say anything to them?  So everybody

7   could start calling me a homosexual?

8   Q.  Did you ever, ever, ever tell your mother or father about

9   this so-called abuse that was occurring at Morning Star Center?

10  A.  Tell him for me the reason why I never told anything to my

11  mother or my father was he had control over us.  He promised to

12  kill us.  He has shot at us before.  No one could have assisted

13  me.  Even if I had gone to law enforcement, he had friends in

14  law enforcement.

15  Q.  We're going to get into it.

16      Because you did, in fact, report this so-called abuse in

17  2006 to law enforcement.  Correct?

18  A.  Yes.

19  Q.  Okay.  And we're going to get into that in a few moments.

20      But you mentioned something about shooting.  Isn't it a

21  fact that people tried to get into the Morning Star Center to

22  steal food from the center?

23          MS. MEDETIS:  Objection.  Mischaracterization of the

24  testimony.  The testimony wasn't about whether somebody shot at

25  the center.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          75

1          THE COURT:  Sustained.

2          Rephrase your question.

3   BY MR. ADELSTEIN:

4   Q.  While you were at Morning Star Center, did anyone attempt

5   to steal some of the food that was at your house?

6          MS. MEDETIS:  Objection.  Beyond the scope.

7          MR. ADELSTEIN:  It's during the course when he was

8   there.

9          THE COURT:  Sustained.

10  BY MR. ADELSTEIN:

11  Q.  To your knowledge, while you were staying at Morning Star,

12  did anyone make any attempt to get in and take some of the

13  food?

14         MS. MEDETIS:  Objection.  Beyond the scope.

15         THE COURT:  It's sustained.  It's irrelevant.

16  BY MR. ADELSTEIN:

17  Q.  You mentioned something about shooting.  Correct?

18  A.  Yes.

19  Q.  Was there ever a shooting from someone who was not a

20  resident of this center at the center?

21         MS. MEDETIS:  Objection.  Outside the scope.

22  Objection.  Relevance.

23         THE COURT:  Sustained.

24  BY MR. ADELSTEIN:

25  Q.  You were shown some pictures of yourself when the

1    Government asked you questions.  Correct?

2    A.  I do not understand your question.

3    Q.  When the young lady, the prosecutor, was asking you

4    questions, you identified some photographs of yourself.

5        Do you remember that?

6    A.  Yes.

7            MR. ADELSTEIN:  May I approach?

8            THE COURT:  Yes.

9    BY MR. ADELSTEIN:

10   Q.  Let me show you what is marked as Defense Exhibit 2 and ask

11   if you recognize it.

12   A.  Yes.

13   Q.  That is a photograph of you.  Correct?

14   A.  Yes.

15   Q.  And does that fairly and accurately depict how you looked

16   in 2003 on that particular day?  I know it's not in color.

17   It's a xeroxed copy.

18   A.  Yes.

19            MR. ADELSTEIN:  At this time I'd move it into

20   evidence.

21            MS. MEDETIS:  No objection.

22            MR. ADELSTEIN:  May I publish it?

23            THE COURT:  It will be admitted as Defendant's

24   Exhibit 2.

25            (Whereupon, Defendant's Exhibit No. 2 was entered

1    into evidence.)

2          THE COURT:  You may publish.

3          MR. ADELSTEIN:  Thank you.

4    BY MR. ADELSTEIN:

5    Q.  Both of these are photographs of you.  Correct?

6    A.  Yes.

7    Q.  Do you remember when the one on the left that I'm pointing

8    to was taken?

9    A.  No.

10   Q.  How about the one on the right?

11   A.  I remember it was after a soccer game.  I had played

12   soccer.  I sat down and the man took the picture.

13   Q.  What is in your hands?

14   A.  I don't have anything in my hands.

15   Q.  Your hands are up.  Correct?

16   A.  Yes.

17   Q.  You're looking at something because your eyes are down.

18   A.  I was looking at my hands.  I was playing with my

19   fingernails.

20   Q.  Okay.  You're sure of that.  Right?

21   A.  Yes.

22   Q.  Now, you left the program in 2006.  Correct?

23   A.  Yes.

24   Q.  You did not leave the program voluntarily.  You were thrown

25   out.  Correct?

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          78

 1    A.   No.   I was not thrown out.   The man did not throw me out.

 2    I left voluntarily.

 3    Q.   Were you accused of taking something from the Morning Star?

 4    A.   Repeat your question again.

 5    Q.   Were you accused of taking something from the center?

 6    A.   Accused of what?

 7    Q.   Stealing some food.

 8    A.   I never stole anything from him.   I never stole food from

 9    anyone, from him.

10    Q.   Do you recall telling that agent, Larko, this guy right

11    here, that you left the center because on one occasion Carter

12    was upset with all the boys and accused them of having stolen a

13    hotdog?

14         Do you recall telling the agent that?

15    A.   Yes.   Yes.

16    Q.   And do you recall telling him that you left the center

17    because you didn't want to be punished?

18    A.   Yes.   I was 16.   I was old enough.   I did not steal

19    anything.   And I decided that I was not going to get hit over

20    something that I did not do.   I did not steal anything.

21         And he told us at the time, since we were the oldest, we

22    had two options, hit us or go home.   He gave us five minutes to

23    find out who stole the hotdog.   We could not find who the

24    culprit was.   The next day, I packed my bag.   I went home.

25    Q.   And you never came back.   Correct?

```
 1   A.   No.

 2   Q.   Well, you did do something after you left the center; did

 3   you not?  You went to the Haitian police.  Correct?

 4   A.   Yes.  Yes.

 5   Q.   That was the first time, was it not, after you were --

 6   after you left the center that you decided to disclose these

 7   accusations?  Right?

 8   A.   No.  It was not after I left the center that I went to the

 9   police.  We went to the police, myself and two other boys.  We

10   went to see the police officers.

11   Q.   I'm concerned of you, sir, and only you.

12        From 1999, when you first got to the center, until 2006,

13   you never ever told anybody about this so-called abuse.

14   Correct?

15   A.   No.  I did not.  I did not have the opportunity to speak to

16   anyone, even the people -- only the people who were there with

17   me.

18   Q.   It was only after you lost the right to have someone pay

19   for your tuition, put a roof over your head, pay for the meals

20   that you were eating, that you all of a sudden decided to

21   report this so-called abuse that you have testified to this

22   morning.  Correct?

23   A.   No.  I'm speaking on my behalf, for myself, personally.

24        I went and disclosed before I left the program.  We did not

25   even know that we were going to leave the program when I did
```

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          80

1    so.

2        He sent me to the supermarket once and he had to run an

3    errand to Fond Parisien, at a different center, Love a Child.

4        Myself and two other boys, we went to the police station

5    and we filed a complaint against him.  It was not after I left

6    the program.

7    Q.   You went to the police, the National Police of Haiti, the

8    Republic of Haiti, Central Directorate of the Judicial Police,

9    on June 19th, 2006.  Correct?

10   A.   Yes.

11   Q.   You told for the first time about this so-called sexual

12   abuse that was occurring at the center for the last seven years

13   while you were there.  Correct?

14   A.   Please, I do not understand your question.  Would you

15   reformulate it, please.

16   Q.   Yes, I will.

17       This was the first time you ever complained about any

18   sexual abuse that allegedly occurred at the Morning Star

19   Center.  Right?

20   A.   Yes.

21   Q.   Did you know that the Haitian police in 2004 had

22   investigated the Morning Star Center?

23           MS. MEDETIS:  Objection.  Speculation.

24           MR. ADELSTEIN:  If he knew.

25           THE COURT:  Sustained.

1   BY MR. ADELSTEIN:

2   Q.   Did you know, your own personal knowledge -- did you know

3   that two years earlier the Haitian police, the Government,

4   investigated the Morning Star Center?  Yes or no.

5   A.   I really do not understand your question.  If they took me?

6   Q.   No.

7        Do you know of your own personal knowledge that the police

8   department investigated the Morning Star Center in 2004?

9   A.   I do not have any personal knowledge of an investigation by

10  the Haitian National Police.  I know the police officer would

11  visit the center sometimes and talk to him, but not to us.

12       It's not that I had or we had the opportunity to speak to

13  them during that time.  They held private meetings between --

14  meetings between him and the police officers.  We were never

15  part of that meeting.

16  Q.   And June 19th, 2006, do you recall telling the police that,

17  "Mr. Carter does have guns, but he does not pull the weapons on

18  us"?  Do you recall telling the police that?

19  A.   I never told them he never pulled the gun.  I advised the

20  National Police that he had a gun.  The man had a gun.  He

21  would pull it sometimes and shoot in the air, especially when

22  he's looking for something that he has lost.

23  Q.   He would do this in the house?

24  A.   Yes.

25  Q.   So he would -- there should be some gunshot in the ceiling

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          82

 1   at that house.  Correct?

 2   A.  The house is built on cement block.  When he pulled his

 3   gun, he would shoot it in the ceiling, boom.

 4   Q.  In the ceiling?

 5   A.  Yes.  We would be sitting right there.

 6   Q.  And so there would be -- if he shot it in the ceiling,

 7   there would be evidence of that.  Correct?

 8   A.  Cement block -- you need to understand, once he takes a

 9   shot, the bullet will go up and then bounce around.

10   Q.  Okay.  It bounces around, but it'll chip the cement?

11           MS. MEDETIS:  Your Honor, this is not a firearms

12   expert or an ammunition expert.

13           THE COURT:  Sustained.

14           MR. ADELSTEIN:  We'll get to the firearm.  Fair

15   enough.

16           THE COURT:  I think we're going to break for lunch.

17           MR. ADELSTEIN:  Yes, ma'am.

18           THE COURT:  Do not discuss this case either amongst

19   yourselves or with anyone else.  Have no contact whatsoever

20   with anyone associated with the trial.

21           Do not read, listen or see anything touching on this

22   matter in any way, including anything in the media, anything on

23   the Internet or on any device.

24           If anyone should try to talk to you about this case,

25   you should immediately instruct them to stop and report it to

 1    my staff.

 2            You may leave your notebooks at your chairs.  Please

 3    be back in the jury room at 2:00.  Enjoy your lunch.

 4            (Whereupon, the jury exited the courtroom at

 5    12:47 p.m. and the following proceedings were had:)

 6            THE COURT:  You may be seated for a moment.

 7            MR. ADELSTEIN:  May we approach?

 8            THE COURT:  One moment.

 9            MR. ADELSTEIN:  Judge, if the witness is going to be

10    excused, could the witness be admonished?

11            THE COURT:  Yes.  I'm going to advise him right now.

12            MR. HOROWITZ:  Yes, your Honor.

13            THE COURT:  I'm just waiting to hear the door close.

14            Sir, you are not to discuss your testimony with anyone

15    or permit anyone to discuss your testimony with you.  Okay?

16            THE WITNESS:  Okay.

17            THE COURT:  Be back at 2:00.

18            Do you need to approach?

19            MR. ADELSTEIN:  Yes, please.

20            (Whereupon, the following proceedings were had at

21    side-bar outside the presence of the jury:)

22            MR. ADELSTEIN:  Will you also instruct the

23    interpreters not to have any conversations with the witness?

24            The reason I say that is, as I was walking back after

25    you said that we'd break for lunch, there was some conversation

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          84

1   with the interpreter and the witness and there was no question

2   pending.  So --

3             MS. MEDETIS:  Your Honor --

4             THE COURT:  I would assume she was telling him we're

5   breaking for lunch.

6             MR. ADELSTEIN:  Well, in an abundance of caution,

7   please.

8             THE COURT:  Okay.

9             MR. ADELSTEIN:  Thank you.

10            (Whereupon, the following proceedings were had in open

11   court:)

12            THE COURT:  The interpreters will have no conversation

13   with the witness during the lunch hour, please.

14            THE INTERPRETER:  Okay.

15            THE COURT:  Enjoy your lunch.  2:00.

16            We're in recess.

17            THE COURT:  We're back on United States of America

18   versus Matthew Andrew Carter, Case No. 11-20350.

19            Counsel, state your appearances, please, for the

20   record.

21            MS. MEDETIS:  Good afternoon, your Honor.

22            Maria Medetis and Bonnie Kane on behalf of the United

23   States.

24            With us at counsels' table are Special Agents Flores

25   and Larko.

1          MR. HOROWITZ:  Good afternoon, your Honor.

2          Phil Horowitz, Stu Adelstein on behalf of Matthew

3   Carter, who's present before the Court.

4          THE COURT:  Good afternoon.

5          Ready for the jury?

6          MR. ADELSTEIN:  Yes, ma'am.

7          MS. MEDETIS:  Yes, Judge.

8          THE COURT:  Let's bring them in.

9          And bring in the witness, please.

10          (Whereupon, the jury entered the courtroom at

11   2:14 p.m. and the following proceedings were had:)

12          THE COURT:  You may be seated.

13          You are still under oath, sir.

14          You may proceed, Mr. Adelstein.

15          MR. ADELSTEIN:  Thank you, your Honor.

16   BY MR. ADELSTEIN:

17   Q.   Before we go into 2006, I forgot to ask you one or two

18   questions.  So I want to jump back for a moment.

19       I'm going to show you a photograph and see if you recognize

20   it.  It's Defendant's Exhibit No. 4, which I've already shown

21   to the Government.

22          MR. ADELSTEIN:  May I approach?

23          THE COURT:  Yes.

24          MR. ADELSTEIN:  And Mr. Horowitz is going to get you

25   an exhibit list.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          86

1          THE COURT:  Okay.

2   BY MR. ADELSTEIN:

3   Q.  Do you recognize that, sir?

4   A.  Yes.

5   Q.  Do you recognize the people in that photograph?

6   A.  Yes.

7   Q.  Who are they?

8   A.  It's me with my two younger sisters.

9   Q.  And do those photographs fairly and accurately -- I know

10  it's a copy of a color photograph.

11      Do those photographs fairly and accurately depict both you

12  and your sisters back on June 15th, 2003?

13  A.  Yes.

14          MR. ADELSTEIN:  At this time I would move Defense

15  Exhibit No. 4 into evidence and ask to publish it.

16          MS. MEDETIS:  No objection.

17          THE COURT:  It will be admitted as Defendant's Exhibit

18  No. 4.

19          (Whereupon, Defendant's Exhibit No. 4 was entered

20  into evidence.)

21          THE COURT:  You may publish.

22  BY MR. ADELSTEIN:

23  Q.  This is a photograph of you and your two sisters.  Correct?

24  A.  Yes.

25  Q.  Are they older, younger, the same age or what as you?

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          87

1    A.   They're twins.   They are the same age.

2    Q.   And are they older than you or younger than you?

3    A.   They are younger than me.

4    Q.   And those photographs were taken at the center.   Correct?

5    A.   Yes.

6    Q.   And that was during their confirmation in which there was a

7    party at the center for them.   Correct?

8    A.   There was no party at the center.   They were invited to

9    come to the center.

10   Q.   And they came to celebrate on their confirmation.   Correct?

11   A.   Yes.

12   Q.   And your mother and father also came.   Correct?

13   A.   No.

14   Q.   And when they came to the center, weren't there several

15   people celebrating this glorious event with you and the other

16   young men?

17   A.   I don't really remember, I have to tell you.

18   Q.   And that was, was it not, Mr. Carter's idea, to throw this

19   party for your sisters?   Correct?

20          THE INTERPRETER:   The interpreter is asking for

21   clarification.   I didn't get the first part.

22          MR. ADELSTEIN:   I'm sorry.   I walked away from the

23   mic.   I apologize.

24          And I apologize to the court reporter.

25

    1   BY MR. ADELSTEIN:

    2   Q.  That was an idea to celebrate your sisters' confirmation --

    3   that idea was Mr. Carter's, correct, to have them come to the

    4   house?

    5   A.  Yes.

    6   Q.  Now, let's go back to the 6-2006, if I could, June 19th,

    7   2006, where you for the first time told somebody about the

    8   alleged abuse that was occurring at the Morning Star Center.

    9   Okay?

   10   A.  Okay.  Yes.

   11   Q.  That -- as you've indicated, you went to the National

   12   Police of Haiti to make a complaint.  Correct?

   13   A.  Yes.

   14   Q.  And you gave a statement to the police.  Correct?

   15   A.  Yes.

   16   Q.  You went with some other individuals, two other young men,

   17   I believe you said.  Is that correct?

   18   A.  Yes.

   19   Q.  And you basically told the police department exactly what

   20   you told these people this morning about what was occurring,

   21   allegedly, at the center.  Right?

   22   A.  Yes.

   23   Q.  And do you remember the names of the other young men that

   24   came with you that day in 2006?

   25   A.  Yes.

 1    Q.   Would you tell the folks their names.

 2    A.   Wadley Xxxxxxxx and Jimmy Xxxxx.

 3    Q.   Wadley Xxxxxxxx?

 4    A.   Xxxxxxxx.

 5    Q.   And a Jimmy Xxxxx?

 6    A.   Yes.

 7    Q.   And the three of you went to the police and told the police

 8    what you have just said this morning?

 9            MS. MEDETIS:  Objection.  Calls for hearsay.

10            MR. ADELSTEIN:  I'll rephrase, if the Court wants.

11            THE COURT:  Rephrase your question.

12            MR. ADELSTEIN:  Yes, ma'am.

13    BY MR. ADELSTEIN:

14    Q.   You told the Haitian police in 2006 basically what you just

15    told this jury on February 7th, 2013, this morning.  Correct?

16            MS. MEDETIS:  Objection.  Vague.  When counsel says

17    "you," who is he referring to?

18            MR. ADELSTEIN:  Him.

19            MS. MEDETIS:  Okay.

20            MR. ADELSTEIN:  That's why I rephrased the question.

21            THE COURT:  Overruled.

22    BY MR. ADELSTEIN:

23    Q.   Correct?

24    A.   Yes.

25    Q.   Nothing that you have testified to today is any different

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          90

1   than what you told the Haitian police in 2006.  Correct?

2   A.   The difference between what was said at the police in Haiti

3   and here is that the police asked me a set of questions that I

4   answered to and I gave them the information.

5        And when they asked me for explanations of what was hurting

6   me, I told them what was hurting me.  Because they had

7   explained to me, "You don't have to go into details with us.

8   Just explain to us what you suffered and that's it."

9   Q.   And you told them that, correct, like you've told these

10  jurors this morning?  Correct?

11  A.   Yes.

12  Q.   Okay.  Now, the Morning Star stayed open after you made

13  that statement.  Correct?

14  A.   Yes.  It stayed open.

15  Q.   And you are aware, are you not, that the Haitian police and

16  the Haitian Government investigated what you told them back in

17  2006?  Correct?

18            MS. MEDETIS:  Objection.  Calls for speculation.

19            THE COURT:  Sustained.

20  BY MR. ADELSTEIN:

21  Q.   Do you know from your own personal knowledge that the

22  police department and your Government investigated what you

23  told them that allegedly occurred back in 2006, all these bad

24  acts?

25  A.   What I have to tell you is I have no knowledge of any

 1    investigation that was done at the house.  What was primary to

 2    me to know is that I went and I gave my statement to them.

 3         The thing you have to understand is that, even if anybody

 4    went to the house to try to investigate, they would go nowhere,

 5    because he always made sure no one answered anything to anyone

 6    because he made us keep it secret.

 7         And he made sure that even the younger ones knew what to

 8    answer if they were questioned by anyone, that nothing

 9    happened, that everything was fine.

10    Q.  Well, you are aware that the Morning Star Center remained

11    open and did not close until Mr. Carter was arrested some seven

12    years later, correct, in -- I'm sorry -- some five years later,

13    in 2011.  You know that.  Correct?

14    A.  Yes.

15    Q.  Now, did I hear you correctly that, when you made this

16    statement in June of 2006, you were still at the center, living

17    at the center?

18    A.  Yes.  I was still living in the center.

19    Q.  So after you talked to the police, you went back to the

20    center to live?

21    A.  Tell him for me, please, remember that I said that, for us

22    three to go to the police and do it, it was a secret act that

23    we put ourselves together to go to because we wanted this to

24    stop.  We were some -- part of the older boys in the house and

25    we wanted it to stop.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          92

1   Q.   That wasn't my question, with all due respect.

2        My question was:  After you told the police these horrible

3   things that allegedly occurred, did you go back and live at the

4   center?  Yes or no.

5   A.   Yes.  I went to live in the center.

6   Q.   And how long did you live at the center until you finally

7   left?

8   A.   I made the report in June and I left in November.

9   Q.   So you stayed at the center June, July, August, September,

10  October, five months more?

11  A.   Yes.  I made my report and I came back.  I was trying to

12  find a way to make him stop.

13  Q.   And then, when you were -- I think in November, according

14  to you, is when the accusation of stealing food occurred and

15  you decided to leave because you did not want to be punished.

16  Correct?

17  A.   We're not talking about punishment.  That's not called

18  punishment.  It's a question of beating up on you.  And I did

19  not accept to be beat up on.

20  Q.   So in November, when you were accused of stealing food, you

21  chose to leave the center.  Correct?

22  A.   He could not accuse me of stealing food.  He knew I did not

23  steal any food.  His food did not interest me.  He wanted me to

24  be one of the crowd so he could eliminate a crowd of us and

25  call us thieves, and I did not accept it.

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          93

1        The small ones, he didn't give them any choice because he

2    would just pull them and start hitting on them.  When he got to

3    me and he said, "Next," I said, "No one's hitting me."

4    Q.   And in November of 2006, you left the center for good.

5    Correct?

6    A.   Yes.

7    Q.   And you have had no contact with Morning Star Center until

8    after Mr. Carter was arrested.  Correct?

9    A.   Yes.  I went to visit the boys there.  He even gave me a

10   privilege of coming and visiting whenever I could.  But I knew

11   better than to think that I would stay over there.

12       He would even flatter me to tell me to come back, that he

13   will not hit me.  But it was my decision to stay out.  So I

14   told him I'm not coming back to the program.

15   Q.   And you stayed out of the program and had no further

16   contact with Mr. Carter until after he was arrested.  Correct?

17             MS. MEDETIS:  Objection.  Asked and answered.

18             THE COURT:  Overruled.

19   BY MR. ADELSTEIN:

20   Q.   Correct?

21   A.   No.  He always had my contact.  He always knew -- he always

22   knew where I lived.  He knew how to reach me if he needed me.

23   And I went to visit.

24   Q.   You went to visit Morning Star after you left, despite

25   these horrible allegations?

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          94

1    A.   Don't forget, he had no idea that I had built any file or

2    filed anything against him.  So I took the chance.

3         And he's the one who, whenever he saw me in the

4    neighborhood, would invite me to come and ask me to come back

5    and flatter me to try to come back and tell me there was no

6    problem, "You can come back and visit with the others.  I have

7    no problem with that."

8         And as I was friend with the others, of course I went to

9    see my friends over there.  I grew up with them.  And

10   sometimes, when some of the other boys, my friends, would come

11   by my house to see me, they would say that --

12   Q.   Don't tell us what they said because that is hearsay.

13   Okay?

14              THE COURT:  Ask your next question.

15              MR. ADELSTEIN:  Yes.

16   BY MR. ADELSTEIN:

17   Q.   Now, did you attend a meeting on May 30th, 2012, with

18   Patrick Xxxxxx -- excuse my pronunciation -- Suprinord Xxxxxx,

19   Jimmy Xxxxx, Ricardo Xxxxx?  Did you attend that meeting with

20   the Government?  I've got a few more names.  But do you

21   remember that meeting?

22   A.   I remember I went to a meeting, but I don't remember the

23   date exactly of the meeting.

24   Q.   Do you remember going to a meeting with Patrick Xxxxxx,

25   Mr. Xxxxxx, Jimmy Xxxxx, Ricardo Xxxxx?  I'll have a few more

1    names.  Also, David Xxxxxxx, Cendy Xxxxxx, Jean Xxxxx Xxxxxx,

2    Wadley Xxxxxxxx, Schlender Xxx, Greatest Xxxxxxx, Jorel

3    Xxxxxxx, Jeune Xxxxxxxxxx Xxxxx and Wildor Xxxx Xxxxxxxx?  Do

4    you remember attending that meeting with the Government?

5    A.   Yes.  I went to the meeting with the Government.

6    Q.   With all those other individuals that I named.  Correct?

7    A.   Yes.  I know.

8    Q.   And that was in reference to this case.  Right?

9    A.   Which case?

10   Q.   This case that we're here on.

11   A.   Yes.

12   Q.   And present at that meeting, along with you 15, was Special

13   Agent Larko and Assistant US Attorney Maria Medetis.  Correct?

14   A.   Yes.

15   Q.   And that meeting was to discuss with all 15 of you what

16   we're here on today.  Correct?

17   A.   Yes.

18   Q.   Okay.  Now, do you also remember another meeting with the

19   Government wherein 28 people on September 26th, 2012, got

20   together?

21   A.   I remember.

22   Q.   And that also was a meeting, was it not, to discuss this

23   case with Special Agent Larko?  Correct?

24   A.   Yes.

25   Q.   United States -- Assistant United States Attorneys Maria

1    Medetis and Bonnie Kane, sitting at the table over here.

2    Correct?

3         MR. ADELSTEIN:  And may I approach so I can read some

4    names and make it easier for the interpreter?

5         THE COURT:  Yes.

6    BY MR. ADELSTEIN:

7    Q.  And at that meeting were the following individuals:

8    Schlender --

9         THE COURT:  You're going to need a microphone, though.

10   Use that microphone -- the handheld microphone there.

11   BY MR. ADELSTEIN:

12   Q.  At that meeting were the following individuals.

13        THE COURT:  He's going to state the names and then

14   you're going to translate the names.  Okay?

15        THE INTERPRETER:  Oh, okay.

16   BY MR. ADELSTEIN:

17   Q.  And the following people were at the September 26th, 2012,

18   meeting:

19       Schlender Xxx, Peterson Xxxxxxxx, Suprinord Xxxxxx -- and

20   again, excuse my pronunciation.  I have a rough time speaking

21   English, let alone any other language -- Jean Xxxxxxx

22   XxXxxxxxx, Donald Xxxxx, Peterson Xxxxx Xxxxxxx, Patrick

23   Xxxxxx, Jimmy Xxxxx, Ricardo Xxxxx, Jean Xxxxx Xxxx Xxxxxxx,

24   Carlos Xxxxxxxx, Fritzson Xxxxxxxx, Widson Xxxx, Wadley

25   Xxxxxxxx, James Xxxxxxxx, Wildor Xxxx Xxxxxxxx, Jean Xxxxx

O. Xxxxxxxxx - CROSS - By Mr. Adelstein          97

```
 1   Xxxxxx, David Xxxxxxx, Cendy Xxxxxx, Greatest Xxxxxxx, Steeve

 2   Xxx Xxxxxxxxxx Xxxxx, Jeune Xxxxxxxxxxxx Xxxxx, Diane Xxxxxxx

 3   Xxxxxxxxx, Jorel Xxxxxxx, Alexandre Xxxxxxxxxx, Stanley Xxxxxxxxx

 4   and Josue Xxxxxxx?

 5       Do you remember all those people there?

 6   A.  Yes.  I know all of them.

 7   Q.  Okay.  And the purpose of that was, once again, to discuss

 8   this case with all of you with the Government.  Correct?

 9   A.  Yes.  We went to tell the truth on what happened to us and

10   to find justice with him.

11   Q.  Okay.  That was the same story you gave back in 2006.

12   Correct?

13   A.  Tell him for me, please, that I'm never going to change any

14   story, because it's not a story.  It's my story.  It's my life.

15   I came to tell the truth.  I will tell the truth.  Whatever

16   will happen to me, I will tell the truth.

17   Q.  You went to these two meetings at the request of the

18   Government.  Correct?  They summoned you to meet with you.

19   Correct?

20   A.  What do you mean, "summon"?

21   Q.  They brought you all together.  They requested you all come

22   to them to meet with them to discuss the case.  Right?

23   A.  Yes.

24   Q.  And then they brought you back on December 12th, 2012.

25       Do you remember that meeting?
```

1    A.   Yes.

2    Q.   That was, was it not, at the Sugarcane restaurant?

3    A.   Park.

4    Q.   Park.

5         But it was a restaurant; was it not?

6    A.   Yes.

7    Q.   And they asked you, "they" meaning Special Agent Larko,

8    Assistant US Attorney Maria Medetis and Bonnie Kane and some

9    other agents -- asked you all to come again for the third time.

10   Right?

11   A.   Okay.

12   Q.   Is that correct?

13   A.   Yes.

14   Q.   Again, to discuss with you the case.   Right?

15   A.   Yes.

16   Q.   And at that meeting, it got larger than the other two

17   meetings we talked about?

18   A.   What do you mean?

19   Q.   Well, the first meeting had 15 people attending, and I read

20   their names off.   Right?

21   A.   Okay.

22   Q.   The second meeting had 28 people, and I just read those

23   names off.

24   A.   Okay.

25   Q.   And now at the September 12th meeting to discuss this case

1    at the request of the United States Government, it contained

2    39 people.

3    A.   Yes.  If you want to count more people, I can help you

4    count more people that are not even listed on the paper --

5    Q.   Well, I'm interested in --

6    A.   -- that should be included.

7    Q.   I'm interested in the meetings that you had jointly with

8    the Government.

9            MS. MEDETIS:  Your Honor, objection as to this entire

10   line of questioning.  Relevance.

11           THE COURT:  Overruled.

12   BY MR. ADELSTEIN:

13   Q.   Let me make sure I have the names of the individuals at

14   this meeting.

15           MR. ADELSTEIN:  May I approach so I can do the same

16   thing?

