```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                     CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                    Plaintiff,         February 8, 2013

 6          vs.                          9:27 a.m. to 6:11 p.m.

 7    MATTHEW ANDREW CARTER,

 8                    Defendant.         Pages 1 to 208
     _____

 9

10                             JURY TRIAL
                  BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

      FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132
                                         -and-
17                              BONNIE L. KANE, ESQ.
                                UNITED STATES DEPARTMENT OF JUSTICE
18                              1400 New York Avenue, NW
                                Suite 600
19                              Washington, DC 20530

20

      FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                              ADELSTEIN & MATTERS
                                2929 Southwest Third Avenue
22                              Suite 410
                                Miami, Florida 33129
23                                       -and-
                                PHILIP R. HOROWITZ, ESQ.
24                              9130 South Dadeland Boulevard
                                Suite 1910
25                              Miami, Florida 33156
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              400 North Miami Avenue
                                Twelfth Floor
 3                              Miami, Florida 33128
                                (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

|                                    | Direct | Cross | Red. |
|------------------------------------|--------|-------|------|
| WITNESSES FOR THE GOVERNMENT:      |        |       |      |
| Peterson Xxxxx Xxxxxxx             | 5      | 21    | 44   |
| Jimmy Xxxxx                        | 48     | 105   | 155  |

EXHIBITS RECEIVED IN EVIDENCE                                    PAGE

| Government's Exhibit No. 83                      | 59 |
| Government's Exhibit No. 48                      | 66 |
| Government's Exhibit Nos. 80, 81 and 82          | 72 |
| Government's Exhibit Nos. 32-A-1, 32-B through 32-T | 81 |

```
 1            THE COURT:  Good morning.  You may be seated.

 2            United States of America versus Matthew Andrew Carter,

 3  Case No. 11-20350.

 4            Counsel, state your appearances, please, for the

 5  record.

 6            Good morning.

 7            MS. MEDETIS:  Good morning, your Honor.

 8            Maria Medetis and Bonnie Kane on behalf of the United

 9  States.

10            With us at counsels' table are Special Agents Flores

11  and Larko with the Homeland Security Investigations.

12            THE COURT:  Good morning.

13            MR. HOROWITZ:  Good morning, your Honor.

14            Phil Horowitz and Stu Adelstein on behalf of Matthew

15  Carter, who is present before the Court.

16            THE COURT:  Good morning.

17            Are we ready for the jury?

18            THE COURTROOM DEPUTY:  Still down one.

19            THE COURT:  We're still down one.

20            THE COURTROOM DEPUTY:  We're ready now, Judge.

21            THE COURT:  The jurors are here.

22            So let's bring the jury in.

23            (Whereupon, the jury entered the courtroom at

24  9:29 a.m. and the following proceedings were had:)

25            THE COURT:  You may be seated.
```

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis          5

```
 1              Good morning, ladies and gentlemen.

 2              THE JURY:  Good morning.

 3              THE COURT:  Call your next witness.

 4              MS. MEDETIS:  Yes, your Honor.

 5         The United States calls Peterson Xxxxx Xxxxxxx.

 6       PETERSON XXXXX XXXXXXX, GOVERNMENT WITNESS, SWORN

 7         THE WITNESS:  My name is Peterson Xxxxx Xxxxxxx.

 8         THE COURT:  You may proceed.

 9                       DIRECT EXAMINATION

10  BY MS. MEDETIS:

11  Q.  Good morning, Peterson.

12  A.  Good morning.

13  Q.  May I call you Peterson?

14  A.  Yes.  You may call me Peterson.

15  Q.  Peterson, do you have a nickname?

16  A.  David.

17  Q.  Can you tell us, when were you born?

18  A.  I was born in 1990.

19  Q.  And what month and day were you born?

20  A.  Month and day?  November the 5th.

21  Q.  And where were you born?

22  A.  At the General Hospital in Haiti.

23  Q.  What city?

24  A.  In the city.

25  Q.  Were you born near Port-au-Prince?
```

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis          6

1    A.   Port-au-Prince.

2    Q.   Can you tell us a little bit about your family.  Are your

3    mother and father living?

4    A.   My father is deceased, but my mom is alive.

5    Q.   And when did your father pass away?

6    A.   I was very young.  I was a baby, newborn, when he passed

7    away.  So I don't know when.

8    Q.   Do you have any brothers or sisters?

9    A.   One brother and four sisters.

10   Q.   Are they older or younger than you?

11   A.   I am the oldest.

12   Q.   And how old are you now?

13   A.   22 years old.

14   Q.   Do you know a man by the name of Matthew Carter?

15   A.   Yes.

16   Q.   Do you see him in the courtroom today?

17   A.   Yes.

18   Q.   Could you please point to him and identify a piece of his

19   clothing.

20   A.   He's wearing a white shirt.

21          MS. MEDETIS:  Your Honor, if the record could reflect

22   the witness having identified the Defendant as Matthew Carter.

23          THE COURT:  It will so reflect.

24   BY MS. MEDETIS:

25   Q.   Do you know the Defendant by any other name?

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis          7

 1   A.   Matthew Carter, Bill.

 2   Q.   When did you first meet the Defendant?

 3   A.   The first time i met him, he resided on 15.

 4   Q.   And when you say "15," is there a particular area of 15?

 5   A.   Santo.

 6   Q.   And where in Santo 15 did you first meet the Defendant?

 7   A.   In 15, inside.

 8   Q.   And was -- did you meet him in a building or were you

 9   outside?  Where did you meet him?

10   A.   I met him outside.

11   Q.   And do you remember how old you were, approximately, when

12   you first met the Defendant?

13   A.   I was very young when I first met him.  I don't recall how

14   old I was.

15   Q.   And could you describe to the jury how you met him that

16   first time.

17   A.   The way I met him, I had some friends from school who were

18   residing over there.

19   Q.   Okay.  And when you say "over there," where were your

20   friends residing?

21   A.   I'm still speaking of 15, because I resided in 15 and they

22   resided in 15.  And I was standing by the side of the street.

23   Q.   And what happened when you were standing by the side of the

24   street?

25   A.   I spoke to my friend and I went to his house.

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis        8

1    Q.   Whose house did you go to?

2    A.   Mr. Carter's house.

3    Q.   And what happened when you went to Mr. Carter's house?

4    A.   I went there.  I played with my friends.  I spent the

5    weekends.  And Mr. Carter also invited me to spend the weekends

6    there.

7    Q.   Did the Defendant's home have a name?

8    A.   Morning Star.

9    Q.   And who else lived at the Morning Star, generally?  Who

10   else lived at the Morning Star with the Defendant?

11   A.   Generally in there, Ismael, Jairo, Dickens, Peterson, Roro,

12   Patrick, Schneider, Dieucibon, Jobed, Mysender and some others.

13   Q.   And these people that you named:  Were they adults?

14   A.   Some of them were older than I was.

15   Q.   Were some of them younger than you were at that time?

16   A.   No.

17   Q.   And can you tell us what happened the first time that you

18   went to the Morning Star.

19   A.   At first, I started going to the Morning Star on weekends.

20   Then Mr. Carter moved from 15.

21   Q.   And where did he move?

22   A.   He moved to 14.

23   Q.   And was that still in Santo?

24   A.   Yes.  Still in Santo.

25   Q.   And what happened after the Defendant moved the Morning

1    Star to Santo 14?

2    A.   When he moved to 14, then I moved in with him.

3    Q.   And did you live at the Morning Star full-time then?

4    A.   Yes.  I moved in full-time.

5    Q.   And where did you sleep when you moved into the Morning

6    Star at Santo 14?

7    A.   I slept in a room.

8    Q.   Who else slept in the room with you, if anyone?

9    A.   I was there, Peterson was also there, and a brother of

10   mine.  His name is David.

11   Q.   Do you remember approximately how old you were when you

12   moved into the center full-time?

13   A.   When I moved in full-time, I was 10 years old.

14   Q.   Why did you move into the center?

15   A.   I moved in full-time because my dad had passed away and my

16   mom did not have the funds to pay for my tuition and care for

17   me.

18   Q.   And what were some of the things that you liked about the

19   center when you moved in?

20   A.   What happened there, certain things that happened that I

21   hated.  But I kept them to myself because I wanted to survive

22   and go to school.

23   Q.   So who paid for your school when you moved into the Morning

24   Star?

25   A.   Mr. Carter.

1   Q.   And how many meals a day did you get to eat when you moved

2   into the Morning Star?

3   A.   Three times a day.

4   Q.   How many meals a day did you eat when you lived with your

5   mother?

6   A.   Twice a day.

7   Q.   Did you have toys and games to play with when you lived at

8   the Morning Star?

9   A.   Yes.  They had toys.  I was not much interested in them.

10  Q.   Did there come a time when you left the Morning Star for

11  good?

12  A.   Yes.  When I left, I was 17.

13  Q.   And where was the Morning Star located at the time that you

14  left?

15  A.   At 14.

16  Q.   Was it the same house as the house that you had moved into?

17  A.   Yes.  The same house that I moved into.

18  Q.   Could you please tell the ladies and gentlemen of the jury,

19  what were the things that you did not like about living at the

20  center?

21  A.   Well, the stuff that I did not like when I was living over

22  there, sometimes the man would send the boys out on errands to

23  purchase candies for him.

24       He would give you one.  Then you have five minutes to rub

25  his legs with alcohol, scratch his head.  Then you go to sleep.

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis          11

1      Every morning, you had to get up and say good morning to

2  him in his room.  If you did not comply, he would get very

3  upset at you.

4  Q.  And what would he do with you, specifically, if you didn't

5  say good morning to him and -- let me back up.

6      When you say "him" and "he," who are you referring to?

7  A.  Mr. Carter.

8  Q.  And I want to talk about you specifically.

9      If you did not go say good morning to the Defendant, what

10 would happen to you?

11 A.  If I don't say good morning to him, sometimes he'll punish

12 me or he'll withdraw food from me.  He'll be upset at me and

13 hit me.

14 Q.  How would he hit you?

15 A.  He had a stick.  The stick had a name called -- it was

16 called "Ralph."

17 Q.  And where would he hit you?

18 A.  All over my body.

19 Q.  During the time that you lived with the Defendant at the

20 Morning Star, did the Defendant ever do anything or -- sexual

21 with you?  Did the Defendant ever do anything sexual with you?

22 A.  The sexual acts -- the bad sexual acts that he did with me,

23 he had lotion in his room.  In the mornings, when I had to go

24 say good morning, he put lotion in my hand and he forced me to

25 masturbate him.

```
 1        I was very tired about this situation.  However, I kept it
 2   to myself.  I'm still thinking about it.  It's always been in
 3   my mind.
 4   Q.  Do you remember the first time that the Defendant made you
 5   masturbate him with lotion?
 6   A.  I do not recall.  But it happens very often.
 7   Q.  Do you remember how soon after you first moved into
 8   Santo 14 that the Defendant first made you masturbate?
 9        MR. HOROWITZ:  Objection.  Asked and answered.  He
10   said he didn't recall.
11        THE COURT:  Overruled.
12        THE WITNESS:  If you ask how many times, every time I
13   stepped into his room he would make me do it.
14        MS. MEDETIS:  Your Honor, may I repeat my question?
15        THE COURT:  Yes.
16   BY MS. MEDETIS:
17   Q.  How soon after you moved into the center did the Defendant
18   start making you masturbate him?
19   A.  Several days.  Several days.
20   Q.  So several days went by before he first started making you
21   masturbate?  Is that your testimony?
22   A.  Yes.  After I moved in, several days went by.  And then he
23   got more comfortable with me.
24   Q.  And how would the Defendant get you to his room to have you
25   masturbate him?  How would he do that?
```

1    A.   He tells me that I had to say good morning to him every

2    morning.

3    Q.   Did the Defendant ever call you into his room at night?

4    A.   Yes.  He had called me to his room at night, also.

5    Q.   And how would he call you into his room at night?

6    A.   We would be sitting in the living room.  I would be

7    watching TV alone.  Then he would call me.  He'll go in the

8    shower -- he'll go in his room, close the door and call me.

9    Q.   And what would happen after the Defendant called you into

10   his room?

11   A.   He gives me the lotion, put the lotion in my hands.  He's

12   naked.  And then he forced me to masturbate him.  Once he's

13   done, he sent me to my room.

14   Q.   And where was the Defendant in his room when he forced you

15   to masturbate him?

16   A.   In his bedroom.  His bedroom was close to the living room.

17   Q.   Was he standing up in his bedroom or was he seated or lying

18   down somewhere?

19   A.   He was laying down on his bed.

20   Q.   And what would the Defendant do as you masturbated him?

21   A.   After he was done, he ejaculated and then he sent me away.

22   Q.   When you first moved into the center, did you speak

23   English?

24   A.   No.

25   Q.   Did the Defendant speak Creole?

1   A.   No.   He didn't speak Creole.

2   Q.   So, then, how did you know what to do with the Defendant?

3   How did you know to put the lotion in your hand and masturbate

4   him?

5   A.   He has the bottle of lotion in his hand.   He held on to my

6   hand, poured the lotion in my hand.   Then he pulled me closer

7   to him.   Then he pulled his penis out, took my hand and placed

8   it on his penis.   And that's all.   I did it for him.

9   Q.   After the Defendant placed your hand on his penis, did he

10   keep his hand on your hand?

11           MR. HOROWITZ:   Objection.   Leading.

12           THE COURT:   Sustained.

13           Rephrase your question.

14   BY MS. MEDETIS:

15   Q.   After the Defendant put your hand on his penis, what did

16   the Defendant do with his hand?

17           MR. HOROWITZ:   Objection.   Leading.

18           THE COURT:   Overruled.

19           THE INTERPRETER:   Would you repeat your question,

20   please, counselor.

21   BY MS. MEDETIS:

22   Q.   After the Defendant took your hand and put it on his penis,

23   what would the Defendant do with his hand?

24   A.   He kept his hand there.   Then once he was done, he grabbed

25   his -- he cleaned himself and then he sent me away to my room.

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis       15

1  Q.   Did the Defendant ever ask you or do other sexual acts with

2  you other than make you masturbate him?

3  A.   Sometimes, when he's using the shower -- well, I used to

4  use the shower in his room.  I was very young.  I didn't know

5  what was going on.

6       After I was done taking a shower, I put my clothes on.

7  Then he'll go in and take a shower.  Then he'll grab his

8  bottle, his lotion, put it in his hand -- put it in my hand and

9  force me to masturbate him.

10 Q.   Where was the Defendant as you were showering in his

11 bathroom?

12 A.   He was in his room.  After the shower, he took his clothes

13 off.  Then I put my clothes on.  Then he gave me the lotion.

14 The lotion was placed in my hand and I had to masturbate him.

15 Q.   Aside from you and the Defendant, who else living in the

16 house was allowed to use the Defendant's bathroom -- I'm

17 sorry -- the Defendant's shower?

18 A.   Tiga.  Tiga.  Almost all of us.  Because in the morning,

19 once we go up to say good morning to him, we use the shower to

20 take a shower before going to school.

21 Q.   And where was the Defendant's shower located in the house?

22 A.   In his bedroom.

23 Q.   Did there ever come a time when the Defendant tried to do

24 anything sexual with you in a warehouse at Santo 14?

25       MR. HOROWITZ:  Objection.  Asked and answered.

```
 1            THE COURT:  Overruled.

 2            THE WITNESS:  Yes.  He attempted to do something with

 3   me.

 4   BY MS. MEDETIS:

 5   Q.  Could you please describe what happened.

 6   A.  I was going to school.  And for a month, I fell a grade.

 7   And the reason I was failing my classes is because I was

 8   thinking about what was going on.  I became lazy.  I wasn't

 9   working on my schoolwork.  Then I fell.

10       Mr. Carter beat me up.  He started to beat me up, but I

11   didn't have a choice.  I resigned myself.  I let him beat me

12   up.  And I kept on going to school.

13       It was so difficult for me that I fell in my classes again

14   because, when I was in the classroom, I always kept my head

15   down.  I was thinking.  I was not concentrating on my studies.

16   Q.  And what were you thinking about?

17            MR. HOROWITZ:  Objection.  Relevance.

18            THE COURT:  Overruled.

19            THE WITNESS:  I was thinking about what Mr. Carter was

20   forcing me to do for him.  It was not something that pleased me

21   at all for him to put lotion in my hand and force me to

22   masturbate him.

23   BY MS. MEDETIS:

24   Q.  And did the Defendant ever try to do something sexual with

25   you in a warehouse?
```

P. Xxxxx Xxxxxxx - DIRECT - By Ms. Medetis        17

 1   A.  Yes.  I failed my classes.  And he had some candies in his

 2   room.  He called me to pick it up, the bag of candies, to take

 3   it to the warehouse.  I opened the door and he was standing

 4   naked inside.

 5       I bent over to pick up the bag of candies.  He attempted to

 6   grab -- to hold on to me.  I refused.

 7   Q.  Did he say anything to you after you refused?

 8   A.  Well, I decided to leave the area.  I went outside.  He

 9   started putting pressure on me, "If's you don't do it for me, I

10   will send you home."

11       The reason why I didn't want to go home, I knew that my mom

12   could not afford to pay for my tuition and I didn't want my mom

13   to think that I just didn't want to go to school, I was just

14   acting as a thug.  That's the reason why I didn't go home.

15   Q.  And how old were you when this incident with the candy

16   happened?

17   A.  I was about 17.

18   Q.  Did the Defendant ever offer you money in exchange for

19   sexual acts?

20   A.  He never offered me money, but he used to give me money

21   every Saturday.

22   Q.  And did he tell you why he was giving you the money?

23   A.  I did not know why he was giving me the money.

24   Q.  Was there ever a time that the Defendant didn't allow you

25   to eat?

 1  A.   Yes.   I spent close to two to three weeks without eating.

 2  Q.   And what had happened that caused that?

 3  A.   I stopped eating.   It was after the incident when I went to

 4  his room to pick up the bag of candies and he attempted to grab

 5  me and I didn't know what he wanted to do with me at the time.

 6  I left.   It was -- he followed me outside.   He put pressure on

 7  me.   I spent three weeks without food.

 8  Q.   Why did you spend three weeks without food?   Did the

 9  Defendant tell you?

10  A.   It was a form of punishment.

11  Q.   Punishment for what?

12  A.   Because he attempted to do an act on -- with me and I would

13  not allow him to do so.   I was getting tired of the situation.

14  Q.   And what was the act that he attempted to do with you?

15  A.   The way I see it is that he wanted to have anal sex with

16  me.

17  Q.   And what did the Defendant do to make you believe that he

18  wanted to have anal sex with you?

19  A.   By the way he grabbed me.

20  Q.   How did he grab you?

21  A.   He grabbed me and held on to me.   He had both of my hands.

22  I got upset.   I got angry.   He had some books on a shelf in the

23  bathroom and the shelf fell.   Right there, I ran.   I went

24  downstairs.

25  Q.   Do you remember how old you were when the Defendant -- let

```
 1   me rephrase that.
 2        How old were you when the Defendant sexually abused you for
 3   the last time?
 4   A.   The last time, I was 17.
 5   Q.   And what happened that last time?
 6   A.   That's the candy situation I just explained to you.  And I
 7   was -- I was very small, built-wise.
 8   Q.   And you said you left the center.  Why did you leave the
 9   center?
10   A.   I left the center because I could not take it any longer.
11   I could not accept the situation any longer.
12        So I went home.  He stated that he wanted to send me home,
13   but I decided to leave before he did so.
14   Q.   And was it the candy incident that caused you to go home?
15             MR. HOROWITZ:  Objection.  Leading.
16             THE COURT:  Sustained.
17             Rephrase your question.
18   BY MS. MEDETIS:
19   Q.   You had said that you had not eaten for several weeks when
20   you were at the center.
21   A.   Yes.
22   Q.   Who was it that caused you not to eat?
23             MR. HOROWITZ:  Objection.  Asked and answered.
24             THE COURT:  Overruled.
25             THE WITNESS:  Bill Carter.
```

1    BY MS. MEDETIS:

2    Q.   During the time that the Defendant didn't give you food,

3    where did you get food from?

4    A.   I could not leave the center to go to my house and eat

5    because the gate always -- is always locked.  So if I go out, I

6    have to go back -- come back in.  He would hit me.  He would

7    find out.  Anything he could find, he would hit me with it.

8    Q.   After the Defendant made you masturbate him, did he ever

9    give you anything?

10            MR. HOROWITZ:  Objection.  Asked and answered.

11            THE COURT:  Sustained.

12   BY MS. MEDETIS:

13   Q.   After the Defendant made you masturbate him, did he ever

14   promise you anything?

15            MR. HOROWITZ:  Objection.  Asked and answered.

16            THE COURT:  Overruled.

17            THE WITNESS:  He has not promised anything.  However,

18   whenever he goes and runs errands, he would bring stuff for me.

19   BY MS. MEDETIS:

20   Q.   And what kind of stuff would he bring for you?

21   A.   At the supermarket, he'll bring me back cookies.

22   Q.   And did the Defendant bring these cookies back to you after

23   you had masturbated him?

24   A.   After I'm done masturbating him, then he'll go for errands.

25   He brings me cookies.  And sometimes he would bring me cookies

 1    even though I didn't have to masturbate him.

 2              MS. MEDETIS:  The Government tenders this witness,

 3    your Honor.

 4              THE COURT:  Cross-examination.

 5                         CROSS-EXAMINATION

 6    BY MR. HOROWITZ:

 7    Q.  Good morning, Mr. Xxxxx Xxxxxxx.  How are you?

 8    A.  I'm fine.  Thank you.

 9    Q.  Mr. Xxxxx Xxxxxxx, we've never met, have we?

10    A.  No.

11    Q.  Do you know who I am?

12    A.  I don't know who you are.

13    Q.  When you were living with your mother, you had cousins -- a

14    cousin that was at Morning Star; did you not?

15    A.  I didn't have a cousin.  All my cousins live outside of the

16    city.

17    Q.  But you had friends that were living at Morning Star; did

18    you not?

19    A.  Yes.  I had friends.

20    Q.  And who were the friends that were living at Morning Star?

21    A.  I had Schneider.

22    Q.  Anybody else?

23    A.  It's Schneider mostly that I knew because we went to the

24    same school.

25    Q.  And you talked to Schneider about Morning Star Center; did

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          22

1   you not?

2   A.   Schneider was inside Morning Star.  And I used to talk to

3   Schneider, yes, while in school.

4   Q.   And you talked about Morning Star; did you not?

5   A.   I never talked about that.

6   Q.   This is before you went to Morning Star.

7   A.   Before I went there, I had met Schneider in 15.

8   Q.   And it was your personal understanding that the Morning

9   Star Center was a good place.  Correct?

10  A.   Yes.  I thought it was a good thing.  It was, because it

11  paid schooling for the kids.

12  Q.   And it provided school clothes for the kids?

13  A.   The school gave uniforms.

14  Q.   And Mr. Bill paid for those uniforms.  Right?

15  A.   The school -- when you go to the school, the school gave

16  you uniforms when you paid for it.

17  Q.   And the money for the uniforms came from Mr. Bill; did it

18  not?

19  A.   The school was a mission school.  When the founders came,

20  they came with the books.  They always came with the material

21  for the uniforms.  They always gifted to us the material for

22  the uniforms.

23  Q.   When you were going to start going to Morning Star, it was

24  your personal understanding that the amount and the quality of

25  food that you would receive was much better than your mother

 1   was able to provide?

 2   A.   If it's in quality, I have good taste.  I know what I like.

 3   I eat black beans, red beans, white beans.  And I used to eat

 4   it at my mother's.  I didn't see any difference in the quality.

 5   Q.   Well, if the food was that bad, why didn't you go back to

 6   your mother's?

 7            MS. MEDETIS:  Objection of the characterization of the

 8   use of the word "bad."  I don't believe that was used.

 9            THE COURT:  Sustained.

10            Rephrase your question.

11   BY MR. HOROWITZ:

12   Q.   Instead of two meals a day, you were now getting three

13   meals a day.  Correct?

14   A.   The three meals a day, that was not what was important for

15   me.  It was the education that I was looking for.

16   Q.   And through Morning Star, you were provided that education;

17   were you not?

18   A.   The opportunity I found to get that education was not a

19   real opportunity because it was an opportunity with trimmings

20   in it.

21   Q.   Well, before you got -- went into Morning Star full-time

22   and you had talked to your friend -- and what was his name

23   again?

24            MS. MEDETIS:  Objection.  Calls for hearsay.

25            MR. HOROWITZ:  I just asked for a name, your Honor.

1          THE COURT:  Rephrase your question.

2          MR. HOROWITZ:  Yes, your Honor.

3    BY MR. HOROWITZ:

4    Q.  Who was your friend that you talked to?

5    A.  Schneider.

6    Q.  Schneider.  Is it Schneider Xxx, X-x-x?

7    A.  You say "Schneider."

8    Q.  Did Schneider ever tell you --

9          MS. MEDETIS:  Objection.  Hearsay.

10          MR. HOROWITZ:  Okay.  I'll withdraw it and rephrase

11    it, Judge.

12    BY MR. HOROWITZ:

13    Q.  Based on your conversations with Schneider, it was your

14    personal understanding before you started full-time at Morning

15    Star that there was nothing going on regarding any sexual

16    contact with Mr. Carter?

17    A.  There could never be any talk of anything of Mr. Carter

18    because he pressured the boys.  They knew better than to talk

19    about what was going on inside because, if you talked outside

20    about anything that was going on inside, you'd be punished.

21    You would be beaten up on.

22    Q.  Schneider never told you a thing, did he?

23          MS. MEDETIS:  Objection.  Calls for hearsay.

24          THE COURT:  Sustained.

25

1   BY MR. HOROWITZ:

2   Q.  As a matter of fact, you've testified today that you know

3   this gentleman as "Mr. Carter."

4       When you were living in the house, you didn't call him

5   "Mr. Carter," did you?

6   A.  He has many names.

7   Q.  You used to call him "Mr. Bill."  Correct?

8   A.  That was the most popular name inside.

9   Q.  All the kids called him "Mr. Bill."  Correct?

10  A.  Everyone called him "Mr. Bill," but that's not what's

11  written in his passport.

12  Q.  You've seen his passport?

13  A.  Yes.  I saw his passport.  I used to clean his room and the

14  passport was in his room.

15  Q.  Did you go through his drawers when you were in his room?

16  A.  No.  When I go in his room, I don't have to go through his

17  drawers.  But he has them sometimes open everywhere.

18  Q.  He would just keep his passport laying out on a table?

19  A.  I told you he would have it sometimes in a suitcase and the

20  suitcase would be open.

21  Q.  And you grabbed the passport without permission to look

22  through it?

23          MS. MEDETIS:  Objection.  Relevance.

24          THE COURT:  Overruled.

25          THE WITNESS:  You have to know that it was us boys who

 1   cleaned the room.  So sometimes we would go inside, clean the

 2   room, and some things were not in their place.

 3          We saw that he had a firearm.  We saw he had

 4   documents.  If we had to move something to clean under it like

 5   the suitcase was in a bad position, of course we would move it

 6   to clean, to sweep, to dust.  And if it was there, we saw it.

 7   I'd look in it.

 8   BY MR. HOROWITZ:

 9   Q.  You went through this man's personal belongings when you

10   cleaned his room?

11          MS. MEDETIS:  Objection.  Argumentative.  Objection.

12   Asked and answered.

13          THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.  What else did you go through?

16          MS. MEDETIS:  Objection.  Argumentative.  Objection.

17   Relevance.

18          THE COURT:  Sustained as to relevance.

19   BY MR. HOROWITZ:

20   Q.  Did you take anything?

21   A.  I never took anything from his room because the only thing

22   I wanted was an education.  I didn't need to dirty my name.

23   Q.  You didn't steal any money from him?

24   A.  That was never done by me and I would never do something

25   like that till the day I die.

 1   Q.   Even if it was just laying around in a suitcase?

 2        MS. MEDETIS:  Objection.  Asked and answered.

 3        THE COURT:  Sustained.

 4   BY MR. HOROWITZ:

 5   Q.   During your stay at the Morning Star, it moved from

 6   Santo 14 to Santo 15.

 7        Do you remember your testimony regarding that?

 8   A.   You got it that I left.  When I left, I moved back to

 9   Santo 15 because my mother lived in Santo 15.  I didn't stay at

10   the center.

11   Q.   The question was, Mr. Xxxxx Xxxxxxx:  Do you remember when

12   the Morning Star Center moved from Santo 14 to Santo 15?  Yes

13   or no.

14   A.   I had said that the center was in Santo 15, then it moved

15   to Santo 14.

16   Q.   Now, you said your mother lived in Santo 15; did she not?

17   A.   Yes.  Because my mom lived in Santo 15, I lived there.  I

18   met Mr. Carter.

19   Q.   Where your mother lived on Santo 15 was close to the

20   Morning Star Center; was it not?

21   A.   Not next.  No.

22   Q.   Close?

23   A.   No.

24   Q.   How far away was your mother's house on Santo 15 from the

25   Morning Star Center when it was located on Santo 15?

```
 1   A.  Well, it could be about 40 minutes.

 2   Q.  Even though they're both on Santo 15?

 3   A.  Both were in Santo 15.

 4   Q.  They were close to each other.  You could walk to your

 5   mother's house.

 6   A.  I didn't have any permission to leave.

 7   Q.  As a matter of fact, Santo 15 is a street; is it not?

 8   A.  It's not only one street.  There are courts.  There are

 9   roads.  There are avenues.

10   Q.  But you could walk to your mother's house --

11          MS. MEDETIS:  Objection.  Asked and answered.

12          THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.  -- from Morning Star Center at Santo 15?

15          THE COURT:  Sustained.

16   BY MR. HOROWITZ:

17   Q.  Did you ever walk to your mother's house?

18          MS. MEDETIS:  Objection.  Vague.  From where?

19          MR. HOROWITZ:  The witness hasn't said he doesn't

20   understand the question.

21          MS. MEDETIS:  I don't understand the question.

22          THE COURT:  Rephrase your question.

23   BY MR. HOROWITZ:

24   Q.  While you were living at the Morning Star Center on

25   Santo 15, did you ever walk to your mother's house?
```

1    A.   I'm repeating again to you, I never went to my mother's

2    house from Santo 15.  The only time I went to my mother's house

3    was when the center moved to Santo 14.

4    Q.   And you could have stayed at your mother's house at any

5    time.  Correct?

6    A.   Yes.  I could live at my mother's anytime I wanted to.  But

7    as I wanted an education and my mother couldn't afford to give

8    it to me, I went and lived over there.

9    Q.   Well, let's talk about your education.

10        You're not a good student, are you?

11   A.   What made me a bad student up to now, to today, is that,

12   with the treatment I got from Mr. Carter, it stressed me out so

13   much that I could not study.

14   Q.   You chose not to study.  Correct?

15            MS. MEDETIS:  Objection.  Relevance.

16            THE COURT:  Overruled.

17   BY MR. HOROWITZ:

18   Q.   Yes or no, sir.

19   A.   I'm not the one who chose not to study.

20   Q.   You chose not to do your homework.  Correct?

21   A.   No.  It's because what Mr. Carter was doing to me was so

22   bad that that's all I had in my thoughts, in my mind, and then

23   I became lazy.

24   Q.   You chose not to read your schoolbooks.  Correct?

25   A.   All you are saying here is what Mr. Carter did to me that

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          30

1   made me work bad in school.

2   Q.  When you had a test in school, it was you who chose not to

3   study for the test?

4          MS. MEDETIS:  Objection.  Relevance.  Objection.

5   Asked and answered.

6          THE COURT:  Sustained.

7   BY MR. HOROWITZ:

8   Q.  When you were at Morning Star Center, every morning was

9   started with devotions; were they not?

10         MS. MEDETIS:  Objection.  Relevance.

11         THE COURT:  Overruled.

12         MS. MEDETIS:  Objection.  Beyond the scope.

13         THE COURT:  Overruled.

14         THE WITNESS:  Yes.  Every day started in a prayer at

15  the center.  But with the actions Mr. Carter made, up to today,

16  I don't think any of his prayers did anything for us, and I'm

17  starting not to believe in any prayers.

18  BY MR. HOROWITZ:

19  Q.  You testified that every day, every morning, you went into

20  Mr. Carter's bedroom.

21         Do you recall that?

22  A.  Yes.  Every day I went to Mr. Carter's room.

23  Q.  During this time, how many kids were living at the Morning

24  Star Center?

25  A.  I never counted how many there were living there.  There

```
 1   were also kids who came for weekends.  I never controlled or
 2   counted how many there were.
 3   Q.  More than 10 kids?
 4   A.  There was more than 20.
 5   Q.  And more than 20 children -- let me strike that.
 6       And it's your testimony that every day, every morning, you
 7   went into Mr. Carter's bedroom and masturbated him?
 8           MS. MEDETIS:  Objection.  Recharacterization of the
 9   testimony.
10           THE COURT:  Overruled.
11           THE WITNESS:  If I did not go in Mr. Carter's room to
12   say good morning to him every day and if I chose not to
13   masturbate him, I could sometimes not be fed any food or be
14   punished or beaten on.
15   BY MR. HOROWITZ:
16   Q.  Isn't it true, Mr. Xxxxx Xxxxxxx, that all 20 kids would
17   say good morning to Mr. Carter in his bedroom every day?
18   A.  Sometimes he would be in the living room.  Some would say
19   good morning to him in the living room.  Some would say good
20   morning to him in the bedroom.
21       But once you went in the bedroom, you may get stuck there
22   with having to put lotion in your hand and to masturbate him.
23   Q.  Of the 20 children that were living at the Morning Star
24   Center, how many said good morning to Mr. Carter in his
25   bedroom?
```

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          32

1   A.   The moment that I finished saying good morning to him and

2   if I had to put lotion in and masturbate him, I didn't have a

3   notebook in my hand and a pen in my hand to count and write

4   down how many kids went after me or before me to go in his room

5   to say good morning to him.  I just went down and played a

6   little basket or whatever I had to do that day.

7   Q.   And you'd go into Mr. Carter's room again when you got back

8   from school; did you not?

9   A.   After school, he usually would be in the clinic.  You would

10  find him most of the time in the clinic.  I would go and go to

11  my room.

12  Q.   And you'd go back at night, according to your testimony.

13  Is that correct?

14  A.   My -- my words that I've said here, my testimony, is that,

15  at night, I had to go tell him that I was going to bed and he

16  always had alcohol for me to rub on his legs for him.

17  Q.   And this is every night for seven years that you lived at

18  the Morning Star Center?

19  A.   You can't want it to be only me -- all of this would be

20  only on me.  We were many that had to do that for him.

21  Q.   And you said that you went into his room every morning for

22  seven years?

23       MS. MEDETIS:  Objection.  Asked and answered.

24  Objection.  Mischaracterization of the testimony.

25

```
 1    BY MR. HOROWITZ:

 2    Q.  Is that correct?

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Again, I was not the only one that had

 5    to do it for him.  I sometimes went and said good morning to

 6    him and then I would go out, shower, put my uniform and go to

 7    school.  Someone else's turn it was to go and do it for him.

 8    BY MR. HOROWITZ:

 9    Q.  But I thought you didn't talk about this with any other

10    boys at the Morning Star Center.

11    A.  You have to understand, it's a known fact between us

12    without speaking because it was a secret and we were not

13    talking about it.

14         All of us knew that the moment you went in and, if he

15    wanted -- he had the power, none of us had the authority to say

16    "no" or anything.

17         He had the power to choose, and you had to do it for him,

18    whoever you are.  Whichever boy he wanted had to do it for him.

19    It's a known fact.

20    Q.  Isn't it true that, since you've left the Morning Star

21    Center, that you and the former residents of the Morning Star

22    Center have gotten together to discuss this?

23    A.  The time that I spoke of this, it's while I was at work.

24    They advised me that they were -- the Government was looking

25    for me as a witness, and I went.  I met with the Government and
```

1   I gave them my testimony.  That's who I talked to.

2   Q.  Did you talk to your friend Schneider?

3           MS. MEDETIS:  Objection.  Vague.

4           THE COURT:  Sustained.

5           Rephrase your question.

6   BY MR. HOROWITZ:

7   Q.  Have you talked to your friend Schneider recently?

8   A.  I haven't spoken to him.

9   Q.  Now, when you talked to the Government, you told them that

10  you're living in a tent city now; are you not?

11  A.  From the time I left Mr. Carter, I've been working on a

12  motorcycle, taking care of myself.  Yes, after a time, I lived

13  under some -- I lived in a tent city.

14  Q.  And you told the Government that, since Mr. Carter's

15  arrest, that some of the kids are hurting because they lost

16  their school funding, their food, their clothes and their

17  shelter.  Is that true?

18  A.  When they asked me, I was telling the Government my story.

19  When they asked me what was going on with my life before asking

20  me what happened in the center, of course I told them what was

21  going on around.

22      I told them there was no shelter because there was an

23  earthquake.  Mr. Carter got arrested.  Of course the kids were

24  not going to school.  Even I couldn't go to school, even though

25  I was working.  So it was hard times for everybody at that

 1    time.

 2    Q.   Do you remember talking to Special Agent Timothy M. O'Coin

 3    of the United States Secret Service on May 23rd, 2011?

 4    A.   Could you repeat the name.

 5    Q.   Special Agent Timothy M. O'Coin from the United States

 6    Secret Service on May 23rd, 2011.

 7    A.   I spoke with a special agent.  Yes.

 8    Q.   Do you remember telling that agent that you and the other

 9    kids in Mr. Carter's program were suffering due to his absence?

10            MS. MEDETIS:  Objection.  Asked and answered.

11            THE COURT:  Sustained.

12    BY MR. HOROWITZ:

13    Q.   Do you remember telling the agent and asking him what

14    incentive there was for you or any of the other kids to talk?

15    A.   Up to now, I will say again that I did speak to the

16    Government and said what was hurting me.  They wanted to give

17    us this service, to do this work for us, to clean up what

18    happened to our lives.

19    Q.   But you wanted something from the Government in order to

20    talk to them; did you not?

21    A.   That was never done, one.  And I never told them that.

22    Q.   You were never given anything from the Government other

23    than some money to get on a tap-tap to go home or to come to

24    see them and maybe a bottle of water and some food.  Correct?

25    A.   Yes.  That's what they did for me because they knew that,

1  at home, if I didn't have the money for the transportation,

2  someone had to pay transportation for me to get to them,

3  because I didn't have the money to pay transportation.

4  Q.  But you wanted more; did you not?

5          MS. MEDETIS:  Objection.  Asked and answered.

6          THE COURT:  Overruled.

7          THE WITNESS:  No.

8  BY MR. HOROWITZ:

9  Q.  Because there was no incentive for you to talk unless they

10  gave you more?

11          THE COURT:  Is that a question?

12          MR. HOROWITZ:  I thought so.

13          THE COURT:  I'm sorry?

14          MR. HOROWITZ:  I thought so.  Let me -- I'll rephrase

15  it, your Honor.

16  BY MR. HOROWITZ:

17  Q.  Was there any incentive for you to talk to them unless the

18  Government gave you more -- no.  Let me strike that.  Let me

19  see if I can rephrase it.  I'll do even better.  I'll move on

20  to another area.

21      Mr. Xxxxx Xxxxxxx, Mr. Bill didn't kick you out of the

22  house, did he?

23  A.  Mr. Bill may have decided to kick me, but it was already my

24  decision to leave.

25  Q.  You left on your own.  Is that a fair statement?

  1   A.   Yes.

  2   Q.   And this was right after the point where you've testified

  3   you didn't have any food for three weeks?

  4   A.   It was when I was in there I didn't have any food for three

  5   weeks.

  6   Q.   And in those three weeks where you had no food, did you

  7   have any water?

  8   A.   Yes.  There was a pump outside in the yard.  So I drank

  9   water.

 10   Q.   So in the three weeks that you didn't have any food, did

 11   you faint at all?

 12   A.   I didn't faint.

 13   Q.   You didn't have any medical issues for -- with no food for

 14   three weeks?

 15   A.   I had nothing.  I was just thinking in my thoughts.

 16   Q.   And none -- your testimony was that none of the kids gave

 17   you any food for three weeks, none of the other residents at

 18   Morning Star Center?

 19        MS. MEDETIS:  Objection.  Mischaracterization of the

 20   testimony.

 21        THE COURT:  Sustained.

 22        Rephrase your question.

 23   BY MR. HOROWITZ:

 24   Q.   You also testified that you couldn't leave the Morning Star

 25   Center.

1       Do you recall that testimony?

2    A.  I didn't testify to that.

3    Q.  You -- did you testify that you couldn't leave because the

4    gate was always locked?  Do you remember that?

5    A.  The gate was always locked.  You had to ask permission of

6    Mr. Carter for it to be unlocked for you to go out.  If you had

7    find a way to get out without his permission, when you came

8    back, what happened to you would happen to you, because

9    whatever he had around him, he would hit you with it.

10   Q.  The gate wasn't always locked, Mr. Xxxxx Xxxxxxx.  How did

11   you get to school?

12   A.  When you are going to school, the gate is open.  But there

13   was no school inside at that time.

14   Q.  The only time, Mr. Xxxxx Xxxxxxx, the gate was locked was

15   at night for your own safety.  Is that correct?

16   A.  Well, if you know, in Haiti, there's no one who would be

17   sleeping if everything wasn't locked -- if your door wasn't

18   locked.

19   Q.  And that's why the gate was locked at night, because Haiti

20   can be a dangerous place?

21   A.  Yes.  It's because Haiti has no security that, especially

22   at night, you have to stay inside.  You couldn't dare adventure

23   yourself out because you would have no safety.

24   Q.  And you talked about Mr. Bill running errands.

25       Do you remember that?

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          39

 1   A.   Would you ask the question.

 2   Q.   Sure.

 3        Do you remember testifying about Mr. Bill running errands

 4   and some cookies?  Do you remember that?

 5   A.   Yes.  He would buy candy.

 6   Q.   He would buy candy and cookies not just for you, but for

 7   everyone at the Morning Star?

 8   A.   Yes.  For all the kids in the center.

 9   Q.   In addition, Mr. Bill would give all children money on

10   Saturdays; would he not?

11   A.   Yes.  Everybody had money on Saturdays.

12   Q.   Do you know what an allowance is?

13        MR. HOROWITZ:  I don't know how well that translates

14   into Creole.

15        THE INTERPRETER:  It warrants an explanation.

16        MR. HOROWITZ:  That's fine.

17        THE INTERPRETER:  (Confers with the witness in

18   Creole.)

19        THE WITNESS:  It's only normal because, if I'm going

20   to play and then there's a selling lady that's selling candies,

21   so I should be able to buy my little own candy.

22   BY MR. HOROWITZ:

23   Q.   And Mr. Bill would give you money as well as all the other

24   children at the Morning Star Center every Saturday morning for

25   the week?

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          40

1    A.   Yes.  He gave it to all of us.

2           MR. HOROWITZ:  May I have one moment, your Honor?

3           THE COURT:  Yes.

4    BY MR. HOROWITZ:

5    Q.   During the time that you were living at the Morning Star

6    Center, did Mr. Bill travel to the United States?

7    A.   He did that often.

8    Q.   When he went to the United States, how long would his trips

9    be for?

10   A.   Sometimes he would spend a month out.

11   Q.   Did you ever get to go to the United States with him?

12   A.   I never was that lucky.

13   Q.   During his trips to the United States, did you ever try to

14   leave the Morning Star Center permanently?

15   A.   I never did that.

16          MR. HOROWITZ:  May I have one moment, your Honor?

17          THE COURT:  Yes.

18          MR. HOROWITZ:  No further questions.  Thank you,

19   Judge.

20          THE COURT:  Redirect.

21          MR. HOROWITZ:  Judge, before we have redirect, I left

22   out one area.

23          THE COURT:  Go ahead.

24          MR. HOROWITZ:  I apologize.

25          THE COURT:  No problem.

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          41

```
 1   BY MR. HOROWITZ:

 2   Q.   Mr. Xxxxx Xxxxxxx, prior to your testimony here, did you

 3   have -- did you have a group meeting with the prosecutors and

 4   the agents in Haiti?

 5   A.   Yes.  We had a meeting that updated us on what was going on

 6   and when we would be coming to testify on what happened to us.

 7   Q.   You were at two of these meetings; were you not?

 8   A.   Yes.  I went to those meetings.

 9   Q.   September 26, 2012, and December 12th, 2012?

10   A.   Yes.

11   Q.   At the first meeting, there were about 28 people there;

12   were there not?

13   A.   Yes.  I think so.

14   Q.   Before the Government updated you on what was going on, did

15   you speak with the other 27 people that were there?

16   A.   Yes.  There was no big conversation.  We don't live in the

17   same place.  We all live at different places.  The only person

18   I met was -- one on one was with the Government.

19   Q.   Did you talk to the other people that were there?

20          MS. MEDETIS:  Objection.  Asked and answered.

21          THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   The second meeting on December 12th, a couple months ago,

24   was even bigger; was it not?

25          MS. MEDETIS:  Objection as to the use of the word
```

 1  "bigger."

 2          THE COURT:  Sustained.

 3          Rephrase your question.

 4  BY MR. HOROWITZ:

 5  Q.  This one had almost 40 people at it; did it not?

 6  A.  Well, if you say 40, I don't know.  But I've never seen

 7  more than 40 or....

 8  Q.  As a matter of fact, this meeting was held at what used to

 9  be a former sugar factory; was it not?

10  A.  It was at a park, champ de sucre.

11  Q.  And champ de sucre translates as to what in English -- let

12  me rephrase that.

13          THE INTERPRETER:  I'm sorry.

14          MR. HOROWITZ:  Let me rephrase it.

15  BY MR. HOROWITZ:

16  Q.  The building is a former sugar factory that is now a park

17  and, also, has a large convention center-type room?

18  A.  Yes.  It has all of Dessalines' cannons in the yard.  It

19  has all of Dessalines' cannons in the yard and all the

20  historical things in the yard.

21  Q.  Who did you see at that meeting that you knew?

22  A.  All the boys that I knew were there.

23  Q.  Did you talk about your testimony with the boys that you

24  knew before the prosecutors and the agent got there?

25  A.  I could not give them my testimony because my testimony

P. Xxxxx Xxxxxxx - CROSS - By Mr. Horowitz          43

 1  stayed in my heart.

 2  Q.  Did you talk with the boys that you knew after they left?

 3        MS. MEDETIS:  Objection as to the use of the word

 4  "they."

 5  BY MR. HOROWITZ:

 6  Q.  "They" being the prosecutors and the agents that are to my

 7  left and your right --

 8        THE COURT:  Why don't you rephrase the question,

 9  please.

10        MR. HOROWITZ:  Yes, your Honor.

11  BY MR. HOROWITZ:

12  Q.  After the people sitting at that table left and went back

13  to the embassy or wherever they went, did you and the boys that

14  you knew discuss your testimony?

15  A.  After the meeting, everybody looked for their way back

16  home.  Everybody left and went back home.

17  Q.  Now, these are a group of boys that you've known almost all

18  your life.  Is that correct?

19  A.  Yes.  Some of them I've known, that I knew.  But some -- I

20  did not know them at all.  After the meeting, everybody hit the

21  road back home.  There was no more meeting.

22  Q.  And it's your testimony that you never said a word about

23  this?

24  A.  Yes.  I have never spoken of this.  Today I came.  I washed

25  my mouth.  I brushed my teeth.  I ate.  I came here and I gave

P. Xxxxx Xxxxxxx - REDIRECT - By Ms. Medetis        44

1   my testimony.

2           MR. HOROWITZ:  One moment, your Honor.

3           No further questions.

4           THE COURT:  Redirect.

5                    REDIRECT EXAMINATION

6   BY MS. MEDETIS:

7   Q.  Peterson, I'd like to clarify something that you testified

8   to on cross-examination.  Defense counsel asked you if you

9   spoke to Schlender Xxx recently, if you speak to him.

10          Do you remember that?

11  A.  Yes.  I remember.

12  Q.  Do you speak with Schlender, generally?  Are you in contact

13  with him?

14  A.  We are here together.  I see him.  We say hello to each

15  other for the moment.

16  Q.  Have you ever spoken to him about your testimony here

17  today?

18  A.  I cannot discuss my private life with him.

19  Q.  Have you ever spoken about what you talked about here today

20  with other boys that you lived with at the house?

21  A.  I never did so.

22  Q.  Why haven't you spoken to anybody about the sexual abuse

23  that the Defendant committed against you?

24          MR. HOROWITZ:  Objection to the form of the question.

25          THE COURT:  Sustained.

```
 1                 Rephrase your question.

 2   BY MS. MEDETIS:

 3   Q.   Why haven't you spoken to anybody that you know from the

 4   Morning Star about what you testified here today?

 5   A.   I never did so because what I told today in court is my

 6   story.   It's what happened to me.   I'm not here to discuss

 7   anybody else's private life.   I can tell what happened to me,

 8   not to anybody else.   So I had no reason to discuss my

 9   testimony with anyone.

10   Q.   Have you ever been promised anything by anybody in exchange

11   for your testimony here today?

12   A.   I'm just here to give my testimony and then go home.

13   That's it.

14   Q.   So has anybody given you anything in exchange for your

15   testimony here today?

16   A.   No.   It did not happen.

17   Q.   Has anybody forced you to be here today?

18   A.   No one forced or coerced me.   I'm an adult.   I'm no longer

19   a child.

20   Q.   Why are you here testifying about these personal things

21   here today?

22             MR. HOROWITZ:   Objection.

23             THE COURT:   Ground?

24             MR. HOROWITZ:   Relevance and beyond the scope and

25   form.
```

 1          THE COURT:  Sustained.

 2    BY MS. MEDETIS:

 3    Q.   Why are you here today?

 4          MR. HOROWITZ:  Same objection, your Honor.  Same

 5    question.

 6          THE COURT:  Overruled.

 7          THE WITNESS:  I'm here today to testify about what

 8    happened to me.

 9          MS. MEDETIS:  No further questions, your Honor.

10          THE COURT:  You may step down, sir.

11          (Witness excused.)

12          THE COURT:  Call your next witness.

13          MS. KANE:  The United States calls Schlender Xxx.

14          MS. MEDETIS:  Your Honor, the United States calls

15    Jimmy Xxxxx.  I apologize.

16          Your Honor, I believe the witness is in the rest room.

17          THE COURT:  Okay.  Stretch break.

18          MR. ADELSTEIN:  Does that include us, too?

19          THE COURT:  Yes.  Of course.

20          We have a request for a rest room break.  So we'll --

21    we're going to take just five minutes because we're going to be

22    breaking in a short time for lunch.

23          So do not discuss this case either amongst yourselves

24    or with anyone else.  Have no contact whatsoever with anyone

25    associated with the trial.

```
 1              Do not read, listen or see anything touching on this
 2    matter in any way, including anything on the Internet,
 3    anything in the media, anything on any access device.
 4              If anyone should try to talk to you about this case,
 5    you should immediately instruct them to stop and report it to
 6    my staff.
 7              You may leave everything in your chairs.  Please be
 8    back in the jury room in seven minutes.
 9              (Whereupon, the jury exited the courtroom at
10    11:03 a.m. and the following proceedings were had:)
11              THE COURT:  We're back on United States of America
12    versus Matthew Andrew Carter, Case No. 11-20350.
13              Counsel, state your appearances, please, for the
14    record.
15              MS. MEDETIS:  Good morning, your Honor.
16              Maria Medetis and Bonnie Kane on behalf of the United
17    States, with Special Agents Larko and Flores at counsels'
18    table.
19              MR. HOROWITZ:  Good morning once again, your Honor.
20              Phil Horowitz and Stu Adelstein on behalf of Matthew
21    Carter, who's present before the Court.
22              MR. ADELSTEIN:  Good morning.
23              THE COURT:  A little longer than seven minutes.  It's
24    dangerous to let me back in there.  I get grabbed by other
25    cases.
```

```
 1                   Let's bring the jurors in.

 2                   So who is next?

 3              MS. MEDETIS:  Jimmy Xxxxx, your Honor.

 4              (Whereupon, the jury entered the courtroom at

 5    11:23 a.m. and the following proceedings were had:)

 6              THE COURT:  You may be seated.

 7              Call your next witness.

 8              MS. MEDETIS:  The United States calls Jimmy Xxxxx.

 9                 JIMMY XXXXX, GOVERNMENT WITNESS, SWORN

10              THE COURTROOM DEPUTY:  Thank you.  You may be seated.

11              If you would, state your name and give the spelling of

12    your last name.

13              THE WITNESS:  My name is Xxxxx, Jimmy, X-x-x-x-x.

14              MS. MEDETIS:  May I proceed, your Honor?

15              THE COURT:  Yes.

16                           DIRECT EXAMINATION

17    BY MS. MEDETIS:

18    Q.  Good morning, sir.

19        May I call you Jimmy?

20    A.  Yes.

21    Q.  Can you tell us what -- when you were born?

22    A.  September 29, 1989.

23    Q.  And how old are you now?

24    A.  I'm 24 years old.

25    Q.  And where were you born?
```

J. Xxxxx - DIRECT - By Ms. Medetis          49

 1  A.   I was born at La Chapelle, Artibonite.

 2  Q.   What country is that in?

 3  A.   Haiti.

 4  Q.   Tell me a little bit about your family.  Are your parents

 5  living?

 6  A.   My parents are living and they reside in the countryside.

 7  I have five sisters and three brothers.

 8  Q.   Do you know a man named Bill Carter?

 9  A.   Yes.

10  Q.   And do you see him in the courtroom today?

11  A.   Yes.

12  Q.   Could you please point to him and describe what he's

13  wearing.

14  A.   He's sitting right over there and he's wearing a white

15  shirt.

16           MS. MEDETIS:  Your Honor, could the record reflect

17  that the witness has identified the Defendant as Bill Carter?

18           THE COURT:  It will so reflect.

19  BY MS. MEDETIS:

20  Q.   And do you know a man named Matthew Carter?

21  A.   Yes.

22  Q.   Is he in the courtroom today?

23  A.   Yes.

24  Q.   Could you please point to him and identify him by what he's

25  wearing.

1    A.   He's sitting right over there and he's wearing a white

2    shirt.

3          MS. MEDETIS:   Your Honor, if the record could reflect

4    the witness has identified the Defendant again as Matthew

5    Carter.

6          THE COURT:   It will so reflect.

7    BY MS. MEDETIS:

8    Q.   Do you know a man named Matthew Andrew Carter?

9    A.   No.

10   Q.   What do you call the Defendant?

11   A.   Bill Carter.

12   Q.   How did you first meet the Defendant?

13   A.   I met Mr. Bill Carter while I was in my neighborhood, by my

14   house.

15   Q.   And what neighborhood was your house in?

16   A.   Santo.   Santo 14.

17   Q.   And can you describe the circumstances of when you first

18   met the Defendant.

19   A.   I was in my neighborhood and he was going -- he was heading

20   home.   While he was heading home, he saw me.   And each time we

21   would see each other, he always waved at me.   One day, he

22   stopped and he asked me to come and visit him at his home.

23   Q.   And how old were you when the Defendant stopped and asked

24   you to come visit him at his home?

25   A.   I was 9 years old at the time.

1  Q.   And did you, in fact, go see the Defendant at his home

2  ever?

3  A.   Yes.  I spoke to my parents and I was granted authorization

4  to go to his house and visit.

5  Q.   And where was his house?

6  A.   At the time, he resided at Santo 14.

7  Q.   And who else lived with the Defendant at that time?

8  A.   Several other boys resided with the Defendant at the time.

9  Q.   And can you please tell the ladies and gentlemen of the

10  jury, what was your first visit like at the Defendant's home?

11  A.   The first time I got to the center, he showed me the house.

12  He introduced me to the other boys.  At the time, I spent more

13  time with him because I didn't know the other boys, and I sat

14  next to him.

15  Q.   And at that time when you spent more time with the

16  Defendant, what did you do -- what kinds of things did you do

17  with the Defendant on that first visit?

18  A.   Like I stated earlier, my first visit, I mostly remained

19  with him.  He sat me on his lap.  I sat next to him.  And I was

20  sitting on his lap and he was, you know, running his hand on

21  me.

22  Q.   Where on you was he running his hand?

23  A.   My legs, my back, things like that.

24  Q.   While the Defendant had you on his lap, did he touch you

25  anywhere else other than your legs and your back?

1    A.   Yes.   Eventually, he moved his hand closer to my private

2    area.

3    Q.   When you say "private area," what do you mean?

4    A.   My penis.

5    Q.   And you said the Defendant moved his hand closer to your

6    penis.

7         Did he touch your penis?

8    A.   Yes.

9    Q.   Was the Defendant's hand on top of your clothing or

10   underneath your clothing when he was touching your penis?

11   A.   On top of my clothes.

12   Q.   And while you were sitting on the Defendant's lap and he

13   was touching your penis on top of your clothes, did the

14   Defendant do anything else at that time, at that moment?

15   A.   When I realized what he was doing, I asked him if I could

16   play with the other boys because I wanted to leave.

17   Q.   Now, you referred to the Defendant's home as "the center."

18        What do you mean by that?

19   A.   It's a center with several other boys.

20   Q.   And does the center have a name -- or did the center have a

21   name at that time?

22   A.   Yes.   The center was Morning Star Center, Centre Etoile du

23   Matin.

24           MS. MEDETIS:   And could the interpreter please spell

25   Centre Etoile du Matin for the benefit of the court reporter.

 1              THE INTERPRETER:  Yes.  C-e-n-t-r-e, Centre.  Etoile,

 2     E-t-o-i-l-e.  Third word, du, d-u.  Matin, M-a-t-i-n.

 3              THE COURT REPORTER:  Thank you.

 4     BY MS. MEDETIS:

 5     Q.  And on your first visit to the Morning Star, how did you

 6     like it?

 7     A.  I appreciated the first visit because I was able to find

 8     several other boys to play with, something I did not have by my

 9     house.

10              MR. ADELSTEIN:  Excuse me.  Could we approach?

11              THE COURT:  Come on up.

12              (Whereupon, the following proceedings were had at

13     side-bar outside the presence of the jury:)

14              MR. ADELSTEIN:  I'm somewhat confused because the

15     interpreter is not translating the questions in Creole to him.

16     He's answering the questions without any interpretation.  I

17     don't know why we're using the interpreter.

18              MS. MEDETIS:  I didn't notice that.

19              MR. ADELSTEIN:  Yes.  She has not interpreted any of

20     the questions, just his answers.  So I'm confused as to why

21     we're doing it this way.

22              MS. MEDETIS:  I didn't notice that.  As far as I know,

23     he's been using the interpreter to interpret the questions

24     during trial prep.  If you want, I can voir-dire the witness

25     and ask.

1           THE COURT:  Why don't you do that.

2           MS. MEDETIS:  In the presence of the jury or outside

3    the presence of the jury?

4           THE COURT:  I think you can do it in front of the

5    jury.

6           MR. ADELSTEIN:  Thank you.

7           (Whereupon, the following proceedings were had in open

8    court:)

9    BY MS. MEDETIS:

10   Q.  Jimmy, what's your first language?

11   A.  Creole.

12   Q.  And what other languages do you speak?

13   A.  I speak some French.

14   Q.  And what other language do you speak?

15   A.  I also speak some English.

16   Q.  And what language do you feel most comfortable testifying

17   in today?

18   A.  Creole.  Creole.  I'm more comfortable in Creole.

19           THE COURT:  Go ahead.

20   BY MS. MEDETIS:

21   Q.  You were saying what kind -- I had asked you what kinds of

22   things -- I'm sorry.  Let me rephrase.

23      I had asked you how did you like the center when you first

24   visited.  Could you please respond.

25   A.  I liked the center when I first visited it because, at my

 1    house, I did not have a television.  And whenever I visited,

 2    they fed me.  I played with the other boys who resided at the

 3    center.  I appreciated it.  I enjoyed it.

 4    Q.   And you said they fed you at the center when you went.

 5         Who fed you?

 6    A.   Mr. Bill Carter ordered whoever was preparing the meal to

 7    set aside a plate for me.

 8    Q.   And how was life at the center when you visited different

 9    from life with your family?

10    A.   Life was different at the center.  I was able to get three

11    square meals a day, PlayStation to play with, TVs.  You can

12    watch any movies you want.  And kids to play with.

13    Q.   Did you have those things at your home with your family?

14    A.   No.

15    Q.   Why didn't you have those things at home with your family?

16    A.   Because I come from a very, very poor background.

17    Q.   Did there come a time when you slept at the Morning Star

18    Center or -- when you slept or spent the night at the Morning

19    Star Center?

20    A.   Yes.

21    Q.   How did that come about?

22    A.   I started by being a frequent visitor to the center and

23    then Mr. Bill Carter asked me if I could sleep over.

24    Q.   And did you sleep over?

25    A.   Yes.

J. Xxxxx - DIRECT - By Ms. Medetis          56

1    Q.   And how often did you sleep over at the Morning Star Center

2    after the Defendant invited you to sleep over?

3    A.   I used to sleep over every weekend.

4    Q.   Did there come a time when you moved into the center

5    full-time?

6    A.   Yes.

7    Q.   And how did it come -- how did it come about that you moved

8    into the center full-time?

9    A.   I started visiting the center every weekend.  Eventually,

10   Mr. Bill Carter appreciated me and invited me to move in.

11   Q.   And when you say the Defendant appreciated you, what do you

12   mean by that?

13   A.   He likes the way I behave while I was at the center.

14   Q.   And when you moved into the center -- when you started

15   visiting the center on the weekends and sleeping over, where

16   was the center located?

17   A.   At the time, the center was located at Santo 14 --

18   Santo 14-B.

19   Q.   And when you moved in full-time, where was the center

20   located?

21   A.   Santo 14 -- Santo 14-A.

22   Q.   And when did you move out of the center for good,

23   permanently?

24   A.   I do not recall the exact date when I moved out completely.

25   But I know I went back and forth where I spent two months at

J. Xxxxx - DIRECT - By Ms. Medetis          57

1    home and then go back there.

2    Q.   How old were you when you left the center for good?

3    A.   I was about 18.

4    Q.   And where was the center located at that time?

5    A.   The center was located at Santo 15.

6    Q.   Aside from Santo 14-A and 14-B and Santo 15, did you live

7    at any other locations with the Defendant in the Morning Star?

8    A.   Yes.

9    Q.   Where was the Morning Star located?

10   A.   Tabarre 23.

11   Q.   So when you first moved in, the center was located in

12   Santo 14?

13   A.   Yes.

14   Q.   And then where did the center move after that?

15   A.   Then the center relocated from Santo 14 to Santo 15.

16   Q.   And then, after 15, did the center move somewhere else?

17   A.   Yes.

18   Q.   Do you remember where it moved?

19   A.   It relocated to Croix des Bouquets.  We went back to

20   Santo 14, then relocated to Tabarre.

21   Q.   And when you moved out permanently and stopped being a

22   resident, where was the center located?

23            MR. ADELSTEIN:  Objection.  Asked and answered.

24            THE COURT:  Sustained.

25

1    BY MS. MEDETIS:

2    Q.   Where was the last placed you lived with the Defendant?

3    Where was that?

4              MR. ADELSTEIN:  Objection.  Asked and answered.

5              THE COURT:  Sustained.

6              MS. MEDETIS:  I've just shown defense counsel what's

7    been marked for identification as Government's Exhibit 83.

8              May I approach, your Honor?

9              THE COURT:  Yes.

10             THE WITNESS:  Yes.

11   BY MS. MEDETIS:

12   Q.   I've just shown you what's been marked for identification

13   purposes as Government's Exhibit 83.

14        Do you recognize that?

15   A.   Yes.

16   Q.   And what is that?

17   A.   It is my picture, my picture.

18   Q.   And do you know approximately how old you were when this

19   picture was taken?

20   A.   9 years old.

21   Q.   And do you know who took the picture?

22   A.   Mr. Bill Carter.

23   Q.   And does this picture fairly and accurately depict you as

24   you appeared when you were 9 years old?

25   A.   Yes.

 1           MS. MEDETIS:  Your Honor, at this time the Government

 2    would move to admit Government's Exhibit 83 into evidence.

 3           THE COURT:  It will be admitted as Government's

 4    Exhibit 83.

 5           (Whereupon, Government's Exhibit No. 83 was entered

 6    into evidence.)

 7           THE COURT:  You may publish.

 8    BY MS. MEDETIS:

 9    Q.  Had you yet moved into the center full-time when this

10    picture was taken?

11    A.  When he took this picture, I was a visitor during the

12    weekends.

13    Q.  I'd like to direct your attention to when you first moved

14    in -- to when you first visited the center on the weekends, if

15    I may.  Okay?

16    A.  When I first moved?

17    Q.  When you first started visiting on the weekends.

18    A.  Yes.

19    Q.  Did the Defendant when you were visiting on the weekends

20    try to do anything sexual with you?

21    A.  Yes.

22    Q.  Do you remember the first time the Defendant did anything

23    sexual with you?

24    A.  Yes.

25    Q.  When was that?

J. Xxxxx - DIRECT - By Ms. Medetis                    60

1   A.   One night, I was watching TV in his room.  It was getting

2   late.  Some other young boys were also in his room.  They left

3   and I fell asleep while watching TV in his room.  He asked me

4   to come into his bed.  Then he sucked my penis.

5   Q.   You said you had fallen asleep.

6        Where had you fallen asleep?

7   A.   In the room.

8   Q.   And how did you get to the Defendant's bed?

9   A.   He picked me up.  He called me and put me in the bed.

10  Q.   And after he put you in the bed, what happened next?

11  A.   He sucked my penis.

12  Q.   As the Defendant sucked your penis, what was he doing with

13  his hands?

14  A.   After he was done sucking my penis, he put some lotion on

15  his penis.

16  Q.   And then what happened after the Defendant put lotion on

17  his penis?

18  A.   He forced me to masturbate him.  I didn't know how to do it

19  and he showed me how.

20  Q.   How did the Defendant show you how to masturbate him?

21  A.   He took my hands, placed it and showed me the movements.

22  Q.   After the Defendant took your hand, where did he place it?

23  A.   On his own penis.

24  Q.   And then, after the Defendant placed your hand on his

25  penis, what did the Defendant do with his hand?

1   A.   After he showed me what to do, he removed his hands and I

2   continued.

3   Q.   And how long, if you remember, did you masturbate the

4   Defendant?

5   A.   I've done it for him for a long time.  I mean, ever since I

6   moved in with -- in his house I've done it.

7   Q.   What happened after you stopped masturbating the Defendant

8   on that first occasion?

9   A.   He ejaculated and he asked me to go back to the boys' room.

10  Q.   What happened the next day?

11  A.   The next day, I got up.  I woke up.  And things were

12  just -- usually, in the morning, you have to go to his room and

13  say good morning to him.  You give him a hug.  Then he'll place

14  you on his bed, and he likes to touch you.

15  Q.   Did the Defendant ever place you -- you specifically -- on

16  his bed when you went to go say good morning to him?

17             MR. ADELSTEIN:  Objection.  Leading.

18             THE COURT:  Sustained.

19             Rephrase your question.

20  BY MS. MEDETIS:

21  Q.   When you would go say good morning to the Defendant, what,

22  if anything, would happen when you would say good morning in

23  the Defendant's room?

24  A.   I get up early in the morning.  It's a routine.  Very early

25  in the morning.  You go to his room to say good morning.  You

1    give him a hug.

2         While you're hugging him, he'll just place you on the bed

3    and then, if he wants to be masturbated that day, then he'll

4    make you do it.

5    Q.   And how would the Defendant make you masturbate him?

6    A.   He knows the routine.  He would put you on the bed.  He's

7    on the bed.  He put lotion in your hand.  By then, you knew

8    what to do.  The minute he poured the lotion in your hand, you

9    knew that he wanted to be masturbated.  And that's what I did.

10   Q.   And where did the Defendant keep the lotion that he poured

11   into your hand?

12   A.   The nightstand.

13   Q.   And what would -- what was the Defendant wearing when you

14   would go say good morning to him?

15   A.   He sleeps naked.

16            THE COURT:  We're going to break for lunch.

17            Do not discuss this case either amongst yourselves or

18   with anyone else.  Have no contact whatsoever with anyone

19   associated with the trial.

20            Do not read, listen or see anything touching on this

21   matter in any way, including anything in the media, anything on

22   the Internet or anything on any access device.

23            If anyone should try to talk to you about this case,

24   you should immediately instruct them to stop and report it to

25   my staff.

 1            You may leave your notebooks at your chairs.  Please

 2    be back in the jury room at 1:30.  We'll be in recess until

 3    1:30.

 4            (Whereupon, the jury exited the courtroom at

 5    11:53 a.m. and the following proceedings were had:)

 6            THE COURT:  You may be seated for a moment.

 7            Sir, you are not to discuss your testimony with anyone

 8    or permit anyone to discuss it with you.

 9            We're in recess until 1:30.

10            THE WITNESS:  Yes.

11            (Thereupon, a luncheon recess was taken, after which

12    the following proceedings were had:)

13            THE COURT:  We're back on United States of America

14    versus Matthew Andrew Carter, Case No. 11-20350.

15            Good afternoon.

16            Counsel, state your appearances, please, for the

17    record.

18            MS. MEDETIS:  Good afternoon, your Honor.

19            Maria Medetis and Bonnie Kane on behalf of the United

20    States with Special Agents Larko and Flores at counsels' table.

21            MR. HOROWITZ:  Good afternoon, your Honor.

22            Phil Horowitz and Stuart Adelstein on behalf of

23    Matthew Carter, who's present before the Court.  Mr. Hope is

24    joining us this afternoon.

25            THE COURT:  Counsel, please approach for one moment.

```
 1                   (Whereupon, the following proceedings were had at

 2      side-bar outside the presence of the jury:)

 3                   THE COURT:  A number of the jurors expressed to

 4      Patricia that one of the interpreters is a little bit too

 5      animated in her -- when she's interpreting and it's distracting

 6      to them.

 7                   So I am just going to caution them that they should

 8      not -- they should be as stoic as possible in their body

 9      language when they're interpreting.

10                   MR. ADELSTEIN:  Yes, ma'am.

11                   While we're here, how late are we working today?

12      3:30?

13                   THE COURT:  No.  Somewhere -- between 5:00 and 5:30,

14      probably.

15                   MR. ADELSTEIN:  Thank you.

16                   THE COURT:  It's Friday.

17                   MR. HOROWITZ:  Thank you, Judge.

18                   (Whereupon, the following proceedings were had in open

19      court:)

20                   THE COURT:  Madam Interpreters, please, when you are

21      interpreting, be as stoic as possible.  Otherwise, it's too

22      distracting for the jurors.  So no body language.  Just

23      straight interpretation.  Okay?

24                   THE INTERPRETER:  Your Honor, we are interpreters of

25      all the emotions.  When any of the attorneys raise their
```

     1    voices, we raise our voices.  When the attorneys are impatient,

     2    we are impatient in the questioning.

     3              THE COURT:  But I am now instructing you that I don't

     4    want you to be the interpreters of all the emotions, to tone it

     5    down, because the jurors are finding it distracting.

     6              So it's important for the jurors to be able to

     7    concentrate on the testimony by the witness and the proceedings

     8    and understanding the proceedings.

     9              If there's something that one of the attorneys says,

    10    they need to be able to concentrate on whether I sustain an

    11    objection or overrule an objection pursuant to the instructions

    12    that I have given them.  And they are finding it distracting.

    13    Okay?

    14              Let's bring the jurors in, please, and the witness.

    15              (Whereupon, the jury entered the courtroom at

    16    1:46 p.m. and the following proceedings were had:)

    17              THE COURT:  You may be seated.

    18              You are still under oath, sir.

    19              You may proceed, Ms. Medetis.

    20              MS. MEDETIS:  Your Honor, I'm showing what's been

    21    marked for identification purposes as Government's Exhibit 48

    22    to defense counsel.

    23              THE COURT:  I'm sorry.  I didn't hear the number of

    24    the exhibit.

    25              MS. MEDETIS:  48, your Honor.

 1              THE COURT:  48.

 2              MS. MEDETIS:  Your Honor, permission to approach the

 3  witness?

 4              THE COURT:  You may.

 5  BY MS. MEDETIS:

 6  Q.  Jimmy, I've handed you what's been marked for

 7  identification purposes as Government's Exhibit 48.

 8       Do you recognize that?

 9  A.  Yes.

10  Q.  Can you tell us generally what that is.

11  A.  It's a picture of all the boys.

12  Q.  And do you know who took those pictures?

13  A.  Yes.

14  Q.  And who took those pictures?

15  A.  Bill Carter.

16  Q.  And the pictures in Government's Exhibit 48:  Do they

17  fairly and accurately depict the boys as they appeared at the

18  time the photos were taken?

19  A.  Yes.

20              MS. MEDETIS:  Your Honor, at this time the United

21  States would move to admit Government's Exhibit 48 into

22  evidence.

23              THE COURT:  It will be admitted as Government's

24  Exhibit 48.

25              (Whereupon, Government's Exhibit No. 48 was entered

1    into evidence.)

2          THE COURT:  You may publish.

3    BY MS. MEDETIS:

4    Q.  Jimmy, can you tell us, are you in this document?

5    A.  Yes.

6    Q.  If you could, circle your picture on the touch screen as to

7    where you are so that the jury can see where you are in this

8    document.

9    A.  (Witness complies.)

10   Q.  Are these all the boys that lived with you -- let me

11   rephrase.

12       The boys in this exhibit:  Did they all live at the Morning

13   Star Center with you in the spring of 2003?

14   A.  Yes.

15   Q.  And where were you when this photograph was taken of you?

16   A.  I resided at Centre Etoile du Matin, which was located at

17   Santo 14 at the time.

18   Q.  So were you at Santo 14 when the picture was taken?

19   A.  Yes.

20   Q.  And looking at the top row of photographs, there's a boy

21   named David at the top row.  I'll zoom in.

22       Is that the real name of the boy that's in that picture?

23   A.  No.

24   Q.  What is his name?

25   A.  Peterson Xxxxx Xxxxxxx.

1   Q.   And why is the picture labeled David?

2          MR. ADELSTEIN:  Objection.  Calls for a conclusion and

3   speculation.

4          THE COURT:  Sustained.

5          Rephrase your question.

6   BY MS. MEDETIS:

7   Q.   What is the name David?

8          MR. ADELSTEIN:  Objection.  Calls for hearsay.

9          THE COURT:  Sustained.

10          Rephrase your question.

11   BY MS. MEDETIS:

12   Q.   Does Peterson Xxxxx Xxxxxxx have a nickname?

13   A.   Yes.

14   Q.   What is his nickname?

15          MR. ADELSTEIN:  Objection.  Calls for hearsay.

16          THE COURT:  Overruled.

17          THE WITNESS:  David.

18          MS. MEDETIS:  Your Honor, permission to publish what's

19   previously been admitted as Government's Exhibit 49 and 50?

20          THE COURT:  You may.

21   BY MS. MEDETIS:

22   Q.   Jimmy, I'm showing you what's been previously admitted as

23   Government's Exhibit 49.

24          Are you in this exhibit?

25   A.   Yes.

```
 1    Q.   Could you please circle where you are in this exhibit.

 2    A.   (Witness complies.)

 3    Q.   I'm now showing you what's previously been admitted as

 4    Government's Exhibit 50.

 5         Is your photograph in this exhibit?

 6    A.   Yes.

 7    Q.   And could you please circle where you appear in this

 8    exhibit.

 9    A.   (Witness complies.)

10    Q.   What are you holding in this exhibit -- in that photograph,

11    rather?

12    A.   Huh?

13    Q.   What are you holding in the picture?

14    A.   I have a ball -- a soccer ball with me.

15    Q.   And where did you get that soccer ball?

16    A.   It was my Christmas gift that I received from Mr. Bill.

17    Q.   Do you remember when that was?

18    A.   2003.

19         MS. MEDETIS:  Permission to approach, your Honor?

20         THE COURT:  You may.

21    BY MS. MEDETIS:

22    Q.   Jimmy, could you please write your name next to your

23    photograph on Government's Exhibit 49.

24    A.   Yes.

25    Q.   And could you also do the same thing for Government's
```

J. Xxxxx - DIRECT - By Ms. Medetis          70

1   Exhibit 50, write your name next to your photo.

2   A.   (Witness complies.)

3   Q.   Those two exhibits that you just signed your name to:  Who

4   created those?

5   A.   Bill Carter.

6   Q.   Do you know why he created those?

7            MR. ADELSTEIN:  Objection.

8            THE COURT:  Sustained.

9            Rephrase your question.

10  BY MS. MEDETIS:

11  Q.   Do you have personal knowledge about the reason the

12  Defendant created those?

13  A.   (Witness speaking in Creole.)

14           MR. ADELSTEIN:  I'm going to object as nonresponsive,

15  your Honor.  It calls for a "yes" or "no" and he's giving a

16  whole explanation.

17           THE COURT:  Overruled.

18           THE WITNESS:  The reason why he created the document,

19  I know we had a board at the center where he placed all the

20  pictures, all of them.

21           (Witness continues in Creole.)

22           MR. ADELSTEIN:  I would object.

23           THE COURT:  Wait for a question, sir.

24           MR. ADELSTEIN:  It's nonresponsive.

25           MS. MEDETIS:  Your Honor, permission to approach?

1          THE COURT:  You may.

2    BY MS. MEDETIS:

3    Q.  Jimmy, I've handed you what I've already shown to defense

4    counsel as Government's Exhibits 80 and 81.  They've been

5    marked as such for identification purposes.

6          Do you recognize those?

7    A.  Yes.

8    Q.  And how do you recognize them?

9    A.  Because I'm part of them and I was there when they were

10   taken.

11   Q.  And Government's Exhibits 80 and 81:  What are they,

12   generally?  Could you describe what those are to the jury?

13   A.  Yes.

14   Q.  And if you could, what are they?  If you could describe

15   them for the jury.

16   A.  This is a pamphlet with all the pictures of the boys who

17   resided at the home.

18   Q.  I'm sorry.

19        Are you in -- depicted in Government's Exhibits 80 and 81?

20   A.  Yes.

21          MS. MEDETIS:  Your Honor, permission to approach?

22          THE COURT:  Yes.

23   BY MS. MEDETIS:

24   Q.  Jimmy, I've handed you what's been marked for

25   identification purposes as Government's Exhibit 82.

1       Do you recognize that?

2   A.  Yes.

3   Q.  And how do you recognize that?

4   A.  Because I was there when it was taken.

5   Q.  And what is Government's Exhibit 82, generally?

6   A.  It's a pamphlet with the pictures of all the boys.

7   Q.  Now, the photos in Government's Exhibits 80, 81 and 82:  Do

8   they fairly and accurately depict the boys as they appeared

9   during the times those photographs were taken?

10  A.  Yes.

11  Q.  And who took those photographs, if you know?

12  A.  Bill Carter.

13          MS. MEDETIS:  Your Honor, at this time the Government

14  would move to admit Government's Exhibits 80, 81 and 82 into

15  evidence.

16          THE COURT:  They will be admitted as Government's

17  Exhibits 80, 81 and 82.

18          (Whereupon, Government's Exhibit Nos. 80, 81 and 82

19  were entered into evidence.)

20          THE COURT:  You may publish.

21  BY MS. MEDETIS:

22  Q.  Showing you, Jimmy, what's been admitted into evidence as

23  Government's Exhibit 80, generally speaking, who are the people

24  depicted in Government's Exhibit 80?

25  A.  The boys who resided at the home, at the center.

J. Xxxxx - DIRECT - By Ms. Medetis          73

1    Q.   And the exhibit lists the date as September, 2004.

2         Where was the center located at this time when these

3    photographs were taken?

4    A.   Santo 14-A.

5    Q.   And were you living there at that time?

6    A.   Yes.

7    Q.   Could you circle your picture so that the jury can see

8    where you are on this exhibit.

9    A.   (Witness complies.)

10   Q.   I'm now showing you what's been admitted into evidence as

11   Government's Exhibit 81.

12        Are you in this exhibit?

13   A.   Yes.

14   Q.   And can you circle this picture so the jury can see where

15   you are.

16   A.   (Witness complies.)

17   Q.   Were you living at the Morning Star at the time this

18   picture was taken?

19   A.   Yes.

20   Q.   And at the time this picture was taken, where was the

21   Morning Star located?

22   A.   Tabarre 23.

23   Q.   I'm now showing you what's been admitted into evidence as

24   Government's Exhibit 82.

25        Where was the Morning Star Center located at the time these

J. Xxxxx - DIRECT - By Ms. Medetis                74

1   photographs were taken?

2   A.   Tabarre.

3   Q.   And were you living at the Morning Star at the time these

4   photographs were taken?

5   A.   Yes.

6   Q.   And are you in this particular exhibit?

7   A.   No.

8   Q.   The boys that are in this exhibit:  Were they living with

9   you at the center in Tabarre at this time?

10  A.   Yes.

11  Q.   And how long did you live at the Morning Star Center when

12  it was located at Tabarre, approximately?

13  A.   Approximately one year.

14  Q.   And how old were you when you left the Tabarre location?

15  A.   18 years old.

16  Q.   After you left, did you ever return to the Morning Star

17  Center at Tabarre?

18  A.   Yes.

19  Q.   And what was the reason for returning to the center?

20  A.   I went back to the center because I wanted to go back.  I

21  wanted to go back to the center.

22  Q.   And did you go back to live there?

23  A.   Yes.

24  Q.   Did you have a job when you went back?

25  A.   Yes.  Usually, when you reside in a home, everybody has a

 1   chore.

 2   Q.  And did you continue living at the center until the center

 3   was closed down on May 8th, 2011?

 4   A.  Yes.

 5        MS. MEDETIS:  Your Honor, at this time the Government

 6   is showing defense counsel what's been marked as Government's

 7   Exhibits 32-A through 32-T, as in "Tom."

 8   BY MS. MEDETIS:

 9   Q.  Now, Jimmy, when you returned to the center, were you

10   living there -- when you returned to the center in Tabarre and

11   you lived there until it closed, were you living there

12   full-time?

13   A.  I stayed there for a period of time.  Then I moved to

14   another location not far away from the center, and Mr. Bill

15   Carter was paying the rent for all the boys there.

16   Q.  And when you were living at the place where the Defendant

17   was paying your rent, did you ever go to Tabarre to visit?

18   A.  Yes.  I was sleeping there.  I was sleeping at the center,

19   but I spent my days there.

20   Q.  Did you ever stay overnight at the center when the

21   Defendant was away traveling?

22   A.  Yes.

23   Q.  And what was your job at the center when the Defendant was

24   away traveling?

25   A.  I was in charge of the security of the younger boys, to

 1   make sure they do what they were supposed to do.

 2              MS. MEDETIS:  Could I have just a moment, your Honor?

 3              THE COURT:  Yes.

 4              MS. MEDETIS:  Your Honor, permission to approach?

 5              THE COURT:  Yes.

 6   BY MS. MEDETIS:

 7   Q.   Jimmy, I've handed you what's been marked for

 8   identification purposes as Government's Exhibit 32-A through

 9   32-T.  Could you please take a look at those for a moment.

10        Jimmy, now that you've had a chance to look at Government's

11   Exhibits 32-A through 32-T, do you recognize those exhibits?

12   A.   Yes.

13   Q.   And, generally, what are they?

14   A.   A piece of paper showing the house.

15   Q.   Which house?

16   A.   Tabarre 23.

17   Q.   And do the photographs depicted in Government's

18   Exhibits 32-A through 32-T fairly and accurately reflect the

19   Tabarre house as you recall the Tabarre house when you lived in

20   it?

21   A.   Yes.

22              MS. MEDETIS:  Your Honor, at this time the United

23   States would seek to admit Government's Exhibits 32-A through

24   32-T into evidence.

25              MR. ADELSTEIN:  Your Honor, we have no objection

1    except for 32-A.

2              MS. MEDETIS:  Permission to approach, your Honor?

3              MR. ADELSTEIN:  Here it is.

4              MS. MEDETIS:  Your Honor, can we approach?

5              THE COURT:  Oh.  You want to come up side-bar.  I'm

6    sorry.  I thought you wanted to approach the witness.

7              MS. MEDETIS:  My bad, your Honor.

8              THE COURT:  You may approach.

9              (Whereupon, the following proceedings were had at

10   side-bar outside the presence of the jury:)

11             MS. MEDETIS:  Your Honor, I'm handing you

12   Exhibit 32-A, which is the exhibit that defense counsel is

13   objecting to.  It is the entrance of the Tabarre house.

14             MR. HOROWITZ:  Judge, the reason for our objection is

15   law enforcement is in both ends of the picture.  We would have

16   no objection to that exhibit going in with law enforcement

17   removed.  It accurately shows the Morning Star with the number

18   23 on Tabarre 23.

19             MS. MEDETIS:  Your Honor, we're going to be

20   admitting -- or seeking to admit testimony regarding the search

21   of the Tabarre location with law enforcement and we'll be using

22   that picture with a law enforcement officer who was among the

23   law enforcement officers to conduct the search.

24             So the Government's not entirely clear as to why there

25   needs to be a cropped photograph.

J. Xxxxx - DIRECT - By Ms. Medetis          78

1          THE COURT:  Was this at the time of the search?

2          MS. MEDETIS:  This photograph was at the time of the

3    search.  At this point, we're only going to ask:  What is this

4    a picture of?  We expect that the witness is going to say this

5    is the front entrance of the Tabarre location.

6          THE COURT:  And you intend to introduce evidence of

7    the execution of the search warrant there?

8          MS. MEDETIS:  Correct, through a different witness.

9          THE COURT:  And utilize this picture at that time?

10          MS. MEDETIS:  Yes, Judge.

11          MR. HOROWITZ:  Judge, if they want to mark it, admit

12    it later, or subject to tying it up later, that's fine.

13          THE COURT:  You're not concerned it brings more

14    emphasis bringing it in redacted than bringing it in fully?

15    It's fairly innocuous.

16          I wouldn't even know that the person on the right is

17    law enforcement.  He's wearing a green shirt and khaki pants,

18    with no insignia on it.

19          There is a gentleman who seems to be -- from a

20    layperson's point of view, looks like a police officer.  He has

21    a white shirt with a badge on it -- embroidered badge or badge.

22    I can't tell whether it's on the shirt or pinned on the shirt.

23    He has brown pants with a yellow stripe.

24          But I just don't see what the prejudice is in having a

25    police officer standing in front of the premises.

1           MR. HOROWITZ:  The witness is going to testify that

2     that photograph fairly and accurately represents the scene.

3     And it doesn't because of the presence of law enforcement as to

4     this witness, unless he saw them.

5           MS. MEDETIS:  That's not the question that I'm going

6     to ask the witness, your Honor.  I'm going to ask:  What is

7     this?  Is this a fair and accurate -- what is this?

8           The witness is only going to be testifying that it is

9     the entrance of the Tabarre location.  I don't plan on asking

10    the witness who's depicted in the photograph whatsoever.

11          THE COURT:  If you want to have this redacted

12    photograph introduced now and then, if it becomes relevant,

13    I'll allow them to introduce the other photograph.  I don't

14    think it really makes that big a difference.

15          MR. HOROWITZ:  That's fine, Judge.

16          MS. MEDETIS:  That's fine, your Honor.  We would have

17    done a better job of cropping it.  That's all.  I'm not a fan

18    of their artwork.

19          MR. HOROWITZ:  Stuart is not allowed to play with

20    scissors.

21          THE COURT:  So how did you cut it?

22          MR. ADELSTEIN:  Mr. Horowitz did.  Otherwise, it would

23    have been zigzagged.

24          THE COURT:  We'll put in the redacted version.  Then

25    if it becomes relevant or probative, you can introduce the

1   other photograph at the time of the execution of the search.

2            MS. MEDETIS:  Okay, your Honor.

3            THE COURT:  Yes?

4            MS. MEDETIS:  I will label this -- I don't even know

5   what to --

6            MR. HOROWITZ:  32-A-1.  How's that?

7            MS. MEDETIS:  Okay.  Just a moment to get an exhibit

8   sticker, your Honor.

9            THE COURT:  Sure.

10           (Whereupon, the following proceedings were had in open

11  court:)

12           MS. MEDETIS:  Your Honor, permission to approach the

13  witness?

14           THE COURT:  Yes.

15  BY MS. MEDETIS:

16  Q.  Jimmy, I've just handed you what's been marked for

17  identification purposes as Exhibit -- Government's

18  Exhibit 32-A-1.

19       Do you recognize that?

20  A.  Yes.

21  Q.  And can you tell us what that is.

22  A.  The front gate of the center, Tabarre 23.

23           MS. MEDETIS:  At this time the Government would move

24  to admit Government's Exhibit 32-A-1 into evidence, please.

25           THE COURT:  And did you also move previously 32-B

1    through 32-T?

2              MS. MEDETIS:  Yes, your Honor.

3              MR. ADELSTEIN:  No objection.

4              THE COURT:  They will be admitted as Government's

5    Exhibits 32-A-1 and 32-B through 32-T.

6              (Whereupon, Government's Exhibit Nos. 32-A-1 and 32-B

7    through 32-T were entered into evidence.)

8              THE COURT:  You may publish.

9    BY MS. MEDETIS:

10   Q.  Can you tell the ladies and gentlemen of the jury what this

11   is again.  I'm showing you what's been admitted into evidence

12   as Government's Exhibit 32-A-1.

13   A.  Right now, you are looking at the front gate of the center

14   located at Tabarre 23.

15   Q.  And showing you what's been admitted into evidence as

16   Government's Exhibit 32-B, what is that?

17   A.  This is the yard when you first go inside.  You see the

18   clinic also there.

19   Q.  So what is on the right side of Government's Exhibit 32-B?

20   What do we see there?

21   A.  A small clinic that we had at the center.

22   Q.  And to the left of the photograph, what is that?

23   A.  To the left, it's a porch.

24   Q.  Showing you what's been admitted as Government's

25   Exhibit 32-C, what is that?

J. Xxxxx - DIRECT - By Ms. Medetis          82

1   A.   It's a porch.

2   Q.   If you were to enter the porch that is depicted in 32-B --

3   on the left side of 32-B, what would you see?

4   A.   The porch.

5   Q.   Would you see what's depicted in 32-C?

6            MR. HOROWITZ:  Objection.  Leading.

7            THE COURT:  Sustained.

8            Rephrase your question.

9   BY MS. MEDETIS:

10  Q.   I'm sorry.

11       Can you please tell us again what is depicted in 32-C.

12  A.   You're looking at the porch of the center.

13  Q.   And, generally, what activities would take place on the

14  porch at the center?

15  A.   This is where Mr. Bill Carter eats.  And when we have

16  meetings, this is where we would meet.

17  Q.   Where would you eat?

18  A.   In the yard, outside.

19  Q.   And why didn't you eat there where the Defendant ate?

20           MR. ADELSTEIN:  Objection.  Form, speculation,

21  hearsay.

22           THE COURT:  Sustained.

23           Rephrase your question.

24  BY MS. MEDETIS:

25  Q.   Did you ever eat where the Defendant ate?

1    A.  If I had his permission, yes.

2    Q.  Directing your attention to the right side of Government's

3    Exhibit 32-C, in the background, what is that?

4    A.  It's a board.  It had the name of the boys, chores,

5    assignments.  Everything is posted there.

6    Q.  Showing you what's been admitted as Government's

7    Exhibit 32-D, what is that?

8    A.  It's a list of names.  It has the boys' names there.

9    Q.  What boys?

10   A.  The boys who resided at the house with me.

11   Q.  Showing you Government's Exhibit 32-E, what is that?

12   A.  This is the living room.  We watched TV there.

13   Q.  Showing you Government's Exhibit 32-F, what is that a photo

14   of?

15   A.  This is the living room.

16   Q.  If you were -- what is this toward the bottom of the photo?

17   A.  Chairs.  We used the sofas to watch TV.

18   Q.  And if you were sitting on the sofas or the chairs facing

19   the television, what room would be behind you?

20   A.  If I'm sitting on the sofa watching TV, the room behind me

21   would be the room of Mr. Bill Carter.

22   Q.  Did of the room of the Defendant have a door?

23   A.  No.

24   Q.  Showing you what's been admitted as Government's

25   Exhibit 32-G, what is that a photo of?

1    A.   This is the bedroom of Mr. Bill Carter.

2    Q.   Government's Exhibit 32-H:   What is that?

3    A.   This is the bedroom of Bill Carter.

4    Q.   And what perspective or vantage point is the photograph

5    taken from?

6    A.   The person who took the picture is standing in the bedroom

7    and he's facing -- he or she is facing the living room.

8    Q.   And so what is in the doorway or the entranceway of the

9    Defendant's bedroom?

10   A.   A curtain.

11   Q.   Have you ever been in the Defendant's bedroom at the

12   Tabarre location as depicted in Government's Exhibit 32-G?

13   A.   Yes.

14   Q.   If you were sitting on the Defendant's bed, could you see

15   the television room from the bed?

16   A.   Yes.

17   Q.   If you were sitting in the television room, could you see

18   inside the Defendant's bedroom from the television room?

19   A.   Yes.

20   Q.   And I'm referring to this room right here in 32-E --

21   A.   Yes.

22   Q.   -- and 32-F.

23        I'm showing you what's been admitted as Government's

24   Exhibit 32-I.

25        What is that a photograph of?

1  A.  This is a picture of the gentleman's room, Mr. Bill.

2  Q.  And if you were entering the Defendant's bedroom, what side

3  of the room is depicted in the photograph?

4  A.  On the right side.

5  Q.  If you were in the bedroom, laying in the bed, then what

6  side of the room would that be?

7          MR. ADELSTEIN:  Objection.  Asked and answered.

8          THE COURT:  Overruled.

9          THE WITNESS:  On the left side.

10  BY MS. MEDETIS:

11  Q.  Showing you Government's Exhibit 32-J, what is that?

12  A.  It is still inside Mr. Carter's room.

13  Q.  And if you were walking into the Defendant's bedroom, what

14  side of the room is depicted in Government's Exhibit 32-J?

15  A.  The left side.

16  Q.  Showing you Exhibit -- Government's Exhibit 32-K, what is

17  this?

18  A.  This is something that has all the documents for the kids.

19  Q.  And where in the Tabarre center was this located?

20  A.  In the bedroom of Mr. Bill Carter.

21  Q.  I'm showing you Government's Exhibit 32-L.

22      Directing your attention to the right side of the

23  photograph, what is depicted right here on the right side of

24  the photograph?

25  A.  This is a door.  It's an entrance to the boys' room.

J. Xxxxx - DIRECT - By Ms. Medetis                86

1   Q.   And from what perspective or vantage point is this

2   photograph taken?

3   A.   The person who took that picture stood up in the living

4   room.

5   Q.   If you were sitting in the Defendant's bedroom, could you

6   see that hallway or entranceway from the Defendant's bedroom?

7           MR. ADELSTEIN:  Objection.

8           THE COURT:  Grounds?

9           MR. ADELSTEIN:  Form, predicate.

10          THE COURT:  Sustained.

11          Rephrase your question.

12  BY MS. MEDETIS:

13  Q.   You've been in the Defendant's bedroom?

14          MR. ADELSTEIN:  Objection.  Leading.

15          THE COURT:  Overruled.

16          THE WITNESS:  Yes.

17  BY MS. MEDETIS:

18  Q.   And standing in the Defendant's bedroom, looking out of the

19  Defendant's room, what do you see?

20  A.   You see the living room.

21  Q.   Can you see this hallway or entranceway?

22  A.   If you're standing in front of this bedroom, yes.  You can

23  see the hallway.

24  Q.   You said that this hallway leads to the boys' bedrooms.

25          If you were standing at the entrance of the hallway

J. Xxxxx - DIRECT - By Ms. Medetis                    87

 1   depicted in 32-L, which direction would you have to go to

 2   see -- to get into the boys' bedrooms?

 3   A.   To your right.

 4   Q.   And if you were standing in front of this entrance and you

 5   turned left, what would you see?

 6   A.   The warehouse where we keep food, boxes.  And they also

 7   have some spaces and some boys slept there, also.

 8   Q.   Showing you Government's Exhibit 32-M, what is that a

 9   picture of?

10   A.   This is the hallway.

11   Q.   Is this the hallway that you were just discussing in 32-L?

12   A.   Exactly.

13   Q.   And which direction would you have to turn in the hallway

14   to get to 32-M?

15   A.   What's 32-M?

16   Q.   I'm sorry.  This is 32-M.

17        If you were standing at the entrance of the hallway, which

18   direction would you have to turn to get to what's depicted in

19   32-M?

20   A.   Right.

21   Q.   Are you sure it's right?

22             MR. ADELSTEIN:  Objection.

23             THE COURT:  Sustained.

24   BY MS. MEDETIS:

25   Q.   Okay.  32-L --

1          MR. ADELSTEIN:  Move to strike that last comment.

2          THE COURT:  I sustained the objection.

3          MS. MEDETIS:  My apologies.

4    BY MS. MEDETIS:

5    Q.  Showing you 32-N, as in "Nancy," what is that a photograph

6    of?

7    A.  This is the warehouse.

8    Q.  I'm showing you Government's Exhibit 32-O.

9          What is that a photograph of?

10   A.  This is the boys' room.

11   Q.  And if you were standing at the entryway depicted to the

12   right side of Exhibit 32-L, this photograph I'm showing you

13   now, which direction would you have to turn to get to this room

14   in 32-O?

15   A.  To the right.

16   Q.  Just to clarify -- because I'm a bit confused -- earlier

17   you said you would turn right to get to this room.

18          MR. ADELSTEIN:  Objection.  Argumentative, asked and

19   answered and argumentative with the witness.

20          THE COURT:  Sustained.

21          Rephrase your question.

22   BY MS. MEDETIS:

23   Q.  Okay.  Which direction would you have to turn if you

24   were -- let me rephrase.

25          If you were standing at the entranceway of this room --

1        THE COURT:  What's the exhibit number, please?

2        MS. MEDETIS:  32-L.

3        THE WITNESS:  Yes.

4   BY MS. MEDETIS:

5   Q.  -- which direction would you have to turn to get to the

6   room depicted here in 32-M?

7        MR. ADELSTEIN:  Objection.  Asked and answered.

8        THE COURT:  Overruled.

9        THE WITNESS:  Would you rephrase your question,

10  please.

11  BY MS. MEDETIS:

12  Q.  Sure.

13       If you were standing at the entranceway depicted in

14  Exhibit 32-L, to the right side of the entranceway, which

15  direction would you have to turn to get to the room shown in

16  32-M?

17       MR. ADELSTEIN:  Same objection.

18       THE COURT:  Overruled.

19       THE WITNESS:  To the left.

20  BY MS. MEDETIS:

21  Q.  I'm showing you Exhibit 32-P.

22       What is this is a photograph of?

23  A.  This is the bedroom of the boys.

24  Q.  I'm showing you Exhibit 32-Q.

25       What is this a picture of?

J. Xxxxx - DIRECT - By Ms. Medetis                90

1   A.   This is the bathroom of Bill Carter.

2   Q.   Where is the Defendant's bathroom located within the

3   Tabarre house?

4   A.   It's in between two bedrooms, which is our room -- two

5   rooms, our room and the warehouse.

6   Q.   Showing you the room depicted in 32-P, can you tell -- can

7   you describe where the bathroom is located in relation to this

8   bedroom.

9   A.   Once you go inside, his bathroom is on the left-hand side.

10  Q.   Showing you 32-R, what is that?

11  A.   This is the bathroom.

12  Q.   Other than the Defendant, who else used the bathroom?

13  A.   We could not use the bathroom without his permission.  He

14  was the one who used it.

15  Q.   How many entrances were there to the bathroom?

16  A.   There was only one entrance to the bathroom.

17  Q.   Where is that one entrance?

18  A.   You go to the boys' room to access the bathroom.

19  Q.   And if you didn't have permission to use the Defendant's

20  bathroom, what bathroom would you use?

21  A.   Outside in the backyard.  That's where we used to shower.

22  Q.   Aside from the bathroom depicted in Government's

23  Exhibit 32-R, was there any other bathroom inside the house?

24  A.   No.

25  Q.   I'm showing you Government's Exhibit 32-S.

J. Xxxxx - DIRECT - By Ms. Medetis          91

1       What is that a picture of?

2  A.   This is the back of the house.  It's a hallway.  You can go

3  through it.

4  Q.   And what is that in the background of the photograph?

5  A.   This is where we get our water.  We use it to take a shower

6  and everything.

7  Q.   Showing you Government's Exhibit 32-T, as in "Tom," what is

8  that?

9  A.   This is the back of the house.

10 Q.   What, if anything, would you use this part of the house

11 for?

12 A.   If we needed to use the rest room, that's what we used.

13 Q.   Is this inside the house or outside of the house?

14 A.   Outside the house.

15 Q.   Could you please circle the part of the photograph that

16 depicts where you used the bathroom.

17 A.   (Witness complies.)

18 Q.   And what was the reason you did not use the inside

19 bathroom?

20 A.   Because Mr. Bill Carter did not like when we used his

21 bathroom.

22 Q.   Earlier, before we broke for lunch, you had described to

23 the ladies and gentlemen of the jury about when you first moved

24 into the center full-time.

25 A.   Yes.

1          MS. MEDETIS:  Your Honor, if I may orient the witness

2     so that we can go back to that line of questioning.

3          THE COURT:  You may.

4     BY MS. MEDETIS:

5     Q.   You had testified that the Defendant made you masturbate

6     him and, also, performed oral sex on you.

7          Do you recall that?

8     A.   Yes.

9     Q.   How often, Jimmy, did the Defendant make you do those

10    things?

11    A.   Very often when I first moved into the center.

12    Q.   How would the Defendant -- how would the Defendant inform

13    you or tell you when you had to do those things?

14    A.   The way he did it, sometimes he would ask you to come to

15    his room to do it.  Sometimes you could be sitting down.  He'll

16    place you on his lap and then he would start touching you.  And

17    then he would take you to his room and do that.

18         And sometimes he'll be watching movies on his TV in his

19    room.  I would be in his room.  I would fall asleep while

20    watching TV.  I would wake up and find him doing that, find him

21    sucking my penis.

22    Q.   And where would you be when you would wake up to find the

23    Defendant sucking your penis?  Where within the house?

24    A.   Sometimes I would be on the floor, sometimes on the bed,

25    because we had a routine at the house.

1    Q.   And what was the routine?

2    A.   If you are in his room watching TV, he would ask you to rub

3    alcohol on his leg while he's on the bed.

4    Q.   And did you ever have to rub alcohol on his legs while we

5    was on the bed?

6    A.   Yes.  Several times.  Several times.

7    Q.   And what would happen next after you rubbed the Defendant's

8    legs with alcohol?

9    A.   You would be on the bed rubbing his leg -- legs with

10   alcohol.  And you're on the bed.  Then you ended up

11   masturbating him.

12   Q.   When the Defendant made you rub his legs with alcohol and

13   then made you masturbate him, what was the Defendant wearing?

14           MR. ADELSTEIN:  Objection.  Asked and answered at the

15   very beginning.

16           THE COURT:  Overruled.

17           THE WITNESS:  Often, he would be naked.  But sometimes

18   he'll be wearing shorts.

19   BY MS. MEDETIS:

20   Q.   And at the times when he was wearing shorts and you

21   masturbated him, did you have to touch his penis on top of his

22   clothing or did you go under his clothing?

23           MR. ADELSTEIN:  Objection.  Leading.

24           THE COURT:  Overruled.

25           THE WITNESS:  Under his clothes.  Under his clothing.

```
 1   BY MS. MEDETIS:

 2   Q.   And when you masturbated the Defendant, was there something

 3   that you had to use every time you masturbated him?

 4   A.   Would you repeat your question, please.

 5   Q.   What, if anything, did you use to masturbate the Defendant?

 6   A.   Lotion.

 7   Q.   What, if anything, did the Defendant offer you to

 8   masturbate him or allow you to perform oral sex on him?

 9          MR. ADELSTEIN:  Objection.  Assumes facts not in

10   evidence and it's leading.

11          THE COURT:  Overruled.

12          THE WITNESS:  I remember one time he offered me a

13   Walkman.

14   BY MS. MEDETIS:

15   Q.   What did he say to you that one time?

16   A.   He told me that, if I agreed to masturbate him, he would

17   give me the Walkman.

18   Q.   Do you remember how old you were when this happened?

19   A.   17.

20   Q.   What did you say to the Defendant in response -- or what

21   did you do in response, rather?

22   A.   I agreed.

23   Q.   And what happened after you masturbated the Defendant?

24   A.   I was able to get the Walkman.

25   Q.   Other than the Walkman, did the Defendant give you or offer
```

1    you anything else in exchange for masturbating him?

2    A.  No.  He has not offered me anything else.

3    Q.  Were there times when you refused the Defendant's request

4    or demand to masturbate him?

5    A.  Yes.

6    Q.  How would the Defendant treat you when you refused to

7    masturbate him?

8    A.  Well, when you do that, you would be assigned the worst

9    kind of chores.  And any mistake, you'll be beat.

10   Q.  How would the Defendant beat you?

11   A.  He would hit us with his fist, slaps, and he also had a

12   small stick by the name of "Ralph" and he advised us that this

13   particular stick was used here so they could hit horses with

14   it.  He told us that's what they used in the United States to

15   hit animals.  So any mistake, he used that stick to beat us.

16   Q.  And where would he hit you, whether it was with the

17   stick -- well, where would he hit you when he used the stick?

18   A.  He would start on your butt.  The older boys would hold

19   your hand and he'll start spanking you on your butt first.

20   Then if you start to try to run, then you get hit all over your

21   body.

22   Q.  When the Defendant punched you -- I'm sorry.

23       When the Defendant hit you with his fists, where would he

24   hit you?

25   A.  Well, where would I be?

J. Xxxxx - DIRECT - By Ms. Medetis                96

1    Q.   Where on your body would he hit you with his fists?

2    A.   My stomach, head, chest.

3    Q.   How would the Defendant treat you when you agreed to

4    masturbate him or let him perform oral sex on you?

5              MR. ADELSTEIN:  Objection.  Asked and answered.

6              THE COURT:  Sustained.

7              MS. MEDETIS:  Your Honor, may I approach?

8              THE COURT:  No.

9    BY MS. MEDETIS:

10   Q.   Did there come a time when you were living at the Morning

11   Star Center where you had surgery?

12   A.   Yes.

13   Q.   And what was that surgery?

14   A.   They removed a piece of skin that I had on my private -- on

15   my penis.  Circumcision.

16   Q.   Who paid for that?

17   A.   Bill Carter.

18   Q.   What was the reason for that surgery?

19   A.   The reason why Bill Carter paid for that operation for me,

20   it was because I was about 15 years old.  The skin that I had

21   on my penis could not be moved around.

22        Once he went -- he tried to perform oral sex on me.  So it

23   was dirty because I had that extra skin there.  Then he decided

24   to pay for my circumcision so he could enjoy me a little bit

25   better.

J. Xxxxx - DIRECT - By Ms. Medetis                    97

1   Q.   Did you ever see the Defendant engage in any sexual acts

2   with other boys that were living in the house with you?

3   A.   Yes.

4   Q.   What did you see?

5   A.   As I had explained before, in the mornings, you have to go

6   up to him and say good morning.  You open the door.  Sometimes

7   some other boys would get there before I do.

8        I did not know.  So I just opened the door.  I saw him on

9   the bed with them and he was making his moves.

10  Q.   Who did you see on the bed with the Defendant?

11  A.   I've seen Tiga and the other boys who reside at the house.

12  Q.   What did you see when you walked into the Defendant's

13  bedroom?

14  A.   I opened the door.  One of the boys, Tiga, was under the

15  sheets with Mr. Bill Carter.  Once I got inside the room, panic

16  set in and he covered his head.

17  Q.   Who covered his head?

18  A.   Bill Carter.

19  Q.   Bill covered whose head?

20  A.   Tiga, James Xxxxxxxx.

21  Q.   Where was Tiga, James Xxxxxxxx's, head in relation to the

22  Defendant?

23  A.   They were laying on the bed and their heads were facing the

24  same way.

25  Q.   What other boys from the center did you see with the

 1   Defendant?  What other boys, if any, did you see engaging in

 2   sexual acts with the Defendant in the Defendant's bedroom?

 3   A.   Yes.

 4   Q.   Who did you see?

 5   A.   Ti Xxxxxx.

 6   Q.   What did you see?

 7   A.   I saw Ti Xxxxxx masturbating him.

 8   Q.   What house was the center located at when you saw Ti Xxxxxx

 9   masturbate the Defendant with lotion?

10   A.   Tabarre 23.

11   Q.   And where in Tabarre 23 did you see Ti Xxxxxx masturbating

12   the Defendant?

13   A.   In the bedroom of Bill Carter.

14   Q.   Are you referring to Government's Exhibit 32-G?

15        MR. HOROWITZ:  Objection.  Leading.

16        THE COURT:  Sustained.

17        Rephrase your question.

18   BY MS. MEDETIS:

19   Q.   What's shown in Exhibit 32-G?

20   A.   You are looking at Bill Carter's bedroom, his bed.

21   Q.   Is this where you saw Ti Xxxxxx masturbate the Defendant?

22   A.   Exactly.

23   Q.   When was the last time you saw the Defendant engage in

24   sexual acts with boys at the center?

25   A.   It was at the house located at Tabarre 23.  I don't

1   remember the exact date, but it was there.

2   Q.  Previously, you testified that the center shut down on

3   May 8th, 2011.

4        How close in time to the shutting down of the center was

5   the last time you saw the Defendant engage in illicit sexual

6   conduct -- I'm sorry -- in sexual acts with a resident at the

7   center?

8   A.  In June, before he left for the United States.

9   Q.  Did there come a time when the Defendant stopped asking to

10  perform sexual acts with you?

11  A.  Yes.

12  Q.  When was that?

13  A.  I don't remember the date.

14  Q.  Approximately how old were you when that stopped happening?

15  A.  20 years old.

16  Q.  When you were living with the Defendant, the entire period

17  you lived with him, did you ever see the Defendant bring boys

18  who didn't live at the center into the center?

19  A.  Several times.

20  Q.  And what would the Defendant do when he brought these boys

21  from outside the center into the center?

22  A.  Sometimes he would be -- he would suck their penises and

23  sometimes he would request that they masturbate him.

24        MS. MEDETIS:  Just one moment, your Honor.

25

1   BY MS. MEDETIS:

2   Q.  Jimmy, what, if anything, did the Defendant give these

3   boys --

4          MR. ADELSTEIN:  Objection.

5   BY MS. MEDETIS:

6   Q.  -- when he came into the house?

7          MR. ADELSTEIN:  Objection.  Leading.  Assumes facts

8   not testified to by this witness.

9          THE COURT:  Overruled.

10          THE WITNESS:  He would give them food, cookies.  If

11  they are dirty or barefooted, he would give them clothes or

12  sandals.

13  BY MS. MEDETIS:

14  Q.  And what would happen to the boys after they left the

15  center?

16          MR. ADELSTEIN:  Objection.  Calls for hearsay.

17          THE COURT:  I'm sorry?

18          MR. ADELSTEIN:  Objection.  It's vague, relevance and

19  it calls for hearsay.

20          THE COURT:  Rephrase your question.

21  BY MS. MEDETIS:

22  Q.  Where would the Defendant -- where would these boys go when

23  they were done with the Defendant?

24  A.  They went to their parents' house.

25  Q.  Before, you said that you had seen Tiga and Ti Xxxxxx in

1    the Defendant's bedroom.

2         Starting with Tiga, do you remember where the center was

3    located at the time you saw Tiga in the Defendant's bedroom?

4    A.   Yes.

5    Q.   Which house?

6    A.   Santo 14.

7    Q.   Is that the Santo 14 where the center was located before

8    the center moved to Tabarre?

9              MR. ADELSTEIN:  Objection.  Leading.

10             THE COURT:  Sustained.

11             Rephrase your question.

12   BY MS. MEDETIS:

13   Q.   Do you remember how old you were when you saw Tiga in the

14   Defendant's bedroom?

15   A.   No.

16   Q.   Was Tiga older than you or younger than you?

17   A.   He's younger.

18   Q.   And Ti Xxxxxx, you said you had seen him in the Defendant's

19   bedroom at the Tabarre house.

20   A.   Yes.

21   Q.   Do you know approximately how old -- strike that.

22        Is Ti Xxxxxx older or younger than you?

23   A.   He's younger.

24   Q.   Why did you stay at the center for so many years, Jimmy?

25   A.   The reason why I stayed for so many years at the center was

 1   because my family could not help me out.  They could not care

 2   for me.  That's why I remained there for so many years.

 3   Q.  Why did you return to the center to work at the center

 4   after you had left?

 5           MR. ADELSTEIN:  Objection.  Asked and answered.

 6           THE COURT:  Overruled.

 7           THE WITNESS:  I went back there because, financially,

 8   I could not remain in my family's care.  I could not take care

 9   of myself.  That's why I went back to the center.

10   BY MS. MEDETIS:

11   Q.  And why couldn't you take care of yourself at your family's

12   house?

13   A.  I'm from a very large family with a lot of children.  My

14   mom and my dad have a lot of children.  They could not send us

15   to school.

16       We would eat once a day.  Things were very, very difficult

17   not only for me, but also for my family.  So I preferred to

18   remain at the center.

19   Q.  Showing you what's been admitted as Government's

20   Exhibit 48, the boy James Xxxxxxxx you had mentioned earlier as

21   seeing him in the Defendant's bedroom at the Santo 14 house, is

22   he in this picture?

23   A.  Yes.

24   Q.  Could you please circle his photograph.

25   A.  (Witness complies.)

1    Q.   And earlier, you called him Tiga, James Xxxxxxxx.

2         What is Tiga?

3    A.   Tiga is his nickname.

4    Q.   You also said that you saw Ti Xxxxxx in the Defendant's

5    bedroom at the Tabarre house.

6         What is Ti Xxxxxx's full name?

7    A.   I don't recall his -- I don't remember his full name.

8              MS. MEDETIS:  Your Honor, the Government would tender

9    this witness.

10             THE COURT:  We're going to take a break.

11             Do not discuss this case either amongst yourselves or

12   with anyone else.  Have no contact whatsoever with anyone

13   associated with the trial.

14             Do not read, listen or see anything touching on this

15   matter in any way, including anything in the media, anything on

16   the Internet or anything on any access device.

17             If anyone should try to talk to you about this case,

18   you should immediately instruct them to stop and report it to

19   my staff.

20             You may leave your materials at your chairs.  Please

21   be back in the jury room in 15 minutes.

22             (Whereupon, the jury exited the courtroom at 3:08 p.m.

23   and the following proceedings were had:)

24             THE COURT:  We're in recess for 15.

25             MS. MEDETIS:  I'm sorry, Judge.  How long?

```
 1                THE COURT:  15.

 2                (Thereupon a recess was taken, after which the

 3     following proceedings were had:)

 4                THE COURT:  We're back on United States of America

 5     versus Matthew Andrew Carter, Case No. 11-20350.

 6                Good afternoon.

 7                Counsel, state your appearances, please, for the

 8     record.

 9                MS. MEDETIS:  Good afternoon, your Honor.

10                Maria Medetis and Bonnie Kane on behalf of the United

11     States.

12                With us at counsels' table again is Agents Larko and

13     Flores.

14                MR. HOROWITZ:  Good afternoon, your Honor.

15                Phil Horowitz and Stu Adelstein on behalf of Matthew

16     Carter, who's present before the Court, along with Reginald

17     Hope at counsels' table.

18                THE COURT:  Let's bring in the witness and the jury,

19     please.

20                (Whereupon, the jury entered the courtroom at

21     3:32 p.m. and the following proceedings were had:)

22                THE COURT:  You may be seated.

23                You are still under oath, sir.

24                You may proceed, Mr. Adelstein.

25                MR. ADELSTEIN:  Thank you, your Honor.
```

1                              CROSS-EXAMINATION

2     BY MR. ADELSTEIN:

3     Q.   Mr. Xxxxx, I want to start my questioning with some things

4     that you told the prosecutor just about an hour, an hour and a

5     half ago.  Okay?

6     A.   Yes.

7     Q.   The last house of Morning Star Center was in Tabarre, and

8     that was closed in May of 2011.  Correct?

9     A.   Yes.

10    Q.   And you were at that house and it was closed when

11    Mr. Carter was arrested by the United States Government.

12    Correct?

13    A.   Yes.

14    Q.   Now, at the beginning of the questioning by the prosecutor,

15    you told this jury that the last house you were at and when you

16    left was Santo 15.

17         Do you remember that?

18    A.   I don't remember stating that.  I think I said -- what I

19    remember is that I said that there's a time when I had left and

20    gone home.

21    Q.   But the question that the prosecutor asked you about two or

22    three times was what is -- or what was the last house you

23    stayed at at Morning Star Center, and you said Santo 15.

24         That was a mistake, correct, because it was Tabarre?

25    Right?

 1   A.   If it came out that I said that, it must have been in

 2   error, because me, from --

 3   Q.   Okay.

 4         THE INTERPRETER:  Would you please advise counsel not

 5   to cut me off?

 6         THE COURT:  Yes.

 7         Let her finish the answer, please.

 8         MR. ADELSTEIN:  I was.

 9         THE COURT:  Go ahead.

10         THE INTERPRETER:  -- the last house I remember from

11   the center at Mr. Bill's house was Tabarre.

12   BY MR. ADELSTEIN:

13   Q.   So when you said the last house was Santo 15, that was a

14   mistake?

15         MS. MEDETIS:  Objection.  Asked and answered.

16         THE COURT:  Sustained.

17   BY MR. ADELSTEIN:

18   Q.   Now, you told the folks here that, when it came time for

19   discipline, the older boys would hold the hands of the young

20   man who was going to be disciplined.

21         Do you remember that?

22   A.   Yes.

23   Q.   You at Tabarre were one of the older boys.  You were

24   20 years old.  Correct?

25   A.   Yes.

 1    Q.   Which boys did you hold down or hold their hands so that

 2    they could be disciplined?

 3              MS. MEDETIS:   Objection.   Facts not in evidence.

 4    Objection.   Leading.

 5              THE COURT:   Sustained.

 6              Lay your predicate.

 7    BY MR. ADELSTEIN:

 8    Q.   You, in fact, were one of the oldest boys at Tabarre right

 9    before it was closed.   Correct?

10    A.   Yes.

11    Q.   You testified that, when one of the young men were going to

12    be disciplined, the older boys would hold the hands so that

13    they can be spanked or hit.   Is that correct?

14    A.   Yes.

15    Q.   Tell the jury what boys you held down so that they could be

16    disciplined.

17              MS. MEDETIS:   Objection.   Facts not in evidence.

18              MR. ADELSTEIN:   They just opened the door.

19              THE COURT:   Overruled.

20              THE WITNESS:   I'm answering your question as best.

21    You have to understand, I was not the only one that was the

22    oldest there.   There were many boys older than me and part of

23    the oldest boys.

24              I'll tell you that, at the time when I was the

25    youngest in the house, when he would be beating up on me --

 1    BY MR. ADELSTEIN:

 2    Q.   That's not answering my question.

 3    A.   What I said was my story.  I know that the oldest held me

 4    down while he hit on me.

 5    Q.   Excuse me.  That was not my question.

 6         My question is:  Since you were one of the oldest boys

 7    there, which boys did you hold down so they could be

 8    disciplined?

 9    A.   I don't remember.

10    Q.   You don't remember?

11         Do you remember the names of the boys, the young men, that

12    were at Morning Star at the Tabarre location?

13    A.   Yes.

14    Q.   Which young men did you hold down, hold their hands, as you

15    described, to be disciplined?  Give the jury those names, since

16    you seem to remember things that occurred much later.

17              MS. MEDETIS:  Objection.  Argumentative.

18              THE COURT:  Sustained.

19              MS. MEDETIS:  Objection.  Asked and answered.

20              THE COURT:  Sustained.

21    BY MR. ADELSTEIN:

22    Q.   Give the name of the young men that you held down to be

23    disciplined.

24              MS. MEDETIS:  Objection.  Asked and answered.

25              THE COURT:  Sustained.

```
 1              MR. ADELSTEIN:  He didn't give any names, Judge.  I
 2    don't know how you're sustaining these objections.
 3              MS. MEDETIS:  Your Honor, he said he didn't remember.
 4              THE COURT:  That was his statement.  He didn't
 5    remember.
 6    BY MR. ADELSTEIN:
 7    Q.  You don't remember the name of any young man that you held
 8    down?
 9              MS. MEDETIS:  Objection.  Asked and answered.
10    Objection.  Argumentative.
11              THE COURT:  Sustained.
12    BY MR. ADELSTEIN:
13    Q.  If you don't remember the name, how many times did you hold
14    the young man's hands down so he could be disciplined?
15              MS. MEDETIS:  Objection.  Assumes facts not in
16    evidence.
17              THE COURT:  Sustained.
18              Rephrase your question.  It's argumentative.
19    BY MR. ADELSTEIN:
20    Q.  If you can't remember the names of the individuals, how
21    many times did you hold a young man's hands down so he could be
22    disciplined?
23    A.  I can answer your question now.  I held the hand -- I held
24    Godby's hand down.  I held Godby down.  Now I remember.  He was
25    beating up on Godby.  He asked us to hold him down for him to
```

 1    beat on him.

 2    Q.   What is Gumby's full name, please?

 3    A.   I don't remember.

 4    Q.   Okay.  Now, you described to these folks --

 5         MS. MEDETIS:  Your Honor, objection as to counsel's

 6    renaming the name "Gumby."  I don't think that was what the

 7    witness said.

 8         MR. ADELSTEIN:  I thought that's what he said.

 9         THE COURT:  Why don't you ask him what the name was.

10    BY MR. ADELSTEIN:

11    Q.   What was the name of the young man that you held down?

12    A.   I'm repeating again:  Godby.

13    Q.   Godby.  Excuse me.

14         And do you know Godby's full name?

15    A.   No.

16    Q.   Fair enough.

17         Now, you described what your life was not in detail prior

18    to going to the center.

19         Prior to going to the center, the Morning Star Center -- do

20    you recall what year that was?

21    A.   When I went into the center?

22    Q.   When you first visited the center.

23         What year was that?

24    A.   I don't remember.

25    Q.   You were 9 years old, I think you told the jury just about

 1   an hour, hour and a half, two hours ago, when you first visited

 2   the center.

 3       When were you born?

 4   A.   My birth date is September 29, 1989.  But I think, by that

 5   date -- I don't know what you mean.

 6   Q.   You were born in 1989.  And if you were 9 years old, that

 7   would make it approximately 1998.  Correct?  I'm bad in math,

 8   but I think I can -- I've got enough fingers.

 9   A.   I went to the center in 1999.

10   Q.   Okay.  1999 is when you started to visit Morning Star

11   Center.  Right?

12   A.   Yes.

13   Q.   And you described to these folks the very first time you

14   went to the center what happened.  Correct?

15   A.   Yes.

16   Q.   You described that the very first time you went to the

17   center, you sat on Mr. Carter's lap.  Right?

18   A.   Exactly.

19   Q.   And that he touched you in your private area over your

20   clothes.  Right?

21   A.   Yes.

22   Q.   You didn't like that and you immediately wanted to leave.

23   Correct?

24   A.   No.

25   Q.   No?  You didn't want to leave?

1          MS. MEDETIS:  Objection.  Compound.

2          MR. ADELSTEIN:  It must be late in the day, but I

3     can't ask a question.

4          MS. MEDETIS:  Objection as to superfluous commentary.

5          THE COURT:  Sustained.

6          Rephrase your question, please.

7          MR. ADELSTEIN:  Yes, ma'am.

8     BY MR. ADELSTEIN:

9     Q.   When he allegedly touched you in your private area, didn't

10    you tell this jury that you wanted to get up and leave?

11    A.   I did not want to leave to go home.  I wanted to get off

12    him and go play with the boys.

13    Q.   Okay.  And then, eventually, you went home.  Correct?

14    A.   Yes.  After spending the day over there, then I went home.

15    Q.   And you certainly -- you certainly told your mother and

16    father what happened, what Mr. Bill did that first time at the

17    center.  Correct?

18    A.   No.

19    Q.   In fact, you never told your parents at any time over the

20    years -- the 11 years that you stayed at the center about any

21    type of alleged abuse to you.  Correct?

22    A.   Yes.  I told them.

23    Q.   You told them when?

24    A.   I remember once they wanted me to go back and I had told

25    them what had happened to me because they were insisting for me

J. Xxxxx - CROSS - By Mr. Adelstein          113

```
 1    to go back.
 2    Q.  Do you recall when you told your parents that?
 3    A.  Yes.  I don't remember the date exactly.  But, yes, I know
 4    I told them that many times.
 5    Q.  Many times.
 6         And your mom and dad are alive today?
 7    A.  What?
 8    Q.  Your mother and father are alive today?
 9    A.  Yes.
10    Q.  So I assume they could verify that if it occurred.
11    Correct?
12              MS. MEDETIS:  Objection.  Speculation.
13              THE COURT:  Sustained.
14    BY MR. ADELSTEIN:
15    Q.  Didn't you tell law enforcement when you were interviewed
16    that your mother and father never believed any of these
17    allegations?
18    A.  Yes.
19    Q.  Okay.  Now let's go back to the Morning Star.
20         Life got better for you at the center.  Correct?
21    A.  Yes.
22    Q.  You now had three meals a day.  Correct?
23    A.  Yes.
24    Q.  You now had a roof over your head and four walls.  Correct?
25    A.  Yes.
```

```
 1    Q.   You now had money to go to school?

 2    A.   Yes.

 3    Q.   In fact, you got money every Saturday, did you not, like

 4    all the other boys?

 5           MS. MEDETIS:  Objection.  Calls for speculation as to

 6    the "other boys."

 7           THE WITNESS:  Yes.

 8           THE COURT:  Sustained.

 9    BY MR. ADELSTEIN:

10    Q.   Every Saturday, you had a -- there was a routine.  Correct?

11    A.   Yes.

12    Q.   Part of the routine was -- because you weren't going to

13    school on Saturday, was to line up and get some money so that

14    you had money to spend.  Correct?

15    A.   Yes.

16    Q.   And how much -- well, let me back up for a second.

17           That money came from Mr. Carter, correct, Mr. Bill?  Right?

18    A.   Correct.

19    Q.   Before you got to the center, you had no money.  Correct?

20    A.   Yes.

21    Q.   Before you got to the center, you did not have enough money

22    to go to school, correct, on a regular basis?

23    A.   Yes.

24    Q.   And in addition to getting money from Mr. Bill every

25    Saturday -- by the way, how much did you get?
```

```
 1   A.   Five gourdes.

 2   Q.   And you also, did you not, get shoes and school supplies

 3   from Mr. Bill?

 4   A.   Yes.

 5   Q.   And a backpack to put the books in?

 6   A.   Yes.

 7   Q.   Now, at the center --

 8           MR. ADELSTEIN:  May I approach the witness?

 9           THE COURT:  Yes.

10   BY MR. ADELSTEIN:

11   Q.   Let me show you --

12           MR. ADELSTEIN:  Your Honor, we'll get you an exhibit

13   list by Tuesday.

14           MR. HOROWITZ:  Sure.

15           MR. ADELSTEIN:  I do apologize.

16   BY MR. ADELSTEIN:

17   Q.   I'm going to show you Exhibit 11 -- Defense Exhibit 11.

18        You recognize that, don't you?

19   A.   Yes.

20   Q.   That, is it not, is the list that was posted on that

21   board --

22           MS. MEDETIS:  Objection as to who's laying the

23   foundation on this defense exhibit.

24           MR. ADELSTEIN:  This is cross-examination.  I think I

25   can lead.
```

1           MS. MEDETIS:  Your Honor, may we approach?

2           THE COURT:  Come on up.

3           (Whereupon, the following proceedings were had at

4   side-bar outside the presence of the jury:)

5           MS. MEDETIS:  Are we waiting for Mr. Adelstein?

6           MR. HOROWITZ:  I would hope so.

7           Judge, I did have, while we're waiting for

8   Mr. Adelstein, an exhibit list through 18.  I can e-mail it to

9   Patricia.  It's one page.  I can e-mail it to the Government as

10  well.

11          MS. MEDETIS:  Your Honor, the Government's going to

12  object as to the continued introduction of defense exhibits in

13  the Government's case.

14          The defense is going to have an opportunity to try

15  their case and we object to them trying to try their case

16  during our case in chief.

17          MR. HOROWITZ:  Judge, we ask that all the Government's

18  witnesses not be excused --

19          MR. ADELSTEIN:  That's all.

20          MR. HOROWITZ:  -- and that they be available

21  throughout the entire defense case.

22          MS. KANE:  Too late.

23          MR. HOROWITZ:  We'll have subpoenas ready for every

24  single one of them.  If they want to do that, that's fine,

25  Judge.  It's just a lot easier, a lot more expeditious.

1          The evidence is coming in from the Government's

2    response to the standing discovery orders.  So they're just a

3    matter of photographs.  So it's -- we can have them marked,

4    have the witnesses identify them and we'll move them in through

5    each one of these witnesses.  But they're going to have to wait

6    in the United States until our case begins.

7          MS. MEDETIS:  Your Honor, to some extent, this request

8    was never made.  Several Government's witnesses have already

9    left.  And if they wish to have them back, then they can fly

10   them back.

11         THE COURT:  Well, if --

12         MR. ADELSTEIN:  The ones that left.

13         THE COURT:  It would have to be prospective, not

14   retrospective, because several witnesses were released without

15   objection.

16         MR. ADELSTEIN:  That's fine.

17         MS. MEDETIS:  Your Honor, I would note -- I understand

18   what the Court has just said.  But I would note that these

19   particular witnesses were never on notice that they would have

20   to stay longer than past the Government's case.

21         Many of these witnesses, the victims in particular,

22   have school to go back to, have jobs to go back to.  Many of

23   the Government's witnesses and victims have homes and families

24   and jobs to go back to.

25         And so, if they intend to call certain people, we

1    would ask to know the specific people that they intend to call

2    so that these people can start making arrangements to move on

3    with their life.

4         MS. KANE:  In addition, it's already been delayed.

5    They're already here a week longer.

6         MS. MEDETIS:  Because of the continuance, they were

7    already here a week longer.  This was a real disruption.  So we

8    would ask for advance notice.

9         MR. HOROWITZ:  If the Government is going to take the

10   position, Judge, that we're not allowed to introduce these

11   photographs that come straight from their discovery and that

12   we -- which they hadn't in the first four or five defense

13   exhibits, but they're starting to take that position right now,

14   then we have an absolute right to have these witnesses.

15        And it's not the defense that's keeping these

16   witnesses away.  It's the Government.  They know full well that

17   there is no objection to these pictures.  It comes from the

18   discovery --

19        THE COURT:  Well, the Government is entitled to

20   present their case --

21        MR. HOROWITZ:  Absolutely.

22        THE COURT:  -- without the introduction of defense

23   exhibits.

24        MR. HOROWITZ:  Correct.

25        THE COURT:  Just as the Defendant is entitled to

J. Xxxxx - CROSS - By Mr. Adelstein          119

 1    present his case, if he has a case he wants to present, without

 2    the Government introducing exhibits in the Defendant's case.

 3              MR. HOROWITZ:  But the Government can't take the

 4    position that -- now that we're trying to put in our exhibit to

 5    save the witnesses time so they don't have to stay here an

 6    extra month until the defense case starts.

 7              Then, they take that position at their own peril and

 8    from now on, the defense does not want any witnesses released.

 9              THE COURT:  It's only at their own peril if I say it

10    is.

11              MR. HOROWITZ:  You're absolutely right, Judge.

12              MS. MEDETIS:  Your Honor, I would also note, in the

13    witness list that they introduced, they haven't -- there are

14    only certain people from Haiti that they've listed.  Mr. Xxxxx

15    is not on that list.

16              It's unclear as to why we now have to keep every

17    single witness and victim that we've brought in that we've

18    noticed up in our witness list for them when they haven't even

19    included them in their witness list.  It's totally unclear.

20              Moreover, we have not even seen five exhibits from

21    defense counsel.  There have only been three that have been

22    admitted.  We didn't realize that was going to be routine.

23              MR. HOROWITZ:  It's four.

24              THE COURT:  It's four.

25              MS. MEDETIS:  So now it's interrupting the

 1    Government's case.  And that's the position we're taking now.

 2              THE COURT:  It's three, and one was a copy of one of

 3    your exhibits when Mr. Adelstein wanted one of the -- he wanted

 4    the alleged victim to write on your exhibit.  So he introduced

 5    his own -- a copy of it.

 6              MS. MEDETIS:  I understand.

 7              THE COURT:  So it was three additional exhibits.

 8              So what is the Government's position?  Are you

 9    objecting to them laying the predicate with this witness or the

10    introduction or both?

11              MS. MEDETIS:  Both, your Honor.

12              THE COURT:  So, then, the Defendant is going to need

13    to tell the Government which witnesses you're going to need in

14    your case.

15              MR. HOROWITZ:  That's fine, Judge.  We'll do that.

16              MR. ADELSTEIN:  We can tell them we want Mr. Xxxxx.

17              MS. MEDETIS:  Your Honor, Mr. Xxxxx wasn't on their

18    original witness list.  He's made arrangements.  We've made

19    arrangements for him to return.  It's last minute.

20              MR. ADELSTEIN:  So?

21              MS. MEDETIS:  It's sandbagging the Government.  It's

22    an inconvenience to the victim.

23              Your Honor, these aren't just witnesses.  They're

24    victims.  Their lives are being interrupted.  They can't --

25    it's unclear to me on what basis they can start shifting and

 1   changing --

 2            THE COURT:  So why wouldn't you let them at least lay

 3   the predicate with him now so his life is not further

 4   disrupted?

 5            MR. HOROWITZ:  All we need to do, if they want to go

 6   home, is let us lay the predicate.  The Government has

 7   redirect.  There's no reason not to introduce these exhibits.

 8   These are similar exhibits taken from the same roll of film

 9   that the search warrant was executed on.

10            THE COURT:  Can I see the exhibit that's causing all

11   the problems?

12            MS. MEDETIS:  That's not the exhibit.

13            MR. ADELSTEIN:  It's similar to this exhibit.

14            MS. MEDETIS:  It's not at all similar to that.

15            MR. ADELSTEIN:  It's Exhibit 32-B.

16            MS. MEDETIS:  Your Honor, it's not at all similar to

17   that.

18            MR. HOROWITZ:  Judge, I'll e-mail our exhibit list.

19   I've got it through Exhibit 18.

20            THE COURT:  You told me.

21            MR. HOROWITZ:  I can do that right now.

22            MR. ADELSTEIN:  I'll get it.

23            (Tenders document to the Court.)

24            THE COURT:  What's your objection to this specific

25   exhibit, which is Defendant's Exhibit 11?

1          MS. MEDETIS:  Your Honor, the issue that the

2     Government has is that defense counsel's now trying to try

3     their case through our case.

4          THE COURT:  I have to agree with the Government that

5     going into this area, Exhibit 11, the daily routine with

6     different items from a 5:30, 5:45, 6:00, 7:15, 7:30, 8:00, up

7     until 10:00.  So 14 entries.  And I don't remember this witness

8     ever testifying about the daily routine.

9          MR. ADELSTEIN:  Well, that's --

10          THE COURT:  If you can tell me he testified about

11     it --

12          MR. ADELSTEIN:  No.  He didn't.  But there was

13     evidence and a photograph of the board that --

14          Wasn't there a photograph of the board?

15          MS. MEDETIS:  In Tabarre.

16          MR. ADELSTEIN:  Yes.  This is all from Tabarre.

17          MS. MEDETIS:  We --

18          MR. ADELSTEIN:  It's where State's Exhibit 32 came off

19     of.  This is right next door to the same board that they talked

20     about.

21          MS. MEDETIS:  The only discussion regarding that

22     board, your Honor, was:  What is that?  That is a bulletin

23     board that -- the witness answered.  And then the witness also

24     stated that's where he hangs pictures.  Then I asked -- I

25     presented Government's Exhibit 32-D, and that is a list of

 1   names.

 2            There's no door that's been opened to our contents of

 3   that bulletin board.

 4            THE COURT:  I think you're going to have to wait until

 5   your case to present this.

 6            MR. ADELSTEIN:  Okay.  Then, we would ask that

 7   Mr. Xxxxx stay and we'll get the subpoena issued.  We can't --

 8   we don't know where to serve it because they have them

 9   secreted.

10            MS. MEDETIS:  Your Honor, that --

11            MR. ADELSTEIN:  I have no idea.

12            MS. MEDETIS:  That's a mischaracterization.  The use

13   of the word "secreted" I would differ with.

14            THE COURT:  You're going to accept service or

15   somebody's going to accept service --

16            MS. MEDETIS:  Yes, your Honor.

17            THE COURT:  -- for a subpoena for him?

18            MS. MEDETIS:  That's fine, your Honor.

19            But, if I may, the witness list that the defense

20   provided was a list of 74 people with misspellings of names.

21   And I don't want to say that the misspellings were deliberate,

22   but they have the correct spellings of everybody's names.

23            And so we would ask for a real witness list, not every

24   name that's appeared in the discovery, which is what

25   appeared -- which is what we were given last time they

```
 1    submitted a witness list.

 2              We would like a genuine witness list for them so we

 3    can know who to release and who not to at this point.

 4              THE COURT:  I'm not going to force them to tell you at

 5    this juncture who they're calling and who they're not calling.

 6    They provided a witness list for purposes of voir dire so I

 7    could read it to the jury --

 8              MS. MEDETIS:  Understood.

 9              THE COURT:  -- to determine whether the jurors knew --

10    potential jurors had any contact with any of the potential

11    witnesses.

12              So I'm not going to force the Defendant -- that he

13    must file a witness list now.  It's a little bit different

14    position than the Government.  I know you know that.

15              MS. MEDETIS:  Understood, Judge.

16              THE COURT:  But I will enforce -- not force, but

17    enforce -- the rule that you may not introduce exhibits and go

18    into areas that were not part of the Government's direct case.

19    You need to try your case at your time.

20              MR. ADELSTEIN:  Yes, ma'am.  That's fine.

21              THE COURT:  Not on the Government's presentation.

22              MR. ADELSTEIN:  Yes, ma'am.

23              (Whereupon, the following proceedings were had in open

24    court:)

25              MR. ADELSTEIN:  May I proceed?
```

 1              THE COURT:  Yes.

 2   BY MR. ADELSTEIN:

 3   Q.  At the Morning Star, there was, was there not, a daily

 4   routine?  Correct?

 5              MS. MEDETIS:  Objection.  Beyond the scope of direct

 6   examination.

 7              THE COURT:  Sustained.

 8   BY MR. ADELSTEIN:

 9   Q.  You said you got up early in the morning.  Correct?

10              MS. MEDETIS:  Objection.  Assumes facts not in

11   evidence.

12              MR. ADELSTEIN:  He testified --

13              THE COURT:  Overruled.

14   BY MR. ADELSTEIN:

15   Q.  You said that you got up early in the morning.  Correct?

16   A.  Yes.

17   Q.  Was there a particular time that all the young men were

18   required to be up -- get up in the morning?

19              MS. MEDETIS:  Objection.  Again, beyond the scope.

20              THE COURT:  Overruled.

21              THE WITNESS:  I don't understand.  An exact time?

22   BY MR. ADELSTEIN:

23   Q.  You indicated to the jury that you got up early in the

24   morning.  Right?

25   A.  Yes.

J. Xxxxx - CROSS - By Mr. Adelstein          126

1   Q.   What time did you get up on a regular basis while living at

2   the center?

3   A.   5:00.

4   Q.   And then was there any type of routine that you followed?

5              MS. MEDETIS:  Objection.  Beyond the scope.

6              THE COURT:  Sustained.

7              Rephrase your question.

8   BY MR. ADELSTEIN:

9   Q.   You indicated that one of the things you had to do was to

10  get up and say good morning to Mr. Bill.  Correct?

11  A.   Yes.

12  Q.   Did you also have an opportunity to eat your first meal of

13  the day, which we call breakfast?

14  A.   Yes.

15  Q.   Did you also shower in the morning or in the evening the

16  night before?  Which was it?

17  A.   We showered twice a day, morning and in the afternoon.

18  Q.   And there has been some testimony that all the young -- all

19  the boys would shower in the bathroom inside the house in the

20  morning.  Is that correct?

21  A.   Would you clarify your question for me.

22  Q.   Yes.

23        In the morning, you took a shower.  Correct?

24  A.   Yes.

25  Q.   There has been some testimony from some other witnesses

 1    that indicated that the showers in the morning were taken

 2    inside the house.

 3              MS. MEDETIS:  Your Honor, is there a question?

 4    BY MR. ADELSTEIN:

 5    Q.  Is that correct?

 6              MS. MEDETIS:  Your Honor, objection.  Calls for

 7    speculation as to what other people have said.

 8              THE COURT:  Sustained.

 9              MR. ADELSTEIN:  I'll rephrase it.

10    BY MR. ADELSTEIN:

11    Q.  Did you take a shower in the inside bathroom in the

12    morning?

13    A.  No.

14    Q.  Did you see other young men take showers in the inside

15    bathroom in the morning?

16              MS. MEDETIS:  Objection as to vagueness.  Could you

17    clarify when or where, some sort of time frame.

18    BY MR. ADELSTEIN:

19    Q.  The Morning Center, Tabarre.

20    A.  Yes.

21    Q.  Where did you shower in the morning?

22              MS. MEDETIS:  Objection.  Asked and answered.

23              THE COURT:  Overruled.

24              THE WITNESS:  I showered outside.

25

J. Xxxxx - CROSS - By Mr. Adelstein            128

```
 1    BY MR. ADELSTEIN:

 2    Q.   Okay.  And then, after you showered, you -- if you went to

 3    school early in the morning, you went to school.  Correct?

 4    A.   Yes.

 5    Q.   There are two shifts at school, correct, morning and

 6    afternoon?

 7    A.   Yes.

 8    Q.   Were you on the morning shift or the afternoon shift?

 9    A.   Morning.

10    Q.   What time did you leave for school in the morning?

11             THE COURT:  Mr. Adelstein, could you move back over to

12    the cart or the lectern, please.

13             MR. ADELSTEIN:  Yes.  Yes.

14             THE COURT:  Thank you.

15    BY MR. ADELSTEIN:

16    Q.   What time did you leave for school in the morning?

17    A.   7:00.

18    Q.   And what time did you get out of school?

19    A.   It depends.  You have to ask me -- it depends on what year

20    and what class you were in.  Each class has a different time.

21    Q.   Okay.

22    A.   Sometimes you were kept after school by the teacher.

23    Q.   What time did you normally get out of school if the teacher

24    did not keep you?

25             MS. MEDETIS:  Objection.  Relevance.
```

```
 1              THE COURT:  Sustained.

 2   BY MR. ADELSTEIN:

 3   Q.  When you got back to the center after school, is that when

 4   you ate lunch?  I think you call it dinner.

 5              MS. MEDETIS:  Your Honor, objection.  Relevance.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  Yes.

 8   BY MR. ADELSTEIN:

 9   Q.  And after dinner, which is our lunch, you did your homework

10   assignments.  Correct?

11   A.  Yes.

12   Q.  And only after your homework was completed could you play.

13   Correct?

14   A.  Yes.

15   Q.  Now, after you played, prior to having supper, is that when

16   you took your evening shower?

17   A.  Yes.

18   Q.  And then, after supper, you could watch TV or do whatever

19   you wanted until it became bedtime.  Correct?

20   A.  Yes.

21   Q.  Okay.  And that was basically your routine every day,

22   Monday through Friday.  Correct?

23   A.  Yes.

24   Q.  Okay.  And then, on Saturday and Sunday, did you not have

25   an opportunity, if you wanted to, to go home and visit your
```

 1   family?

 2   A.   Yes.

 3   Q.   How many times in the 11 years that you were at Morning

 4   Star Center did you visit your family?

 5   A.   Many times.

 6   Q.   And you were free to go home and then you, what, came back

 7   at the end of the weekend on Sunday or whenever you wanted to?

 8   A.   Yes.  I had -- I had the freedom to come back on Sundays.

 9   Q.   No one followed you home.  Correct?

10   A.   No.

11   Q.   Mr. Bill, Mr. Carter, didn't prevent you from going home on

12   the weekends.  Correct?

13   A.   No.

14   Q.   And, in fact, that was the right of every young man who

15   attended Morning Star, to go home on the weekends if they

16   wanted to.  Correct?

17           MS. MEDETIS:  Objection.  Calls for speculation.

18           THE COURT:  Sustained.

19   BY MR. ADELSTEIN:

20   Q.   If you know.

21           THE COURT:  Sustained.

22   BY MR. ADELSTEIN:

23   Q.   If you know, that routine was allowed to every other child

24   that attended Morning Star.  Correct?

25           MS. MEDETIS:  Objection as to the use of the word

1   "routine."  Objection.  Calls for speculation.

2              THE COURT:  Sustained.

3              Rephrase your question.

4   BY MR. ADELSTEIN:

5   Q.  To your knowledge, did every other young man have that

6   right, to go home and visit his family?

7   A.  Yes.

8   Q.  Mr. Bill never prevented any child to go home to see his

9   family on Saturday and Sunday.  Correct?

10             MS. MEDETIS:  Objection.  Calls for speculation as to

11  "any child."

12             THE COURT:  Sustained.

13             Rephrase your question.

14  BY MR. ADELSTEIN:

15  Q.  To your knowledge, did Mr. Bill prevent any young man who

16  was living at Morning Star to go home and visit with his

17  family?  Yes or no.

18  A.  Would you restate the question in a way for me to

19  understand.

20  Q.  I'll try.  I don't seem to be doing too well.

21      To your knowledge, Mr. Bill never prevented any child from

22  going home on the weekends to visit his family.  Correct?

23  A.  Yes.  Sometimes he would stop some kids from going.

24  Q.  That was, was it not, to your knowledge, when they were

25  misbehaving and not doing their chores?  Correct?

```
 1    A.   No.

 2    Q.   To your knowledge, what children or what students did he

 3    prevent from going home?

 4    A.   James Xxxxxxxx, Tiga.  He wanted to go see his aunt, and

 5    sometimes he would not let him go.

 6    Q.   Okay.

 7    A.   There's another boy called Dadou and, because every weekend

 8    he wanted to go, Mr. Bill did not agree for him to go every

 9    weekend.

10    Q.   But Dadou got to go on some weekends.  Correct?

11    A.   Yes.

12    Q.   And Tiga got to go on some weekends.  Correct?

13    A.   Yes.

14    Q.   Okay.  I guess I would have to ask them why they were not

15    allowed to go.  Correct?

16             MS. MEDETIS:  Objection.  Argumentative.

17             THE COURT:  Sustained.

18    BY MR. ADELSTEIN:

19    Q.   Now, when did you become a supervisor of Morning Star?

20    A.   When I turned 18.

21    Q.   That would be in what year, sir?  I'm not going to venture

22    to try to count those numbers of years.

23    A.   I'm not that strong in math either.

24    Q.   You were -- well, good company.

25             You were 20 in 2011, when the center was closed.  Correct?
```

1    A.   Yes.

2    Q.   If I take two away from 2011, that would be 2009 that you

3    became a supervisor.  Correct?

4    A.   Yes.

5    Q.   What were your duties as a supervisor at Morning Star?

6    A.   Ensure that the younger ones did their chores.

7    Q.   Any other responsibilities you had?

8    A.   If there was any errand to be run anywhere far, it was one

9    of the older boys that had to go, one of us.

10   Q.   When you say "one of us," it's you and -- who else are you

11   referring to?

12   A.   You want their names?

13   Q.   Yes, sir.  Please.

14   A.   Jean Xxxxx, Woodjerry, Roro.

15   Q.   Roro?

16   A.   Schneider.

17   Q.   Hold on for a second.

18        Roro.  What's Roro's real name?

19   A.   Odelin Xxxxxxxxx.

20   Q.   Okay.  And who else?

21   A.   Xxx, Schneider.

22   Q.   Anyone else that were the senior boys?

23   A.   I gave you some names.  There were other boys.

24   Q.   Wasn't it also the responsibility of the supervisor to take

25   care of Morning Star when Mr. Carter went to the United States?

J. Xxxxx - CROSS - By Mr. Adelstein                134

```
 1    A.   Yes.

 2    Q.   Mr. Carter on a yearly basis went to the United States

 3    several times.  Correct?

 4    A.   Yes.

 5    Q.   And it was your responsibility to take care and run the

 6    Morning Star while Mr. Carter was thousands of miles away,

 7    correct, in the United States?

 8    A.   It was the responsibility of all of us, the oldest.

 9    Q.   Yes.  Okay.

10         Tell the jury how many times a year Mr. Carter would put

11    either you or one of the other older boys in care, custody and

12    control of the center while he was in the United States.  How

13    many times a year?

14    A.   The last trip he made here?

15    Q.   Let's go with the last year, 2011.

16         He was in the United States, was he not, when he got

17    arrested?

18    A.   Yes.

19    Q.   How long were you running Morning Star before you learned

20    that -- well, let me rephrase that.  I apologize.  Strike that.

21         Do you recall when Mr. Carter left Port-au-Prince, Haiti,

22    to come to the United States?  And I'm talking about the last

23    trip, right before the center was closed.

24    A.   Do you need the date?

25    Q.   No.
```

1       Approximately how many days was he away from Morning Star

2    on that last trip?

3    A.   I don't remember.

4    Q.   Was it more than a week?

5    A.   I don't remember.

6    Q.   Okay.  Was that his first trip to the United States in

7    2011 -- May of 2011?

8    A.   Yes.

9    Q.   He took several trips, did he not, in 2010 to the United

10   States?

11   A.   He traveled many times.  I never really counted how many

12   times he traveled.

13   Q.   And when he traveled, he would stay weeks away from the

14   center.  Correct?

15   A.   Yes.

16   Q.   Tell the ladies -- before I ask that question, while you

17   were running the center and Mr. Carter was away, did you

18   prevent any of the young men that were at the center from

19   leaving?

20   A.   No.

21   Q.   Tell the ladies and gentlemen -- well, let me back up again

22   and strike that.

23       Mr. Carter every year that you were at the center, whether

24   it be at Santo 14, Santo 15 or Tabarre -- every year he made

25   several trips to the United States.  Correct?

1    A.   Yes.

2    Q.   Tell these folks, while Mr. Carter was a thousand miles

3    away, how many times you went to the police to report all of

4    this so-called abuse.

5    A.   Once.

6    Q.   That was in 2006.  Correct?

7    A.   I don't remember the date.

8    Q.   We're going to get into that in a little bit.

9         You went once.  Was there anything, to your knowledge, to

10   prevent any one of those young men who were attending Morning

11   Star to go to the police and tell them these horrible stories

12   that you have told this jury today?

13           MS. MEDETIS:  Objection.  Calls for speculation.

14           THE COURT:  Sustained.

15           Rephrase your question.

16   BY MR. ADELSTEIN:

17   Q.   To your knowledge, was there anything preventing any one of

18   these young men to leave the center?

19           MS. MEDETIS:  Objection.  Calls for speculation.

20   It's --

21           MR. ADELSTEIN:  It's his knowledge.

22           MS. MEDETIS:  As to what other children were --

23           THE COURT:  Sustained.

24           Rephrase your question.

25           MR. ADELSTEIN:  Let me go to the head guy here.

1          (Discussion had off the record amongst counsel.)

2   BY MR. ADELSTEIN:

3   Q.   While you were in charge, was there anything preventing any

4   of the residents, these young men, to go either to the parents

5   or to law enforcement to report these horrible stories?

6   A.   Would you take it for me again.

7   Q.   I'm going to -- while you were in charge, was there

8   anything preventing -- let me rephrase it because that's

9   improper.

10         While you were in charge, did you prevent any of these

11   young men to either go to their parents or go to law

12   enforcement to report these horrible things that you have just

13   testified about?

14   A.   I never stopped anyone.

15   Q.   Okay.  So the answer would be there was nothing to prevent

16   anybody from going.  Correct?

17              MS. MEDETIS:  Objection.

18              THE COURT:  Sustained.

19   BY MR. ADELSTEIN:

20   Q.   Now, were you ever disciplined for violating any of the

21   rules at Morning Star?

22   A.   Yes.

23   Q.   You, in fact, violated several rules at Morning Star.

24   Correct?

25   A.   Yes.

J. Xxxxx - CROSS - By Mr. Adelstein          138

```
 1    Q.   You were shown a whole bunch of photographs today in the

 2    courtroom by the prosecutor.  Correct?

 3    A.   Yes.

 4    Q.   You were shown photographs prior to today, isn't that also

 5    correct, by the prosecutor?

 6    A.   Yes.

 7    Q.   Were the photographs that you identified today -- were

 8    those all the photographs you were shown by the prosecutor or

 9    were there some others?

10    A.   No.  Just the ones they showed me.

11    Q.   Just the ones that you saw today?

12         Is it your testimony that is the only photographs you ever

13    saw in this case?

14    A.   Yes.

15    Q.   Do you recall meeting Special Agent Larko on November 29th

16    to talk to him?

17              MS. MEDETIS:  Of what year?  Objection.  As to what

18    year?

19    BY MR. ADELSTEIN:

20    Q.   November 29th, 2011.

21         Do you recall that meeting?

22    A.   I'm not very good with numbers.  I'm not good with dates.

23    I have many meetings with Special Agent Larko.

24    Q.   You did.

25         How many?
```

J. Xxxxx - CROSS - By Mr. Adelstein          139

 1    A.   I met with him many times, keeping me updated on how Bill's

 2    case was going.

 3    Q.   You met in person with him several times -- or many times?

 4    Is that your testimony?

 5    A.   I met him individually and then, after, I met him in a

 6    group.

 7    Q.   How many times did you meet him individually?

 8    A.   Two or three times.

 9    Q.   And when you met him individually, you also, did you not,

10    met with the prosecutors in this case?  Correct?

11    A.   Yes.

12    Q.   And do you recall the prosecutors and the agent on these

13    various meetings showing you other photographs?

14    A.   The pictures that they showed me are the picture that I saw

15    today.

16    Q.   Okay.  Let me see if I can refresh your recollection.

17         MS. MEDETIS:  Your Honor, may we approach?

18         THE COURT:  Come on up.

19         (Whereupon, the following proceedings were had at

20    side-bar outside the presence of the jury:)

21         MS. MEDETIS:  With respect to this particular photo,

22    which is a photo of a condom, and the next photograph is a

23    photograph of a condom, we would object to any line of

24    questioning relating to the condoms based on the Court's ruling

25    on Federal Rule of Criminal Procedure 412.

 1              THE COURT:  Where does this come from?  This is

 2     Defendant's 7, 8 and 9.  Whose condoms?

 3              MR. ADELSTEIN:  They thought they were Mr. Carter's.

 4     It turns out they were his and --

 5              THE COURT:  Who is "his"?

 6              MR. ADELSTEIN:  Mr. Xxxxx's.  And he was questioned

 7     about it on November 29th, 2011, during the interview.

 8              THE COURT:  What's the relevance of bringing up that

 9     he had a condom?

10              MR. ADELSTEIN:  Because that was one of the rules he

11     was disciplined on.

12              MS. MEDETIS:  Judge, how is this relevant?  That

13     particular picture was taken on May 8th, 2011, at the time of

14     the search.  The Defendant had already been arrested.  How

15     could he have possibly been disciplined for having that condom?

16              MR. ADELSTEIN:  Then, why was he questioned about it

17     if it wasn't relevant?  The Government specifically --

18              THE COURT:  Asked him about condoms?

19              MR. ADELSTEIN:  Showed him those photographs or some

20     of those photographs.

21              THE COURT:  I'm sorry?

22              MR. ADELSTEIN:  Showed him a photograph of the

23     condoms.  Yes.  It's in the report.

24              MS. MEDETIS:  Your Honor, we showed him the photograph

25     to determine if the condoms were the Defendant's or his.  And

 1    he said that they were his, meaning the witness's, Jimmy

 2    Xxxxx's.  The Government doesn't see what the relevance is.

 3              THE COURT:  What's the relevance?

 4              MR. ADELSTEIN:  It shows that he does not comply with

 5    the rules and it goes to the credibility of this witness.  He

 6    was disciplined for various rules.

 7              It goes to his motive as to why --

 8              THE COURT:  Well, there's been no testimony about any

 9    rules about condoms.

10              MR. ADELSTEIN:  If you want, I'll ask him what the

11    rules he violated were.

12              MS. MEDETIS:  Your Honor, this is going to get into

13    the 412 territory of the victims' sexual conduct.  And the

14    Court has ruled on the fact that no such evidence is

15    permissible.

16              THE COURT:  I'm not going to allow you to go into

17    whether he had condoms or didn't have condoms.

18              MR. ADELSTEIN:  Yes, ma'am.

19              THE COURT:  I find that's a violation of my ruling on

20    412.

21              What's the rest of this?

22              MR. ADELSTEIN:  These are all other photographs that

23    were shown to him.

24              THE COURT:  I'm sorry?

25              MR. ADELSTEIN:  Those are other photographs that were

 1    shown to him.

 2          THE COURT:  What's the probative value of all of this?

 3    The witness testified that the only pictures he saw were the

 4    pictures that were shown to him today.

 5          MR. ADELSTEIN:  That's what he testified.  But that's

 6    not true.

 7          THE COURT:  Okay.

 8          MR. ADELSTEIN:  And how else do I prove or disprove or

 9    show his credibility?

10          THE COURT:  So you're going to go into the impeachment

11    that he was actually shown other photographs?

12          MR. ADELSTEIN:  Pardon me?  He said he wasn't.

13          THE COURT:  You're going to impeach him by saying that

14    he was shown other photographs?

15          MR. ADELSTEIN:  Yes.  Yes.

16          THE COURT:  Do you have an objection to --

17          MS. MEDETIS:  I would like to see what -- or why

18    they're referring to that --

19          MR. ADELSTEIN:  November 29th he was shown a whole

20    bunch of photographs.

21          THE COURT:  I can't hear you.

22          MR. ADELSTEIN:  November 29th he was shown

23    photographs.

24          MS. KANE:  Does it list these photographs?

25          MR. ADELSTEIN:  Quite honestly --

1              THE COURT:  Are these listed?  Do you know that he was

2    shown these?

3              MS. MEDETIS:  The Government doesn't -- does not deny

4    that we showed him photographs.  But I don't understand how

5    this line of questioning is relevant, nor do I -- can I

6    understand how the ROI indicates that he was shown these

7    particular photographs.

8              And, also, there's not -- there's also a document

9    which is not a photograph which defense counsel now --

10             MR. ADELSTEIN:  I took that out.  Sorry.  It was my

11   mistake.

12             THE COURT:  Do you know for a fact that he was shown

13   these photographs?

14             MR. ADELSTEIN:  I have never spoken to the man.

15             THE COURT:  Sir, how do you know that he was shown

16   these photographs so you can impeach him?

17             MR. ADELSTEIN:  All I can do is show him those and ask

18   does he recall seeing these.  If the answer is "no," then I

19   stop.

20             THE COURT:  He already testified that the only

21   photographs he -- you said you were going to refresh his

22   recollection.

23             MR. ADELSTEIN:  By showing him these photographs.

24             THE COURT:  But he didn't say he didn't remember.  You

25   can only refresh someone's recollection if they didn't

1    remember.

2            If you want to present someone else to show that he

3    actually saw these photographs because of the great impeachment

4    value these photographs have, then you can do that in your

5    case.

6            MR. ADELSTEIN:  Fair enough.

7            Do you really want to have this kid sit here for three

8    weeks?

9            MS. MEDETIS:  I want this on the record.

10   Mr. Adelstein asked:  Do you really want to do this by keeping

11   this kid here for three weeks?

12           I would respond that defense counsel has no good-faith

13   basis to suggest that he was actually shown those particular

14   photographs.  So I don't understand what defense counsel's

15   issue is with the Government.

16           MR. ADELSTEIN:  Okay.  I'll do it that way.

17           THE COURT:  Okay.

18           (Whereupon, the following proceedings were had in open

19   court:)

20           THE COURT:  You're going to move on to another area,

21   Mr. Adelstein?

22           MR. ADELSTEIN:  Yes.  At this point.

23           THE COURT:  Okay.

24           MR. ADELSTEIN:  May I approach?

25           THE COURT:  Yes.

```
 1   BY MR. ADELSTEIN:

 2   Q.  I want to show you Government's Exhibit 32-A-1 through 32-T

 3   that are already in evidence.

 4           THE COURT:  You may approach.

 5           MR. ADELSTEIN:  Thank you.

 6   BY MR. ADELSTEIN:

 7   Q.  I want you to look through those photographs for a moment,

 8   all of them, to yourself, and tell me when you've looked

 9   through them all.

10   A.  I know those pictures already.

11   Q.  Is it your testimony that that -- those are the

12   photographs -- the only photographs you looked at during your

13   various meetings with either the agent or the agent and the

14   prosecutor?

15           MS. MEDETIS:  Objection.  Asked and answered.

16           THE COURT:  Sustained.

17   BY MR. ADELSTEIN:

18   Q.  In fact, weren't you thrown out of the program at one

19   period of time for disobeying the rules?

20   A.  Yes.

21   Q.  And isn't it a fact that not only were you thrown out, but

22   several other young men were thrown out for disobeying the

23   rules?

24   A.  Yes.

25   Q.  Who else was thrown out, to your knowledge?
```

1   A.   No.

2   Q.   No what?

3   A.   I don't remember.

4   Q.   You don't remember?

5        Do you recall telling the agent the names of the other

6   individuals when you spoke to them that were thrown out of the

7   program?

8   A.   I didn't mention that.

9   Q.   You never mentioned that to any of the agents, the names?

10  Is that your testimony?

11  A.   And in this -- in this testimony, I was not asked that.  I

12  didn't say anything about that.

13  Q.   No.  I know in this testimony today you didn't.

14       My question is:  Did you ever give the names of the other

15  young men that were thrown out of the program for not following

16  the rules and regulations?  Yes or no.

17  A.   Yes.  I have mentioned.

18  Q.   But you don't remember the names today.  Is that correct?

19  A.   Donald.  I remember Donald.

20  Q.   Donald who?

21  A.   Donald, a brother.  Donald Xxxxx.

22  Q.   Donald Xxxxx, your brother.

23       Is he your younger brother or older brother?

24  A.   Older brother.

25  Q.   Was he in the program before you or did he get into Morning

```
 1   Star after you got into the program?

 2   A.  We went together.

 3   Q.  Who else got terminated for not following the rules besides

 4   you and Donald?

 5            MS. MEDETIS:  Objection as to the use of the word

 6   "terminated."  I don't believe that was --

 7            MR. ADELSTEIN:  Thrown out of the program.  Excuse me.

 8            THE WITNESS:  Tito.

 9   BY MR. ADELSTEIN:

10   Q.  What is Tito's full name, if you know?

11            THE INTERPRETER:  Excuse me.  Could the witness

12   finish, your Honor?  I didn't hear what he said.

13            MR. ADELSTEIN:  I thought he was finished.  I

14   apologize.

15   BY MR. ADELSTEIN:

16   Q.  I thought you were.  I apologize.

17            THE COURT:  Okay.

18            THE WITNESS:  Tito Xxxxx Xxxxx.

19   BY MR. ADELSTEIN:

20   Q.  Anyone else?

21   A.  I don't think that I have to say everybody's name.

22            MR. ADELSTEIN:  Judge --

23            THE COURT:  You need to answer the question, sir.

24            THE WITNESS:  Steve Xxxxxxx.  That's it.

25
```

1   BY MR. ADELSTEIN:

2   Q.   Now, you did, did you not, in 2006 go to the National

3   Police of Haiti?  Correct?

4   A.   Yes.  I went to the police.

5   Q.   And in 2006, you went, did you not, with some other young

6   men?  Correct?

7   A.   Yes.

8   Q.   And when I'm talking about the National Police of Haiti,

9   you went to the Central Directorate of the Judicial Police,

10  Brigade for the Protection of Minors.  Correct?

11  A.   Yes.

12  Q.   And in -- you went there specifically on June 27th, 2006.

13  Correct?

14  A.   I don't remember dates.

15  Q.   But it was in the year 2006?

16  A.   Yes.

17  Q.   It was approximately five years before Morning Star was

18  closed by the arrest of Mr. Carter.  Correct?

19  A.   Yes.

20  Q.   And you told the police, did you not, the stories that you

21  told this jury on February 8th, 2012.  Correct?

22          THE COURT:  I think we're in 2013.

23          MR. ADELSTEIN:  2013.  If you keep me any later,

24  Judge, we might be in 2011.

25          THE COURT:  I don't know about you, but I'm not going

 1  backwards.

 2          MR. ADELSTEIN:  I understand.  That's why you're

 3  sitting up there and I'm way down here.

 4  BY MR. ADELSTEIN:

 5  Q.  I'm sorry.  Let's go back.

 6      I'm not laughing at you, and I don't want you to think I

 7  am.  The Judge is laughing at me, really.  Not you.  Me.

 8          THE COURT:  Just ask your question, Mr. Adelstein,

 9  please.

10          MR. ADELSTEIN:  Yes, ma'am.

11  BY MR. ADELSTEIN:

12  Q.  You went to the Haitian police five years earlier from when

13  Mr. Carter was arrested and Morning Star Center was closed.

14  Correct?

15  A.  Yes.

16  Q.  And you told the Government -- the police department

17  exactly what, basically, you told this jury on -- let me get it

18  right -- February 8th, 2013, today.  Correct?

19  A.  Yes.

20  Q.  And the purpose of you going was to inform them that there

21  was illegal activity, sexual activity, improper activity,

22  occurring, according to you and your friends, at the Morning

23  Star Center.  Right?

24  A.  Yes.

25  Q.  And, lo and behold, after the investigation by the police,

1   did the center close?

2   A.   No.

3   Q.   It stayed open.  Correct?

4   A.   Yes.

5   Q.   In fact, you stayed at the center for five more years.

6   Correct?

7   A.   Yes.

8   Q.   And now, five years later, you're telling these folks the

9   exact same thing you say, allege, occurred at the Morning Star

10  Center.  Correct?

11  A.   Yes.

12  Q.   Now, you mentioned something about some group meetings you

13  had.

14       Remember that?

15           MS. MEDETIS:  Objection.  Vague.

16           THE COURT:  Sustained.

17           Rephrase your question, please.

18  BY MR. ADELSTEIN:

19  Q.   Did you have any group meetings with the other young men

20  from Morning Star?

21           MS. MEDETIS:  Objection as to time frame.

22           THE COURT:  Place it in time.

23  BY MR. ADELSTEIN:

24  Q.   In 2012, did you have any group meetings with the young men

25  who attended Morning Star?

1   A.   Are you asking me did I hold any meeting with them?

2   Q.   Well, you said that you had -- in response to a question,

3   you said you met with the agent several times and you had group

4   meetings.

5        Do you remember that testimony?

6   A.   Yes.

7   Q.   I'm trying to figure out what -- what do you mean by when

8   you said, "We had group meetings"?  Who with?

9            MS. MEDETIS:  Objection.  Asked and answered.  I --

10           THE COURT:  Overruled.

11           THE WITNESS:  All the boys.

12  BY MR. ADELSTEIN:

13  Q.   When was that group meeting with all the boys?  What year,

14  first of all?

15  A.   2013.

16  Q.   2013?  This year?

17  A.   2013.

18  Q.   Okay.  Since this is February of 2013 -- the Court told me

19  it was -- when in the last month and a half did you have this

20  group meeting in 2013?

21  A.   In January.

22  Q.   January.

23       Do you recall -- was it in the United States or was it in

24  Haiti, this meeting in January, last month?

25  A.   In Haiti.

1    Q.   In Haiti.

2         And in January of 2013, what was the purpose of this group

3    meeting?

4    A.   The reason behind that meeting was that the agent wanted to

5    keep us updated to know when we would be traveling to come here

6    to speak what we have lived through, the hardship we had gone

7    through on what Mr. Bill Carter did to us.

8    Q.   When you say "the agent," do you know the agent's name?

9    A.   Yes.

10   Q.   What --

11   A.   Larko, Matthew.

12            MR. ADELSTEIN:  I'm sorry?

13            THE COURT:  Larko, Matthew.

14            MR. ADELSTEIN:  Okay.  Thank you.

15   BY MR. ADELSTEIN:

16   Q.   Was there any other representatives from the Government

17   besides Matthew Larko?

18   A.   There was Bonnie and Maria.

19   Q.   Bonnie and Maria.

20        Are you referring to these young ladies sitting at counsel

21   table?

22   A.   Yes.

23   Q.   And did they talk to you all as a group or separately?

24   A.   If it's the first time that I met with them, it was me

25   alone that met with them.

J. Xxxxx - CROSS - By Mr. Adelstein                153

```
 1    Q.   Help me out because I'm confused.  And I apologize.

 2         In the January, 2013, meeting -- group meeting, did you

 3    talk to Bonnie and Marie and Agent Larko as a group or

 4    separately?

 5    A.   It was a group.

 6    Q.   Did you ever -- in that January meeting that just took

 7    place last month, did you ever speak to them individually?

 8    A.   No.

 9    Q.   Do you remember having any other group meetings besides the

10    one last month?

11    A.   Yes.

12    Q.   When was that meeting?

13    A.   I don't remember dates.

14    Q.   Could you give me the year, maybe?

15    A.   2012.

16    Q.   The beginning of 2012?  The middle of 2012?  Or --

17    A.   At the end of 2012.

18    Q.   And was this also a group meeting?

19    A.   Yes.

20    Q.   Was that at the sugar factory that you're talking about?

21    A.   No.

22    Q.   And did you speak to them or did they speak to you as a

23    group or individually?

24    A.   They spoke to us in group and they spoke to us

25    individually.
```

1    Q.   After that meeting in December, they left and --

2             MS. MEDETIS:  Objection.  Assumes facts not in

3    evidence.  I don't think the witness testified about the month

4    of the meeting.  He testified as to the year.

5             THE COURT:  Sustained.

6             Rephrase your question.

7    BY MR. ADELSTEIN:

8    Q.   In that meeting that we're talking about in the latter part

9    of 2012, I think you said -- am I correct?  Is that when it

10   occurred, the latter part of 2012?

11   A.   That's the meeting we had in group.

12   Q.   In group.  Okay.

13        After -- did there come a time that the agents and Bonnie

14   and Marie --

15             MS. MEDETIS:  Objection as to "Marie."  My name is

16   "Maria."

17             MR. ADELSTEIN:  "Maria."  I thought he said "Marie."

18   I'll correct it.  Bonnie and Maria.  Excuse me.

19   BY MR. ADELSTEIN:

20   Q.   I assume they left.  Is that correct?

21             MS. MEDETIS:  Objection.  Calls for speculation.

22   Objection.  Relevance.

23             THE COURT:  Sustained as to "assume."

24   BY MR. ADELSTEIN:

25   Q.   Let me rephrase.

1       Did there come a time that these two young ladies and the

2   agent leave this meeting?

3   A.   Yes.  Once the meeting was over, everybody started leaving

4   to go home.

5   Q.   Did you speak to any of your friends after that that

6   attended this meeting?

7   A.   Yes.

8   Q.   Who did you -- about the case.  Correct?

9   A.   I spoke with them while the group meeting was on.  We

10  didn't talk about that.  Everybody heard what the update was,

11  what the case was.

12  Q.   Did you have any other group meetings other than the two

13  that you've described?

14          MS. MEDETIS:  Objection.  Asked and answered.

15          THE COURT:  Overruled.

16          THE WITNESS:  No.

17          MR. ADELSTEIN:  Can I have one moment, your Honor?

18          THE COURT:  Yes.

19          MR. ADELSTEIN:  I have no further questions.  Thank

20  you.

21          THE COURT:  Redirect.

22                      REDIRECT EXAMINATION

23  BY MS. MEDETIS:

24  Q.   Jimmy, on cross-examination, you were asked about a time

25  when you had to hold Godby down while the Defendant beat him.

1       Do you recall that?

2   A.  Yes.

3   Q.  Who told to you hold Godby down while the Defendant beat

4   him?

5   A.  Bill Carter.

6   Q.  And if you didn't listen to the Defendant when he told you

7   to hold Godby down, what would happen?

8           MR. HOROWITZ:  Objection.  Calls for speculation.

9           THE COURT:  Sustained.

10  BY MS. MEDETIS:

11  Q.  When you didn't listen to the Defendant -- let me rephrase.

12      When the Defendant told you to do something and you didn't

13  do it, what would the Defendant do?

14          MR. HOROWITZ:  Object to the form of the question.

15          THE COURT:  Sustained.

16          Rephrase your question.

17  BY MS. MEDETIS:

18  Q.  Were there times when the Defendant told you to do

19  something and you didn't do it?

20          MR. HOROWITZ:  Objection.  Leading.

21          MS. MEDETIS:  Your Honor, I'm trying to lay a

22  predicate foundation.

23          THE COURT:  Sustained.

24          Rephrase your question.  It's leading.

25

```
 1   BY MS. MEDETIS:

 2   Q.  Did you always listen to the Defendant when he told you

 3   what to do?

 4   A.  Sometimes.

 5   Q.  What happened when you didn't listen to the Defendant?

 6            MR. HOROWITZ:  Objection.

 7            THE COURT:  Overruled.

 8            MR. HOROWITZ:  The question calls for speculation.

 9            THE COURT:  Overruled.

10            You may answer, sir.

11            THE WITNESS:  I would be punished, sometimes locked in

12   my room or you'd go without food.

13   BY MS. MEDETIS:

14   Q.  On cross-examination, you were -- you had testified that

15   the Defendant would give you five gourdes.

16   A.  Yes.

17   Q.  How many US dollars is five gourdes?

18            MR. HOROWITZ:  Objection.  Calls for speculation as to

19   time frame.

20            MS. MEDETIS:  I don't know that --

21            THE COURT:  Place it in time.  Place it in time.

22   BY MS. MEDETIS:

23   Q.  How much is -- how many US dollars is five gourdes today?

24            MR. HOROWITZ:  Objection.  Relevance.

25            THE COURT:  Sustained.
```

 1            Rephrase your question.

 2    BY MS. MEDETIS:

 3    Q.  When the Defendant gave you five gourdes, what were you

 4    able to buy with five gourdes?

 5            MR. HOROWITZ:  Objection as to time frame.

 6            THE COURT:  Overruled.

 7            THE WITNESS:  May I answer now?

 8            THE COURT:  Yes.

 9            THE WITNESS:  A small bag of juice.  That's it.

10    BY MS. MEDETIS:

11    Q.  On cross-examination, you were asked about a 2006 meeting

12    you had with police -- Haitian police.

13    A.  Yes.

14    Q.  Did you at that time tell police what was happening at the

15    center?

16            MR. HOROWITZ:  Objection.  Leading.

17            THE COURT:  Sustained.

18            Rephrase your question.

19    BY MS. MEDETIS:

20    Q.  In 2006, when you went to Haitian police, what did you tell

21    them?

22    A.  I explained to them what was going on at the center, what

23    Mr. Bill Carter was doing.

24    Q.  And what specifically did you tell them?

25    A.  That Mr. Bill Carter was abusing us.

 1  Q.   Did you tell them how the Defendant was abusing you?

 2  A.   Forced us to masturbate him, he would suck on our penises,

 3  hit us, beat us up.

 4  Q.   As you told the police what the Defendant had done to you,

 5  what was the police doing at that time or what were the police

 6  officers doing while you spoke to them?

 7          MR. HOROWITZ:  Objection.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  Well, he had a very good relationship

10  with the police.  I believe one of his friends --

11          MR. HOROWITZ:  Objection.  Calls for speculation.

12          THE COURT:  Sustained.

13          Ask your next question.  It's not responsive.

14          MS. MEDETIS:  Your Honor, may I approach?

15          THE COURT:  Yes.

16          MS. MEDETIS:  I've just shown defense counsel what's

17  been marked for identification purposes as Government's

18  Exhibit 97.

19  BY MS. MEDETIS:

20  Q.   Jimmy, do you recognize that?

21  A.   Yes.

22  Q.   What is that?

23          MR. HOROWITZ:  Judge, I'm going to object to him

24  describing an item that is not in evidence yet.

25          MS. MEDETIS:  Your Honor, I'm attempting to lay the

 1   foundation for its admissibility.

 2            THE COURT:  What's your objection?

 3            MR. HOROWITZ:  I'm objecting to the Government

 4   eliciting the description of the item before this witness that

 5   is not in evidence as of yet.  That doesn't help to lay the

 6   foundation.

 7            THE COURT:  Sustained.

 8   BY MS. MEDETIS:

 9   Q.  How do you recognize that?

10   A.  Because this is a complaint that I filed.

11   Q.  And when did you file that?

12   A.  In 2006, while I was -- I resided at Mr. Bill Carter's

13   house, I went to the National Police and filed it.

14            MS. MEDETIS:  Your Honor, at this time the Government

15   would move to admit Government's Exhibit 97 into evidence.

16            MR. HOROWITZ:  Judge, we object under 801(d)(1)(B),

17   that it doesn't qualify.

18            Judge, may we approach?

19            THE COURT:  Come on up.

20            (Whereupon, the following proceedings were had at

21   side-bar outside the presence of the jury:)

22            THE COURT:  Yes.

23            MR. HOROWITZ:  Judge, it's a similar issue with the

24   prior consistent statement.  I objected.  The case law we

25   all -- we have gone through the case law, I think, twice

1      already.  This will be the third time.

2              Mr. Adelstein has issues that he wants to talk about,

3      redacting some of the Creole prior to its admission -- prior to

4      the Court's ruling, if the Court seeks to admit.

5              THE COURT:  Do you want to state your position for the

6      record?

7              MS. MEDETIS:  Yes, your Honor.

8              We would argue that the statement is admissible under

9      801(d)(1)(B) as a prior consistent statement, based on the two

10     areas of cross-examination by Mr. Adelstein suggesting both

11     recent fabrication as well as improper influence resulting from

12     the various group meetings that he was -- that Mr. Adelstein

13     inquired about on cross-examination.

14             THE COURT:  Anything you want to say in response?

15             MR. HOROWITZ:  Judge, we'll cite the case law that

16     we've previously cited to the Court, including *Tome versus*

17     *United States* and *Drury* -- D-r-u-r-y -- *United States versus*

18     *Drury* that I've cited to the Court.

19             THE COURT:  Based upon the implied charge that, at the

20     January, 2013, meeting that this witness testified to that

21     there were discussions in the group and that he discussed the

22     case with his friends of the group, being the agents, the

23     assistant US Attorney, I find that this statement given to the

24     Haitian National Police in 2006, which is before the alleged

25     fabrication or improper influence -- and the improper influence

```
 1    would be the comparing of stories amongst the group of
 2    individuals -- I don't recall on cross-examination whether this
 3    witness had reviewed any testimony with the Government -- but
 4    it would be the group meeting and the discussion in the group
 5    of the facts of the case.  There is at least an implied charge
 6    of improper influence.
 7              I find that, pursuant to the case law previously
 8    cited by the Court, that this is not a hearsay statement and
 9    it is admissible as a prior consistent statement under
10    Rule 801(d)(1)(B).
11              MR. ADELSTEIN:  These numbers confuse me, Judge.
12              THE COURT:  Right.
13              MR. HOROWITZ:  That's why I let him do the redactions.
14              THE COURT:  Could you do me a favor, though?  Could
15    you stop calling them "young ladies"?  You've both done it.
16              MR. ADELSTEIN:  I don't mean to --
17              THE COURT:  I know you don't mean it that way.  I know
18    you both well.  I think it's somewhat -- it makes me cringe,
19    and I'm sure it makes them cringe.
20              MR. ADELSTEIN:  I apologize if you take any --
21              MS. MEDETIS:  I never think Mr. Adelstein is trying to
22    be --
23              THE COURT:  I don't think it's done intentionally and
24    I don't think -- but it's --
25              MR. ADELSTEIN:  Yes, ma'am.
```

 1          THE COURT:  I don't think it's an appropriate term to

 2   utilize in open court regarding lawyers.

 3          MR. ADELSTEIN:  Yes, ma'am.

 4          THE COURT:  I wouldn't expect them to refer to you as

 5   "young gentleman."

 6          MR. ADELSTEIN:  They wouldn't.  They would tell us we

 7   were old men.

 8          THE COURT:  Or that they would refer to you as "old

 9   men."

10          MR. HOROWITZ:  They have.

11          MR. ADELSTEIN:  They have, Judge.

12          MR. HOROWITZ:  Repeatedly.

13          THE COURT:  Could I see the statement?

14          MR. ADELSTEIN:  Is there an English translation of

15   this one?

16          MS. MEDETIS:  Your Honor, we've found inaccuracies in

17   the current English translation that we have.  What we would

18   recommend is having one of the interpreters translate it

19   realtime for your Honor at side-bar.

20          THE COURT:  So, then, I'm going to send the jury home.

21   We'll take this up Tuesday.

22          MR. ADELSTEIN:  Holy cow.  Nice move.

23          THE COURT:  I didn't say you're going home; I said

24   they are.

25          MR. ADELSTEIN:  Oh.

```
 1              (Whereupon, the following proceedings were had in open

 2    court:)

 3              THE COURT:  I'm going to send you home.  I just need

 4    everybody to be here before I give you your instructions.

 5              (Thereupon, an unidentified juror entered the

 6    courtroom and the following proceedings were had:)

 7              THE COURT:  I'm sending you home, all of you.  Be

 8    seated for a minute because I need to instruct you.  That's

 9    all.

10              This is the end of Friday, the end of the week.

11              Remember that you are not coming here on Monday.

12    You're going to come back Tuesday morning, 9:00.

13              Do not discuss this case either amongst yourselves or

14    with anyone else.  Have no contact whatsoever with anyone

15    associated with the trial.

16              Do not read, listen or see anything touching on this

17    matter in any way, including anything in the media, anything on

18    the Internet or anything on any access device.

19              If anyone should try to talk to you about this case,

20    you should immediately instruct them to stop and report it to

21    my staff.

22              Remember, if you happen to see anything in the media,

23    on TV, in the papers, on the Internet, even about the subject

24    area, you must not read it or listen to it.  Okay?  You're not

25    to have any contact with anything regarding this case or the
```

 1    subject area of this case.

 2             If you would, give your notebooks to the court

 3    security officer.  Thank you for your patience today.  I'll see

 4    you Tuesday morning.  Enjoy your days away from here.

 5             (Whereupon, the jury exited the courtroom at 5:31 p.m.

 6    and the following proceedings were had:)

 7             THE COURT:  You may be seated.

 8             You may step down, sir.

 9             MS. MEDETIS:  Does your Honor wish to admonish the

10    witness?

11             THE COURT:  Yes.  Mr. Xxxxx, you're not to discuss

12    your testimony with anyone or permit anyone to discuss it with

13    you.

14             Tuesday morning, 9:00.  Okay?

15             THE WITNESS:  Yes.

16             (Witness excused.)

17             THE COURT:  You can be seated.

18             So let me -- what exhibit number is this going to be?

19             MS. MEDETIS:  This would be Exhibit 97, your Honor.

20             THE COURT:  So let me have -- let's have -- the

21    interpreter is going to read it for me.

22             MS. MEDETIS:  Would your Honor like a copy to try to

23    follow along?

24             THE COURT:  I don't think it's going to help me.  It's

25    in Creole.

```
 1              MS. MEDETIS:  Your Honor, I was going to direct the

 2   interpreter to read starting with the witness's own statement

 3   as opposed to this preamble.

 4              THE COURT:  That's fine.

 5              MR. ADELSTEIN:  Where are we starting?

 6              THE COURT:  I think at the bottom of the first page.

 7   Correct?

 8              MR. ADELSTEIN:  Okay.

 9              THE COURT:  And is it in paragraphs like the other

10   statement was?

11              MS. MEDETIS:  Yes, Judge.

12              THE COURT:  So if you would read a paragraph and just

13   pause so I can make a determination whether a redaction is

14   appropriate.

15              THE INTERPRETER:  "As stated, I have seven years since

16   I've been living with Matthew Carter, alias Bill.  Since I was

17   very small, he used to make me masturbate him and he used make

18   me put lotion on his penis.  But now that I am older, he does

19   not make me do that anymore.

20              "But the small children that are younger, they still

21   masturbate him.  He did" --

22              THE COURT:  One moment, please.

23              Go ahead.

24              THE INTERPRETER:  "He never had sexual intercourse --

25   homosexual intercourse.  But there's one of the children whose
```

1    name is Patrick that he did have intercourse with."

2            THE COURT:  That'll be redacted.  I don't think there

3    was any testimony --

4            MR. ADELSTEIN:  There is none.

5            But in my translation, there's something about a

6    condom in that first paragraph.

7            THE INTERPRETER:  I don't see it.

8            MR. ADELSTEIN:  Okay.  That's what I'm having -- okay.

9            MS. MEDETIS:  That's why we're going through this

10   exercise, your Honor.

11           THE COURT:  I think the translation for the other was

12   not --

13           THE INTERPRETER:  I don't think it was a federally

14   certified translator.

15           MR. ADELSTEIN:  I understand.

16           THE COURT:  Mr. Horowitz objected and the prior

17   translation did not come in.

18           MR. ADELSTEIN:  I understand.

19           THE COURT:  So the intercourse with Patrick will come

20   out.

21           Go ahead.

22           Do you want some flags, Ms. Medetis?

23           MS. MEDETIS:  No.  I'm just going to start marking it

24   directly, your Honor.

25           THE COURT:  Okay.

1        THE INTERPRETER:  "The house is Bill's house.  It is

2   not an orphanage.  But as the parents leave the children,

3   there's a lot of children" -- there's a part that's cut off on

4   the first line after "orphanage" which I cannot read.  So it

5   just is illegible.

6        THE COURT:  Okay.

7        THE INTERPRETER:  "As my parent has a lot of children,

8   Bill asked them for me to come and stay with him at his house.

9   That's how I went to stay at Bill's house.  I have been living

10  with Bill for seven years."

11       It seems like it's a question-and-answer format

12  because there's no complete sentence.

13       It just says, "We are about 13 that live in the house.

14       "It's only boys that -- we are only boys.  There's no

15  girls.

16       "My parents live outside of La Chapelle.  Yes.  My

17  parents came to -- came to Bill's house.

18       "My mother's name is Sesifi and my father's name is

19  Emanuel Xxxxx.

20       "I have five sisters, three brothers.  They stay at my

21  parents' house.  It's only me that is living with Bill.

22       "It is all of us that Bill does that to.  But when we

23  are older, we don't agree to do it.

24       "Bill sometimes sucks my penis, too.  Bill asks me to

25  suck his penis, but I don't agree.  When I don't agree, he

 1   becomes mad.

 2           "Any little thing that happens, he beats me.  He beats

 3   me with his hand, with a belt and with a stick, a cane.

 4   Sometimes he gives us slaps in the head.  He punches.

 5           "He goes out sometimes and he find young kids outside.

 6   He brings them to the house with him and those kids have to

 7   masturbate him.  And sometimes he sucks the penis of these

 8   kids.

 9           "Yes.  I've seen that.

10           "I've looked out the window -- through the window.

11           "No.  There is no one working in the house.  We are

12   the one who cook, who clean the house.  There's a girl who

13   comes to wash for us.

14           "We are the one who bring" -- illegible.

15           "Many times, Bill made me masturbate for him and he

16   made me put lotion on his penis for him.

17           "I know that Patrick was -- did homosexual act with

18   Bill because one day Patrick was sleeping in the room with all

19   of us and in the middle of the night he got up and went to

20   Bill's room."

21           THE COURT:  Okay.  One moment.

22           I don't believe there was any testimony regarding

23   Patrick.

24           MS. MEDETIS:  There was not, your Honor.

25           THE COURT:  So that'll be redacted.

1          MS. MEDETIS:  Your Honor, I also believe there was no

2   testimony regarding the Defendant hitting Jimmy with a belt, if

3   your Honor wants to redact the word "belt."

4          THE COURT:  Is there the word "belt"?

5          MS. MEDETIS:  There was on the previous page, your

6   Honor.

7          THE INTERPRETER:  Yes.  "He used to beat us" -- before

8   the stick and the cane, he says that he would use his belt.

9          THE COURT:  So strike "belt" as well.

10         Any objection to "cane"?  I don't think he used the

11  term "cane."

12         MR. ADELSTEIN:  There is no evidence of a cane; so,

13  I'd ask that that be stricken.

14         THE COURT:  Strike "cane" as well.  Just "stick."

15         MS. MEDETIS:  Then, your Honor will redact any mention

16  of Patrick?  That's the next paragraph.

17         THE COURT:  Yes.  Just what the interpreter read

18  before we went back to "belt" and "cane."

19         "I knew that Patrick was -- did homosexual act with

20  Bill because one day Patrick" -- "to the end of Bill's room."

21         THE INTERPRETER:  Do I continue?

22         THE COURT:  Yes, please.

23         THE INTERPRETER:  "Yes.  Bill has firearms.  He has

24  two firearms."

25         THE COURT:  That will be struck.  There was no

```
 1    testimony by this witness of firearms.

 2              THE INTERPRETER:  There's more on firearms.  Do I take

 3    them out, too?

 4              THE COURT:  All the firearms.

 5              THE INTERPRETER:  "Yes.  I know Susan."

 6              MR. ADELSTEIN:  There's no testimony of that.

 7              THE INTERPRETER:  The whole paragraph is Susan and

 8    Linda.

 9              THE COURT:  No testimony about Susan and Linda; so,

10    all of that is struck.

11              THE INTERPRETER:  The last paragraph says that, "Bill

12    pulled out a gun on us and one of the kids."

13              THE COURT:  Strike that.

14              Is that it?

15              MS. MEDETIS:  There's one more page, your Honor.

16              THE COURT:  Okay.

17              THE INTERPRETER:  "Bill pays the school for us and he

18    feeds us.

19              "We all go to the school called Bon Samaritain, which

20    is located at the Source Cazeau.  Sometimes he takes us by car.

21    Sometimes we walk."

22              MR. ADELSTEIN:  There's no testimony of that either.

23              MS. MEDETIS:  Judge, there was no testimony about the

24    name of the school.  I would agree with defense counsel.

25              THE COURT:  Okay.  So strike, "We all go to the school
```

 1    called Bon Samaritain, which is located at" -- wherever it says

 2    it's located.  "Sometimes he takes us by car.  Sometimes we

 3    walk."  I think there was testimony about a gate --

 4             MR. ADELSTEIN:  That's fine.

 5             THE COURT:  There was testimony about a gate being

 6    open, but I think that was it.

 7             Do you want it in?

 8             MR. ADELSTEIN:  I don't care about that sentence one

 9    way or another.

10             THE COURT:  The school?

11             MR. ADELSTEIN:  No.  The car or by foot.

12             THE COURT:  So leave in, "Sometimes he takes us by

13    car.  Sometimes we walk."

14             MR. ADELSTEIN:  That's fine.

15             THE COURT:  I believe there was testimony about

16    walking to school.

17             MR. ADELSTEIN:  That's fine.

18             THE COURT:  Go ahead.

19             THE INTERPRETER:  "Bill has been to many countries

20    before where he did the same thing and they had to deport him."

21             THE COURT:  There was no testimony by this witness as

22    to him going to other countries.

23             MS. MEDETIS:  Agreed, Judge.

24             THE COURT:  So that's struck.

25             THE INTERPRETER:  The whole paragraph, your Honor, is

1    about that.  I strike all of it?

2              THE COURT:  All of it, if it's all about going to

3    other countries and being deported.

4              THE INTERPRETER:  Yes.  Being deported.

5              "Yes.  All that I've said is the truth.  I have

6    nothing more to add.  After reading said document written here,

7    signed and legalized declaration."  And it's sign and it has a

8    seal.

9              THE COURT:  Okay.

10             MS. MEDETIS:  Your Honor, is this exhibit now admitted

11   into evidence?

12             THE COURT:  Are you moving it in?

13             MS. MEDETIS:  I will again ask to move this exhibit

14   into evidence, Government's Exhibit 97.

15             THE COURT:  You adopt your prior arguments?

16             MR. HOROWITZ:  Yes, your Honor.

17             THE COURT:  I'm going to overrule the objections.  I

18   adopt my prior citation of the cases and I adopt the findings

19   that I made side-bar in regard to the cross-examination and the

20   admission of this document as a consistent statement.

21             MS. MEDETIS:  Your Honor, if I may -- and I hate to

22   prolong this.  I know it's Friday.  But I just want to make

23   sure that I bring this to the Court's attention.

24             The prior consistent statement of -- who was it?  The

25   other agent?  The prior consistent statement of Odelin

1   Xxxxxxxxx that was previously admitted into evidence, also, I

2   believe, has some comments regarding Susan Hill that he did not

3   testify to and, therefore, we would suggest redacting that to

4   remain consistent in that particular exhibit, which I believe

5   was Exhibit 96.

6         THE COURT:  He testified as to that.  Correct?

7         MS. MEDETIS:  Odelin Xxxxxxxxx did not testify about

8   Susan Hill.

9         THE COURT:  No.  But he read the statement in Creole

10  and the translator translated as he read it.  Correct?

11        MS. MEDETIS:  That's correct, Judge.

12        THE COURT:  So do you want me to strike part of it and

13  instruct the jury to disregard that?

14        MS. MEDETIS:  Your Honor, I just wanted to be

15  consistent.  I see that we were going through it and, before --

16        THE COURT:  Let me say for the record that the problem

17  with the prior statement was that the translation that was

18  presented did not have -- was not the same as when the witness

19  read the statement in open court.

20        Mr. Horowitz -- the way this came about was, after my

21  viewing the statement in Creole -- obviously, I don't read

22  Creole -- and reading the statement in English that was

23  provided by the Government and making my ruling generally under

24  801(d)(1)(B), Mr. Horowitz, which he's welcome to do, then

25  objected in open court to the translation coming in, and I

1    upheld his objection, since a predicate had not been laid.

2              So then the witness read in Creole and the translator

3    translated.  And you may be correct that there was some

4    information about Susan that came out.

5              What's the defense position regarding this?  Do you

6    want me to -- do you want that redacted and to instruct the

7    jury to disregard it?

8              I don't think it's really prejudicial.  It was, I

9    think, innocuous as far as Susan was concerned.

10             MR. HOROWITZ:  Judge, I tend to agree with the Court.

11   If we can just let me take a look at the transcript from when

12   Mr. Xxxxxxxxx testified.

13             THE COURT:  Sure.

14             MR. HOROWITZ:  And we will be able to resolve it

15   without any Court intervention.

16             MS. MEDETIS:  Thank you.  I wanted to make sure I

17   have --

18             THE COURT:  I think there was one area also that he

19   read in regard to an admission that I believe -- that was one

20   of the preservations of a motion regarding the admission.

21             MS. MEDETIS:  That's correct, Judge.

22             MR. HOROWITZ:  Yes.

23             MS. MEDETIS:  That admission -- I apologize for

24   interrupting, your Honor.

25             THE COURT:  There was a prior testimony that I allowed

1    about an admission and it was very similar to that.  So I don't

2    find that there's any prejudice to the Defendant based upon the

3    fact that other testimony came out about this admission.

4             But if you wish to have it redacted, Mr. Horowitz,

5    you -- Mr. Adelstein, I believe, preserved the motion, but it

6    was -- it's never been brought up to me since that time, which

7    was yesterday, I believe.

8             But if you want to have it redacted and for me to

9    instruct the jury to disregard that, I will do so.

10            If you want to make a motion about that, you can make

11   a motion.  Since there was prior testimony about it, I don't

12   find that there's really any prejudice to the Defendant.

13            But I'll listen to your motion.  Maybe you can

14   convince me otherwise.

15        MR. HOROWITZ:  Judge --

16        MS. MEDETIS:  That was your second motion for a

17   mistrial, the one that you raised at the time that Odelin

18   Xxxxxxxxx testified when he was reading his statement about the

19   Defendant confessing to Odelin Xxxxxxxxx that he had sexually

20   abused minors in other countries.

21        THE COURT:  That was definitely not in the

22   translation.

23        MS. MEDETIS:  It was not.  We didn't realize that

24   until we were able to rely on federally certified translators.

25   There's an issue with the English translations, which is why

1    we're not even going to try to introduce them at this time.

2           THE COURT:  I'm not saying the Government did it

3    intentionally.  I think it was inadvertent.  But there's how it

4    happened.

5           MR. HOROWITZ:  I can make the motion now, Judge, or

6    however the Court wants.  I have the page of the transcript.

7           THE COURT:  Do you want to make the motion,

8    Mr. Horowitz?

9           MR. HOROWITZ:  Yes, your Honor.

10          On Page 136 of yesterday's transcript, Odelin --

11          THE COURT:  Can you wait a minute, please?  I'm going

12   to bring it up.

13          MR. HOROWITZ:  Sure.

14          THE COURT:  136.  Right?

15          MR. HOROWITZ:  136.

16          THE COURT:  Okay.

17          MS. MEDETIS:  Your Honor --

18          THE COURT:  I already instructed the jury to disregard

19   it.  I forgot that.

20          MR. HOROWITZ:  Though you instructed the jury to

21   disregard it, it came out and it is a violation of Federal Rule

22   of Evidence 413 and 414.  We had no notice and it's something

23   that the witness had blurted out.

24          And we would move for a mistrial based on that comment

25   of that witness, that Mr. Carter had, quote, "...he has done so

 1    in other countries.  He also shared with us that he traveled

 2    through several other countries --"  And we objected and we

 3    think that that's grounds for a mistrial.  We would so move.

 4              THE COURT:  Yes.

 5              MS. MEDETIS:  Your Honor, I would object to the motion

 6    for a mistrial on the grounds that the jury has already -- had

 7    already heard testimony from Dieucibon Xxxxxx that the

 8    Defendant had traveled to another country, Egypt, and sexually

 9    abused minors.

10              Additionally, per the Court's order on the

11    Rule 413-414 evidence, the jury is going to hear additional

12    testimony about how the Defendant traveled to England and

13    sexually abused minors there and sexually abused minors in

14    Egypt and, also, sexually abused minors in Haiti in the '80s

15    before the Defendant moved back in the mid-'90s to commit the

16    charged conduct.

17              And they will hear testimony that he sexually abused

18    minors in the United States.

19              So it's the Government's position that the mention by

20    Witness Odelin Xxxxxxxxx is not prejudicial and --

21              THE COURT:  When you say hearing testimony that he

22    sexually abused minors, that an admission?

23              MS. MEDETIS:  Your Honor, there will be testimony from

24    witnesses who were sexually abused by the Defendant in England.

25    There will be testimony from -- there will be testimony from

1   witnesses to whom the Defendant confessed about sexually

2   abusing children in Haiti in the early '80s.

3            There will be testimony from victims who were sexually

4   abused in the United States by the Defendant in the '70s around

5   the same time as the abuse in England, because it was the same

6   victims.  He abused them in both England and the United States.

7            THE COURT:  Anything further, Mr. Horowitz?

8            MR. HOROWITZ:  Judge, no.  Just that that comment --

9   the Government has an obligation under 413 and 414 to advise us

10   as to where and when.

11           And that goes back to a transcript on Tuesday where we

12   had a witness testify that Mr. Carter was sexually abusing

13   young men in Jamaica.  And I can gave the citation to the

14   Court.

15           THE COURT:  Let me deal with this first.  If you want

16   to bring up something else --

17           MR. HOROWITZ:  Yes.

18           THE COURT:  Did you preserve a motion at that time?

19           MR. HOROWITZ:  Yes, I did, Judge.

20           MS. MEDETIS:  They did, your Honor.

21           I would reply to Mr. Horowitz's notice argument with

22   the fact that there is case law directly addressing notice and

23   how advance notice does not necessarily bar the admissibility

24   of -- the failure to provide advance notice does not

25   necessarily bar the admissibility.

1        THE COURT:  Let's take up this issue first.

2        MR. HOROWITZ:  Judge, as far as that issue is

3  concerned, the current issue that the Court is dealing with, I

4  have no further argument.

5        THE COURT:  I'm going to deny the motion for mistrial.

6        I indicated earlier how this testimony came out in the

7  prior consistent statement that was being translated as the

8  witness spoke in Creole.

9        Immediately upon this statement, which was, beginning

10  at the bottom of Page 135 of the transcript for February 7th,

11  Line 25, "Question:  Can you read what's in this paragraph

12  right here?"

13        Page 136, Line 1.

14        "Answer:  There I stated, 'He stated that he has done

15  so in other countries.  He also shared with us that he traveled

16  through several other countries --"

17        Mr. Horowitz at Line 4:  "Your Honor --"

18        The witness at Line 5:  -- "like" --

19        Line 6:  Mr. Horowitz:  "Objection.  May we approach?"

20        At Line 7, I stated, "The jury is instructed to

21  disregard the last statement."

22        And then Mr. Adelstein reserved a motion.

23        So this particular statement was immediately struck by

24  the Court.  It was not part of the witness's testimony.  It was

25  on that basis that I struck this prior consistent statement

```
 1    under the authority that I previously cited about redaction.

 2              I do not find that there is prejudice to the Defendant

 3    such that he cannot receive a fair trial, as there is already

 4    evidence in the record regarding an admission that the

 5    Defendant stated that he abused boys in Egypt.

 6              And as Ms. Medetis has proffered, there is going to be

 7    testimony that was noticed by the Government and ruled on by

 8    the Court of sexual abuse of minors in England, in the United

 9    States.  So I don't find that there's any prejudice to the

10    Defendant.

11              Now, in regard to the first motion for reservation of

12    motion -- what page is that?

13              MR. HOROWITZ:  Judge, it begins on Tuesday's

14    transcript.

15              THE COURT:  Hold on.  I'm looking at an excerpt.  So I

16    want to go back to -- the pages are different.  So I want to

17    get the page.  2-6.  Correct?

18              MR. HOROWITZ:  2-5, I believe, your Honor.

19              THE COURT:  What page?  2-5.

20              MR. HOROWITZ:  Page 123, beginning at Line 22.

21              THE COURT:  What page?

22              MR. HOROWITZ:  Page 123, beginning at Line 22, through

23    Page 124 at Line 22, where the motion was reserved.

24              THE COURT:  I don't see any objection after Jamaica.

25    There's an objection --
```

1        MR. HOROWITZ:  Judge, it's further down on the bottom.

2        THE COURT:  There's an "Objection.  Leading" after the

3   testimony about Jamaica came out, after "Question:  Before he

4   told you he was going to fast, did he say anything about

5   whether he was sexually abusing children in Egypt?", there was

6   a leading objection there which I sustained, "Rephrase your

7   question."

8        Then Ms. Medetis asked at Line 20 on --

9        MR. HOROWITZ:  It starts at Line 22.

10       THE COURT:  124, "What, if anything, did the Defendant

11  say he did in Egypt on that second occasion when he came to you

12  and spoke to you?

13       "Answer:  He said to me he was abusing boys in Egypt.

14       "Question:  And what was the Defendant's demeanor?"

15       Then Mr. Horowitz says, "Judge, also, may we reserve a

16  motion at this time?"

17       MR. HOROWITZ:  Judge, it's above that, where -- at

18  Line 25, on Page 123.

19       THE COURT:  Line 25.

20       But you didn't object to it.

21       MR. HOROWITZ:  Judge, I reserved a motion about ten

22  lines down.  I didn't know that this witness --

23       THE COURT:  After an intervening objection for

24  leading.

25       MR. HOROWITZ:  Judge, after the witness testified, at

 1   a reasonable time thereafter -- I think it's maybe three or

 2   four lines down -- I reserved a motion.

 3          I didn't know that this witness was going to blurt out

 4   something in Jamaica which, number one, we didn't have notice

 5   of and, number two, my client's never been to Jamaica.

 6          THE COURT:  What's the Government's position?

 7          MS. MEDETIS:  Your Honor, the Government would object

 8   to the motion and oppose it based on the timing of it.

 9          But notwithstanding the fact that it was not raised in

10   a timely manner, the motion, the Government would argue the

11   fact that the jury did hear and will hear about the Defendant's

12   sexual abuse of minors in five other countries -- or four other

13   countries, it's unclear to the Government that the mention

14   briefly, very briefly, of Jamaica is going to bar the Defendant

15   from having a fair trial, that it would prejudice the Defendant

16   in such is way that he would not have a fair trial.

17          Additionally, your Honor, the Court could cure the

18   matter, if the Court were so inclined, by asking the jury -- or

19   instructing the jury, rather, to disregard any testimony

20   regarding Jamaica.  On the other hand, if the Court were to do

21   that, it seems to the Government that that would be drawing

22   attention to the matter.

23          Also, with respect to Mr. Horowitz's notice argument,

24   I don't have it in front of me right now, but I can provide the

25   Court with case law which holds that the failure to provide

 1    notice as per the notice provisions under 413 and 414 does not

 2    bar the admissibility of evidence of other acts of sexual abuse

 3    and child molestation.

 4         MR. HOROWITZ:  Judge, at Docket Entries No. 55, 89, I

 5    believe the third one is 127, the Government has provided us in

 6    excess of 60 pages of notice as to 413 and 414 evidence that

 7    they are going to introduce against Mr. Carter -- or may

 8    introduce against Mr. Carter during this trial.

 9         It does not give them the license to introduce acts

10    that didn't occur, that they have no evidence of, that they

11    have no proof of.  And that's why I objected and that's why I

12    reserved a motion.

13         They have given us no notice of anything in Jamaica.

14    They have made Mr. Carter's passport available to us.  There's

15    no travel to Jamaica.  And it doesn't give them the license to

16    have things that don't exist introduced into evidence

17    willy-nilly.

18         Therefore, we move for a mistrial.

19         THE COURT:  I'm going to deny the motion for mistrial.

20         Assuming for purposes of this argument that the

21    objection was timely made -- I'm not sure it was, because it

22    was not clear to me that you were objecting to the testimony

23    about Jamaica, because there was an "Objection.  Leading" and

24    then there was testimony about Egypt and then there was the

25    reservation of the motion.

1        But if, in fact, the motion -- the objection was

2   properly preserved and the motion reserved, given the fact that

3   there already has been testimony in this record which the Court

4   ruled on about admissions by the Defendant of abusing boys in

5   Egypt and the Government, through its notices and in the

6   Court's rulings, is going to be presenting evidence by victims

7   of sexual abuse of minors in several other countries, I do not

8   find that this statement about Jamaica prejudices the Defendant

9   so that he cannot receive a fair trial.

10        There are at least three other countries that the

11   Government intends to introduce evidence by victims pursuant to

12   the rules of propensity evidence of sexual abuse of minors that

13   this Defendant allegedly participated in.

14        Therefore, the motion for mistrial is denied.

15        Well, we can stay around for about another 15 minutes

16   and listen for the air conditioning to go off.  But, otherwise,

17   if there's nothing else --

18        MR. ADELSTEIN:  Judge, on an unrelated matter, your

19   chambers asked me about Toriano Johnson, what the status is --

20        THE COURT:  I don't want to -- unless Ms. Medetis

21   wants to cover that.

22        MS. MEDETIS:  Your Honor, first, I would not like to

23   cover that because I don't know anything about that case.  I

24   apologize.  Had I --

25        THE COURT:  If you want to communicate with Patricia

1    separate and apart from communicating with me --

2              MR. ADELSTEIN:  That's fine.

3              THE COURT:  I'm going to have no discussions with her

4    about anything.  She may be asking some information of you.

5    But it's not to go to -- it's nothing for me without

6    Mr. Gilfarb being present.

7              So we're done?

8              MR. ADELSTEIN:  Yes, ma'am.

9              THE COURT:  Thank you.  Have a nice weekend.

10             MS. MEDETIS:  Likewise, Judge.

11             THE COURT:  See you Tuesday, 9:00.

12             We're in recess for the day and the week.

13             (Proceedings concluded.)

14

15                   C E R T I F I C A T E

16

17         I hereby certify that the foregoing is an accurate

18    transcription of the proceedings in the above-entitled matter.

19

20

21    _____          /s/Lisa Edwards
          DATE               _____
22                           LISA EDWARDS, RDR, CRR
                             Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
23                           Miami, Florida 33128
                             (305) 523-5499
24

25

**'** [1]

**'70s** [1] - 179:4
**'80s** [1] - 178:14, 179:2
**'He** [1] - 180:14

**/**

**/s/Lisa** [1] - 186:21

**1**

**1** [2] - 1:8, 180:13
**10** [2] - 9:13, 31:3
**105** [1] - 3:6
**10:00** [1] - 122:7
**11** [6] - 112:20, 115:17, 121:25, 122:5, 130:3
**11-20350** [4] - 4:3, 47:12, 63:14, 104:5
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:03** [1] - 47:10
**11:23** [1] - 48:5
**11:53** [1] - 63:5
**123** [3] - 181:20, 181:22, 182:18
**124** [2] - 181:23, 182:10
**127** [1] - 184:5
**12th** [2] - 41:9, 41:23
**13** [1] - 168:13
**135** [1] - 180:10
**136** [4] - 177:10, 177:14, 177:15, 180:13
**14** [25] - 8:22, 9:1, 9:2, 9:6, 10:15, 12:8, 15:24, 27:6, 27:12, 27:15, 29:3, 50:16, 51:6, 56:17, 56:21, 57:12, 57:15, 57:20, 67:17, 67:18, 101:6, 101:7, 102:21, 122:7, 135:24
**14-A** [3] - 56:21, 57:6, 73:4
**14-B** [2] - 56:18, 57:6
**1400** [1] - 1:18
**15** [39] - 7:3, 7:4, 7:6, 7:7, 7:21, 7:22, 8:20, 22:7, 27:6, 27:9, 27:12, 27:14, 27:16, 27:17, 27:19, 27:24, 27:25, 28:2, 28:3,

28:7, 28:14, 28:25, 29:2, 57:5, 57:6, 57:15, 57:16, 96:20, 103:21, 103:24, 104:1, 105:16, 105:23, 106:13, 135:24, 185:15
**155** [1] - 3:6
**17** [4] - 10:12, 17:17, 19:4, 94:19
**18** [5] - 57:3, 74:15, 116:8, 121:19, 132:20
**186** [1] - 1:8
**1910** [1] - 1:24
**1989** [3] - 48:22, 111:4, 111:6
**1990** [1] - 5:18
**1998** [1] - 111:7
**1999** [2] - 111:9, 111:10
**1:30** [3] - 63:2, 63:3, 63:9
**1:46** [1] - 65:16

**2**

**2-5** [2] - 181:18, 181:19
**2-6** [1] - 181:17
**20** [8] - 31:4, 31:5, 31:16, 31:23, 99:15, 106:24, 132:25, 182:8
**2003** [2] - 67:13, 69:18
**2004** [1] - 73:1
**2006** [9] - 136:6, 148:2, 148:5, 148:12, 148:15, 158:11, 158:20, 160:12, 161:24
**2009** [1] - 133:2
**2010** [1] - 135:9
**2011** [14] - 35:3, 35:6, 75:3, 99:3, 105:8, 132:25, 133:2, 134:15, 135:7, 138:20, 140:7, 140:13, 148:24
**2012** [10] - 41:9, 148:21, 150:24, 153:15, 153:16, 153:17, 154:9, 154:10
**2013** [12] - 1:5, 148:22, 148:23, 149:18, 151:15, 151:16, 151:17, 151:18, 151:20, 152:2, 153:2, 161:20
**20530** [1] - 1:19

**3**

**305** [2] - 2:3, 186:23
**32** [1] - 122:18
**32-A** [7] - 75:7, 76:8, 76:11, 76:18, 76:23, 77:1, 77:12
**32-A-1** [8] - 3:12, 80:6, 80:18, 80:24, 81:5, 81:6, 81:12, 145:2
**32-B** [9] - 3:12, 80:25, 81:5, 81:6, 81:16, 81:19, 82:2, 82:3, 121:15
**32-C** [4] - 81:25, 82:5, 82:11, 83:3
**32-D** [2] - 83:7, 122:25
**32-E** [2] - 83:11, 84:20
**32-F** [2] - 83:13, 84:22
**32-G** [4] - 83:25, 84:12, 98:14, 98:19
**32-H** [1] - 84:2
**32-I** [1] - 84:24
**32-J** [2] - 85:11, 85:14
**32-K** [1] - 85:16
**32-L** [7] - 85:21, 87:1, 87:11, 87:25, 88:12, 89:2, 89:14
**32-M** [7] - 87:8, 87:14, 87:15, 87:16, 87:19, 89:6, 89:16
**32-N** [1] - 88:5
**32-O** [2] - 88:8, 88:14

**21** [1] - 3:5
**22** [5] - 6:13, 181:20, 181:22, 181:23, 182:9
**23** [10] - 57:10, 73:22, 76:16, 77:18, 80:22, 81:14, 98:10, 98:11, 98:25
**23rd** [2] - 35:3, 35:6
**24** [1] - 48:24
**25** [3] - 180:11, 182:18, 182:19
**26** [1] - 41:9
**27** [1] - 41:15
**27th** [1] - 148:12
**28** [1] - 41:11
**29** [2] - 48:22, 111:4
**2929** [1] - 1:21
**29th** [5] - 138:15, 138:20, 140:7, 142:19, 142:22

**4**

**4** [1] - 180:17
**40** [4] - 28:1, 42:5, 42:6, 42:7
**400** [2] - 2:2, 186:22
**410** [1] - 1:22
**412** [3] - 139:25, 141:13, 141:20
**413** [4] - 177:22, 179:9, 184:1, 184:6
**413-414** [1] - 178:11
**414** [4] - 177:22, 179:9, 184:1, 184:6
**44** [1] - 3:5
**48** [11] - 3:6, 3:11, 65:21, 65:25, 66:1, 66:7, 66:16, 66:21, 66:24, 66:25, 102:20
**49** [3] - 68:19, 68:23, 69:23

**5**

**5** [2] - 3:5, 180:18
**50** [3] - 68:19, 69:4, 70:1
**523-5499** [2] - 2:3, 186:23
**55** [1] - 184:4
**59** [1] - 3:10
**5:00** [2] - 64:13, 126:3
**5:30** [2] - 64:13, 122:6
**5:31** [1] - 165:5
**5:45** [1] - 122:6
**5th** [1] - 5:20

**32-P** [2] - 89:21, 90:6
**32-Q** [1] - 89:24
**32-R** [2] - 90:10, 90:23
**32-S** [1] - 90:25
**32-T** [11] - 3:12, 75:7, 76:9, 76:11, 76:18, 76:24, 81:1, 81:5, 81:7, 91:7, 145:2
**33128** [2] - 2:3, 186:23
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**3:08** [1] - 103:22
**3:30** [1] - 64:12
**3:32** [1] - 104:21

**4**

(continued above)

**6**

**6** [1] - 180:19
**60** [1] - 184:6
**600** [1] - 1:18
**66** [1] - 3:11
**6:00** [1] - 122:6
**6:11** [1] - 1:6

**7**

**7** [2] - 140:2, 180:20
**72** [1] - 3:11
**74** [1] - 123:20
**7:00** [1] - 128:17
**7:15** [1] - 122:6
**7:30** [1] - 122:6
**7th** [1] - 180:10

**8**

**8** [2] - 1:5, 140:2
**80** [10] - 3:11, 71:4, 71:11, 71:19, 72:7, 72:14, 72:17, 72:18, 72:23, 72:24
**801(d)(1)(B** [3] - 160:16, 161:9, 174:24
**801(d)(1)(B)** [1] - 162:10
**81** [10] - 3:11, 3:12, 71:4, 71:11, 71:19, 72:7, 72:14, 72:17, 72:18, 73:11
**82** [8] - 3:11, 71:25, 72:5, 72:7, 72:14, 72:17, 72:18, 73:24
**83** [6] - 3:10, 58:7, 58:13, 59:2, 59:4, 59:5
**89** [1] - 184:4
**8:00** [1] - 122:6
**8th** [5] - 75:3, 99:3, 140:13, 148:21, 149:18

**9**

**9** [6] - 50:25, 58:20, 58:24, 110:25, 111:6, 140:2
**9130** [1] - 1:24
**96** [1] - 174:5
**97** [4] - 159:18, 160:15, 165:19, 173:14
**99** [1] - 1:15

**9:00** [3] - 164:12, 165:14, 186:11
**9:27** [1] - 1:6
**9:29** [1] - 4:24

# A

**a.m** [5] - 1:6, 4:24, 47:10, 48:5, 63:5
**able** [10] - 23:1, 39:21, 53:7, 55:10, 65:6, 65:10, 94:24, 158:4, 175:14, 176:24
**above-entitled** [1] - 186:18
**absence** [1] - 35:9
**absolute** [1] - 118:14
**absolutely** [2] - 118:21, 119:11
**abuse** [9] - 44:22, 112:21, 136:4, 179:5, 181:8, 183:12, 184:2, 185:7, 185:12
**abused** [12] - 19:2, 176:20, 178:9, 178:13, 178:14, 178:17, 178:22, 178:24, 179:4, 179:6, 181:5
**abusing** [7] - 158:25, 159:1, 179:2, 179:12, 182:5, 182:13, 185:4
**accept** [3] - 19:11, 123:14, 123:15
**access** [5] - 47:3, 62:22, 90:18, 103:16, 164:18
**according** [2] - 32:12, 149:22
**accurate** [2] - 79:7, 186:17
**accurately** [6] - 58:23, 66:17, 72:8, 76:18, 77:17, 79:2
**act** [4] - 18:12, 18:14, 169:17, 170:19
**acting** [1] - 17:14
**actions** [1] - 30:15
**activities** [1] - 82:13
**activity** [3] - 149:21
**acts** [11] - 11:22, 15:1, 17:19, 97:1, 98:2, 98:24, 99:6, 99:10, 184:2, 184:9
**add** [1] - 173:6
**addition** [3] - 39:9, 114:24, 118:4
**additional** [2] - 120:7, 178:11

**additionally** [2] - 178:10, 183:17
**addressing** [1] - 179:22
**ADELSTEIN** [194] - 1:20, 1:21, 46:18, 47:22, 53:10, 53:14, 53:19, 54:6, 57:23, 58:4, 61:17, 64:10, 64:15, 68:2, 68:8, 68:15, 70:7, 70:14, 70:22, 70:24, 76:25, 77:3, 79:22, 81:3, 82:20, 85:7, 86:7, 86:9, 86:14, 87:22, 88:1, 88:18, 89:7, 89:17, 93:14, 93:23, 94:9, 96:5, 100:4, 100:7, 100:16, 100:18, 101:9, 102:5, 104:25, 105:2, 106:8, 106:12, 106:17, 107:7, 107:18, 108:1, 108:21, 109:1, 109:6, 109:12, 109:19, 110:8, 110:10, 112:2, 112:7, 112:8, 113:14, 114:9, 115:8, 115:10, 115:12, 115:15, 115:16, 115:24, 116:19, 117:12, 117:16, 120:16, 120:20, 121:13, 121:15, 121:22, 122:9, 122:12, 122:16, 122:18, 123:6, 123:11, 124:20, 124:22, 124:25, 125:2, 125:8, 125:12, 125:14, 125:22, 126:8, 127:4, 127:9, 127:10, 127:18, 128:1, 128:13, 128:15, 129:2, 129:8, 130:19, 130:22, 131:4, 131:14, 132:18, 136:16, 136:21, 136:25, 137:2, 137:19, 138:19, 140:3, 140:6, 140:10, 140:16, 140:19, 140:22, 141:4, 141:10, 141:18, 141:22, 141:25, 142:5, 142:8, 142:12, 142:15, 142:19, 142:22, 142:25, 143:10, 143:14, 143:17, 143:23, 144:6, 144:16,

144:22, 144:24, 145:1, 145:5, 145:6, 145:17, 147:7, 147:9, 147:13, 147:15, 147:19, 147:22, 148:1, 148:23, 149:2, 149:4, 149:10, 149:11, 150:18, 150:23, 151:12, 152:12, 152:14, 152:15, 154:7, 154:17, 154:19, 154:24, 155:17, 155:19, 162:11, 162:16, 162:20, 162:25, 163:3, 163:6, 163:11, 163:14, 163:22, 163:25, 166:5, 166:8, 167:4, 167:8, 167:15, 167:18, 170:12, 171:6, 171:22, 172:4, 172:8, 172:11, 172:14, 172:17, 185:18, 186:2, 186:8
**Adelstein** [18] - 4:14, 47:20, 63:22, 104:15, 104:24, 116:5, 116:8, 120:3, 128:11, 144:10, 144:21, 149:8, 161:2, 161:10, 161:12, 162:21, 176:5, 180:22
**admissibility** [4] - 160:1, 179:23, 179:25, 184:2
**admissible** [2] - 161:8, 162:9
**admission** [9] - 161:3, 173:20, 175:19, 175:20, 175:23, 176:1, 176:3, 178:22, 181:4
**admissions** [1] - 185:4
**admit** [9] - 59:2, 66:21, 72:14, 76:23, 77:20, 78:11, 80:24, 160:15, 161:4
**admitted** [20] - 59:3, 66:23, 68:19, 68:22, 69:3, 72:16, 72:22, 73:10, 73:23, 81:4, 81:11, 81:15, 81:24, 83:6, 83:24, 84:23, 102:19, 119:22, 173:10, 174:1
**admitting** [1] - 77:20
**admonish** [1] - 165:9
**adopt** [3] - 173:15,

173:18
**adult** [1] - 45:18
**adults** [1] - 8:13
**advance** [2] - 118:8, 179:23, 179:24
**adventure** [1] - 38:22
**advise** [2] - 106:4, 179:9
**advised** [2] - 33:24, 95:12
**afford** [2] - 17:12, 29:7
**afternoon** [10] - 63:15, 63:18, 63:21, 63:24, 104:6, 104:9, 104:14, 126:17, 128:6, 128:8
**Agent** [5] - 35:2, 35:5, 138:15, 138:23, 153:3
**agent** [35] - 35:7, 35:8, 35:13, 42:24, 139:12, 145:13, 146:5, 151:3, 152:4, 152:8, 155:2, 173:25
**agent's** [1] - 152:8
**Agents** [4] - 4:10, 47:17, 63:20, 104:12
**agents** [5] - 41:4, 43:6, 146:9, 154:13, 161:22
**ago** [3] - 41:23, 105:5, 111:1
**agree** [7] - 122:4, 132:8, 168:23, 168:25, 171:24, 175:10
**agreed** [4] - 94:16, 94:22, 96:3, 172:23
**ahead** [6] - 40:23, 54:19, 106:9, 166:23, 167:21, 172:18
**air** [1] - 185:16
**alcohol** [7] - 10:25, 32:16, 93:3, 93:4, 93:8, 93:10, 93:12
**alias** [1] - 166:16
**alive** [3] - 6:4, 113:6, 113:8
**allegations** [1] - 113:17
**allege** [1] - 150:9
**alleged** [3] - 112:21, 120:4, 161:24
**allegedly** [2] - 112:9, 185:13
**allow** [5] - 17:24, 18:13, 79:13, 94:8, 141:16
**allowance** [1] - 39:12

**allowed** [6] - 15:16, 79:19, 118:10, 130:23, 132:15, 175:25
**almost** [3] - 15:18, 42:5, 43:17
**alone** [2] - 13:7, 152:25
**AMERICA** [1] - 1:4
**America** [4] - 4:2, 47:11, 63:13, 104:4
**amount** [1] - 22:24
**anal** [2] - 18:15, 18:18
**ANDREW** [1] - 1:7
**Andrew** [5] - 4:2, 47:12, 50:8, 63:14, 104:5
**angry** [1] - 18:22
**animals** [1] - 95:15
**animated** [1] - 64:5
**answer** [10] - 106:7, 109:23, 137:15, 143:18, 147:23, 157:10, 158:7, 168:11, 180:14, 182:13
**answered** [30] - 12:9, 15:25, 19:23, 20:10, 20:15, 26:12, 27:2, 28:11, 30:5, 32:23, 35:10, 36:5, 41:20, 57:23, 58:4, 85:7, 88:19, 89:7, 93:14, 96:5, 102:5, 106:15, 108:19, 108:24, 109:9, 122:23, 127:22, 145:15, 151:9, 155:14
**answering** [3] - 53:16, 107:20, 108:2
**answers** [1] - 53:20
**anytime** [1] - 29:6
**apart** [1] - 186:1
**apologies** [1] - 88:3
**apologize** [10] - 40:24, 46:15, 115:15, 134:20, 147:14, 147:16, 153:1, 162:20, 175:23, 185:24
**appear** [1] - 69:7
**APPEARANCES** [1] - 1:13
**appearances** [4] - 4:4, 47:13, 63:16, 104:7
**appeared** [5] - 58:24, 66:17, 72:8, 123:24, 123:25

**appreciated** [4] - 53:7, 55:3, 56:10, 56:11

**approach** [22] - 53:10, 58:8, 63:25, 66:2, 69:19, 70:25, 71:21, 76:4, 77:2, 77:4, 77:6, 77:8, 80:12, 96:7, 115:8, 116:1, 139:17, 144:24, 145:4, 159:14, 160:18, 180:19

**appropriate** [2] - 163:1, 166:14

**area** [13] - 7:4, 17:8, 36:20, 40:22, 52:2, 52:3, 111:19, 112:9, 122:5, 144:20, 164:24, 165:1, 175:18

**areas** [2] - 124:18, 161:10

**argue** [2] - 161:8, 183:10

**argument** [4] - 179:21, 180:4, 183:23, 184:20

**argumentative** [8] - 26:11, 26:16, 88:18, 88:19, 108:17, 109:10, 109:18, 132:16

**arguments** [1] - 173:15

**arrangements** [3] - 118:2, 120:18, 120:19

**arrest** [2] - 34:15, 148:18

**arrested** [5] - 34:23, 105:11, 134:17, 140:14, 149:13

**Artibonite** [1] - 49:1

**artwork** [1] - 79:18

**aside** [4] - 15:15, 55:7, 57:6, 90:22

**asleep** [4] - 60:3, 60:5, 60:6, 92:19

**assigned** [1] - 95:8

**assignments** [2] - 83:5, 129:10

**assistant** [1] - 161:23

**ASSISTANT** [1] - 1:15

**associated** [4] - 46:25, 62:19, 103:13, 164:15

**assume** [3] - 113:10, 154:20, 154:23

**assumes** [5] - 94:9,

100:7, 109:15, 125:10, 154:2

**assuming** [1] - 184:20

**ate** [4] - 43:25, 82:19, 82:25, 129:4

**attempted** [5] - 16:2, 17:5, 18:4, 18:12, 18:14

**attempting** [1] - 159:25

**attended** [4] - 130:15, 130:24, 150:25, 155:6

**attending** [1] - 136:10

**attention** [5] - 59:13, 83:2, 85:22, 173:23, 183:22

**ATTORNEY** [1] - 1:15

**Attorney** [1] - 161:23

**attorneys** [3] - 64:25, 65:1, 65:9

**au** [3] - 5:25, 6:1, 134:21

**aunt** [1] - 132:4

**authority** [4] - 33:15, 181:1

**authorization** [1] - 51:3

**available** [2] - 116:20, 184:14

**Avenue** [1] - 1:18, 1:21, 2:2, 186:22

**avenues** [1] - 28:9

**B**

**baby** [1] - 6:6

**background** [3] - 55:16, 83:3, 91:4

**backpack** [1] - 115:5

**backwards** [1] - 149:1

**backyard** [1] - 90:21

**bad** [9] - 11:22, 23:5, 23:8, 26:5, 29:11, 29:22, 30:1, 77:7, 111:7

**badge** [3] - 78:21

**bag** [4] - 17:2, 17:5, 18:4, 158:9

**ball** [3] - 69:14, 69:15

**bar** [13] - 53:13, 64:2, 77:5, 77:10, 116:4, 139:20, 160:21, 163:19, 173:19, 179:23, 179:25,

183:14, 184:2

**barefooted** [1] - 100:11

**based** [7] - 24:13, 139:24, 161:9, 161:19, 176:2, 177:24, 183:8

**basis** [6] - 114:22, 120:25, 126:1, 134:2, 144:13, 180:25

**basket** [1] - 32:6

**bathroom** [23] - 15:11, 15:16, 18:23, 90:1, 90:2, 90:7, 90:9, 90:11, 90:12, 90:13, 90:15, 90:16, 90:18, 90:20, 90:22, 90:23, 91:16, 91:19, 91:21, 126:19, 127:11, 127:15

**beans** [3] - 23:3

**beat** [11] - 16:10, 16:11, 95:9, 95:10, 95:15, 110:1, 155:25, 156:3, 159:3, 170:7

**beaten** [2] - 24:21, 31:14

**beating** [2] - 107:25, 109:25

**beats** [2] - 169:2

**became** [4] - 16:8, 29:23, 129:19, 133:3

**become** [1] - 132:19

**becomes** [3] - 79:12, 79:25, 169:1

**bed** [23] - 13:19, 32:15, 60:4, 60:8, 60:9, 60:10, 61:14, 61:16, 62:2, 62:6, 62:7, 84:14, 84:15, 85:5, 92:24, 93:3, 93:5, 93:9, 93:10, 97:9, 97:10, 97:23, 98:20

**bedroom** [37] - 13:16, 13:17, 15:22, 30:20, 31:7, 31:17, 31:20, 31:21, 31:25, 84:1, 84:3, 84:6, 84:9, 84:11, 84:18, 85:2, 85:5, 85:13, 85:20, 86:5, 86:6, 86:13, 86:18, 86:22, 89:23, 90:8, 97:13, 98:2, 98:13, 98:20, 101:1, 101:3, 101:14, 101:19, 102:21, 103:5

**bedrooms** [3] - 86:24, 87:2, 90:4

**bedtime** [1] - 129:19

**BEFORE** [1] - 1:10

**beginning** [6] - 93:15, 105:14, 153:16, 180:9, 181:20, 181:22

**begins** [2] - 117:6, 181:13

**behalf** [8] - 4:8, 4:14, 47:16, 47:20, 63:19, 63:22, 104:10, 104:15

**behave** [1] - 56:13

**behind** [3] - 83:19, 83:20, 152:4

**behold** [1] - 149:25

**belongings** [1] - 26:9

**belt** [7] - 169:3, 170:2, 170:3, 170:4, 170:8, 170:9, 170:18

**benefit** [1] - 52:25

**bent** [1] - 17:5

**best** [1] - 107:20

**better** [6] - 22:25, 24:18, 36:19, 79:17, 96:25, 113:20

**between** [3] - 33:11, 64:13, 90:4

**beyond** [5] - 30:12, 45:24, 125:5, 125:19, 126:5

**big** [2] - 41:16, 79:14

**bigger** [2] - 41:24, 42:1

**bill** [2] - 171:17, 172:19

**Bill** [69] - 7:1, 19:25, 22:14, 22:17, 25:7, 25:9, 25:10, 36:21, 36:23, 38:24, 39:3, 39:9, 39:23, 40:6, 49:8, 49:17, 50:11, 50:13, 55:6, 55:23, 56:10, 58:22, 66:15, 69:16, 70:5, 72:12, 75:14, 82:15, 83:21, 84:1, 84:3, 85:1, 85:20, 90:1, 91:20, 96:17, 96:19, 97:15, 97:18, 97:19, 98:13, 98:20, 112:16, 114:17, 114:24, 115:3, 126:10, 130:11, 131:8, 131:15, 131:21, 132:8, 152:7, 156:5, 158:23, 158:25, 160:12, 166:16, 168:8, 168:10, 168:21, 168:22, 168:24, 169:15, 169:18, 170:20,

170:23, 171:11

**Bill's** [7] - 106:11, 139:1, 168:1, 168:9, 168:17, 169:20, 170:20

**birth** [1] - 111:4

**bit** [7] - 6:2, 49:4, 64:4, 88:16, 96:24, 124:13, 136:8

**black** [1] - 23:3

**blurt** [1] - 183:3

**blurted** [1] - 177:23

**board** [9] - 70:19, 83:4, 115:21, 122:13, 122:14, 122:19, 122:22, 122:23, 123:3

**body** [5] - 11:18, 64:8, 64:22, 95:21, 96:1

**Bon** [2] - 171:19, 172:1

**Bonnie** [9] - 4:8, 47:16, 63:19, 104:10, 152:18, 152:19, 153:3, 154:13, 154:18

**BONNIE** [1] - 1:17

**books** [3] - 18:22, 22:20, 115:5

**born** [10] - 5:17, 5:18, 5:19, 5:21, 5:25, 48:21, 48:25, 49:1, 111:3, 111:6

**bottle** [3] - 14:5, 15:8, 35:24

**bottom** [4] - 83:16, 166:6, 180:10, 182:1

**Boulevard** [1] - 1:24

**Bouquets** [1] - 57:19

**boxes** [1] - 87:6

**boy** [5] - 33:18, 67:20, 67:22, 102:20, 132:7

**boys** [10] - 10:22, 24:18, 25:25, 33:10, 42:22, 42:23, 43:2, 43:13, 43:17, 44:20, 51:8, 51:12, 51:13, 52:16, 52:19, 53:8, 55:2, 60:2, 66:11, 66:17, 67:10, 67:12, 71:16, 72:6, 72:8, 72:25, 74:8, 75:15, 75:25, 83:4, 83:9, 83:10, 87:7, 89:23, 95:18, 97:2, 97:7, 97:11, 97:14, 97:25, 98:1, 98:24, 99:17, 99:20, 100:3, 100:14, 100:22, 106:19, 106:23, 107:1, 107:8,

107:12, 107:15, 107:22, 107:23, 108:6, 108:7, 108:11, 112:12, 114:4, 114:6, 126:19, 133:9, 133:22, 133:23, 134:11, 151:11, 151:13, 168:14, 181:5, 182:13, 185:4

**boys'** [7] - 61:9, 83:8, 85:25, 86:24, 87:2, 88:10, 90:18

**break** [4] - 46:17, 46:20, 62:16, 103:10

**breakfast** [1] - 126:13

**breaking** [1] - 46:22

**briefly** [2] - 183:14

**Brigade** [1] - 148:10

**bring** [14] - 4:22, 20:18, 20:20, 20:21, 20:22, 20:25, 48:1, 65:14, 99:17, 104:18, 169:14, 173:23, 177:12, 179:16

**bringing** [3] - 78:14, 140:8

**brings** [3] - 20:25, 78:13, 169:6

**broke** [1] - 91:22

**brother** [7] - 6:9, 9:9, 146:21, 146:22, 146:23, 146:24

**brothers** [3] - 6:8, 49:7, 168:20

**brought** [3] - 99:22, 119:17, 176:6

**brown** [1] - 78:23

**brushed** [1] - 43:25

**building** [2] - 7:8, 42:16

**built** [1] - 19:7

**built-wise** [1] - 19:7

**bulletin** [2] - 122:22, 123:3

**bunch** [2] - 138:1, 142:20

**butt** [2] - 95:18, 95:19

**buy** [4] - 39:5, 39:6, 39:21, 158:4

**BY** [156] - 2:1, 5:10, 6:24, 12:16, 14:14, 14:21, 16:4, 16:23, 19:18, 20:1, 20:12, 20:19, 21:6, 23:11, 24:3, 24:12, 25:1, 26:8, 26:14, 26:19, 27:4, 28:13, 28:16, 28:23, 29:17, 30:7,

30:18, 31:15, 33:1, 33:8, 34:6, 35:12, 36:8, 36:16, 37:23, 39:22, 40:4, 41:1, 41:22, 42:4, 42:15, 43:5, 43:11, 44:6, 45:2, 46:2, 48:17, 49:19, 50:7, 53:4, 54:9, 54:20, 58:1, 58:11, 59:8, 61:20, 66:5, 67:3, 68:6, 68:11, 68:21, 69:21, 70:10, 71:2, 71:23, 72:21, 75:8, 76:6, 80:15, 81:9, 82:9, 82:24, 85:10, 86:12, 86:17, 87:24, 88:4, 88:22, 89:4, 89:11, 89:20, 92:4, 93:19, 94:1, 94:14, 96:9, 98:18, 100:1, 100:5, 100:13, 100:21, 101:12, 102:10, 105:2, 106:12, 106:17, 107:7, 108:1, 108:21, 109:6, 109:12, 109:19, 110:10, 112:8, 113:14, 114:9, 115:10, 115:16, 125:2, 125:8, 125:14, 125:22, 126:8, 127:4, 127:10, 127:18, 128:1, 128:15, 129:2, 129:8, 130:19, 130:22, 131:4, 131:14, 132:18, 136:16, 137:2, 137:19, 138:19, 145:1, 145:6, 145:17, 147:9, 147:15, 147:19, 148:1, 149:4, 149:11, 150:18, 150:23, 151:12, 152:15, 154:7, 154:19, 154:24, 155:23, 156:10, 156:17, 157:1, 157:13, 157:22, 158:2, 158:10, 158:19, 159:19, 160:8

---

# C

**candies** [6] - 10:23, 17:1, 17:2, 17:5, 18:4, 39:20

**candy** [6] - 17:15, 19:6, 19:14, 39:5, 39:6, 39:21

**cane** [7] - 169:3, 170:8, 170:10, 170:11, 170:12, 170:14, 170:18

**cannons** [2] - 42:18, 42:19

**cannot** [4] - 44:18, 168:4, 181:3, 185:9

**car** [4] - 171:20, 172:2, 172:11, 172:13

**care** [10] - 9:16, 34:12, 102:1, 102:8, 102:11, 133:25, 134:5, 134:11, 172:8

**cart** [1] - 128:12

**Carter** [81] - 4:2, 4:15, 6:14, 6:22, 7:1, 8:5, 8:20, 9:25, 11:7, 16:10, 16:19, 19:25, 24:16, 24:17, 25:3, 25:5, 27:18, 29:12, 29:21, 29:25, 30:15, 31:17, 31:24, 34:11, 34:23, 38:6, 47:12, 47:21, 49:8, 49:17, 49:20, 50:5, 50:8, 50:11, 50:13, 55:6, 55:23, 56:10, 58:22, 63:14, 63:23, 66:15, 70:5, 72:12, 75:15, 82:15, 83:21, 84:1, 84:3, 85:20, 90:1, 91:20, 96:17, 96:19, 97:15, 97:18, 98:13, 104:5, 104:16, 105:11, 114:17, 130:11, 133:25, 134:2, 134:6, 134:10, 134:21, 135:17, 135:23, 136:2, 148:18, 149:13, 152:7, 156:5, 158:23, 158:25, 166:16, 177:25, 179:12, 184:7, 184:8

**CARTER** [1] - 1:7

**Carter's** [15] - 8:2, 8:3, 30:20, 30:22, 31:7, 31:11, 32:7, 34:14, 35:9, 85:12, 98:20, 111:17, 140:3, 160:12, 184:14

**CASE** [1] - 1:2

**case** [44] - 46:23, 47:4, 62:17, 62:23, 103:11, 103:17, 116:13, 116:15, 116:16, 116:21, 117:6, 117:20, 118:20, 119:1, 119:2,

119:6, 120:1, 120:14, 122:3, 123:5, 124:18, 124:19, 138:13, 139:2, 139:10, 144:5, 155:8, 155:11, 160:24, 160:25, 161:15, 161:22, 162:5, 162:7, 164:13, 164:19, 164:25, 165:1, 179:22, 183:25, 185:23

**Case** [4] - 4:3, 47:12, 63:14, 104:5

**cases** [2] - 47:25, 173:18

**caused** [3] - 18:2, 19:14, 19:22

**causing** [1] - 121:10

**caution** [1] - 64:7

**Cazeau** [1] - 171:20

**Center** [37] - 21:25, 22:9, 27:12, 27:20, 27:25, 28:14, 28:24, 30:8, 30:24, 31:24, 32:18, 33:10, 33:21, 33:22, 37:18, 37:25, 39:24, 40:6, 40:14, 52:22, 55:18, 55:19, 56:1, 67:13, 73:25, 74:11, 74:17, 96:11, 105:7, 105:23, 110:19, 111:11, 127:19, 130:4, 149:13, 149:23, 150:10

**center** [123] - 9:12, 9:14, 9:19, 10:20, 12:17, 13:22, 19:8, 19:9, 19:10, 19:20, 20:4, 27:10, 27:14, 29:3, 30:15, 34:20, 39:8, 42:17, 51:11, 52:17, 52:19, 52:20, 52:22, 54:23, 54:25, 55:3, 55:4, 55:8, 55:10, 55:22, 56:4, 56:8, 56:9, 56:13, 56:14, 56:15, 56:16, 56:17, 56:19, 56:22, 57:2, 57:4, 57:5, 57:11, 57:14, 57:15, 57:16, 57:22, 59:9, 59:14, 70:19, 72:25, 73:2, 74:9, 74:19, 74:20, 74:21, 75:2, 75:9, 75:10, 75:14, 75:18, 75:20, 75:23, 80:22, 81:13, 81:21, 82:12, 82:14, 85:19, 91:24, 92:11, 97:25,

98:8, 98:24, 99:2, 99:4, 99:7, 99:18, 99:21, 100:15, 101:2, 101:7, 101:8, 101:24, 101:25, 102:3, 102:9, 102:18, 106:11, 110:18, 110:19, 110:21, 110:22, 111:2, 111:9, 111:14, 111:17, 112:17, 112:20, 113:20, 114:19, 114:21, 115:7, 126:2, 129:3, 132:25, 134:12, 134:23, 135:14, 135:17, 135:18, 135:23, 136:18, 150:1, 150:5, 158:15, 158:22

**center-type** [1] - 42:17

**Central** [1] - 148:9

**Centre** [4] - 52:22, 52:25, 53:1, 67:16

**CENTRE** [1] - 53:1

**certain** [3] - 9:20, 117:25, 119:14

**certainly** [1] - 112:15

**certified** [2] - 167:14, 176:24

**certify** [1] - 186:17

**chairs** [5] - 47:7, 63:1, 83:17, 83:18, 103:20

**chambers** [1] - 185:19

**champ** [2] - 42:10, 42:11

**chance** [1] - 76:10

**changing** [1] - 121:1

**Chapelle** [2] - 49:1, 168:16

**characterization** [1] - 23:7

**charge** [6] - 75:25, 137:3, 137:7, 137:10, 161:19, 162:5

**charged** [1] - 178:16

**chest** [1] - 96:2

**chief** [1] - 116:16

**child** [6] - 45:19, 130:23, 131:8, 131:11, 131:21, 184:3

**children** [15] - 31:5, 31:23, 39:9, 39:24, 102:13, 102:14, 132:2, 136:22, 166:20, 166:25, 168:2, 168:3, 168:7, 179:2, 182:5

**choice** [1] - 16:11
**choose** [1] - 33:17
**chore** [1] - 75:1
**chores** [4] - 83:4, 95:9, 131:25, 133:6
**chose** [6] - 29:14, 29:19, 29:20, 29:24, 30:2, 31:12
**Christmas** [1] - 69:16
**circle** [7] - 67:6, 69:1, 69:7, 73:7, 73:14, 91:15, 102:24
**circumcision** [2] - 96:15, 96:24
**circumstances** [1] - 50:17
**citation** [2] - 173:18, 179:13
**cite** [1] - 161:15
**cited** [4] - 161:16, 161:18, 162:8, 181:1
**city** [5] - 5:23, 5:24, 21:16, 34:10, 34:13
**clarify** [4] - 44:7, 88:16, 126:21, 127:17
**class** [2] - 128:20
**classes** [3] - 16:7, 16:13, 17:1
**classroom** [1] - 16:14
**clean** [6] - 25:13, 26:1, 26:4, 26:6, 35:17, 169:12
**cleaned** [3] - 14:25, 26:1, 26:10
**clear** [2] - 77:24, 184:22
**client's** [1] - 183:5
**clinic** [4] - 32:9, 32:10, 81:18, 81:21
**close** [8] - 13:8, 13:16, 18:1, 27:19, 27:22, 28:4, 99:4, 150:1
**closed** [9] - 75:3, 75:11, 105:8, 105:10, 107:9, 132:25, 134:23, 148:18, 149:13
**closer** [3] - 14:6, 52:1, 52:5
**clothes** [10] - 15:6, 15:12, 15:13, 22:12, 34:16, 52:11, 52:13, 93:25, 100:11, 111:20
**clothing** [6] - 6:19, 52:9, 52:10, 93:22, 93:25
**coerced** [1] - 45:18

**comfortable** [3] - 12:23, 54:16, 54:18
**coming** [4] - 41:6, 117:1, 164:11, 174:25
**comment** [3] - 88:1, 177:24, 179:8
**commentary** [1] - 112:4
**comments** [1] - 174:2
**commit** [1] - 178:15
**committed** [1] - 44:23
**communicate** [1] - 185:25
**communicating** [1] - 186:1
**company** [1] - 132:24
**comparing** [1] - 162:1
**complaint** [1] - 160:10
**complete** [1] - 168:12
**completed** [1] - 129:12
**completely** [1] - 56:24
**complies** [8] - 67:9, 69:2, 69:9, 70:2, 73:9, 73:16, 91:17, 102:25
**comply** [2] - 11:2, 141:4
**compound** [1] - 112:1
**concentrate** [2] - 65:7, 65:10
**concentrating** [1] - 16:15
**concerned** [3] - 78:13, 175:9, 180:3
**concluded** [1] - 186:13
**conclusion** [1] - 68:2
**conditioning** [1] - 185:16
**condom** [5] - 139:22, 139:23, 140:9, 140:15, 167:6
**condoms** [8] - 139:24, 140:2, 140:18, 140:23, 140:25, 141:9, 141:17
**conduct** [4] - 77:23, 99:6, 141:13, 178:16
**confers** [1] - 39:17
**confessed** [1] - 179:1
**confessing** [1] -

176:19
**confuse** [1] - 162:11
**confused** [4] - 53:14, 53:20, 88:16, 153:1
**consistent** [10] - 160:24, 161:9, 162:9, 173:20, 173:24, 173:25, 174:4, 174:15, 180:7, 180:25
**contact** [8] - 24:16, 44:12, 46:24, 62:18, 103:12, 124:10, 164:14, 164:25
**contents** [1] - 123:2
**continuance** [1] - 118:6
**continue** [2] - 75:2, 170:21
**continued** [2] - 61:2, 116:12
**continues** [1] - 70:21
**control** [1] - 134:12
**controlled** [1] - 31:1
**convention** [1] - 42:17
**conversation** [1] - 41:16
**conversations** [1] - 24:13
**convince** [1] - 176:14
**cook** [1] - 169:12
**cookies** [7] - 20:21, 20:22, 20:25, 39:4, 39:6, 100:10
**copy** [3] - 120:2, 120:5, 165:22
**correct** [96] - 22:9, 23:13, 25:7, 25:9, 29:5, 29:14, 29:20, 29:24, 32:13, 33:2, 35:24, 38:15, 43:18, 78:8, 105:8, 105:12, 105:24, 106:24, 107:9, 107:13, 111:7, 111:14, 111:23, 112:13, 112:17, 112:21, 113:11, 113:20, 113:22, 113:24, 114:10, 114:14, 114:17, 114:18, 114:19, 114:22, 118:24, 123:22, 125:4, 125:9, 125:15, 126:10, 126:20, 126:23, 127:5, 128:3, 128:5, 129:10, 129:13, 129:19, 129:22, 130:9, 130:12,

130:16, 130:24, 131:9, 131:22, 131:25, 132:10, 132:12, 132:15, 132:25, 133:3, 134:3, 134:7, 135:14, 135:25, 136:6, 137:16, 137:24, 138:2, 138:5, 139:10, 146:18, 148:3, 148:6, 148:10, 148:13, 148:18, 148:21, 149:14, 149:18, 150:3, 150:6, 150:10, 154:9, 154:18, 154:20, 155:8, 166:7, 174:6, 174:10, 174:11, 175:3, 175:21, 181:17
**counsel** [19] - 4:4, 44:8, 47:13, 58:6, 63:16, 63:25, 65:22, 71:4, 75:6, 77:12, 104:7, 106:4, 119:21, 137:1, 143:9, 144:12, 152:20, 159:16, 171:24
**counsel's** [3] - 110:5, 122:2, 144:14
**counselor** [1] - 14:20
**counsels'** [5] - 4:10, 47:17, 63:20, 104:12, 104:17
**count** [2] - 32:3, 132:22
**counted** [3] - 30:25, 31:2, 135:11
**countries** [12] - 172:19, 172:22, 173:3, 176:20, 178:1, 178:2, 180:15, 180:16, 183:12, 183:13, 185:7, 185:10
**country** [2] - 49:2, 178:8
**countryside** [1] - 49:6
**couple** [1] - 41:23
**course** [4] - 26:5, 34:20, 34:23, 46:19
**COURT** [361] - 1:1, 4:1, 4:12, 4:16, 4:19, 4:21, 4:25, 5:3, 5:8, 6:23, 12:11, 12:15, 14:12, 14:18, 16:1, 16:18, 19:16, 19:24, 20:11, 20:16, 21:4, 23:9, 24:1, 24:24, 25:24, 26:13, 26:18, 27:3, 28:12, 28:15,

28:22, 29:16, 30:6, 30:11, 30:13, 31:10, 33:3, 34:4, 35:11, 36:6, 36:11, 36:13, 37:21, 40:3, 40:17, 40:20, 40:23, 40:25, 41:21, 42:2, 43:8, 44:4, 44:25, 45:23, 46:1, 46:6, 46:10, 46:12, 46:17, 46:19, 47:11, 47:23, 48:6, 48:15, 49:18, 50:6, 53:3, 53:11, 54:1, 54:4, 54:19, 57:24, 58:5, 58:9, 59:3, 59:7, 61:18, 62:16, 63:6, 63:13, 63:25, 64:3, 64:13, 64:16, 64:20, 65:3, 65:17, 65:23, 66:1, 66:4, 66:23, 67:2, 68:4, 68:9, 68:16, 68:20, 69:20, 70:8, 70:17, 70:23, 71:1, 71:22, 72:16, 72:20, 76:3, 76:5, 77:5, 77:8, 78:1, 78:6, 78:9, 78:13, 79:11, 79:21, 79:24, 80:3, 80:9, 80:14, 80:25, 81:4, 81:8, 82:7, 82:22, 85:8, 86:8, 86:10, 86:15, 87:23, 88:2, 88:20, 89:1, 89:8, 89:18, 92:3, 93:16, 93:24, 94:11, 96:6, 96:8, 98:16, 100:9, 100:17, 100:20, 101:10, 102:6, 103:10, 103:24, 104:1, 104:4, 104:18, 104:22, 106:6, 106:9, 106:16, 107:5, 107:19, 108:18, 108:20, 108:25, 109:4, 109:11, 109:17, 110:9, 112:5, 113:13, 114:8, 115:9, 116:2, 117:11, 117:13, 118:19, 118:22, 118:25, 119:9, 119:24, 120:2, 120:7, 120:12, 121:2, 121:10, 121:20, 121:24, 122:4, 122:10, 123:4, 123:14, 123:17, 124:4, 124:9, 124:16, 124:21, 125:1, 125:7, 125:13, 125:20, 126:6, 127:8, 127:23,

128:11, 128:14, 129:1, 129:6, 130:18, 130:21, 131:2, 131:12, 132:17, 136:14, 136:23, 137:18, 139:18, 140:1, 140:5, 140:8, 140:18, 140:21, 141:3, 141:8, 141:16, 141:19, 141:24, 142:2, 142:7, 142:10, 142:13, 142:16, 142:21, 143:1, 143:12, 143:15, 143:20, 143:24, 144:17, 144:20, 144:23, 144:25, 145:4, 145:16, 147:17, 147:23, 148:22, 148:25, 149:8, 150:16, 150:22, 151:10, 152:13, 154:5, 154:23, 155:15, 155:18, 155:21, 156:9, 156:15, 156:23, 157:7, 157:9, 157:21, 157:25, 158:6, 158:8, 158:17, 159:8, 159:12, 159:15, 160:2, 160:7, 160:19, 160:22, 161:5, 161:14, 161:19, 162:12, 162:14, 162:17, 162:23, 163:1, 163:4, 163:8, 163:13, 163:20, 163:23, 164:3, 164:7, 165:7, 165:11, 165:17, 165:20, 165:24, 166:4, 166:6, 166:9, 166:12, 166:22, 167:2, 167:11, 167:16, 167:19, 167:25, 168:6, 169:21, 169:25, 170:4, 170:9, 170:14, 170:17, 170:22, 170:25, 171:4, 171:9, 171:13, 171:16, 171:25, 172:5, 172:10, 172:12, 172:15, 172:18, 172:21, 172:24, 173:2, 173:9, 173:12, 173:15, 173:17, 174:6, 174:9, 174:12, 174:16, 175:13, 175:18, 175:25, 176:21, 177:2, 177:7,

177:11, 177:14, 177:16, 177:18, 178:4, 178:21, 179:7, 179:15, 179:18, 180:1, 180:5, 181:15, 181:19, 181:21, 181:24, 182:2, 182:10, 182:19, 182:23, 183:6, 184:19, 185:20, 185:25, 186:3, 186:9, 186:11

**court** [12] - 45:5, 52:25, 54:8, 64:19, 80:11, 124:24, 144:19, 163:2, 164:2, 165:2, 174:19, 174:25

**Court** [26] - 2:1, 4:15, 47:21, 63:23, 104:16, 117:18, 121:23, 141:14, 151:18, 161:4, 161:16, 161:18, 162:8, 175:10, 175:15, 177:6, 179:14, 180:3, 180:24, 181:8, 183:17, 183:18, 183:20, 183:25, 185:3, 186:22

**Court's** [5] - 139:24, 161:4, 173:23, 178:10, 185:6

**COURTROOM** [3] - 4:18, 4:20, 48:10

**courtroom** [13] - 4:23, 6:16, 47:9, 48:4, 49:10, 49:22, 63:4, 65:15, 103:22, 104:20, 138:2, 164:6, 165:5

**courts** [1] - 28:8

**cousin** [2] - 21:14, 21:15

**cousins** [2] - 21:13, 21:15

**cover** [2] - 185:21, 185:23

**covered** [3] - 97:16, 97:17, 97:19

**cow** [1] - 163:22

**created** [4] - 70:4, 70:6, 70:12, 70:18

**credibility** [2] - 141:5, 142:9

**Creole** [18] - 13:25, 14:1, 39:14, 39:18, 53:15, 54:11, 54:18, 70:13, 70:21, 161:3, 165:25, 174:9, 174:21, 174:22,

175:2, 180:8

**Criminal** [1] - 139:25

**cringe** [2] - 162:18, 162:19

**Croix** [1] - 57:19

**cropped** [1] - 77:25

**cropping** [1] - 79:17

**cross** [10] - 21:4, 44:8, 115:24, 155:24, 157:14, 158:11, 161:10, 161:13, 162:2, 173:19

**Cross** [1] - 3:3

**CROSS** [2] - 21:5, 105:1

**cross-examination** [10] - 21:4, 44:8, 115:24, 155:24, 157:14, 158:11, 161:10, 161:13, 162:2, 173:19

**CROSS-EXAMINATION** [2] - 21:5, 105:1

**CRR** [2] - 2:1, 186:21

**cure** [1] - 183:17

**current** [2] - 163:17, 180:3

**curtain** [1] - 84:10

**custody** [1] - 134:11

**cut** [3] - 79:21, 106:5, 168:3

# D

**d-u** [1] - 53:2

**dad** [3] - 9:15, 102:14, 113:6

**Dadeland** [1] - 1:24

**Dadou** [2] - 132:7, 132:10

**daily** [3] - 122:5, 122:8, 125:3

**dangerous** [2] - 38:20, 47:24

**dare** [1] - 38:22

**date** [9] - 56:24, 73:1, 99:1, 99:13, 111:4, 111:5, 113:3, 134:24, 136:7

**DATE** [1] - 186:21

**dates** [3] - 138:22, 148:14, 153:13

**David** [6] - 5:16, 9:10, 67:21, 68:1, 68:7, 68:17

**days** [7] - 12:19, 12:20, 12:22, 75:19, 135:1, 165:4

**DC** [1] - 1:19

**de** [2] - 42:10, 42:11

**deal** [1] - 179:15

**dealing** [1] - 180:3

**deceased** [1] - 6:4

**December** [3] - 41:9, 41:23, 154:1

**decided** [4] - 17:8, 19:13, 36:23, 96:23

**decision** [1] - 36:24

**declaration** [1] - 173:7

**Defendant** [154] - 6:22, 6:25, 7:2, 7:6, 7:12, 8:10, 8:25, 11:9, 11:19, 11:20, 11:21, 12:4, 12:8, 12:17, 12:24, 13:3, 13:9, 13:14, 13:20, 13:25, 14:2, 14:9, 14:15, 14:16, 14:22, 14:23, 15:1, 15:10, 15:15, 15:23, 16:24, 17:18, 17:24, 18:9, 18:17, 18:25, 19:2, 20:2, 20:8, 20:13, 20:22, 44:23, 49:17, 50:4, 50:10, 50:12, 50:18, 50:23, 51:1, 51:7, 51:8, 51:16, 51:17, 51:24, 52:5, 52:14, 56:2, 56:11, 57:7, 58:2, 59:19, 59:22, 60:12, 60:16, 60:20, 60:22, 60:24, 60:25, 61:4, 61:7, 61:15, 61:21, 62:5, 62:10, 62:13, 70:12, 75:16, 75:21, 75:23, 82:19, 82:25, 83:22, 90:12, 92:5, 92:9, 92:12, 92:23, 93:12, 93:13, 94:2, 94:5, 94:7, 94:20, 94:23, 94:25, 95:6, 95:10, 95:22, 95:23, 96:3, 97:1, 97:10, 97:22, 98:1, 98:2, 98:9, 98:12, 98:21, 98:23, 99:5, 99:9, 99:16, 99:17, 99:20, 100:2, 100:22, 100:23, 118:25, 120:12, 124:12, 140:14, 155:25, 156:3, 156:6, 156:11, 156:12, 156:13, 156:18, 157:2, 157:5, 157:15, 158:3, 159:1, 159:4, 170:2, 176:2, 176:12, 176:19,

178:8, 178:12, 178:15, 178:24, 179:1, 179:4, 181:2, 181:5, 181:10, 182:10, 183:14, 183:15, 185:4, 185:8, 185:13

**DEFENDANT** [1] - 1:20

**defendant** [1] - 1:8

**Defendant's** [39] - 8:7, 15:16, 15:17, 15:21, 51:10, 52:9, 52:12, 52:17, 60:8, 61:23, 84:9, 84:11, 84:14, 84:18, 85:2, 85:13, 86:5, 86:6, 86:13, 86:18, 86:19, 90:2, 90:19, 93:7, 95:3, 97:12, 98:2, 101:1, 101:3, 101:14, 101:18, 102:21, 103:4, 119:2, 121:25, 140:2, 140:25, 182:14, 183:11

**Defense** [1] - 115:17

**defense** [24] - 44:8, 58:6, 65:22, 71:3, 75:6, 77:12, 115:23, 116:12, 116:14, 116:21, 118:12, 118:15, 118:22, 119:6, 119:8, 119:21, 122:2, 123:19, 143:9, 144:12, 144:14, 159:16, 171:24, 175:5

**definitely** [1] - 176:21

**delayed** [1] - 118:4

**deliberate** [1] - 123:21

**demand** [1] - 95:4

**demeanor** [1] - 182:14

**denied** [1] - 185:14

**deny** [3] - 143:3, 180:5, 184:19

**DEPARTMENT** [1] - 1:17

**department** [1] - 149:16

**depict** [3] - 58:23, 66:17, 72:8

**depicted** [18] - 71:19, 72:24, 76:17, 79:10, 82:2, 82:5, 82:11, 84:12, 85:3, 85:14, 85:23, 87:1, 87:18, 88:11, 89:6, 89:13, 90:6, 90:22

**depicts** [1] - 91:16
**deport** [1] - 172:20
**deported** [2] - 173:3, 173:4
**DEPUTY** [3] - 4:18, 4:20, 48:10
**des** [1] - 57:19
**describe** [7] - 7:15, 16:5, 49:12, 50:17, 71:12, 71:14, 90:7
**described** [7] - 91:22, 108:15, 110:4, 110:17, 111:13, 111:16, 155:13
**describing** [1] - 159:24
**description** [1] - 160:4
**Dessalines'** [2] - 42:18, 42:19
**detail** [1] - 110:17
**determination** [1] - 166:13
**determine** [2] - 124:9, 140:25
**device** [4] - 47:3, 62:22, 103:16, 164:18
**devotions** [1] - 30:9
**Dickens** [1] - 8:11
**die** [1] - 26:25
**Dieucibon** [2] - 8:12, 178:7
**differ** [1] - 123:13
**difference** [2] - 23:4, 79:14
**different** [8] - 41:17, 55:8, 55:10, 78:8, 122:6, 124:13, 128:20, 181:16
**difficult** [2] - 16:13, 102:16
**dinner** [2] - 129:4, 129:9
**dire** [2] - 53:24, 124:6
**direct** [4] - 59:13, 124:18, 125:5, 166:1
**DIRECT** [2] - 5:9, 48:16
**Direct** [1] - 3:3
**directing** [2] - 83:2, 85:22
**direction** [7] - 87:1, 87:13, 87:18, 88:13, 88:23, 89:5, 89:15
**directly** [2] - 167:24, 179:22
**Directorate** [1] - 148:9
**dirty** [3] - 26:22,

96:23, 100:11
**discipline** [1] - 106:19
**disciplined** [13] - 106:20, 107:2, 107:12, 107:16, 108:8, 108:15, 108:23, 109:14, 109:22, 137:20, 140:11, 140:15, 141:6
**discovery** [4] - 117:2, 118:11, 118:18, 123:24
**discuss** [13] - 33:22, 43:14, 44:18, 45:6, 45:8, 46:23, 62:17, 63:7, 63:8, 103:11, 164:13, 165:11, 165:12
**discussed** [1] - 161:21
**discussing** [1] - 87:11
**discussion** [3] - 122:21, 137:1, 162:4
**discussions** [2] - 161:21, 186:3
**disobeying** [2] - 145:19, 145:22
**disprove** [1] - 142:8
**disregard** [7] - 174:13, 175:7, 176:9, 177:18, 177:21, 180:21, 183:19
**disrupted** [1] - 121:4
**disruption** [1] - 118:7
**distracting** [4] - 64:5, 64:22, 65:5, 65:12
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DIVISION** [1] - 1:2
**Docket** [1] - 184:4
**document** [7] - 67:4, 67:8, 70:18, 121:23, 143:8, 173:6, 173:20
**documents** [2] - 26:4, 85:18
**dollars** [2] - 157:17, 157:23
**Donald** [7] - 146:19, 146:20, 146:21, 146:22, 147:4
**done** [18] - 13:13, 13:21, 14:24, 15:6, 20:24, 26:24, 35:21, 60:14, 61:5, 61:6, 79:17, 100:23, 159:4, 162:15, 162:23,

177:25, 180:14, 186:7
**door** [11] - 13:8, 17:3, 38:17, 83:22, 85:25, 97:6, 97:8, 97:14, 107:18, 122:19, 123:2
**doorway** [1] - 84:8
**down** [34] - 4:18, 4:19, 13:18, 13:19, 16:15, 32:4, 32:5, 46:10, 65:5, 75:3, 92:15, 99:2, 99:4, 107:1, 107:15, 108:4, 108:7, 108:14, 108:22, 109:8, 109:14, 109:21, 109:24, 109:25, 110:11, 149:3, 155:25, 156:3, 156:7, 165:8, 182:1, 182:22, 183:2
**downstairs** [1] - 18:24
**drank** [1] - 37:8
**drawers** [2] - 25:15, 25:17
**drawing** [1] - 183:21
**Drury** [2] - 161:17, 161:18
**DRURY** [1] - 161:17
**du** [4] - 52:22, 52:25, 53:2, 67:16
**due** [1] - 35:9
**during** [13] - 11:19, 20:2, 27:5, 30:23, 40:5, 40:13, 53:24, 59:11, 72:9, 116:16, 140:7, 145:12, 184:8
**dust** [1] - 26:6
**duties** [1] - 133:5

## E

**e-mail** [3] - 116:8, 116:9, 121:18
**E-t-o-i-l-e** [1] - 53:2
**early** [7] - 61:24, 125:9, 125:15, 125:23, 128:3, 179:2
**earthquake** [1] - 34:23
**easier** [1] - 116:25
**eat** [12] - 10:1, 10:4, 17:25, 19:22, 20:4, 23:3, 82:17, 82:19, 82:25, 102:16, 126:12
**eaten** [1] - 19:19
**eating** [2] - 18:1, 18:3

**eats** [1] - 82:15
**education** [6] - 23:15, 23:16, 23:18, 26:22, 29:7, 29:9
**Edwards** [1] - 186:21
**EDWARDS** [2] - 2:1, 186:21
**Egypt** [8] - 178:8, 178:14, 181:5, 182:5, 182:11, 182:13, 184:24, 185:5
**either** [10] - 46:23, 62:17, 103:11, 132:23, 134:11, 137:4, 137:11, 145:13, 164:13, 171:22
**ejaculated** [2] - 13:21, 61:9
**eliciting** [1] - 160:4
**Emanuel** [1] - 168:19
**embassy** [1] - 43:13
**embroidered** [1] - 78:21
**emotions** [2] - 64:25, 65:4
**emphasis** [1] - 78:14
**end** [5] - 130:7, 153:17, 164:10, 170:20
**ended** [1] - 93:10
**ends** [1] - 77:15
**enforce** [2] - 124:16, 124:17
**enforcement** [10] - 77:15, 77:16, 77:21, 77:22, 77:23, 78:17, 79:3, 113:15, 137:5, 137:12
**engage** [3] - 97:1, 98:23, 99:5
**engaging** [1] - 98:1
**England** [5] - 178:12, 178:24, 179:5, 179:6, 181:8
**English** [7] - 13:23, 42:11, 54:15, 163:14, 163:17, 174:22, 176:25
**enjoy** [2] - 96:24, 165:4
**enjoyed** [1] - 55:3
**ensure** [1] - 133:6
**enter** [1] - 82:2
**entered** [9] - 4:23, 48:4, 59:5, 65:15, 66:25, 72:19, 81:7, 104:20, 164:5
**entering** [1] - 85:2
**entire** [2] - 99:16,

116:21
**entirely** [1] - 77:24
**entitled** [3] - 118:19, 118:25, 186:18
**entrance** [9] - 77:13, 78:5, 79:9, 85:25, 86:25, 87:4, 87:17, 90:16, 90:17
**entrances** [1] - 90:15
**entranceway** [6] - 84:8, 86:6, 86:21, 88:25, 89:13, 89:14
**Entries** [1] - 184:4
**entries** [1] - 122:7
**entryway** [1] - 88:11
**errand** [1] - 133:8
**errands** [5] - 10:22, 20:18, 20:24, 38:24, 39:3
**error** [1] - 106:2
**especially** [1] - 38:21
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**Etoile** [4] - 52:22, 52:25, 53:1, 67:16
**evening** [2] - 126:15, 129:16
**eventually** [2] - 52:1, 56:9, 112:13
**everywhere** [1] - 25:17
**evidence** [41] - 59:2, 59:6, 66:22, 67:1, 72:15, 72:19, 72:22, 73:10, 73:23, 76:24, 78:6, 80:24, 81:7, 81:11, 81:15, 94:10, 107:3, 107:17, 109:16, 117:1, 122:13, 125:11, 141:14, 145:3, 154:3, 159:24, 160:5, 160:15, 170:12, 173:11, 173:14, 174:1, 178:11, 181:4, 184:2, 184:6, 184:10, 184:16, 185:6, 185:11, 185:12
**EVIDENCE** [1] - 3:9
**Evidence** [1] - 177:22
**exact** [4] - 56:24, 99:1, 125:21, 150:9
**exactly** [5] - 87:12, 98:22, 111:18, 113:3, 149:17
**examination** [11] - 21:4, 44:8, 115:24, 125:6, 155:24, 157:14, 158:11,

161:10, 161:13,
162:2, 173:19
**EXAMINATION** [6] -
5:9, 21:5, 44:5, 48:16,
105:1, 155:22
**except** [1] - 77:1
**excerpt** [1] - 181:15
**excess** [1] - 184:6
**exchange** [4] -
17:18, 45:10, 45:14,
95:1
**excuse** [6] - 53:10,
108:5, 110:13, 147:7,
147:11, 154:18
**excused** [3] - 46:11,
116:18, 165:16
**executed** [1] - 121:9
**execution** [2] - 78:7,
80:1
**exercise** [1] - 167:10
**Exhibit** [76] - 3:10,
3:11, 3:11, 3:12, 58:7,
58:13, 59:2, 59:4,
59:5, 65:21, 66:7,
66:16, 66:21, 66:24,
66:25, 68:19, 68:23,
69:4, 69:23, 70:1,
71:25, 72:5, 72:18,
72:23, 72:24, 73:11,
73:24, 76:8, 77:12,
80:17, 80:18, 80:24,
81:6, 81:12, 81:16,
81:19, 81:25, 83:3,
83:7, 83:11, 83:13,
83:25, 84:2, 84:12,
84:24, 85:11, 85:14,
85:16, 85:21, 87:8,
88:8, 88:12, 89:14,
89:21, 89:24, 90:23,
90:25, 91:7, 98:14,
98:19, 102:20,
115:17, 121:15,
121:19, 121:25,
122:5, 122:18,
122:25, 145:2,
159:18, 160:15,
165:19, 173:14, 174:5
**exhibit** [30] - 65:24,
67:12, 68:24, 69:1,
69:5, 69:8, 69:10,
73:1, 73:8, 73:12,
74:6, 74:8, 77:12,
77:16, 80:7, 89:1,
115:12, 115:23,
116:8, 119:4, 120:4,
121:10, 121:12,
121:13, 121:18,
121:25, 165:18,
173:10, 173:13, 174:4
**EXHIBITS** [1] - 3:9

**exhibits** [12] - 70:3,
76:11, 116:12,
118:13, 118:23,
119:2, 119:20, 120:3,
120:7, 121:7, 121:8,
124:17
**Exhibits** [11] - 71:4,
71:11, 71:19, 72:7,
72:14, 72:17, 75:7,
76:11, 76:18, 76:23,
81:5
**exist** [1] - 184:16
**exited** [4] - 47:9,
63:4, 103:22, 165:5
**expect** [2] - 78:4,
163:4
**expeditious** [1] -
116:25
**explained** [3] - 19:6,
97:5, 158:22
**explanation** [2] -
39:15, 70:16
**expressed** [1] - 64:3
**extent** [1] - 117:7
**extra** [2] - 96:23,
119:6

---

## F

**fabrication** [2] -
161:11, 161:25
**facing** [4] - 83:18,
84:7, 97:23
**fact** [22] - 25:2, 28:7,
33:11, 33:19, 42:8,
51:1, 107:8, 112:19,
114:3, 130:14,
137:23, 141:14,
143:12, 145:18,
145:21, 150:5, 176:3,
179:22, 183:9,
183:11, 185:1, 185:2
**factory** [3] - 42:9,
42:16, 153:20
**facts** [8] - 94:9,
100:7, 107:3, 107:17,
109:15, 125:10,
154:2, 162:5
**failed** [1] - 17:1
**failing** [1] - 16:7
**failure** [2] - 179:24,
183:25
**faint** [2] - 37:11,
37:12
**fair** [8] - 36:25, 79:7,
110:16, 144:6, 181:3,
183:15, 183:16, 185:9
**fairly** [6] - 58:23,
66:17, 72:8, 76:18,

78:15, 79:2
**faith** [1] - 144:12
**fall** [1] - 92:19
**fallen** [2] - 60:5, 60:6
**families** [1] - 117:23
**family** [14] - 6:2,
49:4, 55:9, 55:13,
55:15, 102:1, 102:13,
102:17, 130:1, 130:4,
131:6, 131:9, 131:17,
131:22
**family's** [2] - 102:8,
102:11
**fan** [1] - 79:17
**far** [6] - 27:24, 53:22,
75:14, 133:8, 175:9,
180:2
**fast** [1] - 182:4
**father** [6] - 6:3, 6:4,
6:5, 112:16, 113:8,
113:16
**father's** [1] - 168:18
**favor** [1] - 162:14
**February** [5] - 1:5,
148:21, 149:18,
151:18, 180:10
**fed** [4] - 31:13, 55:2,
55:4, 55:5
**Federal** [2] - 139:25,
177:21
**federally** [2] -
167:13, 176:24
**feeds** [1] - 171:18
**fell** [5] - 16:6, 16:9,
16:13, 18:23, 60:3
**figure** [1] - 151:7
**file** [2] - 124:13,
160:11
**filed** [2] - 160:10,
160:13
**film** [1] - 121:8
**financially** [1] -
102:7
**findings** [1] - 173:18
**fine** [15] - 21:8,
39:16, 78:12, 79:15,
79:16, 116:24,
117:16, 120:15,
123:18, 124:20,
166:4, 172:4, 172:14,
172:17, 186:2
**fingers** [1] - 111:8
**finish** [2] - 106:7,
147:12
**finished** [2] - 32:1,
147:13
**firearm** [1] - 26:3
**firearms** [5] - 170:23,
170:24, 171:1, 171:2,
171:4

**first** [53] - 7:2, 7:3,
7:6, 7:12, 7:13, 7:16,
8:17, 8:19, 12:4, 12:7,
12:8, 12:20, 13:22,
41:11, 50:12, 50:17,
51:10, 51:11, 51:17,
51:18, 53:5, 53:7,
54:10, 54:23, 54:25,
57:11, 59:13, 59:14,
59:16, 59:17, 59:22,
61:8, 81:17, 91:23,
92:11, 95:19, 110:22,
111:1, 111:13,
111:16, 112:16,
118:12, 126:12,
135:6, 151:14,
152:24, 166:6, 167:6,
168:4, 179:15, 180:1,
181:11, 185:22
**fist** [1] - 95:11
**fists** [2] - 95:23, 96:1
**five** [17] - 10:24,
46:21, 49:7, 115:1,
118:12, 119:20,
148:17, 149:12,
150:5, 150:8, 157:15,
157:17, 157:23,
158:3, 158:4, 168:20,
183:12
**flags** [1] - 167:22
**Floor** [2] - 2:2,
186:22
**floor** [1] - 92:24
**Flores** [4] - 4:10,
47:17, 63:20, 104:13
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4,
1:16, 1:22, 1:25, 2:3,
186:23
**fly** [1] - 117:9
**folks** [5] - 106:18,
110:4, 111:13, 136:2,
150:8
**follow** [1] - 165:23
**followed** [3] - 18:6,
126:4, 130:9
**following** [25] - 4:24,
47:10, 48:5, 53:12,
54:7, 63:5, 63:12,
64:1, 64:18, 65:16,
77:9, 80:10, 103:23,
104:3, 104:21, 116:3,
124:23, 139:19,
144:18, 146:15,
147:3, 160:20, 164:1,
164:6, 165:6
**food** [19] - 11:12,
18:7, 18:8, 20:2, 20:3,
22:25, 23:5, 31:13,
34:16, 35:24, 37:3,

37:4, 37:6, 37:10,
37:13, 37:17, 87:6,
100:10, 157:12
**foot** [1] - 172:11
**FOR** [3] - 1:14, 1:20,
3:4
**force** [5] - 15:9,
16:21, 124:4, 124:12,
124:16
**forced** [7] - 11:24,
13:12, 13:14, 45:17,
45:18, 60:18, 159:2
**forcing** [1] - 16:20
**foregoing** [1] -
186:17
**forgot** [1] - 177:19
**form** [6] - 18:10,
44:24, 45:25, 82:20,
86:9, 156:14
**format** [1] - 168:11
**former** [3] - 33:21,
42:9, 42:16
**forth** [1] - 56:25
**foundation** [4] -
115:23, 156:22,
160:1, 160:6
**founders** [1] - 22:19
**four** [7] - 6:9, 113:24,
118:12, 119:23,
119:24, 183:2, 183:12
**Fourth** [1] - 1:15
**frame** [4] - 127:17,
150:21, 157:19, 158:5
**free** [1] - 130:6
**freedom** [1] - 130:8
**French** [1] - 54:13
**frequent** [1] - 55:22
**Friday** [4] - 64:16,
129:22, 164:10,
173:22
**friend** [5] - 7:25,
23:22, 24:4, 34:2,
34:7
**friends** [10] - 7:17,
7:20, 8:4, 21:17,
21:19, 21:20, 149:22,
155:5, 159:10, 161:22
**front** [8] - 54:4, 78:5,
78:25, 80:22, 81:13,
86:22, 87:4, 183:24
**full** [19] - 9:3, 9:4,
9:12, 9:13, 9:15,
23:21, 24:14, 56:5,
56:8, 56:19, 59:9,
75:12, 91:24, 103:6,
103:7, 110:2, 110:14,
118:16, 147:10
**full-time** [13] - 9:3,
9:4, 9:12, 9:13, 9:15,
23:21, 24:14, 56:5,

56:8, 56:19, 59:9, 75:12, 91:24
**fully** [1] - 78:14
**funding** [1] - 34:16
**funds** [1] - 9:16

## G

**games** [1] - 10:7
**gate** [11] - 20:5, 38:4, 38:5, 38:10, 38:12, 38:14, 38:19, 80:22, 81:13, 172:3, 172:5
**General** [1] - 5:22
**generally** [10] - 8:9, 8:11, 44:12, 66:10, 71:12, 72:5, 72:23, 76:13, 82:13, 174:23
**gentleman** [3] - 25:3, 78:19, 163:5
**gentleman's** [1] - 85:1
**gentlemen** [6] - 5:1, 10:18, 51:9, 81:10, 91:23, 135:21
**genuine** [1] - 124:2
**gift** [1] - 69:16
**gifted** [1] - 22:21
**Gilfarb** [1] - 186:6
**girl** [1] - 169:12
**girls** [1] - 168:15
**given** [7] - 35:22, 45:14, 65:12, 123:25, 161:23, 184:13, 185:12
**Godby** [7] - 109:24, 109:25, 110:12, 110:13, 155:25, 156:3, 156:7
**Godby's** [2] - 109:24, 110:14
**good-faith** [1] - 144:12
**gourdes** [6] - 115:1, 157:15, 157:17, 157:23, 158:3, 158:4
**GOVERNMENT** [4] - 1:14, 3:4, 5:6, 48:9
**Government** [50] - 21:2, 33:24, 33:25, 34:9, 34:14, 34:18, 35:16, 35:19, 35:22, 36:18, 41:14, 41:18, 59:1, 72:13, 75:5, 80:23, 103:8, 105:11, 116:9, 118:9, 118:16, 118:19, 119:2, 119:3, 120:13, 120:21, 121:6, 122:2, 122:4, 124:14, 140:17,

141:2, 143:3, 144:15, 149:16, 152:16, 160:3, 160:14, 162:3, 174:23, 177:2, 179:9, 181:7, 183:7, 183:10, 183:13, 183:21, 184:5, 185:5, 185:11
**Government's** [84] - 3:10, 3:11, 3:11, 3:12, 58:7, 58:13, 59:2, 59:3, 59:5, 65:21, 66:7, 66:16, 66:21, 66:23, 66:25, 68:19, 68:23, 69:4, 69:23, 69:25, 71:4, 71:11, 71:19, 71:25, 72:5, 72:7, 72:14, 72:16, 72:18, 72:23, 72:24, 73:11, 73:24, 75:6, 76:8, 76:10, 76:17, 76:23, 77:24, 80:17, 80:24, 81:4, 81:6, 81:12, 81:16, 81:19, 81:24, 83:2, 83:6, 83:11, 83:13, 83:24, 84:2, 84:12, 84:23, 85:11, 85:14, 85:16, 85:21, 87:8, 88:8, 90:22, 90:25, 91:7, 98:14, 102:19, 116:11, 116:13, 116:17, 117:1, 117:8, 117:20, 117:23, 120:1, 120:8, 122:25, 124:18, 124:21, 145:2, 159:17, 160:15, 173:14, 178:19, 183:6
**grab** [4] - 15:7, 17:6, 18:4, 18:20
**grabbed** [5] - 14:24, 18:19, 18:21, 25:21, 47:24
**grade** [1] - 16:6
**granted** [1] - 51:3
**great** [1] - 144:3
**green** [1] - 78:17
**ground** [1] - 45:23
**grounds** [3] - 86:8, 178:3, 178:6
**group** [29] - 41:3, 43:17, 139:6, 150:12, 150:19, 150:24, 151:3, 151:8, 151:13, 151:20, 152:2, 152:23, 153:2, 153:3, 153:5, 153:9, 153:18, 153:23, 153:24, 154:11, 154:12, 155:9, 155:12,

161:12, 161:21, 161:22, 162:1, 162:4
**guess** [1] - 132:14
**Gumby** [1] - 110:6
**Gumby's** [1] - 110:2
**gun** [1] - 171:12
**guy** [1] - 136:25

## H

**Haiti** [15] - 5:22, 38:16, 38:19, 38:21, 41:4, 49:3, 119:14, 134:21, 148:3, 148:8, 151:24, 151:25, 152:1, 178:14, 179:2
**Haitian** [4] - 149:12, 158:12, 158:20, 161:24
**half** [3] - 105:5, 111:1, 151:19
**hallway** [1] - 86:6, 86:21, 86:23, 86:24, 86:25, 87:10, 87:11, 87:13, 87:17, 91:2
**hand** [38] - 11:24, 14:3, 14:5, 14:6, 14:7, 14:9, 14:10, 14:15, 14:16, 14:22, 14:23, 14:24, 15:8, 15:14, 16:21, 31:22, 32:3, 51:20, 51:22, 52:1, 52:5, 52:9, 60:22, 60:24, 60:25, 62:7, 62:8, 62:11, 90:9, 95:19, 99:23, 109:24, 169:3, 183:20
**handed** [5] - 66:6, 71:3, 71:24, 76:7, 80:16
**handing** [1] - 77:11
**hands** [11] - 13:11, 18:21, 60:13, 60:21, 61:1, 106:19, 107:1, 107:12, 108:14, 109:14, 109:21
**hangs** [1] - 122:24
**hard** [1] - 34:25
**hardship** [1] - 152:6
**hate** [1] - 173:21
**hated** [1] - 9:21
**head** [10] - 10:25, 16:14, 96:2, 97:16, 97:17, 97:19, 97:21, 113:24, 136:25, 169:4
**heading** [2] - 50:19, 50:20
**heads** [1] - 97:23
**hear** [7] - 65:23,

142:21, 147:12, 178:11, 178:17, 183:11
**heard** [2] - 155:10, 178:7
**hearing** [1] - 178:21
**hearsay** [9] - 23:24, 24:9, 24:23, 68:8, 68:15, 82:21, 100:16, 100:19, 162:8
**heart** [1] - 43:1
**held** [11] - 14:5, 18:21, 42:8, 107:15, 108:3, 108:22, 109:7, 109:23, 109:24, 110:11
**hello** [1] - 44:14
**help** [4] - 102:1, 153:1, 160:5, 165:24
**hereby** [1] - 186:17
**Hill** [2] - 174:2, 174:8
**himself** [1] - 14:25
**historical** [1] - 42:20
**hit** [19] - 11:13, 11:14, 11:17, 20:6, 20:7, 38:9, 43:20, 95:11, 95:13, 95:15, 95:16, 95:17, 95:20, 95:23, 95:24, 96:1, 107:13, 108:4, 159:3
**hitting** [1] - 170:2
**hold** [18] - 17:6, 95:18, 106:19, 107:1, 107:12, 108:7, 108:14, 109:13, 109:21, 109:25, 133:17, 151:1, 155:25, 156:3, 156:7, 181:15
**holding** [2] - 69:10, 69:13
**holds** [1] - 183:25
**holy** [1] - 163:22
**home** [46] - 8:7, 17:10, 17:11, 17:14, 19:12, 19:14, 35:23, 36:1, 43:16, 43:21, 45:12, 50:20, 50:22, 50:24, 51:1, 51:10, 52:17, 55:13, 55:15, 57:1, 71:17, 72:25, 74:25, 105:20, 112:11, 112:13, 112:14, 121:6, 129:25, 130:6, 130:9, 130:11, 130:15, 131:6, 131:8, 131:16, 131:22, 132:3, 155:4, 163:20, 163:23, 164:3, 164:7

**Homeland** [1] - 4:11
**homes** [1] - 117:23
**homework** [3] - 29:20, 129:9, 129:12
**homosexual** [3] - 166:25, 169:17, 170:19
**honestly** [1] - 142:25
**Honor** [121] - 4:7, 4:13, 5:4, 6:21, 12:14, 21:3, 23:25, 24:2, 36:15, 40:2, 40:16, 43:10, 44:2, 46:4, 46:9, 46:14, 46:16, 47:15, 47:19, 48:3, 48:14, 49:16, 50:3, 58:8, 59:1, 63:18, 63:21, 64:24, 65:20, 65:25, 66:2, 66:20, 68:18, 69:19, 70:15, 70:25, 71:21, 72:13, 75:5, 76:2, 76:4, 76:22, 76:25, 77:2, 77:4, 77:7, 77:11, 77:19, 79:6, 79:16, 80:2, 80:8, 80:12, 81:2, 92:1, 96:7, 99:24, 103:8, 104:9, 104:14, 104:25, 109:3, 110:5, 115:12, 116:1, 116:11, 117:7, 117:17, 119:12, 120:11, 120:17, 120:23, 121:16, 122:1, 122:22, 123:10, 123:16, 123:18, 127:3, 127:6, 129:5, 139:17, 140:24, 141:12, 147:12, 155:17, 156:21, 159:14, 159:25, 160:14, 161:7, 163:16, 163:19, 165:9, 165:19, 165:22, 166:1, 167:10, 167:24, 169:24, 170:1, 170:3, 170:6, 170:15, 171:15, 172:25, 173:10, 173:16, 173:21, 174:14, 175:24, 177:9, 177:17, 178:5, 178:23, 179:20, 180:17, 181:18, 183:7, 183:17, 185:22
**HONORABLE** [1] - 1:10
**hope** [1] - 116:6
**Hope** [2] - 63:23,

10

104:17

**HOROWITZ** [132] - 1:23, 4:13, 12:9, 14:11, 14:17, 15:25, 16:17, 19:15, 19:23, 20:10, 20:15, 21:6, 23:11, 23:25, 24:2, 24:3, 24:10, 24:12, 25:1, 26:8, 26:14, 26:19, 27:4, 28:13, 28:16, 28:19, 28:23, 29:17, 30:7, 30:18, 31:15, 33:1, 33:8, 34:6, 35:12, 36:8, 36:12, 36:14, 36:16, 37:23, 39:13, 39:16, 39:22, 40:2, 40:4, 40:16, 40:18, 40:21, 40:24, 41:1, 41:22, 42:4, 42:14, 42:15, 43:5, 43:10, 43:11, 44:2, 44:24, 45:22, 45:24, 46:4, 47:19, 63:21, 64:17, 77:14, 78:11, 79:1, 79:15, 79:19, 80:6, 82:6, 98:15, 104:14, 115:14, 116:6, 116:17, 116:20, 116:23, 118:9, 118:21, 118:24, 119:3, 119:11, 119:23, 120:15, 121:5, 121:18, 121:21, 156:8, 156:14, 156:20, 157:6, 157:8, 157:18, 157:24, 158:5, 158:16, 159:7, 159:11, 159:23, 160:3, 160:16, 160:23, 161:15, 162:13, 163:10, 163:12, 173:16, 175:10, 175:14, 175:22, 176:15, 177:5, 177:9, 177:13, 177:15, 177:20, 179:8, 179:17, 179:19, 180:2, 181:13, 181:18, 181:20, 181:22, 182:1, 182:9, 182:17, 182:21, 182:25, 184:4

**Horowitz** [14] - 4:14, 47:20, 63:22, 79:22, 104:15, 167:16, 174:20, 174:24, 176:4, 177:8, 179:7, 180:17, 180:19, 182:15

**Horowitz's** [2] - 179:21, 183:23

**horrible** [3] - 136:11, 137:5, 137:12

**horses** [1] - 95:13

**Hospital** [1] - 5:22

**hour** [4] - 105:4, 111:1

**hours** [1] - 111:1

**house** [77] - 7:25, 8:1, 8:2, 8:3, 10:16, 10:17, 15:16, 15:21, 20:4, 25:4, 27:24, 28:5, 28:10, 28:17, 28:25, 29:2, 29:4, 36:22, 44:20, 50:14, 50:15, 51:4, 51:5, 51:11, 53:9, 55:1, 61:6, 76:14, 76:15, 76:19, 77:13, 83:10, 90:3, 90:23, 91:2, 91:9, 91:10, 91:13, 91:14, 92:23, 92:25, 97:2, 97:11, 98:8, 98:25, 100:6, 100:24, 101:5, 101:19, 102:12, 102:21, 103:5, 105:7, 105:10, 105:15, 105:22, 106:10, 106:11, 106:13, 107:25, 126:19, 127:2, 160:13, 168:1, 168:8, 168:9, 168:13, 168:17, 168:21, 169:6, 169:11, 169:12

**hug** [2] - 61:13, 62:1

**hugging** [1] - 62:2

**hurting** [2] - 34:15, 35:16

**I**

**idea** [1] - 123:11

**identification** [9] - 58:7, 58:12, 65:21, 66:7, 71:5, 71:25, 76:8, 80:17, 159:17

**identified** [4] - 6:22, 49:17, 50:4, 138:7

**identify** [3] - 6:18, 49:24, 117:4

**if's** [1] - 17:9

**illegal** [1] - 149:21

**illegible** [2] - 168:5, 169:14

**illicit** [1] - 99:5

**immediately** [7] - 47:5, 62:24, 103:18,

111:22, 164:20, 180:9, 180:23

**impatient** [2] - 65:1, 65:2

**impeach** [2] - 142:13, 143:16

**impeachment** [2] - 142:10, 144:3

**implied** [2] - 161:19, 162:5

**important** [2] - 23:14, 65:6

**improper** [6] - 137:9, 149:21, 161:11, 161:25, 162:6

**IN** [1] - 3:9

**inaccuracies** [1] - 163:16

**inadvertent** [1] - 177:3

**incentive** [3] - 35:14, 36:9, 36:17

**incident** [3] - 17:15, 18:3, 19:14

**inclined** [1] - 183:18

**include** [1] - 46:18

**included** [1] - 119:19

**including** [5] - 47:2, 62:21, 103:15, 161:16, 164:17

**inconvenience** [1] - 120:22

**indicated** [4] - 125:23, 126:9, 127:1, 180:6

**indicates** [1] - 143:6

**individually** [6] - 139:5, 139:7, 139:9, 153:7, 153:23, 153:25

**individuals** [3] - 109:20, 146:6, 162:2

**influence** [4] - 161:11, 161:25, 162:6

**inform** [2] - 92:12, 149:20

**information** [2] - 175:4, 186:4

**innocuous** [2] - 78:15, 175:9

**inquired** [1] - 161:13

**inside** [21] - 7:7, 17:4, 22:2, 24:19, 24:20, 25:8, 26:1, 38:13, 38:22, 81:17, 84:18, 85:12, 90:9, 90:23, 91:13, 91:18, 97:15, 126:19, 127:2, 127:11, 127:14

**insignia** [1] - 78:18

**insisting** [1] - 112:25

**instead** [1] - 23:12

**instruct** [8] - 47:5, 62:24, 103:18, 164:8, 164:20, 174:13, 175:6, 176:9

**instructed** [3] - 177:18, 177:20, 180:20

**instructing** [2] - 65:3, 183:19

**instructions** [2] - 65:11, 164:4

**intend** [3] - 78:6, 117:25, 118:1

**intends** [1] - 185:11

**intentionally** [2] - 162:23, 177:3

**intercourse** [4] - 166:24, 166:25, 167:1, 167:19

**interested** [1] - 10:9

**Internet** [5] - 47:2, 62:22, 103:16, 164:18, 164:23

**interpret** [1] - 53:23

**interpretation** [2] - 53:16, 64:23

**interpreted** [1] - 53:19

**INTERPRETER** [26] - 14:19, 39:15, 39:17, 42:13, 53:1, 64:24, 106:4, 106:10, 147:11, 166:15, 166:24, 167:7, 167:13, 168:1, 168:7, 170:7, 170:21, 170:23, 171:2, 171:5, 171:7, 171:11, 171:17, 172:19, 172:25, 173:4

**interpreter** [7] - 52:24, 53:15, 53:17, 53:23, 165:21, 166:2, 170:17

**interpreters** [4] - 64:4, 64:24, 65:4, 163:18

**Interpreters** [1] - 64:20

**interpreting** [3] - 64:5, 64:9, 64:21

**interrupted** [1] - 120:24

**interrupting** [2] - 119:25, 175:24

**intervening** [1] - 182:23

**intervention** [1] - 175:15

**interview** [1] - 140:7

**interviewed** [1] - 113:15

**introduce** [11] - 78:6, 79:13, 79:25, 118:10, 121:7, 124:17, 177:1, 184:7, 184:8, 184:9, 185:11

**introduced** [5] - 51:12, 79:12, 119:13, 120:4, 184:16

**introducing** [1] - 119:2

**introduction** [3] - 116:12, 118:22, 120:10

**investigation** [1] - 149:25

**Investigations** [1] - 4:11

**invited** [3] - 8:5, 56:2, 56:10

**Ismael** [1] - 8:11

**issue** [7] - 122:1, 144:15, 160:23, 176:25, 180:1, 180:2, 180:3

**issued** [1] - 123:7

**issues** [2] - 37:13, 161:2

**item** [2] - 159:24, 160:4

**items** [1] - 122:6

**J**

**Jairo** [1] - 8:11

**Jamaica** [11] - 179:13, 181:24, 182:3, 183:4, 183:5, 183:14, 183:20, 184:13, 184:15, 184:23, 185:8

**James** [5] - 97:20, 97:21, 102:20, 103:1, 132:4

**January** [7] - 151:21, 151:22, 151:24, 152:2, 153:2, 153:6, 161:20

**Jean** [1] - 133:14

**Jimmy** [25] - 3:6, 46:15, 48:3, 48:8, 48:13, 48:19, 54:10, 66:6, 67:4, 68:22, 69:22, 71:3, 71:24, 72:22, 75:9, 76:7, 76:10, 80:16, 92:9, 100:2, 101:24, 141:1,

155:24, 159:20, 170:2
**JIMMY** [1] - 48:9
**JOAN** [1] - 1:10
**job** [3] - 74:24, 75:23, 79:17
**Jobed** [1] - 8:12
**jobs** [2] - 117:22, 117:24
**Johnson** [1] - 185:19
**joining** [1] - 63:24
**judge** [23] - 40:21, 77:14, 78:11, 116:7, 116:17, 121:18, 140:12, 159:23, 160:16, 160:18, 160:23, 161:15, 171:23, 175:10, 176:15, 179:8, 180:2, 181:13, 182:17, 182:21, 182:25, 184:4, 185:18
**Judge** [27] - 4:20, 24:11, 40:19, 64:17, 78:10, 79:15, 103:25, 109:1, 116:25, 118:10, 119:11, 120:15, 124:15, 147:22, 148:24, 149:7, 162:11, 163:11, 166:11, 172:23, 174:11, 175:21, 177:5, 179:19, 182:1, 182:15, 186:10
**JUDGE** [1] - 1:11
**Judicial** [1] - 148:9
**juice** [1] - 158:9
**juncture** [1] - 124:5
**June** [2] - 99:8, 148:12
**juror** [1] - 164:5
**jurors** [9] - 4:21, 48:1, 64:3, 64:22, 65:5, 65:6, 65:14, 124:9, 124:10
**JURY** [2] - 1:10, 5:2
**jury** [56] - 4:17, 4:22, 4:23, 7:15, 10:18, 47:8, 47:9, 48:4, 51:10, 53:13, 54:2, 54:3, 54:5, 63:2, 63:4, 64:2, 65:15, 67:7, 71:12, 71:15, 73:7, 73:14, 77:10, 81:10, 91:23, 103:21, 103:22, 104:18, 104:20, 105:15, 107:15, 108:15, 110:25, 112:10, 116:4, 124:7, 125:23,

134:10, 136:12, 139:20, 148:21, 149:17, 160:21, 163:20, 165:5, 174:13, 175:7, 176:9, 177:18, 177:20, 178:6, 178:11, 180:20, 183:11, 183:18, 183:19
**JUSTICE** [1] - 1:17

## K

**Kane** [4] - 4:8, 47:16, 63:19, 104:10
**KANE** [5] - 1:17, 46:13, 116:22, 118:4, 142:24
**keep** [8] - 14:10, 25:18, 62:10, 87:6, 119:16, 128:24, 148:23, 152:5
**keeping** [3] - 118:15, 139:1, 144:10
**kept** [6] - 9:21, 12:1, 14:24, 16:12, 16:14, 128:22
**khaki** [1] - 78:17
**kick** [2] - 36:21, 36:23
**kid** [2] - 144:7, 144:11
**kids** [21] - 22:11, 22:12, 25:9, 30:23, 31:1, 31:3, 31:16, 32:4, 34:15, 34:23, 35:9, 35:14, 37:16, 39:8, 55:12, 85:18, 131:23, 169:5, 169:6, 169:8, 171:12
**kind** [3] - 20:20, 54:21, 95:9
**kinds** [2] - 51:16, 54:21
**knowledge** [10] - 70:11, 131:5, 131:15, 131:21, 131:24, 132:2, 136:9, 136:17, 136:21, 145:25
**known** [4] - 33:11, 33:19, 43:17, 43:19
**knows** [1] - 62:6

## L

**label** [1] - 80:4
**labeled** [1] - 68:1
**ladies** [10] - 5:1, 10:18, 51:9, 81:10,

91:23, 135:16, 135:21, 152:22, 155:1, 162:15
**lady** [1] - 39:20
**laid** [1] - 175:1
**language** [5] - 54:10, 54:14, 54:16, 64:9, 64:22
**languages** [1] - 54:12
**lap** [6] - 51:19, 51:20, 51:24, 52:12, 92:16, 111:17
**large** [2] - 42:17, 102:13
**Larko** [10] - 4:11, 47:17, 63:20, 104:12, 138:15, 138:23, 152:11, 152:13, 152:17, 153:3
**last** [25] - 19:3, 19:4, 19:5, 48:12, 58:2, 88:1, 98:23, 99:5, 105:7, 105:15, 105:22, 106:10, 106:13, 120:19, 123:25, 134:14, 134:15, 134:22, 135:2, 151:19, 151:24, 153:7, 153:10, 171:11, 180:21
**late** [4] - 60:2, 64:11, 112:2, 116:22
**latter** [2] - 154:8, 154:10
**laughing** [2] - 149:6, 149:7
**law** [16] - 77:15, 77:16, 77:21, 77:22, 77:23, 78:17, 79:3, 113:15, 137:5, 137:11, 160:24, 160:25, 161:15, 162:7, 179:22, 183:25
**lawyers** [1] - 163:2
**lay** [6] - 107:6, 121:2, 121:6, 156:21, 159:25, 160:5
**laying** [7] - 13:19, 25:18, 27:1, 85:5, 97:23, 115:22, 120:9
**layperson's** [1] - 78:20
**lazy** [2] - 16:8, 29:23
**lead** [1] - 115:25
**leading** [19] - 14:11, 14:17, 19:15, 61:17, 82:6, 86:14, 93:23, 94:10, 98:15, 100:7,

101:9, 107:4, 156:20, 156:24, 158:16, 182:2, 182:6, 182:24, 184:23
**leads** [1] - 86:24
**learned** [1] - 134:19
**least** [3] - 121:2, 162:5, 185:10
**leave** [23] - 17:8, 19:8, 19:13, 20:4, 28:6, 36:24, 37:24, 38:3, 40:14, 47:7, 52:16, 63:1, 103:20, 111:22, 111:25, 112:10, 112:11, 128:10, 128:16, 136:18, 155:2, 168:2, 172:12
**leaving** [2] - 135:19, 155:3
**lectern** [1] - 128:12
**left** [38] - 10:10, 10:12, 10:14, 18:6, 19:8, 19:10, 27:8, 33:20, 34:11, 36:25, 40:21, 43:2, 43:7, 43:12, 43:16, 57:2, 60:2, 74:14, 74:16, 81:22, 81:23, 82:3, 85:9, 85:15, 87:5, 89:19, 90:9, 99:8, 100:14, 102:4, 105:16, 105:19, 117:9, 117:12, 134:21, 154:1, 154:20
**left-hand** [1] - 90:9
**leg** [2] - 93:3, 93:9
**legalized** [1] - 173:7
**legs** [8] - 10:25, 32:16, 51:23, 51:25, 93:4, 93:8, 93:9, 93:12
**LENARD** [1] - 1:10
**license** [2] - 184:9, 184:15
**life** [11] - 34:19, 43:18, 44:18, 45:7, 55:8, 55:9, 55:10, 110:17, 113:20, 118:3, 121:3
**likewise** [1] - 186:10
**Linda** [2] - 171:8, 171:9
**Line** [13] - 180:11, 180:13, 180:17, 180:18, 180:19, 180:20, 181:20, 181:22, 181:23, 182:8, 182:9, 182:18, 182:19

**line** [5] - 92:2, 114:13, 139:23, 143:5, 168:4
**lines** [2] - 182:22, 183:2
**LISA** [2] - 2:1, 186:21
**list** [19] - 83:8, 115:13, 115:20, 116:8, 119:13, 119:15, 119:18, 119:19, 120:18, 121:18, 122:25, 123:19, 123:20, 123:23, 124:1, 124:2, 124:6, 124:13, 142:24
**listed** [2] - 119:14, 143:1
**listen** [11] - 47:1, 62:20, 103:14, 156:6, 156:11, 157:2, 157:5, 164:16, 164:24, 176:13, 185:16
**lists** [1] - 73:1
**live** [12] - 9:3, 21:15, 29:6, 41:16, 41:17, 57:6, 67:12, 74:11, 74:22, 99:18, 168:13, 168:16
**lived** [22] - 8:9, 8:10, 10:4, 10:7, 11:19, 27:9, 27:16, 27:17, 27:19, 29:8, 32:17, 34:12, 34:13, 44:20, 51:7, 58:2, 67:10, 75:11, 76:19, 99:17, 152:6
**lives** [2] - 35:18, 120:24
**living** [41] - 6:3, 10:19, 10:21, 13:6, 13:16, 15:15, 21:13, 21:17, 21:20, 25:4, 28:24, 30:23, 30:25, 31:18, 31:19, 31:23, 34:10, 40:5, 49:5, 49:6, 73:5, 73:17, 74:3, 74:8, 75:2, 75:10, 75:11, 75:16, 83:12, 83:15, 84:7, 86:3, 86:20, 96:10, 97:2, 99:16, 126:1, 131:16, 166:16, 169:8, 168:21
**lo** [1] - 149:25
**located** [27] - 10:13, 15:21, 27:25, 56:16, 56:17, 56:20, 57:4, 57:5, 57:9, 57:11, 57:22, 67:16, 73:2, 73:21, 73:25, 74:12,

81:14, 85:19, 90:2,
90:7, 98:8, 98:25,
101:3, 101:7, 171:20,
172:1, 172:2
   **location** [7] - 74:14,
75:14, 77:21, 78:5,
79:9, 84:12, 108:12
   **locations** [1] - 57:7
   **locked** [9] - 20:5,
38:4, 38:5, 38:10,
38:14, 38:17, 38:18,
38:19, 157:11
   **look** [6] - 25:21,
26:7, 76:9, 76:10,
145:7, 175:11
   **looked** [4] - 43:15,
145:8, 145:12, 169:10
   **looking** [8] - 23:15,
33:24, 67:20, 81:13,
82:12, 86:18, 98:20,
181:15
   **looks** [1] - 78:20
   **lost** [1] - 34:15
   **lotion** [23] - 11:23,
11:24, 12:5, 13:11,
14:3, 14:5, 14:6, 15:8,
15:13, 15:14, 16:21,
31:22, 32:2, 60:14,
60:16, 62:7, 62:8,
62:10, 94:6, 98:9,
166:18, 169:16
   **lucky** [1] - 40:12
   **lunch** [5] - 46:22,
62:16, 91:22, 129:4,
129:9
   **luncheon** [1] - 63:11
   **lying** [1] - 13:17

# M

   **M-a-t-i-n** [1] - 53:2
   **ma'am** [9] - 64:10,
112:7, 124:20,
124:22, 141:18,
149:10, 162:25,
163:3, 186:8
   **mad** [1] - 169:1
   **madam** [1] - 64:20
   **mail** [3] - 116:8,
116:9, 121:18
   **man** [12] - 6:14,
10:22, 49:8, 49:20,
50:8, 106:20, 109:7,
110:11, 130:14,
131:5, 131:15, 143:14
   **man's** [3] - 26:9,
109:14, 109:21
   **manner** [1] - 183:10
   **Maria** [9] - 4:8,

47:16, 63:19, 104:10,
152:18, 152:19,
154:16, 154:17,
154:18
   **MARIA** [1] - 1:14
   **Marie** [4] - 153:3,
154:14, 154:15,
154:17
   **mark** [1] - 78:11
   **marked** [11] - 58:7,
58:12, 65:21, 66:6,
71:5, 71:24, 75:6,
76:7, 80:16, 117:3,
159:17
   **marking** [1] - 167:23
   **masturbate** [39] -
11:25, 12:5, 12:8,
12:18, 12:21, 12:25,
13:12, 13:15, 14:3,
15:2, 15:9, 15:14,
16:22, 20:8, 20:13,
21:1, 31:13, 31:22,
32:2, 60:18, 60:20,
61:3, 62:5, 92:5,
93:13, 94:5, 94:8,
94:16, 95:4, 95:7,
96:4, 98:9, 98:21,
99:23, 159:2, 166:17,
166:21, 169:7, 169:15
   **masturbated** [9] -
13:20, 20:23, 31:7,
62:3, 62:9, 93:21,
94:2, 94:3, 94:23
   **masturbating** [6] -
20:24, 61:7, 93:11,
95:1, 98:7, 98:11
   **material** [2] - 22:20,
22:21
   **materials** [1] -
103:20
   **math** [2] - 111:7,
132:23
   **Matin** [4] - 52:23,
52:25, 53:2, 67:16
   **matter** [12] - 25:2,
28:7, 42:8, 47:2,
62:21, 103:15, 117:3,
164:17, 183:18,
183:22, 185:18,
186:18
   **MATTERS** [1] - 1:21
   **MATTHEW** [1] - 1:7
   **Matthew** [18] - 4:2,
4:14, 6:14, 6:22, 7:1,
47:12, 47:20, 49:20,
50:4, 50:8, 63:14,
63:23, 104:5, 104:15,
152:11, 152:13,
152:17, 166:16
   **meal** [2] - 55:6,

126:12
   **meals** [7] - 10:1,
10:4, 23:12, 23:13,
23:14, 55:11, 113:22
   **mean** [8] - 52:3,
52:18, 56:12, 61:5,
111:5, 151:7, 162:16,
162:17
   **meaning** [1] - 141:1
   **Medetis** [9] - 4:8,
41:3, 63:19, 65:19,
104:10, 167:22,
181:6, 182:8, 185:20
   **MEDETIS** [271] -
1:14, 4:7, 5:4, 5:10,
6:21, 6:24, 12:14,
12:16, 14:14, 14:21,
16:4, 16:23, 19:18,
20:1, 20:12, 20:19,
21:2, 23:7, 23:24,
24:9, 24:23, 25:23,
26:11, 26:16, 27:2,
28:11, 28:18, 28:21,
29:15, 30:4, 30:10,
30:12, 31:8, 32:23,
34:3, 35:10, 36:5,
37:19, 41:20, 41:25,
43:3, 44:6, 45:2, 46:2,
46:9, 46:14, 47:15,
48:3, 48:8, 48:14,
48:17, 49:16, 49:19,
50:3, 50:7, 52:24,
53:4, 53:18, 53:22,
54:2, 54:9, 54:20,
58:1, 58:6, 58:11,
59:1, 59:8, 61:20,
63:18, 65:20, 65:25,
66:2, 66:5, 66:20,
67:3, 68:6, 68:11,
68:18, 68:21, 69:19,
69:21, 70:10, 70:25,
71:2, 71:21, 71:23,
72:13, 72:21, 75:5,
75:8, 76:2, 76:4, 76:6,
76:22, 77:2, 77:4,
77:7, 77:11, 77:19,
78:2, 78:8, 78:10,
79:5, 79:16, 80:2,
80:4, 80:7, 80:12,
80:15, 80:23, 81:2,
81:9, 82:9, 82:24,
85:10, 86:12, 86:17,
87:24, 88:3, 88:4,
88:22, 89:2, 89:4,
89:11, 89:20, 92:1,
92:4, 93:19, 94:1,
94:14, 96:7, 96:9,
98:18, 99:24, 100:1,
100:5, 100:13,
100:21, 101:12,

102:10, 103:8,
103:25, 104:9,
106:15, 107:3,
107:17, 108:17,
108:19, 108:24,
109:3, 109:9, 109:15,
110:5, 112:1, 112:4,
113:12, 114:5,
115:22, 116:1, 116:5,
116:11, 117:7,
117:17, 118:6,
119:12, 119:25,
120:6, 120:11,
120:17, 120:21,
121:12, 121:14,
121:16, 122:1,
122:15, 122:17,
122:21, 123:10,
123:12, 123:16,
123:18, 124:8,
124:15, 125:5,
125:10, 125:19,
126:5, 127:3, 127:6,
127:16, 127:22,
128:25, 129:5,
130:17, 130:25,
131:10, 132:16,
136:13, 136:19,
136:22, 137:17,
138:17, 139:17,
139:21, 140:12,
140:24, 141:12,
142:17, 143:3, 144:9,
145:15, 147:5,
150:15, 150:21,
151:9, 154:2, 154:15,
154:21, 155:14,
155:23, 156:10,
156:17, 156:21,
157:1, 157:13,
157:20, 157:22,
158:2, 158:10,
158:19, 159:14,
159:16, 159:19,
159:25, 160:8,
160:14, 161:7,
162:21, 163:16,
165:9, 165:19,
165:22, 166:1,
166:11, 167:9,
167:23, 169:24,
170:1, 170:5, 170:15,
171:15, 171:23,
172:23, 173:10,
173:13, 173:21,
174:7, 174:11,
174:14, 175:16,
175:21, 175:23,
176:16, 176:23,
177:17, 178:5,
178:23, 179:20,

183:7, 185:22, 186:10
   **media** [5] - 47:3,
62:21, 103:15,
164:17, 164:22
   **medical** [1] - 37:13
   **meet** [4] - 7:2, 7:6,
7:8, 7:9, 50:12, 82:16,
139:7
   **meeting** [33] - 41:3,
41:5, 41:11, 41:23,
42:8, 42:21, 43:15,
43:20, 43:21, 138:15,
138:21, 151:1,
151:13, 151:20,
151:24, 152:3, 152:4,
153:2, 153:6, 153:12,
153:18, 154:1, 154:4,
154:8, 154:11, 155:2,
155:3, 155:6, 155:9,
158:11, 161:20, 162:4
   **meetings** [14] - 41:7,
41:8, 82:16, 138:23,
139:13, 145:13,
150:12, 150:19,
150:24, 151:4, 151:8,
153:9, 155:12, 161:12
   **men** [19] - 107:11,
108:11, 108:14,
108:22, 125:17,
127:14, 135:18,
136:10, 136:18,
137:4, 137:11,
145:22, 146:15,
148:6, 150:19,
150:24, 163:7, 163:9,
179:13
   **mention** [4] - 146:8,
170:15, 178:19,
183:13
   **mentioned** [4] -
102:20, 146:9,
146:17, 150:12
   **met** [22] - 7:3, 7:10,
7:12, 7:13, 7:15, 7:17,
21:9, 22:7, 27:18,
33:25, 41:18, 50:13,
50:18, 139:1, 139:3,
139:5, 139:9, 139:10,
151:3, 152:24, 152:25
   **MIAMI** [1] - 1:2
   **Miami** [8] - 1:4, 1:16,
1:22, 1:25, 2:2, 2:3,
186:22, 186:23
   **mid-'90s** [1] - 178:15
   **middle** [2] - 153:16,
169:19
   **might** [1] - 148:24
   **miles** [2] - 134:6,
136:2
   **mind** [2] - 12:3,

29:22
mine [1] - 9:10
Minors [1] - 148:10
minors [11] - 176:20, 178:9, 178:13, 178:14, 178:18, 178:22, 181:8, 183:12, 185:7, 185:12
minute [4] - 62:8, 120:19, 164:8, 177:11
minutes [7] - 10:24, 28:1, 46:21, 47:8, 47:23, 103:21, 185:15
misbehaving [1] - 131:25
mischaracterization [2] - 32:24, 37:19, 123:12
mission [1] - 22:19
misspellings [2] - 123:20, 123:21
mistake [5] - 95:9, 95:15, 105:24, 106:14, 143:11
mistrial [8] - 176:17, 177:24, 178:3, 178:6, 180:5, 184:18, 184:19, 185:14
molestation [1] - 184:3
mom [7] - 6:4, 9:16, 17:11, 17:12, 27:17, 102:14, 113:6
moment [17] - 32:1, 33:14, 40:2, 40:16, 44:2, 44:15, 52:14, 63:6, 63:25, 76:2, 76:9, 80:7, 99:24, 145:7, 155:17, 166:22, 169:21
Monday [2] - 129:22, 164:11
money [21] - 17:18, 17:20, 17:22, 17:23, 22:17, 26:23, 35:23, 36:1, 36:3, 39:9, 39:11, 39:23, 114:1, 114:3, 114:13, 114:14, 114:17, 114:19, 114:21, 114:24
month [10] - 5:19, 5:20, 16:6, 40:10, 119:6, 151:19, 151:24, 153:7, 153:10, 154:3
months [2] - 41:23, 56:25
moreover [1] - 119:20

Morning [90] - 8:8, 8:9, 8:10, 8:18, 8:19, 8:25, 9:3, 9:5, 9:23, 10:2, 10:8, 10:10, 10:13, 11:20, 21:14, 21:17, 21:20, 21:25, 22:2, 22:4, 22:6, 22:8, 22:23, 23:16, 23:21, 24:14, 27:5, 27:12, 27:20, 27:25, 28:14, 28:24, 30:8, 30:23, 31:23, 32:18, 33:10, 33:20, 33:21, 37:18, 37:24, 39:7, 39:24, 40:5, 40:14, 45:4, 52:22, 53:5, 55:17, 55:18, 56:1, 57:7, 57:9, 67:12, 73:17, 73:21, 73:25, 74:3, 74:11, 74:16, 77:17, 90:10, 105:7, 105:23, 108:12, 110:19, 111:10, 113:19, 125:3, 127:19, 130:3, 130:15, 130:24, 131:16, 132:19, 133:5, 133:25, 134:6, 134:24, 135:1, 136:10, 137:21, 137:23, 146:25, 148:17, 149:13, 149:22, 150:9, 150:20, 150:25
morning [70] - 4:1, 4:6, 4:7, 4:12, 4:13, 4:16, 5:1, 5:2, 5:11, 5:12, 11:1, 11:5, 11:9, 11:11, 11:24, 13:1, 13:2, 15:18, 15:19, 21:7, 30:8, 30:19, 31:6, 31:12, 31:17, 31:19, 31:20, 31:24, 32:1, 32:5, 32:21, 33:5, 39:24, 47:15, 47:19, 47:22, 48:18, 61:12, 61:13, 61:16, 61:21, 61:22, 61:24, 61:25, 62:14, 97:6, 125:9, 125:15, 125:18, 125:24, 126:10, 126:15, 126:17, 126:20, 126:23, 127:1, 127:12, 127:15, 127:21, 128:3, 128:5, 128:8, 128:9, 128:10, 128:16, 164:12, 165:4, 165:14
mornings [2] - 11:23, 97:5
most [3] - 25:8,

32:10, 54:16
mostly [2] - 21:23, 51:18
mother [11] - 6:3, 10:5, 21:13, 22:25, 27:9, 27:16, 27:19, 29:7, 112:15, 113:8, 113:16
mother's [12] - 23:4, 23:6, 27:24, 28:5, 28:10, 28:17, 28:25, 29:1, 29:2, 29:4, 29:6, 168:18
motion [26] - 175:20, 176:5, 176:10, 176:11, 176:13, 176:16, 177:5, 177:7, 178:5, 179:18, 180:5, 180:22, 181:11, 181:12, 181:23, 182:16, 182:21, 183:2, 183:8, 183:10, 184:12, 184:19, 184:25, 185:1, 185:2, 185:14
motive [1] - 141:7
motorcycle [1] - 34:12
mouth [1] - 43:25
move [25] - 8:21, 9:14, 26:4, 26:5, 36:19, 56:10, 56:22, 57:14, 57:16, 59:2, 66:21, 72:14, 80:23, 80:25, 88:1, 117:4, 118:2, 128:11, 144:20, 160:15, 163:22, 173:13, 177:24, 178:3, 184:18
moved [44] - 8:20, 8:22, 8:25, 9:2, 9:4, 9:5, 9:12, 9:13, 9:15, 9:19, 9:23, 10:1, 10:16, 10:17, 12:7, 12:17, 12:22, 13:22, 27:5, 27:8, 27:12, 27:14, 29:3, 52:1, 52:5, 56:4, 56:7, 56:14, 56:19, 56:24, 57:11, 57:18, 57:21, 59:9, 59:13, 59:16, 61:6, 75:13, 91:23, 92:11, 96:21, 101:8, 178:15
movements [1] - 60:21
moves [1] - 97:9
movies [2] - 55:12, 92:18
moving [1] - 173:12

MR [323] - 4:13, 12:9, 14:11, 14:17, 15:25, 16:17, 19:15, 19:23, 20:10, 20:15, 21:6, 23:11, 23:25, 24:2, 24:3, 24:10, 24:12, 25:1, 26:8, 26:14, 26:19, 27:4, 28:13, 28:16, 28:19, 28:23, 29:17, 30:7, 30:18, 31:15, 33:1, 33:8, 34:6, 35:12, 36:8, 36:12, 36:14, 36:16, 37:23, 39:13, 39:16, 39:22, 40:2, 40:4, 40:16, 40:18, 40:21, 40:24, 41:1, 41:22, 42:4, 42:14, 42:15, 43:5, 43:10, 43:11, 44:2, 44:24, 45:22, 45:24, 46:4, 46:18, 47:19, 47:22, 53:10, 53:14, 53:19, 54:6, 57:23, 58:4, 61:17, 63:21, 64:10, 64:15, 64:17, 68:2, 68:8, 68:15, 70:7, 70:14, 70:22, 70:24, 76:25, 77:3, 77:14, 78:11, 79:1, 79:15, 79:19, 79:22, 80:6, 81:3, 82:6, 82:20, 85:7, 86:7, 86:9, 86:14, 87:22, 88:1, 88:18, 89:7, 89:17, 93:14, 93:23, 94:9, 96:5, 98:15, 100:4, 100:7, 100:16, 100:18, 101:9, 102:5, 104:14, 104:25, 105:2, 106:8, 106:12, 106:17, 107:7, 107:18, 108:1, 108:21, 109:1, 109:6, 109:12, 109:19, 110:8, 110:10, 112:2, 112:7, 112:8, 113:14, 114:9, 115:8, 115:10, 115:12, 115:14, 115:15, 115:16, 115:24, 116:6, 116:17, 116:19, 116:20, 116:23, 117:12, 117:16, 118:9, 118:21, 118:24, 119:3, 119:11, 119:23, 120:15, 120:16, 120:20, 121:5, 121:13, 121:15, 121:18, 121:21, 121:22, 122:9,

122:12, 122:16, 122:18, 123:6, 123:11, 124:20, 124:22, 124:25, 125:2, 125:8, 125:12, 125:14, 125:22, 126:8, 127:4, 127:9, 127:10, 127:18, 128:1, 128:13, 128:15, 129:2, 129:8, 130:19, 130:22, 131:4, 131:14, 132:18, 136:16, 136:21, 136:25, 137:2, 137:19, 138:19, 140:3, 140:6, 140:10, 140:16, 140:19, 140:22, 141:4, 141:10, 141:18, 141:22, 141:25, 142:5, 142:8, 142:12, 142:15, 142:19, 142:22, 142:25, 143:10, 143:14, 143:17, 143:23, 144:6, 144:16, 144:22, 144:24, 145:1, 145:5, 145:6, 145:17, 147:7, 147:9, 147:13, 147:15, 147:19, 147:22, 148:1, 148:23, 149:2, 149:4, 149:10, 149:11, 150:18, 150:23, 151:12, 152:12, 152:14, 152:15, 154:7, 154:17, 154:19, 154:24, 155:17, 155:19, 156:8, 156:14, 156:20, 157:6, 157:8, 157:18, 157:24, 158:5, 158:16, 159:7, 159:11, 159:23, 160:3, 160:16, 160:23, 161:15, 162:11, 162:13, 162:16, 162:20, 162:25, 163:3, 163:6, 163:10, 163:11, 163:12, 163:14, 163:22, 163:25, 166:5, 166:8, 167:4, 167:8, 167:15, 167:18, 170:12, 171:6, 171:22, 172:4, 172:8, 172:11, 172:14, 172:17, 173:16, 175:10, 175:14, 175:22,

176:15, 177:5, 177:9,
177:13, 177:15,
177:20, 179:8,
179:17, 179:19,
180:2, 181:13,
181:18, 181:20,
181:22, 182:1, 182:9,
182:17, 182:21,
182:25, 184:4,
185:18, 186:2, 186:8
   **MS** [273] - 4:7, 5:4,
5:10, 6:21, 6:24,
12:14, 12:16, 14:14,
14:21, 16:4, 16:23,
19:18, 20:1, 20:12,
20:19, 21:2, 23:7,
23:24, 24:9, 24:23,
25:23, 26:11, 26:16,
27:2, 28:11, 28:18,
28:21, 29:15, 30:4,
30:10, 30:12, 31:8,
32:23, 34:3, 35:10,
36:5, 37:19, 41:20,
41:25, 43:3, 44:6,
45:2, 46:2, 46:9,
46:13, 46:14, 47:15,
48:3, 48:8, 48:14,
48:17, 49:16, 49:19,
50:3, 50:7, 52:24,
53:4, 53:18, 53:22,
54:2, 54:9, 54:20,
58:1, 58:6, 58:11,
59:1, 59:8, 61:20,
63:18, 65:20, 65:25,
66:2, 66:5, 66:20,
67:3, 68:6, 68:11,
68:18, 68:21, 69:19,
69:21, 70:10, 70:25,
71:2, 71:21, 71:23,
72:13, 72:21, 75:5,
75:8, 76:2, 76:4, 76:6,
76:22, 77:2, 77:4,
77:7, 77:11, 77:19,
78:2, 78:8, 78:10,
79:5, 79:16, 80:2,
80:4, 80:7, 80:12,
80:15, 80:23, 81:2,
81:9, 82:9, 82:24,
85:10, 86:12, 86:17,
87:24, 88:3, 88:4,
88:22, 89:2, 89:4,
89:11, 89:20, 92:1,
92:4, 93:19, 94:1,
94:14, 96:7, 96:9,
98:18, 99:24, 100:1,
100:5, 100:13,
100:21, 101:12,
102:10, 103:8,
103:25, 104:9,
106:15, 107:3,
107:17, 108:17,

108:19, 108:24,
109:3, 109:9, 109:15,
110:5, 112:1, 112:4,
113:12, 114:5,
115:22, 116:1, 116:5,
116:11, 116:22,
117:7, 117:17, 118:4,
118:6, 119:12,
119:25, 120:6,
120:11, 120:17,
120:21, 121:14,
121:16, 122:1,
122:15, 122:17,
122:21, 123:10,
123:12, 123:16,
123:18, 124:8,
124:15, 125:5,
125:10, 125:19,
126:5, 127:3, 127:6,
127:16, 127:22,
128:25, 129:5,
130:17, 130:25,
131:10, 132:16,
136:13, 136:19,
136:22, 137:17,
138:17, 139:17,
139:21, 140:12,
140:24, 141:12,
142:17, 142:24,
143:3, 144:9, 145:15,
147:5, 150:15,
150:21, 151:9, 154:2,
154:15, 154:21,
155:14, 155:23,
156:10, 156:17,
156:21, 157:1,
157:13, 157:20,
157:22, 158:2,
158:10, 158:19,
159:14, 159:16,
159:19, 159:25,
160:8, 160:14, 161:7,
162:21, 163:16,
165:9, 165:19,
165:22, 166:1,
166:11, 167:9,
167:23, 169:24,
170:1, 170:5, 170:15,
171:15, 171:23,
172:23, 173:10,
173:13, 173:21,
174:7, 174:11,
174:14, 175:16,
175:21, 175:23,
176:16, 176:23,
177:17, 178:5,
178:23, 179:20,
183:7, 185:22, 186:10
   **must** [4] - 106:1,
112:2, 124:13, 164:24
   **Mysender** [1] - 8:12

**N**

   **naked** [4] - 13:12,
17:4, 62:15, 93:17
   **name** [44] - 5:7, 6:14,
6:25, 8:7, 9:10, 11:15,
23:22, 23:25, 25:8,
26:22, 35:4, 48:11,
48:12, 48:13, 52:20,
52:21, 67:22, 67:24,
68:7, 69:22, 70:1,
70:3, 83:4, 95:12,
103:6, 103:7, 108:22,
109:7, 109:13, 110:2,
110:6, 110:9, 110:11,
110:14, 123:24,
133:18, 147:10,
147:21, 152:8,
154:15, 167:1,
168:18, 171:24
   **named** [5] - 8:13,
49:8, 49:20, 50:8,
67:21
   **names** [16] - 25:6,
83:8, 108:11, 108:15,
109:1, 109:20, 123:1,
123:20, 123:22,
133:12, 133:23,
146:5, 146:9, 146:14,
146:18
   **Nancy** [1] - 88:5
   **National** [4] - 148:2,
148:8, 160:13, 161:24
   **near** [1] - 5:25
   **necessarily** [2] -
179:23, 179:25
   **need** [10] - 26:22,
65:10, 120:12,
120:13, 121:5,
124:19, 134:24,
147:23, 164:3, 164:8
   **needed** [1] - 91:12
   **needs** [1] - 77:25
   **neighborhood** [3] -
50:13, 50:15, 50:19
   **never** [35] - 17:20,
21:9, 22:5, 24:17,
24:22, 26:21, 26:24,
29:1, 30:25, 31:1,
35:21, 35:22, 40:12,
40:15, 42:6, 43:22,
43:24, 44:21, 45:5,
112:19, 113:16,
117:8, 117:19, 131:8,
131:21, 135:11,
137:14, 143:14,
146:9, 162:21,
166:24, 176:6, 183:5
   **New** [1] - 1:18

   **newborn** [1] - 6:6
   **next** [17] - 5:3, 27:21,
46:12, 48:2, 48:7,
51:14, 51:19, 60:10,
61:10, 61:11, 69:22,
70:1, 93:7, 122:19,
139:22, 159:13,
170:16
   **nice** [2] - 163:22,
186:9
   **nickname** [4] - 5:15,
68:12, 68:14, 103:3
   **night** [13] - 13:3,
13:4, 13:5, 32:12,
32:15, 32:17, 38:15,
38:19, 38:22, 55:18,
60:1, 126:16, 169:19
   **nightstand** [1] -
62:12
   **nilly** [1] - 184:17
   **NO** [1] - 1:2
   **none** [5] - 33:15,
37:16, 37:17, 167:4
   **nonresponsive** [2] -
70:14, 70:24
   **normal** [1] - 39:19
   **normally** [1] - 128:23
   **North** [2] - 2:2,
186:22
   **Northeast** [1] - 1:15
   **Nos** [4] - 3:11, 3:12,
72:18, 81:6
   **note** [3] - 117:17,
117:18, 119:12
   **notebook** [1] - 32:3
   **notebooks** [2] - 63:1,
165:2
   **nothing** [6] - 24:15,
37:15, 137:15, 173:6,
185:17, 186:5
   **notice** [15] - 53:18,
53:22, 117:19, 118:8,
177:22, 179:21,
179:22, 179:23,
179:24, 183:4,
183:23, 184:1, 184:6,
184:13
   **noticed** [2] - 119:18,
181:7
   **notices** [1] - 185:5
   **notwithstanding** [1]
- 183:9
   **November** [6] - 5:20,
138:15, 138:20,
140:7, 142:19, 142:22
   **number** [7] - 64:3,
65:23, 77:17, 89:1,
165:18, 183:4, 183:5
   **numbers** [3] -
132:22, 138:22,

162:11
   **NW** [1] - 1:18

**O**

   **O'Coin** [2] - 35:2,
35:5
   **oath** [2] - 65:18,
104:23
   **object** [11] - 70:14,
70:22, 116:12,
116:15, 139:23,
156:14, 159:23,
160:16, 178:5,
182:20, 183:7
   **objected** [5] -
160:24, 167:16,
174:25, 178:2, 184:11
   **objecting** [4] - 77:13,
120:9, 160:3, 184:22
   **objection** [140] -
12:9, 14:11, 14:17,
15:25, 16:17, 19:15,
19:23, 20:10, 20:15,
23:7, 23:24, 24:9,
24:23, 25:23, 26:11,
26:16, 27:2, 28:11,
28:18, 29:15, 30:4,
30:10, 30:12, 31:8,
32:23, 32:24, 34:3,
35:10, 36:5, 37:19,
41:20, 41:25, 43:3,
44:24, 45:22, 46:4,
57:23, 58:4, 61:17,
65:11, 68:2, 68:8,
68:15, 70:7, 76:25,
77:14, 77:16, 81:3,
82:6, 82:20, 85:7,
86:7, 86:14, 87:22,
88:2, 88:18, 89:7,
89:17, 93:14, 93:23,
94:9, 96:5, 98:15,
100:4, 100:7, 100:16,
100:18, 101:9, 102:5,
106:15, 107:3, 107:4,
107:17, 108:17,
108:19, 108:24,
109:9, 109:10,
109:15, 110:5, 112:1,
112:4, 113:12, 114:5,
115:22, 117:15,
118:17, 121:24,
125:5, 125:10,
125:19, 126:5, 127:6,
127:16, 127:22,
128:25, 129:5,
130:17, 130:25,
131:1, 131:10,
132:16, 136:13,
136:19, 137:17,

138:17, 142:16, 145:15, 150:15, 150:21, 151:9, 154:2, 154:15, 154:22, 155:14, 156:8, 156:20, 157:6, 157:18, 157:24, 158:5, 158:16, 159:7, 159:11, 160:2, 170:10, 175:1, 180:19, 181:24, 181:25, 182:2, 182:6, 182:23, 184:21, 184:23, 185:1

**Objection** [2] - 147:5, 154:21

**objections** [2] - 109:2, 173:17

**obligation** [1] - 179:9

**obviously** [1] - 174:21

**occasion** [2] - 61:8, 182:11

**occur** [1] - 184:10

**occurred** [4] - 108:16, 113:10, 150:9, 154:10

**occurring** [1] - 149:22

**Odelin** [7] - 133:19, 173:25, 174:7, 176:17, 176:19, 177:10, 178:20

**OF** [3] - 1:1, 1:4, 1:17

**offer** [3] - 17:18, 94:7, 94:25

**offered** [3] - 17:20, 94:12, 95:2

**officer** [4] - 77:22, 78:20, 78:25, 165:3

**officers** [2] - 77:23, 159:6

**official** [1] - 2:1

**Official** [1] - 186:22

**often** [6] - 12:6, 40:7, 56:1, 92:9, 92:11, 93:17

**old** [30] - 6:12, 6:13, 7:11, 7:14, 9:11, 9:13, 17:15, 18:25, 19:2, 48:23, 48:24, 50:23, 50:25, 57:2, 58:18, 58:20, 58:24, 74:14, 74:15, 94:18, 96:20, 99:14, 99:15, 101:13, 101:21, 106:24, 110:25, 111:6, 163:7, 163:8

**older** [15] - 6:10, 8:14, 95:18, 101:16,

101:22, 106:19, 106:23, 107:12, 107:22, 133:9, 134:11, 146:23, 146:24, 166:18, 168:23

**oldest** [7] - 6:11, 107:8, 107:22, 107:23, 108:3, 108:6, 134:8

**once** [13] - 13:12, 14:24, 15:19, 31:21, 47:19, 90:9, 96:22, 97:15, 102:16, 112:24, 136:5, 136:9, 155:3

**one** [72] - 4:18, 4:19, 6:9, 10:24, 28:8, 29:19, 33:4, 35:21, 38:16, 40:2, 40:16, 40:22, 41:18, 42:5, 44:2, 45:18, 50:21, 60:1, 63:25, 64:4, 65:9, 74:13, 90:14, 90:16, 90:17, 94:12, 94:15, 97:14, 99:24, 106:23, 107:8, 107:11, 107:21, 108:6, 116:9, 116:24, 117:5, 120:2, 120:3, 126:9, 130:9, 133:8, 133:9, 133:10, 134:11, 136:10, 136:17, 140:10, 145:18, 153:10, 155:17, 159:10, 163:15, 163:18, 166:22, 166:25, 169:11, 169:12, 169:14, 169:18, 169:21, 170:20, 171:12, 171:15, 172:8, 175:18, 175:19, 176:17, 183:4, 184:5

**ones** [4] - 117:12, 133:6, 138:10, 138:11

**open** [15] - 25:17, 25:20, 38:12, 54:7, 64:18, 80:10, 97:6, 124:23, 144:18, 150:3, 163:2, 164:1, 172:6, 174:19, 174:25

**opened** [5] - 17:3, 97:8, 97:14, 107:18, 123:2

**operation** [1] - 96:19

**opportunity** [6] - 23:18, 23:19, 116:14, 126:12, 129:25

**oppose** [1] - 183:8

**opposed** [1] - 166:3

**or...** [1] - 42:7

**oral** [4] - 92:6, 94:8, 96:4, 96:22

**order** [2] - 35:19, 178:10

**ordered** [1] - 55:6

**orders** [1] - 117:2

**orient** [1] - 92:1

**original** [1] - 120:18

**orphanage** [2] - 168:2, 168:4

**otherwise** [4] - 64:21, 79:22, 176:14, 185:16

**outside** [22] - 7:9, 7:10, 17:8, 18:6, 21:15, 24:19, 37:8, 53:13, 54:2, 64:2, 77:10, 82:18, 90:21, 91:13, 91:14, 99:21, 116:4, 127:24, 139:20, 160:21, 168:16, 169:5

**overnight** [1] - 75:20

**overrule** [2] - 65:11, 173:17

**overruled** [36] - 12:11, 14:18, 16:1, 16:18, 19:24, 20:16, 25:24, 29:16, 30:11, 30:13, 31:10, 33:3, 36:6, 46:6, 68:16, 70:17, 85:8, 86:15, 89:8, 89:18, 93:16, 93:24, 94:11, 100:9, 102:6, 107:19, 125:13, 125:20, 127:23, 129:6, 151:10, 155:15, 157:7, 157:9, 158:6, 159:8

**own** [8] - 36:25, 38:15, 39:21, 60:23, 119:7, 119:9, 120:5, 166:2

## P

**p.m** [5] - 1:6, 65:16, 103:22, 104:21, 165:5

**Page** [7] - 177:10, 180:10, 180:13, 181:20, 181:22, 181:23, 182:18

**page** [9] - 116:9, 166:6, 170:5, 171:15, 177:6, 181:12,

181:17, 181:19, 181:21

**PAGE** [1] - 3:9

**pages** [2] - 181:16, 184:6

**Pages** [1] - 1:8

**paid** [6] - 9:23, 22:11, 22:14, 22:16, 96:16, 96:19

**pamphlet** [2] - 71:16, 72:6

**panic** [1] - 97:15

**pants** [2] - 78:17, 78:23

**paper** [1] - 76:14

**papers** [1] - 164:23

**paragraph** [7] - 166:12, 167:6, 170:16, 171:7, 171:11, 172:25, 180:11

**paragraphs** [1] - 166:9

**pardon** [1] - 142:12

**parent** [1] - 168:7

**parents** [10] - 49:4, 49:6, 51:3, 112:19, 113:2, 137:4, 137:11, 168:2, 168:16, 168:17

**parents'** [2] - 100:24, 168:21

**park** [2] - 42:10, 42:16

**part** [11] - 71:9, 91:10, 91:15, 107:22, 114:12, 124:18, 154:8, 154:10, 168:3, 174:12, 180:24

**participated** [1] - 185:13

**particular** [12] - 7:4, 74:6, 95:13, 117:19, 117:21, 125:17, 139:21, 140:13, 143:7, 144:13, 174:4, 180:23

**pass** [1] - 6:5

**passed** [2] - 6:6, 9:15

**passport** [7] - 25:11, 25:12, 25:13, 25:14, 25:18, 25:21, 184:14

**past** [1] - 117:20

**patience** [1] - 165:3

**Patricia** [1] - 64:4, 116:9, 185:25

**Patrick** [9] - 8:12, 167:1, 167:19, 169:17, 169:18, 169:23, 170:16,

170:19, 170:20

**pause** [1] - 166:13

**pay** [5] - 9:16, 17:12, 36:2, 36:3, 96:24

**paying** [2] - 75:15, 75:17

**pays** [1] - 171:17

**pen** [1] - 32:3

**penis** [28] - 14:7, 14:8, 14:9, 14:15, 14:22, 52:4, 52:6, 52:7, 52:10, 52:13, 60:4, 60:11, 60:12, 60:14, 60:15, 60:17, 60:23, 60:25, 92:21, 92:23, 93:21, 96:15, 96:21, 166:18, 168:24, 168:25, 169:7, 169:16

**penises** [2] - 99:22, 159:2

**people** [13] - 8:13, 41:11, 41:15, 41:19, 42:5, 43:12, 72:23, 117:25, 118:1, 118:2, 119:14, 123:20, 127:7

**per** [2] - 178:10, 184:1

**perform** [4] - 94:8, 96:4, 96:22, 99:10

**performed** [1] - 92:6

**peril** [2] - 119:7, 119:9

**period** [3] - 75:13, 99:16, 145:19

**permanently** [3] - 40:14, 56:23, 57:21

**permissible** [1] - 141:15

**permission** [15] - 25:21, 28:6, 38:5, 38:7, 66:2, 68:18, 69:19, 70:25, 71:21, 76:4, 77:2, 80:12, 83:1, 90:13, 90:19

**permit** [2] - 63:8, 165:12

**person** [5] - 41:17, 78:16, 84:6, 86:3, 139:3

**personal** [6] - 22:8, 22:24, 24:14, 26:9, 45:20, 70:11

**perspective** [2] - 84:4, 86:1

**Peterson** [12] - 3:5, 5:5, 5:7, 5:11, 5:13, 5:14, 5:15, 8:11, 9:9, 44:7, 67:25, 68:12

**PETERSON** [1] - 5:6

**Phil** [4] - 4:14, 47:20, 63:22, 104:15
**PHILIP** [1] - 1:23
**photo** [6] - 70:1, 83:13, 83:16, 83:25, 139:21, 139:22
**photograph** [32] - 67:15, 69:5, 69:10, 69:23, 77:25, 78:2, 79:2, 79:10, 79:12, 79:13, 80:1, 81:22, 84:4, 84:25, 85:3, 85:23, 85:24, 86:2, 88:5, 88:9, 88:12, 89:22, 91:4, 91:15, 102:24, 122:13, 122:14, 139:22, 139:23, 140:22, 140:24, 143:9
**photographs** [36] - 67:20, 72:9, 72:11, 73:3, 74:1, 74:4, 76:17, 117:3, 118:11, 138:1, 138:4, 138:7, 138:8, 138:12, 139:13, 140:19, 140:20, 141:22, 141:25, 142:11, 142:14, 142:20, 142:23, 142:24, 143:4, 143:7, 143:13, 143:16, 143:21, 143:23, 144:3, 144:4, 144:14, 145:7, 145:12
**photos** [2] - 66:18, 72:7
**pick** [3] - 17:2, 17:5, 18:4
**picked** [1] - 60:9
**picture** [30] - 58:17, 58:19, 58:21, 58:23, 59:10, 59:11, 66:11, 67:6, 67:18, 67:22, 68:1, 69:13, 73:7, 73:14, 73:18, 73:20, 77:15, 77:22, 78:4, 78:9, 84:6, 85:1, 86:3, 87:9, 89:25, 91:1, 102:22, 139:14, 140:13
**pictures** [12] - 66:12, 66:14, 66:16, 70:20, 71:16, 72:6, 118:17, 122:24, 139:14, 142:3, 142:4, 145:10
**piece** [3] - 6:18, 76:14, 96:14
**pinned** [1] - 78:22
**place** [15] - 22:9, 26:2, 38:20, 41:17,

60:22, 61:13, 61:15, 62:2, 75:16, 82:13, 92:16, 150:22, 153:7, 157:21
**placed** [7] - 14:7, 14:9, 15:14, 58:2, 60:21, 60:24, 70:19
**places** [1] - 41:17
**Plaintiff** [1] - 1:5
**plan** [1] - 79:9
**plate** [1] - 55:7
**play** [9] - 10:7, 39:20, 52:16, 53:8, 55:11, 55:12, 79:19, 112:12, 129:12
**played** [4] - 8:4, 32:5, 55:2, 129:15
**PlayStation** [1] - 55:11
**pleased** [1] - 16:20
**point** [10] - 6:18, 37:2, 49:12, 49:24, 78:3, 78:20, 84:4, 86:1, 124:3, 144:22
**police** [17] - 78:20, 78:25, 136:3, 136:11, 148:4, 148:20, 149:12, 149:16, 149:25, 158:12, 158:14, 158:20, 159:4, 159:5, 159:10
**Police** [5] - 148:3, 148:8, 148:9, 160:13, 161:24
**poor** [1] - 55:16
**popular** [1] - 25:8
**porch** [6] - 81:23, 82:1, 82:2, 82:4, 82:12, 82:14
**Port** [5] - 5:25, 6:1, 134:21
**Port-au-Prince** [3] - 5:25, 6:1, 134:21
**position** [12] - 26:5, 118:10, 118:13, 119:4, 119:7, 120:1, 120:8, 124:14, 161:5, 175:5, 178:19, 183:6
**possible** [2] - 64:8, 64:21
**possibly** [1] - 140:15
**posted** [2] - 83:5, 115:20
**potential** [2] - 124:10
**poured** [3] - 14:6, 62:8, 62:10
**power** [2] - 33:15, 33:17
**prayer** [1] - 30:14
**prayers** [2] - 30:16,

30:17
**preamble** [1] - 166:3
**predicate** [7] - 86:9, 107:6, 120:9, 121:3, 121:6, 156:22, 175:1
**preferred** [1] - 102:17
**prejudice** [6] - 78:24, 176:2, 176:12, 181:2, 181:9, 183:15
**prejudices** [1] - 185:8
**prejudicial** [2] - 175:8, 178:20
**premises** [1] - 78:25
**prep** [1] - 53:24
**preparing** [1] - 55:6
**presence** [9] - 53:13, 54:2, 54:3, 64:2, 77:10, 79:3, 116:4, 139:20, 160:21
**present** [10] - 4:15, 47:21, 63:23, 104:16, 118:20, 119:1, 123:5, 144:2, 186:6
**presentation** [1] - 124:21
**presented** [2] - 122:25, 174:18
**presenting** [1] - 185:6
**preservations** [1] - 175:20
**preserve** [1] - 179:18
**preserved** [2] - 176:5, 185:2
**pressure** [2] - 17:9, 18:6
**pressured** [1] - 24:18
**prevent** [7] - 130:11, 131:15, 132:3, 135:18, 136:10, 137:10, 137:15
**prevented** [2] - 131:8, 131:21
**preventing** [3] - 136:17, 137:3, 137:8
**previous** [1] - 170:5
**previously** [9] - 68:19, 68:22, 69:3, 80:25, 99:2, 161:16, 162:7, 174:1, 181:1
**Prince** [3] - 5:25, 6:1, 134:21
**private** [7] - 44:18, 45:7, 52:1, 52:3, 96:14, 111:19, 112:9
**probative** [2] - 79:25, 142:2

**problem** [2] - 40:25, 174:16
**problems** [1] - 121:11
**Procedure** [1] - 139:25
**proceed** [5] - 5:8, 48:14, 65:19, 104:24, 124:25
**Proceedings** [1] - 186:13
**proceedings** [26] - 4:24, 47:10, 48:5, 53:12, 54:7, 63:5, 63:12, 64:1, 64:18, 65:7, 65:8, 65:16, 77:9, 80:10, 103:23, 104:3, 104:21, 116:3, 124:23, 139:19, 144:18, 160:20, 164:1, 164:6, 165:6, 186:18
**proffered** [1] - 181:6
**program** [7] - 35:9, 145:18, 146:7, 146:15, 146:25, 147:1, 147:7
**prolong** [1] - 173:22
**promise** [1] - 20:14
**promised** [2] - 20:17, 45:10
**proof** [1] - 184:11
**propensity** [1] - 185:12
**properly** [1] - 185:2
**prosecutor** [7] - 105:4, 105:14, 105:21, 138:2, 138:5, 138:8, 145:14
**prosecutors** [5] - 41:3, 42:24, 43:6, 139:10, 139:12
**prospective** [1] - 117:13
**Protection** [1] - 148:10
**prove** [1] - 142:8
**provide** [4] - 23:1, 179:24, 183:24, 183:25
**provided** [6] - 22:12, 23:16, 123:20, 124:6, 174:23, 184:5
**provisions** [1] - 184:1
**publish** [5] - 59:7, 67:2, 68:18, 72:20, 81:8
**pulled** [3] - 14:6, 14:7, 171:12

**pump** [1] - 37:8
**punched** [1] - 95:22
**punches** [1] - 169:4
**punish** [1] - 11:11
**punished** [3] - 24:20, 31:14, 157:11
**punishment** [2] - 18:10, 18:11
**purchase** [1] - 10:23
**purpose** [2] - 149:20, 152:2
**purposes** [10] - 58:13, 65:21, 66:7, 71:5, 71:25, 76:8, 80:17, 124:6, 159:17, 184:20
**pursuant** [3] - 65:11, 162:7, 185:11
**put** [26] - 11:24, 13:11, 14:3, 14:15, 14:22, 15:6, 15:8, 15:13, 16:21, 18:6, 31:22, 32:2, 33:6, 60:9, 60:10, 60:14, 60:16, 62:6, 62:7, 79:24, 115:5, 119:4, 134:10, 166:18, 169:16
**putting** [1] - 17:9

## Q

**qualify** [1] - 160:17
**quality** [3] - 22:24, 23:2, 23:4
**question-and-answer** [1] - 168:11
**questioned** [2] - 140:6, 140:16
**questioning** [6] - 65:2, 92:2, 105:3, 105:14, 139:24, 143:5
**questions** [8] - 40:18, 44:3, 46:9, 53:15, 53:16, 53:20, 53:23, 155:19
**quite** [1] - 142:25
**quote** [1] - 177:25

## R

**raise** [2] - 64:25, 65:1
**raised** [2] - 176:17, 183:9
**Ralph** [2] - 11:16, 95:12
**ran** [1] - 18:23
**rather** [3] - 69:11,

94:21, 183:19
**RDR** [2] - 2:1, 186:21
**read** [19] - 29:24, 47:1, 62:20, 103:14, 124:7, 164:16, 164:24, 165:21, 166:2, 166:12, 168:4, 170:17, 174:9, 174:10, 174:19, 174:21, 175:2, 175:19, 180:11
**reading** [3] - 173:6, 174:22, 176:18
**ready** [3] - 4:17, 4:20, 116:23
**real** [5] - 23:19, 67:22, 118:7, 123:23, 133:18
**realize** [2] - 119:22, 176:23
**realized** [1] - 52:15
**really** [7] - 79:14, 135:11, 144:7, 144:10, 149:7, 175:8, 176:12
**realtime** [1] - 163:19
**reason** [14] - 16:7, 17:11, 17:14, 45:8, 70:11, 70:18, 74:19, 77:14, 91:18, 96:18, 96:19, 101:25, 121:7, 152:4
**reasonable** [1] - 183:1
**receive** [3] - 22:25, 181:3, 185:9
**RECEIVED** [1] - 3:9
**received** [1] - 69:16
**recent** [1] - 161:11
**recently** [2] - 34:7, 44:9
**recess** [6] - 63:2, 63:9, 63:11, 103:24, 104:2, 186:12
**recharacterization** [1] - 31:8
**recognize** [11] - 58:14, 66:8, 71:6, 71:8, 72:1, 72:3, 76:11, 80:19, 115:18, 159:20, 160:9
**recollection** [3] - 139:16, 143:22, 143:25
**recommend** [1] - 163:18
**record** [13] - 4:5, 6:21, 47:14, 49:16, 50:3, 63:17, 104:8, 137:1, 144:9, 161:6,

174:16, 181:4, 185:3
**red** [1] - 23:3
**Red** [1] - 3:3
**redact** [2] - 170:3, 170:15
**redacted** [8] - 78:14, 79:11, 79:24, 167:2, 169:25, 175:6, 176:4, 176:8
**redacting** [2] - 161:3, 174:3
**redaction** [2] - 166:13, 181:1
**redactions** [1] - 162:13
**REDIRECT** [2] - 44:5, 155:22
**redirect** [5] - 40:20, 40:21, 44:4, 121:7, 155:21
**refer** [2] - 163:4, 163:8
**referred** [1] - 52:17
**referring** [6] - 11:6, 84:20, 98:14, 133:11, 142:18, 152:20
**reflect** [7] - 6:21, 6:23, 49:16, 49:18, 50:3, 50:6, 76:18
**refresh** [3] - 139:16, 143:21, 143:25
**refused** [4] - 17:6, 17:7, 95:3, 95:6
**regard** [3] - 173:19, 175:19, 181:11
**regarding** [13] - 24:15, 27:7, 77:20, 122:21, 163:2, 164:25, 169:22, 170:2, 174:2, 175:5, 175:20, 181:4, 183:20
**Reginald** [1] - 104:16
**regular** [2] - 114:22, 126:1
**regulations** [1] - 146:16
**relating** [1] - 139:24
**relation** [2] - 90:7, 97:21
**relationship** [1] - 159:9
**release** [1] - 124:3
**released** [2] - 117:14, 119:8
**relevance** [16] - 16:17, 25:23, 26:17, 26:18, 29:15, 30:4, 30:10, 45:24, 100:18, 128:25, 129:5, 140:8, 141:2, 141:3, 154:22,

157:24
**relevant** [5] - 79:12, 79:25, 140:12, 140:17, 143:5
**relocated** [3] - 57:15, 57:19, 57:20
**rely** [1] - 176:24
**remain** [3] - 102:8, 102:18, 174:4
**remained** [2] - 51:18, 102:2
**remember** [63] - 7:11, 9:11, 12:4, 12:7, 18:25, 27:7, 27:11, 35:2, 35:8, 35:13, 38:4, 38:25, 39:3, 39:4, 44:10, 44:11, 57:18, 59:22, 61:3, 69:17, 94:12, 94:18, 99:1, 99:13, 101:2, 101:13, 103:7, 105:17, 105:18, 105:19, 106:10, 106:21, 108:9, 108:10, 108:11, 108:16, 109:3, 109:5, 109:7, 109:13, 109:20, 109:24, 110:3, 110:24, 112:24, 113:3, 122:7, 135:3, 135:5, 136:7, 143:24, 144:1, 146:3, 146:4, 146:18, 146:19, 148:14, 150:14, 151:5, 153:9, 153:13, 164:11, 164:22
**removed** [3] - 61:1, 77:17, 96:14
**renaming** [1] - 110:6
**rent** [2] - 75:15, 75:17
**repeat** [4] - 12:14, 14:19, 35:4, 94:4
**repeatedly** [1] - 163:12
**repeating** [2] - 29:1, 110:12
**Rephrase** [28] - 14:13, 19:17, 23:10, 34:5, 37:22, 42:3, 45:1, 61:19, 68:5, 68:10, 70:9, 82:8, 82:23, 86:11, 88:21, 98:17, 101:11, 109:18, 126:7, 131:3, 131:13, 136:15, 136:24, 154:6, 156:16, 156:24, 158:1, 158:18

**rephrase** [22] - 19:1, 24:1, 24:10, 28:22, 36:14, 36:19, 42:12, 42:14, 43:8, 54:22, 67:11, 88:24, 89:9, 100:20, 112:6, 127:9, 134:20, 137:8, 150:17, 154:25, 156:11, 182:6
**reply** [1] - 179:21
**report** [8] - 47:5, 62:24, 103:18, 136:3, 137:5, 137:12, 140:23, 164:20
**REPORTED** [1] - 2:1
**reporter** [1] - 52:25
**Reporter** [2] - 2:1, 186:22
**REPORTER** [1] - 53:3
**representatives** [1] - 152:16
**represents** [1] - 79:2
**request** [4] - 46:20, 95:3, 99:23, 117:7
**required** [1] - 125:18
**reservation** [2] - 181:11, 184:25
**reserve** [1] - 182:15
**reserved** [6] - 180:22, 181:23, 182:21, 183:2, 184:12, 185:2
**reside** [3] - 49:6, 74:25, 97:11
**resided** [11] - 7:3, 7:21, 7:22, 51:6, 51:8, 55:2, 67:16, 71:17, 72:25, 83:10, 160:12
**resident** [2] - 57:22, 99:6
**residents** [3] - 33:21, 37:17, 137:4
**residing** [2] - 7:18, 7:20
**resigned** [1] - 16:11
**resolve** [1] - 175:14
**respect** [2] - 139:21, 183:23
**respond** [2] - 54:24, 144:12
**response** [5] - 94:20, 94:21, 117:2, 151:2, 161:14
**responsibilities** [1] - 133:7
**responsibility** [3] - 133:24, 134:5, 134:8
**responsive** [1] - 159:13

**rest** [4] - 46:16, 46:20, 91:12, 141:21
**restate** [1] - 131:18
**resulting** [1] - 161:11
**retrospective** [1] - 117:14
**return** [3] - 74:16, 102:3, 120:19
**returned** [2] - 75:9, 75:10
**returning** [1] - 74:19
**reviewed** [1] - 162:3
**road** [1] - 43:21
**roads** [1] - 28:9
**ROI** [1] - 143:6
**roll** [1] - 121:8
**roof** [1] - 113:24
**room** [91] - 9:7, 9:8, 11:2, 11:23, 12:13, 12:24, 13:3, 13:4, 13:5, 13:6, 13:8, 13:10, 13:13, 13:14, 13:16, 14:25, 15:4, 15:12, 17:2, 18:4, 25:13, 25:14, 25:15, 25:16, 26:1, 26:2, 26:10, 26:21, 30:22, 31:11, 31:18, 31:19, 32:4, 32:7, 32:11, 32:21, 42:17, 46:16, 46:20, 47:8, 60:1, 60:2, 60:3, 60:7, 61:9, 61:12, 61:23, 61:25, 63:2, 83:12, 83:15, 83:22, 84:7, 84:15, 84:17, 84:18, 84:20, 85:1, 85:3, 85:6, 85:12, 85:14, 85:25, 86:4, 86:19, 86:20, 88:10, 88:13, 88:17, 88:25, 89:6, 89:15, 90:4, 90:5, 90:6, 90:18, 91:12, 92:15, 92:17, 92:19, 93:2, 97:15, 103:21, 157:12, 169:18, 169:20, 170:20
**rooms** [1] - 90:5
**Roro** [4] - 8:11, 133:14, 133:15, 133:18
**Roro's** [1] - 133:18
**routine** [14] - 61:24, 62:6, 92:25, 93:1, 114:10, 114:12, 119:22, 122:5, 122:8, 125:4, 126:4, 129:21, 130:23, 131:1
**row** [2] - 67:20,

67:21
**rub** [5] - 10:24, 32:16, 93:2, 93:4, 93:12
**rubbed** [1] - 93:7
**rubbing** [1] - 93:9
**Rule** [4] - 139:25, 162:10, 177:21, 178:11
**rule** [1] - 124:17
**ruled** [3] - 141:14, 181:7, 185:4
**rules** [12] - 137:21, 137:23, 140:10, 141:5, 141:6, 141:9, 141:11, 145:19, 145:23, 146:16, 147:3, 185:12
**ruling** [4] - 139:24, 141:19, 161:4, 174:23
**rulings** [1] - 185:6
**run** [3] - 95:20, 133:8, 134:5
**running** [6] - 38:24, 39:3, 51:20, 51:22, 134:19, 135:17
**runs** [1] - 20:18

## S

**safety** [2] - 38:15, 38:23
**Samaritain** [2] - 171:19, 172:1
**sandals** [1] - 100:12
**sandbagging** [1] - 120:21
**Santo** [53] - 7:5, 7:6, 8:23, 8:24, 9:1, 9:6, 12:8, 15:24, 27:6, 27:9, 27:12, 27:14, 27:15, 27:16, 27:17, 27:19, 27:24, 27:25, 28:2, 28:3, 28:7, 28:14, 28:25, 29:2, 29:3, 50:16, 51:6, 56:17, 56:18, 56:21, 57:5, 57:6, 57:12, 57:15, 57:20, 67:17, 67:18, 73:4, 101:6, 101:7, 102:21, 105:16, 105:23, 106:13, 135:24
**sat** [4] - 51:13, 51:19, 111:17
**Saturday** [8] - 17:21, 39:24, 114:3, 114:10, 114:13, 114:25, 129:24, 131:9

**Saturdays** [2] - 39:10, 39:11
**save** [1] - 119:5
**saw** [20] - 25:13, 26:3, 26:6, 50:20, 79:4, 97:8, 98:7, 98:8, 98:21, 98:23, 99:5, 101:3, 101:13, 103:4, 138:11, 138:13, 139:14, 142:3, 144:3
**scene** [1] - 79:2
**Schlender** [3] - 44:9, 44:12, 46:13
**Schneider** [18] - 8:12, 21:21, 21:23, 21:25, 22:2, 22:3, 22:7, 24:5, 24:6, 24:7, 24:8, 24:13, 24:22, 34:2, 34:7, 133:16, 133:21
**school** [48] - 7:17, 9:22, 9:23, 15:20, 16:6, 16:12, 17:13, 21:24, 22:3, 22:12, 22:13, 22:15, 22:19, 30:1, 30:2, 32:8, 32:9, 33:7, 34:16, 34:24, 38:11, 38:12, 38:13, 102:15, 114:1, 114:13, 114:22, 115:2, 117:22, 128:3, 128:5, 128:10, 128:16, 128:18, 128:22, 128:23, 129:3, 171:17, 171:19, 171:24, 171:25, 172:10, 172:16
**schoolbooks** [1] - 29:24
**schooling** [1] - 22:11
**schoolwork** [1] - 16:9
**scissors** [1] - 79:20
**scope** [5] - 30:12, 45:24, 125:5, 125:19, 126:5
**scratch** [1] - 10:25
**screen** [1] - 67:6
**seal** [1] - 173:8
**search** [8] - 77:20, 77:23, 78:1, 78:3, 78:7, 80:1, 121:9, 140:14
**seated** [1] - 4:1, 4:25, 13:17, 48:6, 48:10, 63:6, 65:17, 104:22, 164:8, 165:7, 165:17
**second** [5] - 41:23,

114:16, 133:17, 176:16, 182:11
**secret** [1] - 33:12
**Secret** [2] - 35:3, 35:6
**secreted** [2] - 123:9, 123:13
**Security** [1] - 4:11
**security** [3] - 38:21, 75:25, 165:3
**see** [55] - 6:16, 18:15, 23:4, 35:24, 36:19, 42:21, 44:14, 47:1, 49:10, 50:21, 51:1, 62:20, 67:7, 73:7, 73:14, 78:24, 81:17, 81:20, 82:3, 82:5, 84:14, 84:17, 86:6, 86:19, 86:20, 86:21, 86:23, 87:2, 87:5, 97:1, 97:4, 97:10, 97:12, 97:25, 98:1, 98:4, 98:6, 98:11, 99:17, 103:14, 121:10, 127:14, 131:8, 132:4, 139:16, 141:2, 142:17, 163:13, 164:16, 164:22, 165:3, 167:7, 174:15, 181:24, 186:11
**seeing** [2] - 102:21, 143:18
**seek** [1] - 76:23
**seeking** [1] - 77:20
**seeks** [1] - 161:4
**seem** [2] - 108:16, 131:20
**selling** [1] - 39:20
**send** [6] - 10:22, 17:10, 19:12, 102:14, 163:20, 164:3
**sending** [1] - 164:7
**senior** [1] - 133:22
**sent** [3] - 13:13, 13:21, 14:25
**sentence** [2] - 168:12, 172:8
**separate** [1] - 186:1
**separately** [2] - 152:23, 153:4
**September** [4] - 41:9, 48:22, 73:1, 111:4
**serve** [1] - 123:8
**Service** [2] - 35:3, 35:6
**service** [3] - 35:17, 123:14, 123:15
**Sesifi** [1] - 168:18

**set** [2] - 55:7, 97:16
**seven** [6] - 32:17, 32:22, 47:8, 47:23, 166:15, 168:10
**several** [23] - 12:19, 12:20, 12:22, 19:19, 51:8, 52:19, 53:8, 93:6, 99:19, 117:8, 117:14, 134:3, 135:9, 135:25, 137:23, 139:3, 145:22, 151:3, 178:2, 180:16, 185:7
**sex** [6] - 18:15, 18:18, 92:6, 94:8, 96:4, 96:22
**sexual** [26] - 11:20, 11:21, 11:22, 15:1, 15:24, 16:24, 17:19, 24:15, 44:22, 59:20, 59:23, 97:1, 98:2, 98:24, 99:5, 99:6, 99:10, 141:13, 149:21, 166:24, 181:8, 183:12, 184:2, 185:7, 185:12
**sexually** [13] - 19:2, 176:19, 178:8, 178:13, 178:14, 178:17, 178:22, 178:24, 179:1, 179:3, 179:12, 182:5
**shared** [2] - 178:1, 180:15
**sheets** [1] - 97:15
**shelf** [2] - 18:22, 18:23
**shelter** [2] - 34:17, 34:22
**shift** [2] - 128:8
**shifting** [1] - 120:25
**shifts** [1] - 128:5
**shirt** [7] - 6:20, 49:15, 50:2, 78:17, 78:21, 78:22
**shoes** [1] - 115:2
**short** [1] - 46:22
**shorts** [2] - 93:18, 93:20
**show** [7] - 60:20, 115:11, 115:17, 142:9, 143:17, 144:2, 145:2
**showed** [10] - 51:11, 60:19, 60:21, 61:1, 138:10, 139:14, 140:19, 140:22, 140:24, 143:4
**shower** [19] - 13:8, 15:3, 15:4, 15:6, 15:7, 15:12, 15:17, 15:19,

15:20, 15:21, 33:6, 90:21, 91:5, 126:15, 126:19, 126:23, 127:11, 127:21, 129:16
**showered** [3] - 126:17, 127:24, 128:2
**showering** [1] - 15:10
**showers** [2] - 127:1, 127:14
**showing** [32] - 65:20, 68:22, 69:3, 72:22, 73:10, 73:23, 75:6, 76:14, 81:11, 81:15, 81:24, 83:6, 83:11, 83:13, 83:24, 84:23, 85:11, 85:16, 85:21, 87:8, 88:5, 88:8, 88:12, 89:21, 89:24, 90:6, 90:10, 90:25, 91:7, 102:19, 139:13, 143:23
**shown** [21] - 58:6, 58:12, 71:3, 89:15, 98:19, 138:1, 138:4, 138:8, 141:23, 142:1, 142:4, 142:11, 142:14, 142:19, 142:22, 143:2, 143:6, 143:12, 143:15, 144:13, 159:16
**shows** [2] - 77:17, 141:4
**shut** [1] - 99:2
**shutting** [1] - 99:4
**side** [25] - 7:22, 7:23, 53:13, 64:2, 77:5, 77:10, 81:19, 82:3, 83:2, 85:2, 85:4, 85:6, 85:9, 85:14, 85:15, 85:22, 85:23, 88:12, 89:14, 90:9, 116:4, 139:20, 160:21, 163:19, 173:19
**side-bar** [9] - 53:13, 64:2, 77:5, 77:10, 116:4, 139:20, 160:21, 163:19, 173:19
**sign** [1] - 173:7
**signed** [2] - 70:3, 173:7
**similar** [6] - 121:8, 121:13, 121:14, 121:16, 160:23, 176:1
**single** [2] - 116:24, 119:17
**sisters** [4] - 6:8, 6:9, 49:7, 168:20

**sit** [1] - 144:7

**sitting** [14] - 13:6, 43:12, 49:14, 50:1, 51:20, 52:12, 83:18, 83:20, 84:14, 84:17, 86:5, 92:15, 149:3, 152:20

**situation** [4] - 12:1, 18:13, 19:6, 19:11

**skin** [3] - 96:14, 96:20, 96:23

**slaps** [2] - 95:11, 169:4

**sleep** [7] - 9:5, 10:25, 55:23, 55:24, 56:1, 56:2, 56:3

**sleeping** [5] - 38:17, 56:15, 75:18, 169:18

**sleeps** [1] - 62:15

**slept** [5] - 9:7, 9:8, 55:17, 55:18, 87:7

**small** [6] - 19:7, 81:21, 95:12, 158:9, 166:17, 166:20

**so-called** [1] - 136:4

**soccer** [2] - 69:14, 69:15

**sofa** [1] - 83:20

**sofas** [2] - 83:17, 83:18

**someone** [3] - 33:7, 36:2, 144:2

**sometimes** [34] - 10:22, 11:11, 15:3, 20:25, 25:17, 25:19, 26:1, 31:13, 31:18, 33:5, 40:10, 92:14, 92:15, 92:18, 92:24, 93:17, 97:6, 99:22, 99:23, 128:22, 131:23, 132:5, 157:4, 157:11, 168:24, 169:4, 169:5, 169:7, 171:21, 172:2, 172:12, 172:13

**Sometimes** [1] - 171:20

**somewhat** [2] - 53:14, 162:18

**somewhere** [3] - 13:18, 57:16, 64:13

**soon** [2] - 12:7, 12:17

**sorry** [18] - 15:17, 36:13, 42:13, 54:22, 65:23, 71:18, 77:6, 82:10, 87:16, 95:22, 99:6, 100:17, 103:25, 140:21, 141:24, 143:10, 149:5, 152:12

**sort** [1] - 127:17

**Source** [1] - 171:20

**South** [1] - 1:24

**SOUTHERN** [1] - 1:1

**Southwest** [1] - 1:21

**spaces** [1] - 87:7

**spanked** [1] - 107:13

**spanking** [1] - 95:19

**speaking** [4] - 7:21, 33:12, 70:13, 72:23

**special** [1] - 35:7

**Special** [7] - 4:10, 35:2, 35:5, 47:17, 63:20, 138:15, 138:23

**specific** [2] - 118:1, 121:24

**specifically** [6] - 11:4, 11:8, 61:15, 140:17, 148:12, 158:24

**speculation** [15] - 68:3, 82:20, 113:12, 114:5, 127:7, 130:17, 131:1, 131:10, 136:13, 136:19, 154:21, 156:8, 157:8, 157:18, 159:11

**spell** [1] - 52:24

**spelling** [1] - 48:11

**spellings** [1] - 123:22

**spend** [4] - 8:5, 18:8, 40:10, 114:14

**spending** [1] - 112:14

**spent** [8] - 8:4, 18:1, 18:7, 51:12, 51:15, 55:18, 56:25, 75:19

**spoken** [7] - 34:8, 43:24, 44:16, 44:19, 44:22, 45:3, 143:14

**spring** [1] - 67:13

**square** [1] - 55:11

**staff** [4] - 47:6, 62:25, 103:19, 164:21

**standing** [15] - 7:22, 7:23, 13:17, 17:3, 78:25, 84:6, 86:18, 86:22, 86:25, 87:4, 87:17, 88:11, 88:25, 89:13, 117:2

**Star** [89] - 8:8, 8:9, 8:10, 8:18, 8:19, 9:1, 9:3, 9:6, 9:24, 10:2, 10:8, 10:10, 10:13, 11:20, 21:14, 21:17, 21:20, 21:25, 22:2, 22:4, 22:6, 22:9, 22:23, 23:16, 23:21, 24:15, 27:5, 27:12,

27:20, 27:25, 28:14, 28:24, 30:8, 30:24, 31:23, 32:18, 33:10, 33:20, 33:21, 37:18, 37:24, 39:7, 39:24, 40:5, 40:14, 45:4, 52:22, 53:5, 55:17, 55:19, 56:1, 57:7, 57:9, 67:13, 73:17, 73:21, 73:25, 74:3, 74:11, 74:16, 77:17, 96:11, 105:7, 105:23, 108:12, 110:19, 111:10, 113:19, 125:3, 130:4, 130:15, 130:24, 131:16, 132:19, 133:5, 133:25, 134:6, 134:19, 135:1, 136:11, 137:21, 137:23, 147:1, 148:17, 149:13, 149:23, 150:9, 150:20, 150:25

**start** [10] - 12:18, 22:23, 92:16, 95:18, 95:19, 95:20, 105:3, 118:2, 120:25, 167:23

**started** [13] - 8:19, 12:20, 16:10, 17:9, 24:14, 30:9, 30:14, 55:22, 56:9, 56:14, 59:17, 111:10, 155:3

**starting** [5] - 30:17, 101:2, 118:13, 166:2, 166:5

**starts** [2] - 119:6, 182:9

**state** [6] - 4:4, 47:13, 48:11, 63:16, 104:7, 161:5

**State's** [1] - 122:18

**statement** [26] - 36:25, 109:4, 160:24, 161:8, 161:9, 161:23, 162:8, 162:9, 163:13, 166:2, 166:10, 173:20, 173:24, 173:25, 174:9, 174:17, 174:19, 174:21, 174:22, 176:18, 180:7, 180:9, 180:21, 180:23, 180:25, 185:8

**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**States** [41] - 4:2, 4:9, 5:5, 35:3, 35:5, 40:6, 40:8, 40:11, 40:13, 46:13, 46:14, 47:11,

47:17, 48:8, 63:13, 63:20, 66:21, 76:23, 95:14, 99:8, 104:4, 104:11, 105:11, 117:6, 133:25, 134:2, 134:7, 134:12, 134:16, 134:22, 135:6, 135:10, 135:25, 151:23, 161:17, 178:18, 179:4, 179:6, 181:9, 186:22

**stating** [1] - 105:18

**status** [1] - 185:19

**stay** [13] - 27:5, 27:9, 38:22, 75:20, 101:24, 117:20, 119:5, 123:7, 135:13, 168:8, 168:9, 168:20, 185:15

**stayed** [8] - 29:4, 43:1, 75:13, 101:25, 105:23, 112:20, 150:3, 150:5

**steal** [1] - 26:23

**step** [2] - 46:10, 165:8

**stepped** [1] - 12:13

**Steve** [1] - 147:24

**stick** [10] - 11:15, 95:12, 95:13, 95:15, 95:17, 169:3, 170:8, 170:14

**sticker** [1] - 80:8

**still** [10] - 4:18, 4:19, 7:21, 8:23, 8:24, 12:2, 65:18, 85:12, 104:23, 166:20

**stoic** [2] - 64:8, 64:21

**stomach** [1] - 96:2

**stood** [1] - 86:3

**stop** [7] - 47:5, 62:24, 103:18, 131:23, 143:19, 162:15, 164:20

**stopped** [8] - 18:3, 50:22, 50:23, 57:21, 61:7, 99:9, 99:14, 137:14

**stories** [4] - 136:11, 137:5, 148:20, 162:1

**story** [3] - 34:18, 45:6, 108:3

**straight** [2] - 64:23, 118:11

**street** [4] - 7:22, 7:24, 28:7, 28:8

**Street** [1] - 1:15

**stressed** [1] - 29:12

**stretch** [1] - 46:17

**stricken** [1] - 170:13

**strike** [12] - 31:5, 36:18, 88:1, 101:21, 134:20, 135:22, 170:9, 170:14, 171:13, 171:25, 173:1, 174:12

**stripe** [1] - 78:23

**strong** [1] - 132:23

**struck** [5] - 170:25, 171:10, 172:24, 180:23, 180:25

**Stu** [3] - 4:14, 47:20, 104:15

**Stuart** [2] - 63:22, 79:19

**STUART** [1] - 1:20

**stuck** [1] - 31:21

**student** [2] - 29:10, 29:11

**students** [1] - 132:2

**studies** [1] - 16:15

**study** [4] - 29:13, 29:14, 29:19, 30:3

**stuff** [3] - 10:21, 20:18, 20:20

**subject** [3] - 78:12, 164:23, 165:1

**submitted** [1] - 124:1

**subpoena** [2] - 123:7, 123:17

**subpoenas** [1] - 116:23

**suck** [3] - 99:22, 159:2, 168:25

**sucked** [3] - 60:4, 60:11, 60:12

**sucking** [3] - 60:14, 92:21, 92:23

**sucks** [2] - 168:24, 169:7

**sucre** [2] - 42:10, 42:11

**suffering** [1] - 35:9

**sugar** [3] - 42:9, 42:16, 153:20

**suggest** [2] - 144:13, 174:3

**suggesting** [1] - 161:10

**suitcase** [4] - 25:19, 25:20, 26:5, 27:1

**Suite** [3] - 1:18, 1:22, 1:24

**Sunday** [3] - 129:24, 130:7, 131:9

**Sundays** [1] - 130:8

**superfluous** [1] - 112:4

**supermarket** [1] -

20:21
  **supervisor** [4] - 132:19, 133:3, 133:5, 133:24
  **supper** [2] - 129:15, 129:18
  **supplies** [1] - 115:2
  **supposed** [1] - 76:1
  **surgery** [3] - 96:11, 96:13, 96:18
  **survive** [1] - 9:21
  **Susan** [7] - 171:5, 171:7, 171:9, 174:2, 174:8, 175:4, 175:9
  **sustain** [1] - 65:10
  **sustained** [39] - 20:11, 24:24, 26:13, 26:18, 27:3, 28:12, 28:15, 30:6, 35:11, 41:21, 46:1, 57:24, 58:5, 87:23, 88:2, 96:6, 106:16, 107:5, 108:18, 108:20, 108:25, 109:11, 112:5, 113:13, 114:8, 125:7, 127:8, 129:1, 130:18, 130:21, 132:17, 137:18, 145:16, 150:16, 154:23, 156:9, 159:12, 160:7, 182:6
  **Sustained** [28] - 14:12, 19:16, 23:9, 34:4, 37:21, 42:2, 44:25, 61:18, 68:4, 68:9, 70:8, 82:7, 82:22, 86:10, 88:20, 98:16, 101:10, 109:17, 126:6, 131:2, 131:12, 136:14, 136:23, 154:5, 156:15, 156:23, 157:25, 158:17
  **sustaining** [1] - 109:2
  **sweep** [1] - 26:6
  **SWORN** [2] - 5:6, 48:9

## T

  **Tabarre** [39] - 57:10, 57:20, 73:22, 74:2, 74:9, 74:12, 74:14, 74:17, 75:10, 75:17, 76:16, 76:19, 77:13, 77:18, 77:21, 78:5, 79:9, 80:22, 81:14, 84:12, 85:19, 90:3, 98:10, 98:11, 98:25,

101:8, 101:19, 103:5, 105:7, 105:24, 106:11, 106:23, 107:8, 108:12, 122:15, 122:16, 127:19, 135:24
  **table** [8] - 4:10, 25:18, 43:12, 47:18, 63:20, 104:12, 104:17, 152:21
  **tap** [2] - 35:23
  **tap-tap** [1] - 35:23
  **taste** [1] - 23:2
  **teacher** [2] - 128:22, 128:23
  **teeth** [1] - 43:25
  **television** [5] - 55:1, 83:19, 84:15, 84:17, 84:18
  **ten** [1] - 182:21
  **tend** [1] - 175:10
  **tender** [1] - 103:8
  **tenders** [2] - 21:2, 121:23
  **tent** [2] - 34:10, 34:13
  **term** [2] - 163:1, 170:11
  **terminated** [2] - 147:3, 147:6
  **territory** [1] - 141:13
  **test** [2] - 30:2, 30:3
  **testified** [24] - 25:2, 30:19, 37:2, 37:24, 44:7, 45:4, 92:5, 99:2, 100:8, 107:11, 122:10, 125:12, 137:13, 142:3, 142:5, 143:20, 154:3, 154:4, 157:14, 161:20, 174:6, 175:12, 176:18, 182:25
  **testify** [8] - 38:2, 38:3, 41:6, 46:7, 79:1, 174:3, 174:7, 179:12
  **testifying** [5] - 39:3, 45:20, 54:16, 79:8, 122:8
  **testimony** [69] - 12:21, 27:7, 31:6, 31:9, 32:12, 32:14, 32:24, 34:1, 37:16, 37:20, 38:1, 41:2, 42:23, 42:25, 43:14, 43:22, 44:1, 44:16, 45:9, 45:11, 45:12, 45:15, 63:7, 65:7, 77:20, 126:18, 126:25, 138:12, 139:4, 141:8, 145:11,

146:10, 146:11, 146:13, 151:5, 162:3, 165:12, 167:3, 169:22, 170:2, 171:1, 171:6, 171:9, 171:22, 171:23, 172:3, 172:5, 172:15, 172:21, 175:25, 176:3, 176:11, 178:7, 178:12, 178:17, 178:21, 178:23, 178:25, 179:3, 180:6, 180:24, 181:7, 182:3, 183:19, 184:22, 184:24, 185:3
  **that'll** [2] - 167:2, 169:25
  **THE** [437] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:12, 4:16, 4:18, 4:19, 4:20, 4:21, 4:25, 5:2, 5:3, 5:7, 5:8, 6:23, 12:11, 12:12, 12:15, 14:12, 14:18, 14:19, 16:1, 16:2, 16:18, 16:19, 19:16, 19:24, 19:25, 20:11, 20:16, 20:17, 21:4, 23:9, 24:1, 24:24, 25:24, 25:25, 26:13, 26:18, 27:3, 28:12, 28:15, 28:22, 29:16, 30:6, 30:11, 30:13, 30:14, 31:10, 31:11, 33:3, 33:4, 34:4, 35:11, 36:6, 36:7, 36:11, 36:13, 37:21, 39:15, 39:17, 39:19, 40:3, 40:17, 40:20, 40:23, 40:25, 41:21, 42:2, 42:13, 43:8, 44:4, 44:25, 45:23, 46:1, 46:6, 46:7, 46:10, 46:12, 46:17, 46:19, 47:11, 47:23, 48:6, 48:10, 48:13, 48:15, 49:18, 50:6, 53:1, 53:3, 53:11, 54:1, 54:4, 54:19, 57:24, 58:5, 58:9, 58:10, 59:3, 59:7, 61:18, 62:16, 63:6, 63:10, 63:13, 63:25, 64:3, 64:13, 64:16, 64:20, 64:24, 65:3, 65:17, 65:23, 66:1, 66:4, 66:23, 67:2, 68:4, 68:9, 68:16, 68:17, 68:20, 69:20, 70:8, 70:17, 70:18, 70:23, 71:1, 71:22, 72:16,

72:20, 76:3, 76:5, 77:5, 77:8, 78:1, 78:6, 78:9, 78:13, 79:11, 79:21, 79:24, 80:3, 80:9, 80:14, 80:25, 81:4, 81:8, 82:7, 82:22, 85:8, 85:9, 86:8, 86:10, 86:15, 86:16, 87:23, 88:2, 88:20, 89:1, 89:3, 89:8, 89:9, 89:18, 89:19, 92:3, 93:16, 93:17, 93:24, 93:25, 94:11, 94:12, 96:6, 96:8, 98:16, 100:9, 100:10, 100:17, 100:20, 101:10, 102:6, 102:7, 103:10, 103:24, 104:1, 104:4, 104:18, 104:22, 106:4, 106:6, 106:9, 106:10, 106:16, 107:5, 107:19, 107:20, 108:18, 108:20, 108:25, 109:4, 109:11, 109:17, 110:9, 112:5, 113:13, 114:7, 114:8, 115:9, 116:2, 117:11, 117:13, 118:19, 118:22, 118:25, 119:9, 119:24, 120:2, 120:7, 120:12, 121:2, 121:10, 121:20, 121:24, 122:4, 122:10, 123:4, 123:14, 123:17, 124:4, 124:9, 124:16, 124:21, 125:1, 125:7, 125:13, 125:20, 125:21, 126:6, 127:8, 127:23, 127:24, 128:11, 128:14, 129:1, 129:6, 129:7, 130:18, 130:21, 131:2, 131:12, 132:17, 136:14, 136:23, 137:18, 139:18, 140:1, 140:5, 140:8, 140:18, 140:21, 141:3, 141:8, 141:16, 141:19, 141:24, 142:2, 142:7, 142:10, 142:13, 142:16, 142:21, 143:1, 143:12, 143:15, 143:20, 143:24, 144:17, 144:20, 144:23, 144:25, 145:4, 145:16, 147:8,

147:11, 147:17, 147:18, 147:23, 147:24, 148:22, 148:25, 149:8, 150:16, 150:22, 151:10, 151:11, 152:13, 154:5, 154:23, 155:15, 155:16, 155:18, 155:21, 156:9, 156:15, 156:23, 157:7, 157:9, 157:11, 157:21, 157:25, 158:6, 158:7, 158:8, 158:9, 158:17, 159:8, 159:9, 159:12, 159:15, 160:2, 160:7, 160:19, 160:22, 161:5, 161:14, 161:19, 162:12, 162:14, 162:17, 162:23, 163:1, 163:4, 163:8, 163:13, 163:20, 163:23, 164:3, 164:7, 165:7, 165:11, 165:15, 165:17, 165:20, 165:24, 166:4, 166:6, 166:9, 166:12, 166:15, 166:22, 166:24, 167:2, 167:7, 167:11, 167:13, 167:16, 167:19, 167:25, 168:1, 168:6, 168:7, 169:21, 169:25, 170:4, 170:7, 170:9, 170:14, 170:17, 170:21, 170:22, 170:23, 170:25, 171:2, 171:4, 171:5, 171:7, 171:9, 171:11, 171:13, 171:16, 171:17, 171:25, 172:5, 172:10, 172:12, 172:15, 172:18, 172:19, 172:21, 172:24, 172:25, 173:2, 173:4, 173:9, 173:12, 173:15, 173:17, 174:6, 174:9, 174:12, 174:16, 175:13, 175:18, 175:25, 176:21, 177:2, 177:7, 177:11, 177:14, 177:16, 177:18, 178:4, 178:21, 179:7, 179:15, 179:18, 180:1, 180:5, 181:15, 181:19, 181:21,

181:24, 182:2, 182:10, 182:19, 182:23, 183:6, 184:19, 185:20, 185:25, 186:3, 186:9, 186:11
**thereafter** [1] - 183:1
**therefore** [3] - 174:3, 184:18, 185:14
**Thereupon** [3] - 63:11, 104:2, 164:5
**they've** [2] - 71:4, 119:14
**thinking** [6] - 12:2, 16:8, 16:15, 16:16, 16:19, 37:15
**third** [3] - 53:2, 161:1, 184:5
**Third** [1] - 1:21
**thoughts** [2] - 29:22, 37:15
**thousand** [1] - 136:2
**thousands** [1] - 134:6
**three** [25] - 10:3, 18:1, 18:7, 18:8, 23:12, 23:14, 37:3, 37:4, 37:6, 37:10, 37:14, 37:17, 49:7, 55:10, 105:22, 113:22, 119:21, 120:2, 120:7, 139:8, 144:7, 144:11, 168:20, 183:1, 185:10
**throughout** [1] - 116:21
**thrown** [7] - 145:18, 145:21, 145:22, 145:25, 146:6, 146:15, 147:7
**thug** [1] - 17:14
**Ti** [10] - 98:5, 98:7, 98:8, 98:11, 98:21, 100:25, 101:18, 101:22, 103:4, 103:6
**Tiga** [16] - 15:18, 97:11, 97:14, 97:20, 97:21, 100:25, 101:2, 101:3, 101:13, 101:16, 103:1, 103:2, 103:3, 132:4, 132:12
**timely** [2] - 183:10, 184:21
**timing** [1] - 183:8
**Timothy** [2] - 35:2, 35:5
**tired** [2] - 12:1, 18:13
**Tito** [2] - 147:8, 147:18
**Tito's** [1] - 147:10

**today** [33] - 6:16, 25:2, 29:11, 30:15, 43:24, 44:17, 44:19, 45:4, 45:5, 45:11, 45:15, 45:17, 45:21, 46:3, 46:7, 49:10, 49:22, 54:17, 64:11, 113:6, 113:8, 136:12, 138:1, 138:4, 138:7, 138:11, 139:15, 142:4, 146:13, 146:18, 149:18, 157:23, 165:3
**together** [3] - 33:22, 44:14, 147:2
**Tom** [2] - 75:7, 91:7
**Tome** [1] - 161:16
**tone** [1] - 65:4
**took** [18] - 14:7, 14:22, 15:12, 26:21, 58:21, 59:11, 60:21, 60:22, 66:12, 66:14, 72:11, 84:6, 86:3, 126:23, 129:16, 135:9, 143:10, 153:6
**top** [6] - 52:9, 52:11, 52:13, 67:20, 67:21, 93:21
**Toriano** [1] - 185:19
**totally** [1] - 119:19
**touch** [5] - 51:24, 52:7, 61:14, 67:6, 93:21
**touched** [2] - 111:19, 112:9
**touching** [7] - 47:1, 52:10, 52:13, 62:20, 92:16, 103:14, 164:16
**toward** [1] - 83:16
**toys** [2] - 10:7, 10:9
**transcript** [6] - 175:11, 177:6, 177:10, 179:11, 180:10, 181:14
**transcription** [1] - 186:18
**translate** [1] - 163:18
**translated** [3] - 174:10, 175:3, 180:7
**translates** [2] - 39:13, 42:11
**translating** [1] - 53:15
**translation** [8] - 163:14, 163:17, 167:5, 167:11, 167:17, 174:17, 174:25, 176:22
**translations** [1] - 176:25

**translator** [3] - 167:14, 174:10, 175:2
**translators** [1] - 176:24
**transportation** [3] - 36:1, 36:2, 36:3
**travel** [2] - 40:6, 184:15
**traveled** [7] - 135:11, 135:12, 135:13, 178:1, 178:8, 178:12, 180:15
**traveling** [3] - 75:21, 75:24, 152:5
**treat** [2] - 95:6, 96:3
**treatment** [1] - 29:12
**TRIAL** [1] - 1:10
**trial** [10] - 46:25, 53:24, 62:19, 103:13, 164:15, 181:3, 183:15, 183:16, 184:8, 185:9
**tried** [2] - 15:23, 96:22
**trimmings** [1] - 23:19
**trip** [4] - 134:14, 134:23, 135:2, 135:6
**trips** [4] - 40:8, 40:13, 135:9, 135:25
**true** [4] - 31:16, 33:20, 34:17, 142:6
**truth** [1] - 173:5
**try** [16] - 16:24, 40:13, 47:4, 59:20, 62:23, 95:20, 103:17, 116:14, 116:15, 122:2, 124:19, 131:20, 132:22, 164:19, 165:22, 177:1
**trying** [2] - 116:15, 119:4, 122:2, 151:7, 156:21, 162:21
**Tuesday** [7] - 115:13, 163:21, 164:12, 165:4, 165:14, 179:11, 186:11
**Tuesday's** [1] - 181:13
**tuition** [2] - 9:16, 17:12
**turn** [8] - 33:7, 87:13, 87:18, 88:13, 88:17, 88:23, 89:5, 89:15
**turned** [2] - 87:5, 132:20
**turns** [1] - 140:4
**TV** [11] - 13:7, 60:1, 60:3, 83:12, 83:17,

83:20, 92:18, 92:20, 93:2, 129:18, 164:23
**TVs** [1] - 55:11
**Twelfth** [2] - 2:2, 186:22
**twice** [3] - 10:6, 126:17, 160:25
**two** [17] - 18:1, 23:12, 41:7, 56:25, 70:3, 90:4, 105:21, 111:1, 128:5, 133:2, 139:8, 155:1, 155:12, 161:9, 170:24, 183:5
**tying** [1] - 78:12
**type** [3] - 42:17, 112:21, 126:4

## U

**unclear** [4] - 119:16, 119:19, 120:25, 183:13
**under** [15] - 26:4, 34:13, 65:18, 93:22, 93:25, 97:14, 104:23, 160:16, 161:8, 162:9, 174:23, 179:9, 181:1, 184:1
**underneath** [1] - 52:10
**understood** [2] - 124:8, 124:15
**unidentified** [1] - 164:5
**uniform** [1] - 33:6
**uniforms** [6] - 22:13, 22:14, 22:16, 22:17, 22:21, 22:22
**United** [41] - 4:2, 4:8, 5:5, 35:3, 35:5, 40:6, 40:8, 40:11, 40:13, 46:13, 46:14, 47:11, 47:16, 48:8, 63:13, 63:19, 66:20, 76:22, 95:14, 99:8, 104:4, 104:10, 105:11, 117:6, 133:25, 134:2, 134:7, 134:12, 134:16, 134:22, 135:6, 135:9, 135:25, 151:23, 161:17, 178:18, 179:4, 179:6, 181:8, 186:22
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**unless** [4] - 36:9, 36:17, 79:4, 185:20
**unlocked** [1] - 38:6
**unrelated** [1] -

185:18
**up** [54] - 11:1, 11:5, 13:17, 15:19, 16:10, 16:12, 17:2, 17:5, 18:4, 24:21, 29:11, 30:15, 35:15, 35:17, 53:11, 60:9, 61:11, 61:24, 77:5, 78:12, 86:3, 92:20, 92:22, 93:10, 97:6, 107:25, 109:25, 112:10, 114:13, 114:16, 116:2, 119:18, 122:6, 125:9, 125:15, 125:18, 125:23, 126:1, 126:10, 135:21, 139:18, 140:8, 149:3, 159:3, 160:19, 163:21, 169:19, 176:6, 177:12, 179:16, 180:1
**update** [1] - 155:10
**updated** [4] - 41:5, 41:14, 139:1, 152:5
**upheld** [1] - 175:1
**upset** [3] - 11:3, 11:12, 18:22
**US** [3] - 157:17, 157:23, 161:23
**utilize** [2] - 78:9, 163:2

## V

**vague** [4] - 28:18, 34:3, 100:18, 150:15
**vagueness** [1] - 127:16
**value** [2] - 142:2, 144:4
**vantage** [2] - 84:4, 86:1
**various** [4] - 139:13, 141:6, 145:13, 161:12
**venture** [1] - 132:21
**verify** [1] - 113:10
**version** [1] - 79:24
**versus** [6] - 4:2, 47:12, 63:14, 104:5, 161:16, 161:17
**victim** [3] - 119:17, 120:4, 120:22
**victims** [7] - 117:21, 117:23, 120:24, 179:3, 179:6, 185:6, 185:11
**victims'** [1] - 141:13
**view** [1] - 78:20
**viewing** [1] - 174:21

**violated** [2] - 137:23, 141:11
**violating** [1] - 137:20
**violation** [2] - 141:19, 177:21
**visit** [15] - 50:22, 50:24, 51:4, 51:10, 51:17, 51:18, 53:5, 53:7, 75:17, 111:10, 129:25, 130:4, 131:6, 131:16, 131:22
**visited** [7] - 54:24, 54:25, 55:1, 55:8, 59:14, 110:22, 111:1
**visiting** [4] - 56:9, 56:15, 59:17, 59:19
**visitor** [2] - 55:22, 59:11
**voices** [2] - 65:1
**voir** [2] - 53:24, 124:6
**voir-dire** [1] - 53:24
**vs** [1] - 1:6

**W**

**wait** [4] - 70:23, 117:5, 123:4, 177:11
**waiting** [2] - 116:5, 116:7
**wake** [2] - 92:20, 92:22
**walk** [7] - 28:4, 28:10, 28:17, 28:25, 171:21, 172:3, 172:13
**walked** [1] - 97:12
**walking** [2] - 85:1,3, 172:16
**Walkman** [4] - 94:13, 94:17, 94:24, 94:25
**walls** [1] - 113:24
**wants** [6] - 62:3, 119:1, 161:2, 170:3, 177:6, 185:21
**warehouse** [6] - 15:24, 16:25, 17:3, 87:6, 88:7, 90:5
**warrant** [2] - 78:7, 121:9
**warrants** [1] - 39:15
**wash** [1] - 169:13
**washed** [1] - 43:24
**Washington** [1] - 1:19
**watch** [3] - 55:12, 83:17, 129:18
**watched** [1] - 83:12
**watching** [7] - 13:7, 60:1, 60:3, 83:20,

92:18, 92:20, 93:2
**water** [4] - 35:24, 37:7, 37:9, 91:5
**waved** [1] - 50:21
**wearing** [10] - 6:20, 49:13, 49:14, 49:25, 50:1, 62:13, 78:17, 93:13, 93:18, 93:20
**week** [6] - 39:25, 118:5, 118:7, 135:4, 164:10, 186:12
**weekend** [6] - 56:3, 56:9, 130:7, 132:7, 132:9, 186:9
**weekends** [14] - 8:5, 8:19, 31:1, 56:15, 59:12, 59:14, 59:17, 59:19, 130:12, 130:15, 131:22, 132:10, 132:12
**weeks** [13] - 18:1, 18:7, 18:8, 19:19, 37:3, 37:5, 37:6, 37:10, 37:14, 37:17, 135:13, 144:8, 144:11
**welcome** [1] - 174:24
**whatsoever** [5] - 46:24, 62:18, 79:10, 103:12, 164:14
**whichever** [1] - 33:18
**white** [5] - 6:20, 23:3, 49:14, 50:1, 78:21
**whole** [5] - 70:16, 138:1, 142:19, 171:7, 172:25
**willy** [1] - 184:17
**willy-nilly** [1] - 184:17
**window** [2] - 169:10
**wise** [1] - 19:7
**wish** [3] - 117:9, 165:9, 176:4
**withdraw** [2] - 11:12, 24:10
**Witness** [10] - 67:9, 69:2, 69:9, 70:2, 70:13, 70:21, 73:9, 91:17, 102:25, 178:20
**witness** [69] - 5:3, 6:22, 21:2, 28:19, 33:25, 39:17, 46:11, 46:12, 46:16, 48:7, 49:17, 50:4, 53:24, 65:7, 65:14, 66:3, 73:16, 77:6, 78:4, 78:8, 79:1, 79:4, 79:6, 79:8, 79:10, 80:13, 88:19, 92:1, 100:8, 103:9, 104:18, 110:7,

115:8, 119:13, 119:17, 119:18, 119:19, 120:9, 120:18, 122:7, 122:23, 123:19, 123:23, 124:1, 124:2, 124:6, 124:13, 141:5, 142:3, 147:11, 154:3, 160:4, 161:20, 162:3, 165:10, 165:16, 171:1, 172:21, 174:18, 175:2, 177:23, 177:25, 179:12, 180:8, 180:18, 182:22, 182:25, 183:3
**WITNESS** [45] - 5:6, 5:7, 12:12, 16:2, 16:19, 19:25, 20:17, 25:25, 30:14, 31:11, 33:4, 36:7, 39:19, 46:7, 48:9, 48:13, 58:10, 63:10, 68:17, 70:18, 85:9, 86:16, 89:3, 89:9, 89:19, 93:17, 93:25, 94:12, 100:10, 102:7, 107:20, 114:7, 125:21, 127:24, 129:7, 147:8, 147:18, 147:24, 151:11, 155:16, 157:11, 158:7, 158:9, 159:9, 165:15
**witness's** [3] - 141:1, 166:2, 180:24
**witnesses** [18] - 116:18, 117:4, 117:5, 117:8, 117:14, 117:19, 117:21, 117:23, 118:14, 118:16, 119:5, 119:8, 120:13, 120:23, 124:11, 126:25, 178:24, 179:1
**WITNESSES** [1] - 3:4
**woke** [1] - 61:11
**Woodjerry** [1] - 133:14
**word** [10] - 23:8, 41:25, 43:3, 43:22, 53:2, 123:13, 130:25, 147:5, 170:3, 170:4
**words** [1] - 32:14
**worst** [1] - 95:8
**write** [4] - 32:3, 69:22, 70:1, 120:4
**written** [2] - 25:11, 173:6

**X**

**X-x-x-x-x** [1] - 48:13
**Xxx** [4] - 24:6, 44:9, 46:13, 133:21
**XXX** [1] - 24:6
**XXXXX** [2] - 5:6, 48:9
**Xxxxx** [30] - 3:5, 5:5, 5:5, 5:7, 21:7, 21:9, 27:11, 31:16, 36:21, 38:10, 38:14, 41:2, 46:15, 48:3, 48:8, 48:13, 67:25, 68:12, 105:3, 119:14, 120:16, 120:17, 123:7, 133:14, 146:21, 146:22, 147:18, 165:11, 168:19
**Xxxxx's** [2] - 140:6, 141:2
**Xxxxxx** [10] - 98:5, 98:7, 98:8, 98:11, 98:21, 100:25, 101:18, 101:22, 103:4, 178:7
**Xxxxxx's** [1] - 103:6
**Xxxxxxx** [14] - 3:5, 5:5, 5:7, 21:7, 21:9, 27:11, 31:16, 36:21, 38:10, 38:14, 41:2, 67:25, 68:12, 147:24
**XXXXXXX** [1] - 5:6
**Xxxxxxxx** [4] - 97:20, 102:20, 103:1, 132:4
**Xxxxxxxx's** [1] - 97:21
**Xxxxxxxxx** [7] - 133:19, 174:1, 174:7, 175:12, 176:18, 176:19, 178:20

**Y**

**yard** [6] - 37:8, 42:18, 42:19, 42:20, 81:17, 82:18
**year** [17] - 74:13, 110:20, 110:23, 128:19, 132:21, 134:10, 134:13, 134:15, 135:23, 135:24, 138:17, 138:18, 148:15, 151:13, 151:16, 153:14, 154:4
**yearly** [1] - 134:2
**years** [27] - 6:13,

9:13, 32:17, 32:22, 48:24, 50:25, 58:20, 58:24, 74:15, 96:20, 99:15, 101:24, 101:25, 102:2, 106:24, 110:25, 111:6, 112:20, 130:3, 132:22, 148:17, 149:12, 150:5, 150:8, 166:15, 168:10
**yellow** [1] - 78:23
**yesterday** [1] - 176:7
**yesterday's** [1] - 177:10
**York** [1] - 1:18
**young** [35] - 6:6, 7:13, 15:4, 60:2, 106:19, 107:11, 108:11, 108:14, 108:22, 109:7, 109:14, 109:21, 110:11, 125:17, 126:18, 127:14, 130:14, 131:5, 131:15, 135:18, 136:10, 136:18, 137:4, 137:11, 145:22, 146:15, 148:5, 150:19, 150:24, 152:20, 155:1, 162:15, 163:5, 169:5, 179:13
**younger** [10] - 6:10, 8:15, 75:25, 101:16, 101:17, 101:22, 101:23, 133:6, 146:23, 166:20
**youngest** [1] - 107:25
**yourself** [3] - 38:23, 102:11, 145:8
**yourselves** [4] - 46:23, 62:17, 103:11, 164:13

**Z**

**zigzagged** [1] - 79:23
**zoom** [1] - 67:21