UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date___February 12, 2013_____Day # ___5___ Case No. __11-20350-CR(s(s)_____

CRD:_Patricia Mitchell_____     Court Reporter_Lisa Edwards__

Time:_9:15am-12:50/2:20 - 6:00pm_____          Interpreter__none___

PARTIES:   USA vs. _Matthew Andrew Carter_____

               GOVERNMENT ATTORNEY(S)     DEFENDANT(S) ATTORNEY(S)

Maria Medetis_____          Stuart Adelstein

Bonnie Kane                              Phil Horowitz

| | |
|---|---|
| __ | Statement of case to jury - voir dire |
| ___ | Bench Trial Commenced |
| ___ | Jury began deliberations |
| _x_ | Jury impaneled & Sworn |

Testimony from govt. witnesses continued, exhibits received; Testimony of David McCrum on direct
continued til 2/13/13._____

_____

_X_  Trial Continued_____2/13/13_____ at_____9am_____

__ Jury returned verdict.  See verdict form

___  Court trial continued to _____ at _____am/pm

__  Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____     Deft.'s. Due_____     Reply Due_____