UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD

Date   February 13, 2013      Day #   6   Case No.   11-20350-CR(s(s)

CRD:  Patricia Mitchell              Court Reporter  Lisa Edwards

Time: 9:10am-11:45/1:55 - 4:30pm            Interpreter   none

PARTIES:   USA vs.  Matthew Andrew Carter

GOVERNMENT ATTORNEY(S)    DEFENDANT(S) ATTORNEY(S)

Maria Medetis                Stuart Adelstein

Bonnie Kane                  Phil Horowitz

\_\_\_   Statement of case to jury - voir dire

\_\_\_   Bench Trial Commenced

\_\_\_   Jury began deliberations

 x    Jury impaneled & Sworn

Testimony from govt. witnesses continued, exhibits received; Testimony of Michael Bentolila on re-direct continued til 2/14/13.

 X   Trial Continued         2/14/13                     at       9am

\_\_   Jury returned verdict.  See verdict form

\_\_   Court trial continued to _____  at _____am/pm

\_\_   Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____      Reply Due_____