UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date   February 14, 2013       Day #    7    Case No.   11-20350-CR(s(s)

CRD:  Patricia Mitchell                    Court Reporter  Lisa Edwards

Time: 9:15am-12:30/1:45 - 4:20pm           Interpreter   none

PARTIES:   USA vs.  Matthew Andrew Carter

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

|     |                                           |
|-----|-------------------------------------------|
|     | Statement of case to jury - voir dire    |
|     | Bench Trial Commenced                     |
|     | Jury began deliberations                  |
|  x  | Jury impaneled & Sworn                    |

Testimony from govt. witnesses continued, exhibits received; Testimony of J.M. on direct continued til 2/15/13.  Defense to file reply by 12pm 2/15 to motion to take depos; juror #15 released from panel.

  X   Trial Continued          2/15/13                         at       9am

 __ Jury returned verdict.  See verdict form

 __   Court trial continued to _____ at _____ am/pm

 __   Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____