```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                    CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                 Plaintiff,            February 12, 2013

 6         vs.                           9:19 a.m. to 6:04 p.m.

 7    MATTHEW ANDREW CARTER,

 8                 Defendant.            Pages 1 to 272
      _____

 9

10                            JURY TRIAL
                 BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

      FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               99 Northeast Fourth Street
16                             Miami, Florida 33132
                                        -and-
17                             BONNIE L. KANE, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             1400 New York Avenue, NW
                               Suite 600
19                             Washington, DC 20530

20

      FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                             ADELSTEIN & MATTERS
                               2929 Southwest Third Avenue
22                             Suite 410
                               Miami, Florida 33129
23                                      -and-
                               PHILIP R. HOROWITZ, ESQ.
24                             9130 South Dadeland Boulevard
                               Suite 1910
25                             Miami, Florida 33156
```

2

```
1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
2                              400 North Miami Avenue
                               Twelfth Floor
3                              Miami, Florida 33128
                               (305) 523-5499
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2

 3                                     Direct    Cross    Red.

 4
     WITNESSES FOR THE GOVERNMENT:
 5
     Jimmy Xxxxx                                              9
 6
     Schlender Xxx                    20        46       73
 7
     Betty Long                       81       103
 8
     Stephen Xxxxx                   121       138
 9
     Peter XxXxxxx                   158       175      180
10
     Derek XxXxxxx                   183       208      215
11
     David McCrum                    218
12

13

14   EXHIBITS RECEIVED IN EVIDENCE                       PAGE

15   Government's Exhibit No. 97                           19
     Government's Exhibit No. 59                           25
16   Government's Exhibit No. 85                          163
     Government's Exhibit No. 77                          166
17   Government's Exhibit No. 68                          205

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good morning.  You may be seated.

 2              MR. ADELSTEIN:  Good morning.

 3              MS. MEDETIS:  Good morning, your Honor.

 4              THE COURT:  United States of America versus Matthew

 5   Andrew Carter, Case No. 11-20350.

 6              Good morning.

 7              Counsel, state your appearances, please, for the

 8   record.

 9              MS. MEDETIS:  Good morning, your Honor.

10              Maria Medetis and Bonnie Kane on behalf of the United

11   States.

12              With us at counsels' table are Special Agents Larko

13   and Flores.

14              THE COURT:  Good morning.

15              MR. HOROWITZ:  Good morning, your Honor.

16              Phil Horowitz and Stu Adelstein on behalf of Matthew

17   Carter, who is present before the Court, along with Reginald

18   Hope.

19              THE COURT:  Good morning.

20              MR. ADELSTEIN:  Good morning.

21              THE COURT:  We're still down one juror, I believe.

22              But I understand there was an issue that the

23   Government wanted to raise?

24              MS. MEDETIS:  Yes, your Honor.

25              The Government is seeking some clarity regarding the
```

1       witness matter that transpired on Friday.

2               Defense counsel noted that they wanted all of the

3       Government's witnesses to remain in Miami for the duration of

4       trial and for the duration of their case.

5               We have not received service of process.  We haven't

6       received any subpoenas.

7               The Government's understanding was that defense

8       counsel would provide a list of those who they needed to stay.

9       It's unclear if it's for domestic witnesses, international

10      witnesses, that they need.  There are also witnesses that we do

11      not intend to call at all who are on our witness list for a

12      variety of reasons.

13              And so the Government is seeking some clarity to make

14      sure that we comply with the Court's order.

15              THE COURT:  Okay.

16              MR. HOROWITZ:  Your Honor, this was necessitated by

17      the Government's failure to --

18              THE COURT:  Okay.  I know what it was necessitated by.

19      I don't need the history.  Just tell me where we are.

20              MR. HOROWITZ:  Judge, at this point we cannot inform

21      the Court as to which future witnesses we may need or may not

22      need.  If the witness does not have any exhibits that we need

23      to introduce, we'll inform the Court and the Government at the

24      appropriate time.

25              But as far as the witness that's on the stand, there

1    were numerous exhibits that the defense sought to introduce

2    that we were prohibited from introducing.  So the witness on

3    the stand we will definitely need --

4           THE COURT:  I haven't prohibited you from introducing

5    the exhibits.  Let's make sure the record's clear,

6    Mr. Horowitz.

7           MR. HOROWITZ:  Yes, your Honor.

8           THE COURT:  What I indicated was that the Government

9    objected to the introduction of certain exhibits in their case.

10   And I am of the opinion that each side should be able to

11   establish their case, if they wish, without the other party's

12   case being introduced through exhibits.

13          MR. HOROWITZ:  Yes, your Honor.

14          THE COURT:  I think that's an orderly process that the

15   rules provide for.

16          So I indicated to the defense that you would have to

17   introduce your exhibits or this particular exhibit -- I think

18   it was the routine poster or board from the center -- in your

19   case.

20          But you just can't wholesale hold all of these

21   witnesses without an indication to the Government who it is

22   that you wish to call.

23          You really should have subpoenaed those witnesses.

24   And if they're not subpoenaed or a list is not provided, I'm

25   not going to have the Government hold them here.

1          MR. HOROWITZ:  Judge, we can inform the Court on a

2    witness-by-witness basis because we do not know -- for example,

3    the Government has stated they may be eliminating some of the

4    witnesses.  We don't know what they're going to eliminate.

5          We can't make that decision until the witness

6    testifies as to whether we agreed to introduce certain

7    exhibits.

8          As far as the witness that's on the stand right now,

9    Jimmy Xxxxx, yes, we will need him to stay.  And if the Court

10   requires, I'll be more than -- we'll be more than -- the

11   defense will be more than happy to subpoena him before he

12   leaves the stand.  That's fine, Judge.

13         We can't make the decision -- if a witness testifies

14   and we don't have any exhibits that we're going to need to

15   introduce or have any need for that witness's testimony in the

16   defense case, we will promptly inform the Government and

17   promptly inform this Court.

18         THE COURT:  So thus far, the only witness is Jimmy

19   Xxxxx?

20         MR. HOROWITZ:  Yes, your Honor.

21         THE COURT:  So the other witnesses are released?  I

22   think other witnesses have been released.

23         MR. ADELSTEIN:  Yes.

24         MR. HOROWITZ:  Yes, Judge.

25         THE COURT:  Okay.

1          MS. MEDETIS:  With respect to witnesses that we do not

2   intend to call, we --

3          THE COURT:  Obviously, you can't hold them here if

4   they're not here.

5          MS. MEDETIS:  Well, Judge, they are here, but we

6   intend to not keep them here because of various personal

7   obligations that they have.

8          We are about to go into the second month of --

9          THE COURT:  It seems what Mr. Horowitz is saying is

10  that, once the witness testifies, they will know whether or not

11  they need them.  So if you're not calling them and they haven't

12  subpoenaed them, you're free to release them.

13         MS. MEDETIS:  Understood, your Honor.

14         THE COURT:  Do we have all our jurors yet?

15         THE COURT SECURITY OFFICER:  I'll check.

16         THE COURT:  Please.

17         THE COURTROOM DEPUTY:  They're all here.

18         THE COURT:  So let's bring in the jury, please.

19         You can bring in your witness.

20         (Whereupon, the jury entered the courtroom at

21  9:25 a.m. and the following proceedings were had:)

22         THE COURT:  Good morning.

23         THE JURY:  Good morning.

24         THE COURT:  You may be seated.

25         Welcome back, ladies and gentlemen.

1           Good morning.

2           THE JURY:  Good morning.

3           THE COURT:  You are still under oath, sir.

4           THE DEFENDANT:  Yes.

5           THE COURT:  You may proceed.

6           MS. MEDETIS:  Good morning.

7           May it please the Court.

8           Your Honor, may I approach?

9           THE COURT:  Yes.

10                   CONTINUED REDIRECT EXAMINATION

11   BY MS. MEDETIS:

12   Q.   Jimmy, good morning.

13   A.   Good morning.

14   Q.   I've handed you what's been previously admitted into

15   evidence as Government's Exhibit 97.

16        Do you recognize that?

17   A.   Yes.

18   Q.   And can you tell us what that is.

19   A.   This is a complaint that I filed with the National Police

20   of Haiti against Mr. Bill.

21   Q.   And in what year did you file that complaint?

22   A.   In 2006.

23   Q.   And did you write that?

24   A.   Someone wrote it down.  Someone took my statement and wrote

25   it down.

J. Xxxxx - REDIRECT - By Ms. Medetis          10

1    Q.  Did you sign that document?

2    A.  Yes.

3          MS. MEDETIS:  Your Honor, permission to publish?

4          THE COURT:  You may.

5    BY MS. MEDETIS:

6    Q.  First, Jimmy, let me ask you, what language is this

7    statement written in?

8    A.  In Creole.

9    Q.  I'm going to go ahead and direct your attention to the

10   monitor that's in front of you.

11      Could you please read, starting at this bottom paragraph

12   that I've pointed to.

13   A.  "I have resided with Matthew Carter for the past seven

14   years.  Ever since I was very young, he used to make me

15   masturbate him.  He used to make me put lotion on his penis.

16   Since I am much older now, he doesn't do that to me any longer.

17   The younger boys -- the younger children have to masturbate

18   him."

19   Q.  Directing your attention now to the second page of this

20   statement, could you read, starting with this second paragraph

21   right here.

22   A.  "The house belongs to Bill.  It is not an orphanage.  Since

23   the parents have a lot of children, Bill asks them to stay with

24   him at his house.  That's how I end up residing with Bill."

25   Q.  You can continue.

1   A.   "I have resided at Bill's house for the past seven years.

2        "There are approximately 13 of us living at the house.  We

3   are all boys.  There are no girls.  My parents reside in the

4   countryside in La Chapelle.

5        "The parents come to Bill's house.  My mother's name is

6   Sesifi and my father's name is Emanuel Xxxxx.  I have five

7   sisters and three brothers.  They reside with my parents.

8        "I am the only one who resides with Bill.  Bill has asked

9   us to do this for -- all of us to do this for him, masturbate

10  him.  Then when we started getting older, we refused.  We were

11  not in agreement.  Bill asked us to suck his penis."

12  Q.   I'm sorry, Jimmy.  Please continue.

13  A.   "Bill had asked me to suck his penis, but I refused.  When

14  I do not comply, he gets upset.  And if I misbehave for

15  anything, he would hit me.  He has hit me with his hand.  He

16  has slapped us and punched us.

17       "He has gone out and, when he finds young children outside,

18  he would bring them to the house and he makes the children

19  masturbate him and he also sucks their penises.

20       "Yes.  I have seen that.  I have seen that through a

21  window, also.

22       "We don't have anyone else working at the house.  We are

23  responsible for the cooking, the cleaning in the house.  There

24  is one lady who washes for us.  We have to bring" --

25  Q.   Directing your attention to the third page of Government's

1   Exhibit 97.

2   A.   "Then we bring the clothes to him.  Several times, Bill

3   make me masturbate him and he make me put Vaseline on his penis

4   for him."

5   Q.   Directing your attention to the fourth page of your

6   statement.

7   A.   "Bill pays for tuition and he feeds us.  Sometimes he takes

8   us there in his car.  Sometimes we walk.

9        "Yes.  Everything that I've stated is the truth.  I have

10  nothing else to add.  After lecture done by the person who is

11  giving the statement as required, signed in front of us, the

12  present affidavit, et cetera."

13  Q.   Directing you to the bottom of the last page, whose

14  signature is that?

15  A.   This is my signature.

16  Q.   And is your signature on each of the pages in Government's

17  Exhibit 97?

18  A.   Yes.

19  Q.   On cross-examination last week, you were asked if you were

20  free to leave the center.

21  A.   Yes.

22  Q.   If you specifically were free to leave the center, why did

23  you stay?

24  A.   The reason why I remained at the center, even though he

25  was doing bad things to me, I was able to find several

1  opportunities at the place because, if I had resided at my

2  house, my parents would not be able to pay for my tuition.

3  They could not afford to feed me three times a day.

4      So I resigned myself.  Even though he was abusing me

5  physically and was doing all bad things to me, I know I was

6  complying because I had to.  But I was hoping that one day

7  things will stop, that I will be able to get out.

8  Q.  And when you say you were complying, are you referring to

9  the physical abuse?

10             MR. ADELSTEIN:  Objection.  Leading.

11             THE COURT:  Sustained.

12             Rephrase your question.

13  BY MS. MEDETIS:

14  Q.  And when you say you were complying, what were you

15  complying with?  If you could, explain to the ladies and

16  gentlemen of the jury.

17  A.  I resigned myself.  I accepted to masturbate Mr. Bill.

18  When he asked to perform oral sex on me, I accepted.  When he

19  assigned me chores in the house, I complied.

20  Q.  When you were younger, when you first moved into the

21  center, how old were you?  Could you remind the ladies and

22  gentlemen of the jury approximately how old you were when you

23  moved into the center.

24             MR. ADELSTEIN:  Objection.  Asked and answered.

25             THE COURT:  Overruled.

J. Xxxxx - RECROSS - By Mr. Adelstein          14

 1              THE WITNESS:  9 years old.

 2   BY MS. MEDETIS:

 3   Q.   Were you free to leave the center when you were younger?

 4   A.   No.

 5   Q.   Why were you not free to leave the center?

 6   A.   When we were much younger, he would not allow us to leave.

 7   If our parents wanted to see us, they would come to the center

 8   to visit.

 9   Q.   How long were your parents allowed to stay when they came

10   to visit the center?

11   A.   It depends on the time slot.  But they would not spend more

12   than one hour.

13              MS. MEDETIS:  Your Honor, the Government has no

14   further questions.

15              THE COURT:  Recross?

16              MR. ADELSTEIN:  Thank you, your Honor.

17                          RECROSS-EXAMINATION

18   BY MR. ADELSTEIN:

19   Q.   Mr. Xxxxx, that statement was given, was it not, to the

20   National Police in Haiti?  Correct?

21   A.   Yes.

22   Q.   Okay.  There is a signature on Page 1 of yours.  Correct?

23   A.   Yes.

24   Q.   And then there is a signature, is there not, of the

25   official from the National Police Department of Haiti?

1    Correct?

2    A.   Yes.

3    Q.   And that signature is on each page, correct, of the

4    National Police?

5    A.   Yes.

6    Q.   Now, in your statement -- and, in fact, it is right above,

7    is it not, of the notary of the Haitian National Police? -- is

8    the signature of that officer who took that statement.

9    Correct?

10   A.   Yes.

11   Q.   Now, you said in that statement that your parents came to

12   visit you at Bill's house.  Do you recall that?

13   A.   Yes.

14   Q.   How -- I think you testified that you were at the center

15   for approximately 11 years, is that correct, from 9 until 20 --

16   I mean -- yes.  11 years?

17   A.   Yes.

18   Q.   How often would they come and visit you?

19   A.   My parents would not visit me very often.  In one year,

20   they would visit maybe once or twice, because they reside in a

21   remote area, in the countryside, of the country.

22   Q.   In all that time, did you ever complain of any abuse that

23   allegedly occurred at the center to your parents?

24   A.   I told them about it once only.

25   Q.   And I think you testified earlier they didn't believe you.

     1    Correct?

     2    A.   Yes.  They did not believe me.

     3    Q.   In 2006, when you made this report to the Haitian police,

     4    you're aware they investigated your allegations.  Correct?

     5              MS. MEDETIS:  Objection.  Calls for speculation.

     6              THE COURT:  Sustained.

     7    BY MR. ADELSTEIN:

     8    Q.   Do you know whether or not the Haitian police investigated

     9    these so-called allegations?

    10    A.   After I gave them my statement, filed my complaint, one of

    11    the police officers who worked at the police station went to

    12    Mr. Bill and advised him that somebody had complained about

    13    him.

    14    Q.   Okay.  And the center remained open, did it not, until

    15    2011?

    16    A.   Yes.

    17    Q.   Despite your complaints in 2006.  Correct?

    18    A.   Yes.

    19    Q.   And, in fact, despite your complaints of alleged

    20    misconduct, you remained at the center up until the time it was

    21    closed?

    22    A.   Yes.

    23    Q.   Which was five years -- five more years.  Correct?

    24    A.   Yes.

    25              MR. ADELSTEIN:  Could I have one moment, your Honor?

1           THE COURT:  Yes.

2    BY MR. ADELSTEIN:

3    Q.  And in those last -- let me get to the mic.  I'm sorry.

4        In those last five years that you stayed at the center, no

5    one forced you to stay at the center.  Correct?

6    A.  No.

7    Q.  No one threatened you to stay at the center?

8    A.  No.

9    Q.  In fact, you were one of the senior young men at the center

10   at that time.  Correct?

11   A.  Yes.

12   Q.  In charge of the center when --

13           THE COURT:  Mr. Adelstein, this goes beyond the

14   recross that I'm allowing.

15           MR. ADELSTEIN:  Yes, ma'am.

16           Based upon that, I have no further questions.  Thank

17   you, your Honor.

18           THE COURT:  Redirect?

19                      REDIRECT EXAMINATION

20   BY MS. MEDETIS:

21   Q.  Jimmy, on recross, you were asked if your parents visited

22   the center.

23   A.  Yes.

24   Q.  Did they ever spend the night there?

25   A.  Never.

1    Q.  On recross, you were asked what, if anything, the police

2    did after you made your statement, and you said that they came

3    to the center to tell the Defendant that someone had filed a

4    complaint.

5        What happened when the police came to the center?

6            MR. ADELSTEIN:  Well, I'm going to object as hearsay.

7            THE COURT:  Sustained.

8    BY MS. MEDETIS:

9    Q.  Did you observe anything happen when the police came to the

10   center?

11   A.  When -- in the neighborhood, I wasn't the only one who

12   complained.

13           MR. ADELSTEIN:  Objection.

14           THE COURT:  Sustained.

15   BY MS. MEDETIS:

16   Q.  Do you have any personal knowledge as to why the center

17   remained open after you filed a complaint?

18           MR. HOROWITZ:  Objection.

19           THE COURT:  He can answer it "yes" or "no."

20           Overruled.

21           THE WITNESS:  Yes.

22   BY MS. MEDETIS:

23   Q.  What was your understanding of why the center remained

24   open?

25           MR. ADELSTEIN:  Objection.

J. Xxxxx - REDIRECT - By Ms. Medetis          19

```
 1              THE COURT:  Sustained.

 2              MS. MEDETIS:  Your Honor, I have no further questions.

 3              MR. HOROWITZ:  Judge, I apologize.  Before the witness

 4    steps down, may we approach?

 5              THE COURT:  Yes.

 6              (Whereupon, the following proceedings were had at

 7    side-bar outside the presence of the jury:)

 8              MS. MEDETIS:  Your Honor, before defense counsel

 9    addresses their side-bar, just as a matter of housekeeping, I

10    referred to Government's Exhibit 97 as having been previously

11    admitted.

12              I recall --

13              THE COURT:  I admitted it in the afternoon on Friday.

14              MS. MEDETIS:  Did you?  Okay.  I just wanted to make

15    sure.  It didn't seem like it was reflected in the transcript.

16    I just wanted to be sure.

17              MR. HOROWITZ:  Over defense objection.

18              THE COURT:  Yes.  If I didn't admit it on Friday, I'll

19    admit it now.

20              97 is admitted as Government's Exhibit 97.

21              (Whereupon, Government's Exhibit No. 97 was entered

22    into evidence.)

23              MS. MEDETIS:  Thank you.

24              THE COURT:  The objection is overruled on that.

25              MR. HOROWITZ:  Yes, your Honor.
```

 1          Just so the Court is aware, we have a subpoena for

 2     Mr. Xxxxx to be issued and served right now.  I just want to be

 3     able to have Mr. Hope serve the subpoena to Jimmy Xxxxx outside

 4     the courtroom.

 5          MS. MEDETIS:  That's fine, your Honor.  We can also

 6     accept service.

 7          THE COURT:  You can just give it to the Government and

 8     they'll accept service for him.

 9          MR. HOROWITZ:  That's fine, Judge.  I didn't want

10     there to be an issue.

11          Thank you, Judge.

12          (Whereupon, the following proceedings were had in open

13     court:)

14          THE COURT:  You may step down, sir.

15          (Witness excused.)

16          THE COURT:  Call your next witness.

17          MS. KANE:  The United States called Schlender Xxx.

18          SCHLENDER XXX, GOVERNMENT WITNESS, SWORN

19          THE COURT REPORTER:  Please be seated.

20          Please state your full name and give the spelling.

21          THE WITNESS:  Xxx, Schlender.  X-x-x,

22     S-c-h-l-e-n-d-e-r.

23                         DIRECT EXAMINATION

24     BY MS. KANE:

25     Q.  Good morning.

 1   A.   Good morning.

 2   Q.   May I call you Schlender?

 3   A.   Yes.

 4   Q.   When were you born, Schlender?

 5   A.   August 12th, 1988.

 6   Q.   How old are you now, Schlender?

 7   A.   24.

 8   Q.   Where are you from?

 9   A.   Port-au-Prince, Haiti.

10   Q.   Where do you live now?

11   A.   Staying at Miami.

12   Q.   So you're staying in Miami right now?

13   A.   I'm not living in Miami.  I'm just here for this.

14   Q.   And when you're not here in Miami for this trial, where do

15   you now live?

16   A.   Haiti.

17   Q.   Could you please tell us about your parents, Schlender.

18   A.   Yes.

19   Q.   Are your parents living?

20   A.   Yes.

21   Q.   Do you have any brothers or sisters?

22   A.   Yes.

23   Q.   How many brothers and sisters do you have?

24   A.   I have two sisters, four brothers.

25   Q.   Are your brothers and sisters older or younger than you?

S. Xxx - DIRECT - By Ms. Kane                           22

 1   A.   Everybody's older than me.   I'm the last one.

 2   Q.   Schlender, do you know a man named Matthew Carter?

 3   A.   Yes.

 4   Q.   Is he in the courtroom today?

 5   A.   Yes.

 6   Q.   Would you please point to him and describe him by a piece

 7   of clothing that he's wearing.

 8   A.   He's over there with a white shirt on.

 9          MS. KANE:  Please have the record reflect that the

10   witness identified the Defendant.

11          THE COURT:  It will so reflect.

12   BY MS. KANE:

13   Q.   Schlender, do you know a man named Bill Carter?

14   A.   Yes.

15   Q.   Is he in the courtroom today?

16   A.   Yes.

17   Q.   Would you please point to him and describe him by a piece

18   of clothing that he's wearing.

19   A.   Yes.  He has a white shirt on him.

20          MS. KANE:  Please have the record reflect the witness

21   has identified the Defendant.

22          THE COURT:  It will so reflect.

23   BY MS. KANE:

24   Q.   Schlender, approximately when did you meet the Defendant

25   for the first time?

S. Xxx - DIRECT - By Ms. Kane                    23

```
 1   A.   I was young.  I had a cousin who lived with him and he

 2   brought me over to the house.  And that's how I met him.

 3   Q.   Approximately how old were you when you met the Defendant

 4   for the first time?

 5   A.   I was very young.

 6   Q.   Where was the Defendant's house when you went to visit him

 7   for the first time?

 8   A.   It was Santo 15, inside.

 9   Q.   And what happened when you visited the Defendant at his

10   house in Santo 15?

11   A.   He welcomed me.  He hugged me.  He asked my cousin if I

12   could stay and spend weekends with them, and I had to go ask

13   permission of my parents to do that.

14   Q.   So when you say he was hugging you and -- who are you

15   referring to?

16   A.   Bill Carter.

17   Q.   Who else lived with the Defendant, Bill Carter, at the time

18   that you visited his house?

19   A.   There was many boys.

20   Q.   Approximately what was the age range of the boys that were

21   living with the Defendant at his home?

22   A.   It was a mixture of young and a little older than me.

23   Q.   Were the boys living at the Defendant's home -- were they

24   children?

25   A.   Yes.  There was some boys that were older than others.
```

1   Q.   After the Defendant asked for you to stay -- or come to his

2   house on the weekends, did you visit the Defendant's house

3   again on a weekend?

4   A.   Yes.  I started to visit every weekend.  But I had to get

5   permission from my parents, and they gave permission.  And I

6   started to visit on weekends.

7   Q.   When you visited the Defendant's house on the weekends, did

8   you ever stay overnight?

9   A.   Yes.

10  Q.   And did there come a time when you moved into the

11  Defendant's house full-time?

12  A.   Yes.

13  Q.   Approximately how many weekends did you visit the

14  Defendant's house before you moved in full-time?

15  A.   I spent some weekends, not many.  But I spent some

16  weekends.

17  Q.   When you moved into the Defendant's house full-time, where

18  was the Defendant's house located at that time?

19  A.   At 15 -- 15-B.

20  Q.   Did the Defendant's house have a name?

21  A.   Yeah.  The Morning Star.

22  Q.   Why did you move into the Morning Star with the Defendant

23  full-time?

24  A.   The reason -- the first reason I moved was that he told me

25  that he would be paying school for me and that I would have

1    three meals a day, that he would take care of me.  And my

2    parents had difficulty taking care of all of us.  So I moved

3    in.  I agreed to move in for that.

4              MS. KANE:  I'm now going to show defense counsel what

5    has previously been marked for identification as Government's

6    Exhibit 59.

7              Permission to approach, your Honor?

8              THE COURT:  You may.

9    BY MS. KANE:

10   Q.  Schlender, I'm showing you what has previously been marked

11   for identification as Government's Exhibit 59.

12       Do you recognize this?

13   A.  Yes.  I know it.

14   Q.  And how do you recognize this?

15   A.  That's my picture.

16   Q.  Does this picture fairly and accurately represent you when

17   you lived with the Defendant at the Morning Star?

18   A.  Yes.

19             MS. KANE:  Your Honor, I move to admit Government's

20   Exhibit 59.

21             THE COURT:  It will be admitted as Government's

22   Exhibit 59.

23             (Whereupon, Government's Exhibit No. 59 was entered

24   into evidence.)

25             THE COURT:  You may publish.

1    BY MS. KANE:

2    Q.   Schlender, at what house was this picture taken?

3    A.   I can't really identify which house, but I know it's me.

4    Q.   Do you know approximately how old you were when this

5    picture was taken?

6    A.   No.

7    Q.   Schlender, did there come a time when you moved out of the

8    center for good?

9    A.   Yes.

10   Q.   And approximately how old were you when you moved out of

11   the center for good?

12   A.   I don't remember exactly.

13   Q.   Approximately how many years did you live with the

14   Defendant?

15   A.   I don't remember exactly.

16   Q.   During your time living at the Morning Star, did the

17   Morning Star stay in one location or did it move to other

18   locations?

19   A.   It moved to different houses.

20   Q.   After Santo 15-B, where did the Morning Star move to next?

21   A.   Santo 14.

22   Q.   Did the Morning Star move again after the house had moved

23   to Santo 14?

24   A.   Yes.

25   Q.   And where did the Morning Star move to after Santo 14?

```
 1    A.   Tabarre.

 2    Q.   Where was the Morning Star when you moved out of the

 3    Defendant's home for good?

 4    A.   The center was in 14.  But when he moved to Tabarre, then I

 5    left.

 6    Q.   So when you left the Morning Star, were you living at the

 7    Tabarre house at that time?

 8    A.   I left really at Santo 14, but I went to visit because they

 9    had moved to Tabarre.

10    Q.   When you lived at the Morning Star, did you have a nickname

11    when you lived at the Morning Star?

12    A.   Yes.  He called me Schneider.

13    Q.   And who is "he"?

14    A.   Mr. Bill.

15    Q.   When you lived at the center, what were -- excuse me.

16         When you lived at the Morning Star, what were some of the

17    good things that you liked about living there?

18    A.   The good thing is that he paid school for me, and I

19    appreciated that a lot.  Even though sometimes he didn't feed

20    me three times a day, he did feed me.  He used to clothe me and

21    buy shoes for me.  And there was nothing else to appreciate

22    living there after that.

23    Q.   When you lived with your parents, were you always able to

24    go to school?

25    A.   No.  They were not able to pay for me.
```

1    Q.   And where did you eat better?  At your parents' house or at

2    the Morning Star with the Defendant?

3    A.   That we would have to discuss a little longer than that.

4    Q.   When you lived with the Defendant, generally, how often

5    would you -- how many meals would you have?

6    A.   Sometimes he would feed twice, sometimes three times,

7    sometimes once.

8    Q.   When you lived at the Morning Star with the Defendant, did

9    the Defendant ever try to touch you or ever touch you in any

10   sexual way?

11   A.   Yes.  He's touched me.

12   Q.   On the first time that the Defendant touched you, what

13   happened?

14   A.   The first time, I went to thank him for taking me in.  And

15   he hugged me and I hugged him like you hug -- everybody hugs

16   each other.  And he asked me to go to his room with him.  I was

17   very young.  I went with him.

18   Q.   And --

19   A.   He took me inside his room.  There's a lotion by his

20   bedside.  He put it in my hand and he made me masturbate for

21   him.  He took down his pants, took his pants off, and he made

22   me masturbate for him.

23   Q.   Schlender, when did this happen?  Did this occur when you

24   were visiting the Morning Star on the weekends or after you had

25   moved into the Morning Star full-time?

1    A.   When I came to live.

2    Q.   And at what house did this happen?

3    A.   At the 15 house.

4    Q.   When the Defendant had you masturbate him, how did the

5    Defendant give you the lotion?

6    A.   He put it in my hand.  He took my hand and put it on his

7    penis and made me masturbate him.

8    Q.   After the Defendant put your hand on his penis, what did

9    the Defendant do with his hand?

10   A.   He put his hand on my hand and made me masturbate him.  And

11   then, after that, he was holding onto the bed.

12   Q.   When the Defendant was making you masturbate him, did the

13   Defendant's hand stay on your hand when you were masturbating

14   him?

15   A.   Yes.

16   Q.   Was the Defendant touching you in any other way when you

17   were being forced to masturbate him?

18           MR. ADELSTEIN:  Objection to the form of the question.

19           THE COURT:  Sustained.

20           Rephrase your question.

21   BY MS. KANE:

22   Q.   When the Defendant had you masturbate him, what was the

23   Defendant doing with his other hand?

24   A.   He was caressing me.

25   Q.   Where was the Defendant caressing you, Schlender?

1   A.   He was touching my body, here.

2   Q.   What was the Defendant saying, if anything, while he had

3   you masturbate him?

4   A.   He was sighing.  He was making sexual noises.

5   Q.   When you say "sexual noises," what do you mean?

6   A.   Saying, "Oh, good," things like that.  "Oh, good."

7   Q.   In what language was the Defendant saying, "Oh, good"?

8   A.   The same language you just said:  "Oh, good.  Oh, good."

9   Q.   So did the Defendant say that in English to you?

10  A.   Yes.  That's how.

11  Q.   And at the time the Defendant said that to you, did you

12  understand what he was saying?

13  A.   The word "good," I knew what it was.  So he kept saying,

14  "Good, good."  So I understand what he was saying.

15  Q.   After the Defendant had you masturbate him, did the

16  Defendant ejaculate?

17  A.   Yes.

18  Q.   What happened after the Defendant ejaculated?

19  A.   After he ejaculated, all he did was make me wash my hands

20  and he made me go.

21  Q.   On the next day, how did the Defendant treat you?

22  A.   Oh, he treated me well.  After doing that for him, he

23  treated me well and whatever you did was beautiful, in his

24  eyes.  Whatever you had done for the day was beautiful, in his

25  eyes.

1    Q.   What would the Defendant -- how would the Defendant treat

2    you?  What would he do?

3    A.   Oh, he would take me out, take me and say, "Let's go to the

4    supermarket and buy candy and cookies" and buy ice cream for

5    me.

6    Q.   After this first time where the Defendant had you

7    masturbate him, did the Defendant do anything for you that was

8    nice?

9    A.   Repeat again for me.

10   Q.   After this first time where the Defendant had you

11   masturbate him, did the Defendant give you anything or do

12   something nice for you?

13   A.   No.  The gift was given usually in December, when he was

14   giving out gifts.  He would give you a beautiful gift in

15   December.

16   Q.   When you were living at Santo 15-B with the Defendant, did

17   the Defendant do any other sexual things with you?

18   A.   Yes.

19   Q.   What other sexual things would the Defendant do with you?

20   A.   He made me suck on his penis.

21   Q.   And could you please tell us what happened on the occasion

22   that the Defendant had you suck his penis.

23   A.   Yes.  He called me to come into his room.  He put me on the

24   bed.  He was sucking on my penis and he made me change

25   positions so I could suck his penis.  This is the part that

1    hurts the most.

2    Q.    How did the Defendant -- how did the Defendant let you know

3    that he wanted to do something sexual with you that day?

4    A.    The usual is that you go to the supermarket with him, he

5    would buy something special for you and, when you come back,

6    you had to do it.

7    Q.    When you returned from the supermarket that day, what did

8    the Defendant do?

9    A.    I was playing upstairs and he told me to come in his room.

10   I went in his room.  He picked me up and put me on the bed.  He

11   took the clothes off me.  He made me lie down.  And he started

12   sucking on my penis and he made suck on his penis.

13   Q.    How did the Defendant get you to put your mouth on his

14   penis?

15   A.    He turned me upside-down to face.

16   Q.    How did the Defendant get you to put your mouth on his

17   penis?

18   A.    He gestured with his mouth and told me that's how I had to

19   do it.

20   Q.    What did the Defendant say to you when he wanted you to

21   suck his penis?

22   A.    He would call and say, "Come in my room."  So you go.  You

23   are a young kid.  You would just follow his order and go in.

24   Q.    On the day that the Defendant had you suck his penis -- on

25   that day, what did the Defendant say to you?

 1   A.   He told me to come into his room.  So it's something to be

 2   done in the room.

 3   Q.   What was the Defendant doing with his hands when you were

 4   sucking his penis?

 5   A.   He was holding my penis and sucking my penis.

 6   Q.   When you were sucking the Defendant's penis, what was he

 7   doing with his hands?

 8   A.   His hand was holding my penis and he was sucking on my

 9   penis.

10   Q.   So when you were sucking on the Defendant's penis, was the

11   Defendant also sucking on your penis?

12   A.   Yes.  Yes.  This is something very hard for me.  I came

13   close to vomiting.

14   Q.   Did the Defendant ejaculate when you were sucking on his

15   penis?

16   A.   No.  I did not allow him to ejaculate in my mouth.

17   Q.   How did you stop the Defendant from ejaculating in your

18   mouth?

19   A.   I told him.  I told him I didn't like this.  I did not like

20   this.  I stopped and he asked me to masturbate him.  And I did.

21   Q.   After you stopped, how did you masturbate the Defendant?

22   A.   He put the lotion in my hands and he made me masturbate

23   him.

24   Q.   Did the Defendant ejaculate after you masturbated him that

25   day?

1    A.   Yes.

2    Q.   And after you masturbated the Defendant that day, how did

3    the Defendant treat you?

4    A.   He treated me very well.  I was like a prince.  He treated

5    me more than a father.  And I got everything that I wanted.

6    Q.   When the Defendant was treating you like a prince, what

7    types of things did he give you that you wanted?

8    A.   Well, if you go out with him, you'll get the best things.

9    Or he'll take you out, just you and him.  He'll take you out

10   sometimes.  He'll take you for pizza, also.

11   Q.   How often did the Defendant have you masturbate him?

12   A.   Several times.

13   Q.   When the Morning Star moved from Santo 15-B to Santo 14,

14   how often did you have to masturbate the Defendant at that

15   house?

16   A.   I cannot keep count.

17   Q.   Did it happen more than once at Santo 14?

18   A.   Yes.

19   Q.   Did it happen every week at Santo 14?

20   A.   Several times.  I don't know if it was every week, but

21   several times.

22   Q.   Did the Defendant ever have you suck his penis again after

23   that first time?

24   A.   No.  Huh-uh.  I refused.

25   Q.   Did the Defendant ever suck your penis again after that

1    first time?

2    A.   Yes.

3    Q.   How often did you have to suck on -- how often did the

4    Defendant suck on your penis?

5    A.   He sucked on my penis several times.

6    Q.   When you visited the Defendant or the other boys at the

7    Tabarre house, did the Defendant ever do sexual things with you

8    at that house?

9    A.   No.

10   Q.   Did the Defendant ever do sexual things with you when other

11   children were in the room?

12   A.   No.   I was alone.

13   Q.   Did the Defendant ever sexually abuse you and another boy

14   at the same time?

15           MR. ADELSTEIN:   Objection.   Asked and answered.

16           THE WITNESS:   Yes.

17           THE COURT:   Overruled.

18           THE WITNESS:   Yes.   Yes.

19   BY MS. KANE:

20   Q.   Did that happen -- how many times did that happen?

21   A.   I myself personally, it happened twice.

22   Q.   Can you tell us the first time that the Defendant sexually

23   abused you and another child at the same time.

24   A.   Yes.   It was me along with another child by the name of

25   Roro.   He was upset at us.   And we were playing basketball.   He

```
 1    took the ball away.

 2         I don't know if he wanted to do sexual acts with the two of

 3    us.  He told us, "If you want your ball, come to my room."

 4         We went up to his room.  We masturbated him.  Then he gave

 5    us the ball, as promised, and we went back to playing.

 6    Q.  When you say he was upset with you and asked you to come to

 7    his room, who are you referring to?

 8    A.  Mr. Bill.  Mr. Bill.

 9    Q.  You mentioned a boy named Roro.

10         What is Roro's real name?

11    A.  Odelin Xxxxxxxxx.

12    Q.  When you got to the Defendant's bedroom, how did you know

13    that the Defendant wanted you and Roro to masturbate him?

14    A.  Whenever this man called you to his room, that's what he

15    wants.  And you know what he wanted.

16    Q.  Did you have to masturbate the Defendant with anything?

17    A.  Yes.  Lotion.

18    Q.  How did you get the lotion?

19    A.  It's always available on the nightstand next to his bed.

20    Q.  Did the Defendant take his pants off?

21    A.  Yes.  He was naked.

22    Q.  Did you and Roro masturbate the Defendant at the same time?

23    A.  He was sucking on Roro's penis and I was masturbating him.

24    Q.  Where was the Defendant when you were masturbating him?

25    A.  In his bedroom at the house in 14.
```

S. Xxx - DIRECT - By Ms. Kane                    37

1    Q.   Was the Defendant standing up?

2    A.   Laying down.

3    Q.   Was the Defendant laying down on his bed?

4    A.   Yes.  Laying down on his bed.

5    Q.   Where was Roro when the Defendant was sucking on Roro's

6    penis?

7    A.   Roro got on the bed and he had his legs around his neck.

8    Q.   So Roro's legs were on --

9             MR. ADELSTEIN:  Objection.  Leading.

10            THE COURT:  I have to hear the question.

11   BY MS. KANE:

12   Q.   Where was Roro -- was Roro sitting?

13   A.   Yes.  He was on his face and he had both legs around his

14   neck -- the guy's neck.

15   Q.   And who is the guy?

16   A.   Mr. Bill.

17   Q.   When the Defendant was sucking on Roro's penis, were you

18   masturbating the Defendant at the same time?

19            MR. ADELSTEIN:  Objection.  Leading, asked and

20   answered.

21            THE COURT:  Sustained as to leading.

22            Rephrase your question.

23   BY MS. KANE:

24   Q.   When you were masturbating the Defendant, what was Roro

25   doing?

S. Xxx - DIRECT - By Ms. Kane                    38

1    A.   Roro was holding to the headboard of the bed.

2    Q.   And when you say "Roro was holding to the headboard," what

3    was he using to hold on to the headboard?

4    A.   With both of his hands.

5    Q.   When you were masturbating the Defendant, what was the

6    Defendant doing?

7    A.   I was masturbating him.  He was sucking Roro's penis.  And

8    he was making sexual noise.

9    Q.   What kind of sexual noise was the Defendant making?

10   A.   "Oh, good.  Come on.  Good."

11   Q.   Did the Defendant ejaculate on that occasion?

12   A.   Yes.  Yes, he did.

13   Q.   After the Defendant ejaculated, what happened?

14   A.   After that, he asked us to wash our hands.  He kicked us

15   out.  He gave us the ball and asked us to leave.

16   Q.   Approximately how old were you, Schlender, when this

17   happened with Roro?

18   A.   I don't remember.  I was not 18, though.  But I don't

19   remember how old I was.

20   Q.   Is Roro older or younger than you?

21   A.   Roro?  I believe he's younger than I am.

22   Q.   You said that there was a second occasion when the

23   Defendant did sexual things with you and another boy at the

24   same time.

25        What happened on the second time that that happened?

1    A.   The second time was myself along with Chandler.  I don't

2    know his real name.

3    Q.   Is -- I'm sorry.

4         Could you repeat his name again.

5    A.   Chandler.

6    Q.   Was Chandler older or younger than you?

7    A.   Younger.

8    Q.   At what house did this happen?

9    A.   At the house at 14.

10   Q.   Can you tell us what happened on that day with you and

11   Chandler and the Defendant.

12   A.   It was Sunday.  They had prepared meals, some soup for him.

13   And he shared it with us that day.  Then at night, he called us

14   to his room.  Then he took off his clothes, got in bed, and he

15   made us masturbate him.

16   Q.   And when you say he got into bed, who are you referring to?

17   A.   Mr. Bill Carter.

18   Q.   What happened after the Defendant got into his bed?

19   A.   He was laying down.  He placed lotion in our hands so we

20   could masturbate him.

21   Q.   What happened after the Defendant put lotion in yours and

22   Chandler's hands?

23   A.   After he put lotion in our hands, he took our hands, placed

24   it on himself so we could masturbate him.

25   Q.   So after the Defendant placed yours and Chandler's hands on

1    the Defendant's penis, what happened next?

2    A.   What happened?  He ejaculated.  And then we were asked to

3    leave.

4    Q.   After you and Chandler masturbated the Defendant, how did

5    he treat you?

6    A.   He treated us very well.  The next day, we went up to say

7    good morning to him.  He gave us a hug.

8    Q.   Did you ever refuse to submit to the Defendant's requests

9    for sexual things?

10   A.   Yes.

11   Q.   How would the Defendant treat you when you refused to do

12   sexual things to him?

13            THE COURT:  Could the witness sit closer to the

14   microphone, please.

15            Thank you.

16            THE WITNESS:  If I refused to say that -- to do it for

17   him, whenever I go up to say good morning, he would just far

18   away extend his hand and shake my hand.  Everything you do is

19   wrong.  Everything.

20   BY MS. KANE:

21   Q.   What do you mean by that, Schlender?

22   A.   What do I mean by that?  Let's just say something happened.

23   Even though I was not present, maybe in the oldest boy, I'll

24   get slapped for no reason.

25   Q.   When you were refusing to do sexual things with the

1    Defendant, did the Defendant still give you nice things?

2    A.   No.   You became a target.

3    Q.   Did the Defendant ever offer you something if you agreed to

4    do something sexual with him?

5    A.   Sometimes he would offer money.

6    Q.   What would happen when the Defendant offered you money to

7    do sexual things?

8    A.   I refused.  He put 100, 100, 100, 10 or such amount then.

9    Q.   When you say 100, 100, what type of money are you referring

10   to?

11   A.   $100.  He would tell you, "I'll put 100, 100, 100" until

12   you agreed to do it.

13   Q.   Are these Haitian dollars or American dollars?

14   A.   A mixture of Haitian and American dollars.

15   Q.   Did there come a time, Schlender, when the Defendant was no

16   longer doing sexual things to you?

17   A.   Repeat.

18   Q.   Did there come a time when the Defendant was no longer

19   doing sexual things with you?

20   A.   I decided to stop personally.  I said I wasn't going to be

21   part of these things.

22   Q.   And at what house were you living when you decided that you

23   were no longer going to do sexual things with the Defendant?

24   A.   When he was moving to the Tabarre house, I told him I was

25   not going to move in with him and I decided.  So he split the

S. Xxx - DIRECT - By Ms. Kane                    42

1    house in two.

2    Q.   And when you say "he split the house in two," what do you

3    mean by that?

4    A.   Mr. Bill split the house in two.  Some of the children

5    remained at 14.  Some of the children moved to Tabarre.

6    Q.   And what children did the Defendant bring to the Tabarre

7    house?

8    A.   The youngest.

9    Q.   And where did the older boys stay?

10   A.   Santo 14.

11   Q.   And were both houses still part of the Morning Star?

12   A.   Yes.

13   Q.   When you decided to no longer do sexual things with the

14   Defendant, how did the Defendant react?

15   A.   He was upset.  I told him I was getting too old.  I was

16   getting older.  I was not going to be part of these things any

17   longer.

18   Q.   Did the Defendant continue to ask you to do sexual things

19   when you decided to stop?

20   A.   He continued to ask me and I declined.  I told him I wasn't

21   going to be part of this anymore.

22          THE COURT:  Can you sit closer to the microphone,

23   please, sir.

24          Thank you.

25

S. Xxx - DIRECT - By Ms. Kane                    43

 1   BY MS. KANE:

 2   Q.   Schlender, I'm now going to show you what has been

 3   previously admitted as Government's Exhibit 48.

 4        Schlender, is your picture included in this exhibit?

 5   A.   Yes.

 6   Q.   Would you please circle your picture on the touch screen in

 7   front of you.

 8   A.   (Witness complies.)

 9   Q.   And what name is listed under your picture, Schlender?

10   A.   Schneider.

11   Q.   Were you living at the Morning Star in the spring of 2003?

12   A.   Yes.

13   Q.   Schlender, I'm now showing you what has been previously

14   admitted as Government's Exhibit 49.

15        Schlender, is your picture included in this exhibit?

16   A.   Yes.

17   Q.   Would you please circle your pictures.

18   A.   (Witness complies.)

19   Q.   Schlender, were you living at the Morning Star in the

20   autumn of 2003?

21   A.   Yes.

22   Q.   Schlender, I'm showing you what has been previously

23   admitted as Government's Exhibit 50.

24        Is your picture included in this exhibit?

25   A.   It's hard for me to see the top.

 1   Q.  Sorry about that.

 2   A.  Yes.  Yes.

 3   Q.  Would you please circle your picture.

 4   A.  (Witness complies.)

 5           MS. KANE:  Permission to approach, your Honor?

 6           THE COURT:  Yes.  You may.

 7   BY MS. KANE:

 8   Q.  Schlender, I'm showing you what has been previously

 9   admitted as Government's Exhibit 49.

10       Would you please sign your name next to your picture.

11   A.  (Witness complies.)

12   Q.  Schlender, I'm showing you what has been previously

13   admitted as Government's Exhibit 50.

14       Would you please put your name next to your picture in this

15   exhibit.

16   A.  (Witness complies.)

17   Q.  Schlender, when you lived at the Morning Star with the

18   Defendant, what -- did you want to leave the Morning Star at

19   any point?

20   A.  Yes.

21   Q.  And why did you want to leave?

22   A.  I wanted to leave because he did not accept what I wanted

23   and I did not accept what he wanted from me.

24   Q.  What did the Defendant not accept from you?

25   A.  He wanted me to move to Tabarre and I refused to move to

1   Tabarre.

2   Q.   Why did you not want to move to Tabarre?

3   A.   He wanted to have the youngest children in one place and

4   the oldest ones in another place, and I did not accept that.

5        The older boys, we agreed among ourselves that we would not

6   move there.  And that's what happened.  And I was also afraid

7   that, if I had moved, that he would keep on asking me for

8   things.

9   Q.   When the Defendant moved the younger children to the

10  Tabarre house, where did -- where did the Defendant then live?

11  A.   Repeat your question, please.

12  Q.   When the Defendant moved the younger children to the

13  Tabarre house, where did the Defendant then live?

14  A.   He moved to Tabarre.

15  Q.   Why did you not leave the center earlier than you did?

16  A.   The center?  Well, he was still paying for my tuition.  He

17  was paying for my school.  And it would have been very

18  difficult for me parents to care for me.

19       Then things started to get very, very, very difficult for

20  me there.  So I said, "Well...."

21       Even when it was time for us -- to feed us, we would be

22  sitting at the table.  All of us are sitting down.  We are

23  eating.  He'll pick up the table, throw the food away and tell

24  us to go out, go to bed.

25       We had uniforms on.  After he's done with what he's doing

 1  with the table, breaking the table, throwing the food away, he

 2  tells us to take off our uniform and give us a few minutes, so

 3  many minutes, to put our uniform back on to get ready again.

 4  Q.   When the Defendant -- is this -- when the Defendant did

 5  things like that, why did you not then leave the Morning Star?

 6  A.   We were just scared.  He was putting pressure on us.  So we

 7  were just scared.  He would threaten to shoot up in the air.

 8  And when he would get mad, he would pull out his firearm.  So

 9  everybody knew that -- we were scared.  Everybody was scared.

10          MR. HOROWITZ:  Objection.  Objection as to what

11  everybody knew.

12          THE COURT:  Sustained.

13          THE WITNESS:  I was scared.

14          MS. KANE:  Your Honor, the United States tenders this

15  witness.

16          THE COURT:  Cross-examination.

17          MR. ADELSTEIN:  Yes, ma'am.  Thank you.

18                     CROSS-EXAMINATION

19  BY MR. ADELSTEIN:

20  Q.   I think you said at the beginning that you met Mr. Carter

21  through your cousin.  Is that correct?

22  A.   Yes.

23  Q.   Your cousin was going to the center.  Correct?

24  A.   My cousin lived in the center.

25  Q.   How long had your cousin lived at the center?

1    A.   I can't really tell you how long.  The only thing is I knew

2    that he lived there because he's the one who took me there to

3    meet Mr. Carter.

4    Q.   And you wanted to go to the center.  Correct?

5    A.   Yes.  I had to ask permission from my mother and dad first.

6    Q.   No.  I understand that.

7         But the reason you wanted to go to the centers is because

8    you learned, did you not, that it was a better form of life to

9    be at the center?  Right?

10   A.   Yes.

11   Q.   You could go to school.  Right?

12   A.   Yes.  He paid school for me.

13   Q.   And you would have meals -- more meals than you had when

14   you lived at home.  Correct?

15   A.   No.

16   Q.   No?

17        I thought you said, when you lived at home, you had less

18   meals than you had when you moved into the Morning Star Center.

19   Am I incorrect in that?

20   A.   Sometimes he fed us three times a day.  Sometimes he fed us

21   only twice a day.

22   Q.   And when you were home, you were fed no more than two times

23   a day.  Correct?

24   A.   Sometimes once.  Sometimes twice.

25   Q.   And in addition to going to school, you got -- or you

1    received clothes and shoes in order to go to school when you

2    moved into the center.  Right?

3    A.   Yes.  But sometimes he would make my parents make the

4    uniform and -- pay for the uniform because he paid for the

5    tuition.

6    Q.   And life got better for you when you moved into the Morning

7    Star Center at the beginning.  Correct?

8    A.   Yes.

9    Q.   And that's why you asked your cousin, who was at the

10   Morning Star, to try to get you in.  Right?

11   A.   I never asked.  He's the one who asked me if I wanted to

12   come and stay permanently at the center.

13   Q.   Your cousin was Fritzson Xxxxxxxx; was it not?

14   A.   Fritzson Xxxxxxxx.

15   Q.   And he had been at the center for several years before you

16   got there.  Correct?

17   A.   I think that the center was just beginning.  I don't know.

18   Q.   And he was living at the center, "he" being your cousin

19   Fritzson.  Correct?

20   A.   Yes.  Fritzson Xxxxxxxx lived in the center.

21   Q.   And how old was Fritzson when he moved into the center?

22   A.   That I don't know.

23   Q.   Was he older than you or younger than you?

24   A.   He was older than me.

25   Q.   And he told you what the routine was at the center.

```
 1    Correct?

 2             MS. MEDETIS:  Objection.  Calls for hearsay.

 3             THE COURT:  He can answer it "yes" or "no."

 4    BY MR. ADELSTEIN:

 5    Q.  Correct?

 6             THE COURT:  "Yes" or "no," sir.

 7             THE WITNESS:  Repeat the question.

 8    BY MR. ADELSTEIN:

 9    Q.  He told you about the life at the center.  Correct?

10    A.  Yes.

11    Q.  And because of what he told you, you wanted to get into the

12    Morning Star.  Correct?

13    A.  Yes.

14    Q.  And that was to improve your opportunities and your life.

15    Right?

16    A.  Yes.

17    Q.  Now, you lived at the center for a period of time with your

18    cousin, Fritzson.  Correct?

19    A.  Yes.

20    Q.  And because life got better for you, you recruited another

21    young man to join or try to get into the center.

22             Do you remember that?

23    A.  No.

24    Q.  You didn't get Peterson Xxxxx Xxxxxxx to go to the Morning

25    Star?
```

S. Xxx - CROSS - By Mr. Adelstein                50

```
 1   A.   Peterson Xxxxx Xxxxxxx?  I don't remember that.

 2   Q.   You saw him here, did you not, in Florida?  Correct?

 3   A.   Yes.  I saw him in Florida.  But I don't remember taking

 4   anyone to the center.

 5   Q.   Okay.  And he's in Florida, as you know, for the same

 6   reason you're here, to testify.  Correct?

 7   A.   Yes.  Exactly.  We all came here to say what hurt us, what

 8   destroyed us.

 9   Q.   And Peterson told these folks the other day --

10        MS. MEDETIS:  Objection.  Hearsay.

11        THE COURT:  Sustained.

12   BY MR. ADELSTEIN:

13   Q.   Did you tell Peterson about the life at the center before

14   he enrolled or got into the Morning Star?

15   A.   I don't remember telling Peterson anything.  I don't

16   remember telling Peterson anything.  Maybe he came for weekends

17   and then, after that, he came.  But I don't remember talking to

18   anyone who came weekends, anything.

19   Q.   Now, at the center, you, in fact, became a team leader.

20   Correct?

21   A.   Yes.

22   Q.   What is a team leader?

23   A.   A team leader is someone that he assigns a room of kids off

24   and you have the children.  You are responsible for those kids

25   so they can do their chores and do what they have to do.
```

1   Q.   And during the time that you were at Morning Star, there

2   were occasions when Mr. Carter went to the United States.

3   Correct?

4   A.   Yes.

5   Q.   And you, as a team leader, were in charge of some of the

6   other children or young men at the center.  Correct?

7   A.   Yes.  The kids were separated in many different groups.

8   Please speak clearly so I can understand.

9   Q.   What --

10  A.   I was not the only --

11  Q.   I'm sorry.

12          THE INTERPRETER:  May I continue?

13          MR. ADELSTEIN:  Yes.  I'm sorry.

14          THE WITNESS:  I was not the only team leader.  We were

15  many team leaders with groups of kids.

16  BY MR. ADELSTEIN:

17  Q.   What kids were you responsible for when Mr. Carter went to

18  the United States?

19  A.   He didn't travel only once.  I have five kids in my room

20  that I was responsible for.

21  Q.   Do you know their names?

22  A.   I don't remember them.

23  Q.   And Mr. Carter was away from the center several weeks.

24  Correct?

25  A.   He didn't travel only once.  I don't remember which trip

1   you are talking about because he traveled many times.

2   Q.   When is the first time Mr. Carter left the center for a

3   period of at least a week?

4   A.   I don't remember.

5   Q.   But it was during your stay at the Morning Star.  Correct?

6   A.   Repeat the question again.

7   Q.   You were -- let me back up for a moment.

8        You were at the center for over five years.  Right?

9   A.   Yes.  I think so.

10   Q.   And during that five-year period of time, Mr. Carter left

11   the center to fly to the United States to raise funds for the

12   center.  Correct?

13   A.   Yes.

14   Q.   And those -- when he would fly to the United States, he

15   would stay away from the center for several weeks.  Correct?

16   A.   Yes.

17   Q.   Leaving you and the other team leaders in charge of the

18   other young men at the center.  Correct?

19   A.   No.  There was always someone ahead as the chief

20   responsible for the center, for the house, and then came the

21   team leaders.

22   Q.   While you were at the center for five years, who was the

23   chief when Mr. Carter left to go to the United States?

24   A.   There was Edder.

25   Q.   I'm sorry.  What's that name?

1    A.   Eddy.  Eddy.  Eddy.

2    Q.   Okay.  Any other chiefs that you can recall?

3    A.   Dieucibon.

4    Q.   Anyone else?

5    A.   I don't know.

6    Q.   Did you during the weeks that Mr. Carter was in a different

7    country ever report this so-called abuse to any authorities in

8    the Haitian police?

9    A.   No.  I wasn't part of any complaint.

10   Q.   In fact, you never ever reported any of this alleged abuse

11   to anybody.  Correct?

12   A.   No.

13   Q.   "No," that's not correct?  Or maybe -- or yes, that is

14   correct?

15   A.   No.

16   Q.   Did you ever report any improper conduct going on at the

17   center, first of all, when Mr. Carter was thousands of miles

18   away in the United States to anybody?

19   A.   Give me an example.

20   Q.   Well, to the police.

21   A.   I never complained to the police.

22   Q.   In fact, you never reported it even to your family?

23   A.   The man is putting pressure on you.  He's pulling out

24   firearms on you.  Where are you going to talk about anything

25   about the man?

 1  Q.  Well, when he's thousands of miles away, no one's putting

 2  any pressure on you.  Correct?

 3            MS. MEDETIS:  Argumentative.

 4            THE COURT:  Overruled.

 5  BY MR. ADELSTEIN:

 6  Q.  When Mr. Carter's thousands of miles away, who's putting

 7  pressure on you not to report this alleged abuse?

 8  A.  Let's talk about that.

 9       When he, the man -- before leaving, he tells you that, "If

10  anything happens, I will get back to you with it" -- he used to

11  pull out the firearm and intimidate us and shoot up in the air

12  or shoot down on the ground.  So what more pressure did you

13  need than that?

14  Q.  Was there anything preventing you, sir, when he was

15  thousands of miles away to walk out of the center?

16  A.  When he traveled those miles that you are talking about, I

17  was not in the center.

18  Q.  I thought you just told these folks that there was at least

19  one trip that Mr. Carter went on while you were enrolled at

20  Morning Star.

21  A.  Oh.  I thought you were talking about the trip while he was

22  here.  I'm saying I was no longer there.

23  Q.  Let me move on to another area.  Thank you.

24       It's true that you never even told your parents about any

25  of this so-called abuse.  Correct?

```
 1   A.   No.

 2   Q.   It's true that, at the Morning Star Center, you had certain

 3   chores.  Correct?

 4   A.   Yes.  The team leader's responsibility.

 5   Q.   You had a routine at the center.  You got up at a certain

 6   time.  Correct?

 7   A.   Yes.

 8   Q.   Then you showered before you went to school.  Correct?

 9   A.   Yes.

10   Q.   Then you got dressed and ate breakfast.  Correct?

11   A.   Yes.

12   Q.   Then you had prayer service.  Correct?

13   A.   Yes.

14   Q.   And Mr. Carter conducted the prayer service.  Correct?

15   A.   Yes.  He asked us to do the devotions.

16   Q.   Okay.  And then you went to class.  Correct?

17   A.   Yes.  I was in school.

18   Q.   You then came home to the center and you had what we call

19   lunch and you call dinner, the second meal of the day.

20   Correct?

21   A.   Yes.

22   Q.   Then you were required, were you not, to do your homework?

23   A.   Yes.

24   Q.   And if you had not completed any of your responsibilities

25   or chores, you would have to complete them before you were
```

1   allowed to play.  Correct?

2   A.  Yes.

3   Q.  And then you would have a period of time where you can --

4   you had free time.  You could do whatever you wanted to do.

5   Correct?

6   A.  Yes.  There was free time.  It was free time for us with

7   him.  When you had free time, that's when he would call me to

8   go to go to his room and do what he wanted me to do.

9       We eat at lunch.  1:00, 2:00, 3:00, we're doing lessons.

10  3:00, 4:00, time to -- even time to play.  It's time to get

11  ready because we had to shower again to get ready to eat

12  supper.  And 8:00, 9:00, you are supposed to be in bed.

13  Q.  Okay.

14  A.  Before you go to bed, you have to give him minutes, like a

15  slave.  You have to give him minutes.  You have to give him at

16  least 15 minutes.  You have 15 minutes to give him.

17  Q.  And that was every young man at the center.  Is that your

18  testimony?

19  A.  That's my testimony.  Yes.  I'm here to talk about the good

20  and the bad.  There was good, but there was bad.

21  Q.  And that was your routine Monday through Friday.  Correct?

22  A.  To do what?

23  Q.  Wake up, shower, eat, go to school, do your chores, come

24  home, do your homework, and what you've just described.

25  Correct?

1    A.   Yes.  I always did what I was supposed to do.

2    Q.   Now, on Saturday and Sunday, that routine changed.

3    Correct?  Because there was no school.

4    A.   Saturday and Sunday, he may sometimes send you to see your

5    parents.

6    Q.   And how many times in the five years you were at this

7    program did you see your parents?

8    A.   Not many times, because it was only on weekends that

9    sometimes you had -- you got the chance to see them or if he

10   was holding a meeting with them.  Then you saw them.

11   Q.   There were times when your parents came to the center for

12   meetings?

13   A.   Yes.

14   Q.   And those meetings were to discuss your progress, how you

15   were doing in school.  Correct?

16   A.   I would think so, because the meetings were held with the

17   parents, not with us.

18   Q.   Okay.  But when your mother and father came to the center,

19   you had an opportunity to see them.  Correct?

20   A.   Not my dad.  My dad did not visit the center.  My mother

21   did.

22   Q.   And never once did you tell your mother about this

23   so-called abuse that was occurring.  Correct?

24        MS. KANE:  Objection.  Asked and answered.

25        THE COURT:  Overruled.

1    BY MR. ADELSTEIN:

2    Q.   Correct?

3    A.   No.   I never told her.

4         MR. ADELSTEIN:  Could I have one moment, your Honor?

5         THE COURT:  Yes.

6    BY MR. ADELSTEIN:

7    Q.   Your father did not attend the meetings by his own choice.

8    He wasn't prevented from coming to the meetings.  Correct?

9         MS. MEDETIS:  Objection.  Calls for speculation.

10        THE COURT:  Sustained.

11   BY MR. ADELSTEIN:

12   Q.   Do you know why your father didn't come to the meetings?

13        MS. MEDETIS:  Objection.  Calls for speculation.

14        THE COURT:  Sustained.

15   BY MR. ADELSTEIN:

16   Q.   Now, in addition to providing you tuition, clothes to go to

17   school, meals, he also -- the Morning Star also had a clinic.

18   Correct?

19        MS. KANE:  Objection.  Outside the scope.

20        THE COURT:  Sustained.

21   BY MR. ADELSTEIN:

22   Q.   Mr. Carter treated you, did he not, when you got sick?

23   A.   Yes.

24   Q.   That was at the clinic.  Correct?

25   A.   Yes.

 1    Q.   So in addition to all of the other things, he provided

 2    medical attention to not only you, but the other young men in

 3    the center.  Correct?

 4    A.   Yes.

 5    Q.   Okay.  Now, on Saturdays, do you recall getting an

 6    allowance from Mr. Carter?

 7    A.   Yes.

 8    Q.   He would have all of you come and give you a sum of money.

 9    Correct?

10    A.   Yes.

11    Q.   And that was money that you could do whatever you wanted

12    with.  Correct?

13    A.   Yes.

14    Q.   In addition to that, on Sunday, wouldn't Mr. Carter read

15    from the Bible to all of you?

16              MS. KANE:  Objection.  Outside the scope.

17              THE COURT:  Overruled.

18    BY MR. ADELSTEIN:

19    Q.   Wouldn't he read from the Bible?

20    A.   Yes.

21    Q.   And you would discuss the various or different scriptures

22    that were read, correct, as a group?

23              MS. KANE:  Objection.  Relevance.

24              THE COURT:  Sustained.

25

 1   BY MR. ADELSTEIN:

 2   Q.   Now, you left the center in 2005.  Am I correct?

 3   A.   I do not recall the year.

 4   Q.   Do you recall how many years ago you left the center?

 5   A.   No.

 6   Q.   Okay.

 7   A.   I remember the house.  I remember the last place I resided

 8   at.

 9   Q.   Do you recall whether or not -- when the earthquake hit

10   Haiti, whether or not you were at the center -- living at the

11   center?

12   A.   If I was living at the center?  No.

13   Q.   You were not?

14   A.   No.

15   Q.   Now, the earthquake took place around -- in 2010.  Is that

16   correct?

17   A.   No.

18   Q.   It didn't happen in 2010?

19   A.   No.  I don't remember.

20   Q.   Do you know the year the earthquake hit your country?

21   A.   I know it was in January, things like that.  But I do not

22   remember.

23   Q.   Prior to the earthquake hitting your country, did you ever

24   report any of this alleged abuse that you've described to

25   anyone?

1    A.   No.

2    Q.   After the earthquake occurred, did you ever, ever, report

3    any of this alleged abuse to anyone?

4    A.   After the earthquake?

5    Q.   Uh-huh.

6    A.   Yes.

7    Q.   To who?

8    A.   After the earthquake, the older boys -- we had a meeting.

9    Q.   I'm only concerned about you.

10        Did you ever report this so-called abuse that occurred at

11   Morning Star to anyone?  Yes or no.

12   A.   No.

13   Q.   Now --

14            THE COURT:  We're going to take a break.

15            Do not discuss this case either amongst yourselves or

16   with anyone else.  Have no contact whatsoever with anyone

17   associated with the trial.

18            Do not read, listen or see anything touching on this

19   matter in any way, including anything in the media, anything on

20   the Internet and anything on any access device.

21            If anyone should try to talk to you about this case,

22   you should immediately instruct them to stop and report it to

23   my staff.

24            You may leave your notebooks in your chairs.  Please

25   be back in the jury room in ten minutes.  We'll be in recess

 1    for ten.

 2              (Whereupon, the jury exited the courtroom at

 3    11:22 a.m. and the following proceedings were had:)

 4              THE COURT:  You may be seated for a moment.

 5              Sir, you are not to discuss your testimony with anyone

 6    or permit anyone to discuss it with you.

 7              THE WITNESS:  Okay.

 8              THE COURT:  We're in recess for ten.

 9              (Thereupon a recess was taken, after which the

10    following proceedings were had:)

11              THE COURT:  We're back on United States of America

12    versus Matthew Andrew Carter, Case No. 11-20350.

13              Counsel, state your appearances, please, for the

14    record.

15              MS. MEDETIS:  Yes.  Good morning again, your Honor.

16              Maria Medetis and Bonnie Kane on behalf of the United

17    States.

18              With us at counsels' table is Special Agent Larko and

19    will be joining us Special Agent Flores.

20              MR. HOROWITZ:  Good morning, your Honor.

21              Phil Horowitz, Stu Adelstein on behalf of Matthew

22    Carter, who's present before the Court.

23              With us at counsel table is Reginald Hope.

24              THE COURT:  Let's bring in the jury and bring in the

25    witness, please.

 1                (Whereupon, the jury entered the courtroom at

 2    11:45 a.m. and the following proceedings were had:)

 3                THE COURT:  You may be seated.

 4                You are still under oath, sir.

 5                You may proceed, Mr. Adelstein.

 6                MR. ADELSTEIN:  Thank you, your Honor.

 7    BY MR. ADELSTEIN:

 8    Q.   You mentioned something about some guns at the house.

 9    Correct?

10    A.   Yes.

11    Q.   You were present, were you not, at the house when the house

12    came under attack?  Correct?

13                MS. KANE:  Objection.  Relevance.

14                THE COURT:  Sustained.

15                MR. ADELSTEIN:  Judge, can we approach on that?

16                THE COURT:  Sure.

17                (Whereupon, the following proceedings were had at

18    side-bar outside the presence of the jury:)

19                MR. ADELSTEIN:  Judge, the Government in their direct

20    asked about guns, and the implication is that that's only there

21    to terrorize these children, according to what this witness

22    basically is testifying to.

23                They opened up the door to guns.

24                The truth of the matter is, I believe this young man

25    will testify that the guns were used for protection and that

S. Xxx - CROSS - By Mr. Adelstein          64

1    the house, in fact, was under attack by the people who resided

2    outside of the house and that was the reason the guns were

3    there.

4          I think I'm entitled to go into that.

5          THE COURT:  What do you mean, "under attack by the

6    people who lived" --

7          MR. ADELSTEIN:  People trying to come into the

8    walled-in compound to steal food and things from them.

9          MS. KANE:  The children in the house were not.  It was

10   not children in the house who were shooting at the house.

11         MS. MEDETIS:  Your Honor --

12         THE COURT:  He's not saying children in the house.

13         MS. MEDETIS:  Your Honor, if I may, the Government

14   would suggest that he ask a leading question:  "Were the guns

15   also used to protect you from outsiders?"  That would elicit

16   the responses.

17         However, if defense counsel is going to open the door

18   to the attack, we would ask -- we would --

19         THE COURT:  What attack?

20         MS. MEDETIS:  The house was under attack because the

21   neighbors didn't like what the Defendant was doing with the

22   boys at the house.  We would want to elicit why the house was

23   attacked.

24         MR. ADELSTEIN:  No.  That's not the only reason.

25         It was under attack --

S. Xxx - CROSS - By Mr. Adelstein          65

 1          THE COURT:  I don't know what this "under attack"
 2   means.  I mean --
 3          MR. ADELSTEIN:  People tried to actually throw rocks
 4   and --
 5          THE COURT:  When was this?
 6          MR. ADELSTEIN:  During -- I believe during his time at
 7   the house, during the five years.  They were there to steal
 8   food and things from the house.  That's why they had guns.  And
 9   that's why they had walls around the compound.
10          THE COURT:  They built the walls?
11          MR. ADELSTEIN:  There was walls all around the
12   compound.
13          MS. MEDETIS:  The walls preexisted the Defendant
14   renting the home.  There were --
15          THE COURT:  Does the Government have an objection to
16   this line of questioning by him?
17          MS. MEDETIS:  Your Honor, we would only say that, if
18   they open the door to these attacks, that we would be able to
19   elicit why the attacks occurred in addition to the alleged
20   desire to steal food from the Defendant's house, that the
21   neighborhood -- and the reason that the house moved so often
22   was because the surrounding neighbors would learn what he was
23   doing to the children, sexually abusing them, and would push
24   them out of the neighborhood.
25          It opens the door.  That attack -- if they open the

1    door, it opens the door to that line of questioning.

2              THE COURT:  So you have no objection to this line of

3    questioning by -- you're withdrawing your objection?

4              MS. KANE:  I still think it's not relevant.  But if

5    he's going to elicit that type of testimony, then we would want

6    to ask what was the actual reasons why they were shooting at

7    the house.

8              MR. ADELSTEIN:  Okay.

9              THE COURT:  Okay.

10             (Whereupon, the following proceedings were had in open

11   court:)

12             THE COURT:  Rephrase your question.

13             MR. ADELSTEIN:  Yes, ma'am.

14   BY MR. ADELSTEIN:

15   Q.  There were -- let me back up for a moment.

16       Morning Star had a wall around it.  Correct?

17   A.  Yes.

18   Q.  And it had a gate that had to be opened in order to come

19   inside the grounds of Morning Star.  Correct?

20   A.  Yes.

21   Q.  That setup was in Santo 14 and 15 and, also, at Tabarre.

22   Correct?

23   A.  Yes.  All the houses.

24   Q.  Okay.  And the reason for that was, as you know, that

25   people who did not reside at Morning Star wanted at times to

S. Xxx - CROSS - By Mr. Adelstein          67

 1    get the food that you all had.  Correct?

 2    A.  I was not aware of that.

 3    Q.  How about the supplies at the clinic?  People wanted to get

 4    those, also.  Correct?

 5    A.  I was not aware of that.

 6          THE COURT:  Can you sit closer to the microphone, sir,

 7    and keep your voice up, please.

 8          THE WITNESS:  Yes.

 9    BY MR. ADELSTEIN:

10    Q.  Was that "yes" to the Court or "yes" to --

11          THE COURT:  That was "yes" to the Court.

12          MR. ADELSTEIN:  Okay.  Thank you.

13    BY MR. ADELSTEIN:

14    Q.  Now, you met with the Government on numerous occasions.

15    Correct?

16    A.  Yes.

17    Q.  You, I think, discussed some detail about some photographs

18    that were taken when you were showering.

19        Do you remember that?

20    A.  No.

21    Q.  Do you recall --

22          MR. ADELSTEIN:  May I have one moment to locate it,

23    your Honor?

24          THE COURT:  Yes.

25

1    BY MR. ADELSTEIN:

2    Q.   You recall, do you not, meeting Special Agent Larko on

3    August -- on February 8th, 2011?  That's this gentleman over

4    here.

5    A.   Yes.  I remember meeting him.  But I do not remember the

6    date.

7    Q.   Do you remember advising him that, according to you,

8    Mr. Carter took pictures of the young men who were taking

9    showers?

10   A.   Naked?

11   Q.   Yes.

12        Do you recall telling him that?

13   A.   I do not recall.

14   Q.   You don't recall?

15   A.   No.  I do not recall.  I do not recall.

16   Q.   Are you aware that there were no naked photographs seized

17   at the Morning Star?

18           MS. KANE:  Objection.

19           THE COURT:  I'm sorry?

20           MS. KANE:  Objection.  Speculation.

21           THE COURT:  Sustained.

22   BY MR. ADELSTEIN:

23   Q.   Let's talk about some meetings that you had with the

24   Government.

25        You had many meetings; did you not?

 1   A.   Not many meetings.  But we spoke.

 2   Q.   You had some group meetings, you and some of your fellow

 3   members of the Morning Star, with the Government.  Correct?

 4   A.   Yes.

 5   Q.   The purpose of those meetings was to go over your

 6   testimony.  Correct?

 7   A.   Yes.

 8   Q.   Do you remember meeting on May 30th, 2012, you and 14 other

 9   members, with the Government?

10   A.   I do not recall the date, but I remember meeting with them.

11   Q.   Do you recall, first of all, meeting with other individuals

12   like Odelin Xxxxxxxxx and Jimmy Xxxxx?  Do you remember that

13   meeting?

14   A.   Several of us were there.  Several.

15   Q.   Okay.  And you went over your story, correct, with the

16   agent?

17   A.   We met.  I mean, we discussed about our schedule.  It's not

18   that we discussed or we went over it -- over our testimony.

19   Q.   Do you remember a meeting on September 14th, 2011, with

20   14 of your fellow Morning Star pupils or classmates again with

21   the agents?

22   A.   I do not remember.

23   Q.   Okay.  Do you remember a meeting on September 26th, 2012,

24   where there were 28 individuals meeting with the Government?

25   A.   Yes.

```
 1   Q.   And that was, was it not, to not only go over the schedule,

 2   but your story?  Correct?

 3   A.   To come here, to tell the truth, to tell what happened, the

 4   good and the bad things.

 5   Q.   Okay.  And you went over what you --

 6           MS. MEDETIS:  Objection.  Asked and answered.

 7           MR. ADELSTEIN:  I haven't even asked the question.

 8           THE COURT:  Finish your question.

 9           MR. ADELSTEIN:  Thank you.

10   BY MR. ADELSTEIN:

11   Q.   And you went over at that September 26th, 2012, meeting

12   what you label the good and the bad of what occurred at Morning

13   Star.  Correct?

14   A.   The last meeting was to prep us for the trip, how we were

15   going to travel, what's going to happen.  We did not discuss

16   what happened to us at that meeting.

17   Q.   Well, that wasn't the last meeting you had with the

18   Government.

19        You had a meeting on December 12th, just a month and a half

20   ago, 2012, at the sugar factory.  Correct?

21   A.   Yes.

22   Q.   And at that meeting -- it was much larger than the other

23   meetings.  Correct?

24   A.   Yes.

25   Q.   And at that meeting, not only were there special agents,
```

S. Xxx - CROSS - By Mr. Adelstein                71

```
 1   but there were assistant United States attorneys present at

 2   that meeting.  Correct?

 3   A.  Yes.

 4   Q.  And at that meeting, they spoke to you as a group and then

 5   they spoke to you individually.  Correct?

 6   A.  The same day?

 7   Q.  Yeah.  On December 12th, just a month ago, month and a half

 8   ago, two months ago.

 9   A.  At champ de sucre?

10   Q.  At the sugar factory.

11   A.  I do not remember.

12   Q.  You don't remember that meeting at all?

13   A.  I remember that I was part of different meetings, but I do

14   not remember.

15   Q.  And at those meetings -- those various meetings, you spoke

16   about, in your own words, the good and the bad of Morning Star.

17   Correct?

18   A.  The last meeting?

19   Q.  Yes.

20   A.  The last meeting, they met with us in group.  They wanted

21   to prep us for the trip.  And we are here to tell the truth.

22   Q.  And then, after they left, you spoke to some of your

23   friends from Morning Star.  Correct?

24   A.  I spoke to them?  Repeat your question, please.  Make it

25   clear.  I do not understand.
```

1    Q.   I'll try.  And I apologize if you don't understand me.

2         After the last meeting in December of 2012, after the

3    special agents left and after the US attorneys left, you spoke

4    to your friends.  Correct?

5    A.   We saw each other.  We spoke.

6    Q.   Okay.  And you talked about the trip coming up to Florida.

7    Correct?

8    A.   Yes.

9    Q.   And you talked about the good and the bad of what you

10   described Morning Star.  Correct?

11   A.   No, we did not.  We did not discuss personal issues with

12   friends.  We each have our own personal story.  We each have

13   our own things that happened to us at the center.

14   Q.   Okay.  And prior to you -- your first meeting with the

15   federal agents of the United States, you never ever reported

16   any of this alleged misconduct that allegedly occurred at

17   Morning Star between the years of 2000 and 2005.  Correct?

18   A.   People knew about it.  They were calling us gays in there.

19   Q.   That's not what I asked you, sir.

20        My question to you is --

21   A.   Yes, sir.  I'm listening.

22   Q.   -- you never reported this alleged misconduct that

23   occurred -- that you say occurred between 2000 and 2005 with

24   anybody until agents of the United States Government spoke to

25   you in 2011.  Correct?

 1   A.   2011?

 2   Q.   Yes.

 3   A.   No.

 4   Q.   "No," that's not correct, or yes, that is correct?  Maybe I

 5   didn't phrase my question -- let me rephrase it.  I apologize.

 6        The first time you reported any of this alleged misconduct

 7   was in 2011, when this agent from the United States Government

 8   met you.  Correct?

 9             MR. ADELSTEIN:  Sorry for pointing at you.

10             THE WITNESS:  Yes.  Yes.

11             MR. ADELSTEIN:  May I have one moment?

12             THE COURT:  Yes.

13             MR. ADELSTEIN:  I have no further questions.  Thank

14   you.

15             THE COURT:  Redirect.

16                      REDIRECT EXAMINATION

17   BY MS. KANE:

18   Q.   Schlender, on cross-examination, you testified that you

19   attended some group meetings with people from the United States

20   Government.

21   A.   Yes.  I've met with them so we could talk about how to plan

22   to come here.

23   Q.   So, in general, at these various group meetings with the

24   United States Government, what was the purpose of those

25   meetings?

```
 1              MR. ADELSTEIN:  Objection.

 2              MR. HOROWITZ:  Objection.

 3              THE COURT:  Ground?

 4              MR. ADELSTEIN:  Form.

 5              THE COURT:  Overruled.

 6              THE WITNESS:  Those meetings was made because we were

 7     preparing to come and tell the truth.  That's one of the

 8     reasons why those meetings were made.

 9     BY MS. KANE:

10     Q.  Schlender, when you talked about -- strike that.  I

11     apologize.

12          At these group meetings, did you or did others at the

13     meeting discuss all of the bad things that happened at the

14     Morning Star?

15              MR. ADELSTEIN:  Objection.  Calls for hearsay.

16              THE COURT:  It's compound.  Rephrase it.

17              MR. ADELSTEIN:  That would have been my next

18     objection.

19              THE COURT:  As to hearsay, it's overruled.

20     BY MS. KANE:

21     Q.  At these group meetings, Schlender, did you discuss with

22     the other boys present the bad things that happened at the

23     Morning Star?

24     A.  No.

25     Q.  At the group meetings with the other boys present with the
```

1    United States Government, did you discuss the good things that

2    happened at the Morning Star?

3    A.   We never had any meeting of our own things between us.

4    Q.   So at the group meetings, did you ever discuss the

5    Defendant's sexual abuse with the United States Government and

6    all the boys present?

7              MR. HOROWITZ:  Objection to the form of the question.

8              MS. KANE:  I can rephrase.

9              THE COURT:  Okay.

10   BY MS. KANE:

11   Q.   Schlender, at the group meetings with all of the boys

12   present and the United States Government, did you ever talk

13   about the Defendant's sexual abuse?

14             MR. HOROWITZ:  Objection to the form of the question.

15             THE COURT:  Grounds?

16             MR. HOROWITZ:  May I approach side-bar, Judge?

17             THE COURT:  No.

18             Overruled.

19             MR. HOROWITZ:  The term "sexual abuse" calls for a

20   legal conclusion.

21             THE COURT:  Rephrase your question.

22   BY MS. KANE:

23   Q.   At the group meetings with the other boys present and the

24   United States Government, did you ever talk about these sexual

25   things that the Defendant did to you?

 1    A.   No.   I never discussed these things.

 2    Q.   When you met with the United States Government, Schlender,

 3    what did the Government tell you to say?

 4            MR. HOROWITZ:  Objection.  Calls for hearsay.

 5            THE COURT:  Sustained.

 6    BY MS. KANE:

 7    Q.   Schlender, while you were testifying today, what is your

 8    responsibility?

 9            MR. HOROWITZ:  Objection.  Relevance.

10            THE COURT:  Overruled.

11            THE WITNESS:  The reason I came here today is that I'm

12    old enough to take the responsibility to come and say all the

13    things that he did to me because now I'm old enough to come and

14    face it.  That's the only opportunity I have to come and tell

15    the truth, the whole truth.

16    BY MS. KANE:

17    Q.   On cross-examination, Schlender, you testified that you

18    never reported the sexual things the Defendant did to you to

19    the police.

20        Why --

21    A.   Yes.  That's not a lie.  I didn't go to the police.  He's

22    the one who used to mix around and have friends with the

23    police.

24            MR. HOROWITZ:  Objection, your Honor.

25            THE COURT:  Sustained.

1        Wait for a question, sir.

2   BY MS. KANE:

3   Q.   Schlender, why did you not tell the police about the sexual

4   things the Defendant was doing to you?

5   A.   He has policemen friends.  The policemen used to come

6   around.  He would feed them, give them food and give them

7   money.  And police in Haiti you don't trust.

8   Q.   At what house did you see the policemen come where the

9   Defendant would give them food and money?

10  A.   At the 14 house.

11  Q.   Are you referring to the Santo 14 house?

12  A.   The house at Santo 14.

13  Q.   How often did you see the Defendant's policemen friends

14  come to the Santo 14 house?

15        MR. HOROWITZ:  Objection.  Beyond the scope.

16        THE COURT:  Overruled.

17        THE WITNESS:  Many times.

18  BY MS. KANE:

19  Q.   On cross-examination, Schlender, you also testified that

20  you did not tell your mother or your parents about the

21  Defendant's -- about the sexual things the Defendant was doing

22  to you.

23        Why did you not tell either of your parents about the

24  sexual things?

25  A.   There were two reasons.  First, there's the case -- the

1    question of my education, that I wanted to enjoy the advantages

2    that he gave me, the benefits that I was reaping from it.  And

3    then there was the pressure that he used to put on me.

4    Q.   What type of pressure would the Defendant put on you so

5    that you could not tell your parents?

6    A.   You have to understand, when he used to meet with us and he

7    would get mad, he shot above our heads once.  So it was as easy

8    to shoot one of us, if he wanted to, if he was really mad at

9    you personally.

10   Q.   When the Defendant would travel outside the country for a

11   period of time, why did you not tell anyone while the Defendant

12   was gone?

13   A.   You have to understand, everybody in the neighborhood more

14   or less knew --

15            MR. ADELSTEIN:  Objection.

16            THE COURT:  Sustained.

17   BY MS. KANE:

18   Q.   Schlender, when the Defendant would travel outside the

19   country, why would you not tell anyone what was going on at the

20   house while he was gone?

21   A.   You have to remember that there was a lot of reports

22   made --

23            MR. ADELSTEIN:  Objection.

24            THE WITNESS:  -- against him already.  Nothing was --

25            THE COURT:  Sustained.

1              MR. ADELSTEIN:  Move to strike.  Ask for a curative

2    instruction.

3              THE COURT:  The motion to strike is granted.

4              The jury is instructed to disregard the last statement

5    of the witness.

6    BY MS. KANE:

7    Q.  Schlender, on cross-examination, you testified that there

8    were certain things that you had to do every day at the center.

9    One of the things that you testified that someone had to do was

10   give minutes to the Defendant.

11        What do you mean by "minutes"?

12             MR. ADELSTEIN:  Objection.  Beyond the scope.

13             THE COURT:  Overruled.

14             THE WITNESS:  What I meant by "minutes" is that we all

15   had to give him minutes where we had to --

16             MR. HOROWITZ:  Objection.

17             THE WITNESS:  -- rub --

18             MR. HOROWITZ:  Objection as to "we."

19             THE COURT:  One moment.

20             Overruled.

21             THE WITNESS:  We had to do five minutes of rubbing one

22   leg, rubbing the other leg, putting lotion for him, scratching

23   his head, for -- five minutes for each part.

24   BY MS. KANE:

25   Q.  Did the Defendant require that he be given these minutes

1   every day?

2   A.   Every day.  Every day.

3   Q.   At what time of day did the boys in the house have to give

4   the Defendant minutes?

5   A.   At night, he would make you do his legs and his head.  But

6   during the day, sometimes he asked to scratch his head.

7   Q.   And what would -- what would you and the boys have to do

8   for -- or to the Defendant's legs?

9   A.   We had to rub his legs with lotion.

10  Q.   And what would you have to do to the Defendant's head?

11  A.   You had to scratch his head, scratch his head.

12  Q.   And how long would you have to scratch the Defendant's

13  head?

14  A.   Five minutes.

15  Q.   How long would you have to rub lotion on the Defendant's

16  legs?

17  A.   Five minutes.

18          MS. KANE:  Your Honor, we have no further questions

19  for this witness.  We ask that he be released.

20          THE COURT:  You may step down, sir.  You're released.

21          (Witness excused.)

22          THE COURT:  Call your next witness.

23          MS. MEDETIS:  Your Honor, the Government calls Betty

24  Long.

25          THE COURT:  Right up here, ma'am.  Take your time.

 1   There's an incline right there in front of the witness box.  So

 2   just be careful.  Okay?

 3                  BETTY LONG, GOVERNMENT WITNESS, SWORN

 4             THE COURT REPORTER:  Thank you.  Please be seated.

 5             Please state your full name for the record.

 6             THE WITNESS:  Betty Long.

 7                       DIRECT EXAMINATION

 8   BY MS. MEDETIS:

 9   Q.   Good afternoon, Ms. Long.

10   A.   Pardon?

11   Q.   Good afternoon.

12   A.   Good afternoon.

13   Q.   Ms. Long, where are you from?

14   A.   Michigan.

15   Q.   Where do you live now?

16   A.   3380 Midland Road, Bay City.

17   Q.   Is that in Michigan?

18   A.   Yes.

19   Q.   Do you have any children, Ms. Long?

20   A.   Four.

21   Q.   Do you have any grandchildren?

22   A.   Six.  Two great-grandchildren.

23   Q.   Congratulations.

24        And what, if anything -- I'm sorry.

25        Do you work?

1    A.   Yes.  I'm self-employed.

2    Q.   What do you do?

3    A.   Resident manager and owner.

4    Q.   And I'm sorry.

5         What do you own?  Did you say residence?

6    A.   I have apartments and I have a rooming house.

7    Q.   Do you know a man by the name of Matthew Andrew Carter?

8    A.   Yes.

9    Q.   And do you see him in the courtroom today?

10   A.   Yes.

11   Q.   Could you please point to him and describe what he's

12   wearing.

13   A.   White shirt.

14        MS. MEDETIS:  If the record could reflect that the

15   witness has identified the Defendant as Matthew Andrew Carter.

16        THE COURT:  It will so reflect.

17   BY MS. MEDETIS:

18   Q.   Do you know the Defendant by any other name?

19   A.   Bill Carter.

20   Q.   And what did you call the Defendant?

21   A.   "Bill."

22   Q.   Can you tell the ladies and gentlemen of the jury when you

23   met the Defendant.

24   A.   I met him at my church in '04.  Spring of '04.  Good Friday

25   of '04.

1  Q.   And what, if anything, did you discuss with the Defendant

2  when you met him on Good Friday of 2004?

3  A.   What was the question again?

4  Q.   What, if anything, did you talk about with the Defendant

5  when you met him on Good Friday in 2004?

6  A.   We discussed Haiti because I've been there previously and I

7  was introduced to Mr. Carter by other people in my church.   And

8  we were on common ground, which means that he and I were

9  talking and discussing what he was doing in Haiti and what I

10 had done.

11 Q.   Well, what had you done in Haiti previously?

12 A.   Well, I've done missionary work and I worked with a team of

13 missionaries that -- we worked in a different area from

14 Mr. Carter's area.

15 Q.   Where in Haiti did you do missionary work before you --

16 A.   In Leogane.

17      THE COURT:  Ma'am, I'm going to -- ma'am, up here.

18      If you would, wait until the lawyer finishes asking

19 her question and then answer it.  Otherwise, it gets very hard

20 for the court reporter, who is taking down everything.  Okay?

21      THE WITNESS:  Okay.  I'll remember that.  Thank you.

22 BY MS. MEDETIS:

23 Q.   What did the Defendant tell you he did in Haiti?

24 A.   He told me that he had an orphanage that housed at that

25 time 19 boys.

Long - DIRECT - By Ms. Medetis                84

1    Q.   Did he tell you what the name of that orphanage was?

2    A.   Yes.  It was Morning Star.

3    Q.   Did the Defendant tell you how long he had been in Haiti

4    with the Morning Star?

5    A.   Eight years.

6    Q.   At that point, had the Defendant told you how old the boys

7    were that were in his care?

8    A.   I don't remember.  I knew that they were all -- no.  Not

9    exactly.  I knew that they were young.  They were probably --

10            MR. ADELSTEIN:  Objection to "probably."

11            THE COURT:  Sustained as to "probably."

12            THE WITNESS:  Yeah.  Not in detail the first time.

13   No.

14   BY MS. MEDETIS:

15   Q.   Did there ever come a time when you visited the Morning

16   Star Center in Haiti?

17   A.   Yes.  November of the same year.

18   Q.   Would that be 2004?

19   A.   '04.

20   Q.   And when you visited the Morning Star, where did you stay?

21   A.   At his place.

22   Q.   And when you say, "At his place," are you referring to --

23   A.   At his orphanage.  He had a room downstairs and I had my

24   own bath and he and the boys were upstairs.

25   Q.   Where was the Morning Star located when you visited that

Long - DIRECT - By Ms. Medetis                85

1   first time?

2   A.   In Croix des Bouquets, which was in the -- the address was

3   Santo.

4   Q.   Is that near Port-au-Prince, Haiti?

5   A.   Yes.

6   Q.   Could you describe the Morning Star to the ladies and

7   gentlemen of the jury.  What did the structure look like?

8   A.   Yes.  It was a large building and it was stucco, I'm

9   guessing, or cement -- or cement blocks.  It was a two-story.

10  It had three bedrooms upstairs and a kitchenette and it had a

11  TV room.  The downstairs had a dining room, had three bedrooms,

12  and it had a medical clinic.

13  Q.   And how many children lived there when you visited,

14  approximately?

15  A.   21 or 20.

16  Q.   And were they boys and girls?

17  A.   Just boys at that time.

18  Q.   And what was the approximate age range of the boys that

19  lived at the Morning Star?

20  A.   14 to 20 -- 4.  4.  I'm sorry.  4 years to 20.

21  Q.   What was the neighborhood like where the Morning Star was

22  located in Santo?

23  A.   Very poor.  Very small buildings and very poor people.  It

24  appeared that the street we were on was an alley.

25  Q.   Okay.  And how long did you stay at the Morning Star for

Long - DIRECT - By Ms. Medetis                86

1  that first visit in 2004?

2  A.   Two weeks.

3  Q.   And during that two-week period, did you sleep anywhere

4  else?

5  A.   I had slept at another orphanage for one night and then

6  the -- another orphanage for two nights because, supposedly --

7  Q.   Let me stop you right there.

8  A.   I'm sorry.

9  Q.   That's okay.

10      Did there come a time when you visited the Morning Star

11  again after this first visit?

12  A.   Yes.

13  Q.   And when was that?

14  A.   That would have been December of '04.

15  Q.   And how long did you stay during that visit?

16  A.   Two weeks.

17  Q.   And when you went to visit the Morning Star, where did you

18  stay?

19  A.   At Mr. Carter's orphanage, in a downstairs bedroom with my

20  family that was also there.

21  Q.   And where was the Morning Star located during that visit?

22  A.   Same place.  Santo Street in Croix des Bouquets.

23  Q.   And approximately how many boys lived at the center at that

24  point?

25  A.   Probably 18, maybe 17.  Seems like we were missing a couple

Long - DIRECT - By Ms. Medetis                    87

 1   boys from the first time I was there.

 2   Q.   Okay.  And what was the age range of the boys who were

 3   living there during that visit?

 4   A.   From 4 to 19.

 5   Q.   And during those first two visits, did you have an

 6   opportunity to interact with the boys at the Morning Star

 7   Center?

 8   A.   Yes.  All the time.

 9   Q.   And what kind of things or activities did you do with the

10   boys?

11   A.   We just conversed about everything, their interests, their

12   school, the things they were doing, and I was teaching them

13   some Bible studies.

14   Q.   And what were your overall impressions of the Morning Star

15   Center during those first two visits?

16   A.   Excuse me?

17   Q.   What were your overall impressions of the Morning Star

18   during those first two visits?

19   A.   I was impressed.  I saw that Mr. Carter appeared to have

20   been very kind and loving to these boys and very caring.  And I

21   believed that this was the kind of man he was.

22   Q.   And how did the boys behave in front of the Defendant

23   during your first two visits to the center?

24   A.   They were comfortable, obedient.  They were relaxed because

25   I think they enjoyed our company.

Long - DIRECT - By Ms. Medetis                88

```
 1  Q.   When you say "our company," what do you mean?
 2  A.   Mine, when I was there, and, also, when my family was
 3  there.
 4  Q.   Did you ever visit the center for a third time?
 5  A.   Yes.
 6  Q.   And when was that?
 7  A.   That was in February of '05.
 8  Q.   And were you invited to come to the center in February of
 9  '05?
10  A.   Yes.
11  Q.   And who invited you?
12  A.   Mr. Carter.
13  Q.   And what did he say to you when he invited you?
14  A.   He asked me if I would go back with him.
15  Q.   And what, if anything, would you do at the center if you
16  went back with the Defendant?
17  A.   Well, he had asked me in December of '04, when I was there,
18  if I would consider moving in with him to be kind of a mother
19  figure in the house because he felt that the boys needed a
20  female figure in the house.
21  Q.   And did you, in fact, go to the center after he invited you
22  there?
23  A.   Yes.
24  Q.   And where did you stay when you went back?
25  A.   At the Santo house.
```

Long - DIRECT - By Ms. Medetis                89

```
 1   Q.  And how many children were living there at the Santo house
 2   when you first got there at the time?
 3   A.  About 18.
 4   Q.  Okay.
 5   A.  Wait.  Wait.  I'm sorry.  I said that wrong.
 6       There were three, sometimes four.  Because, at this time,
 7   he had got a second orphanage and that was in Tabarre.
 8   Q.  What was the name of the orphanage in Tabarre?
 9   A.  I don't know.  I don't know if it had a different name.  I
10   assumed it was Morning Star, also.  I assumed.
11   Q.  And where was the Defendant living at this time when you
12   visited?
13   A.  At the Tabarre house.
14   Q.  And who else was living with the Defendant at the Tabarre
15   house?
16   A.  The younger boys.
17   Q.  And what was the age range of the boys living with the
18   Defendant at the Tabarre house?
19   A.  4 to 12.
20   Q.  You said 4 to 12, ma'am?
21   A.  Yes.
22   Q.  And who stayed behind at the Santo house?
23   A.  The older boys, the ones that were -- they were more like
24   16 to 21.
25   Q.  And how many of those boys were at the Santo house?
```

Long - DIRECT - By Ms. Medetis                90

1    A.   Three, sometimes four.

2    Q.   Did you ever visit the Defendant at the Tabarre house?

3    A.   Yes.

4    Q.   Can you tell us about that -- that visit.  What time of day

5    did you go to visit?

6    A.   Probably after I was at Croix des Bouquets about a week.

7    Then I asked him if I could spend a few days visiting with the

8    younger boys.  And that's when he picked me up and we went

9    there.

10   Q.   And when you say you asked him and he picked you up, who

11   are you referring to?

12   A.   Bill Carter.

13   Q.   And during your stay in February of 2005, how many times

14   did you visit the Tabarre house?

15   A.   Three.

16   Q.   Did you ever sleep there?

17   A.   One time.

18   Q.   Can you tell us about the day that you slept at the Tabarre

19   house.  What time of day did you get there?

20   A.   Probably early afternoon.

21   Q.   And what, if anything, did you do when you got there?

22   A.   Just visited with the younger boys.  And we had dinner.  I

23   remember that.  Mr. Carter had cooked a pasta dinner.

24   Q.   And what happened after dinner?

25   A.   8:00 that evening I got real tired.  And I normally don't

Long - DIRECT - By Ms. Medetis          91

```
 1   go to bed till 11:00, 12:00, 1:00.  I was trying to fight it
 2   and I couldn't fight it.  It just seemed like I just had to go
 3   to bed.  And so I excused myself and went to bed.
 4           MS. MEDETIS:  Your Honor, permission to approach?
 5           THE COURT:  Yes.
 6   BY MS. MEDETIS:
 7   Q.  Ms. Long, I'm about to approach you.
 8           THE WITNESS:  Is there water in there?
 9           THE COURT:  Yes.  You may have some water, ma'am.
10           THE COURT SECURITY OFFICER:  (Serves the witness
11   water.)
12           THE WITNESS:  Thank you.  Thank you very much.
13   BY MS. MEDETIS:
14   Q.  Ms. Long, I'm about to approach with you what's been
15   previously admitted as Government's Exhibits 32-E , -G, -H, -L,
16   -M and -O.
17   A.  Okay.
18           MS. MEDETIS:  May I approach, your Honor?
19           THE COURT:  Yes.
20           THE WITNESS:  Okay.
21           MR. HOROWITZ:  Judge, you don't have those exhibits in
22   evidence.
23           THE COURT:  I'm sorry?  What did you say,
24   Mr. Horowitz?  I didn't hear you.
25           MR. HOROWITZ:  I don't know if we have those exhibits
```

1    in evidence, 32 --

2              MS. MEDETIS:  Your Honor, it's my understanding that

3    Exhibits 32-A-1 through -T have previously been admitted into

4    evidence.

5              MR. HOROWITZ:  She's correct, Judge.  I'll withdraw

6    it.

7              THE COURT:  Okay.

8    BY MS. MEDETIS:

9    Q.  Ma'am, could you take a look at those.

10       Do you --

11             THE COURT:  Can you make sure not to block the

12   witness, please, from the jury.

13   BY MS. MEDETIS:

14   Q.  Do you recognize those?

15   A.  Yes.

16             MS. MEDETIS:  Your Honor, permission to publish these

17   previously admitted exhibits?

18             THE COURT:  You may.

19   BY MS. MEDETIS:

20   Q.  Ma'am, if you would, take a look at the screen that's right

21   in front of you.

22   A.  Yes.

23   Q.  I'm showing you what's been previously admitted as

24   Government's Exhibit 32-E.

25       Do you recognize that?

Long - DIRECT - By Ms. Medetis                    93

```
 1   A.   Yes.

 2   Q.   Can you tell us what that is.

 3   A.   The children's TV room or the Tabarre house TV room.

 4   Q.   If you're facing the TV room, what would be immediately

 5   behind you?

 6   A.   Mr. Carter's bedroom.

 7   Q.   Showing you exhibit -- Government's Exhibit 32-G, what is

 8   that?

 9   A.   Mr. Carter's bedroom.

10   Q.   Did the Defendant's bedroom have a door?

11   A.   No.

12   Q.   Showing you what's been admitted as Exhibit 32-H, what is

13   that?

14   A.   A curtain in front of his bedroom.

15   Q.   Showing you what's been admitted as Government's

16   Exhibit 32-L, directing you to the right side of the

17   photograph, what's depicted there?

18   A.   Two bedrooms and a bathroom.

19   Q.   Well, this is the entryway to the --

20   A.   Yes.  It's the entryway.  My bedroom was on the right.  The

21   boys' bedroom was on the left.  And the bathroom was between

22   the two bedrooms.

23   Q.   Showing you Government's Exhibit 32-M --

24   A.   It's the small hallway that leads to the two bedrooms.

25   Q.   And what is at the end of the hallway?  Which room was
```

1    that?

2    A.   It goes into the boys' room.

3    Q.   And if you were standing at the entryway in Government's

4    Exhibit 32-L, which direction would you have to turn to see

5    this?

6    A.   Left.

7    Q.   Showing you Government's Exhibit 32-O, what is that?

8    A.   That was the bedroom I stayed in, the bedroom to the right.

9    Q.   And was the bedroom that you stayed -- at the time that you

10   stayed in this bedroom, was it furnished in the way that we see

11   it now?

12   A.   No.  It only had one twin bed.

13   Q.   And where was the twin bed located, if you can point to the

14   picture?

15   A.   Underneath that window.

16   Q.   Could you circle?  If you touch your screen, could you

17   circle which window we're talking about.

18   A.   Yes.

19   Q.   So that would be the window in the background of the

20   photograph with the green curtain, for the record.

21   A.   Yes.

22   Q.   Ma'am, you had said that you retired and excused yourself

23   to go to bed at approximately 8:00 p.m.

24        What happened after that?

25   A.   I woke up at 11:00 and I saw Mr. Carter walking into the

Long - DIRECT - By Ms. Medetis                95

 1   boys' bedroom with a flashlight and it was turned on.

 2   Q.   And what was the Defendant wearing?

 3   A.   Nothing.  He was naked.

 4   Q.   And what happened next?

 5   A.   I couldn't see what happened, but I could hear the boy,

 6   that he must have woke up.  He hollered, "No.  No.  No" three

 7   times.  I heard nothing after that and the light remained on

 8   for an hour and a half.  But I heard no sounds.

 9   Q.   Okay.  Did the bedroom that you were sleeping in have any

10   doors?

11   A.   No.

12   Q.   How were you able to see the Defendant walking in the

13   hallway?

14   A.   He had to go past my bedroom first.  And he had the light

15   on; so, I could see him.

16   Q.   After you heard the boy scream, "No.  No.  No," what, if

17   anything, did you hear or see next?

18   A.   At 4:00 in the morning, I heard Mr. Carter from his bedroom

19   holler out, "The cat's home.  The cat came home.  The cat is

20   home."

21        His cat had ran away or took off and was gone for a day or

22   two.  And the cat evidently returned home at 4:00 that morning.

23   Q.   How do you know the times?  You had mentioned that you saw

24   the Defendant with a flashlight naked at 11:00 at night and

25   then you heard him again at 4:00 in the morning.

Long - DIRECT - By Ms. Medetis                96

```
 1        How do you know those times?
 2   A.   I had a clock next to my bed.
 3   Q.   Directing your attention to the very next day, what, if
 4   anything, did you tell the Defendant about what you saw him do
 5   and heard?
 6   A.   Nothing.
 7   Q.   Did you see the Defendant after that day?
 8   A.   Yes.
 9   Q.   Where did you see him?
10   A.   He came to the Croix des Bouquets home several times and I
11   went to the Tabarre house two more times to visit the boys.
12   Q.   What were your impressions of the condition of the Santo
13   house on this visit?
14   A.   Well, it was in good condition.  There was nothing wrong
15   with it.  Just a few boys remained there.  They were in charge
16   of the clinic and there was a few sick people who came in while
17   we were there -- while I was there.
18   Q.   And how did the Defendant treat the children in his care
19   from what you observed during this visit?
20   A.   Well, in front of me, he treated them fine.  I didn't see
21   anything, you know.  He fed them.  He clothed them.  He sent
22   them to school.
23   Q.   That night that you saw the Defendant naked with the
24   flashlight and heard the voice scream, "No.  No.  No," you said
25   that you then heard the Defendant from his bedroom at
```

```
 1   approximately 4:00 a.m.
 2        Did you see him walk back into his bedroom at any point
 3   during the evening?
 4   A.   No.
 5   Q.   How is it that you did not see him go --
 6            MR. HOROWITZ:  Objection.
 7            THE WITNESS:  I don't know how --
 8            THE COURT:  One moment, ma'am.
 9            MR. HOROWITZ:  Objection as to how she did not see
10   him.
11            THE COURT:  Sustained.
12   BY MS. MEDETIS:
13   Q.   Do you know how the Defendant -- well, you had previously
14   testified that the Defendant would have to walk past your room
15   to get to the boys' room.
16   A.   He --
17   Q.   Do you recall testifying previously that the Defendant
18   would have to walk past your room to get to the boys' room?
19   A.   Yes.  But there was a door in the boys' bedroom, another
20   outer door.
21   Q.   Where did that --
22   A.   He could have went out that door, possibly.
23   Q.   You said --
24   A.   Or after --
25            MR. HOROWITZ:  Objection.
```

 1              THE WITNESS:  -- the flashlight went --

 2              THE COURT:  One moment, ma'am.

 3              MR. HOROWITZ:  Objection.  Move to strike as to

 4    "possibly."

 5              THE COURT:  The objection is sustained.

 6              The jury is instructed to disregard the last answer of

 7    the witness.

 8              It's stricken from the record.

 9    BY MS. MEDETIS:

10    Q.  Was there a door -- was there a door that led to the

11    outside in the boys' bedroom?

12    A.  Yes.

13    Q.  Why didn't you say anything to the Defendant the next day

14    about what you saw him do and what you heard?

15    A.  I wasn't home.  I was in another country.  I felt this was

16    not necessary --

17              MR. HOROWITZ:  Objection.

18              THE WITNESS:  Pardon?

19              THE COURT:  Overruled.

20              MR. HOROWITZ:  As to what she felt and "necessary."

21              THE COURT:  Wait for a question, ma'am.

22              Go ahead.

23    BY MS. MEDETIS:

24    Q.  Why didn't you tell the Defendant or confront the Defendant

25    with what you saw him do and what you heard?

```
 1   A.   I didn't want to discuss it because I was not -- I was on

 2   foreign property.  At this point in time, I didn't trust him,

 3   and I didn't think that anything good would have come of the

 4   conversation.

 5        So this was not a time for me to confront him.  It was not

 6   my place to confront him.

 7   Q.   Ms. Long, did there come a time when you did report what

 8   you observed?

 9   A.   Pardon?

10   Q.   Did you ever report what you observed?

11   A.   I reported this after I came back stateside.  Is that what

12   you're asking?

13   Q.   I'm asking if you ever reported what you saw.

14   A.   Yes.

15   Q.   And when did you -- when did you report it?

16   A.   I'm thinking -- and I don't know exactly -- probably May of

17   the same year.

18   Q.   This is after you returned from Haiti?

19   A.   Yes.

20        MS. MEDETIS:  Your Honor, the United States tenders

21   this witness.

22        THE COURT:  We're going to break for lunch.

23        Do not discuss this case either amongst yourselves or

24   with anyone else.  Have no contact whatsoever with anyone

25   associated with the trial.
```

1          Do not read, listen or see anything touching on this

2     matter in any way, including anything in the media, anything on

3     the Internet or anything on any access device.

4          If anyone should try to talk to you about this case,

5     you should immediately instruct them to stop and report it to

6     my staff.

7          You may leave your notebooks in your chairs.  Please

8     be back in the jury room at 2:00.  Enjoy your lunch.

9          (Whereupon, the jury exited the courtroom at

10    12:50 p.m. and the following proceedings were had:)

11         THE COURT:  You may be seated for a moment.

12         Ma'am, during the lunch break, you're not to discuss

13    your testimony with anyone or permit anyone to discuss it with

14    you.  Okay?

15         THE WITNESS:  Yes.

16         THE COURT:  You can discuss scheduling matters with

17    the prosecutors, but not your testimony.

18         THE WITNESS:  Okay.

19         THE COURT:  2:00.

20         We're in recess until 2:00 for lunch.  Enjoy your

21    lunch, everyone.

22         (Thereupon, a luncheon recess was taken, after which

23    the following proceedings were had:)

24         THE COURT:  We're back on United States of America

25    versus Matthew Andrew Carter, Case No. 11-20350.

```
 1              Good afternoon.

 2              Counsel, state your appearances, please, for the

 3    record.

 4              MS. MEDETIS:  Good afternoon, your Honor.

 5              Maria Medetis and Bonnie Kane on behalf of the United

 6    States.

 7              With us at counsels' table is Special Agent Matthew

 8    Larko.

 9              MR. HOROWITZ:  Good afternoon, your Honor.

10              Phil Horowitz, Stuart Adelstein on behalf of Matthew

11    Carter, who's present with the Court, along with our

12    investigator, Reginald Hope.

13              THE COURT:  I think -- can you check and see if all

14    the jurors are back?  We were down one, I believe.

15              THE COURT SECURITY OFFICER:  Yes, ma'am.

16              One still missing, your Honor.

17              THE COURT:  I see -- you may be seated.

18              Is the door closed?

19              THE COURT SECURITY OFFICER:  Yes, ma'am.

20              THE COURT:  The Defendants filed a motion for foreign

21    witness depositions?

22              MR. HOROWITZ:  Yes, your Honor.

23              THE COURT:  Did you make the Government aware that you

24    were filing this motion?  You certainly didn't make the Court

25    aware.
```

1          MR. HOROWITZ:  Judge, I just filed this this morning.

2    We had a meeting yesterday and -- trying to pare down our

3    witness list of what we need to do and what we can't do and

4    what we can do.

5          THE COURT:  Okay.

6          MR. HOROWITZ:  So, with that, I filed that motion.

7          THE COURT:  Are you aware that there's new provisions

8    to the rule?

9          MR. HOROWITZ:  Which provisions, your Honor?

10          THE COURT:  There are provisions -- new provisions to

11    the rule, unless they were rescinded by Congress by December,

12    2012.  I'm having someone check now.

13          But there are new provisions to the rule concerning

14    the presence of the Defendant and material facts, as far as I

15    can tell.

16          MR. HOROWITZ:  Judge, obviously, we'll waive the

17    Defendant's presence.

18          THE COURT:  You need to do that in writing.

19          MR. HOROWITZ:  Yes, your Honor.  I'll prepare that.

20          THE COURT SECURITY OFFICER:  They're all present.

21          THE COURT:  So let's bring the witness in.

22          You can bring the jurors in.

23          (Whereupon, the jury entered the courtroom at

24    2:22 p.m. and the following proceedings were had:)

25          THE COURT:  You are still under oath, ma'am.

1           THE WITNESS:  Yes.

2           THE COURT:  Ma'am?

3           THE WITNESS:  Yes.

4           THE COURT:  You may be seated.

5           You may proceed.

6           MR. ADELSTEIN:  Thank you, your Honor.

7                       CROSS-EXAMINATION

8   BY MR. ADELSTEIN:

9   Q.   Good afternoon, Ms. Long.  How are you?

10  A.   Fine.

11  Q.   You missed all the snow by coming down here.  Right?

12  A.   Yes, I did.  But I like snow.

13  Q.   Okay.

14  A.   Yeah.

15  Q.   We've never met; so, I'm going to ask you a few questions.

16  Okay?  If you don't understand a question, just tell me.  It

17  could happen, especially in the afternoons.  I get a little

18  tired.  I'm a lot older than you are.

19  A.   If you could just speak up a little bit.

20  Q.   Yes, ma'am.

21  A.   I don't have the best hearing.

22  Q.   Okay.

23  A.   Thank you, sir.

24  Q.   When you first met the Government, the prosecutors and the

25  agent over here, you met them at your house, didn't you?

1   A.   Yes.

2   Q.   And you went over your testimony at that time.  Correct?

3   A.   Yes.

4   Q.   I haven't had the opportunity to talk to you.  So I'm going

5   to try to get to know a little bit about you.  All right?

6   A.   Sure.

7   Q.   You first met Mr. Carter back in -- what was it? -- 2004,

8   is it?

9   A.   Yes.

10   Q.   You met him when he was speaking to your church, I believe.

11   Is that correct?

12   A.   No.  He was just a guest there.

13   Q.   Okay.  And you were introduced to him after a church

14   service.  Correct?

15   A.   Yes.

16   Q.   And you immediately struck up a conversation because you

17   had been to Haiti before and you learned that he had --

18   A.   Yes.

19   Q.   -- a school or an orphanage in Haiti?

20   A.   Yes, sir.

21   Q.   Now, in Haiti, they call it an orphanage.  But it really

22   isn't an orphanage because the children have parents, most of

23   them.  Correct?

24   A.   Yes.

25   Q.   And it's very common in Haiti, is it not, to have the

```
 1    parents send their children to a center like Morning Star who
 2    could provide them food, shelter and pay their tuition?
 3               MS. MEDETIS:  Objection.  Calls for speculation as to
 4    what is common in Haiti.
 5               THE COURT:  Sustained.
 6    BY MR. ADELSTEIN:
 7    Q.   The Morning Star Center is nothing unusual in Haiti, is it?
 8               MS. MEDETIS:  Objection.  Calls for speculation as to
 9    what's usual or not in Haiti.
10               THE COURT:  Sustained.
11    BY MR. ADELSTEIN:
12    Q.   You struck up a conversation with Mr. Carter.  And, in
13    fact, you decided, did you not, to visit the Morning Star?
14    Correct?
15    A.   When I had a conversation, I -- you are saying that I
16    decide not to go?
17    Q.   No.  To go.
18    A.   Yes.  I was anxious to meet what he was doing and to --
19    sorry.  Yes.
20    Q.   Okay.  And I think that first trip that you described was
21    in July of 2004?
22    A.   No.
23    Q.   When was it?
24    A.   November.
25    Q.   The very first trip you went on was in November?
```

1   A.   Yes.

2   Q.   Okay.  And in November of 2004, you flew to Haiti and

3   stayed at Morning Star, I think you said, for ten days or two

4   weeks?

5   A.   Two weeks.

6   Q.   That would be 14 days.  Right?

7   A.   Yes.

8   Q.   You had an opportunity, did you not, to spend some time

9   with the young men who were attending Morning Star?

10  A.   Yes.

11  Q.   You had an opportunity to speak with them on a one-on-one

12  basis.  Correct?

13  A.   Yes.

14  Q.   And you spent some quality time with them when Mr. Carter

15  wasn't even around or he was doing something else.  Correct?

16  A.   Not most of the time.

17  Q.   Okay.  Were the children in your first trip well dressed?

18  A.   Yes.

19  Q.   Were they fed properly?

20  A.   Rice and beans.  Yes.

21  Q.   Which is a staple over there?

22  A.   Yes.

23         MS. MEDETIS:  Objection.  Calls for speculation as to

24  what is a staple there.

25         THE COURT:  Sustained.

BY MR. ADELSTEIN:

Q.   They had prayer services; did they not?

A.   One time.

Q.   Okay.  And the kids were basically very happy?

A.   They appeared to be.

Q.   Okay.  And you noticed, did you not, that -- I think your

words to the agents when you first met them were that

Mr. Carter provided nourishment to these children.

     Was that a fair --

A.   Yes.

Q.   And you also described that Mr. Carter would hug the boys?

A.   Yes.

Q.   And there was nothing unusual about that, in your opinion.

Correct?

A.   No.

Q.   And, in fact, in your very first trip over to Morning Star,

you saw nothing improper going on.  Correct?

A.   No.

Q.   That's not correct?

A.   Nothing improper.

Q.   Okay.

A.   No.

Q.   I ask these double negatives sometimes and I confuse

myself.  So I apologize.

     And, in fact, after your first trip, you had nothing but

Long - CROSS - By Mr. Adelstein                    108

```
 1    great reviews of the Morning Star Center.  Right?
 2    A.  No.  Everything looked fine.
 3    Q.  Okay.  And, in fact, you went back to your church and
 4    informed them of your visit.  Correct?
 5    A.  Yes.
 6    Q.  And you told them the positive experiences that you had at
 7    Morning Star?
 8    A.  Yes, I did.
 9    Q.  And how impressed you were with the center itself.
10    Correct?
11    A.  Yes.
12    Q.  How impressed you were with Mr. Carter?
13    A.  Yes.
14    Q.  And how impressed you were of all of the conditions at the
15    center?
16    A.  Yes.
17    Q.  And, in fact, you were so impressed that you decided to go
18    back a second time?
19    A.  Yes.
20    Q.  And that was, was it not, in December?
21    A.  Yes.
22    Q.  Around Christmastime?
23    A.  Yes.
24    Q.  Now, that was, what, the day after Christmas?
25    A.  No.  My family and I got there before Christmas.
```

```
 1    Q.   Okay.  And you stayed there another two weeks?

 2    A.   I think ten days to two weeks.

 3    Q.   Okay.  So you almost did a turnaround trip?

 4    A.   Yes.

 5    Q.   Because you were there in November for two weeks and you

 6    immediately came back a short time thereafter?

 7    A.   Yes.

 8    Q.   Okay.  Now, when you were there that second trip in

 9    December, that was December, 2004?

10    A.   Yes.  Yes.

11    Q.   The Morning Star Center came under attack.

12         Do you remember that?

13              MS. MEDETIS:  Objection.  Relevance.

14              THE WITNESS:  No.  It was the first time --

15              THE COURT:  Ma'am.

16              THE WITNESS:  -- not the second time.

17              THE COURT:  Ma'am, if there's an objection by one of

18    the attorneys, you need to wait to answer your question until

19    I've ruled on it.  Okay?

20              THE WITNESS:  I'm sorry.

21              THE COURT:  Sustained.

22    BY MR. ADELSTEIN:

23    Q.   Was there ever a -- I'm talking about your first trip or

24    your second trip that you've described to this jury about that

25    trip.
```

 1       Was there ever a shootout at the Morning Star?

 2   A.  Yes.

 3   Q.  Tell me about that.  When did that occur?

 4   A.  That happened the second time.  It happened during -- I

 5   think it was the day after Christmas, maybe two days.  But I

 6   think it was the day after.

 7       We were sitting on, I guess, a porch or a deck or something

 8   where we all had dinner.  Everyone had left and only Mr. Carter

 9   and I were sitting and conversing when someone threw a rock.

10   And Mr. Carter shut the light off immediately and we went into

11   the main living room.

12   Q.  Okay.

13   A.  And then he told us to hide on the stairway because we

14   were -- somebody had shot first, to hide on the stairway.

15       And we did.  And then he went into another part of the

16   building and he was shooting back at them.

17   Q.  Well, he was shooting back at them.  He was shooting in the

18   air, as I think you described it to the agents.  Correct?

19   A.  No.  Towards the church.

20           MS. MEDETIS:  Objection to relevance as to this line

21   of questioning.

22           THE COURT:  Overruled.

23   BY MR. ADELSTEIN:

24   Q.  He was protecting the compound, the Morning Star.  Correct?

25   A.  Yes.

```
 1   Q.   You were in the stairwell, were you not, with all the

 2   children?

 3   A.   Yes.  And my family.

 4   Q.   And your family.  Okay.

 5   A.   Yes.

 6   Q.   Now, your second trip, you were still very impressed with

 7   Morning Star.  Correct?

 8   A.   That was my second trip.

 9   Q.   I'm saying, after your second trip, you were still very

10   impressed with Morning Star?

11   A.   Yes.

12   Q.   You still had the opinion that Morning Star was a very good

13   center.  Correct?

14   A.   Yes.

15   Q.   The children were well nourished.  Correct?

16   A.   Yes.

17   Q.   They were well dressed.  Correct?

18   A.   Yes.

19   Q.   They were very polite?

20   A.   Yes, they were.

21   Q.   Very well mannered?

22   A.   Yes.

23   Q.   And you were impressed with Mr. Carter --

24   A.   Yes.

25   Q.   -- running this program?
```

```
 1   A.   Yes.

 2   Q.   Now, you went back to your home in Michigan, right, and

 3   told you congregation how impressed things were after your

 4   second trip?  Correct?

 5   A.   Yes.

 6   Q.   Okay.  Now, there came a time, did there not, that

 7   Mr. Carter even stayed at your house?  Right?

 8   A.   Yes.

 9   Q.   How many days did he spend at your house?

10   A.   He stayed at my house more than once.

11   Q.   Okay.  How many times did he stay in total at your house?

12   A.   I think twice, maybe three times.  But two times for sure.

13   Q.   Okay.  And the first time, do you remember when that was?

14   Was that after the first trip and before the second trip?

15   A.   It was before the second trip, that November of '04.

16   Q.   Okay.  And how many days did he stay at your house?

17   A.   Maybe a week to ten days.

18   Q.   Okay.

19   A.   It was Thanksgiving time when he left.

20   Q.   The second time he stayed at your house, how many days did

21   he spend at your house?

22   A.   Maybe a week.  Maybe ten days.

23   Q.   So a total of approximately two to three weeks at your

24   house?

25   A.   Uh-huh.  Yes.
```

1    Q.   And then you decided to make the third trip?

2    A.   Yes.  He asked me if I'd go back with him.

3    Q.   Well, he did a little more than that, didn't he?  He asked

4    you to come back there to be like a mother to the children.

5    Correct?

6    A.   In December, he asked me if I'd consider coming and moving

7    in --

8    Q.   Okay.  And --

9    A.   -- and being a female figure.  He thought it was healthy

10   for the boys.

11   Q.   After you gave it some thought, you agreed that you were

12   going to do that.  Correct?

13   A.   No.  I did not agree.  I said I'd think about it because to

14   move to -- Haiti is not like a resort place.  It's a very hard

15   place and a lot of hard work and a lot of poverty.  It takes a

16   lot of thought to make that kind of decision.

17   Q.   And, eventually, your original plan on going the third time

18   was to be the mother figure.  Correct?

19   A.   No.  To accompany him, because he asked me if I would go

20   back and just help him with the boys and, I assumed, to do more

21   Bible study and maybe he was going to talk more about it.  But

22   he didn't mention it.

23   Q.   Well, you made some arrangements, did you not, for someone

24   to take care of your businesses in the United States?  Correct?

25   A.   Yes.

```
 1  Q.   In fact, you made some arrangements so that, in the event

 2  you stayed for an extended period of time, that someone could

 3  run your businesses.  Right?

 4  A.   Yes.

 5  Q.   And you taught that person, did you not --

 6  A.   Yes.

 7  Q.   -- the business -- your business?

 8  A.   Yes.

 9  Q.   That person that you taught happened to be related to Bill

10  Carter.  Correct?

11  A.   Yes.

12  Q.   Happened to be his sister?

13  A.   Yes.

14  Q.   Okay.  And you taught her how to run the apartment -- I

15  think you said you owned an apartment house.

16  A.   And a rooming house.

17  Q.   And a rooming house?

18  A.   Yes.

19  Q.   You explained the bookkeeping involved?

20  A.   Yes.

21  Q.   Bills you had to pay.  Right?

22  A.   I had taken care of all that before I left.

23  Q.   Okay.  And you explained to her in detail the duties that

24  she would have to --

25  A.   Yes.
```

 1          MS. MEDETIS:  Objection.  Relevance.

 2          THE COURT:  Sustained.

 3   BY MR. ADELSTEIN:

 4   Q.  You then go back a third time.  And this is when you

 5   describe this event that you just described to the jury, I

 6   believe, of --

 7   A.  Yes.

 8   Q.  -- allegedly seeing Mr. Carter naked and somebody

 9   screaming, "No.  No.  No."  That's the trip we're talking

10   about.  Right?

11   A.  Yes.

12   Q.  Now, you told the jury that you didn't say anything to

13   anybody because you were in a foreign country.  Correct?

14   A.  Yes.

15   Q.  You did, did you not, have access to a -- let me make sure

16   I've got it right now -- a cell phone belonging to a principal

17   of a local school at this time?  Correct?

18   A.  Yes.

19   Q.  Okay.  A local school in Haiti?

20   A.  Haiti.

21   Q.  Did you bother to make a call to anyone, since you had this

22   cell phone, to report this alleged incident?

23   A.  No.  I didn't need to because my daughter had been informed

24   by someone in Haiti that --

25   Q.  Don't tell me about what your daughter was informed because

```
 1    then there will be an objection.  It's hearsay.  And I don't

 2    want to get in trouble with the Judge.

 3    A.   No.  No.

 4    Q.   Okay?

 5    A.   Yes.

 6    Q.   But you did not use that phone to call anybody?

 7    A.   No.

 8    Q.   Now, you then, when you come back into the United States,

 9    contact law enforcement.  Correct?

10    A.   Yes.

11    Q.   You, in fact, get interviewed by law enforcement?

12    A.   Yes.

13    Q.   Concerning that?

14    A.   Yes.

15    Q.   In fact, you are interviewed, according to the report I

16    see, September 15th --

17              MS. MEDETIS:  Objection, your Honor.  Referencing --

18              THE COURT:  Sustained.

19              Rephrase your question.

20              MR. ADELSTEIN:  Yes, ma'am.

21    BY MR. ADELSTEIN:

22    Q.   You then are interviewed, are you not, on September 15th,

23    2005, by some federal agents?  Correct?

24    A.   June.

25    Q.   June of 2005?
```

1    A.   Yes.

2    Q.   Okay.  And you tell those agents -- let me see if I can get

3    your exact words --

4              MS. MEDETIS:  Judge, objection.

5              THE COURT:  Sustained.

6              Rephrase your question.

7              MR. ADELSTEIN:  Yes, ma'am.

8    BY MR. ADELSTEIN:

9    Q.   You tell those agents in June of 2005 that you did not

10   observe anything inappropriate in your trip to Haiti.  Correct?

11   A.   Repeat that again, please.

12   Q.   Yes, ma'am.

13        You tell those agents in June of 2005 that you did not

14   observe anything inappropriate.  Correct?

15   A.   Yes.

16   Q.   You tell those agents at that time when they interview you

17   that not only did you not observe anything inappropriate, but

18   you did not hear any sounds that were inappropriate.  Correct?

19   A.   Wrong.

20   Q.   Wrong?  Okay.

21        Do you remember the name of the agent you spoke to in 2005?

22   A.   I'm not sure, but I think it was Michael Phillips.

23   Q.   Okay.  And Michael Phillips was represented as an agent of

24   the Federal Government.  Correct?

25   A.   Homeland Security in Detroit.

```
 1    Q.   Okay.  And from 2005, when is the next time you are

 2    contacted by any law enforcement agent of the Federal

 3    Government?

 4              MS. MEDETIS:  Objection.  Relevance.

 5              THE COURT:  Sustained.

 6    BY MR. ADELSTEIN:

 7    Q.   Did any federal agent contact you after that interview with

 8    you back in June of 2005?

 9    A.   No, sir.

10    Q.   And that's the last you heard of it until this case.

11    Correct?

12              MS. MEDETIS:  Objection.

13              THE WITNESS:  Until last year.

14              THE COURT:  Sustained.

15              MR. ADELSTEIN:  Could I have one moment, your Honor?

16              THE COURT:  Yes.

17    BY MR. ADELSTEIN:

18    Q.   There was, was there not, a period of time that you were

19    treated and considered to be Mr. Carter's lady?  Correct?

20    A.   No.

21    Q.   Since 2005, have you had any other contact with any other

22    residents at Morning Star?

23    A.   No.

24              MR. ADELSTEIN:  Thank you very much.

25              Nice meeting you.
```

1           THE WITNESS:  You're welcome.

2           THE COURT:  Redirect?

3           MS. MEDETIS:  Nothing further, your Honor.

4           THE COURT:  You may step down, ma'am.

5           Is this witness excused?

6           MS. MEDETIS:  Yes, your Honor.  The Government would

7   excuse this witness.

8           THE COURT:  She's excused.

9           (Witness excused.)

10          THE COURT:  Call your next witness.

11          MS. MEDETIS:  Your Honor, the Government would call

12  Stephen Xxxxx.

13          MR. HOROWITZ:  Judge, if I may, a curative

14  instruction --

15          THE COURT:  I can't hear you, Mr. Horowitz.

16          MR. HOROWITZ:  Sorry, Judge.

17          If we may, we're going to need a curative instruction

18  with this witness -- or a limiting instruction.  I apologize.

19          MR. ADELSTEIN:  Can we approach?

20          THE COURT:  Come on up.

21          (Whereupon, the following proceedings were had at

22  side-bar outside the presence of the jury:)

23          THE COURT:  Yes.

24          MR. HOROWITZ:  Judge, the testimony, I believe, of at

25  least the next four witnesses deal with events from Great

```
 1    Britain in the mid-1970s.

 2            So we'd ask for a limiting instruction for his

 3    testimony as well as -- I think there's like three XxXxxxx

 4    brothers that the Government is going to call as well.

 5            MS. MEDETIS:  The Government has no objection.

 6            THE COURT:  So I'll give the same limiting instruction

 7    I gave previously.

 8            MR. HOROWITZ:  Judge, we would renew our objection to

 9    this testimony under Federal Rule of Evidence 412, 413 and 414

10    and just have a standing objection.

11            THE COURT:  All these witnesses are covered by my

12    order.  Correct?

13            MS. MEDETIS:  These witnesses are -- relate to

14    Rules 413, 414 and 404(b).

15            THE COURT:  They're covered by my order.

16            MS. MEDETIS:  Yes, Judge.

17            MR. HOROWITZ:  Yes, your Honor.

18            I'd just have a standing objection to this witness as

19    well as the three XxXxxxx brothers who are going to testify

20    after this witness.

21            THE COURT:  So I adopt my rulings and the analysis in

22    the omnibus order.

23            (Whereupon, the following proceedings were had in open

24    court:)

25            STEPHEN XXXXX, GOVERNMENT WITNESS, SWORN
```

S. Xxxxx - DIRECT - By Ms. Medetis                    121

```
 1              THE COURT REPORTER:  Thank you, sir.  You may be

 2     seated.

 3              Please state your name for the record and spell the

 4     first and last names.

 5              THE WITNESS:  Stephen Xxxxx, p-h.

 6                        DIRECT EXAMINATION

 7     BY MS. MEDETIS:

 8     Q.   May I call you Stephen?

 9     A.   Please.  You can.

10     Q.   Good afternoon, Stephen.

11     A.   Good afternoon.

12     Q.   Could you please tell us when you were born.

13     A.   3rd of the 10th, '63.

14     Q.   The third of the 10th month, 1963?

15     A.   Correct.

16     Q.   By "the 10th month," do you mean October?

17     A.   October.  Sorry.  Yes.  So the 3rd of October, '63.

18     Q.   And where were you born?

19     A.   In London.

20     Q.   And where do you live now?

21     A.   Pardon?

22     Q.   Where do you live now?

23     A.   Still in London.

24     Q.   What is your first memory of where you lived when you were

25     growing up?
```

 1    A.   I stayed in a convent in St. Anthony's, with the nuns.

 2    That's my first memory, me and my brother.

 3    Q.   And your brother:  Is he older or younger than you?

 4    A.   He's older.

 5    Q.   Why were you living in St. Anthony's Convent?

 6    A.   We were taken away from my mother.  My father was a pimp

 7    and my mother was a prostitute.  So they took us away and put

 8    us into a convent with nuns.

 9    Q.   And where was St. Anthony's Convent?

10    A.   Oldershaw.

11    Q.   "Oldershot"?

12    A.   "Oldershaw."

13    Q.   And what's the nearest city to Oldershaw?

14    A.   I don't know.

15    Q.   What country is this in?

16    A.   Oh, sorry.  England.  London.  Yeah.

17    Q.   Do you know how long you lived at St. Anthony Convent in

18    Oldershaw?

19    A.   Roughly until I was 8.  8.  We left.

20    Q.   And where did you go when you were 8?

21    A.   We went to another children's home Earlsfield House, which

22    is in London.

23    Q.   Did you say Earlsfield House?

24    A.   Earlsfield House.

25    Q.   Who did you with there?

```
 1   A.   With my brother, Robert.   Robert Xxxxx.

 2   Q.   And how long did you stay there?

 3   A.   Probably for a year, I think.   A year or a bit more.   A

 4   year and a bit.   Just over.   Yeah.

 5   Q.   And when you moved out of that second home, where did you

 6   move to?

 7   A.   To 177 Blackshaw Road.

 8   Q.   And where was 177 Blackshaw Road located?

 9   A.   In London, but just down the road from Earlsfield.   Not far

10   from it.

11   Q.   And did you go there with your brother?

12   A.   Yes.

13   Q.   And what kind of place was Blackshaw Road?

14   A.   It was a children's home, but it was just boys.   Boys only.

15   Q.   How many boys, approximately, lived there with you?

16   A.   Up to about 20, I think, if not -- around about there.

17   About 20-something.

18   Q.   And approximately how old were the boys that lived there

19   with you?

20   A.   From -- I think from 10 upwards they went.

21   Q.   Do you know a man named Bill Harcourt?

22   A.   I do.

23   Q.   And do you see him in the courtroom today?

24   A.   I do.

25   Q.   Could you please point to him and describe what he's
```

 1    wearing.

 2    A.   He's wearing a white shirt.  He's sat over there.

 3           MS. MEDETIS:  Your Honor, if the record could reflect

 4    the witness having identified the witness as Bill Harcourt.

 5           THE COURT:  It will so reflect.

 6    BY MS. MEDETIS:

 7    Q.   Stephen, can you please tell the ladies and gentlemen of

 8    the jury where you met the Defendant.

 9    A.   I met him in my -- in the children's home where I went,

10    177.  That's where I first come across him, when he was there.

11    Q.   And what did he do there?

12    A.   He was working there, but he wasn't a member of staff.  He

13    was like second in charge.  So you have staff.  Then you have

14    someone second in charge.  Then you have somebody who's totally

15    in charge.  What they say kind of goes.  And he's --

16    Q.   I'm sorry to interrupt you.

17    A.   -- he was second in charge.

18    Q.   And who was first in charge?

19    A.   A man called Mr. Usher.

20    Q.   Mr. Usher.

21         And do you know where the Defendant lived when you met him

22    at Blackshaw Road and he was second in charge?

23    A.   Yeah.  On the premises.  On both ends of the house, there

24    were like flats for -- one was Mr. Asher's flat for him and his

25    wife and the other one, Harcourt stayed.  That was his

1   residence.  So he lived in -- in the home.

2   Q.   And was the Defendant's flat attached to the Blackshaw Road

3   house where you lived?

4   A.   Yes.  It was attached.  Because upstairs it had two fire

5   exits on both ends of each flat.  So if there was a fire in the

6   home, the kids could be taken to either end.  But you went

7   downstairs into a garden.

8   Q.   So there were two fire exits at either end of the hallway?

9   A.   Yes.

10  Q.   And could you access the Defendant's flat or apartment from

11  the fire exit?

12  A.   Yes.

13  Q.   And on what floor of Blackshaw Road were these fire exits?

14  A.   They were both upstairs, up on the second floor.

15  Q.   And where did the boys sleep at Blackshaw Road?

16  A.   We slept in dormitories, but different sizes.  Some had

17  four bedrooms.  Some had three.  Some had two.  There was a

18  couple with just one.

19  Q.   And on what floor of Blackshaw Road did the boys sleep?

20  A.   The second floor.

21  Q.   And when you say that the dorms had -- sometimes had four

22  bedrooms or one bedroom, were all the boys in one room, if

23  there were four boys in there, or did they have separate rooms?

24  A.   No.  It would be four of us in one room and there'd be

25  three in another.  So that would be, say, eight people, but --

1    and so on.  Then there'd be twos and then ones, like I said.

2    In my dorm, it was four of us.

3    Q.  Did the Defendant -- did you ever see the Defendant access

4    the boys' dormitories from the fire exit leading to his flat?

5    A.  Not from there.  I never see him come -- because, see, even

6    though he had -- there was another door to the side, which was

7    his door, which he had a key.  So he could grab a key.  The

8    fire exits were there.  Do you know what I mean?

9        If the alarms did go off, then you could just break a glass

10   and pull a handle and it would lead to the back stairs, which

11   would take you straight out.

12   Q.  And based on your observations of the Defendant, what kinds

13   of things did he do as second in command at Blackshaw?

14   A.  He just helped -- well, he was meant to help run it.  If

15   Mr. Usher weren't there, he could arrange trips or say wherever

16   we could go swimming or take us out.  We had a green van.

17       We could go out and he could -- we would have to ask him.

18   If Mr. Usher weren't there, he'd say it was okay to take us

19   swimming or to the pictures or whatever.  But it was almost --

20   Q.  I'm sorry.

21       Did you say the Defendant had a green van?

22   A.  No.  The home had a green van.

23   Q.  Okay.  Did there ever come a time while you were living at

24   Blackshaw when the Defendant touched you in any sexual way?

25   A.  Yeah, there was.

S. Xxxxx - DIRECT - By Ms. Medetis          127

```
 1   Q.   Could you please tell the jury about that.

 2   A.   Well, when we were downstairs -- in the front room, we had

 3   a television room.  It was just black and white televisions.

 4   We only had the one.

 5        Harcourt, he got himself a color television.  And a lot of

 6   the boys were crazy on football, which I weren't too bothered

 7   about the football.

 8        He used to come down and say everyone go up to his house --

 9   to his flat and watch the football, which, like I say, I never

10   bothered because I could stay and watch what I wanted to on the

11   television.

12        But then after, say, a few weeks, people stopped going.

13   They didn't want to go up there.  They just started staying

14   downstairs and were happy to watch the black and white TV.  But

15   he would come down and instruct us and say we were to go up to

16   his room and watch the telly.

17        So on this particular day, I still was just putting around,

18   not going up, and he came down and told me to go up to the room

19   to watch the telly, which I was a bit reluctant, but then I did

20   go -- I went up.

21   Q.   I'm sorry, Stephen.

22        Who told you to go up?

23   A.   Harcourt.

24   Q.   And did you go up?

25   A.   Yeah.  Yes, I did.
```

1    Q.   And then, when you went up, what happened?

2    A.   When I went into the room, it's like all the boys were

3    sitting on the floor all round staring at the television.   In

4    the middle of the room was a chair just like a -- one big

5    armchair.   It just went like that with a kind of big back.

6         And there was no one sitting there.   He sat there and there

7    was nowhere for me to sit.   He said, "Come sit here," you know,

8    with him, which I was going to sit on the side.   But as I went

9    to sit down, he pulled me over and sat me on his lap.

10   Q.   And then what happened after he sat you on his lap?

11   A.   Everyone was just staring at the TV.   And nobody, nobody,

12   turned around.   But he got a cushion and he placed it on top of

13   my crotch, just on top of my thing here.

14        And then he just -- and then, as the football was playing,

15   he just started to play -- rub me on me cock through my

16   trousers.

17        After that, he started to undo my trousers and put his

18   hands into my pants and was just playing with me cock, just

19   while everybody else was watching the telly.

20        At the time, it was like -- it's like no one turned around.

21   No one made any jokes about it.   It was just like -- I just sat

22   there, kind of froze.   I didn't know -- my heart was just

23   beating like crazy, you know.

24        I just watched the telly and just let him carry on until

25   the football kind of finished and then everyone started to get

 1    up and go, which in that sense I just got up, leaped up, and

 2    left the room with everyone else.

 3    Q.   You said the Defendant -- when the Defendant was touching

 4    your cock, do you mean your penis?

 5    A.   Yes.

 6    Q.   And when the Defendant was touching your penis, did he say

 7    anything to you?

 8    A.   No.  He was just breathing heavy.  He was just....

 9    Q.   Did the Defendant ever do that to you again at Blackshaw

10    Road?

11    A.   Yeah.  Yes, he did.

12    Q.   And approximately how many times, if you can remember, did

13    the Defendant put you on his lap and touch your penis under

14    your clothing?

15    A.   No.  That was that one time.  The other time was when --

16    that was just the one time.  But the other time is when I --

17    the cream.

18         I had like a scabies thing, like a rash on my body.  In

19    those days, they took you to like a hospital.  The nurses would

20    give you a bath.  It's like a special water or something like

21    that.

22         But then afterwards they would cream you from your feet to

23    up onto your neck.  This cream used to be -- kind of like burn

24    a bit.  But then I had to be creamed twice a day until the rash

25    had gone or until the thing had gone.

S. Xxxxx - DIRECT - By Ms. Medetis                    130

```
 1    Q.   So you had developed sort of skin condition?

 2    A.   Yes.

 3    Q.   And you went to the doctor?  Is that where you went?

 4    A.   It was like a doctor.  They took us to -- it's like a

 5    hospital, I suppose.  But inside was just like baths, different

 6    units, like bathing places, which in there they bathed me.  I

 7    think it was kind of like a bed of water.

 8    Q.   After they bathed you and they applied cream to you, what

 9    happened after that?

10    A.   I went back to the home with a massive pot of cream.  It

11    was put into the office.  I never had it.  It was put into the

12    office.  I was instructed I had to be creamed twice a day, in

13    the morning and night.

14    Q.   And when you say you had to be creamed, do you mean someone

15    had to apply the cream to your body?

16    A.   Yeah.  Yes.  Right down to -- to my feet.

17    Q.   Okay.  Did anybody apply the cream to your body when you

18    got back to Blackshaw?

19    A.   Yeah, they did.

20    Q.   Who did that?

21    A.   Harcourt.

22    Q.   And can you tell the ladies and gentlemen of the jury what

23    the Defendant did when he applied the cream.

24    A.   Just stand me naked after the bath and work the cream from

25    my body upwards.  But he would do it, but he would spend a lot
```

```
 1   of time creaming around my genitals and me cock, most of it.
 2        But he did do the cream.  But he used -- it happened until
 3   the cream had gone.  But on one -- one of the creaming -- once
 4   when he was creaming, he just bent down and just kissed me just
 5   around my stomach, I mean, just -- yes.
 6   Q.   Did he kiss you anywhere else?
 7   A.   Just -- on my willie, but nothing heavy, you know, just --
 8   just....
 9   Q.   Did he kiss your penis?
10   A.   Yes.
11   Q.   And how many times a day did the Defendant do this?
12   A.   He creamed me twice a day.  But I can't recall how long.
13   Till the cream had gone, until it had finished, kind of like.
14   Q.   And where would the Defendant apply the cream?  Where in
15   Blackshaw Road were you when the Defendant applied the cream?
16   A.   At the end of the corridor, in his flat.
17   Q.   After the creaming incident that you just described, did
18   the Defendant do anything else sexual to you at Blackshaw Road?
19   A.   Yes, he did.  He -- no.  Sorry.  I wasn't too sure if it
20   was at Blackshaw.  It was at Bromley.  When he left Blackshaw,
21   he went to Bromley.
22   Q.   Is that Bromley?
23   A.   Bromley.  Sorry.
24   Q.   Did you ever tell anybody at Blackshaw Road what the
25   Defendant had done to you?
```

1    A.   One day, I run away with another boy called Dennis Xxxxxxx.

2    We run away.  It must have been just for a night.  It was

3    winter out.  So it was cold.  Come morning, we were so hungry,

4    we had to go back.

5        When we went back to the children's home, we had like five

6    minutes to get ready to come down to the office to see

7    Mr. Usher, who was in charge, to explain why we had run away,

8    what for.

9        So when we were down there, I told Mr. Usher.  I said, "I

10   think Harcourt's queer."  That's what I told him.

11       And as I said that, he smashed me across me face to the

12   floor.  I hit the floor.  I remember him saying, "Do you know

13   what -- what allegations you can do -- making allegations like

14   that could do to a man's career?"

15       And so that scared me.  That shook the life out of me, that

16   hit.  After that, I never said nothing.  I just clammed up.

17   But....

18   Q.   Stephen, how old were you when the Defendant was doing

19   these things to you, approximately?

20   A.   About 11.

21   Q.   Who is Dennis Xxxxxxx?

22   A.   Dennis was just another boy, one of the boys who come

23   across Bill.

24   Q.   You said that Bill left and went to Bromley.

25       Why did he leave Blackshaw?

1        MR. ADELSTEIN:  Objection.

2        THE COURT:  I'm sorry?

3        MR. ADELSTEIN:  Objection.

4        THE COURT:  Sustained.

5   BY MS. MEDETIS:

6   Q.   When the Defendant left Blackshaw, where did he go?

7   A.   He went to Bromley.

8   Q.   What was Bromley?

9   A.   Another children's home.

10  Q.   And did you ever visit the Defendant there at the

11  children's home?

12  A.   Yeah.  He took me and my brother there.

13  Q.   And what was -- what was the Defendant's role at the

14  Bromley children's home?

15  A.   He had now become superintendent.  He was in charge of the

16  home, he himself.

17  Q.   When you went to visit the Defendant at Bromley, where were

18  you living?

19  A.   In the end, in the ambit, in the building where he used to

20  live.

21  Q.   Were you still at the Blackshaw home -- living at the

22  Blackshaw home?

23  A.   Yeah, I was.  Yes, we were.

24  Q.   And how did you get to Bromley?  Who brought you there?

25  A.   He turned up in the car and took us.

1    Q.   The Defendant did?

2    A.   Yeah.

3    Q.   And what happened after the Defendant took you and your

4    brother to Bromley?

5    A.   That's the night when -- he used to come in.  He used to

6    pull you by your ankle out of the bed.  Me and my brother were

7    sharing a bed.  He took my by my ankle.

8         I remember because the light was really kind of blinding

9    me, kind of like -- you know when you're not sure because

10   you've been woken up.

11        I think it was bright.  But I knew, anyway, roughly what it

12   was going to be about, but not quite.

13   Q.   And so what happened when you were pulled by your ankle?

14   A.   He took me into a -- by then, bu the wrist into a bathroom,

15   which --

16   Q.   Took you by the wrist, you said?

17   A.   Yes.

18        -- into a bathroom, which there -- he was wearing a

19   dressing gown, which he took me pajamas off and he opened his

20   dressing gown.  By then, my heart was beating like crazy.  I

21   was just literally froze.

22        And he got a hold of my hand and put it around his penis

23   and he just -- I couldn't still do nothing.  He put his hand

24   over my hand and just started pulling his hand up and down, up

25   and down, until he spunked all over me.

1        I remember that because it scared the life out of me.  I

2    had never seen that kind of thing in my life.

3    Q.  I'm sorry.  What did he do?

4    A.  He held my hands around his penis and just kept guiding it

5    up and down, up and down, until he spunked.

6    Q.  Did he ejaculate?

7    A.  Ejaculate.

8    Q.  And what happened then?

9    A.  It went over me chest and me face and I just shitted and I

10   jumped up to the bath and tried to push into the corner of the

11   wall, that kind of thing.  And that was -- that was roughly it.

12   Q.  What happened after you pushed yourself into the corner?

13   A.  He just turned me around, got into the bath and cleaned up,

14   just water, just cleaned up.  The next thing, I was back -- put

15   my pajamas back on and I was back with my brother, back to

16   where I started.

17   Q.  At any time while you knew the Defendant, did you ever see

18   the Defendant pull any other boys out of the room?

19   A.  No.  No.  Just -- I heard him come in because we were in --

20   shared a four.  I would just always keep my eyes shut.  I just

21   didn't want to know it was -- except for one time with my

22   brother.

23        After leaving for a little bit, he held onto me, my

24   brother, and I just totally ignored him, just pretended to be

25   asleep.  He was holding me and just letting go kind of thing.

1        So Rob went and then he returned after.  And he never spoke

2    about it to me.  We didn't say anything to each other.  In

3    fact, none of the boys said anything to anyone all through the

4    home.  We just -- just kept quiet.  No one said nothing.

5    Q.  Your brother's name is what?

6    A.  Robert Xxxxx.

7    Q.  Robert.

8        And you were saying that he was holding on to you?

9    A.  Yeah.  Because where he took us, we somehow was just

10   sharing a bed, in the same bed.

11   Q.  Why was he holding onto you?

12   A.  Because he --

13           MR. ADELSTEIN:  Objection.

14           THE WITNESS:  He knew --

15           THE COURT:  Sustained.

16           Rephrase your question.

17   BY MS. MEDETIS:

18   Q.  What was happening that caused your brother to hold onto

19   you?

20   A.  The fear of Rob knowing that Bill was going to take him and

21   abuse him.  That's my belief.

22           MR. HOROWITZ:  Objection.

23           MR. ADELSTEIN:  Objection.

24           THE COURT:  Sustained.

25           MR. HOROWITZ:  Move to strike the testimony, your

 1   Honor.

 2              THE COURT:  The motion to strike is granted.

 3              The jury is instructed to disregard the last statement

 4   of the witness.

 5   BY MS. MEDETIS:

 6   Q.  As your brother was pulling on you and holding onto you,

 7   what was the Defendant doing?

 8   A.  Nothing.  Just pulled him away.  And I just lay there, with

 9   my eyes shut, pretending I was sleeping.

10   Q.  Stephen, how old were you when you had to visit the

11   Defendant at the Bromley house, approximately?

12   A.  Probably 11 when he started this.  About -- when I got to

13   Blackshaw, I don't know.  Probably 12.  12, maybe, 12 1/2.  I

14   don't sure of the dates, because it was so long ago.  But I

15   won't forget what he done.

16              MS. MEDETIS:  The Government tenders this witness,

17   your Honor.

18              THE COURT:  Ladies and gentlemen of the jury, you've

19   just heard evidence of alleged acts of the Defendant on other

20   occasions that may be similar to the acts charged in the

21   indictment.

22              You may consider this evidence for any matter to which

23   it is relevant, including the Defendant's disposition or

24   propensity to commit the offenses charged in the indictment.

25              It is up to you to determine what weight, if any, such

 1   evidence deserves.  You are cautioned, however, that the

 2   Defendant is not on trial here for any acts not alleged in the

 3   indictment.

 4          You may proceed with cross-examination.

 5                      CROSS-EXAMINATION

 6   BY MR. HOROWITZ:

 7   Q.  Good afternoon, Mr. Xxxxx.  How are you?

 8   A.  Fine.  Thank you.

 9   Q.  Mr. Xxxxx, you were born in 1963.  Correct?

10   A.  Correct.

11   Q.  That would make you, come this October, 50 years old.  Is

12   that correct?

13   A.  I do believe so.

14   Q.  The events you're testifying about, you've told this jury

15   that you were 11 or 12.  Is that a fair statement?

16   A.  Yeah.  Going on.

17   Q.  So we're talking about 1974?

18   A.  Basically.  Dates are no good to me.  I'm dyslexic.  Always

19   have been.  I couldn't tell you when my girds were born, when

20   their birthdays are.  I can't tell you what the dates are.  But

21   I can tell you definitely what happened to me.

22   Q.  Because of your dyslexia, what type of problems does that

23   cause you?

24          MS. MEDETIS:  Objection.  Relevance.

25          MR. HOROWITZ:  It's in response to the witness's last

1    answer.

2              THE COURT:  Overruled.

3    BY MR. HOROWITZ:

4    Q.  Do you need me to repeat the question?

5    A.  Repeat it.

6    Q.  Mr. Xxxxx, what type of problems does your dyslexia cause?

7    A.  It was hard at school.  That's all.  Hard to -- just my

8    reading and my writing and dates.  Just things like that.

9    Q.  How about your memory?

10   A.  Memories is poor, but good.  You know what I mean?  It all

11   depends.

12   Q.  Over the years, has your dyslexia gotten better or worse?

13   A.  I would say probably, to me, it feels like it's stayed the

14   same.

15   Q.  Now, the events that we're talking about back in -- almost

16   40 years ago.  Is that right?

17   A.  Yeah.

18   Q.  We're talking about the 177 Blackshaw Road.

19   A.  Uh-huh.

20   Q.  Now, 177 Blackshaw Road was a home that was operated by the

21   Government; was it not?

22   A.  It was indeed.

23   BY MR. HOROWITZ:

24   Q.  And at that time, Mr. Harcourt, who you've testified is

25   Bill Harcourt, he worked for the British Government; did he

 1   not?

 2   A.   He did indeed.

 3   Q.   And this home at Blackshaw Road:  It was not a permanent

 4   residence for you, was it?

 5   A.   What home?  Because no home was a permanent residence to

 6   me.

 7   Q.   Well, Blackshaw Road was more of a home where they

 8   evaluated you to see where they're going to send you down the

 9   road.

10   A.   It seems like -- he seems to know better than me about how

11   the home was run.  If you say it was, I believe you.

12   Q.   Let me ask you, how long were you at Blackshaw Road?

13   A.   I don't know.  By the time I got to my last home, Saiwood,

14   I was about 13 when I got there.

15   Q.   So due to your unfortunate situation growing up, you were

16   basically in and out of these homes until you became an adult.

17   Is that a fair statement?

18   A.   That's true.  I was.

19   Q.   And you were in maybe 30, 40 or even more of these homes.

20   Is that a fair statement?

21   A.   No.  That's not right.

22   Q.   How many of these homes were you in?

23   A.   Four.  Five.  The last one was a boarding school.

24   Q.   But the home at 177 Blackshaw Road, you were only there for

25   a very short period of time.  Is that true?

 1    A.   I didn't think it was a short time.

 2    Q.   Was it more than a month?  More than two months?

 3    A.   Yeah.  Of course it was.

 4    Q.   Blackshaw Road was designed for you to be there only six to

 5    eight weeks so you could be evaluated and sent somewhere else

 6    on a more permanent basis.

 7    A.   For you --

 8              MS. MEDETIS:  Objection.  Calls for speculation.

 9              MR. HOROWITZ:  If the witness --

10              MS. MEDETIS:  Objection.  Asked and answered.

11              THE COURT:  Sustained.

12    BY MR. HOROWITZ:

13    Q.   Do you know if --

14    A.   You've got that wrong.

15    Q.   I'm sorry?

16    A.   I think you've got that wrong.

17    Q.   Now, you've stated that Mr. Harcourt lived in a flat that

18    was attached to the Blackshaw Road home.  Is that correct?

19    A.   That is correct.

20    Q.   And back in the early 1970s, he had the only color TV in

21    that area.  Correct?

22    A.   Not in the area.  In that children's home.

23    Q.   In that children's home.  Correct?

24    A.   That's it, to my knowledge.  But, then again, Mr. Usher

25    could have one.  But no one went in Mr. Usher's flat.  Not me.

```
 1   Q.   No one went into Mr. Usher's flat?

 2   A.   No one ever met in there.  The only people that went was

 3   into Bill's place.

 4   Q.   Bill, as you refer to him, allowed all the children in the

 5   home to come up and watch TV?

 6   A.   Yeah.

 7   Q.   And all the children in the home at this time were about

 8   20.  Is that correct?

 9   A.   Roughly.  I suppose so.

10   Q.   And of the 20, almost all of them loved football.  Right?

11   A.   Yeah.  The majority of them.  There was only a few that

12   didn't.

13   Q.   You were one of the ones that didn't.  Correct?

14   A.   Yes.  Correct.

15   Q.   So when -- we say football, since we're in the United

16   States.

17        We're talking about soccer.  Is that correct?

18   A.   Soccer.

19   Q.   And when you went up that day to watch football, you were

20   not the only child that was up in that room.  Correct?

21   A.   No.  Correct.  I wasn't the only child.

22   Q.   There were more than 10; were there not?

23   A.   There was indeed.

24   Q.   More than 15?

25   A.   Probably, about.  I don't know.  At the time, maybe.
```

1    Q.   Almost all the boys were there; were they not?

2    A.   What I can say is there was no room to sit anywhere on the

3    floor at all.  Every boy had took their space on that floor

4    because they knew what Bill was about.

5    Q.   And despite more than 15 boys being in that room, it's your

6    testimony that in front of all of these boys, Bill had you sit

7    on his lap.  Correct?

8    A.   I'm telling you, that's right.

9    Q.   And it's your testimony, despite there being more than

10   15 boys in this room, that Bill took the cushion and put it

11   over your lap.  Correct?

12   A.   Yeah.

13   Q.   And it's your testimony that your pants were unzipped; were

14   they not?

15   A.   Yeah.

16   Q.   And the actions that you described took place.  Correct?

17   A.   Correct.

18   Q.   In front of about the same number of people as this jury?

19   A.   Probably.  Yeah.

20   Q.   And despite there being more than 15 people, it's your

21   testimony that 40 years ago no one noticed.  Is that correct?

22   A.   Everyone knew.  Everyone knew what was happening.  No one

23   turned around because -- I've told you before, no one.  No one

24   spoke about it.  Bill had loads of people in that home.

25   Q.   But in front of all these people this happened?

```
 1   A.   Yeah.   In front of all these people.   That's how ballsy he

 2   was.

 3   Q.   Now, the house that was opposite Blackshaw Road:   How far

 4   is that from Bromley?

 5   A.   I couldn't tell you.   All I know is you needed a car.   Bill

 6   can tell you.   Ask him.

 7   Q.   Did you go in a car?

 8   A.   Well, I didn't walk, did I?   I did go in a car.   I said I

 9   went in a car, four wheels, steering wheel.

10   Q.   Did you go in a car, sir?

11   A.   Four wheels, steering wheel.   Car.

12   Q.   Is that a "yes"?

13   A.   It's a "yes."

14   Q.   Who took you?

15   A.   Bill.

16   Q.   Now, at this time, you were basically in the custody of the

17   British Government.   Correct?

18        MS. MEDETIS:   Objection.   Calls for speculation.

19   BY MR. HOROWITZ:

20   Q.   If you know.

21        THE COURT:   Sustained.

22   BY MR. HOROWITZ:

23   Q.   You were not living at home with your parents, were you, at

24   this time?

25   A.   No.
```

 1   Q.   You were living in a home -- children's home?

 2   A.   That's correct.

 3   Q.   And it's your testimony that Bill was -- and this wasn't

 4   the home in Bromley, correct, where you were living at this

 5   time?

 6   A.   Blackshaw.

 7   Q.   You were still at Blackshaw.

 8        Did you have to be signed out?

 9   A.   No.

10   Q.   And it's your testimony that Bill took you and your brother

11   to the home in Bromley?

12   A.   That's correct.

13   Q.   What address was the home in Bromley located on?

14   A.   I don't know.  I just told you I don't know.  It was

15   Bromley.

16   Q.   How many times did you go to Bromley?

17   A.   I do believe twice.

18   Q.   Are you sure?

19   A.   Yeah.  Well, I do believe.  But yeah.

20   Q.   That means your not sure?

21   A.   It means I'm sure.  Because one time it was me what

22   happened and one time it was my brother.  That was on two

23   occasions.

24   Q.   Do you recall in 2009 that you spoke to a police detective?

25   A.   Yeah.

1   Q.   In London?

2   A.   Well, I recall going to the police.  But the date, yes.  If

3   you say 2009, then 2009.  But, yes, I did go to the police

4   station and I did make a statement.

5   Q.   And do you recall in 2009 the detective -- or the police

6   officer showed you a picture as to whether you could identify

7   the person that you were talking about?  Do you remember that?

8   A.   Correct.

9   Q.   And do you remember responding, "Yes, that's him, I

10  suppose"?  Do you remember that?

11  A.   No.  I said, "That's Bill Harcourt."

12  Q.   Have you had a chance to review the transcript of that

13  statement?

14  A.   What do you mean?

15  Q.   Have you ever seen it?

16  A.   No.  I've listened.

17  Q.   Have you listened to it?

18  A.   Yes.

19  Q.   In addition to being transcribed, your statement was

20  audiotaped?

21  A.   Audiotaped.  That's correct.

22  Q.   And because of your dyslexia, that helped you refresh your

23  memory; did it not?

24  A.   Well, no, not really.  I just listened.  I just listened to

25  the statement again.

1    Q.   And do you recall telling the detective after being shown

2    the picture, "Yes, it's him, I suppose"?

3    A.   I suppose?  I said -- "That's Bill," I said.

4    Q.   If you would say "I suppose" just like did you before,

5    you're not sure?

6    A.   No.  I am sure.  I'm not going to say it was someone else

7    when it weren't.

8         Why don't you stand up and tell the truth yourself.

9    Q.   The statement that you gave in 2009 to British authorities

10   was the first statement you ever gave.  Correct?

11   A.   No.  I went to one other police station and then Nigel come

12   after.  He got ahold of me.

13   Q.   When was that?

14   A.   I made -- the statement -- the first one I had made was in

15   another police station.  But then Nigel came after.

16            THE COURT:  Mr. Horowitz, let me interrupt you for a

17   moment.

18            Ladies and gentlemen, if you would step into the jury

19   room for one moment.

20            Do not discuss this case either amongst yourselves or

21   with anyone else.  It'll just be one moment, please.

22            (Whereupon, the jury exited the courtroom at 3:25 p.m.

23   and the following proceedings were had:)

24            THE COURT:  You can be seated.

25            Mr. Xxxxx, I want to make sure that you understand

 1  something, sir.  Okay?

 2          In the United States, no criminal Defendant is

 3  required to say anything or present any evidence.  Here in the

 4  United States, the Government has the burden of proving a

 5  defendant guilty beyond a reasonable doubt.

 6          So I want to make sure that you understand that and

 7  that you don't reference in your answers in any way --

 8          THE WITNESS:  Sorry.  What do you mean?

 9          THE COURT:  Don't refer in your answers in any way

10  about the Defendant saying anything.  He's not required to say

11  anything here.

12          Do you understand that?

13          THE WITNESS:  Fine.

14          THE COURT:  I'm not sure whether you were doing that,

15  but I want to make sure that you don't do that.  Okay?  So when

16  you answer the attorney's questions, just answer about what you

17  know, what you saw, what you heard and what's within your

18  knowledge.  Okay?

19          THE WITNESS:  Yes.

20          THE COURT:  No commentary about asking anybody else or

21  having anybody else say anything.  You're here to testify about

22  what you know.  Okay?

23          THE WITNESS:  Fine.

24          THE COURT:  Let's bring the jurors back in, please.

25          MR. HOROWITZ:  Judge, before the jury is brought back,

```
 1    could we approach side-bar, please, or excuse the witness?

 2            THE COURT:  Come on up.

 3            (Whereupon, the following proceedings were had at

 4    side-bar outside the presence of the jury:)

 5            MR. HOROWITZ:  Judge, I've been following the Court's

 6    rulings very specifically.  I haven't asked this witness

 7    anything about drug usage or about his -- some of his

 8    statements regarding burglaries that he's committed and things

 9    of that nature.

10            I need to tell the Court that we've had reports that

11    he's had drug usage not just at the time of these events, but

12    since and ongoing.  They've been the subject of motions.

13            I am just asking the Court for permission to inquire

14    into those areas.  I understand the Court's rulings and I

15    respect the Court's rulings.

16            THE COURT:  You're not alleging anything different

17    than what you've previously alleged in your written pleadings.

18    Correct?

19            MR. HOROWITZ:  No, other than the drug usage at the

20    time of the events as he was perceiving them, which would be

21    back in 1974, '75, '76.

22            THE COURT:  Do you have a good-faith basis for drug

23    usage during the time that he was experiencing these events

24    when he was 11 and 12?

25            MR. ADELSTEIN:  Yeah.  He was using in his
```

 1    statement --

 2              MR. HOROWITZ:  His statements.

 3              MR. ADELSTEIN:  -- during this period of time.

 4              THE COURT:  I'm sorry?

 5              MR. ADELSTEIN:  In his statements, he says he was

 6    using these drugs while he was at these various houses.

 7              MS. MEDETIS:  Your Honor, that's not our recollection

 8    of his recorded statement.  Our recollection of his recorded

 9    statement is that he was using after the fact, after he had

10    left -- or after the Defendant had left the 177 Blackshaw Road

11    as a teenager.  He started sniffing glue.  But that was well

12    after he had any sexual contact with the Defendant.

13              THE COURT:  Well, while the jury is out, you can ask

14    him if you want now.

15              MR. HOROWITZ:  Okay.  That's fine.

16              (Whereupon, the following proceedings were had in open

17    court:)

18              THE COURT:  Go ahead, Mr. Horowitz.

19    BY MR. HOROWITZ:

20    Q.  Mr. Xxxxx, the events that you're testifying about that

21    occurred during Blackshaw Road and, also, the incident

22    regarding the Bromley house:  During this time, you were using

23    drugs and alcohol; were you not?

24    A.  I wasn't.

25    Q.  Also, during this time, did you tell the detective that you

```
 1   were breaking into the Schweppes factory?

 2   A.  No, I didn't.

 3           THE COURT:  I don't think you need to go any further

 4   into that area.  You've gotten your answers about the prior

 5   area.  So the ruling stands.

 6           MR. HOROWITZ:  May I have just one moment, your Honor?

 7           THE COURT:  Yes.

 8           MR. ADELSTEIN:  35 and 36.

 9   BY MR. HOROWITZ:

10   Q.  Do you recall telling Detective Legg -- L-e-g-g -- that you

11   were sniffing glue while you were at Blackshaw Road?

12   A.  No.  That's not correct.  It weren't Blackshaw.  That was

13   after Blackshaw, when I was in Saiwood.

14   Q.  Do you recall telling Detective Legg -- question from

15   Detective Legg:  "Blackshaw, you were drinking as well?

16       "Answer" --

17           MS. MEDETIS:  Objection.  Asked and answered.

18   BY MR. HOROWITZ:

19   Q.  "Answer:  We could have been.  Kept robbing Schweppes --

20   that company Schweppes."

21       Detective Legg:  "You were only 12?"

22   A.  No.

23           THE COURT:  Well, rephrase your question,

24   Mr. Horowitz.  I don't know if you're talking about a burglary

25   or alcohol.
```

```
 1   BY MR. HOROWITZ:
 2   Q.   Do you recall telling Detective Legg, "Yeah, I know.  But
 3   we were getting beer and we were stacking them all around the
 4   gravestones"?
 5   A.   No.  That was just saying when we were out -- at nighttime
 6   we used to climb out -- out of the window onto the roof and
 7   drop down.  I suppose it was just a way of not being around at
 8   night.  So we stuck together.  So just to kill time, we used to
 9   do silly things.
10   Q.   But you were 12 years old at this time.  Correct?
11   A.   Correct.
12   Q.   So at age 12, you were drinking beer; were you not?
13   A.   No.  I wasn't drinking beer.  I said I was there.  I done
14   it.  I didn't drink it.  I didn't like alcohol or nothing.  It
15   was just something to do.  It was excitement.  At the time, it
16   was better than being stuck at home, waiting for him to come
17   down the corridors.
18   Q.   And Detective Legg said, "So you were drinking at
19   Blackshaw.  You sniffed gas at Blackshaw."
20   A.   No.
21   Q.   "Glue sniffing at Saiwood"?
22   A.   "Saiwood."
23   Q.   "Saiwood."  I apologize.  S-a-i-w-o-o-d.
24        What's Saiwood?
25   A.   It's another children's home.
```

```
 1    Q.   Were you at Saiwood before or after?

 2    A.   After.

 3              MS. MEDETIS:  Before or after what, your Honor?

 4              THE COURT:  Before or after what?

 5    BY MR. HOROWITZ:

 6    Q.   Before or after the incidents you've talked about at

 7    Blackshaw Road and Bromley.

 8    A.   Excuse me.  What's that?  Can you repeat.  What do you want

 9    me to say "yes" to?

10    Q.   Were you sniffing glue and drinking at Saiwood before or

11    after the incidents you've testified at Bromley and --

12    A.   It was after.  It's nothing to do with Blackshaw -- what

13    happened in Blackshaw.  Then I went to another children's home,

14    just like I left the convent.

15         I went somewhere else when I was in Saiwood, but then my

16    behavior had changed quite a bit.  But it was totally -- it was

17    a totally different home.

18    Q.   Did you tell the detective, "In Blackshaw, we were doing

19    cans of gas"?

20    A.   No.

21              MS. MEDETIS:  Objection.  Asked and answered.

22              THE COURT:  Overruled.

23    BY MR. HOROWITZ:

24    Q.   Do you recall the detective saying -- asking you, "As you

25    left Blackshaw?" and your response being, "Yeah.  We were
```

1    inside.  So when we were inside, we started glue sniffing.  I

2    mean, in Blackshaw, we were doing cans of gas" --

3    A.   No.

4    Q.   -- "more like deodorant, and you fold up a scarf and spray

5    it through a pair of socks.  You know what I mean?  Stupid

6    things."

7    A.   That was in Saiwood, not in Blackshaw.  All that started in

8    Saiwood, that glue sniffing, the gas.  That all started in

9    Saiwood.

10   Q.   So your testimony is, in Blackshaw, you did absolutely

11   nothing?

12   A.   Nothing.  No.  Nothing whatsoever.

13            THE COURT:  Are you ready for the jury?

14            MR. HOROWITZ:  Yes, your Honor.

15            MS. MEDETIS:  Your Honor, if I may, the Government is

16   not confident that the witness completely understood your

17   instruction and perhaps needs to be told in slightly more

18   simple terms that he cannot address the Defendant, he cannot

19   say on the stand "Why don't you ask him."  I think it needs to

20   be put in that way.

21            THE COURT:  Do you understand that, Mr. Xxxxx, that

22   you can't either talk to the Defendant through the attorney or

23   you can't answer a question saying, "Why don't you ask him?",

24   meaning the Defendant, Bill Harcourt?  Do you understand that?

25            THE WITNESS:  Yes.

```
 1            THE COURT:  You are here to testify only about what

 2   you saw, you heard, you know.  And I know it may be difficult

 3   for you to testify about these areas, but you need to testify

 4   only about what happened and not say things like, "Ask him,"

 5   "Why don't you have him stand up and talk," because here in

 6   America a defendant does not have to talk.  Okay?

 7            THE WITNESS:  Okay.

 8            THE COURT:  You understand?

 9            THE WITNESS:  Yeah, I do.

10            THE COURT:  Okay.

11            MS. MEDETIS:  Your Honor, will defense counsel be

12   permitted to inquire further into these areas that they just

13   inquired about in front of the jury?

14            MR. HOROWITZ:  We understand and respect the Court's

15   ruling.

16            THE COURT:  So you're not making any further argument.

17   Correct?  You're standing on --

18            MR. HOROWITZ:  Judge, my understanding is the Court

19   has ruled and -- as far as that area that we just inquired into

20   outside presence of the jury and I'll follow the Court's

21   ruling.

22            THE COURT:  Okay.  Let's bring the jurors in, please.

23            (Whereupon, the jury entered the courtroom at

24   3:37 p.m. and the following proceedings were had:)

25            THE COURT:  You may be seated.
```

```
 1                You are still under oath, sir.

 2                You may proceed, Mr. Horowitz.

 3   BY MR. HOROWITZ:

 4   Q.   Mr. Xxxxx, the first statements that you made to

 5   authorities was in the 1970s; was it not?

 6   A.   Probably.

 7                THE COURT:  I'm sorry, sir.  I can't hear you.

 8                THE WITNESS:  I'm sorry.

 9                Yes.

10   BY MR. HOROWITZ:

11   Q.   And you made these statements to the British police; did

12   you not?

13   A.   No.  I told Mr. Usher in charge back in those days, and I

14   told -- one day, I told my mother, on the weekend.

15   Q.   And you told Mr. Usher this; did you not?

16   A.   I did.

17   Q.   And your first statements to the British police and British

18   authorities were what -- were when?  I'm sorry.  When were

19   those statements first made?

20   A.   I don't know.  About a few years ago.

21   Q.   And Mr. Usher was Mr. Harcourt's superior; was he not?

22   A.   He was indeed.

23   Q.   And Mr. Usher was an employee of the British Government?

24   A.   I suppose he was.

25   Q.   And after you made these statements to Mr. Usher,
```

```
 1    Mr. Harcourt didn't get fired, did he?
 2    A.   I've told you, when I made that statement, I got punished
 3    for it.  Mr. Usher smashed me to the floor, I told you.
 4    Q.   Because he didn't believe you.  Correct?
 5              MS. MEDETIS:  Objection.  Calls for speculation.
 6              THE COURT:  Sustained.
 7    BY MR. HOROWITZ:
 8    Q.   In fact, Mr. Harcourt got promoted; did he not?
 9              MS. MEDETIS:  Objection.  Calls for speculation.
10              THE COURT:  Sustained.
11    BY MR. HOROWITZ:
12    Q.   His position at Blackshaw was assistant supervisor.
13    Correct?
14    A.   To me, he was second in charge.  That's all I know.
15    Q.   And his position at Bromley was first in charge; was it
16    not?
17    A.   That's correct.
18              MR. HOROWITZ:  No further questions.
19              Thank you, your Honor.
20              THE COURT:  Redirect.
21              MS. MEDETIS:  Nothing from the Government, your Honor.
22              THE COURT:  You may step down, sir.
23              (Witness excused.)
24              THE COURT:  Call your next witness.
25              MS. KANE:  The United States calls Peter XxXxxxx.
```

```
 1                PETER XXXXXXX, GOVERNMENT WITNESS, SWORN

 2              THE COURT REPORTER:  Thank you.  Please be seated.

 3              Please state your name for the record and spell your

 4    last name.

 5              THE WITNESS:  Peter XxXxxxx, X-x-X-x-x-x-x.

 6                          DIRECT EXAMINATION

 7    BY MS. KANE:

 8    Q.  Good afternoon, Mr. XxXxxxx.

 9    A.  Good afternoon.

10    Q.  Can I call you Peter?

11    A.  Yes.

12    Q.  Peter, when were you born?

13    A.  15th of December, 1959.

14    Q.  How old are you now?

15    A.  53.

16    Q.  Where are you from?

17    A.  London, England.

18    Q.  Where do you live now?

19    A.  In Kent, in England.

20              THE COURT:  I'm sorry, sir.  You have to keep your

21    voice up.

22              THE WITNESS:  Sorry.

23    BY MS. KANE:

24    Q.  Are you married?

25    A.  Yes.
```

```
 1   Q.   Do you have any children?
 2   A.   Three -- four.  Two from a previous marriage, but it's
 3   four.
 4   Q.   Are you employed?
 5   A.   Yes.
 6   Q.   What do you do?
 7   A.   I'm a painting decorator.  I own my own business.  Got
 8   people working for me.
 9   Q.   I'm sorry?
10   A.   I got people working for me.
11   Q.   Okay.  Can you please tell us a little bit about your
12   parents.
13   A.   They divorced when we was really young.  So they -- I was
14   living with my mum.  They didn't get on.
15   Q.   I'm sorry they didn't get on?
16   A.   No.  Fighting all the time.
17   Q.   Do you have any brothers or sisters?
18   A.   Three brothers, one sister.
19   Q.   Are they older or younger than you?
20   A.   All younger.
21   Q.   And when you were growing up, when you were a teenager in
22   the '70s, what was your family's financial circumstances?
23   A.   Very, very poor.
24   Q.   And who did you live with at that time when you were a
25   teenager in the 1970s?
```

1   A.   With my mum.  We lived with my mum all the time.

2   Q.   Where did you live at that time?

3   A.   Crystal Palace in London.

4   Q.   In what type of housing did you live at in Crystal Palace

5   in London?

6   A.   Council housing, Government-run housing.

7   Q.   So this was housing that was subsidized by the Government

8   in some way?

9   A.   Yeah.  It was a small kitchen, living room, one bedroom,

10  one toilet, for six people.

11  Q.   Peter, do you know a man named William Charles Harcourt?

12  A.   Yes.

13  Q.   Is he in the courtroom today?

14  A.   Yeah.  There.

15  Q.   Would you would you please identify him by a piece of

16  clothing.

17  A.   His white shirt.

18          MS. KANE:  Please have the record reflect that the

19  witness has identified the Defendant.

20          THE COURT:  It will so reflect.

21  BY MS. KANE:

22  Q.   Do you know a man named Bill Harcourt?

23  A.   Yeah.  Bill.  Yeah.

24  Q.   Is he in the courtroom today?

25  A.   Yeah.  Right there.

P. XxXxxxx   DIRECT - By Ms. Kane                    161

```
 1   Q.   Would you please describe him again by a piece of clothing.

 2   A.   White shirt.

 3            MS. KANE:   Please have the record reflect that the

 4   witness has identified the Defendant.

 5            THE COURT:   It will so reflect.

 6   BY MS. KANE:

 7   Q.   When you knew the Defendant, what did you call him?

 8   A.   "Bill."

 9   Q.   And in approximately what year did you first meet the

10   Defendant?

11   A.   1975.

12   Q.   And so approximately how old were you then?

13   A.   15.

14   Q.   Where did you meet the Defendant for the first time?

15   A.   I think it was in Crystal Palace.  My friend was in the

16   home with Bill, in the children's home.  That's how I got to

17   know him.

18   Q.   Who was your friend?

19   A.   Kevin Xxxxxxxxxx.  He was in a home with Bill.

20   Q.   When you say "home" --

21   A.   A children's home in Bromley.  Yeah.

22   Q.   And what happened when you met the Defendant?  How did you

23   meet the Defendant?

24   A.   I can't remember how.  Through Kevin, because he used to go

25   out with him all the time in his car.  And we just got to talk
```

1    and we ended up going to McDonald's with him, because it's the

2    first McDonald's -- or the second McDonald's in London.  Yes.

3    That's how I can remember what year it was, in 1975.

4    Q.   So did the Defendant take you and Kevin to McDonald's?

5    A.   Yeah.  And some other people as well.

6    Q.   And did you want to go to McDonald's?

7    A.   Yes.

8    Q.   And why did you want to go?

9    A.   Because there wasn't one before.  And so it was a new thing

10   to go to, like hamburgers, because we got English hamburgers,

11   not the same as American hamburgers.

12   Q.   When you went to McDonald's with the Defendant, who paid

13   for your food?

14   A.   Bill.

15   Q.   At that time, how often did you get to go to McDonald's

16   with your family or your parents?

17   A.   No.  No.  Never.

18   Q.   Why is that?

19   A.   Because we didn't have the money to go there.  My dad

20   wasn't there.

21   Q.   I'm sorry?

22   A.   I'm saying me dad -- me dad didn't live with us and he

23   still wouldn't have brought us to that kind of place.

24   Q.   Okay.

25            MS. KANE:  I've just shown defense counsel what has

1    been marked for identification as Government's Exhibit 85.

2            Permission to approach, your Honor?

3            THE COURT:  You may.

4    BY MS. KANE:

5    Q.  I'm showing you what has been marked for identification as

6    Government's Exhibit 85.

7        Do you recognize this?

8    A.  Yes.

9    Q.  And how do you recognize this?

10   A.  That's Bill.

11   Q.  Does this picture fairly and accurately depict the

12   Defendant when you knew him in the 1970s?

13   A.  Yes.

14           MS. KANE:  Your Honor, I move to admit Government's

15   Exhibit 85.

16           THE COURT:  It will be admitted as Government's

17   Exhibit 85.

18           (Whereupon, Government's Exhibit No. 85 was entered

19   into evidence.)

20           THE COURT:  You may publish.

21   BY MS. KANE:

22   Q.  During this period -- strike that.

23       How many times did the Defendant take you to McDonald's?

24   A.  A few times.  I can't remember.

25   Q.  And during this time period when the Defendant was taking

1   to you McDonald's, what did you like about the Defendant?

2   A.   He was kind and he was nice, a nice person, buying us

3   McDonald's and bringing us out to places I've never been to

4   before.

5   Q.   And what other places was the Defendant taking you to that

6   you had not been before?

7   A.   Like to American air bases.  Brought me to an American

8   base.  That was good.  To the seaside.  I'd been to the seaside

9   before, but he used to bring us there as well.  That's about

10  it.  Oh, the pictures.

11  Q.   I'm sorry?

12  A.   The movies.  He used to bring us to the movies as well, but

13  I'd been to the movies before.

14  Q.   What kind of attention did the Defendant show you?

15  A.   Lots of it.  What do you mean?

16  Q.   Did the Defendant pay lots of attention to you?

17  A.   Yes.

18  Q.   Where was the Defendant from originally?

19  A.   In America.  Yeah.  In America.  I don't know whereabouts.

20  Q.   How did you know that he was American?

21  A.   Because he speaks American.

22  Q.   And by speaking American, you mean he had an American

23  accent?

24  A.   Oh, yes.  Sorry.  He had an American accent.

25  Q.   Did the Defendant visit you and your family at your home?

P. XxXxxxx DIRECT - By Ms. Kane                    165

1   A.   I can't remember.  Maybe he did later on in life, but

2   not -- I don't think he did at the beginning.  No.  I can't

3   remember.

4   Q.   When you met the Defendant -- or around the time period

5   that you met the Defendant, where was the Defendant living at

6   that time?

7   A.   I think it was in Bromley.  Because Kevin was in the home.

8   So I think that's where he was.

9   Q.   Did there come a time when the Defendant was living in

10  another location?

11  A.   What?  In '75?

12  Q.   Did there come a time when the Defendant had a place where

13  he was living that was not at Bromley?

14  A.   Later on, he lived in Crystal Palace.

15  Q.   I'm sorry?

16  A.   Later on, in about '76, he had a flat in Crystal Palace.

17  Q.   Did you ever visit the Defendant's flat in Crystal Palace?

18  A.   Yes.

19  Q.   And by "flat," do you mean apartment?

20  A.   An apartment.  Yes.

21  Q.   And did your brothers ever visit the Defendant at his flat

22  as well?

23  A.   Yes.

24  Q.   How often did you and your brothers visit the Defendant at

25  his flat in Crystal Palace?

```
 1   A.   A few times.  I can't remember how many.

 2            MS. KANE:  I've just shown defense counsel what has

 3   been marked for identification as Government's Exhibit 77.

 4            Permission to approach, your Honor?

 5            THE COURT:  You may.

 6   BY MS. KANE:

 7   Q.   I'm showing you what has been marked for identification as

 8   Government's Exhibit 77.

 9        Do you recognize this?

10   A.   Yes.

11   Q.   And how do you recognize this?

12   A.   Because it's me and my brothers.

13   Q.   And where was this picture taken?

14   A.   In the Crystal -- the flat in Crystal Palace.

15   Q.   Whose flat?

16   A.   Bill's.

17   Q.   Does this picture fairly and accurately depict you and your

18   brothers at the time that you knew the Defendant?

19   A.   Yes.

20            MS. KANE:  Your Honor, I'd move to admit Government's

21   Exhibit 77.

22            THE COURT:  It will be admitted as Government's

23   Exhibit 77.

24            (Whereupon, Government's Exhibit No. 77 was entered

25   into evidence.)
```

```
 1              THE COURT:  You may publish.
 2    BY MS. KANE:
 3    Q.  Peter, who is the person that is standing up in this
 4    photograph?
 5    A.  That's me.
 6    Q.  And who is the boy that is sitting to the left on the left
 7    side of this picture?
 8    A.  That's Ian.
 9    Q.  And who is Ian?
10    A.  It's my brother.
11    Q.  Who is the boy that's sitting in the middle?
12    A.  That's Derek, my brother.
13    Q.  And who is the boy sitting on the right?
14    A.  That's Paul, my brother.
15    Q.  Did there come a time when you stayed overnight at the
16    Defendant's Crystal Palace apartment?
17    A.  Yes.
18    Q.  And how often would you stay overnight at the Defendant's
19    apartment?
20    A.  A few times.  I can't remember how many.  But it was a few
21    times.
22    Q.  When you stayed at the Defendant's apartment in Crystal
23    Palace, where did you sleep in his home?
24    A.  I know it was on the bed, but I can't remember whereabouts.
25    It might have been in the living room.  I can't remember.
```

1    Q.   Do you remember whether you shared a bed with the Defendant

2    or if you had your own bed?

3    A.   We had our own bed.

4    Q.   When you stayed overnight at the Defendant's home in

5    Crystal Palace, did the Defendant ever try to do anything

6    sexual with you while you were at his home?

7    A.   Yes.

8    Q.   And what did the Defendant do?

9    A.   He used to make us touch him on his penis.

10   Q.   So the Defendant made you touch him on his penis?

11   A.   Yes.  He used to take your hand and put it on it to touch

12   it.

13   Q.   So the Defendant would take your hand and put it on his

14   penis?

15          MR. HOROWITZ:  Objection.  Asked and answered.

16          THE WITNESS:  Yes.

17          THE COURT:  Overruled.

18          THE WITNESS:  He did put his hand on his penis and

19   made me masturbate him.

20   BY MS. KANE:

21   Q.   And how would the Defendant make you masturbate him?

22   A.   What?  He got my hand and moved it so -- and then you had

23   to carry on.

24   Q.   And at what time of day would this happen?

25   A.   At night.  He used to wake you up.

1    Q.   And what happened happen when the Defendant woke up?

2    A.   Then he made you do the things.

3    Q.   And what things?

4    A.   Touching him.

5    Q.   The Defendant would make you touch him --

6    A.   Yeah.  We used to touch him and he used to touch you the

7    same way.

8    Q.   When the Defendant woke you up at night, where would the

9    Defendant touch you?

10   A.   On my penis as well.

11   Q.   Did the Defendant touch your penis over your clothes or

12   under your clothes?

13   A.   No.  Under my clothes.

14   Q.   And what would the Defendant do when he touched your penis?

15   What would he do?

16   A.   He used to masturbate me.

17   Q.   Did the Defendant say anything to you when he was

18   masturbating you?

19   A.   No.

20   Q.   Did the Defendant say anything to you when --

21   A.   It was always at night.  So you couldn't talk.  There was

22   other people in the room.  Sneaky.

23   Q.   Who else was in the room on the occasions when the

24   Defendant --

25   A.   My brothers --

P. XxXxxxx    DIRECT - By Ms. Kane              170

1          THE COURT:  Sir, if you could, wait until the lawyer

2     finishes her question.  And she's going to wait until you

3     finish your answer so that the court reporter can get

4     everything down.

5          THE WITNESS:  Sorry.

6     BY MS. KANE:

7     Q.  Who else was in the room when you had to masturbate the

8     Defendant?

9     A.  Sometimes my brothers were there.  That's all I can

10    remember.

11    Q.  Who else was in the room when the Defendant would

12    masturbate you?

13    A.  I think my brothers were there as well.

14    Q.  Approximately how old were you when this happened?

15    A.  16 or 17.  A bit older than I am there.  When I had hair.

16    Q.  Approximately how many times did the Defendant have you

17    masturbate him?

18    A.  What?  There or every time?

19    Q.  At his apartment.

20    A.  A few times.  I can't remember.

21    Q.  And how many times did the Defendant masturbate you at his

22    apartment?

23    A.  I can't remember.

24    Q.  Did the Defendant have you masturbate him at other

25    locations?

P. XxXxxxx  DIRECT - By Ms. Kane          171

```
 1    A.   Yes.

 2    Q.   What other locations would the Defendant have you

 3    masturbate him at?

 4    A.   When we went to the seaside, he done it.  Once in

 5    Hildenborough Hall, a Christian retreat.  He did it there.  I

 6    remember that one.

 7    Q.   And when you went to the seaside, where were you when the

 8    Defendant had you masturbate him?

 9    A.   In like in a minibus.

10    Q.   Whose minibus was this?

11    A.   Bill's.

12    Q.   How many times did that happen at the seaside?

13    A.   I can't remember.  I just remember it happening.

14    Q.   You mentioned Hildenborough Hall and that was a Christian

15    retreat.

16         Where was Hildenborough Hall in relation to where you

17    lived?

18    A.   It was about 15 miles, but it's in the countryside.  So we

19    lived there and it was in the countryside.  It's a Christian

20    retreat.

21    Q.   How did you get to Hildenborough Hall?

22    A.   Bill drove us there.

23    Q.   Who is "us"?

24    A.   Me -- that's when we first met, me and Kevin Xxxxxxxxxx

25    that used to go there.  Then once I went on my own and he did
```

1   the touching thing.

2   Q.   How many times did the Defendant have you masturbate him at

3   Hildenborough Hall?  How many times do you remember?

4   A.   I can only remember that once.

5   Q.   Were there any other locations where you had to masturbate

6   the Defendant?

7   A.   I can't -- in America?

8   Q.   In England.

9   A.   I can't remember.

10   Q.   When you were at seaside, did the Defendant touch your

11   penis at that time?

12   A.   I can't remember.  I just remember the specific ones there.

13   Q.   During the time that you knew the Defendant in England, did

14   the Defendant try to do any other sexual things with you?

15   A.   Yes.

16   Q.   And what did you do -- or what did he have you do?

17   A.   In Hildenborough Hall, he put his penis in my anus.

18   Q.   Where were you when the Defendant put his penis in your

19   anus?

20   A.   In the bedroom of Hildenborough Hall.  He brought us into a

21   bedroom in Hildenborough Hall, just me and him.

22   Q.   And whose bedroom was this at Hildenborough Hall?

23   A.   The Christian retreat.

24   Q.   So was this an empty bedroom at that retreat?

25   A.   Yeah.

P. XxXxxxx   DIRECT - By Ms. Kane                    173

1   Q.   When the Defendant put his penis in your anus, what was the

2   Defendant saying or doing, if anything?

3   A.   I can't remember.  Just turned me on my side and....

4   Q.   Did the Defendant touch you in any other way that day?

5   A.   I can't remember.  I remember just that.  I don't know.

6   Q.   During that visit to Hildenborough Hall, were any of your

7   other brothers present that day at the retreat?

8   A.   I don't think they went to Hildenborough Hall, not that I

9   can remember.

10   Q.   Was Kevin Xxxxxxxxxx present?

11   A.   No.  When he was there, nothing happened.

12   Q.   Did the Defendant ever put his penis in your anus on any

13   other occasion?

14   A.   No.

15   Q.   So that happened to you one time?

16   A.   Yeah.

17   Q.   Did there come a time when the Defendant left England and

18   moved to the United States?

19   A.   Yes.

20   Q.   And approximately when was that?

21   A.   It was '78.  I know it was definitely '78.  It might have

22   been a bit before that, but '78.  I think that's when Derek

23   went there.

24   Q.   And who is Derek?

25   A.   That's my brother, in the middle of that photo.

P. XxXxxxx - DIRECT - By Ms. Kane                174

1    Q.   And why did Derek go with the Defendant to the United

2    States?

3    A.   Because he come to America.  He was wanting to see America.

4    And then he got here and met Bill's sister and brother-in-law,

5    stayed with them.

6    Q.   Derek stayed with Bill's sister and brother-in-law?

7    A.   Yeah.  And he went to high school in America.

8    Q.   Did you ever visit your brother while he was living here in

9    the United States?

10   A.   Yes.  In 1977 I come over.

11   Q.   And where did you stay when you visited your brother?

12   A.   With Al and Donna, Bill's sister and brother-in-law.

13   Q.   When you visited your brother in the United States at the

14   Defendant's sister and brother-in-law's home, did you also see

15   the Defendant here in the United States at that time?

16   A.   Yes.

17           MS. KANE:  The United States tenders this witness.

18           THE COURT:  Ladies and gentlemen of the jury, you've

19   just heard evidence of alleged acts of the Defendant on other

20   occasions that may be similar to the acts charged in the

21   indictment.

22           You may consider this evidence for any matter to which

23   it is relevant, including the Defendant's disposition or

24   propensity to commit the offenses charged in the indictment.

25           It is up to you to determine what weight, if any, such

1    evidence deserves.  You are cautioned, however, that the

2    Defendant is not on trial here for any acts not alleged in the

3    indictment.

4            You may proceed with cross-examination.

5                          CROSS-EXAMINATION

6    BY MR. HOROWITZ:

7    Q.   Good afternoon, Mr. XxXxxxx.

8    A.   Good afternoon.

9    Q.   When you first met Mr. Harcourt, you were living at Crystal

10   Palace.  Is that right?

11   A.   Yes.

12   Q.   The apartment that you were living in had your mother,

13   yourself, your three younger brothers and your sister.

14   Correct?

15   A.   Yes.

16   Q.   And you've described it as a one-room flat with one bedroom

17   and a bathroom?

18   A.   Yes.  And then we moved two doors up the road.

19   Q.   More bedrooms?  More bathrooms?

20   A.   Yeah.  But still no -- no heating, no --

21   Q.   No heat in the winter?

22   A.   No.  You had to put fire -- break up stuff from -- old

23   houses where we lived were derelict.  So we used go in there.

24   They were run down.  No one lived in them.  So we used to break

25   up wood and put it to make fire.

```
 1    Q.   Those houses were also like condemned houses, as they say
 2    in the United States.  Is that right?
 3    A.   Yes.
 4    Q.   But they were Government subsidized?  In other words, your
 5    mother didn't have to pay any rent?
 6    A.   No.
 7    Q.   And at this time, your friend Kevin had introduced you to
 8    Mr. Harcourt.  Correct?
 9    A.   Yes.
10    Q.   Now, Mr. XxXxxxx, when you were introduced to Mr. Harcourt,
11    Mr. Harcourt was nice to you.  Correct?
12    A.   Yeah.  Yes.
13    Q.   As a matter of fact, you said he took you to the second
14    McDonald's that opened in London.
15         And for a 15-year-old kid that was a treat; was it not?
16    A.   Yes.
17    Q.   You couldn't afford to do it?
18    A.   No.
19    Q.   Your mother couldn't afford to give you money for it?
20    A.   No.
21    Q.   And Mr. Harcourt paid for it.  Correct?
22    A.   Yes.
23    Q.   And he took you on trips, as you said, to the seaside or
24    the beach, as we call it here?
25    A.   Yes.
```

P. XxXxxxx - CROSS - By Mr. Horowitz          177

1    Q.  And he also took you to an American air base; did he not?

2    A.  Yes.

3    Q.  And you knew Mr. Harcourt was a veteran from the Air Force;

4    was he not?

5    A.  Yes.

6    Q.  And that's how you were able to get admission on to the

7    base.  Is that right?

8            MS. MEDETIS:  Objection.  Calls for speculation.

9    BY MR. HOROWITZ:

10   Q.  If you know.

11           THE COURT:  Sustained.

12   BY MR. HOROWITZ:

13   Q.  And he took you to the movies as well.  Correct?

14   A.  Yes.

15   Q.  Now, Mr. XxXxxxx, this is the first time we've met.

16   Correct?

17   A.  Yes.

18   Q.  You've never talked to me, met me or probably even see me.

19   Is that a fair statement?

20   A.  Yes.

21   Q.  Now, we've tried to contact you, haven't we?

22   A.  No.

23   Q.  Did you ever receive any phone calls or e-mails from an

24   investigator?

25           MS. KANE:  Objection.  Relevance.

 1              THE COURT:  Sustained.

 2              THE WITNESS:  No.

 3              THE COURT:  Sir, when there's an objection, you need

 4    to wait until I've ruled on it.  If I sustain the objection,

 5    you need not answer the question.

 6              THE WITNESS:  Sorry.

 7              THE COURT:  If I overrule the objection, then you need

 8    to answer.  Okay?

 9              THE WITNESS:  All right.

10    BY MR. HOROWITZ:

11    Q.  Now, the events that you're testifying to, Mr. XxXxxxx,

12    occurred almost 40 years ago.  Is that a fair statement?

13    A.  Yes.

14    Q.  In fact, some of the events like your -- like when Derek

15    was in the United States -- how much younger is Derek than you?

16    A.  Three years, I think, or two.  Three years.

17    Q.  So he went to high school in the United States, according

18    to your testimony.

19         That would have been the late '70s and early 1980s.  Is

20    that a fair statement?

21    A.  Yes.

22    Q.  Now, as the oldest brother of this family -- let me strike

23    that.

24         Your other brothers:  How much younger are they than you?

25    A.  From, say, five to three years younger, I think.  Five

 1   years younger.

 2   Q.   So they were between three and five years younger than you?

 3   A.   Yeah.  Yes.

 4   Q.   Now, as -- you've testified that Bill had sexual contact

 5   with you between the ages of, say, 15 and 16.  Is that correct?

 6   A.   And 17 as well.

 7   Q.   15 and 17.

 8        At this time, your brothers, who were three to five years

 9   younger than you -- did you tell them?

10   A.   No.  I didn't tell them until 1993.

11   Q.   Did you warn them?

12   A.   No.  No.

13   Q.   When you knew that your youngest brother, Derek, was

14   coming to the United States to stay with Donna and Al Shuh --

15   S-h-u-h -- who is Bill's sister and brother-in-law.  Right? --

16   A.   Yes.

17   Q.   -- did you speak up as to what was going on?

18   A.   No.  Because we didn't -- I thought it was only me.  So I

19   didn't know.

20           MR. HOROWITZ:  May I have one moment, your Honor?

21           THE COURT:  Yes.

22           MR. HOROWITZ:  No further questions.  Thank you, your

23   Honor.

24           THE COURT:  Redirect.

25                      REDIRECT EXAMINATION

BY MS. KANE:

Q.  Peter, why didn't you tell your younger brother Derek or

your other brothers what the Defendant was doing to you?

A.  I was too ashamed.  I didn't think it was -- didn't want

to.

Q.  And --

        THE COURT:  I'm sorry, sir.  You're going to have keep

your voice up.  Can you move the microphone up a little bit.

That'll help you.

        THE WITNESS:  Yes.

BY MS. KANE:

Q.  You said that you were feeling -- you felt ashamed?

A.  Yeah.  And I didn't -- yeah.  I couldn't tell him.  No.  I

couldn't tell my wife for years either.

Q.  And you eventually told -- you eventually told your

brothers?

A.  No.  It was around my mum, isn't it?  I think someone said

he -- Ian said something and then everyone kind of said that

that's what happened.

        MR. HOROWITZ:  Objection.  Hearsay.

        THE WITNESS:  We didn't know --

        THE COURT:  Sustained.

        THE WITNESS:  Sorry.

        MS. KANE:  No further questions, your Honor.  This

witness is --

```
 1              THE COURT:  You may step down.

 2              MS. KANE:  May this witness be released?

 3              THE COURT:  Yes.  He's released.

 4              You're excused, sir.

 5              (Witness excused.)

 6              THE COURT:  We're going to take a break.

 7              Do not discuss this case either amongst yourselves or

 8      with anyone else.  Have no contact whatsoever with anyone

 9      associated with the trial.

10              Do not read, listen or see anything touching on this

11      matter in any way, including anything in the media, anything on

12      the Internet, anything on any access device.

13              If anyone should try to talk to you about this case,

14      you should immediately instruct them to stop and report it to

15      my staff.

16              You may leave your notebooks at your chairs.  Please

17      be back in the jury room in ten minutes.

18              (Whereupon, the jury exited the courtroom at 4:08 p.m.

19      and the following proceedings were had:)

20              THE COURT:  We're in recess for ten.

21               (Thereupon a recess was taken, after which the

22      following proceedings were had:)

23              THE COURT:  We're back on United States of America

24      versus Matthew Andrew Carter, Case No. 11-20350.

25              Counsel, state your appearances, please, for the
```

```
 1   record.

 2            MS. MEDETIS:  Yes.  Good afternoon, your Honor.

 3            Maria Medetis and Bonnie Kane on behalf of the United

 4   States.

 5            With us at counsels' table are Special Agents Larko

 6   and Flores from Homeland Security Investigations.

 7            THE COURT:  Good afternoon.

 8            MR. HOROWITZ:  Good afternoon, your Honor.

 9            Phil Horowitz, Stuart Adelstein on behalf of Matthew

10   Carter, who is present before the Court.

11            With us at counsel table is Reginald Hope.

12            THE COURT:  Do you have a witness for us?

13            MS. MEDETIS:  We do, your Honor.  The United States

14   calls Derek XxXxxxx.

15            THE COURT:  Let's bring in the jurors, please.

16            (Whereupon, the jury entered the courtroom at

17   4:24 p.m. and the following proceedings were had:)

18            THE COURT:  You may be seated.

19            Call your next witness.

20            MS. MEDETIS:  Yes, your Honor.  The United States

21   calls Derek XxXxxxx.

22             DEREK XXXXXXX, GOVERNMENT WITNESS, SWORN

23            THE COURTROOM DEPUTY:  Thank you.

24            If you could please state and spell your name.

25            THE WITNESS:  D-e-r-e-k, X-x-X-x-x-x-x.
```

```
 1                      DIRECT EXAMINATION

 2   BY MS. MEDETIS:

 3   Q.  Sir, I'm just going to ask you to bring the microphone

 4   closer to you and speak into the microphone so the court

 5   reporter can hear you as well as the jury.  Okay?

 6   A.  Okay.

 7            MS. MEDETIS:  May I proceed, your Honor?

 8            THE COURT:  Yes.

 9   BY MS. MEDETIS:

10   Q.  Good afternoon, sir.

11   A.  Good afternoon.

12   Q.  May I call you Derek?

13   A.  Yes.

14   Q.  Derek, where you from?

15   A.  London, England.

16   Q.  And when were you born?

17   A.  June 22nd, 1961.

18   Q.  And so how old are you now?

19   A.  51.

20   Q.  And where were you born?

21   A.  Stoke Newington, Stamford Hill, North London.

22   Q.  And what did you say before Stamford Hill?

23   A.  Where I lived before?

24   Q.  No.  You said you were born in Stamford Hill?

25   A.  Yes.
```

D. XxXxxxx - DIRECT - By Ms. Medetis                    184

```
 1   Q.   And where do you live now?

 2   A.   Chesterfield.  New Tupton, Chesterfield.

 3   Q.   Where is that in England?

 4   A.   It's almost dead center of England.

 5   Q.   And are you married, sir?

 6   A.   Yes, I am.

 7   Q.   Do you have children?

 8   A.   Yes.

 9   Q.   How many?

10   A.   Two.

11   Q.   And do you work now?

12   A.   At the moment, no.  I'm kind of -- kind of like a house

13   husband.

14   Q.   And when you did work, what did you do?

15   A.   It was mainly painting and decorating and working with

16   elderly and disabled people as a carer.

17   Q.   And do you have any brothers or sisters?

18   A.   Yes.

19   Q.   How many brothers or sisters do you have?

20   A.   Three brothers and one sister.

21   Q.   Are they older than you or younger than you?  Where do you

22   fall in the order?

23   A.   I have one older brother than me, two younger brothers, and

24   a sister who is younger than all of us.

25   Q.   Where did you grow up in England?
```

 1    A.   In the first couple of years, it was in North London.   But

 2    mainly in South London, Crystal Palace/Penge area.

 3    Q.   Crystal Palace/Penge?

 4    A.   Yes.

 5    Q.   Who did you live with?

 6    A.   My mum.

 7    Q.   And what about your father?  Where was he?

 8    A.   My father lived mainly in North London.

 9    Q.   Why was that?

10    A.   Because my parents were divorced.

11    Q.   And did your brothers and sisters live there with you with

12    your mother?

13    A.   Yes.

14    Q.   And can you tell us a little bit about the first place that

15    you lived in in Crystal Palace.

16    A.   Yes.   It was -- it was in Palace Road, in Crystal Palace,

17    the place -- No. 63, Palace Road.   And it was -- we shared the

18    house with two other families.   We basically had the middle

19    floor.

20         We had a back bedroom us four boys and our sister shared

21    and a little toilet, like a galley kitchen and a front room cum

22    bedroom where my mum used to sleep.

23    Q.   Do you know a man named William Charles Harcourt?

24    A.   Yes.

25    Q.   Is he in the courtroom today?  Do you see him?

```
 1    A.   Sorry?

 2    Q.   Do you see that man named William Charles Harcourt in the

 3    courtroom today?

 4    A.   Yes.

 5    Q.   Could you please point to him and describe what he's

 6    wearing.

 7    A.   He's -- as far as I can see, he's wearing a white shirt.

 8         MS. MEDETIS:  Your Honor, would the record please

 9    reflect that the witness has identified the Defendant as

10    William Charles Harcourt.

11         THE COURT:  It will so reflect.

12    BY MS. MEDETIS:

13    Q.   Did you know the Defendant by any other name?

14    A.   Bill.

15    Q.   Is that what you called him?

16    A.   Yes.

17    Q.   And when did you first meet the Defendant?

18    A.   Sorry.  Say that again.

19    Q.   When did you first meet the Defendant?

20    A.   Probably about the middle '70s.  I think an exact year --

21    I'm not too sure.  But in the middle '70s, in South London.

22    Q.   And approximately how old were you when you met him?

23    A.   13 or 14, I think.

24    Q.   How did you meet him?

25    A.   Well, there was -- we -- there were many of us hanging
```

1   around together.  There was a few of the boys that were saying

2   that they would get to go bowling or to McDonald's and so on

3   by -- they would get taken down by this man.

4        And so we decided that we might have a -- you know, that we

5   would get taken out, get something free, I suppose, and we

6   would hang about at this certain place.  And this is where we

7   first seen Mr. Harcourt.

8   Q.  And was this in Crystal Palace?

9   A.  Sorry?

10  Q.  Was this in Crystal Palace?

11  A.  Yes.

12  Q.  And do you recall the first time you met the Defendant and

13  spoke to him?

14  A.  Not really.  No.

15  Q.  Did there ever come a time where the Defendant took you to

16  eat or go bowling?

17  A.  Yes.  We got to go to McDonald's and went bowling.

18  Q.  When you say "we," who do you mean?

19  A.  At that time, it was probably me and a couple of my

20  brothers, and I think there were -- there were a couple of my

21  close friends that -- we all grew up together.

22  Q.  And which of your brothers?  What were their names?

23  A.  It was probably Ian and Paul and -- sorry -- and Peter did,

24  eventually.  But I think at the beginning it was probably Ian

25  and Paul.  But we all did, really.

1          MS. MEDETIS:  Your Honor, permission to publish what's

2    previously been admitted as Government's Exhibit 85?

3          THE COURT:  You may.

4    BY MS. MEDETIS:

5    Q.   Derek, could you take a look at the monitor in front of

6    you.

7    A.   Yes.

8    Q.   Do you recognize the person in that photograph?

9    A.   Yes.

10   Q.   And who is that?

11   A.   William Harcourt.

12   Q.   And is that what the Defendant looked like when you --

13   around the time when you met him?

14   A.   Yes.

15   Q.   After you met the Defendant and you went on outings with

16   him, did there ever come time when the Defendant visited you at

17   your home?

18   A.   Yes.

19   Q.   And where was your home located when the Defendant visited

20   you there?

21   A.   We moved -- as far as I can remember, we moved from

22   63 Palace Road to 73 Palace Road, because the houses on that

23   road were set to be demolished for a new estates to be built

24   there.  So we were actually moved up from 63 to 73.  And that's

25   when I recall the first time.

```
 1   Q.   Who invited the Defendant to your home?

 2   A.   I -- I can't really recall who invited him.  But he -- my

 3   mother knew he was there at the time and I think he probably

 4   introduced himself, because he first met us through -- he met

 5   my mum through us, basically.

 6   Q.   And when the Defendant visited you -- well, let me ask you,

 7   how was 73 Palace Road different from 63 Palace Road?

 8   A.   Well, we -- when we moved to 73 Palace Road, it was

 9   actually an old, run-down house.  The person who lived there

10   before had moved out.

11        We were basically the last family -- or last people to live

12   on Palace Road.  And the house had no hot water, no heating,

13   very run down.

14        And, again, my mother had her bedroom downstairs as part of

15   the front room and we all -- the children were upstairs.

16   Q.   And did you share a room with any of your brothers or

17   sisters?

18   A.   Yes.

19   Q.   Who did you share a room with?

20   A.   Paul.

21   Q.   When the Defendant visited you at 73 Palace Road, did he

22   ever come to your bedroom?

23   A.   Yes.

24   Q.   What time of day did the Defendant come to your bedroom?

25   A.   Usually in the evening -- well, all the time in the
```

 1   evening -- at night.  Sorry.

 2   Q.   And what would the Defendant do when he came into your

 3   bedroom?

 4   A.   There would be talking sometimes or he would come up and --

 5   I'm trying to find the right word -- sorry -- he would fondle

 6   definitely me at the time.

 7   Q.   And could you explain to the ladies and gentlemen of the

 8   jury what you mean by he, the Defendant, would fondle you.

 9   A.   Well, what would happen, I would be in bed, basically,

10   asleep or trying to act asleep and Mr. Harcourt would either

11   sit on the bed or get down on the floor and a hand would go

12   underneath the covers.

13   Q.   And once his hand would go underneath the covers, what

14   would he do with his hand?

15   A.   Sorry?  What would he....

16   Q.   Who would he do with his hand?

17   A.   He would fondle my genitals.

18   Q.   Did he do this on top of your clothing or underneath your

19   clothing?

20   A.   Underneath.

21   Q.   And what was your brother Paul doing at this time?

22   A.   He would be in the other bed, asleep.

23   Q.   Do you remember if the lights were on or off?

24   A.   Off.

25   Q.   Was there electricity in the house?

1    A.   Yes.

2    Q.   Did the Defendant come into your bedroom in the middle of

3    the night and touch your genitals more than one time?

4    A.   Yes.

5    Q.   Do you recall approximately how often that occurred?

6    A.   Quite regularly.  I don't know.  I couldn't give you an

7    exact number.  Quite regularly.

8    Q.   And approximately how old were you when this started to

9    happen?

10   A.   Again, 13, 14.

11   Q.   Did the Defendant say anything -- what, if anything, did

12   the Defendant say to you while he touched your genitals?

13   A.   He didn't say anything.  There were no words spoken.

14          MS. MEDETIS:  Your Honor, permission to publish

15   previously admitted Government's Exhibit Government's

16   Exhibit 77?

17          THE COURT:  You may.

18   BY MS. MEDETIS:

19   Q.   Derek, do you recognize this photograph?

20   A.   Yes.

21   Q.   And can you tell us who is in the photograph.

22   A.   Yes.  I am in the middle.  And to my left is my brother

23   Paul.  To my right, sitting down, is my brother Ian.  Standing

24   behind me is Peter, my brother -- my older brother.

25   Q.   And do you recall where this picture was taken?

1    A.   Yes.

2    Q.   Where was it taken?

3    A.   I think it was -- Adeney Hill.  Mr. Harcourt had a flat up

4    there.  It's Crystal Palace Park Road, I think it was called.

5    Q.   And how often did you visit the Defendant at his flat in

6    Crystal Palace?

7    A.   I don't know the exact amount of days, but it was -- while

8    he was living there, it was quite regularly.

9    Q.   Did you ever sleep --

10   A.   Sorry?

11   Q.   Did you ever sleep at the Defendant's flat on Crystal -- in

12   Crystal Palace?

13   A.   I can't remember.

14   Q.   Aside from going to eat and going bowling, where else did

15   the Defendant take you?

16   A.   There was a place that he used to stay in sometimes called

17   Hildenborough Hall.

18   Q.   What was Hildenborough Hall?

19   A.   I don't know exactly, but I think it had something to do

20   with the church or Christianity, I think.  But it was a

21   great -- it was always at night, anyway, though.  But it was a

22   great big -- a mansion-type thing.  And I think -- it was a

23   couple of times at least that we went there -- or I went there

24   with Mr. Harcourt on my own.

25   Q.   Where Mr. Harcourt what?

```
 1    A.   With Mr. Harcourt and me on my own.

 2    Q.   Did the Defendant do anything sexual with you at

 3    Hildenborough Hall that you can recall?

 4    A.   Yes.

 5    Q.   And what was that?

 6    A.   Again, it would be fondling, but, also -- sorry -- I'm

 7    trying to think of the word -- oral sex.

 8    Q.   And when you say "oral sex," who performed oral sex on

 9    whom?

10    A.   Mr. Harcourt on me.

11    Q.   Mr. Harcourt performed oral sex on you?

12    A.   Yes.

13    Q.   And was Hildenborough Hall the first time that that

14    happened?

15    A.   Do I recall the first time?

16    Q.   Yes.

17    A.   No, I don't.

18    Q.   And can you please describe to the ladies and gentlemen of

19    the jury what time of day the Defendant did this to you.

20    A.   In the evening, nighttime.

21    Q.   And how did the Defendant approach you?

22    A.   It -- we would always -- or I would always be asleep on the

23    bed or sometimes on the floor.  And if I was on the floor, I

24    would always have my back to Mr. Harcourt and he would approach

25    me usually from behind, quite gently.
```

1          There was also the time once when -- and it did only happen

2     once -- that Mr. Harcourt did approach me from behind and tried

3     to -- tried to have intercourse with me from behind.

4     Q.   When the Defendant attempted to have intercourse with you

5     from behind, do you know what the Defendant was wearing?

6     A.   No.

7     Q.   Did you feel his bare penis on you?

8     A.   Yes.

9     Q.   And what did he try to do?

10    A.   He tried to enter my bottom.

11    Q.   And what did you do?

12    A.   What did I do?

13    Q.   Yes.

14    A.   I had my back to him and I strained very hard almost like

15    you would try to go to the toilet and -- which, as far as I

16    could tell, prevented Mr. Harcourt from entering me.

17    Q.   Did he stop trying?

18    A.   Sorry?

19    Q.   Did he stop trying when you strained?

20    A.   He did eventually.  Yes.

21    Q.   You said the Defendant performed oral sex on you.

22         How often did he do that?

23    A.   Regular enough.  Again, I can't put any amount of time on

24    it, but it was regular enough.

25    Q.   And as the Defendant performed oral sex on you, what, if

D. XxXxxxx - DIRECT - By Ms. Medetis          195

 1  anything, did he do with his hands?

 2  A.   What did --

 3  Q.   What did the Defendant do with his hands while he performed

 4  oral sex on you?

 5  A.   I can't remember.  But what he would -- there were times

 6  when, after the oral sex, then what Mr. Harcourt would do would

 7  be take my hand to put it on his penis.

 8  Q.   And what would he do with your hand on his penis?

 9  A.   He would try to get me to masturbate him.

10  Q.   And how would he try to get to you masturbate him?

11  A.   By moving my hand.

12  Q.   And would the Defendant, after he took your hand and put it

13  on his penis, keep his hand over your hand?

14  A.   Yes.  Because I wouldn't -- I wouldn't do it, you know, on

15  my own account.  So....

16  Q.   And did the Defendant keep his hands on your hand and

17  masturbate until he ejaculated?

18  A.   Yes.

19  Q.   And what would happen after he ejaculated?

20  A.   He would -- I always remember there was always a toilet

21  right over there.  And Mr. Harcourt would -- what would always

22  happen while he was there, he would take the tissue and hold it

23  over himself.  And I was -- I would be happy that it was over.

24  And that was it for the rest of the evening.

25  Q.   Okay.  Did there come a time when you visited the United

1    States with the Defendant?

2    A.   Yes.

3    Q.   When was that?

4    A.   It was the summer of 1977.

5    Q.   And how old were you?

6    A.   My birthday is in June, the 22nd.  And I can't remember

7    exactly if I went just before or slightly just after my

8    birthday.  But I was 15 stroke 16.

9    Q.   And what was the purpose of your trip to the United States?

10   A.   Originally, I left school that same summer.  I left school

11   in England completely.  And, originally, I was to go there

12   to -- to have kind of a vacation, I suppose.  But it turned out

13   to be more than that.

14   Q.   And when you say it turned out to be more than that, what

15   do you mean by that?

16   A.   Well, I stayed -- I started to go to school high school in

17   Bellbrook, Ohio.

18   Q.   Did you say Bellbrook, Ohio?

19   A.   Yes.

20   Q.   And when you went to the United States the summer of '77,

21   where did you live?

22   A.   I stayed at Mr. Harcourt's sister's house.  Her name was

23   Donna Shuh.  And she was married to Al Shuh, Allen Shuh.  We --

24   I stayed there.  We stayed there.

25   Q.   I apologize for interrupting.

D. XxXxxxx - DIRECT - By Ms. Medetis          197

1        Where did the Defendant stay?

2   A.   He stayed there, also.

3   Q.   And where in the Shuhs' home did you sleep?

4   A.   We slept on the front room floor.

5   Q.   And when you say "we," who do you mean?

6   A.   Myself and Mr. Harcourt.

7   Q.   Where in relation to each other did you sleep on the floor?

8   A.   Where in relation to each other?

9   Q.   Yes.

10  A.   Both together on the floor.

11  Q.   Next to each other?

12  A.   Yes.

13  Q.   And at this point, when you were living at the Shuhs' home

14  and you were sleeping on the floor, what, if anything, sexual

15  did the Defendant do to you?

16  A.   The same routine.

17  Q.   And what was that routine?

18  A.   Oral -- oral sex and masturbation.

19  Q.   And so, when you say "oral sex," do you mean the Defendant

20  performed oral sex on you?

21  A.   Yes.

22  Q.   And then, when you say "masturbation," what do you mean by

23  that?

24  A.   Well, Mr. Harcourt would again put my hand onto his penis

25  for masturbation.

1   Q.   And how often did this happen?

2   A.   Regular enough.  Again, I don't know exactly.  But regular

3   enough.

4   Q.   Did you continue to sleep on the floor at the Shuhs' home

5   or did you move to another location of the house?

6   A.   We did move to another room in the house.  The Shuhs had

7   two -- three children at the time.  We moved into the eldest

8   boy's room.

9        And so there was -- I think there was a bunk bed put in the

10  room.  And I had the top bunk.  Donna Shuh's son, Buddy, had

11  the bottom bunk.  And Mr. Harcourt had a bed near the window.

12       It wasn't a very big room but any stretch.  And so it was

13  quite cramped in there.

14  Q.   Did the Defendant do anything sexual to you in that bedroom

15  that you can recall?

16  A.   Not that I can recall.

17  Q.   Who, if anyone, did you tell about the sexual things the

18  Defendant was doing to you at the time that they were

19  happening?

20  A.   Sorry.  Say that again.

21  Q.   Who, if anyone, did you tell about the sexual things the

22  Defendant was doing to you while they were happening?

23  A.   Nobody.

24  Q.   Why did you continue to spend time with the Defendant in

25  England and then go with him to the United States if he was

1   performing oral sex on you and forcing you to masturbate him?

2   A.   At that time, I was desperately unhappy in the way I was

3   living.

4   Q.   Why were you desperately unhappy?

5   A.   The conditions that we were living in, the problems that we

6   had with my mother and drink.

7   Q.   What do you mean by that, the problems with --

8   A.   My mother had a lot of problems -- major problems with

9   drink and, at one point, with prescribed drugs and many a time

10  that we used to get up at night and -- after she'd come in and

11  she would be completely out of it.

12        Sometimes the neighbor upstairs had to literally gather her

13  up off the couch and walk her around the room to try and sober

14  her up because she was so out of it.

15  Q.   Did the Defendant ever see your mother in this kind of

16  condition?

17  A.   Say that again.

18  Q.   Did the Defendant ever see your mother in this kind of

19  condition?

20            MR. ADELSTEIN:  Objection.

21            THE COURT:  Grounds?

22            MR. ADELSTEIN:  Calls for hearsay and conclusion on

23  the part of the witness.

24            THE COURT:  Sustained.

25            Rephrase your question.

BY MS. MEDETIS:

Q.   Was the Defendant ever present when your mother needed

assistance in getting around after drinking?

A.   Not in those situations.  But he was definitely around when

she was drinking and when she would be drunk or had been

drinking.  Yes.

Q.   And what about that situation caused you to continue

spending time with the Defendant?

A.   Say that again.

Q.   What about your home situation caused you to spend time

with the Defendant?

A.   Like I say, the conditions of the house that we were

staying in were terrible, and I wanted something better than

that.

     There was also many a times when my mother was fighting

with a partner that she had then and there was often broken

glass, knives, scissors involved, blood, a lot of violence.

And, obviously, you know, any child would want to get away from

that situation.

     And when Mr. Harcourt came on the scene, I seen him almost

as a way out.  Obviously, there were things happening to me,

which obviously -- which I didn't like and were terrified at

times.

     But it took me away from one situation that lasted far

longer than the things that Mr. Harcourt were doing to me, you

 1   know.  Do you see what I mean?

 2        It's such a -- I could deal with that in my mind and then

 3   move on, because often we would have -- we would have -- we

 4   would have baths sometimes in some of the places that

 5   Mr. Harcourt -- and it was unheard of.  We didn't even have --

 6   like I said before, we didn't have hot water.

 7   Q.   Other than baths, what else could the Defendant offer you

 8   that you were not able to get at home?

 9   A.   Well, we would often go out and get some decent food.  We

10   had clean clothes sometimes.  Mr. Harcourt would buy clothes

11   and that.

12        I think in the photograph that you showed earlier on, my

13   brother and I were in the T-shirts that Mr. Harcourt bought us.

14   Q.   Are you referring to this photograph?

15   A.   Sorry?

16   Q.   Are you referring to this photograph?

17   A.   Yes.  The London -- I think it says "London" something on

18   the actual T-shirts.

19   Q.   Who bought you those?

20   A.   Sorry?

21   Q.   Who bought you those?

22   A.   Mr. Harcourt.

23             THE COURT:  Can you identify the exhibit, please.

24             MS. MEDETIS:  Yes, your Honor.  I'm showing

25   Government's Exhibit 77.

 1            For the record, I am showing defense counsel what's

 2   been marked for identification purposes as Government's

 3   Exhibit 68.

 4            Permission to approach, your Honor?

 5            THE COURT:  You may.

 6   BY MS. MEDETIS:

 7   Q.   Derek, I've just handed you what's been marked for

 8   identification purposes as Government's Exhibit 68.

 9        Do you recognize that?

10   A.   Yes.

11   Q.   And how do you recognize that?

12   A.   It's a photograph --

13            MR. HOROWITZ:  Judge, I'm going to object as to the

14   contents of the exhibit.

15            MS. MEDETIS:  Your Honor, not being offered for the

16   truth of the matter asserted and the contents.

17            MR. HOROWITZ:  It's still hearsay and relevance.

18            THE COURT:  Come on up, please.

19            (Whereupon, the following proceedings were had at

20   side-bar outside the presence of the jury:)

21            MS. MEDETIS:  Judge, Government's Exhibit 68 contains

22   a photograph above a newspaper article.  We're not offering the

23   contents of the article for the truth of the matter asserted.

24            If defense counsel would like us to redact the

25   contents, if this is an issue, we're happy to do that.

1    However, again, we're not offering it for the truth of the

2    matter asserted, only for purposes of the photograph.

3          MR. HOROWITZ:  There's no relevance to the photograph.

4    The story below it is hearsay.

5          MS. MEDETIS:  Your Honor, the photograph is relevant

6    in that it places the witness in the United States at the time

7    that he alleged with the Shuhs, the family that he stayed with.

8          And for the record, I would note that the article

9    relates to the dog.  There's a Cavalier King Charles, I

10   believe, or a cocker spaniel that's depicted, with other people

11   in the photograph; and it talks about how the dog has given

12   birth to puppies.

13         While we would agree it's not relevant, we're also not

14   admitting it for the truth of the matter asserted in terms of

15   the -- the contents of the article is not relevant.  The

16   photograph, however, we believe is.

17         THE COURT:  And is the witness -- the witness is in

18   this photo?

19         MS. MEDETIS:  Yes, your Honor, as are the members of

20   the Shuh family that he testified about.

21         THE COURT:  What's your position?

22         MR. HOROWITZ:  Judge, the article itself is hearsay

23   and it's not relevant to any of the issues here.  He's

24   testified that he was in the United States.  I don't think it's

25   in dispute.

```
 1              Neither the picture nor the article has any relevance
 2     to the charges in this case.  And this is a witness who's
 3     testified pursuant to 413-414 evidence.  It has absolutely even
 4     less relevance.
 5              THE COURT:  So what is it that you want to elicit from
 6     this witness regarding this photo?
 7              MS. MEDETIS:  Your Honor, we would only elicit who --
 8     we would only have the witness identify who appears in the
 9     photo, where the photo was taken and at what time frame the
10     photo was taken.  That's all those three photographs.
11              THE COURT:  I'll admit the photograph without the
12     article because it's hearsay.  So you can redact the article.
13              MS. MEDETIS:  Certainly, your Honor.
14              For the time being, may I just put a piece of paper
15     over it and tape it?
16              THE COURT:  That's fine.
17              MR. HOROWITZ:  Use Government-issue scissors and just
18     cut the picture off the bottom.
19              THE COURT:  I think this may be somebody's photo.
20              (Whereupon, the following proceedings were had in open
21     court:)
22     BY MS. MEDETIS:
23     Q.  Sir, did you recognize what I had just previously shown you
24     as Government's Exhibit 68?
25     A.  Did I recognize it?
```

```
 1    Q.   Yes.

 2    A.   Yes.

 3    Q.   And how do you recognize it?

 4    A.   It was a picture that was taken in Bellbrook in the house

 5    of Donna Shuh.  And it was --

 6    Q.   If I may ask you, also, before you go on --

 7    A.   Sorry?

 8    Q.   If I may ask you before you go on, does the contents of the

 9    photograph and the persons depicted therein -- are they fairly

10    and accurately depicted in the photograph?

11    A.   Yes.

12              MS. MEDETIS:  Your Honor, the Government at this time

13    would move to admit Government's Exhibit 68 into evidence.

14              MR. HOROWITZ:  Renew previous objection, your Honor.

15              THE COURT:  The objection is overruled.

16              It will be admitted as Government's Exhibit 68.

17              (Whereupon, Government's Exhibit No. 68 was entered

18    into evidence.)

19              THE COURT:  You may publish.

20    BY MS. MEDETIS:

21    Q.   Derek, if you could just take a look at the monitor, can

22    you please tell us again where this picture was taken.

23    A.   It was taken in the house of Donna Shuh -- Allen and Donna

24    Shuh.

25    Q.   And where in the United States was the house of Allen and
```

1    Donna Shuh?

2    A.   Bellbrook, Ohio.

3    Q.   And beginning to the left of the photograph, could you

4    please identify who the persons in the photograph are for the

5    jury.

6    A.   Yeah.  Obviously, it's me, with the shorts on.

7    Q.   Can you circle where you say --

8    A.   Sorry?

9    Q.   Circle yourself.  You can touch the screen.

10   A.   This is me.

11   Q.   Okay.

12   A.   Behind me is Buddy Shuh.

13   Q.   Okay.

14   A.   Next to Buddy is Pam Chamberlain.  Next to Pam is Bonnie

15   Shuh.  Next to Bonnie is Billy Shuh.  And to the front is Jean

16   Kenny.  And these two dogs -- sorry -- the dog is --

17   Mrs. Murphy with her puppies.

18   Q.   And approximately how old were you when this photograph was

19   taken?  Do you recall?

20   A.   16.

21   Q.   Derek, I want to go back, if I may, to before you moved to

22   the United States with the Defendant.

23        When the Defendant would visit your home at night in your

24   bedroom, what were the circumstances surrounding the

25   Defendant's visit?  How would -- or why was he at the house?

1    A.   Again, when we met outside, we were told that this person

2    as well as somebody else -- they were taking children out

3    there.

4         And because we got to know him and he got to know us, then

5    he would visit the house.  He got to know my mum.  And my mum

6    would let him into the house.

7    Q.   Okay.

8    A.   And there was one occasion when there was an argument after

9    that that he slept with my mother.

10        MS. MEDETIS:  Your Honor, permission to publish what's

11   been previously admitted as Government's Exhibit 85?

12        THE COURT:  You may.

13   BY MS. MEDETIS:

14   Q.   Derek, could you please take a look at the photograph

15   that's on the screen right now, Government's Exhibit 85.

16   A.   Yeah.

17   Q.   Do you recognize the person in the photograph?

18   A.   Yes, I do.

19   Q.   Who is that?

20   A.   That's William Harcourt.

21   Q.   And is that what the Defendant looked like at the time that

22   you met him in England in the mid-'70s?

23   A.   Yes.

24        MS. MEDETIS:  The Government tenders this witness,

25   your Honor.

```
 1              THE COURT:  Cross-examination.
 2                     CROSS-EXAMINATION
 3   BY MR. HOROWITZ:
 4   Q.  Good afternoon, Mr. XxXxxxx.  How are you?
 5   A.  I'm good.
 6   Q.  Mr. XxXxxxx, I see that you're testifying from a
 7   wheelchair.  Is that correct?
 8   A.  Yes.
 9   Q.  There's no video cameras here.  So I'm trying to make the
10   record.
11        How long have you been in a wheelchair for?
12   A.  How long?
13   Q.  Yes, sir.
14              MS. MEDETIS:  Objection.  Relevance.
15              THE COURT:  Overruled.
16   BY MR. HOROWITZ:
17   Q.  You may answer the question.
18   A.  Just over 30 years.
19   Q.  Just over 30 years.
20        After you came back from the United States?
21   A.  Yes.
22   Q.  As a result of an accident?
23   A.  No.
24   Q.  Illness?
25   A.  No.
```

1   Q.   Anything having to do with Mr. Harcourt?

2   A.   Excuse me?

3   Q.   Nothing having to do with Mr. Harcourt.  Correct?

4   A.   No.  No.

5   Q.   Now, back in the mid-1970s, when you first met

6   Mr. Harcourt, your mother didn't have a lot of money.  Correct?

7   A.   Correct.

8   Q.   Separated from your father -- as a matter of fact, divorced

9   from your father.  Fair statement?

10  A.   Sorry.  That last bit.  Sorry --

11  Q.   I apologize.  It's me not standing by the microphone.

12       She was divorced from your father at that time?

13  A.   Yes.

14  Q.   Your father was not contributing much toward the

15  maintenance of the household?

16  A.   That's true.

17  Q.   And you couldn't afford some of the basic things that you

18  could provide for your children today, such as like a trip to

19  McDonald's.  Is that a fair statement?

20  A.   Yes.

21  Q.   And Mr. Harcourt helped you out by taking you and your

22  friends to McDonald's and to bowling and things of that nature.

23  Correct?

24  A.   He would take us out to -- for meals, to McDonald's, and we

25  would go bowling.  Yes.  Correct.

```
 1   Q.   And at this time, in the first few days and weeks that you

 2   met Mr. Harcourt, he was good to you and good to your family.

 3   Correct?

 4   A.   Correct.

 5   Q.   And you had mentioned that, at your household, after a

 6   while, there was blood and scissors and broken glass.

 7        Do you remember that?

 8   A.   Yes.

 9   Q.   And that had to do with your mother; did it not?

10   A.   Sorry?

11   Q.   That had to do with your mother?

12   A.   Yes.

13   Q.   And issues that she had with alcohol.  Correct?

14   A.   Yes.

15   Q.   And during this time, you had arguments with your mother;

16   did you not?

17   A.   Arguments?

18   Q.   Yes, sir.

19   A.   No.  Not really.

20   Q.   And Mr. Harcourt attempted to help your mother; did he not?

21   A.   Sorry?

22   Q.   Mr. Harcourt attempted to help your mother; did he not?

23   A.   I don't understand the question.

24   Q.   Well, the blood, the scissors and the broken glass were

25   caused by what?
```

1   A.   That there were arguments between my mother and my father

2   and my mother and her partner at the time.

3   Q.   Well, one of her partners at the time was Mr. Harcourt; was

4   he not?

5   A.   I wouldn't class Mr. Harcourt as a partner in the sense.  I

6   know that the idea -- I know that they -- there was the

7   occasion -- that one occasion where they had slept together.

8   Q.   Well, your mother and Mr. Harcourt were very close; were

9   they not?

10  A.   No.

11  Q.   Even though they slept together, they were not very close?

12  A.   No.

13  Q.   But there came a point in time where you went to the United

14  States.  Correct?

15  A.   Yes.

16  Q.   Did you have to pay for your ticket to the United States?

17  A.   I can't remember exactly if -- I wouldn't pay it because I

18  didn't have the money.  I can't remember if my dad paid for it

19  or, indeed, if Mr. Harcourt paid for it.  I'm not -- I can't

20  remember.

21  Q.   And at this time, the reason for you going to the United

22  States was an attempt to improve your life.  Is that a fair

23  statement?

24  A.   Not really.  I left school that summer and I had an

25  opportunity to go to America, which I thought, great.  Again, I

 1   didn't know if I was going to be there for a week or two weeks

 2   or whatever, which turned out to be much longer than I thought.

 3   Q.  Well, when you're 16 years old, you kind of know

 4   everything.  Correct?

 5   A.  Not me.

 6           MS. MEDETIS:  Argumentative.

 7           THE COURT:  Sustained.

 8   BY MR. HOROWITZ:

 9   Q.  At 16 years old, you were -- you finished school or dropped

10   out of school?

11   A.  I finished school.

12   Q.  You had no plans to go to college?

13   A.  No.

14   Q.  No job?

15   A.  No.

16   Q.  Perfect time to come to the United States.  Correct?

17   A.  Yeah.

18   Q.  And when you came to the United States, Mr. Harcourt's

19   sister and brother-in-law opened their home to you, the

20   Shuhs --

21   A.  Yes.

22   Q.  -- did they not?

23   A.  Yes.

24   Q.  Originally, you were going to stay there for a couple of

25   weeks and you ended up staying for a longer period than that;

1    did you not?

2    A.  I did.

3    Q.  You went to high school here?

4    A.  Yes.

5    Q.  As a matter of fact, you were the kicker on the football

6    team; were you not?

7    A.  I was on the football team.  I never got to play or kick.

8    I think, looking back, it was a bit of a -- a bit of a show, to

9    be honest.

10   Q.  And this was American football, not British football.

11   Correct?

12   A.  Yeah.  It was American football, not soccer.

13   Q.  And you enjoyed your time here in the United States; did

14   you not?

15   A.  Yes, I did.  Yes.

16   Q.  As a matter of fact, you have described your time here in

17   the United States when you were 16 years old as the best time

18   of your life?

19   A.  Yes.  Definitely some of the best times, when I look back.

20   Q.  Now, you stayed in the United States with the Shuhs for the

21   whole year and you went back the next summer, back to England;

22   did you not?

23   A.  Yes.

24   Q.  And after you went back, your brother came over here; did

25   he not?  Did Ian come to the United States?

```
 1    A.   Ian, yeah, came to the United States the -- before I came
 2    back.  I think he came the first winter, if I can remember.
 3    Q.   Did he come for the first Christmas?
 4    A.   Sorry?
 5    Q.   Did he come right around Christmastime, 1977?
 6    A.   Yeah.
 7    Q.   Is that a "yes"?
 8    A.   Yes.  Yes.  Sorry.
 9    Q.   Sorry.
10         As a matter of fact, by the winter of the next year, your
11    entire family came to the United States; did they not?
12    A.   That's correct.
13    Q.   And that includes your father and your mother?
14    A.   Yes.
15    Q.   And all your brothers.  Correct?
16    A.   Yes.  They were all there.  And my sister.
17    Q.   And the Shuhs opened their house to you; did they not?
18    A.   They did.  They were very welcoming.
19    Q.   And your trips to the United States were so good that you
20    kept coming back, did you not, for a number of years?
21    A.   I'm sorry?  I didn't understand the question.
22    Q.   After you went back the England in 1978, did you come back
23    to the United States?
24    A.   Yes.  I stayed -- originally, when I went in '77, I stayed
25    the year and did my first year at Bellbrook High School.  I
```

 1   went home in '78, that summer, and then I came back again in

 2   '78, that summer, and stayed another full year, which was my

 3   senior year, at a different high school.

 4   Q.  And your brothers would come back and stay with the Shuhs

 5   as well --

 6   A.  Yes.

 7   Q.  -- did they not?

 8       And not once during this time did either you or your

 9   brothers tell the Shuhs anything about what you've testified to

10   regarding Mr. Harcourt.  Correct?

11   A.  No.

12           MR. HOROWITZ:  May I have one moment, your Honor?

13           THE COURT:  Yes.

14           MR. HOROWITZ:  No further questions.  Thank you, your

15   Honor.

16           THE COURT:  Redirect.

17                   REDIRECT EXAMINATION

18   BY MS. MEDETIS:

19   Q.  Derek, on cross-examination, you had said that some of your

20   time in the United States was the best time in your life.

21       How would you describe the other times with the Defendant

22   in the United States that you didn't characterize as the best

23   time in your life?

24           MR. HOROWITZ:  Objection to the form of the question.

25           THE COURT:  Sustained.

D. XxXxxxx - REDIRECT - By Ms. Medetis          216

```
 1              Rephrase your question.

 2   BY MS. MEDETIS:

 3   Q.  You said some of the time in the United States was the best

 4   time in your life.

 5       How about the other time in the United States?  How would

 6   you characterize that?

 7              MR. HOROWITZ:  Same objection, your Honor.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  Can I answer that?

10   BY MS. MEDETIS:

11   Q.  Yes, you may.

12   A.  I said previously that, when I look back, it was definitely

13   some of the best times of my life then.  Now, obviously, I have

14   a family and my children.

15       But the other side of the -- the sexual side of things that

16   Mr. Harcourt did to me, I mean, I detest it, you know.  When I

17   look back and -- you know, my first sexual encounter was with a

18   30- or 40-year-old man, and that sticks.  That stuck with me

19   all my life, you know.

20       And with all those really good memories that I have for

21   America, one sticks out more than any of them, and that's the

22   things that Mr. Harcourt used to do to me.

23              MS. MEDETIS:  No further questions, your Honor.

24              MR. HOROWITZ:  Judge, if I may, I don't think we have

25   the limiting instruction as to this witness.
```

1           THE COURT:  Yes.

2           Ladies and gentlemen of the jury, you have just heard

3    evidence of alleged acts of the Defendant on other occasions

4    that may be similar to the acts charged in the indictment.

5           You may consider this evidence for any matter to which

6    it is relevant, including the Defendant's disposition or

7    propensity to commit the offenses charged in the indictment.

8           It is up to you to determine what weight, if any, such

9    evidence deserves.  You are cautioned, however, that the

10   Defendant is not on trial here for any acts not alleged in the

11   indictment.

12          You may step down, sir, from the witness stand.

13          MS. MEDETIS:  Your Honor, the Government would excuse

14   this witness.

15          THE COURT:  He's excused.

16          (Witness excused.)

17          THE COURT:  Call your next witness.

18          MS. MEDETIS:  Your Honor, the Government would call

19   David McCrum.

20           DAVID McCRUM, GOVERNMENT WITNESS, SWORN

21          THE COURT REPORTER:  Please be seated.

22          Please state your full name for the record.

23          THE WITNESS:  David McCrum.

24          THE COURT:  You may proceed.

25

```
 1                    DIRECT EXAMINATION

 2   BY MS. MEDETIS:

 3   Q.   Good afternoon, sir.

 4   A.   Good afternoon.

 5   Q.   I'm going to ask that you just bring the microphone a

 6   little closer to you and speak into the microphone for the

 7   benefit of the court reporter and so that the ladies and

 8   gentlemen of the jury can hear you as well.  Okay?

 9   A.   Okay.

10   Q.   Mr. McCrum, do you know a man by the name of William

11   Charles Harcourt?

12   A.   Yes, I do.

13   Q.   And do you see him in the courtroom today?

14   A.   Yes, I do.

15   Q.   Could you please point to him and identify him by what he's

16   wearing.

17   A.   He's right over there.  Has the white shirt on.

18            MS. MEDETIS:  Your Honor, if the record could reflect

19   the witness having identified the Defendant.

20            THE COURT:  It will so reflect.

21   BY MS. MEDETIS:

22   Q.   Do you know a man named Bill Harcourt?

23   A.   Yes, I do.

24   Q.   And is he in the courtroom today?

25   A.   Yes.  Yes.
```

1   Q.   Could you please point to him and identify him by an

2   article of clothing.

3   A.   He's sitting right over there with the white shirt on.

4        MS. MEDETIS:   Your Honor, if the record could reflect

5   the witness has identified the Defendant.

6        THE COURT:   It will so reflect.

7   BY MS. MEDETIS:

8   Q.   When did you first meet the Defendant?

9   A.   Around 1977, '78.

10  Q.   Where did you meet him?

11  A.   I met him at a Bible study in Centerville, Ohio.

12  Q.   And tell us a little bit about what kinds of things were

13  discussed at the Bible study.

14  A.   Well, the Bible studies, we just -- we got into the word of

15  God and studied that and that's what we talked about.

16  Q.   Did the members of the Bible study talk about anything else

17  other than the Bible?

18        MR. HOROWITZ:   Objection.   Hearsay.

19  BY MS. MEDETIS:

20  Q.   Without telling us what they said.

21        THE COURT:   He may answer the question "yes" or "no."

22        Overruled.

23        THE WITNESS:   Could you ask the question again,

24  please.

25

 1   BY MS. MEDETIS:

 2   Q.   Other than discussing the Bible, did the members of the

 3   Bible study talk about anything else?

 4   A.   Yes, they did.

 5   Q.   Did you personally ever raise issues at the Bible study?

 6   A.   Yes, I did.

 7   Q.   In general, without getting into specifics, what kinds of

 8   issues would you talk about at Bible study?

 9            MR. HOROWITZ:  Objection.  Relevance and hearsay.

10            THE COURT:  Come on up.

11            (Whereupon, the following proceedings were had at

12   side-bar outside the presence of the jury:)

13            THE COURT:  Yes.

14            MS. MEDETIS:  I don't know, your Honor.

15            THE COURT:  I'm sorry?

16            MS. MEDETIS:  I don't know what the -- the issue is.

17            THE COURT:  What do you proffer his testimony is going

18   to be?

19            MS. MEDETIS:  I apologize, your Honor.

20            I was only going to elicit that members of the Bible

21   study raised and discussed personal issues.

22            Then I was going to ask:  Did the Defendant ever raise

23   any personal issues?  What did he say?

24            And I could just move on, ask him about his personal

25   issues, if that helps.

1          MR. HOROWITZ:  The Defendant's personal issues are

2   hearsay.  We're talking about the 1970s in a Bible study class.

3   There is no relevance.  It's hearsay.  It's not even -- it's

4   not offered for anything relevant to the charges at hand.

5          MS. MEDETIS:  Your Honor, this was previously admitted

6   evidence by your Honor under 413 and 414 in your Honor's

7   omnibus order and it specifically was ordered that it was not

8   hearsay, as the Defendant would be talking about prior acts of

9   sexual abuse and child molestation that are very relevant.

10         THE COURT:  He admitted in front of this witness --

11         MS. MEDETIS:  He admitted in front of this witness

12  both during Bible study and on several other occasions about

13  his desire for and conduct with minors -- sexual conduct with

14  minors.

15         THE COURT:  Why wouldn't that be admissible,

16  Mr. Horowitz?

17         MR. HOROWITZ:  I don't know where within the notice it

18  is.

19         THE COURT:  I'm sorry?

20         MR. HOROWITZ:  I don't know where within the notice it

21  is.

22         THE COURT:  Oh, it is there.

23         What date is this for McCrum?

24         MS. MEDETIS:  Your Honor, he first met the Defendant,

25  I believe he just testified, in the mid- or late '70s, and it

1    carries on through the early 1980s.

2            THE COURT:  This is covered by the omnibus order,

3    Docket Entry 147, Pages 36 and 37.

4            MS. MEDETIS:  Your Honor, I would note for the record

5    that the Government provided --

6            THE COURT:  I'm sorry?

7            MS. MEDETIS:  I would note for the record that the

8    Government provided notice in its March 13th, 2012, notice

9    of --

10           THE COURT:  Yes.  I was just about to get to that.

11   It's Docket Entry 89.

12           As I read the notice, the notice says that, at the

13   religious group, the Defendant stated he was having thoughts

14   about young boys.

15           There's basically a three-part test under 413 and 414:

16           First, the Court must determine the Defendant's

17   accused of the child molestation, which is the -- I find the

18   indictment meets that prong.

19           Second, the Court must determine that the proffered

20   evidence is evidence that the Defendant committed any other

21   child molestation.

22           And, third, the Court must determine that the evidence

23   is relevant.

24           I find that having thoughts about young boys is not

25   committing child molestation.

1          You may get into this area with this witness as to the

2     Defendant's admissions that he made of having committed child

3     molestation, as I find that that meets the three-part test as

4     indicated in my order.

5          So to the extent that this ruling modifies 147, so be

6     it.

7          MS. MEDETIS:  Your Honor, then, may I just ask one

8     leading question:  Did the Defendant ever disclose to you

9     sexual conduct with minors?  So that we cannot get --

10    accidently with the witness get into any discussion about what

11    the Defendant's thinking was.

12         MR. HOROWITZ:  Judge, I'd prefer that the witness be

13    instructed by the Court not to -- outside the presence of the

14    jury not to discuss the Defendant's thoughts and then let the

15    Government ask their questions.

16         THE COURT:  What we'll do is I'll send the jury out.

17    You can instruct the witness that he's not to testify about any

18    discussions about the Defendant's thoughts, but he may, in

19    fact, answer questions about admissions, if any, that the

20    Defendant made to him.

21         MS. MEDETIS:  Your Honor, I would alternatively argue

22    evidence of the Defendant's thoughts of child molestation or

23    assault on minors would be admissible under 404(b), if not

24    under 413 and 412, for your Honor's consideration, both as

25    evidence of motive and intent as evidence of sexual interest in

```
 1    children.

 2            THE COURT:  Any response?

 3            MR. HOROWITZ:  Judge, 404(b) encompasses prior bad

 4    acts.  This is not a bad act.  It may not be a good thought,

 5    but it's prior bad acts.  And what his thoughts are are

 6    irrelevant.

 7            THE COURT:  I am not going to admit it under 404(b).

 8    First of all, the time frame for 404(b) is different from the

 9    time frame pursuant to the case law for 413 and 414.  So this

10    was a statement made in the '70s.  So I have a concern about

11    that as far as 404(b).

12            On that basis, I'll find it's a violation of 403 under

13    a 404(b) analysis because it's not -- it's too far attenuated

14    in time.

15            MS. MEDETIS:  Understood, Judge.

16            (Whereupon, the following proceedings were had in open

17    court:)

18            THE COURT:  Ladies and gentlemen of the jury, will you

19    step into the jury room for just a moment.  It will be just a

20    moment this time.

21            Do not discuss this case amongst yourselves or with

22    anyone else.  We'll be back with you in two minutes.

23            (Whereupon, the jury exited the courtroom at 5:34 p.m.

24    and the following proceedings were had:)

25            THE COURT:  You may be seated.
```

1          Do you want to instruct him on the record or just talk

2    to him?

3          MS. MEDETIS:  Your Honor, I can instruct him on the

4    record.

5          Mr. McCrum, your testimony today regarding your

6    conversations with the Defendant about his sexual interest in

7    children -- your testimony will have to be limited to anything

8    the Defendant told you regarding any sexual acts.

9          You may not testify about whether the Defendant told

10   you he had sexual thoughts about minors.

11         Do you understand that?

12         THE WITNESS:  Yes.

13         THE COURT:  Okay.  You can bring the jurors back in,

14   please.

15         (Whereupon, the jury entered the courtroom at

16   5:35 p.m. and the following proceedings were had:)

17         THE COURT SECURITY OFFICER:  Your Honor, we've got one

18   more in the rest room.

19          (Thereupon, an unidentified juror entered the

20   courtroom and the following proceedings were had:)

21         THE COURT:  You may be seated.

22         You are still under oath.

23         You may proceed.

24   BY MS. MEDETIS:

25   Q.  Mr. McCrum, could you please remind us again when you met

```
 1    the Defendant.

 2    A.  Somewhere around 1977, to '78.

 3    Q.  And you had said that you met him at a Bible study.

 4    Correct?

 5    A.  Correct.

 6    Q.  What, if any, relationship did you develop with the

 7    Defendant?

 8    A.  We became friends because we were in this Bible study

 9    together.  So....

10    Q.  How often did you see the Defendant at the Bible study?

11    A.  Well, at least once a week.  Sometimes more.

12    Q.  Did you ever see the Defendant outside the Bible study?

13    A.  Yes.

14    Q.  And how often did you see him outside the Bible study?

15    A.  Oh, I don't know.  A few times, but I don't know exactly

16    how many.

17    Q.  Sir, I didn't ask you before:  Where are you from or where

18    are you living now?

19    A.  I'm living in North Carolina.

20    Q.  And what do you do there?

21    A.  Director of a retreat center there and kind of retired.

22    Q.  Who do you live with?

23    A.  My wife.

24    Q.  Do you have any children?

25    A.  I have two girls.
```

```
 1    Q.   During your friendship with the Defendant around the time

 2    of this Bible study, what, if anything, about children did the

 3    Defendant discuss with you?

 4    A.   Well, he discussed about -- that he had an issue that he

 5    asked for prayer about.

 6    Q.   And did he tell you what that issue was?

 7    A.   Yes.

 8    Q.   And what was the issue that he told you about?

 9    A.   Well, first, when he brought it up, that he was having a

10    struggle with young boys.

11          MR. HOROWITZ:  Objection, your Honor.  Reserve a

12    motion.

13          THE COURT:  The jury is instructed to disregard the

14    last statement of the witness.

15    BY MS. MEDETIS:

16    Q.   What, if anything, did the Defendant tell you that he did

17    with young boys?

18    A.   Eventually, he told me that he was having sexual relations

19    with young boys.

20    Q.   When you say "eventually," when after you met him do you

21    remember him saying this to you?

22    A.   Probably within a year.

23    Q.   Did there come a time when you left the Bible study?

24    A.   Could you repeat that again.

25    Q.   Did there come a time when you moved away and left the
```

```
 1   Bible study?
 2   A.   Yes.  Yes.
 3   Q.   And where did you move to?
 4   A.   I moved from Dayton, Ohio, to Lima, Ohio.
 5   Q.   And when you were living in Lima, Ohio -- well, first of
 6   all, when did you move to Lima, Ohio?
 7   A.   Oh, 1978, '79.
 8   Q.   Did you have any further contact with the Defendant when
 9   you -- after you moved to Lima, Ohio?
10   A.   Yes.
11   Q.   And did the Defendant ever talk to you again about his
12   sexual acts with children?
13   A.   Yes, he did.
14   Q.   And what did he say about that?
15   A.   Well, I asked him if he still was having this problem with
16   boys.
17        And he said, "Yes, I am."
18   Q.   And how many times did you have this discussion with the
19   Defendant?
20   A.   I don't know how many times.  But several times we
21   discussed it.
22   Q.   What, if anything, did you or the Defendant do to address
23   this sexual problem with boys?
24   A.   Well, in our Bible study, we had an accountability setup
25   amongst all -- it was the men's Bible study.  And we would
```

1  choose to make ourselves accountable to our brothers if we had

2  an issue, something going on in our life that we needed help.

3  And so we had an accountability thing with Bill.

4  Q.   And can you describe for the ladies and gentlemen of the

5  jury what you mean by "accountability."

6  A.   "Accountability" is that we were free to be able to call

7  whoever needed help and point-blank ask them if they're still

8  struggling or anything's going on.  And the same thing even for

9  myself.  If I had an issue, then that was also was there.

10        So it just meant that we tried to make contact with the

11  people and ask them to even make contact with us.

12  Q.   And did you ever participate in an accountability with the

13  Defendant?

14  A.   Yes.

15  Q.   And what, if anything, did you do with respect to that?

16  A.   Well, just made phone calls, checking on him.  He even

17  called me.  When he would call me, I would ask him.

18  Q.   What would you ask him?

19  A.   I would ask him if he -- and the thing that I kept saying

20  to him -- because I didn't want to get into the depth of it --

21  I would say, "Are you still having a problem with young boys?"

22  Q.   And what would the Defendant say?

23  A.   He would always be honest and tell me "yes."

24  Q.   At some point over the course of this accountability, how,

25  if at all, did the Defendant's demeanor change?

 1    A.   Eventually, he kind of -- I don't know the right words --

 2    sloughed it off, but it was like he had went as far with it

 3    as -- it seemed to me that he went as far as --

 4              MR. HOROWITZ:  Objection.  Calls for speculation.

 5    BY MS. MEDETIS:

 6    Q.   Could you please describe what the Defendant's demeanor was

 7    like over the course of the accountability when you say he

 8    sloughed it off.

 9              MR. HOROWITZ:  Same objection, your Honor.

10              THE COURT:  Overruled.

11    BY MS. MEDETIS:

12    Q.   You may answer, sir.

13    A.   His demeanor was always of -- it seemed to be regret and he

14    felt guilty.

15              MR. HOROWITZ:  Objection as to what it seems to be.

16    Calls for speculation.

17              THE COURT:  Overruled.

18    BY MS. MEDETIS:

19    Q.   You may continue.

20    A.   And so -- but, eventually, it got to where it no longer

21    seemed to be important to him.

22    Q.   What no longer seemed to be important to him?

23    A.   The accountability.

24    Q.   Did there come a time, sir, when you left Lima?

25    A.   Could you repeat that.

1  Q.  Did there a time when you left Lima?

2  A.  Oh.  Lima, Ohio.  Yes.

3  Q.  Lima.  Sorry.

4  A.  Yes.  Yes, there was.

5  Q.  And where did you go from Lima?  To where?

6  A.  We went to Haiti as missionaries, our entire family.

7  Q.  When you say "we," who is that?

8  A.  My wife and my two girls.

9  Q.  And in what year did you go to Haiti?

10 A.  We went in 1981.

11 Q.  Before you left for Haiti, did you see the Defendant?

12 A.  Yes.

13 Q.  Where did you see him?

14 A.  Well, he came to visit us in Lima, Ohio.  I don't know if

15 it was once, twice.  I can't remember how many.  But he came to

16 visit us there.

17 Q.  And what, if anything, did you discuss with the Defendant

18 in Lima?

19 A.  Well, the same things.  We were -- my heart was to help

20 him.  I wanted him to get him.  I wanted him to be able to

21 overcome in that area.  So I would always bring it up.

22    And he was always honest with me because he always said

23 that he was still having a problem in that area.

24         MR. HOROWITZ:  Judge, objection.  There's no acts, as

25 we talked about.

 1              THE COURT:  Overruled.

 2    BY MS. MEDETIS:

 3    Q.  When you say you would bring it up, what are you referring

 4    to?

 5    A.  His sexual problem with young boys.

 6    Q.  After you moved to Haiti -- you said in 1981.  Correct?

 7    A.  Yes.

 8    Q.  Did you ever see the Defendant there?

 9    A.  Yes, I did.

10    Q.  When you moved to Haiti, where did you live?

11    A.  I first moved to a place called Petion-Ville.

12    Q.  And where in Petion-Ville did you stay?

13    A.  We had a house that was there that we rented.

14    Q.  And at what point did you encounter the Defendant in Haiti?

15    A.  Well, we moved from Petion-Ville to -- closer to

16    Port-au-Prince.  And that's where we opened up that Caribbean

17    Christian Center.

18    Q.  And do you recall what area close to Port-au-Prince the

19    Caribbean Christian Center was?

20    A.  Delma.

21    Q.  Is that D-e-l-m-a?

22    A.  Yes.

23    Q.  And what happened after you moved to Delma and opened up

24    the Caribbean Christian Center?

25    A.  Eventually, I had some other missionary friends who came

```
 1    and said, "Hey, I ran into a friend of yours."

 2              MR. ADELSTEIN:  Objection.  Objection.  Hearsay.

 3              MS. MEDETIS:  Effect on the listener, your Honor.

 4              THE COURT:  I'm sorry?

 5              MS. MEDETIS:  Effect on the listener, your Honor.

 6    Background.

 7              THE COURT:  Overruled.

 8    BY MS. MEDETIS:

 9    Q.  Let me ask you first:  What is the Christian Caribbean

10    Center?

11    A.  Caribbean Christian Center.

12    Q.  Caribbean Christian Center.  I'm sorry.

13    A.  It was place for missionaries to come out of the field to

14    just come and relax and rest there.  It was also a place for

15    people who were coming to visit missions to be able to stay

16    until they could get out to places that they were going.

17    Q.  And so tell us again how you first heard about the

18    Defendant being in --

19              THE COURT:  Move on, Ms. Medetis.

20              MS. MEDETIS:  Okay.

21    BY MS. MEDETIS:

22    Q.  Did you ever see the Defendant in Haiti?

23    A.  Yes.

24    Q.  Can you tell us about that.

25    A.  Well, eventually, I kept hearing about that there was
```

```
 1   somebody there --

 2              MR. HOROWITZ:  Objection.

 3              MR. ADELSTEIN:  Objection.

 4              THE COURT:  Sustained.

 5   BY MS. MEDETIS:

 6   Q.  Without telling us what anybody else told you, sir, can you

 7   tell us about the time you saw the Defendant in Haiti.

 8   A.  Yes.  I went -- I found out that he was volunteering at a

 9   children's home.

10   Q.  Where was that children's home?

11   A.  It was outside of Port-au-Prince, but I don't know exactly

12   where.

13   Q.  Okay.  And did you go to the children's home?

14   A.  I did.

15   Q.  What happened when you went to the children's home?

16   A.  I went there to confront him.  And so, when he came out, we

17   greeted.  And then the first question that I asked him is,

18   "Bill, are you still having a problem with young boys?"  He was

19   at an orphanage, a children's home, working.

20   Q.  And approximately how old were the children that were

21   living at that home?

22   A.  Oh, they varied in ages, but there was -- most of them

23   were, I guess, from 8 years old up until teens.  But I don't

24   know exactly.

25   Q.  Okay.  And when you asked the Defendant, "Are you still
```

 1    having this problem?", what problem are you referring to?

 2    A.   Referring to the sexual problem he was having with young

 3    boys.

 4    Q.   And what did the Defendant say in response?

 5    A.   He just said, "Yes."

 6    Q.   And could you describe the Defendant's demeanor when he

 7    said, "Yes" to you.

 8    A.   It was like guilt, you know.  It was always that way with

 9    him because it was like he knew that he was having --

10              MR. HOROWITZ:  Objection.

11              THE COURT:  Sustained.

12    BY MS. MEDETIS:

13    Q.   What did you do next?

14    A.   I told him that I could not allow him to stay there under

15    those situations.

16    Q.   And so what happened next?

17    A.   So I told him that we had got together with a couple other

18    pastors on the island and we had bought a ticket and we were

19    sending him back to the United States.

20    Q.   And did the Defendant, in fact, go back to the United

21    States?

22    A.   Yes, he did.

23    Q.   How do you know that?

24    A.   Well, we saw him get on the airplane.  It was a mission

25    airplane that brought mail in for missionaries and packages and

 1    stuff.  And he flew out on that plane.

 2    Q.  Did you see the Defendant get on the plane, you personally?

 3    A.  I did not personally see him get on it, but the other two

 4    pastors that were --

 5              MR. HOROWITZ:  Objection.

 6              THE COURT:  Sustained.

 7    BY MS. MEDETIS:

 8    Q.  Did you take him to the airport?

 9    A.  Yes.

10    Q.  In what year was that when you saw the Defendant at the

11    children's home and he admitted to his sexual problem with

12    minors?

13    A.  I believe it was 1982.

14    Q.  After that time, did you ever see or hear from the

15    Defendant again?

16    A.  Yes, I did.

17    Q.  When was the next time you saw or heard from the Defendant?

18    A.  After I was -- our family moved back from Haiti in 1986.

19    Q.  And where did you and your family move to?

20    A.  We moved to the West Palm Beach area.

21    Q.  How did you hear from the Defendant?

22    A.  He called me.

23    Q.  And what did he say to you when he called you?

24    A.  He told me that he was in the area and he wanted to come by

25    and visit.

McCrum - DIRECT - By Ms. Medetis                    237

```
 1    Q.   And what did you say?
 2    A.   I -- my answer to him was, "Bill, are you still having a
 3    problem with young boys?"
 4    Q.   And what did he say?
 5    A.   He said, "Yes."
 6    Q.   And what happened next on that phone call?
 7    A.   I told him I did not want him coming to my house, but I
 8    would meet him.
 9    Q.   During that phone call, did he tell you what he was
10    doing -- or let me backtrack.
11         Did he tell you where he was?
12    A.   Yes.  He told me that he was at a church there in West Palm
13    Beach.
14    Q.   Did he tell you what he was doing at the church?
15    A.   He mentioned something about going to Egypt.  But I don't
16    know anything in detail.
17    Q.   I'm sorry.
18         He mentioned something about going where?
19    A.   Egypt.
20    Q.   What did you do next after talking to the Defendant on the
21    phone?
22    A.   I contacted the pastor of the church.
23    Q.   And what did you do?  What did you say to the pastor?
24    A.   I called him to advise him about Bill and what was going on
25    in his life, and I asked him if he knew anything about it.
```

```
 1   Q.   Okay.  And what did you tell the pastor specifically

 2   regarding the Defendant and his life?

 3   A.   I told him that he had told me he was having sexual

 4   relations with young boys.

 5   Q.   And what did you do next?

 6   A.   I made an appointment to go see the pastor and his

 7   leadership.

 8   Q.   And did you, in fact, go see the pastor and his leadership?

 9   A.   Yes.

10   Q.   Was this still in 1986, sir?

11   A.   I believe that it was around that time, '86 or '87.

12   Q.   How soon after the Defendant called your home did you make

13   the appointment with the pastor?

14   A.   Well, I made the appointment immediately.  I know it was

15   within 24 hours that I was meeting with him.

16   Q.   And when you went to the meeting, do you recall who was

17   present?

18   A.   Yes.  Because it was the leadership of his church.  And

19   there was another man who was there who was planning this trip

20   to go to Egypt with Bill.

21   Q.   What was the pastor's name?

22   A.   Bennie Skinner.

23   Q.   What did you say to the pastor and his leadership when you

24   got to the church?

25   A.   I explained everything to them that I had already told him
```

 1   on the phone.

 2   Q.  Which was what, sir?

 3   A.  I told him that Bill had had this problem for a long time

 4   and that, if they were planning on sending him off on a mission

 5   trip, they needed to reconsider and they needed to find out the

 6   truth.  But Bill was not in that meeting at the beginning.

 7   Q.  Did he, the Defendant, ever join the meeting at any point?

 8   A.  I asked for him to come into the meeting.

 9   Q.  Why did you ask for him?

10   A.  Because the leadership was having a struggle with me being

11   there telling them this story about him and they felt like that

12   I shouldn't have been telling them what was going on in his

13   life.

14   Q.  And after the Defendant joined the meeting, what happened

15   next?

16   A.  He sat right beside me to my left.  I looked at him and I

17   said, "I'm going to tell all of these people again what I've

18   just said and then I want you" -- and I asked Bill -- I said,

19   "You either tell them it's the truth or not the truth."

20       And up until that point, I feel that he has always been

21   honest with me.  And so I explained everything I've just said

22   here to everyone again and I looked at Bill and I said, "Is

23   this the truth or not?"

24       And he said, "Yes, it is."

25   Q.  And when you say, "Is this the truth or not?", what are you

```
 1   referring to, sir?

 2   A.   Sexual relations with young boys.

 3   Q.   What, if anything, did you do after the Defendant said:

 4   Yes.  You're telling the truth?

 5   A.   That was pretty much the end of the meeting.  It didn't

 6   satisfy everybody still that was there.  I don't know what

 7   issue that they were having.

 8        But I felt like I had done what I needed to do.  I

 9   needed -- I couldn't let him just be there and not tell

10   somebody what he was still doing.

11   Q.   Did the Defendant ever tell you what he was going -- what

12   he was planning to do when he went to Egypt?

13   A.   No.  I have no details of that at all.

14   Q.   And did the Defendant, in fact, go to Egypt?

15   A.   It's my understanding that he did.

16   Q.   I want to take you back to when you were testifying about

17   the accountability process before you left for Haiti.

18        Do you know what, if any, steps the Defendant took to

19   address his sexual problem with minors?

20           MR. HOROWITZ:  Objection.  Form of the question,

21   relevance.

22           THE COURT:  Sustained.

23   BY MS. MEDETIS:

24   Q.   Did you ever see the Defendant do anything to address his

25   problem, as you characterize it?
```

```
 1              MR. HOROWITZ:  Same objection, your Honor.

 2              THE COURT:  I'm sorry.  I didn't hear the question.

 3   Could you ask it again.

 4              MS. MEDETIS:  Sure.

 5   BY MS. MEDETIS:

 6   Q.  Did you see if the Defendant did any --

 7              MS. MEDETIS:  Sorry, Judge.

 8   BY MS. MEDETIS:

 9   Q.  Did you see what, if anything, the Defendant did to address

10   his problem?

11              MR. HOROWITZ:  Same objection, your Honor.

12              THE COURT:  Sustained.

13              MS. MEDETIS:  Your Honor, I don't understand the basis

14   of the objection.

15              THE COURT:  I believe the grounds first time was

16   relevance.

17              Is that your grounds?

18              MR. HOROWITZ:  Correct, your Honor.

19              THE COURT:  Sustained.

20   BY MS. MEDETIS:

21   Q.  Did the Defendant ever tell you what he did or tried to do

22   to address his problem?

23              MR. HOROWITZ:  Objection.  Leading, relevance, form of

24   the question.

25              THE COURT:  I think we're going to break here for the
```

 1    night.

 2              Do not discuss this case either amongst yourselves or

 3    with anyone else.  Have no contact whatsoever with anyone

 4    associated with the trial.

 5              Do not read, listen or see anything touching on this

 6    matter in any way, including anything in the media, anything on

 7    the Internet or anything on any access device.

 8              If anyone should try to talk to you about this case,

 9    you should immediately instruct them to stop and report it to

10    my staff.

11              You may give your notebooks to the court security

12    officer.  Have a nice evening.  I'll see you tomorrow morning,

13    9:00.

14              (Whereupon, the jury exited the courtroom at 6:00 p.m.

15    and the following proceedings were had:)

16              THE COURT:  You may be seated.

17              You may step down, sir.  You're not to discuss your

18    testimony with anyone or permit anyone to discuss it with you.

19              Tomorrow morning, 9:00.

20              (Witness excused.)

21              THE COURT:  Would you proffer, please, what you expect

22    the witness is going to say.

23              MS. MEDETIS:  All, your Honor, that we were attempting

24    to elicit was that the Defendant fasted at one point as a way

25    to address his problem with his sexual conduct with boys.

1      THE COURT:  So he would say that the Defendant told

2  him that he fasted?

3      MS. MEDETIS:  That's correct.

4      THE COURT:  I don't understand.

5      The question was:  "What did the Defendant ever tell

6  you" -- I'm sorry -- "Did the Defendant ever tell you what he

7  did or didn't do" --

8      MS. MEDETIS:  Judge --

9      THE COURT:  One second.

10      -- "Did the Defendant ever tell you what he did or

11  tried to do to address his problem?"

12      MS. MEDETIS:  Yes, Judge.

13      I first asked what, if anything --

14      THE COURT:  Directed to this question, please.

15      What did the Defendant tell the witness, if anything,

16  that he did or tried to do to address this problem?

17      MS. MEDETIS:  He tried to fast.

18      And, your Honor, I would argue this is relevant

19  because there was testimony and there will continue to be

20  testimony that this is something the Defendant did on more than

21  one occasion in response to his sexual acts with children.

22      THE COURT:  Mr. Horowitz, do you have a response?

23      MR. HOROWITZ:  It's not relevant to anything, your

24  Honor.  I thought the answer was going to be that he went to

25  see someone, talk to someone, which also wouldn't be relevant.

1              It's the Defendant's own admissions.  I think it has

2    absolutely nothing to do.  The Government is seeking to

3    introduce evidence that he told this witness he was going to

4    fast.  It's just not relevant to any of the issues at hand.

5              MS. MEDETIS:  It's my understanding, your Honor, that

6    the witness would also say that he observed him fasting.

7              Frankly, I don't see how that's any different as to

8    whether he was told by the Defendant or he observed the

9    Defendant fasting.

10             I would also argue, your Honor, that this is a tacit

11   admission of the problem that he had already expressly admitted

12   to.

13             THE COURT:  I'm going to sustain the objection as far

14   as what he said.

15             If you can establish that the witness observed him

16   fasting after these discussions or however -- if you can lay a

17   predicate for the relationship between the fasting and the

18   questioning or the accountability -- no.  I'm going to sustain

19   that as well.  I'm not going to admit this.

20             MS. MEDETIS:  Understood, Judge.

21             THE COURT:  Tomorrow morning, 9:00.

22             We're in recess.

23             (Proceedings concluded.)

24

25

1                          C E R T I F I C A T E

2

3            I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled matter.

5

6

7    _____          /s/Lisa Edwards
         DATE                  _____
8                              LISA EDWARDS, RDR, CRR
                               Official United States Court Reporter
                               400 North Miami Avenue, Twelfth Floor
9                              Miami, Florida 33128
                               (305) 523-5499
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100** [1] - 41:11

**'**

**'04** [7] - 82:24, 82:25, 84:19, 86:14, 88:17, 112:15
**'05** [2] - 88:7, 88:9
**'63** [2] - 121:13, 121:17
**'70s** [6] - 159:22, 178:19, 186:20, 186:21, 221:25, 224:10
**'75** [2] - 149:21, 165:11
**'76** [2] - 149:21, 165:16
**'77** [2] - 196:20, 214:24
**'78** [7] - 173:21, 173:22, 215:1, 215:2, 219:9, 226:2
**'79** [1] - 228:7
**'86** [1] - 238:11
**'87** [1] - 238:11

**/**

**/s/Lisa** [1] - 245:7

**1**

**1** [2] - 1:8, 14:22
**1/2** [1] - 137:13
**10** [3] - 41:8, 123:20, 142:22
**100** [8] - 41:8, 41:9, 41:11
**103** [1] - 3:7
**10th** [2] - 121:13, 121:14, 121:16
**11** [6] - 15:15, 15:16, 132:20, 137:12, 138:15, 149:24
**11-20350** [4] - 4:5, 62:12, 100:25, 181:24
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:00** [3] - 91:1, 94:25, 95:24
**11:22** [1] - 62:3
**11:45** [1] - 63:2
**12** [11] - 1:5, 89:19,

89:20, 137:13, 138:15, 149:24, 151:21, 152:10, 152:12
**121** [1] - 3:8
**12:00** [1] - 91:1
**12:50** [1] - 100:10
**12th** [3] - 21:5, 70:19, 71:7
**13** [4] - 11:2, 140:14, 186:23, 191:10
**138** [1] - 3:8
**13th** [1] - 222:8
**14** [23] - 26:21, 26:23, 26:25, 27:4, 27:8, 34:13, 34:17, 34:19, 36:25, 39:9, 42:5, 42:10, 66:21, 69:8, 69:20, 77:10, 77:11, 77:12, 77:14, 85:20, 106:6, 186:23, 191:10
**1400** [1] - 1:18
**147** [2] - 222:3, 223:5
**14th** [1] - 69:19
**15** [16] - 23:8, 23:10, 24:19, 29:3, 56:16, 66:21, 142:24, 143:5, 143:10, 143:20, 161:13, 171:18, 179:5, 179:7, 196:8
**15-B** [4] - 24:19, 26:20, 31:16, 34:13
**15-year-old** [1] - 176:15
**158** [1] - 3:9
**15th** [3] - 116:16, 116:22, 158:13
**16** [8] - 89:24, 170:15, 179:5, 196:8, 206:20, 212:3, 212:9, 213:17
**163** [1] - 3:16
**166** [1] - 3:16
**17** [4] - 86:25, 170:15, 179:6, 179:7
**175** [1] - 3:9
**177** [7] - 123:7, 123:8, 124:10, 139:18, 139:20, 140:24, 150:10
**18** [3] - 38:18, 86:25, 89:3
**180** [1] - 3:9
**183** [1] - 3:10
**19** [3] - 3:15, 83:25, 87:4
**1910** [1] - 1:24
**1959** [1] - 158:13
**1961** [1] - 183:17

**1963** [2] - 121:14, 138:9
**1970s** [5] - 141:20, 156:5, 159:25, 163:12, 221:2
**1974** [2] - 138:17, 149:21
**1975** [2] - 161:11, 162:3
**1977** [5] - 174:10, 196:4, 214:5, 219:9, 226:2
**1978** [2] - 214:22, 228:7
**1980s** [2] - 178:19, 222:1
**1981** [2] - 231:10, 232:6
**1982** [1] - 236:13
**1986** [2] - 236:18, 238:10
**1988** [1] - 21:5
**1993** [1] - 179:10
**1:00** [2] - 56:9, 91:1

**2**

**20** [8] - 3:6, 15:15, 85:15, 85:20, 123:16, 142:8, 142:10
**20-something** [1] - 123:17
**2000** [2] - 72:17, 72:23
**2003** [2] - 43:11, 43:20
**2004** [8] - 83:2, 83:5, 84:18, 86:1, 104:7, 105:21, 106:2, 109:9
**2005** [12] - 60:2, 72:17, 72:23, 90:13, 116:23, 116:25, 117:9, 117:13, 117:21, 118:1, 118:8, 118:21
**2006** [3] - 9:22, 16:3, 16:17
**2009** [5] - 145:24, 146:3, 146:5, 147:9
**2010** [2] - 60:15, 60:18
**2011** [6] - 16:15, 68:3, 69:19, 72:25, 73:1, 73:7
**2012** [7] - 69:8, 69:23, 70:11, 70:20, 70:2, 102:12, 222:8
**2013** [1] - 1:5
**205** [1] - 3:17

**20530** [1] - 1:19
**208** [1] - 3:10
**21** [2] - 85:15, 89:24
**215** [1] - 3:10
**218** [1] - 3:11
**22nd** [2] - 183:17, 196:6
**24** [2] - 21:7, 238:15
**245** [1] - 1:8
**25** [1] - 3:15
**26th** [2] - 69:23, 70:11
**28** [1] - 69:24
**2929** [1] - 1:21
**2:00** [4] - 56:9, 100:8, 100:19, 100:20
**2:22** [1] - 102:24

**3**

**30** [4] - 140:19, 208:18, 208:19, 216:18
**305** [2] - 2:3, 245:9
**30th** [1] - 69:8
**32** [1] - 92:1
**32-A-1** [1] - 92:3
**32-E** [2] - 91:15, 92:24
**32-G** [1] - 93:7
**32-H** [1] - 93:12
**32-L** [2] - 93:16, 94:4
**32-M** [1] - 93:23
**32-O** [1] - 94:7
**33128** [2] - 2:3, 245:9
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**3380** [1] - 81:16
**35** [1] - 151:8
**36** [2] - 151:8, 222:3
**37** [1] - 222:3
**3:00** [2] - 56:9, 56:10
**3:25** [1] - 147:22
**3:37** [1] - 155:24
**3rd** [2] - 121:13, 121:17

**4**

**4** [6] - 85:20, 87:4, 89:19, 89:20
**40** [4] - 139:16, 140:19, 143:21, 178:12
**40-year-old** [1] - 216:18
**400** [2] - 2:2, 245:8

**403** [1] - 224:12
**404(b** [4] - 223:23, 224:3, 224:8, 224:13
**404(b)** [3] - 120:14, 224:7, 224:11
**410** [1] - 1:22
**412** [2] - 120:9, 223:24
**413** [6] - 120:9, 120:14, 221:6, 222:15, 223:24, 224:9
**413-414** [1] - 204:3
**414** [5] - 120:9, 120:14, 221:6, 222:15, 224:9
**46** [1] - 3:6
**48** [1] - 43:3
**49** [2] - 43:14, 44:9
**4:00** [5] - 56:10, 95:18, 95:22, 95:25, 97:1
**4:08** [1] - 181:18
**4:24** [1] - 182:17

**5**

**50** [3] - 43:23, 44:13, 138:11
**51** [1] - 183:19
**523-5499** [2] - 2:3, 245:9
**53** [1] - 158:15
**59** [6] - 3:15, 25:6, 25:11, 25:20, 25:22, 25:23
**5:34** [1] - 224:23
**5:35** [1] - 225:16

**6**

**600** [1] - 1:18
**63** [4] - 185:17, 188:22, 188:24, 189:7
**68** [8] - 3:17, 202:3, 202:8, 202:21, 204:24, 205:13, 205:16, 205:17
**6:00** [1] - 242:14
**6:04** [1] - 1:6

**7**

**73** [6] - 3:6, 188:22, 188:24, 189:7, 189:8, 189:21
**77** [8] - 3:16, 166:3, 166:8, 166:21, 166:23, 166:24,

191:16, 201:25

**8**

**8** [4] - 122:19, 122:20, 234:23
**81** [1] - 3:7
**85** [9] - 3:16, 163:1, 163:6, 163:15, 163:17, 163:18, 188:2, 207:11, 207:15
**89** [1] - 222:11
**8:00** [3] - 56:12, 90:25, 94:23
**8th** [1] - 68:3

**9**

**9** [3] - 3:5, 14:1, 15:15
**9130** [1] - 1:24
**97** [8] - 3:15, 9:15, 12:1, 12:17, 19:10, 19:20, 19:21
**99** [1] - 1:15
**9:00** [4] - 56:12, 242:13, 242:19, 244:21
**9:19** [1] - 1:6
**9:25** [1] - 8:21

**A**

**a.m** [5] - 1:6, 8:21, 62:3, 63:2, 97:1
**able** [14] - 6:10, 12:25, 13:2, 13:7, 20:3, 27:23, 27:25, 65:18, 95:12, 177:6, 201:8, 229:6, 231:20, 233:15
**above-entitled** [1] - 245:4
**absolutely** [3] - 154:10, 204:3, 244:2
**abuse** [16] - 13:9, 15:22, 35:13, 53:7, 53:10, 54:7, 54:25, 57:23, 60:24, 61:3, 61:10, 75:5, 75:13, 75:19, 136:21, 221:9
**abused** [1] - 35:23
**abusing** [2] - 13:4, 65:23
**accent** [2] - 164:23, 164:24
**accept** [6] - 20:6, 20:8, 44:22, 44:23,

44:24, 45:4
**accepted** [2] - 13:17, 13:18
**access** [7] - 61:20, 100:3, 115:15, 125:10, 126:3, 181:12, 242:7
**accident** [1] - 208:22
**accidently** [1] - 223:10
**accompany** [1] - 113:19
**according** [4] - 63:21, 68:7, 116:15, 178:17
**account** [1] - 195:15
**accountability** [10] - 228:24, 229:3, 229:5, 229:6, 229:12, 229:24, 230:7, 230:23, 240:17, 244:18
**accountable** [1] - 229:1
**accurate** [1] - 245:3
**accurately** [4] - 25:16, 163:11, 166:17, 205:10
**accused** [1] - 222:17
**act** [2] - 190:10, 224:4
**actions** [1] - 143:16
**activities** [1] - 87:9
**acts** [17] - 36:2, 137:19, 137:20, 138:2, 174:19, 174:20, 175:2, 217:3, 217:4, 217:10, 221:8, 224:4, 224:5, 225:8, 228:12, 231:24, 243:21
**actual** [2] - 66:6, 201:18
**add** [1] - 12:10
**addition** [6] - 47:25, 58:16, 59:1, 59:14, 65:19, 146:19
**address** [11] - 85:2, 145:13, 154:18, 228:22, 240:19, 240:24, 241:9, 241:22, 242:25, 243:11, 243:16
**addresses** [1] - 19:9
**ADELSTEIN** [98] - 1:20, 1:21, 4:2, 4:20, 7:23, 13:10, 13:24, 14:16, 14:18, 16:7, 16:25, 17:2, 17:15, 18:6, 18:13, 18:25,

29:18, 35:15, 37:9, 37:19, 46:17, 46:19, 49:4, 49:8, 50:12, 51:13, 51:16, 54:5, 58:1, 58:4, 58:6, 58:11, 58:15, 58:21, 59:18, 60:1, 63:6, 63:7, 63:15, 63:19, 64:7, 64:24, 65:3, 65:6, 65:11, 66:8, 66:13, 66:14, 67:9, 67:12, 67:13, 67:22, 68:1, 68:22, 70:7, 70:9, 70:10, 73:9, 73:11, 73:13, 74:1, 74:4, 74:15, 74:17, 78:15, 78:23, 79:1, 79:12, 84:10, 103:8, 103:8, 105:6, 105:11, 107:1, 109:22, 110:23, 115:3, 116:20, 116:21, 117:7, 117:8, 118:6, 118:15, 118:17, 118:24, 119:19, 133:1, 133:3, 136:13, 136:23, 149:25, 150:3, 150:5, 151:8, 199:20, 199:22, 233:2, 234:3
**Adelstein** [6] - 4:16, 17:13, 62:21, 63:5, 101:10, 182:9
**Adeney** [1] - 192:3
**admissible** [2] - 221:15, 223:23
**admission** [2] - 177:6, 244:11
**admissions** [3] - 223:2, 223:19, 244:1
**admit** [9] - 19:18, 19:19, 25:19, 163:14, 166:20, 204:11, 205:13, 224:7, 244:19
**admitted** [27] - 9:14, 19:11, 19:13, 19:20, 25:21, 43:3, 43:14, 43:23, 44:9, 44:13, 91:15, 92:3, 92:17, 92:23, 93:12, 93:15, 163:16, 166:22, 188:2, 191:15, 205:16, 207:11, 221:5, 221:10, 221:11, 236:11, 244:11
**admitting** [1] - 203:14
**adopt** [1] - 120:21
**adult** [1] - 140:16

advantages [1] - 78:1
**advise** [1] - 237:24
**advised** [1] - 16:12
**advising** [1] - 68:7
**affidavit** [1] - 12:12
**afford** [4] - 13:3, 176:17, 176:19, 209:17
**afraid** [1] - 45:6
**afternoon** [24] - 19:13, 81:9, 81:11, 81:12, 90:20, 101:1, 101:4, 101:9, 103:9, 121:10, 121:11, 138:7, 158:8, 158:9, 175:7, 175:8, 182:2, 182:7, 182:8, 183:10, 183:11, 208:4, 218:3, 218:4
**afternoons** [1] - 103:17
**afterwards** [1] - 129:22
**age** [5] - 23:20, 85:18, 87:2, 89:17, 152:12
**Agent** [4] - 62:18, 62:19, 68:2, 101:7
**agent** [7] - 69:16, 73:7, 103:25, 117:21, 117:23, 118:2, 118:7
**agents** [12] - 69:21, 70:25, 72:3, 72:15, 72:24, 107:7, 110:18, 116:23, 117:2, 117:9, 117:13, 117:16
**Agents** [2] - 4:12, 182:5
**ages** [2] - 179:5, 234:22
**ago** [10] - 60:4, 70:20, 71:7, 71:8, 137:14, 139:16, 143:21, 156:20, 178:12
**agree** [2] - 113:13, 203:13
**agreed** [6] - 7:6, 25:3, 41:3, 41:12, 45:5, 113:11
**agreement** [1] - 11:11
**ahead** [4] - 10:9, 52:19, 98:22, 150:18
**ahold** [1] - 147:12
**air** [5] - 46:7, 54:11, 110:18, 164:7, 177:1
**Air** [1] - 177:3
**airplane** [2] - 235:24,

235:25
**airport** [1] - 236:8
**AI** [3] - 174:12, 179:14, 196:23
**alarms** [1] - 126:9
**alcohol** [4] - 150:23, 151:25, 152:14, 210:13
**allegations** [4] - 16:4, 16:9, 132:13
**alleged** [18] - 16:19, 53:10, 54:7, 60:24, 61:3, 65:19, 72:16, 72:22, 73:6, 115:22, 137:19, 138:2, 149:17, 174:19, 175:2, 203:7, 217:3, 217:10
**allegedly** [3] - 15:23, 72:16, 115:8
**alleging** [1] - 149:16
**Allen** [3] - 196:23, 205:23, 205:25
**alley** [1] - 85:24
**allow** [3] - 14:6, 33:16, 235:14
**allowance** [1] - 59:6
**allowed** [3] - 14:9, 56:1, 142:4
**allowing** [1] - 17:14
**almost** [9] - 109:3, 126:19, 139:15, 142:10, 143:1, 178:12, 184:4, 194:14, 200:20
**alone** [1] - 35:12
**alternatively** [1] - 223:21
**ambit** [1] - 133:19
**America** [13] - 4:4, 62:11, 100:24, 155:6, 164:19, 172:7, 174:3, 174:7, 181:23, 211:25, 216:21
**AMERICA** [1] - 1:4
**American** [13] - 41:13, 41:14, 162:11, 164:7, 164:20, 164:21, 164:22, 164:24, 177:1, 213:10, 213:12
**amount** [3] - 41:8, 192:7, 194:23
**analysis** [2] - 120:21, 224:13
**and...** [1] - 173:3
**Andrew** [6] - 4:5, 62:12, 82:7, 82:15, 100:25, 181:24
**ANDREW** [1] - 1:7

**ankle** [3] - 134:6, 134:7, 134:13
**answer** [21] - 18:19, 49:3, 83:19, 98:6, 109:18, 139:1, 148:16, 151:16, 151:19, 154:23, 170:3, 178:5, 178:8, 208:17, 216:9, 219:21, 223:19, 230:12, 237:2, 243:24
**answered** [9] - 13:24, 35:15, 37:20, 57:24, 70:6, 141:10, 151:17, 153:21, 168:15
**answers** [3] - 148:7, 148:9, 151:4
**Anthony** [1] - 122:17
**Anthony's** [3] - 122:1, 122:5, 122:9
**anus** [4] - 172:17, 172:19, 173:1, 173:12
**anxious** [1] - 105:18
**anyway** [2] - 134:11, 192:21
**apartment** [11] - 114:14, 114:15, 125:10, 165:19, 165:20, 167:16, 167:19, 167:22, 170:19, 170:22, 175:12
**apartments** [1] - 82:6
**apologize** [10] - 19:3, 72:1, 73:5, 74:11, 107:24, 119:18, 152:23, 196:25, 209:11, 220:19
**APPEARANCES** [1] - 1:13
**appearances** [4] - 4:7, 62:13, 101:2, 181:25
**appeared** [3] - 85:24, 87:19, 107:5
**applied** [3] - 130:8, 130:23, 131:15
**apply** [3] - 130:15, 130:17, 131:14
**appointment** [3] - 238:6, 238:13, 238:14
**appreciate** [1] - 27:21
**appreciated** [1] - 27:19
**approach** [18] - 9:8, 19:4, 25:7, 44:5, 63:15, 75:16, 91:4,

91:7, 91:14, 91:18, 119:19, 149:1, 163:2, 166:4, 193:21, 193:24, 194:2, 202:4
**appropriate** [1] - 5:24
**approximate** [1] - 85:18
**area** [16] - 15:21, 54:23, 83:13, 83:14, 141:21, 141:22, 151:4, 151:5, 155:19, 185:2, 223:1, 231:21, 231:23, 232:18, 236:20, 236:24
**areas** [3] - 149:14, 155:3, 155:12
**argue** [1] - 223:21, 243:18, 244:10
**argument** [2] - 155:16, 207:8
**argumentative** [2] - 54:3, 212:6
**arguments** [3] - 210:15, 210:17, 211:1
**armchair** [1] - 128:5
**arrange** [1] - 126:15
**arrangements** [2] - 113:23, 114:1
**article** [9] - 202:22, 202:23, 203:8, 203:15, 203:22, 204:1, 204:12, 219:2
**ashamed** [2] - 180:4, 180:12
**Asher's** [1] - 124:24
**aside** [1] - 192:14
**asleep** [5] - 135:25, 190:10, 190:22, 193:22
**assault** [1] - 223:23
**asserted** [4] - 202:16, 202:23, 203:2, 203:14
**assigned** [1] - 13:19
**assigns** [1] - 50:23
**assistance** [1] - 200:3
**assistant** [2] - 71:1, 157:12
**ASSISTANT** [1] - 1:15
**associated** [4] - 61:17, 99:25, 181:9, 242:4
**assumed** [1] - 89:10, 113:20
**ate** [1] - 55:10
**attached** [3] - 125:2, 125:4, 141:18

**attack** [10] - 63:12, 64:1, 64:5, 64:18, 64:19, 64:20, 64:25, 65:1, 65:25, 109:11
**attacked** [1] - 64:23
**attacks** [2] - 65:18, 65:19
**attempt** [1] - 211:22
**attempted** [3] - 194:4, 210:20, 210:22
**attempting** [1] - 242:23
**attend** [1] - 58:7
**attended** [1] - 73:19
**attending** [1] - 106:9
**attention** [8] - 10:9, 10:19, 11:25, 12:5, 59:2, 96:3, 164:14, 164:16
**attenuated** [1] - 224:13
**ATTORNEY** [1] - 1:15
**attorney** [1] - 154:22
**attorney's** [1] - 148:16
**attorneys** [3] - 71:1, 72:3, 109:18
**au** [5] - 21:9, 85:4, 232:16, 232:18, 234:11
**audiotaped** [2] - 146:20, 146:21
**August** [2] - 21:5, 68:3
**authorities** [4] - 53:7, 147:9, 156:5, 156:18
**autumn** [1] - 43:20
**available** [1] - 36:19
**Avenue** [4] - 1:18, 1:21, 2:2, 245:8
**aware** [6] - 16:4, 20:1, 67:2, 67:5, 68:16, 101:23, 101:25, 102:7

**B**

**background** [2] - 94:19, 233:6
**backtrack** [1] - 237:10
**bad** [13] - 12:25, 13:5, 56:20, 70:4, 70:12, 71:16, 72:9, 74:13, 74:22, 224:3, 224:4, 224:5
**ball** [4] - 36:1, 36:3,

36:5, 38:15
**ballsy** [1] - 144:1
**bar** [9] - 19:7, 19:9, 63:18, 75:16, 119:22, 149:1, 149:4, 202:20, 220:12
**bare** [1] - 194:7
**base** [3] - 164:8, 177:1, 177:7
**based** [2] - 17:16, 126:12
**bases** [1] - 164:7
**basic** [1] - 209:17
**basis** [6] - 7:2, 106:12, 141:6, 149:22, 224:12, 241:13
**basketball** [1] - 35:25
**bath** [5] - 84:24, 129:20, 130:24, 135:10, 135:13
**bathed** [1] - 130:6, 130:8
**bathing** [1] - 130:6
**bathroom** [5] - 93:18, 93:21, 134:14, 134:18, 175:17
**bathrooms** [1] - 175:19
**baths** [3] - 130:5, 201:4, 201:7
**Bay** [1] - 81:16
**beach** [1] - 176:24
**Beach** [2] - 236:20, 237:13
**beans** [1] - 106:20
**beating** [2] - 128:23, 134:20
**beautiful** [3] - 30:23, 30:24, 31:14
**became** [4] - 41:2, 50:19, 140:16, 226:8
**become** [1] - 133:15
**bed** [36] - 29:11, 31:24, 32:10, 36:19, 37:3, 37:4, 37:7, 38:1, 39:14, 39:16, 39:18, 45:24, 56:12, 56:14, 91:1, 91:3, 94:12, 94:13, 94:23, 96:2, 130:7, 134:6, 134:7, 136:10, 167:24, 168:1, 168:2, 168:3, 190:9, 190:11, 190:22, 193:23, 198:9, 198:11
**bedroom** [37] - 36:12, 36:25, 86:19, 93:6, 93:9, 93:10,

93:14, 93:20, 93:21, 94:8, 94:9, 94:10, 95:1, 95:9, 95:14, 95:18, 96:25, 97:2, 97:19, 98:11, 125:22, 160:9, 172:20, 172:21, 172:22, 172:24, 175:16, 185:20, 185:22, 189:14, 189:22, 189:24, 190:3, 191:2, 198:14, 206:24
**bedrooms** [8] - 85:10, 85:11, 93:18, 93:22, 93:24, 125:17, 125:22, 175:19
**bedside** [1] - 28:20
**beer** [3] - 152:3, 152:12, 152:13
**BEFORE** [1] - 1:10
**beginning** [7] - 46:20, 48:7, 48:17, 165:2, 187:24, 206:3, 239:6
**behalf** [8] - 4:10, 4:16, 62:16, 62:21, 101:5, 101:10, 182:3, 182:9
**behave** [1] - 87:22
**behavior** [1] - 153:16
**behind** [8] - 89:22, 93:5, 191:24, 193:25, 194:2, 194:3, 194:5, 206:12
**belief** [1] - 136:21
**Bellbrook** [5] - 196:17, 196:18, 205:4, 206:2, 214:25
**belonging** [1] - 115:16
**belongs** [1] - 10:22
**below** [1] - 203:4
**benefit** [1] - 218:7
**benefits** [1] - 78:2
**Bennie** [1] - 238:22
**bent** [1] - 131:4
**beside** [1] - 239:16
**best** [8] - 34:8, 103:21, 213:17, 213:19, 215:20, 215:22, 216:3, 216:13
**better** [8] - 28:1, 47:8, 48:6, 49:20, 139:12, 140:10, 152:16, 200:13
**Betty** [2] - 80:23, 81:6
**betty** [1] - 3:7
**BETTY** [1] - 81:3
**between** [8] - 72:17,

72:23, 75:3, 93:21,
179:2, 179:5, 211:1,
244:17
  **beyond** [4] - 17:13,
77:15, 79:12, 148:5
  **Bible** [26] - 59:15,
59:19, 87:13, 113:21,
219:11, 219:13,
219:14, 219:16,
219:17, 220:2, 220:3,
220:5, 220:8, 220:20,
221:2, 221:12, 226:3,
226:8, 226:10,
226:12, 226:14,
227:2, 227:23, 228:1,
228:24, 228:25
  **big** [4] - 128:4,
128:5, 192:22, 198:12
  **Bill** [63] - 9:20, 10:22,
10:23, 10:24, 11:8,
11:11, 11:13, 12:2,
12:7, 13:17, 16:12,
22:13, 23:16, 23:17,
27:14, 36:8, 37:16,
39:17, 42:4, 82:19,
82:21, 90:12, 114:9,
123:21, 124:4,
132:23, 132:24,
136:20, 139:25,
142:4, 143:4, 143:6,
143:10, 143:24,
144:5, 144:15, 145:3,
145:10, 146:11,
147:3, 154:24,
160:22, 160:23,
161:8, 161:16,
161:19, 162:14,
163:10, 171:22,
179:4, 186:14,
218:22, 229:3,
234:18, 237:2,
237:24, 238:20,
239:3, 239:6, 239:18,
239:22
  **Bill's** [10] - 11:1,
11:5, 15:12, 142:3,
166:16, 171:11,
174:4, 174:6, 174:12,
179:15
  **bills** [1] - 114:21
  **Billy** [1] - 206:15
  **birth** [1] - 203:12
  **birthday** [2] - 196:6,
196:8
  **birthdays** [1] -
138:20
  **bit** [17] - 103:19,
104:5, 123:3, 123:4,
127:19, 129:24,
135:23, 153:16,

159:11, 170:15,
173:22, 180:8,
185:14, 209:10,
213:8, 219:12
  **black** [2] - 127:3,
127:14
  **Blackshaw** [50] -
123:7, 123:8, 123:13,
124:22, 125:2,
125:13, 125:15,
125:19, 126:13,
126:24, 129:9,
130:18, 131:15,
131:18, 131:20,
131:24, 132:25,
133:6, 133:21,
133:22, 137:13,
139:18, 139:20,
140:3, 140:7, 140:12,
140:24, 141:4,
141:18, 144:3, 145:6,
145:7, 150:10,
150:21, 151:11,
151:12, 151:13,
151:15, 152:19,
153:7, 153:12,
153:13, 153:18,
153:25, 154:2, 154:7,
154:10, 157:12
  **blank** [1] - 229:7
  **blinding** [1] - 134:8
  **block** [1] - 92:11
  **blocks** [1] - 85:9
  **blood** [3] - 200:17,
210:6, 210:24
  **board** [1] - 6:18
  **boarding** [1] -
140:23
  **body** [5] - 30:1,
129:18, 130:15,
130:17, 130:25
  **Bonnie** [6] - 4:10,
62:16, 101:5, 182:3,
206:14, 206:15
  **BONNIE** [1] - 1:17
  **bookkeeping** [1] -
114:19
  **born** [9] - 21:4,
121:12, 121:18,
138:9, 138:19,
158:12, 183:16,
183:20, 183:24
  **bother** [1] - 115:21
  **bothered** [2] - 127:6,
127:10
  **bottom** [5] - 10:11,
12:13, 194:10,
198:11, 204:18
  **bought** [2] - 201:13,
201:19, 201:21,

235:18
  **Boulevard** [1] - 1:24
  **Bouquets** [4] - 85:2,
86:22, 90:6, 96:10
  **bowling** [6] - 187:2,
187:16, 187:17,
192:14, 209:22,
209:25
  **box** [1] - 81:1
  **boy** [12] - 35:13,
36:9, 38:23, 40:23,
95:5, 95:16, 132:1,
132:22, 143:3, 167:6,
167:11, 167:13
  **boy's** [1] - 198:8
  **boys** [77] - 10:17,
11:3, 23:19, 23:20,
23:23, 23:25, 35:6,
42:9, 45:5, 61:8,
64:22, 74:22, 74:25,
75:6, 75:11, 75:23,
80:3, 80:7, 83:25,
84:6, 84:24, 85:16,
85:17, 85:18, 86:23,
87:1, 87:2, 87:6,
87:10, 87:20, 87:22,
88:19, 89:16, 89:17,
89:23, 89:25, 90:8,
90:22, 96:11, 96:15,
107:11, 113:10,
113:20, 123:14,
123:15, 123:18,
125:15, 125:19,
125:22, 125:23,
127:6, 128:2, 132:22,
135:18, 136:3, 143:1,
143:5, 143:6, 143:10,
185:20, 187:1,
222:14, 222:24,
227:10, 227:17,
227:19, 228:16,
228:23, 229:21,
232:5, 234:18, 235:3,
237:3, 238:4, 240:2,
242:25
  **boys'** [8] - 93:21,
94:2, 95:1, 97:15,
97:18, 97:19, 98:11,
126:4
  **break** [8] - 61:14,
99:22, 100:12, 126:9,
175:22, 175:24,
181:6, 241:25
  **breakfast** [1] - 55:10
  **breaking** [2] - 46:1,
151:1
  **breathing** [1] - 129:8
  **bright** [1] - 134:11
  **bring** [20] - 8:18,
8:19, 11:18, 11:24,

12:2, 42:6, 62:24,
102:21, 102:22,
148:24, 155:22,
164:9, 164:12,
182:15, 183:3, 218:5,
225:13, 231:21, 232:3
  **bringing** [1] - 164:3
  **Britain** [1] - 120:1
  **British** [8] - 139:25,
144:17, 147:9,
156:11, 156:17,
156:23, 213:10
  **broken** [3] - 200:16,
210:6, 210:24
  **Bromley** [25] -
131:20, 131:21,
131:22, 131:23,
132:24, 133:7, 133:8,
133:14, 133:17,
133:24, 134:4,
137:11, 144:4, 145:4,
145:11, 145:13,
145:15, 145:16,
150:22, 153:7,
153:11, 157:15,
161:21, 165:7, 165:13
  **brother** [38] - 122:2,
122:3, 123:1, 123:11,
133:12, 134:4, 134:6,
135:15, 135:22,
135:24, 136:18,
137:6, 145:10,
145:22, 167:10,
167:12, 167:14,
173:25, 174:4, 174:6,
174:8, 174:11,
174:12, 174:13,
174:14, 178:22,
179:13, 179:15,
180:2, 184:23,
190:21, 191:22,
191:23, 191:24,
201:13, 212:19,
213:24
  **brother's** [1] - 136:5
  **brother-in-law** [5] -
174:4, 174:6, 174:12,
179:15, 212:19
  **brother-in-law's** [1] -
174:14
  **brothers** [34] - 11:7,
21:21, 21:23, 21:24,
21:25, 120:4, 120:19,
159:17, 159:18,
165:21, 165:24,
166:12, 166:18,
169:25, 170:9,
170:13, 173:7,
175:13, 178:24,
179:8, 180:3, 180:16,

184:17, 184:19,
184:20, 184:23,
185:11, 187:20,
187:22, 189:16,
214:15, 215:4, 215:9,
229:1
  **brought** [8] - 23:2,
133:24, 148:25,
162:23, 164:7,
172:20, 227:9, 235:25
  **bu** [1] - 134:14
  **Buddy** [3] - 198:10,
206:12, 206:14
  **building** [3] - 85:8,
110:16, 133:19
  **buildings** [1] - 85:23
  **built** [2] - 65:10,
188:23
  **bunk** [3] - 198:9,
198:10, 198:11
  **burden** [1] - 148:4
  **burglaries** [1] -
149:8
  **burglary** [1] - 151:24
  **burn** [1] - 129:23
  **business** [3] - 114:7,
159:7
  **businesses** [2] -
113:24, 114:3
  **but...** [1] - 132:17
  **buy** [5] - 27:21, 31:4,
32:5, 201:10
  **buying** [1] - 164:2
  **BY** [152] - 2:1, 9:11,
10:5, 13:13, 14:2,
14:18, 16:7, 17:2,
17:20, 18:8, 18:15,
18:22, 20:24, 22:12,
22:23, 25:9, 26:1,
29:21, 35:19, 37:11,
37:23, 40:20, 43:1,
44:7, 46:19, 49:4,
49:8, 50:12, 51:16,
54:5, 58:1, 58:6,
58:11, 58:15, 58:21,
59:18, 60:1, 63:7,
66:14, 67:9, 67:13,
68:1, 68:22, 70:10,
73:17, 74:9, 74:20,
75:10, 75:22, 76:6,
76:16, 77:2, 77:18,
78:17, 79:6, 79:24,
81:8, 82:17, 83:22,
84:14, 91:6, 91:13,
92:8, 92:13, 92:19,
97:12, 98:9, 98:23,
103:8, 105:6, 105:11,
107:1, 109:22,
110:23, 115:3,
116:21, 117:8, 118:6,

118:17, 121:7, 124:6, 133:5, 136:17, 137:5, 138:6, 139:3, 139:23, 141:12, 144:19, 144:22, 150:19, 151:9, 151:18, 152:1, 153:5, 153:23, 156:3, 156:10, 157:7, 157:11, 158:7, 158:23, 160:21, 161:6, 163:4, 163:21, 166:6, 167:2, 168:20, 170:6, 175:6, 177:9, 177:12, 178:10, 180:1, 180:11, 183:2, 183:9, 186:12, 188:4, 191:18, 200:1, 202:6, 204:22, 205:20, 207:13, 208:3, 208:16, 212:8, 215:18, 216:2, 216:10, 218:2, 218:21, 219:7, 219:19, 220:1, 225:24, 227:15, 230:5, 230:11, 230:18, 232:2, 233:8, 233:21, 234:5, 235:12, 236:7, 240:23, 241:5, 241:8, 241:20

**C**

**cameras** [1] - 208:9
**candy** [1] - 31:4
**cannot** [5] - 5:20, 34:16, 154:18, 223:9
**cans** [2] - 153:19, 154:2
**car** [9] - 12:8, 133:25, 144:5, 144:7, 144:8, 144:9, 144:10, 144:11, 161:25
**care** [7] - 25:1, 25:2, 45:18, 84:7, 96:18, 113:24, 114:22
**career** [1] - 132:14
**careful** [1] - 81:2
**carer** [1] - 184:16
**caressing** [2] - 29:24, 29:25
**Caribbean** [6] - 232:16, 232:19, 232:24, 233:9, 233:11, 233:12
**caring** [1] - 87:20
**Carolina** [1] - 226:19
**carries** [1] - 222:1
**carry** [2] - 128:24,

168:23
**Carter** [52] - 4:5, 4:17, 10:13, 22:2, 22:13, 23:16, 23:17, 39:17, 46:20, 47:3, 51:2, 51:17, 51:23, 52:2, 52:10, 52:23, 53:6, 53:17, 54:19, 55:14, 58:22, 59:6, 59:14, 62:12, 62:22, 68:8, 82:7, 82:15, 82:19, 83:7, 87:19, 88:12, 90:12, 90:23, 94:25, 95:18, 100:25, 101:11, 104:7, 105:12, 106:14, 107:8, 107:11, 108:12, 110:8, 110:10, 111:23, 112:7, 114:10, 115:8, 181:24, 182:10
**CARTER** [1] - 1:7
**Carter's** [6] - 54:6, 83:14, 86:19, 93:6, 93:9, 118:19
**case** [20] - 5:4, 6:9, 6:11, 6:12, 6:19, 7:16, 61:15, 61:21, 77:25, 99:23, 100:4, 118:10, 147:20, 181:7, 181:13, 204:2, 224:9, 224:21, 242:2, 242:8
**CASE** [1] - 1:2
**Case** [4] - 4:5, 62:12, 100:25, 181:24
**cat** [4] - 95:19, 95:21, 95:22
**cat's** [1] - 95:19
**caused** [4] - 136:18, 200:7, 200:10, 210:25
**cautioned** [3] - 138:1, 175:1, 217:9
**Cavalier** [1] - 203:9
**cell** [2] - 115:16, 115:22
**cement** [2] - 85:9
**center** [89] - 6:18, 12:20, 12:22, 12:24, 13:21, 13:23, 14:3, 14:5, 14:7, 14:10, 15:14, 15:23, 16:14, 16:20, 17:4, 17:5, 17:7, 17:9, 17:12, 17:22, 18:3, 18:5, 18:10, 18:16, 18:23, 26:8, 26:11, 27:4, 27:15, 45:15, 45:16, 46:23, 46:24, 46:25, 47:4, 47:9, 48:2, 48:12, 48:15, 48:17,

48:18, 48:20, 48:21, 48:25, 49:9, 49:17, 49:21, 50:4, 50:13, 50:19, 51:6, 51:23, 52:2, 52:8, 52:11, 52:12, 52:15, 52:18, 52:20, 52:22, 53:17, 54:15, 54:17, 55:5, 55:18, 56:17, 57:11, 57:18, 57:20, 59:3, 60:2, 60:4, 60:10, 60:11, 60:12, 72:13, 79:8, 86:23, 87:23, 88:4, 88:8, 88:15, 88:21, 105:1, 108:9, 108:15, 111:13, 184:4, 226:21
**Center** [15] - 47:18, 48:7, 55:2, 84:16, 87:7, 87:15, 105:7, 108:1, 109:11, 232:17, 232:19, 232:24, 233:10, 233:11, 233:12
**centers** [1] - 47:7
**Centerville** [1] - 219:11
**certain** [6] - 6:9, 7:6, 55:2, 55:5, 79:8, 187:6
**certainly** [2] - 101:24, 204:13
**certify** [1] - 245:3
**cetera** [1] - 12:12
**chair** [1] - 181:16
**chairs** [3] - 61:24, 100:7, 181:16
**Chamberlain** [1] - 206:14
**champ** [1] - 71:9
**chance** [2] - 57:9, 146:12
**Chandler** [5] - 39:1, 39:5, 39:6, 39:11, 40:4
**Chandler's** [2] - 39:22, 39:25
**change** [2] - 31:24, 229:25
**changed** [2] - 57:2, 153:16
**Chapelle** [1] - 11:4
**characterize** [2] - 215:22, 216:6, 240:25
**charge** [5] - 17:12, 51:5, 52:17, 96:15, 124:13, 124:14, 124:15, 124:17, 124:18, 124:22, 132:7, 133:15,

156:13, 157:14, 157:15
**charged** [6] - 137:20, 137:24, 174:20, 174:24, 217:4, 217:7
**charges** [2] - 204:2, 221:4
**Charles** [6] - 160:11, 185:23, 186:2, 186:10, 203:9, 218:11
**check** [3] - 8:15, 101:13, 102:12
**checking** [1] - 229:16
**chest** [1] - 135:9
**Chesterfield** [2] - 184:2
**chief** [2] - 52:19, 52:23
**chiefs** [1] - 53:2
**child** [11] - 35:23, 35:24, 142:20, 142:21, 200:18, 221:9, 222:17, 222:21, 222:25, 223:2, 223:22
**children** [46] - 10:17, 10:23, 11:17, 11:18, 23:24, 35:11, 42:4, 42:5, 42:6, 45:3, 45:9, 45:12, 50:24, 51:6, 63:21, 64:9, 64:10, 64:12, 65:23, 81:19, 85:13, 89:1, 96:18, 104:22, 105:1, 106:17, 107:8, 111:2, 111:15, 113:4, 142:4, 142:7, 159:1, 184:7, 189:15, 198:7, 207:2, 209:18, 216:14, 224:1, 225:7, 226:24, 227:2, 228:12, 234:20, 243:21
**children's** [2] - 93:3, 122:21, 123:14, 124:9, 132:5, 133:9, 133:11, 133:14, 141:22, 141:23, 145:1, 152:25, 153:13, 161:16, 161:21, 234:9, 234:10, 234:13, 234:15, 234:19, 236:11
**choice** [1] - 58:7
**choose** [1] - 229:1
**chores** [5] - 13:19, 50:25, 55:3, 55:25, 56:23
**Christian** [10] -

171:5, 171:14, 171:19, 172:23, 232:17, 232:19, 232:24, 233:9, 233:11, 233:12
**Christianity** [1] - 192:20
**Christmas** [4] - 108:24, 108:25, 110:5, 214:3
**Christmastime** [2] - 108:22, 214:5
**church** [12] - 82:24, 83:7, 104:10, 104:13, 108:3, 110:19, 192:20, 237:12, 237:14, 237:22, 238:18, 238:24
**circle** [7] - 43:6, 43:17, 44:3, 94:16, 94:17, 206:7, 206:9
**circumstances** [2] - 159:22, 206:24
**city** [1] - 122:13
**City** [1] - 81:16
**clammed** [1] - 132:16
**clarity** [2] - 4:25, 5:13
**class** [3] - 55:16, 211:5, 221:2
**classmates** [1] - 69:20
**clean** [1] - 201:10
**cleaned** [2] - 135:13, 135:14
**cleaning** [1] - 11:23
**clear** [2] - 6:5, 71:25
**clearly** [1] - 51:8
**climb** [1] - 152:6
**clinic** [5] - 58:17, 58:24, 67:3, 85:12, 96:16
**clock** [1] - 96:2
**close** [5] - 33:13, 187:21, 211:8, 211:11, 232:18
**closed** [2] - 16:21, 101:18
**closer** [6] - 40:13, 42:22, 67:6, 183:4, 218:6, 232:15
**clothe** [1] - 27:20
**clothed** [1] - 96:21
**clothes** [10] - 12:2, 32:11, 39:14, 48:1, 58:16, 169:11, 169:12, 169:13, 201:10
**clothing** [8] - 22:7,

22:18, 129:14,
160:16, 161:1,
190:18, 190:19, 219:2
**cock** [4] - 128:15,
128:18, 129:4, 131:1
**cocker** [1] - 203:10
**cold** [1] - 132:3
**college** [1] - 212:12
**color** [2] - 127:5,
141:20
**comfortable** [1] -
87:24
**coming** [8] - 58:8,
72:6, 103:11, 113:6,
179:14, 214:20,
233:15, 237:7
**command** [1] -
126:13
**commentary** [1] -
148:20
**commit** [3] - 137:24,
174:24, 217:7
**committed** [3] -
149:8, 222:20, 223:2
**committing** [1] -
222:25
**common** [3] - 83:8,
104:25, 105:4
**company** [3] - 87:25,
88:1, 151:20
**complain** [1] - 15:22
**complained** [3] -
16:12, 18:12, 53:21
**complaint** [6] - 9:19,
9:21, 16:10, 18:4,
18:17, 53:9
**complaints** [2] -
16:17, 16:19
**complete** [1] - 55:25
**completed** [1] -
55:24
**completely** [3] -
154:16, 196:11,
199:11
**complied** [1] - 13:19
**complies** [5] - 43:8,
43:18, 44:4, 44:11,
44:16
**comply** [2] - 5:14,
11:14
**complying** [4] - 13:6,
13:8, 13:14, 13:15
**compound** [5] -
64:8, 65:9, 65:12,
74:16, 110:24
**concern** [1] - 224:10
**concerned** [1] - 61:9
**concerning** [2] -
102:13, 116:13
**concluded** [1] -

244:23
**conclusion** [2] -
75:20, 199:22
**condemned** [1] -
176:1
**condition** [5] - 96:12,
96:14, 130:1, 199:16,
199:19
**conditions** [3] -
108:14, 199:5, 200:12
**conduct** [5] - 53:16,
221:13, 223:9, 242:25
**conducted** [1] -
55:14
**confident** [1] -
154:16
**confront** [4] - 98:24,
99:5, 99:6, 234:16
**confuse** [1] - 107:23
**congratulations** [1] -
81:23
**congregation** [1] -
112:3
**Congress** [1] -
102:11
**consider** [5] - 88:18,
113:6, 137:22,
174:22, 217:5
**consideration** [1] -
223:24
**considered** [1] -
118:19
**contact** [13] - 61:16,
99:24, 116:9, 118:7,
118:21, 150:12,
177:21, 179:4, 181:8,
228:8, 229:10,
229:11, 242:3
**contacted** [2] -
118:2, 237:22
**contains** [1] - 202:21
**contents** [6] -
202:14, 202:16,
202:23, 202:25,
203:15, 205:8
**continue** [10] - 10:25,
11:12, 42:18, 51:12,
198:4, 198:24, 200:7,
230:19, 243:19
**continued** [1] - 42:20
**CONTINUED** [1] -
9:10
**contributing** [1] -
209:14
**convent** [3] - 122:1,
122:8, 153:14
**Convent** [3] - 122:5,
122:9, 122:17
**conversation** [4] -
99:4, 104:16, 105:12,

105:15
**conversations** [1] -
225:6
**conversed** [1] -
87:11
**conversing** [1] -
110:9
**cooked** [1] - 90:23
**cookies** [1] - 31:4
**cooking** [1] - 11:23
**corner** [2] - 135:10,
135:12
**correct** [191] - 14:20,
14:22, 15:1, 15:3,
15:9, 15:15, 16:1,
16:4, 16:17, 16:23,
17:5, 17:10, 46:21,
46:23, 47:4, 47:14,
47:23, 48:7, 48:16,
48:19, 49:1, 49:5,
49:9, 49:12, 49:18,
50:2, 50:6, 50:20,
51:3, 51:6, 51:24,
52:5, 52:12, 52:15,
52:18, 53:11, 53:13,
53:14, 54:2, 54:25,
55:3, 55:6, 55:8,
55:10, 55:12, 55:14,
55:16, 55:20, 56:1,
56:5, 56:21, 56:25,
57:3, 57:15, 57:19,
57:23, 58:2, 58:8,
58:18, 58:24, 59:3,
59:9, 59:12, 59:22,
60:2, 60:16, 63:9,
63:12, 66:16, 66:19,
66:22, 67:1, 67:4,
67:15, 69:3, 69:6,
69:15, 70:2, 70:13,
70:20, 70:23, 71:2,
71:5, 71:17, 71:23,
72:4, 72:7, 72:10,
72:17, 72:25, 73:4,
73:8, 92:5, 104:2,
104:11, 104:14,
104:23, 105:14,
106:12, 106:15,
107:14, 107:17,
107:19, 108:4,
108:10, 110:18,
110:24, 111:7,
111:13, 111:15,
111:17, 112:4, 113:5,
113:12, 113:18,
113:24, 114:10,
115:13, 115:17,
116:9, 116:23,
117:10, 117:14,
117:18, 117:24,
118:11, 118:19,

120:12, 121:15,
138:9, 138:10,
138:12, 141:18,
141:19, 141:21,
141:23, 142:8,
142:13, 142:14,
142:17, 142:20,
142:21, 143:7,
143:11, 143:16,
143:17, 143:21,
144:17, 145:2, 145:4,
145:12, 146:8,
146:21, 147:10,
149:18, 151:12,
152:10, 152:11,
155:17, 157:4,
157:13, 157:17,
175:14, 176:8,
176:11, 176:21,
177:13, 177:16,
179:5, 208:7, 209:3,
209:6, 209:7, 209:23,
209:25, 210:3, 210:4,
210:13, 211:14,
212:4, 212:16,
213:11, 214:12,
214:15, 215:10,
226:4, 226:5, 232:6,
241:18, 243:3
**corridor** [1] - 131:16
**corridors** [1] -
152:17
**couch** [1] - 199:13
**council** [1] - 160:6
**counsel** [16] - 4:7,
5:2, 5:8, 19:8, 25:4,
62:13, 62:23, 64:17,
101:2, 155:11,
162:25, 166:2,
181:25, 182:11,
202:1, 202:24
**counsels'** [4] - 4:12,
62:18, 101:7, 182:5
**count** [1] - 34:16
**country** [9] - 15:21,
53:7, 60:20, 60:23,
78:10, 78:19, 98:15,
115:13, 122:15
**countryside** [4] -
11:4, 15:21, 171:18,
171:19
**couple** [8] - 86:25,
125:18, 185:1,
187:19, 187:20,
192:23, 212:24,
235:17
**course** [2] - 141:3,
229:24, 230:7
**court** [11] - 20:13,
66:11, 83:20, 120:24,

150:17, 170:3, 183:4,
204:21, 218:7,
224:17, 242:11
**COURT** [327] - 1:1,
4:1, 4:4, 4:14, 4:19,
4:21, 5:15, 5:18, 6:4,
6:8, 6:14, 7:18, 7:21,
7:25, 8:3, 8:9, 8:14,
8:15, 8:16, 8:18, 8:22,
8:24, 9:3, 9:5, 9:9,
10:4, 13:11, 13:25,
14:15, 16:6, 17:1,
17:13, 17:18, 18:7,
18:14, 18:19, 19:1,
19:5, 19:13, 19:18,
19:24, 20:7, 20:14,
20:16, 20:19, 22:11,
22:22, 25:8, 25:21,
25:25, 29:19, 35:17,
37:10, 37:21, 40:13,
42:22, 44:6, 46:12,
46:16, 49:3, 49:6,
50:11, 54:4, 57:25,
58:5, 58:10, 58:14,
58:20, 59:17, 59:24,
61:14, 62:4, 62:8,
62:11, 62:24, 63:3,
63:14, 63:16, 64:5,
64:12, 64:19, 65:1,
65:5, 65:10, 65:15,
66:2, 66:9, 66:12,
67:6, 67:11, 67:24,
68:19, 68:21, 70:8,
73:12, 73:15, 74:3,
74:5, 74:16, 74:19,
75:9, 75:15, 75:17,
75:21, 76:5, 76:10,
76:25, 77:16, 78:16,
78:25, 79:3, 79:13,
79:19, 80:20, 80:22,
80:25, 81:4, 82:16,
83:17, 84:11, 91:5,
91:9, 91:10, 91:19,
91:23, 92:7, 92:11,
92:18, 97:8, 97:11,
98:2, 98:5, 98:19,
98:21, 99:22, 100:11,
100:16, 100:19,
100:24, 101:13,
101:15, 101:17,
101:19, 101:20,
101:23, 102:5, 102:7,
102:10, 102:18,
102:20, 102:21,
102:25, 103:2, 103:4,
105:5, 105:10,
106:25, 109:15,
109:17, 109:21,
110:22, 115:2,
116:18, 117:5, 118:5,
118:14, 118:16,

119:2, 119:4, 119:8, 119:10, 119:15, 119:20, 119:23, 120:6, 120:11, 120:15, 120:21, 121:1, 124:5, 133:2, 133:4, 136:15, 136:24, 137:2, 137:18, 139:2, 141:11, 144:21, 147:16, 147:24, 148:9, 148:14, 148:20, 148:24, 149:2, 149:16, 149:22, 150:4, 150:13, 150:18, 151:3, 151:7, 151:23, 153:4, 153:22, 154:13, 154:21, 155:1, 155:8, 155:10, 155:16, 155:22, 155:25, 156:7, 157:6, 157:10, 157:20, 157:22, 157:24, 158:2, 158:20, 160:20, 161:5, 163:3, 163:16, 163:20, 166:5, 166:22, 167:1, 168:17, 170:1, 174:18, 177:11, 178:1, 178:3, 178:7, 179:21, 179:24, 180:7, 180:22, 181:1, 181:3, 181:6, 181:20, 181:23, 182:7, 182:12, 182:15, 182:18, 183:8, 186:11, 188:3, 191:17, 199:21, 199:24, 201:23, 202:5, 202:18, 203:17, 203:21, 204:5, 204:11, 204:16, 204:19, 205:15, 205:19, 207:12, 208:1, 208:15, 212:7, 215:13, 215:16, 215:25, 216:8, 217:1, 217:15, 217:17, 217:21, 217:24, 218:20, 219:6, 219:21, 220:10, 220:13, 220:15, 220:17, 221:10, 221:15, 221:19, 221:22, 222:2, 222:6, 222:10, 223:16, 224:2, 224:7, 224:18, 224:25, 225:13, 225:17, 225:21,

227:13, 230:10, 230:17, 232:1, 233:4, 233:7, 233:19, 234:4, 235:11, 236:6, 240:22, 241:2, 241:12, 241:15, 241:19, 241:25, 242:16, 242:21, 243:1, 243:4, 243:9, 243:14, 243:22, 244:13, 244:21
  **Court** [23] - 2:1, 4:17, 5:21, 5:23, 7:1, 7:9, 7:17, 9:7, 20:1, 62:22, 67:10, 67:11, 101:11, 101:24, 149:10, 149:13, 155:18, 182:10, 222:16, 222:19, 222:22, 223:13, 245:8
  **Court's** [6] - 5:14, 149:5, 149:14, 149:15, 155:14, 155:20
  **COURTROOM** [2] - 8:17, 182:23
  **courtroom** [24] - 8:20, 20:4, 22:4, 22:15, 62:2, 63:1, 82:9, 100:9, 102:23, 123:23, 147:22, 155:23, 160:13, 160:24, 181:18, 182:16, 185:25, 186:3, 218:13, 218:24, 224:23, 225:15, 225:20, 242:14
  **cousin** [10] - 23:1, 23:11, 46:21, 46:23, 46:24, 46:25, 48:9, 48:13, 48:18, 49:18
  **covered** [3] - 120:11, 120:15, 222:2
  **covers** [2] - 190:12, 190:13
  **cramped** [1] - 198:13
  **crazy** [3] - 127:6, 128:23, 134:20
  **cream** [15] - 31:4, 129:17, 129:22, 129:23, 130:8, 130:10, 130:15, 130:17, 130:23, 130:24, 131:2, 131:3, 131:13, 131:14, 131:15
  **creamed** [4] - 129:24, 130:12, 130:14, 131:12

  **creaming** [4] - 131:1, 131:3, 131:4, 131:17
  **Creole** [1] - 10:8
  **criminal** [1] - 148:2
  **Croix** [4] - 85:2, 86:22, 90:6, 96:10
  **Cross** [1] - 3:3
  **cross** [10] - 12:19, 46:16, 73:18, 76:17, 77:19, 79:7, 138:4, 175:4, 208:1, 215:19
  **CROSS** [5] - 46:18, 103:7, 138:5, 175:5, 208:2
  **cross-examination** [10] - 12:19, 46:16, 73:18, 76:17, 77:19, 79:7, 138:4, 175:4, 208:1, 215:19
  **CROSS-EXAMINATION** [5] - 46:18, 103:7, 138:5, 175:5, 208:2
  **crotch** [1] - 128:13
  **CRR** [2] - 2:1, 245:7
  **Crystal** [23] - 160:3, 160:4, 161:15, 165:14, 165:16, 165:17, 165:25, 166:14, 167:16, 167:22, 168:5, 175:9, 185:2, 185:3, 185:15, 185:16, 187:8, 187:10, 192:4, 192:6, 192:11, 192:12
  **cum** [1] - 185:21
  **curative** [3] - 79:1, 119:13, 119:17
  **curtain** [2] - 93:14, 94:20
  **cushion** [2] - 128:12, 143:10
  **custody** [1] - 144:16
  **cut** [1] - 204:18

## D

  **dad** [7] - 47:5, 57:20, 162:19, 162:22, 211:18
  **Dadeland** [1] - 1:24
  **DATE** [1] - 245:7
  **date** [4] - 68:6, 69:10, 146:2, 221:23
  **dates** [4] - 137:14, 138:18, 138:20, 139:8
  **daughter** [2] - 115:23, 115:25
  **David** [3] - 3:11,

217:19, 217:23
  **DAVID** [1] - 217:20
  **days** [14] - 90:7, 106:3, 106:6, 109:2, 110:5, 112:9, 112:16, 112:17, 112:20, 112:22, 129:19, 156:13, 192:7, 210:1
  **Dayton** [1] - 228:4
  **DC** [1] - 1:19
  **de** [1] - 71:9
  **dead** [1] - 184:4
  **deal** [2] - 119:25, 201:2
  **December** [13] - 31:13, 31:15, 70:19, 71:7, 72:2, 86:14, 88:17, 102:11, 108:20, 109:9, 113:6, 158:13
  **decent** [1] - 201:9
  **decide** [1] - 105:16
  **decided** [9] - 41:20, 41:22, 41:25, 42:13, 42:19, 105:13, 108:17, 113:1, 187:4
  **decision** [3] - 7:5, 7:13, 113:16
  **deck** [1] - 110:7
  **declined** [1] - 42:20
  **decorating** [1] - 184:15
  **decorator** [1] - 159:7
  **defendant** [3] - 1:8, 148:5, 155:6
  **Defendant** [372] - 18:3, 22:10, 22:21, 22:24, 23:3, 23:9, 23:17, 23:21, 24:1, 24:22, 25:17, 26:14, 28:2, 28:4, 28:8, 28:9, 28:12, 29:4, 29:5, 29:8, 29:9, 29:12, 29:16, 29:22, 29:23, 29:25, 30:2, 30:7, 30:9, 30:11, 30:15, 30:16, 30:18, 30:21, 31:1, 31:6, 31:7, 31:10, 31:11, 31:16, 31:17, 31:19, 31:22, 32:2, 32:8, 32:13, 32:16, 32:20, 32:24, 32:25, 33:3, 33:11, 33:14, 33:17, 33:21, 33:24, 34:2, 34:3, 34:6, 34:11, 34:14, 34:22, 34:25, 35:4, 35:6, 35:7, 35:10, 35:13, 35:22, 36:13, 36:16, 36:20, 36:22,

36:24, 37:1, 37:3, 37:5, 37:17, 37:18, 37:24, 38:5, 38:6, 38:9, 38:11, 38:13, 38:23, 39:11, 39:18, 39:21, 39:25, 40:4, 40:11, 41:1, 41:3, 41:6, 41:15, 41:18, 41:23, 42:6, 42:14, 42:18, 44:18, 44:24, 45:9, 45:10, 45:12, 45:13, 46:4, 64:21, 65:13, 75:25, 76:18, 77:4, 77:9, 77:21, 78:4, 78:10, 78:11, 78:18, 79:10, 79:25, 80:4, 82:15, 82:18, 82:20, 82:23, 83:1, 83:4, 83:23, 84:3, 84:6, 87:22, 88:16, 89:11, 89:14, 89:18, 90:2, 95:2, 95:12, 95:24, 96:4, 96:7, 96:18, 96:23, 96:25, 97:13, 97:14, 97:17, 98:13, 98:24, 102:14, 124:8, 124:21, 126:3, 126:12, 126:21, 126:24, 129:3, 129:6, 129:9, 129:13, 130:23, 131:11, 131:14, 131:15, 131:18, 131:25, 132:18, 133:6, 133:10, 133:17, 134:1, 134:3, 135:17, 135:18, 137:7, 137:11, 137:19, 138:2, 148:2, 148:10, 150:10, 150:12, 154:18, 154:22, 154:24, 160:19, 161:4, 161:7, 161:10, 161:14, 161:22, 161:23, 162:4, 162:12, 163:12, 163:23, 163:25, 164:1, 164:5, 164:14, 164:16, 164:18, 164:25, 165:4, 165:5, 165:9, 165:12, 165:21, 165:24, 166:18, 168:1, 168:5, 168:8, 168:10, 168:13, 168:21, 169:1, 169:5, 169:8, 169:9, 169:11, 169:14, 169:17, 169:20, 169:24, 170:8, 170:11, 170:16, 170:21,

170:24, 171:2, 171:8,
172:2, 172:6, 172:10,
172:13, 172:14,
172:18, 173:1, 173:2,
173:4, 173:12,
173:17, 174:1,
174:15, 174:19,
175:2, 180:3, 186:9,
186:13, 186:17,
186:19, 187:12,
187:15, 188:12,
188:15, 188:16,
188:19, 189:1, 189:6,
189:21, 189:24,
190:2, 190:8, 191:2,
191:11, 191:12,
192:5, 192:15, 193:2,
193:19, 193:21,
194:4, 194:5, 194:21,
194:25, 195:3,
195:12, 195:16,
196:1, 197:1, 197:15,
197:19, 198:14,
198:18, 198:22,
198:24, 199:15,
199:18, 200:2, 200:8,
200:11, 201:7,
206:22, 206:23,
207:21, 215:21,
217:3, 217:10,
218:19, 219:5, 219:8,
220:22, 221:8,
221:24, 222:13,
222:20, 223:8,
223:20, 225:6, 225:8,
225:9, 226:1, 226:7,
226:10, 226:12,
227:1, 227:3, 227:16,
228:8, 228:11,
228:19, 228:22,
229:13, 229:22,
231:11, 231:17,
232:8, 232:14,
233:18, 233:22,
234:7, 234:25, 235:4,
235:20, 236:2,
236:10, 236:15,
236:17, 236:21,
237:20, 238:2,
238:12, 239:7,
239:14, 240:3,
240:11, 240:14,
240:18, 240:24,
241:6, 241:9, 241:21,
242:24, 243:1, 243:5,
243:6, 243:10,
243:15, 243:20,
244:8, 244:9
   **DEFENDANT** [2] -
1:20, 9:4
   **Defendant's** [52] -

23:6, 23:23, 24:2,
24:7, 24:11, 24:14,
24:17, 24:18, 24:20,
27:3, 29:13, 33:6,
33:10, 36:12, 40:1,
40:8, 65:20, 75:5,
75:13, 77:13, 77:21,
80:8, 80:10, 80:12,
80:15, 93:10, 102:17,
125:2, 125:10,
133:13, 137:23,
165:17, 167:16,
167:18, 167:22,
168:4, 174:14,
174:23, 192:11,
206:25, 217:6, 221:1,
222:16, 223:2,
223:11, 223:14,
223:18, 223:22,
229:25, 230:6, 235:6,
244:1
   **Defendants** [1] -
101:20
   **defense** [15] - 5:2,
5:7, 6:1, 6:16, 7:11,
7:16, 19:8, 19:17,
25:4, 64:17, 155:11,
162:25, 166:2, 202:1,
202:24
   **definitely** [7] - 6:3,
138:21, 173:21,
190:6, 200:4, 213:19,
216:12
   **Delma** [2] - 232:20,
232:23
   **DELMA** [1] - 232:21
   **demeanor** [4] -
229:25, 230:6,
230:13, 235:6
   **demolished** [1] -
188:23
   **Dennis** [3] - 132:1,
132:21, 132:22
   **deodorant** [1] -
154:4
   **Department** [1] -
14:25
   **DEPARTMENT** [1] -
1:17
   **depict** [2] - 163:11,
166:17
   **depicted** [4] - 93:17,
203:10, 205:9, 205:10
   **depositions** [1] -
101:21
   **depth** [1] - 229:20
   **DEPUTY** [2] - 8:17,
182:23
   **DEREK** [2] - 182:22,
182:25

**Derek** [21] - 3:10,
167:12, 173:22,
173:24, 174:1, 174:6,
178:14, 178:15,
179:13, 180:2,
182:14, 182:21,
183:12, 183:14,
188:5, 191:19, 202:7,
205:21, 206:21,
207:14, 215:19
   **derelict** [1] - 175:23
   **des** [4] - 85:2, 86:22,
90:6, 96:10
   **describe** [13] - 22:6,
22:17, 82:11, 85:6,
115:5, 123:25, 161:1,
186:5, 193:18,
215:21, 229:4, 230:6,
235:6
   **described** [12] -
56:24, 60:24, 72:10,
105:20, 107:11,
109:24, 110:18,
115:5, 131:17,
143:16, 175:16,
213:16
   **deserves** [3] - 138:1,
175:1, 217:9
   **designed** [1] - 141:4
   **desire** [2] - 65:20,
221:13
   **desperately** [2] -
199:2, 199:4
   **despite** [5] - 16:17,
16:19, 143:5, 143:9,
143:20
   **destroyed** [1] - 50:8
   **detail** [4] - 67:17,
84:12, 114:23, 237:16
   **details** [1] - 240:13
   **detective** [6] -
145:24, 146:5, 147:1,
150:25, 153:18,
153:24
   **Detective** [6] -
151:10, 151:14,
151:15, 151:21,
152:2, 152:18
   **determine** [6] -
137:25, 174:25,
217:8, 222:16,
222:19, 222:22
   **detest** [1] - 216:16
   **Detroit** [1] - 117:25
   **develop** [1] - 226:6
   **developed** [1] -
130:1
   **device** [4] - 61:20,
100:3, 181:12, 242:7
   **devotions** [1] - 55:15

**Dieucibon** [1] - 53:3
   **different** [15] - 26:19,
51:7, 53:6, 59:21,
71:13, 83:13, 89:9,
125:16, 130:5,
149:16, 153:17,
189:7, 215:3, 224:8,
244:7
   **difficult** [3] - 45:18,
45:19, 155:2
   **difficulty** [1] - 25:2
   **dining** [1] - 85:11
   **dinner** [5] - 55:19,
90:22, 90:23, 90:24,
110:8
   **direct** [2] - 10:9,
63:19
   **DIRECT** [6] - 20:23,
81:7, 121:6, 158:6,
183:1, 218:1
   **Direct** [1] - 3:3
   **directed** [1] - 243:14
   **directing** [6] - 10:19,
11:25, 12:5, 12:13,
93:16, 96:3
   **direction** [1] - 94:4
   **director** [1] - 226:21
   **disabled** [1] - 184:16
   **disclose** [1] - 223:8
   **discuss** [27] - 28:3,
57:14, 59:21, 61:15,
62:5, 62:6, 70:15,
72:11, 74:13, 74:21,
75:1, 75:4, 83:1, 99:1,
99:23, 100:12,
100:13, 100:16,
147:20, 181:7,
223:14, 224:21,
227:3, 231:17, 242:2,
242:17, 242:18
   **discussed** [9] -
67:17, 69:17, 69:18,
76:1, 83:6, 219:13,
220:21, 227:4, 228:21
   **discussing** [2] -
83:9, 220:2
   **discussion** [2] -
223:10, 228:18
   **discussions** [2] -
223:18, 244:16
   **disposition** [3] -
137:23, 174:23, 217:6
   **dispute** [1] - 203:25
   **disregard** [4] - 79:4,
98:6, 137:3, 227:13
   **DISTRICT** [3] - 1:1,
1:1, 1:11
   **DIVISION** [1] - 1:2
   **divorced** [4] -
159:13, 185:10,

209:8, 209:12
   **Docket** [2] - 222:3,
222:11
   **doctor** [2] - 130:3,
130:4
   **document** [1] - 10:1
   **dog** [3] - 203:9,
203:11, 206:16
   **dogs** [1] - 206:16
   **dollars** [3] - 41:13,
41:14
   **domestic** [1] - 5:9
   **done** [12] - 12:10,
30:24, 33:2, 45:25,
83:10, 83:11, 83:12,
131:25, 137:15,
152:13, 171:4, 240:8
   **Donna** [8] - 174:12,
179:14, 196:23,
198:10, 205:5,
205:23, 206:1
   **door** [15] - 63:23,
64:17, 65:18, 65:25,
66:1, 93:10, 97:19,
97:20, 97:22, 98:10,
101:18, 126:6, 126:7
   **doors** [2] - 95:10,
175:18
   **dorm** [1] - 126:2
   **dormitories** [2] -
125:16, 126:4
   **dorms** [1] - 125:21
   **double** [1] - 107:23
   **doubt** [1] - 148:5
   **down** [47] - 4:21,
9:24, 9:25, 19:4,
20:14, 28:21, 32:11,
32:15, 37:2, 37:3,
37:4, 39:19, 45:22,
54:12, 80:20, 83:20,
101:14, 102:2,
103:11, 119:4, 123:9,
127:8, 127:15,
127:18, 128:9,
130:16, 131:4, 132:6,
132:9, 134:24,
134:25, 135:5, 140:8,
152:7, 152:17,
157:22, 170:4,
175:24, 181:1, 187:3,
189:9, 189:13,
190:11, 191:23,
217:12, 242:17
   **downstairs** [7] -
84:23, 85:11, 86:19,
125:7, 127:2, 127:14,
189:14
   **dressed** [3] - 55:10,
106:17, 111:17
   **dressing** [2] -

134:19, 134:20
**drink** [3] - 152:14, 199:6, 199:9
**drinking** [8] - 151:15, 152:12, 152:13, 152:18, 153:10, 200:3, 200:5, 200:6
**drop** [1] - 152:7
**dropped** [1] - 212:9
**drove** [1] - 171:22
**drug** [4] - 149:7, 149:11, 149:19, 149:22
**drugs** [3] - 150:6, 150:23, 199:9
**drunk** [1] - 200:5
**due** [1] - 140:15
**duration** [2] - 5:3, 5:4
**during** [36] - 26:16, 51:1, 52:5, 52:10, 53:6, 65:6, 65:7, 80:6, 86:3, 86:15, 86:21, 87:3, 87:5, 87:15, 87:18, 87:23, 90:13, 96:19, 97:3, 100:12, 110:4, 149:23, 150:3, 150:21, 150:22, 150:25, 163:22, 163:25, 172:13, 173:6, 210:15, 215:8, 221:12, 227:1, 237:9
**duties** [1] - 114:23
**dyslexia** [4] - 138:22, 139:6, 139:12, 146:22
**dyslexic** [1] - 138:18

**E**

**e-mails** [1] - 177:23
**Earlsfield** [4] - 122:21, 122:23, 122:24, 123:9
**early** [4] - 90:20, 141:20, 178:19, 222:1
**earthquake** [7] - 60:9, 60:15, 60:20, 60:23, 61:2, 61:4, 61:8
**easy** [1] - 78:7
**eat** [6] - 28:1, 56:9, 56:11, 56:23, 187:16, 192:14
**eating** [1] - 45:23
**Edder** [1] - 52:24
**Eddy** [3] - 53:1
**education** [1] - 78:1
**EDWARDS** [2] - 2:1, 245:7

**Edwards** [1] - 245:7
**effect** [2] - 233:3, 233:5
**Egypt** [5] - 237:15, 237:19, 238:20, 240:12, 240:14
**eight** [3] - 84:5, 125:25, 141:5
**either** [13] - 61:15, 77:23, 99:23, 125:6, 125:8, 147:20, 154:22, 180:14, 181:7, 190:10, 215:8, 239:19, 242:2
**ejaculate** [7] - 30:16, 33:14, 33:16, 33:24, 38:11, 135:6, 135:7
**ejaculated** [6] - 30:18, 30:19, 38:13, 40:2, 195:17, 195:19
**ejaculating** [1] - 33:17
**elderly** [1] - 184:16
**eldest** [1] - 198:7
**electricity** [1] - 190:25
**elicit** [8] - 64:15, 64:22, 65:19, 66:5, 204:5, 204:7, 220:20, 242:24
**eliminate** [1] - 7:4
**eliminating** [1] - 7:3
**Emanuel** [1] - 11:6
**employed** [2] - 82:1, 159:4
**employee** [1] - 156:23
**empty** [1] - 172:24
**encompasses** [1] - 224:3
**encounter** [2] - 216:17, 232:14
**end** [7] - 10:24, 93:25, 125:6, 125:8, 131:16, 133:19, 240:5
**ended** [2] - 162:1, 212:25
**ends** [2] - 124:23, 125:5
**enforcement** [3] - 116:9, 116:11, 118:2
**England** [15] - 122:16, 158:17, 158:19, 172:8, 172:13, 173:17, 183:15, 184:3, 184:4, 184:25, 196:11, 198:25, 207:22, 213:21, 214:22
**English** [2] - 30:9,

162:10
**enjoy** [3] - 78:1, 100:8, 100:20
**enjoyed** [2] - 87:25, 213:13
**enrolled** [2] - 50:14, 54:19
**enter** [1] - 194:10
**entered** [12] - 8:20, 19:21, 25:23, 63:1, 102:23, 155:23, 163:18, 166:24, 182:16, 205:17, 225:15, 225:19
**entering** [1] - 194:16
**entire** [2] - 214:11, 231:6
**entitled** [2] - 64:4, 245:4
**Entry** [2] - 222:3, 222:11
**entryway** [3] - 93:19, 93:20, 94:3
**especially** [1] - 103:17
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**establish** [2] - 6:11, 244:15
**estates** [1] - 188:23
**et** [1] - 12:12
**evaluated** [2] - 140:8, 141:5
**evening** [7] - 90:25, 97:3, 189:25, 190:1, 193:20, 195:24, 242:12
**event** [2] - 114:1, 115:5
**events** [9] - 119:25, 138:14, 139:15, 149:11, 149:20, 149:23, 150:20, 178:11, 178:14
**eventually** [11] - 113:17, 180:15, 187:24, 194:20, 227:18, 227:20, 230:1, 230:20, 232:25, 233:25
**EVIDENCE** [1] - 3:14
**Evidence** [1] - 120:9
**evidence** [29] - 9:15, 19:22, 25:24, 91:22, 92:1, 92:4, 137:19, 137:22, 138:1, 148:3, 163:19, 166:25, 174:19, 174:22, 175:1, 204:3, 205:13, 205:18, 217:3, 217:5,

217:9, 221:6, 222:20, 222:22, 223:22, 223:25, 244:3
**evidently** [1] - 95:22
**exact** [4] - 117:3, 186:20, 191:7, 192:7
**exactly** [12] - 26:12, 26:15, 50:7, 84:9, 90:16, 192:19, 196:7, 198:2, 211:17, 226:15, 234:11, 234:24
**EXAMINATION** [17] - 9:10, 14:17, 17:19, 20:23, 46:18, 73:16, 81:7, 103:7, 121:6, 138:5, 158:6, 175:5, 179:25, 183:1, 208:2, 215:17, 218:1
**examination** [10] - 12:19, 46:16, 73:18, 76:17, 77:19, 79:7, 138:4, 175:4, 208:1, 215:19
**example** [2] - 7:2, 53:19
**except** [1] - 135:21
**excitement** [1] - 152:15
**excuse** [7] - 27:15, 87:16, 119:7, 149:1, 153:8, 209:2, 217:13
**excused** [13] - 20:15, 80:21, 91:3, 94:22, 119:5, 119:8, 119:9, 157:23, 181:4, 181:5, 217:15, 217:16, 242:20
**exhibit** [8] - 6:17, 43:4, 43:15, 43:24, 44:15, 93:7, 201:23, 202:14
**Exhibit** [51] - 3:15, 3:15, 3:16, 3:16, 3:17, 9:15, 12:1, 12:17, 19:10, 19:20, 19:21, 25:6, 25:11, 25:20, 25:22, 25:23, 43:3, 43:14, 43:23, 44:9, 44:13, 92:24, 93:7, 93:12, 93:16, 93:23, 94:4, 94:7, 163:1, 163:6, 163:15, 163:17, 163:18, 166:3, 166:8, 166:21, 166:23, 166:24, 188:2, 191:15, 191:16, 201:25, 202:3, 202:8, 202:21, 204:24, 205:13,

205:16, 205:17, 207:11, 207:15
**exhibits** [11] - 5:22, 6:1, 6:5, 6:9, 6:12, 6:17, 7:7, 7:14, 91:21, 91:25, 92:17
**EXHIBITS** [1] - 3:14
**Exhibits** [2] - 91:15, 92:3
**exit** [2] - 125:11, 126:4
**exited** [6] - 62:2, 100:9, 147:22, 181:18, 224:23, 242:14
**exits** [4] - 125:5, 125:8, 125:13, 126:8
**expect** [1] - 242:21
**experiences** [1] - 108:6
**experiencing** [1] - 149:23
**explain** [3] - 13:15, 132:7, 190:7
**explained** [4] - 114:19, 114:23, 238:25, 239:21
**expressly** [1] - 244:11
**extend** [1] - 40:18
**extended** [1] - 114:21
**extent** [1] - 223:5
**eyes** [4] - 30:24, 30:25, 135:20, 137:9

**F**

**face** [5] - 32:15, 37:13, 76:14, 132:11, 135:9
**facing** [1] - 93:4
**fact** [29] - 15:6, 16:19, 17:9, 50:19, 53:10, 53:22, 64:1, 88:21, 105:13, 107:16, 107:25, 108:3, 108:17, 114:1, 116:11, 116:15, 136:3, 150:9, 157:8, 176:13, 178:14, 209:8, 213:5, 213:16, 214:10, 223:19, 235:20, 238:8, 240:14
**factory** [3] - 70:20, 71:10, 151:1
**facts** [1] - 102:14
**failure** [1] - 5:17
**fair** [10] - 107:9, 138:15, 140:17,

140:20, 177:19, 178:12, 178:20, 209:9, 209:19, 211:22
**fairly** [4] - 25:16, 163:11, 166:17, 205:9
**faith** [1] - 149:22
**fall** [1] - 184:22
**families** [1] - 185:18
**family** [18] - 53:22, 86:20, 88:2, 108:25, 111:3, 111:4, 162:16, 164:25, 178:22, 189:11, 203:7, 203:20, 210:2, 214:11, 216:14, 231:6, 236:18, 236:19
**family's** [1] - 159:22
**far** [17] - 5:25, 7:8, 7:18, 40:17, 102:14, 123:9, 144:3, 155:19, 186:7, 188:21, 194:15, 200:24, 224:11, 224:13, 230:2, 230:3, 244:13
**fast** [2] - 243:17, 244:4
**fasted** [2] - 242:24, 243:2
**fasting** [4] - 244:6, 244:9, 244:16, 244:17
**father** [13] - 34:5, 57:18, 58:7, 58:12, 122:6, 185:7, 185:8, 209:8, 209:9, 209:12, 209:14, 211:1, 214:13
**father's** [1] - 11:6
**fear** [1] - 136:20
**February** [2] - 1:5, 68:3, 88:7, 88:8, 90:13
**fed** [5] - 47:20, 47:22, 96:21, 106:19
**federal** [3] - 72:15, 116:23, 118:7
**Federal** [3] - 117:24, 118:2, 120:9
**feed** [6] - 13:3, 27:19, 27:20, 28:6, 45:21, 77:6
**feeds** [1] - 12:7
**feet** [2] - 129:22, 130:16
**fellow** [2] - 69:2, 69:20
**felt** [7] - 88:19, 98:15, 98:20, 180:12, 230:14, 239:11, 240:8
**female** [2] - 88:20, 113:9
**few** [16] - 46:2, 90:7,

96:15, 96:16, 103:15, 127:12, 142:11, 156:20, 163:24, 166:1, 167:20, 170:20, 187:1, 210:1, 226:15
**field** [1] - 233:13
**fight** [2] - 91:1, 91:2
**fighting** [2] - 159:16, 200:15
**figure** [4] - 88:19, 88:20, 113:9, 113:18
**file** [1] - 9:21
**filed** [2] - 9:19, 16:10, 18:3, 18:17, 101:20, 102:1, 102:6
**filing** [1] - 101:24
**financial** [1] - 159:22
**fine** [11] - 7:12, 20:5, 20:9, 96:20, 103:10, 108:2, 138:8, 148:13, 148:23, 150:15, 204:16
**finish** [2] - 70:8, 170:3
**finished** [4] - 128:25, 131:13, 212:9, 212:11
**finishes** [2] - 83:18, 170:2
**fire** [9] - 125:4, 125:5, 125:8, 125:11, 125:13, 126:4, 126:8, 167:14, 226:15, 257:22, 175:25
**firearm** [2] - 46:8, 54:11
**firearms** [1] - 53:24
**fired** [1] - 157:1
**first** [89] - 10:6, 13:20, 22:25, 23:4, 23:7, 24:24, 28:12, 28:14, 31:6, 31:10, 34:23, 35:1, 35:22, 47:5, 52:2, 53:17, 69:11, 72:14, 73:6, 77:25, 84:12, 85:1, 86:1, 86:11, 87:1, 87:5, 87:15, 87:18, 87:23, 89:2, 95:14, 103:24, 104:7, 105:20, 105:25, 106:17, 107:7, 107:16, 107:25, 109:14, 109:23, 110:14, 112:13, 112:14, 121:4, 121:24, 122:2, 124:10, 124:18, 147:10, 147:14, 156:4, 156:17, 156:19, 157:15,

161:9, 161:14, 162:2, 171:24, 175:9, 177:15, 185:1, 185:14, 186:17, 186:19, 187:7, 187:12, 188:25, 189:4, 193:13, 193:15, 209:5, 210:1, 214:2, 214:3, 214:25, 216:17, 219:8, 221:24, 222:16, 224:8, 227:9, 228:5, 232:11, 233:9, 233:17, 234:17, 241:15, 243:13
**five** [20] - 11:6, 16:23, 17:4, 51:19, 52:8, 52:10, 52:22, 57:6, 65:7, 79:21, 79:23, 80:14, 80:17, 132:5, 140:23, 178:25, 179:2, 179:8
**five-year** [1] - 52:10
**flashlight** [4] - 95:1, 95:24, 96:24, 98:1
**flat** [21] - 124:24, 125:2, 125:5, 125:10, 126:4, 127:9, 131:16, 141:17, 141:25, 142:1, 165:16, 165:17, 165:19, 165:21, 165:25, 166:14, 166:15, 175:16, 192:3, 192:5, 192:11
**flats** [1] - 124:24
**flew** [2] - 106:2, 236:1
**Floor** [2] - 2:2, 245:8
**floor** [19] - 125:13, 125:14, 125:19, 125:20, 128:3, 132:12, 143:3, 157:3, 185:19, 190:11, 193:23, 197:4, 197:7, 197:10, 197:14, 198:4
**Flores** [3] - 4:13, 62:19, 182:6
**FLORIDA** [1] - 1:1
**Florida** [10] - 1:4, 1:16, 1:22, 1:25, 2:3, 50:2, 50:3, 50:5, 72:6, 245:9
**fly** [2] - 52:11, 52:14
**fold** [1] - 154:4
**folks** [2] - 50:9, 54:18
**follow** [2] - 32:23, 155:20
**following** [29] - 8:21,

19:6, 20:12, 62:3, 62:10, 63:2, 63:17, 66:10, 100:10, 100:23, 102:24, 119:21, 120:23, 147:23, 149:3, 149:5, 150:16, 155:24, 181:19, 181:22, 182:17, 202:19, 204:20, 220:11, 224:16, 224:24, 225:16, 225:20, 242:15
**fondle** [3] - 190:5, 190:8, 190:17
**fondling** [1] - 193:6
**food** [11] - 45:23, 46:1, 64:8, 65:8, 65:20, 67:1, 77:6, 77:9, 105:2, 162:13, 201:9
**football** [13] - 127:6, 127:7, 127:9, 128:14, 128:25, 142:10, 142:15, 142:19, 213:5, 213:7, 213:10, 213:12
**FOR** [3] - 1:14, 1:20, 3:4
**Force** [1] - 177:3
**forced** [2] - 17:5, 29:17
**forcing** [1] - 199:1
**foregoing** [1] - 245:3
**foreign** [3] - 99:2, 101:20, 115:13
**forget** [1] - 137:15
**form** [8] - 29:18, 47:8, 74:4, 75:7, 75:14, 215:24, 240:20, 241:23
**four** [17] - 21:24, 81:20, 89:6, 90:1, 119:25, 125:17, 125:21, 125:23, 125:24, 126:2, 135:20, 140:23, 144:9, 144:11, 159:2, 159:3, 185:20
**Fourth** [1] - 1:15
**fourth** [1] - 12:5
**frame** [3] - 204:9, 224:8, 224:9
**frankly** [1] - 244:7
**free** [11] - 8:12, 12:20, 12:22, 14:3, 14:5, 56:4, 56:6, 56:7, 187:5, 229:6
**Friday** [7] - 5:1, 19:13, 19:18, 56:21,

82:24, 83:2, 83:5
**friend** [4] - 161:15, 161:18, 176:7, 233:17
**friends** [10] - 71:23, 72:4, 72:12, 76:22, 77:5, 77:13, 187:21, 209:22, 226:8, 232:25
**friendship** [1] - 227:1
**Fritzson** [6] - 48:13, 48:14, 48:19, 48:20, 48:21, 49:18
**front** [21] - 10:10, 12:11, 43:7, 81:1, 87:22, 92:21, 93:14, 96:20, 127:2, 143:6, 143:18, 143:25, 144:1, 155:13, 185:21, 188:5, 189:15, 197:4, 206:15, 221:10, 221:11
**froze** [2] - 128:22, 134:21
**full** [9] - 20:20, 24:11, 24:14, 24:17, 24:23, 28:25, 81:5, 215:2, 217:22
**full-time** [5] - 24:11, 24:14, 24:17, 24:23, 28:25
**funds** [1] - 52:11
**furnished** [1] - 94:10
**future** [1] - 5:21

## G

**galley** [1] - 185:21
**garden** [1] - 125:7
**gas** [4] - 152:19, 153:19, 154:2, 154:8
**gate** [1] - 66:18
**gather** [1] - 199:12
**gays** [1] - 72:18
**general** [2] - 73:23, 220:7
**generally** [1] - 28:4
**genitals** [4] - 131:1, 190:17, 191:3, 191:12
**gentleman** [1] - 68:3
**gentlemen** [16] - 8:25, 13:16, 13:22, 82:22, 85:7, 124:7, 130:22, 137:18, 147:18, 174:18, 190:7, 193:18, 217:2, 218:8, 224:18, 229:4
**gently** [1] - 193:25
**gestured** [1] - 32:18

**gift** [2] - 31:13, 31:14
**gifts** [1] - 31:14
**girds** [1] - 138:19
**girls** [4] - 11:3, 85:16, 226:25, 231:8
**given** [4] - 14:19, 31:13, 79:25, 203:11
**glass** [4] - 126:9, 200:17, 210:6, 210:24
**glue** [6] - 150:11, 151:11, 152:21, 153:10, 154:1, 154:8
**God** [1] - 219:15
**good-faith** [1] - 149:22
**GOVERNMENT** [8] - 1:14, 3:4, 20:18, 81:3, 120:25, 158:1, 182:22, 217:20
**Government** [59] - 4:23, 4:25, 5:13, 5:23, 6:8, 6:21, 6:25, 7:3, 7:16, 14:13, 20:7, 63:19, 64:13, 65:15, 67:14, 68:24, 69:3, 69:9, 69:24, 70:18, 72:24, 73:7, 73:20, 73:24, 75:1, 75:5, 75:12, 75:24, 76:2, 76:3, 80:23, 101:23, 103:24, 117:24, 118:3, 119:6, 119:11, 120:4, 120:5, 137:16, 139:21, 139:25, 144:17, 148:4, 154:15, 156:23, 157:21, 160:6, 160:7, 176:4, 204:17, 205:12, 207:24, 217:13, 217:18, 222:5, 222:8, 223:15, 244:2
**Government's** [54] - 3:15, 3:15, 3:16, 3:16, 3:17, 5:3, 5:7, 5:17, 9:15, 11:25, 12:16, 19:10, 19:20, 19:21, 25:5, 25:11, 25:19, 25:21, 25:23, 43:3, 43:14, 43:23, 44:9, 44:13, 91:15, 92:24, 93:7, 93:15, 93:23, 94:3, 94:7, 163:1, 163:6, 163:14, 163:16, 163:18, 166:3, 166:8, 166:20, 166:22, 166:24, 188:2, 191:15, 201:25, 202:2, 202:8, 202:21, 204:24,

205:13, 205:16, 205:17, 207:11, 207:15
**Government-issue** [1] - 204:17
**Government-run** [1] - 160:6
**gown** [2] - 134:19, 134:20
**grab** [1] - 126:7
**grandchildren** [2] - 81:21, 81:22
**granted** [2] - 79:3, 137:2
**gravestones** [1] - 152:4
**Great** [1] - 119:25
**great** [5] - 81:22, 108:1, 192:21, 192:22, 211:25
**great-grandchildren** [1] - 81:22
**green** [4] - 94:20, 126:16, 126:21, 126:22
**greeted** [1] - 234:17
**grew** [1] - 187:21
**ground** [3] - 54:12, 74:3, 83:8
**grounds** [5] - 66:19, 75:15, 199:21, 241:15, 241:17
**group** [13] - 59:22, 69:2, 71:4, 71:20, 73:19, 73:23, 74:12, 74:21, 74:25, 75:4, 75:11, 75:23, 222:13
**groups** [2] - 51:7, 51:15
**grow** [1] - 184:25
**growing** [3] - 121:25, 140:15, 159:21
**guess** [2] - 110:7, 234:23
**guessing** [1] - 85:9
**guest** [1] - 104:12
**guiding** [1] - 135:4
**guilt** [1] - 235:8
**guilty** [2] - 148:5, 230:14
**guns** [7] - 63:8, 63:20, 63:23, 63:25, 64:2, 64:14, 65:8
**guy** [1] - 37:15

**H**

**hair** [1] - 170:15

**Haiti** [39] - 9:20, 14:20, 14:25, 21:9, 21:16, 60:10, 77:7, 83:6, 83:9, 83:11, 83:15, 83:23, 84:3, 84:16, 85:4, 99:18, 104:17, 104:19, 104:21, 104:25, 105:4, 105:7, 105:9, 106:2, 113:14, 115:19, 115:20, 115:24, 117:10, 231:6, 231:9, 231:11, 232:6, 232:10, 232:14, 233:22, 234:7, 236:18, 240:17
**Haitian** [6] - 15:7, 16:3, 16:8, 41:13, 41:14, 53:8
**half** [3] - 70:19, 71:7, 95:8
**Hall** [15] - 171:5, 171:14, 171:16, 171:21, 172:3, 172:17, 172:20, 172:21, 172:22, 173:6, 173:8, 192:17, 192:18, 193:3, 193:13
**hallway** [4] - 93:24, 93:25, 95:13, 125:8
**hamburgers** [3] - 162:10, 162:11
**hard** [36] - 11:15, 28:20, 29:6, 29:8, 29:9, 29:10, 29:13, 29:23, 33:8, 40:18, 134:22, 134:23, 134:24, 168:11, 168:13, 168:18, 168:22, 190:11, 190:13, 190:14, 190:16, 195:7, 195:8, 195:11, 195:12, 195:13, 195:16, 197:24, 221:4, 244:4
**handed** [2] - 9:14, 202:7
**handle** [1] - 126:10
**hands** [16] - 30:19, 33:3, 33:7, 33:22, 38:4, 38:14, 39:19, 39:22, 39:23, 39:25, 128:18, 135:4, 195:1, 195:3, 195:16
**hang** [1] - 187:6
**hanging** [1] - 186:25
**happy** [5] - 7:11, 107:4, 127:14, 195:23, 202:25
**Harcourt** [64] -

123:21, 124:4, 124:25, 127:5, 127:23, 130:21, 139:24, 139:25, 141:17, 146:11, 154:24, 157:1, 157:8, 160:11, 160:22, 175:9, 176:8, 176:10, 176:11, 176:21, 177:3, 185:23, 186:2, 186:10, 187:7, 188:11, 190:10, 192:3, 192:24, 192:25, 193:1, 193:10, 193:11, 193:24, 194:2, 194:16, 195:6, 195:21, 197:6, 197:24, 198:11, 200:20, 200:25, 201:5, 201:10, 201:13, 201:22, 207:20, 209:1, 209:3, 209:6, 209:21, 210:2, 210:20, 210:22, 211:3, 211:5, 211:8, 211:19, 215:10, 216:16, 216:22, 218:11, 218:22
**Harcourt's** [4] - 132:10, 156:21, 196:22, 212:18
**hard** [3] - 33:12, 43:25, 83:19, 113:14, 113:15, 139:7, 194:14
**he...** [1] - 190:15
**head** [7] - 79:23, 80:5, 80:6, 80:10, 80:11, 80:13
**headboard** [3] - 38:1, 38:2, 38:3
**heads** [1] - 78:7
**healthy** [1] - 113:9
**hear** [12] - 37:10, 91:24, 95:5, 95:17, 117:18, 119:15, 156:7, 183:5, 218:8, 236:14, 236:21, 241:2
**heard** [19] - 95:7, 95:8, 95:16, 95:18, 95:25, 96:5, 96:24, 96:25, 98:14, 98:25, 118:10, 135:19, 137:19, 148:17, 155:2, 174:19, 217:2, 233:17, 236:17
**hearing** [2] - 103:21, 233:25
**hearsay** [19] - 18:6, 49:2, 50:10, 74:15,

74:19, 76:4, 116:1, 180:20, 199:22, 202:17, 203:4, 203:22, 204:12, 219:18, 220:9, 221:2, 221:3, 221:8, 233:2
**heart** [3] - 128:22, 134:20, 231:19
**heat** [1] - 175:21
**heating** [2] - 175:20, 189:12
**heavy** [2] - 129:8, 131:7
**held** [3] - 57:16, 135:4, 135:23
**help** [8] - 113:20, 126:14, 180:9, 210:20, 210:22, 229:2, 229:7, 231:19
**helped** [3] - 126:14, 146:22, 209:21
**helps** [1] - 220:25
**hereby** [1] - 245:3
**hide** [2] - 110:13, 110:14
**high** [5] - 174:7, 178:17, 196:16, 213:3, 215:3
**High** [1] - 214:25
**Hildenborough** [15] - 171:5, 171:14, 171:16, 171:21, 172:3, 172:17, 172:20, 172:21, 172:22, 173:6, 173:8, 192:17, 192:18, 193:3, 193:13
**Hill** [4] - 183:21, 183:22, 183:24, 192:3
**himself** [5] - 39:24, 127:5, 133:16, 189:4, 195:23
**history** [1] - 5:19
**hit** [6] - 11:15, 60:9, 60:20, 132:12, 132:16
**hitting** [1] - 60:23
**hold** [7] - 6:20, 6:25, 8:3, 38:3, 134:22, 136:18, 195:22
**holding** [10] - 29:11, 33:5, 33:8, 38:1, 38:2, 57:10, 135:25, 136:8, 136:11, 137:6
**holler** [1] - 95:19
**hollered** [1] - 95:6
**home** [86] - 23:21, 23:23, 27:3, 47:14, 47:17, 47:22, 55:18, 56:24, 65:14, 95:19, 95:20, 95:22, 96:10,

98:15, 112:2, 122:21, 123:5, 123:14, 124:9, 125:1, 125:6, 126:22, 130:10, 132:5, 133:9, 133:11, 133:14, 133:16, 133:21, 133:22, 136:4, 139:20, 140:3, 140:5, 140:7, 140:11, 140:13, 140:24, 141:18, 141:22, 141:23, 142:5, 142:7, 143:24, 144:23, 145:1, 145:4, 145:11, 145:13, 152:16, 152:25, 153:13, 153:17, 161:16, 161:19, 161:20, 161:21, 164:25, 165:7, 167:23, 168:4, 168:6, 174:14, 188:17, 188:19, 189:1, 197:3, 197:13, 198:4, 200:10, 201:8, 206:23, 212:19, 215:1, 234:9, 234:10, 234:13, 234:15, 234:19, 234:21, 236:11, 238:12

**Homeland** [2] - 117:25, 182:6

**homes** [3] - 140:16, 140:19, 140:22

**homework** [2] - 55:22, 56:24

**honest** [4] - 213:9, 229:23, 231:22, 239:21

**Honor** [120] - 4:3, 4:9, 4:15, 4:24, 5:16, 6:7, 6:13, 7:20, 8:13, 9:8, 10:3, 14:13, 14:16, 16:25, 17:17, 19:2, 19:8, 19:25, 20:5, 25:7, 25:19, 44:5, 46:14, 58:4, 62:15, 62:20, 63:6, 64:11, 64:13, 65:17, 67:23, 76:24, 80:18, 80:23, 91:4, 91:18, 92:2, 92:16, 99:20, 101:4, 101:9, 101:16, 101:22, 102:9, 102:19, 103:6, 116:17, 118:15, 119:3, 119:6, 119:11, 120:17, 124:3, 137:1, 137:17, 150:7, 151:6, 153:3, 154:14, 154:15, 155:11,

157:19, 157:21, 163:2, 163:14, 166:4, 166:20, 179:20, 179:23, 180:24, 182:2, 182:8, 182:13, 182:20, 183:7, 186:8, 188:1, 191:14, 201:24, 202:4, 202:15, 203:5, 203:19, 204:7, 204:13, 205:12, 205:14, 207:10, 207:25, 215:12, 215:15, 216:7, 216:23, 217:13, 217:18, 218:18, 219:4, 220:14, 220:19, 221:5, 221:6, 221:24, 222:4, 223:7, 223:21, 225:3, 225:17, 227:11, 230:9, 233:3, 233:5, 241:1, 241:11, 241:13, 241:18, 242:23, 243:18, 243:24, 244:5, 244:10

**Honor's** [2] - 221:6, 223:24

**HONORABLE** [1] - 1:10

**hope** [1] - 20:3

**Hope** [4] - 4:18, 62:23, 101:12, 182:11

**hoping** [1] - 13:6

**HOROWITZ** [122] - 1:23, 4:15, 5:16, 5:20, 6:7, 6:13, 7:1, 7:20, 7:24, 18:18, 19:3, 19:17, 19:25, 20:9, 46:10, 62:20, 74:2, 75:7, 75:14, 75:16, 75:19, 76:4, 76:9, 76:24, 77:15, 79:16, 79:18, 91:21, 91:25, 92:5, 97:6, 97:9, 97:25, 98:3, 98:17, 98:20, 101:9, 101:22, 102:1, 102:6, 102:9, 102:16, 102:19, 119:13, 119:16, 119:24, 120:8, 120:17, 136:22, 136:25, 138:6, 138:25, 139:3, 139:23, 141:9, 141:12, 144:19, 144:22, 148:25, 149:5, 149:19, 150:2, 150:15, 150:19, 151:6, 151:9, 151:18,

152:1, 153:5, 153:23, 154:14, 155:14, 155:18, 156:3, 156:10, 157:7, 157:11, 157:18, 168:15, 175:6, 177:9, 177:12, 178:10, 179:20, 179:22, 180:20, 182:8, 202:13, 202:17, 203:3, 203:22, 204:17, 205:14, 208:3, 208:16, 212:8, 215:12, 215:14, 215:24, 216:7, 216:23, 219:18, 220:9, 221:1, 221:17, 221:20, 223:12, 224:3, 227:11, 230:4, 230:9, 230:15, 231:24, 234:2, 235:10, 236:5, 240:20, 241:1, 241:11, 241:18, 241:23, 243:23

**Horowitz** [14] - 4:16, 6:6, 8:9, 62:21, 91:24, 101:10, 119:15, 147:16, 150:18, 151:24, 156:2, 182:9, 221:16, 243:22

**hospital** [2] - 129:19, 130:5

**hot** [2] - 189:12, 201:6

**hour** [2] - 14:12, 95:8

**hours** [1] - 238:15

**house** [122] - 10:22, 10:24, 11:1, 11:2, 11:5, 11:18, 11:22, 11:23, 13:2, 13:19, 15:12, 23:2, 23:6, 23:10, 23:18, 24:2, 24:7, 24:11, 24:14, 24:17, 24:18, 24:20, 26:2, 26:3, 26:22, 27:7, 28:1, 29:2, 29:3, 34:15, 35:7, 35:8, 36:25, 39:8, 39:9, 41:22, 41:24, 42:1, 42:2, 42:4, 42:7, 45:10, 45:13, 52:20, 60:7, 63:8, 63:11, 64:1, 64:2, 64:9, 64:10, 64:12, 64:20, 64:22, 65:7, 65:8, 65:20, 65:21, 66:7, 77:8, 77:10, 77:11, 77:12, 77:14, 78:20, 80:3, 82:6, 88:19,

88:20, 88:25, 89:1, 89:13, 89:15, 89:18, 89:22, 89:25, 90:2, 90:14, 90:19, 93:3, 96:11, 96:13, 103:25, 112:7, 112:9, 112:10, 112:11, 112:16, 112:20, 112:21, 112:24, 114:15, 114:16, 114:17, 124:23, 125:3, 127:8, 137:11, 144:3, 150:22, 184:12, 185:18, 189:9, 189:12, 190:25, 196:22, 198:5, 198:6, 200:12, 205:4, 205:23, 205:25, 206:25, 207:5, 207:6, 214:17, 232:13, 237:7

**House** [1] - 122:21, 122:23, 122:24

**housed** [1] - 83:24

**household** [2] - 209:15, 210:5

**housekeeping** [1] - 19:9

**houses** [8] - 26:19, 42:11, 66:23, 150:6, 175:23, 176:1, 188:22

**housing** [4] - 160:4, 160:6, 160:7

**hug** [2] - 28:15, 40:7, 107:11

**hugged** [2] - 23:11, 28:15

**hugging** [1] - 23:14

**hugs** [1] - 28:15

**hungry** [1] - 132:3

**hurt** [1] - 50:7

**hurts** [1] - 32:1

**husband** [1] - 184:13

## I

**Ian** [8] - 167:8, 167:9, 180:18, 187:23, 187:24, 191:23, 213:25, 214:1

**ice** [1] - 31:4

**idea** [1] - 211:6

**identification** [8] - 25:5, 25:11, 163:1, 163:5, 166:3, 166:7, 202:2, 202:8

**identified** [9] - 22:10, 22:21, 82:15, 124:4, 160:19, 161:4, 186:9, 218:19, 219:5

**identify** [8] - 26:3, 146:6, 160:15, 201:23, 204:8, 206:4, 218:15, 219:1

**ignored** [1] - 135:24

**illness** [1] - 208:24

**immediately** [9] - 61:22, 93:4, 100:5, 104:16, 109:6, 110:10, 181:14, 238:14, 242:9

**implication** [1] - 63:20

**important** [2] - 230:21, 230:22

**impressed** [9] - 87:19, 108:9, 108:12, 108:14, 108:17, 111:6, 111:10, 111:23, 112:3

**impressions** [3] - 87:14, 87:17, 96:12

**improper** [3] - 53:16, 107:17, 107:20

**improve** [2] - 49:14, 211:22

**IN** [1] - 3:14

**inappropriate** [4] - 117:10, 117:14, 117:17, 117:18

**incident** [3] - 115:22, 131:17, 150:21

**incidents** [2] - 153:6, 153:11

**incline** [1] - 81:1

**included** [3] - 43:4, 43:15, 43:24

**includes** [1] - 214:13

**including** [7] - 61:19, 100:2, 137:23, 174:23, 181:11, 217:6, 242:6

**incorrect** [1] - 47:19

**indeed** [5] - 139:22, 140:2, 142:23, 156:22, 211:19

**indicated** [3] - 6:8, 6:16, 223:4

**indication** [1] - 6:21

**indictment** [10] - 137:21, 137:24, 138:3, 174:21, 174:24, 175:3, 217:4, 217:7, 217:11, 222:18

**individually** [1] - 71:5

**individuals** [2] - 69:11, 69:24

**inform** [5] - 5:20, 5:23, 7:1, 7:16, 7:17

**informed** [3] - 108:4, 115:23, 115:25
**inquire** [2] - 149:13, 155:12
**inquired** [2] - 155:13, 155:19
**inside** [6] - 23:8, 28:19, 66:19, 130:5, 154:1
**instruct** [8] - 61:22, 100:5, 127:15, 181:14, 223:17, 225:1, 225:3, 242:9
**instructed** [6] - 79:4, 98:6, 130:12, 137:3, 223:13, 227:13
**instruction** [8] - 79:2, 119:14, 119:17, 119:18, 120:2, 120:6, 154:17, 216:25
**intend** [3] - 5:11, 8:2, 8:6
**intent** [1] - 223:25
**interact** [1] - 87:6
**intercourse** [2] - 194:3, 194:4
**interest** [2] - 223:25, 225:6
**interests** [1] - 87:11
**international** [1] - 5:9
**Internet** [4] - 61:20, 100:3, 181:12, 242:7
**INTERPRETER** [1] - 51:12
**interrupt** [2] - 124:16, 147:16
**interrupting** [1] - 196:25
**interview** [2] - 117:16, 118:7
**interviewed** [3] - 116:11, 116:15, 116:22
**intimidate** [1] - 54:11
**introduce** [5] - 5:23, 6:1, 6:17, 7:6, 7:15, 244:3
**introduced** [6] - 6:12, 83:7, 104:13, 176:7, 176:10, 189:4
**introducing** [2] - 6:2, 6:4
**introduction** [1] - 6:9
**investigated** [2] - 16:4, 16:8
**Investigations** [1] - 182:6
**investigator** [2] - 101:12, 177:24

**invited** [6] - 88:8, 88:11, 88:13, 88:21, 189:1, 189:2
**involved** [2] - 114:19, 200:17
**irrelevant** [1] - 224:6
**island** [1] - 235:18
**issue** [11] - 4:22, 20:10, 202:25, 204:17, 220:16, 227:4, 227:6, 227:8, 229:2, 229:9, 240:7
**issued** [1] - 217:3
**issues** [10] - 72:11, 203:23, 210:13, 220:5, 220:8, 220:21, 220:23, 220:25, 221:1, 244:4
**it'll** [1] - 147:21
**itself** [2] - 108:9, 203:22

# J

**January** [1] - 60:21
**Jean** [1] - 206:15
**Jimmy** [9] - 3:5, 7:9, 7:18, 9:12, 10:6, 11:12, 17:21, 20:3, 69:12
**JOAN** [1] - 1:10
**job** [1] - 212:14
**join** [2] - 49:21, 239:7
**joined** [1] - 239:14
**joining** [1] - 62:19
**jokes** [1] - 128:21
**JUDGE** [1] - 1:11
**judge** [23] - 5:20, 7:1, 19:3, 63:15, 63:19, 91:21, 102:1, 102:16, 117:4, 119:13, 119:24, 120:8, 148:25, 149:5, 155:18, 202:13, 202:21, 203:22, 216:24, 223:12, 224:3, 231:24, 243:8
**Judge** [14] - 7:12, 7:24, 8:5, 20:9, 20:11, 75:16, 92:5, 116:2, 119:16, 120:16, 224:15, 241:7, 243:12, 244:20
**July** [1] - 105:21
**jumped** [1] - 135:10
**June** [7] - 116:24, 116:25, 117:9, 117:13, 118:8,

183:17, 196:6
**juror** [2] - 4:21, 225:19
**jurors** [7] - 8:14, 101:14, 102:22, 148:24, 155:22, 182:15, 225:13
**JURY** [3] - 1:10, 8:23, 9:2
**jury** [59] - 8:18, 8:20, 13:16, 13:22, 19:7, 61:25, 62:2, 62:24, 63:1, 63:18, 79:4, 82:22, 85:7, 92:12, 98:6, 100:8, 100:9, 102:23, 109:24, 115:5, 115:12, 119:22, 124:8, 127:1, 130:22, 137:3, 137:18, 138:14, 143:18, 147:18, 147:22, 148:25, 149:4, 150:13, 154:13, 155:13, 155:20, 155:23, 174:18, 181:17, 181:18, 182:16, 183:5, 190:8, 193:19, 202:20, 206:5, 217:2, 218:8, 220:12, 223:14, 223:16, 224:18, 224:19, 224:23, 225:15, 227:13, 229:5, 242:14
**just...** [2] - 129:8, 131:8
**JUSTICE** [1] - 1:17

# K

**Kane** [4] - 4:10, 62:16, 101:5, 182:3
**KANE** [66] - 1:17, 20:17, 20:24, 22:9, 22:12, 22:20, 22:23, 25:4, 25:9, 25:19, 26:1, 29:21, 35:19, 37:11, 37:23, 40:20, 43:1, 44:5, 44:7, 46:14, 57:24, 58:19, 59:16, 59:23, 63:13, 64:9, 66:4, 68:18, 68:20, 73:17, 74:9, 74:20, 75:8, 75:10, 75:22, 76:6, 76:16, 77:2, 77:18, 78:17, 79:6, 79:24, 80:18, 157:25, 158:7, 158:23, 160:18, 160:21, 161:3, 161:6,

162:25, 163:4, 163:14, 163:21, 166:2, 166:6, 166:20, 167:2, 168:20, 170:6, 174:17, 177:25, 180:1, 180:11, 180:24, 181:2
**keep** [9] - 8:6, 34:16, 45:7, 67:7, 135:20, 158:20, 180:7, 195:13, 195:16
**Kenny** [1] - 206:16
**Kent** [1] - 158:19
**kept** [7] - 30:13, 135:4, 136:4, 151:19, 214:20, 229:19, 233:25
**Kevin** [7] - 161:19, 161:24, 162:4, 165:7, 171:24, 173:10, 176:7
**key** [1] - 126:7
**kick** [1] - 213:7
**kicked** [1] - 38:14
**kicker** [1] - 213:5
**kid** [2] - 32:23, 176:15
**kids** [8] - 50:23, 50:24, 51:7, 51:15, 51:17, 51:19, 107:4, 125:6
**kill** [1] - 152:8
**kind** [31] - 38:9, 87:9, 87:20, 87:21, 88:18, 113:16, 123:13, 124:15, 128:5, 128:22, 128:25, 129:23, 130:7, 131:13, 134:8, 134:9, 135:2, 135:11, 135:25, 162:23, 164:2, 164:14, 180:18, 184:12, 196:12, 199:15, 199:18, 212:3, 226:21, 230:1
**kinds** [3] - 126:12, 219:12, 220:7
**King** [1] - 203:9
**kiss** [2] - 131:6, 131:9
**kissed** [1] - 131:4
**kitchen** [1] - 160:9, 185:21
**kitchenette** [1] - 85:10
**knives** [1] - 200:17
**knowing** [1] - 136:20
**knowledge** [3] - 18:16, 141:24, 148:18

# L

**label** [1] - 70:12
**ladies** [16] - 8:25, 13:15, 13:21, 82:22, 85:6, 124:7, 130:22, 137:18, 147:18, 174:18, 190:7, 193:18, 217:2, 218:7, 224:18, 229:4
**lady** [2] - 11:24, 118:19
**language** [3] - 10:6, 30:7, 30:8
**lap** [5] - 128:9, 128:10, 129:13, 143:7, 143:11
**large** [1] - 85:8
**larger** [1] - 70:22
**Larko** [5] - 4:12, 62:18, 68:2, 101:8, 182:5
**last** [25] - 12:13, 12:19, 17:3, 17:4, 22:1, 60:7, 70:14, 70:17, 71:18, 71:20, 72:2, 79:4, 98:6, 118:10, 118:13, 121:4, 137:3, 138:25, 140:13, 140:23, 158:4, 189:11, 209:10, 227:14
**lasted** [1] - 200:24
**late** [3] - 178:19, 221:25
**law** [9] - 116:9, 116:11, 116:12, 174:4, 174:6, 174:12, 179:15, 212:19, 224:9
**law's** [1] - 174:14
**lawyer** [2] - 83:18, 170:1
**lay** [1] - 137:8, 244:16
**laying** [4] - 37:2, 37:3, 37:4, 39:19
**lead** [1] - 126:10
**leader** [5] - 50:19, 50:22, 50:23, 51:5, 51:14
**leader's** [1] - 55:4
**leaders** [3] - 51:15, 52:17, 52:21
**leadership** [5] - 238:7, 238:8, 238:18, 238:23, 239:10
**leading** [8] - 13:10, 37:9, 37:19, 37:21, 64:14, 126:4, 223:8,

241:23
 **leads** [1] - 93:24
 **leaped** [1] - 129:1
 **learn** [1] - 65:22
 **learned** [2] - 47:8,
104:17
 **least** [6] - 52:3,
54:18, 56:16, 119:25,
192:23, 226:11
 **leave** [16] - 12:20,
12:22, 14:3, 14:5,
14:6, 38:15, 40:3,
44:18, 44:21, 44:22,
45:15, 46:5, 61:24,
100:7, 132:25, 181:16
 **leaves** [1] - 7:12
 **leaving** [3] - 52:17,
54:9, 135:23
 **lecture** [1] - 12:10
 **led** [1] - 98:10
 **left** [40] - 27:5, 27:6,
27:8, 52:2, 52:10,
52:23, 60:2, 60:4,
71:22, 72:3, 93:21,
94:6, 110:8, 112:19,
114:22, 122:19,
129:2, 131:20,
132:24, 133:6,
150:10, 153:14,
153:25, 167:6,
173:17, 191:22,
196:10, 206:3,
211:24, 227:23,
227:25, 230:24,
231:1, 231:11,
239:16, 240:17
 **leg** [2] - 79:22
 **legal** [1] - 75:20
 **Legg** [6] - 151:10,
151:14, 151:15,
151:21, 152:2, 152:18
 **LEGG** [1] - 151:10
 **legs** [7] - 37:7, 37:8,
37:13, 80:5, 80:8,
80:9, 80:16
 **LENARD** [1] - 1:10
 **Leogane** [1] - 83:16
 **less** [3] - 47:17,
78:14, 204:4
 **lessons** [1] - 56:9
 **letting** [1] - 135:25
 **lie** [2] - 32:11, 76:21
 **life** [21] - 47:8, 48:6,
49:9, 49:14, 49:20,
50:13, 132:15, 135:1,
135:2, 165:1, 211:22,
213:18, 215:20,
215:23, 216:4,
216:13, 216:19,
229:2, 237:25, 238:2,

239:13
 **light** [4] - 95:7,
95:14, 110:10, 134:8
 **lights** [1] - 190:23
 **Lima** [11] - 228:4,
228:5, 228:6, 228:9,
230:24, 231:1, 231:2,
231:3, 231:5, 231:14,
231:18
 **limited** [1] - 225:7
 **limiting** [4] - 119:18,
120:2, 120:6, 216:25
 **line** [4] - 65:16, 66:1,
66:2, 110:20
 **LISA** [2] - 2:1, 245:7
 **list** [4] - 5:8, 5:11,
6:24, 102:3
 **listed** [1] - 43:9
 **listen** [4] - 61:18,
100:1, 181:10, 242:5
 **listened** [4] - 146:16,
146:17, 146:24
 **listener** [2] - 233:3,
233:5
 **listening** [1] - 72:21
 **literally** [2] - 134:21,
199:12
 **live** [22] - 21:10,
21:15, 26:13, 29:1,
45:10, 45:13, 81:15,
121:20, 121:22,
133:20, 158:18,
159:24, 160:2, 160:4,
162:22, 184:1, 185:5,
185:11, 189:11,
196:21, 226:22,
232:10
 **lived** [40] - 23:1,
23:17, 25:17, 27:10,
27:11, 27:15, 27:16,
27:23, 28:4, 28:8,
44:17, 46:24, 46:25,
47:2, 47:14, 47:17,
48:20, 49:17, 64:6,
85:13, 85:19, 86:23,
121:24, 122:17,
123:15, 123:18,
124:21, 125:1, 125:3,
141:17, 160:1,
165:14, 171:17,
171:19, 175:23,
175:24, 183:23,
185:18, 185:15, 189:9
 **living** [46] - 11:2,
21:13, 21:19, 23:21,
23:23, 26:16, 27:6,
27:17, 27:22, 31:16,
41:22, 43:11, 43:19,
48:18, 60:10, 60:12,
87:3, 89:1, 89:11,

89:14, 89:17, 110:11,
122:5, 126:23,
133:18, 133:21,
144:23, 145:1, 145:4,
159:14, 160:9, 165:5,
165:9, 165:13,
167:25, 174:8, 175:9,
175:12, 192:8,
197:13, 199:3, 199:5,
226:18, 226:19,
228:5, 234:17
 **loads** [1] - 143:24
 **local** [2] - 115:17,
115:19
 **locate** [1] - 67:22
 **located** [8] - 24:18,
84:25, 85:22, 86:21,
94:13, 123:8, 145:13,
188:19
 **location** [3] - 26:17,
165:10, 198:5
 **locations** [4] - 26:18,
170:25, 171:2, 172:5
 **London** [19] -
121:19, 121:23,
122:16, 122:22,
123:9, 146:1, 158:17,
160:3, 160:5, 162:2,
176:14, 183:15,
183:21, 185:1, 185:2,
185:8, 186:21, 201:17
 **LONG** [1] - 81:3
 **look** [9] - 85:7, 92:9,
92:20, 188:5, 205:21,
207:14, 213:19,
216:12, 216:17
 **looked** [5] - 108:2,
188:12, 207:21,
239:16, 239:22
 **looking** [1] - 213:8
 **lotion** [12] - 10:15,
28:19, 29:5, 33:22,
36:17, 36:18, 39:19,
39:21, 39:23, 79:22,
80:9, 80:15
 **loved** [1] - 142:10
 **loving** [1] - 87:20
 **lunch** [7] - 55:19,
56:9, 99:22, 100:8,
100:12, 100:20,
100:21
 **luncheon** [1] -
100:22

## M

 **ma'am** [26] - 17:15,
46:17, 66:13, 80:25,
83:17, 89:20, 91:9,

92:9, 92:20, 94:22,
97:8, 98:2, 98:21,
100:12, 101:15,
101:19, 102:25,
103:2, 103:20,
109:15, 109:17,
116:20, 117:7,
117:12, 119:4
 **mad** [3] - 46:8, 78:7,
78:8
 **mail** [1] - 235:25
 **mails** [1] - 177:23
 **main** [1] - 110:11
 **maintenance** [1] -
209:15
 **major** [1] - 199:8
 **majority** [1] - 142:11
 **man** [22] - 22:2,
22:13, 36:14, 49:21,
53:23, 53:25, 54:9,
56:17, 63:24, 82:7,
87:21, 123:21,
124:19, 160:11,
160:22, 185:23,
186:2, 187:3, 216:18,
218:10, 218:22,
238:19
 **man's** [1] - 132:14
 **manager** [1] - 82:3
 **mannered** [1] -
111:21
 **mansion** [1] - 192:22
 **mansion-type** [1] -
192:22
 **March** [1] - 222:8
 **MARIA** [1] - 1:14
 **Maria** [4] - 4:10,
62:16, 101:5, 182:3
 **marked** [8] - 25:5,
25:10, 163:1, 163:5,
166:3, 166:7, 202:2,
202:7
 **marriage** [1] - 159:2
 **married** [3] - 158:24,
184:5, 196:23
 **massive** [1] - 130:10
 **masturbate** [45] -
10:15, 10:17, 11:9,
11:19, 12:3, 13:17,
28:20, 28:22, 29:4,
29:7, 29:10, 29:12,
29:17, 29:22, 30:3,
30:15, 31:7, 31:11,
33:20, 33:21, 33:22,
34:11, 34:14, 36:13,
36:16, 36:22, 39:15,
39:20, 39:24, 168:19,
168:21, 169:16,
170:7, 170:12,
170:17, 170:21,

170:24, 171:3, 171:8,
172:2, 172:5, 195:9,
195:10, 195:17, 199:1
 **masturbated** [4] -
33:24, 34:2, 36:4,
40:4
 **masturbating** [8] -
29:13, 36:23, 36:24,
37:18, 37:24, 38:5,
38:7, 169:18
 **masturbation** [3] -
197:18, 197:22,
197:25
 **material** [1] - 102:14
 **matter** [20] - 5:1,
19:9, 61:19, 63:24,
100:2, 137:22,
174:22, 176:13,
181:11, 202:16,
202:23, 203:2,
203:14, 209:8, 213:5,
213:16, 214:10,
217:5, 242:6, 245:4
 **matters** [1] - 100:16
 **MATTERS** [1] - 1:21
 **MATTHEW** [1] - 1:7
 **Matthew** [13] - 4:4,
4:16, 10:13, 22:2,
62:12, 62:21, 82:7,
82:15, 100:25, 101:7,
101:10, 181:24, 182:9
 **McCrum** [8] - 3:11,
217:19, 217:20,
217:23, 218:10,
221:23, 225:5, 225:25
 **McDonald's** [16] -
162:1, 162:2, 162:4,
162:6, 162:12,
162:15, 163:23,
164:1, 164:3, 176:14,
187:2, 187:17,
209:19, 209:22,
209:24
 **meal** [1] - 55:19
 **meals** [8] - 25:1,
28:5, 39:12, 47:13,
47:18, 58:17, 209:24
 **mean** [33] - 15:16,
30:5, 40:21, 40:22,
42:3, 64:5, 65:2,
69:17, 79:11, 88:1,
121:16, 126:8, 129:4,
130:14, 131:5,
139:10, 146:14,
148:8, 154:2, 154:5,
164:15, 164:22,
165:19, 187:18,
190:8, 196:15, 197:5,
197:19, 197:22,
199:7, 201:1, 216:16,

229:5
  **meaning** [1] - 154:24
  **means** [4] - 65:2,
83:8, 145:20, 145:21
  **meant** [3] - 79:14,
126:14, 229:10
  **MEDETIS** [175] -
1:14, 4:3, 4:9, 4:24,
8:1, 8:5, 8:13, 9:6,
9:11, 10:3, 10:5,
13:13, 14:2, 14:13,
16:5, 17:20, 18:8,
18:15, 18:22, 19:2,
19:8, 19:14, 19:23,
20:5, 49:2, 50:10,
54:3, 58:9, 58:13,
62:15, 64:11, 64:13,
64:20, 65:13, 65:17,
70:6, 80:23, 81:8,
82:14, 82:17, 83:22,
84:14, 91:4, 91:6,
91:13, 91:18, 92:2,
92:8, 92:13, 92:16,
92:19, 97:12, 98:9,
98:23, 99:20, 101:4,
105:3, 105:8, 106:23,
109:13, 110:20,
115:1, 116:17, 117:4,
118:4, 118:12, 119:3,
119:6, 119:11, 120:5,
120:13, 120:16,
121:7, 124:3, 124:6,
133:5, 136:17, 137:5,
137:16, 138:24,
141:8, 141:10,
144:18, 150:7,
151:17, 153:3,
153:21, 154:15,
155:11, 157:5, 157:9,
157:21, 177:8, 182:2,
182:13, 182:20,
183:2, 183:7, 183:9,
186:8, 186:12, 188:1,
188:4, 191:14,
191:18, 200:1,
201:24, 202:6,
202:15, 202:21,
203:5, 203:19, 204:7,
204:13, 204:22,
205:12, 205:20,
207:10, 207:13,
207:24, 208:14,
212:6, 215:18, 216:2,
216:10, 216:23,
217:13, 217:18,
218:2, 218:18,
218:21, 219:4, 219:7,
219:19, 220:1,
220:14, 220:16,
220:19, 221:5,
221:11, 221:24,

222:4, 222:7, 223:7,
223:21, 224:15,
225:3, 225:24,
227:15, 230:5,
230:11, 230:18,
232:2, 233:3, 233:5,
233:8, 233:20,
233:21, 234:5,
235:12, 236:7,
240:23, 241:4, 241:5,
241:7, 241:8, 241:13,
241:20, 242:23,
243:3, 243:8, 243:12,
243:17, 244:5, 244:20
  **Medetis** [5] - 4:10,
62:16, 101:5, 182:3,
233:19
  **media** [4] - 61:19,
100:2, 181:11, 242:6
  **medical** [2] - 59:2,
85:12
  **meet** [13] - 22:24,
47:3, 78:6, 105:18,
161:9, 161:14,
161:23, 186:17,
186:19, 186:24,
219:8, 219:10, 237:8
  **meeting** [36] - 57:10,
61:8, 68:2, 68:5, 69:8,
69:10, 69:11, 69:13,
69:19, 69:23, 69:24,
70:11, 70:14, 70:16,
70:17, 70:19, 70:22,
70:25, 71:2, 71:4,
71:12, 71:18, 71:20,
72:2, 72:14, 74:13,
75:3, 102:2, 118:25,
238:15, 238:16,
239:6, 239:7, 239:8,
239:14, 240:5
  **meetings** [26] -
57:12, 57:14, 57:16,
58:7, 58:8, 58:12,
68:23, 68:25, 69:1,
69:2, 69:5, 70:23,
71:13, 71:15, 73:19,
73:23, 73:25, 74:6,
74:8, 74:12, 74:21,
74:25, 75:4, 75:11,
75:23
  **meets** [2] - 222:18,
223:3
  **member** [1] - 124:12
  **members** [6] - 69:3,
69:9, 203:19, 219:16,
220:2, 220:20
  **memories** [2] -
139:10, 216:20
  **memory** [4] - 121:24,
122:2, 139:9, 146:23

**men** [6] - 17:9, 51:6,
52:18, 59:2, 68:8,
106:9
  **men's** [1] - 228:25
  **mention** [1] - 113:22
  **mentioned** [7] - 36:9,
63:8, 95:23, 171:14,
210:5, 237:15, 237:18
  **met** [46] - 23:2, 23:3,
46:20, 67:14, 69:17,
71:20, 73:8, 73:21,
76:2, 82:23, 82:24,
83:2, 83:5, 103:15,
103:24, 103:25,
104:7, 104:10, 107:7,
124:8, 124:9, 124:21,
142:2, 161:22, 165:4,
165:5, 171:24, 174:4,
175:9, 177:15,
177:18, 186:22,
187:12, 188:13,
188:15, 189:4, 207:1,
207:22, 209:5, 210:2,
219:11, 221:24,
225:25, 226:3, 227:20
  **MIAMI** [1] - 1:2
  **Miami** [13] - 1:4,
1:16, 1:22, 1:25, 2:2,
2:3, 5:3, 21:11, 21:12,
21:13, 21:14, 245:8,
245:9
  **mic** [1] - 17:3
  **Michael** [2] - 117:22,
117:23
  **Michigan** [3] - 81:14,
81:17, 112:2
  **microphone** [9] -
40:14, 42:22, 67:6,
180:8, 183:3, 183:4,
209:11, 218:5, 218:6
  **mid** [1] - 221:25
  **mid-'70s** [1] - 207:22
  **mid-1970s** [2] -
120:1, 209:5
  **middle** [8] - 128:4,
167:11, 173:25,
185:18, 186:20,
186:21, 191:2, 191:22
  **Midland** [1] - 81:16
  **might** [3] - 167:25,
173:21, 187:4
  **miles** [6] - 53:17,
54:1, 54:6, 54:15,
54:16, 171:18
  **mind** [1] - 201:2
  **mine** [1] - 88:2
  **minibus** [2] - 171:9,
171:10
  **minors** [7] - 221:13,
221:14, 223:9,

223:23, 225:10,
236:12, 240:19
  **minutes** [20] - 46:2,
46:3, 56:14, 56:15,
56:16, 61:25, 79:10,
79:11, 79:14, 79:15,
79:21, 79:23, 79:25,
80:4, 80:14, 80:17,
132:6, 181:17, 224:22
  **misbehave** [1] -
11:14
  **misconduct** [4] -
16:20, 72:16, 72:22,
73:6
  **missed** [1] - 103:11
  **missing** [2] - 86:25,
101:16
  **mission** [2] - 235:24,
239:4
  **missionaries** [4] -
83:13, 231:6, 233:13,
235:25
  **missionary** [3] -
83:12, 83:15, 232:25
  **missions** [1] -
233:15
  **mix** [1] - 76:22
  **mixture** [2] - 23:22,
41:14
  **modifies** [1] - 223:5
  **molestation** [6] -
221:9, 222:17,
222:21, 222:25,
223:3, 223:22
  **moment** [21] - 16:25,
52:7, 58:4, 62:4,
66:15, 67:22, 73:11,
79:19, 97:8, 98:2,
100:11, 118:15,
147:17, 147:19,
147:21, 151:6,
179:20, 184:12,
215:12, 224:19,
224:20
  **Monday** [1] - 56:21
  **money** [11] - 41:5,
41:6, 41:9, 59:8,
59:11, 77:7, 77:9,
162:19, 176:19,
209:6, 211:18
  **monitor** [3] - 10:10,
188:5, 205:21
  **month** [7] - 8:8,
70:19, 71:7, 121:14,
121:16, 141:2
  **months** [2] - 71:8,
141:2
  **Morning** [81] - 24:21,
24:22, 25:17, 26:16,
26:17, 26:20, 26:22,

26:25, 27:2, 27:6,
27:10, 27:11, 27:16,
28:2, 28:8, 28:24,
28:25, 34:13, 42:11,
43:11, 43:19, 44:17,
44:18, 46:5, 47:18,
48:6, 48:10, 49:12,
49:24, 50:14, 51:1,
52:5, 54:20, 55:2,
58:17, 61:11, 66:16,
66:19, 66:25, 68:17,
69:3, 69:20, 70:12,
71:16, 71:23, 72:10,
72:17, 74:14, 74:23,
75:2, 84:2, 84:4,
84:15, 84:20, 84:25,
85:6, 85:19, 85:21,
85:25, 86:10, 86:17,
86:21, 87:6, 87:14,
87:17, 89:10, 105:1,
105:7, 105:13, 106:3,
106:9, 107:16, 108:1,
108:7, 109:11, 110:1,
110:24, 111:7,
111:10, 111:12,
118:22
  **morning** [31] - 4:1,
4:2, 4:3, 4:6, 4:9,
4:14, 4:15, 4:19, 4:20,
8:22, 8:23, 9:1, 9:2,
9:6, 9:12, 9:13, 20:25,
62:15, 62:20, 95:18,
95:22, 95:25, 102:1,
130:13, 132:3,
242:12, 242:19,
244:21
  **most** [5] - 32:1,
104:22, 106:16,
131:1, 234:22
  **mother** [34] - 47:5,
57:18, 57:20, 57:22,
77:20, 88:18, 113:4,
113:18, 122:6, 122:7,
156:14, 175:12,
176:5, 176:19,
185:12, 189:3,
189:14, 199:6, 199:8,
199:15, 199:18,
200:2, 200:15, 207:9,
209:6, 210:9, 210:11,
210:15, 210:20,
210:22, 211:1, 211:2,
211:8, 214:13
  **mother's** [1] - 11:5
  **motion** [6] - 79:3,
101:20, 101:24,
102:6, 137:2, 227:12
  **motions** [1] - 149:12
  **motive** [1] - 223:25

**mouth** [5] - 32:13, 32:16, 32:18, 33:16, 33:18

**move** [30] - 24:22, 25:3, 25:19, 26:17, 26:20, 26:22, 26:25, 41:25, 44:25, 45:2, 45:6, 54:23, 79:1, 98:3, 113:14, 123:6, 136:25, 163:14, 166:20, 180:8, 198:5, 198:6, 201:3, 205:13, 220:24, 228:3, 228:6, 233:19, 236:19

**moved** [47] - 13:20, 13:23, 24:10, 24:14, 24:17, 24:24, 25:2, 26:7, 26:10, 26:19, 26:22, 27:2, 27:4, 27:9, 28:25, 34:13, 42:5, 45:7, 45:9, 45:12, 45:14, 47:18, 48:2, 48:6, 48:21, 65:21, 123:5, 168:22, 173:18, 175:18, 188:21, 188:24, 189:8, 189:10, 198:7, 206:21, 227:25, 228:4, 228:9, 232:6, 232:10, 232:11, 232:15, 232:23, 236:18, 236:20

**movies** [4] - 164:12, 164:13, 177:13

**moving** [4] - 41:24, 88:18, 113:6, 195:11

**MR** [217] - 4:2, 4:15, 4:20, 5:16, 5:20, 6:7, 6:13, 7:1, 7:20, 7:23, 7:24, 13:10, 13:24, 14:16, 14:18, 16:7, 16:25, 17:2, 17:15, 18:6, 18:13, 18:18, 18:25, 19:3, 19:17, 19:25, 20:9, 29:18, 35:15, 37:9, 37:19, 46:10, 46:17, 46:19, 49:4, 49:8, 50:12, 51:13, 51:16, 54:5, 58:1, 58:4, 58:6, 58:11, 58:15, 58:21, 59:18, 60:1, 62:20, 63:6, 63:7, 63:15, 63:19, 64:7, 64:24, 65:3, 65:6, 65:11, 66:8, 66:13, 66:14, 67:9, 67:12, 67:13, 67:22, 68:1, 68:22, 70:7, 70:9, 70:10, 73:9, 73:11, 73:13,

74:1, 74:2, 74:4, 74:15, 74:17, 75:7, 75:14, 75:16, 75:19, 76:4, 76:9, 76:24, 77:15, 78:15, 78:23, 79:1, 79:12, 79:16, 79:18, 84:10, 91:21, 91:25, 92:5, 97:6, 97:9, 97:25, 98:3, 98:17, 98:20, 101:9, 101:22, 102:1, 102:6, 102:9, 102:16, 102:19, 103:6, 103:8, 105:6, 105:11, 107:1, 109:22, 110:23, 115:3, 116:20, 116:21, 117:7, 117:8, 118:6, 118:15, 118:17, 118:24, 119:13, 119:16, 119:19, 119:24, 120:8, 120:17, 133:1, 133:3, 136:13, 136:22, 136:23, 136:25, 138:6, 138:25, 139:3, 139:23, 141:9, 141:12, 144:19, 144:22, 148:25, 149:5, 149:19, 149:25, 150:2, 150:3, 150:5, 150:15, 150:19, 151:6, 151:8, 151:9, 151:18, 152:1, 153:5, 153:23, 154:14, 155:14, 155:18, 156:3, 156:10, 157:7, 157:11, 157:18, 168:15, 175:6, 177:9, 177:12, 178:10, 179:20, 179:22, 180:20, 182:8, 199:20, 199:22, 202:13, 202:17, 203:3, 203:22, 204:17, 205:14, 208:3, 208:16, 212:8, 215:12, 215:14, 215:24, 216:7, 216:24, 219:18, 220:9, 221:1, 221:17, 221:20, 223:12, 224:3, 227:11, 230:4, 230:9, 230:15, 231:24, 233:2, 234:2, 234:3, 235:10, 236:5, 240:20, 241:1, 241:11, 241:18, 241:23, 243:23

**MS** [239] - 4:3, 4:9,

4:24, 8:1, 8:5, 8:13, 9:6, 9:11, 10:3, 10:5, 13:13, 14:2, 14:13, 16:5, 17:20, 18:8, 18:15, 18:22, 19:2, 19:8, 19:14, 19:23, 20:5, 20:17, 20:24, 22:9, 22:12, 22:20, 22:23, 25:4, 25:9, 25:19, 26:1, 29:21, 35:19, 37:11, 37:23, 40:20, 43:1, 44:5, 44:7, 46:14, 49:2, 50:10, 54:3, 57:24, 58:9, 58:13, 58:19, 59:16, 59:23, 62:15, 63:13, 64:9, 64:11, 64:13, 64:20, 65:13, 65:17, 66:4, 68:18, 68:20, 70:6, 73:17, 74:9, 74:20, 75:8, 75:10, 75:22, 76:6, 76:16, 77:2, 77:18, 78:17, 79:6, 79:24, 80:18, 80:23, 81:8, 82:14, 82:17, 83:22, 84:14, 91:4, 91:6, 91:13, 91:18, 92:2, 92:8, 92:13, 92:16, 92:19, 97:12, 98:9, 98:23, 99:20, 101:4, 105:3, 105:8, 106:23, 109:13, 110:20, 115:1, 116:17, 117:4, 118:4, 118:12, 119:3, 119:6, 119:11, 120:5, 120:13, 120:16, 121:7, 124:3, 124:6, 133:5, 136:17, 137:5, 137:16, 138:24, 141:8, 141:10, 144:18, 150:7, 151:17, 153:3, 153:21, 154:15, 155:11, 157:5, 157:9, 157:21, 157:25, 158:7, 158:23, 160:18, 160:21, 161:3, 161:6, 162:25, 163:4, 163:14, 163:21, 166:2, 166:6, 166:20, 167:2, 168:20, 170:6, 174:17, 177:8, 177:25, 180:1, 180:11, 180:24, 181:2, 182:2, 182:13, 182:20, 183:2, 183:7, 183:9, 186:8, 186:12, 188:1, 188:4, 191:14, 191:18, 200:1,

201:24, 202:6, 202:15, 202:21, 203:5, 203:19, 204:7, 204:13, 204:22, 205:12, 205:20, 207:10, 207:13, 207:24, 208:14, 212:6, 215:18, 216:2, 216:10, 216:23, 217:13, 217:18, 218:2, 218:18, 218:21, 219:4, 219:7, 219:19, 220:1, 220:14, 220:16, 220:19, 221:5, 221:11, 221:24, 222:4, 222:7, 223:7, 223:21, 224:15, 225:3, 225:24, 227:15, 230:5, 230:11, 230:18, 232:2, 233:3, 233:5, 233:8, 233:20, 233:21, 234:5, 235:12, 236:7, 240:23, 241:4, 241:5, 241:7, 241:8, 241:13, 241:20, 242:23, 243:3, 243:8, 243:12, 243:17, 244:5, 244:20

**mum** [9] - 159:14, 160:1, 180:17, 185:6, 185:22, 189:5, 207:5

**Murphy** [1] - 206:17

**must** [5] - 95:6, 132:2, 222:16, 222:19, 222:22

# N

**naked** [8] - 36:21, 68:10, 68:16, 95:3, 95:24, 96:23, 115:8, 130:24

**name** [29] - 11:5, 11:6, 20:20, 24:20, 35:24, 36:10, 39:2, 39:4, 43:9, 44:10, 44:14, 52:25, 81:5, 82:7, 82:18, 84:1, 89:8, 89:9, 117:21, 121:3, 136:5, 158:3, 158:4, 182:24, 186:13, 196:22, 217:22, 218:10, 238:21

**named** [9] - 22:2, 22:13, 36:9, 123:21, 160:11, 160:22, 185:23, 186:2, 218:22

**names** [3] - 51:21, 121:4, 187:22

**National** [5] - 9:19, 14:20, 14:25, 15:4, 15:7

**nature** [2] - 149:9, 209:22

**near** [2] - 85:4, 198:11

**nearest** [1] - 122:13

**necessary** [2] - 98:16, 98:20

**necessitated** [2] - 5:16, 5:18

**neck** [4] - 37:7, 37:14, 129:23

**need** [23] - 5:10, 5:19, 5:21, 5:22, 6:3, 7:9, 7:14, 7:15, 8:11, 54:13, 102:3, 102:18, 109:18, 115:23, 119:17, 139:4, 149:10, 151:3, 155:3, 178:3, 178:5, 178:7

**needed** [10] - 5:8, 88:19, 144:5, 200:2, 229:2, 229:7, 239:5, 240:8, 240:9

**needs** [2] - 154:17, 154:19

**negatives** [1] - 107:23

**neighbor** [1] - 199:12

**neighborhood** [5] - 18:11, 65:21, 65:24, 78:13, 85:21

**neighbors** [2] - 64:21, 65:22

**never** [24] - 17:25, 48:11, 53:10, 53:21, 53:22, 54:24, 57:22, 58:3, 72:15, 72:22, 75:3, 76:1, 76:18, 103:15, 126:5, 127:9, 130:11, 132:16, 135:2, 136:1, 162:17, 164:3, 177:18, 213:7

**New** [2] - 1:18, 184:2

**new** [5] - 102:7, 102:10, 102:13, 162:9, 188:23

**Newington** [1] - 183:21

**newspaper** [1] - 202:22

**next** [35] - 20:16, 26:20, 30:21, 36:19, 40:1, 40:6, 44:10, 44:14, 74:17, 80:22,

95:4, 95:17, 96:2, 96:3, 98:13, 118:1, 119:10, 119:25, 135:14, 157:24, 182:19, 197:11, 206:14, 206:15, 213:21, 214:10, 217:17, 235:13, 235:16, 236:17, 237:6, 237:20, 238:5, 239:15

**nice** [8] - 31:8, 31:12, 41:1, 118:25, 164:2, 176:11, 242:12

**nickname** [1] - 27:10

**Nigel** [2] - 147:11, 147:15

**night** [19] - 17:24, 39:13, 80:5, 86:5, 95:24, 96:23, 130:13, 132:2, 134:5, 152:8, 168:25, 169:8, 169:21, 190:1, 191:3, 192:21, 199:10, 206:23, 242:1

**nights** [1] - 86:6

**nightstand** [1] - 36:19

**nighttime** [2] - 152:5, 193:20

**NO** [1] - 1:2

**nobody** [3] - 128:11, 198:23

**noise** [2] - 38:8, 38:9

**noises** [2] - 30:4, 30:5

**none** [1] - 136:3

**normally** [1] - 90:25

**North** [6] - 2:2, 183:21, 185:1, 185:8, 226:19, 245:8

**Northeast** [1] - 1:15

**notary** [1] - 15:7

**note** [3] - 203:8, 222:4, 222:7

**notebooks** [4] - 61:24, 100:7, 181:16, 242:11

**noted** [1] - 5:2

**nothing** [27] - 12:10, 27:21, 78:24, 95:3, 95:7, 96:6, 96:14, 105:7, 107:13, 107:17, 107:20, 107:25, 119:3, 131:7, 132:16, 134:23, 136:4, 137:8, 152:14, 153:12, 154:11, 154:12, 157:21, 173:11, 209:3, 244:2

**notice** [6] - 221:17, 221:20, 222:8, 222:12

**noticed** [2] - 107:6, 143:21

**nourished** [1] - 111:15

**nourishment** [1] - 107:8

**November** [6] - 84:17, 105:24, 105:25, 106:2, 109:5, 112:15

**nowhere** [1] - 128:7

**number** [3] - 143:18, 191:7, 214:20

**numerous** [2] - 6:1, 67:14

**nuns** [2] - 122:1, 122:8

**nurses** [1] - 129:19

**NW** [1] - 1:18

## O

**oath** [5] - 9:3, 63:4, 102:25, 156:1, 225:22

**obedient** [1] - 87:24

**object** [2] - 18:6, 202:13

**objected** [1] - 6:9

**objection** [112] - 13:10, 13:24, 16:5, 18:13, 18:18, 18:25, 19:17, 19:24, 29:18, 35:15, 37:9, 37:19, 46:10, 49:2, 50:10, 57:24, 58:9, 58:13, 58:19, 59:16, 59:23, 63:15, 65:15, 66:2, 66:3, 68:18, 68:20, 70:6, 74:1, 74:2, 74:15, 74:18, 75:7, 75:14, 76:4, 76:9, 76:24, 77:15, 78:15, 78:23, 79:12, 79:16, 79:18, 84:10, 97:6, 97:9, 97:25, 98:3, 98:5, 98:17, 105:3, 105:8, 106:23, 109:13, 109:17, 110:20, 115:1, 116:1, 116:17, 117:4, 118:4, 118:12, 120:5, 120:8, 120:10, 120:15, 66:2, 133:1, 133:3, 136:13, 136:22, 136:23, 138:24, 141:8, 141:10, 144:18, 151:17, 153:21, 157:5, 157:9, 168:15,

177:8, 177:25, 178:3, 178:4, 178:7, 180:20, 199:20, 205:14, 205:15, 208:14, 215:24, 216:7, 219:18, 220:9, 227:11, 230:4, 230:9, 230:15, 231:24, 233:2, 234:2, 234:3, 235:10, 236:5, 240:20, 241:1, 241:11, 241:14, 241:23, 244:13

**obligations** [1] - 8:7

**observations** [1] - 126:12

**observe** [4] - 18:9, 117:10, 117:14, 117:17

**observed** [6] - 96:19, 99:8, 99:10, 244:6, 244:8, 244:15

**obviously** [7] - 8:3, 102:16, 200:18, 200:21, 200:22, 206:6, 216:13

**occasion** [8] - 31:21, 38:11, 38:22, 173:13, 207:8, 211:7, 243:21

**occasions** [8] - 51:2, 67:14, 137:20, 145:23, 169:23, 174:20, 217:3, 221:12

**occur** [2] - 28:23, 110:3

**occurred** [11] - 15:23, 61:2, 61:10, 65:19, 70:12, 72:16, 72:23, 150:21, 178:12, 191:5

**occurring** [1] - 57:23

**October** [4] - 121:16, 121:17, 138:11

**Odelin** [2] - 36:11, 69:12

**OF** [3] - 1:1, 1:4, 1:17

**offenses** [3] - 137:24, 174:24, 217:7

**offer** [3] - 41:3, 41:5, 201:7

**offered** [3] - 41:6, 202:15, 221:4

**offering** [2] - 202:22, 203:1

**office** [3] - 130:11, 130:12, 132:6

**OFFICER** [6] - 8:15, 91:10, 101:15, 101:19, 102:20, 225:17

**officer** [3] - 15:8, 146:6, 242:12

**officers** [1] - 16:11

**official** [2] - 2:1, 14:25

**Official** [1] - 245:8

**often** [21] - 15:18, 15:19, 28:4, 34:11, 34:14, 35:3, 65:21, 77:13, 162:15, 165:24, 167:18, 191:5, 192:5, 194:22, 198:1, 200:16, 201:3, 201:9, 226:10, 226:14

**Ohio** [11] - 196:17, 196:18, 206:2, 219:11, 228:4, 228:5, 228:6, 228:9, 231:2, 231:14

**old** [34] - 13:21, 13:22, 14:1, 21:6, 23:3, 26:4, 26:10, 38:16, 38:19, 42:15, 48:21, 76:12, 76:13, 84:6, 123:18, 132:18, 137:10, 138:11, 152:10, 158:14, 161:12, 170:14, 175:22, 183:18, 186:22, 189:9, 191:8, 196:5, 206:18, 212:3, 212:9, 213:17, 234:20, 234:23

**older** [23] - 10:16, 11:10, 21:25, 22:1, 23:22, 23:25, 38:20, 39:6, 42:9, 42:16, 45:5, 48:23, 48:24, 61:8, 89:23, 103:18, 122:3, 122:4, 159:19, 170:15, 184:21, 184:23, 191:24

**Oldershaw** [4] - 122:10, 122:12, 122:13, 122:18

**Oldershot** [1] - 122:11

**oldest** [3] - 40:23, 45:4, 178:22

**omnibus** [3] - 120:22, 221:7, 222:2

**once** [21] - 8:10, 15:20, 15:24, 28:7, 34:17, 47:24, 51:19, 51:25, 57:22, 78:7, 112:10, 131:3, 171:4, 171:25, 172:4, 190:13, 194:1, 194:2, 215:8, 226:11, 231:15

**one** [101] - 4:21,

11:8, 11:24, 13:6, 14:12, 15:19, 16:10, 16:25, 17:5, 17:7, 17:9, 18:11, 22:1, 26:17, 45:3, 47:2, 48:11, 54:19, 58:4, 67:22, 73:11, 74:7, 76:22, 78:8, 79:9, 79:19, 79:21, 86:5, 90:17, 94:12, 97:8, 98:2, 101:14, 101:16, 106:11, 107:3, 109:17, 118:15, 124:24, 124:25, 125:18, 125:22, 125:24, 127:4, 128:4, 128:6, 128:20, 128:21, 129:15, 129:16, 131:3, 132:1, 132:22, 135:21, 136:4, 140:23, 141:25, 142:1, 142:2, 142:13, 143:21, 143:22, 143:23, 145:21, 145:22, 147:11, 147:14, 147:19, 147:21, 151:6, 156:14, 159:18, 160:9, 160:10, 162:9, 171:6, 173:15, 175:16, 175:24, 179:20, 184:20, 184:23, 191:3, 199:9, 200:24, 207:8, 211:3, 211:7, 215:12, 216:21, 223:7, 225:17, 242:24, 243:9, 243:21

**one's** [1] - 54:1

**one-on-one** [1] - 106:11

**one-room** [1] - 175:16

**ones** [5] - 45:4, 89:23, 126:1, 142:13, 172:12

**ongoing** [1] - 149:12

**open** [12] - 16:14, 18:17, 18:24, 20:12, 64:17, 65:18, 65:25, 66:10, 120:23, 150:16, 204:20, 224:16

**opened** [8] - 63:23, 66:18, 134:19, 176:14, 212:19, 214:17, 232:16, 232:23

**opens** [2] - 65:25, 66:1

operated [1] - 139:20
opinion [3] - 6:10, 107:13, 111:12
opportunities [2] - 13:1, 49:14
opportunity [7] - 57:19, 76:14, 87:6, 104:4, 106:8, 106:11, 211:25
opposite [1] - 144:3
oral [4] - 13:18, 193:7, 193:8, 193:11, 194:21, 194:25, 195:4, 195:6, 197:18, 197:19, 197:20, 199:1
order [11] - 5:14, 32:23, 48:1, 66:18, 120:12, 120:15, 120:22, 184:22, 221:7, 222:2, 223:4
ordered [1] - 221:7
orderly [1] - 6:14
original [1] - 113:17
originally [5] - 164:18, 196:10, 196:11, 212:24, 214:24
orphanage [13] - 10:22, 83:24, 84:1, 84:23, 86:5, 86:6, 86:19, 89:7, 89:8, 104:19, 104:21, 104:22, 234:19
otherwise [1] - 83:19
ourselves [2] - 45:5, 229:1
outer [1] - 97:20
outings [1] - 188:15
outside [20] - 11:17, 19:7, 20:3, 58:19, 59:16, 63:18, 64:2, 78:10, 78:18, 98:11, 119:22, 149:4, 155:20, 202:20, 207:1, 220:12, 223:13, 226:12, 226:14, 234:11
outsiders [1] - 64:15
overall [2] - 87:14, 87:17
overcome [1] - 231:21
overnight [4] - 24:8, 167:15, 167:18, 168:4
overrule [1] - 178:7
overruled [27] - 13:25, 18:20, 19:24, 35:17, 54:4, 57:25, 59:17, 74:5, 74:19, 75:18, 76:10, 77:16,

79:13, 79:20, 98:19, 110:22, 139:2, 153:22, 168:17, 205:15, 208:15, 216:8, 219:22, 230:10, 230:17, 232:1, 233:7
own [16] - 58:7, 71:16, 72:12, 72:13, 75:3, 82:5, 84:24, 159:7, 168:2, 168:3, 171:25, 192:24, 193:1, 195:15, 244:1
owned [1] - 114:15
owner [1] - 82:3

**P**

p-h [1] - 121:5
p.m [11] - 1:6, 94:23, 100:10, 102:24, 147:22, 155:24, 181:18, 182:17, 224:23, 225:16, 242:14
packages [1] - 235:25
PAGE [1] - 3:14
page [5] - 10:19, 11:25, 12:5, 12:13, 15:3
Page [1] - 14:22
Pages [2] - 1:8, 222:3
pages [1] - 12:16
paid [7] - 27:18, 47:12, 48:4, 162:12, 176:21, 211:18, 211:19
painting [2] - 159:7, 184:15
pair [1] - 154:5
pajamas [2] - 134:19, 135:15
Palace [28] - 160:3, 160:4, 161:15, 165:14, 165:16, 165:17, 165:25, 166:14, 167:16, 167:23, 168:5, 175:10, 185:15, 185:16, 185:17, 187:8, 187:10, 188:22, 189:7, 189:8, 189:12, 189:21, 192:4, 192:6, 192:12
Palace/Penge [2] - 185:2, 185:3
Palm [2] - 236:20,

237:12
Pam [2] - 206:14
pants [5] - 28:21, 36:20, 128:18, 143:13
paper [1] - 204:14
paragraph [2] - 10:11, 10:20
pardon [4] - 81:10, 98:18, 99:9, 121:21
pare [1] - 102:2
parents [33] - 10:23, 11:3, 11:5, 11:7, 13:2, 14:7, 14:9, 15:11, 15:19, 15:23, 17:21, 21:17, 21:19, 23:13, 24:5, 25:2, 27:23, 45:18, 48:3, 54:24, 57:5, 57:7, 57:11, 57:17, 77:20, 77:23, 78:5, 104:22, 105:1, 144:23, 159:12, 162:16, 185:10
parents' [1] - 28:1
Park [1] - 192:4
part [13] - 31:25, 41:21, 42:11, 42:16, 42:21, 53:9, 71:13, 79:23, 110:15, 189:14, 199:23, 222:15, 223:3
participate [1] - 229:12
particular [2] - 6:17, 127:17
partner [3] - 200:16, 211:2, 211:5
partners [1] - 211:3
party's [1] - 6:11
past [5] - 10:13, 11:1, 95:14, 97:14, 97:18
pasta [1] - 90:23
pastor [7] - 237:22, 237:23, 238:1, 238:6, 238:8, 238:13, 238:23
pastor's [1] - 238:21
pastors [2] - 235:18, 236:4
Paul [6] - 167:14, 187:23, 187:25, 189:20, 190:21, 191:23
pay [9] - 13:2, 27:25, 48:4, 105:2, 114:21, 164:16, 176:5, 211:16, 211:17
paying [3] - 24:25, 45:16, 45:17
pays [1] - 12:7
penis [57] - 10:15,

11:11, 11:13, 12:3, 29:7, 29:8, 31:20, 31:22, 31:24, 31:25, 32:12, 32:14, 32:17, 32:21, 32:24, 33:4, 33:5, 33:6, 33:8, 33:9, 33:10, 33:11, 33:15, 34:22, 34:25, 35:4, 35:5, 36:23, 37:6, 37:17, 38:7, 40:1, 129:4, 129:6, 129:13, 131:9, 134:22, 135:4, 168:9, 168:10, 168:14, 168:18, 169:10, 169:11, 169:14, 172:11, 172:17, 172:18, 173:1, 173:12, 194:7, 195:7, 195:8, 195:13, 197:24
penises [1] - 11:19
people [30] - 64:1, 64:6, 64:7, 65:3, 66:25, 67:3, 72:18, 73:19, 83:7, 85:23, 96:16, 125:25, 127:12, 142:2, 143:18, 143:20, 143:24, 143:25, 144:1, 159:8, 159:10, 160:10, 162:5, 169:22, 184:16, 189:11, 203:10, 229:11, 233:15, 239:17
perceiving [1] - 149:20
perfect [1] - 212:16
perform [1] - 13:18
performed [6] - 193:8, 193:11, 194:21, 194:25, 195:3, 197:20
performing [1] - 199:1
perhaps [1] - 154:17
period [14] - 49:17, 52:3, 52:10, 56:3, 78:11, 86:3, 114:2, 118:18, 140:25, 150:3, 163:22, 163:25, 165:4, 212:25
permanent [3] - 140:3, 140:5, 141:6
permanently [1] - 48:12
permission [16] - 10:3, 23:13, 24:5, 25:7, 44:5, 47:5, 91:4, 92:16, 149:13, 163:2,

166:4, 188:1, 191:14, 202:4, 207:10
permit [3] - 62:6, 100:13, 242:18
permitted [1] - 155:12
person [10] - 12:10, 114:5, 114:9, 146:7, 164:2, 167:3, 188:8, 189:9, 207:1, 207:17
personal [8] - 8:6, 18:16, 72:11, 72:12, 220:21, 220:23, 220:24, 221:1
personally [6] - 35:21, 41:20, 78:9, 220:5, 236:2, 236:3
persons [2] - 205:9, 206:4
Peter [10] - 3:9, 157:25, 158:5, 158:10, 158:12, 160:11, 167:3, 180:2, 187:23, 191:24
PETER [1] - 158:1
Peterson [6] - 49:24, 50:1, 50:9, 50:13, 50:15, 50:16
Petion [3] - 232:11, 232:12, 232:15
Petion-Ville [3] - 232:11, 232:12, 232:15
Phil [4] - 4:16, 62:21, 101:10, 182:9
PHILIP [1] - 1:23
Phillips [2] - 117:22, 117:23
phone [9] - 115:16, 115:22, 116:6, 177:23, 229:16, 237:6, 237:9, 237:21, 239:1
photo [7] - 173:25, 203:18, 204:6, 204:9, 204:10, 204:19
photograph [24] - 93:17, 94:20, 167:4, 188:8, 191:19, 191:21, 201:12, 201:14, 201:16, 202:12, 202:22, 203:2, 203:3, 203:5, 203:11, 203:16, 204:11, 205:9, 205:10, 206:3, 206:4, 206:18, 207:14, 207:17
photographs [3] - 67:17, 68:16, 204:10

**phrase** [1] - 73:5
**physical** [1] - 13:9
**physically** [1] - 13:5
**pick** [1] - 45:23
**picked** [3] - 32:10, 90:8, 90:10
**picture** [24] - 25:15, 25:16, 26:2, 26:5, 43:4, 43:6, 43:9, 43:15, 43:24, 44:3, 44:10, 44:14, 94:14, 146:6, 147:2, 163:11, 166:13, 166:17, 167:7, 191:25, 204:1, 204:18, 205:4, 205:22
**pictures** [4] - 43:17, 68:8, 126:19, 164:10
**piece** [5] - 22:6, 22:17, 160:15, 161:1, 204:14
**pimp** [1] - 122:6
**pizza** [1] - 34:10
**place** [23] - 13:1, 45:3, 45:4, 60:7, 60:15, 84:21, 84:22, 86:22, 99:6, 113:14, 113:15, 123:13, 142:3, 143:16, 162:23, 165:12, 185:14, 185:17, 187:6, 192:16, 232:11, 233:13, 233:14
**placed** [4] - 39:19, 39:23, 39:25, 128:12
**places** [6] - 130:6, 164:3, 164:5, 201:4, 203:6, 233:16
**Plaintiff** [1] - 1:5
**plan** [2] - 73:21, 113:17
**plane** [2] - 236:1, 236:2
**planning** [3] - 238:19, 239:4, 240:12
**plans** [1] - 212:12
**play** [4] - 56:1, 56:10, 128:15, 213:7
**playing** [5] - 32:9, 35:25, 36:5, 128:14, 128:18
**pleadings** [1] - 149:17
**point** [23] - 5:20, 22:6, 22:17, 44:19, 82:11, 84:6, 86:24, 94:13, 97:2, 99:2, 123:25, 186:5, 197:13, 199:9, 211:13, 218:15,

219:1, 229:7, 229:24, 232:14, 239:7, 239:20, 242:24
**point-blank** [1] - 229:7
**pointed** [1] - 10:12
**pointing** [1] - 73:9
**Police** [5] - 9:19, 14:20, 14:25, 15:4, 15:7
**police** [23] - 16:3, 16:8, 16:11, 18:1, 18:5, 18:9, 53:8, 53:20, 53:21, 76:19, 76:21, 76:23, 77:3, 77:7, 145:24, 146:2, 146:3, 146:5, 147:11, 147:15, 156:11, 156:17
**policemen** [4] - 77:5, 77:8, 77:13
**polite** [1] - 111:19
**poor** [4] - 85:23, 139:10, 159:23
**porch** [1] - 110:7
**Port** [5] - 21:9, 85:4, 232:16, 232:18, 234:11
**Port-au-Prince** [5] - 21:9, 85:4, 232:16, 232:18, 234:11
**position** [3] - 157:12, 157:15, 203:21
**positions** [1] - 31:25
**positive** [1] - 108:6
**possibly** [2] - 97:22, 98:4
**poster** [1] - 6:18
**pot** [1] - 130:10
**poverty** [1] - 113:15
**prayer** [4] - 55:12, 55:14, 107:2, 227:5
**predicate** [1] - 244:17
**preexisted** [1] - 65:13
**prefer** [1] - 223:12
**premises** [1] - 124:23
**prep** [2] - 70:14, 71:21
**prepare** [1] - 102:19
**prepared** [1] - 39:12
**preparing** [1] - 74:7
**prescribed** [1] - 199:9
**presence** [10] - 19:7, 63:18, 102:14, 102:17, 119:22, 149:4, 155:20,

202:20, 220:12, 223:13
**present** [19] - 4:17, 12:12, 40:23, 62:22, 63:11, 71:1, 74:22, 74:25, 75:6, 75:12, 75:23, 101:11, 102:20, 148:3, 173:7, 173:10, 182:10, 200:2, 238:17
**pressure** [7] - 46:6, 53:23, 54:2, 54:7, 54:12, 78:3, 78:4
**pretended** [1] - 135:24
**pretending** [1] - 137:9
**pretty** [1] - 240:5
**prevented** [2] - 58:8, 194:16
**preventing** [1] - 54:14
**previous** [2] - 159:2, 205:14
**previously** [25] - 9:14, 19:10, 25:5, 25:10, 43:3, 43:13, 43:22, 44:8, 44:12, 83:6, 83:11, 91:15, 92:3, 92:17, 92:23, 97:13, 97:17, 120:7, 149:17, 188:2, 191:15, 204:23, 207:11, 216:12, 221:5
**Prince** [5] - 21:9, 85:4, 232:16, 232:18, 234:11
**prince** [2] - 34:4, 34:6
**principal** [1] - 115:16
**problem** [20] - 228:15, 228:23, 229:21, 231:23, 232:5, 234:18, 235:1, 235:2, 236:11, 237:3, 239:3, 240:19, 240:25, 241:10, 241:22, 242:25, 243:11, 243:16, 244:11
**problems** [6] - 138:22, 139:6, 199:5, 199:7, 199:8
**proceed** [9] - 9:5, 63:5, 103:5, 138:4, 156:2, 175:4, 183:7, 217:24, 225:23
**Proceedings** [1] - 244:23
**proceedings** [29] -

8:21, 19:6, 20:12, 62:3, 62:10, 63:2, 63:17, 66:10, 100:10, 100:23, 102:24, 119:21, 120:23, 147:23, 149:3, 150:16, 155:24, 181:19, 181:22, 182:17, 202:19, 204:20, 220:11, 224:16, 224:24, 225:16, 225:20, 242:15, 245:4
**process** [3] - 5:5, 6:14, 240:17
**proffer** [2] - 220:17, 242:21
**proffered** [1] - 222:19
**program** [2] - 57:7, 111:25
**progress** [1] - 57:14
**prohibited** [2] - 6:2, 6:4
**promised** [1] - 36:5
**promoted** [1] - 157:8
**promptly** [2] - 7:16, 7:17
**prong** [1] - 222:18
**propensity** [3] - 137:24, 174:24, 217:7
**properly** [1] - 106:19
**property** [1] - 99:2
**prosecutors** [2] - 100:17, 103:24
**prostitute** [1] - 122:7
**protect** [1] - 64:15
**protecting** [1] - 110:24
**protection** [1] - 63:25
**provide** [4] - 5:8, 6:15, 105:2, 209:18
**provided** [5] - 6:24, 59:1, 107:8, 222:5, 222:8
**providing** [1] - 58:16
**proving** [1] - 148:4
**provisions** [5] - 102:7, 102:9, 102:10, 102:13
**publish** [9] - 10:3, 25:25, 92:16, 163:20, 167:1, 188:1, 191:14, 205:19, 207:10
**pull** [5] - 46:8, 54:11, 126:10, 134:6, 135:18
**pulled** [2] - 128:9, 134:13, 137:8
**pulling** [3] - 53:23,

134:24, 137:6
**punched** [1] - 11:16
**punished** [1] - 157:2
**pupils** [1] - 69:20
**puppies** [2] - 203:12, 206:17
**purpose** [3] - 69:5, 73:24, 196:9
**purposes** [3] - 202:2, 202:8, 203:2
**pursuant** [2] - 204:3, 224:9
**push** [2] - 65:23, 135:10
**pushed** [1] - 135:12
**put** [45] - 10:15, 12:3, 28:20, 29:6, 29:8, 29:10, 31:23, 32:10, 32:13, 32:16, 33:22, 39:21, 39:23, 41:8, 41:11, 44:14, 46:3, 78:3, 78:4, 122:7, 128:17, 129:13, 130:11, 134:22, 134:23, 135:14, 143:10, 154:20, 168:11, 168:13, 168:18, 172:17, 172:18, 173:1, 173:12, 175:22, 175:25, 194:23, 195:7, 195:12, 197:24, 198:9, 204:14
**putting** [6] - 46:6, 53:23, 54:1, 54:6, 79:22, 127:17

### Q

**quality** [1] - 106:14
**queer** [1] - 132:10
**questioning** [5] - 65:16, 66:1, 66:3, 110:21, 244:18
**questions** [14] - 14:14, 17:16, 19:2, 73:13, 80:18, 103:15, 148:16, 157:18, 179:22, 180:24, 215:14, 216:23, 223:15, 223:19
**quiet** [1] - 136:4
**quite** [7] - 134:12, 153:16, 191:6, 191:7, 192:8, 193:25, 198:13

### R

**raise** [4] - 4:23,

52:11, 220:5, 220:22
**raised** [1] - 220:21
**ran** [2] - 95:21, 233:1
**range** [4] - 23:20, 85:18, 87:2, 89:17
**rash** [2] - 129:18, 129:24
**RDR** [2] - 2:1, 245:7
**react** [1] - 42:14
**read** [10] - 10:11, 10:20, 59:14, 59:19, 59:22, 61:18, 100:1, 181:10, 222:12, 242:5
**reading** [1] - 139:8
**ready** [5] - 46:3, 56:11, 132:6, 154:13
**real** [3] - 36:10, 39:2, 90:25
**really** [15] - 6:23, 26:3, 27:8, 47:1, 78:8, 104:21, 134:8, 146:24, 159:13, 187:14, 187:25, 189:2, 210:19, 211:24, 216:20
**reaping** [1] - 78:2
**reason** [12] - 12:24, 24:24, 40:24, 47:7, 50:6, 64:2, 64:24, 65:21, 66:24, 76:11, 211:21
**reasonable** [1] - 148:5
**reasons** [4] - 5:12, 66:6, 74:8, 77:25
**receive** [1] - 177:23
**RECEIVED** [1] - 3:14
**received** [3] - 5:5, 5:6, 48:1
**recess** [8] - 61:25, 62:8, 62:9, 100:20, 100:22, 181:20, 181:21, 244:22
**recognize** [17] - 9:16, 25:12, 25:14, 92:14, 92:25, 163:7, 163:9, 166:9, 166:11, 188:8, 191:19, 202:9, 202:11, 204:23, 204:25, 205:3, 207:17
**recollection** [2] - 150:7, 150:8
**reconsider** [1] - 239:5
**record** [26] - 4:8, 22:9, 22:20, 62:14, 81:5, 82:14, 94:20, 98:8, 101:3, 121:3, 124:3, 158:3, 160:18, 161:3, 182:1, 186:8,

202:1, 203:8, 208:10, 217:22, 218:18, 219:4, 222:4, 222:7, 225:1, 225:4
**record's** [1] - 6:5
**recorded** [2] - 150:8
**recross** [4] - 14:15, 17:14, 17:21, 18:1
**RECROSS** [1] - 14:17
**RECROSS-EXAMINATION** [1] - 14:17
**recruited** [1] - 49:20
**Red** [1] - 3:3
**redact** [2] - 202:24, 204:12
**REDIRECT** [5] - 9:10, 17:19, 73:16, 179:25, 215:17
**redirect** [6] - 17:18, 73:15, 119:2, 157:20, 179:24, 215:16
**refer** [2] - 142:4, 148:9
**reference** [1] - 148:7
**referencing** [1] - 116:17
**referred** [1] - 19:10
**referring** [14] - 13:8, 23:15, 36:7, 39:16, 41:9, 77:11, 84:22, 90:11, 201:14, 201:16, 232:3, 235:1, 235:2, 240:1
**reflect** [18] - 22:9, 22:11, 22:20, 22:22, 82:14, 82:16, 124:3, 124:5, 160:18, 160:20, 161:3, 161:5, 186:9, 186:11, 218:18, 218:20, 219:4, 219:6
**reflected** [1] - 19:15
**refresh** [1] - 146:22
**refuse** [1] - 40:8
**refused** [7] - 11:10, 11:13, 34:24, 40:11, 40:16, 41:8, 44:25
**refusing** [1] - 40:25
**regarding** [6] - 4:25, 149:8, 150:22, 204:6, 215:10, 225:5, 225:8, 238:2
**Reginald** [4] - 4:17, 62:23, 101:12, 182:11
**regret** [1] - 230:13
**regular** [5] - 194:23, 194:24, 198:2
**regularly** [3] - 191:6,

191:7, 192:8
**relate** [1] - 120:13
**related** [1] - 114:9
**relates** [1] - 203:9
**relation** [3] - 171:16, 197:7, 197:8
**relations** [3] - 227:18, 238:4, 240:2
**relationship** [2] - 226:6, 244:17
**relax** [1] - 233:14
**relaxed** [1] - 87:24
**release** [1] - 8:12
**released** [6] - 7:21, 7:22, 80:19, 80:20, 181:2, 181:3
**relevance** [19] - 59:23, 63:13, 76:9, 109:13, 110:20, 115:1, 118:4, 138:24, 177:25, 202:17, 203:3, 204:1, 204:4, 208:14, 220:9, 221:3, 240:21, 241:16, 241:23
**relevant** [15] - 66:4, 137:23, 174:23, 203:5, 203:13, 203:15, 203:23, 217:6, 221:4, 221:9, 222:23, 243:18, 243:23, 243:25, 244:4
**religious** [1] - 222:13
**reluctant** [1] - 127:19
**remain** [1] - 5:3
**remained** [8] - 12:24, 16:14, 16:20, 18:17, 18:23, 42:5, 95:7, 96:15
**remember** [83] - 26:12, 26:15, 38:18, 38:19, 49:22, 50:1, 50:3, 50:15, 50:16, 50:17, 51:22, 51:25, 52:4, 60:7, 60:19, 60:22, 67:19, 68:5, 68:7, 69:8, 69:10, 69:12, 69:19, 69:22, 69:23, 71:11, 71:12, 71:13, 71:14, 78:21, 83:21, 84:8, 90:23, 109:12, 112:13, 117:21, 129:12, 132:12, 134:8, 135:1, 146:7, 146:9, 146:10, 161:24, 162:3, 163:24, 165:1, 165:3, 166:1, 167:20, 167:24, 167:25, 168:1, 170:10,

170:20, 170:23, 171:6, 171:13, 172:3, 172:4, 172:9, 172:12, 173:3, 173:5, 173:9, 188:21, 190:23, 192:13, 195:5, 195:20, 196:6, 210:7, 211:17, 211:18, 211:20, 214:2, 227:21, 231:15
**remind** [2] - 13:21, 225:25
**remote** [1] - 15:21
**renew** [2] - 120:8, 205:14
**rent** [1] - 176:5
**rented** [1] - 232:13
**renting** [1] - 65:14
**repeat** [13] - 31:9, 39:4, 41:17, 45:11, 49:7, 52:6, 71:24, 117:11, 139:4, 139:5, 153:8, 227:24, 230:25
**rephrase** [7] - 37:22, 66:12, 73:5, 74:16, 75:8, 75:21, 151:23
**Rephrase** [7] - 13:12, 29:20, 116:19, 117:6, 136:16, 199:25, 216:1
**report** [16] - 16:3, 53:7, 53:16, 54:7, 60:24, 61:2, 61:10, 61:22, 99:7, 99:10, 99:15, 100:5, 115:22, 116:15, 181:14, 242:9
**REPORTED** [1] - 2:1
**reported** [8] - 53:10, 53:22, 72:15, 72:22, 73:6, 76:18, 99:11, 99:13
**reporter** [4] - 83:20, 170:3, 183:5, 218:7
**Reporter** [2] - 2:1, 245:8
**REPORTER** [5] - 20:19, 81:4, 121:1, 158:2, 217:21
**reports** [2] - 78:21, 149:10
**represent** [1] - 25:16
**represented** [1] - 117:23
**requests** [1] - 40:8
**require** [1] - 79:25
**required** [4] - 12:11, 55:22, 148:3, 148:10
**requires** [1] - 7:10
**rescinded** [1] - 102:11

**reserve** [1] - 227:11
**reside** [4] - 11:3, 11:7, 15:20, 66:25
**resided** [5] - 10:13, 11:1, 13:1, 60:7, 64:1
**residence** [4] - 82:5, 125:1, 140:4, 140:5
**resident** [1] - 82:3
**residents** [1] - 118:22
**resides** [1] - 11:8
**residing** [1] - 10:24
**resigned** [2] - 13:4, 13:17
**resort** [1] - 113:14
**respect** [4] - 8:1, 149:15, 155:14, 229:15
**responding** [1] - 146:9
**response** [6] - 138:25, 153:25, 224:2, 235:4, 243:21, 243:22
**responses** [1] - 64:16
**responsibilities** [1] - 55:24
**responsibility** [3] - 55:4, 76:8, 76:12
**responsible** [5] - 11:23, 50:24, 51:17, 51:20, 52:20
**rest** [3] - 195:24, 225:18, 233:14
**result** [1] - 208:22
**retired** [2] - 94:22, 226:21
**retreat** [7] - 171:5, 171:15, 171:20, 172:23, 172:24, 173:7, 226:21
**returned** [4] - 32:7, 95:22, 99:18, 136:1
**review** [1] - 146:12
**reviews** [1] - 108:1
**rice** [1] - 106:20
**Road** [36] - 81:16, 123:7, 123:8, 123:13, 124:22, 125:2, 125:13, 125:15, 125:19, 129:10, 131:15, 131:18, 131:24, 139:18, 139:20, 140:3, 140:7, 140:12, 140:24, 141:4, 141:18, 144:3, 150:10, 150:21, 151:11, 153:7, 185:16, 185:17,

188:22, 189:7, 189:8, 189:12, 189:21, 192:4

**road** [4] - 123:9, 140:9, 175:18, 188:23

**Rob** [2] - 136:1, 136:20

**robbing** [1] - 151:19

**Robert** [4] - 123:1, 136:6, 136:7

**rock** [1] - 110:9

**rocks** [1] - 65:3

**role** [1] - 133:13

**roof** [1] - 152:6

**room** [67] - 28:16, 28:19, 31:23, 32:9, 32:10, 32:22, 33:1, 33:2, 35:11, 36:3, 36:4, 36:7, 36:14, 39:14, 50:23, 51:19, 56:8, 61:25, 84:23, 85:11, 93:3, 93:4, 93:25, 94:2, 97:14, 97:15, 97:18, 100:8, 110:11, 125:22, 125:24, 127:2, 127:3, 127:16, 127:18, 128:2, 128:4, 129:2, 135:18, 142:20, 143:2, 143:5, 143:10, 147:19, 160:9, 167:25, 169:22, 169:23, 170:7, 170:11, 175:16, 181:17, 185:21, 189:15, 189:16, 189:19, 197:4, 198:6, 198:8, 198:10, 198:12, 199:13, 224:19, 225:18

**rooming** [3] - 82:6, 114:16, 114:17

**rooms** [1] - 125:23

**Roro** [14] - 35:25, 36:9, 36:13, 36:22, 37:5, 37:7, 37:12, 37:24, 38:1, 38:2, 38:17, 38:20, 38:21

**Roro's** [6] - 36:10, 36:23, 37:5, 37:8, 37:17, 38:7

**roughly** [4] - 122:19, 134:11, 135:11, 142:9

**round** [1] - 128:3

**routine** [7] - 6:18, 48:25, 55:5, 56:21, 57:2, 197:16, 197:17

**rub** [4] - 79:17, 80:9, 80:15, 128:15

**rubbing** [2] - 79:21, 79:22

**rule** [3] - 102:8, 102:11, 102:13

**Rule** [1] - 120:9

**ruled** [3] - 109:19, 155:19, 178:4

**rules** [1] - 6:15

**Rules** [1] - 120:14

**ruling** [4] - 151:5, 155:15, 155:21, 223:5

**rulings** [4] - 120:21, 149:6, 149:14, 149:15

**run** [11] - 114:3, 114:14, 126:14, 132:1, 132:2, 132:7, 140:11, 160:6, 175:24, 189:9, 189:13

**run-down** [1] - 189:9

**running** [1] - 111:25

## S

**S-a-i-w-o-o-d** [1] - 152:23

**S-c-h-l-e-n-d-e-r** [1] - 20:22

**Saiwood** [12] - 140:13, 151:13, 152:21, 152:22, 152:23, 152:24, 153:1, 153:10, 153:15, 154:7, 154:8, 154:9

**Santo** [25] - 23:8, 23:10, 26:20, 26:21, 26:23, 26:25, 27:8, 31:16, 34:13, 34:17, 34:19, 42:10, 66:21, 77:11, 77:12, 77:14, 85:3, 85:22, 86:22, 88:25, 89:1, 89:22, 89:25, 96:12

**sat** [6] - 124:2, 128:6, 128:9, 128:10, 128:21, 239:16

**satisfy** [1] - 240:6

**Saturday** [2] - 57:2, 57:4

**Saturdays** [1] - 59:5

**saw** [19] - 50:2, 50:3, 57:10, 72:5, 87:19, 94:25, 95:23, 96:4, 96:23, 98:14, 98:25, 99:13, 107:17, 148:17, 155:2, 234:7, 235:24, 236:10, 236:17

**scabies** [1] - 129:18

**scared** [7] - 46:6, 46:7, 46:9, 46:13,

132:15, 135:1

**scarf** [1] - 154:4

**scene** [1] - 200:20

**schedule** [2] - 69:17, 70:1

**scheduling** [1] - 100:16

**SCHLENDER** [1] - 20:18

**Schlender** [39] - 3:6, 20:17, 20:21, 21:2, 21:4, 21:6, 21:17, 22:2, 22:13, 22:24, 25:10, 26:2, 26:7, 28:23, 29:25, 38:16, 40:21, 41:15, 43:2, 43:4, 43:9, 43:13, 43:15, 43:19, 43:22, 44:8, 44:12, 44:17, 73:18, 74:10, 74:21, 75:11, 76:2, 76:7, 76:17, 77:3, 77:19, 78:18, 79:7

**Schneider** [2] - 27:12, 43:10

**School** [1] - 214:25

**school** [33] - 24:25, 27:18, 27:24, 45:17, 47:11, 47:12, 47:25, 48:1, 55:8, 55:17, 56:23, 57:3, 57:15, 58:17, 87:12, 96:22, 104:19, 115:17, 115:19, 139:7, 140:23, 174:7, 178:17, 196:10, 196:16, 211:24, 212:9, 212:10, 212:11, 213:3, 215:3

**Schweppes** [3] - 151:1, 151:19, 151:20

**scissors** [4] - 200:17, 204:17, 210:6, 210:24

**scope** [4] - 58:19, 59:16, 77:15, 79:12

**scratch** [4] - 80:6, 80:11, 80:12

**scratching** [1] - 79:22

**scream** [2] - 95:16, 96:24

**screaming** [1] - 115:9

**screen** [5] - 43:6, 92:20, 94:16, 206:9, 207:15

**scriptures** [1] - 59:21

**seaside** [7] - 164:8,

171:4, 171:7, 171:12, 172:10, 176:23

**seated** [18] - 4:1, 8:24, 20:19, 62:4, 63:3, 81:4, 100:11, 101:17, 103:4, 121:2, 147:24, 155:25, 158:2, 182:18, 217:21, 224:25, 225:21, 242:16

**second** [33] - 8:8, 10:19, 10:20, 38:22, 38:25, 39:1, 55:19, 89:7, 108:18, 109:8, 109:16, 109:24, 110:4, 111:6, 111:8, 111:9, 112:4, 112:14, 112:15, 112:20, 123:5, 124:13, 124:14, 124:17, 124:22, 125:14, 125:20, 126:13, 157:14, 162:2, 176:13, 222:19, 243:9

**security** [1] - 242:11

**Security** [2] - 117:25, 182:6

**SECURITY** [6] - 8:15, 91:10, 101:15, 101:19, 102:20, 225:17

**see** [65] - 14:7, 43:25, 57:4, 57:7, 57:9, 57:19, 61:18, 77:8, 77:13, 82:9, 94:4, 94:10, 95:5, 95:12, 95:15, 95:17, 96:7, 96:9, 96:20, 97:2, 97:5, 97:9, 100:1, 101:13, 101:17, 116:16, 117:2, 123:23, 126:3, 126:5, 132:6, 135:17, 140:8, 174:3, 174:14, 177:18, 181:10, 185:25, 186:2, 186:7, 199:15, 199:18, 201:1, 208:6, 218:13, 226:10, 226:12, 226:14, 231:11, 231:13, 232:8, 233:22, 236:2, 236:3, 236:14, 238:6, 238:8, 240:24, 241:6, 241:9, 242:5, 242:12, 243:25, 244:7

**seeing** [1] - 115:8

**seeking** [3] - 4:25, 5:13, 244:2

**seem** [1] - 19:15

**seized** [1] - 68:16

**self** [1] - 82:1

**self-employed** [1] - 82:1

**send** [4] - 57:4, 105:1, 140:8, 223:16

**sending** [2] - 235:19, 239:4

**senior** [2] - 17:9, 215:3

**sense** [2] - 129:1, 211:5

**sent** [2] - 96:21, 141:5

**separate** [1] - 125:23

**separated** [2] - 51:7, 209:8

**September** [5] - 69:19, 69:23, 70:11, 116:16, 116:22

**serve** [1] - 20:3

**served** [1] - 20:2

**serves** [1] - 91:10

**service** [6] - 5:5, 20:6, 20:8, 55:12, 55:14, 104:14

**services** [1] - 107:2

**Sesifi** [1] - 11:6

**set** [1] - 188:23

**setup** [2] - 66:21, 228:24

**seven** [2] - 10:13, 11:1

**several** [14] - 12:2, 12:25, 34:12, 34:20, 34:21, 35:5, 48:15, 51:23, 52:15, 69:14, 96:10, 221:12, 228:20

**sex** [13] - 13:18, 193:7, 193:8, 193:11, 194:21, 194:25, 195:4, 195:6, 197:18, 197:19, 197:20, 199:1

**sexual** [61] - 28:10, 30:4, 30:5, 31:17, 31:19, 32:3, 35:7, 35:10, 36:2, 38:8, 38:9, 38:23, 40:9, 40:12, 40:25, 41:4, 41:7, 41:16, 41:19, 41:23, 42:13, 42:18, 75:5, 75:13, 75:19, 75:24, 76:18, 77:3, 77:21, 77:24, 126:24, 131:18, 150:12, 168:6, 172:14, 179:4, 193:2, 197:14, 198:14, 198:17, 198:21, 216:15, 216:17, 221:9,

221:13, 223:9,
223:25, 225:6, 225:8,
225:10, 227:18,
228:12, 228:23,
232:5, 235:2, 236:11,
238:3, 240:2, 240:19,
242:25, 243:21
  **sexually** [3] - 35:13,
35:22, 65:23
  **shake** [1] - 40:18
  **share** [2] - 189:16,
189:19
  **shared** [5] - 39:13,
135:20, 168:1,
185:17, 185:20
  **sharing** [2] - 134:7,
136:10
  **shelter** [1] - 105:2
  **shirt** [9] - 22:8,
22:19, 82:13, 124:2,
160:17, 161:2, 186:7,
218:17, 219:3
  **shirts** [2] - 201:13,
201:18
  **shitted** [1] - 135:9
  **shoes** [2] - 27:21,
48:1
  **shook** [1] - 132:15
  **shoot** [4] - 46:7,
54:11, 54:12, 78:8
  **shooting** [5] - 64:10,
66:6, 110:16, 110:17
  **shootout** [1] - 110:1
  **short** [3] - 109:6,
140:25, 141:1
  **shorts** [1] - 206:6
  **shot** [2] - 78:7,
110:14
  **show** [4] - 25:4, 43:2,
164:14, 213:8
  **showed** [2] - 146:6,
201:12
  **shower** [2] - 56:11,
56:23
  **showered** [1] - 55:8
  **showering** [1] -
67:18
  **showers** [1] - 68:9
  **showing** [15] - 25:10,
43:13, 43:22, 44:8,
44:12, 92:23, 93:7,
93:12, 93:15, 93:23,
94:7, 163:5, 166:7,
201:24, 202:1
  **shown** [4] - 147:1,
162:25, 166:2, 204:23
  **Shuh** [12] - 179:14,
196:23, 203:20,
205:5, 205:23,
205:24, 206:1,

206:12, 206:15
  **SHUH** [1] - 179:15
  **Shuh's** [1] - 198:10
  **Shuhs** [7] - 198:6,
203:7, 212:20,
213:20, 214:17,
215:4, 215:9
  **Shuhs'** [3] - 197:3,
197:13, 198:4
  **shut** [3] - 110:10,
135:20, 137:9
  **sick** [2] - 58:22,
96:16
  **side** [17] - 6:10, 19:7,
19:9, 63:18, 75:16,
93:16, 119:22, 126:6,
128:8, 149:1, 149:4,
167:7, 173:3, 202:20,
216:15, 220:12
  **side-bar** [9] - 19:7,
19:9, 63:18, 75:16,
119:22, 149:1, 149:4,
202:20, 220:12
  **sighing** [1] - 30:4
  **sign** [2] - 10:1, 44:10
  **signature** [7] - 12:14,
12:15, 12:16, 14:22,
14:24, 15:3, 15:8
  **signed** [2] - 12:11,
145:8
  **silly** [1] - 152:9
  **similar** [3] - 137:20,
174:20, 217:4
  **simple** [1] - 154:18
  **sister** [13] - 114:12,
159:18, 174:4, 174:6,
174:12, 174:14,
175:13, 179:15,
184:20, 184:24,
185:20, 212:19,
214:16
  **sister's** [1] - 196:22
  **sisters** [10] - 11:7,
21:21, 21:23, 21:24,
21:25, 159:17,
184:17, 184:19,
185:11, 189:17
  **sit** [10] - 40:13,
42:22, 67:6, 128:7,
128:8, 128:9, 143:2,
143:6, 190:11
  **sitting** [12] - 37:12,
45:22, 110:7, 110:9,
128:3, 128:6, 167:6,
167:11, 167:13,
191:23, 219:3
  **situation** [5] -
140:15, 200:7,
200:10, 200:19,
200:24

  **situations** [2] -
200:4, 235:15
  **six** [3] - 81:22, 141:4,
160:10
  **sizes** [1] - 125:16
  **skin** [1] - 130:1
  **Skinner** [1] - 238:22
  **slapped** [2] - 11:16,
40:24
  **slave** [1] - 56:15
  **sleep** [11] - 86:3,
90:16, 125:15,
125:19, 167:23,
185:22, 192:9,
192:11, 197:3, 197:7,
198:4
  **sleeping** [3] - 95:9,
137:9, 197:14
  **slept** [7] - 86:5,
90:18, 125:16, 197:4,
207:9, 211:7, 211:11
  **slightly** [2] - 154:17,
196:7
  **slot** [1] - 14:11
  **sloughed** [2] - 230:2,
230:8
  **small** [2] - 85:23,
93:24, 160:9
  **smashed** [2] -
132:11, 157:3
  **sneaky** [1] - 169:22
  **sniffed** [1] - 152:19
  **sniffing** [6] - 150:11,
151:11, 152:21,
153:10, 154:1, 154:8
  **snow** [2] - 103:11,
103:12
  **so-called** [5] - 16:9,
53:7, 54:25, 57:23,
61:10
  **so...** [2] - 195:15,
226:9
  **sober** [1] - 199:13
  **soccer** [3] - 142:17,
142:18, 213:12
  **socks** [1] - 154:5
  **someone** [17] - 9:24,
18:3, 50:23, 52:19,
79:9, 102:12, 110:9,
113:23, 114:2,
123:24, 124:14,
130:14, 147:6,
180:17, 243:25
  **sometimes** [28] -
12:7, 12:8, 27:19,
28:6, 28:7, 34:10,
41:5, 47:20, 47:24,
48:3, 57:4, 57:9, 80:6,
89:6, 90:1, 107:23,
125:21, 170:9, 190:4,

192:16, 193:23,
199:12, 201:4,
201:10, 226:11
  **somewhere** [3] -
141:5, 153:15, 226:2
  **son** [1] - 198:10
  **soon** [1] - 238:12
  **sorry** [79] - 11:12,
17:3, 39:3, 44:1,
51:11, 51:13, 52:25,
68:19, 73:9, 81:24,
82:4, 85:20, 86:8,
89:5, 91:23, 105:19,
109:20, 119:16,
121:17, 122:16,
124:16, 126:20,
127:21, 131:19,
131:23, 133:2, 135:3,
141:15, 148:8, 150:4,
156:7, 156:8, 156:18,
158:20, 158:22,
159:9, 159:15,
162:21, 164:11,
164:24, 165:15,
170:5, 178:6, 180:7,
180:23, 186:1,
186:18, 187:9,
187:23, 190:1, 190:5,
190:15, 192:10,
193:6, 194:18,
198:20, 201:15,
201:20, 205:7, 206:8,
206:16, 209:10,
210:10, 210:21,
214:4, 214:8, 214:9,
214:21, 220:15,
221:19, 222:6, 231:3,
233:4, 233:12,
237:17, 241:2, 241:7,
243:6
  **sort** [1] - 130:1
  **sought** [1] - 6:1
  **sounds** [2] - 95:8,
117:18
  **soup** [1] - 39:12
  **South** [3] - 1:24,
185:2, 186:21
  **SOUTHERN** [1] - 1:1
  **Southwest** [1] - 1:21
  **space** [1] - 143:3
  **spaniel** [1] - 203:10
  **speaking** [2] -
104:10, 164:22
  **speaks** [1] - 164:21
  **special** [4] - 32:5,
70:25, 72:3, 129:20
  **Special** [6] - 4:12,
62:18, 62:19, 68:2,
101:7, 182:5
  **specific** [1] - 172:12

  **specifically** [4] -
12:22, 149:6, 221:7,
238:1
  **specifics** [1] - 220:7
  **speculation** [14] -
16:5, 58:9, 58:13,
68:20, 105:3, 105:8,
106:23, 141:8,
144:18, 157:5, 157:9,
177:8, 230:4, 230:16
  **spell** [2] - 121:3,
158:3, 182:24
  **spelling** [1] - 20:20
  **spend** [10] - 14:11,
17:24, 23:12, 90:7,
106:8, 112:9, 112:21,
130:25, 198:24,
200:10
  **spending** [1] - 200:8
  **spent** [3] - 24:15,
106:14
  **split** [3] - 41:25,
42:2, 42:4
  **spoken** [1] - 191:13
  **spray** [1] - 154:4
  **spring** [2] - 43:11,
82:24
  **spunked** [2] -
134:25, 135:5
  **St** [4] - 122:1, 122:5,
122:9, 122:17
  **stacking** [1] - 152:3
  **staff** [6] - 61:23,
100:6, 124:12,
124:13, 181:15,
242:10
  **stairs** [1] - 126:10
  **stairway** [2] -
110:13, 110:14
  **stairwell** [1] - 111:1
  **Stamford** [3] -
183:21, 183:22,
183:24
  **stand** [9] - 5:25, 6:3,
7:8, 7:12, 130:24,
147:8, 154:19, 155:5,
217:12
  **standing** [6] - 37:1,
94:3, 120:10, 120:18,
155:17, 167:3,
191:23, 209:11
  **stands** [1] - 151:5
  **staple** [2] - 106:21,
106:24
  **Star** [81] - 24:21,
24:22, 25:17, 26:16,
26:17, 26:20, 26:22,
26:25, 27:2, 27:6,
27:10, 27:11, 27:16,
28:2, 28:8, 28:24,

23

28:25, 34:13, 42:11, 43:11, 43:19, 44:17, 44:18, 46:5, 47:18, 48:7, 48:10, 49:12, 49:25, 50:14, 51:1, 52:5, 54:20, 55:2, 58:17, 61:11, 66:16, 66:19, 66:25, 68:17, 69:3, 69:20, 70:13, 71:16, 71:23, 72:10, 72:17, 74:14, 74:23, 75:2, 84:2, 84:4, 84:16, 84:20, 84:25, 85:6, 85:19, 85:21, 85:25, 86:10, 86:17, 86:21, 87:6, 87:14, 87:17, 89:10, 105:1, 105:7, 105:13, 106:3, 106:9, 107:16, 108:1, 108:7, 109:11, 110:1, 110:24, 111:7, 111:10, 111:12, 118:22

**staring** [2] - 128:3, 128:11

**started** [18] - 11:10, 24:4, 24:6, 32:11, 45:19, 127:13, 128:15, 128:17, 128:25, 134:24, 135:16, 137:12, 150:11, 154:1, 154:7, 154:8, 191:8, 196:16

**starting** [2] - 10:11, 10:20

**state** [10] - 4:7, 20:20, 62:13, 81:5, 101:2, 121:3, 158:3, 181:25, 182:24, 217:22

**statement** [35] - 9:24, 10:7, 10:20, 12:6, 12:11, 14:19, 15:6, 15:8, 15:11, 16:10, 18:2, 79:4, 137:3, 138:15, 140:17, 140:20, 146:4, 146:13, 146:19, 146:25, 147:9, 147:10, 147:14, 150:1, 150:8, 150:9, 157:2, 177:19, 178:12, 178:20, 209:9, 209:19, 211:23, 224:10, 227:14

**statements** [8] - 149:8, 150:2, 150:5, 156:4, 156:11, 156:17, 156:19,

156:25

**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**States** [75] - 4:4, 4:11, 20:17, 46:14, 51:2, 51:18, 52:11, 52:14, 52:23, 53:18, 62:11, 62:17, 71:1, 72:15, 72:24, 73:7, 73:19, 73:24, 75:1, 75:5, 75:12, 75:24, 76:2, 99:20, 100:24, 101:6, 113:24, 116:8, 142:16, 148:2, 148:4, 157:25, 173:18, 174:2, 174:9, 174:13, 174:15, 174:17, 176:2, 178:15, 178:17, 179:14, 181:23, 182:4, 182:13, 182:20, 196:1, 196:9, 196:20, 198:25, 203:6, 203:24, 205:25, 206:22, 208:20, 211:14, 211:16, 211:22, 212:16, 212:18, 213:13, 213:17, 213:20, 213:25, 214:1, 214:11, 214:19, 214:23, 215:20, 215:22, 216:3, 216:5, 235:19, 235:21, 245:8

**stateside** [1] - 99:11

**station** [4] - 16:11, 146:4, 147:11, 147:15

**stay** [36] - 5:8, 7:9, 10:23, 12:23, 14:9, 17:5, 17:7, 23:12, 24:1, 24:8, 26:17, 29:13, 42:9, 48:12, 52:5, 52:15, 84:20, 85:25, 86:15, 86:18, 88:24, 90:13, 112:11, 112:16, 123:2, 127:10, 167:18, 174:11, 179:14, 192:16, 197:1, 212:24, 215:4, 232:12, 233:15, 235:14

**stayed** [29] - 17:4, 89:22, 94:8, 94:9, 94:10, 106:3, 109:1, 112:7, 112:10, 112:20, 114:2, 122:1, 124:25, 139:13, 167:15, 167:22, 168:4, 174:5, 174:6,

196:16, 196:22, 196:24, 197:2, 203:7, 213:20, 214:24, 215:2

**staying** [5] - 21:11, 21:12, 127:13, 200:13, 212:25

**steal** [3] - 64:8, 65:7, 65:20

**steering** [2] - 144:9, 144:11

**step** [9] - 20:14, 80:20, 119:4, 147:18, 157:22, 181:1, 217:12, 224:19, 242:17

**Stephen** [9] - 3:8, 119:12, 121:5, 121:8, 121:10, 124:7, 127:21, 132:18, 137:10

**STEPHEN** [1] - 120:25

**steps** [2] - 19:4, 240:18

**sticks** [2] - 216:18, 216:21

**still** [32] - 4:21, 9:3, 41:1, 42:11, 45:16, 63:4, 66:4, 101:16, 102:25, 111:6, 111:9, 111:12, 121:23, 127:17, 133:21, 134:23, 145:7, 156:1, 162:23, 175:20, 202:17, 225:22, 228:15, 229:7, 229:21, 231:23, 234:18, 234:25, 237:2, 238:10, 240:6, 240:10

**Stoke** [1] - 183:21

**stomach** [1] - 131:5

**stop** [11] - 13:7, 33:17, 41:20, 42:19, 61:22, 86:7, 100:5, 181:14, 194:17, 194:19, 242:9

**stopped** [3] - 33:20, 33:21, 127:12

**story** [6] - 69:15, 70:2, 72:12, 85:9, 203:4, 239:11

**straight** [1] - 126:11

**strained** [2] - 194:14, 194:19

**street** [1] - 85:24

**Street** [2] - 1:15, 86:22

**stretch** [1] - 198:12

**stricken** [1] - 98:8

**strike** [8] - 74:10, 79:1, 79:3, 98:3, 136:25, 137:2, 163:22, 178:22

**stroke** [1] - 196:8

**struck** [2] - 104:16, 105:12

**structure** [1] - 85:7

**struggle** [2] - 227:10, 239:10

**struggling** [1] - 229:8

**Stu** [2] - 4:16, 62:21

**STUART** [1] - 1:20

**Stuart** [2] - 101:10, 182:9

**stucco** [1] - 85:8

**stuck** [3] - 152:8, 152:16, 216:18

**studied** [1] - 219:15

**studies** [2] - 87:13, 219:14

**study** [20] - 113:21, 219:11, 219:13, 219:16, 220:3, 220:5, 220:8, 220:21, 221:2, 221:12, 226:3, 226:8, 226:10, 226:12, 226:14, 227:2, 227:23, 228:1, 228:24, 228:25

**stuff** [2] - 175:22, 236:1

**stupid** [1] - 154:5

**subject** [1] - 149:12

**submit** [1] - 40:8

**subpoena** [3] - 7:11, 20:1, 20:3

**subpoenaed** [3] - 6:23, 6:24, 8:12

**subpoenas** [1] - 5:6

**subsidized** [2] - 160:7, 176:4

**suck** [12] - 11:11, 11:13, 31:20, 31:22, 31:25, 32:12, 32:21, 32:24, 34:22, 34:25, 35:3, 35:4

**sucked** [1] - 35:5

**sucking** [13] - 31:24, 32:12, 33:4, 33:5, 33:6, 33:8, 33:10, 33:11, 33:14, 36:23, 37:5, 37:17, 38:7

**sucks** [1] - 11:19

**sucre** [1] - 71:9

**sugar** [2] - 70:20, 71:10

**suggest** [1] - 64:14

**Suite** [3] - 1:18, 1:22,

1:24

**sum** [1] - 59:8

**summer** [7] - 196:4, 196:10, 196:20, 211:24, 213:21, 215:1, 215:2

**Sunday** [4] - 39:12, 57:2, 57:4, 59:14

**superintendent** [1] - 133:15

**superior** [1] - 156:21

**supermarket** [3] - 31:4, 32:4, 32:7

**supervisor** [1] - 157:12

**supper** [1] - 56:12

**supplies** [1] - 67:3

**suppose** [10] - 130:5, 142:9, 146:10, 147:2, 147:3, 147:4, 152:7, 156:24, 187:5, 196:12

**supposed** [2] - 56:12, 57:1

**supposedly** [1] - 86:6

**surrounding** [2] - 65:22, 206:24

**sustain** [3] - 178:4, 244:13, 244:18

**sustained** [43] - 16:6, 18:7, 18:14, 19:1, 37:21, 46:12, 50:11, 58:10, 58:14, 58:20, 59:24, 63:14, 68:21, 76:5, 76:25, 78:16, 78:25, 84:11, 97:11, 98:5, 105:5, 105:10, 106:25, 109:21, 115:2, 118:5, 118:14, 133:4, 136:24, 141:11, 144:21, 157:6, 157:10, 177:11, 178:1, 180:22, 212:7, 234:4, 235:11, 236:6, 240:22, 241:12, 241:19

**Sustained** [7] - 13:11, 29:19, 116:18, 117:5, 136:15, 199:24, 215:25

**swimming** [2] - 126:16, 126:19

**SWORN** [6] - 20:18, 81:3, 120:25, 158:1, 182:22, 217:20

## T

**T-shirts** [2] - 201:13, 201:18

**Tabarre** [25] - 27:1, 27:4, 27:7, 27:9, 35:7, 41:24, 42:5, 42:6, 44:25, 45:1, 45:2, 45:10, 45:13, 45:14, 66:21, 89:7, 89:8, 89:13, 89:14, 89:18, 90:2, 90:14, 90:18, 93:3, 96:11

**table** [10] - 4:12, 45:22, 45:23, 46:1, 62:18, 62:23, 101:7, 182:5, 182:11

**tacit** [1] - 244:10

**talks** [1] - 203:11

**tape** [1] - 204:15

**target** [1] - 41:2

**taught** [3] - 114:5, 114:9, 114:14

**teaching** [1] - 87:12

**team** [12] - 50:19, 50:22, 50:23, 51:5, 51:14, 51:15, 52:17, 52:21, 55:4, 83:12, 213:6, 213:7

**teenager** [3] - 150:11, 159:21, 159:25

**teens** [1] - 234:23

**television** [4] - 127:3, 127:5, 127:11, 128:3

**televisions** [1] - 127:3

**telly** [4] - 127:16, 127:19, 128:19, 128:24

**ten** [9] - 61:25, 62:1, 62:8, 106:3, 109:2, 112:17, 112:22, 181:17, 181:20

**tenders** [5] - 46:14, 99:20, 137:16, 174:17, 207:24

**term** [1] - 75:19

**terms** [2] - 154:18, 203:14

**terrible** [1] - 200:13

**terrified** [1] - 200:22

**terrorize** [1] - 63:21

**test** [2] - 222:15, 223:3

**testified** [16] - 15:14, 15:25, 73:18, 76:17, 77:19, 79:7, 79:9,

97:14, 139:24, 153:11, 179:4, 203:20, 203:24, 204:3, 215:9, 221:25

**testifies** [3] - 7:6, 7:13, 8:10

**testify** [9] - 50:6, 63:25, 120:19, 148:21, 155:1, 155:3, 223:17, 225:9

**testifying** [8] - 63:22, 76:7, 97:17, 138:14, 150:20, 178:11, 208:6, 240:16

**testimony** [28] - 7:15, 56:18, 56:19, 62:5, 66:5, 69:6, 69:18, 100:13, 100:17, 104:2, 119:24, 120:3, 120:9, 136:25, 143:6, 143:9, 143:13, 143:21, 145:3, 145:10, 154:10, 178:18, 220:17, 225:5, 225:7, 242:18, 243:19, 243:20

**Thanksgiving** [1] - 112:19

**that'll** [1] - 180:9

**THE** [398] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:4, 4:14, 4:19, 4:21, 5:15, 5:18, 6:4, 6:8, 6:14, 7:18, 7:21, 7:25, 8:3, 8:9, 8:14, 8:15, 8:16, 8:17, 8:18, 8:22, 8:23, 8:24, 9:2, 9:3, 9:4, 9:5, 9:9, 10:4, 13:11, 13:25, 14:1, 14:15, 16:6, 17:1, 17:13, 17:18, 18:7, 18:14, 18:19, 18:21, 19:1, 19:5, 19:13, 19:18, 19:24, 20:7, 20:14, 20:16, 20:19, 20:21, 22:11, 22:22, 25:8, 25:21, 25:25, 29:19, 35:16, 35:17, 35:18, 37:10, 37:21, 40:13, 40:16, 42:22, 44:6, 46:12, 46:13, 46:16, 49:3, 49:6, 49:7, 50:11, 51:12, 51:14, 54:4, 57:25, 58:5, 58:10, 58:14, 58:20, 59:17, 59:24, 61:14, 62:4, 62:7, 62:8, 62:11, 62:24, 63:3, 63:14, 63:16,

64:5, 64:12, 64:19, 65:1, 65:5, 65:10, 65:15, 66:2, 66:9, 66:12, 67:6, 67:8, 67:11, 67:24, 68:19, 68:21, 70:8, 73:10, 73:12, 73:15, 74:3, 74:5, 74:6, 74:16, 74:19, 75:9, 75:15, 75:17, 75:21, 76:5, 76:10, 76:11, 76:25, 77:16, 77:17, 78:16, 78:24, 78:25, 79:3, 79:13, 79:14, 79:17, 79:19, 79:21, 80:20, 80:22, 80:25, 81:6, 82:16, 83:17, 83:21, 84:11, 84:12, 91:5, 91:8, 91:9, 91:10, 91:12, 91:19, 91:20, 91:23, 92:7, 92:11, 92:18, 97:7, 97:8, 97:11, 98:1, 98:2, 98:5, 98:18, 98:19, 98:21, 99:22, 100:11, 100:15, 100:16, 100:18, 100:19, 100:24, 101:13, 101:15, 101:17, 101:19, 101:20, 101:23, 102:5, 102:7, 102:10, 102:18, 102:20, 102:21, 102:25, 103:1, 103:2, 103:3, 103:4, 105:5, 105:10, 106:25, 109:14, 109:15, 109:16, 109:17, 109:20, 109:21, 110:22, 115:2, 116:18, 117:5, 118:5, 118:13, 118:14, 118:16, 119:1, 119:2, 119:4, 119:8, 119:10, 119:15, 119:20, 119:23, 120:6, 120:11, 120:15, 120:21, 121:1, 121:5, 124:5, 133:2, 133:4, 136:14, 136:15, 136:24, 137:2, 137:18, 139:2, 141:11, 144:21, 147:16, 147:24, 148:8, 148:9, 148:13, 148:14, 148:19, 148:20, 148:23, 148:24, 149:2, 149:16, 149:22, 150:4, 150:13, 150:18, 151:3, 151:7,

151:23, 153:4, 153:22, 154:13, 154:21, 154:25, 155:1, 155:7, 155:8, 155:9, 155:10, 155:16, 155:22, 155:25, 156:7, 156:8, 157:6, 157:10, 157:20, 157:22, 157:24, 158:2, 158:5, 158:20, 158:22, 160:20, 161:5, 163:3, 163:16, 163:20, 166:5, 166:22, 167:1, 168:16, 168:17, 168:18, 170:1, 170:5, 174:18, 177:11, 178:1, 178:2, 178:3, 178:6, 178:7, 178:9, 179:21, 179:24, 180:7, 180:10, 180:21, 180:22, 180:23, 181:1, 181:3, 181:6, 181:20, 181:23, 182:7, 182:12, 182:15, 182:18, 182:23, 182:25, 183:8, 186:11, 188:3, 191:17, 199:21, 199:24, 201:23, 202:5, 202:18, 203:17, 203:21, 204:5, 204:11, 204:16, 204:19, 205:15, 205:19, 207:12, 208:1, 208:15, 212:7, 215:13, 215:16, 215:25, 216:8, 216:9, 217:1, 217:15, 217:17, 217:21, 217:23, 217:24, 218:20, 219:6, 219:21, 219:23, 220:10, 220:13, 220:15, 220:17, 221:10, 221:15, 221:19, 221:22, 222:2, 222:6, 222:10, 223:16, 224:2, 224:7, 224:18, 224:25, 225:12, 225:13, 225:17, 225:21, 227:13, 230:10, 230:17, 232:1, 233:4, 233:7, 233:19, 234:4, 235:11, 236:6, 240:22, 241:2, 241:12, 241:15, 241:19, 241:25,

242:16, 242:21, 243:1, 243:4, 243:9, 243:14, 243:22, 244:13, 244:21

**there'd** [2] - 125:24, 126:1

**thereafter** [1] - 109:6

**therein** [1] - 205:9

**Thereupon** [4] - 62:9, 100:22, 181:21, 225:19

**they've** [1] - 149:12

**thinking** [2] - 99:16, 223:11

**third** [7] - 11:25, 88:4, 113:1, 113:17, 115:4, 121:14, 222:22

**Third** [1] - 1:21

**thoughts** [7] - 222:13, 222:24, 223:14, 223:18, 223:22, 224:5, 225:10

**thousands** [4] - 53:17, 54:1, 54:6, 54:15

**threaten** [1] - 46:7

**threatened** [1] - 17:7

**three** [31] - 11:7, 13:3, 25:1, 27:20, 28:6, 47:20, 85:10, 85:11, 89:6, 90:1, 90:15, 95:6, 112:12, 112:23, 120:3, 120:19, 125:17, 125:25, 159:2, 159:18, 175:13, 178:16, 178:25, 179:2, 179:8, 184:20, 198:7, 204:10, 222:15, 223:3

**three-part** [2] - 222:15, 223:3

**threw** [1] - 110:9

**throw** [2] - 45:23, 65:3

**throwing** [1] - 46:1

**ticket** [2] - 211:16, 235:18

**tired** [2] - 90:25, 103:18

**tissue** [1] - 195:22

**today** [14] - 22:4, 22:15, 76:7, 76:11, 82:9, 123:23, 160:13, 160:24, 185:25, 186:3, 209:18, 218:13, 218:24, 225:5

**together** [8] - 152:8, 187:1, 187:21, 197:10, 211:7,

211:11, 226:9, 235:17
**toilet** [4] - 160:10, 185:21, 194:15, 195:20
**tomorrow** [3] - 242:12, 242:19, 244:21
**took** [38] - 9:24, 15:8, 28:19, 28:21, 29:6, 32:11, 36:1, 39:14, 39:23, 47:2, 60:15, 68:8, 95:21, 122:7, 129:19, 130:4, 133:12, 133:25, 134:3, 134:7, 134:14, 134:16, 134:19, 136:9, 143:3, 143:10, 143:16, 144:14, 145:10, 176:13, 176:23, 177:1, 177:13, 187:15, 195:12, 200:24, 240:18
**top** [5] - 43:25, 128:12, 128:13, 190:18, 198:10
**total** [2] - 112:11, 112:23
**totally** [4] - 124:14, 135:24, 153:16, 153:17
**touch** [17] - 28:9, 43:6, 94:16, 129:13, 168:9, 168:10, 168:11, 169:5, 169:6, 169:9, 169:11, 172:10, 173:4, 191:3, 206:9
**touched** [5] - 28:11, 28:12, 126:24, 169:14, 191:12
**touching** [10] - 29:16, 30:1, 61:18, 100:1, 129:3, 129:6, 169:4, 172:1, 181:10, 242:5
**toward** [1] - 209:14
**towards** [1] - 110:19
**transcribed** [1] - 146:19
**transcript** [2] - 19:15, 146:12
**transcription** [1] - 245:4
**transpired** [1] - 5:1
**travel** [5] - 51:19, 51:25, 70:15, 78:10, 78:18
**traveled** [2] - 52:1, 54:16

**treat** [7] - 30:21, 31:1, 34:3, 40:5, 40:11, 96:18, 176:15
**treated** [8] - 30:22, 30:23, 34:4, 40:6, 58:22, 96:20, 118:19
**treating** [1] - 34:6
**trial** [9] - 5:4, 21:14, 61:17, 99:25, 138:2, 175:2, 181:9, 217:10, 242:4
**TRIAL** [1] - 1:10
**tried** [11] - 65:3, 135:10, 177:21, 194:2, 194:3, 194:10, 229:10, 241:21, 243:11, 243:16, 243:17
**trip** [30] - 51:25, 54:19, 54:21, 70:14, 71:21, 72:6, 105:20, 105:25, 106:17, 107:16, 107:25, 109:3, 109:8, 109:23, 109:24, 109:25, 111:6, 111:8, 111:9, 112:4, 112:14, 112:15, 113:1, 115:9, 117:10, 196:9, 209:18, 238:19, 239:5
**trips** [3] - 126:15, 176:23, 214:19
**trouble** [1] - 116:2
**trousers** [2] - 128:16, 128:17
**true** [5] - 54:24, 55:2, 140:18, 140:25, 243:16
**trust** [2] - 77:7, 99:2
**truth** [12] - 12:9, 63:24, 70:3, 71:21, 74:7, 76:15, 147:8, 202:16, 202:23, 203:1, 203:14, 239:6, 239:19, 239:23, 239:25, 240:4
**try** [16] - 28:9, 48:10, 49:21, 61:21, 72:1, 100:4, 104:5, 168:5, 172:14, 181:13, 194:9, 194:15, 195:9, 195:10, 199:13, 242:8
**trying** [9] - 64:7, 91:1, 102:2, 190:5, 190:10, 193:7, 194:17, 194:19, 208:9
**tuition** [6] - 12:7, 13:2, 45:16, 48:5, 58:16, 105:2
**Tupton** [1] - 184:2

**turn** [1] - 94:4
**turnaround** [1] - 109:3
**turned** [11] - 32:15, 95:1, 128:12, 128:20, 133:25, 135:13, 143:23, 173:3, 196:12, 196:14, 212:2
**TV** [8] - 85:11, 93:3, 93:4, 127:14, 128:11, 141:20, 142:5
**Twelfth** [2] - 2:2, 245:8
**twice** [11] - 15:20, 28:6, 35:21, 47:21, 47:24, 112:12, 129:24, 130:12, 131:12, 145:17, 231:15
**twin** [2] - 94:12, 94:13
**two** [49] - 21:24, 36:2, 42:1, 42:2, 42:4, 47:22, 71:8, 77:25, 81:22, 85:9, 86:2, 86:3, 86:6, 86:16, 87:5, 87:15, 87:18, 87:23, 93:18, 93:22, 93:24, 95:22, 96:11, 106:3, 106:5, 109:1, 109:2, 109:5, 110:5, 112:12, 112:23, 125:4, 125:8, 125:17, 141:2, 145:22, 159:2, 175:18, 178:16, 184:10, 184:23, 185:18, 198:7, 206:16, 212:1, 224:22, 226:25, 231:8, 236:3
**two-story** [1] - 85:9
**two-week** [1] - 86:3
**twos** [1] - 126:1
**type** [7] - 41:9, 66:5, 78:4, 138:22, 139:6, 160:4, 192:22
**types** [1] - 34:7

## U

**unclear** [1] - 5:9
**under** [24] - 9:3, 43:9, 63:4, 63:12, 64:1, 64:5, 64:20, 64:25, 65:1, 102:25, 109:11, 120:9, 129:13, 156:1, 169:12, 169:13, 221:6, 222:15, 223:23, 223:24,

224:7, 224:12, 225:22, 235:14
**underneath** [5] - 94:15, 190:12, 190:13, 190:18, 190:20
**understood** [4] - 8:13, 154:16, 224:15, 244:20
**undo** [1] - 128:17
**unfortunate** [1] - 140:15
**unhappy** [2] - 199:2, 199:4
**unheard** [1] - 201:5
**unidentified** [1] - 225:19
**uniform** [4] - 46:2, 46:3, 48:4
**uniforms** [1] - 45:25
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**United** [75] - 4:4, 4:10, 20:17, 46:14, 51:2, 51:18, 52:11, 52:14, 52:23, 53:18, 62:11, 62:16, 71:1, 72:15, 72:24, 73:7, 73:19, 73:24, 75:1, 75:5, 75:12, 75:24, 76:2, 99:20, 100:24, 101:5, 113:24, 116:8, 142:15, 148:2, 148:4, 157:25, 173:18, 174:1, 174:9, 174:13, 174:15, 174:17, 176:2, 178:15, 178:17, 179:14, 181:23, 182:3, 182:13, 182:20, 195:25, 196:9, 196:20, 198:25, 203:6, 203:24, 205:25, 206:22, 208:20, 211:13, 211:16, 211:21, 212:16, 212:18, 213:13, 213:17, 213:20, 213:25, 214:1, 214:11, 214:19, 214:23, 215:20, 215:22, 216:3, 216:5, 235:19, 235:20, 245:8
**units** [1] - 130:6
**unless** [1] - 102:11
**unusual** [2] - 105:7, 107:13
**unzipped** [1] - 143:13

**up** [95] - 10:24, 16:20, 32:10, 36:4, 37:1, 40:6, 40:17, 45:23, 46:7, 52:7, 54:11, 55:5, 56:23, 63:23, 66:15, 67:7, 72:6, 80:25, 83:17, 90:8, 90:10, 94:25, 95:6, 103:19, 104:16, 105:12, 119:20, 121:25, 123:16, 125:14, 127:8, 127:13, 127:15, 127:18, 127:20, 127:22, 127:24, 128:1, 129:1, 129:23, 132:16, 133:25, 134:10, 134:24, 135:5, 135:10, 137:25, 140:15, 142:5, 142:19, 142:20, 147:8, 149:2, 154:4, 155:5, 158:21, 159:21, 162:1, 167:3, 168:25, 169:1, 169:8, 174:25, 175:18, 175:22, 175:25, 179:17, 180:8, 184:25, 187:21, 188:24, 190:4, 192:3, 199:10, 199:13, 199:14, 202:18, 212:25, 217:8, 220:10, 227:9, 231:21, 232:3, 232:16, 232:23, 234:23, 239:20
**upset** [4] - 11:14, 35:25, 36:6, 42:15
**upside** [1] - 32:15
**upside-down** [1] - 32:15
**upstairs** [7] - 32:9, 84:24, 85:10, 125:4, 125:14, 189:15, 199:12
**upwards** [2] - 123:20, 130:25
**US** [1] - 72:3
**usage** [4] - 149:7, 149:11, 149:19, 149:23
**Usher** [1] - 156:23
**usher** [12] - 124:19, 124:20, 126:15, 126:18, 132:7, 132:9, 141:24, 156:13, 156:15, 156:21, 156:25, 157:3

**usher's** [2] - 141:25, 142:1
**usual** [2] - 32:4, 105:9

# V

**vacation** [1] - 196:12
**van** [3] - 126:16, 126:21, 126:22
**varied** [1] - 234:22
**variety** [1] - 5:12
**various** [5] - 8:6, 59:21, 71:15, 73:23, 150:6
**Vaseline** [1] - 12:3
**versus** [4] - 4:4, 62:12, 100:25, 181:24
**veteran** [1] - 177:3
**video** [1] - 208:9
**Ville** [3] - 232:11, 232:12, 232:15
**violation** [1] - 224:12
**violence** [1] - 200:17
**visit** [46] - 14:8, 14:10, 15:12, 15:18, 15:19, 15:20, 23:6, 24:2, 24:4, 24:6, 24:13, 27:8, 57:20, 86:1, 86:11, 86:15, 86:17, 86:21, 87:3, 88:4, 90:2, 90:4, 90:5, 90:14, 96:11, 96:13, 96:19, 105:13, 108:4, 133:10, 133:17, 137:10, 164:25, 165:17, 165:21, 165:24, 173:6, 174:8, 192:5, 206:23, 206:25, 207:5, 231:14, 231:16, 233:15, 236:25
**visited** [19] - 17:21, 23:9, 23:18, 24:7, 35:6, 84:15, 84:20, 84:25, 85:13, 86:10, 89:12, 90:22, 174:11, 174:13, 188:16, 188:19, 189:6, 189:21, 195:25
**visiting** [2] - 28:24, 90:7
**visits** [4] - 87:5, 87:15, 87:18, 87:23
**voice** [4] - 67:7, 96:24, 158:21, 180:8
**volunteering** [1] - 234:8
**vomiting** [1] - 33:13

**vs** [1] - 1:6

# W

**wait** [9] - 77:1, 83:18, 89:5, 98:21, 109:18, 170:1, 170:2, 178:4
**waiting** [1] - 152:16
**waive** [1] - 102:16
**wake** [2] - 56:23, 168:25
**walk** [7] - 12:8, 54:15, 97:2, 97:14, 97:18, 144:8, 199:13
**walking** [1] - 94:25, 95:12
**wall** [2] - 66:16, 135:11
**walled** [1] - 64:8
**walled-in** [1] - 64:8
**walls** [4] - 65:9, 65:10, 65:11, 65:13
**wants** [1] - 36:15
**warn** [1] - 179:11
**wash** [2] - 30:19, 38:14
**washes** [1] - 11:24
**Washington** [1] - 1:19
**watch** [7] - 127:9, 127:10, 127:14, 127:16, 127:19, 142:5, 142:19
**watched** [1] - 128:24
**watching** [1] - 128:19
**water** [8] - 91:8, 91:9, 91:11, 129:20, 130:7, 135:14, 189:12, 201:6
**wearing** [11] - 22:7, 22:18, 82:12, 95:2, 124:1, 124:2, 134:18, 186:6, 186:7, 194:5, 218:16
**week** [10] - 12:19, 34:19, 34:20, 52:3, 86:3, 90:6, 112:17, 112:22, 212:1, 226:11
**weekend** [3] - 24:3, 24:4, 156:14
**weekends** [11] - 23:12, 24:2, 24:6, 24:7, 24:13, 24:15, 24:16, 28:24, 50:16, 50:18, 57:8
**weeks** [16] - 51:23, 52:15, 53:6, 86:2, 86:16, 106:4, 106:5,

109:1, 109:2, 109:5, 112:23, 127:12, 141:5, 210:1, 212:1, 212:25
**weight** [3] - 137:25, 174:25, 217:8
**welcome** [2] - 8:25, 119:1
**welcomed** [1] - 23:11
**welcoming** [1] - 214:18
**well...** [1] - 45:20
**West** [2] - 236:20, 237:12
**whatsoever** [5] - 61:16, 99:24, 154:12, 181:8, 242:3
**wheel** [2] - 144:9, 144:11
**wheelchair** [2] - 208:7, 208:11
**wheels** [2] - 144:9, 144:11
**whereabouts** [2] - 164:19, 167:24
**white** [11] - 22:8, 22:19, 82:13, 124:2, 127:3, 127:14, 160:17, 161:2, 186:7, 218:17, 219:3
**whole** [2] - 76:15, 213:21
**wholesale** [1] - 6:20
**wife** [4] - 124:25, 180:14, 226:23, 231:8
**William** [7] - 160:11, 185:23, 186:2, 186:10, 188:11, 207:20, 218:10
**willie** [1] - 131:7
**window** [6] - 11:21, 94:15, 94:17, 94:19, 152:6, 198:11
**winter** [4] - 132:3, 175:21, 214:2, 214:10
**wish** [2] - 6:11, 6:22
**withdraw** [1] - 92:5
**withdrawing** [1] - 66:3
**Witness** [5] - 43:8, 43:18, 44:4, 44:11, 44:16
**witness** [89] - 5:1, 5:11, 5:22, 5:25, 6:2, 7:2, 7:5, 7:8, 7:13, 7:18, 8:10, 8:19, 19:3, 20:15, 20:16, 22:10, 22:20, 40:13, 46:15, 62:25, 63:21, 79:5,

80:19, 80:21, 80:22, 81:1, 82:15, 91:10, 92:12, 98:7, 99:21, 101:21, 102:3, 102:21, 119:5, 119:7, 119:9, 119:10, 119:18, 120:18, 120:20, 124:4, 137:4, 137:16, 141:9, 149:1, 149:6, 154:16, 157:23, 157:24, 160:19, 161:4, 174:17, 180:25, 181:2, 181:5, 182:12, 182:19, 186:9, 199:23, 203:6, 203:17, 204:2, 204:6, 204:8, 207:24, 216:25, 217:12, 217:14, 217:16, 217:17, 218:19, 219:5, 221:10, 221:11, 223:1, 223:10, 223:12, 223:17, 227:14, 242:20, 242:22, 243:15, 244:3, 244:6, 244:15
**WITNESS** [69] - 14:1, 18:21, 20:18, 20:21, 35:16, 35:18, 40:16, 46:13, 49:7, 51:14, 62:7, 67:8, 73:10, 74:6, 76:11, 77:17, 78:24, 79:14, 79:17, 79:21, 81:3, 81:6, 83:21, 84:12, 91:8, 91:12, 91:20, 97:7, 98:1, 98:18, 100:15, 100:18, 103:1, 103:3, 109:14, 109:16, 109:20, 118:13, 119:1, 120:25, 121:5, 136:14, 144:8, 148:13, 148:19, 148:23, 154:25, 155:7, 155:9, 156:8, 158:1, 158:5, 158:22, 168:16, 168:18, 170:5, 178:2, 178:6, 178:9, 180:10, 180:21, 180:23, 182:22, 182:25, 216:9, 217:20, 217:23, 219:23, 225:12
**witness's** [2] - 7:15, 138:25
**witness-by-witness** [1] - 7:2
**WITNESSES** [1] - 3:4

**witnesses** [14] - 5:3, 5:9, 5:10, 5:21, 6:21, 6:23, 7:4, 7:21, 7:22, 8:1, 119:25, 120:11, 120:13
**woke** [4] - 94:25, 95:6, 169:1, 169:8
**woken** [1] - 134:10
**wood** [1] - 175:25
**word** [4] - 30:13, 190:5, 193:7, 219:14
**words** [6] - 71:16, 107:7, 117:3, 176:4, 191:13, 230:1
**worse** [1] - 139:12
**wrist** [2] - 134:14, 134:16
**write** [1] - 9:23
**writing** [2] - 102:18, 139:8
**written** [2] - 10:7, 149:17
**wrote** [2] - 9:24

# X

**X-x-X-x-x-x-x** [2] - 158:5, 182:25
**Xxx** [3] - 3:6, 20:17, 20:21
**XXX** [2] - 20:18, 20:21
**XXXXX** [1] - 120:25
**Xxxxx** [22] - 3:5, 3:8, 7:9, 7:19, 11:6, 14:19, 20:2, 20:3, 49:24, 50:1, 69:12, 119:12, 121:5, 123:1, 136:6, 138:7, 138:9, 139:6, 147:25, 150:20, 154:21, 156:4
**XXXXXXX** [2] - 158:1, 182:22
**Xxxxxxx** [19] - 3:9, 3:10, 49:24, 50:1, 120:3, 120:19, 132:1, 132:21, 157:25, 158:5, 158:8, 175:7, 176:10, 177:15, 178:11, 182:14, 182:21, 208:4, 208:6
**Xxxxxxxx** [3] - 48:13, 48:14, 48:20
**Xxxxxxxxx** [2] - 36:11, 69:12
**Xxxxxxxxxx** [3] - 161:19, 171:24, 173:10

27

| **Y** |
|---|

**year** [23] - 9:21, 15:19, 52:10, 60:3, 60:20, 84:17, 99:17, 118:13, 123:3, 123:4, 161:9, 162:3, 186:20, 213:21, 214:10, 214:25, 215:2, 215:3, 227:22, 231:9, 236:10

**years** [40] - 10:14, 11:1, 14:1, 15:15, 15:16, 16:23, 17:4, 26:13, 48:15, 52:8, 52:22, 57:6, 60:4, 65:7, 72:17, 84:5, 85:20, 138:11, 139:12, 139:16, 143:21, 152:10, 156:20, 178:12, 178:16, 178:25, 179:1, 179:2, 179:8, 180:14, 185:1, 208:18, 208:19, 212:3, 212:9, 213:17, 214:20, 234:23

**yesterday** [1] - 102:2

**York** [1] - 1:18

**young** [30] - 10:14, 11:17, 17:9, 23:1, 23:5, 23:22, 28:17, 32:23, 49:21, 51:6, 52:18, 56:17, 59:2, 63:24, 68:8, 84:9, 106:9, 159:13, 222:14, 222:24, 227:10, 227:17, 227:19, 229:21, 232:5, 234:18, 235:2, 237:3, 238:4, 240:2

**younger** [30] - 10:17, 13:20, 14:3, 14:6, 21:25, 38:20, 38:21, 39:6, 39:7, 45:9, 45:12, 48:23, 89:16, 90:8, 90:22, 122:3, 159:19, 159:20, 175:13, 178:15, 178:24, 178:25, 179:1, 179:2, 179:9, 180:2, 184:21, 184:23, 184:24

**youngest** [3] - 42:8, 45:3, 179:13

**yourself** [5] - 94:22, 135:12, 147:8, 175:13, 206:9

**yourselves** [6] - 61:15, 99:23, 147:20, 181:7, 224:21, 242:2