17           THE COURT:  Yes.

18   BY MR. ADELSTEIN:

19   Q.   Again, excuse the pronunciation of the names.

20       Schlender Xxx, Peter Xxxxxxxx, Sonia Xxxxxxxx, Jean Xxxxxxx

21   XxXxxxxxx, Donald Xxxxx, Odelin Xxxxxxxxx -- that's you.

22   Right? --

23   A.   Yes.  That's me.

24   Q.   -- Peterson Xxxxx Xxxxxxx, Patrick Xxxxxx, Jimmy Xxxxx,

25   Ricardo Xxxxx, Jean Xxxxx Xxxx Xxxxxxx, Carlos Xxxxxxxxx,

1    Fritzson Xxxxxxxx, Widson Xxxx, Wadley Xxxxxxxx, James

2    Xxxxxxxx, Wildor Xxxx Xxxxxxxx, Jean Xxxx Xxxxxx, David

3    Xxxxxxxx, Cendy Xxxxxx, Greatest Xxxxxxx, Steeve Xxx Xxxxxxxxxx

4    Xxxxxx, Jeune Xxxxxxxxxxx Xxxxx, Diane Xxxxxxxx Xxxxxxx, Jorel

5    Xxxxxxx, Junior Xxxxxxxx, Stanley Xxxxxxxx, Josue Xxxxxxx,

6    Mirvole Xxxxxxxx, Cristella Xxxxxxx, and Velouse Xxxxxxxx.

7        Those were the people that were there at that meeting.

8    Correct?

9    A.  The paper's in your hand.  I saw all the names.

10   Q.  But my question to you -- oh.  I left some names out.  I

11   only gave you 31 names.

12       Meredela Xxxxxxxxx, Chrisner Xxxxxxxxxx, Woodjerry Xxxxxxxx,

13   Wilgens Xxxx, Jhonny Xxxxx, Georgette Xxxxx, Yocauline

14   Xxxxxxxxxx and Peterson Xxxxx.

15       A total of 39 people at that meeting.  Correct?

16   A.  Yes.

17   Q.  All, again, to discuss this case.  Correct?

18   A.  Yes.

19   Q.  Now, finally, you indicated that you speak English.

20   Correct?

21   A.  Yes.

22   Q.  In fact --

23   A.  But I'm not American.

24   Q.  I understand.

25       You, in fact, acted as an interpreter for some people in

```
 1   Haiti while you were staying at the center.  Correct?

 2            MS. MEDETIS:  Objection.  Relevance.

 3            THE COURT:  Sustained.

 4   BY MR. ADELSTEIN:

 5   Q.  Was one of your duties or responsibilities at the center to

 6   act as an interpreter?

 7            MS. MEDETIS:  Objection.  Relevance.

 8            THE COURT:  Sustained.

 9   BY MR. ADELSTEIN:

10   Q.  Did you tell this jury all of your duties and

11   responsibilities at the center?

12            MS. MEDETIS:  Objection.  Relevance.

13            THE COURT:  Overruled.

14            THE WITNESS:  Yes.

15   BY MR. ADELSTEIN:

16   Q.  You didn't leave any out?

17   A.  Well, I think that maybe, if I forgot anything, I just

18   forgot something.  But that's about it.

19   Q.  Did you forget telling this jury that you acted as an

20   interpreter as one of your responsibilities and duties at the

21   center?

22   A.  I was never an interpreter in the center.

23            MR. ADELSTEIN:  Could I have one moment, your Honor?

24            THE COURT:  Yes.

25            MR. HOROWITZ:  I have no further questions.  Thank
```

1    you.

2              THE COURT:  Redirect.

3              MS. MEDETIS:  If I may, your Honor.

4                     REDIRECT EXAMINATION

5    BY MS. MEDETIS:

6    Q.  Roro, on cross-examination, you were asked about a

7    May 30th, 2011, meeting with myself and the other members of

8    the prosecution team.

9         Do you remember that?

10   A.  Yes.

11   Q.  And you were asked about a September 26th, 2012, meeting.

12        Do you remember that?

13   A.  Yes.

14   Q.  I'm just going to ask you to speak into the microphone so

15   everyone can hear you.  Okay?

16        And defense counsel asked you on cross-examination about a

17   December meeting, correct, December 12th, 2012?  Do you

18   remember that?

19   A.  Yes.

20   Q.  And he asked you what the purpose of the meeting was?

21   A.  Yes.

22   Q.  And he read a lot of different names of the people who were

23   at that meeting.

24        Do you remember that?

25              MR. ADELSTEIN:  Objection.  Leading.

 1              MS. MEDETIS:  I'm orienting the witness, your Honor.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Yes.

 4    BY MS. MEDETIS:

 5    Q.  Who were all of those people -- all of the more than

 6    30 people that the Defendant named at the meeting?  Who were

 7    all those people?

 8              THE COURT:  You mean defense counsel.

 9              MS. MEDETIS:  Defense counsel.

10              THE WITNESS:  They were all boys who had resided or

11    resided at his house.

12    BY MS. MEDETIS:

13    Q.  And what was the purpose of them being there?

14    A.  We were there to tell the truth, to explain what had

15    happened to us.  Some of the boys were afraid to come forward.

16    Eventually, they did.  And we explained.  We told the whole

17    truth, what happened.

18    Q.  And when you say "what happened," what do you mean by that?

19    A.  What we went through and the abuse that we suffered.

20              MR. ADELSTEIN:  Objection.  It calls for hearsay.  If

21    he limits it to himself, that's fine.  But if it's about other

22    individuals, it's hearsay.

23              THE COURT:  Sustained.

24              Rephrase your question.

25

1    BY MS. MEDETIS:

2    Q.   At those three meetings that defense counsel talked about,

3    when you told the Government about what happened to you at the

4    Morning Star Center, were the other boys who had lived at the

5    center before present when you talked about your story to the

6    Government?

7    A.   No.  It was in private.

8    Q.   And when the Government met with each of the other people

9    individually at those different meetings, were you present when

10   the Government spoke to those people?

11   A.   No.

12   Q.   Was there ever a time when you were asked by the Government

13   to tell the story that you're telling to the jurors now in

14   front of everybody, in front of all those people that were at

15   the meeting, the former residents?

16   A.   No.

17   Q.   And when defense counsel asked you whether you were at that

18   meeting to talk about this case, was your testimony or the

19   testimony of anybody else ever discussed in front of all the

20   residents?

21            MR. ADELSTEIN:  Objection to the form of the question.

22            THE COURT:  It's compound.  Sustained.

23            Rephrase your question.

24   BY MS. MEDETIS:

25   Q.   Was your testimony and your story and your experiences at

1    the center -- was that ever discussed in front of the other

2    attendees, the former residents, at the meetings?

3              MR. ADELSTEIN:  Objection to the form of the question.

4              THE COURT:  Overruled.

5              THE WITNESS:  No.  It never happened.

6    BY MS. MEDETIS:

7    Q.  When you were at those meetings, was there any discussion

8    in front of you about the experiences of the other boys who

9    had --

10             MR. ADELSTEIN:  Objection.  Calls for hearsay.

11   BY MS. MEDETIS:

12   Q.  -- attended those meetings?

13             THE COURT:  He may answer it "yes" or "no."

14             Overruled.

15             THE WITNESS:  No.

16   BY MS. MEDETIS:

17   Q.  On cross-examination, you were asked about the good

18   reputation of the Morning Star Center.

19        Do you recall that?

20   A.  Yes.

21   Q.  And you had answered that, at first, the reputation was

22   good, but then it became bad.

23        What do you mean by that?

24   A.  What I mean is that, at first, when the center moved to the

25   area, to the neighborhood, no one knew what was going on

 1    inside.

 2              MR. ADELSTEIN:  Objection.  It calls for hearsay after

 3    this point.

 4              THE COURT:  Overruled.

 5              But ask your next question.

 6    BY MS. MEDETIS:

 7    Q.  When you were living at the center, the center moved

 8    multiple times.  Correct?

 9    A.  Yes.

10    Q.  What was the reason --

11              MR. ADELSTEIN:  Objection.

12    BY MS. MEDETIS:

13    Q.  -- the center had to move multiple times?

14              MR. ADELSTEIN:  Objection.  Speculation.  Calls for

15    hearsay.

16              THE COURT:  Overruled.

17              If he knows, he can answer.

18              THE WITNESS:  The center moved around a lot because of

19    what he was doing to us.  When words got out that he was

20    homosexual and he was abusing us, we moved from one place.

21              We would be in one area and then the minute the

22    residents find out, then we have to move to the next --

23              MR. ADELSTEIN:  Objection.  Calls for hearsay.

24              MS. MEDETIS:  I'll move on, Judge.

25              THE COURT:  I'm sorry?

 1              MS. MEDETIS:  I'll move on, your Honor.

 2              THE COURT:  Okay.

 3     BY MS. MEDETIS:

 4     Q.  On cross-examination, defense counsel asked you about

 5     whether you had ever reported the Defendant's sexual abuse to

 6     the police before 2006.

 7          Do you remember that?

 8     A.  Uh-huh.  Yes.

 9     Q.  You had said that the Defendant made you keep things

10     secret.

11          What do you mean by that?

12     A.  What I mean by that is that, once word started spreading

13     out that we were homosexual, the boys living at the residence,

14     he would tell us, "Don't say anything.  I'm here to help you

15     guys out.  Bad things will happen to you if they find out

16     what's going on inside the home.  If you're ever stopped in a

17     street and anybody asks you questions or inquires about the

18     center, tell them to come and see me, and I'll have the answer

19     for them."

20     Q.  Did the Defendant ever tell you what to tell police if they

21     asked you about whether you were sexually abused by the

22     Defendant?

23     A.  The police never came to me for -- to ask me any questions.

24     The one who could have asked me questions were his friends.

25     Q.  But did the Defendant tell you what to say if police asked

1   you questions?

2   A.   He would say, "Don't say anything.  If anybody, anyone,

3   ever asks you any questions about the center, do not say

4   anything.  You can refer them to the older boys or refer them

5   to me so I could answer the questions."

6   Q.   When the Defendant asked you or the boys to do something, a

7   chore around the house, for example, what would the Defendant

8   do if you didn't comply with the order?

9        MR. ADELSTEIN:  Objection to the form of the question,

10  "you or the boys."

11       THE COURT:  Sustained.

12       Rephrase your question.

13  BY MS. MEDETIS:

14  Q.   When the Defendant asked you to do something around the

15  house, if you didn't comply, what would the Defendant do?

16  A.   If he asked me to do a chore, I always complied.  Whatever

17  he asked of me, I would comply.  I always say "yes."

18       I knew I was not allowed to say "no" to him.  I was not

19  allowed to refuse him.  So I complied.

20  Q.   Why were you not allowed to refuse him?  I'm sorry.  Let me

21  rephrase.

22       How did you know that you were not allowed to refuse him?

23  A.   He always told us he's the head of the household, he's in

24  charge, we are not allowed to refuse anything to him.

25  Q.   I want to talk about when you went to the police in 2006.

 1  You had been asked about that on cross-examination.

 2  A.  Yes.

 3          MS. MEDETIS:  Your Honor, just a moment.  I misplaced

 4  something.

 5          Your Honor, may I approach?

 6          THE COURT:  Yes.

 7          MS. MEDETIS:  I've shown defense counsel what's been

 8  marked as Government's Exhibit 96.

 9  BY MS. MEDETIS:

10  Q.  Odelin, do you recognize that?

11  A.  Yes.

12  Q.  And what is that?

13  A.  This is a record of my complaint against him at law

14  enforcement, at the police.

15  Q.  This is the statement that you gave police in 2006?

16          MR. ADELSTEIN:  Objection.  Leading.

17          THE COURT:  Sustained.

18  BY MS. MEDETIS:

19  Q.  Is this --

20          THE COURT:  Rephrase your question.

21          MS. MEDETIS:  My apologies, Judge.

22  BY MS. MEDETIS:

23  Q.  Is this the statement that you gave to Haitian police in

24  2006?

25  A.  Yes.

 1   Q.   And could you please clarify for the jury, when you went to

 2   the police, were you allowed to just tell them your story?

 3         MR. ADELSTEIN:  Objection to the form of the question.

 4   It calls for speculation and hearsay, in addition.

 5         THE COURT:  Sustained.

 6         Rephrase your question.

 7   BY MS. MEDETIS:

 8   Q.   On cross-examination, when defense counsel asked you about

 9   going to the police, you had said they asked -- the Haitian

10   police asked you questions and then you answered them.

11         Do you remember that?

12   A.   Yes.

13   Q.   Aside from answering the questions that they asked you, did

14   you provide any further information to the police?

15   A.   No.  They did not request any further information from me.

16   They asked me questions.  "Tell me exactly" -- the policeman

17   told me, "Tell me exactly what happened.  Tell me what happened

18   here, here."  And I did.  And I told them what happened.  And

19   that was it.

20   Q.   And then you signed -- did you sign that statement, Odelin?

21         MR. ADELSTEIN:  Objection.

22         THE WITNESS:  Yes.

23         THE COURT:  Overruled.

24         MS. MEDETIS:  Your Honor, at this time the Government

25   would move -- or ask to move into evidence Government's

1   Exhibit 96.

2              MR. ADELSTEIN:  Objection.  Calls for hearsay.

3              THE COURT:  Come on up, please.

4              I understand some of you want a rest room break.

5              Do not discuss this case either amongst yourselves or

6   with anyone else.  Have no contact whatsoever with anyone

7   associated with the trial.

8              Do not read, listen or see anything touching on this

9   matter in any way, including anything in the media, anything on

10  the Internet or anything on any device.

11             If anyone should try to talk to you about this case,

12  you should immediately instruct them to stop and report it to

13  my staff.

14             You may leave your notebooks in your chairs.

15             I'm also going to give Lisa a break for her fingers

16  when she's finished.  So it'll be 15 minutes.

17             (Whereupon, the jury exited the courtroom at 3:14 p.m.

18  and the following proceedings were had:)

19             THE COURT:  You may step down, sir.  15 minutes.

20             MR. HOROWITZ:  Judge, would you remind the witness he

21  is still under oath and testifying, please.

22             THE COURT:  Sir, you are not to discuss your testimony

23  with anyone or permit anyone to discuss it with you.

24             15 minutes, please.

25              (Thereupon, the witness retired from the courtroom

1    and the following proceedings were had:)

2            THE COURT:  You may be seated.

3            Yes.

4            MS. MEDETIS:  I think defense counsel had

5    approached -- asked to approach, Judge.  We were about to

6    introduce Government's Exhibit 96, which is the witness's prior

7    consistent statement.

8            THE COURT:  May I see it, please?

9            MS. MEDETIS:  Yes, Judge.

10           (Tenders document to the Court.)

11           And, your Honor, for the record, that is a composite

12   exhibit of a statement in Haitian Creole with the English

13   translation attached to it.

14           THE COURT:  Yes.  What's the objection?

15           MR. HOROWITZ:  Judge, the objection is that the

16   Government, I believe, is offering it as a prior consistent

17   statement as the same grounds we had yesterday.

18           However, there is no allegations that this witness had

19   a recent fabrication.  And that's what it specifically rebuts.

20   There's nothing between 2006 and 2012 that came out in

21   cross-examination that said that this witness recently

22   fabricated his story.

23           So, therefore, it's inadmissible as hearsay and

24   doesn't fit into that objection -- that exception.

25           THE COURT:  Are you proceeding on recent fabrication?

 1           MS. MEDETIS:  Your Honor, there's two -- yes, your

 2      Honor.

 3           There was two events, if you will, in

 4      cross-examination that gave rise to implication of recent

 5      fabrication and motive to lie.

 6           And that is that defense counsel tried to make very

 7      clear that that statement was the product of the witness having

 8      been kicked out by the Defendant and, therefore, the witness

 9      was upset, when the statement on its own makes very clear that

10      Odelin was still very much at the center when he made that

11      statement.

12           The additional implication for motive to lie is the

13      number of meetings that defense counsel inquired about, the

14      meetings that Odelin attended with the Government to, quote,

15      "talk about this case" and talk about his testimony.

16           And based on those two implications of recent

17      fabrication, the Government maintains that this is an

18      admissible prior consistent statement.

19           MR. HOROWITZ:  Judge, if I may address the first one

20      first, the Government says that he was kicked out of the center

21      and that's the reason he went to the Haitian National Police.

22           On cross-examination, the witness testified that he

23      went to the police and then went back to the center for

24      approximately another nine months.

25           MS. MEDETIS:  Your Honor --

1          MR. HOROWITZ:  Excuse me.

2          Secondly, Judge, by allowing this clearly hearsay

3   statement in, it's going to have a chilling effect on

4   cross-examination, because the Government arranged three

5   separate meetings, the first one with 15, the second one with

6   28 and the third meeting that had 39 prospective Government

7   witnesses all together in a conference room.

8          If we can't get into that, we can't effectively

9   cross-examine witnesses; and it's going to open the door, which

10  it shouldn't, for all this hearsay to come in.

11         MS. MEDETIS:  Your Honor, let me address the

12  inaccuracy in Mr. Horowitz's statements in that they

13  specifically asked, "You made this statement after you left for

14  being accused of stealing hotdogs" or whatever he was being

15  accused of stealing.

16         So the Government never says that statement was made

17  after he left.  That was the implication that defense counsel

18  made in their cross-examination.

19         They specifically said, "You went to the police after

20  the Defendant kicked you out."

21         THE COURT:  As far as after he was kicked out or

22  whether he left voluntarily, I don't find that it's a prior

23  consistent statement pursuant to the requirements under *Tome*

24  *versus United States*, 513 U.S. 150, a 1995 decision by the

25  United States Supreme Court.

 1              The out-of-court statements had to have been made

 2    prior to the charge of recent fabrication.  So the fact that --

 3    it's not a prior consistent statement for the cross-examination

 4    that, "You were kicked out and that's why you went to the

 5    police."  It just doesn't fall into a prior consistent

 6    statement for that.

 7              Let me look at the cross-examination in regard to the

 8    meetings.

 9              MS. MEDETIS:  Your Honor, I'm not sure if I

10    clarified --

11              THE COURT:  One moment, please.

12              MS. MEDETIS:  Certainly.

13              THE COURT:  Yes, Ms. Medetis.  You wanted to say

14    something?

15              MS. MEDETIS:  Yes, your Honor.

16              The other alternative basis for the admissibility of

17    the prior consistent statement under 801(d)(1)(B) would be for

18    recent improper influence or motive.

19              We would argue that the meetings that were asked about

20    or inquired about on cross-examination make -- create the basis

21    for suggesting an improper influence or motive to fabricate and

22    testify.

23              THE COURT:  Mr. Horowitz?

24              MS. MEDETIS:  I'm sorry, Judge.  Not in fabricating.

25    In testifying.  I apologize.

 1          MR. HOROWITZ:  Judge, I don't think that that's the

 2     purpose of the meetings.  I think the witness even testified

 3     that that wasn't -- it wasn't even an implied suggestion.

 4          You know, this is going to have to come in -- if we

 5     can't inquire about these meetings and the fact that the

 6     Government created this by having one meeting with as many as

 7     39 people, including family members, brothers and sisters --

 8     they had rosters and sign-up sheets.

 9          If we can't inquire of that and if that's not fair

10     game for cross-examination, you know, what it's going to do is

11     allow all hearsay to come in and these -- blatant hearsay.

12          THE COURT:  Well, if it's, in fact, a prior consistent

13     statement under (d)(1)(B), Rule 801, it's not hearsay, because

14     that's what 801(d) states, statements that are not hearsay.

15          So it's not the fact that the hearsay comes in.  It's

16     not -- if, in fact, I find it falls within 801(d)(1)(B), it's

17     not a hearsay statement.

18          MS. MEDETIS:  Your Honor, let me respond by saying

19     that's precisely the nature of the line of questioning, is to

20     suggest an improper influence or motive.  And they're more than

21     welcome to ask about that.

22          The issue that defense counsel is having is that there

23     are so many prior consistent statements that these witnesses

24     have made before.  And so there's nothing holding them back

25     from --

1          MR. HOROWITZ:  So, then, we have no ability to

2     cross-examine witnesses.

3          MS. MEDETIS:  Of course they do, your Honor.  They can

4     cross-examine them.  They're opening the door to the prior

5     consistent statements.  That's the issue here on the basis of

6     the improper influence.

7          THE COURT:  Well, I have looked at the questions asked

8     by Mr. Adelstein.  And in regard to the May 30th meeting, the

9     witness was asked -- okay.

10          Mr. Adelstein states:

11          "Question:  Now, did you attend a meeting on May 30th,

12     2012...."  And then he reads three names:  "Suprinord Xxxxxx,

13     Jimmy Xxxxx, Ricardo Xxxxx.  Did you attend that meeting with

14     the Government?  I've got a few more names.  But do you

15     remember that meeting?

16          "Answer:  I remember I went to a meeting, but I don't

17     remember the date exactly of the meeting.

18          "Question:  Do you remember going to a meeting

19     with...."  He states the three names again.  "I'll have a few

20     more names."  And then he proceeds to read nine more names.

21     "Do you remember attending that meeting with the Government?

22          "Answer:  Yes.  I went to the meeting with the

23     Government.

24          "Question:  With all those other individuals that I

25     named.  Correct?

1            "Answer:  Yes.  I know.

2            "Question:  And that was in reference to this case.

3    Right?

4            "Answer:  Which case?

5            "Question:  This case that we're here on.

6            "Answer:  Yes.

7            "And present at that meeting, along with you 15, was

8    Special Agent Larko and Assistant United States Attorney Maria

9    Medetis.  Correct?

10           "Answer:  Yes.

11           "Question:  And that meeting was to discuss with all

12   15 of you what we're here on today.  Correct?

13           "Answer:  Yes."

14           So there's an inference in that question that there

15   was a discussion with all 15 of the persons who attended the

16   meeting.

17           He then goes on to the second meeting.

18           "Question:  Now, do you also remember another meeting

19   with the Government wherein 28 people on September 26th, 2012,

20   got together?

21           "Answer:  I remember.

22           "Question:  And that also was a meeting, was it not,

23   to discuss this case with Special Agent Larko?  Correct?

24           "Answer:  Yes.

25           "United States -- Assistant United States Attorneys

 1   Maria Medetis and Bonnie Kane, sitting at the table over here.

 2   Correct?"

 3         There was no answer.

 4         And then Mr. Adelstein said:  "And may I approach so I

 5   can read some names and make it easier for the interpreter?"

 6         I said:  "Yes."

 7         And then Mr. Adelstein.

 8         "Question:  And the following people were at the

 9   September 26th, 2012, meeting."

10         He then reads approximately 29 names into the record.

11         "Do you remember all those people there?

12         "Answer:  Yes.  I know all of them.

13         "Question:  Okay.  And the purpose of that was, once

14   again, to discuss this case with all of you with the

15   Government.  Correct?

16         "Answer:  Yes.  We went to tell the truth on what

17   happened to us and to find justice with him.

18         "Question:  Okay.  That was the same story you gave

19   back in 2006.  Correct?"

20         The witness answers:  "Tell him for me, please, that

21   I'm never going to change any story because it's not a story.

22   It's my story.  It's my life."

23         He goes on in that answer.

24         "Question:  You went to these two meetings at the

25   request of the Government.  Correct?  They summoned you to meet

 1   with you.  Correct?

 2          "Answer:  What do you mean, 'summon'?

 3          "Question:  They brought you all together.  They

 4   requested you all come to them to meet with them to discuss the

 5   case.  Right?

 6          "Answer:  Yes.

 7          "Question:  And then they brought you back on

 8   December 12th, 2012.

 9          "Do you remember that meeting?

10          "Answer:  Yes."

11          There are some questions about where it was, at a

12   restaurant.

13          "Question:  And they asked you, 'they' meaning Special

14   Agent Larko, Assistant US Attorney Maria Medetis and Bonnie

15   Kane and some other agents -- asked you all to come again for

16   the third time.  Right?

17          "Answer:  Okay.

18          "Question:  Is that correct?

19          "Answer:  Yes.

20          "Question:  Again, to discuss with you the case.

21   Right?

22          "Answer:  Yes.

23          "Question:  And at that meeting, it got larger than

24   the other two meetings we talked about?

25          "Answer:  What do you mean?

1          "Question:  Well, the first meeting had 15 people

2    attending, and I read their names off.  Right?

3          "Answer:  Okay.

4          "Question:  The second meeting had 28 people, and I

5    just read those names off.

6          "Answer:  Okay.

7          "Question:  And now at the September 12th meeting to

8    discuss this case at the request of the United States

9    Government, it contained 39 people?

10          "Answer:  Yes."

11          And again he reads the names of the 39 people into the

12    record.

13          After the 39 people's names are read into the -- that

14    they were at the meeting, the witness answers, "Yes."

15          "Question:  All, again, to discuss this case.

16    Correct?

17          "Answer:  Yes."

18          So on cross-examination, Mr. Adelstein went into the

19    fact that all of these people at the various meetings, the 15,

20    the 28 or 29, the 39, were all there to discuss the case with

21    the Government.

22          He chose not to state and go into the fact of whether

23    or not they discussed it privately or together, but there's an

24    inference that they were all there, all together, all in a

25    meeting with the Government, Ms. Medetis, Ms. Kane -- I think

 1     he even stepped over to them and pointed to them -- Agent

 2     Larko, and stated, you were all there to discuss that case.

 3            That term -- all again to discuss this case, all there

 4     to discuss this case, discuss the case with all of you -- that

 5     was the terminology that was chosen by Mr. Adelstein, which is

 6     fine.  That's the terminology he told.

 7            It is an implied -- I find that it's an implied charge

 8     of both recent fabrication, that he was influenced by

 9     discussions of all the people at these three meetings, and it's

10     an implied charge of recent improper influence.

11            Therefore, I find that, pursuant to Rule 801(d)(1)(B),

12     that the witness's prior statement, which was made on

13     June 19th, 2006, falls within a prior consistent statement

14     pursuant to that rule.  It is not hearsay and it is admissible.

15            However, I find that it must be redacted.  And I don't

16     know -- since it's in Creole and then in English, has the

17     translation --

18            MS. MEDETIS:  Your Honor, I could -- we can ask the

19     translators to assist us in redacting the Creole language that

20     is the counterpart to the English redaction.

21            THE COURT:  There are some facts in this statement

22     that were not testified to; so, I find that they should not be

23     within the prior consistent statement.

24            Beginning on Page 2, at the first paragraph, it says,

25     "When we don't want the other younger children enter into

 1    Bill's room.  He gets mad and he beats the children, slapping

 2    them."  And then it says "hitting them with a belt."

 3            "Hitting them with a belt" must be redacted.  I've

 4    tabbed it so you can see it.  I'll leave the tabs on.  You can

 5    take it off as you redact.

 6            MS. MEDETIS:  Certainly, Judge.

 7            THE COURT:  So that's Page 2 of the statement.

 8            We then go to Page 4 of the statement.  "There is a

 9    guy named Junior Xxxxxxxx who was in Santo 13."  It's the third

10    entry.  "Bill threatened him with a weapon because he was mad

11    because of what he was doing to the children."  That also must

12    be redacted.

13            Two paragraphs down, "No.  He does not pull weapons on

14    us," that's fine.  But then it states, "But there was one time

15    when he pulled a weapon on two children who were in" -- and

16    it's illegible.  The "But" until the illegible needs to be

17    redacted.

18            MS. MEDETIS:  Yes, Judge.

19            THE COURT:  I'm also going to have you redact the

20    identification of the guns.  He has a Magnum .22 and a

21    .9 millimeter and has a .38, but he sold it.  None of that was

22    testified to.

23            MS. MEDETIS:  So the only remaining part of that

24    paragraph would be, "Yes.  I know that Bill has weapons"?

25            THE COURT:  Exactly.

1          And on the last page, "Yes.  We go to school.  Bill

2    sends us to school.  I have nothing else to say except the man

3    knows that we came to the police.  He is after us to shoot us."

4          I don't think he -- I don't think he testified that he

5    knows that we came to the police.  And certainly "He is after

6    us to shoot us" has to be redacted.

7          So after "I have nothing else to say" -- everything

8    after that needs to be redacted.

9          MS. MEDETIS:  Yes, Judge.

10          THE COURT:  Now, as far as Mr. Horowitz's argument

11    that it's a chilling effect on cross-examination, I disagree.

12    There was extensive cross-examination on other matters,

13    including such things as his mother working there, the other

14    people working there, whether he went and told his parents

15    about -- whether he told his teachers about going home.

16          We were here for quite a few hours of

17    cross-examination.  In fact, we even took a lunch break in the

18    middle of the cross-examination.  And it's been several hours

19    of cross-examination, other than this particular area of the

20    meeting.

21          So I do not find that there's a chilling effect of

22    cross-examination.  And there is a plethora of case law in the

23    Eleventh Circuit that stands for the proposition that you're

24    only entitled to effective cross-examination.  You're not

25    entitled to every type of cross-examination that there is.

1           So here, the defense made a determination to

2    cross-examine, as they're entitled to.  They made that

3    strategic decision to cross-examine on the fact that the

4    Government had meetings with many of the residents, several

5    meetings.  I think there are three -- three meetings with many

6    of the residents or a lot of the residents from the Morning

7    Star Center.

8           And once that strategic decision was made by

9    Mr. Adelstein to go into that area, I find that it opens the

10   door for the prior consistent statement of the witness, which I

11   find is not hearsay under Rule 801(d)(1)(B).

12          I'd like to give Lisa a little break.  So we'll take

13   five minutes.

14          You can tell them five minutes.

15          MS. MEDETIS:  Your Honor, may I approach for the

16   exhibit?

17          THE COURT:  Yes.

18           (Thereupon a recess was taken, after which the

19   following proceedings were had:)

20          THE COURT:  United States of America versus Matthew

21   Andrew Carter, Case No. 11-20350.

22          Counsel, state your appearances.

23          MS. MEDETIS:  Good afternoon, your Honor.

24          Maria Medetis and Bonnie Kane for the United States,

25   along with Special Agents Flores and Larko at counsels' table.

```
 1              MR. HOROWITZ:  Good afternoon, your Honor.

 2              Phil Horowitz and Stu Adelstein on behalf of Matthew

 3    Carter, who is present before the Court.

 4              THE COURT:  In regard to my prior ruling, I adopt

 5    the -- my prior findings and the case law cited by the Court to

 6    support the prior ruling.

 7              Are we ready?

 8              MS. MEDETIS:  Yes, Judge.  We'll bring the witness in.

 9              THE COURT:  We're going to be ending today no later

10    than quarter to 5:00, early day for us.

11              MR. ADELSTEIN:  She's feeling sorry for the old guys.

12    That's you and me, Phil.

13              MR. HOROWITZ:  Oh.  Sorry.

14              THE COURT:  Let's bring the jurors in, please.

15              (Whereupon, the jury entered the courtroom at

16    4:01 p.m. and the following proceedings were had:)

17              THE COURT:  You may be seated.

18              You are still under oath, sir.

19              You may proceed, Ms. Medetis.

20    BY MS. MEDETIS:

21    Q.   Odelin, before we broke, we were talking about the

22    statement that you had provided to the Haitian National Police,

23    Brigade for the Protection of Minors, in 2006.

24              MS. MEDETIS:  Your Honor, at this time I would ask to

25    move into evidence Government's Exhibits 96-A and 96-B, 96-A
```

1   being the Haitian Creole investigation and 96-B being the

2   English translation.

3           THE COURT:  Have you shown it to counsel?

4           MS. MEDETIS:  Yes, Judge.

5           MR. HOROWITZ:  Judge, renew prior objections as to

6   96-A and no proper predicate for 96-B.

7           THE COURT:  Lay your predicate for -B.

8           MS. MEDETIS:  Your Honor, I was going to ask the

9   Haitian Creole interpreters to review it, if possible, the

10  English translation.

11          THE COURT:  So we're introducing 96-A, then, which is

12  in Creole?

13          MS. MEDETIS:  Yes, Judge.

14          THE COURT:  The objection is overruled as to 96-A.

15          It will be admitted as Government's Exhibit 96-A.

16          (Whereupon, Government's Exhibit No. 96-A was entered

17  into evidence.)

18  BY MS. MEDETIS:

19  Q.  Odelin, are you able to read the statement that you signed

20  back in 2006 to the jury, please?  And I'll ask you to start at

21  the last paragraph of the first page.

22  A.  I can barely see what is written at the bottom.

23          Yes, I can.  At the very bottom.

24          "I know Bill Matthew Carter.  He is a white American.  He

25  has an orphanage in the area of Tabarre 23, No. 29.

1    "Bill has" -- and I cannot see the rest.

2  Q.  Is there anything else that you can see on that page?

3  A.  Yes.

4  Q.  Can you please read what you do see.

5  A.  It's not my handwriting.  There is a line where they're

6  mentioning the children --

7          MR. HOROWITZ:  Objection, your Honor.

8          THE COURT:  Sustained as to what's not his

9  handwriting.

10          MR. HOROWITZ:  Judge, I would renew my objection to

11  96-A.

12  BY MS. MEDETIS:

13  Q.  When you gave this statement to police, Odelin --

14          MR. HOROWITZ:  Judge, I want to renew my objection to

15  the admission of 96-A.  It's not his statement.

16          THE COURT:  She's laying a predicate.

17          Go ahead.

18  BY MS. MEDETIS:

19  Q.  After you signed the statement, did you then sign it --

20  after you provided the statement, did you then sign it?

21          MR. HOROWITZ:  Objection.  Leading.

22          THE COURT:  Sustained.

23          Rephrase your question.

24  BY MS. MEDETIS:

25  Q.  Is your signature on any of the pages of the document that

```
 1    I've handed to you, Government's Exhibit 96-A?

 2    A.   Yes.  My signature is there.

 3    Q.   Is your signature on the first page?

 4    A.   Yes.

 5    Q.   Would you turn to the second page.

 6         Is your signature on the second page?

 7              MR. HOROWITZ:  Objection.  Leading.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  Yes.

10    BY MS. MEDETIS:

11    Q.   Where else is your signature in this document?

12    A.   The third page.

13    Q.   And how many pages total is that document?

14    A.   Three.

15    Q.   So, then, your signature is on every page of that document?

16    A.   Yes.

17    Q.   And have you reviewed this statement before?

18    A.   Before what?  Before they gave it to me?

19    Q.   Before today.

20    A.   Yes.  I've seen it.

21    Q.   And is that statement that you then signed what you told

22    the police in 2006?

23    A.   Yes.

24              MS. MEDETIS:  May I proceed, your Honor?

25              THE COURT:  Yes.
```

1          MR. HOROWITZ:  Judge, may we approach side-bar?

2          THE COURT:  Come on up.

3          (Whereupon, the following proceedings were had at

4    side-bar outside the presence of the jury:)

5          THE COURT:  Can I see the document, please.

6          MS. MEDETIS:  (Tenders document to the Court.)

7          MR. HOROWITZ:  Judge, I would object and renew my

8    objection to the admission of 96-A.

9          I think what needs to be done is we need to go through

10   it as to which statements he wrote and which he didn't.  If it

11   contains statements of others, whether he adopted them or not,

12   or signed the piece of paper, is irrelevant.  It's supposed to

13   be his statement.

14         It would be like introducing an agent's report and

15   saying, "Well, I adopt that.  I signed the bottom and we can

16   admit the agent's report."

17         And that's not the case here.  It's got to be his

18   statement.  And this is clearly not his statement.

19         THE COURT:  Is this his handwriting?  Did he --

20         MS. MEDETIS:  No, Judge.

21         What I can elicit is that he was dictating and

22   somebody else wrote it and then he was asked to adopt the

23   statement as his own by signing it and that's his signature at

24   the bottom of each page, but somebody else was writing what

25   Odelin was saying.

 1          But for purposes of the rule, he need not write the

 2    statement.  It just needs to be an adopted statement, which is

 3    what this is.  This is his adopted statement.

 4          MR. HOROWITZ:  Judge, then, we can admit every report

 5    of every agent in every case if they're shown to a defendant

 6    and a defendant signs it and says, "Okay.  That's good enough."

 7          THE COURT:  Why don't you establish with him whether

 8    or not he dictated this statement or how it was prepared.

 9          MS. MEDETIS:  Okay.

10          THE COURT:  And, of course, since this is -- if, in

11    fact, the introduction stands, you'll have cross-examination on

12    this -- on the document.

13          MR. HOROWITZ:  Yes, your Honor.

14          MS. MEDETIS:  Yes, Judge.

15          (Whereupon, the following proceedings were had in open

16    court:)

17    BY MS. MEDETIS:

18    Q.  Odelin, drawing your attention again to Government's

19    Exhibit 96-A, the document that you had been reading from

20    previously, how was that document prepared?

21    A.  The way the document was prepared was we went to the

22    station.  We filed a complaint.  Somebody who was there was

23    responsible to take our complaint, asked us questions.  We

24    spoke.  We gave our statements.  The person wrote it down.

25    Then he or she asked us to sign it.

1    Q.   And did you sign it on that day?

2    A.   Yes.

3    Q.   And as you were telling the story, was the person writing

4    what you were saying?

5              MR. HOROWITZ:  Objection.  Leading.

6              THE COURT:  Sustained.

7              Rephrase your question.

8    BY MS. MEDETIS:

9    Q.   As you were telling your story to the police, what was the

10   person that was listening to your story doing?

11   A.   Someone was there who was responsible to write my statement

12   down.  I would speak it.

13             MS. MEDETIS:  Your Honor, the Government would move

14   again to have Exhibit 96-A admitted into evidence.

15             MR. HOROWITZ:  Judge, same objection.  Also, improper

16   predicate, insufficient.

17             THE COURT:  Lay an additional predicate.

18   BY MS. MEDETIS:

19   Q.   On the day that you signed this statement, was the

20   statement read to you?

21   A.   Yes.  They read it.  They repeated it back to us.  They

22   asked us a few questions.

23   Q.   And at the time you read it -- at the time your statement

24   was read back to you, did you agree with what was read back to

25   you as having been your statement?

```
 1   A.  Yes.

 2           MS. MEDETIS:  Your Honor, the Government would move

 3   again at this time to have Government's Exhibit 96-A admitted

 4   into evidence.

 5           MR. HOROWITZ:  Same objection, your Honor.

 6           THE COURT:  Overruled.

 7           It will be introduced as 96-A.

 8           (Whereupon, Government's Exhibit No. 96-A was entered

 9   into evidence.)

10           THE COURT:  You may proceed.

11           MS. MEDETIS:  May I approach, your Honor?

12           THE COURT:  Yes.

13           MS. MEDETIS:  Actually, your Honor, permission to

14   publish?

15           THE COURT:  Yes.

16   BY MS. MEDETIS:

17   Q.  Odelin, can you see the document on the screen in front of

18   you?

19   A.  Yes.

20   Q.  And I'm showing you the second page of what's been admitted

21   into evidence as Government's Exhibit 96-A.

22           Would you be able to read what's -- starting at the top

23   line, what's stated there?

24   A.  You want me to start where it said what happened when the

25   children takes things from him or steal from him?
```

 1          "The younger boys used to go to Bill's room.  When they do

 2     things that are wrong, they hit them.  They abuse them.

 3          "My mother and my father reside at Santo 15.  My father's

 4     name is Gauthier Brissault.  My mother is Dieumerci Jesula.  I

 5     have an older brother and I also have six sisters."

 6     Q.   Okay.  You can continue reading.

 7     A.   "They all reside in Haiti with the exception of one, who

 8     resides overseas."

 9     Q.   You can continue reading.

10     A.   I can't read the other one.  I can barely see it.

11     Q.   Can you see the line that I'm pointing to right now?

12     A.   "I reside at Bill's house currently and I've resided there

13     since I was 7 years old."

14     Q.   Could you read the next paragraph?

15     A.   There are certain words that I cannot read, illegible.

16     Q.   Can you just read the words that you are able to read?

17     A.   "Bill has a clinic in the area of Tabarre, Tabarre 23,

18     No. 29.  Where we reside is called Morning Star Center."

19          I cannot read the rest, illegible.

20     Q.   What about the next paragraph?

21     A.   "He has 15 children at the orphanage.  They are all boys.

22     On weekends, they have some other children who come from the

23     outside to spend the weekend, also."

24     Q.   Can you read anything in the next paragraph?

25     A.   "I know that Bill had made -- had made the other children

 1   in the orphanage suck his penis and he also had sucked our

 2   penises.  And he has done it to me, also.

 3        "The first time he did that to me, I was 7 years old.  When

 4   I turned 15, I told him no, he could no longer do that to me.

 5   When you reach that age, he doesn't do that to you any longer.

 6   And he stopped doing that to me at Santo 15.

 7        "Now that I know what he's doing.

 8        "Once they ran after him in Santo 15.  They also ran after

 9   him in Montrouis.  They kick him out.  And wherever he has

10   resided previously.

11        "Bill continues to do the same thing up until now."

12   Q.  Is that the last line that you just read?

13   A.  Yes.

14   Q.  I'm going to turn to the third page.  If you could, read

15   what you can, please, to the jury, on this third page of

16   Government's Exhibit 96-A.

17   A.  "After he has done that, the children would get upset.

18   They'll get upset at him.  And he realized that, also."

19        The other part is redacted.  I cannot read it.

20   Q.  You don't have to read the part that's redacted.

21        Would it be easier if I gave you the document?  Would you

22   be able to read it better if I gave it to you and you held it?

23   A.  It's not so much the document.  It's the way it's written.

24   It's the handwriting and then it's not in color.

25   Q.  Can you read what's in this paragraph right here?

 1   A.   There I stated, "He stated that he has done so in other

 2   countries.  He also shared with us that he traveled through

 3   several other countries" --

 4            MR. HOROWITZ:  Your Honor --

 5            THE WITNESS:  -- "like" --

 6            MR. HOROWITZ:  Objection.  May we approach?

 7            THE COURT:  The jury is instructed to disregard the

 8   last statement.

 9   BY MS. MEDETIS:

10   Q.  Can you please read --

11            MR. ADELSTEIN:  Excuse me.  Can we reserve a motion,

12   your Honor?

13            THE COURT:  Yes.

14            MR. ADELSTEIN:  Thank you.

15   BY MS. MEDETIS:

16   Q.  Can you please read that paragraph where I'm pointing right

17   here, the last paragraph.

18   A.  After I have read the statement, my statements were

19   registered, signed -- this affidavit was signed by all.

20   Q.  And is that your signature there?

21   A.  Yes.

22            MS. MEDETIS:  Your Honor, may I approach?

23            THE COURT:  Yes.

24   BY MS. MEDETIS:

25   Q.  Odelin, I've just shown you what was previously admitted as

 1    Defendant's Exhibit No. 2.  And on cross-examination, you were

 2    asked if you were holding anything.

 3        Do you remember that?

 4    A.  Yes.

 5    Q.  And is this a photocopy of an actual picture, Odelin?  Do

 6    you know?

 7    A.  Yes.

 8    Q.  Would you describe the picture in the photocopy as clear or

 9    not clear?

10    A.  What do you mean?

11    Q.  Is this a good copy of the picture or a bad copy of the

12    picture?

13            MR. HOROWITZ:  Objection to the form of the question

14    and relevance.

15            THE COURT:  Sustained as to relevance.

16            MS. MEDETIS:  Your Honor, may I approach?  I've just

17    shown what's been marked as Government's Exhibit 95.

18            THE COURT:  Yes.

19    BY MS. MEDETIS:

20    Q.  Odelin, I've just handed you what's been marked for

21    identification purposes as Government's Exhibit 95.

22        Do you recognize that?

23    A.  Yes.

24    Q.  And what is that?

25    A.  My pictures.

 1   Q.   Is that the same picture as Defense Exhibit No. 2 that's on

 2   the monitor?

 3   A.   Yes.

 4   Q.   And is Government's Exhibit 95 a fair and accurate

 5   depiction of you in 2003?

 6   A.   Yes.

 7          MS. MEDETIS:  Your Honor, the Government would seek to

 8   move to admit Government's Exhibit 95 into evidence.

 9          MR. HOROWITZ:  It's duplicitous of the other picture.

10   It's the same picture.  Had we been given the color photograph,

11   we would have introduced it at that time.

12          THE COURT:  Overruled.

13          It will be introduced as Government's Exhibit 95.

14          (Whereupon, Government's Exhibit No. 95 was entered

15   into evidence.)

16          MS. MEDETIS:  Permission to publish, your Honor?

17          THE COURT:  You may.

18   BY MS. MEDETIS:

19   Q.   What are you doing with your hands in that picture, Odelin?

20   A.   I was placing my fingers in my mouth and I was cleaning my

21   fingernails.

22   Q.   And that's the same thing as Defense Exhibit No. 2.

23   Correct?

24   A.   Yes.

25   Q.   Odelin, I have just one more question.  And that is, after

1   you went back -- on cross-examination, you testified that,

2   after you went to the police in 2006, you returned to the

3   center.

4        Do you remember that?

5   A.   Yes.

6   Q.   Could you please explain to the ladies and gentlemen of the

7   jury why you returned to the center.

8   A.   The reason why I went back to the center is because I could

9   not leave the center at the time.  I had an opportunity to go

10  and do my report.

11       I went in and I filed my complaint and went back.  I had a

12  chance to file my complaint; so, I took the chance to file my

13  complaint and came back without his knowledge.

14       I was in a lot of pain for what was going on.  And I was

15  trying to find a way -- or we were trying to find a way to make

16  it stop.

17            MR. ADELSTEIN:  Objection to the form of the answer,

18  "we."  It calls for hearsay.

19            THE COURT:  Sustained as to "we."

20            MR. ADELSTEIN:  Move to strike.

21            THE COURT:  The motion to strike is granted.

22            "We" is stricken from the witness's answer.

23  BY MS. MEDETIS:

24  Q.   Odelin, just tell us why you personally returned to the

25  center after you reported the Defendant's sexual abuse to the

1    police in 2006.

2    A.   I personally did not appreciate what was going on, what was

3    happening to me at the mission.   I was being abused.

4              MR. ADELSTEIN:   Objection, your Honor.   Nonresponsive

5    to the question.

6              THE COURT:   Overruled.

7              THE WITNESS:   At school, in the neighborhood, words

8    were spreading out that I was a homosexual.   "You're gay.

9    You're gay."   And I know I was not.

10   BY MS. MEDETIS:

11   Q.   And if it was so terrible, why did you go back?   Can you

12   explain to the jury.

13   A.   I went back because I could not leave the center like that.

14        And let me tell you this.   If he had found out that I was

15   the one who had gone to the police and make the statement --

16             MR. ADELSTEIN:   Objection.   Nonresponsive.

17             THE COURT:   Sustained.

18   BY MS. MEDETIS:

19   Q.   When you say you couldn't leave like that, what do you mean

20   by that?

21             MR. ADELSTEIN:   Objection.

22             THE COURT:   Overruled.

23             THE WITNESS:   Because if I had left the mission right

24   away and he find out that I made the statement, I filed the

25   complaint against him, he would send people after me.   He would

 1   be after me.

 2   BY MS. MEDETIS:

 3   Q.   I want to talk about when you left the center.

 4        What happened that caused you to leave the center?

 5   A.   The reason why I left the center, something was lost in the

 6   house and he decided that he would hit everybody with a piece

 7   of wood.  He started with the younger boys.

 8        I said -- I told him, no, I was not going to get hit.

 9        He told me, "If you're not -- if you will not accept to get

10   hit, you have two options, find the person who's responsible

11   or" --

12        I told him I could not find the culprit.  I did not know

13   who stole his hotdog.  I was not going to get hit.  I packed my

14   bag.  The next day, I was gone.

15        For some reason, he thought that I was going to go to him

16   so he can hit me.  He had a piece of wood and he had

17   "Rebellious Guy" written on it.  But I didn't go back to him to

18   get hit.

19   Q.   On cross-examination, you were asked if life got better

20   when you went to the center, and you testified "yes."

21        Do you remember that?

22   A.   Yes.

23   Q.   How, if at all, did life get worse when you went to the

24   center?

25   A.   My parents have a lot of children and they were responsible

1    for them.  They were not working.  He was paying my tuition.

2    And I believe in education.  So I stayed there so he could pay

3    for my tuition.  That's why I went back, so he could pay for my

4    school.

5    Q.  And -- I'm sorry.  Did I interrupt you?  Go ahead.

6    A.  Nothing.

7    Q.  And how was your life worse for going to the center?

8            MR. ADELSTEIN:  Objection.  Asked and answered on the

9    previous question.

10           THE COURT:  Overruled.

11           THE WITNESS:  My life got worse once I got out of the

12   center.  What happened, I -- my identity -- I had lost my

13   identity.  I was no longer -- my personality was different,

14   also.  People were saying things about me at school.

15           Everyone was talking in Croix des Bouquets, Santo --

16           MR. ADELSTEIN:  Objection.

17           THE COURT:  Sustained.

18   BY MS. MEDETIS:

19   Q.  Who made your life worse when you got to the center?

20   A.  The Defendant.

21   Q.  And what did he do to make your life worse?

22           MR. ADELSTEIN:  Objection.  Asked and answered.

23           THE COURT:  Overruled.

24           THE WITNESS:  He treated us so -- so badly.  I was

25   miserable.  We were miserable.

1          MR. ADELSTEIN:  Objection to "we."

2          THE COURT:  Sustained as to "we."

3          MR. ADELSTEIN:  Nonresponsive.

4     BY MS. MEDETIS:

5     Q.  Odelin, just please respond as to what you experienced

6     personally.

7          THE COURT:  Why don't you restate your question.

8          MS. MEDETIS:  Yes, Judge.

9     BY MS. MEDETIS:

10    Q.  What did the Defendant do to make your life worse when you

11    got to the center, to you personally?

12    A.  He treated me so badly.  He did.  And I was -- I was -- he

13    knew me, what type of person I was.  I was not going to hide

14    anything from him.

15         Eventually, I got older.  I was working.  I was taking care

16    of my own -- of my own things.  I was apart from the rest.

17         For example, he could be looking for his flashlight.  If he

18    can't find it, he will wake me up and say, "I can't find it,"

19    kick me out.  It could be 1:00 in the morning and that was fine

20    by him.

21    Q.  Odelin, was it the sexual abuse that you testified about

22    that caused your life to get worse?

23         MR. ADELSTEIN:  Objection.  Leading.

24         THE COURT:  Sustained.

25         Rephrase your question.

1   BY MS. MEDETIS:

2   Q.  How did the Defendant's sexual abuse affect you at the

3   center?  I'm sorry.  Let me rephrase.

4        How did the Defendant's sexual abuse of you affect you at

5   the center?

6             MR. ADELSTEIN:  Objection to the form of the question.

7             THE COURT:  Rephrase your question.

8   BY MS. MEDETIS:

9   Q.  You testified earlier that the Defendant made you

10  masturbate him.

11       Do you remember that?

12  A.  Yes.

13  Q.  And you testified earlier that the Defendant --

14            MR. ADELSTEIN:  Objection.  Leading.

15  BY MS. MEDETIS:

16  Q.  -- performed oral sex on --

17            MR. ADELSTEIN:  Objection.  Leading, asked and

18  answered.

19            THE COURT:  Rephrase your question.

20  BY MS. MEDETIS:

21  Q.  Did the sexual things that the Defendant made you do --

22            MR. ADELSTEIN:  Objection.  Leading.

23            THE COURT:  I have to hear the whole question.

24            MR. ADELSTEIN:  I'm sorry.

25

```
 1   BY MS. MEDETIS:

 2   Q.   How did the sexual things that the Defendant made you do --

 3   how did those things make you feel?

 4          MR. ADELSTEIN:  Objection to the form.  Asked and

 5   answered, repetitious.

 6          THE COURT:  Overruled.

 7          MR. ADELSTEIN:  It's also beyond the scope of

 8   cross-examination.  I'd object.

 9          THE COURT:  Overruled.

10          THE WITNESS:  Up until now, where I'm sitting today, I

11   have no identity.  I feel like I do not respect myself.

12          MR. ADELSTEIN:  Objection to relevancy and again to

13   the form of the question.

14          THE COURT:  Sustained.

15          Rephrase your question.

16          MS. MEDETIS:  Your Honor, I have no further questions.

17          THE COURT:  Anything on recross?

18          MR. ADELSTEIN:  Just one question.

19                       RECROSS-EXAMINATION

20   BY MR. ADELSTEIN:

21   Q.   Do you still have 96-A in front of you, that statement?

22          THE COURT:  I don't think he has it.

23          MR. ADELSTEIN:  May I approach?

24          THE COURT:  Yes.

25
```

```
 1    BY MR. ADELSTEIN:

 2    Q.   Is that your handwriting on 96-A?

 3              MS. MEDETIS:  Objection.  Relevance.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  No.

 6    BY MR. ADELSTEIN:

 7    Q.   You did not write that?

 8    A.   No.

 9              MR. ADELSTEIN:  May I have one moment?

10              THE COURT:  Yes.

11              MR. ADELSTEIN:  No further questions.

12              THE COURT:  Redirect?

13              MS. MEDETIS:  Yes, Judge.

14                      REDIRECT EXAMINATION

15    BY MS. MEDETIS:

16    Q.   On recross, Odelin, you were asked if that was your

17    handwriting and you said "no."  Correct?

18    A.   This is not my handwriting.

19    Q.   Who wrote that?

20              MR. ADELSTEIN:  Objection.  Beyond the scope of

21    re-recross --

22              THE COURT:  Overruled.

23              MR. ADELSTEIN:  -- whatever it's called.

24              THE WITNESS:  The person who was responsible for

25    taking my statement at the office.
```

```
 1    BY MS. MEDETIS:

 2    Q.  And how did the person who was responsible for taking your

 3    statement at the office know what to write on there?

 4              MR. ADELSTEIN:  Objection.  Again, beyond the scope.

 5              THE COURT:  Overruled.

 6              THE WITNESS:  It came from me.

 7    BY MS. MEDETIS:

 8    Q.  So those are your words that were written by someone else.

 9    Correct?

10              MR. ADELSTEIN:  Leading.

11              THE COURT:  Sustained.

12              Rephrase your question.

13    BY MS. MEDETIS:

14    Q.  Are those your words on that Exhibit 96-A?

15    A.  Yes and yes.

16    Q.  And is that your signature on every page of --

17              MR. ADELSTEIN:  Objection.  Beyond the scope.

18              THE COURT:  Overruled.

19    BY MS. MEDETIS:

20    Q.  Is that your signature on every page of Government's

21    Exhibit 96-A, your statement?

22    A.  Yes.

23              MS. MEDETIS:  No further questions.

24              THE COURT:  We're going to break early for us today.

25              Do not discuss this case either amongst yourselves or
```

 1   with anyone else.  Have no contact whatsoever with anyone

 2   associated with the trial.

 3          Do not read, listen or see anything touching on this

 4   matter in any way, including anything in the media, anything on

 5   the Internet, anything on any access device.

 6          If anyone should try to talk to you about this case,

 7   you should immediately instruct them to stop and report it to

 8   my staff.

 9          Please give your notebooks to the court security

10   officer.  I hope you miss some of the traffic.  Have a nice

11   evening.  See you tomorrow morning, 9:00.

12          (Whereupon, the jury exited the courtroom at 4:45 p.m.

13   and the following proceedings were had:)

14          THE COURT:  You may step down, sir.

15          (Witness excused.)

16          MS. MEDETIS:  Your Honor, may I speak?  I don't know

17   if the door is closed yet.

18          THE COURT:  No.  It's not closed yet.

19          Can you close that door, please.

20          THE COURT SECURITY OFFICER:  It's closed.

21          THE COURT:  Are you sure?  I didn't hear it.

22          THE COURT SECURITY OFFICER:  Yes.  I closed it

23   personally, your Honor.

24          THE COURT:  Okay.

25          MS. MEDETIS:  Your Honor, the Government would release

1    this witness now.

2              THE COURT:  Okay.  Anything further?

3              MS. MEDETIS:  Not from the Government.

4              THE COURT:  We're in recess until tomorrow morning,

5    9:00.  Have a nice evening.

6              (Proceedings concluded.)

7

8                    C E R T I F I C A T E

9

10             I hereby certify that the foregoing is an accurate

11   transcription of the proceedings in the above-entitled matter.

12

13

14   _____          /s/Lisa Edwards
          DATE              LISA EDWARDS, RDR, CRR
15                          Official United States Court Reporter
                            400 North Miami Avenue, Twelfth Floor
16                          Miami, Florida 33128
                            (305) 523-5499
17

18

19

20

21

22

23

24

25

**'**

**'summon'** [1] - 120:2
**'they'** [1] - 120:13

**/**

**/s/Lisa** [1] - 149:14

**1**

**1** [1] - 1:8
**10** [3] - 17:21, 20:24, 24:19
**102** [1] - 3:5
**10:56** [1] - 42:11
**11** [3] - 17:22, 20:24, 24:19
**11-20350** [4] - 4:4, 42:16, 84:18, 125:21
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:21** [1] - 43:16
**12** [1] - 20:24
**12:00** [1] - 64:3
**12:47** [1] - 83:5
**12th** [5] - 97:24, 98:25, 102:17, 120:8, 121:7
**13** [4] - 13:17, 20:24, 24:19, 123:9
**133** [1] - 3:12
**138** [1] - 3:13
**14** [22] - 8:8, 8:9, 8:10, 9:10, 13:4, 13:6, 13:10, 13:13, 13:15, 13:17, 13:22, 24:19, 28:15, 28:16, 28:22, 28:23, 28:25, 37:6, 37:7, 37:13
**1400** [1] - 1:18
**149** [1] - 1:8
**15** [31] - 9:4, 12:4, 12:5, 12:16, 13:2, 13:9, 14:10, 24:24, 25:20, 51:8, 66:8, 73:5, 73:13, 95:12, 95:15, 98:19, 111:16, 111:19, 111:24, 114:5, 118:7, 118:12, 118:15, 121:1, 121:19, 134:3, 134:21, 135:4, 135:6, 135:8
**15-A** [6] - 12:6, 12:17, 12:21, 12:23, 12:24, 13:1

**15-B** [1] - 12:24
**150** [1] - 114:24
**15th** [1] - 86:12
**16** [3] - 3:9, 12:10, 78:18
**1910** [1] - 1:24
**1990** [1] - 6:5
**1995** [1] - 114:24
**1997** [1] - 8:6
**1998** [1] - 8:6
**1999** [1] - 79:12
**19th** [4] - 80:9, 81:16, 88:6, 122:13
**1:00** [3] - 64:3, 73:25, 143:19

**2**

**2** [11] - 3:11, 69:14, 69:15, 76:10, 76:24, 76:25, 122:24, 123:7, 137:1, 138:1, 138:22
**2000** [1] - 69:1
**2003** [4] - 69:1, 76:16, 86:12, 138:5
**2004** [2] - 80:21, 81:8
**2006** [28] - 59:7, 74:17, 77:22, 79:12, 80:9, 81:16, 85:17, 88:7, 88:24, 89:14, 90:1, 90:17, 90:23, 91:3, 93:4, 97:11, 107:6, 108:25, 109:15, 109:24, 112:20, 119:19, 122:13, 126:23, 127:20, 129:22, 139:2, 140:1
**2011** [5] - 60:2, 61:5, 61:23, 91:13, 102:7
**2012** [10] - 94:17, 95:19, 96:17, 97:24, 102:11, 102:17, 112:20, 118:19, 119:9, 120:8
**2012...** [1] - 117:12
**2013** [2] - 1:5, 89:15
**20530** [1] - 1:19
**22** [2] - 6:7, 123:20
**22nd** [1] - 6:5
**23** [3] - 12:13, 127:25, 134:17
**23rd** [3] - 60:2, 61:5, 61:23
**25** [1] - 53:3
**26** [1] - 3:10
**26th** [5] - 95:19, 96:17, 102:11, 118:19, 119:9

**28** [6] - 95:19, 98:22, 114:6, 118:19, 121:4, 121:20
**29** [4] - 119:10, 121:20, 127:25, 134:18
**2929** [1] - 1:21
**2:00** [3] - 83:3, 83:17, 84:15
**2:14** [1] - 85:11

**3**

**3** [6] - 3:11, 69:13, 69:21, 69:25, 70:1, 71:6
**30** [2] - 53:4, 103:6
**305** [2] - 2:3, 149:16
**30th** [4] - 94:17, 102:7, 117:8, 117:11
**31** [1] - 100:11
**33128** [2] - 2:3, 149:16
**33129** [1] - 69:1
**33132** [1] - 1:16
**33156** [1] - 1:25
**36** [1] - 3:10
**38** [1] - 123:21
**39** [8] - 99:2, 100:15, 114:6, 116:7, 121:9, 121:11, 121:13, 121:20
**3:00** [1] - 19:9
**3:14** [1] - 111:17

**4**

**4** [7] - 3:12, 35:7, 85:20, 86:15, 86:18, 86:19, 123:8
**40** [2] - 35:6, 35:7
**400** [2] - 2:2, 149:15
**410** [1] - 1:22
**412** [1] - 52:1
**43** [1] - 3:5
**49** [14] - 3:10, 34:22, 35:3, 35:8, 35:21, 36:1, 36:4, 36:5, 37:10, 37:22, 38:6, 67:17, 69:12, 69:19
**4:00** [1] - 19:9
**4:01** [1] - 126:16
**4:45** [1] - 148:12
**4:46** [1] - 1:6

**5**

**5** [1] - 3:5

**50** [16] - 3:10, 34:22, 35:3, 35:12, 35:21, 36:1, 36:4, 36:5, 36:21, 37:4, 37:22, 38:9, 38:10, 67:2, 67:17, 67:18
**513** [1] - 114:24
**523-5499** [2] - 2:3, 149:16
**57** [10] - 3:10, 34:22, 35:3, 35:18, 35:21, 36:1, 36:4, 36:5, 37:16, 37:22
**58** [6] - 3:9, 15:1, 15:6, 16:14, 16:16, 16:17
**59** [1] - 36:10
**5:00** [1] - 126:10

**6**

**6-2006** [1] - 88:6
**600** [1] - 1:18
**67** [6] - 3:10, 25:4, 25:9, 26:2, 26:4, 26:5

**7**

**7** [7] - 1:5, 9:3, 12:18, 17:21, 20:17, 134:13, 135:3
**70** [1] - 3:11
**76** [1] - 3:11
**7th** [1] - 89:15

**8**

**8** [5] - 9:3, 12:18, 17:21, 20:18, 25:16
**801** [1] - 116:13
**801(d** [1] - 116:14
**801(d)(1)(B** [3] - 115:17, 116:16, 122:11
**801(d)(1)(B)** [1] - 125:11
**86** [1] - 3:12
**8:00** [3] - 64:3

**9**

**9** [2] - 25:16, 123:21
**9130** [1] - 1:24
**95** [7] - 3:13, 137:17, 137:21, 138:4, 138:8, 138:13, 138:14
**96** [3] - 109:8, 111:1,

112:6
**96-A** [23] - 3:12, 126:25, 127:6, 127:11, 127:14, 127:15, 127:16, 128:11, 128:15, 129:1, 130:8, 131:19, 132:14, 133:3, 133:7, 133:8, 133:21, 135:16, 145:21, 146:2, 147:14, 147:21
**96-B** [3] - 126:25, 127:1, 127:6
**99** [1] - 1:15
**9:00** [2] - 148:11, 149:5
**9:32** [1] - 1:6
**9:33** [1] - 4:24

**A**

**a.m** [4] - 1:6, 4:24, 42:11, 43:16
**ability** [1] - 117:1
**able** [5] - 56:6, 127:19, 133:22, 134:16, 135:22
**above-entitled** [1] - 149:11
**abundance** [1] - 84:6
**abuse** [20] - 41:14, 51:19, 53:20, 59:20, 70:6, 74:3, 74:9, 74:16, 79:13, 79:21, 80:12, 80:18, 88:8, 103:19, 107:5, 134:2, 139:25, 143:21, 144:2, 144:4
**abused** [2] - 107:21, 140:3
**abusing** [3] - 17:18, 17:19, 106:20
**accept** [3] - 92:19, 92:25, 141:9
**access** [1] - 148:5
**according** [1] - 92:13
**accurate** [5] - 16:9, 25:21, 35:22, 138:4, 149:10
**accurately** [3] - 76:15, 86:9, 86:11
**accusation** [1] - 92:14
**accusations** [1] - 79:7
**accuse** [1] - 92:22
**accused** [7] - 78:3, 78:5, 78:6, 78:12, 92:20, 114:14, 114:15

**act** [2] - 91:22, 101:6
**acted** - 100:25, 101:19
**acting** [1] - 72:18
**activity** [1] - 53:24
**acts** [5] - 29:21, 33:14, 61:19, 61:21, 90:24
**actual** [1] - 137:5
**add** [1] - 53:23
**addition** [1] - 110:4
**additional** [3] - 72:23, 113:12, 132:17
**address** [2] - 113:19, 114:11
**addressed** [1] - 62:1
**Adelstein** [17] - 4:15, 42:25, 43:7, 43:19, 50:11, 53:13, 55:21, 85:2, 85:14, 117:8, 117:10, 119:4, 119:7, 121:18, 122:5, 125:9, 126:2
**ADELSTEIN** [180] - 1:20, 1:21, 4:14, 19:24, 30:1, 39:24, 41:17, 43:5, 43:12, 43:20, 43:22, 44:16, 44:23, 45:2, 45:9, 45:11, 45:18, 48:17, 49:2, 49:9, 49:17, 49:21, 50:13, 51:2, 51:3, 52:13, 52:17, 52:21, 53:1, 53:6, 53:10, 54:5, 54:12, 54:15, 54:18, 54:21, 54:24, 55:2, 55:4, 55:5, 55:23, 55:24, 57:11, 58:18, 59:24, 60:1, 60:7, 60:9, 61:4, 62:2, 62:4, 62:10, 62:15, 66:14, 67:8, 67:11, 67:13, 67:16, 68:3, 68:11, 68:14, 68:19, 68:21, 69:1, 69:4, 69:6, 69:10, 69:11, 69:15, 69:17, 69:21, 70:3, 70:15, 70:25, 71:2, 71:3, 71:6, 71:8, 72:4, 72:9, 75:3, 75:7, 75:10, 75:16, 75:24, 76:7, 76:9, 76:19, 76:22, 77:3, 77:4, 80:24, 81:1, 82:14, 82:17, 83:7, 83:9, 83:19, 83:22, 84:6, 84:9, 85:6, 85:15, 85:16, 85:22, 85:24, 86:2, 86:14, 86:22, 87:22,

88:1, 89:10, 89:12, 89:13, 89:18, 89:20, 89:22, 90:20, 93:19, 94:15, 94:16, 96:3, 96:6, 96:11, 96:16, 99:12, 99:15, 99:18, 101:4, 101:9, 101:15, 101:23, 102:25, 103:20, 104:21, 105:3, 105:10, 106:2, 106:11, 106:14, 106:23, 108:9, 109:16, 110:3, 110:21, 111:2, 126:11, 136:11, 136:14, 139:17, 139:20, 140:4, 140:16, 140:21, 142:8, 142:16, 142:22, 143:1, 143:3, 143:23, 144:6, 144:14, 144:17, 144:22, 144:24, 145:4, 145:7, 145:12, 145:18, 145:20, 145:23, 146:1, 146:6, 146:9, 146:11, 146:20, 146:23, 147:4, 147:10, 147:17
**admissibility** [1] - 115:16
**admissible** [2] - 113:18, 122:14
**admission** [2] - 128:15, 130:8
**admit** [5] - 16:14, 36:1, 130:16, 131:4, 138:8
**admitted** [15] - 16:15, 26:3, 36:3, 36:9, 36:20, 37:15, 38:8, 69:24, 76:23, 86:17, 127:15, 132:14, 133:3, 133:20, 136:25
**admonished** [1] - 83:10
**adopt** [3] - 126:4, 130:15, 130:22
**adopted** [3] - 130:11, 131:2, 131:3
**advise** [1] - 83:11
**advised** [1] - 81:19
**affect** [2] - 144:2, 144:4
**affidavit** [1] - 136:19
**afraid** [3] - 51:22, 65:20, 103:15
**afternoon** [10] - 9:14, 23:17, 40:12, 73:18,

84:21, 85:1, 85:4, 125:23, 126:1
**afternoons** [1] - 9:17
**age** [5] - 17:21, 20:24, 86:25, 87:1, 135:5
**Agent** [19] - 40:24, 41:2, 41:3, 58:24, 59:9, 59:15, 60:2, 60:10, 60:12, 61:15, 62:11, 95:13, 95:23, 98:7, 118:8, 118:23, 120:14, 122:1
**agent** [10] - 59:8, 59:15, 61:1, 61:5, 61:15, 61:22, 61:24, 78:10, 78:14, 131:5
**AGENT** [1] - 41:4
**agent's** [2] - 130:14, 130:16
**agents** [3] - 59:3, 98:9, 120:15
**Agents** [4] - 4:11, 42:22, 84:24, 125:25
**ages** [1] - 24:19
**ago** [1] - 57:7
**agree** [2] - 57:22, 132:24
**ahead** [4] - 41:12, 52:7, 128:17, 142:5
**air** [1] - 81:21
**alcohol** [1] - 40:9
**Alexandre** [1] - 97:3
**all-boys** [1] - 53:7
**allegations** [2] - 93:25, 112:18
**alleged** [3] - 52:12, 70:6, 88:8
**allegedly** [6] - 58:4, 68:13, 80:18, 88:21, 90:23, 92:3
**allow** [3] - 51:23, 54:10, 116:11
**allowed** [16] - 64:12, 64:14, 64:18, 64:22, 65:3, 65:16, 65:22, 66:8, 73:3, 73:4, 108:18, 108:19, 108:20, 108:22, 108:24, 110:2
**allowing** [1] - 114:2
**alone** [1] - 96:21
**alternative** [1] - 115:16
**AMERICA** [1] - 1:4
**America** [4] - 4:3, 42:15, 84:17, 125:20
**American** [2] - 100:23, 127:24
**ammunition** [1] -

82:12
**ANDREW** [1] - 1:7
**Andrew** [7] - 4:3, 7:18, 7:24, 8:2, 42:16, 84:18, 125:21
**answer** [33] - 30:2, 60:22, 91:8, 105:13, 106:17, 107:18, 108:5, 117:16, 117:22, 118:1, 118:4, 118:6, 118:10, 118:13, 118:21, 118:24, 119:3, 119:12, 119:16, 119:23, 120:2, 120:6, 120:10, 120:17, 120:19, 120:22, 120:25, 121:3, 121:6, 121:10, 121:17, 139:17, 139:22
**answered** [18] - 45:16, 48:15, 49:18, 51:1, 57:9, 59:23, 60:5, 60:8, 61:2, 90:4, 91:5, 93:17, 105:21, 110:10, 142:8, 142:22, 144:18, 145:5
**answering** [2] - 20:3, 110:13
**answers** [2] - 119:20, 121:14
**apart** [1] - 143:16
**apologies** [1] - 109:21
**apologize** [4] - 35:8, 87:23, 87:24, 115:25
**APPEARANCES** [1] - 1:13
**appearances** [4] - 4:6, 42:18, 84:19, 125:22
**appeared** [1] - 16:10
**appreciate** [1] - 140:2
**approach** [25] - 15:2, 25:5, 25:8, 34:23, 51:25, 67:8, 68:14, 69:4, 70:25, 76:7, 83:7, 83:18, 85:22, 96:3, 99:15, 109:5, 112:5, 119:4, 125:15, 130:1, 133:11, 136:6, 136:22, 137:16, 145:23
**approached** [1] - 112:5
**area** [9] - 41:15, 54:14, 54:20, 105:25, 106:21, 124:19, 125:9, 127:25, 134:17

**argue** [1] - 115:19
**argument** [1] - 124:10
**argumentative** [2] - 50:12, 66:11
**arranged** [1] - 114:4
**arrested** [5] - 59:1, 59:9, 91:11, 93:8, 93:16
**arrive** [1] - 73:25
**arrived** [1] - 4:2
**article** [2] - 6:25, 7:12
**aside** [1] - 110:13
**assigned** [1] - 71:9
**assignments** [1] - 66:22
**assist** [1] - 122:19
**Assistant** [6] - 95:13, 95:25, 98:8, 118:8, 118:25, 120:14
**ASSISTANT** [1] - 1:15
**assisted** [1] - 74:12
**associated** [4] - 41:25, 82:20, 111:7, 148:2
**assume** [1] - 84:4
**ate** [5] - 31:7, 31:8, 57:7, 57:13, 63:7
**attached** [1] - 112:13
**attempt** [2] - 75:4, 75:12
**attend** [4] - 94:17, 94:19, 117:11, 117:13
**attended** [3] - 105:12, 113:14, 118:15
**attendees** [1] - 105:2
**attending** [4] - 95:4, 98:19, 117:21, 121:2
**attention** [3] - 47:3, 47:6, 131:18
**attitude** [1] - 32:23
**ATTORNEY** [1] - 1:15
**Attorney** [4] - 95:13, 98:8, 118:8, 120:14
**Attorneys** [2] - 95:25, 118:25
**audience** [1] - 58:16
**August** [1] - 92:9
**available** [1] - 62:18
**Avenue** [4] - 1:18, 1:21, 2:2, 149:15
**aware** [4] - 44:17, 64:16, 90:15, 91:10

## B

**bad** [11] - 10:7, 13:22, 17:10, 31:14, 50:19, 55:6, 60:24, 90:23, 105:22, 107:15, 137:11
**badly** [4] - 17:11, 31:25, 142:24, 143:12
**bag** [2] - 78:24, 141:14
**bar** [4] - 52:4, 83:21, 130:1, 130:4
**barely** [2] - 127:22, 134:10
**based** [3] - 31:21, 51:25, 113:16
**basis** [6] - 56:21, 57:23, 68:25, 115:16, 115:20, 117:5
**bathroom** [1] - 39:11
**beat** [2] - 31:25, 92:19
**beaten** [1] - 32:1
**beating** [1] - 92:18
**beats** [1] - 123:1
**became** [5] - 29:9, 51:10, 51:15, 53:6, 105:22
**become** [2] - 32:8, 32:10
**bed** [5] - 22:15, 27:5, 27:16, 27:21
**bedroom** [17] - 21:5, 21:7, 21:11, 21:12, 21:14, 21:17, 21:24, 22:2, 27:1, 27:2, 30:6, 30:8, 30:12, 30:15, 30:16, 39:9
**bedside** [2] - 22:25, 23:13
**BEFORE** [1] - 1:10
**began** [2] - 24:13, 24:15
**beginning** [12] - 32:6, 38:14, 38:19, 38:21, 39:14, 46:23, 47:12, 50:16, 50:21, 64:6, 64:25, 122:24
**behalf** [9] - 4:9, 4:15, 42:21, 42:25, 43:9, 79:23, 84:22, 85:2, 126:2
**behavior** [1] - 53:14
**behind** [3] - 17:12, 22:4, 22:6
**belt** [2] - 123:2, 123:3
**best** [6] - 29:7, 29:8, 29:9, 29:14, 50:14, 50:22
**better** [6] - 50:4, 56:9, 58:2, 93:11, 135:22, 141:19
**between** [6] - 19:16, 53:15, 81:13, 81:14, 90:2, 112:20
**beyond** [6] - 75:6, 75:14, 145:7, 146:20, 147:4, 147:17
**Bible** [3] - 63:11, 63:17, 65:12
**big** [1] - 21:19
**bigger** [1] - 31:15
**biggest** [2] - 47:10
**bike** [3] - 66:8, 73:1, 73:4
**Bill** [14] - 6:21, 15:16, 34:8, 43:25, 46:8, 46:13, 48:3, 48:6, 72:12, 123:24, 127:24, 134:17, 134:25, 135:11
**bill** [6] - 33:5, 33:6, 123:10, 124:1, 128:1
**Bill's** [3] - 123:1, 134:1, 134:12
**bills** [2] - 33:13, 46:5
**bit** [2] - 6:14, 17:3
**bitch** [2] - 32:19, 32:24
**blatant** [1] - 116:11
**bleachers** [2] - 58:15, 58:16
**block** [3] - 13:3, 82:2, 82:8
**blocking** [2] - 38:3, 38:9
**blue** [3] - 7:2, 7:13, 7:25
**boarding** [2] - 8:13, 9:1
**body** [1] - 45:19
**BONNIE** [1] - 1:17
**Bonnie** [9] - 4:9, 40:24, 42:21, 84:22, 96:1, 98:8, 119:1, 120:14, 125:24
**books** [1] - 46:11
**boom** [1] - 82:3
**born** [3] - 6:2, 6:4, 6:5
**bottom** [4] - 127:22, 127:23, 130:15, 130:24
**bought** [2] - 11:9, 57:19
**Boulevard** [1] - 1:24
**bounce** [1] - 82:9
**bounces** [1] - 82:10
**Bouquets** [4] - 6:9, 6:13, 13:12, 142:15
**boy** [6] - 29:24, 60:3, 61:21, 61:24, 62:22, 65:18
**boy's** [1] - 66:22
**boys** [79] - 9:1, 9:20, 9:23, 10:3, 12:3, 14:21, 15:23, 16:7, 16:10, 18:4, 19:18, 28:20, 29:11, 29:22, 30:5, 30:8, 30:11, 30:14, 30:18, 30:20, 30:23, 31:7, 31:19, 31:22, 31:24, 35:15, 36:12, 37:1, 37:21, 39:2, 39:3, 39:6, 39:10, 40:6, 51:6, 51:11, 51:14, 51:17, 51:19, 51:21, 51:22, 52:19, 53:7, 54:4, 54:8, 54:11, 54:22, 60:20, 61:6, 61:8, 61:10, 61:16, 61:19, 62:8, 62:21, 65:22, 66:25, 67:6, 74:1, 78:12, 79:9, 80:4, 91:24, 93:9, 94:10, 103:10, 103:15, 104:4, 105:8, 107:13, 108:4, 108:6, 108:10, 134:1, 134:21, 141:7
**boys'** [1] - 10:20
**break** [8] - 41:22, 82:16, 83:25, 111:4, 111:15, 124:17, 125:12, 147:24
**breakfast** [3] - 48:11, 63:7
**breaking** [1] - 84:5
**brigade** [1] - 126:23
**bring** [14] - 4:20, 14:19, 21:11, 21:21, 22:3, 22:4, 24:1, 24:2, 30:11, 43:14, 85:8, 85:9, 126:8, 126:14
**Brissault** [1] - 134:4
**broke** [1] - 126:21
**brother** [2] - 6:18, 6:19, 134:5
**brothers** [3] - 6:17, 9:7, 116:7
**brought** [7] - 24:4, 30:14, 34:4, 97:21, 97:24, 120:3, 120:7
**built** [2] - 55:14, 82:2, 94:1
**bullet** [1] - 82:9
**buy** [2] - 31:11,

33:19
**BY** [127] - 2:1, 5:16, 7:6, 7:17, 8:4, 15:4, 16:21, 20:5, 25:7, 26:12, 30:4, 35:1, 35:11, 36:8, 40:2, 41:6, 43:22, 44:16, 44:23, 45:2, 45:11, 45:18, 48:17, 49:2, 49:9, 49:21, 50:13, 51:3, 55:5, 55:24, 57:11, 58:18, 60:1, 60:9, 61:4, 62:4, 62:10, 62:15, 66:14, 67:16, 68:3, 68:11, 68:19, 69:6, 69:11, 69:17, 70:3, 70:15, 71:3, 71:8, 72:4, 72:9, 75:3, 75:10, 75:16, 75:24, 76:9, 77:4, 81:1, 85:16, 86:2, 86:22, 88:1, 89:13, 89:22, 90:20, 93:19, 94:16, 96:6, 96:11, 96:16, 99:12, 99:18, 101:4, 101:9, 101:15, 102:5, 103:4, 103:12, 104:1, 104:24, 105:6, 105:11, 105:16, 106:6, 106:12, 107:3, 108:13, 109:9, 109:18, 109:22, 110:7, 126:20, 127:18, 128:12, 128:18, 128:24, 129:10, 131:17, 132:8, 132:18, 133:16, 136:9, 136:15, 136:24, 137:19, 138:18, 139:23, 140:10, 140:18, 141:2, 142:18, 143:4, 143:9, 144:1, 144:8, 144:15, 144:20, 145:1, 145:20, 146:1, 146:6, 146:15, 147:1, 147:7, 147:13, 147:19

## C

**cannot** [5] - 48:21, 128:1, 134:15, 134:19, 135:19
**cards** [1] - 11:6
**care** [1] - 143:15
**Carlos** [2] - 96:24, 99:25
**Carter** [46] - 4:3, 4:16, 6:21, 7:7, 7:11,

7:15, 7:19, 7:24, 8:2, 42:16, 43:1, 43:9, 43:25, 44:1, 44:17, 44:24, 45:3, 46:7, 46:8, 46:13, 46:22, 48:22, 59:1, 59:9, 59:20, 60:3, 60:13, 60:19, 61:6, 61:16, 61:23, 62:12, 63:19, 63:22, 78:11, 81:17, 84:18, 85:3, 91:11, 93:8, 93:16, 125:21, 126:3, 127:24
**CARTER** [1] - 1:7
**Carter's** [3] - 44:8, 87:18, 88:3
**Case** [4] - 4:4, 42:16, 84:18, 125:21
**case** [37] - 41:23, 42:4, 82:18, 82:24, 95:8, 95:9, 95:10, 95:23, 97:8, 97:22, 98:14, 98:25, 100:17, 104:18, 111:5, 111:11, 113:15, 118:2, 118:4, 118:5, 118:23, 119:14, 120:5, 120:20, 121:8, 121:15, 121:20, 122:2, 122:3, 122:4, 124:22, 126:5, 130:17, 131:5, 147:25, 148:6
**CASE** [1] - 1:2
**caused** [2] - 141:4, 143:22
**caution** [1] - 84:6
**ceiling** [4] - 81:25, 82:3, 82:4, 82:6
**celebrate** [2] - 87:10, 88:2
**celebrating** [1] - 87:15
**cement** [4] - 55:14, 82:2, 82:8, 82:10
**Cendy** [3] - 95:1, 97:1, 100:3
**Center** [22] - 8:18, 9:10, 16:25, 37:19, 38:12, 46:25, 50:22, 74:4, 74:9, 74:21, 75:4, 80:19, 80:22, 81:4, 81:8, 88:8, 91:10, 93:7, 104:4, 105:18, 125:7, 134:18
**center** [132] - 8:22, 9:13, 9:18, 9:21, 10:24, 11:16, 11:19, 12:9, 12:12, 12:15, 13:1, 13:15, 13:16,

14:1, 14:3, 14:6, 14:8,
14:11, 16:7, 17:3,
17:4, 17:9, 17:17,
19:2, 28:25, 30:12,
30:15, 34:8, 37:1,
37:2, 38:17, 38:18,
39:3, 39:5, 47:8,
47:13, 47:14, 47:19,
48:1, 49:3, 51:4, 51:9,
51:11, 51:15, 53:3,
55:6, 56:1, 56:9,
56:15, 56:19, 57:13,
58:2, 58:5, 59:13,
59:20, 60:13, 60:14,
60:15, 60:22, 62:16,
67:21, 68:13, 72:2,
72:15, 73:8, 73:10,
73:14, 73:25, 74:22,
74:25, 75:20, 78:5,
78:11, 78:16, 79:2,
79:6, 79:8, 79:12,
80:3, 80:12, 81:11,
87:4, 87:7, 87:8, 87:9,
87:14, 88:21, 91:16,
91:17, 91:18, 91:20,
92:4, 92:5, 92:6, 92:9,
92:21, 93:4, 101:1,
101:5, 101:11,
101:21, 101:22,
104:5, 105:1, 105:24,
106:7, 106:13,
106:18, 107:18,
108:3, 113:10,
113:20, 113:23,
139:3, 139:7, 139:8,
139:9, 139:25,
140:13, 141:3, 141:4,
141:5, 141:20,
141:24, 142:7,
142:12, 142:19,
143:11, 144:3, 144:5
  **Central** [1] - 80:8
  **central** [1] - 59:5
  **certain** [3] - 63:2,
63:16, 134:15
  **certainly** [3] -
115:12, 123:6, 124:5
  **certify** [1] - 149:10
  **chairs** [3] - 42:7,
83:2, 111:14
  **chance** [5] - 33:20,
65:18, 94:2, 139:12
  **change** [2] - 97:13,
119:21
  **charge** [5] - 63:21,
108:24, 115:2, 122:7,
122:10
  **Child** [1] - 80:3
  **child** [13] - 30:24,
30:25, 31:2, 31:5,

31:6, 31:10, 31:18,
31:23, 32:5, 32:8,
32:10, 59:20, 60:13
  **children** [15] - 8:14,
31:22, 43:24, 47:19,
122:25, 123:1,
123:11, 123:15,
128:6, 133:25,
134:21, 134:22,
134:25, 135:17,
141:25
  **children's** [1] - 52:11
  **chilling** [1] - 114:3,
124:11, 124:21
  **chip** [1] - 82:10
  **choice** [1] - 93:1
  **chore** [4] - 31:24,
108:7, 108:16
  **chores** [10] - 10:3,
14:12, 14:14, 14:21,
29:11, 31:17, 32:17,
43:25, 44:4, 46:2
  **chose** [2] - 92:21,
121:22
  **chosen** [2] - 29:8,
122:5
  **Chrisner** [1] - 100:12
  **church** [2] - 65:14,
65:15
  **circle** [6] - 36:16,
68:21, 70:4, 70:5,
70:16, 72:13
  **circled** [4] - 71:9,
71:19, 72:11, 72:14
  **Circuit** [1] - 124:23
  **cited** [1] - 126:5
  **claim** [1] - 70:5
  **clarification** [1] -
87:21
  **clarified** [1] - 115:10
  **clarify** [2] - 53:16,
110:1
  **clean** [2] - 39:7,
62:19
  **cleaned** [9] - 39:5,
39:9, 39:11, 39:13,
39:18, 40:15, 63:5,
63:16
  **cleaning** [3] - 29:11,
46:3, 138:20
  **clear** [4] - 113:7,
113:9, 137:8, 137:9
  **clearly** [2] - 114:2,
130:18
  **clinic** [11] - 18:4,
18:24, 19:1, 19:3,
19:6, 19:12, 20:19,
47:3, 47:7, 134:17
  **close** [8] - 22:4, 22:5,
22:11, 22:12, 73:12,

83:13, 91:11, 148:19
  **closed** [11] - 14:17,
22:14, 29:15, 30:9,
30:10, 30:15, 30:17,
148:17, 148:18,
148:20, 148:22
  **closer** [2] - 12:24,
22:15
  **clothes** [4] - 31:10,
39:17, 46:9, 47:1
  **clothing** [4] - 7:1,
7:12, 39:13, 39:20
  **color** [5] - 69:18,
76:16, 86:10, 135:24,
138:10
  **coming** [3] - 56:24,
93:10, 93:14
  **communicating** [1] -
68:12
  **complained** [1] -
80:17
  **complaint** [9] - 80:5,
88:12, 109:13,
131:22, 131:23,
139:11, 139:12,
139:13, 140:25
  **complete** [1] - 64:14
  **completed** [3] -
64:11, 64:16, 64:20
  **completely** [1] -
21:15
  **complied** [2] -
108:16, 108:19
  **complies** [5] - 36:24,
38:5, 38:11, 41:4,
70:22
  **comply** [3] - 108:8,
108:15, 108:17
  **composite** [1] -
112:11
  **compound** [2] -
67:25, 104:22
  **computer** [1] - 40:20
  **concerned** [2] - 50:4,
79:11
  **concluded** [1] -
149:6
  **conduct** [3] - 52:11,
52:12, 52:19
  **conference** [1] -
114:7
  **confirm** [2] - 53:12,
53:13
  **confirmation** [3] -
87:6, 87:10, 88:2
  **confused** [1] - 13:18
  **considered** [2] -
50:3, 50:22
  **consistent** [13] -
112:7, 112:16,

113:18, 114:23,
115:3, 115:5, 115:17,
116:12, 116:23,
117:5, 122:13,
122:23, 125:10
  **contact** [7] - 41:24,
82:19, 93:7, 93:16,
93:21, 111:6, 148:1
  **contained** [2] - 99:1,
121:9
  **contains** [1] - 130:11
  **contest** [3] - 29:7,
29:10, 29:12
  **continue** [2] - 134:6,
134:9
  **continued** [3] -
20:21, 20:22, 20:23
  **continues** [1] -
135:11
  **control** [3] - 66:20,
66:24, 74:11
  **conversation** [2] -
83:25, 84:12
  **conversations** [1] -
83:23
  **cook** [7] - 14:18,
38:15, 38:16, 38:20,
38:22, 47:16, 47:18
  **cooked** [4] - 14:20,
31:8, 38:24, 65:1
  **cooking** [6] - 9:1,
38:13, 46:2, 48:11,
64:6, 66:16
  **copy** [6] - 69:7,
69:12, 69:13, 69:18,
76:17, 86:10, 137:11
  **corner** [3] - 71:12,
73:7, 73:9
  **correct** [143] - 4:18,
34:8, 44:5, 44:9,
44:12, 44:24, 45:6,
45:20, 45:22, 45:24,
46:14, 46:22, 47:1,
47:4, 47:7, 47:14,
47:22, 47:24, 48:1,
48:4, 48:12, 48:14,
48:18, 48:23, 49:5,
50:15, 50:23, 51:5,
51:12, 51:16, 55:7,
55:10, 55:19, 56:1,
56:13, 56:18, 56:22,
56:25, 57:4, 58:10,
58:13, 58:21, 59:1,
61:1, 62:22, 62:25,
63:3, 63:5, 63:7, 63:9,
63:11, 63:14, 63:19,
63:22, 63:25, 64:4,
64:7, 64:9, 64:12,
64:15, 64:18, 64:20,
64:23, 65:1, 65:4,

65:10, 66:16, 67:21,
69:19, 71:10, 73:8,
74:17, 75:17, 76:1,
76:13, 77:5, 77:15,
77:22, 77:25, 78:25,
79:3, 79:14, 79:22,
80:9, 80:13, 82:1,
82:7, 86:23, 87:4,
87:7, 87:10, 87:12,
87:19, 88:3, 88:12,
88:14, 88:17, 89:15,
89:23, 90:1, 90:9,
90:10, 90:13, 90:17,
91:12, 91:13, 92:16,
92:21, 93:5, 93:8,
93:16, 93:20, 95:6,
95:13, 95:16, 95:23,
96:2, 97:8, 97:12,
97:18, 97:19, 98:12,
100:8, 100:15,
100:17, 100:20,
101:1, 102:17, 106:8,
117:25, 118:9,
118:12, 118:23,
119:2, 119:15,
119:19, 119:25,
120:1, 120:18,
121:16, 138:23,
146:17, 147:9
  **correctly** [1] - 91:15
  **counsel** [26] - 4:6,
14:24, 25:3, 34:20,
42:18, 49:20, 52:9,
53:12, 71:5, 84:19,
89:16, 102:16, 103:8,
103:9, 104:2, 104:17,
107:4, 109:7, 110:8,
112:4, 113:6, 113:13,
114:17, 116:22,
125:22, 127:3
  **counsels'** [4] - 4:11,
42:22, 84:24, 125:25
  **count** [2] - 99:3, 99:4
  **counterpart** [1] -
122:20
  **countries** [2] - 136:2,
136:3
  **country** [1] - 6:10
  **couple** [1] - 51:7
  **course** [5] - 50:1,
75:7, 94:8, 117:3,
131:10
  **COURT** [228] - 1:1,
4:1, 4:13, 4:17, 4:20,
4:25, 5:2, 5:5, 5:14,
7:5, 7:16, 8:3, 15:3,
16:15, 16:19, 20:1,
25:6, 26:3, 26:7, 30:3,
34:24, 35:7, 36:3,
36:7, 39:25, 41:19,

41:22, 42:12, 42:15,
43:2, 43:11, 43:14,
43:17, 44:14, 44:21,
45:1, 45:10, 45:17,
48:16, 48:25, 49:8,
49:19, 50:10, 50:25,
52:2, 52:6, 52:20,
52:22, 53:5, 53:22,
54:3, 54:7, 54:13,
54:16, 54:20, 54:22,
55:3, 55:21, 57:10,
58:17, 59:25, 60:6,
60:8, 61:3, 62:3,
62:14, 66:12, 67:10,
67:15, 68:1, 68:8,
68:16, 68:24, 69:3,
69:5, 69:9, 69:24,
70:9, 70:12, 71:1,
71:7, 72:7, 75:1, 75:9,
75:15, 75:23, 76:8,
76:23, 77:2, 80:25,
82:13, 82:16, 82:18,
83:6, 83:8, 83:11,
83:13, 83:17, 84:4,
84:8, 84:12, 84:15,
84:17, 85:4, 85:8,
85:12, 85:23, 86:1,
86:17, 86:21, 89:11,
89:21, 90:19, 93:18,
94:14, 96:5, 96:9,
96:13, 99:11, 99:17,
101:3, 101:8, 101:13,
101:24, 102:2, 103:2,
103:8, 103:23,
104:22, 105:4,
105:13, 106:4,
106:16, 106:25,
107:2, 108:11, 109:6,
109:17, 109:20,
110:5, 110:23, 111:3,
111:19, 111:22,
112:2, 112:8, 112:14,
112:25, 114:21,
115:11, 115:13,
115:23, 116:12,
117:7, 122:21, 123:7,
123:19, 123:25,
124:10, 125:17,
125:20, 126:4, 126:9,
126:14, 126:17,
127:3, 127:7, 127:11,
127:14, 128:8,
128:16, 128:22,
129:8, 129:25, 130:2,
130:5, 130:19, 131:7,
131:10, 132:6,
132:17, 133:6,
133:10, 133:12,
133:15, 136:7,
136:13, 136:23,
137:15, 137:18,

138:12, 138:17,
139:19, 139:21,
140:6, 140:17,
140:22, 142:10,
142:17, 142:23,
143:2, 143:7, 143:24,
144:7, 144:19,
144:23, 145:6, 145:9,
145:14, 145:17,
145:22, 145:24,
146:4, 146:10,
146:12, 146:22,
147:5, 147:11,
147:18, 147:24,
148:14, 148:18,
148:20, 148:21,
148:22, 148:24,
149:2, 149:4
  **court** [6] - 55:1,
84:11, 87:24, 115:1,
131:16, 148:9
  **Court** [13] - 2:1, 43:1,
53:13, 54:2, 54:5,
85:3, 89:10, 112:10,
114:25, 126:3, 126:5,
130:6, 149:15
  **Court's** [1] - 52:10
  **courtroom** [1] -
4:23, 6:23, 7:9, 7:21,
42:10, 43:15, 83:4,
85:10, 111:17,
111:25, 126:15,
148:12
  **COURTROOM** [1] -
5:9
  **cream** [1] - 33:19
  **create** [1] - 115:20
  **created** [3] - 51:18,
51:21, 116:6
  **Creole** [13] - 20:6,
20:7, 20:10, 20:11,
33:23, 34:19, 66:21,
112:12, 122:16,
122:19, 127:1, 127:9,
127:12
  **Cristella** [3] - 53:18,
100:6
  **Croix** [4] - 6:9, 6:13,
13:12, 142:15
  **CROSS** [1] - 43:21
  **cross** [34] - 102:6,
102:16, 105:17,
107:4, 109:1, 110:8,
112:21, 113:4,
113:22, 114:4, 114:9,
114:18, 115:3, 115:7,
115:20, 116:10,
117:2, 117:4, 121:18,
124:11, 124:12,
124:17, 124:18,

124:19, 124:22,
124:24, 124:25,
125:2, 125:3, 131:11,
137:1, 139:1, 141:19,
145:8
  **Cross** [1] - 3:3
  **CROSS-
EXAMINATION** [1] -
43:21
  **cross-examination**
[29] - 102:6, 102:16,
105:17, 107:4, 109:1,
110:8, 112:21, 113:4,
113:22, 114:4,
114:18, 115:3, 115:7,
115:20, 116:10,
121:18, 124:11,
124:12, 124:17,
124:18, 124:19,
124:22, 124:24,
124:25, 131:11,
137:1, 139:1, 141:19,
145:8
  **cross-examine** [5] -
114:9, 117:2, 117:4,
125:2, 125:3
  **crowd** [2] - 92:24
  **CRR** [2] - 2:1, 149:14
  **culprit** [2] - 78:24,
141:12

# D

  **d)(1)(B** [1] - 116:13
  **Daddy** [1] - 53:19
  **Dadeland** [1] - 1:24
  **daily** [1] - 45:22
  **Darius** [1] - 9:21
  **DATE** [1] - 149:14
  **date** [2] - 94:23,
117:17
  **David** [3] - 95:1,
97:1, 100:2
  **days** [6] - 47:24,
48:14, 48:18, 48:19,
48:20, 73:21
  **daytime** [2] - 19:10
  **DC** [1] - 1:19
  **DCPJ** [2] - 59:3, 59:5
  **December** [4] -
97:24, 102:17, 120:8
  **decided** [7] - 41:10,
41:13, 78:19, 79:6,
79:20, 92:15, 141:6
  **decision** [4] - 93:13,
114:24, 125:3, 125:8
  **defendant** [3] - 1:8,
131:5, 131:6
  **Defendant** [106] -

7:4, 7:15, 8:2, 8:5,
8:11, 8:15, 8:19, 8:24,
9:2, 9:9, 9:12, 10:5,
10:11, 10:13, 10:16,
10:18, 10:21, 12:3,
15:16, 16:25, 17:16,
17:24, 18:15, 19:4,
19:7, 19:12, 20:6,
20:18, 20:19, 21:2,
21:4, 21:6, 21:10,
21:11, 21:23, 22:13,
22:23, 22:24, 23:3,
23:4, 23:8, 23:15,
23:19, 24:11, 24:13,
24:17, 24:21, 24:22,
25:3, 25:25, 26:15,
26:21, 26:24, 27:10,
27:12, 27:18, 27:20,
27:24, 27:25, 28:4,
28:11, 28:13, 28:19,
28:20, 29:18, 29:21,
30:11, 30:14, 30:18,
30:22, 31:2, 31:4,
31:18, 31:21, 32:11,
32:14, 32:25, 33:13,
33:22, 34:10, 38:24,
39:3, 39:7, 40:3,
40:17, 53:18, 54:10,
71:11, 103:6, 107:9,
107:20, 107:22,
107:25, 108:6, 108:7,
108:14, 108:15,
113:8, 114:20,
142:20, 143:10,
144:9, 144:13,
144:21, 145:2
  **DEFENDANT** [1] -
1:20
  **Defendant's** [32] -
3:11, 3:11, 3:12,
21:12, 22:2, 27:2,
30:6, 30:8, 39:9,
39:11, 39:13, 39:17,
39:20, 39:23, 40:5,
40:7, 40:10, 40:15,
40:16, 69:24, 70:1,
76:23, 76:25, 85:20,
86:17, 86:19, 107:5,
137:1, 139:25, 144:2,
144:4
  **defense** [18] - 14:24,
25:2, 34:20, 52:9,
102:16, 103:8, 103:9,
104:2, 104:17, 107:4,
109:7, 110:8, 112:4,
113:6, 113:13,
114:17, 116:22, 125:1
  **Defense** [6] - 69:13,
69:21, 76:10, 86:14,
138:1, 138:22

  **DEPARTMENT** [1] -
1:17
  **department** [3] -
81:8, 88:19, 90:22
  **depict** [2] - 76:15,
86:11
  **depicted** [2] - 35:20,
37:21
  **depiction** [3] - 16:10,
25:21, 138:5
  **depictions** [1] -
35:22
  **DEPUTY** [1] - 5:9
  **des** [4] - 6:9, 6:13,
13:12, 142:15
  **describe** [3] - 6:25,
7:24, 137:8
  **despite** [1] - 93:24
  **details** [1] - 90:7
  **determination** [1] -
125:1
  **device** [4] - 42:3,
82:23, 111:10, 148:5
  **devotion** [1] - 63:20
  **diabetic** [4] - 44:9,
44:11, 44:18, 44:24
  **Diane** [2] - 97:2,
100:4
  **dictated** [1] - 131:8
  **dictating** [1] - 130:21
  **dictionaries** [1] -
34:12
  **Dieucibon** [2] -
19:18, 19:22
  **Dieumerci** [1] -
134:4
  **difference** [1] - 90:2
  **different** [6] - 21:13,
80:3, 89:25, 102:22,
104:9, 142:13
  **differently** [3] - 31:6,
31:19, 31:22
  **difficult** [1] - 61:11
  **dinner** [7] - 47:22,
48:12, 64:12, 64:22,
64:25, 65:1, 65:3
  **Direct** [1] - 3:3
  **DIRECT** [1] - 5:15
  **direct** [1] - 62:1
  **Directorate** [1] - 80:8
  **disagree** [1] - 124:11
  **disclose** [1] - 79:6
  **disclosed** [1] - 79:24
  **discuss** [27] - 41:23,
82:18, 83:14, 83:15,
95:15, 95:22, 97:7,
97:22, 98:14, 98:25,
100:17, 111:5,
111:22, 111:23,
118:11, 118:23,

119:14, 120:4, 120:20, 121:8, 121:15, 121:20, 122:2, 122:3, 122:4, 147:25

**discussed** [3] - 104:19, 105:1, 121:23

**discussion** [2] - 105:7, 118:15

**discussions** [1] - 122:9

**dislike** [1] - 17:17

**disregard** [1] - 136:7

**distance** [1] - 73:15

**DISTRICT** [3] - 1:1, 1:1, 1:11

**DIVISION** [1] - 1:2

**doctor** [1] - 45:13

**document** [16] - 36:14, 71:5, 112:10, 128:25, 129:11, 129:13, 129:15, 130:5, 130:16, 131:12, 131:19, 131:20, 131:21, 133:17, 135:21, 135:23

**documents** [1] - 36:25

**Donald** [2] - 96:22, 99:21

**done** [10] - 32:20, 32:21, 40:20, 70:23, 91:1, 130:9, 135:2, 135:17, 136:1

**door** [13] - 22:4, 22:5, 22:12, 22:14, 29:15, 30:9, 30:15, 83:13, 114:9, 117:4, 125:10, 148:17, 148:19

**down** [17] - 18:19, 22:5, 22:15, 26:7, 33:6, 33:14, 54:22, 77:12, 77:17, 111:19, 123:13, 131:24, 132:12, 148:14

**downstairs** [1] - 29:20

**drawing** [1] - 131:18

**dreams** [1] - 56:24

**drop** [1] - 73:17

**due** [1] - 92:1

**duplicitous** [1] - 138:9

**during** [10] - 11:24, 21:1, 21:2, 28:4, 29:10, 29:11, 75:7, 81:13, 84:13, 87:6

**duties** [6] - 62:16, 62:17, 62:22, 101:5,

101:10, 101:20

# E

**early** [4] - 47:21, 48:11, 126:10, 147:24

**early-morning** [2] - 47:21, 48:11

**easier** [3] - 96:4, 119:5, 135:21

**eat** [5] - 9:16, 11:1, 11:11, 32:2, 32:3

**eating** [2] - 46:14, 79:20

**Edder** [1] - 9:21

**Eddy** [1] - 71:13

**Eddy's** [5] - 24:25, 25:1, 25:18, 26:16, 26:17

**Edner** [1] - 68:17

**education** [1] - 142:2

**EDWARDS** [2] - 2:1, 149:14

**Edwards** [1] - 149:14

**effect** [4] - 19:25, 114:3, 124:11, 124:21

**effective** [1] - 124:24

**effectively** [1] - 114:8

**either** [5] - 22:15, 41:23, 82:18, 111:5, 147:25

**ejaculated** [3] - 18:23, 23:7, 23:8

**Eleventh** [1] - 124:23

**elicit** [2] - 53:2, 130:21

**elicited** [1] - 53:11

**eliminate** [1] - 92:24

**employed** [2] - 38:14, 38:16

**end** [2] - 32:6, 44:2

**ended** [1] - 43:23

**ending** [1] - 126:9

**enforcement** [4] - 74:13, 74:14, 74:17, 145:19, 146:14

**English** [19] - 18:6, 18:8, 33:23, 34:1, 34:3, 34:4, 34:7, 34:10, 34:11, 34:12, 72:15, 96:21, 100:19, 112:12, 122:16, 122:20, 127:2, 127:10

**enjoy** [2] - 83:3, 84:15

**enrolled** [1] - 53:3

**enter** [1] - 122:25

**entered** [14] - 4:23,

16:17, 26:5, 36:6, 43:15, 52:15, 70:1, 76:25, 85:10, 86:19, 126:15, 127:16, 133:8, 138:14

**entire** [1] - 99:9

**entitled** [4] - 124:24, 124:25, 125:2, 149:11

**entry** [1] - 123:10

**Eric** [2] - 15:23, 15:25

**errand** [1] - 80:3

**errands** [1] - 31:9

**especially** [2] - 17:18, 81:21

**ESQ** [4] - 1:14, 1:17, 1:20, 1:23

**establish** [2] - 54:12, 131:7

**established** [4] - 53:5, 54:3, 54:8, 54:9

**establishing** [1] - 53:10

**evening** [2] - 148:11, 149:5

**event** [1] - 87:15

**events** [1] - 113:3

**eventually** [5] - 50:17, 51:7, 53:6, 103:16, 143:15

**evidence** [27] - 16:14, 16:18, 26:2, 26:6, 36:1, 36:9, 52:11, 52:16, 52:22, 53:17, 69:22, 70:2, 76:20, 77:1, 82:7, 86:15, 86:20, 110:25, 126:25, 127:17, 132:14, 133:4, 133:9, 133:21, 138:8, 138:15

**EVIDENCE** [1] - 3:8

**exactly** [8] - 20:11, 29:25, 88:19, 94:23, 110:16, 110:17, 117:17, 123:25

**EXAMINATION** [5] - 5:15, 43:21, 102:4, 145:19, 146:14

**examination** [30] - 62:1, 102:6, 102:16, 105:17, 107:4, 109:1, 110:8, 112:21, 113:4, 113:22, 114:4, 114:18, 115:3, 115:7, 115:20, 116:10, 121:18, 124:11, 124:12, 124:17, 124:18, 124:19, 124:22, 124:24, 124:25, 131:11,

137:1, 139:1, 141:19, 145:8

**examine** [5] - 114:9, 117:2, 117:4, 125:2, 125:3

**example** [2] - 108:7, 143:17

**except** [1] - 124:2

**exception** [2] - 112:24, 134:7

**exchange** [1] - 33:14

**exclude** [1] - 52:10

**excluded** [1] - 54:2

**excluding** [1] - 52:15

**excuse** [5] - 94:18, 96:20, 99:19, 114:1, 136:11

**excused** [2] - 83:10, 148:15

**Exhibit** [71] - 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 15:1, 15:6, 16:14, 16:16, 16:17, 25:4, 25:9, 26:2, 26:4, 26:5, 35:6, 35:12, 35:18, 36:5, 36:10, 36:21, 37:4, 37:10, 37:16, 37:22, 38:6, 38:9, 38:10, 67:2, 67:17, 69:8, 69:12, 69:13, 69:19, 69:21, 69:25, 70:1, 71:6, 76:10, 76:24, 76:25, 85:20, 86:15, 86:17, 86:19, 109:8, 111:1, 112:6, 127:15, 127:16, 129:1, 131:19, 132:14, 133:3, 133:8, 133:21, 135:16, 137:1, 137:17, 137:21, 138:1, 138:4, 138:8, 138:13, 138:14, 138:22, 147:14, 147:21

**exhibit** [5] - 35:20, 68:21, 85:25, 112:12, 125:6

**EXHIBITS** [1] - 3:8

**Exhibits** [7] - 34:22, 35:2, 35:21, 36:1, 36:4, 67:17, 126:25

**exhibits** [1] - 35:3

**exiled** [1] - 43:7

**exited** [4] - 42:10, 83:4, 111:17, 148:12

**experienced** [1] - 143:5

**experiences** [2] - 104:25, 105:8

**expert** [2] - 82:12

**expertise** [1] - 45:8

**explain** [7] - 13:20, 26:20, 61:13, 90:8, 103:14, 139:6, 140:12

**explained** [4] - 49:25, 58:4, 90:7, 103:16

**explanations** [1] - 90:5

**expose** [1] - 22:18

**expression** [1] - 32:16

**extensive** [1] - 124:12

**eyes** [2] - 29:23, 77:17

# F

**fabricate** [1] - 115:21

**fabricated** [1] - 112:22

**fabricating** [1] - 115:24

**fabrication** [6] - 112:19, 112:25, 113:5, 113:17, 115:2, 122:8

**face** [2] - 38:3, 38:10

**facility** [1] - 55:9

**fact** [16] - 58:12, 62:22, 74:16, 74:21, 100:22, 100:25, 115:2, 116:5, 116:12, 116:15, 116:16, 121:19, 121:22, 124:17, 125:3, 131:11

**facts** [1] - 122:21

**fail** [1] - 74:1

**fair** [7] - 16:9, 25:21, 34:7, 35:21, 82:14, 116:9, 138:4

**fairly** [3] - 76:15, 86:9, 86:11

**fall** [1] - 115:5

**falls** [2] - 116:16, 122:13

**family** [19] - 6:14, 11:2, 11:5, 11:12, 55:17, 57:7, 57:14, 65:17, 65:19, 65:23, 66:5, 66:6, 66:7, 66:9, 73:4, 73:7, 73:12, 116:7

**family's** [2] - 73:1, 73:22

**far** [5] - 50:3, 73:11, 73:14, 114:21, 124:10

**farmer** [2] - 11:14, 57:24
**father** [8] - 9:6, 11:13, 57:15, 57:23, 74:8, 74:11, 87:12, 134:3
**father's** [1] - 134:3
**favorite** [3] - 30:18, 30:20, 30:22
**February** [2] - 1:5, 89:15
**Federal** [2] - 59:16
**federal** [2] - 60:18, 60:19
**feed** [1] - 10:16
**feet** [6] - 39:23, 40:3, 40:5, 40:8, 40:11, 40:16
**females** [1] - 53:20
**fetch** [1] - 14:18
**few** [11] - 9:20, 9:22, 55:25, 57:6, 74:19, 94:20, 94:25, 117:14, 117:19, 124:16, 132:22
**file** [3] - 94:1, 139:12
**filed** [5] - 80:5, 94:2, 131:22, 139:11, 140:24
**filing** [1] - 40:20
**fill** [4] - 21:19, 21:20, 21:23, 22:1
**final** [1] - 16:2
**finally** [3] - 66:7, 92:6, 100:19
**findings** [1] - 126:5
**fine** [6] - 66:3, 91:9, 103:21, 122:6, 123:14, 143:19
**finger** [4] - 20:12, 20:14, 20:15, 71:20
**fingernails** [2] - 77:19, 138:21
**fingers** [2] - 111:15, 138:20
**finish** [2] - 59:24, 59:25
**finished** [2] - 66:10, 111:16
**firearm** [1] - 82:14
**firearms** [1] - 82:11
**first** [39] - 8:5, 12:15, 13:9, 13:21, 14:11, 15:12, 16:5, 16:24, 17:6, 17:8, 17:24, 18:3, 20:17, 34:18, 51:4, 51:10, 58:23, 58:25, 61:22, 71:12, 73:12, 79:5, 79:12, 80:11, 80:17, 87:21,

88:7, 98:19, 105:21, 105:24, 113:19, 113:20, 114:5, 121:1, 122:24, 127:21, 129:3, 135:3
**fit** [1] - 112:24
**five** [6] - 6:18, 78:22, 91:12, 92:10, 125:13, 125:14
**flashlight** [2] - 23:24, 143:17
**flatter** [2] - 93:12, 94:5
**Floor** [2] - 2:2, 149:15
**Flores** [5] - 4:12, 40:25, 42:22, 84:24, 125:25
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:16, 1:22, 1:25, 2:3, 149:16
**folded** [2] - 39:17, 39:21
**folks** [3] - 56:3, 57:12, 89:1
**follow** [1] - 21:17
**following** [21] - 4:24, 42:11, 42:14, 43:16, 52:3, 54:25, 83:5, 83:20, 84:10, 85:11, 96:7, 96:12, 96:17, 111:18, 112:1, 119:8, 125:19, 126:16, 130:3, 131:15, 148:13
**follows** [1] - 62:17
**Fond** [1] - 80:3
**food** [13] - 32:3, 46:13, 62:17, 74:22, 75:5, 75:13, 78:7, 78:8, 92:14, 92:20, 92:22, 92:23
**FOR** [3] - 1:14, 1:20, 3:4
**forced** [2] - 41:9, 41:10
**Ford** [2] - 41:2, 41:3
**FORD** [1] - 41:4
**foregoing** [1] - 149:10
**foreign** [1] - 34:6
**forget** [2] - 94:1, 101:19
**forgot** [3] - 85:17, 101:17, 101:18
**form** [9] - 104:21, 105:3, 108:9, 110:3, 137:13, 139:17, 144:6, 145:4, 145:13
**former** [2] - 104:15,

105:2
**forward** [1] - 103:15
**four** [1] - 51:8
**Fourth** [1] - 1:15
**frankly** [1] - 54:1
**Friday** [2] - 9:14, 65:8
**friend** [2] - 29:14, 94:8
**friends** [4] - 74:13, 94:9, 94:10, 107:24
**Fritzon** [1] - 15:23
**Fritzson** [2] - 96:24, 100:1
**front** [7] - 104:14, 104:19, 105:1, 105:8, 133:17, 145:21
**frowning** [1] - 58:19
**full** [4] - 11:17, 11:20, 12:2, 12:15
**full-time** [4] - 11:17, 11:20, 12:2, 12:15
**fully** [1] - 21:15

### G

**gallery** [2] - 58:17, 58:19, 58:20
**game** [2] - 77:11, 116:10
**games** [5] - 10:21, 10:23, 57:3, 57:5, 64:19
**gates** [1] - 14:17
**gather** [1] - 74:6
**Gauthier** [1] - 134:4
**gay** [2] - 140:8, 140:9
**generally** [3] - 15:21, 35:6, 35:13
**gentlemen** [3] - 5:3, 26:20, 139:6
**Georgette** [1] - 100:13
**girl** [1] - 53:17
**girls** [13] - 51:7, 51:8, 51:11, 51:14, 51:18, 51:21, 51:23, 53:25, 54:4, 54:9, 54:10, 54:23
**given** [1] - 138:10
**glorious** [1] - 87:15
**godfather** [1] - 57:19
**golden** [12] - 30:24, 30:25, 31:2, 31:4, 31:6, 31:10, 31:18, 31:22, 31:23, 32:5, 32:8, 32:10
**Government** [54] - 5:6, 16:13, 26:1,

35:25, 41:21, 43:23, 52:8, 57:6, 57:12, 58:9, 59:16, 76:1, 81:3, 85:21, 90:16, 90:22, 94:20, 95:4, 95:5, 95:19, 97:8, 97:18, 99:1, 99:8, 104:3, 104:6, 104:8, 104:10, 104:12, 110:24, 112:16, 113:14, 113:17, 113:20, 114:4, 114:6, 114:16, 116:6, 117:14, 117:21, 117:23, 118:19, 119:15, 119:25, 121:9, 121:21, 121:25, 125:4, 132:13, 133:2, 138:7, 148:25, 149:3
**GOVERNMENT** [3] - 1:14, 3:4, 5:8
**Government's** [57] - 3:9, 3:10, 3:10, 3:12, 3:13, 14:25, 15:6, 16:14, 16:15, 16:17, 25:4, 25:9, 26:2, 26:3, 26:5, 34:21, 35:2, 35:6, 35:12, 35:18, 35:21, 36:1, 36:3, 36:5, 36:10, 36:20, 37:4, 37:10, 37:15, 37:22, 38:6, 38:8, 38:10, 67:2, 67:17, 69:7, 69:12, 69:19, 109:8, 110:25, 112:6, 126:25, 127:15, 127:16, 129:1, 131:18, 133:3, 133:8, 133:21, 135:16, 137:17, 137:21, 138:4, 138:8, 138:13, 138:14, 147:20
**grade** [1] - 34:5
**granted** [2] - 66:7, 139:21
**Greatest** [2] - 95:2, 97:1, 100:3
**grew** [1] - 94:9
**grounds** [1] - 112:17
**group** [1] - 9:15
**grow** [1] - 6:12
**growing** [1] - 20:24
**guess** [1] - 22:17
**gun** [7] - 11:9, 57:20, 57:21, 81:19, 81:20, 82:3
**guns** [2] - 81:17, 123:20
**gunshot** [1] - 81:25

**guy** [3] - 72:16, 78:10, 123:9
**Guy** [1] - 141:17
**guys** [5] - 33:7, 35:14, 35:15, 107:15, 126:11

### H

**Haiti** [10] - 6:11, 50:4, 50:15, 50:23, 80:7, 80:8, 88:12, 90:2, 101:1, 134:7
**Haitian** [15] - 79:3, 80:21, 81:3, 81:10, 89:14, 90:1, 90:15, 90:16, 109:23, 110:9, 112:12, 113:21, 126:22, 127:1, 127:9
**halfways** [1] - 46:11
**hand** [15] - 18:13, 18:14, 18:15, 18:16, 18:18, 18:19, 18:21, 18:22, 23:2, 23:4, 23:6, 25:8, 71:12, 100:9
**handed** [5] - 35:3, 37:24, 38:8, 129:1, 137:20
**handheld** [1] - 96:10
**hands** [5] - 77:13, 77:14, 77:15, 77:18, 138:19
**handwriting** [7] - 128:5, 128:9, 130:19, 135:24, 146:2, 146:17, 146:18
**hard** [2] - 11:13, 57:15
**head** [6] - 17:12, 18:11, 18:12, 19:14, 79:19, 108:23
**headache** [1] - 47:10
**hear** [6] - 20:3, 83:13, 91:15, 102:15, 144:23, 148:21
**hearsay** [25] - 19:24, 44:25, 49:6, 89:9, 94:12, 103:20, 103:22, 105:10, 106:2, 106:15, 106:23, 110:4, 111:2, 112:23, 114:2, 114:10, 116:11, 116:13, 116:14, 116:15, 116:17, 122:14, 125:11, 139:18
**held** [2] - 81:13,

135:22
  **help** [5] - 10:3, 34:10, 67:12, 99:3, 107:14
  **helped** [3] - 8:13, 34:11, 44:11
  **helping** [1] - 32:24
  **hereby** [1] - 149:10
  **hide** [1] - 143:13
  **himself** [6] - 22:18, 23:9, 23:12, 40:17, 45:4, 103:21
  **hit** [13] - 17:12, 31:16, 74:1, 78:19, 78:22, 93:13, 134:2, 141:6, 141:8, 141:10, 141:13, 141:16, 141:18
  **hitting** [4] - 93:2, 93:3, 123:2, 123:3
  **hold** [2] - 21:22, 68:20
  **holder** [1] - 14:16
  **holding** [2] - 116:24, 137:2
  **home** [21] - 6:1, 8:13, 9:1, 9:17, 11:2, 11:4, 53:25, 64:4, 65:17, 65:22, 66:2, 66:3, 66:4, 66:8, 67:24, 73:20, 73:21, 78:22, 78:24, 107:16, 124:15
  **Homeland** [1] - 4:12
  **homework** [5] - 64:9, 64:11, 64:14, 64:16, 64:20
  **homosexual** [4] - 74:7, 106:20, 107:13, 140:8
  **Honor** [79] - 4:8, 4:14, 4:22, 5:6, 5:13, 7:3, 15:2, 16:13, 16:20, 19:25, 25:2, 25:5, 26:1, 34:23, 35:8, 35:25, 41:20, 42:20, 42:24, 43:20, 44:20, 51:25, 52:5, 52:8, 52:15, 52:25, 53:11, 53:16, 53:21, 54:17, 66:11, 82:11, 83:12, 84:3, 84:21, 85:1, 85:15, 99:9, 101:23, 102:3, 103:1, 107:1, 109:3, 109:5, 110:24, 112:11, 113:1, 113:2, 113:25, 114:11, 115:9, 115:15, 116:18, 117:3, 122:18, 125:15, 125:23,

126:1, 126:24, 127:8, 128:7, 129:24, 131:13, 132:13, 133:2, 133:5, 133:11, 133:13, 136:4, 136:22, 137:16, 138:7, 138:16, 140:4, 145:16, 148:16, 148:23, 148:25
  **HONORABLE** [1] - 1:10
  **hope** [2] - 56:24, 148:10
  **Hope** [4] - 4:16, 43:10
  **hopped** [1] - 66:8
  **HOROWITZ** [32] - 1:23, 42:24, 43:4, 43:7, 83:12, 85:1, 101:25, 111:20, 112:15, 113:19, 114:1, 116:1, 117:1, 126:1, 126:13, 127:5, 128:7, 128:10, 128:14, 128:21, 129:7, 130:1, 130:7, 131:4, 131:13, 132:5, 132:15, 133:5, 136:4, 136:6, 137:13, 138:9
  **Horowitz** [7] - 4:15, 42:25, 43:3, 85:2, 85:24, 115:23, 126:2
  **Horowitz's** [2] - 114:12, 124:10
  **horrible** [2] - 92:2, 93:25
  **hotdog** [3] - 78:13, 78:23, 141:13
  **hotdogs** [1] - 114:14
  **hour** [1] - 84:13
  **hours** [5] - 47:21, 48:11, 64:2, 124:16, 124:18
  **house** [67] - 8:10, 8:11, 8:12, 10:9, 11:24, 11:25, 12:3, 12:12, 12:20, 13:2, 13:4, 13:6, 13:9, 13:18, 13:19, 14:9, 14:21, 15:12, 19:2, 19:5, 21:3, 24:21, 24:24, 24:25, 25:1, 25:18, 26:14, 26:16, 26:18, 26:25, 27:3, 29:6, 29:22, 30:5, 30:18, 31:14, 35:10, 35:16, 36:12, 37:5, 37:7, 37:10, 37:12, 39:5, 39:6,

43:25, 44:4, 45:3, 55:12, 55:14, 73:1, 73:22, 75:5, 81:23, 82:1, 82:2, 88:4, 91:1, 91:4, 91:24, 94:11, 103:11, 108:7, 108:15, 134:12, 141:6
  **household** [1] - 108:23
  **houses** [1] - 28:13
  **hug** [1] - 27:15
  **hugging** [1] - 27:14
  **hugs** [1] - 27:15
  **hurting** [2] - 90:5, 90:6
  **hygiene** [1] - 62:20

**I**

  **ice** [3] - 21:20, 21:21, 33:19
  **idea** [4] - 87:18, 88:2, 89:4, 94:1
  **identification** [7] - 14:25, 15:6, 25:3, 25:9, 34:21, 123:20, 137:21
  **identified** [4] - 7:4, 7:15, 8:2, 76:4
  **identify** [1] - 7:11
  **identity** [3] - 142:12, 142:13, 145:11
  **illegible** [4] - 123:16, 134:15, 134:19
  **illness** [1] - 47:11
  **imagination** [4] - 11:8, 55:20, 56:4, 56:6
  **immediately** [4] - 42:5, 82:25, 111:12, 148:7
  **implication** [5] - 52:18, 53:20, 113:4, 113:12, 114:17
  **implications** [1] - 113:16
  **implied** [4] - 116:3, 122:7, 122:10
  **improper** [6] - 115:18, 115:21, 116:20, 117:6, 122:10, 132:15
  **improprieties** [1] - 72:1
  **IN** [1] - 3:8
  **inaccuracy** [1] - 114:12
  **inadmissible** [1] - 112:23

**incident** [1] - 20:17
  **incidents** [1] - 58:4
  **include** [1] - 48:21
  **included** [1] - 99:6
  **including** [9] - 42:2, 48:21, 53:4, 58:15, 82:22, 111:9, 116:7, 124:13, 148:4
  **indicated** [2] - 88:11, 100:19
  **indicating)** [1] - 20:12
  **individual** [1] - 68:4
  **individually** [1] - 104:9
  **individuals** [12] - 68:22, 70:5, 70:16, 71:9, 71:25, 88:16, 95:6, 96:7, 96:12, 99:13, 103:22, 117:24
  **inference** [2] - 118:14, 121:24
  **influence** [5] - 115:18, 115:21, 116:20, 117:6, 122:10
  **influenced** [1] - 122:8
  **information** [3] - 90:4, 110:14, 110:15
  **inject** [1] - 45:19
  **injecting** [1] - 45:15
  **inquire** [2] - 116:5, 116:9
  **inquired** [2] - 113:13, 115:20
  **inquires** [1] - 107:17
  **inside** [3] - 50:17, 106:1, 107:16
  **instruct** [5] - 42:5, 82:25, 83:22, 111:12, 148:7
  **instructed** [1] - 136:7
  **insufficient** [1] - 132:16
  **insulin** [1] - 44:9
  **insult** [1] - 31:25
  **intention** [2] - 52:17, 53:1
  **interest** [1] - 92:23
  **interested** [2] - 99:5, 99:7
  **Internet** [4] - 42:3, 82:23, 111:10, 148:5
  **INTERPRETER** [4] - 62:6, 84:14, 87:20, 96:15
  **interpreter** [9] - 62:6, 84:1, 87:20, 96:4, 100:25, 101:6,

101:20, 101:22, 119:5
  **INTERPRETERS** [1] - 4:22
  **interpreters** [5] - 72:16, 72:19, 83:23, 84:12, 127:9
  **interrupt** [2] - 41:12, 142:5
  **introduce** [1] - 112:6
  **introduced** [5] - 8:19, 8:21, 133:7, 138:11, 138:13
  **introducing** [2] - 127:11, 130:14
  **introduction** [2] - 52:16, 131:11
  **invent** [1] - 11:6, 11:7
  **investigate** [1] - 91:4
  **investigated** [5] - 80:22, 81:4, 81:8, 90:16, 90:22
  **investigation** [2] - 81:9, 91:1, 127:1
  **Investigations** [1] - 4:12
  **invite** [2] - 9:9, 94:4
  **invited** [3] - 9:12, 54:1, 87:8
  **irrelevant** [2] - 75:15, 130:12
  **Ismael** [6] - 9:21, 37:18, 37:19, 63:21, 68:18, 71:24
  **Ismael's** [1] - 35:19
  **issue** [4] - 51:21, 51:22, 116:22, 117:5
  **it'll** [2] - 82:10, 111:16
  **items** [1] - 35:4

**J**

  **James** [2] - 96:25, 100:1
  **Jean** [12] - 15:23, 15:24, 15:25, 16:3, 16:4, 95:1, 96:21, 96:23, 96:25, 99:20, 99:25, 100:2
  **Jesula** [1] - 134:4
  **Jeune** [3] - 95:3, 97:2, 100:4
  **Jhonny** [1] - 100:13
  **Jimmy** [7] - 89:2, 89:5, 94:19, 94:25, 96:23, 99:24, 117:13
  **JOAN** [1] - 1:10
  **job** [2] - 8:25

**Jobed** [2] - 9:21, 52:23

**jointly** [1] - 99:7

**Jorel** [3] - 95:2, 97:3, 100:4

**Josue** [2] - 97:4, 100:5

**Judge** [22] - 4:19, 43:6, 43:13, 58:19, 60:7, 85:7, 106:24, 109:21, 112:5, 112:9, 114:2, 115:24, 123:6, 123:18, 124:9, 126:8, 127:4, 127:13, 130:20, 131:14, 143:8, 146:13

**JUDGE** [1] - 1:11

**judge** [14] - 43:4, 54:5, 83:9, 111:20, 112:15, 113:19, 116:1, 127:5, 128:10, 128:14, 130:1, 130:7, 131:4, 132:15

**Judicial** [1] - 80:8

**July** [1] - 92:9

**jump** [1] - 85:18

**June** [9] - 6:5, 80:9, 81:16, 86:12, 88:6, 91:16, 92:8, 92:9, 122:13

**Junior** [3] - 15:23, 100:5, 123:9

**juror** [1] - 4:2

**jurors** [4] - 4:20, 90:10, 104:13, 126:14

**JURY** [3] - 1:10, 5:1, 5:4

**jury** [28] - 4:23, 26:21, 36:11, 42:8, 42:10, 43:11, 43:15, 46:1, 52:4, 55:16, 83:3, 83:4, 83:21, 85:5, 85:10, 89:15, 101:10, 101:19, 110:1, 111:17, 126:15, 127:20, 130:4, 135:15, 136:7, 139:7, 140:12, 148:12

**justice** [2] - 97:10, 119:17

**JUSTICE** [1] - 1:17

---

**K**

**Kane** [10] - 4:9, 40:24, 42:21, 84:22, 96:1, 98:8, 119:1, 120:15, 121:25, 125:24

---

**KANE** [2] - 1:17, 53:23

**keep** [7] - 19:15, 22:24, 23:11, 26:9, 66:24, 91:6, 107:9

**kept** [1] - 18:11

**key** [1] - 14:16

**keys** [1] - 62:18

**kick** [2] - 135:9, 143:19

**kicked** [5] - 113:8, 113:20, 114:20, 114:21, 115:4

**kids** [2] - 53:4, 53:15

**kill** [1] - 74:12

**kind** [1] - 33:3

**kinds** [1] - 9:24

**kiss** [1] - 27:16

**kites** [1] - 56:6

**knowledge** [8] - 45:9, 75:11, 81:2, 81:7, 81:9, 90:21, 90:25, 139:13

**knows** [3] - 106:17, 124:3, 124:5

---

**L**

**ladies** [4] - 4:21, 5:3, 26:20, 139:6

**lady** [2] - 58:15, 76:3

**language** [5] - 34:6, 34:18, 96:21, 122:19

**larger** [2] - 98:16, 120:23

**Larko** [21] - 4:12, 40:24, 42:22, 58:24, 59:9, 59:15, 60:2, 60:10, 60:12, 61:15, 62:11, 78:10, 84:25, 95:13, 95:23, 98:7, 118:8, 118:23, 120:14, 122:2, 125:25

**last** [10] - 4:2, 16:6, 30:1, 71:14, 80:12, 124:1, 127:21, 135:12, 136:8, 136:17

**late** [2] - 23:17, 40:12

**laundry** [4] - 39:14, 39:15, 40:16, 46:2

**law** [6] - 74:13, 74:14, 74:17, 109:13, 124:22, 126:5

**lay** [3] - 60:7, 127:7, 132:17

**laying** [1] - 128:16

**leader** [3] - 29:5, 29:7, 29:9

**leaders** [1] - 29:8

---

**leading** [11] - 39:24, 102:25, 109:16, 128:21, 129:7, 132:5, 143:23, 144:14, 144:17, 144:22, 147:10

**learn** [4] - 34:3, 34:6, 34:10, 34:11

**learned** [2] - 34:4, 34:7, 34:13

**leave** [14] - 29:19, 42:7, 77:24, 79:25, 83:2, 92:15, 92:21, 101:16, 111:14, 123:4, 139:9, 140:13, 140:19, 141:4

**left** [31] - 12:9, 12:12, 13:15, 13:16, 13:18, 13:21, 14:1, 28:16, 71:12, 77:7, 77:22, 78:2, 78:11, 78:16, 79:2, 79:6, 79:8, 79:24, 80:5, 92:7, 92:8, 93:4, 93:24, 100:10, 114:13, 114:17, 114:22, 140:23, 141:3, 141:5

**left-hand** [1] - 71:12

**legs** [3] - 40:14, 44:8, 44:11

**LENARD** [1] - 1:10

**lie** [4] - 60:13, 60:20, 113:5, 113:12

**life** [13] - 55:6, 56:9, 58:2, 97:14, 119:22, 141:19, 141:23, 142:7, 142:11, 142:19, 142:21, 143:10, 143:22

**light** [1] - 52:10

**limits** [1] - 103:21

**line** [7] - 52:9, 99:10, 116:19, 128:5, 133:23, 134:11, 135:12

**lips** [1] - 20:16

**LISA** [2] - 2:1, 149:14

**Lisa** [2] - 111:15, 125:12

**list** [1] - 85:25

**listed** [1] - 99:4

**listen** [4] - 42:1, 82:21, 111:8, 148:3

**listener** [1] - 19:25

**listening** [1] - 132:10

**live** [19] - 9:5, 9:7, 10:2, 10:8, 10:10, 30:11, 30:14, 37:19, 38:16, 38:18, 38:22, 41:14, 41:15, 55:13,

---

73:11, 91:20, 92:3, 92:5, 92:6

**lived** [32] - 8:10, 9:4, 9:6, 9:18, 9:20, 11:1, 11:5, 11:11, 16:7, 28:15, 28:16, 28:19, 28:25, 29:22, 29:24, 29:25, 30:5, 32:12, 35:10, 35:15, 36:12, 37:7, 37:21, 38:12, 39:3, 39:6, 55:9, 55:14, 59:3, 73:7, 93:22, 104:4

**living** [28] - 6:15, 9:3, 9:22, 9:23, 11:13, 13:19, 17:3, 17:4, 17:8, 17:10, 17:17, 24:21, 24:22, 26:14, 26:17, 28:13, 33:25, 34:7, 37:1, 37:2, 37:5, 37:11, 57:14, 57:15, 91:16, 91:18, 106:7, 107:13

**located** [6] - 9:10, 12:3, 12:16, 14:3, 14:9, 19:1

**look** [4] - 15:7, 25:10, 35:2, 115:7

**looked** [4] - 16:24, 34:14, 76:15, 117:7

**looking** [4] - 77:17, 77:18, 81:22, 143:17

**lost** [4] - 79:18, 81:22, 141:5, 142:12

**lotion** [12] - 18:13, 18:16, 22:21, 22:22, 22:24, 22:25, 23:1, 23:4, 23:13, 28:8, 28:10

**love** [2] - 56:16, 56:17

**Love** [1] - 80:3

**lunch** [9] - 64:4, 64:7, 82:16, 83:3, 83:25, 84:5, 84:13, 84:15, 124:17

**lying** [1] - 22:15

---

**M**

**ma'am** [7] - 51:2, 54:15, 54:21, 54:24, 82:17, 85:6, 89:12

**machine** [1] - 67:11

**machines** [1] - 67:14

**mad** [4] - 17:13, 32:17, 123:1, 123:10

**Magnum** [1] - 123:20

**main** [2] - 12:25,

---

73:12

**maintains** [1] - 113:17

**man** [9] - 6:21, 7:7, 7:18, 52:19, 53:2, 77:12, 78:1, 81:20, 124:2

**Maria** [10] - 4:9, 42:21, 84:22, 95:13, 95:25, 98:8, 118:8, 119:1, 120:14, 125:24

**MARIA** [1] - 1:14

**mark** [1] - 69:10

**marked** [10] - 14:25, 15:5, 25:3, 25:9, 34:21, 67:2, 76:10, 109:8, 137:17, 137:20

**marking** [1] - 69:9

**masturbate** [20] - 17:20, 18:18, 18:20, 19:4, 19:8, 19:12, 20:18, 20:23, 21:2, 21:3, 21:6, 21:10, 22:19, 23:15, 24:10, 28:5, 28:7, 29:16, 29:17, 144:10

**masturbated** [6] - 20:8, 21:1, 22:20, 22:23, 28:8, 32:9

**masturbating** [1] - 23:7

**materials** [1] - 42:7

**Matt** [1] - 59:21

**matter** [5] - 42:2, 82:22, 111:9, 148:4, 149:11

**matters** [1] - 124:12

**MATTERS** [1] - 1:21

**MATTHEW** [1] - 1:7

**Matthew** [15] - 4:3, 7:7, 7:11, 7:15, 7:18, 7:24, 8:2, 42:16, 42:25, 43:9, 84:18, 85:2, 125:20, 126:2, 127:24

**meals** [9] - 11:1, 11:11, 31:7, 47:18, 55:16, 56:18, 57:7, 57:13, 79:19

**mean** [28] - 12:11, 13:20, 15:14, 17:19, 17:20, 20:15, 24:7, 24:10, 26:23, 27:23, 28:23, 34:16, 35:15, 39:1, 41:12, 54:19, 97:20, 98:18, 103:8, 103:18, 105:23, 105:24, 107:11, 107:12, 120:2, 120:25, 137:10,

140:19
  **meaning** [3] - 6:2, 98:7, 120:13
  **meant** [2] - 20:12, 56:5
  **MEDETIS** [199] - 1:14, 4:8, 4:19, 5:6, 5:13, 5:16, 7:3, 7:6, 7:14, 7:17, 8:1, 8:4, 14:24, 15:4, 16:13, 16:20, 16:21, 19:25, 20:5, 25:2, 25:7, 26:1, 26:12, 30:4, 34:20, 35:1, 35:8, 35:11, 35:25, 36:8, 40:2, 41:3, 41:6, 41:20, 42:20, 43:13, 44:13, 44:19, 44:25, 45:7, 45:16, 48:15, 48:24, 49:6, 49:16, 49:18, 50:9, 50:12, 50:24, 51:25, 52:5, 52:8, 52:14, 52:25, 53:9, 53:11, 54:1, 54:17, 57:9, 59:23, 60:5, 61:2, 61:25, 62:13, 66:11, 67:12, 67:25, 68:6, 68:10, 68:23, 68:25, 69:14, 69:16, 69:23, 70:7, 70:10, 72:3, 72:6, 74:23, 75:6, 75:14, 75:21, 76:21, 80:23, 82:11, 84:3, 84:21, 85:7, 86:16, 89:9, 89:16, 89:19, 90:18, 93:17, 99:9, 101:2, 101:7, 101:12, 102:3, 102:5, 103:1, 103:4, 103:9, 103:12, 104:1, 104:24, 105:6, 105:11, 105:16, 106:6, 106:12, 106:24, 107:1, 107:3, 108:13, 109:3, 109:7, 109:9, 109:18, 109:21, 109:22, 110:7, 110:24, 112:4, 112:9, 113:1, 113:25, 114:11, 115:9, 115:12, 115:15, 115:24, 116:18, 117:3, 122:18, 123:6, 123:18, 123:23, 124:9, 125:15, 125:23, 126:8, 126:20, 126:24, 127:4, 127:8, 127:13, 127:18, 128:12, 128:18, 128:24, 129:10, 129:24,

130:6, 130:20, 131:9, 131:14, 131:17, 132:8, 132:13, 132:18, 133:2, 133:11, 133:13, 133:16, 136:9, 136:15, 136:22, 136:24, 137:16, 137:19, 138:7, 138:16, 138:18, 139:23, 140:10, 140:18, 141:2, 142:18, 143:4, 143:8, 143:9, 144:1, 144:8, 144:15, 144:20, 145:1, 145:16, 146:3, 146:13, 146:15, 147:1, 147:7, 147:13, 147:19, 147:23, 148:16, 148:25, 149:3
  **Medetis** [13] - 4:9, 42:21, 84:22, 95:13, 96:1, 98:8, 115:13, 118:9, 119:1, 120:14, 121:25, 125:24, 126:19
  **media** [4] - 42:2, 82:22, 111:9, 148:14
  **medical** [3] - 44:12, 47:3, 47:6
  **medication** [2] - 45:14, 45:15
  **medicine** [3] - 45:4, 45:6, 45:19
  **meet** [8] - 8:5, 8:7, 8:9, 46:11, 97:18, 97:22, 119:25, 120:4
  **meeting** [59] - 59:8, 81:15, 94:17, 94:19, 94:21, 94:22, 94:23, 94:24, 95:4, 95:5, 95:12, 95:15, 95:18, 95:22, 96:7, 96:12, 96:18, 97:25, 98:16, 98:19, 98:22, 98:25, 99:14, 100:7, 100:15, 102:7, 102:11, 102:17, 102:20, 102:23, 103:6, 104:15, 104:18, 114:6, 116:6, 117:8, 117:11, 117:13, 117:15, 117:16, 117:17, 117:18, 117:21, 117:22, 118:7, 118:11, 118:16, 118:17, 118:18, 118:22, 119:9, 120:9, 120:23, 121:1, 121:4, 121:7,

121:14, 121:25, 124:20
  **meetings** [24] - 81:13, 81:14, 97:17, 98:17, 99:7, 104:2, 104:9, 105:2, 105:7, 105:12, 113:13, 113:14, 114:15, 115:8, 115:19, 116:2, 116:5, 119:24, 120:24, 121:19, 122:9, 125:4, 125:5
  **members** [5] - 65:19, 65:24, 102:7, 116:7
  **men** [14] - 46:2, 47:7, 50:23, 51:5, 51:15, 53:4, 63:2, 67:5, 67:23, 71:9, 72:10, 87:16, 88:16, 88:23
  **mention** [1] - 61:20
  **mentioned** [4] - 57:19, 72:22, 74:20, 75:17
  **mentioning** [1] - 128:6
  **Meredela** [1] - 100:12
  **message** [1] - 72:17
  **met** [19] - 8:6, 8:8, 8:20, 9:2, 15:13, 40:22, 40:23, 40:24, 41:2, 41:7, 41:8, 58:9, 58:12, 58:21, 58:24, 58:25, 59:2, 61:23, 104:8
  **MIAMI** [1] - 1:2
  **Miami** [8] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 149:15, 149:16
  **mic** [1] - 87:23
  **microphone** [7] - 20:2, 26:7, 43:8, 96:9, 96:10, 102:14
  **middle** [4] - 23:19, 23:22, 62:7, 124:18
  **millimeter** [1] - 123:21
  **mind** [2] - 49:17, 50:14
  **minors** [1] - 59:6
  **Minors** [1] - 126:23
  **minute** [2] - 69:15, 106:21
  **minutes** [9] - 42:8, 66:8, 73:5, 78:22, 111:16, 111:19, 111:24, 125:13, 125:14
  **Mirvole** [1] - 100:6
  **mischaracterizatio**

**n** [2] - 70:7, 74:23
  **miserable** [2] - 142:25
  **misplaced** [1] - 109:3
  **miss** [1] - 148:10
  **missed** [1] - 63:13
  **mission** [2] - 140:3, 140:23
  **molest** [3] - 60:3, 60:13, 60:19
  **moment** [11] - 52:6, 54:7, 60:11, 69:2, 83:6, 83:8, 85:18, 101:23, 109:3, 115:11, 146:9
  **moments** [2] - 57:7, 74:19
  **Monday** [1] - 65:8
  **money** [7] - 11:14, 11:15, 33:5, 33:16, 57:16, 57:22
  **monitor** [1] - 138:2
  **month** [1] - 21:9
  **months** [3] - 65:23, 92:10, 113:24
  **Montrouis** [1] - 135:9
  **morning** [37] - 4:1, 4:5, 4:8, 4:13, 4:14, 4:17, 4:21, 4:22, 4:25, 5:1, 5:3, 5:4, 5:17, 5:18, 27:4, 27:6, 27:9, 27:11, 27:13, 42:17, 42:20, 42:24, 47:21, 48:11, 62:25, 63:12, 63:13, 73:17, 79:22, 88:20, 89:8, 89:15, 90:10, 143:19, 148:11, 149:4
  **Morning** [38] - 8:18, 9:10, 16:25, 37:19, 38:12, 46:25, 48:10, 49:24, 50:3, 50:14, 50:16, 50:18, 50:22, 51:10, 51:15, 51:18, 51:20, 55:12, 74:3, 74:9, 74:21, 75:4, 75:11, 78:3, 80:18, 80:22, 81:4, 81:8, 88:8, 90:12, 91:10, 93:7, 93:24, 104:4, 105:18, 125:6, 134:18
  **mornings** [5] - 27:5, 27:13, 27:20, 27:25, 28:3
  **most** [2] - 32:9, 47:1
  **mostly** [3] - 21:5, 21:25, 23:18
  **mother** [11] - 48:19,

49:5, 49:13, 66:15, 66:18, 74:8, 74:11, 87:12, 124:13, 134:3, 134:4
  **motion** [2] - 136:11, 139:21
  **motions** [1] - 20:11
  **motive** [5] - 113:5, 113:12, 115:18, 115:21, 116:20
  **mouth** [1] - 138:20
  **move** [32] - 12:20, 12:23, 13:1, 13:4, 13:6, 13:8, 13:14, 16:13, 19:24, 20:2, 22:6, 22:14, 26:2, 26:7, 35:25, 41:17, 54:13, 54:20, 69:21, 76:19, 86:14, 106:13, 106:22, 106:24, 107:1, 110:25, 126:25, 132:13, 133:2, 138:8, 139:20
  **moved** [23] - 11:16, 11:19, 11:22, 11:25, 12:2, 12:15, 12:20, 13:2, 13:6, 13:9, 13:12, 14:11, 16:24, 29:1, 37:8, 38:22, 51:8, 73:12, 73:13, 105:24, 106:7, 106:18, 106:20
  **movies** [3] - 65:4
  **moving** [4] - 11:24, 18:19, 43:5, 47:13
  **MR** [209] - 4:14, 19:24, 30:1, 39:24, 41:17, 42:24, 43:4, 43:5, 43:7, 43:12, 43:20, 43:22, 44:16, 44:23, 45:2, 45:9, 45:11, 45:18, 48:17, 49:2, 49:9, 49:17, 49:21, 50:13, 51:2, 51:3, 52:13, 52:17, 52:21, 53:1, 53:6, 53:10, 54:5, 54:12, 54:15, 54:18, 54:21, 54:24, 55:2, 55:4, 55:5, 55:23, 55:24, 57:11, 58:18, 59:24, 60:1, 60:7, 60:9, 61:4, 62:2, 62:4, 62:10, 62:15, 66:14, 67:8, 67:11, 67:13, 67:16, 68:3, 68:11, 68:14, 68:19, 68:21, 69:1, 69:4, 69:6, 69:10, 69:11, 69:15, 69:17, 69:21, 70:3, 70:15,

70:25, 71:2, 71:3, 71:6, 71:8, 72:4, 72:9, 75:3, 75:7, 75:10, 75:16, 75:24, 76:7, 76:9, 76:19, 76:22, 77:3, 77:4, 80:24, 81:1, 82:14, 82:17, 83:7, 83:9, 83:12, 83:19, 83:22, 84:6, 84:9, 85:1, 85:6, 85:15, 85:16, 85:22, 85:24, 86:2, 86:14, 86:22, 87:22, 88:1, 89:10, 89:12, 89:13, 89:18, 89:20, 89:22, 90:20, 93:19, 94:15, 94:16, 96:3, 96:6, 96:11, 96:16, 99:12, 99:15, 99:18, 101:4, 101:9, 101:15, 101:23, 101:25, 102:25, 103:20, 104:21, 105:3, 105:10, 106:2, 106:11, 106:14, 106:23, 108:9, 109:16, 110:3, 110:21, 111:2, 111:20, 112:15, 113:19, 114:1, 116:1, 117:1, 126:1, 126:11, 126:13, 127:5, 128:7, 128:10, 128:14, 128:21, 129:7, 130:1, 130:7, 131:4, 131:13, 132:5, 132:15, 133:5, 136:4, 136:6, 136:11, 136:14, 137:13, 138:9, 139:17, 139:20, 140:4, 140:16, 140:21, 142:8, 142:16, 142:22, 143:1, 143:3, 143:23, 144:6, 144:14, 144:17, 144:22, 144:24, 145:4, 145:7, 145:12, 145:18, 145:20, 145:23, 146:1, 146:6, 146:9, 146:11, 146:20, 146:23, 147:4, 147:10, 147:17

**MS** [199] - 4:8, 4:19, 5:6, 5:13, 5:16, 7:3, 7:6, 7:14, 7:17, 8:1, 8:4, 14:24, 15:4, 16:13, 16:20, 16:21, 19:25, 20:5, 25:2, 25:7, 26:1, 26:12, 30:4, 34:20, 35:1, 35:8, 35:11, 35:25,

36:8, 40:2, 41:3, 41:6, 41:20, 42:20, 43:13, 44:13, 44:19, 44:25, 45:7, 45:16, 48:15, 48:24, 49:6, 49:16, 49:18, 50:9, 50:12, 50:24, 51:25, 52:5, 52:8, 52:14, 52:25, 53:9, 53:11, 53:23, 54:1, 54:17, 57:9, 59:23, 60:5, 61:2, 61:25, 62:13, 66:11, 67:12, 67:25, 68:6, 68:10, 68:23, 68:25, 69:14, 69:16, 69:23, 70:7, 70:10, 72:3, 72:6, 74:23, 75:6, 75:14, 75:21, 76:21, 80:23, 82:11, 84:3, 84:21, 85:7, 86:16, 89:9, 89:16, 89:19, 90:18, 93:17, 99:9, 101:2, 101:7, 101:12, 102:3, 102:5, 103:1, 103:4, 103:9, 103:12, 104:1, 104:24, 105:6, 105:11, 105:16, 106:6, 106:12, 106:24, 107:1, 107:3, 108:13, 109:3, 109:7, 109:9, 109:18, 109:21, 109:22, 110:7, 110:24, 112:4, 112:9, 113:1, 113:25, 114:11, 115:9, 115:12, 115:15, 115:24, 116:18, 117:3, 122:18, 123:6, 123:18, 123:23, 124:9, 125:15, 125:23, 126:8, 126:20, 126:24, 127:4, 127:8, 127:13, 127:18, 128:12, 128:18, 128:24, 129:10, 129:24, 130:6, 130:20, 131:9, 131:14, 131:17, 132:8, 132:13, 132:18, 133:2, 133:11, 133:13, 133:16, 136:9, 136:15, 136:22, 136:24, 137:16, 137:19, 138:7, 138:16, 138:18, 139:23, 140:10, 140:18, 141:2, 142:18, 143:4, 143:8, 143:9, 144:1, 144:8, 144:15, 144:20,

145:1, 145:16, 146:3, 146:13, 146:15, 147:1, 147:7, 147:13, 147:19, 147:23, 148:16, 148:25, 149:3

**multiple** [2] - 106:8, 106:13

**music** [1] - 34:12

**must** [5] - 25:16, 73:25, 122:15, 123:3, 123:11

**Myrtho** [1] - 9:21

# N

**name** [18] - 5:10, 7:18, 8:15, 8:17, 16:2, 16:6, 18:8, 18:10, 30:20, 30:22, 37:24, 38:2, 38:9, 71:12, 71:14, 71:23, 134:4

**named** [7] - 6:21, 7:7, 53:18, 95:6, 103:6, 117:25, 123:9

**names** [29] - 16:5, 70:19, 70:21, 88:23, 89:1, 94:20, 95:1, 96:4, 96:13, 96:14, 98:20, 98:23, 99:13, 99:19, 100:9, 100:10, 100:11, 102:22, 117:12, 117:14, 117:19, 117:20, 119:5, 119:10, 121:2, 121:5, 121:11, 121:13

**napkins** [2] - 23:9, 23:11

**National** [6] - 80:7, 81:10, 81:20, 88:11, 113:21, 126:22

**native** [1] - 34:18

**nature** [1] - 116:19

**near** [2] - 66:19, 67:1

**nearest** [1] - 43:8

**neck** [1] - 27:16

**need** [11] - 20:3, 40:3, 55:22, 66:3, 66:4, 66:20, 82:8, 83:18, 96:9, 130:9, 131:1

**needed** [4] - 14:20, 62:21, 72:16, 93:22

**needles** [2] - 45:3, 45:12

**needs** [4] - 123:16, 124:8, 130:9, 131:2

**neighborhood** [3] - 94:4, 105:25, 140:7

**never** [45] - 28:12,

31:15, 32:9, 32:16, 33:8, 40:18, 47:8, 47:9, 51:17, 51:20, 53:8, 57:3, 57:18, 59:19, 59:21, 59:22, 60:2, 60:3, 60:12, 60:16, 61:6, 61:16, 61:23, 62:11, 64:16, 66:19, 67:13, 74:5, 74:10, 78:8, 78:25, 79:13, 81:14, 81:19, 97:13, 101:22, 105:5, 107:23, 114:16, 119:21

**new** [3] - 11:25, 12:3, 31:10

**New** [1] - 1:18

**next** [18] - 5:5, 18:17, 19:13, 22:2, 22:12, 22:13, 23:5, 24:5, 66:13, 78:24, 93:3, 94:14, 106:5, 106:22, 134:14, 134:20, 134:24, 141:14

**nice** [3] - 10:11, 148:10, 149:5

**nickname** [2] - 5:21, 5:25

**night** [6] - 21:18, 21:20, 23:20, 23:22, 32:4, 61:24

**nighttime** [1] - 23:18

**nine** [2] - 113:24, 117:20

**NO** [1] - 1:2

**nobody** [1] - 41:10

**none** [2] - 52:13, 123:21

**nonresponsive** [4] - 30:1, 140:4, 140:16, 143:3

**noon** [1] - 64:3

**North** [2] - 2:2, 149:15

**Northeast** [1] - 1:15

**Nos** [2] - 3:10, 36:5

**notebooks** [3] - 83:2, 111:14, 148:9

**nothing** [8] - 44:1, 89:25, 91:8, 112:20, 116:24, 124:2, 124:7, 142:6

**November** [4] - 92:8, 92:13, 92:20, 93:4

**nowhere** [1] - 91:4

**number** [1] - 113:13

**numerous** [1] - 58:21

**NW** [1] - 1:18

# O

**oath** [4] - 43:18, 85:13, 111:21, 126:18

**object** [2] - 130:7, 145:8

**objection** [95] - 19:24, 30:1, 39:24, 41:17, 44:13, 44:19, 44:25, 45:7, 45:16, 48:15, 48:24, 49:6, 49:7, 49:16, 50:9, 50:12, 50:24, 57:9, 59:23, 60:5, 61:2, 61:25, 62:13, 66:11, 67:25, 68:6, 68:23, 69:23, 70:7, 72:3, 72:6, 74:23, 75:6, 75:14, 75:21, 75:22, 76:21, 80:23, 86:16, 89:9, 89:16, 90:18, 93:17, 99:9, 101:2, 101:7, 101:12, 102:25, 103:20, 104:21, 105:3, 105:10, 106:2, 106:11, 106:14, 106:23, 108:9, 109:16, 110:3, 110:21, 111:2, 112:14, 112:15, 112:24, 127:14, 128:7, 128:10, 128:14, 128:21, 129:7, 130:8, 132:5, 132:15, 133:5, 136:6, 137:13, 139:17, 140:4, 140:16, 140:21, 142:8, 142:16, 142:22, 143:1, 143:23, 144:6, 144:14, 144:17, 144:22, 145:4, 145:12, 146:3, 146:20, 147:4, 147:17

**objections** [1] - 127:5

**observed** [2] - 61:6, 61:16

**occasion** [1] - 78:11

**occasions** [3] - 22:20, 28:9, 58:21

**occupy** [1] - 56:4

**occurred** [8] - 52:14, 58:5, 59:13, 65:8, 80:18, 90:23, 92:3, 92:14

**occurring** [7] - 68:13, 72:1, 74:3, 74:9, 80:12, 88:8,

88:20

**October** [1] - 92:10

**Odelin** [40] - 3:5, 5:6, 5:12, 5:19, 5:21, 6:4, 6:14, 7:18, 15:5, 16:22, 17:23, 20:6, 25:8, 25:11, 30:18, 34:18, 35:2, 36:9, 38:2, 38:13, 99:21, 109:10, 110:20, 113:10, 113:14, 126:21, 127:19, 128:13, 130:25, 131:18, 133:17, 136:25, 137:5, 137:20, 138:19, 138:25, 139:24, 143:5, 143:21, 146:16

**ODELIN** [1] - 5:8

**OF** [3] - 1:1, 1:4, 1:17

**offering** [1] - 112:16

**office** [2] - 146:25, 147:3

**officer** [3] - 60:19, 81:10, 148:10

**OFFICER** [2] - 148:20, 148:22

**officers** [2] - 79:10, 81:14

**official** [1] - 2:1

**Official** [1] - 149:15

**often** [11] - 21:6, 21:9, 27:22, 27:23, 27:24, 28:1, 28:2, 28:3, 30:7, 46:20, 66:6

**old** [17] - 6:6, 8:6, 9:3, 11:19, 12:9, 12:18, 13:16, 14:8, 17:21, 20:18, 24:15, 24:17, 25:15, 78:18, 126:11, 134:13, 135:3

**older** [13] - 6:19, 6:20, 19:18, 20:24, 31:15, 66:22, 72:14, 86:25, 87:2, 91:24, 108:4, 134:5, 143:15

**oldest** [1] - 78:21

**once** [16] - 7:23, 10:15, 11:8, 21:21, 22:14, 27:3, 34:5, 45:24, 80:2, 82:8, 97:7, 107:12, 119:13, 125:8, 135:8, 142:11

**one** [59] - 8:21, 9:1, 11:24, 14:18, 17:10, 19:17, 31:23, 32:9, 33:5, 41:13, 48:1, 48:10, 50:4, 50:14, 50:22, 52:6, 52:22,

52:23, 54:7, 55:22, 63:21, 65:22, 66:20, 66:22, 67:23, 68:15, 68:17, 69:2, 71:12, 71:19, 73:3, 74:12, 77:7, 77:10, 78:11, 83:8, 85:17, 91:5, 92:24, 94:3, 101:5, 101:20, 101:23, 105:25, 106:20, 106:21, 107:24, 113:19, 114:5, 115:11, 116:6, 123:14, 134:7, 134:10, 138:25, 140:15, 145:18, 146:9

**one's** [1] - 93:3

**ones** [4] - 31:15, 91:7, 93:1

**open** [9] - 30:9, 30:15, 54:25, 84:10, 90:12, 90:14, 91:11, 114:9, 131:15

**opening** [1] - 117:4

**opens** [1] - 125:9

**opportunity** [7] - 50:7, 56:21, 66:6, 66:19, 79:15, 81:12, 139:9

**options** [2] - 78:22, 141:10

**oral** [13] - 24:14, 24:17, 26:15, 26:22, 26:24, 27:21, 27:24, 27:25, 28:2, 28:4, 28:11, 28:14, 144:16

**order** [3] - 52:15, 66:24, 108:8

**ordered** [1] - 66:9

**orienting** [1] - 103:1

**originally** [2] - 54:3, 54:8

**orphanage** [3] - 127:25, 134:21, 135:1

**ourselves** [2] - 38:23, 91:23

**out-of-court** [1] - 115:1

**outside** [8] - 45:8, 52:4, 61:25, 62:13, 75:21, 83:21, 130:4, 134:23

**overhead** [1] - 16:20

**overnight** [1] - 38:17

**overruled** [31] - 20:1, 45:17, 48:16, 49:19, 57:10, 62:3, 70:14, 89:21, 93:18, 99:11, 101:13, 103:2, 105:4, 105:14, 106:4,

106:16, 110:23, 127:14, 129:8, 133:6, 138:12, 140:6, 140:22, 142:10, 142:23, 145:6, 145:9, 146:4, 146:22, 147:5, 147:18

**overseas** [1] - 134:8

**own** [9] - 29:23, 45:9, 81:2, 81:7, 90:21, 113:9, 130:23, 143:16

## P

**p.m** [6] - 1:6, 83:5, 85:11, 111:17, 126:16, 148:12

**packed** [2] - 78:24, 141:13

**Page** [3] - 122:24, 123:7, 123:8

**PAGE** [1] - 3:8

**page** [14] - 124:1, 127:21, 128:2, 129:3, 129:5, 129:6, 129:12, 129:15, 130:24, 133:20, 135:14, 135:15, 147:16, 147:20

**Pages** [1] - 1:8

**pages** [2] - 128:25, 129:13

**paid** [5] - 44:4, 46:5, 46:9, 46:10, 46:13

**pain** [1] - 139:14

**pair** [1] - 22:17

**pants** [1] - 18:12

**paper** [5] - 11:7, 23:9, 23:11, 99:4, 130:12

**paper's** [1] - 100:9

**papers** [1] - 40:21

**paragraph** [9] - 122:24, 123:24, 127:21, 134:14, 134:20, 134:24, 135:25, 136:16, 136:17

**paragraphs** [1] - 123:13

**parents** [7] - 6:15, 11:9, 46:10, 46:23, 67:1, 124:14, 141:25

**Parisien** [1] - 80:3

**park** [2] - 98:3, 98:4

**part** [9] - 30:2, 51:6, 63:20, 81:15, 87:21, 91:24, 123:23, 135:19, 135:20

**participated** [1] - 61:9

**particular** [2] - 76:16, 124:19

**party** [3] - 87:7, 87:8, 87:19

**pass** [2] - 17:12, 29:9

**past** [1] - 73:1

**Patrick** [4] - 94:18, 94:24, 96:22, 99:24

**patted** [1] - 19:14

**patting** [2] - 18:11, 18:12

**pay** [5] - 46:11, 79:18, 79:19, 142:2, 142:3

**paying** [2] - 46:16, 142:1

**pen** [1] - 70:4

**pending** [1] - 84:2

**penis** [8] - 18:14, 18:16, 20:25, 22:19, 23:6, 24:23, 27:16, 28:2, 28:6, 29:16, 135:1

**penises** [2] - 17:22, 135:2

**people** [43] - 15:21, 16:9, 19:5, 35:20, 50:17, 58:12, 74:21, 79:16, 86:5, 87:15, 88:20, 95:19, 96:17, 97:5, 98:19, 98:22, 99:2, 99:3, 99:4, 100:7, 100:15, 100:25, 102:22, 103:5, 103:6, 103:7, 104:8, 104:10, 104:14, 116:7, 118:19, 119:8, 119:11, 121:1, 121:4, 121:9, 121:11, 121:19, 122:9, 124:14, 140:25, 142:14

**people's** [1] - 121:13

**perform** [11] - 24:13, 24:17, 24:23, 26:15, 26:24, 27:21, 27:24, 27:25, 28:4, 28:11, 28:14

**performed** [2] - 26:21, 144:16

**period** [4] - 11:24, 48:3, 53:7, 66:16

**permanent** [1] - 51:10

**permanently** [2] - 10:2, 11:23

**permission** [7] -

15:2, 25:5, 65:25, 66:1, 66:7, 133:13, 138:16

**permit** [2] - 83:15, 111:23

**person** [9] - 7:23, 38:16, 131:24, 132:3, 132:10, 141:10, 143:13, 146:24, 147:2

**personal** [5] - 56:14, 81:2, 81:7, 81:9, 90:21

**personality** [1] - 142:13

**personally** [7] - 47:8, 79:23, 139:24, 140:2, 143:6, 143:11, 148:23

**persons** [2] - 35:22, 118:15

**Peter** [2] - 9:22, 90:20

**Peterson** [4] - 96:19, 96:22, 99:24, 100:14

**Phil** [4] - 4:15, 42:25, 85:2, 126:2, 126:12

**PHILIP** [1] - 1:23

**photo** [1] - 16:9

**photocopy** [2] - 137:5, 137:8

**photograph** [8] - 25:21, 69:18, 76:13, 85:19, 86:5, 86:10, 86:23, 138:10

**photographs** [7] - 37:5, 37:11, 76:4, 77:5, 86:9, 86:11, 87:4

**physician** [1] - 44:20

**pick** [1] - 73:19

**picture** [30] - 15:12, 15:15, 15:17, 15:19, 15:21, 16:11, 25:14, 25:15, 25:17, 25:22, 25:24, 26:17, 35:14, 35:19, 36:17, 36:23, 37:17, 37:24, 38:3, 67:6, 77:12, 137:5, 137:8, 137:11, 137:12, 138:1, 138:9, 138:10, 138:19

**pictured** [1] - 35:22

**pictures** [5] - 35:9, 35:23, 36:12, 75:25, 137:25

**piece** [3] - 130:12, 141:6, 141:16

**pieces** [1] - 11:6

**place** [4] - 8:13, 8:15, 10:18, 106:20

**placing** [1] - 138:20

**Plaintiff** [1] - 1:5
**play** [19] - 9:16, 10:4, 10:21, 10:24, 10:25, 11:4, 11:7, 11:8, 20:9, 56:6, 56:7, 56:15, 57:5, 64:12, 64:15, 64:19, 64:22
**played** [1] - 77:11
**playing** [2] - 18:4, 77:18
**plays** [1] - 56:16
**playtime** [1] - 56:4
**plethora** [1] - 124:22
**point** [5] - 6:25, 7:11, 7:23, 68:4, 106:3
**pointed** [1] - 122:1
**pointing** [4] - 68:15, 77:7, 134:11, 136:16
**Police** [7] - 80:7, 80:8, 81:10, 81:20, 88:12, 113:21, 126:22
**police** [49] - 79:3, 79:9, 79:10, 80:4, 80:7, 80:21, 81:3, 81:7, 81:10, 81:14, 81:16, 81:18, 88:14, 88:19, 89:7, 89:14, 90:1, 90:2, 90:3, 90:15, 90:22, 91:19, 91:22, 92:2, 107:6, 107:20, 107:23, 107:25, 108:25, 109:14, 109:15, 109:23, 110:2, 110:9, 110:10, 110:14, 113:23, 114:19, 115:5, 124:3, 124:5, 128:13, 129:22, 132:9, 139:2, 140:1, 140:15
**policeman** [1] - 110:16
**poor** [1] - 55:17
**pornography** [1] - 62:12
**possible** [1] - 127:9
**pot** [3] - 21:19, 21:24, 22:1
**prayers** [1] - 63:21
**precisely** [1] - 116:19
**predicate** [6] - 60:7, 127:6, 127:7, 128:16, 132:16, 132:17
**pregnant** [1] - 51:23
**prepared** [3] - 131:8, 131:20, 131:21
**presence** [3] - 52:4, 83:21, 130:4
**present** [8] - 4:16,

43:1, 85:3, 95:12, 104:5, 104:9, 118:7, 126:3
**pretty** [1] - 55:6
**prevent** [3] - 68:12, 70:6, 73:22
**prevented** [2] - 67:24, 71:25
**previous** [2] - 53:17, 142:9
**previously** [4] - 24:13, 131:20, 135:10, 136:25
**primary** [1] - 91:1
**private** [2] - 81:13, 104:7
**privately** [1] - 121:23
**privilege** [1] - 93:10
**prize** [1] - 29:8
**problem** [6] - 44:12, 51:14, 51:17, 53:25, 94:6, 94:7
**problems** [1] - 51:18
**proceed** [8] - 5:13, 43:19, 54:22, 55:2, 85:14, 126:19, 129:24, 133:10
**proceeding** [1] - 112:25
**proceedings** [18] - 4:24, 42:11, 42:14, 43:16, 52:3, 54:25, 83:5, 83:20, 84:10, 85:11, 111:18, 112:1, 125:19, 126:16, 130:3, 131:15, 148:13, 149:11
**Proceedings** [1] - 149:6
**proceeds** [1] - 117:20
**process** [1] - 59:5
**product** [1] - 113:7
**products** [1] - 62:20
**proffer** [1] - 52:9
**program** [20] - 11:22, 12:1, 12:2, 48:7, 48:23, 49:10, 49:13, 49:15, 49:24, 50:2, 50:21, 51:5, 51:6, 77:22, 77:24, 79:24, 79:25, 80:6, 93:14, 93:15
**programs** [2] - 50:4, 50:22
**promise** [8] - 22:9, 32:25, 33:2, 33:3, 33:5, 33:7, 33:10
**promised** [3] - 33:13, 33:15, 74:11

**pronunciation** [3] - 94:18, 96:20, 99:19
**proper** [1] - 127:6
**proposition** [1] - 124:23
**prosecution** [1] - 102:8
**prosecutor** [1] - 76:3
**prospective** [1] - 114:6
**Protection** [1] - 126:23
**protection** [2] - 31:13, 59:6
**provide** [1] - 110:14
**provided** [6] - 46:21, 47:1, 47:3, 47:6, 47:18, 126:22, 128:20
**providing** [1] - 48:11
**publish** [10] - 16:19, 26:11, 36:7, 71:6, 76:22, 77:2, 86:15, 86:21, 133:14, 138:16
**pull** [6] - 23:9, 27:15, 81:17, 81:21, 93:2, 123:13
**pulled** [4] - 27:21, 81:19, 82:2, 123:15
**punished** [2] - 78:17, 92:15
**punishment** [2] - 92:17, 92:18
**punishments** [1] - 32:4
**purchase** [1] - 46:20
**purchasing** [1] - 46:23
**purpose** [5] - 97:7, 102:20, 103:13, 116:2, 119:13
**purposes** [6] - 14:25, 15:6, 25:9, 34:21, 131:1, 137:21
**pursuant** [3] - 114:23, 122:11, 122:14
**put** [20] - 18:13, 18:15, 18:16, 18:18, 20:11, 20:14, 20:16, 22:5, 23:1, 23:4, 23:6, 33:5, 33:6, 33:13, 39:20, 70:21, 79:19, 91:23

## Q

**quarter** [1] - 126:10
**questioned** [1] - 91:8
**questioning** [4] -

43:23, 52:9, 99:10, 116:19
**questions** [27] - 41:20, 44:2, 50:8, 55:21, 59:12, 59:17, 76:1, 76:4, 85:18, 90:3, 101:25, 107:17, 107:23, 107:24, 108:1, 108:3, 108:5, 110:10, 110:13, 110:16, 117:7, 120:11, 131:23, 132:22, 145:16, 146:11, 147:23
**quite** [1] - 124:16
**quote** [1] - 113:14

## R

**R-o-r-o** [1] - 5:24
**ran** [3] - 66:8, 135:8
**RDR** [2] - 2:1, 149:14
**re** [1] - 146:21
**re-recross** [1] - 146:21
**reach** [2] - 93:22, 135:5
**read** [37] - 42:1, 82:21, 96:3, 98:19, 98:22, 102:22, 111:8, 117:20, 119:5, 121:2, 121:5, 121:13, 127:19, 128:4, 132:20, 132:21, 132:23, 132:24, 133:22, 134:10, 134:14, 134:15, 134:16, 134:19, 134:24, 135:12, 135:14, 135:19, 135:20, 135:22, 135:25, 136:10, 136:16, 136:18, 148:3
**reading** [3] - 131:19, 134:6, 134:9
**reads** [3] - 117:12, 119:10, 121:11
**ready** [4] - 40:13, 43:11, 85:5, 126:7
**realized** [1] - 135:18
**really** [2] - 81:5, 87:17
**reason** [9] - 11:10, 52:18, 74:10, 83:24, 106:10, 113:21, 139:8, 141:5, 141:15
**reasons** [1] - 72:14
**Rebellious** [1] - 141:17

**rebuts** [1] - 112:19
**RECEIVED** [1] - 3:8
**recent** [8] - 112:19, 112:25, 113:4, 113:16, 115:2, 115:18, 122:8, 122:10
**recently** [1] - 112:21
**recess** [6] - 42:8, 42:12, 42:13, 84:16, 125:18, 149:4
**recognize** [9] - 15:9, 25:11, 35:4, 76:11, 85:19, 86:3, 86:5, 109:10, 137:22
**record** [11] - 4:7, 5:11, 7:3, 7:14, 8:1, 42:19, 84:20, 109:13, 112:11, 119:10, 121:12
**recross** [3] - 145:17, 146:16, 146:21
**RECROSS** [1] - 145:19
**RECROSS-EXAMINATION** [1] - 145:19
**Red** [1] - 3:3
**redact** [2] - 123:5, 123:19
**redacted** [8] - 122:15, 123:3, 123:12, 123:17, 124:6, 124:8, 135:19, 135:20
**redacting** [1] - 122:19
**redaction** [1] - 122:20
**redirect** [2] - 102:2, 146:12
**REDIRECT** [2] - 102:4, 146:14
**refer** [2] - 108:4
**reference** [2] - 95:8, 118:2
**referring** [2] - 53:21, 89:17
**reflect** [6] - 7:3, 7:5, 7:14, 7:16, 8:1, 8:3
**reformulate** [1] - 80:15
**refuse** [5] - 32:11, 108:19, 108:20, 108:22, 108:24
**refused** [5] - 28:12, 32:10, 32:13, 32:15, 32:16
**regard** [3] - 115:7, 117:8, 126:4
**regarding** [2] -

53:14, 53:17
**Reginald** [2] - 4:16, 43:9
**registered** [1] - 136:19
**regular** [2] - 56:21, 57:23
**relating** [1] - 52:11
**relay** [1] - 72:17
**release** [2] - 73:25, 148:25
**relevance** [10] - 70:11, 70:14, 75:22, 99:10, 101:2, 101:7, 101:12, 137:14, 137:15, 146:3
**relevancy** [2] - 41:17, 145:12
**remain** [1] - 51:23
**remained** [1] - 91:10
**remaining** [1] - 123:23
**remember** [54] - 10:8, 17:24, 24:22, 25:17, 33:10, 33:14, 44:2, 57:8, 57:12, 57:19, 57:25, 58:23, 58:25, 59:8, 59:10, 59:11, 59:12, 59:17, 59:19, 66:20, 76:5, 77:7, 77:11, 87:17, 88:23, 91:21, 94:21, 94:22, 94:24, 95:4, 95:18, 95:21, 97:5, 97:25, 102:9, 102:12, 102:18, 102:24, 107:7, 110:11, 117:15, 117:16, 117:17, 117:18, 117:21, 118:18, 118:21, 119:11, 120:9, 137:3, 139:4, 141:21, 144:11
**remind** [1] - 111:20
**renew** [4] - 127:5, 128:10, 128:14, 130:7
**repeat** [10] - 24:16, 26:14, 33:12, 44:10, 47:5, 49:20, 50:6, 55:11, 62:5, 78:4
**repeated** [1] - 132:21
**repetitious** [1] - 145:5
**Rephrase** [18] - 40:1, 44:15, 44:22, 49:1, 68:2, 68:9, 70:13, 72:8, 75:2, 103:24, 108:12, 109:20, 110:6, 128:23, 132:7, 143:25, 145:15,

147:12
**rephrase** [10] - 21:1, 23:14, 55:23, 89:10, 89:11, 104:23, 108:21, 144:3, 144:7, 144:19
**rephrased** [1] - 89:20
**report** [12] - 42:5, 74:16, 79:21, 82:25, 92:8, 92:11, 111:12, 130:14, 130:16, 131:4, 139:10, 148:7
**reported** [2] - 107:5, 139:25
**REPORTED** [1] - 2:1
**reporter** [1] - 87:24
**Reporter** [2] - 2:1, 149:15
**represented** [1] - 67:20
**Republic** [1] - 80:8
**reputation** [4] - 50:16, 50:19, 105:18, 105:21
**reputations** [1] - 50:14
**request** [7] - 49:5, 50:1, 97:17, 99:1, 110:15, 119:25, 121:8
**requested** [2] - 97:21, 120:4
**requirements** [1] - 114:23
**reserve** [1] - 136:11
**reside** [4] - 134:3, 134:7, 134:12, 134:18
**resided** [6] - 73:9, 73:12, 103:10, 103:11, 134:12, 135:10
**residence** [1] - 107:13
**resident** [4] - 51:10, 60:14, 60:22, 75:20
**residents** [8] - 67:20, 104:15, 104:20, 105:2, 106:22, 125:4, 125:6
**resides** [1] - 134:8
**respect** [2] - 92:1, 145:11
**respond** [2] - 116:18, 143:5
**responsibilities** [13] - 14:12, 14:14, 14:15, 14:22, 32:18, 72:10, 72:18, 72:20, 72:22, 72:23, 101:5, 101:11, 101:20

**responsible** [9] - 62:18, 62:19, 131:23, 132:11, 141:10, 141:25, 146:24, 147:2
**rest** [5] - 67:7, 111:4, 128:1, 134:19, 143:16
**restate** [1] - 143:7
**restaurant** [3] - 98:2, 98:5, 120:12
**retired** [1] - 111:25
**return** [1] - 14:1
**returned** [5] - 14:3, 14:8, 139:2, 139:7, 139:24
**review** [1] - 127:9
**reviewed** [1] - 129:17
**Ricardo** [5] - 94:19, 94:25, 96:23, 99:25, 117:13
**ride** [1] - 72:25
**rise** [1] - 113:4
**road** [2] - 54:22, 73:13
**robe** [1] - 22:16
**rode** [1] - 73:5
**roof** [1] - 79:19
**room** [21] - 10:20, 14:16, 14:19, 23:19, 23:22, 24:3, 24:4, 26:25, 27:8, 28:21, 29:13, 29:15, 29:19, 40:15, 42:8, 63:16, 83:3, 111:4, 114:7, 123:1, 134:1
**rooms** [1] - 63:5
**Roro** [4] - 5:22, 18:9, 40:22, 102:6
**rosters** [1] - 116:8
**rough** [1] - 96:20
**routine** [2] - 27:3, 65:10
**row** [1] - 71:19
**rub** [4] - 40:7, 40:10, 40:14, 44:11
**rubbed** [4] - 39:23, 40:3, 40:5, 40:16
**rubbing** [1] - 44:8
**Rule** [4] - 52:1, 116:13, 122:11, 125:11
**rule** [2] - 122:14, 131:1
**rules** [1] - 64:18
**ruling** [3] - 52:10, 126:4, 126:6
**run** [1] - 80:2
**running** [2] - 31:9, 55:9

## S

**Santo** [31] - 6:13, 8:8, 8:9, 8:10, 9:4, 9:10, 12:7, 12:23, 12:24, 13:1, 13:4, 13:6, 13:22, 24:24, 25:19, 25:20, 28:15, 28:16, 28:23, 28:25, 37:7, 37:13, 73:9, 73:13, 123:9, 134:3, 135:6, 135:8, 142:15
**sat** [1] - 77:12
**saw** [16] - 10:10, 19:18, 29:23, 31:21, 45:15, 45:19, 45:22, 59:19, 60:3, 60:12, 60:16, 61:23, 62:11, 66:16, 94:3, 100:9
**schedule** [1] - 62:24
**schlender** [1] - 99:20
**Schlender** [3] - 95:2, 96:8, 96:19
**Schneider** [5] - 29:4, 29:12, 29:14, 29:17, 61:9
**school** [18] - 9:14, 34:5, 34:6, 46:9, 53:7, 56:21, 57:23, 63:9, 63:13, 63:25, 64:2, 72:25, 73:16, 124:1, 124:2, 140:7, 142:4, 142:14
**scope** [9] - 61:25, 62:13, 75:6, 75:14, 75:21, 145:7, 146:20, 147:4, 147:17
**screen** [2] - 36:16, 133:17
**seated** [8] - 4:1, 5:2, 5:9, 43:17, 83:6, 85:12, 112:2, 126:17
**second** [9] - 33:6, 67:9, 98:22, 114:5, 118:17, 121:4, 129:5, 129:6, 133:20
**secondly** [1] - 114:2
**secret** [4] - 19:15, 91:6, 91:22, 107:10
**Security** [1] - 4:12
**security** [1] - 148:9
**SECURITY** [2] - 148:20, 148:22
**see** [40] - 6:23, 12:14, 15:23, 19:20, 29:7, 29:21, 30:2, 30:5, 30:11, 42:1, 45:3, 66:4, 66:7, 66:9, 66:23, 67:3, 67:4,

68:14, 71:21, 73:3, 73:4, 79:10, 82:21, 85:19, 94:9, 94:1, 107:18, 111:8, 112:8, 123:4, 127:22, 128:1, 128:2, 128:4, 130:5, 133:17, 134:10, 134:11, 148:3, 148:11
**seek** [1] - 138:7
**send** [3] - 21:14, 27:17, 140:25
**sends** [1] - 124:2
**sent** [2] - 21:15, 80:2
**separate** [1] - 114:5
**September** [8] - 92:9, 95:19, 96:17, 98:25, 102:11, 118:19, 119:9, 121:7
**service** [3] - 65:12, 65:14, 65:15
**set** [1] - 90:3
**seven** [10] - 8:6, 47:24, 48:14, 48:18, 48:19, 48:20, 58:7, 58:8, 80:12, 91:11
**seventh** [1] - 34:5
**several** [4] - 87:14, 124:18, 125:4, 136:3
**sex** [13] - 24:14, 24:18, 26:15, 26:22, 26:24, 27:21, 27:24, 27:25, 28:2, 28:4, 28:11, 28:14, 144:16
**sexual** [27] - 17:25, 20:19, 28:20, 29:21, 32:11, 33:1, 33:3, 33:14, 52:11, 52:12, 52:19, 53:14, 53:20, 53:24, 61:7, 61:17, 61:19, 61:21, 80:11, 80:18, 107:5, 139:25, 143:21, 144:2, 144:4, 144:21, 145:2
**sexually** [3] - 51:19, 59:20, 107:21
**shampoo** [1] - 62:20
**shared** [1] - 136:2
**sheets** [1] - 116:8
**shhh** [1] - 20:16
**shirt** [3] - 7:2, 7:13, 7:25
**shit** [2] - 32:20, 32:23
**shoes** [2] - 46:23, 47:1
**shoot** [5] - 45:3, 81:21, 82:3, 124:3, 124:6
**shooting** [4] - 44:9, 74:20, 75:17, 75:19

**shorts** [1] - 22:17
**shot** [4] - 74:12, 74:24, 82:6, 82:9
**show** [7] - 14:24, 25:2, 67:2, 67:17, 69:7, 76:10, 85:19
**showed** [6] - 18:18, 18:19, 18:21, 32:16, 36:25, 67:6
**shower** [1] - 40:19
**showing** [6] - 15:5, 36:9, 36:20, 37:4, 37:15, 133:20
**shown** [9] - 34:20, 35:20, 75:25, 85:20, 109:7, 127:3, 131:5, 136:25, 137:17
**sick** [2] - 47:6, 67:8
**side** [4] - 52:4, 83:21, 130:1, 130:4
**side-bar** [4] - 52:4, 83:21, 130:1, 130:4
**sign** [6] - 110:20, 116:8, 128:19, 128:20, 131:25, 132:1
**sign-up** [1] - 116:8
**signature** [10] - 128:25, 129:2, 129:3, 129:6, 129:11, 129:15, 130:23, 136:20, 147:16, 147:20
**signed** [9] - 110:20, 127:19, 128:19, 129:21, 130:12, 130:15, 132:19, 136:19
**signing** [1] - 130:23
**signs** [1] - 131:6
**silence** [1] - 20:13
**sisters** [12] - 6:17, 6:18, 6:19, 9:7, 9:8, 52:24, 86:8, 86:12, 86:23, 87:19, 116:7, 134:5
**sisters'** [1] - 88:2
**sit** [2] - 34:1, 40:19
**sitting** [6] - 18:4, 58:15, 82:5, 96:1, 119:1, 145:10
**situation** [3] - 24:6, 24:7, 51:20
**six** [1] - 134:5
**slap** [1] - 17:13
**slapping** [1] - 123:1
**sleep** [5] - 9:9, 10:18, 38:17, 62:25, 65:6
**sleeping** [1] - 22:17
**slept** [2] - 10:20, 40:18

**slip** [1] - 31:25
**slipped** [1] - 32:17
**small** [3] - 22:25, 32:21, 93:1
**sneakers** [3] - 46:19, 46:20, 46:21
**so-called** [6] - 74:3, 74:9, 74:16, 79:13, 79:21, 80:11
**so...** [2] - 10:10, 20:13
**soccer** [5] - 18:4, 56:16, 64:19, 77:11, 77:12
**sold** [1] - 123:21
**solely** [1] - 51:15
**someone** [11] - 17:13, 29:24, 38:14, 38:19, 39:14, 56:16, 60:23, 75:19, 79:18, 132:11, 147:8
**sometimes** [27] - 17:12, 21:14, 21:18, 22:3, 22:16, 23:17, 27:5, 27:14, 32:2, 32:13, 33:5, 33:7, 33:16, 33:17, 34:15, 40:19, 46:10, 63:23, 63:24, 64:3, 65:23, 66:22, 73:19, 81:11, 81:21, 94:10
**somewhat** [2] - 56:10, 56:11
**son** [2] - 32:19, 32:24
**songs** [1] - 34:12
**Sonia** [1] - 99:20
**sorry** [13] - 26:13, 54:5, 63:13, 87:22, 91:12, 106:25, 108:20, 115:24, 126:11, 126:13, 142:5, 144:3, 144:24
**sort** [1] - 52:10
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**speaking** [2] - 79:23, 96:20
**special** [5] - 10:7, 29:6, 59:2, 61:15
**Special** [15] - 4:11, 42:22, 58:24, 59:9, 59:15, 60:2, 60:12, 84:24, 95:12, 95:23, 98:7, 118:8, 118:23, 120:13, 125:25
**specifically** [8] - 17:23, 27:18, 54:2, 58:23, 59:8, 112:19,

114:13, 114:19
**speculation** [10] - 44:13, 44:19, 45:7, 48:24, 49:7, 50:24, 80:23, 90:18, 106:14, 110:4
**spell** [1] - 5:23
**spelling** [1] - 5:10
**spend** [3] - 11:22, 65:23, 134:23
**spent** [1] - 9:20
**spoken** [1] - 53:8
**spread** [1] - 50:18
**spreading** [2] - 107:12, 140:8
**staff** [4] - 42:6, 83:1, 111:13, 148:8
**stairs** [1] - 62:19
**stand** [2] - 34:16, 41:3
**stands** [2] - 124:23, 131:11
**Stanley** [2] - 97:3, 100:5
**Star** [38] - 8:18, 9:10, 16:25, 37:19, 38:12, 46:25, 48:10, 49:24, 50:3, 50:14, 50:16, 50:18, 50:22, 51:10, 51:15, 51:18, 51:20, 55:12, 74:4, 74:9, 74:21, 75:4, 75:11, 78:3, 80:18, 80:22, 81:4, 81:8, 88:8, 90:12, 91:10, 93:7, 93:24, 104:4, 105:18, 125:7, 134:18
**start** [7] - 23:6, 32:18, 34:5, 74:7, 93:2, 127:20, 133:24
**started** [16] - 17:22, 18:21, 19:17, 20:23, 20:25, 24:17, 24:23, 26:15, 33:25, 49:3, 50:17, 51:4, 51:20, 107:12, 141:7
**starting** [1] - 133:22
**state** [4] - 4:6, 5:10, 42:18, 49:17, 84:19, 96:13, 121:22, 125:22
**statement** [59] - 88:14, 90:13, 91:2, 91:16, 109:15, 109:23, 110:20, 112:7, 112:12, 112:17, 113:7, 113:9, 113:11, 113:18, 114:3, 114:13, 114:16, 114:23, 115:3, 115:6, 115:17,

116:13, 116:17, 122:12, 122:13, 122:21, 122:23, 123:7, 123:8, 125:10, 126:22, 127:19, 128:13, 128:15, 128:19, 128:20, 129:17, 129:21, 130:13, 130:18, 130:23, 131:2, 131:3, 131:8, 132:11, 132:19, 132:20, 132:23, 132:25, 136:8, 136:18, 140:15, 140:24, 145:21, 146:25, 147:3, 147:21
**statements** [9] - 114:12, 115:1, 116:14, 116:23, 117:5, 130:10, 130:11, 131:24, 136:18
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**States** [21] - 4:3, 4:10, 42:15, 42:22, 56:24, 59:16, 60:19, 84:17, 84:23, 95:25, 99:1, 114:24, 114:25, 118:8, 118:25, 121:8, 125:20, 125:24, 149:15
**states** [4] - 116:14, 117:10, 117:19, 123:14
**stating** [1] - 51:22
**station** [2] - 80:4, 131:22
**stay** [4] - 49:12, 54:10, 93:11, 93:13
**stayed** [6] - 9:8, 90:12, 90:14, 92:9, 93:15, 142:2
**staying** [2] - 75:11, 101:1
**steal** [6] - 74:22, 75:5, 78:18, 78:20, 92:23, 133:25
**stealing** [6] - 78:7, 92:14, 92:20, 92:22, 114:14, 114:15
**Steeve** [2] - 97:1, 100:3
**step** [2] - 111:19, 148:14
**stepmother** [15] - 8:20, 8:23, 8:24, 9:6, 47:14, 49:11, 49:12, 49:14, 49:24, 49:25,

64:6, 65:1, 66:15, 66:18
**stepped** [1] - 122:1
**sticks** [1] - 11:8
**still** [12] - 13:2, 20:3, 27:4, 29:12, 43:18, 85:13, 91:16, 91:18, 111:21, 113:10, 126:18, 145:21
**stole** [4] - 78:8, 78:23, 141:13
**stolen** [1] - 78:12
**stop** [10] - 13:23, 13:25, 42:5, 82:25, 91:24, 91:25, 92:12, 111:12, 139:16, 148:7
**stopped** [2] - 107:16, 135:6
**story** [18] - 40:23, 41:14, 97:11, 97:14, 104:5, 104:13, 104:25, 110:2, 112:22, 119:18, 119:21, 119:22, 132:3, 132:9, 132:10
**strategic** [2] - 125:3, 125:8
**Street** [1] - 1:15
**street** [2] - 12:25, 107:17
**strength** [1] - 74:6
**stricken** [1] - 139:22
**strict** [1] - 65:19
**strike** [4] - 19:24, 41:18, 139:20, 139:21
**Stu** [3] - 42:25, 85:2, 126:2
**Stuart** [1] - 4:15
**STUART** [1] - 1:20
**study** [3] - 63:11, 63:17, 65:12
**suck** [3] - 22:19, 24:23, 135:1
**sucked** [2] - 28:2, 29:16, 135:1
**sucking** [3] - 17:22, 20:25, 28:6
**sudden** [1] - 79:20
**suffered** [2] - 90:8, 103:19
**Sugar** [1] - 53:19
**Sugarcane** [1] - 98:2
**suggest** [1] - 116:20
**suggested** [1] - 53:23
**suggesting** [1] - 115:21
**suggestion** [1] - 116:3
**Suite** [3] - 1:18, 1:22,

1:24
**summon** [1] - 97:20
**summoned** [2] -
97:18, 119:25
**Sunday** [2] - 9:16,
65:12
**Sundays** [1] - 48:21
**supermarket** [3] -
31:9, 33:19, 80:2
**supper** [3] - 32:2,
32:3, 40:12
**supply** [4] - 14:16,
14:18, 14:19
**support** [2] - 57:16,
126:6
**supposed** [1] -
130:12
**Supreme** [1] -
114:25
**Suprinord** [4] -
68:17, 94:18, 96:19,
117:12
**Sustained** [18] -
39:25, 44:14, 44:21,
48:25, 68:1, 68:8,
70:12, 72:7, 75:1,
103:23, 108:11,
109:17, 110:5,
128:22, 132:6,
143:24, 145:14,
147:11
**sustained** [28] -
30:3, 41:19, 45:1,
45:10, 49:8, 50:10,
50:25, 60:6, 61:3,
62:14, 66:12, 68:24,
70:9, 75:9, 75:15,
75:23, 80:25, 82:13,
90:19, 101:3, 101:8,
104:22, 128:8,
137:15, 139:19,
140:17, 142:17, 143:2
**swearing** [1] - 32:18
**SWORN** [1] - 5:8

**T**

**Tabarre** [14] - 12:10,
12:11, 12:13, 13:14,
13:19, 14:4, 14:9,
29:1, 37:8, 38:22,
59:3, 127:25, 134:17
**tabbed** [1] - 123:4
**table** [8] - 4:11,
22:25, 42:23, 58:12,
84:24, 96:1, 119:1,
125:25
**tabs** [1] - 123:4
**tail** [1] - 44:2

**teachers** [2] - 74:2,
124:15
**team** [5] - 29:5, 29:7,
29:8, 29:9, 102:8
**television** [1] - 46:16
**ten** [3] - 42:8, 42:9,
42:12
**Tenders** [1] - 71:5
**tenders** [3] - 41:21,
112:10, 130:6
**term** [2] - 58:19,
122:3
**terminology** [2] -
122:5, 122:6
**terrible** [1] - 140:11
**testified** [14] - 48:12,
54:10, 79:21, 89:25,
113:22, 116:2,
122:22, 123:22,
124:4, 139:1, 141:20,
143:21, 144:9, 144:13
**testify** [1] - 115:22
**testifying** [2] -
111:21, 115:25
**testimony** [14] -
54:2, 60:4, 68:10,
70:10, 72:5, 74:24,
83:14, 83:15, 104:18,
104:19, 104:25,
111:22, 113:15
**THE** [262] - 1:10,
1:14, 1:20, 3:4, 4:1,
4:13, 4:17, 4:20, 4:22,
4:25, 5:1, 5:2, 5:4,
5:5, 5:12, 5:14, 7:5,
7:16, 8:3, 15:3, 16:15,
16:19, 20:1, 25:6,
26:3, 26:7, 30:3,
34:24, 35:7, 35:9,
36:3, 36:7, 39:25,
41:5, 41:19, 41:22,
42:12, 42:15, 43:2,
43:11, 43:14, 43:17,
44:14, 44:21, 45:1,
45:10, 45:17, 48:16,
48:25, 49:8, 49:19,
49:20, 50:10, 50:25,
52:2, 52:6, 52:20,
52:22, 53:5, 53:22,
54:3, 54:7, 54:13,
54:16, 54:20, 54:22,
55:3, 55:21, 57:10,
57:19, 59:25, 60:6,
60:8, 61:3, 62:3, 62:6,
62:8, 62:14, 66:12,
67:10, 67:15, 68:1,
68:8, 68:16, 68:17,
68:24, 69:3, 69:5,
69:9, 69:24, 70:9,
70:12, 71:1, 71:7,

72:7, 75:1, 75:9,
75:15, 75:23, 76:8,
76:23, 77:2, 80:25,
82:13, 82:16, 82:18,
83:6, 83:8, 83:11,
83:13, 83:16, 83:17,
84:4, 84:8, 84:12,
84:14, 84:15, 84:17,
85:4, 85:8, 85:12,
85:23, 86:1, 86:17,
86:21, 87:20, 89:11,
89:21, 90:19, 93:18,
94:14, 96:5, 96:9,
96:13, 96:15, 99:11,
99:17, 101:3, 101:8,
101:13, 101:14,
101:24, 102:2, 103:2,
103:3, 103:8, 103:10,
103:23, 104:22,
105:4, 105:5, 105:13,
105:15, 106:4,
106:16, 106:18,
106:25, 107:2,
108:11, 109:6,
109:17, 109:20,
110:5, 110:22,
110:23, 111:3,
111:19, 111:22,
112:2, 112:8, 112:14,
112:25, 114:21,
115:11, 115:13,
115:23, 116:12,
117:7, 122:21, 123:7,
123:19, 123:25,
124:10, 125:17,
125:20, 126:4, 126:9,
126:14, 126:17,
127:3, 127:7, 127:11,
127:14, 128:8,
128:16, 128:22,
129:8, 129:9, 129:25,
130:2, 130:5, 130:19,
131:7, 131:10, 132:6,
132:17, 133:6,
133:10, 133:12,
133:15, 136:5, 136:7,
136:13, 136:23,
137:15, 137:18,
138:12, 138:17,
139:19, 139:21,
140:6, 140:7, 140:17,
140:22, 140:23,
142:10, 142:11,
142:17, 142:23,
142:24, 143:2, 143:7,
143:24, 144:7,
144:19, 144:23,
145:6, 145:9, 145:10,
145:14, 145:17,
145:22, 145:24,
146:4, 146:5, 146:10,

146:12, 146:22,
146:24, 147:5, 147:6,
147:11, 147:18,
147:24, 148:14,
148:18, 148:20,
148:21, 148:22,
148:24, 149:2, 149:4
**therefore** [3] -
112:23, 113:8, 122:11
**Thereupon** [3] -
42:13, 111:25, 125:18
**thieves** [1] - 92:25
**third** [9] - 33:6,
71:19, 98:9, 114:6,
120:16, 123:9,
129:12, 135:14,
135:15
**Third** [1] - 1:21
**threatened** [1] -
123:10
**three** [17] - 6:20, 9:8,
11:11, 35:3, 35:4,
51:8, 55:16, 89:7,
91:22, 104:2, 114:4,
117:12, 117:19,
122:9, 125:5, 129:14
**throw** [2] - 32:3,
78:1, 87:18
**thrown** [2] - 77:24,
78:1
**today** [16] - 6:23, 7:9,
7:21, 22:9, 34:1, 41:7,
41:9, 41:13, 72:24,
89:25, 95:16, 118:12,
126:9, 129:19,
145:10, 147:24
**together** [9] - 63:7,
91:23, 95:20, 97:21,
114:7, 118:20, 120:3,
121:23, 121:24
**Tome** [1] - 114:23
**tomorrow** [2] -
148:11, 149:4
**tongue** [1] - 31:25
**took** [11] - 15:12,
15:14, 18:13, 18:15,
18:22, 25:24, 77:12,
81:5, 94:2, 124:17,
139:12
**top** [3] - 71:12,
71:19, 133:22
**total** [2] - 100:15,
129:13
**touch** [4] - 27:16,
36:16, 67:13, 67:15
**touching** [4] - 42:1,
82:21, 111:8, 148:3
**tough** [1] - 55:6
**towards** [4] - 20:2,
22:6, 26:7, 32:23

**toy** [3] - 11:9, 57:19,
57:21
**toys** [17] - 10:21,
10:24, 10:25, 11:4,
11:6, 11:10, 33:8,
55:19, 55:25, 56:2,
56:13, 56:14, 56:16,
57:14, 57:18
**traffic** [1] - 148:10
**transcription** [1] -
149:11
**translate** [1] - 96:14
**translating** [1] - 62:7
**translation** [4] -
112:13, 122:17,
127:2, 127:10
**translators** [1] -
122:19
**traveled** [1] - 136:2
**treat** [4] - 10:5, 31:4,
31:18, 31:21
**treated** [5] - 17:11,
31:6, 31:19, 142:24,
143:12
**treatment** [2] - 10:7
**trial** [4] - 41:25,
82:20, 111:7, 148:2
**TRIAL** [1] - 1:10
**tried** [2] - 74:21,
113:6
**trip** [1] - 56:25
**trouble** [1] - 31:15
**true** [1] - 52:20
**truth** [7] - 97:9,
97:15, 97:16, 103:14,
103:17, 119:16
**try** [8] - 31:11, 42:4,
48:23, 82:24, 91:4,
94:5, 111:11, 148:6
**trying** [4] - 61:11,
92:11, 139:15
**tuition** [4] - 46:11,
79:19, 142:1, 142:3
**turn** [2] - 129:5,
135:14
**turned** [2] - 17:22,
135:4
**TV** [2] - 40:13, 62:12
**Twelfth** [2] - 2:2,
149:15
**twins** [1] - 87:1
**two** [33] - 11:3, 19:6,
29:14, 29:23, 36:25,
55:21, 57:7, 57:13,
61:6, 61:16, 61:19,
64:2, 71:9, 71:25,
72:10, 78:22, 79:9,
80:4, 81:3, 85:17,
86:8, 86:23, 88:16,
97:17, 98:16, 113:1,

113:3, 113:16,
119:24, 120:24,
123:13, 123:15,
141:10
**type** [4] - 55:12,
62:12, 124:25, 143:13

## U

**U.S** [1] - 114:24
**under** [12] - 31:13,
37:24, 43:18, 66:20,
66:24, 85:13, 111:21,
114:23, 115:17,
116:13, 125:11,
126:18
**underline** [1] - 36:23
**underneath** [1] -
38:2
**understood** [3] -
20:12, 33:24, 33:25
**uniform** [1] - 46:10
**UNITED** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**United** [21] - 4:3, 4:9,
42:15, 42:21, 56:24,
59:16, 60:18, 84:17,
84:22, 95:25, 99:1,
114:24, 114:25,
118:8, 118:25, 121:8,
125:20, 125:24,
149:15
**untrue** [1] - 61:1
**unzipped** [1] - 18:12
**up** [39] - 6:12, 13:2,
18:11, 18:18, 18:19,
20:24, 21:20, 23:25,
24:2, 26:9, 27:3,
29:12, 29:15, 34:4,
34:14, 40:19, 41:3,
46:3, 52:2, 55:19,
56:15, 60:10, 61:24,
62:9, 63:2, 63:16,
73:19, 77:15, 82:9,
92:18, 92:19, 94:9,
111:3, 116:8, 130:2,
135:11, 143:18,
145:10
**upset** [4] - 78:12,
113:9, 135:17, 135:18
**US** [3] - 95:13, 98:8,
120:14

## V

**vague** [1] - 89:16
**various** [1] - 121:19
**Velouse** [1] - 100:6
**versa** [1] - 46:12

**versus** [5] - 4:3,
42:16, 84:18, 114:24,
125:20
**vice** [1] - 46:12
**victims** [1] - 53:17
**video** [5] - 10:21,
10:23, 57:3, 57:5,
64:19
**visit** [10] - 9:24, 18:3,
65:17, 65:19, 66:6,
81:11, 93:9, 93:23,
93:24, 94:6
**visited** [2] - 10:5,
10:14
**visiting** [3] - 9:18,
65:23, 93:10
**voice** [2] - 20:3, 26:9
**voluntarily** [3] -
77:24, 78:2, 114:22
**vs** [1] - 1:6

## W

**Wadley** [5] - 89:2,
89:3, 95:2, 96:24,
100:1
**waiting** [1] - 83:13
**wake** [7] - 23:25,
27:3, 61:24, 62:8,
62:9, 143:18
**walk** [1] - 73:19
**walked** [2] - 73:21,
87:22
**walking** [3] - 19:17,
73:22, 83:24
**Walkman** [1] - 10:15
**wants** [1] - 89:10
**wash** [1] - 39:16
**washed** [1] - 39:15
**Washington** [1] -
1:19
**watch** [7] - 40:13,
62:12, 65:4, 66:22,
66:24, 66:25, 71:10
**watchdog** [4] - 67:5,
67:24, 68:4, 68:6
**watched** [3] - 68:12,
70:5, 70:16
**watching** [3] - 46:17,
66:21, 68:22
**water** [10] - 11:9,
21:20, 21:21, 21:24,
22:1, 22:5, 24:1, 24:2,
24:4, 55:9
**wave** [1] - 22:14
**ways** [1] - 21:13
**weapon** [2] - 123:10,
123:15
**weapons** [3] - 81:17,

123:13, 123:24
**wearing** [5] - 7:1,
7:24, 46:9, 46:19,
46:21
**week** [5] - 47:24,
48:14, 48:18, 48:19,
48:20
**weekend** [5] - 9:15,
9:16, 11:22, 16:8,
134:23
**weekends** [12] -
9:11, 9:12, 9:19, 9:25,
10:1, 10:6, 10:9,
10:14, 10:18, 49:3,
65:16, 134:22
**welcome** [1] - 116:21
**whatsoever** [4] -
41:24, 82:19, 111:6,
148:1
**wherein** [2] - 95:19,
118:19
**white** [1] - 127:24
**whole** [2] - 103:16,
144:23
**Widson** [2] - 96:24,
100:1
**Wildor** [3] - 95:3,
96:25, 100:2
**Wilgens** [1] - 100:13
**William** [1] - 43:25
**wipe** [2] - 23:9, 23:12
**wish** [1] - 49:22
**with...** [1] - 117:19
**Witness** [4] - 36:24,
38:5, 38:11, 70:22
**WITNESS** [25] - 5:8,
5:12, 35:9, 41:5,
49:20, 62:8, 68:17,
83:16, 101:14, 103:3,
103:10, 105:5,
105:15, 106:18,
110:22, 129:9, 136:5,
140:7, 140:23,
142:11, 142:24,
145:10, 146:5,
146:24, 147:6
**witness** [34] - 4:18,
5:5, 7:4, 7:15, 8:2,
15:2, 25:5, 41:21,
44:20, 45:8, 54:9,
67:8, 83:9, 83:10,
83:23, 84:1, 84:13,
85:9, 103:1, 111:20,
111:25, 112:18,
112:21, 113:7, 113:8,
113:22, 116:2, 117:9,
119:20, 121:14,
125:10, 126:8,
148:15, 149:1
**witness's** [5] - 68:10,

70:10, 112:6, 122:12,
139:22
**witnessed** [1] -
61:18
**WITNESSES** [1] - 3:4
**witnesses** [5] -
52:23, 114:7, 114:9,
116:23, 117:2
**witnesses'** [1] -
52:24
**witnessing** [1] -
61:10
**woke** [2] - 40:18,
63:16
**women** [1] - 50:23,
51:5, 53:4
**wood** [2] - 141:7,
141:16
**Woodjerry** [1] -
100:12
**word** [3] - 34:16,
50:18, 107:12
**words** [10] - 20:10,
33:24, 34:13, 58:19,
106:19, 134:15,
134:16, 140:7, 147:8,
147:14
**worse** [7] - 141:23,
142:7, 142:11,
142:19, 142:21,
143:10, 143:22
**wrapped** [1] - 22:16
**write** [7] - 37:24,
38:2, 38:9, 131:1,
132:11, 146:7, 147:3
**writing** [2] - 130:24,
132:3
**written** [8] - 127:22,
135:23, 141:17, 147:8
**wrote** [5] - 38:6,
130:10, 130:22,
131:24, 146:19

## X

**X-x-x-x-x-x-x-x** [1]
- 5:12
**xeroxed** [4] - 69:7,
69:12, 69:13, 76:17
**Xxx** [5] - 95:2, 96:19,
97:2, 99:20, 100:3
**Xxxx** [9] - 95:3,
96:23, 96:24, 96:25,
99:25, 100:1, 100:2,
100:13
**Xxxxx** [27] - 89:2,
89:5, 94:19, 94:25,
95:1, 95:3, 96:22,
96:23, 96:25, 97:2,

99:21, 99:24, 99:25,
100:4, 100:13,
100:14, 117:13
**Xxxxxx** [15] - 94:18,
94:24, 94:25, 95:1,
96:19, 96:23, 97:1,
99:24, 100:2, 100:3,
100:4, 117:12
**Xxxxxxx** [23] - 71:17,
71:18, 95:1, 95:2,
95:3, 96:21, 96:22,
96:23, 97:1, 97:2,
97:3, 97:4, 99:20,
99:24, 99:25, 100:3,
100:4, 100:5, 100:6,
100:12
**Xxxxxxxx** [29] -
52:23, 71:24, 89:2,
89:3, 89:4, 95:2, 95:3,
96:19, 96:24, 96:25,
97:3, 99:20, 99:25,
100:1, 100:2, 100:4,
100:5, 100:6, 100:12,
123:9
**Xxxxxxxxx** [11] - 3:5,
5:7, 5:12, 43:23,
96:22, 97:2, 97:3,
99:21, 100:3, 100:12
**XXXXXXXXX** [1] -
5:8
**Xxxxxxxxxx** [3] -
95:3, 100:4, 100:14
**Xxxxxxxxxxx** [1] -
97:2

## Y

**year** [6] - 14:7, 28:17,
48:8, 48:9, 48:10,
69:1
**years** [15] - 8:6, 9:3,
12:18, 17:21, 20:18,
46:25, 58:6, 58:7,
58:8, 80:12, 81:3,
91:12, 134:13, 135:3
**yelled** [1] - 17:14
**yesterday** [1] -
112:17
**Yocauline** [1] -
100:13
**York** [1] - 1:18
**young** [24] - 46:2,
47:7, 50:23, 51:4,
51:5, 51:11, 51:14,
51:15, 52:19, 53:2,
53:4, 58:15, 63:2,
67:5, 67:23, 71:9,
72:10, 76:3, 87:16,
88:16, 88:23
**younger** [10] - 6:19,

18

67:6, 86:8, 86:25,
87:2, 87:3, 91:7,
122:25, 134:1, 141:7
 **youngest** [1] - 9:8
 **yourself** [2] - 75:25,
76:4
 **yourselves** [4] -
41:23, 82:19, 111:5,
147:25
 **Yves** [3] - 15:24,
16:3, 16:4