```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                 Plaintiff,         February 13, 2013

 6        vs.                         9:12 a.m. to 4:33 p.m.

 7   MATTHEW ANDREW CARTER,

 8                 Defendant.         Pages 1 to 214
     _____

 9

10                          JURY TRIAL
               BEFORE THE HONORABLE JOAN A. LENARD,
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:        MARIA K. MEDETIS, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132
                                         -and-
17                              BONNIE L. KANE, ESQ.
                                UNITED STATES DEPARTMENT OF JUSTICE
18                              1400 New York Avenue, NW
                                Suite 600
19                              Washington, DC 20530

20

     FOR THE DEFENDANT:         STUART ADELSTEIN, ESQ.
21                              ADELSTEIN & MATTERS
                                2929 Southwest Third Avenue
22                              Suite 410
                                Miami, Florida 33129
23                                       -and-
                                PHILIP R. HOROWITZ, ESQ.
24                              9130 South Dadeland Boulevard
                                Suite 1910
25                              Miami, Florida 33156
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                             Official Court Reporter
 2                           400 North Miami Avenue
                             Twelfth Floor
 3                           Miami, Florida 33128
                             (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

|                                   | Direct | Cross | Red. |
|-----------------------------------|--------|-------|------|
| WITNESSES FOR THE GOVERNMENT:     |        |       |      |
| David McCrum                      | 6      | 7     | 26   |
| Ian XxXxxxx                       | 33     | 58    | 76   |
| Michael Bentolila                 | 80     | 162   |      |


| EXHIBITS RECEIVED IN EVIDENCE | PAGE |
|-------------------------------|------|
| Government's Exhibit Nos. 30 and 31 | 91 |
| Government's Exhibit No. 32-A | 96 |
| Government's Exhibit Nos. 33 through 36 | 102 |
| Government's Exhibit Nos. 39, 41, 42, 43, 45, 46 and 47 | 105 |
| Government's Exhibit No. 37-A | 125 |
| Government's Exhibit Nos. 51, 54-A through 54-H | 125 |
| Government's Exhibit Nos. 52-A through 52-D | 125 |
| Government's Exhibit Nos. 53-A through 52-D | 132 |
| Government's Exhibit Nos. 60-A, 61, 62, 63-A, 64 through 67 | 148 |
| Government's Exhibit No. 60-B | 149 |
| Government's Exhibit No. 63-B | 152 |
| Government's Exhibit Nos. 32-U through 32-Z | 156 |
| Government's Exhibit Nos. 69, 70 and 71 | 160 |

```
 1              THE COURT:  Good morning.  You may be seated.

 2              United States of America versus Matthew Andrew Carter,

 3   Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6   record.

 7              MS. MEDETIS:  Good morning, your Honor.

 8              Maria Medetis and Bonnie Kane on behalf of the United

 9   States.

10              With us at counsels' table again are Special Agents

11   Larko and Flores of Homeland Security Investigations.

12              THE COURT:  Good morning.

13              MR. HOROWITZ:  Good morning, your Honor.

14              Phil Horowitz, Stu Adelstein on behalf of Matthew

15   Carter, who's present before the Court.

16              THE COURT:  Good morning.

17              MR. HOROWITZ:  Good morning.

18              THE COURT:  All the jurors are here.  So I want to get

19   started.

20              But where are we in the Government's case?  When do

21   you expect to close?

22              MS. MEDETIS:  Judge, if we continue at the pace of

23   yesterday, we would anticipate being able to finish with our

24   case by early next week.  I just want to be conservative.

25              However, if things slow back down as they have been,
```

```
 1    that might take us into the end of next week.
 2            THE COURT:  Okay.  I have the issue of the -- one of
 3    the jurors, Juror No. 15, who was traveling the 15th through
 4    the 19th.
 5            MS. MEDETIS:  Yes, Judge.
 6            THE COURT:  So think about what your positions are
 7    going to be on that.
 8            When is the Government going to respond to the
 9    Defendant's motion for foreign depositions?
10            MS. MEDETIS:  Your Honor, would you like a written
11    response?  Or we can respond --
12            THE COURT:  I would like a written response.
13            MS. MEDETIS:  When would your Honor like that?
14            THE COURT:  As soon as possible.
15            MS. MEDETIS:  Yes, Judge.
16            THE COURT:  When is that going to be?
17            MS. MEDETIS:  That's a good question, Judge.
18            Today is Wednesday.  Could we have until --
19            THE COURT:  Tomorrow?
20            MS. MEDETIS:  Tomorrow evening, Judge?  Or would you
21    like it by first thing tomorrow morning?
22            THE COURT:  Tomorrow noon.  How about that?  We'll
23    compromise.
24            MS. MEDETIS:  Certainly, Judge.
25            THE COURT:  Are you going to want to reply?
```

1           MR. HOROWITZ:  Probably not, Judge.  The only thing we

2    will supplement the record with is a waiver pursuant to the

3    rules of the Court.

4           THE COURT:  You need to do that by tomorrow noon as

5    well.

6           MR. HOROWITZ:  That's fine, Judge.

7           I've had the last few witnesses in a row.  I've

8    started working on preparing the waiver.  I think Mr. Adelstein

9    is going to take a bunch of witnesses after.

10          MR. ADELSTEIN:  Maybe.

11          THE COURT:  Let's bring the jurors in, please.

12          Bring in your witness.

13          (Whereupon, the jury entered the courtroom at

14   9:15 a.m. and the following proceedings were had:)

15          THE COURT:  You may be seated.

16          Good morning, ladies and gentlemen.

17          THE JURY:  Good morning.

18          THE COURT:  You are still under oath, sir.

19          You may proceed.

20                    CONTINUED DIRECT EXAMINATION

21   BY MS. MEDETIS:

22   Q.  Good morning, sir.

23   A.  Good morning.

24   Q.  I just wanted to pick up where we left off yesterday and

25   ask you about that church meeting.

 1      After you told the pastor and the church group about the

 2 Defendant's sexual problem, as you called it, with children,

 3 what did the Defendant say?

 4 A.  Well, I said it in front of him and I asked him if what I

 5 said was true or not.

 6      And he said that it was true.

 7          MS. MEDETIS:  Your Honor, I have no further questions.

 8 I would tender the witness at this time.

 9          THE COURT:  Cross-examination.

10                   CROSS-EXAMINATION

11 BY MR. HOROWITZ:

12 Q.  Mr. McCrum, the meeting you described in 1977 or 1978,

13 those Bible study meetings -- do you remember testifying about

14 those?

15 A.  Yes, sir.

16 Q.  The Bible study meetings being held at Jim Wilson's house;

17 were they not?

18 A.  Yes, sir.

19 Q.  Who is Jim Wilson?

20 A.  Jim Wilson owns a business and is a friend of mine and of

21 Bill's.

22 Q.  How many people were at these Bible studies?

23 A.  It can be from -- anywhere from 2 to 20.

24 Q.  During this time you say -- your testimony was that

25 admissions were made.

McCrum - CROSS - By Mr. Horowitz                8

1        Do you recall that?

2   A.   Yes.

3   Q.   Or accountability statements, you called them; did you not?

4   A.   Yes.

5   Q.   And you made accountability statement, too; did you not?

6   A.   Yes, I did.

7   Q.   Who did you make your accountability statements to?

8   A.   Other men within the Bible study.

9   Q.   Who else was in the Bible study?

10  A.   Specifically --

11  Q.   Yes, sir.

12  A.   You want names?

13  Q.   Yes, sir.

14  A.   I don't know.  I can't give you all the names.  I just know

15  that Bill was a part of that.  Jim Wilson was part of that.

16  There was a fellow by the name of Larry Roberts who was the

17  teacher.

18  Q.   Was Larry Roberts at every meeting?

19  A.   Not always, but most of them.

20  Q.   Who else?

21  A.   I don't -- I can't remember.

22  Q.   There are 20 people at those meetings 35 years ago.  The

23  only people you can remember are yourself, the person that led

24  the meeting, Bill and Mr. Wilson, in whose home the meetings

25  were held at.  Right?

McCrum - CROSS - By Mr. Horowitz                    9

```
 1    A.   Correct.

 2    Q.   Were these meetings recorded?

 3    A.   No, they were not.

 4    Q.   Did you take any notes?

 5    A.   Sometimes we did.

 6    Q.   Do you have those notes?

 7    A.   No.  I certainly don't.

 8    Q.   Those notes are gone, about 35 years ago.  Correct?

 9    A.   Not necessarily.  But maybe shortly thereafter.

10    Q.   At this time in the late '70s, Bill asked you for a favor;

11    did he not?

12             MS. MEDETIS:  Objection.  Calls for hearsay.

13             MR. HOROWITZ:  Just "yes" or "no," Judge.

14             THE COURT:  You can answer it "yes" or "no," sir.

15             Overruled.

16             THE WITNESS:  I don't remember.

17    BY MR. HOROWITZ:

18    Q.   Were you ever requested to write a letter for Bill about

19    his good moral character?

20             MS. MEDETIS:  Objection.

21             THE COURT:  Sustained.

22    BY MR. HOROWITZ:

23    Q.   In 1977, you were married; were you not?

24    A.   Yes.

25    Q.   Still married?
```

1    A.   Still married.  Same woman.

2    Q.   Same woman.

3         And that woman in 1977 wrote a letter on Bill's behalf; did

4    he not?

5    A.   Yes, she did.

6    Q.   I'm sorry.  She.  I apologize.

7         She wrote a letter attesting to Bill's good moral

8    character; did she not?

9              MS. MEDETIS:  Objection.  Calls for hearsay.

10             THE COURT:  Sustained.

11   BY MR. HOROWITZ:

12   Q.   Did you personally ever try to stop your wife from writing

13   this letter?

14   A.   No.  I don't believe that I did.

15   Q.   And at the time she wrote this letter --

16             MS. MEDETIS:  Your Honor, there's no evidence of the

17   letter.  We would ask that that be stricken from the record and

18   that it not be referred to as a letter that's actually in

19   existence.

20             THE COURT:  Overruled.

21             MR. HOROWITZ:  Judge, I apologize.  May the court

22   reporter repeat my last question, if the witness doesn't

23   remember it?

24             THE WITNESS:  No.  I don't.

25             THE COURT:  I don't think you finished the question.

1            (Whereupon, the pending question was read back by the

2  court reporter.)

3  BY MR. HOROWITZ:

4  Q.   And at the time she wrote this letter, did you try to

5  dissuade her in any way from writing this letter?

6  A.   No, I did not.

7  Q.   As a matter of fact, you were interviewed by the agents on

8  multiple occasions; were you not?

9  A.   No, I was not, on multiple occasions.

10 Q.   Were you interviewed by telephone as well as in person?

11 A.   A couple times.

12 Q.   As a matter of fact, you spoke to the agents on March 9th,

13 2012 -- do you recall that? -- by telephone.

14 A.   I'll just say "yes."  I don't remember the date.  But that

15 could be correct.

16 Q.   You spoke with them by telephone on November 23rd, 2011.

17 Is that correct?

18 A.   Again, I don't know.  I didn't mark those down as dates to

19 remember.

20 Q.   And the agents came up to North Carolina to see you back in

21 November; did they not?

22 A.   Yes, they did.

23 Q.   That was November of 2012?

24 A.   Yes.

25 Q.   And you told the agents that your wife had written that

McCrum - CROSS - By Mr. Horowitz                    12

```
 1   letter; did you not?
 2   A.   What I told the agents was this:  My wife felt --
 3          THE COURT:  Sir, just answer the question "yes" or
 4   "no."
 5          THE WITNESS:  Well, okay.  Ask the question again,
 6   please.
 7   BY MR. HOROWITZ:
 8   Q.   And you told the agents on more than one occasion that your
 9   wife had written the letter for Bill about his good moral
10   character.
11          THE COURT:  Rephrase your question, Mr. Horowitz.
12          MR. HOROWITZ:  Yes, your Honor.
13   BY MR. HOROWITZ:
14   Q.   During the meetings with the agents, did you tell the
15   agents that Bill had asked the fellowship to write a letter on
16   his behalf regarding his good moral character?
17          MS. MEDETIS:  Objection.  Calls for hearsay.
18          THE COURT:  Sustained.
19   BY MR. HOROWITZ:
20   Q.   At these accountability meetings, was there a pastor
21   present?
22   A.   They were not accountability meetings.  When we had
23   accountability, that's when we would make phone calls to one
24   another.
25          But there wasn't actually meetings that we came together to
```

McCrum - CROSS - By Mr. Horowitz          13

 1  sit around and talk about each other's situations in detail.

 2  Q.  They were Bible study meetings; were they not?

 3  A.  Those -- yes.  Those were Bible study meetings.

 4  Q.  In any of these Bible study meetings, was there any

 5  accountability, as you call it?

 6  A.  Could you repeat that.

 7  Q.  During these Bible study meetings that were held at Jim

 8  Wilson's house, there were discussions about the Bible; was

 9  there not?

10  A.  Yes, there was.

11       MS. MEDETIS:  Objection.  Calls for hearsay.

12       THE COURT:  Overruled.

13  BY MR. HOROWITZ:

14  Q.  In general, the conversations dealt with the applicability

15  of the Bible and religion to everyday life.  Correct?

16  A.  That's correct.

17  Q.  The purpose of these meetings was not for accountability,

18  was it?

19  A.  Not for those Bible study meetings.  No.

20  Q.  So at these Bible study meetings that you spoke about, Bill

21  said nothing about what you've testified to, correct, regarding

22  his -- regarding young boys?

23  A.  No.  That's not correct.

24  Q.  Who else was -- let me strike that.

25       During these meetings -- did you ever call the police as a

McCrum - CROSS - By Mr. Horowitz                    14

1   result of these meetings?

2   A.   The Bible study meetings?

3   Q.   Yes, sir.

4   A.   I wouldn't need to call the police for a Bible study

5   meeting.

6   Q.   Well, what about the accountability statements?

7   A.   No.   I never called the police.

8   Q.   Were they made in confidence?

9   A.   Yes, they were.

10  Q.   Were they made to a pastor?

11          MS. MEDETIS:   Objection.   Calls for speculation.

12  Objection.   Relevance.

13          THE COURT:   Sustained.

14  BY MR. HOROWITZ:

15  Q.   Was a pastor present when these accountability statements

16  were made?

17          MS. MEDETIS:   Objection.   Relevance.

18          THE COURT:   Sustained.

19  BY MR. HOROWITZ:

20  Q.   Were these statements made in confidence?

21          MS. MEDETIS:   Objection.   Asked and answered.

22          THE COURT:   Sustained.

23  BY MR. HOROWITZ:

24  Q.   At this time in 1977 and 1978, when you are testifying that

25  Bill made these statements, other than his statements, did you

 1   have any proof that they were true?

 2          MS. MEDETIS:  Objection as to the word "proof."

 3          THE COURT:  Sustained.

 4          Rephrase your question.

 5   BY MR. HOROWITZ:

 6   Q.   In 1977 and 1978 -- that's about the right time frame of

 7   these meetings.  Is that correct? --

 8   A.   Yes, sir.

 9   Q.   -- did you ever see Bill do anything inappropriate with

10   someone under the age of 18?

11          MS. MEDETIS:  Objection.  I withdraw my objection.

12          THE WITNESS:  Did I ever see him do anything

13   inappropriate to someone under the age of 18?

14   BY MR. HOROWITZ:

15   Q.   Between 1977 and 1978.

16   A.   I never saw him do anything inappropriate.

17   Q.   Ever?

18   A.   I never saw him do anything inappropriate.

19   Q.   A couple years after these Bible study meetings, you and

20   your wife became missionaries and moved to Haiti.

21          Do you remember your testifying about that?

22   A.   Yes, sir.

23   Q.   That was about 1980, 1981?

24   A.   Yes, sir.

25   Q.   And before you left, you had a Ford car; did you not?

McCrum - CROSS - By Mr. Horowitz                16

```
 1   A.   Yes, I did.

 2   Q.   And you didn't need the Ford in Haiti, did you?

 3   A.   No.  Sure did not.

 4   Q.   Who did you give the Ford to?

 5   A.   What happened is that Bill paid for our tickets, my wife

 6   and my kids and my tickets, to fly to Haiti in exchange for the

 7   car.

 8   Q.   And you were happy with the transaction?  It was fair?

 9   A.   Sure.

10   Q.   Now, there came a point in time when you encountered Bill

11   in Haiti; did you not?

12   A.   Yes, I did.

13   Q.   And it was your testimony yesterday that Bill had sought

14   you out while you were in Haiti?

15   A.   No, sir.  That's not my testimony of yesterday.

16   Q.   As a matter of fact, while you were in Haiti, you had heard

17   rumor that Bill was there, but did not -- he did not seek you

18   out?

19        MS. MEDETIS:  Objection.  Calls for hearsay.

20        THE COURT:  Sustained.

21   BY MR. HOROWITZ:

22   Q.   And you were upset, were you not, that Bill didn't come to

23   see you while he was in Haiti?

24   A.   No, sir.  That's not true.

25   Q.   And, in fact, you sought Bill out; did you not?
```

McCrum - CROSS - By Mr. Horowitz                17

1    A.   Eventually, I did.

2    Q.   And it's your testimony that Bill was working at an

3    orphanage; was he not?

4    A.   He was volunteering at an orphanage there.  Yes.

5    Q.   And that orphanage was connected in some way with Pastor

6    Bennie Skinner; was it not?

7    A.   I believe so.  I cannot remember exactly, but I believe

8    that's correct.

9    Q.   And this was 1981; was it not?

10   A.   1981 or '82.

11   Q.   And during this -- and this is the same Pastor Bennie

12   Skinner that you addressed in 19 -- I believe it was '86?

13   A.   Yes, sir.

14   Q.   And it's your testimony that it was your desire to get Bill

15   out of Haiti.

16       Do you remember that?

17   A.   After I talked to Bill, yes.  That's correct.

18   Q.   He was there volunteering; was he not?

19   A.   To my understanding, he was volunteering.  Yes, sir.

20   Q.   And he was volunteering at an orphanage.

21       What was the name of the orphanage?

22   A.   I cannot remember the name.

23   Q.   Where was it located?

24   A.   Outside of Port-au-Prince.

25   Q.   Where?

McCrum - CROSS - By Mr. Horowitz                18

1    A.   I don't know.

2    Q.   Don't know a street?

3    A.   I can't remember.

4    Q.   Don't know a street number?

5    A.   You have to live or go to Haiti to find out it's not easy

6    and streets don't always exist that places are at.  I don't

7    know.  I do not know the name.

8    Q.   Was Pastor Bennie Skinner there?

9    A.   No, he was not.  Not at that time, he wasn't.

10   Q.   Did you call him back in 1981 or '82?

11   A.   No, sir.  Because I -- I'm still struggling with trying to

12   say that that was his orphanage that he supported even today.

13   So I would have no reason to have called him then.

14   Q.   Did you call the Haitian authorities?

15   A.   No, sir.  I did not call Haitian authorities.

16   Q.   And it's your testimony you never saw Bill do anything

17   inappropriate, and that includes this time in '81 or '82 at the

18   orphanage?

19   A.   Outside of his confessions of doing these things, I never

20   saw anything.

21   Q.   And it's your testimony that he went with you voluntarily

22   in a car?

23   A.   Yes, sir.

24   Q.   To the airport?

25   A.   Yes, sir.

```
 1   Q.   Just the two of you?

 2   A.   No, sir.  Not then.  We went back to the Caribbean

 3   Christian Center, where I had him talk with two pastor friends

 4   of mine.

 5   Q.   Who were the two pastor friends?

 6   A.   One's name was Tim Dodge.  The other one was Terrell

 7   Bennett.

 8   Q.   Are they still alive?

 9   A.   One of them is and one of them is not.

10   Q.   Which one is still alive?

11        MS. MEDETIS:  Objection.  Relevance.

12        THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.   Who paid for Bill's ticket?

15   A.   There was an offering taken up among the missionaries to be

16   able to pay for the flight back to Florida.

17   Q.   Bill didn't live in Florida at the time, did he?

18   A.   No, sir.  Well, I don't believe that he did.

19   Q.   But it's your testimony you flew him to Florida?

20   A.   Yes, sir.

21   Q.   A place where he didn't live?

22   A.   Maybe.

23   Q.   What airport?

24   A.   I believe that it was Sarasota-Bradenton.

25   Q.   Not Miami?
```

McCrum - CROSS - By Mr. Horowitz                20

 1    A.   I don't believe it was.  I mean, I could be wrong.  But the

 2    one mission plane that I remember was -- they flew in and out

 3    of the Bradenton/Sarasota area.

 4    Q.   Who operated the mission plane?

 5              MS. MEDETIS:  Objection.  Relevance.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  It was an organization called Agape

 8    Flights.

 9    BY MR. HOROWITZ:

10    Q.   They have their own airline?  Did they have their own

11    airline?

12    A.   They had their own plane.

13    Q.   Where they sell tickets on those flights?

14    A.   Not usually.  It was a plane used to haul in supplies for

15    missionaries and their mail.  But, on occasion, they would give

16    you a seat or sell you a seat to be able to fly in or out.

17    Q.   How much was the seat?

18    A.   I cannot remember.

19    Q.   How much money did you contribute?

20    A.   I cannot remember that either.  I know I did, but I

21    couldn't tell you how much.

22    Q.   Is it your understanding that Bill, while he was living in

23    the United States, was living in Michigan or Ohio?

24    A.   Ohio.

25              MS. MEDETIS:  Relevance.  Objection.  Calls for

 1   speculation.

 2          THE COURT:  Sustained.

 3   BY MR. HOROWITZ:

 4   Q.  After Bill left on this flight to Sarasota-Bradenton, you

 5   didn't see him again until Pastor Skinner's church that you've

 6   testified about?

 7          MS. MEDETIS:  Your Honor, I would object to the

 8   location of the flight as to Sarasota-Bradenton.  The witness

 9   speculated as to where the flight landed; and, therefore, those

10   facts are not in evidence.

11          MR. HOROWITZ:  Judge, I object to the Government's

12   characterization of the testimony.

13          THE COURT:  Sustained.

14          Rephrase your question.

15   BY MR. HOROWITZ:

16   Q.  After taking Bill to the airport, when is the next time you

17   saw him?

18   A.  It would have been in West Palm Beach at Pastor Bennie

19   Skinner's church, in a meeting.

20   Q.  And that's the same Bennie Skinner that we talked about.

21   Correct?

22   A.  I believe so.  Yes, it is.

23   Q.  And you went to Pastor Skinner's church because -- you went

24   to Pastor Skinner's church to try to stop Bill from going to

25   Egypt; did you not?

McCrum - CROSS - By Mr. Horowitz                        22

1    A.   No, sir.  That was not why I went to Pastor Bennie

2    Skinner's church.

3    Q.   You had made allegations against Bill at this time; had you

4    not?

5    A.   Yes, I did.

6    Q.   And those allegations were never made to law enforcement,

7    were they?

8    A.   No, sir.

9    Q.   As a matter of fact, the first time you talked to law

10   enforcement at all regarding events from 1977 to present was in

11   2012; was it not?

12   A.   That's probably correct.

13   Q.   You were upset with Bill; were you not?

14   A.   Bill was my friend.  And for the longest time, I was not.

15   But at the end, I was because it seemed like it was not going

16   to end.

17   Q.   He was your friend.  Yet five years previously you

18   literally kicked him out of Haiti, according to your testimony.

19   A.   Well, because of what he was doing there.  That's why I

20   told him that he needed to go.  He could not stay and continue

21   to have sex -- sexual relations with those young boys there.

22   Q.   But you had never seen that, had you?

23   A.   I only heard it come from his mouth.

24   Q.   Was anybody else around when it came from his mouth?

25   A.   I don't believe there was anyone else standing there at

```
 1    that moment, at that time.  But, usually, when Bill and I
 2    talked, it was Bill and I.
 3    Q.   Nobody else?
 4    A.   Except in Bible study when he once spoke up and said that
 5    he was struggling in those areas and needed prayer.
 6    Q.   Other than struggling in 1977, any other conversation you
 7    had with Bill was between the two of you; was it not?
 8    A.   Yes, sir.
 9    Q.   In 1986, you go to Bennie Skinner's church in West Palm
10    Beach.  Correct?
11    A.   Yes, sir.
12    Q.   What was the name of the church?
13    A.   I can't remember, sir.  Sorry.
14    Q.   Was it a large building or a small building?
15    A.   It was a smaller church.
16    Q.   And you had contacted Bennie Skinner, had you not -- Pastor
17    Skinner?  I apologize.
18    A.   Yes.  Because Bill had called me and wanted to come visit
19    me.  And my communication with Pastor Bennie was that I needed
20    to let him know what was going on with Bill.
21    Q.   And you were upset with Bill because he was using your name
22    as a recommendation; was he not?
23    A.   If I'm allowed, I'll tell you the situation.
24         I had missionaries who came to me.  I was at the Caribbean
25    Christian Center in Port-au-Prince, working there, and I had
```

 1    friends of mine who were missionaries who came and said, "Hey,

 2    we met somebody who knows you."  The first one said, "We met

 3    somebody that knows you."

 4        I said, "What's his name?"

 5        "I don't know.  We didn't get his name.  But he said that

 6    he knew you."

 7        Then I had somebody else come and they said, "We" --

 8             MR. HOROWITZ:  Your Honor, I would object to the

 9    hearsay.

10             MS. MEDETIS:  Judge --

11             THE COURT:  Wait for a question, sir.

12             Ask your next question.

13    BY MR. HOROWITZ:

14    Q.  Was Pastor Skinner sending money to your center in Haiti to

15    help support you?

16    A.  No, sir, he was not.

17    Q.  When you spoke at Pastor Skinner's church in West Palm

18    Beach regarding what you felt to be a problem that Mr. Carter

19    had, who was present?

20    A.  Pastor Bennie was there, his wife was there and -- I don't

21    know -- three or four other leaders in the church and then a

22    gentleman who I learned was going to be going on a trip to

23    Egypt with Bill.  I don't even know his name.

24    Q.  And Pastor Skinner did not cut you off, did he?  He let you

25    tell him pretty much everything that you had to say?

1   A.   Yes, he did.

2   Q.   The church elders had the opportunity and they did ask you

3   questions about what you told them.  Correct?

4   A.   Yes, they did.

5   Q.   And what you told them was pretty much the same thing

6   you've told these ladies and gentlemen of the jury.

7        Is that a fair statement?

8   A.   Pretty close.

9   Q.   Pastor Skinner asked you questions?

10  A.   No, he did not.  Because he and I previously spoke on the

11  phone and dealt with this.  I went to the church to talk to the

12  rest of the leaders.

13  Q.   And there came a point in time where Bill was permitted to

14  be present at the meeting as well?

15  A.   Yes.  I asked for him to be bought into the meeting.

16  Q.   And he was there; was he not?

17  A.   Yes, he was.

18  Q.   And the same allegations that you've told the ladies and

19  gentlemen of the jury were -- had an opportunity to be fully

20  aired before the church and church elders?

21  A.   Yes.

22  Q.   And at this meeting in 1986, did Pastor Skinner, his wife

23  and the church elders have an opportunity to speak with Bill?

24        MS. MEDETIS:  Objection.  Calls for speculation.

25        MR. HOROWITZ:  If he knows.

 1            THE COURT:  Rephrase your question.

 2            Sustained.

 3   BY MR. HOROWITZ:

 4   Q.  At this meeting, did Bill have a chance to speak?

 5   A.  Bill did have a chance to speak.

 6   Q.  And after you had the opportunity to tell church elders

 7   everything you've told this jury, Bill was sent to Egypt; was

 8   he not?

 9   A.  I do not know.  I understand that he went to Egypt.  But I

10   don't know if he was sent there by them or if he went with this

11   other fellow on his own.  I do not know.

12   Q.  He went with the church's blessing; did he not?

13            MS. MEDETIS:  Objection.  Calls for speculation.

14   Objection.  Argumentative.

15            THE COURT:  Sustained.

16            MR. HOROWITZ:  May I have one moment, your Honor?

17            THE COURT:  Yes.

18            MR. HOROWITZ:  No further questions.

19            Thank you, your Honor.

20            THE COURT:  Redirect.

21            MS. MEDETIS:  If I may, your Honor.

22                      REDIRECT EXAMINATION

23   BY MS. MEDETIS:

24   Q.  Mr. McCrum, on cross-examination, you were asked about a

25   supposed letter that your wife wrote.

McCrum - REDIRECT - By Ms. Medetis          27

1        What was the purpose of the letter?

2   A.   Bill asked for anyone in the meeting if they would write a

3   letter in support of him.  He was trying to adopt a young boy,

4   child.

5        We were all brand new to this fellowship.  We did not

6   really know Bill.  I mean, I hate making excuses after the

7   fact, but we didn't know him.

8        My wife has such a heart, wanted to help, and she wrote a

9   letter and -- to help support it.  But he never was able to

10  adopt the child.

11  Q.   When you say "child," what was the gender?

12  A.   Boy.

13  Q.   Do you know how old the boy was?

14  A.   I cannot remember.

15  Q.   And was this letter written before or after the Defendant

16  confessed his sexual acts with young boys to you?

17  A.   It was written before.

18  Q.   On cross-examination, you were asked if you sought Bill out

19  when you were in Haiti.  You had said that you did.

20       Why did you seek Bill out when you were in Haiti?

21  A.   Well, eventually, I sought him out because he kept running

22  into my friends, telling me [sic] that he knew me, and I only

23  knew that there was a guy by the name of Bill and I had no idea

24  that it was Bill.

25  Q.   What was your purpose for going to the Defendant in Haiti?

```
  1   A.   Because I was told by the last missionary --

  2            MR. HOROWITZ:  Objection.

  3            THE COURT:  Sustained.

  4   BY MS. MEDETIS:

  5   Q.   What did you hope to accomplish when you went to confront

  6   Bill, the Defendant, in Haiti?

  7            MR. HOROWITZ:  Same objection.  Also as to form.

  8            THE COURT:  Overruled.

  9            THE WITNESS:  I went to see him because I had heard

 10   with --

 11            THE COURT:  Sir, don't say what you heard.

 12            THE WITNESS:  Oh.

 13            THE COURT:  Do not tell us what you heard.

 14            THE WITNESS:  Okay.  I went to see him because I knew

 15   that he was volunteering at an orphanage right outside of

 16   Port-au-Prince where there were -- where there was mostly young

 17   boys.

 18   BY MS. MEDETIS:

 19   Q.   And when you got there, what did the Defendant tell you he

 20   was doing with young boys?

 21   A.   I asked him the question that I would always ask him in our

 22   accountability, "Bill, are you still having problems?"

 23        When I would say that, what I was meaning with him -- and

 24   he knew this -- was he --

 25            MR. HOROWITZ:  Objection as to what he knew.
```

```
 1              THE COURT:  Sustained as to what he knew.

 2    BY MS. MEDETIS:

 3    Q.  When you asked the Defendant if he was still having this

 4    sexual problem with boys, what did he say?

 5    A.  He said he was.

 6    Q.  And why was it your desire to get the Defendant out of

 7    Haiti?

 8              MR. HOROWITZ:  Objection.  Relevance, beyond the

 9    scope.

10              THE COURT:  Overruled.

11              THE WITNESS:  Because I knew what he had done in the

12    past by his confession to me.

13              MR. HOROWITZ:  Objection.  Objection as to what he had

14    done.

15              THE COURT:  Sustained.

16              Rephrase your question.

17    BY MS. MEDETIS:

18    Q.  Why didn't you call Haitian police?

19    A.  This is no disrespect to the Haitian police.  But I

20    wouldn't turn my worst enemy over to the Haitian police,

21    especially back then, at that time.

22    Q.  Okay.

23    A.  But to be perfectly honest, I never had that -- even that

24    thought inside of me.  It was a different era then.  It wasn't

25    one where I felt that I needed to go out and find somebody, a
```

McCrum - REDIRECT - By Ms. Medetis                30

1   police or whatever, to deal with it.  I just felt to get him

2   off of the island as soon as I could.

3   Q.  Why didn't you go to the police in the United States, sir?

4   A.  I wasn't in the United States and I didn't -- again, I

5   didn't have what -- what proof do I have outside of his

6   confession to me?

7   Q.  There were a lot of questions about Pastor Skinner, if I

8   may ask some.

9       Had you ever met Pastor Skinner before your meeting with

10  him at the church in West Palm Beach in 1986?

11  A.  Yes.  I think that's where -- that's a little fuzzy for me

12  knowing him.  But I believe that I met him once at that

13  orphanage and -- but it was so brief that I had really

14  basically forgot.  But it all got tied together later on.

15  Q.  Okay.  And a little confusing on -- I was a little confused

16  or cross-examination.

17      Do you know whether Pastor Skinner was supporting the

18  orphanage where the Defendant was volunteering?

19  A.  I didn't know for sure.  I thought so, but I didn't know.

20  And at that time, I had no clue.

21  Q.  You were asked on cross-examination whether the Defendant

22  had an opportunity to speak at the meeting at Pastor Skinner's

23  church.  You had said "yes."

24      What did he say?

25  A.  I repeated everything to the elders and the pastor of

```
 1    what -- the accusations that I brought.  I looked Bill directly
 2    in the eye and I said, "Am I telling the truth or am I lying?"
 3        Bill said that I was telling the truth.  He said that to
 4    all of them.  He went on to talk about that he and I had been
 5    friends for a while, because some of those people were a bit
 6    upset that I came with those accusations against him.
 7    Q.   Okay.  If you were friends, why would you report him to the
 8    church?
 9    A.   Because we'd prayed and we did a lot through our
10    accountability to try to help him to get delivered, you know.
11    He went on a 40-day fast to help get delivered and then he quit
12    the day before, 39 days.
13            MR. HOROWITZ:  Objection, your Honor.
14            THE COURT:  Overruled.
15            THE WITNESS:  And so, at that particular time, I
16    thought, whatever we're doing doesn't seem to be working well.
17    And so, according to the Scriptures, he needed to be a man that
18    was marked so that other people won't be duped by anything that
19    he may try.
20    BY MS. MEDETIS:
21    Q.   Okay.  Why are you here today, sir?
22            MR. HOROWITZ:  Objection.
23            MR. ADELSTEIN:  Objection.
24            THE COURT:  Sustained.
25
```

```
 1   BY MS. MEDETIS:

 2   Q.  If the Defendant was your friend, what is your purpose for

 3   being here today?

 4           MR. HOROWITZ:  Same objection.

 5           THE COURT:  Sustained.

 6   BY MS. MEDETIS:

 7   Q.  On cross-examination, you were asked the name of the street

 8   on which the Defendant's orphanage was and the names of the

 9   people that were present at various meetings.  You couldn't

10   remember them because it's now been so long ago.

11      How is it that you remember the Defendant being at the

12   Bible studies all these years ago, sir?

13   A.  Because we were friends and it made a difference and

14   because of the situation that I went through with him.  It was

15   an unforgettable situation in my life.  And all I want to do is

16   tell the truth.

17           MR. HOROWITZ:  Objection.  Relevance.

18           THE COURT:  Overruled.

19   BY MS. MEDETIS:

20   Q.  I'm sorry.

21      What did you say, sir?  All you want to do is --

22   A.  Is to tell the truth.  I'm telling the truth.

23           MS. MEDETIS:  No further questions, your Honor.

24           THE COURT:  You may step down, sir.

25           Ladies and gentlemen of the jury, yesterday and today
```

1    you heard evidence of alleged acts of the Defendant on other

2    occasions that may be similar to the acts charged in the

3    indictment.

4            You may consider this evidence for any matter to which

5    it is relevant, including the Defendant's disposition or

6    propensity to commit the offenses charged in the indictment.

7            It is up to you to determine what weight, if any, such

8    evidence deserves.  You are cautioned, however, that the

9    Defendant is not on trial here for any acts not alleged in the

10   indictment.

11           Call your next witness.

12           MS. MEDETIS:  Yes, your Honor.

13           The Government calls Ian XxXxxxx.

14           And, your Honor, the Government would release

15   Mr. McCrum.

16           THE COURT:  He's released.

17           MS. MEDETIS:  Thank you.

18           (Witness excused.)

19           IAN XXXX XXXXXXX, GOVERNMENT WITNESS, SWORN

20           THE COURT REPORTER:  Thank you.  Please be seated.

21           Please state your name and spell it.

22           THE WITNESS:  Ian Xxxx XxXxxxx.

23                        DIRECT EXAMINATION

24   BY MS. MEDETIS:

25   Q.  Sir, you can move the microphone closer to you so you don't

1    have to lean in so much.

2    A.   Okay.

3    Q.   And I'd ask that you speak slowly so that the court

4    reporter can catch everything you say and we can all catch

5    everything you say.

6         Sir, can I call you Ian?

7    A.   Yeah.

8    Q.   And where do you live?

9    A.   Newquay, Cornwall, UK.

10   Q.   And where were you born?

11   A.   London.

12   Q.   When were you born?

13   A.   1963.

14   Q.   Do you have a month and a day for us as well?

15   A.   The 7th -- 31st of July.  Sorry.

16   Q.   And how old are you now, sir?

17   A.   49.

18   Q.   Do you have any brothers or sisters?

19   A.   Three brothers and one sister.

20   Q.   What are their names?

21   A.   Peter, Paul, Derek and my sister Sharon.

22   Q.   And where are you in the order of your siblings?

23   A.   I'm the youngest of the boys.

24   Q.   Is your sister younger than you?

25   A.   Yeah.

```
 1    Q.  Do you work, sir?

 2    A.  I'm a musician.  So I do gigs and I'm -- I write songs.

 3    That's pretty much all I do.

 4    Q.  And where did you grow up?

 5    A.  Southeast London.

 6    Q.  Any particular area of Southeast London?

 7    A.  Crystal Palace in Penge.

 8              THE COURT:  Can you move the microphone just a drop

 9    away from you, sir.

10              THE WITNESS:  Sorry?

11              THE COURT:  Just move the microphone just a little bit

12    away.  It makes some interference.

13              THE WITNESS:  How's that?

14              THE COURT:  That's good.

15              THE WITNESS:  Okay.

16    BY MS. MEDETIS:

17    Q.  You said Crystal Palace in Penge?

18    A.  Yeah.

19    Q.  And that's in London.  Yes?

20    A.  Yeah.

21    Q.  And who did you live with growing up?

22    A.  My brothers, sister and my mother.

23    Q.  What about your father?

24    A.  No.  He lived in North London.  They were separated, my mum

25    and father.
```

1   Q.  How old were you when your family -- your parents

2   separated?

3   A.  Well, I can't remember them being together.  So it was

4   probably around when I was 2 or 3 years old.

5   Q.  Do you know a man by the name of William Charles Harcourt?

6   A.  Yes, I do.

7   Q.  And do you see him in the courtroom today?

8   A.  Yes, I do.

9   Q.  Could you please point to him and describe what he's

10  wearing.

11  A.  Over there.  He's wearing a blue shirt.

12          MS. MEDETIS:  Your Honor, if the record could reflect

13  that the witness has identified the Defendant.

14          THE COURT:  It will so reflect.

15  BY MS. MEDETIS:

16  Q.  And do you know a man named Bill Carter -- I'm sorry --

17  Bill Harcourt?

18  A.  Yes.

19  Q.  And is he in the courtroom today?

20  A.  Yes.

21  Q.  Could you tell us what he's wearing and point to him.

22  A.  A blue shirt.

23          MS. MEDETIS:  Your Honor, if the record could reflect

24  the witness having identified the Defendant as Bill Harcourt.

25          THE COURT:  It will so reflect.

 1   BY MS. MEDETIS:

 2   Q.   When did you first meet the Defendant?

 3   A.   When I was around 11 or 12, I think it was.  Probably 11.

 4   Q.   And where did you meet him?

 5   A.   Crystal Palace.  He used to come and pick other kids up who

 6   were in care to take them out places.  We were always hanging

 7   around when he came to pick them up, and we met him through

 8   that.

 9   Q.   When you say other kids in care, what do you mean?

10   A.   There was friends of ours that were in -- you know, had

11   been in trouble and stuff.  So they were under -- you know,

12   they had carers looking after them and stuff.  I think they

13   might have been in care homes or at least looked after by the

14   social services.

15   Q.   Like boys' homes, you mean?

16   A.   Yeah.

17   Q.   And tell me about when you first meet the Defendant.  What

18   was that like?

19   A.   We just -- I think the first time we met him, he was just

20   taking a bunch of other kids out.  We were never invited.  We

21   couldn't go because, obviously, we wasn't in care.

22        And one day he just -- he said -- he just invited us along.

23   I can't remember who exactly at first.  But, you know, me and

24   my sister went.

25        And then he started inviting my family more and more as

I. XxXxxxx - DIRECT - By Ms. Medetis          38

 1  they started taking the other kids out.  We started going out

 2  with them, bowling and, you know, movies and stuff.

 3  Q.  And where else would the Defendant take you other than

 4  bowling and movies?

 5  A.  McDonald's, theater, I think, at one point.

 6  Q.  Who paid for those things?

 7  A.  I'm not sure, actually.  I mean, we didn't.

 8  Q.  You did not?

 9  A.  No.

10  Q.  And were those things that you did with your mother as

11  well?

12  A.  No.  With my father we did, but not with my mother.

13  Q.  Why couldn't you do those things with your mother?

14  A.  Well, it was five of us and probably couldn't afford it.

15  Q.  Did there ever come a time after you met the Defendant when

16  the Defendant did anything sexual with you?

17  A.  Yes.

18  Q.  And can you tell us, if you remember, the first time he

19  tried to do something.

20  A.  Well, the first time I remember was, I think, 73 Palace

21  Road.  I can't remember whose idea it was, but we set a tent up

22  in the back garden.

23     I liked the idea of actually staying out in tent on my own.

24  I can't remember if it was Bill's idea or where the tent came

25  from.  I just remember we put a tent up in the back garden.

I. XxXxxxx - DIRECT - By Ms. Medetis          39

1      So I decided to sleep in the tent, you know, camp out.  And

2  during the night, Bill got in the tent and basically got his

3  penis out and -- I was, you know, basically pretending to be

4  asleep, you know.  He didn't try to wake me.  He just got his

5  penis out and got my hand and started rubbing it on his penis.

6  Q.  When the Defendant got into the tent, where did he go?

7  A.  Sorry?

8  Q.  Where did he go when he got into the tent?  What did he do?

9  A.  He laid behind me.

10 Q.  Did you have your back --

11 A.  I was facing -- laying on my side.  He was laying behind

12 me.

13 Q.  I'm sorry.

14     I said you were laying on your side?

15 A.  Yeah.

16 Q.  And then what happened next?

17 A.  Well, he just -- I just felt, you know -- I knew he was

18 getting close to me.  I woke up.  I knew he was starting to rub

19 himself against me.  And I knew, at some point, you know, he'd

20 gotten his penis out.

21     He was rubbing himself up against me more than anything,

22 but then actually tried to get my hand and -- I just remember

23 touching his penis.  You're obviously going to remember that

24 because it's the first time you've ever felt anything like

25 that.

1   Q.   Was his penis erect when you touched it?

2   A.   Yeah.

3   Q.   And how did your hand get on to the Defendant's penis?

4   A.   He put it on there.

5   Q.   And after he put it on there, what happened?

6   A.   Well, he was just rubbing, basically.

7   Q.   Did he hold his hands on top of yours?

8          MR. ADELSTEIN:  Objection.  Leading.

9          THE WITNESS:  Yeah.

10         THE COURT:  Sustained.

11         Rephrase your question.

12         Sir, if there's an objection, you need to wait until

13  I've ruled on it.  If I sustain the objection, you cannot

14  answer the question.  If I overrule the objection, then you can

15  answer.  Okay?

16         Rephrase your question.

17  BY MS. MEDETIS:

18  Q.   After the Defendant put your hand on his penis, what did

19  the Defendant do with his hand?

20  A.   He was rubbing his own penis with my hand as well.

21  Q.   And how long did that last?

22  A.   I'm not really sure, to be honest.  You know, ten minutes,

23  maybe longer.  I mean, I just froze, you know.  You're just

24  trying to....

25  Q.   And how did it stop?  What happened to cause it to stop?

1    A.  He just stopped.  Maybe -- I can't say for sure, but

2    maybe --

3                MR. ADELSTEIN:  Objection.

4                MS. MEDETIS:  I'll move on, Judge.

5                THE COURT:  Okay.

6    BY MS. MEDETIS:

7    Q.  After that first incident that you recall, what, if

8    anything, else sexual did the Defendant do with you?

9    A.  On another occasion, he tried to perform anal sex on me.

10   Q.  When he did that, can you please tell the ladies and

11   gentlemen of the jury what it is he did.

12   A.  Sorry.  Can you repeat that.

13   Q.  When the Defendant attempted to perform anal sex on you,

14   how did he do that?

15   A.  Again, you know, this is when you're asleep.  And I just --

16   you just wake up and slowly you -- he's taken my underwear

17   down.  And then I'm lying on my side.  I woke up on my side.  I

18   don't remember.

19       But then, basically, he'd start rubbing between my buttocks

20   and then trying to insert his penis by slipping it -- laying

21   down, trying to slide -- by the side of me, lying in the bed,

22   and trying to insert his penis into my anus.

23   Q.  When you say he was rubbing, what was he rubbing on you?

24   A.  He was rubbing himself against me, you know, rubbing his

25   penis.  I don't know.  Maybe trying to lubricate it or

```
 1   something.

 2   Q.   And was the Defendant ever able to insert his penis into

 3   your anus?

 4   A.   No.  I just squeezed as hard as I could, basically.

 5   Q.   And where were the Defendant's hands or what was the

 6   Defendant doing with his hands as he tried to insert his penis

 7   into your anus?

 8   A.   Well, he -- it's a weird thing because it's almost like

 9   he's trying not to wake you up.  So he'd have his arm maybe on

10   my -- if I'm laying on my side, he's have his arm around me

11   that way.

12        But you could feel a sort of shaking thing as he was trying

13   to maneuver himself because you -- it's just a weird thing.

14   It's almost like he's trying not to wake you up.  So I felt a

15   shaking thing as he's trying to, you know, get himself into

16   position.

17   Q.   You felt the Defendant shaking?

18   A.   Yeah.

19   Q.   Did the Defendant say anything to you at this time?

20   A.   Never.

21   Q.   How many times did the Defendant try to do this to you?

22   A.   The times I remember, three, that I can definitely

23   remember.

24   Q.   And these three occasions when the Defendant tried to

25   insert his penis into your anus:  Where did that happen?  Do
```

1    you remember the locations?

2    A.   Stevenage.

3    Q.   What is Stevenage?

4    A.   He ran a children's home in Stevenage.  We used to visit

5    there.  We were allowed to go and stay and hang out with the

6    other kids, play pool.  He had his own apartment at the end of

7    it.  That's what I remember the first time.  I think it was

8    there.

9    Q.   Do you remember the other two times where you were when he

10   tried to do that?

11   A.   I think Crystal Palace.  But for some reason, Stevenage

12   stays in my mind more than anything.

13   Q.   When you say Crystal Palace, whose home in Crystal Palace?

14   A.   Bill's house.

15   Q.   Did he at some point when you knew him live in Crystal

16   Palace?

17   A.   Sorry?

18   Q.   At the point when you knew him, did he live in Crystal

19   Palace?

20   A.   Yes.

21   Q.   And did you visit his home in Crystal Palace?

22   A.   Yes.

23   Q.   How often did you visit there?

24   A.   I'm not sure, you know.  Quite often.

25   Q.   And when you visited, did you sleep there?

1    A.   Sometimes.

2    Q.   Did the Defendant do anything sexual to you at his

3    apartment in Crystal Palace?

4    A.   Yeah.  That was the first time he -- I actually remember

5    him performing oral sex on me.

6    Q.   Can you please, if you can, tell the ladies and gentlemen

7    of the jury what happened that night.

8    A.   The same thing again.  It's while you're asleep.  And then

9    you -- you know, obviously, you wake to him actually trying to,

10   you know, take your underwear off, maneuver you, you know --

11   Q.   How did he maneuver you?

12   A.   Well, he just slowly turned you over.  I don't know if

13   you've got children, but it's like with my -- it's like putting

14   my kids to bed when they were young and trying to take their

15   clothes off without waking them, you know, because you don't

16   want to disturb them.  That's the only way I can describe it.

17   Q.   What happened after he took your clothes off?

18   A.   Well, that was the first time I actually remember that he

19   performed oral sex on me because that was obviously quite a big

20   thing.

21   Q.   And what did he do with his hands as he performed oral sex

22   on you?

23   A.   I really couldn't say.  I can suspect what he was doing,

24   but I --

25   Q.   Approximately how old were you when he first performed oral

1   sex on you?

2   A.  I think I was 12.

3          MS. MEDETIS:  Your Honor, permission to publish

4   previously admitted Government's Exhibit 77?

5          THE COURT:  You may.

6   BY MS. MEDETIS:

7   Q.  Ian, I'm showing you what's been admitted as Government's

8   Exhibit 77.

9          Do you recognize that?

10  A.  Yeah.

11  Q.  And are you in that photograph?

12  A.  Yeah.

13  Q.  Could you underline where you are in that photograph.

14  A.  (Witness complies.)

15  Q.  And who else is in that photograph?

16  A.  Peter, Derek and Paul.

17  Q.  Are those your brothers?

18  A.  Yeah.

19  Q.  Where was the photograph taken?  Do you remember?

20  A.  That was a Bill's flat in Crystal Palace.

21  Q.  And approximately how old are you in that picture?

22  A.  I'm either 12 or 13 there.

23  Q.  After that first incident where the Defendant performed

24  oral sex on you, did he ever do that again to you?

25  A.  Yeah.  A few times, I mean.  But they all get -- after a

 1   while, they get blurred into -- I mean, there is occasions

 2   because they are occasions, like the first time at that flat.

 3   I remember that.  The first time at Stevenage with the anal

 4   sex.  Because there -- but they happened again.  But locations,

 5   you know, they were always different.  So....

 6   Q.  Did there come a time when the Defendant left London for

 7   the United States while you knew him?

 8   A.  No -- what?  The first time he went to the United States?

 9   Q.  Did he travel to the United States while you knew him?

10   A.  While I was with him?  While I knew him?

11   Q.  Yes.

12   A.  I think he did.  Yeah.

13   Q.  Do you remember him taking your brother to the United

14   States?

15   A.  Yeah.

16            MR. ADELSTEIN:  Objection.  Leading.

17            THE COURT:  Sustained.

18            Rephrase your question.

19   BY MS. MEDETIS:

20   Q.  When the Defendant traveled to the United States, if you

21   know, who did he take with him?

22   A.  He took my brother Derek to --

23   Q.  Do you remember when that was or how old you were?

24   A.  I'm not sure.  Maybe when I was 13, I think.

25   Q.  And what was the purpose of Derek traveling to the United

1    States?

2    A.  He was going to go to school.

3            MR. ADELSTEIN:  Objection.  Calls for hearsay.

4    BY MS. MEDETIS:

5    Q.  If you know.

6            THE COURT:  Overruled.

7            If he knows, he can answer.

8            THE WITNESS:  He was going to go to school.

9    BY MS. MEDETIS:

10   Q.  Did you ever visit the Defendant and your brother Derek in

11   the United States?

12   A.  Yes, I did.

13   Q.  And how old were you when you visited?

14   A.  I think I was maybe 14 or still 13, going on 14.  But maybe

15   14.

16   Q.  And when you visited the Defendant and your brother Derek,

17   where in the United States did you stay?

18   A.  Bellbrook, Ohio.

19   Q.  And who did you stay with?

20   A.  Al and Donna Shuh.

21   Q.  Did you sleep in the Shuhs' home?

22   A.  Yeah.

23   Q.  And where did you sleep in the Shuhs' home?

24   A.  You know, I can't remember.  I'm not sure if I shared a

25   room with Derek or not.  I really can't recall.  Or I might

```
 1   have shared with Buddy, maybe, the younger son.

 2              MR. ADELSTEIN:  Objection.

 3              THE WITNESS:  Sorry.

 4              THE COURT:  Sustained.

 5   BY MS. MEDETIS:

 6   Q.  Ian, if you don't remember, don't try to guess.  You can

 7   just say you don't remember.

 8   A.  Yeah.  Sorry.

 9   Q.  Did the Defendant ever do anything sexual with you when you

10   visited the United States for the first time?

11   A.  I really can't recall.

12   Q.  Aside from that visit, did you ever visit the Defendant and

13   your brother again in the United States?

14   A.  Yes.  I went back again, I think, the following summer.

15   Because the first time I went, Al and Donna liked me.  So they

16   said, if I wanted to go to school as well, I could come back

17   out.

18       So I did, I think, the following summer.  I went out.  But

19   they had moved to Beavercreek, Ohio, and I stayed in

20   Beavercreek, Ohio.

21   Q.  How old were you then?

22   A.  14.

23   Q.  And on this particular -- this second visit to the United

24   States, did the Defendant do anything sexual with you?

25   A.  Yeah.  He tried to -- again, there was one night he tried
```

1   to -- because there were so many different people -- we were

2   sharing a room with a lot of people there.  So it was obviously

3   harder.

4       But one night, you know, he did -- the one that I can

5   remember mostly is when he actually was trying it.  And I woke

6   up, but this time I woke up with such a start.  It was pitch

7   black because we shared the basement.

8       I woke up with such a start that -- it was pitch black and

9   I could hear Bill trying to get back to his bed, falling over

10  everything as he was doing it because he was obviously trying

11  not to wake me up and wake the other people up in the room.

12  Q.  And what did he try to do that night?

13  A.  Well, you know, what he usually does.

14  Q.  Which was what, sir?

15  A.  Either masturbate me or, you know, oral sex or whatever.

16  Q.  And what room was this in?

17  A.  We shared a basement.

18  Q.  When you say "we," who do you mean?

19  A.  I'm not sure if all the brothers were there at the time.

20  But it was Buddy, I think, and one of the eldest sons, Buddy

21  and Billy, maybe.  But my brother Derek, I think, at that point

22  shared with -- the room downstairs as well.

23  Q.  And where in the house did the Defendant sleep at this

24  time?

25  A.  I'm not really sure.  He may have had a bed down there that

 1   night.  I don't know.  I can't remember that part.

 2   Q.  Did there ever come a time during that second visit in the

 3   United States when you told somebody about the sexual abuse --

 4           MR. ADELSTEIN:  Objection.  Leading.

 5           THE COURT:  Sustained.

 6           Rephrase your question.

 7   BY MS. MEDETIS:

 8   Q.  Did you ever tell anybody about what Bill was doing

 9   specifically to you?

10   A.  Yes, I did.

11   Q.  Who did you tell?

12   A.  I told Al and Donna, Bill's sister and brother-in-law.

13   Q.  What did you tell them about you?

14   A.  I said that Bill had been sexually abusing me for, you

15   know, a while.

16   Q.  Did you detail the kinds of things that the Defendant was

17   doing?

18           MR. HOROWITZ:  Objection.  Leading.

19           THE COURT:  Sustained.

20           Rephrase your question.

21   BY MS. MEDETIS:

22   Q.  When you said "sexual abuse," did you describe --

23   A.  Yeah.  They pretty much knew what I was talking about.

24           MR. ADELSTEIN:  Objection.  Nonresponsive.  Calls for

25   hearsay.

```
 1              THE COURT:  Sustained.

 2              Rephrase your question.

 3              MR. ADELSTEIN:  Move to strike.

 4              THE COURT:  The motion to strike is granted.

 5              The jury is instructed to disregard the last answer of

 6   the witness.

 7              Ask your question.

 8   BY MS. MEDETIS:

 9   Q.  What did you tell Alan --

10   A.  I told Alan --

11              THE COURT:  Sir, you need to let her finish the

12   question first.

13              THE WITNESS:  Okay.

14              THE COURT:  Because the court reporter is taking down

15   everything that everybody says and, if you talk over the

16   lawyer, it's very hard for her to make the record.  Okay?

17              THE WITNESS:  Sorry.

18              THE COURT:  Go ahead.

19              Do you have some water there?  You can take some water

20   if you want.

21              THE WITNESS:  No.  I'm okay for the minute.

22   BY MS. MEDETIS:

23   Q.  What did you tell Al and Donna Shuh about you?

24   A.  That Bill had been touching me.

25   Q.  Without telling us what anybody said, how did Donna and Al
```

```
 1    Shuh react?

 2            MR. ADELSTEIN:  Objection.

 3            THE COURT:  Sustained.

 4            Rephrase your question.

 5    BY MS. MEDETIS:

 6    Q.   Without telling us what anybody said, what happened after

 7    you told Al and Donna about what the Defendant did to you?

 8            MR. ADELSTEIN:  Objection.

 9            THE COURT:  Grounds?

10            MR. ADELSTEIN:  Form, speculation, calls for hearsay.

11            THE COURT:  Overruled.

12            Don't say anything that anybody said, sir.

13            THE WITNESS:  They started to cry.

14    BY MS. MEDETIS:

15    Q.   What happened the next day?

16    A.   Bill was made to --

17            MR. ADELSTEIN:  Objection.  Calls for hearsay.

18            THE COURT:  Rephrase your question.

19            MS. MEDETIS:  Certainly.

20    BY MS. MEDETIS:

21    Q.   Without telling us what anybody said, did you see the

22    Defendant the next morning?

23    A.   Yes, I did.

24    Q.   Did you speak to the Defendant the next morning?

25    A.   No.  He wouldn't speak to me.  He --
```

1          MR. ADELSTEIN:  Objection.

2          THE COURT:  Overruled.

3          MR. ADELSTEIN:  Any other answer would be

4   nonresponsive.  Did he speak to him?  The answer is "no."

5          THE COURT:  Overruled.

6   BY MS. MEDETIS:

7   Q.  What did he do?

8   A.  He was -- I remember he was pouring a coffee in the kitchen

9   and I was in the lounge area.  And, basically, he just looked

10  over at me and just went like (indicating), but he couldn't say

11  anything.

12      He couldn't tell me off or anything because I think Donna

13  or Al or someone else was in the room.  But he just looked at

14  me and (indicating).

15  Q.  Could you describe the look he gave you?  Because the court

16  reporter can't capture facial expressions.

17  A.  He looked like he wanted to strangle --

18          MR. ADELSTEIN:  Object to what he looked like.  Calls

19  for speculation.

20          THE COURT:  Sustained.

21  BY MS. MEDETIS:

22  Q.  Could you describe his demeanor in the facial expression he

23  gave you.

24  A.  He looked very angry.

25  Q.  After you told Al and Donna what happened -- or what the

1    Defendant was doing to you, where did the Defendant sleep?

2              MR. ADELSTEIN:  Objection.  Leading.

3              THE COURT:  Overruled.

4              THE WITNESS:  He was made to sleep outside.  He had a

5    four-wheel Dodge truck and they've got a back thing that slots

6    onto it, which has got like a sleeping cabin in it.

7              He could remove that from his truck, and I remember he

8    was actually staying in that at some point.

9    BY MS. MEDETIS:

10   Q.  And where in relation to the house was that?

11   A.  By the garage outside.

12   Q.  Outside the house by the garage?

13   A.  Yes.

14   Q.  Thereafter, after the Defendant moved into the outside

15   trailer by the garage, did the Defendant do anything sexual to

16   you while you were in the United States for that trip?

17   A.  I don't recall.  No.

18   Q.  Did there come a time when you returned to England?

19   A.  Yeah.

20   Q.  After you returned to England, did you ever see the

21   Defendant again?

22   A.  Yeah.

23   Q.  When was that?

24   A.  Well, I saw him -- I actually went back to the States for a

25   little while with my friend, Mark Brown.  We stayed there for

1   about three months.

2   Q.   And then what about in England?  Did you ever see --

3   A.   Then I saw him --

4   Q.   If you could just wait for me to finish my question.

5   A.   Sorry.

6   Q.   Did you ever see the Defendant again in England?

7   A.   Yes, I did.

8   Q.   When was that?

9   A.   Around about 1983.

10  Q.   And how did you come to see him?

11  A.   He actually just came to our house, knocked on the door,

12  which was a bit of a surprise.

13  Q.   Did you speak with him?

14  A.   Yes, I did.

15  Q.   Who asked to speak with whom?

16  A.   Sorry?

17  Q.   Who asked to speak with whom?

18  A.   He asked to speak with me.

19  Q.   And did you speak with him?

20  A.   Yes, I did.

21  Q.   And where did you speak with him?

22  A.   We had a talk in McDonald's in Penge, which is where we

23  were living.

24  Q.   And what did the Defendant say to you?

25  A.   He asked me to forgive him.

1    Q.   For what?

2    A.   For what he had done to me in the past.

3    Q.   And when you say what he had done to you, what do you mean

4    by that?

5    A.   For the sexual abuse.

6    Q.   And after he asked you to forgive him, what happened next?

7    A.   It's hard to explain.  He'd been going to a church in the

8    States and that they knew he had a problem.

9              MR. ADELSTEIN:  Objection.

10   BY MS. MEDETIS:

11   Q.   Is this what he told you?

12   A.   This is what he told me.

13             THE COURT:  Overruled.

14   BY MS. MEDETIS:

15   Q.   What else did he tell you?

16   A.   That he had -- there's a thing -- you know, he had a lot of

17   prayer and deliverance, which is -- you know, they said that --

18   he said to me that they said that, you know, there's some

19   demonic influence over him and why he did some of the things he

20   did.  So they prayed about that stuff and they suggested that

21   he got married.

22             MR. ADELSTEIN:  Objection.

23             THE COURT:  Sustained.

24             MS. MEDETIS:  Thank you, Judge.

25             THE WITNESS:  He told me he got married.

1    BY MS. MEDETIS:

2    Q.   No, sir.  Let me ask a question.

3    A.   Sorry.

4    Q.   What else did he say about the demonic influences?

5    A.   He actually said that he had prayer.  They had prayer and

6    deliverance, which is basically like exorcism, I suppose.  And

7    what he said to me was that he thought -- he knew he has got

8    demons, but he said that the closer he gets to God, they'll

9    just leave on their own accord; so, he doesn't quite need that

10   sort of prayer.  He didn't agree with them.

11   Q.   Did he tell you what he was doing in England?

12   A.   He said he was -- you know, he was going to go to Haiti,

13   you know, and he had started to describe, you know, his plan,

14   this Morning Star ministry thing.

15   Q.   Did he tell you what in Haiti he was going to do?

16   A.   I don't think he was specifically said he was -- exactly --

17   he was going to go there to help people, basically.

18   Q.   When he asked you forgiveness, sir, did you forgive him?

19   A.   Yes, I did.

20   Q.   Why did you do that?

21   A.   Because I'm a Christian.  That's what I'm supposed to do.

22        MS. MEDETIS:  Your Honor, the Government tenders the

23   witness.

24        THE COURT:  Cross-examination.

25        MR. ADELSTEIN:  Thank you.

                          CROSS-EXAMINATION

2   BY MR. ADELSTEIN:

3   Q.   Mr. XxXxxxx, we've never met.  So let me ask you a few

4   questions.

5        You described an incident that occurred in, I think, 197 --

6   well, let me ask you.

7        The incident that occurred in your yard --

8   A.   Yeah.

9   Q.   -- the tent --

10  A.   Yeah.

11  Q.   -- how old were you?

12  A.   I'm not sure.  Between 11 and 12.

13  Q.   That would be approximately what year?

14  A.   I haven't a clue.

15  Q.   About 1985?

16  A.   85?  '70-something.

17  Q.   I'm sorry.  1975.

18  A.   Yeah.  Maybe.  Yeah.

19  Q.   Give or take?

20  A.   Give or take.

21  Q.   '75, '76?

22  A.   Something like that.  I'm not sure.

23  Q.   And that occurred basically in your courtyard of your

24  house?

25  A.   No.  My backyard.

1  Q.  Backyard of your house?

2  A.  Uh-huh.

3  Q.  That was rather --

4          THE COURT:  You have to say "yes" or "no," sir.

5          THE WITNESS:  Oh, sorry.  "Yes."

6  BY MR. ADELSTEIN:

7  Q.  That was a rather frightening incident.  Correct?

8  A.  Well, I wouldn't forget it.  No.

9  Q.  And I assume that, since you were in your front -- I'm

10 sorry -- in your backyard of your house, that immediately you

11 ran and told your mother what happened.

12 A.  No.

13 Q.  You immediately told your father what happened?

14 A.  My father didn't live with me.

15 Q.  When you saw your father --

16 A.  No.

17 Q.  -- you immediately told him?

18 A.  No.

19 Q.  You told your older brother.  Correct?

20 A.  No.

21 Q.  You told your other brother.  Correct?

22 A.  No.

23 Q.  In fact, you told nobody.  Isn't that correct?

24 A.  Yeah.  I wouldn't tell anybody.

25 Q.  Okay.  Now, at that time, were you aware that your older

 1   brother was, in fact, seeing or going to the movies with

 2   Mr. Carter, Mr. Harcourt, as you've described?

 3   A.   Could you repeat that question, sir.

 4   Q.   Around this time, were you aware that your older brother

 5   was going to the movies and McDonald's with Mr. Harcourt?

 6   A.   I think we all were.  Yeah.

 7   Q.   In fact, did any brother tell you about any alleged abuse

 8   that Mr. Harcourt allegedly did to any of you?

 9   A.   Have they ever told me?

10   Q.   During this period of time.

11   A.   No.

12   Q.   Now, certainly, once that occurred, you did not want to

13   have any further contact with Mr. Harcourt because that was

14   somewhat a startling experience.  Correct?

15   A.   No.  It doesn't work that way.

16   Q.   It doesn't work that way?  You --

17   A.   You just pretend it never happened.

18   Q.   You pretend it didn't happen?

19   A.   Uh-huh.  Yes.

20   Q.   And you then described -- well, you pretended it didn't

21   happen.

22        And I assume that, since -- you were pretty close to your

23   brothers.  Correct?

24   A.   Uh-huh.

25   Q.   Is that correct?

1    A.   Yes.  Sorry.

2    Q.   I'm sorry.  I know what you mean, but the court reporter

3    doesn't.

4    A.   Yeah.

5    Q.   I assume that you wanted to protect your brothers and your

6    other siblings.  Correct?

7    A.   Yeah.  You just don't think it's happening to anyone else

8    but yourself.

9    Q.   So I assume that you would immediately tell them not to go

10   out -- or see Mr. Harcourt.  Correct?

11   A.   No.  You wouldn't.

12   Q.   You didn't do that?

13   A.   No.

14   Q.   Now, you also describe an incident that happened, I think,

15   at Crystal Palace.

16   A.   Yeah.

17   Q.   Was that at your apartment or in Bill's apartment?

18   A.   That was in Bill's apartment.

19   Q.   Did anything ever happen in your own apartment?

20   A.   I think there did.

21   Q.   I'm sorry?

22   A.   I think there did.  But, you know, specific timelines I

23   can't say now.

24   Q.   Did you ever tell either your mother, your father or your

25   siblings about those incidents when that happened?

 1   A.   No, I did not.

 2   Q.   During this period of time, did any of your siblings, your

 3   brothers, tell you about anything unusual that happened to

 4   them?

 5   A.   No, they did not.

 6   Q.   Okay.  Now, that happened in 19 -- I think you said '75,

 7   '76?

 8            MS. MEDETIS:  Your Honor, what happened counsel has --

 9            MR. ADELSTEIN:  Those incidents that we just talked

10   about.

11   BY MR. ADELSTEIN:

12   Q.   Is that correct?

13   A.   Yeah.  Around about there, I think.

14   Q.   Now, there came a time that your brother Derek went to the

15   United States alone with Mr. Harcourt?

16   A.   Yeah.

17   Q.   Do you recall what year that was?

18   A.   No.  Not the exact year.

19   Q.   Was that before or after the incidents that allegedly

20   occurred between you and Mr. Harcourt in '75 and '76?

21   A.   After.

22   Q.   After.

23        Prior to your brother going to the United States, did you

24   tell him about any of these alleged incidents that occurred

25   with you?

1   A.   No, I did not.

2   Q.   Did any brother tell you about any alleged incidents that

3   occurred with Mr. Harcourt?

4   A.   No.

5           MS. MEDETIS:   Objection.   Asked and answered.   I think

6   we've --

7           THE COURT:   Sustained.

8           MS. MEDETIS:   -- covered this.

9   BY MR. ADELSTEIN:

10  Q.   Now, he went to the United States.   And I may have asked

11  you that.

12     But do you remember approximately what year that was?

13          MS. MEDETIS:   Objection.   Asked and answered.

14          THE COURT:   Sustained.

15  BY MR. ADELSTEIN:

16  Q.   During the time that your brother Derek was in the United

17  States, did you communicate with him?

18  A.   We didn't have a phone at home.   So we must have done it by

19  letter, maybe.   I can't really recall.   Or we may have used a

20  call box.   I don't know.

21  Q.   The reason I say that is because there came a time that you

22  also wanted to come to the United States.   Correct?

23  A.   Well, I was invited.   Yes.

24  Q.   Who invited you?

25  A.   As far as I knew, Al and Donna Shuh.

1    Q.   Did you know Al and Donna Shuh?

2    A.   No, I did not.

3    Q.   And --

4         THE COURT:   Could you -- Mr. Adelstein, could you be

5    by a microphone, please.

6         MR. ADELSTEIN:   Yes.

7    BY MR. ADELSTEIN:

8    Q.   These strangers merely invited you to come to the United

9    States?

10   A.   Yeah.   Because they were -- they'd had my brother there

11   for, I think, almost a year by then.   So I don't know if it was

12   Bill's idea or their idea, by they basically flew me over for a

13   Christmas with my brother.

14   Q.   Do you know what year that was?

15   A.   No.

16   Q.   But that was your first trip to the United States.

17   Correct?

18   A.   Yeah.

19   Q.   And it was just you and your brother at this time?

20   A.   Yeah.   It might have been '77.   For some reason --

21   Q.   It might have been '77?

22   A.   It might have been.   I'm not sure.   I seem to remember --

23   because I've got a photo album at home with a -- it doesn't

24   matter.   Sorry.

25   Q.   And how long did you stay in the United States in 1977?

 1    A.   I'm not sure.  Eight weeks, maybe, six weeks.  I'm not

 2    sure.

 3    Q.   Did you see Bill?

 4    A.   Yeah.

 5    Q.   In fact, Bill was there that entire period of time.

 6    Correct?

 7    A.   Yes.

 8    Q.   Did you ever during this first trip talk to your brother

 9    Derek?

10    A.   No, I did not.

11    Q.   You never talked to him at all?

12    A.   I talked to him, yeah, but not about --

13    Q.   You never told him about any activities that allegedly

14    occurred between you and --

15    A.   No, I did not.

16    Q.   And he never told you about anything unusual?

17    A.   No, he did not.  No.

18         MS. MEDETIS:  Objection.  Asked and answered.  All of

19    this line of --

20         MR. ADELSTEIN:  It's different periods of time, your

21    Honor.

22         THE COURT:  Well, place it in time, then.

23         MR. ADELSTEIN:  I did.

24         MS. MEDETIS:  Defense counsel asked if ever the

25    boys -- the brothers talked to each other.

1          MR. ADELSTEIN:  That's not what I asked.

2          THE COURT:  Okay.  It doesn't go back and forth here.

3          Rephrase your question.

4   BY MR. ADELSTEIN:

5   Q.  In 1977, when you were at -- in the United States for eight

6   weeks, did your brother ever complain or tell you about any

7   alleged sexual activities that occurred between he and Bill?

8   A.  No.  I could see that he actually -- him and Bill weren't

9   getting on too well, but I --

10  Q.  Okay.  Then the answer --

11  A.  -- didn't know why.

12  Q.  -- is "no"?

13  A.  No.

14          THE COURT:  Mr. Adelstein, let him finish his answer,

15  please.

16          MR. ADELSTEIN:  Yes, ma'am.

17          THE WITNESS:  Yeah.  My brother -- I could tell that

18  my brother Derek -- they weren't getting on that well, but he

19  never told me -- they were arguing with each other quite a bit.

20  I just knew there was some tension between them, but I didn't

21  know what it was about.

22  BY MR. ADELSTEIN:

23  Q.  Did you ever tell your brother about it?

24  A.  No, I did not.

25  Q.  Now, you flew back to London?

1    A.   Yes.

2    Q.   And did Derek stay in the United States?

3    A.   Yes, he did.

4    Q.   Then you took a second trip, I think you said, in the

5    summer when you were approximately 14 years old?

6    A.   Yeah.

7    Q.   And how did that trip come about?  Did you ask to come back

8    or what?

9    A.   I think, at some point during the first trip, it was

10   mentioned that would I want to come out and go to school.

11        And I had said "yes," you know, yes, I would.  Because Al

12   and Donna liked me.  We got on.

13   Q.   By the way, in the first trip, did you ever tell Donna and

14   Alan Shuh about any alleged sexual misconduct you had with

15   Mr. Carter, Mr. Harcourt?

16   A.   No, I did not.

17   Q.   Now, who paid for your trip on this second time to the

18   United States?

19   A.   Al and Donna, I think.

20   Q.   And that would be 1978?

21   A.   Yeah.  Something like that.

22   Q.   Now, in that second trip, did you fly directly from London

23   to -- where?  Or where did you fly from?

24   A.   I think we usually flew into -- London into Detroit and

25   then drove from Detroit into Ohio.

I. XxXxxxx - CROSS - By Mr. Adelstein          68

1    Q.   Did there ever come a time that you flew from London to

2    New York?

3    A.   Yeah.  That was the first time I went.

4    Q.   The first time?

5    A.   Yeah.

6    Q.   Who picked you up in New York?

7    A.   Bill Harcourt, my brother Derek and his friend Doug.

8    Q.   And is that the trip where you went on a tour with the --

9    hold on -- let me get it -- with the Washington park police?

10   A.   Yeah.

11   Q.   So let me go back to that first trip.

12   A.   Okay.

13   Q.   Okay?

14        MS. MEDETIS:  Your Honor, objection.  Relevance.

15        THE COURT:  Overruled.

16   BY MR. ADELSTEIN:

17   Q.   You flew into New York?

18   A.   Yeah.

19   Q.   And Bill Harcourt picked you up?

20        MS. MEDETIS:  Objection.  Asked and answered.

21        THE COURT:  Sustained.

22   BY MR. ADELSTEIN:

23   Q.   You drove from New York, did you not, to -- and went on a

24   tour to -- with the Washington park police?

25   A.   Yeah.

 1   Q.   Okay.  Did you ever tell these police officers, the

 2   Washington park police, that the man you're traveling with

 3   allegedly molested you?

 4   A.   No, I did not.

 5   Q.   And then from -- well, from New York, you went to

 6   Washington; Washington you went to Ohio?

 7   A.   Yeah.  I think so.

 8   Q.   You also, did you not, go on a tour at the Empire State

 9   Building?

10   A.   Yeah.  My plane was delayed by fog.  So I got there a day

11   late.  They actually planned some other stuff.  So, basically,

12   we ran to the top of the Empire State Building.

13        And then I had to leave New York because we had to be in

14   Washington the next day.  So we just done like a real quick

15   run-around tour because I was a day late because of fog.  I

16   remember that.

17   Q.   Now, you stayed the second time in 1978 how long?

18   A.   I think around a year.

19   Q.   One year.

20        So from 19 -- the summer of 1978 to the summer of 1979?

21   A.   Something like that.  I'm not sure.

22   Q.   During that one-year period, did you ever report this

23   alleged sexual conduct to your brother Derek, who was --

24   A.   No, I did not.

25   Q.   Did he ever complain to you about any alleged misconduct?

```
 1   A.   No, he did not.

 2   Q.   Did you go to school there?

 3   A.   Yes, I did.

 4   Q.   You saw Bill on a regular basis during that year?

 5   A.   Yeah.  Not as much as -- you know, we were going out a lot

 6   more with Al and Donna there.  They used to take us bowling and

 7   pictures, movies and stuff with their kids.  So it was a little

 8   less.

 9   Q.   And then you returned to London.  Correct?

10   A.   Yes.

11   Q.   That would be approximately 1979, 1980, give or take?

12   A.   Yeah.  Thereabouts.

13   Q.   By the way, what type of music do you write?

14            MS. MEDETIS:  Objection.  Relevance.

15            THE COURT:  Sustained.

16   BY MR. ADELSTEIN:

17   Q.   From 1980 till -- I think you said in 1983 is the next time

18   you saw Bill.

19   A.   In London.  Yeah.  '83.

20   Q.   '83.

21        Did you ever report any sexual misconduct allegedly that

22   occurred between you and Bill to anyone?

23   A.   No.

24   Q.   Did your brothers ever report or tell you about any alleged

25   misconduct?
```

```
 1              MS. MEDETIS:  Objection.  Calls for hearsay.

 2    Objection.  Speculation.

 3              THE COURT:  Sustained.

 4    BY MR. ADELSTEIN:

 5    Q.   Then you made a -- by the way, by this time, did Derek come

 6    back to London or was he still in the United States?

 7    A.   Derek was in London then.

 8    Q.   Do you know how long Derek stayed in the United States?

 9    A.   I think around two years.  He graduated.  So I think two

10    years.

11    Q.   Okay.  Then there came a time, I think you said, that you

12    went back on a third trip to the United States.  Is that

13    correct?

14    A.   Yeah.

15    Q.   Could you tell me approximately what year that was.

16              MS. MEDETIS:  Objection.  Beyond the scope of direct

17    examination.

18              MR. ADELSTEIN:  He said he went on direct examination

19    with his friend.

20              MS. MEDETIS:  Objection.  Relevance.

21              MR. ADELSTEIN:  They asked the question.

22              THE COURT:  One moment, please.

23              MR. ADELSTEIN:  I'm sorry.  I apologize.

24              THE COURT:  Overruled.

25
```

1   BY MR. ADELSTEIN:

2   Q.   On this third trip to the United States, could you tell me

3   the year.

4   A.   Around maybe 1980, '81.  I'm not sure.

5   Q.   And how long did you stay in the United States?

6   A.   I think three months.

7   Q.   Who paid for your ticket?

8   A.   I did.

9   Q.   Who picked you up at the airport?

10  A.   Al and Donna Shuh, I think.

11  Q.   And you saw Bill.  Correct?

12  A.   Yeah.

13  Q.   And you went out to dinner with Bill and Donna and Alan.

14  Correct?

15  A.   I don't recall.

16  Q.   Did you in 1981 report this alleged abuse that you've

17  described to anyone?

18  A.   No.

19  Q.   Okay.  When is the first time you reported any of this

20  alleged abuse that occurred that you've described this morning

21  to any law enforcement person?

22  A.   To law enforcement?

23  Q.   Law enforcement.

24  A.   This time, when I was questioned for this.

25  Q.   And that would be not today, but at an earlier date.

1   Correct?

2   A.   Yeah.

3   Q.   Do you recall what year?  Was it last year?

4   A.   Two years ago.

5   Q.   Two years ago.

6       So the first time you reported any of this alleged abuse

7   was in 2011?

8   A.   Around about.  Yeah.

9   Q.   Okay.  And the first time you reported any of this

10  so-called abuse to any of your siblings was in 2011, also.

11  Correct?

12  A.   No.

13  Q.   When was that?

14  A.   I told -- I brought it up with my family around '96, maybe.

15  Q.   1996?

16  A.   Around about that time.

17  Q.   Some 20 years later?

18  A.   Yeah.

19  Q.   Okay.  You reported it first to your family 20 years after

20  the incident and then, if my math is correct, about 25 to

21  30 years after this alleged -- these alleged incidents to law

22  enforcement in 2011?

23  A.   Yeah.  It was the first time we talked about it as a

24  family, was in '96, because I actually brought it up.  I

25  brought the subject up at a family gathering.

1          MR. ADELSTEIN:  Could I have one moment, your Honor?

2          THE COURT:  Yes.

3          MR. ADELSTEIN:  I don't have anything further.  Thank

4    you.

5          THE COURT:  Redirect.

6          MS. MEDETIS:  Yes, your Honor.

7          THE COURT:  You know what?  We're going to take a

8    five-minute recess.  We're going to break for lunch early

9    today, but we're going to take five minutes.

10         Do not discuss this case either amongst yourselves or

11   with anyone else.  Have no contact whatsoever with anyone

12   associated with the trial.

13         Do not read, listen or see anything touching on this

14   matter in any way, including anything in the media, anything on

15   the Internet or anything on any access device.

16         If anyone should try to talk to you about this case,

17   you should immediately instruct them to stop and report it to

18   my staff.

19         You may leave your notebooks in your chairs.  Please

20   be back in the jury room in seven minutes.

21         (Whereupon, the jury exited the courtroom at

22   10:47 a.m. and the following proceedings were had:)

23         THE COURT:  You may be seated for a moment.

24         Sir, you are not to permit anyone to talk about your

25   testimony with you and you are not to talk with anyone about

```
 1    your testimony.
 2              THE WITNESS:  Okay.
 3              THE COURT:  You can talk with the prosecutors about
 4    scheduling issues, but not about your testimony.  Okay?
 5              THE WITNESS:  Okay.
 6              THE COURT:  We're in recess for seven minutes.
 7               (Thereupon a recess was taken, after which the
 8    following proceedings were had:)
 9              THE COURT:  We're back on United States of America
10    versus Matthew Andrew Carter, Case No. 11-20350.
11              Counsel, state your appearances, please, for the
12    record.
13              MS. MEDETIS:  Yes, your Honor.
14              Maria Medetis and Bonnie Kane on behalf of the United
15    States, with Special Agent Larko and Flores at counsels' table
16    as well.
17              MR. ADELSTEIN:  And good morning, your Honor.
18              Stu Adelstein and Phil Horowitz on behalf of
19    Mr. Carter, who is present.
20              THE COURT:  You can bring the witness in.
21              Let's bring in the jury.
22              (Whereupon, the jury entered the courtroom at
23    10:59 a.m. and the following proceedings were had:)
24              THE COURT:  You may be seated.
25              Come on up, sir.
```

1              (Witness takes the stand.)

2              THE COURT:  You are still under oath.

3              THE WITNESS:  Yes.

4              THE COURT:  You may proceed.

5                    REDIRECT EXAMINATION

6    BY MS. MEDETIS:

7    Q.   Ian, on cross-examination, you were asked if you ever told

8    your brothers about the incident with the Defendant in the tent

9    where the Defendant made you masturbate him.  You said "no."

10        Why didn't you tell your brothers?

11   A.   We just never did.  I mean, I don't know.  It was partly

12   shame.  You just pretend it's not happening.  Plus, you just

13   think it's happening to you, you know.  It's part of

14   psychology, I suppose.

15        The other thing is, it's always when you're supposed to be

16   asleep.  So you pretend it never happened anyway.

17   Q.   Why didn't you tell your mother about the tent incident?

18   A.   Sorry?

19   Q.   Why didn't you tell your mother about the tent incident?

20   A.   Just -- I don't know.  You just feel like you're going to

21   get in trouble.  You feel like you've done something wrong.

22   Q.   And the time in the Defendant's Crystal Palace apartment

23   where he performed oral sex on you for the first time, why

24   didn't you tell your brothers or your family or the police?

25   A.   Same thing.  You feel guilty in some way.  You just don't

1    want to talk about it.  You just don't want to talk about it.

2    Q.  And the times when the Defendant attempted to insert his

3    penis into your anus, those three times, why didn't you tell

4    your brothers, your mother or the police?

5    A.  Those are times where you definitely wouldn't because you

6    feel weird.  It was something you wouldn't talk about.  You

7    wouldn't talk about it.

8    Q.  Why didn't you warn your brothers about the Defendant when

9    you were in England?

10   A.  You just -- the weird thing is you actually just think it's

11   happening to you.  You don't think it's happening to anybody

12   else.  You just think it's you.

13   Q.  Why did you continue spending time with the Defendant in

14   England after he forced you to masturbate him, attempted to

15   insert his penis into your anus and perform oral sex on you?

16   A.  Again, you know, you're an 11-year-old kid.  I don't know.

17   I mean, I can't even say what I felt then as a kid.  All my

18   brothers were going out.  We were all going to the movies.

19   They're still doing --

20              MR. ADELSTEIN:  Objection.

21              THE WITNESS:  Sorry?

22              THE COURT:  Overruled.

23              You may finish your answer.

24              THE WITNESS:  Yeah.  You know, we're still, my

25   brothers and everybody else, friends.  They're still going to

 1    the movies and all that stuff.

 2             So, obviously, you still want to be doing that stuff.

 3    You're not -- it's not like a one-on-one with Bill all the

 4    time.  It's always with my brothers.  We're all going out

 5    together.

 6             So it's never like the next day Bill said, "Oh, yeah.

 7    Just me and you are going to go to the movies."  It was always

 8    with a group.

 9    BY MS. MEDETIS:

10    Q.  During your visits in the United States in 1977, 1978, were

11    there times -- well, during those trips, did you spend every

12    waking moment with the Defendant?

13    A.  No.

14    Q.  Was there times the Defendant was out of your sight?

15    A.  Yeah.

16    Q.  Do you know where the Defendant would go?

17    A.  No, I don't.

18    Q.  On cross-examination, you testified that the first time you

19    spoke about the Defendant's sexual abuse to law enforcement was

20    approximately two years ago.

21             Do you recall that?

22    A.  Yeah.

23    Q.  Who contacted whom?

24    A.  My brother contacted me first.

25             MR. ADELSTEIN:  Well, objection.  Calls for hearsay,

 1    then.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  My brother contacted me and said --

 4              THE COURT:  Don't tell us what he said.

 5    BY MS. MEDETIS:

 6    Q.  Don't --

 7              MS. MEDETIS:  Sorry, Judge.

 8              THE COURT:  Don't tell us what he said.

 9              Ask your next question.

10              THE WITNESS:  Okay.  I got --

11    BY MS. MEDETIS:

12    Q.  Who had contacted your brother?

13    A.  Agent Flores.

14              MR. ADELSTEIN:  Objection.  Calls for hearsay.

15              THE WITNESS:  Agent --

16              THE COURT:  One moment.

17              Sustained.

18    BY MS. MEDETIS:

19    Q.  Who initiated your contact with law enforcement?  Was it

20    you who reached out to law enforcement or law enforcement that

21    reached out to you?

22    A.  Law enforcement reached out to us, to me.

23    Q.  At that time, did you know about the Defendant's instant

24    arrest?

25    A.  No.

 1          MS. MEDETIS:  No further questions, your Honor.

 2          THE COURT:  You may step down, sir.

 3          (Witness excused.)

 4          THE COURT:  Ladies and gentlemen of the jury, you've

 5  just heard evidence of alleged acts of the Defendant on other

 6  occasions that may be similar to the acts charged in the

 7  indictment.

 8          You may consider this evidence for any matter to which

 9  it is relevant, including the Defendant's disposition or

10  propensity to commit the offenses charged in the indictment.

11          It's up to you to determine what weight, if any, such

12  evidence deserves.  You are cautioned, however, that the

13  Defendant is not on trial here for any acts not alleged in the

14  indictment.

15          Call your next witness.

16          MS. MEDETIS:  Your Honor, the Government calls Special

17  Agent Michael Bentolila.

18          MICHAEL BENTOLILA, GOVERNMENT WITNESS, SWORN

19          THE COURT REPORTER:  Please be seated.

20          Please state your full name and spell your last name.

21          THE WITNESS:  Michael Bentolila, B-e-n-t-o-l-i-l-a.

22          THE COURT:  You may proceed.

23                      DIRECT EXAMINATION

24  BY MS. MEDETIS:

25  Q.  Good morning, sir.

Bentolila - DIRECT - By Ms. Medetis          81

1   A.   Good morning.

2   Q.   Sir, where do you work?

3   A.   I work for the Department of Homeland Security, Homeland

4   Security Investigations, as a special agent.

5   Q.   I'm going to ask you to move the microphone only slightly

6   closer to you, but not so close that it causes interference.

7        I'm sorry.  You work for the Department of Homeland

8   Security, Homeland Security Investigations?

9   A.   Yes, ma'am.

10  Q.   And is that -- could we call it his for short?

11  A.   Yes.

12  Q.   What do you do there?

13  A.   I'm a special agent.

14  Q.   And what region of the country do you work in?

15  A.   I work in -- out of the Southern Florida region, Miami,

16  specifically.

17  Q.   Is that where your office is?

18  A.   Yes, it is.

19  Q.   And what are your duties and responsibilities as a special

20  agent for his?

21  A.   My duties and responsibilities entail me to investigate

22  crimes that affect the border of the United States.  More

23  specifically, I'm assigned to the cyber investigations group,

24  which deals with cyber crimes as well as child exploitation

25  crimes.

1    Q.   How long have you been with his?

2    A.   Ten years.

3    Q.   When you joined his, did you receive any training?

4    A.   Yes.

5    Q.   What kind of training did you receive?

6    A.   Well, upon hiring, we go to the -- to Glynco, Georgia,

7    where we have special agent training.  It's kind of like a

8    police academy.

9    Q.   And did you participate in the investigation of the

10   Defendant, Matthew Andrew Carter?

11   A.   Yes.

12   Q.   And tell us a little bit generally about the things that

13   his did as part of their investigation of the Defendant.

14   A.   Well, several subpoenas were drawn and applied for as well

15   as search warrants for e-mail accounts and subscriber records.

16   Q.   And other than the search warrant for the e-mail account,

17   were there any other searches conducted in this investigation?

18   A.   Yes.  On -- in May of 2011, his assisted the Haitian

19   National Police with the -- with the search warrant conducted

20   in Haiti on the -- of the Morning Star Center near

21   Port-au-Prince.

22   Q.   Okay.

23        MS. MEDETIS:  Your Honor, permission to publish what's

24   previously been admitted as Government's Exhibit 15?

25        MR. ADELSTEIN:  I'm sorry.  What number?

```
 1              MS. MEDETIS:  15.

 2              THE COURT:  One moment.

 3              You may.

 4              Are you going to use the ELMO?

 5              MS. MEDETIS:  The ELMO.  Yes, Judge.

 6    BY MS. MEDETIS:

 7    Q.   Agent Bentolila, I'm showing you what's been previously

 8    admitted as Government's Exhibit 15.

 9         Can you tell us what that is.

10    A.   This is a subpoena response from Yahoo e-mail services for

11    the -- for e-mail information and subscriber information

12    regarding a Yahoo account.

13    Q.   And what e-mail account is it regarding?

14    A.   getcarter2010@yahoo.com.

15    Q.   Can you please circle on your screen the part of the

16    document that shows you what account this information is for.

17    A.   (Witness complies.)

18    Q.   Generally speaking, when you say "subscriber information,"

19    what do you mean by that?

20    A.   It refers to the person who subscribed to that account as

21    far as the name and address.

22    Q.   And based on the records obtained from yahoo.com for the

23    subscriber information for the e-mail address

24    getcarter2010@yahoo.com, who does this e-mail account belong

25    to?
```

Bentolila - DIRECT - By Ms. Medetis          84

1   A.   Mr. Matthew Carter.

2   Q.   And where on the document do you see that?  Could you

3   circle that, please.

4   A.   (Witness complies.)

5   Q.   And what is the address listed for Matthew Carter with the

6   e-mail account getcarter2010@yahoo.com?

7   A.   9755 Bitten Drive in Brighton, Michigan.

8   Q.   What's the postal code?

9   A.   48114.

10  Q.   Directing your attention to the second page of this

11  two-page exhibit, Government's Exhibit 15, what information

12  exists on the second page of Government's Exhibit 15?

13  A.   It has the Yahoo ID, name of the subscriber, billing

14  address of the subscriber as well.

15  Q.   And what is the Yahoo ID?

16  A.   Yahoo ID is getcarter2010.

17  Q.   What is the name associated with getcarter2010?

18  A.   Matthew Carter.

19  Q.   What is the address associated with getcarter2010?

20  A.   664 West Chicago Road, Bronson, Michigan, 49028.

21  Q.   Showing you what's been previously admitted into evidence

22  as Government's Exhibit 25 --

23          MS. MEDETIS:  If I may publish, Judge.

24          THE COURT:  You may.

25

1    BY MS. MEDETIS:

2    Q.   -- can you tell us the address listed on this driver's

3    license.

4    A.   9755 Bitten Drive, Brighton, Michigan, 48114.

5    Q.   And who is -- who does this driver's license belong to?

6    A.   Matthew Andrew Carter.

7    Q.   And what is significant to you about the 9755 Bitten Drive

8    address?

9    A.   It's --

10             MR. HOROWITZ:  Objection to the form of the question.

11             THE COURT:  Overruled.

12             THE WITNESS:  It's the same address as the previous

13   exhibit from the Yahoo subpoena response.

14   BY MS. MEDETIS:

15   Q.   Are you referring to the address listed on the first page

16   of Government's Exhibit 15?

17             MR. HOROWITZ:  Objection.  Leading.

18             THE COURT:  Rephrase your question.

19             Sustained.

20   BY MS. MEDETIS:

21   Q.   When you say the -- it is the same address as the Yahoo

22   subpoena response, what exhibit number are you referring to?

23   A.   The previous exhibit, which -- this exhibit, which is 15.

24   Q.   Turning to the back of Government's Exhibit 25, what is

25   listed at the bottom of that exhibit?

1    A.   It's an address of 664 West Chicago Road, Bronson,

2    Michigan, 49028.

3    Q.   And where have you seen that address before?

4    A.   On Exhibit No. 15.

5    Q.   Which page of Exhibit 15?

6    A.   Second page.

7          MS. MEDETIS:   Your Honor, I would like to move on to

8    what's previously been admitted as Government's Exhibit 16.

9          THE COURT:   You may.

10          MS. MEDETIS:   May I publish?

11          THE COURT:   You may.

12   BY MS. MEDETIS:

13   Q.   Agent Bentolila, I'm showing you what's previously been

14   admitted as Government's Exhibit 16 on your monitor.

15        What is that?

16   A.   It's a state of Michigan birth certificate.

17   Q.   For whose birth?

18   A.   William Charles Harcourt.

19   Q.   And what's the date of birth for William Charles Harcourt?

20   A.   April 27th, 1945.

21   Q.   Where was William Charles Harcourt born?

22   A.   In -- at Florence Crittenton Hospital in Detroit.

23          MS. MEDETIS:   And that's C-r-i-t-t-e-n-t-o-n Hospital,

24   for the benefit of the court reporter.

25          THE COURT REPORTER:   Thank you.

1    BY MS. MEDETIS:

2    Q.   And where have you seen that date of birth before?

3    A.   On the driver's license for Matthew Carter.

4    Q.   I'm showing you what's been previously admitted as

5    Government's Exhibit 25.

6         What is the date of birth on that driver's license?

7    A.   4-27-1945.

8              MS. MEDETIS:  I've just shown defense counsel what's

9    previously been admitted into evidence as Government's

10   Exhibits 17-A and 17-B.

11             Your Honor, permission to publish?

12             THE COURT:  You may.

13   BY MS. MEDETIS:

14   Q.   Sir, I'm showing you first what's been marked and admitted

15   as Government's Exhibit 17-A, which I've also shown to defense

16   counsel.

17        What is this?

18   A.   This is a document from the probate court of Franklin

19   County.  Specifically, it's a name change application.

20   Q.   And could you please read at the very top after the first

21   line noting the probate court what that says.

22   A.   "In the matter of the name changed -- of the change of name

23   of William Charles Harcourt to Matthew Andrew Carter.

24   Q.   And what's the title of the document?

25   A.   "Name Change Application (Adult)."

1    Q.   And directing you to the bottom of that exhibit, what is

2    the date of this document?

3    A.   April 5th, 1990.

4    Q.   And who is the applicant listed at the bottom of this page?

5    A.   William C. Harcourt.

6    Q.   And what is the address listed for the applicant?

7    A.   6368 Youngland Drive South.

8         MS. MEDETIS:  Permission to publish Exhibit 17-B, your

9    Honor?

10        THE COURT:  You may.

11   BY MS. MEDETIS:

12   Q.   Showing you now what's been previously admitted as

13   Government's Exhibit 17-B, what is that, sir?

14   A.   This is a document from the probate court of Franklin

15   County, Ohio.  It's a journal entry for a change of name.

16   Q.   For whose change of name, sir?

17   A.   William Charles Harcourt to Matthew Andrew Carter.

18   Q.   Directing you to the bottom of the full paragraph beginning

19   where it says, "It is ordered...", could you please read that

20   last part of the paragraph.

21   A.   "It is ordered that said name be and hereby is changed to

22   Matthew Andrew Carter as prayed for."

23   Q.   And what's the date of this order?

24   A.   May 17th, 1990.

25   Q.   And the first signature that appears on this order:  Whose

1    signature that?

2    A.   Richard B. Metcalf, Judge of the probate court.

3    Q.   At the approved line, where it says "Applicant," whose name

4    is there?

5    A.   William C. Harcourt.

6    Q.   Special Agent, you had previously said that, as part of

7    your investigation, your team had issued a search warrant to

8    yahoo.com.

9        What was the search warrant for?

10   A.   The search warrant was for e-mails, specifically in the

11   e-mail account for getcarter2010, that were retained by Yahoo.

12   Q.   And do you recall -- let me start over.

13       And did Yahoo respond to the search warrant?

14   A.   Yes, they did.

15   Q.   And what did they respond with?

16   A.   They responded with a disc with -- containing e-mails from

17   the account.

18   Q.   Do you recall the time period that the e-mails covered?

19   A.   Not specifically.

20   Q.   Did you have an opportunity to examine the e-mails on the

21   disc provided by Yahoo?

22   A.   Yes, I did.

23            MS. MEDETIS:  Your Honor, may I approach?

24            THE COURT:  Yes.

25

1    BY MS. MEDETIS:

2    Q.   Special Agent, I've handed you Government's Exhibits 30 and

3    31, which I've also shown to defense counsel.

4         Do you recognize those?

5    A.   Yes.

6    Q.   Generally, how do you recognize them?

7    A.   These are e-mail messages.

8    Q.   From where, sir?

9    A.   From Yahoo, from getcarter2010@yahoo.com.

10   Q.   And where specifically did you find those?

11   A.   Those were the -- in the -- returned from Yahoo from the

12   search warrant.

13   Q.   And when you say e-mails, are you referring to hard copies

14   of e-mails?

15           MR. HOROWITZ:   Objection.   Leading.

16           THE COURT:   Sustained.

17           Rephrase your question.

18   BY MS. MEDETIS:

19   Q.   For what's been identified as Government's Exhibits 30 and

20   31, when you say e-mails, what specifically are you referring

21   to?

22   A.   I'm referring to the printed copies of -- from the digital

23   e-mails that was received from Yahoo.

24   Q.   And the e-mails in Government's Exhibit 30 and 31:  Are

25   they in substantially the same condition as when you first

 1   found them on the CD that Yahoo gave you?

 2   A.   Yes.

 3   Q.   Have there been any alterations or changes or deletions

 4   that you can see upon your inspection now?

 5   A.   No.

 6   Q.   Have you previously had an opportunity to inspect these

 7   e-mails?

 8   A.   Yes, I have.

 9          MS. MEDETIS:  Your Honor, at this time the Government

10   would move to admit into evidence Exhibits 30 and 31.

11          MR. HOROWITZ:  No objection, your Honor.

12          THE COURT:  They will be admitted as Government's

13   Exhibits 30 and 31.

14          (Whereupon, Government's Exhibit Nos. 30 and 31 were

15   entered into evidence.)

16          THE COURT:  You may publish.

17   BY MS. MEDETIS:

18   Q.   Special Agent, showing you now what's been admitted as

19   Government's Exhibit 30, can you please tell us specifically

20   what this is.

21   A.   This is an e-mail message with a "Subject" line of "Message

22   from Bill, Morning Star," from Bill Carter to Christina

23   Rockwell.

24   Q.   The "From" line:  Could you please underline it and tell us

25   what e-mail address is listed on the "From" line.

1   A.   It's from Bill Carter at getcarter2010@yahoo.com.

2   Q.   And what's the date of e-mail?

3   A.   It's August 21st, 2009.

4   Q.   And could you please read the first paragraph of the e-mail

5   starting with "Dear."

6   A.   "Dear Christina, Here's a list of all the children from the

7   combined units.  The first 18 are Morning Star and the

8   15 following are with Pascal."

9   Q.   Could you please read the first 18 names listed in this

10  e-mail from Bill Carter.

11  A.   Woodjerry, 19; Jimmy, 17; Son Son, 17; Ti Makin, 16; Jn.

12  Eddy, 16; Berly, 15; Nason, 16; Stanley, 14; Greatest, 14;

13  Dadou, 15; Evenson, 13; Carlos, 11; Ben Ben, 10; Jeff, 11,

14  Joel, 10; Ti Son Son, 9.

15  Q.   And then what does the next line say?

16  A.   "Two weekend residents."

17  Q.   And what are those names?

18  A.   Jameson, 12; Kenson, 9.

19  Q.   Showing you what's now been admitted into evidence as

20  Government's Exhibit 30, can you please tell the ladies and

21  gentlemen of the jury what this is.

22  A.   This is an e-mail recovered from the Yahoo search warrant.

23  The "Subject" line of the e-mail is "Some recent Morning Star

24  updated info."  It's from Bill Carter, which is

25  getcarter2010@yahoo.com.  It's dated September 4th, 2010, at

1   2:01 p.m.  It's to Faith Ludwick.

2   Q.  What does the e-mail say, sir?

3   A.  "Faith, Just updating some of the info we have on the board

4   on the gallery.  So thought I'd send a copy to you.  I will

5   have to check when I send this to see if I've got all the

6   pages.  Have a good one.  Bill."

7   Q.  What is -- after the "Bill" -- the word "Bill," what do we

8   see at the bottom of that e-mail?

9   A.  Oh, those are attachments -- e-mail attachments.

10  Q.  Are those the actual attachments or are they a list of

11  attachments?

12  A.  These are a list of the attachments.

13  Q.  And could you please read the title of the first

14  attachment.

15  A.  Resident, September -- well, Sept, 2010.docx.

16  Q.  And you can go ahead and read the name of the other

17  attachments.

18  A.  Dailychores.docx; dailyroutines.docx;

19  morningstarcenter.pptx.

20  Q.  Did you have an opportunity to examine the attachments to

21  this e-mail?

22  A.  Yes, I have.

23  Q.  Showing you the second page of Government's Exhibit 31,

24  what is this?

25  A.  This is a printed copy of the first attachment.

1  Q.  What was the title again of the first attachment, sir?

2  A.  Residents, September, 2010.docx.

3  Q.  Generally speaking, what is this?

4  A.  This is a -- it's titled "Morning Star Center."  It's a

5  list of the director and the residents of the Morning Star

6  Center.

7  Q.  Now, you had mentioned, sir, that there was a search of the

8  Morning Star Center as part of the HSI's investigation.

9      Did you participate in that search?

10  A.  Yes.

11  Q.  And when was that?

12  A.  That was on May 8th, 2011.

13  Q.  And where was that?

14  A.  That was -- it was near -- it was in the Tabarre region

15  near Port-au-Prince.

16  Q.  And who was at the Morning Star Center on the day that you

17  went there?

18  A.  There were children, residents, there.

19  Q.  And do you know or do you recall the ages of those

20  children?

21  A.  I don't know the exact ages of the children.

22  Q.  Showing you what's been previously -- actually --

23          MS. MEDETIS:  May I approach, your Honor?

24          THE COURT:  Yes.

25          MR. ADELSTEIN:  Could I have the exhibit number you're

1    showing?

2            MS. MEDETIS:  Yes.  I'm showing Government's

3    Exhibit 32-A.

4            MR. ADELSTEIN:  Thank you.

5    BY MS. MEDETIS:

6    Q.  Sir, do you recognize that?

7    A.  Yes, I do.

8    Q.  And how do you recognize it?

9    A.  This is the front of the Morning Star Center.  This is a

10   red gate before you enter the Morning Star Center.

11   Q.  And when was that photo taken?

12   A.  May 8th, 2011.

13   Q.  And the photo -- the contents of the photo:  Are they

14   fairly and accurately depicted as you recall them on May 8th,

15   2011?

16   A.  Yes.

17           MS. MEDETIS:  Your Honor, the Government would move at

18   this time to admit Exhibit 32-A into evidence.

19           MR. HOROWITZ:  May I have one moment, your Honor?

20           THE COURT:  Yes.

21           MR. ADELSTEIN:  Could I just see that for one second,

22   please?

23           MS. MEDETIS:  Of course.

24           MR. ADELSTEIN:  Thank you.

25           THE COURT:  It will be admitted as Government's

Bentolila - DIRECT - By Ms. Medetis          96

 1    Exhibit 32-A.

 2              (Whereupon, Government's Exhibit No. 32-A was entered

 3    into evidence.)

 4              THE COURT:  You may publish.

 5    BY MS. MEDETIS:

 6    Q.  Showing you what's now been admitted as Government's

 7    Exhibit 32-A, can you tell us again what that is.

 8    A.  This is the gated entrance to the Morning Star Center.

 9    Q.  And, sir, when you entered the gated area, what do you see?

10    A.  When you enter the gated area, to the right-hand side

11    there's a clinic area.  To the left, as you walk further, there

12    is a walkway to enter the building.

13    Q.  Showing you what's been previously admitted as Government's

14    Exhibit 32-B, what is that?

15    A.  This is the clinic area on the outside of the building to

16    the right-hand side as you walk through the gate.

17    Q.  And what is depicted to the right of the photograph -- I'm

18    sorry -- to the left of the photograph?

19    A.  To the left of the photograph is the walkway to enter the

20    building.

21    Q.  Showing you what's previously been admitted as Government's

22    Exhibit 32-C, what is that?

23    A.  This is the main entrance to the building, if you will.

24    It's the walkway to enter the building.

25    Q.  Showing you Government's Exhibit 32-E, what is that?

Bentolila - DIRECT - By Ms. Medetis                    97

```
1    A.   When you enter the -- once you enter the actual building,

2    this is to the left.  It is a common area in the house.

3    Q.   If you were facing the television, what would be

4    immediately behind you?

5    A.   Immediately behind me would be a couch.

6    Q.   And then behind that couch -- let me do this.

7         Showing you now what's been marked as Government's

8    Exhibit 32-F, is that the couch you're referring to?

9    A.   Yes, ma'am.

10   Q.   Behind the couch, what would you see?

11   A.   There's a bedroom with a large bed.  Through the

12   investigation, it was determined that this was --

13           MR. ADELSTEIN:  Objection.

14           MR. HOROWITZ:  Objection.

15           THE COURT:  Sustained.

16   BY MS. MEDETIS:

17   Q.   Showing you what's been previously introduced into evidence

18   as Government's Exhibit 32-G, what is that?

19   A.   That's the large bedroom -- large bed in the bedroom right

20   behind that common area.

21   Q.   Did that bedroom have a door?

22   A.   No, it did not.

23   Q.   Showing you what's been previously introduced as

24   Government's Exhibit 32-F, what is that a photo of?

25   A.   That's a photo of the curtain in between the common area
```

Bentolila - DIRECT - By Ms. Medetis                    98

```
 1   and that bedroom.

 2   Q.   I want to show you Government's Exhibit 32-F again.

 3        In the background, what is that right there?

 4   A.   That's a letter.  When we document rooms during either a

 5   search warrant or just to document where items were found, we

 6   would put a letter on each of the rooms to be able to look back

 7   on that and see where items were found, in which room they were

 8   found in.

 9   Q.   So this particular room was labeled "E"?

10   A.   Yes.

11   Q.   So those were not there when you got there.  Correct?

12   A.   No.

13   Q.   Who put those there?

14   A.   Some agents with Homeland Security.

15   Q.   And did this room have a letter assigned to it as well?

16   A.   It did.

17   Q.   What was the letter assigned to it, if you can recall?

18   A.   "D," delta.

19   Q.   "D," delta.

20        Showing you what's previously been admitted as Government's

21   Exhibit 32-I, what is that?

22   A.   Well, this is the -- from the perspective of laying in that

23   large bed in that room, to the left-hand side of that bed is --

24   this would be -- this was what was on the left-hand side, the

25   dresser and it looks like a chair.
```

Bentolila - DIRECT - By Ms. Medetis          99

1    Q.   What is on that chair?

2    A.   I believe it's a stuffed monkey.

3    Q.   Showing you Government's Exhibit 32-J, what is that, sir?

4    A.   This would be the opposite side of that room, the

5    right-hand side from the perspective of laying in the bed.

6    Q.   And what do you see when you look at the right-hand side

7    from the perspective of laying in the bed?

8    A.   There's a desk.  There's several cabinets.  And then

9    there's a gray box -- lockbox underneath the desk.

10   Q.   Can you circle what you're referring to when you say the

11   gray lockbox.

12   A.   (Witness complies.)

13   Q.   Sir, did you have an opportunity to search Room D during

14   the search on May 8th, 2011?

15   A.   Yes, ma'am.

16   Q.   And during the search of Room D, did you have an

17   opportunity to search the contents of the cabinets and dressers

18   that are depicted in Government's 32-J?

19   A.   Yes.

20   Q.   And 32-I?

21   A.   Yes.

22   Q.   This being 32-I.

23   A.   Yes.

24   Q.   Showing you what's been admitted as Government's

25   Exhibit 32-K, what are we looking at here, sir?

```
 1    A.   This is a -- it's a box of hanging files.  And it was

 2    inside of a gray plastic container.

 3    Q.   And where in the Morning Star Center was this found?

 4    A.   In Room D, which is the main bedroom.

 5    Q.   And were those files seized on May 8th, 2011?

 6    A.   Yes.

 7    Q.   They were seized along with other physical evidence, sir?

 8    A.   Yes.

 9          MR. HOROWITZ:  Objection.  Leading.

10          THE COURT:  Sustained.

11    BY MS. MEDETIS:

12    Q.   Generally speaking -- well, did you have an opportunity to

13    examine the contents of these files?

14    A.   Yes.

15    Q.   Generally speaking, what kinds of files were in here?

16          MR. HOROWITZ:  Objection.  Calls for speculation.

17          MS. MEDETIS:  Judge, he examined them.

18          THE COURT:  Overruled.

19          THE WITNESS:  There were several files regarding the

20    finances of the house, utility bills.  There were -- they had

21    file names with residents on the file names, some bank

22    information and some lease information documents.

23    BY MS. MEDETIS:

24    Q.   Okay.

25          MS. MEDETIS:  I've just shown defense counsel what's
```

```
 1    been marked for identification purposes as Government's

 2    Exhibit 33 through 36.

 3              Permission to approach, your Honor?

 4              THE COURT:  33 through 36?

 5              MS. MEDETIS:  Yes, Judge.

 6              THE COURT:  You may.

 7    BY MS. MEDETIS:

 8    Q.  Sir, I've just handed you what's been marked for

 9    identification as Government's Exhibits 33 through 36.

10        Could you take a look at those.

11    A.  Yes.

12    Q.  Once you've examined them, if you could look up.

13    A.  Yes.

14    Q.  Do you recognize those?

15    A.  Yes.

16    Q.  How do you recognize them?

17    A.  They were seized on May 8th, 2011, from Room D.

18    Q.  Of what?

19    A.  Of the Morning Star Center.

20    Q.  Okay.  And are Government's Exhibits 33 through 36 in

21    substantially the same condition as when you seized them on

22    May 8th, 2011?

23    A.  Yes.

24              MS. MEDETIS:  At this time, your Honor, the Government

25    would move to admit Exhibits 33 through 36.
```

1          THE COURT:  They will be admitted as Government's

2   Exhibits 33 through 36.

3          (Whereupon, Government's Exhibit Nos. 33 through 36

4   were entered into evidence.)

5          THE COURT:  You may publish.

6   BY MS. MEDETIS:

7   Q.  Generally speaking, sir, what are Government's Exhibits 33

8   through 36?

9   A.  United States passports.

10  Q.  I'm showing you what's been admitted into evidence as

11  Government's Exhibit 33.

12      What is this?

13  A.  This is a passport for William Charles Harcourt.

14  Q.  And what's the date of birth listed on this passport?

15  A.  April 27th, 1945.

16  Q.  What is the place of birth, sir?

17  A.  Michigan.

18  Q.  What is the issue date on this passport?

19  A.  August 10th, 1972.

20  Q.  And what is the expiration for this passport?

21  A.  August 9th, 1977.

22  Q.  And the signature of the bearer of the passport:  What does

23  that say?

24  A.  William C. Harcourt.

25  Q.  I'm now showing you what's been admitted as Government's

```
 1   Exhibit 34.
 2       What is that?
 3   A.   This is a passport for William Charles Harcourt.
 4   Q.   What is the date of birth, sir?
 5   A.   It's April 27th, 1945.
 6   Q.   And do Government's Exhibit 33 and 34 bear a photograph as
 7   well?
 8   A.   Yes, they do.
 9   Q.   On Government's Exhibit 34, what is written on the left
10   side of the photograph?
11   A.   William C. Harcourt.
12   Q.   And on Government's Exhibit 33, what is written at the top
13   of the photograph contained in the passport?
14   A.   William C. Harcourt.
15   Q.   Showing you what's been admitted into evidence as
16   Government's Exhibit 36, what is this?
17   A.   This it's a canceled passport for Matthew A. Carter.
18   Q.   And is there a signature of the bearer on this passport?
19   A.   There is.
20   Q.   And what does the signature say?
21   A.   Matthew A. Carter.
22   Q.   And does this passport also have a photograph of the
23   bearer?
24   A.   It does.
25   Q.   Showing you what's been admitted as Government's
```

Bentolila - DIRECT - By Ms. Medetis          104

 1    Exhibit 36, what is this, sir?

 2              MR. ADELSTEIN:  That was 36, I thought she said.

 3              MS. MEDETIS:  I'm sorry.

 4              MR. ADELSTEIN:  The previous one.

 5              MS. MEDETIS:  I apologize.  I was referring previously

 6    to Government's Exhibit 35.

 7              MR. ADELSTEIN:  Okay.

 8              MS. MEDETIS:  Thank you.

 9    BY MS. MEDETIS:

10    Q.  Government's Exhibit 36:  What is this?

11    A.  It's a United States passport.

12    Q.  And in whose name, sir?

13    A.  Matthew A. Carter.

14    Q.  And does this United States passport bear a signature for

15    the bearer?

16    A.  Yes, it does.  Matthew A. Carter.

17              MS. MEDETIS:  I'm about to show defense counsel what's

18    been marked as Government's Exhibits 39, 40, 41 and 42 and

19    Government's Exhibit 43 through 50 as well.

20              I've now shown defense counsel Government's

21    Exhibits 39 through 50, some of which are already admitted into

22    evidence.

23              Permission to approach, your Honor?

24              THE COURT:  You may.

25

1   BY MS. MEDETIS:

2   Q.   Special Agent, do you recognize those?

3   A.   Yes, I do.

4   Q.   How do you recognize those?

5   A.   These were seized from the Morning Star Center on May 8th,

6   2011, from Room D, which is the bedroom with the large bed.

7   Q.   I'm showing you what's been admitted as Government's

8   Exhibit 32-G.

9        Is this what you're referring to by Room D?

10  A.   Yes, ma'am.

11  Q.   And those exhibits that you seized from Room D:  Are they

12  in substantially the same condition today as they were on

13  May 8th, 2011?

14  A.   Yes.

15  Q.   Have there been any changes, alterations or deletions since

16  the time they were seized?

17  A.   Just the Government exhibit stickers have been added.

18  That's it.

19        MS. MEDETIS:  Your Honor, at this time Government's

20  Exhibits 40, 44, 48 through 50 have already been admitted.

21        The Government would seek to admit Exhibits 39, 41,

22  42, 43 and 45 through 47.

23        THE COURT:  They will be admitted as Government's

24  Exhibits 39, 41, 42, 43, 45, 46 and 47.

25        (Whereupon, Government's Exhibit Nos. 39, 41, 42, 43,

 1    45, 46 and 47 were entered into evidence.)

 2               THE COURT:  And we're going to break here for lunch.

 3               Do not discuss this case either amongst yourselves or

 4    with anyone else.  Have no contact whatsoever with anyone

 5    associated with the trial.

 6               Do not read, listen or see anything touching on this

 7    matter in any way, including anything in the media, anything on

 8    the Internet or anything on any access device.

 9               If anyone should try to talk to you about this case,

10    you should immediately instruct them to stop and report it to

11    my staff.

12               You may leave your materials at your chairs.  Please

13    be back in the jury room at 1:30.

14               (Whereupon, the jury exited the courtroom at

15    11:46 a.m. and the following proceedings were had:)

16               THE COURT:  We're in recess until 1:30.

17               MS. MEDETIS:  Does your Honor wish to admonish the

18    witness?

19               THE COURT:  I'm assuming he knows.

20               Do not discuss your testimony with anyone or permit

21    anyone to discuss it with you over the lunch break, sir.

22               THE WITNESS:  Yes.

23               THE COURT:  We're in recess until 1:30.

24               (Thereupon, a luncheon recess was taken, after which

25    the following proceedings were had:)

1          THE COURT:  We're back on United States of America

2   versus Matthew Andrew Carter, Case No. 11-20350.

3          Counsel, state your appearances, please, for the

4   record.

5          MS. MEDETIS:  Good afternoon, your Honor.

6          Maria Medetis and Bonnie Kane on behalf of the United

7   States.

8          With us at counsels' table are Special Agents Larko

9   and Flores.

10         MR. ADELSTEIN:  And good afternoon, your Honor.

11         Stuart Adelstein and Philip Horowitz on behalf of

12   Mr. Carter, who is present, along with our investigator,

13   Reginald Hope.

14         THE COURT:  One of the jurors has a dental issue.  Her

15   crown came off.  So the dentist is going to fit her in this

16   evening.  She said she needs to go.  So we need to break by

17   4:30 today.

18         Let's bring the jurors in.

19         Do you have a witness for us?

20         MS. MEDETIS:  Yes, Judge.

21         THE COURT:  Oh, it's the same witness.

22         MS. MEDETIS:  Yes, Judge.

23         (Whereupon, the jury entered the courtroom at

24   2:00 p.m. and the following proceedings were had:)

25         THE COURT:  You may be seated.

Bentolila - DIRECT - By Ms. Medetis            108

```
 1                Good afternoon, ladies and gentlemen.

 2                You are still under oath, sir.

 3                You may proceed, Ms. Medetis.

 4     BY MS. MEDETIS:

 5     Q.  Special Agent, when we left off, I believe the Court had

 6     just admitted several exhibits from 39 through 50.

 7                MS. MEDETIS:  Permission to publish, your Honor?

 8                THE COURT:  Yes.  You may.

 9     BY MS. MEDETIS:

10     Q.  Showing you what's now been admitted as Government's

11     Exhibit 39, sir, where did you find that?

12     A.  This was found on May 8th, 2011, inside of Room D at the

13     Morning Star Center.

14     Q.  And with respect to Exhibits 40 through 50, where were

15     those found, so I don't have to keep asking you?

16     A.  In the same location.

17     Q.  And that is Room D?

18     A.  Room D.

19     Q.  Could you read the title of this document.

20     A.  "List of Kids at Mission, 1995."

21     Q.  And what kind of information, generally, is listed here?

22     A.  It has a list of five names, dates of birth and ages.

23     Q.  And what are the age ranges on this list of five names?

24     A.  9 to 13.

25     Q.  Directing you to the bottom of the exhibit, what do we see
```

1    there?

2    A.   Two stamps.

3    Q.   And there's a circular stamp.

4         What does that say, if you can read it?

5    A.   "Morning Star International, Croix des Bouquets."

6    Q.   And the other stamp:  What does that say?

7    A.   "Matthew A. Carter, Directeur General, Etoile du Matin."

8    Q.   Sir, how many languages do you speak?

9    A.   Two.

10   Q.   Aside from English, what other language do you speak?

11   A.   French.

12   Q.   Showing you what's been admitted as Government's

13   Exhibit 40, can you read the title of that document.

14   A.   "Photo Kids, 1995."

15   Q.   And, generally, what does this document contain?

16   A.   It contains photos with names and a number next to them.

17   Q.   And who is depicted in the photos, generally?

18   A.   Young boys.

19   Q.   And how many photos are there on this exhibit?

20   A.   Five.

21   Q.   Showing you Government's Exhibit 41, what is the title of

22   that document, sir?

23   A.   "List of Kids at Mission, 1996."

24   Q.   What kind of information is listed on Government's

25   Exhibit 41?

Bentolila - DIRECT - By Ms. Medetis                    110

```
 1   A.   It's a list of five names, dates of birth and ages.

 2   Q.   And what are the age ranges of the names listed?

 3   A.   8 to 14.

 4   Q.   Can you go ahead, if possible, and read the list of names.

 5   A.   Xxxxx, Junior; Xxxxxxxx, Jobed; Xxxxx, Peterson; Xxxxxx,

 6   Dieucibon; Edner Xxxxxx.

 7   Q.   Directing your attention to the bottom of this exhibit,

 8   what is there?

 9   A.   It's the two stamps, one with "Matthew A. Carter, Directeur

10   General, Etoile du Matin," and another circular stamp, "Morning

11   Star International, Croix des Bouquets."

12   Q.   The words under "Matthew A. Carter":  What do those mean?

13   A.   "General director."

14   Q.   And "Etoile du Matin":  What does that mean?

15   A.   "Morning Star."

16   Q.   What language is that in?

17   A.   It's in French.

18   Q.   Showing you Government's Exhibit 42, what is that?

19   A.   It's a list of names.  It's titled "List of Kids at

20   Mission, 1997."

21   Q.   What information is contained on this exhibit?

22   A.   Seven names with dates of birth and ages.

23   Q.   What are the age ranges?

24   A.   8 to 15.

25   Q.   I'm -- is that better for you?
```

 1    A.   Yes.  I think so.  Yeah.  8 to 15.

 2    Q.   Okay.  Showing you Government's Exhibit 43, how many pages

 3    is Government's Exhibit 43, sir?

 4    A.   Two pages.

 5    Q.   And what is the title of document?

 6    A.   The title is "List of Kids at Mission, 1998, Morning Star

 7    Children's Home."

 8    Q.   Can you see that more clearly?

 9    A.   Yes.

10    Q.   What kind of information, generally, is on here?

11    A.   It's a list of names with dates of birth and ages.

12    Q.   And since it's two pages, I'm --

13         MS. MEDETIS:  Your Honor, may I approach?

14         THE COURT:  Yes.

15    BY MS. MEDETIS:

16    Q.   Sir, how many names are listed on there?

17    A.   15 names.

18    Q.   And the age ranges:  What are they?

19    A.   2 through 17.

20    Q.   What was the year on that document?

21    A.   1998.

22    Q.   Showing you Government's Exhibit 44, what is the title of

23    this, sir?

24    A.   "Photo Kids, 1998."

25    Q.   And what is this exhibit, generally?

Bentolila - DIRECT - By Ms. Medetis                   112

         1    A.   It's a series of pictures of children with names and a

         2    number listed with them.

         3    Q.   How many pictures of children?

         4    A.   12.

         5    Q.   Showing you Government's Exhibit 45, what is that, sir?

         6    A.   That's a list of residents as of October, 1998.  It's

         7    titled "MSI Resident Children."

         8    Q.   What type of information is depicted here?

         9    A.   It's names, birth dates and ages.

        10    Q.   And what is the age range of the children listed here?

        11    A.   7 to 16.

        12    Q.   Let me show it to you up close.

        13    A.   Sorry.

        14         7 through 17.

        15    Q.   Showing you what's been admitted now as Government's

        16    Exhibit 46, what is the title of that document?

        17    A.   "List of Kids Supported Outside of Mission."

        18    Q.   And what type of information is depicted in the first

        19    column?

        20    A.   It's a file number.

        21    Q.   What about the second column?

        22    A.   Names.

        23    Q.   And the next column?

        24    A.   Dates of birth.

        25    Q.   And last column?

Bentolila - DIRECT - By Ms. Medetis                113

1    A.    Age.

2    Q.    And what's the title of that column?

3    A.    "Age, 1998."

4    Q.    Sir, I've just handed that exhibit back to you.  What is

5    that number again?

6    A.    Exhibit 46.

7    Q.    And what is the age range of the people listed on that

8    exhibit?

9    A.    Ages 6 through 13.

10   Q.    Showing you what's been admitted as Government's

11   Exhibit 47, what does the first line of that document say?

12   A.    "The Morning Star."

13   Q.    What about the second line?

14   A.    "Centre Etoile du Matin."

15   Q.    And what is that language?

16   A.    That is French.

17   Q.    And what does that mean?

18   A.    "Morning Star Center."

19   Q.    Could you read what is under the last line you just read.

20   A.    Carrefour Santo 15-A -- I can't make out that word --

21   Roxio, Croix du Bouquet, Haiti, W.I.

22   Q.    "W.I.," you said?

23   A.    Yes.

24   Q.    And the next line, now:  What does that say?

25   A.    July 20th, 2000.

Bentolila - DIRECT - By Ms. Medetis          114

1    Q.   And after that?

2    A.   "Morning Star Students."

3    Q.   Okay.  And, generally speaking, what kind of information is

4    on here?

5    A.   It's a list of names, it appears birthdays, and grade

6    school levels.

7    Q.   And how many names are there on here?

8    A.   20.

9    Q.   And what's listed at the bottom of the list?

10   A.   "Matthew Bill Carter, Director of Missions."

11   Q.   Could you read the name third from the top.

12   A.   Jobed Xxxxxxxx.

13   Q.   How about the third one after Jobed Xxxxxxxx?  Could you

14   read that name.

15   A.   Peterson Xxxxxx.

16   Q.   Showing you Government's Exhibit 48, what is this,

17   generally?

18   A.   It's a picture of --

19            MR. ADELSTEIN:  Objection to the form of the question.

20            THE COURT:  Overruled.

21            THE WITNESS:  This is a picture of young boys with --

22   the document is titled "2003, Spring."  And it has a list of

23   names under each picture.

24   BY MS. MEDETIS:

25   Q.   What does it say there in the center?

Bentolila - DIRECT - By Ms. Medetis          115

```
 1   A.   "The Morning Star."

 2   Q.   Showing you Exhibit 49 -- Government's Exhibit 49, what is

 3   this?

 4   A.   It's a document titled "The Morning Star, Autumn, 2003."

 5   Q.   And what does it depict?

 6   A.   It depicts young boys.

 7   Q.   Government's Exhibit 50:  What is that?

 8   A.   It's a series of pictures of young boys.

 9   Q.   Okay.

10        MS. MEDETIS:  For the record, I'm showing defense

11   counsel Government's Exhibits 37-A, 38-A and Exhibits 51

12   through 54-H.

13        MR. ADELSTEIN:  Thank you.

14        MS. MEDETIS:  Your Honor, may I approach?

15        THE COURT:  Yes.

16   BY MS. MEDETIS:

17   Q.   Special Agent, I've handed you what's been identified as

18   Government's Exhibit 37-A, 38-A and Government's Exhibits 51

19   through 54-H, as in "Harold."

20        Do you recognize those items?

21   A.   Yes, I do.

22   Q.   And how do you recognize them?

23   A.   These were seized on May 8th, 2011, in Room D at the

24   Morning Star Center.

25   Q.   And remind us again.  Room D, what does that room look
```

```
 1   like?

 2   A.   Room D is the large bedroom with the large bed directly

 3   across from the common area.

 4   Q.   Government's Exhibit 32-G:  What is that?

 5   A.   That's Room D.

 6   Q.   Okay.  And those exhibits:  Are they in substantially the

 7   same condition today as when you seized them on May 8th, 2011?

 8   A.   Yes, ma'am.

 9          MS. MEDETIS:  Your Honor, at this time the United

10   States would seek to admit into evidence -- or admit

11   Government's Exhibits 37-A, 38-A and Exhibits 51 through 54-H.

12          MR. ADELSTEIN:  Judge, could we see those documents

13   one more time?  I'm sorry.

14          THE COURT:  Sure.

15          MR. HOROWITZ:  Your Honor, may I voir-dire as to 53-A

16   through -D?

17          THE COURT:  53-A through -D?  Is that what you said?

18          MR. ADELSTEIN:  Yes.  That's what he asked.

19          THE COURT:  Okay.

20          MR. HOROWITZ:  Judge, I would object to 53-A through

21   -D.

22          MS. MEDETIS:  I can lay a further foundation, your

23   Honor.

24          THE COURT:  Lay your foundation.

25          MR. ADELSTEIN:  We would also be objecting to
```

1    Exhibit No. 38-A on grounds previously raised.

2              THE COURT:  Come on up.

3              (Whereupon, the following proceedings were had at

4    side-bar outside the presence of the jury:)

5              THE COURT:  And what would those previously raised

6    grounds be, Mr. Adelstein?

7              MR. ADELSTEIN:  38-A is on relevance and prejudice on

8    the Egyptian document.  It's 38-A.  It's an Egyptian contract

9    between what purports to be our client and a mother of a child

10   for some work done.  We see no relevance.

11             THE COURT:  Some what?

12             MR. ADELSTEIN:  Some work, allowing the mother to have

13   Mr. Carter employ this young man.  I don't see the relevance.

14             And certainly the inference is that there was some

15   impropriety with this child.  So the prejudicial effect would

16   far outweigh any probative value of whatever the evidence is.

17             THE COURT:  What is the evidence going to be regarding

18   this child?  What is the probative value of this?

19             MS. MEDETIS:  Your Honor, Government's Exhibit 37 --

20   is it 37 or 38?

21             MR. ADELSTEIN:  38.

22             THE COURT:  38-A.

23             MS. MEDETIS:  38-A is a document that's in Arabic.  It

24   was translated into English.  And based on that translation, it

25   is a contract for a houseboy between the child depicted in the

Bentolila - DIRECT - By Ms. Medetis          118

```
 1    contract -- there's a photograph on the contract -- and the
 2    child's mother.
 3            The relevance is to show and put the Defendant in
 4    Egypt at the time that Mr. McCrum testified to that he would be
 5    going to Egypt and Dieucibon's testimony regarding the
 6    Defendant's time in Egypt.  So that would be for corroboration.
 7            At this time we would seek to admit 38-A and then call
 8    a translator to admit the English translation.
 9            I would note that the document for purposes of now --
10    the only thing we would elicit from this witness is that he
11    found it at the Defendant -- in the Defendant -- in Room D of
12    the Morning Star Center and that it bears a stamp in English
13    with the word "William" on it and that I believe -- I would
14    have to look at it again -- it bears the Defendant's signature
15    and a date.
16            THE COURT:  What's the date of it?
17            MS. MEDETIS:  Well, Judge, the date is in Arabic.  So
18    he wouldn't be able to elicit that.
19            THE COURT:  It says on the exhibit list March 25th,
20    1988.
21            MS. MEDETIS:  That would be based on the English
22    translation.  Yes.  That's the date.  But you can't tell from
23    looking at this because it's in Arabic.
24            I would not elicit the date from this witness.  It
25    would be from -- I would elicit the date from the translator,
```

 1    who would introduce the English translation, which is 38-B that

 2    we'll introduce later.

 3           MR. ADELSTEIN:  If they're trying to introduce that to

 4    corroborate that he was in Egypt, I believe the passport does

 5    that.  There are stamps on the passport as to when he went in

 6    and out of countries.

 7           They have four different passports.  If that's what

 8    they're using it for, to corroborate that, quite candidly, they

 9    can do it another way.  I don't mean to tell them how to

10    present their case.

11           But in addition to that, it has a photograph of some

12    young man who's not testifying.

13           The inference is, I think, based upon all the other

14    testimony, highly prejudicial to imply that some improper

15    conduct occurred in Egypt.  They know full well that he was

16    never charged, accused of any improper conduct.

17           MS. MEDETIS:  He was, in fact, accused and charged and

18    tried in Egypt.

19           Are you talking about just generally?

20           MR. ADELSTEIN:  Huh?  I have an NCIC check from Egypt

21    that was provided by the Government that says he has no prior

22    convictions.

23           MS. MEDETIS:  Your Honor, he also has cables from the

24    US Embassy in Cairo saying that he was charged, tried in

25    absentia, convicted in Egypt in the late '80s, early '90s, and

Bentolila - DIRECT - By Ms. Medetis            120

```
 1    he changed his name and returned to Egypt and was tried again

 2    and was acquitted.   Those documents were provided to defense

 3    counsel.

 4            In any event, we're not going to be eliciting any sort

 5    of charges or trials in Egypt.   However, with respect to

 6    Mr. Adelstein's suggestion that we prove our case through

 7    passport stamps, we wouldn't be able to verify those passport

 8    stamps because we don't have a witness to suggest that those

 9    passport stamps are authentic Egyptian passport stamps.

10            MR. HOROWITZ:   Judge, they also don't have a witness

11    as far as this document is concerned.   They're making

12    allegations regarding the young man who's pictured within the

13    document, his mother.   Neither one of them are going to be

14    witnesses for the Government in this case.

15            In addition, your Honor, we would have a right to

16    confront whatever inference that this document would bring out,

17    and we have absolutely no way to confront it.

18            The only thing the Government is introducing is this

19    document in Arabic and they're going to seek to introduce the

20    translation of the documents, nothing else.

21            MS. MEDETIS:   Your Honor --

22            MR. HOROWITZ:   And its introduction -- I apologize.

23    Its introduction, therefore, would be prejudicial under 403.

24            THE COURT:   And is there evidence that you're

25    introducing regarding Egypt?   There are allegations about
```

```
 1    Egypt.  Correct?

 2         MS. MEDETIS:  We've already previously introduced

 3    admissions regarding Egypt through Dieucibon.  He was, I

 4    believe, the second witness at trial.

 5         Mr. McCrum recently testified today that it was his

 6    understanding the Defendant would be traveling to Egypt.

 7         Mr. Dieucibon Xxxxxxx's testimony was that the

 8    Defendant confessed to him that he had sexually abused children

 9    whilst in Egypt that were in his care.

10         This would corroborate the fact that the Defendant had

11    minors in his care in Egypt at the time -- around the time that

12    Mr. McCrum said he believed the Defendant would be going to

13    Egypt.

14         THE COURT:  And what are you trying to establish by

15    this?  That he was in Egypt at this time?

16         MS. MEDETIS:  Yes, Judge.  By showing that -- we want

17    to show that the agents found this and that -- in Room D of the

18    Morning Star Center among the Defendant's possessions.

19         And we want to show that the Defendant was in Egypt at

20    this particular time in the late '80s and that he had in his

21    care minors, which is what he confessed to Dieucibon and what

22    has been testified about between Dieucibon and Mr. McCrum,

23    between the two of them.

24         THE COURT:  And you're seeking to admit this under

25    what rule?
```

Bentolila - DIRECT - By Ms. Medetis          122

1          MS. MEDETIS:  Your Honor, it would be pursuant to

2     Rules 413, 414 and 404(b), evidence that is corroborative of

3     previously introduced evidence under those rules.

4          THE COURT:  And is there going to be any proof that

5     there was any sexual abuse of this particular child?

6          MS. MEDETIS:  No, Judge.  We're not going to elicit

7     any such testimony regarding any abuse.  This is merely to show

8     that there was, in fact, a minor in his care at the time

9     period.

10          THE COURT:  I'm not going to admit it.  I don't find

11     that it falls within the ambit of 412 and 413.  There has to be

12     evidence of sexual abuse of a minor or evidence of an improper

13     sexual act of an adult.  So this would be for a minor.  I don't

14     believe it falls under that.

15          As far as 404(b), I find it's too attenuated in time.

16          MR. HOROWITZ:  Judge, while we're here, 53-A through

17     -D:  Those are English translations of documents that were

18     located within the residence.  They were not translated by this

19     agent --

20          MS. MEDETIS:  I --

21          MR. HOROWITZ:  -- as far as I know.  The agent did not

22     do these translations -- the English versions of the lease were

23     not located within the fruits of the search warrant.

24          MS. MEDETIS:  That's correct, Judge.  That's my bad.

25     I will correct that.

Bentolila - DIRECT - By Ms. Medetis                123

```
 1              But the agent, who is bilingual -- and I'll establish

 2    the predicate that he reads and writes French; I alluded to it

 3    earlier -- reviewed these translations and can testify to their

 4    accuracy.

 5              THE COURT:  So are the contracts in French or in

 6    Creole?

 7              MS. MEDETIS:  Some of the leases -- there are -- 52-A

 8    through -D are in French.

 9              MR. HOROWITZ:  A through -D are in French?

10              MS. MEDETIS:  Yes.  And 53-A through -D are their

11    counterpart translations.

12              MR. HOROWITZ:  I thought they were in Creole, Judge.

13              MS. MEDETIS:  They're in French.

14              MR. HOROWITZ:  The leases?

15              MS. MEDETIS:  Yes, sir.

16              MR. HOROWITZ:  May I see them, please?

17              MS. MEDETIS:  (Tenders document to counsel.)

18              MR. HOROWITZ:  With seven years of French between

19    fourth and eleventh grade, I'm not 100 percent.  I will look at

20    them.

21              THE COURT:  In your esteemed opinion, are they in

22    French?

23              MR. HOROWITZ:  I'm of the opinion that some of them

24    are and some of them aren't.  But the Government needs to

25    establish it.  And if they can, they can.
```

1          THE COURT:  If you can lay a predicate of what

2   language they're in and that he reviewed these translations and

3   that they're accurate, that would be a sufficient predicate.

4          (Whereupon, the following proceedings were had in open

5   court:)

6          MS. MEDETIS:  Your Honor, may I approach?

7          THE COURT:  Yes.

8   BY MS. MEDETIS:

9   Q.  Special Agent Bentolila, I've handed you two stacks of

10  documents.  The first is Government's Exhibit 52-A through -D

11  and the second is Government's Exhibits 53-A through -D.

12      Where did you find Government's Exhibits 52-A through -D?

13  A.  These were found inside of Room D.

14  Q.  And, generally, what are they?

15  A.  They are rental agreements.

16  Q.  53-A through -D:  Generally speaking, what are they?

17  A.  These are the translation for the rental agreements.

18  Q.  Were 53-A through -D found at the Morning Star?

19  A.  No, they were not.

20          MS. MEDETIS:  May I approach again, your Honor?

21          THE COURT:  Yes.

22  BY MS. MEDETIS:

23  Q.  Let's talk briefly about Exhibits 52-A through -D.

24      You had said that these are what kind of agreements?

25  A.  They're lease or rental agreements.

 1          MS. MEDETIS:  Your Honor, permission to publish?

 2          THE COURT:  I haven't admitted them yet.  Are you

 3     moving them in?

 4          MS. MEDETIS:  Yes.  Your Honor, at this time the

 5     United States would seek to admit Government's Exhibit 37-A.

 6          THE COURT:  It will be admitted as Government's

 7     Exhibit 37-A.

 8          (Whereupon, Government's Exhibit No. 37-A was entered

 9     into evidence.)

10          THE COURT:  You may publish.

11          MS. MEDETIS:  As well as Government's Exhibits 51 and

12     54-A through -H.

13          THE COURT:  They will be admitted as Government's

14     Exhibits 51 and 54-A through -H.

15          (Whereupon, Government's Exhibit Nos. 51 and 54-A

16     through 54-H were entered into evidence.)

17          MS. MEDETIS:  As well as Government's Exhibit 52-A

18     through 52-D.

19          THE COURT:  They will be admitted as Government's

20     Exhibits 52-A through 52-D.

21          (Whereupon, Government's Exhibit No. 52-A through 52-D

22     were entered into evidence.)

23          MS. MEDETIS:  Permission to publish, your Honor?

24          THE COURT:  You may.

25

1   BY MS. MEDETIS:

2   Q.   I'm showing you Government's Exhibit 37-A.

3        Could you read the top part of this document that I've

4   circled.

5   A.   "Morning Star International, Christian Youth Ministries,

6   Montrouis, St. Marc, Croix des Bouquets, Haiti, West Indies."

7   Q.   Drawing your attention to the top left side of the

8   document, what's listed there?

9   A.   "Matthew A. Carter, DD, General Director."

10  Q.   And what is this, generally?

11  A.   This is a --

12           MR. HOROWITZ:  Objection.  Speculation.

13  BY MS. MEDETIS:

14  Q.   What language is this in?

15  A.   This is in French.

16  Q.   And, sir, earlier, you said that you speak French?

17  A.   Yes, ma'am.

18  Q.   Where were you born?

19  A.   I was born in France, Marseilles.

20  Q.   Are you an American citizen?

21  A.   Yes.

22  Q.   How long did you live in France?

23  A.   The first six years of my life.

24  Q.   And did you attend school while living in France?

25  A.   Yes.

Bentolila - DIRECT - By Ms. Medetis                127

1   Q.   And how far did you get in school whilst living in France?

2   A.   It would be the equivalent of first grade.

3   Q.   And what language was school conducted in when you

4   attended?

5   A.   French.

6   Q.   And did you learn how to read and write French?

7   A.   Yes, I did.

8   Q.   And do you speak French?

9   A.   Yes, I do.

10  Q.   When you left France, where did you move to?

11  A.   I moved to Miami, the United States.

12  Q.   With whom did you move?

13  A.   With my family.

14  Q.   And what language does your family speak?

15  A.   Well, they speak French.

16  Q.   And growing up, what language did you speak?

17  A.   French and English.

18  Q.   And did you continue to study French while you were living

19  in the United States?

20  A.   Yes, I did.

21  Q.   And can you now today, as we sit here, read and write in

22  French?

23  A.   Yes, I can.

24  Q.   And when you read in French, can you understand it?

25  A.   Yes.

Bentolila - DIRECT - By Ms. Medetis          128

```
 1   Q.   Are you able to translate into French -- are you able to
 2   translate French into English?
 3   A.   Yes.
 4   Q.   And in the course of being a special agent -- for how many
 5   years, did you say?
 6   A.   Ten years.
 7   Q.   In the course of being a special agent for ten years with
 8   his, have you ever used your French language skills?
 9   A.   Yes, I have.
10   Q.   And how have you used them?
11   A.   During the course of investigations, conducting witness
12   interviews and reading French documents that arise during an
13   investigation.
14   Q.   So during the course of your time at his, have you had to
15   translate documents from French into English?
16   A.   I've had to read documents and -- not necessarily translate
17   the meaning, but yes.
18   Q.   What do you mean, sir?
19   A.   Well, I've had documents come to me that were in French and
20   I translated it verbally, the document.
21   Q.   And during the course of this investigation, did you come
22   across documents that were in French?
23   A.   Yes.
24   Q.   And did you have an opportunity for those documents -- did
25   you have an opportunity to read any English translations of
```

1    those documents?

2    A.   Yes, I did.

3    Q.   And after reviewing those English translations, were you

4    satisfied that those translations were a fair and accurate

5    English translation of each of the French documents that you

6    had examined?

7    A.   Yes.

8               THE COURT:  Just relate it to the exhibit, please.

9               MS. MEDETIS:  Certainly.

10   BY MS. MEDETIS:

11   Q.   On Government's Exhibit 37-A, what language is that in?

12   A.   That is in French.

13   Q.   Did you have an opportunity to read through this document

14   before today?

15   A.   Yes, I have.

16   Q.   And did you have an opportunity to review an English

17   translation of this document before today?

18   A.   Yes, I did.

19   Q.   37-B.  Could you tell us the date of this document?

20   A.   Monday, June --

21              THE COURT:  This is 37-B?

22              MS. MEDETIS:  I am sorry.  37-A.

23              THE WITNESS:  It's Monday, June 10th, 1996.

24   BY MS. MEDETIS:

25   Q.   And underneath the date, what does it say?

```
 1    A.   Villa Saorina.

 2    Q.   And underneath there?

 3    A.   Croix des Bouquets.

 4            MS. MEDETIS:  May I approach, Judge?

 5            THE COURT:  Yes.

 6    BY MS. MEDETIS:

 7    Q.   Showing you what's been marked for identification as

 8    Government's Exhibit 37-B, what is that?

 9    A.   This is the English translation of Exhibit 37-A.

10    Q.   And based upon your review of 37-B, is that a fair and

11    accurate translation of Government's Exhibit 37-A?

12    A.   Yes.

13            MS. MEDETIS:  Your Honor, at this time we would seek

14    to admit Government's Exhibit 37-B into evidence.

15            THE COURT:  It will be admitted as Government's

16    Exhibit 37-B.

17            (Whereupon, Government's Exhibit No. 37-B was entered

18    into evidence.)

19            THE COURT:  One moment, please.

20            Go ahead.

21            MS. MEDETIS:  Your Honor, permission to publish

22    Exhibit 37-B?

23            THE COURT:  You may.

24    BY MS. MEDETIS:

25    Q.   Looking at Government's Exhibit 37-B, what is the date of
```

```
 1   this?

 2   A.  Monday, June 10th, 1996.

 3   Q.  And could you read the other two lines underneath the date.

 4   A.  Villa Sabrina, Croix des Bouquets.

 5   Q.  And what is the parentheses next to Villa Sabrina?

 6   A.  Maison Cazeau.

 7           MS. MEDETIS:  That's C-a-z-e-a-u, for the court

 8   reporter.

 9   BY MS. MEDETIS:

10   Q.  Going back to Government's Exhibits 51 -- I'm sorry --

11   52-A through 52-D --

12           MS. MEDETIS:  Permission to publish, your Honor?

13           THE COURT:  Yes.  You may.

14   BY MS. MEDETIS:

15   Q.  -- what are these exhibits?

16   A.  These are lease agreements.

17   Q.  And what language are they in, sir?

18   A.  They're in French.

19           MS. MEDETIS:  Permission to approach?

20           THE COURT:  You may.

21   BY MS. MEDETIS:

22   Q.  Sir, I've handed you what's been marked for identification

23   purposes as Government's Exhibit 53-A through 53-D.

24       Do you recognize those?

25   A.  Yes, I do.
```

Bentolila - DIRECT - By Ms. Medetis                    132

1    Q.   And what are they?

2    A.   These are the translations for Government's Exhibits 5 --

3    let's see.

4         These are rental agreements.  They're in English.

5    Q.   And those are the English translations of 52-A through

6    52-D?

7    A.   Yes.

8    Q.   And have you had an opportunity to review those

9    translations?

10   A.   Yes, I have.

11   Q.   And based on your review, are those a fair and accurate

12   translation of Government's Exhibit 52-A through 52-D?

13   A.   Yes.

14        MS. MEDETIS:  At this time, your Honor, the Government

15   would seek to admit Government's Exhibits 53-A through 53-D.

16        THE COURT:  They will be admitted as Government's

17   Exhibits 53-A through 53-D.

18        (Whereupon, Government's Exhibit No. 53-A through 53-D

19   were entered into evidence.)

20        THE COURT:  You may publish.

21   BY MS. MEDETIS:

22   Q.   Special Agent Bentolila, I've handed you 52-A through 52-D,

23   if you could work off the French version and I will publish the

24   English version.

25        You said this is a rental agreement.  Who were the parties?

```
 1   A.   The parties are Matthew A. Carter and Roland Jean Jacques.

 2              THE COURT:   Which exhibit is this, please?

 3              MS. MEDETIS:   I'm publishing 53-A and the witness is

 4   looking at 52-A.   Judge, I could have the witness look at 53-A

 5   so we're all looking at the same thing, if you prefer.

 6              THE COURT:   It's up to you.

 7   BY MS. MEDETIS:

 8   Q.   If you could look at the screen, 53-A, sir.

 9        Could you circle where you found the parties' names.

10   A.   (Witness complies.)

11   Q.   What type of property is this a lease for?

12   A.   This is for a house.

13   Q.   And what's the location of the house?

14   A.   It's House 6 at Santo 14 near Croix des Bouquets.

15   Q.   And where do you see that information?   If you could circle

16   it.

17   A.   (Witness indicates.)

18   Q.   How long was the lease for?

19   A.   Five years.

20   Q.   Where do you see that?

21   A.   (Witness indicates.)

22   Q.   Is that Paragraph No. 1 that you underlined?

23   A.   Yes.

24   Q.   And is that on the first page of the document 53-A?

25   A.   Yes.
```

Bentolila - DIRECT - By Ms. Medetis                    134

```
 1    Q.   What's the amount of the lease?

 2    A.   The amount of the lease is $3500 US.

 3    Q.   And drawing your attention to Paragraph 2, for what period

 4    does the $3500 cover?

 5    A.   This is for the first year.

 6    Q.   Directing your attention to the second page of the lease,

 7    when is the lease agreement set to start?

 8    A.   November 1st, 2001.

 9    Q.   And what's the date of this lease -- or what is the date

10    that this contract was signed, rather?

11    A.   October 11th, 2001.

12    Q.   And who is the lessee?

13    A.   Matthew A. Carter.

14    Q.   And underneath "Lessee," does it list anything else?

15    A.   It's got a passport number.  It says the passport number of

16    Mr. Matthew Andrew Carter.

17    Q.   And can you tell us what the number is.

18    A.   701794597.

19    Q.   Showing you the second page of Government's Exhibit 52-A,

20    the French counterpart of Government's Exhibit 53-A, does the

21    second page of the French document contain signatures?

22    A.   Yes, it does.

23    Q.   And can you read the signatures?

24    A.   I can read one of them.

25    Q.   Which one can you read?
```

```
 1   A.   Matthew A. Carter.

 2   Q.   What is listed underneath the signature of Matthew A.

 3   Carter?

 4   A.   "Le preneur."

 5   Q.   And what does that mean again?

 6   A.   "The lessee."

 7   Q.   Government's Exhibit 53-B:  What is that?

 8   A.   It's a rental agreement.

 9   Q.   And is this an English translation?

10   A.   Yes, it is.

11   Q.   Who are the parties for this agreement?

12   A.   Matthew Bill Carter and Mr. Desir Jean Joel.

13   Q.   Could you circle the -- where the parties are listed on

14   here.

15   A.   (Witness complies.)

16   Q.   In the paragraph that you circled with the name Matthew

17   Bill Carter, does it list a passport?

18   A.   Yes, it does.

19   Q.   And what does it list as the passport number?

20   A.   701794597.

21   Q.   What is this a lease for?  What kind of property?

22   A.   This was for a house.

23   Q.   Located where, sir?

24   A.   House No. 6 at Santo 14.

25   Q.   What's the term of the contract?
```

1    A.   This is a five-year contract.

2    Q.   Directing you to the second page of Government's

3    Exhibit 53-A, what's the date of this contract?  When was this

4    contract signed?

5    A.   November 1st, 2003.

6    Q.   And what's the time period for the contract or the term?

7    A.   November 1st, 2003, through November 1st, 2004.

8    Q.   Showing you what's been admitted as Government's

9    Exhibit 52-B, the French original counterpart to 53-B,

10   directing you to the second page of 52-B, does it bear

11   signatures?

12   A.   Yes, it does.

13   Q.   Can you tell us which signatures you're able to read.

14   A.   Matthew Carter.

15   Q.   And underneath that signature, what does it say?

16   A.   "Le preneur."

17   Q.   What does that mean?

18   A.   "The lessee."

19   Q.   Okay.  Government's Exhibit 52-C:  What is that?

20   A.   Sorry.  I can't read it.

21   Q.   I know.  I'll zoom in.

22        Can you read that now?

23   A.   Yes.

24   Q.   What language is 52-C in?

25   A.   It's in French.

1   Q.   And what is it?

2   A.   It's a rental agreement.

3   Q.   And who are the parties, if you can see?

4   A.   Sorel Cezil and Matthew A. Carter.

5   Q.   And what is this an agreement for?

6   A.   It's for a rental of a house.

7   Q.   And where is the house located?

8   A.   Tabarre.

9   Q.   Directing your attention to the bottom of 52-C, what's

10  the -- could you read -- could you tell us, based on your

11  reading of Article 5, when does the lease start and end?

12  A.   The 20th of February, 2005, and it ends the 20th of August

13  of the same year.

14  Q.   And what's the date of the execution of this contract?

15  A.   February 21st, 2005.

16  Q.   And do you see signatures at the bottom of this contract?

17  A.   Yes, I do.

18  Q.   Whose signatures can you read?

19  A.   P.R. Sorel and Matthew Carter.

20  Q.   I'm showing you Government's Exhibit 53-C.

21       What is that?

22  A.   This is a lease agreement.

23  Q.   And is this the English counterpart to 52-C?

24  A.   Yes, it is.

25  Q.   52-D:  What is that?

Bentolila - DIRECT - By Ms. Medetis          138

```
 1    A.   This is a lease agreement.

 2    Q.   What language is this in?

 3    A.   French.

 4    Q.   And who are the parties to the contract?

 5    A.   The parties are Sorel Cezil and Carter, Matthew A.

 6    Q.   And what kind of property is this a lease agreement for?

 7    A.   It's a house.

 8    Q.   Where is it located?

 9    A.   Tabarre 23, Impasse Destine, No. 29.

10    Q.   And what's the time period for this lease, based on

11    Paragraph 1 or Art. 1?

12    A.   Six months.

13    Q.   And directing your attention to Art. 5, Paragraph 5, what

14    is the -- when does the lease start and end?

15    A.   August 20th, 2005, through February 20th, 2006.

16    Q.   And when was this executed, this document?

17    A.   August 21st, 2005.

18    Q.   And do you see a signature for the lessee there?

19    A.   Yes.

20    Q.   And what's the signature for the lessee?

21    A.   Matthew A. Carter.

22    Q.   And 53-D.  Is that the English translation of 52-D?

23    A.   Yes.

24         MS. MEDETIS:  Permission to publish Exhibit 51 now

25    admitted into evidence?
```

 1              THE COURT:  Yes.

 2              MS. MEDETIS:  Actually, permission to publish 54-A

 3     through 54-H, now in evidence?

 4              THE COURT:  Yes.

 5     BY MS. MEDETIS:

 6     Q.   Looking at 54-A, can you tell us what that is.

 7     A.   It's a receipt for monies paid.

 8     Q.   For what?  What was paid?

 9     A.   Rent.

10     Q.   For -- on what?

11     A.   The house located at Tabarre 23, Impasse Destine, No. 29.

12     Q.   And who made the payment?

13     A.   Matthew A. Carter.

14     Q.   And the payment was for rent for what period?

15     A.   This was for six months' rent, beginning August 26th, 2006.

16     Q.   And does the signature for Matthew A. Carter appear on

17     here?

18     A.   Yes, it does.

19     Q.   54-B:  What is that?

20     A.   This is a receipt for monies paid for rent.

21     Q.   Rent for what?

22     A.   For a house, Tabarre 23, Imp. Destine, No. 29.

23     Q.   And for what period?

24     A.   This is for February 26th, 2007, through August 26th, 2007.

25     Q.   And who paid?

Bentolila - DIRECT - By Ms. Medetis                    140

```
 1   A.   Matthew A. Carter.

 2   Q.   And does the signature for Matthew A. Carter appear on

 3   Government's Exhibit 54-B?

 4   A.   Yes, it does.

 5   Q.   Showing you 54-C -- Government's Exhibit 54-C, what is

 6   shown at the very top of that document?

 7   A.   The date of August 30th, 2007.

 8   Q.   And what is this?

 9   A.   This is a receipt for monies paid for rent at Tabarre 23,

10   Impasse Destine, No. 29.

11   Q.   And does it say what type of property Tabarre 23 is?

12   A.   It's a house.

13   Q.   And who paid?

14   A.   Matthew A. Carter.

15   Q.   And does a signature for Matthew A. Carter appear on this

16   document?

17   A.   Yes, it does.

18   Q.   And what was the period of the rent paid for?

19   A.   August 26th, 2007, through February 26th, 2008.

20   Q.   Showing you Government's Exhibit 54-D, what is that?

21   A.   This is a receipt for monies paid for rent.

22   Q.   Can you read for us the top paragraph that I've just

23   circled at the top right-hand corner of the document.

24   A.   February 23rd, 2008, Centre Etoile du Matin, Tabarre 23,

25   Imp. Destine No. 29.
```

```
 1    Q.   And what is this rent for?

 2    A.   This is for the house located at Tabarre 23.

 3    Q.   And what is the period for the rent?

 4    A.   February 26th through August 26th, 2008.

 5    Q.   Government's Exhibit 54-E is what I'm showing you now.

 6         What is that?

 7    A.   This is a receipt for monies paid for rent of a house.

 8    Q.   What house?

 9    A.   In Tabarre.

10    Q.   And who is the payee -- or who paid, rather?

11    A.   Matthew A. Carter.

12    Q.   And for what period is the rental payment?

13    A.   The rental payment is for the period of August 26th, 2008,

14    through February 26th, 2009.

15    Q.   And does the signature for a Matthew A. Carter appear here?

16    A.   Yes.

17    Q.   And where is it?

18    A.   (Witness indicates.)

19    Q.   And you've just underlined for the record a signature

20    located at the bottom right of the last paragraph of this

21    document.

22         Does Matthew Carter's signature appear on Government's

23    Exhibit 54-D?

24    A.   Yes.

25    Q.   And where is that?
```

Bentolila - DIRECT - By Ms. Medetis            142

1    A.   It's on the bottom left of the document.

2    Q.   Okay.  We're almost there.

3         Government's Exhibit 54-F:  What is that?

4    A.   It's a receipt from --

5    Q.   For what?

6    A.   For monies paid for rent for a residential home in

7    Tabarre 23.

8    Q.   And for what period is the rental payment?

9    A.   February 26th to August 25th, 2009.

10   Q.   And directing your attention to the top left-hand corner of

11   the document, could you just read that information right there.

12   A.   February 26th, 2009, Tabarre 23, Imp. Destine No. 29.

13   Q.   And does a signature for Matthew Carter appear here?

14   A.   It does.

15   Q.   Where is it?

16   A.   On the bottom right.

17   Q.   Government's Exhibit 54-G:  What is that?

18   A.   This is a receipt for monies paid for a rental.

19   Q.   What's the date of this document, directing your attention

20   to the upper right-hand corner?

21   A.   September 15th, 2009.

22   Q.   And the rental is for what?

23   A.   Tabarre -- it's a house at Tabarre 23.

24   Q.   And for what period is the rent?

25   A.   September 15th, 2009, through September 14th, 2010.

Bentolila - DIRECT - By Ms. Medetis                143

```
 1    Q.   And does a signature for a Matthew Carter appear here?

 2    A.   It does.

 3    Q.   And where does it appear?

 4    A.   It appears in the middle of the document on the right-hand

 5    side and on the bottom of the document underneath the word

 6    "tenant."

 7    Q.   Government's Exhibit 54-H:  What is that?

 8    A.   It's a receipt.

 9    Q.   For what?

10    A.   For rent for a house, Tabarre 23, Impasse Destine, No. 29.

11    Q.   For what period?

12    A.   August 26th, 2010, through August 25th, 2011.

13    Q.   And is the document signed?

14    A.   It is.

15    Q.   And could you read the signatures.

16    A.   Marie Valmond, Matthew Carter, Xxxxxxx Woodjerry.

17    Q.   Showing you what's been previously admitted as Government's

18    Exhibit 51, what is this?

19    A.   This is an item that was found in Room D of the Morning

20    Star Center in May, 2011.

21    Q.   And when you say "an item," what do you mean by that?

22    A.   This was a document -- handwritten document.

23    Q.   A handwritten document?

24    A.   Yes.

25    Q.   Could you read the first -- what kind of information,
```

  1    generally, appears on this document?

  2    A.   Addresses and, it looks like, rent payments or how much

  3    rent was.

  4    Q.   And other than addresses and rent payments, what else is

  5    in -- next to each entry?

  6    A.   Dates.

  7          MS. MEDETIS:   Permission to approach, your Honor?

  8          THE COURT:   You may.

  9    BY MS. MEDETIS:

 10    Q.   How many pages is that document, sir?

 11    A.   Two.

 12    Q.   And what is the earliest date listed on that document?

 13    A.   May, '95.

 14    Q.   And what is the latest date listed on that document?

 15    A.   October, 2001.

 16    Q.   Can you read for us, please, the first entry right here.

 17    A.   Rue des Grande Plaine, Kaye Papov, Croix des -- B-a-t-s.  I

 18    can't make that out.  No contract.  May, '95, to October, '95.

 19    Q.   And what about the second entry, sir?

 20    A.   Maison Cazeau, Villa Sabrina, Savon Blonde, Croix des

 21    Bouquets.  I believe that's what the abbreviation stands for.

 22          MR. HOROWITZ:   Objection, your Honor.

 23    BY MS. MEDETIS:

 24    Q.   Could you just read the letters.

 25    A.   C-x, d-e-s, B-q-t-r.

1          THE COURT:  The objection is overruled.

2    BY MS. MEDETIS:

3    Q.  Okay.

4    A.  Two rooms, then later five rooms.

5    Q.  And what's the date range for that entry?

6    A.  October, '95, to August, '97.

7    Q.  What about the second entry?  Could you read that for us.

8    A.  Santo 14, No. 32, C-x, d-e-s, B-q-t-s.

9    Q.  And what does that stand for, based on your investigation?

10   A.  Croix des Bouquets.

11   Q.  And what is the date range for the Santo 14, No. 32, entry?

12   A.  August, '97, to September, '98.

13   Q.  Could you read the next entry after that.

14   A.  Santo 15, No. 32, Croix des Bouquets, 15,000 per year,

15   September, '98, to September, '99.

16   Q.  And the next entry at the bottom of the first page of

17   Government's Exhibit 51.

18   A.  Maison Cazeau, October, '99, to December, '99.

19   Q.  Turning to the second page of Government's Exhibit 51, what

20   is the first entry?

21   A.  Santo 15-A, Croix des Bouquets, 8,000 per year, December,

22   '99, to December, 2000.  Moved out early, in October, 2000.

23   Q.  And the last entry on that document?

24   A.  Santo 15-B, Croix des Bouquets, 14,000 per year, October,

25   2000, to October, 2001.

 1    Q.   Based on your review of Government's Exhibit 52-A, the

 2    second page, after October, 2001, at Santo 15-B, where did the

 3    Defendant move next?  Let me give you the first page of 52-A.

 4    A.   Santo, Croix des Bouquets.  Santo 14.

 5    Q.   And he moved to Santo 14 beginning when, based on Page 2 of

 6    Government's Exhibit 52-A?

 7              MR. HOROWITZ:  Objection.  Calls for speculation as to

 8    whether the Defendant actually moved.

 9              THE COURT:  Rephrase your question.

10              MS. MEDETIS:  Certainly.

11    BY MS. MEDETIS:

12    Q.   When did the lease agreement between Matthew A. Carter and

13    Roland Jean Jacques as seen in Government's Exhibit 52-A begin

14    for Santo 14?

15    A.   November 1st, 2001.

16    Q.   And based on your review of Government's Exhibit 52-C, when

17    did the rental agreement between Matthew Andrew Carter and

18    Sorel Cezil for the house at Tabarre 23 begin?

19    A.   February 20th, 2005, through August 20th of the same year.

20    Q.   And based on Government's Exhibit 54-H, up to what date had

21    rent been paid for for the Tabarre 23 home at Impasse Destine,

22    No. 29?

23    A.   August 25th, 2011.

24    Q.   Based on Government's Exhibit 54-H, who had paid that rent?

25    A.   Matthew Carter.

 1              MS. MEDETIS:  For the record, I'm now showing defense

 2    counsel what's been marked for identification purposes as

 3    Government's Exhibits 55 through 63-A and 63-B through 68 and

 4    Exhibit 83, some of which have been previously admitted.  And

 5    I'll make that clear when I introduce them to the agent.

 6              Your Honor, permission to approach?

 7              THE COURT:  You may.

 8    BY MS. MEDETIS:

 9    Q.   Sir, I've handed you what's been marked for identification

10    purposes as Government's Exhibits 55 through 60-A, 61 through

11    63-A, 64 through 68 and 83.

12         Do you recognize those items?

13    A.   Yes, I do.

14    Q.   How do you recognize them?

15    A.   These were found in Room D of the Morning Star Center.

16    Q.   On what day, sir?

17    A.   May 8, 2011.

18    Q.   And those items:  Are they in substantially the same

19    condition as -- today as when you seized them on May 8, 2011?

20    A.   Except for the evidence stickers, yes -- or the exhibit

21    stickers.

22              MS. MEDETIS:  Your Honor, at this time the Government

23    would seek to admit into evidence -- Government's Exhibits 55

24    and 56 have been previously admitted, as have 57 and 58.

25              We would seek to admit 59, 60-A, 61, 62, 63-A, 64

 1   through 68.  And 83 has been previously admitted.

 2              MR. HOROWITZ:  What was the last one?

 3              MS. MEDETIS:  83, previously admitted.

 4              MR. HOROWITZ:  Judge, I have 83, 68 --

 5              THE COURT:  I can't hear you, Mr. Horowitz.

 6              MR. HOROWITZ:  I apologize, Judge.

 7              I have 83, 68 and 59 already admitted.

 8              THE COURT:  83 has already been admitted into

 9   evidence.  68's already been admitted into evidence.  And 59

10   has already been admitted into evidence.

11              MR. HOROWITZ:  As well as 55 through 58.

12              THE COURT:  Correct.

13              They will be admitted as Government's Exhibits 60-A,

14   61, 62, 63-A and 64 through 67.

15              (Whereupon, Government's Exhibit Nos. 60-A, 61, 62,

16   63-A, 64 through 67 were entered into evidence.)

17              THE COURT:  Is that all, Ms. Medetis?

18              MS. MEDETIS:  Yes, Judge.

19              Permission to publish?

20              THE COURT:  You may.

21   BY MS. MEDETIS:

22   Q.   I'm showing you Government's Exhibit 55, sir.

23        What is that?

24   A.   A picture of the Defendant with a young boy.

25   Q.   I'm showing you Exhibits 56 and 57, sir.

1      What are those?

2           THE COURT:  Can we move on to the exhibits that have

3    not already been published to the jury.

4           MS. MEDETIS:  Certainly, Judge.

5           THE COURT:  Thank you.

6    BY MS. MEDETIS:

7    Q.  60-A:  What is that?

8    A.  It's a document written in French.

9           MS. MEDETIS:  May I approach, Judge?

10          THE COURT:  Yes.

11   BY MS. MEDETIS:

12   Q.  Handing you what's marked for identification as

13   Government's Exhibit 60-B, what is that?

14   A.  This is the translation for 60-A.

15   Q.  And based on your review, is that a fair and accurate

16   translation of Government's Exhibit 60-A?

17   A.  Yes, it is.

18          MS. MEDETIS:  Your Honor, at this time we'd seek to

19   admit Government's Exhibit 60-B into evidence.

20          THE COURT:  It will be admitted as Government's

21   Exhibit 60-B.

22          (Whereupon, Government's Exhibit No. 60-B was entered

23   into evidence.)

24          THE COURT:  You may publish.

25

1    BY MS. MEDETIS:

2    Q.   Showing you Government's Exhibit 60-B, what is that?

3    A.   It's a document giving Mr. Matthew A. Carter custodianship,

4    I guess, of --

5              MR. ADELSTEIN:  Objection to what he guesses.

6              THE COURT:  Sustained.

7    BY MS. MEDETIS:

8    Q.   Could you just read this paragraph here.  I'll zoom in to

9    make it a little more clear.

10   A.   "I, the undersigned, Lexsillia Xxxxxx, aunt of the child,

11   Jean Xxxx Xxxxxx, Johnny Xxxxxx, residing in Thomazo, hereby

12   acknowledge having entrusted said child to Mr. Matthew A.

13   Carter, Director, Centre Etoile du Matin, whose nickname is

14   Bill, so that he can take care of him (food, lodging and other

15   care not specified).  He is in charge of Jean Ekens and Johnny,

16   exclusively on the national territory.

17        "The above-mentioned person in charge does not have the

18   right to take the child to another territory."

19   Q.   What was the date of this contract?

20   A.   December 19th, 2002.

21   Q.   Showing you Government's Exhibit 60-A, are there any

22   signatures on the French version of 60-B?

23   A.   Yes.

24   Q.   And what signatures are you able to read?

25   A.   Matthew Carter.

```
 1              MS. MEDETIS:  Edder Xxxxxx, Eddy Xxxxxx.
 2   Q.  Under the signature of Matthew Carter, can you read that
 3   for us.
 4   A.  Director, Centre Etoile du Matin, US citizen, Passport
 5   No. 701794597.
 6   Q.  Government's Exhibit 61:  What is that?
 7   A.  It's a printed picture of two children -- three children.
 8   Q.  What's the name?
 9   A.  Jean Xxxxx Xxxxxx.
10   Q.  What else is stated in this printed picture?
11   A.  Xxxx Xxxxx, 14 years old.
12   Q.  Government's Exhibit 62:  What is that?
13   A.  It's a picture with the name "Nason" on it.
14   Q.  Can you spell that.
15   A.  N-a-s-o-n.
16   Q.  Directing your attention to the bottom of the picture, what
17   does it say there?
18   A.  "Morning Star, 2003."
19   Q.  Government's Exhibit 63-A:  What language is this document
20   in?
21   A.  French.
22   Q.  And did you have an opportunity to review a translation of
23   this exhibit?
24   A.  I did.
25              MS. MEDETIS:  Permission to approach, your Honor?
```

 1            THE COURT:  You may.

 2   BY MS. MEDETIS:

 3   Q.  Government's Exhibit 63-B:  What is that, sir?

 4   A.  This is the translation for the document that's posted.

 5   Q.  And the document that's posted:  Is it Government's

 6   Exhibit 62-A?

 7   A.  62-A.  Yes.

 8   Q.  And based on your review of that, of 63-B, is that a fair

 9   and accurate translation of Government's Exhibit 63-A?

10   A.  63-A.  Yes, it is.

11            MS. MEDETIS:  Your Honor, at this time the Government

12   would seek to admit into evidence Government's Exhibit 63-B.

13            THE COURT:  It will be admitted as Government's

14   Exhibit 63-B.

15            (Whereupon, Government's Exhibit No. 63-B was entered

16   into evidence.)

17            THE COURT:  You may publish.

18   BY MS. MEDETIS:

19   Q.  Special Agent, could you please read the first paragraph,

20   starting with "I" of this Government's Exhibit 63-B.

21   A.  "I, the undersigned Jean Xxxxxx Xxxxxx, father of the

22   child, Dominique Xxxxxx, residing in Croix des Bouquets, hereby

23   acknowledge having entrusted said child to Mr. Matthew A.

24   Carter, director, Centre Etoile du Matin, whose nickname is

25   Bill, so that he can take care of him (food, lodging and other

```
 1    care not specified).  He is in charge of Dominique Xxxxxx,

 2    a/k/a Dodo, exclusively on the national territory."

 3    Q.  What's the date of this?

 4    A.  August 22nd, 2005.

 5    Q.  Showing you again Government's Exhibit 63-A, which is the

 6    original French version, are there signatures on this exhibit?

 7    A.  There are.

 8    Q.  And what signatures are you able to read?

 9    A.  Xxxxxx, Jean Jacques and Matthew A. Carter.  Also, Xxxxxx,

10    Jean.

11    Q.  Showing you Government's Exhibit 64, what is that?

12    A.  It's a picture.

13    Q.  And what does it say on there?

14    A.  "David Thelor."

15    Q.  What else does it say?

16    A.  Dadou, 10 years old.

17    Q.  And what is it a picture of?

18    A.  It's a picture of a young boy.

19    Q.  Government's Exhibit 65?

20    A.  This is a picture of a young boy.

21    Q.  Government's Exhibit 66?

22    A.  This is a picture of a young boy.

23    Q.  Government's Exhibit 67 has already been published.

24        And just to correct the record, Government's Exhibit 66 was

25    not seized at the Morning Star Center.  Correct?
```

1   A.   No.   This --

2   Q.   Go ahead.   Where was it taken from?

3   A.   I believe it was found --

4          MR. ADELSTEIN:   Objection.

5   BY MS. MEDETIS:

6   Q.   Do you know --

7          THE COURT:   Overruled.

8          If he knows, he can answer.

9          THE WITNESS:   It was found in a computer.

10  BY MS. MEDETIS:

11  Q.   And where was that computer from?

12  A.   From the Morning Star Center.

13  Q.   Aside from all these documents, did you seize any other

14  physical items?   Aside from all these documents and

15  photographs, did you seize any other physical items from the

16  Morning Star Center on May 8th, 2011?

17  A.   Yes.

18  Q.   And before we get there, what am I showing you a picture

19  of?   This is Government's Exhibit 32-S, previously admitted.

20         MR. ADELSTEIN:   Objection.   Asked and answered,

21  cumulative.

22         THE COURT:   Overruled.

23         THE WITNESS:   This is the outside of the house in

24  between the outside wall and the perimeter of the house.

25

```
 1   BY MS. MEDETIS:

 2   Q.   And Government's Exhibit 32-T, previously admitted, showing

 3   you now for the first time, what is this a picture of?

 4   A.   This is the rear of the house.

 5   Q.   And did you have an opportunity to walk through the rear of

 6   the house?

 7   A.   I did.

 8   Q.   And do you know what that rear of the house was used for?

 9   A.   Yes.

10   Q.   What was it used for?

11   A.   The -- this item here is --

12            MR. ADELSTEIN:  Objection.  Predicate, foundation.

13            THE COURT:  I'm sorry?

14            MR. ADELSTEIN:  Predicate and foundation.

15            THE COURT:  Lay your predicate.

16   BY MS. MEDETIS:

17   Q.   Were you present at the time -- well, on May 8th, 2011, did

18   you walk through this part of the perimeter of the Morning

19   Star?

20   A.   I did.

21   Q.   And what did you observe?

22   A.   There was a makeshift toilet and a makeshift shower.

23   Q.   How do you know it was a makeshift toilet?

24   A.   Because of the smell extruding from it.

25            MS. MEDETIS:  Your Honor, permission to approach?
```

1            THE COURT:  You may.

2            MS. MEDETIS:  I'm showing for the record defense

3       counsel what's been marked as Government's Exhibits 32-U

4       through 32-Z.

5            Permission to approach, your Honor?

6            THE COURT:  You may.

7       BY MS. MEDETIS:

8       Q.  Sir, please take a look at what's been marked for

9       identification as Government's Exhibit 32-U through 32-Z.

10           What are those?

11      A.  These are pictures taken on May 8th, 2011, at the Morning

12      Star Center.

13      Q.  And is the subject matter in those pictures a fair and

14      accurate depiction of what you saw on May 8th, 2011, at the

15      time of the search at the Morning Star Center?

16      A.  Yes.

17           MS. MEDETIS:  Your Honor, at this time the Government

18      would seek to admit Government's Exhibit 32-U through -Z.

19           THE COURT:  They will be admitted as Government's

20      Exhibits 32-U through 32-Z.

21           (Whereupon, Government's Exhibit Nos. 32-U through

22      32-Z were entered into evidence.)

23           THE COURT:  You may publish.

24      BY MS. MEDETIS:

25      Q.  Showing you again what's been previously admitted as

Bentolila - DIRECT - By Ms. Medetis          157

1   Government's Exhibit 32-I, what is this a photograph of?

2   A.   This is the left side of Room D from the perspective of

3   laying in the bed.

4   Q.   And what is it, generally?  What do we see on the left-hand

5   side of the photo?

6   A.   There's a chest of drawers.

7   Q.   Did you have an opportunity to inspect the contents of the

8   chest of drawers?

9   A.   Yes.

10   Q.   Showing you what's been previously admitted as Government's

11   Exhibit 32-U, what is that?

12   A.   That's the contents of one of the drawers.

13   Q.   And what did you see there?

14   A.   There's a lotion bottle, some cups.

15   Q.   What do you see in the bottom right-hand corner of the

16   photograph?

17   A.   Travel toilet tissue.

18   Q.   Government's Exhibit 32-V:  What are we looking at there?

19   A.   This is the left side nightstand of the bed of Room D.

20   Q.   Did you have an opportunity to examine the contents of the

21   nightstand?

22   A.   Yes, I did.

23   Q.   Government's Exhibit 32-W:  What is that?

24   A.   That's the contents of the drawer.

25   Q.   And what do you see -- what did you see in the drawer?

Bentolila - DIRECT - By Ms. Medetis                158

```
 1   A.   There's a lotion bottle and wipes.

 2   Q.   Government's Exhibit 32-J, previously admitted:  What are

 3   we looking at this?

 4   A.   This is the right side of Room D from the perspective of

 5   laying in the bed.

 6   Q.   I want to direct your attention to the center -- dead

 7   center right, right here in the picture.

 8        What is that?

 9   A.   That is a small table with a hidden compartment.

10   Q.   And what about the bottom center of 32-J?  What do you see

11   there?

12   A.   It's a gray lockbox.

13   Q.   Did you have an opportunity to inspect the false bottom of

14   that little table and the gray lockbox?

15   A.   Yes.

16   Q.   I'm showing you what's been admitted as 32-X.

17        What do you see there?

18   A.   It's the contents of that gray box.

19   Q.   And can you describe for us what you see in the center of

20   the photograph.

21   A.   There are six lotion bottles.

22   Q.   Showing you what has been admitted as Government's

23   Exhibit 32-Y, what is that?

24   A.   It's a .22-caliber pistol that was found inside that little

25   table underneath.
```

```
 1   Q.   What else do we see in this photograph?

 2   A.   There's a holster and ammunition.

 3   Q.   And showing you 32-Z, what is that?

 4   A.   That is the underside of that small table with the false

 5   bottom.  It contains the pistol.

 6            MS. MEDETIS:  I'm about to show defense counsel what's

 7   been marked for identification purposes as Government's

 8   Exhibits 69 through 71.

 9            Special Agent Larko, could I get your help.

10   BY MS. MEDETIS:

11   Q.   Sir, could you open the top of the box that's been put in

12   front of you.  I'm showing you what is in there that's been

13   marked for identification purposes without taking it out of the

14   box as Government's Exhibit 69, 70 and 71.  Can you take a look

15   at those, again, without taking them out of the box, if

16   possible.

17            THE COURT:  You can stand up if you want, sir.

18            THE WITNESS:  Sure.  Thank you.

19   BY MS. MEDETIS:

20   Q.   Sir, do you recognize these three items?

21   A.   Yes.

22   Q.   And how do you recognize them?

23   A.   These were the items that were found in Room D.

24   Q.   Could you use the microphone, please.

25   A.   I'm sorry.
```

```
1        These are the items that were found in Room D on May 8th,

2   2011, at the Morning Star Center.

3   Q.   And are these items, 69, 70 and 71, in substantially the

4   same condition as when you seized them on May 8th, 2011?

5   A.   Yes.

6             MS. MEDETIS:  Your Honor, at this time the Government

7   would seek to admit Government's Exhibits 69, 70 and 71.

8             THE COURT:  They will be admitted as Government's

9   Exhibits 69, 70 and 71.

10            (Whereupon, Government's Exhibit No. 69, 70 and 71

11  were entered into evidence.)

12            THE COURT:  You may publish.

13  BY MS. MEDETIS:

14  Q.   Sir, Government's Exhibit 69:  What is that?

15  A.   It's a lotion bottle.

16  Q.   Could you read that, please.

17  A.   Avon Moisture Therapy, Intensive, Body Lotion.

18  Q.   And is Government's Exhibit 69, this bottle of lotion, Avon

19  Moisture Therapy, Intensive -- is that the same bottle that's

20  depicted in 32-U?

21  A.   Yes.

22  Q.   And, again, 32-U is what part of Room D?

23  A.   This is the contents of the chest of drawers -- one of the

24  drawers.

25  Q.   Okay.  Government's Exhibit 70:  What is that?
```

```
 1   A.   It's a lotion bottle called Aloe Vera Naturals Skin Lotion.

 2   Q.   And how many ounces is that bottle?

 3   A.   20 ounces.

 4   Q.   Showing you Government's Exhibit 32-W, what is that?

 5   A.   That's the same bottle inside the nightstand.

 6   Q.   Government's Exhibit 71, sir:  What is that?

 7   A.   Those are the bottles of lotion found inside the gray box.

 8   Q.   How many bottles of lotion, sir?

 9   A.   Six.

10   Q.   Can you read the lotion, what it says from here.

11   A.   Jergens -- I'm sorry.

12        Jergens Ultra Healing, Extra Dry Skin Moisturizer.  And

13   there's one that says Jergens Original Scent, Cherry Almond

14   Moisturizer.

15   Q.   And how many bottles are in Government's Exhibit 71?

16   A.   Six.

17   Q.   And are they all the same size?

18   A.   Yes.

19   Q.   And what is the size of each bottle?

20   A.   24 ounces.

21        MS. MEDETIS:  Your Honor, the Government would tender

22   the witness.

23        MR. ADELSTEIN:  You can leave those there for a

24   second.

25        THE COURT:  Cross.
```

```
 1              MR. ADELSTEIN:  Yes.

 2                         CROSS-EXAMINATION

 3   BY MR. ADELSTEIN:

 4   Q.  Let's start off with your title.  You said special agent.

 5   A.  Yes.

 6   Q.  Everyone who works for Homeland Security is considered a

 7   special agent.  Isn't that correct?

 8   A.  No.

 9   Q.  What makes you a special agent?  What's the difference?

10   A.  Special agent is given to a criminal investigator.

11   Q.  Okay.  So all criminal investigators are, in fact, special

12   agents.  Correct?

13   A.  I don't know.

14   Q.  Okay.  Let's go over some of these documents, if I could.

15        And I'm not going to go one by one.

16        You found lease agreements for Morning Star.  Correct?

17   A.  Yes.

18   Q.  You found receipts indicating that Morning Star had, in

19   fact, paid the rent on the center.  Correct?

20   A.  In December?

21   Q.  Well, on various times.  There were numerous receipts.

22   A.  We did.

23   Q.  Okay.  So you found lease agreements and receipts

24   indicating corresponding -- indicating they paid rent.

25   Correct?
```

Bentolila - CROSS - By Mr. Adelstein          163

```
 1   A.   Yes.

 2   Q.   You also found, did you not, school records or files of

 3   young men at Morning Star when you executed the warrant.

 4   Correct?

 5   A.   We did.

 6   Q.   Those turned out to be the files -- we saw a picture of

 7   various names -- of the students that attended Morning Star?

 8             MS. MEDETIS:  Objection.  Calls for speculation.

 9   BY MR. ADELSTEIN:

10   Q.   Correct?

11             THE COURT:  Sustained.

12   BY MR. ADELSTEIN:

13   Q.   Did you bother matching up the files --

14             MS. MEDETIS:  Your Honor, objection.  Argumentative,

15   "did you bother."

16             THE COURT:  Sustained.

17             Rephrase your question.

18   BY MR. ADELSTEIN:

19   Q.   Did you -- excuse me.

20        Did you match up the names of the students in the file --

21             MS. MEDETIS:  Objection.  Outside the scope of direct.

22             THE COURT:  Overruled.

23   BY MR. ADELSTEIN:

24   Q.   Did you match up the names of the students in the file to

25   the various pictures of the students that were shown to you in
```

```
 1    that collage?

 2    A.   No.

 3    Q.   You found various passports of Mr. Harcourt and Mr. Carter.

 4    Correct?

 5    A.   Yes.

 6    Q.   Was there anything improper, since you're in Homeland

 7    Security, with any of those passports?

 8              MS. MEDETIS:  Objection.  Calls for speculation.  Has

 9    not laid a predicate that this witness is able to --

10              THE COURT:  Sustained.

11              MR. ADELSTEIN:  Could I have the passports?

12              MS. MEDETIS:  Sure.  Which ones?

13              MR. ADELSTEIN:  All of them.

14              MS. MEDETIS:  Certainly.

15              MR. ADELSTEIN:  Please.

16    BY MR. ADELSTEIN:

17    Q.   And you have training in Homeland Security, you indicated,

18    to protect the borders of the United States in your

19    investigations.  Correct?

20    A.   Yes.

21    Q.   And you have had experience, have you not, in looking at

22    passports and determining if there's anything improper or

23    illegal in the passports?

24    A.   We had one training class in that.

25              MR. ADELSTEIN:  Can I approach?
```

 1              THE COURT:  Yes.

 2    BY MR. ADELSTEIN:

 3    Q.  Let me show you Government's Exhibit 35, 33 --

 4              MS. MEDETIS:  Your Honor, I'm going to again object as

 5    to improper foundation, having laid predicate as to whether

 6    there's any -- other than one class, any experience to examine

 7    these passports.

 8              THE COURT:  Overruled.

 9    BY MR. ADELSTEIN:

10    Q.  Let me show you Exhibits 35, 33, 34 and 36.  Take

11    Exhibit 33.  I think that's the first passport.

12    A.  Yes.

13    Q.  What's the date it was issued and the date it expired?

14    A.  It says the issue date is August 10th, 1972, and it expired

15    August 9th, 1977.

16    Q.  Okay.  Go to 34.

17    A.  Okay.

18    Q.  Date issued?  Date expired?

19    A.  The issue date states April 24th, 1978, and it expires

20    April 23rd, 1983.

21    Q.  So that passport expired when you seized it.  Correct?

22              MS. MEDETIS:  Objection, your Honor.  Foundation.

23              THE COURT:  Sustained.

24    BY MR. ADELSTEIN:

25    Q.  Was that a valid passport on May 11th, 2011, when you

1   executed the warrant?

2           MS. MEDETIS:  Objection, your Honor.  Calls for a

3   legal conclusion.

4           THE COURT:  Sustained.

5           MR. ADELSTEIN:  May I approach very briefly?

6           THE COURT:  Yes.

7   BY MR. ADELSTEIN:

8   Q.  You read the expiration date.  Correct?

9   A.  Yes.

10  Q.  On Exhibit 34, indicating it expired on April 23rd, 1983?

11  A.  Yes.

12  Q.  What does that mean?

13          MS. MEDETIS:  Your Honor, objection.  Calls for

14  speculation.  This witness is not -- has not been established

15  to interpret what a passport means.

16          THE COURT:  Overruled.

17          If he knows, he can answer.

18  BY MR. ADELSTEIN:

19  Q.  What does that mean?

20  A.  It means that the passport is valid until April 23rd, 1983.

21  Q.  So on May -- what date did you execute the warrant again?

22  A.  May 8th.

23  Q.  May 8th, 2011, was that passport valid?

24          MS. MEDETIS:  Objection.  Calls for speculation.

25          THE COURT:  Overruled.

```
 1              THE WITNESS:  Was it valid?

 2   BY MR. ADELSTEIN:

 3   Q.  Yes.  On May 8th.

 4   A.  It was expired, according to the date on the passport.

 5   Q.  Go to Exhibit 34.  Give me the issuance of that passport

 6   and the expiration.

 7   A.  34?

 8   Q.  We did 33 and 34.  I'm sorry.  35.

 9   A.  35.  The issue date is July 6th, 1990.

10   Q.  And expiration?

11   A.  July 5th, 2000.

12   Q.  So that would have expired the date that you executed the

13   warrant on May 8th, 2011.  Correct?

14   A.  It would have been an expired passport at that time.

15   Q.  Let's go to the very last passport.  That would be 36?

16   A.  Yes.

17   Q.  Give me the issuance and expiration date.

18   A.  Issued July 3rd, 2000, and the expiration date listed is

19   July 2nd -- I'm sorry -- July 10th.

20       I'm sorry.  Let me see here.

21       July 3rd was the date of issue of 2000 and July 2nd of 2010

22   would be the expiration date.

23   Q.  Okay.  All expired passports -- I'm sorry.

24           MR. ADELSTEIN:  May I approach, Judge?

25           THE COURT:  Yes.
```

 1   BY MR. ADELSTEIN:

 2   Q.   All of these have expired?

 3   A.   Yes.

 4   Q.   Just basically kept for the heck of it?

 5          MS. MEDETIS:  Judge, calls for speculation.

 6   Objection.

 7          THE COURT:  Please refrain from the commentary,

 8   Mr. Adelstein.

 9          MR. ADELSTEIN:  Yes, ma'am.

10   BY MR. ADELSTEIN:

11   Q.   When you executed the warrant at Morning Star on May 8th,

12   2011, you were aware that Mr. Carter was also arrested on that

13   same day.  Correct?

14   A.   Yes.

15   Q.   There was a reason that you executed the warrant on

16   May 8th, 2011, at the same time Mr. Carter was arrested a

17   thousand miles away in Florida.  Correct?

18   A.   I'm sure there was.

19   Q.   That reason was so that you could get to the Morning Star

20   so no one would tamper with any of the evidence you may find.

21   Correct?

22          MS. MEDETIS:  Objection.  Calls for speculation.  I

23   believe the witness answered with uncertainty.

24          THE COURT:  Overruled.

25          THE WITNESS:  I don't know the reason.

Bentolila - CROSS - By Mr. Adelstein          169

```
 1   BY MR. ADELSTEIN:

 2   Q.   It was coordinated, was it not, with Homeland Security to

 3   arrest Mr. Carter and execute the search warrant on the same

 4   date.  Correct?

 5   A.   I think so.

 6   Q.   Okay.  Now, you were shown various photographs of the

 7   Morning Star.  Correct?

 8   A.   Yes.

 9   Q.   Did you take photographs of the clinic?

10   A.   I didn't take photographs.

11   Q.   Did you examine the clinic?

12   A.   I walked by it.

13   Q.   Did you take any evidence from the clinic?

14   A.   No.

15   Q.   Was the clinic stocked, in your observations, with

16   medicine, bandages?

17   A.   I don't remember.

18        MR. ADELSTEIN:  Could I have 37-A and -B, please.

19   BY MR. ADELSTEIN:

20   Q.   Let me go back to the clinic -- okay? -- and show you, if I

21   may, what is already in evidence as Government's Exhibit 32-B.

22        Do you recall seeing the clinic?

23   A.   Yes, I do.

24   Q.   Do you see the top shelf?

25        And I don't know how to zoom in or zoom out of this.
```

```
 1              MS. MEDETIS:  Would you like my assistance?

 2              MR. ADELSTEIN:  I'd like somebody's help.

 3         Thank you.

 4   BY MR. ADELSTEIN:

 5   Q.  That is the clinic; is it not?

 6   A.  Yes.

 7   Q.  That's the way it looked on May 8th, 2011?

 8   A.  Yes.

 9   Q.  Equipped with medicine and, it looks like, bandages and

10   other items.  Correct?

11   A.  There are items there.

12   Q.  Now, you talked about a document, specifically 37-A.  Can

13   you see that or do you need me to zoom in?

14   A.  If you could zoom in a little bit.

15   Q.  Tell me when to stop.

16   A.  That's good.

17   Q.  Do you remember being shown that document?

18   A.  Yes.

19   Q.  That you've indicated was in French?

20   A.  Yes.

21   Q.  And you translated it and the Government asked you some

22   questions concerning the translation, 37-B.  Correct?

23   A.  Yes.

24   Q.  Which is the translation of 37-A?

25   A.  Yes.
```

```
 1    Q.   Okay.  Now, that is, is it not, a letter from Morning Star

 2    International talking about insurance for the clinic?  Correct?

 3    A.   It talks about that.  Yes.

 4    Q.   Okay.  And you were asked the date of the letter.

 5         Remember those questions?

 6    A.   Yes.

 7    Q.   And you were asked who signed the letter.

 8    A.   Okay.

 9    Q.   Do you remember that?

10    A.   About this document, I'm not sure.  But....

11    Q.   But you were never asked about the left side of the

12    document.

13         What is that, where there's boxes, sir?

14    A.   It's -- it says "Board of Directors."

15    Q.   Now, you also seized some -- 60-A and -B and 63-A and -B.

16         You were also asked about some documents pertaining to

17    giving Mr. Carter permission or authority to house the students

18    at Morning Star by the parents.  Correct?

19    A.   There were two documents.

20    Q.   Okay.  And you were asked what those documents were.  And

21    I'm showing you 60-A.

22    A.   Yes.

23    Q.   And you explained it.

24         And the English translation, that basically is similar to a

25    power of attorney, giving someone the authority to care for --
```

Bentolila - CROSS - By Mr. Adelstein                172

```
 1              MS. MEDETIS:  Objection.  Calls for speculation --

 2    BY MR. ADELSTEIN:

 3    Q.  -- his or her child?

 4              MS. MEDETIS:  -- or legal conclusion.

 5              THE COURT:  Sustained.

 6    BY MR. ADELSTEIN:

 7    Q.  Do you know what the document is for?

 8    A.  Yes.

 9    Q.  What is it for?

10    A.  It's to give care and housing and food to the listed name.

11    Q.  This document, 60-B, is giving Mr. Carter, the director of

12    the Morning Star Center, the authority to house this young man.

13    Correct?

14    A.  Yes.

15    Q.  And it is signed, is it not, by his -- what appears to be

16    his aunt, his guardian?  Correct?

17              MS. MEDETIS:  Objection.  Calls for speculation as to

18    who signed it.

19              THE COURT:  Sustained.

20    BY MR. ADELSTEIN:

21    Q.  It's signed, is it not, by an individual?  Correct?

22    A.  Yes.

23    Q.  The same individual who in the English translation

24    identifies herself as the aunt of this young man.  Correct?

25    A.  The other document isn't signed.  But yes.  It is the same
```

1    name.

2    Q.  Well, this document is not signed because it's just a

3    translation.  Correct?

4    A.  The document that's posted right now by that name.

5    Q.  It has a fingerprint, does it not, of an individual?

6    Correct?

7               MS. MEDETIS:  Calls for speculation.

8               THE COURT:  Sustained.

9    BY MR. ADELSTEIN:

10   Q.  Do you know what this is that I'm pointing to on the

11   left-hand side when it says "responsible"?

12              MS. MEDETIS:  Objection.  Calls for speculation.  This

13   is not an expert in this field.

14              MR. ADELSTEIN:  Excuse me.

15              THE COURT:  Sustained.

16   BY MR. ADELSTEIN:

17   Q.  Where it has person in charge of the child, does it have an

18   ID number?

19   A.  Yes.

20   Q.  Do you know what that ID number is?

21   A.  No.

22   Q.  It has also a number underneath what appears to be the ID

23   number of 132900201.

24        Do you know what that number is?

25   A.  No.

```
 1   Q.   Next to the ID number on the original form is some type of

 2   ink print.

 3            MS. MEDETIS:   Objection as to characterization of

 4   "print."

 5   BY MR. ADELSTEIN:

 6   Q.   Some type of spot.

 7   A.   Yes.

 8   Q.   Do you know what that is, in your police training?

 9   A.   It appears to be a fingerprint.

10   Q.   Okay.  And it also, does it not, has a signature at the

11   bottom of someone?  Correct?

12   A.   Yes.

13   Q.   As a witness.  Correct?

14   A.   Yes.

15   Q.   And what's the name?

16   A.   Jn. Edder Xxxxxx.

17   Q.   Now, we now have another form and that is 63-A and 63-B,

18   which is, in fact, the same type of document that I just showed

19   you.  Correct?

20   A.   Yes.

21   Q.   And this document indicates the name of a young man.

22        Can you read that for me?

23   A.   Jean Xxxxxx Xxxxxxx.

24   Q.   And that person is described as what relationship to

25   Dominique Xxxxxx, the child?
```

Bentolila - CROSS - By Mr. Adelstein          175

```
 1    A.   It says "Father."

 2    Q.   And this document, does it not, gives Mr. Carter, the

 3    director of the Morning Star, the authority to lodge him

 4    legally?  Correct?

 5    A.   Yes.

 6    Q.   And take care of feeding him, lodging him and any other

 7    necessary care.  Correct?

 8    A.   Yes.

 9    Q.   And that document is signed by, is it not, the father, Jean

10    Xxxxxx Xxxxxxx?

11    A.   Yes.

12    Q.   And it has a number underneath it, ID No. 003-222 -- it's

13    either S42-4 or A.

14         Do you see that right under the father's name?

15    A.   Yes.

16    Q.   Do you know what that number is?

17    A.   It looks like a "9."

18    Q.   Do you know what that number represents?

19    A.   No idea.  I'm sorry.  I don't know.

20    Q.   And there is also a signature of -- on the form that says

21    "Mother."  Correct?

22    A.   Yes.

23    Q.   And that appears to be represented in Government's

24    Exhibit 63-A, the Dominique Xxxxxx.  Correct?

25    A.   Yes.
```

Bentolila - CROSS - By Mr. Adelstein          176

1    Q.   And that also has a number, 005-626-982-4.

2         Do you know what that number means?

3    A.   No.

4    Q.   As we sit here today, did you ever investigate what those

5    numbers mean?

6    A.   No.

7    Q.   As we sit here today, did you contact either the mother and

8    father of Dominique Joseph?

9    A.   Not personally.

10   Q.   Now, there is a signature of what has been -- on the French

11   version says "Children's Supervisor."  Correct?  Do you see it

12   side by side?

13   A.   Yes.

14   Q.   Can you read that name on there?

15   A.   "Marny Jean."

16   Q.   And can you read the initials after that or the letters

17   after "Marny Jean"?

18   A.   It's E-d-e-r.

19   Q.   What does that mean to you, if you know?

20   A.   I don't know.

21   Q.   And that also has an ID number.  Correct?

22   A.   No.  What is -- I'm sorry.  What --

23   Q.   Under the "Children's Supervisor," it has an ID number,

24   008, et cetera?

25   A.   Yes.

Bentolila - CROSS - By Mr. Adelstein            177

```
 1   Q.   And you've already indicated you don't know what that
 2   number represents?
 3   A.   No.
 4   Q.   And right underneath there, it says "Children's
 5   Supervisor."
 6        And read that for me.
 7   A.   "Centre Etoile du Matin."
 8   Q.   What does that mean in English?
 9   A.   "Morning Star Center."
10   Q.   Okay.  Did you bother to contact the children's supervisor?
11             MS. MEDETIS:  Objection.  Argumentative.
12             THE COURT:  Sustained.
13             Rephrase your question.
14   BY MR. ADELSTEIN:
15   Q.   Did you contact Marny Jean, the children's supervisor?
16   A.   No.
17   Q.   Okay.  Oh, and there's also, is there not, a spot to the
18   left of that?  Correct?
19   A.   Yes.
20   Q.   And do you know what that is?
21   A.   I'm not sure.
22   Q.   Okay.  How about the spot on the right-hand side?  Do you
23   want to see the original?
24   A.   Sure.
25             MR. ADELSTEIN:  May I approach?
```

Bentolila - CROSS - By Mr. Adelstein          178

```
 1              THE COURT:  Yes.

 2              THE WITNESS:  Okay.

 3   BY MR. ADELSTEIN:

 4   Q.  Do you know what it is?

 5   A.  They look like fingerprints.

 6   Q.  What is -- in your police training -- and you've been a law

 7   enforcement officer for ten years -- what's the significance of

 8   a fingerprint on anything?

 9   A.  It just means that a finger touched that particular

10   surface.

11   Q.  And you know, as a law enforcement officer, no one in the

12   world has the same fingerprints.  Correct?

13   A.  Yes.

14   Q.  Now, in your training as a law enforcement officer, you've

15   learned various techniques, have you not, to collect evidence?

16   Right?

17   A.  Yes.

18   Q.  There is such a thing as looking or collecting evidence

19   from a scene, but not contaminating it.  Correct?

20   A.  Yes.

21   Q.  When I'm talking about contamination, I'm talking about not

22   messing up any type of physical evidence that might link

23   somebody to a particular item or a crime or object.  Correct?

24   A.  Yes.

25   Q.  That is because, in your police training, your fingerprints
```

Bentolila - CROSS - By Mr. Adelstein          179

```
 1   are different than mine.  Correct?
 2   A.  Yes.
 3   Q.  Your DNA is different than mine.  Correct?
 4   A.  Yes.
 5           MS. MEDETIS:  Objection.  Outside the scope.
 6   Objection.  Requires foundation, witness knowledge, an expert
 7   in DNA.
 8           THE COURT:  Sustained.
 9           Lay your foundation.
10   BY MR. ADELSTEIN:
11   Q.  In your police training, do you take courses in how to
12   preserve a scene?
13   A.  I'm sorry.  A what?
14   Q.  How to preserve a scene, a crime scene, specifically.
15   A.  We've had training.
16   Q.  And what is the purpose of preserving a crime scene?
17   A.  As to maintain the integrity of the evidence.
18   Q.  And when we talk about the integrity of the evidence, are
19   we talking about such things as fingerprints?
20   A.  I guess it would depend on the crime scene.
21   Q.  Yeah.
22   A.  Yes.
23   Q.  Are we talking about preserving the scene for such things
24   as DNA or bodily fluids?
25   A.  We were never trained in that particular aspect of it.
```

 1   Q.   You never were?

 2   A.   No.

 3   Q.   When you collected --

 4            MR. ADELSTEIN:  May I approach?

 5            THE COURT:  Yes.

 6   BY MR. ADELSTEIN:

 7   Q.   Are you the one who collected those items that I have in

 8   front of me?

 9   A.   No.  I was present during the collection of those items.

10   Q.   Okay.  When you collected Government's Exhibit 71 -- when I

11   say "you," your team, I guess --

12   A.   Yeah.

13   Q.   -- 71 -- all of 71, did you take any precautions to

14   preserve those items or just put them in that bag?

15   A.   I don't know.

16   Q.   Did you have -- for instance, did you see any law

17   enforcement officer use gloves so that they would not tamper

18   with any fingerprints or any evidence that was found on

19   Government's Exhibit 71?

20   A.   I can't say why they wore gloves.  But, yes, there were

21   officers wearing gloves.

22   Q.   Were you wearing gloves?

23   A.   Yes.

24   Q.   Those those latex gloves I see on TV?

25   A.   Yes.

```
 1   Q.   Is there a reason why someone wears those type of gloves?

 2   A.   It was -- it was pretty filthy.

 3   Q.   Okay.  Any other reason, other than pretty filthy?

 4   A.   I just didn't want to get, you know -- it was pretty

 5   filthy.  That really is the reason.

 6   Q.   Pardon me?

 7   A.   That is the reason.

 8   Q.   Okay.  Now, did you see anyone in your presence look for or

 9   examine, for instance, the Morning Star Center for any type of

10   DNA evidence?

11   A.   No.

12   Q.   Did you see anyone look for or examine, for instance,

13   Exhibit 32, which you have described as the bedroom, the large

14   bed -- did you see anyone look for any bodily fluids?

15   A.   No.

16   Q.   Such as semen?

17   A.   No.

18   Q.   Okay.  Did you bother -- I'm sorry.  That's argumentative.

19        Did you collect, for instance, the bedding of this room?

20   A.   No.

21   Q.   Did you collect the pillows in this room?

22   A.   No.

23   Q.   Did you collect the sheets in this room?

24   A.   No.

25   Q.   And not the blanket or any of the items on the bed?
```

 1    A.   As far as the linens of the bed?

 2    Q.   Yes.

 3    A.   No.

 4    Q.   Was that your decision or someone else's decision not to

 5    collect these items?

 6    A.   Not my decision.

 7    Q.   Who made the call as to what to collect and what not to

 8    collect?

 9    A.   Well, we were just working with the Haitian authorities,

10    the Haitian National Police.

11    Q.   But you took custody of those items that are sitting --

12    Item 71.   Correct?

13    A.   These items?

14    Q.   Yes.

15    A.   Yeah.   They were turned over to us.

16    Q.   Who was taking the photographs?   You or the Haitian

17    Government?

18    A.   I believe it was somebody from Homeland Security.

19    Q.   A US -- a federal agent.   Correct?

20    A.   Yes.

21            MR. ADELSTEIN:   May I have one moment?

22            THE COURT:   Yes.

23    BY MR. ADELSTEIN:

24    Q.   Exhibit 32-L:   Did you take custody of any of these items

25    in the bookcase?

Bentolila - CROSS - By Mr. Adelstein                183

 1    A.   Not to my knowledge.

 2    Q.   32-K, the files that are marked Haitian information,

 3    medicine, utilities and then it seems to have school and

 4    various names of young men:  Did you take all of those files?

 5    A.   They were seized.

 6    Q.   And who took custody of those:  The Haitian police or the

 7    Haitian Government or the United States Government?

 8    A.   At the time, it was the Haitian police.

 9    Q.   And did they turn them over to you?

10    A.   Not to me personally.

11    Q.   But to your agency?

12    A.   I believe so.

13    Q.   Okay.  The -- you described the place as filthy, I think

14    was your description.  Correct?

15    A.   Yes.

16    Q.   Is that the way you found the bedroom when you first came

17    into the house?

18    A.   Yes.

19    Q.   And I'm referring to 32-G.

20    A.   It appears that way.

21    Q.   Okay.  And did you, for instance, seize this chest that's

22    depicted on my right-hand side that I'm pointing to?  You can't

23    see it.  There it is.

24    A.   I don't know.

25    Q.   You already indicated you didn't seize any of the linens or

```
 1    the pillows.

 2    A.   Not to my knowledge.

 3    Q.   None of the bedding?

 4         MS. MEDETIS:  Objection.  Asked and answered.

 5         THE COURT:  Sustained.

 6    BY MR. ADELSTEIN:

 7    Q.   Let me ask you this:  On the bench, do you know what that

 8    is?

 9    A.   No.

10    Q.   How long were you at Morning Star Center?

11    A.   A few hours.

12    Q.   And who was, if you know, the head federal agent on the

13    scene?

14    A.   I don't know.

15    Q.   It wasn't you, though?

16    A.   No.

17    Q.   Would it be fair to say it would be the head agent who

18    would decide what items should or should not be seized as far

19    as the Federal Government -- the United States Federal

20    Government is concerned?

21         MS. MEDETIS:  Objection.  Calls for speculation.

22         THE COURT:  Sustained.

23    BY MR. ADELSTEIN:

24    Q.   Do you know who was calling the shots?

25         MS. MEDETIS:  Objection.  Asked and answered.
```

```
 1              THE COURT:  Sustained.
 2    BY MR. ADELSTEIN:
 3    Q.  How many federal agents were on the scene?
 4    A.  I can't say exactly.
 5    Q.  Give me your best guess.  More than five?  Less than five?
 6    A.  Maybe in between five and 12.
 7    Q.  Okay.  And how many representatives from the Haitian
 8    Government -- police were there?
 9    A.  About the same.
10              THE COURT:  I think we have a request for a rest room
11    break.
12              We're actually going to be breaking in 15 minutes to
13    accommodate one of your members.  So what I'd like to do is, if
14    anybody needs to use the rest room, just one by one or two by
15    two go and use the rest room.  I don't want to take a complete
16    break.
17              Go ahead.  You're first.
18              You're second.
19              MR. ADELSTEIN:  Does that include lawyers, too?
20              THE COURT:  No.  Yes, you can.
21              MR. ADELSTEIN:  I don't know why I ask.
22              Thank you.
23              THE COURT:  You're welcome.
24              MR. ADELSTEIN:  Thank you.
25              THE COURT:  You're welcome.
```

```
 1                Everyone is back.

 2                You may proceed, Mr. Adelstein.

 3                MR. ADELSTEIN:  Thank you.

 4    BY MR. ADELSTEIN:

 5    Q.  Finally, Agent, when you arrived at the Morning Star, did

 6    you or any officer, to your knowledge, alert them that you were

 7    coming to execute this search warrant?

 8                MS. MEDETIS:  Objection.  Relevance.  Objection.

 9    Calls for speculation.

10                MR. ADELSTEIN:  To his knowledge.

11                THE COURT:  Overruled.

12                THE WITNESS:  Not to my knowledge.

13    BY MR. ADELSTEIN:

14    Q.  There is a reason, is there not, in your police training

15    not to alert the individuals that reside at a location that

16    you're going to execute a search warrant?  Correct?

17    A.  At times.

18    Q.  And that is so that they do not dispose of any evidence you

19    might be looking for.  Correct?

20    A.  That may be one of the reasons.

21    Q.  Okay.  It could be so that they do not contaminate the

22    crime scene.  Correct?

23    A.  It could be.

24    Q.  And you just -- when I say "you," did you and the Haitian

25    Government arrive simultaneous with each other?
```

```
 1   A.   Yes.

 2   Q.   Let me show you a photograph, 32-A.

 3        Is that a picture of when you first arrived on the scene?

 4   A.   I don't know exactly the time the picture was taken.

 5   Q.   When you arrived on the scene, did you remove all of the

 6   residents of Morning Star before you started to search for

 7   evidence?  And when I say "remove," get them out of the house.

 8   A.   I believe.  Yes.

 9   Q.   Thank you very much.

10        MR. ADELSTEIN:  No further questions.

11        THE COURT:  We're going to break to accommodate one of

12   your members early today.

13        Do not discuss this case either amongst yourselves or

14   with anyone else.  Have no contact whatsoever with anyone

15   associated with the trial.

16        Do not read, listen or see anything touching on this

17   matter in any way, including anything in the media, anything on

18   the Internet or anything on any access device.

19        If anyone should try to talk to you about this case,

20   you should immediately instruct them to stop and report it to

21   my staff.

22        If you would, give your notebooks to the court

23   security officer.  Have a nice evening.  I'll see you tomorrow

24   morning, 9:00.

25        (Whereupon, the jury exited the courtroom at 4:27 p.m.
```

```
 1   and the following proceedings were had:)

 2              THE COURT:  You may step down, sir.

 3              THE WITNESS:  Thank you.

 4              (Witness excused.)

 5              THE COURT:  You may be seated for a moment.

 6              Mr. Adelstein, any estimate of how long you expect

 7   your case to take?

 8              MR. ADELSTEIN:  I think approximately one week.

 9              THE COURT:  A week?

10              MR. ADELSTEIN:  Yes.

11              THE COURT:  Okay.  And the Government has indicated

12   that you expect that your case may take through the end of next

13   week.  Correct?

14              MS. MEDETIS:  Yes, Judge.

15              THE COURT:  So that would be the 22nd.  And then

16   you're talking about through March 1st.  Correct?  That would

17   be the week for that -- four days?  The four days?

18              MR. ADELSTEIN:  Yes.  I do believe that the

19   Government's estimate, unless they're paring down their witness

20   list -- the next group of individuals that they have are

21   predominantly young men from the Morning Star.  And based upon

22   the beginning, we did one, maybe two, a day.  And they've

23   listed, just so the Court knows, 12.

24              MR. HOROWITZ:  11 or 12.

25              THE COURT:  Is that accurate?  There are 12 minors?
```

1    That's what's remaining, is the minors.

2           MR. ADELSTEIN:  11, I think it is.

3           MS. MEDETIS:  There's 11.  They're not all minors,

4    your Honor.

5           MR. ADELSTEIN:  Based upon that track record and the

6    first group.

7           THE COURT:  Does anybody want to state a position in

8    regard to Juror No. 15?

9           MS. MEDETIS:  Your Honor, the Government would.

10          The Government would not object to excusing this juror

11   so that we can proceed with the trial and see an end to the

12   trial in an expedient manner.  He is an alternate.  There are

13   three other alternates --

14          THE COURT:  Two other alternates.

15          MS. MEDETIS:  Two other alternates.  My apologies.

16          -- in his stead.  We don't see a reason, from the

17   Government's perspective, to stop the proceedings for -- I

18   guess it would be this Thursday and Friday, I believe, for his

19   vacation.

20          THE COURT:  No.  It's the 15th, which would be Friday,

21   and then he returns on the 19th.  So it would be Friday and

22   Tuesday.

23          MR. HOROWITZ:  Judge, we would object.  We would like

24   to keep the juror.  We selected him in good faith.  If we

25   thought it would come to the possibility where trial would -- I

1    know the Court reserved ruling on it.

2           But if it came down to the point where -- we all knew

3    we were going to be here the 15th.  There was no great mystery

4    that this trial would be over by Friday.

5           We made our strategic decisions based on this

6    alternate.  We'd request to keep the alternate.  It's not like

7    this is a surprise.  We all knew this was coming.  We'd request

8    that he stays.

9           THE COURT:  I'm going to think about it.  My

10   inclination is to dismiss him after tomorrow and continue with

11   the trial.  But I'm going to think about it, your positions,

12   and I'll make a final decision tomorrow.

13          But we have two other alternates.  I've had many

14   trials -- two-week trials with two alternates.  So that --

15   that's what I'm thinking at this point.  But I'll make a final

16   decision tomorrow.

17          MR. ADELSTEIN:  I would also renew my request for

18   tomorrow to break a little early.

19          THE COURT:  I told you 4:30.

20          MR. ADELSTEIN:  4:30 tomorrow?

21          THE COURT:  I told you 4:30 for Valentine's Day so you

22   can take your wife out.

23          MR. ADELSTEIN:  Thank you.

24          THE COURT:  We will break tomorrow at 4:30.  I'm sure

25   many of the jurors may have plans for the evening and they will

1    appreciate it if we do.

2            MR. ADELSTEIN:  Thank you.

3            THE COURT:  I didn't anticipate breaking this early

4    today, but somebody needs to get their tooth taken care of.  So

5    that was important.

6            MS. MEDETIS:  Things happen, I guess, your Honor.

7    Right?

8            THE COURT:  Yes.  Things tend to happen when you have

9    jury trials.

10           We'll be in recess until tomorrow morning, 9:00.  Have

11   a nice evening.

12           MS. MEDETIS:  Have a good night, your Honor.

13           (Proceedings concluded.)

14

15                   C E R T I F I C A T E

16

17           I hereby certify that the foregoing is an accurate

18   transcription of the proceedings in the above-entitled matter.

19

20

21   _____        /s/Lisa Edwards
          DATE               _____
22                           LISA EDWARDS, RDR, CRR
                             Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
23                           Miami, Florida 33128
                             (305) 523-5499

24

25

## $

**$3500** [2] - 134:2, 134:4

## '

**'70-something** [1] - 58:16
**'70s** [1] - 9:10
**'75** [3] - 58:21, 62:6, 62:20
**'76** [3] - 58:21, 62:7, 62:20
**'77** [2] - 64:20, 64:21
**'80s** [2] - 119:25, 121:20
**'81** [2] - 18:17, 72:4
**'82** [3] - 17:10, 18:10, 18:17
**'83** [2] - 70:19, 70:20
**'86** [1] - 17:12
**'90s** [1] - 119:25
**'95** [4] - 144:13, 144:18, 145:6
**'96** [2] - 73:14, 73:24
**'97** [2] - 145:6, 145:12
**'98** [2] - 145:12, 145:15
**'99** [4] - 145:15, 145:18, 145:22

## /

**/s/Lisa** [1] - 191:21

## 0

**003-222** [1] - 175:12
**005-626-982-4** [1] - 176:1
**008** [1] - 176:24

## 1

**1** [4] - 1:8, 133:22, 138:11
**10** [3] - 92:13, 92:14, 153:16
**100** [1] - 123:19
**102** [1] - 3:12
**105** [1] - 3:13
**10:47** [1] - 74:22
**10:59** [1] - 75:23
**10th** [5] - 102:19,
129:23, 131:2, 165:14, 167:19
**11** [8] - 37:3, 58:12, 92:13, 188:24, 189:2, 189:3
**11-20350** [3] - 4:3, 75:10, 107:2
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11-year-old** [1] - 77:16
**11:46** [1] - 106:15
**11th** [2] - 134:11, 165:25
**12** [10] - 37:3, 45:2, 45:22, 58:12, 92:18, 112:4, 185:6, 188:23, 188:24, 188:25
**125** [3] - 3:14, 3:14, 3:15
**13** [7] - 1:5, 45:22, 46:24, 47:14, 92:13, 108:24, 113:9
**132** [1] - 3:15
**132900201** [1] - 173:23
**14** [16] - 47:14, 47:15, 48:22, 67:5, 92:12, 110:3, 133:14, 135:24, 145:8, 145:11, 146:4, 146:5, 146:14, 151:11
**14,000** [1] - 145:24
**1400** [1] - 1:18
**148** [1] - 3:16
**149** [1] - 3:17
**14th** [1] - 142:25
**15** [19] - 5:3, 82:24, 83:1, 83:8, 84:11, 84:12, 85:16, 85:23, 86:4, 86:5, 92:8, 92:12, 92:13, 110:24, 111:1, 111:17, 145:14, 185:12, 189:8
**15,000** [1] - 145:14
**15-A** [2] - 113:20, 145:21
**15-B** [2] - 145:24, 146:2
**152** [1] - 3:17
**156** [1] - 3:18
**15th** [5] - 5:3, 142:21, 142:25, 189:20, 190:3
**16** [6] - 86:8, 86:14, 92:11, 92:12, 112:11
**160** [1] - 3:18
**162** [1] - 3:7
**17** [4] - 92:11,
111:19, 112:14
**17-A** [2] - 87:10, 87:15
**17-B** [3] - 87:10, 88:8, 88:13
**17th** [1] - 88:24
**18** [4] - 15:10, 15:13, 92:7, 92:9
**19** [4] - 17:12, 62:6, 69:20, 92:11
**191** [1] - 1:8
**1910** [1] - 1:24
**1945** [3] - 86:20, 102:15, 103:5
**1963** [1] - 34:13
**197** [1] - 58:5
**1972** [2] - 102:19, 165:14
**1975** [1] - 58:17
**1977** [13] - 7:12, 9:23, 10:3, 14:24, 15:6, 15:15, 22:10, 23:6, 64:25, 66:5, 78:10, 102:21, 165:15
**1978** [9] - 7:12, 14:24, 15:6, 15:15, 67:20, 69:17, 69:20, 78:10, 165:19
**1979** [2] - 69:20, 70:11
**1980** [4] - 15:23, 70:11, 70:17, 72:4
**1981** [5] - 15:23, 17:9, 17:10, 18:10, 72:16
**1983** [5] - 55:9, 70:17, 165:20, 166:10, 166:20
**1985** [1] - 58:15
**1986** [3] - 23:9, 25:22, 30:10
**1988** [1] - 118:20
**1990** [3] - 88:3, 88:24, 167:9
**1995** [2] - 108:20, 109:14
**1996** [4] - 73:15, 109:23, 129:23, 131:2
**1997** [1] - 110:20
**1998** [5] - 111:6, 111:21, 111:24, 112:6, 113:3
**19th** [3] - 5:4, 150:20, 189:21
**1:30** [3] - 106:13, 106:16, 106:23
**1st** [6] - 134:8, 136:5, 136:7, 146:15, 188:16

## 2

**2** [5] - 7:23, 36:4, 111:19, 134:3, 146:5
**20** [6] - 7:23, 8:22, 73:17, 73:19, 114:8, 161:3
**2000** [7] - 113:25, 145:22, 145:25, 167:11, 167:18, 167:21
**2001** [6] - 134:8, 134:11, 144:15, 145:25, 146:2, 146:15
**2002** [1] - 150:20
**2003** [5] - 114:22, 115:4, 136:5, 136:7, 151:18
**2004** [1] - 136:7
**2005** [6] - 137:12, 137:15, 138:15, 138:17, 146:19, 153:4
**2006** [2] - 138:15, 139:15
**2007** [4] - 139:24, 140:7, 140:19
**2008** [4] - 140:19, 140:24, 141:4, 141:13
**2009** [6] - 92:3, 141:14, 142:9, 142:12, 142:21, 142:25
**2010** [4] - 92:25, 142:25, 143:12, 167:21
**2010.docx** [2] - 93:15, 94:2
**2011** [34] - 11:16, 73:7, 73:10, 73:22, 82:18, 94:12, 95:12, 95:15, 99:14, 100:5, 101:17, 101:22, 105:6, 105:13, 108:12, 115:23, 116:7, 143:12, 143:20, 146:23, 147:17, 147:19, 154:16, 155:17, 156:11, 156:14, 160:2, 160:4, 165:25, 166:23, 167:13, 168:12, 168:16, 170:7
**2012** [3] - 11:13, 11:23, 22:11
**2013** [1] - 1:5
**20530** [1] - 1:19
**20th** [7] - 113:25, 137:12, 138:15, 146:19

## 21

**21st** [3] - 92:3, 137:15, 138:17
**22-caliber** [1] - 158:24
**22nd** [2] - 153:4, 188:15
**23** [13] - 138:9, 139:11, 139:22, 140:9, 140:11, 140:24, 141:2, 142:7, 142:12, 142:23, 143:10, 146:18, 146:21
**23rd** [5] - 11:16, 140:24, 165:20, 166:10, 166:20
**24** [1] - 161:20
**24th** [1] - 165:19
**25** [4] - 73:20, 84:22, 85:24, 87:5
**25th** [4] - 118:19, 142:9, 143:12, 146:23
**26** [1] - 3:5
**26th** [12] - 139:15, 139:24, 140:19, 141:4, 141:13, 141:14, 142:9, 142:12, 143:12
**27th** [3] - 86:20, 102:15, 103:5
**29** [8] - 138:9, 139:11, 139:22, 140:10, 140:25, 142:12, 143:10, 146:22
**2929** [1] - 1:21
**2:00** [1] - 107:24
**2:01** [1] - 93:1
**2nd** [2] - 167:19, 167:21

## 3

**3** [1] - 36:4
**30** [10] - 3:11, 73:21, 90:2, 90:19, 90:24, 91:10, 91:13, 91:14, 91:19, 92:20
**305** [2] - 2:3, 191:23
**30th** [1] - 140:7
**31** [8] - 3:11, 90:3, 90:20, 90:24, 91:10, 91:13, 91:14, 93:23
**31st** [1] - 34:15
**32** [4] - 145:8, 145:11, 145:14, 181:13
**32-A** [7] - 3:12, 95:3, 95:18, 96:1, 96:2,

96:7, 187:2
**32-B** [2] - 96:14, 169:21
**32-C** [1] - 96:22
**32-E** [1] - 96:25
**32-F** [3] - 97:8, 97:24, 98:2
**32-G** [4] - 97:18, 105:8, 116:4, 183:19
**32-I** [4] - 98:21, 99:20, 99:22, 157:1
**32-J** [4] - 99:3, 99:18, 158:2, 158:10
**32-K** [2] - 99:25, 183:2
**32-L** [1] - 182:24
**32-S** [1] - 154:19
**32-T** [1] - 155:2
**32-U** [9] - 3:18, 156:3, 156:9, 156:18, 156:20, 156:21, 157:11, 160:20, 160:22
**32-V** [1] - 157:18
**32-W** [2] - 157:23, 161:4
**32-X** [1] - 158:16
**32-Y** [1] - 158:23
**32-Z** [6] - 3:18, 156:4, 156:9, 156:20, 156:22, 159:3
**33** [17] - 3:6, 3:12, 101:2, 101:4, 101:9, 101:20, 101:25, 102:2, 102:3, 102:7, 102:11, 103:6, 103:12, 165:3, 165:10, 165:11, 167:8
**33128** [2] - 2:3, 191:23
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**34** [9] - 103:1, 103:6, 103:9, 165:10, 165:16, 166:10, 167:5, 167:7, 167:8
**35** [7] - 8:22, 9:8, 104:6, 165:3, 165:10, 167:8, 167:9
**36** [15] - 3:12, 101:2, 101:4, 101:9, 101:20, 101:25, 102:2, 102:3, 102:8, 103:16, 104:1, 104:2, 104:10, 165:10, 167:15
**37** [2] - 117:19, 117:20
**37-A** [15] - 3:14, 115:11, 115:18,

116:11, 125:5, 125:7, 125:8, 126:2, 129:11, 129:22, 130:9, 130:11, 169:18, 170:12, 170:24
**37-B** [10] - 129:19, 129:21, 130:8, 130:10, 130:14, 130:16, 130:17, 130:22, 130:25, 170:22
**38** [2] - 117:20, 117:21
**38-A** [9] - 115:11, 115:18, 116:11, 117:1, 117:7, 117:8, 117:22, 117:23, 118:7
**38-B** [1] - 119:2
**39** [9] - 3:13, 31:12, 104:18, 104:21, 105:21, 105:24, 105:25, 108:6, 108:11
**3rd** [2] - 167:18, 167:21

## 4

**4-27-1945** [1] - 87:7
**40** [4] - 104:18, 105:20, 108:14, 109:13
**40-day** [1] - 31:11
**400** [2] - 2:2, 191:22
**403** [1] - 120:23
**404(b** [2] - 122:2, 122:15
**41** [7] - 3:13, 104:18, 105:21, 105:24, 105:25, 109:21, 109:25
**410** [1] - 1:22
**412** [1] - 122:11
**413** [2] - 122:2, 122:11
**414** [1] - 122:2
**42** [6] - 3:13, 104:18, 105:22, 105:24, 105:25, 110:18
**43** [7] - 3:13, 104:19, 105:22, 105:24, 105:25, 111:2, 111:3
**44** [2] - 105:20, 111:22
**45** [5] - 3:13, 105:22, 105:24, 106:1, 112:5
**46** [5] - 3:13, 105:24, 106:1, 112:16, 113:6
**47** [5] - 3:13, 105:22, 105:24, 106:1, 113:11

**48** [2] - 105:20, 114:16
**48114** [2] - 84:9, 85:4
**49** [3] - 34:17, 115:2
**49028** [2] - 84:20, 86:2
**4:27** [1] - 187:25
**4:30** [5] - 107:17, 190:19, 190:20, 190:21, 190:24
**4:33** [1] - 1:6
**4th** [1] - 92:25

## 5

**5** [4] - 132:2, 137:11, 138:13
**50** [6] - 104:19, 104:21, 105:20, 108:6, 108:14, 115:7
**51** [12] - 3:14, 115:11, 115:18, 116:11, 125:11, 125:14, 125:15, 131:10, 138:24, 143:18, 145:17, 145:19
**52-A** [18] - 3:15, 123:7, 124:10, 124:12, 124:23, 125:17, 125:20, 125:21, 131:11, 132:5, 132:12, 132:22, 133:4, 134:19, 146:1, 146:3, 146:6, 146:13
**52-B** [2] - 136:9, 136:10
**52-C** [5] - 136:19, 136:24, 137:9, 137:23, 146:16
**52-D** [11] - 3:15, 3:15, 125:18, 125:20, 125:21, 131:11, 132:6, 132:12, 132:22, 137:25, 138:22
**523-5499** [2] - 2:3, 191:23
**53-A** [19] - 3:15, 116:15, 116:17, 116:20, 122:16, 123:10, 124:11, 124:16, 124:18, 131:23, 132:15, 132:17, 132:18, 133:3, 133:4, 133:8, 133:24, 134:20, 136:3
**53-B** [2] - 135:7,

136:9
**53-C** [1] - 137:20
**53-D** [5] - 131:23, 132:15, 132:17, 132:18, 138:22
**54-A** [6] - 3:14, 125:12, 125:14, 125:15, 139:2, 139:6
**54-B** [2] - 139:19, 140:3
**54-C** [2] - 140:5
**54-D** [2] - 140:20, 141:23
**54-E** [1] - 141:5
**54-F** [1] - 142:3
**54-G** [1] - 142:17
**54-H** [9] - 3:14, 115:12, 115:19, 116:11, 125:16, 139:3, 143:7, 146:20, 146:24
**55** [5] - 147:3, 147:10, 147:23, 148:11, 148:22
**56** [2] - 147:24, 148:25
**57** [2] - 147:24, 148:25
**58** [3] - 3:6, 147:24, 148:11
**59** [3] - 147:25, 148:7, 148:9
**5th** [2] - 88:3, 167:11

## 6

**6** [4] - 3:5, 113:9, 133:14, 135:24
**60-A** [11] - 3:16, 147:10, 147:25, 148:13, 148:15, 149:7, 149:14, 149:16, 150:21, 171:15, 171:21
**60-B** [8] - 3:17, 149:13, 149:19, 149:21, 149:22, 150:2, 150:22, 172:11
**600** [1] - 1:18
**61** [6] - 3:16, 147:10, 147:25, 148:14, 148:15, 151:6
**62** [5] - 3:16, 147:25, 148:14, 148:15, 151:12
**62-A** [2] - 152:6, 152:7
**63-A** [13] - 3:16, 147:3, 147:11,

136:9
**53-C** [1] - 137:20

147:25, 148:14, 148:16, 151:19, 152:9, 152:10, 153:5, 171:15, 174:17, 175:24
**63-B** [9] - 3:17, 147:3, 152:3, 152:8, 152:12, 152:14, 152:15, 152:20, 174:17
**6368** [1] - 88:7
**64** [6] - 3:16, 147:11, 147:25, 148:14, 148:16, 153:11
**65** [1] - 153:19
**66** [2] - 153:21, 153:24
**664** [2] - 84:20, 86:1
**67** [4] - 3:16, 148:14, 148:16, 153:23
**68** [5] - 147:3, 147:11, 148:1, 148:4, 148:7
**68's** [1] - 148:9
**69** [9] - 3:18, 159:8, 159:14, 160:3, 160:7, 160:9, 160:10, 160:14, 160:18
**6th** [1] - 167:9

## 7

**7** [3] - 3:5, 112:11, 112:14
**70** [7] - 3:18, 159:14, 160:3, 160:7, 160:9, 160:10, 160:25
**701794597** [3] - 134:18, 135:20, 151:5
**71** [14] - 3:18, 159:8, 159:14, 160:3, 160:7, 160:9, 160:10, 161:6, 161:15, 180:10, 180:13, 180:19, 182:12
**73** [1] - 38:20
**76** [1] - 3:6
**77** [2] - 45:4, 45:8
**7th** [1] - 34:15

## 8

**8** [5] - 110:3, 110:24, 111:1, 147:17, 147:19
**8,000** [1] - 145:21
**80** [1] - 3:7
**83** [7] - 147:4, 147:11, 148:1, 148:3, 148:4, 148:7, 148:8

**85** [1] - 58:16
**8th** [25] - 94:12, 95:12, 95:14, 99:14, 100:5, 101:17, 101:22, 105:5, 105:13, 108:12, 115:23, 116:7, 154:16, 155:17, 156:11, 156:14, 160:1, 160:4, 166:22, 166:23, 167:3, 167:13, 168:11, 168:16, 170:7

**9**

**9** [4] - 92:14, 92:18, 108:24, 175:17
**91** [1] - 3:11
**9130** [1] - 1:24
**96** [1] - 3:12
**9755** [3] - 84:7, 85:4, 85:7
**99** [1] - 1:15
**9:00** [2] - 187:24, 191:10
**9:12** [1] - 1:6
**9:15** [1] - 6:14
**9th** [3] - 11:12, 102:21, 165:15

**A**

**a.m** [5] - 1:6, 6:14, 74:22, 75:23, 106:15
**a/k/a** [1] - 153:2
**abbreviation** [1] - 144:21
**able** [14] - 4:23, 19:16, 20:16, 27:9, 42:2, 98:6, 118:18, 120:7, 128:1, 136:13, 150:24, 153:8, 164:9
**above-entitled** [1] - 191:18
**above-mentioned** [1] - 150:17
**absentia** [1] - 119:25
**absolutely** [1] - 120:17
**abuse** [12] - 50:3, 50:22, 56:5, 60:7, 72:16, 72:20, 73:6, 73:10, 78:19, 122:5, 122:7, 122:12
**abused** [1] - 121:8
**abusing** [1] - 50:14
**academy** [1] - 82:8
**access** [3] - 74:15,

106:8, 187:18
**accommodate** [2] - 185:13, 187:11
**accomplish** [1] - 28:5
**accord** [1] - 57:9
**according** [3] - 22:18, 31:17, 167:4
**account** [9] - 82:16, 83:12, 83:13, 83:16, 83:20, 83:24, 84:6, 89:11, 89:17
**accountability** [12] - 8:3, 8:5, 8:7, 12:20, 12:22, 12:23, 13:5, 13:17, 14:6, 14:15, 28:22, 31:10
**accounts** [1] - 82:15
**accuracy** [1] - 123:4
**accurate** [9] - 124:3, 129:4, 130:11, 132:11, 149:15, 152:9, 156:14, 188:25, 191:17
**accurately** [1] - 95:14
**accusations** [2] - 31:1, 31:6
**accused** [2] - 119:16, 119:17
**acknowledge** [2] - 150:12, 152:23
**acquitted** [1] - 120:2
**act** [1] - 122:13
**activities** [2] - 65:13, 66:7
**acts** [7] - 27:16, 33:1, 33:2, 33:9, 80:5, 80:6, 80:13
**actual** [2] - 93:10, 97:1
**added** [1] - 105:17
**addition** [2] - 119:11, 120:15
**address** [14] - 83:21, 83:23, 84:5, 84:14, 84:19, 85:2, 85:8, 85:12, 85:15, 85:21, 86:1, 86:3, 88:6, 91:25
**addressed** [1] - 17:12
**addresses** [2] - 144:2, 144:4
**Adelstein** [10] - 4:14, 6:8, 64:4, 66:14, 75:18, 107:11, 117:6, 168:8, 186:2, 188:6
**ADELSTEIN** [139] - 1:20, 1:21, 6:10,

31:23, 40:8, 41:3, 46:16, 47:3, 48:2, 50:4, 50:24, 51:3, 52:2, 52:8, 52:10, 52:17, 53:1, 53:3, 53:18, 54:2, 56:9, 56:22, 57:25, 58:2, 59:6, 62:9, 62:11, 63:9, 63:15, 64:6, 64:7, 65:20, 65:23, 66:1, 66:4, 66:16, 66:22, 68:16, 68:22, 70:16, 71:4, 71:18, 71:21, 71:23, 72:1, 74:1, 74:3, 75:17, 77:20, 78:25, 79:14, 82:25, 94:25, 95:4, 95:21, 95:24, 97:13, 104:2, 104:4, 104:7, 107:10, 114:19, 115:13, 116:12, 116:18, 116:25, 117:7, 117:12, 117:21, 119:3, 119:20, 150:5, 154:4, 154:20, 155:12, 155:14, 161:23, 162:1, 162:3, 163:9, 163:12, 163:18, 163:23, 164:11, 164:13, 164:15, 164:16, 164:25, 165:2, 165:9, 165:24, 166:5, 166:7, 166:18, 167:2, 167:24, 168:1, 168:9, 168:10, 169:1, 169:18, 169:19, 170:2, 170:4, 172:2, 172:6, 172:20, 173:9, 173:14, 173:16, 174:5, 177:14, 177:25, 178:3, 179:10, 180:4, 180:6, 182:21, 182:23, 184:6, 184:23, 185:2, 185:19, 185:21, 185:24, 186:3, 186:4, 186:10, 186:13, 187:10, 188:8, 188:10, 188:18, 189:2, 189:5, 190:17, 190:20, 190:23, 191:2
**Adelstein's** [1] - 120:6
**admissions** [2] - 7:25, 121:3
**admit** [19] - 91:10, 95:18, 101:25, 105:21, 116:10, 118:7, 118:8, 121:24, 122:10, 125:5,

130:14, 132:15, 147:23, 147:25, 149:19, 152:12, 156:18, 160:7
**admitted** [63] - 45:4, 45:7, 82:24, 83:8, 84:21, 86:8, 86:14, 87:4, 87:9, 87:14, 88:12, 91:12, 91:18, 92:19, 95:25, 96:6, 96:13, 96:21, 98:20, 99:24, 102:1, 102:10, 102:25, 103:15, 103:25, 104:21, 105:7, 105:20, 105:23, 108:6, 108:10, 109:12, 112:15, 113:10, 125:2, 125:6, 125:13, 125:19, 130:15, 132:16, 136:8, 138:25, 143:17, 147:4, 147:24, 148:1, 148:3, 148:7, 148:8, 148:9, 148:10, 148:13, 149:20, 152:13, 154:19, 155:2, 156:19, 156:25, 157:10, 158:2, 158:16, 158:22, 160:8
**admonish** [1] - 106:17
**adopt** [2] - 27:3, 27:10
**adult** [1] - 122:13
**Adult)** [1] - 87:25
**affect** [1] - 81:22
**afford** [1] - 38:14
**afternoon** [3] - 107:5, 107:10, 108:1
**Agape** [1] - 20:7
**age** [9] - 15:10, 15:13, 108:23, 110:2, 110:23, 111:18, 112:10, 113:1, 113:3, 113:7
**agency** [1] - 183:11
**Agent** [14] - 75:15, 79:13, 80:17, 89:6, 90:2, 91:18, 105:2, 108:5, 115:17, 124:9, 132:22, 152:19, 159:9, 186:5
**agent** [20] - 79:15, 81:4, 81:13, 81:20, 82:7, 83:7, 86:13, 122:19, 122:21, 123:1, 128:4, 128:7, 147:5, 162:4, 162:7,

162:9, 162:10, 182:19, 184:12, 184:17
**Agents** [2] - 4:10, 107:8
**agents** [12] - 11:7, 11:12, 11:20, 11:25, 12:2, 12:8, 12:14, 12:15, 98:14, 121:17, 162:12, 185:3
**ages** [8] - 94:19, 94:21, 108:22, 110:1, 110:22, 111:11, 112:9, 113:9
**ago** [7] - 8:22, 9:8, 32:10, 32:12, 73:4, 73:5, 78:20
**agree** [1] - 57:10
**agreement** [11] - 132:25, 134:7, 135:8, 135:11, 137:2, 137:5, 137:22, 138:1, 138:6, 146:12, 146:17
**agreements** [8] - 124:15, 124:17, 124:24, 124:25, 131:16, 132:4, 162:16, 162:23
**ahead** [6] - 51:18, 93:16, 110:4, 130:20, 154:2, 185:17
**aired** [1] - 25:20
**airline** [2] - 20:10, 20:11
**airport** [4] - 18:24, 19:23, 21:16, 72:9
**AI** [14] - 47:20, 48:15, 50:12, 51:23, 51:25, 52:7, 53:13, 53:25, 63:25, 64:1, 67:11, 67:19, 70:6, 72:10
**Alan** [4] - 51:9, 51:10, 67:14, 72:13
**album** [1] - 64:23
**alert** [2] - 186:6, 186:15
**alive** [2] - 19:8, 19:10
**allegations** [5] - 22:3, 22:6, 25:18, 120:12, 120:25
**alleged** [17] - 33:1, 33:9, 60:7, 62:24, 63:2, 66:7, 67:14, 69:23, 69:25, 70:24, 72:16, 72:20, 73:6, 73:21, 80:5, 80:13
**allegedly** [5] - 60:8, 62:19, 65:13, 69:3, 70:21
**allowed** [2] - 23:23,

43:5
**allowing** [1] - 117:12
**alluded** [1] - 123:2
**Almond** [1] - 161:13
**almost** [4] - 42:8, 42:14, 64:11, 142:2
**Aloe** [1] - 161:1
**alone** [1] - 62:15
**alterations** [2] - 91:3, 105:15
**alternate** [3] - 189:12, 190:6
**alternates** [5] - 189:13, 189:14, 189:15, 190:13, 190:14
**ambit** [1] - 122:11
**America** [3] - 4:2, 75:9, 107:1
**AMERICA** [1] - 1:4
**American** [1] - 126:20
**ammunition** [1] - 159:2
**amount** [2] - 134:1, 134:2
**anal** [3] - 41:9, 41:13, 46:3
**Andrew** [10] - 4:2, 75:10, 82:10, 85:6, 87:23, 88:17, 88:22, 107:2, 134:16, 146:17
**ANDREW** [1] - 1:7
**angry** [1] - 53:24
**answer** [13] - 9:14, 12:3, 40:14, 40:15, 47:7, 51:5, 53:3, 53:4, 66:10, 66:14, 77:23, 154:8, 166:17
**answered** [9] - 14:21, 63:5, 63:13, 65:18, 68:20, 154:20, 168:23, 184:4, 184:25
**anticipate** [2] - 4:23, 191:3
**anus** [6] - 41:22, 42:3, 42:7, 42:25, 77:3, 77:15
**anyway** [1] - 76:16
**apartment** [7] - 43:6, 44:3, 61:17, 61:18, 61:19, 76:22
**apologies** [1] - 189:15
**apologize** [7] - 10:6, 10:21, 23:17, 71:23, 104:5, 120:22, 148:6
**appear** [8] - 139:16, 140:2, 140:15, 141:15, 141:22,

142:13, 143:1, 143:3
**appearances** [3] - 4:5, 75:11, 107:3
**APPEARANCES** [1] - 1:13
**applicability** [1] - 13:14
**applicant** [2] - 88:4, 88:6
**Applicant** [1] - 89:3
**application** [1] - 87:19
**Application** [1] - 87:25
**applied** [1] - 82:14
**appreciate** [1] - 191:1
**approach** [21] - 89:23, 94:23, 101:3, 104:23, 111:13, 115:14, 124:6, 124:20, 130:4, 131:19, 144:7, 147:6, 149:9, 151:25, 155:25, 156:5, 164:25, 166:5, 167:24, 177:25, 180:4
**approved** [1] - 89:3
**April** [8] - 86:20, 88:3, 102:15, 103:5, 165:19, 165:20, 166:10, 166:20
**Arabic** [4] - 117:23, 118:17, 118:23, 120:19
**area** [11] - 20:3, 35:6, 53:9, 96:9, 96:10, 96:11, 96:15, 97:2, 97:20, 97:25, 116:3
**areas** [1] - 23:5
**arguing** [1] - 66:19
**argumentative** [4] - 14:13, 163:14, 177:11, 181:18
**arise** [1] - 128:12
**arm** [2] - 42:9, 42:10
**arrest** [2] - 79:24, 169:3
**arrested** [2] - 168:12, 168:16
**arrive** [1] - 186:25
**arrived** [3] - 186:5, 187:3, 187:5
**Art** [2] - 138:11, 138:13
**Article** [1] - 137:11
**aside** [4] - 48:12, 109:10, 154:13, 154:14
**asleep** [4] - 39:4,

41:15, 44:8, 76:16
**aspect** [1] - 179:25
**assigned** [3] - 81:23, 98:15, 98:17
**assistance** [1] - 170:1
**ASSISTANT** [1] - 1:15
**assisted** [1] - 82:18
**associated** [5] - 74:12, 84:17, 84:19, 106:5, 187:15
**assume** [4] - 59:9, 60:22, 61:5, 61:9
**assuming** [1] - 106:19
**attachment** [3] - 93:14, 93:25, 94:1
**attachments** [7] - 93:9, 93:10, 93:11, 93:12, 93:17, 93:20
**attempted** [3] - 41:13, 77:2, 77:14
**attend** [1] - 126:24
**attended** [2] - 127:4, 163:7
**attention** [11] - 84:10, 110:7, 126:7, 134:3, 134:6, 137:9, 138:13, 142:10, 142:19, 151:16, 158:6
**attenuated** [1] - 122:15
**attesting** [1] - 10:7
**ATTORNEY** [1] - 1:15
**attorney** [1] - 171:25
**au** [5] - 17:24, 23:25, 28:16, 82:21, 94:15
**August** [22] - 92:3, 102:19, 102:21, 137:12, 138:15, 138:17, 139:15, 139:24, 140:7, 140:19, 141:4, 141:13, 142:9, 143:12, 145:6, 145:12, 146:19, 146:23, 153:4, 165:14, 165:15
**aunt** [3] - 150:10, 172:16, 172:24
**authentic** [1] - 120:9
**authorities** [3] - 18:14, 18:15, 182:9
**authority** [4] - 171:17, 171:25, 172:12, 175:3
**Autumn** [1] - 115:4
**Avenue** [4] - 1:18,

1:21, 2:2, 191:22
**Avon** [2] - 160:17, 160:18
**aware** [3] - 59:25, 60:4, 168:12

# B

**B-a-t-s** [1] - 144:17
**B-e-n-t-o-l-i-l-a** [1] - 80:21
**B-q-t-r** [1] - 144:25
**B-q-t-s** [1] - 145:8
**background** [1] - 98:3
**backyard** [3] - 58:25, 59:1, 59:10
**bad** [1] - 122:24
**bag** [1] - 180:14
**bandages** [2] - 169:16, 170:9
**bank** [1] - 100:21
**bar** [1] - 117:4
**based** [19] - 83:22, 117:24, 118:21, 119:13, 130:10, 132:11, 137:10, 138:10, 145:9, 146:1, 146:5, 146:16, 146:20, 146:24, 149:15, 152:8, 188:21, 189:5, 190:5
**basement** [2] - 49:7, 49:17
**basis** [1] - 70:4
**Beach** [4] - 21:18, 23:10, 24:18, 30:10
**bear** [3] - 103:6, 104:14, 136:10
**bearer** [4] - 102:22, 103:18, 103:23, 104:15
**bears** [2] - 118:12, 118:14
**Beavercreek** [2] - 48:19, 48:20
**became** [1] - 15:20
**bed** [18] - 41:21, 44:14, 49:9, 49:25, 97:11, 97:19, 98:23, 99:5, 99:7, 105:6, 116:2, 157:3, 157:19, 158:5, 181:14, 181:25, 182:1
**bedding** [2] - 181:19, 184:3
**bedroom** [10] - 97:11, 97:19, 97:21, 98:1, 100:4, 105:6,

116:2, 181:13, 183:16
**BEFORE** [1] - 1:10
**begin** [2] - 146:13, 146:18
**beginning** [4] - 88:18, 139:15, 146:5, 188:22
**behalf** [8] - 4:8, 4:14, 10:3, 12:16, 75:14, 75:18, 107:6, 107:11
**behind** [7] - 39:9, 39:11, 97:4, 97:5, 97:6, 97:10, 97:20
**Bellbrook** [1] - 47:18
**belong** [2] - 83:24, 85:5
**Ben** [2] - 92:13
**bench** [1] - 184:7
**benefit** [1] - 86:24
**Bennett** [1] - 19:7
**Bennie** [10] - 17:6, 17:11, 18:8, 21:18, 21:20, 22:1, 23:9, 23:16, 23:19, 24:20
**Bentolila** [7] - 3:7, 80:17, 80:21, 83:7, 86:13, 124:9, 132:22
**BENTOLILA** [1] - 80:18
**Berly** [1] - 92:12
**best** [1] - 185:5
**better** [1] - 110:25
**between** [19] - 15:15, 23:7, 41:19, 58:12, 62:20, 65:14, 66:7, 66:20, 70:22, 97:25, 117:9, 117:25, 121:22, 121:23, 123:18, 146:12, 146:17, 154:24, 185:6
**beyond** [2] - 29:8, 71:16
**Bible** [18] - 7:13, 7:16, 7:22, 8:8, 8:9, 13:2, 13:3, 13:4, 13:7, 13:8, 13:15, 13:19, 13:20, 14:2, 14:4, 15:19, 23:4, 32:12
**big** [1] - 44:19
**bilingual** [1] - 123:1
**Bill** [84] - 8:15, 8:24, 9:10, 9:18, 12:9, 12:15, 13:20, 14:25, 15:9, 16:5, 16:10, 16:13, 16:17, 16:22, 16:25, 17:2, 17:14, 17:17, 18:16, 19:17, 20:22, 21:4, 21:16, 21:24, 22:3, 22:13, 22:14, 23:1, 23:2,

23:7, 23:18, 23:20, 23:21, 24:23, 25:13, 25:23, 26:4, 26:5, 26:7, 27:2, 27:6, 27:18, 27:20, 27:23, 27:24, 28:6, 28:22, 31:1, 31:3, 36:16, 36:17, 36:24, 39:2, 49:9, 50:8, 50:14, 51:24, 52:16, 65:3, 65:5, 66:7, 66:8, 68:7, 68:19, 70:4, 70:18, 70:22, 72:11, 72:13, 78:3, 78:6, 91:22, 92:1, 92:10, 92:24, 93:6, 93:7, 114:10, 135:12, 135:17, 150:14, 152:25

**Bill's** [11] - 7:21, 10:3, 10:7, 19:14, 38:24, 43:14, 45:20, 50:12, 61:17, 61:18, 64:12

**billing** [1] - 84:13

**bills** [1] - 100:20

**Billy** [1] - 49:21

**birth** [14] - 86:16, 86:17, 86:19, 87:2, 87:6, 102:14, 102:16, 103:4, 108:22, 110:1, 110:22, 111:11, 112:9, 112:24

**birthdays** [1] - 114:5

**bit** [6] - 31:5, 35:11, 55:12, 66:19, 82:12, 170:14

**Bitten** [3] - 84:7, 85:4, 85:7

**black** [2] - 49:7, 49:8

**blanket** [1] - 181:25

**blessing** [1] - 26:12

**Blonde** [1] - 144:20

**blue** [2] - 36:11, 36:22

**blurred** [1] - 46:1

**board** [1] - 93:3

**Board** [1] - 171:14

**bodily** [2] - 179:24, 181:14

**Body** [1] - 160:17

**Bonnie** [3] - 4:8, 75:14, 107:6

**BONNIE** [1] - 1:17

**bookcase** [1] - 182:25

**border** [1] - 81:22

**borders** [1] - 164:18

**born** [5] - 34:10, 34:12, 86:21, 126:18, 126:19

**bother** [4] - 163:13, 163:15, 177:10, 181:18

**bottle** [9] - 157:14, 158:1, 160:15, 160:18, 160:19, 161:1, 161:2, 161:5, 161:19

**bottles** [4] - 158:21, 161:7, 161:8, 161:15

**bottom** [21] - 85:25, 88:1, 88:4, 88:18, 93:8, 108:25, 110:7, 114:9, 137:9, 137:16, 141:20, 142:1, 142:16, 143:5, 145:16, 151:16, 157:15, 158:10, 158:13, 159:5, 174:11

**bought** [1] - 25:15

**Boulevard** [1] - 1:24

**Bouquet** [1] - 113:21

**Bouquets** [13] - 109:5, 110:11, 126:6, 130:3, 131:4, 133:14, 144:21, 145:10, 145:14, 145:21, 145:24, 146:4, 152:22

**bowling** [3] - 38:2, 38:4, 70:6

**box** [8] - 63:20, 99:9, 100:1, 158:18, 159:11, 159:14, 159:15, 161:7

**boxes** [1] - 171:13

**boy** [7] - 27:3, 27:12, 27:13, 148:24, 153:18, 153:20, 153:22

**boys** [12] - 13:22, 22:21, 27:16, 28:17, 28:20, 29:4, 34:23, 65:25, 109:18, 114:21, 115:6, 115:8

**boys'** [1] - 37:15

**Bradenton** [3] - 19:24, 21:4, 21:8

**Bradenton/ Sarasota** [1] - 20:3

**brand** [1] - 27:5

**break** [9] - 74:8, 106:2, 106:21, 107:16, 185:11, 185:16, 187:11, 190:18, 190:24

**breaking** [2] - 185:12, 191:3

**brief** [1] - 30:13

**briefly** [2] - 124:23, 166:5

**Brighton** [2] - 84:7, 85:4

**bring** [6] - 6:11, 6:12, 75:20, 75:21, 107:18, 120:16

**Bronson** [2] - 84:20, 86:1

**brother** [29] - 46:13, 46:22, 47:10, 47:16, 48:13, 49:21, 50:12, 59:19, 59:21, 60:1, 60:4, 60:7, 62:14, 62:23, 63:2, 63:16, 64:10, 64:13, 64:19, 65:8, 66:6, 66:17, 66:18, 66:23, 68:7, 69:23, 78:24, 79:3, 79:12

**brother-in-law** [1] - 50:12

**brothers** [18] - 34:18, 34:19, 35:22, 45:17, 49:19, 60:23, 61:5, 62:3, 65:25, 70:24, 76:8, 76:10, 76:24, 77:4, 77:8, 77:18, 77:25, 78:4

**brought** [4] - 31:1, 73:14, 73:24, 73:25

**Brown** [1] - 54:25

**Buddy** [3] - 48:1, 49:20

**building** [8] - 23:14, 96:12, 96:15, 96:20, 96:23, 96:24, 97:1

**Building** [2] - 69:9, 69:12

**bunch** [2] - 6:9, 37:20

**business** [1] - 7:20

**but...** [1] - 171:10

**buttocks** [1] - 41:19

**BY** [168] - 2:1, 6:21, 7:11, 9:17, 9:22, 10:11, 11:3, 12:17, 12:13, 12:19, 13:13, 14:14, 14:19, 14:23, 15:5, 15:14, 16:21, 19:13, 20:9, 21:3, 21:15, 24:13, 26:3, 26:23, 28:4, 28:18, 29:2, 29:17, 31:20, 32:1, 32:6, 32:19, 33:24, 35:16, 36:15, 37:1, 40:17, 41:6, 45:6, 46:19, 47:4, 47:9, 48:5, 50:7, 50:21, 51:8, 51:22, 52:5, 52:14, 52:20, 53:6, 53:21, 54:9,

56:10, 56:14, 57:1, 58:2, 59:6, 62:11, 63:9, 63:15, 64:7, 66:4, 66:22, 68:16, 68:22, 70:16, 71:4, 72:1, 76:6, 78:9, 79:5, 79:11, 79:18, 80:24, 83:6, 85:1, 85:14, 85:20, 86:12, 87:1, 87:13, 88:11, 90:1, 90:18, 91:17, 95:5, 96:5, 97:16, 100:11, 100:23, 101:7, 102:6, 104:9, 105:1, 108:4, 108:9, 111:15, 114:24, 115:16, 124:8, 124:22, 126:1, 126:13, 129:10, 129:24, 130:6, 130:24, 131:9, 131:14, 131:21, 132:21, 133:7, 139:5, 144:9, 144:23, 145:2, 146:11, 147:8, 148:21, 149:6, 149:11, 150:1, 150:7, 152:2, 152:18, 154:5, 154:10, 155:1, 155:16, 156:7, 156:24, 159:10, 159:19, 160:13, 162:3, 163:9, 163:12, 163:18, 163:23, 164:16, 165:2, 165:9, 165:24, 166:7, 166:18, 167:2, 168:1, 168:10, 169:1, 169:19, 170:4, 172:2, 172:6, 172:20, 173:9, 173:16, 174:5, 177:14, 178:3, 179:10, 180:6, 182:23, 184:6, 184:23, 185:2, 186:4, 186:13

## C

**cabin** [1] - 54:6

**cabinets** [2] - 99:8, 99:17

**cables** [1] - 119:23

**Cairo** [1] - 119:24

**camp** [1] - 39:1

**canceled** [1] - 103:17

**candidly** [1] - 119:8

**cannot** [6] - 17:7, 17:22, 20:18, 20:20, 27:14, 40:13

**capture** [1] - 53:16

**car** [3] - 15:25, 16:7, 18:22

**care** [17] - 37:6, 37:9, 37:13, 37:21, 121:9, 121:11, 121:21, 122:8, 150:14, 150:15, 152:25, 153:1, 171:25, 172:10, 175:6, 175:7, 191:4

**carers** [1] - 37:12

**Caribbean** [2] - 19:2, 23:24

**Carlos** [1] - 92:13

**Carolina** [1] - 11:20

**Carrefour** [1] - 113:20

**Carter** [72] - 4:2, 4:15, 24:18, 36:16, 60:2, 67:15, 75:10, 75:19, 82:10, 84:1, 84:5, 84:18, 85:6, 87:3, 87:23, 88:17, 88:22, 91:22, 92:1, 92:10, 92:24, 103:17, 103:21, 104:13, 104:16, 107:2, 107:12, 109:7, 110:9, 110:12, 114:10, 117:13, 126:9, 133:1, 134:13, 134:16, 135:1, 135:3, 135:12, 135:17, 136:14, 137:4, 137:19, 138:5, 138:21, 139:13, 139:16, 140:1, 140:2, 140:14, 140:15, 141:11, 141:15, 142:13, 143:1, 143:16, 146:12, 146:17, 146:25, 150:3, 150:13, 150:25, 151:2, 152:24, 153:9, 164:3, 168:12, 168:16, 169:3, 171:17, 172:11, 175:2

**CARTER** [1] - 1:7

**Carter's** [1] - 141:22

**case** [13] - 4:20, 4:24, 74:10, 74:16, 106:3, 106:9, 119:10, 120:6, 120:14, 187:13, 187:19, 188:7, 188:12

**Case** [3] - 4:3, 75:10, 107:2

**CASE** [1] - 1:2

**catch** [1] - 34:4

6

**causes** [1] - 81:6
**cautioned** [2] - 33:8, 80:12
**Cazeau** [3] - 131:6, 144:20, 145:18
**CAZEAU** [1] - 131:7
**CD** [1] - 91:1
**center** [7] - 24:14, 114:25, 158:6, 158:7, 158:10, 158:19, 162:19
**Center** [30] - 19:3, 23:25, 82:20, 94:4, 94:6, 94:8, 94:16, 95:9, 95:10, 96:8, 100:3, 101:19, 105:5, 108:13, 113:18, 115:24, 118:12, 121:18, 143:20, 147:15, 153:25, 154:12, 154:16, 156:12, 156:15, 160:2, 172:12, 177:9, 181:9, 184:10
**Centre** [6] - 113:14, 140:24, 150:13, 151:4, 152:24, 177:7
**certainly** [9] - 5:24, 9:7, 52:19, 60:12, 117:14, 129:9, 146:10, 149:4, 164:14
**certificate** [1] - 86:16
**certify** [1] - 191:17
**cetera** [1] - 176:24
**Cezil** [3] - 137:4, 138:5, 146:18
**chair** [2] - 98:25, 99:1
**chairs** [2] - 74:19, 106:12
**chance** [2] - 26:4, 26:5
**change** [4] - 87:19, 87:22, 88:15, 88:16
**Change** [1] - 87:25
**changed** [3] - 87:22, 88:21, 120:1
**changes** [2] - 91:3, 105:15
**character** [4] - 9:19, 10:8, 12:10, 12:16
**characterization** [2] - 21:12, 174:3
**charge** [4] - 150:16, 150:17, 153:1, 173:17
**charged** [7] - 33:2, 33:6, 80:6, 80:10, 119:16, 119:17, 119:24
**charges** [1] - 120:5

**Charles** [8] - 36:5, 86:18, 86:19, 86:21, 87:23, 88:17, 102:13, 103:3
**check** [2] - 93:5, 119:20
**Cherry** [1] - 161:13
**chest** [4] - 157:6, 157:8, 160:23, 183:21
**Chicago** [2] - 84:20, 86:1
**child** [17] - 27:4, 27:10, 27:11, 81:24, 117:9, 117:15, 117:18, 117:25, 122:5, 150:10, 150:12, 150:18, 152:22, 152:23, 172:3, 173:17, 174:25
**child's** [1] - 118:2
**children** [12] - 7:2, 44:13, 92:6, 94:18, 94:20, 94:21, 112:1, 112:3, 112:10, 121:8, 151:7
**Children** [1] - 112:7
**children's** [3] - 43:4, 177:10, 177:15
**Children's** [4] - 111:7, 176:11, 176:23, 177:4
**Christian** [4] - 19:3, 23:25, 57:21, 126:5
**Christina** [2] - 91:22, 92:6
**Christmas** [1] - 64:13
**church** [22] - 6:25, 7:1, 21:5, 21:19, 21:23, 21:24, 22:2, 23:9, 23:12, 23:15, 24:17, 24:21, 25:2, 25:11, 25:20, 25:23, 26:6, 30:10, 30:23, 31:8, 56:7
**church's** [1] - 26:12
**circle** [6] - 83:15, 84:3, 99:10, 133:9, 133:15, 135:13
**circled** [3] - 126:4, 135:16, 140:23
**circular** [2] - 109:3, 110:10
**citizen** [2] - 126:20, 151:4
**class** [2] - 164:24, 165:6
**clear** [2] - 147:5, 150:9
**clearly** [1] - 111:8

**client** [1] - 117:9
**clinic** [10] - 96:11, 96:15, 169:9, 169:11, 169:13, 169:15, 169:20, 169:22, 170:5, 171:7
**close** [6] - 4:21, 25:8, 39:18, 60:22, 81:6, 112:12
**closer** [3] - 33:25, 57:8, 81:6
**clothes** [2] - 44:15, 44:17
**clue** [2] - 30:20, 58:14
**code** [1] - 84:8
**coffee** [1] - 53:8
**collage** [1] - 164:1
**collect** [7] - 178:15, 181:19, 181:21, 181:23, 182:5, 182:7, 182:8
**collected** [3] - 180:3, 180:7, 180:10
**collecting** [1] - 178:18
**collection** [1] - 180:9
**column** [5] - 112:19, 112:21, 112:23, 112:25, 113:2
**combined** [1] - 92:7
**coming** [2] - 186:7, 190:7
**commentary** [1] - 168:7
**commit** [2] - 33:6, 80:10
**common** [4] - 97:2, 97:20, 97:25, 116:3
**communicate** [1] - 63:17
**communication** [1] - 23:19
**compartment** [1] - 158:9
**complain** [2] - 66:6, 69:25
**complete** [1] - 185:15
**complies** [6] - 45:14, 83:17, 84:4, 99:12, 133:10, 135:15
**compromise** [1] - 5:23
**computer** [2] - 154:9, 154:11
**concerned** [2] - 120:11, 184:20
**concerning** [1] - 170:22

**concluded** [1] - 191:13
**conclusion** [2] - 166:3, 172:4
**condition** [6] - 90:25, 101:21, 105:12, 116:7, 147:19, 160:4
**conduct** [3] - 69:23, 119:15, 119:16
**conducted** [3] - 82:17, 82:19, 127:3
**conducting** [1] - 128:11
**confessed** [3] - 27:16, 121:8, 121:21
**confession** [2] - 29:12, 30:6
**confessions** [1] - 18:19
**confidence** [2] - 14:8, 14:20
**confront** [3] - 28:5, 120:16, 120:17
**confused** [1] - 30:15
**confusing** [1] - 30:15
**connected** [1] - 17:5
**conservative** [1] - 4:24
**consider** [2] - 33:4, 80:8
**considered** [1] - 162:6
**contact** [8] - 60:13, 74:11, 79:19, 106:4, 176:7, 177:10, 177:15, 187:14
**contacted** [5] - 23:16, 78:23, 78:24, 79:3, 79:12
**contain** [2] - 109:15, 134:21
**contained** [2] - 103:13, 110:21
**container** [1] - 100:2
**containing** [1] - 89:16
**contains** [2] - 109:16, 159:5
**contaminate** [1] - 186:21
**contaminating** [1] - 178:19
**contamination** [1] - 178:21
**contents** [9] - 95:13, 99:17, 100:13, 157:7, 157:12, 157:20, 157:24, 158:18, 160:23
**continue** [5] - 4:22,

22:20, 77:13, 127:18, 190:10
**CONTINUED** [1] - 6:20
**contract** [15] - 117:8, 117:25, 118:1, 134:10, 135:25, 136:1, 136:3, 136:4, 136:6, 137:14, 137:16, 138:4, 144:18, 150:19
**contracts** [1] - 123:5
**contribute** [1] - 20:19
**conversation** [1] - 23:6
**conversations** [1] - 13:14
**convicted** [1] - 119:25
**convictions** [1] - 119:22
**coordinated** [1] - 169:2
**copies** [2] - 90:13, 90:22
**copy** [2] - 93:4, 93:25
**corner** [4] - 140:23, 142:10, 142:20, 157:15
**Cornwall** [1] - 34:9
**correct** [92] - 9:1, 9:8, 11:15, 11:17, 13:15, 13:16, 13:21, 13:23, 15:7, 17:8, 17:17, 21:21, 22:12, 23:10, 25:3, 59:7, 59:19, 59:21, 59:23, 60:14, 60:23, 60:25, 61:6, 61:10, 62:12, 63:22, 64:17, 65:6, 70:9, 71:13, 72:11, 72:14, 73:1, 73:11, 73:20, 98:11, 121:1, 122:24, 122:25, 148:12, 153:24, 153:25, 162:7, 162:12, 162:16, 162:19, 162:25, 163:4, 163:10, 164:4, 164:19, 165:21, 166:8, 167:13, 168:13, 168:17, 168:21, 169:4, 169:7, 170:10, 170:22, 171:2, 171:18, 172:13, 172:16, 172:21, 172:24, 173:3, 173:6, 174:11,

174:13, 174:19, 175:4, 175:7, 175:21, 175:24, 176:11, 176:21, 177:18, 178:12, 178:19, 178:23, 179:1, 179:3, 182:12, 182:19, 183:14, 186:16, 186:19, 186:22, 188:13, 188:16
**corresponding** [1] - 162:24
**corroborate** [3] - 119:4, 119:8, 121:10
**corroboration** [1] - 118:6
**corroborative** [1] - 122:2
**couch** [4] - 97:5, 97:6, 97:8, 97:10
**counsel** [17] - 4:5, 62:8, 65:24, 75:11, 87:8, 87:16, 90:3, 100:25, 104:17, 104:20, 107:3, 115:11, 120:3, 123:17, 147:2, 156:3, 159:6
**counsels'** [3] - 4:10, 75:15, 107:8
**counterpart** [4] - 123:11, 134:20, 136:9, 137:23
**countries** [1] - 119:6
**country** [1] - 81:14
**County** [2] - 87:19, 88:15
**couple** [2] - 11:11, 15:19
**course** [6] - 95:23, 128:4, 128:7, 128:11, 128:14, 128:21
**courses** [1] - 179:11
**COURT** [273] - 1:1, 4:1, 4:12, 4:16, 4:18, 5:2, 5:6, 5:12, 5:14, 5:16, 5:19, 5:22, 5:25, 6:4, 6:11, 6:15, 6:18, 7:9, 9:14, 9:21, 10:10, 10:20, 10:25, 12:3, 12:11, 12:18, 13:12, 14:13, 14:18, 14:22, 15:3, 16:20, 19:12, 20:6, 21:2, 21:13, 24:11, 26:1, 26:15, 26:17, 26:20, 28:3, 28:8, 28:11, 28:13, 29:1, 29:10, 29:15, 31:14, 31:24, 32:5, 32:18, 32:24, 33:16,

33:20, 35:8, 35:11, 35:14, 36:14, 36:25, 40:10, 41:5, 45:5, 46:17, 47:6, 48:4, 50:5, 50:19, 51:1, 51:4, 51:11, 51:14, 51:18, 52:3, 52:9, 52:11, 52:18, 53:2, 53:5, 53:20, 54:3, 56:13, 56:23, 57:24, 59:4, 63:7, 63:14, 64:4, 65:22, 66:2, 66:14, 68:15, 68:21, 70:15, 71:3, 71:22, 71:24, 74:2, 74:5, 74:7, 74:23, 75:3, 75:6, 75:9, 75:20, 75:24, 76:2, 76:4, 77:22, 79:2, 79:4, 79:8, 79:16, 80:2, 80:4, 80:19, 80:22, 83:2, 84:24, 85:11, 85:18, 86:9, 86:11, 86:25, 87:12, 88:10, 89:24, 90:16, 91:12, 91:16, 94:24, 95:20, 95:25, 96:4, 97:15, 100:10, 100:18, 101:4, 101:6, 102:1, 102:5, 104:24, 105:23, 106:2, 106:16, 106:19, 106:23, 107:1, 107:14, 107:21, 107:25, 108:8, 111:14, 114:20, 115:15, 116:14, 116:17, 116:19, 116:24, 117:2, 117:5, 117:11, 117:17, 117:22, 118:16, 118:19, 120:24, 121:14, 121:24, 122:4, 122:10, 123:5, 123:21, 124:1, 124:7, 124:21, 125:2, 125:6, 125:10, 125:13, 125:19, 125:24, 129:8, 129:21, 130:5, 130:15, 130:19, 130:23, 131:13, 131:20, 132:16, 132:20, 133:2, 133:6, 139:1, 139:4, 144:8, 145:1, 146:9, 147:7, 148:5, 148:8, 148:12, 148:17, 148:20, 149:2, 149:5, 149:10, 149:20, 149:24, 150:6, 152:1, 152:13, 152:17, 154:7,

154:22, 155:13, 155:15, 156:1, 156:6, 156:19, 156:23, 159:17, 160:8, 160:12, 161:25, 163:11, 163:16, 163:22, 164:10, 165:1, 165:8, 165:23, 166:4, 166:6, 166:16, 166:25, 167:25, 168:7, 168:24, 172:5, 172:19, 173:8, 173:15, 177:12, 178:1, 179:8, 180:5, 182:22, 184:5, 184:22, 185:1, 185:10, 185:20, 185:23, 185:25, 186:11, 187:11, 188:2, 188:5, 188:9, 188:11, 188:15, 188:25, 189:7, 189:14, 189:20, 190:9, 190:19, 190:21, 190:24, 191:3, 191:8
**court** [14] - 10:21, 11:2, 34:3, 51:14, 53:15, 61:2, 86:24, 87:18, 87:21, 88:14, 89:2, 124:5, 131:7, 187:22
**Court** [7] - 2:1, 4:15, 6:3, 108:5, 188:23, 190:1, 191:22
**courtroom** [8] - 6:13, 36:7, 36:19, 74:21, 75:22, 106:14, 107:23, 187:25
**courtyard** [1] - 58:23
**cover** [1] - 134:4
**covered** [2] - 63:8, 89:18
**Creole** [2] - 123:6, 123:12
**crime** [5] - 178:23, 179:14, 179:16, 179:20, 186:22
**crimes** [3] - 81:22, 81:24, 81:25
**criminal** [2] - 162:10, 162:11
**Crittenton** [1] - 86:22
**CRITTENTON** [1] - 86:23
**Croix** [15] - 109:5, 110:11, 113:21, 126:6, 130:3, 131:4, 133:14, 144:17, 144:20, 145:10,

145:14, 145:21, 145:24, 146:4, 152:22
**Cross** [1] - 3:3
**cross** [10] - 7:9, 26:24, 27:18, 30:16, 30:21, 32:7, 57:24, 76:7, 78:18, 161:25
**CROSS** [3] - 7:10, 58:1, 162:2
**cross-examination** [9] - 7:9, 26:24, 27:18, 30:16, 30:21, 32:7, 57:24, 76:7, 78:18
**CROSS-EXAMINATION** [3] - 7:10, 58:1, 162:2
**crown** [1] - 107:15
**CRR** [2] - 2:1, 191:21
**cry** [1] - 52:13
**Crystal** [13] - 35:7, 35:17, 37:5, 43:11, 43:13, 43:15, 43:18, 43:21, 44:3, 45:20, 61:15, 76:22
**cumulative** [1] - 154:21
**cups** [1] - 157:14
**curtain** [1] - 97:25
**custodianship** [1] - 150:3
**custody** [3] - 182:11, 182:24, 183:6
**cut** [1] - 24:24
**CX** [2] - 144:25, 145:8
**cyber** [2] - 81:23, 81:24

## D

**Dadeland** [1] - 1:24
**Dadou** [2] - 92:13, 153:16
**dailychores.docx** [1] - 93:18
**dailyroutines.docx** [1] - 93:18
**DATE** [1] - 191:21
**date** [51] - 11:14, 72:25, 86:19, 87:2, 87:6, 88:2, 88:23, 92:2, 102:14, 102:18, 103:4, 118:15, 118:16, 118:17, 118:22, 118:24, 118:25, 129:19, 129:25, 130:25, 131:3, 134:9, 136:3, 137:14, 140:7,

142:19, 144:12, 144:14, 145:5, 145:11, 146:20, 150:19, 153:3, 165:13, 165:14, 165:18, 165:19, 166:8, 166:21, 167:4, 167:9, 167:12, 167:17, 167:18, 167:21, 167:22, 169:4, 171:4
**dated** [1] - 92:25
**dates** [8] - 11:18, 108:22, 110:1, 110:22, 111:11, 112:9, 112:24, 144:6
**David** [2] - 3:5, 153:14
**days** [3] - 31:12, 188:17
**DC** [1] - 1:19
**DD** [1] - 126:9
**dead** [1] - 158:6
**deal** [1] - 30:1
**deals** [1] - 81:24
**dealt** [2] - 13:14, 25:11
**Dear** [1] - 92:5
**dear** [1] - 92:6
**December** [5] - 145:18, 145:21, 145:22, 150:20, 162:20
**decide** [1] - 184:18
**decided** [1] - 39:1
**decision** [5] - 182:4, 182:6, 190:12, 190:16
**decisions** [1] - 190:5
**Defendant** [75] - 7:3, 27:15, 27:25, 28:6, 28:19, 29:3, 29:6, 30:18, 30:21, 32:2, 32:11, 33:1, 33:9, 36:13, 36:24, 37:2, 37:17, 38:3, 38:15, 38:16, 39:6, 40:18, 40:19, 41:8, 41:13, 42:2, 42:6, 42:17, 42:19, 42:21, 42:24, 44:2, 45:23, 46:6, 46:20, 47:10, 47:16, 48:9, 48:12, 48:24, 49:23, 50:16, 52:7, 52:22, 52:24, 54:1, 54:14, 54:19, 54:21, 55:6, 55:24, 76:8, 76:9, 77:2, 77:8, 77:13, 78:12, 78:14, 78:16, 80:5, 80:13, 82:10, 82:13, 118:3,

118:11, 121:6, 121:8,
121:10, 121:12,
121:19, 146:3, 146:8,
148:24

**DEFENDANT** [1] -
1:20

**defendant** [1] - 1:8

**Defendant's** [13] -
5:9, 7:2, 32:8, 33:5,
40:3, 42:5, 76:22,
78:19, 79:23, 80:9,
118:6, 118:14, 121:18

**defense** [2] - 65:24,
87:8, 87:15, 90:3,
100:25, 104:17,
104:20, 115:10,
120:2, 147:1, 156:2,
159:6

**definitely** [2] - 42:22,
77:5

**delayed** [1] - 69:10

**deletions** [2] - 91:3,
105:15

**deliverance** [2] -
56:17, 57:6

**delivered** [2] - 31:10,
31:11

**delta** [2] - 98:18,
98:19

**demeanor** [1] - 53:22

**demonic** [2] - 56:19,
57:4

**demons** [1] - 57:8

**dental** [1] - 107:14

**dentist** [1] - 107:15

**Department** [2] -
81:3, 81:7

**DEPARTMENT** [1] -
1:17

**depict** [1] - 115:5

**depicted** [9] - 95:14,
96:17, 99:18, 109:17,
112:8, 112:18,
117:25, 160:20,
183:22

**depiction** [1] -
156:14

**depicts** [1] - 115:6

**depositions** [1] - 5:9

**Derek** [18] - 34:21,
45:16, 46:22, 46:25,
47:10, 47:16, 47:25,
49:21, 62:14, 63:16,
65:9, 66:18, 67:2,
68:7, 69:23, 71:5,
71:7, 71:8

**DES** [2] - 144:25,
145:8

**des** [15] - 109:5,
110:11, 126:6, 130:3,

131:4, 133:14,
144:17, 144:20,
145:10, 145:14,
145:21, 145:24,
146:4, 152:22

**describe** [8] - 36:9,
44:16, 50:22, 53:15,
53:22, 57:13, 61:14,
158:19

**described** [9] - 7:12,
58:5, 60:2, 60:20,
72:17, 72:20, 174:24,
181:13, 183:13

**description** [1] -
183:14

**deserves** [2] - 33:8,
80:12

**Desir** [1] - 135:12

**desire** [2] - 17:14,
29:6

**desk** [2] - 99:8, 99:9

**Destine** [8] - 138:9,
139:11, 139:22,
140:10, 140:25,
142:12, 143:10,
146:21

**detail** [2] - 13:1,
50:16

**determine** [2] - 33:7,
80:11

**determined** [1] -
97:12

**determining** [1] -
164:22

**Detroit** [3] - 67:24,
67:25, 86:22

**device** [3] - 74:15,
106:8, 187:18

**Dieucibon** [5] -
110:6, 121:3, 121:7,
121:21, 121:22

**Dieucibon's** [1] -
118:5

**difference** [2] -
32:13, 162:9

**different** [7] - 29:24,
46:5, 49:1, 65:20,
119:7, 179:1, 179:3

**digital** [1] - 90:22

**dinner** [1] - 72:13

**dire** [1] - 116:15

**direct** [4] - 71:16,
71:18, 158:6, 163:21

**Direct** [1] - 3:3

**DIRECT** [3] - 6:20,
33:23, 80:23

**Directeur** [2] - 109:7,
110:9

**directing** [13] -
84:10, 88:1, 88:18,

108:25, 110:7, 134:6,
136:2, 136:10, 137:9,
138:13, 142:10,
142:19, 151:16

**directly** [3] - 31:1,
67:22, 116:2

**Director** [3] - 114:10,
126:9, 150:13

**director** [6] - 94:5,
110:13, 151:4,
152:24, 172:11, 175:3

**Directors** [1] -
171:14

**disc** [2] - 89:16,
89:21

**discuss** [5] - 74:10,
106:3, 106:20,
106:21, 187:13

**discussions** [1] -
13:8

**dismiss** [1] - 190:10

**dispose** [1] - 186:18

**disposition** [2] -
33:5, 80:9

**disregard** [1] - 51:5

**disrespect** [1] -
29:19

**dissuade** [1] - 11:5

**DISTRICT** [3] - 1:1,
1:1, 1:11

**disturb** [1] - 44:16

**DIVISION** [1] - 1:2

**DNA** [4] - 179:3,
179:7, 179:24, 181:10

**document** [71] -
83:16, 84:2, 87:18,
87:24, 88:2, 88:14,
98:4, 98:5, 108:19,
109:13, 109:15,
109:22, 111:5,
111:20, 112:16,
113:11, 114:22,
115:4, 117:8, 117:23,
118:9, 120:11,
120:13, 120:16,
120:19, 123:17,
126:3, 126:8, 128:20,
129:13, 129:17,
129:19, 133:24,
134:21, 138:16,
140:6, 140:16,
140:23, 141:21,
142:1, 142:11,
142:19, 143:4, 143:5,
143:13, 143:22,
143:23, 144:1,
144:10, 144:12,
144:14, 145:23,
149:8, 150:3, 151:19,
152:4, 152:5, 170:12,

170:17, 171:10,
171:12, 172:7,
172:11, 172:25,
173:2, 173:4, 174:18,
174:21, 175:2, 175:9

**documents** [20] -
100:22, 116:12,
120:2, 120:20,
122:17, 124:10,
128:12, 128:15,
128:16, 128:19,
128:22, 128:24,
129:1, 129:5, 154:13,
154:14, 162:14,
171:16, 171:19,
171:20

**Dodge** [2] - 19:6,
54:5

**Dodo** [1] - 153:2

**Dominique** [5] -
152:22, 153:1,
174:25, 175:24, 176:8

**done** [8] - 29:11,
29:14, 56:2, 56:3,
63:18, 69:14, 76:21,
117:10

**Donna** [2] - 47:20,
48:15, 50:12, 51:23,
51:25, 52:7, 53:12,
53:25, 63:25, 64:1,
67:12, 67:13, 67:19,
70:6, 72:10, 72:13

**door** [2] - 55:11,
97:21

**Doug** [1] - 68:7

**down** [11] - 4:25,
11:18, 32:24, 41:17,
41:21, 49:25, 51:14,
80:2, 188:2, 188:19,
190:2

**downstairs** [1] -
49:22

**drawer** [2] - 157:24,
157:25

**drawers** [5] - 157:6,
157:8, 157:12,
160:23, 160:24

**drawing** [2] - 126:7,
134:3

**drawn** [1] - 82:14

**dresser** [1] - 98:25

**dressers** [1] - 99:17

**Drive** [6] - 84:7, 85:4,
85:7, 88:7

**driver's** [4] - 85:2,
85:5, 87:3, 87:6

**drop** [1] - 35:8

**drove** [2] - 67:25,
68:23

**Dry** [1] - 161:12

**du** [10] - 109:7,
110:10, 110:14,
113:14, 113:21,
140:24, 150:13,
151:4, 152:24, 177:7

**duped** [1] - 31:18

**during** [24] - 7:24,
12:14, 13:7, 13:25,
17:11, 39:2, 50:2,
60:10, 62:2, 63:16,
65:8, 67:9, 69:22,
70:4, 78:10, 78:11,
98:4, 99:13, 99:16,
128:11, 128:12,
128:14, 128:21, 180:9

**duties** [2] - 81:19,
81:21

---

**E**

---

**E-d-e-r** [1] - 176:18

**e-mail** [21] - 82:15,
82:16, 83:10, 83:11,
83:13, 83:23, 83:24,
84:6, 89:11, 90:7,
91:21, 91:25, 92:2,
92:4, 92:10, 92:22,
92:23, 93:2, 93:8,
93:9, 93:21

**e-mails** [10] - 89:10,
89:16, 89:18, 89:20,
90:13, 90:14, 90:20,
90:23, 90:24, 91:7

**earliest** [1] - 144:12

**early** [7] - 4:24, 74:8,
119:25, 145:22,
187:12, 190:18, 191:3

**easy** [1] - 18:5

**Edder** [2] - 151:1,
174:16

**Eddy** [2] - 92:12,
151:1

**Edner** [1] - 110:6

**Edwards** [1] - 191:21

**EDWARDS** [2] - 2:1,
191:21

**effect** [1] - 117:15

**Egypt** [23] - 21:25,
24:23, 26:7, 26:9,
118:4, 118:5, 118:6,
119:4, 119:15,
119:18, 119:20,
119:25, 120:1, 120:5,
120:25, 121:1, 121:3,
121:6, 121:9, 121:11,
121:13, 121:15,
121:19

**Egyptian** [3] - 117:8,
120:9

**eight** [2] - 65:1, 66:5
**either** [10] - 20:20, 45:22, 49:15, 61:24, 74:10, 98:4, 106:3, 175:13, 176:7, 187:13
**Ekens** [1] - 150:15
**elders** [5] - 25:2, 25:20, 25:23, 26:6, 30:25
**eldest** [1] - 49:20
**eleventh** [1] - 123:19
**elicit** [5] - 118:10, 118:18, 118:24, 118:25, 122:6
**eliciting** [1] - 120:4
**ELMO** [2] - 83:4, 83:5
**Embassy** [1] - 119:24
**Empire** [2] - 69:8, 69:12
**employ** [1] - 117:13
**encountered** [1] - 16:10
**end** [8] - 5:1, 22:15, 22:16, 43:6, 137:11, 138:14, 188:12, 189:11
**ends** [1] - 137:12
**enemy** [1] - 29:20
**enforcement** [15] - 22:6, 22:10, 72:21, 72:22, 72:23, 73:22, 78:19, 79:19, 79:20, 79:22, 178:7, 178:11, 178:14, 180:17
**England** [7] - 54:18, 54:20, 55:2, 55:6, 57:11, 77:9, 77:14
**English** [25] - 109:10, 117:24, 118:8, 118:12, 118:21, 119:1, 122:17, 122:22, 127:17, 128:2, 128:15, 128:25, 129:3, 129:5, 129:16, 130:9, 132:4, 132:5, 132:24, 135:9, 137:23, 138:22, 171:24, 172:23, 177:8
**entail** [1] - 81:21
**enter** [7] - 95:10, 96:10, 96:12, 96:19, 96:24, 97:1
**entered** [18] - 6:13, 75:22, 91:15, 96:2, 96:9, 102:4, 106:1, 107:23, 125:8, 125:16, 125:22,

130:17, 132:19, 148:16, 149:22, 152:15, 156:22, 160:11
**entire** [1] - 65:5
**entitled** [1] - 191:18
**entrance** [2] - 96:8, 96:23
**entrusted** [2] - 150:12, 152:23
**entry** [11] - 88:15, 144:5, 144:16, 144:19, 145:5, 145:7, 145:11, 145:13, 145:16, 145:20, 145:23
**equipped** [1] - 170:9
**equivalent** [1] - 127:2
**era** [1] - 29:24
**erect** [1] - 40:1
**especially** [1] - 29:21
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**establish** [3] - 121:14, 123:1, 123:25
**established** [1] - 166:14
**esteemed** [1] - 123:21
**estimate** [2] - 188:6, 188:19
**et** [1] - 176:24
**Etoile** [9] - 109:7, 110:10, 110:14, 113:14, 140:24, 150:13, 151:4, 152:24, 177:7
**evening** [5] - 5:20, 107:16, 187:23, 190:25, 191:11
**Evenson** [1] - 92:13
**event** [1] - 120:4
**events** [1] - 22:10
**eventually** [2] - 17:1, 27:21
**everyday** [1] - 13:15
**EVIDENCE** [1] - 3:10
**evidence** [62] - 10:16, 21:10, 33:1, 33:4, 33:8, 80:5, 80:8, 80:12, 84:21, 87:9, 91:10, 91:15, 92:19, 95:18, 96:3, 97:17, 100:7, 102:4, 102:10, 103:15, 104:22, 106:1, 116:10, 117:16, 117:17, 120:24, 122:2, 122:3, 122:12, 125:9,

125:16, 125:22, 130:14, 130:18, 132:19, 138:25, 139:3, 147:20, 147:23, 148:9, 148:10, 148:16, 149:19, 149:23, 152:12, 152:16, 156:22, 160:11, 168:20, 169:13, 169:21, 178:15, 178:18, 178:22, 179:17, 179:18, 180:18, 181:10, 186:18, 187:7
**exact** [2] - 62:18, 94:21
**exactly** [5] - 17:7, 37:23, 57:16, 185:4, 187:4
**EXAMINATION** [8] - 6:20, 7:10, 26:22, 33:23, 58:1, 76:5, 80:23, 162:2
**examination** [1] - 7:9, 26:24, 27:18, 30:16, 30:21, 32:7, 57:24, 71:17, 71:18, 76:7, 78:18
**examine** [8] - 89:20, 93:20, 100:13, 157:20, 165:6, 169:11, 181:9, 181:12
**examined** [3] - 100:17, 101:12, 129:6
**except** [2] - 23:4, 147:20
**exchange** [1] - 16:6
**exclusively** [2] - 150:16, 153:2
**excuse** [2] - 163:19, 173:14
**excused** [3] - 33:18, 80:3, 188:4
**excuses** [1] - 27:6
**excusing** [1] - 189:10
**execute** [4] - 166:21, 169:3, 186:7, 186:16
**executed** [6] - 138:16, 163:3, 166:1, 167:12, 168:11, 168:15
**execution** [1] - 137:14
**exhibit** [22] - 84:11, 85:13, 85:22, 85:23, 85:25, 88:1, 94:25, 105:17, 108:25, 109:19, 110:7,

110:21, 111:25, 113:4, 113:8, 118:19, 129:8, 133:2, 147:20, 151:23, 153:6
**Exhibit** [184] - 3:11, 3:12, 3:12, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:17, 3:17, 3:18, 3:18, 45:4, 45:8, 82:24, 83:8, 84:11, 84:12, 84:22, 85:16, 85:24, 86:4, 86:5, 86:8, 86:14, 87:5, 87:15, 88:8, 88:13, 90:24, 91:14, 91:19, 92:20, 93:23, 95:3, 95:18, 96:1, 96:2, 96:7, 96:14, 96:22, 96:25, 97:8, 97:18, 97:24, 98:2, 98:21, 99:3, 99:25, 101:2, 102:3, 102:11, 103:1, 103:6, 103:9, 103:12, 103:16, 104:1, 104:6, 104:10, 104:19, 105:8, 105:25, 108:11, 109:13, 109:21, 109:25, 110:18, 111:2, 111:3, 111:22, 112:5, 112:16, 113:6, 113:11, 114:16, 115:2, 115:7, 115:18, 116:4, 117:1, 117:19, 124:10, 125:5, 125:7, 125:8, 125:15, 125:17, 125:21, 126:2, 129:11, 130:8, 130:9, 130:11, 130:14, 130:16, 130:17, 130:22, 130:25, 131:23, 132:12, 132:18, 134:19, 134:20, 135:7, 136:3, 136:9, 136:19, 137:20, 138:24, 140:3, 140:5, 140:20, 141:5, 141:23, 142:3, 142:17, 143:7, 143:18, 145:17, 145:19, 146:1, 146:6, 146:13, 146:16, 146:20, 146:24, 147:4, 148:15, 148:22, 149:13, 149:16, 149:19, 149:21, 149:22, 150:2, 150:21, 151:6, 151:12, 151:19, 152:3, 152:6, 152:9,

152:12, 152:14, 152:15, 152:20, 153:5, 153:11, 153:19, 153:21, 153:23, 153:24, 154:19, 155:2, 156:9, 156:18, 156:21, 157:1, 157:11, 157:18, 157:23, 158:2, 158:23, 159:14, 160:10, 160:14, 160:18, 160:25, 161:4, 161:6, 161:15, 165:3, 165:11, 166:10, 167:5, 169:21, 175:24, 180:10, 180:19, 181:13, 182:24
**exhibits** [5] - 105:11, 108:6, 116:6, 131:15, 149:2
**Exhibits** [42] - 87:10, 90:2, 90:19, 91:10, 91:13, 101:9, 101:20, 101:25, 102:2, 102:7, 104:18, 104:21, 105:20, 105:21, 105:24, 108:14, 115:11, 115:18, 116:11, 124:11, 124:12, 124:23, 125:11, 125:14, 125:20, 131:10, 132:2, 132:15, 132:17, 147:3, 147:10, 147:23, 148:13, 148:25, 156:3, 156:20, 159:8, 160:7, 160:9, 165:10
**EXHIBITS** [1] - 3:10
**exist** [1] - 18:6
**existence** [1] - 10:19
**exists** [1] - 84:12
**exited** [3] - 74:21, 106:14, 187:25
**exorcism** [1] - 57:6
**expect** [3] - 4:21, 188:6, 188:12
**expedient** [1] - 189:12
**experience** [3] - 60:14, 164:21, 165:6
**expert** [2] - 173:13, 179:6
**expiration** [7] - 102:20, 166:8, 167:6, 167:10, 167:17, 167:18, 167:22
**expired** [10] - 165:13,

165:14, 165:18, 165:21, 166:10, 167:4, 167:12, 167:14, 167:23, 168:2
**expires** [1] - 165:19
**explain** [1] - 56:7
**explained** [1] - 171:23
**exploitation** [1] - 81:24
**expression** [1] - 53:22
**expressions** [1] - 53:16
**Extra** [1] - 161:12
**extruding** [1] - 155:24
**eye** [1] - 31:2

**F**

**facial** [2] - 53:16, 53:22
**facing** [2] - 39:11, 97:3
**fact** [16] - 11:7, 11:12, 16:16, 16:25, 22:9, 27:7, 59:23, 60:1, 60:7, 65:5, 119:17, 121:10, 162:19, 174:18
**facts** [1] - 21:10
**fair** [9] - 16:8, 25:7, 129:4, 130:10, 132:11, 149:15, 152:8, 156:13, 184:17
**fairly** [1] - 95:14
**Faith** [1] - 93:1
**faith** [2] - 93:3, 189:24
**falling** [1] - 49:9
**falls** [2] - 122:11, 122:14
**false** [2] - 158:13, 159:4
**family** [9] - 36:1, 37:25, 73:14, 73:19, 73:24, 73:25, 76:24, 127:13, 127:14
**far** [9] - 63:25, 83:21, 117:16, 120:11, 122:15, 122:21, 127:1, 182:1, 184:18
**fast** [1] - 31:11
**father** [10] - 35:23, 35:25, 38:12, 59:13, 59:14, 59:15, 61:24, 152:21, 175:9, 176:8

**Father** [1] - 175:1
**father's** [1] - 175:14
**favor** [1] - 9:10
**February** [12] - 1:5, 137:12, 137:15, 138:15, 139:24, 140:19, 140:24, 141:4, 141:14, 142:9, 142:12, 146:19
**federal** [3] - 182:19, 184:12, 185:3
**Federal** [2] - 184:19
**feeding** [1] - 175:6
**fellow** [2] - 8:16, 26:11
**fellowship** [2] - 12:15, 27:5
**felt** [5] - 12:2, 24:18, 29:25, 30:1, 39:17, 39:24, 42:14, 42:17, 77:17
**few** [4] - 6:7, 45:25, 58:3, 184:11
**field** [1] - 173:13
**file** [5] - 100:21, 112:20, 163:20, 163:24
**files** [10] - 100:1, 100:5, 100:13, 100:15, 100:19, 163:2, 163:6, 163:13, 183:2, 183:4
**filthy** [4] - 181:2, 181:3, 181:5, 183:13
**final** [2] - 190:12, 190:15
**finally** [1] - 186:5
**finances** [1] - 100:20
**fine** [1] - 6:6
**finger** [1] - 178:9
**fingerprint** [3] - 173:5, 174:9, 178:8
**fingerprints** [5] - 178:5, 178:12, 178:25, 179:19, 180:18
**finish** [5] - 4:23, 51:11, 55:4, 66:14, 77:23
**finished** [1] - 10:25
**first** [67] - 5:21, 22:9, 24:2, 37:2, 37:17, 37:19, 37:23, 38:18, 38:20, 39:24, 41:7, 43:7, 44:4, 44:18, 44:25, 45:23, 46:2, 46:3, 46:8, 48:10, 48:15, 51:12, 64:16, 65:8, 67:9, 67:13, 68:3, 68:4, 68:11,

72:19, 73:6, 73:9, 73:19, 73:23, 76:23, 78:18, 78:24, 85:15, 87:14, 87:20, 88:25, 90:25, 92:4, 92:7, 92:9, 93:13, 93:25, 94:1, 112:18, 113:11, 124:10, 126:23, 127:2, 133:24, 134:5, 143:25, 144:16, 144:16, 145:20, 146:3, 152:19, 155:3, 165:11, 183:16, 185:17, 187:3, 189:6
**fit** [1] - 107:15
**five** [14] - 22:17, 38:14, 74:8, 74:9, 108:22, 108:23, 109:20, 110:1, 133:19, 136:1, 145:4, 185:5, 185:6
**five-minute** [1] - 74:8
**five-year** [1] - 136:1
**flat** [2] - 45:20, 46:2
**flew** [7] - 19:19, 20:2, 64:12, 66:25, 67:24, 68:1, 68:17
**flight** [4] - 19:16, 21:4, 21:8, 21:9
**Flights** [1] - 20:8
**flights** [1] - 20:13
**Floor** [2] - 2:2, 191:22
**Florence** [1] - 86:22
**Flores** [4] - 4:11, 75:15, 79:13, 107:9
**FLORIDA** [1] - 1:1
**Florida** [11] - 1:4, 1:16, 1:22, 1:25, 2:3, 19:16, 19:17, 19:19, 81:15, 168:17, 191:23
**fluids** [2] - 179:24, 181:14
**fly** [4] - 16:6, 20:16, 67:22, 67:23
**fog** [2] - 69:10, 69:15
**following** [13] - 6:14, 48:14, 48:18, 74:22, 75:8, 75:23, 92:8, 106:15, 106:25, 107:24, 117:3, 124:4, 188:1
**food** [3] - 150:14, 152:25, 172:10
**FOR** [3] - 1:14, 1:20, 3:4
**forced** [1] - 77:14
**Ford** [2] - 15:25, 16:2, 16:4
**foregoing** [1] -

191:17
**foreign** [1] - 5:9
**forget** [1] - 59:8
**forgive** [2] - 55:25, 56:6, 57:18
**forgiveness** [1] - 57:18
**forgot** [1] - 30:14
**form** [7] - 28:7, 52:10, 85:10, 114:19, 174:1, 174:17, 175:20
**forth** [1] - 66:2
**foundation** [8] - 116:22, 116:24, 155:12, 155:14, 165:5, 165:22, 179:6, 179:9
**four** [5] - 24:21, 54:5, 119:7, 188:17
**four-wheel** [1] - 54:5
**Fourth** [1] - 15:6
**fourth** [1] - 123:19
**frame** [1] - 15:6
**France** [5] - 126:19, 126:22, 126:24, 127:1, 127:10
**Franklin** [2] - 87:18, 88:14
**French** [42] - 109:11, 110:17, 113:16, 123:2, 123:5, 123:8, 123:9, 123:13, 123:18, 123:22, 126:15, 126:16, 127:5, 127:6, 127:8, 127:15, 127:17, 127:18, 127:22, 127:24, 128:1, 128:2, 128:8, 128:12, 128:15, 128:19, 128:22, 129:5, 129:12, 131:18, 132:23, 134:20, 134:21, 136:9, 136:25, 138:3, 149:8, 150:22, 151:21, 153:6, 170:19, 176:10
**Friday** [4] - 189:18, 189:20, 189:21, 190:4
**friend** [7] - 7:20, 22:14, 22:17, 32:2, 54:25, 68:7, 71:19
**friends** [9] - 19:3, 19:5, 24:1, 27:22, 31:5, 31:7, 32:13, 37:10, 77:25
**frightening** [1] - 59:7
**front** [5] - 7:4, 59:9, 95:9, 159:12, 180:8
**froze** [1] - 40:23

**fruits** [1] - 122:23
**full** [3] - 80:20, 88:18, 119:15
**fully** [1] - 25:19
**fuzzy** [1] - 30:11

**G**

**gallery** [1] - 93:4
**garage** [3] - 54:11, 54:12, 54:15
**garden** [2] - 38:22, 38:25
**gate** [2] - 95:10, 96:16
**gated** [3] - 96:8, 96:9, 96:10
**gathering** [1] - 73:25
**gender** [1] - 27:11
**general** [2] - 13:14, 110:13
**General** [2] - 109:7, 110:10, 126:9
**generally** [20] - 82:12, 83:18, 90:6, 94:3, 100:12, 100:15, 102:7, 108:21, 109:15, 109:17, 111:10, 111:25, 114:3, 114:17, 119:19, 124:14, 124:16, 126:10, 144:1, 157:4
**gentleman** [1] - 24:22
**gentlemen** [9] - 6:16, 25:6, 25:19, 32:25, 41:11, 44:6, 80:4, 92:21, 108:1
**Georgia** [1] - 82:6
**getcarter2010** [4] - 84:16, 84:17, 84:19, 89:11
**getcarter2010@ yahoo.com** [6] - 83:14, 83:24, 84:6, 90:9, 92:1, 92:25
**gigs** [1] - 35:2
**given** [1] - 162:10
**gloves** [6] - 180:17, 180:20, 180:21, 180:22, 180:24, 181:1
**Glynco** [1] - 82:6
**God** [1] - 57:8
**GOVERNMENT** [4] - 1:14, 3:4, 33:19, 80:18
**Government** [31] - 5:8, 33:13, 33:14,

57:22, 80:16, 91:9,
95:17, 101:24,
105:17, 105:21,
119:21, 120:14,
120:18, 123:24,
132:14, 147:22,
152:11, 156:17,
160:6, 161:21,
170:21, 182:17,
183:7, 184:19,
184:20, 185:8,
186:25, 188:11,
189:9, 189:10
  **Government's** [206] -
3:11, 3:12, 3:12, 3:13,
3:14, 3:14, 3:15, 3:15,
3:16, 3:17, 3:17, 3:18,
3:18, 4:20, 21:11,
45:4, 45:7, 82:24,
83:8, 84:11, 84:12,
84:22, 85:16, 85:24,
86:8, 86:14, 87:5,
87:9, 87:15, 88:13,
90:2, 90:19, 90:24,
91:12, 91:14, 91:19,
92:20, 93:23, 95:2,
95:25, 96:2, 96:6,
96:13, 96:21, 96:25,
97:7, 97:18, 97:24,
98:2, 98:20, 99:3,
99:18, 99:24, 101:1,
101:9, 101:20, 102:1,
102:3, 102:7, 102:11,
102:25, 103:6, 103:9,
103:12, 103:16,
103:25, 104:6,
104:10, 104:18,
104:19, 104:20,
105:7, 105:19,
105:23, 105:25,
108:10, 109:12,
109:21, 109:24,
110:18, 111:2, 111:3,
111:22, 112:5,
112:15, 113:10,
114:16, 115:2, 115:7,
115:11, 115:18,
116:4, 116:11,
117:19, 124:10,
124:11, 124:12,
125:5, 125:6, 125:8,
125:11, 125:13,
125:15, 125:17,
125:19, 125:21,
126:2, 129:11, 130:8,
130:11, 130:14,
130:15, 130:17,
130:25, 131:10,
131:23, 132:2,
132:12, 132:15,
132:16, 132:18,

134:19, 134:20,
135:7, 136:2, 136:8,
136:19, 137:20,
140:3, 140:5, 140:20,
141:5, 141:22, 142:3,
142:17, 143:7,
143:17, 145:17,
145:19, 146:1, 146:6,
146:13, 146:16,
146:20, 146:24,
147:3, 147:10,
147:23, 148:13,
148:15, 148:22,
149:13, 149:16,
149:19, 149:20,
149:22, 150:2,
150:21, 151:6,
151:12, 151:19,
152:3, 152:5, 152:9,
152:12, 152:13,
152:15, 152:20,
153:5, 153:11,
153:19, 153:21,
153:23, 153:24,
154:19, 155:2, 156:3,
156:9, 156:18,
156:19, 156:21,
157:1, 157:10,
157:18, 157:23,
158:2, 158:22, 159:7,
159:14, 160:7, 160:8,
160:10, 160:14,
160:18, 160:25,
161:4, 161:6, 161:15,
165:3, 169:21,
175:23, 180:10,
180:19, 188:19,
189:17
  **grade** [3] - 114:5,
123:19, 127:2
  **graduated** [1] - 71:9
  **Grande** [1] - 144:17
  **granted** [1] - 51:4
  **gray** [7] - 99:9,
99:11, 100:2, 158:12,
158:14, 158:18, 161:7
  **great** [1] - 190:3
  **Greatest** [1] - 92:12
  **grounds** [3] - 52:9,
117:1, 117:6
  **group** [5] - 7:1, 78:8,
81:23, 188:20, 189:6
  **grow** [1] - 35:4
  **growing** [2] - 35:21,
127:16
  **guardian** [1] - 172:16
  **guess** [5] - 48:6,
150:4, 179:20,
180:11, 185:5,
189:18, 191:6

**guesses** [1] - 150:5
**guilty** [1] - 76:25
**guy** [1] - 27:23

## H

**Haiti** [21] - 15:20,
16:2, 16:6, 16:11,
16:14, 16:16, 16:23,
17:15, 18:5, 22:18,
24:14, 27:19, 27:20,
27:25, 28:6, 29:7,
57:12, 57:15, 82:20,
113:21, 126:6
  **Haitian** [15] - 18:14,
18:15, 29:18, 29:19,
29:20, 82:18, 182:9,
182:10, 182:16,
183:2, 183:6, 183:7,
183:8, 185:7, 186:24
  **hand** [21] - 39:5,
39:22, 40:3, 40:18,
40:19, 40:20, 96:10,
96:16, 98:23, 98:24,
99:5, 99:6, 140:23,
142:10, 142:20,
143:4, 157:4, 157:15,
173:11, 177:22,
183:22
  **handed** [8] - 90:2,
101:8, 113:4, 115:17,
124:9, 131:22,
132:22, 147:9
  **handing** [1] - 149:12
  **hands** [4] - 40:7,
42:5, 42:6, 42:6, 44:21
  **handwritten** [2] -
143:22, 143:23
  **hang** [1] - 43:5
  **hanging** [2] - 37:6,
100:1
  **happy** [1] - 16:8
  **Harcourt** [27] - 36:5,
36:17, 36:24, 60:2,
60:5, 60:8, 60:13,
61:10, 62:15, 62:20,
63:3, 67:15, 68:7,
68:19, 86:18, 86:19,
86:21, 87:23, 88:5,
88:17, 89:5, 102:13,
102:24, 103:3,
103:11, 103:14, 164:3
  **hard** [4] - 42:4,
51:16, 56:7, 90:13
  **harder** [1] - 49:3
  **Harold** [1] - 115:19
  **hate** [1] - 27:6
  **haul** [1] - 20:14
  **head** [2] - 184:12,

184:17
  **Healing** [1] - 161:12
  **hear** [2] - 49:9, 148:5
  **heard** [7] - 16:16,
22:23, 28:9, 28:11,
28:13, 33:1, 80:5
  **hearsay** [13] - 9:12,
10:9, 12:17, 13:11,
16:19, 24:9, 47:3,
50:25, 52:10, 52:17,
71:1, 78:25, 79:14
  **heart** [1] - 27:8
  **heck** [1] - 168:4
  **held** [3] - 7:16, 8:25,
13:7
  **help** [8] - 24:15,
27:8, 27:9, 31:10,
31:11, 57:17, 159:9,
170:2
  **hereby** [4] - 88:21,
150:11, 152:22,
191:17
  **herself** [1] - 172:24
  **hidden** [1] - 158:9
  **highly** [1] - 119:14
  **himself** [5] - 39:19,
39:21, 41:24, 42:13,
42:15
  **hiring** [1] - 82:6
  **hold** [2] - 40:7, 68:9
  **holster** [1] - 159:2
  **Home** [1] - 111:7
  **home** [10] - 8:24,
43:4, 43:13, 43:21,
47:21, 47:23, 63:18,
64:23, 142:6, 146:21
  **Homeland** [11] -
4:11, 81:3, 81:7, 81:8,
98:14, 162:6, 164:6,
164:17, 169:2, 182:18
  **homes** [2] - 37:13,
37:15
  **honest** [2] - 29:23,
40:22
  **Honor** [87] - 4:7,
4:13, 5:10, 5:13, 7:7,
10:16, 12:12, 21:7,
24:8, 26:16, 26:19,
26:21, 31:13, 32:23,
33:12, 33:14, 36:12,
36:23, 45:3, 57:22,
62:8, 65:21, 68:14,
74:1, 74:6, 75:13,
75:17, 80:1, 80:16,
82:23, 86:7, 87:11,
88:9, 89:23, 91:9,
91:11, 94:23, 95:17,
95:19, 101:3, 101:24,
104:23, 105:19,
106:17, 107:5,

107:10, 108:7,
111:13, 115:14,
116:9, 116:15,
116:23, 117:19,
119:23, 120:15,
120:21, 122:1, 124:6,
124:20, 125:1, 125:4,
125:23, 130:13,
130:21, 131:12,
132:14, 144:7,
144:22, 147:6,
147:22, 149:18,
151:25, 152:11,
155:25, 156:5,
156:17, 160:6,
161:21, 163:14,
165:4, 165:22, 166:2,
166:13, 189:4, 189:9,
191:6, 191:12
  **HONORABLE** [1] -
1:10
  **Hope** [1] - 107:13
  **hope** [1] - 28:5
  **Horowitz** [5] - 4:14,
12:11, 75:18, 107:11,
148:5
  **HOROWITZ** [73] -
1:23, 4:13, 4:17, 6:1,
6:6, 7:11, 9:13, 9:17,
9:22, 10:11, 10:21,
11:3, 12:7, 12:12,
12:13, 12:19, 13:13,
14:14, 14:19, 14:23,
15:5, 15:14, 16:21,
19:13, 20:9, 21:3,
21:11, 21:15, 24:8,
24:13, 25:25, 26:3,
26:16, 26:18, 28:2,
28:7, 28:25, 29:8,
29:13, 31:13, 31:22,
32:4, 32:17, 50:18,
85:10, 85:17, 90:15,
91:11, 95:19, 97:14,
100:9, 100:16,
116:15, 116:20,
120:10, 120:22,
122:16, 122:21,
123:9, 123:12,
123:14, 123:16,
123:18, 123:23,
126:12, 144:22,
146:7, 148:2, 148:4,
148:6, 148:11,
188:24, 189:23
  **Hospital** [2] - 86:22,
86:23
  **hours** [1] - 184:11
  **House** [1] - 133:14
  **house** [37] - 7:16,
13:8, 43:14, 49:23,

12

54:10, 54:12, 55:11, 58:24, 59:1, 59:10, 97:2, 100:20, 133:12, 133:13, 135:22, 135:24, 137:6, 137:7, 138:7, 139:11, 139:22, 140:12, 141:2, 141:7, 141:8, 142:23, 143:10, 146:18, 154:23, 154:24, 155:4, 155:6, 155:8, 171:17, 172:12, 183:17, 187:7
**houseboy** [1] - 117:25
**housing** [1] - 172:10
**HSI's** [1] - 94:8

## I

**IAN** [1] - 33:19
**Ian** [7] - 3:6, 33:13, 33:22, 34:6, 45:7, 48:6, 76:7
**ID** [10] - 84:13, 84:15, 84:16, 173:18, 173:20, 173:22, 174:1, 175:12, 176:21, 176:23
**idea** [7] - 27:23, 38:21, 38:23, 38:24, 64:12, 175:19
**identification** [10] - 101:1, 101:9, 130:7, 131:22, 147:2, 147:9, 149:12, 156:9, 159:7, 159:13
**identified** [4] - 36:13, 36:24, 90:19, 115:17
**identifies** [1] - 172:24
**illegal** [1] - 164:23
**immediately** [9] - 59:10, 59:13, 59:17, 61:9, 74:17, 97:4, 97:5, 106:10, 187:20
**Imp** [3] - 139:22, 140:25, 142:12
**Impasse** [5] - 138:9, 139:11, 140:10, 143:10, 146:21
**imply** [1] - 119:14
**important** [1] - 191:5
**improper** [6] - 119:14, 119:16, 122:12, 164:6, 164:22, 165:5
**impropriety** [1] - 117:15

**IN** [1] - 3:10
**inappropriate** [5] - 15:9, 15:13, 15:16, 15:18, 18:17
**incident** [10] - 41:7, 45:23, 58:5, 58:7, 59:7, 61:14, 73:20, 76:8, 76:17, 76:19
**incidents** [6] - 61:25, 62:9, 62:19, 62:24, 63:2, 73:21
**inclination** [1] - 190:10
**include** [1] - 185:19
**includes** [1] - 18:17
**including** [5] - 33:5, 74:14, 80:9, 106:7, 187:17
**indicated** [5] - 164:17, 170:19, 177:1, 183:25, 188:11
**indicates** [4] - 133:17, 133:21, 141:18, 174:21
**indicating** [5] - 53:10, 162:18, 162:24, 166:10
**indicating)** [1] - 53:14
**indictment** [6] - 33:3, 33:6, 33:10, 80:7, 80:10, 80:14
**Indies** [1] - 126:6
**individual** [3] - 172:21, 172:23, 173:5
**individuals** [2] - 186:15, 188:20
**inference** [3] - 117:14, 119:13, 120:16
**influence** [1] - 56:19
**influences** [1] - 57:4
**info** [2] - 92:24, 93:3
**information** [19] - 83:11, 83:16, 83:18, 83:23, 84:11, 100:22, 108:21, 109:24, 110:21, 111:10, 112:8, 112:18, 114:3, 133:15, 142:11, 143:25, 183:2
**initials** [1] - 176:16
**initiated** [1] - 79:19
**ink** [1] - 174:2
**insert** [7] - 41:20, 41:22, 42:2, 42:6, 42:25, 77:2, 77:15
**inside** [1] - 29:24, 100:2, 108:12, 124:13, 158:24,

161:5, 161:7
**inspect** [3] - 91:6, 157:7, 158:13
**inspection** [1] - 91:4
**instance** [5] - 180:16, 181:9, 181:12, 181:19, 183:21
**instant** [1] - 79:23
**instruct** [3] - 74:17, 106:10, 187:20
**instructed** [1] - 51:5
**insurance** [1] - 171:2
**integrity** [2] - 179:17, 179:18
**interference** [2] - 160:17, 160:19
**interference** [2] - 35:12, 81:6
**International** [4] - 109:5, 110:11, 126:5, 171:2
**Internet** [3] - 74:15, 106:8, 187:18
**interpret** [1] - 166:15
**interviewed** [2] - 11:7, 11:10
**interviews** [1] - 128:12
**introduce** [5] - 119:1, 119:2, 119:3, 120:19, 147:5
**introduced** [4] - 97:17, 97:23, 121:2, 122:3
**introducing** [2] - 120:18, 120:25
**introduction** [2] - 120:22, 120:23
**investigate** [2] - 81:21, 176:4
**investigation** [9] - 82:9, 82:13, 82:17, 89:7, 94:8, 97:12, 128:13, 128:21, 145:9
**Investigations** [3] - 4:11, 81:4, 81:8
**investigations** [3] - 81:23, 128:11, 164:19
**investigator** [2] - 107:12, 162:10
**investigators** [1] - 162:11
**invited** [5] - 37:20, 37:22, 63:23, 63:24, 64:8
**inviting** [1] - 37:25
**island** [1] - 30:2
**issuance** [2] - 167:5, 167:17

**issue** [7] - 5:2, 102:18, 107:14, 165:14, 165:19, 167:9, 167:21
**issued** [4] - 89:7, 165:13, 165:18, 167:18
**issues** [1] - 75:4
**item** [4] - 143:19, 143:21, 155:11, 178:23
**Item** [1] - 182:12
**items** [2] - 98:5, 98:7, 115:20, 147:12, 147:18, 154:14, 154:15, 159:20, 159:23, 160:1, 160:3, 170:10, 170:11, 180:7, 180:9, 180:14, 181:25, 182:5, 182:11, 182:13, 182:24, 184:18

## J

**Jacques** [3] - 133:1, 146:13, 153:9
**Jameson** [1] - 92:18
**Jean** [14] - 133:1, 135:12, 146:13, 150:11, 150:15, 151:9, 152:21, 153:9, 153:10, 174:23, 175:9, 176:15, 176:17, 177:15
**Jeff** [1] - 92:13
**Jergens** [3] - 161:11, 161:12, 161:13
**Jim** [5] - 7:16, 7:19, 7:20, 8:15, 13:7
**Jimmy** [1] - 92:11
**Jn** [2] - 92:11, 174:16
**JOAN** [1] - 1:10
**Jobed** [3] - 110:5, 114:12, 114:13
**Joel** [2] - 92:14, 135:12
**Johnny** [2] - 150:11, 150:15
**joined** [1] - 82:3
**Joseph** [1] - 176:8
**journal** [1] - 88:15
**judge** [11] - 4:22, 10:21, 21:11, 24:10, 100:17, 116:12, 116:20, 120:10, 122:16, 148:4, 189:23
**JUDGE** [1] - 1:11
**Judge** [31] - 5:5,

5:15, 5:17, 5:20, 5:24, 6:1, 6:6, 9:13, 41:4, 56:24, 79:7, 83:5, 84:23, 89:2, 101:5, 107:20, 107:22, 118:17, 121:16, 122:6, 122:24, 123:12, 130:4, 133:4, 148:6, 148:18, 149:4, 149:9, 167:24, 168:5, 188:14
**July** [9] - 34:15, 113:25, 167:9, 167:11, 167:18, 167:19, 167:21
**June** [3] - 129:20, 129:23, 131:2
**Junior** [1] - 110:5
**juror** [2] - 189:10, 189:24
**Juror** [2] - 5:3, 189:8
**jurors** [6] - 4:18, 5:3, 6:11, 107:14, 107:18, 190:25
**jury** [21] - 6:13, 25:6, 25:19, 26:7, 32:25, 41:11, 44:7, 51:5, 74:20, 74:21, 75:21, 75:22, 80:4, 92:21, 106:13, 106:14, 107:23, 117:4, 149:3, 187:25, 191:9
**JURY** [2] - 1:10, 6:17
**JUSTICE** [1] - 1:17

## K

**Kane** [3] - 4:8, 75:14, 107:6
**KANE** [1] - 1:17
**Kaye** [1] - 144:17
**keep** [3] - 108:15, 189:24, 190:6
**Kenson** [1] - 92:18
**kept** [2] - 27:21, 168:4
**kicked** [1] - 22:18
**kid** [2] - 77:16, 77:17
**Kids** [7] - 108:20, 109:14, 109:23, 110:19, 111:6, 111:24, 112:17
**kids** [8] - 16:6, 37:5, 37:9, 37:20, 38:1, 43:6, 44:14, 70:7
**kind** [10] - 82:5, 82:7, 108:21, 109:24, 111:10, 114:3, 124:24, 135:21,

13

138:6, 143:25
**kinds** [2] - 50:16, 100:15
**kitchen** [1] - 53:8
**knocked** [1] - 55:11
**knowing** [1] - 30:12
**knowledge** [6] - 179:6, 183:1, 184:2, 186:6, 186:10, 186:12
**knows** [8] - 24:2, 24:3, 25:25, 47:7, 106:19, 154:8, 166:17, 188:23

**L**

**labeled** [1] - 98:9
**ladies** [9] - 6:16, 25:6, 25:18, 32:25, 41:10, 44:6, 80:4, 92:20, 108:1
**laid** [3] - 39:9, 164:9, 165:5
**landed** [1] - 21:9
**language** [14] - 109:10, 110:16, 113:15, 124:2, 126:14, 127:3, 127:14, 127:16, 128:8, 129:11, 131:17, 136:24, 138:2, 151:19
**languages** [1] - 109:8
**large** [9] - 23:14, 97:11, 97:19, 98:23, 105:6, 116:2, 181:13
**Larko** [4] - 4:11, 75:15, 107:8, 159:9
**Larry** [2] - 8:16, 8:18
**last** [14] - 6:7, 10:22, 28:1, 40:21, 51:5, 73:3, 80:20, 88:20, 112:25, 113:19, 141:20, 145:23, 148:2, 167:15
**late** [5] - 9:10, 69:11, 69:15, 119:25, 121:20
**latest** [1] - 144:14
**latex** [1] - 180:24
**law** [16] - 22:6, 22:9, 50:12, 72:21, 72:22, 72:23, 73:21, 78:19, 79:19, 79:20, 79:22, 178:6, 178:11, 178:14, 180:16
**lawyer** [1] - 51:16
**lawyers** [1] - 185:19
**lay** [5] - 116:22,

116:24, 124:1, 155:15, 179:9
**laying** [10] - 39:11, 39:14, 41:20, 42:10, 98:22, 99:5, 99:7, 157:3, 158:5
**le** [2] - 135:4, 136:16
**leaders** [2] - 24:21, 25:12
**leading** [8] - 40:8, 46:16, 50:4, 50:18, 54:2, 85:17, 90:15, 100:9
**lean** [1] - 34:1
**learn** [1] - 127:6
**learned** [2] - 24:22, 178:15
**lease** [21] - 100:22, 122:22, 124:25, 131:16, 133:11, 133:18, 134:1, 134:2, 134:6, 134:7, 134:9, 135:21, 137:11, 137:22, 138:1, 138:6, 138:10, 138:14, 146:12, 162:16, 162:23
**leases** [2] - 123:7, 123:14
**least** [1] - 37:13
**leave** [5] - 57:9, 69:13, 74:19, 106:12, 161:23
**led** [1] - 8:23
**left** [22] - 6:24, 15:25, 21:4, 46:6, 96:11, 96:18, 96:19, 97:2, 98:23, 98:24, 103:9, 108:5, 126:7, 127:10, 142:1, 142:10, 157:2, 157:4, 157:19, 171:11, 173:11, 177:18
**left-hand** [5] - 98:23, 98:24, 142:10, 157:4, 173:11
**legal** [2] - 166:3, 172:4
**legally** [1] - 175:4
**LENARD** [1] - 1:10
**less** [2] - 70:8, 185:5
**lessee** [5] - 134:12, 135:6, 136:18, 138:18, 138:20
**Lessee** [1] - 134:14
**letter** [25] - 9:18, 10:3, 10:7, 10:13, 10:15, 10:17, 10:18, 11:4, 11:5, 12:1, 12:9, 12:15, 26:25, 27:1,

27:3, 27:9, 27:15, 63:19, 98:4, 98:6, 98:15, 98:17, 171:1, 171:4, 171:7
**letters** [2] - 144:24, 176:16
**levels** [1] - 114:6
**Lexsillia** [1] - 150:10
**license** [4] - 85:3, 85:5, 87:3, 87:6
**life** [3] - 13:15, 32:15, 126:23
**line** [12] - 65:19, 87:21, 89:3, 91:21, 91:24, 91:25, 92:15, 92:23, 113:11, 113:13, 113:19, 113:24
**linens** [2] - 182:1, 183:25
**lines** [1] - 131:3
**link** [1] - 178:22
**LISA** [2] - 2:1, 191:21
**list** [24] - 92:6, 93:10, 93:12, 94:5, 108:20, 108:22, 108:23, 109:23, 110:1, 110:4, 110:19, 111:6, 111:11, 112:6, 112:17, 114:5, 114:9, 114:22, 118:19, 134:14, 135:17, 135:19, 188:20
**listed** [25] - 84:5, 85:2, 85:15, 85:25, 88:4, 88:6, 91:25, 92:9, 102:14, 108:21, 109:24, 110:2, 111:16, 112:2, 112:10, 113:7, 114:9, 126:8, 135:2, 135:13, 144:12, 144:14, 167:18, 172:10, 188:23
**listen** [3] - 74:13, 106:6, 187:16
**literally** [1] - 22:18
**live** [9] - 18:5, 19:17, 19:21, 34:8, 35:21, 43:15, 43:18, 59:14, 126:22
**lived** [1] - 35:24
**living** [6] - 20:22, 20:23, 55:23, 126:24, 127:1, 127:18
**located** [9] - 17:23, 122:18, 122:23, 135:23, 137:7, 138:8, 139:11, 141:2, 141:20
**location** [4] - 21:8,

108:16, 133:13, 186:15
**locations** [2] - 43:1, 46:4
**lockbox** [4] - 99:9, 99:11, 158:12, 158:14
**lodge** [1] - 175:3
**lodging** [3] - 150:14, 152:25, 175:6
**London** [14] - 34:11, 35:5, 35:6, 35:19, 35:24, 46:6, 66:25, 67:22, 67:24, 68:1, 70:9, 70:19, 71:6, 71:7
**longest** [1] - 22:14
**look** [16] - 53:15, 98:6, 99:6, 101:10, 101:12, 115:25, 118:14, 123:19, 133:4, 133:8, 156:8, 159:14, 178:5, 181:8, 181:12, 181:14
**looked** [8] - 31:1, 37:13, 53:9, 53:13, 53:17, 53:18, 53:24, 170:7
**looking** [12] - 37:12, 99:25, 118:23, 130:25, 133:4, 133:5, 139:6, 157:18, 158:3, 164:21, 178:18, 186:19
**looks** [4] - 98:25, 144:2, 170:9, 175:17
**lotion** [9] - 157:14, 158:1, 158:21, 160:15, 160:18, 161:1, 161:7, 161:8, 161:10
**Lotion** [2] - 160:17, 161:1
**lounge** [1] - 53:9
**lubricate** [1] - 41:25
**Ludwick** [1] - 93:1
**lunch** [2] - 74:8, 106:2, 106:21
**luncheon** [1] - 106:24
**lying** [3] - 31:2, 41:17, 41:21

**M**

**ma'am** [8] - 66:16, 81:9, 97:9, 99:15, 105:10, 116:8, 126:17, 168:9
**mail** [22] - 20:15,

82:15, 82:16, 83:10, 83:11, 83:13, 83:23, 83:24, 84:6, 89:11, 90:7, 91:21, 91:25, 92:2, 92:4, 92:10, 92:22, 92:23, 93:2, 93:8, 93:9, 93:21
**mails** [10] - 89:10, 89:16, 89:18, 89:20, 90:13, 90:14, 90:20, 90:23, 90:24, 91:7
**main** [2] - 96:23, 100:4
**maintain** [1] - 179:17
**maison** [1] - 145:18
**Maison** [2] - 131:6, 144:20
**makeshift** [3] - 155:22, 155:23
**Makin** [1] - 92:11
**man** [10] - 31:17, 36:5, 36:16, 69:2, 117:13, 119:12, 120:12, 172:12, 172:24, 174:21
**maneuver** [3] - 42:13, 44:10, 44:11
**manner** [1] - 189:12
**Marc** [1] - 126:6
**March** [3] - 11:12, 118:19, 188:16
**MARIA** [1] - 1:14
**Maria** [3] - 4:8, 75:14, 107:6
**Marie** [1] - 143:16
**Mark** [1] - 54:25
**mark** [1] - 11:18
**marked** [16] - 31:18, 87:14, 97:7, 101:1, 101:8, 104:18, 130:7, 131:22, 147:2, 147:9, 149:12, 156:3, 156:8, 159:7, 159:13, 183:12
**Marny** [3] - 176:15, 176:17, 177:15
**married** [5] - 9:23, 9:25, 10:1, 56:21, 56:25
**Marseilles** [1] - 126:19
**masturbate** [3] - 49:15, 76:9, 77:14
**match** [2] - 163:20, 163:24
**matching** [1] - 163:13
**materials** [1] - 106:12
**math** [1] - 73:20
**Matin** [9] - 109:7,

110:10, 110:14,
113:14, 140:24,
150:13, 151:4,
152:24, 177:7
   **matter** [13] - 11:7,
11:12, 16:16, 22:9,
33:4, 64:24, 74:14,
80:8, 87:22, 106:7,
156:13, 187:17,
191:18
   **MATTERS** [1] - 1:21
   **MATTHEW** [1] - 1:7
   **Matthew** [55] - 4:2,
4:14, 75:10, 82:10,
84:1, 84:5, 84:18,
85:6, 87:3, 87:23,
88:17, 88:22, 103:17,
103:21, 104:13,
104:16, 107:2, 109:7,
110:9, 110:12,
114:10, 126:9, 133:1,
134:13, 134:16,
135:1, 135:2, 135:12,
135:16, 136:14,
137:4, 137:19, 138:5,
138:21, 139:13,
139:16, 140:1, 140:2,
140:14, 140:15,
141:11, 141:15,
141:22, 142:13,
143:1, 143:16,
146:12, 146:17,
146:25, 150:3,
150:12, 150:25,
151:2, 152:23, 153:9
   **McCrum** [8] - 3:5,
7:12, 26:24, 33:15,
118:4, 121:5, 121:12,
121:22
   **McDonald's** [3] -
38:5, 55:22, 60:5
   **mean** [27] - 20:1,
27:6, 37:9, 37:15,
38:7, 40:23, 45:25,
46:1, 49:18, 56:3,
61:2, 76:11, 77:17,
83:19, 110:12,
110:14, 113:17,
119:9, 128:18, 135:5,
136:17, 143:21,
166:12, 166:19,
176:5, 176:19, 177:8
   **meaning** [2] - 28:23,
128:17
   **means** [4] - 166:15,
166:20, 176:2, 178:9
   **Medetis** [5] - 4:8,
75:14, 107:6, 108:3,
148:17
   **MEDETIS** [279] -

1:14, 4:7, 4:22, 5:5,
5:10, 5:13, 5:15, 5:17,
5:20, 5:24, 6:21, 7:7,
9:12, 9:20, 10:9,
10:16, 12:17, 13:11,
14:11, 14:17, 14:21,
15:2, 15:11, 16:19,
19:11, 20:5, 20:25,
21:7, 24:10, 25:24,
26:13, 26:21, 26:23,
28:4, 28:18, 29:2,
29:17, 31:20, 32:1,
32:6, 32:19, 32:23,
33:12, 33:17, 33:24,
35:16, 36:12, 36:15,
36:23, 37:1, 40:17,
41:4, 41:6, 45:3, 45:6,
46:19, 47:4, 47:9,
48:5, 50:7, 50:21,
51:8, 51:22, 52:5,
52:14, 52:19, 52:20,
53:6, 53:21, 54:9,
56:10, 56:14, 56:24,
57:1, 57:22, 62:8,
63:5, 63:8, 63:13,
65:18, 65:24, 68:14,
68:20, 70:14, 71:1,
71:16, 71:20, 74:6,
75:13, 76:6, 78:9,
79:5, 79:7, 79:11,
79:18, 80:1, 80:16,
80:24, 82:23, 83:1,
83:5, 83:6, 84:23,
85:1, 85:14, 85:20,
86:7, 86:10, 86:12,
86:23, 87:1, 87:8,
87:13, 88:8, 88:11,
89:23, 90:1, 90:18,
91:9, 91:17, 94:23,
95:2, 95:5, 95:17,
95:23, 96:5, 97:16,
100:11, 100:17,
100:23, 100:25,
101:5, 101:7, 101:24,
102:6, 104:3, 104:5,
104:8, 104:9, 104:17,
105:1, 105:19,
106:17, 107:5,
107:20, 107:22,
108:4, 108:7, 108:9,
111:13, 111:15,
114:24, 115:10,
115:14, 115:16,
116:9, 116:22,
117:19, 117:23,
118:17, 118:21,
119:17, 119:23,
120:21, 121:2,
121:16, 122:1, 122:6,
122:20, 122:24,
123:7, 123:10,

123:13, 123:15,
123:17, 124:6, 124:8,
124:20, 124:22,
125:1, 125:4, 125:11,
125:17, 125:23,
126:1, 126:13, 129:9,
129:10, 129:22,
129:24, 130:4, 130:6,
130:13, 130:21,
130:24, 131:7, 131:9,
131:12, 131:14,
131:19, 131:21,
132:14, 132:21,
133:3, 133:7, 138:24,
139:2, 139:5, 144:7,
144:9, 144:23, 145:2,
146:10, 146:11,
147:1, 147:8, 147:22,
148:3, 148:18,
148:21, 149:4, 149:6,
149:9, 149:11,
149:18, 150:1, 150:7,
151:1, 151:25, 152:2,
152:11, 152:18,
154:5, 154:10, 155:1,
155:16, 155:25,
156:2, 156:7, 156:17,
156:24, 159:6,
159:10, 159:19,
160:6, 160:13,
161:21, 163:8,
163:14, 163:21,
164:8, 164:12,
164:14, 165:4,
165:22, 166:2,
166:13, 166:24,
168:5, 168:22, 170:1,
172:1, 172:4, 172:17,
173:7, 173:12, 174:3,
177:11, 179:5, 184:4,
184:21, 184:25,
186:8, 188:14, 189:3,
189:9, 189:15, 191:6,
191:12
   **media** [3] - 74:14,
106:7, 187:17
   **medicine** [3] -
169:16, 170:9, 183:3
   **meet** [3] - 37:2, 37:4,
37:17
   **meeting** [13] - 6:25,
7:12, 8:18, 8:24, 14:5,
21:19, 25:14, 25:15,
25:22, 26:4, 27:2,
30:9, 30:22
   **meetings** [22] - 7:13,
7:16, 8:22, 8:24, 9:2,
12:14, 12:20, 12:22,
12:25, 13:2, 13:3,
13:4, 13:7, 13:17,

13:19, 13:20, 13:25,
14:1, 14:2, 15:7,
15:19, 32:9
   **members** [2] -
185:13, 187:12
   **men** [4] - 8:8, 163:3,
183:4, 188:21
   **mentioned** [3] -
67:10, 94:7, 150:17
   **merely** [2] - 64:8,
122:7
   **message** [2] - 91:21
   **messages** [1] - 90:7
   **messing** [1] - 178:22
   **met** [8] - 24:2, 30:9,
30:12, 37:7, 37:19,
38:15, 58:3
   **Metcalf** [1] - 89:2
   **MIAMI** [1] - 1:2
   **Miami** [11] - 1:4,
1:16, 1:22, 1:25, 2:2,
2:3, 19:25, 81:15,
127:11, 191:22,
191:23
   **MICHAEL** [1] - 80:18
   **Michael** [3] - 3:7,
80:17, 80:21
   **Michigan** [7] - 20:23,
84:7, 84:20, 85:4,
86:2, 86:16, 102:17
   **microphone** [6] -
33:25, 35:8, 35:11,
64:5, 81:5, 159:24
   **middle** [1] - 143:4
   **might** [8] - 5:1,
37:13, 47:25, 64:20,
64:21, 64:22, 178:22,
186:19
   **miles** [1] - 168:17
   **mind** [1] - 43:12
   **mine** [5] - 7:20, 19:4,
24:1, 179:1, 179:3
   **Ministries** [1] - 126:5
   **ministry** [1] - 57:14
   **minor** [3] - 122:8,
122:12, 122:13
   **minors** [5] - 121:11,
121:21, 188:25,
189:1, 189:3
   **minute** [2] - 51:21,
74:8
   **minutes** [5] - 40:22,
74:9, 74:20, 75:6,
185:12
   **misconduct** [4] -
67:14, 69:25, 70:21,
70:25
   **Mission** [5] - 108:20,
109:23, 110:20,
111:6, 112:17

   **mission** [2] - 20:2,
20:4
   **missionaries** [5] -
15:20, 19:15, 20:15,
23:24, 24:1
   **missionary** [1] - 28:1
   **Missions** [1] -
114:10
   **Moisture** [2] -
160:17, 160:19
   **Moisturizer** [2] -
161:12, 161:14
   **molested** [1] - 69:3
   **moment** [12] - 23:1,
26:16, 71:22, 74:1,
74:23, 78:12, 79:16,
83:2, 95:19, 130:19,
182:21, 188:5
   **Monday** [3] - 129:20,
129:23, 131:2
   **money** [2] - 20:19,
24:14
   **monies** [2] - 139:7,
139:20, 140:9,
140:21, 141:7, 142:6,
142:18
   **monitor** [1] - 86:14
   **monkey** [1] - 99:2
   **month** [1] - 34:14
   **months** [3] - 55:1,
72:6, 138:12
   **months'** [1] - 139:15
   **Montrouis** [1] -
126:6
   **moral** [4] - 9:19,
10:7, 12:9, 12:16
   **Morning** [57] - 57:14,
82:20, 91:22, 92:7,
92:23, 94:4, 94:5,
94:8, 94:16, 95:9,
95:10, 96:8, 100:3,
101:19, 105:5,
108:13, 109:5,
110:10, 110:15,
111:6, 113:12,
113:18, 114:2, 115:1,
115:4, 115:24,
118:12, 121:18,
124:18, 126:5,
143:19, 147:15,
151:18, 153:25,
154:12, 154:16,
155:18, 156:11,
156:15, 160:2,
162:16, 162:18,
163:3, 163:7, 168:11,
168:19, 169:7, 171:1,
171:18, 172:12,
175:3, 177:9, 181:9,
184:10, 186:5, 187:6,

188:21
  **morning** [20] - 4:1, 4:4, 4:7, 4:12, 4:13, 4:16, 4:17, 5:21, 6:16, 6:17, 6:22, 6:23, 52:22, 52:24, 72:20, 75:17, 80:25, 81:1, 187:24, 191:10
  **morningstarcenter. pptx** [1] - 93:19
  **most** [1] - 8:19
  **mostly** [2] - 28:16, 49:5
  **mother** [14] - 35:22, 38:10, 38:12, 38:13, 59:11, 61:24, 76:17, 76:19, 77:4, 117:9, 117:12, 118:2, 120:13, 176:7
  **Mother** [1] - 175:21
  **motion** [2] - 5:9, 51:4
  **mouth** [2] - 22:23, 22:24
  **move** [14] - 33:25, 35:8, 35:11, 41:4, 51:3, 81:5, 86:7, 91:10, 95:17, 101:25, 127:10, 127:12, 146:3, 149:2
  **moved** [7] - 15:20, 48:19, 54:14, 127:11, 145:22, 146:5, 146:8
  **movies** [8] - 38:2, 38:4, 60:1, 60:5, 70:7, 77:18, 78:1, 78:7
  **moving** [1] - 125:3
  **MR** [209] - 4:13, 4:17, 6:1, 6:6, 6:10, 7:11, 9:13, 9:17, 9:22, 10:11, 10:21, 11:3, 12:7, 12:12, 12:13, 12:19, 13:13, 14:14, 14:19, 14:23, 15:5, 15:14, 16:21, 19:13, 20:9, 21:3, 21:11, 21:15, 24:8, 24:13, 25:25, 26:3, 26:16, 26:18, 28:2, 28:7, 28:25, 29:8, 29:13, 31:13, 31:22, 31:23, 32:4, 32:17, 40:8, 41:3, 46:16, 47:3, 48:2, 50:4, 50:18, 50:24, 51:3, 52:2, 52:8, 52:10, 52:17, 53:1, 53:3, 53:18, 54:2, 56:9, 56:22, 57:25, 58:2, 59:6, 62:9, 62:11, 63:9, 63:15, 64:6, 64:7,

65:20, 65:23, 66:1, 66:4, 66:16, 66:22, 68:16, 68:22, 70:16, 71:4, 71:18, 71:21, 71:23, 72:1, 74:1, 74:3, 75:17, 77:20, 78:25, 79:14, 82:25, 85:10, 85:17, 90:15, 91:11, 94:25, 95:4, 95:19, 95:21, 95:24, 97:13, 97:14, 100:9, 100:16, 104:2, 104:4, 104:7, 107:10, 114:19, 115:13, 116:12, 116:15, 116:18, 116:20, 116:25, 117:7, 117:12, 117:21, 119:3, 119:20, 120:10, 120:22, 122:16, 122:21, 123:9, 123:12, 123:14, 123:16, 123:18, 123:23, 126:12, 144:22, 146:7, 148:2, 148:4, 148:6, 148:11, 150:5, 154:4, 154:20, 155:12, 155:14, 161:23, 162:1, 162:3, 163:9, 163:12, 163:18, 163:23, 164:11, 164:13, 164:15, 164:16, 164:25, 165:2, 165:9, 165:24, 166:5, 166:7, 166:18, 167:2, 167:24, 168:1, 168:9, 168:10, 169:1, 169:18, 169:19, 170:2, 170:4, 172:2, 172:6, 172:20, 173:9, 173:14, 173:16, 174:5, 177:14, 177:25, 178:3, 179:10, 180:4, 180:6, 182:21, 182:23, 184:6, 184:23, 185:2, 185:19, 185:21, 185:24, 186:3, 186:4, 186:10, 186:13, 187:10, 188:8, 188:10, 188:18, 188:24, 189:2, 189:5, 189:23, 190:17, 190:20, 190:23, 191:2
  **MS** [278] - 4:7, 4:22, 5:5, 5:10, 5:13, 5:15, 5:17, 5:20, 5:24, 6:21, 7:7, 9:12, 9:20, 10:9, 10:16, 12:17, 13:11,

14:11, 14:17, 14:21, 15:2, 15:11, 16:19, 19:11, 20:5, 20:25, 21:7, 24:10, 25:24, 26:13, 26:21, 26:23, 28:4, 28:18, 29:2, 29:17, 31:20, 32:1, 32:6, 32:19, 32:23, 33:12, 33:17, 33:24, 35:16, 36:12, 36:15, 36:23, 37:1, 40:17, 41:4, 41:6, 45:3, 45:6, 46:19, 47:4, 47:9, 48:5, 50:7, 50:21, 51:8, 51:22, 52:5, 52:14, 52:19, 52:20, 53:6, 53:21, 54:9, 56:10, 56:14, 56:24, 57:1, 57:22, 62:8, 63:5, 63:8, 63:13, 65:18, 65:24, 68:14, 68:20, 70:14, 71:1, 71:16, 71:20, 74:6, 75:13, 76:6, 78:9, 79:5, 79:7, 79:11, 79:18, 80:1, 80:16, 80:24, 82:23, 83:1, 83:5, 83:6, 84:23, 85:1, 85:14, 85:20, 86:7, 86:10, 86:12, 86:23, 87:1, 87:8, 87:13, 88:8, 88:11, 89:23, 90:1, 90:18, 91:9, 91:17, 94:23, 95:2, 95:5, 95:17, 95:23, 96:5, 97:16, 100:11, 100:17, 100:23, 100:25, 101:5, 101:7, 101:24, 102:6, 104:3, 104:5, 104:8, 104:9, 104:17, 105:1, 105:19, 106:17, 107:5, 107:20, 107:22, 108:4, 108:7, 108:9, 111:13, 111:15, 114:24, 115:10, 115:14, 115:16, 116:9, 116:22, 117:19, 117:23, 118:17, 118:21, 119:17, 119:23, 120:21, 121:2, 121:16, 122:1, 122:6, 122:20, 122:24, 123:7, 123:10, 123:13, 123:15, 123:17, 124:6, 124:8, 124:20, 124:22, 125:1, 125:4, 125:11, 125:17, 125:23,

126:1, 126:13, 129:9, 129:10, 129:22, 129:24, 130:4, 130:6, 130:13, 130:21, 130:24, 131:7, 131:9, 131:12, 131:14, 131:19, 131:21, 132:14, 132:21, 133:3, 133:7, 138:24, 139:2, 139:5, 144:7, 144:9, 144:23, 145:2, 146:10, 146:11, 147:1, 147:8, 147:22, 148:3, 148:18, 148:21, 149:4, 149:6, 149:9, 149:11, 149:18, 150:1, 150:7, 151:1, 151:25, 152:2, 152:11, 152:18, 154:5, 154:10, 155:1, 155:16, 155:25, 156:2, 156:7, 156:17, 156:24, 159:6, 159:10, 159:19, 160:6, 160:13, 161:21, 163:8, 163:14, 163:21, 164:8, 164:12, 164:14, 165:4, 165:22, 166:2, 166:13, 166:24, 168:5, 168:22, 170:1, 172:1, 172:4, 172:17, 173:7, 173:12, 174:3, 177:11, 179:5, 184:4, 184:21, 184:25, 186:8, 188:14, 189:3, 189:9, 189:15, 191:6, 191:12
  **MSI** [1] - 112:7
  **multiple** [2] - 11:8, 11:9
  **mum** [1] - 35:24
  **music** [1] - 70:13
  **musician** [1] - 35:2
  **must** [1] - 63:18
  **mystery** [1] - 190:3

## N

  **N-a-s-o-n** [1] - 151:15
  **name** [42] - 8:16, 17:21, 17:22, 18:7, 19:6, 23:12, 23:21, 24:4, 24:5, 24:23, 27:23, 32:7, 33:21, 36:5, 80:20, 83:21, 84:13, 84:17, 87:19, 87:22, 87:25, 88:15,

88:16, 88:21, 89:3, 93:16, 104:12, 114:11, 114:14, 120:1, 135:16, 151:8, 151:13, 172:10, 173:1, 173:4, 174:15, 174:21, 175:14, 176:14
  **named** [1] - 36:16
  **names** [30] - 8:12, 8:14, 32:8, 34:20, 92:9, 92:17, 100:21, 108:22, 108:23, 109:16, 110:1, 110:2, 110:4, 110:19, 110:22, 111:11, 111:16, 111:17, 112:1, 112:9, 112:22, 114:5, 114:7, 114:23, 133:9, 163:7, 163:20, 163:24, 183:4
  **Nason** [2] - 92:12, 151:13
  **National** [2] - 82:19, 182:10
  **national** [2] - 150:16, 153:2
  **Naturals** [1] - 161:1
  **NCIC** [1] - 119:20
  **near** [4] - 82:20, 94:14, 94:15, 133:14
  **necessarily** [2] - 9:9, 128:16
  **necessary** [1] - 175:7
  **need** [8] - 6:4, 14:4, 16:2, 40:12, 51:11, 57:9, 107:16, 170:13
  **needed** [5] - 22:20, 23:5, 23:19, 29:25, 31:17
  **needs** [4] - 107:16, 123:24, 185:14, 191:4
  **never** [24] - 14:7, 15:16, 15:18, 18:16, 18:19, 22:6, 22:22, 27:9, 29:23, 37:20, 42:20, 58:3, 60:17, 65:11, 65:13, 65:16, 66:19, 76:11, 76:16, 78:6, 119:16, 171:11, 179:25, 180:1
  **New** [7] - 1:18, 68:2, 68:6, 68:17, 68:23, 69:5, 69:13
  **new** [1] - 27:5
  **Newquay** [1] - 34:9
  **next** [27] - 4:24, 5:1, 21:16, 24:12, 33:11, 39:16, 52:15, 52:22,

16

52:24, 56:6, 69:14, 70:17, 78:6, 79:9, 80:15, 92:15, 109:16, 112:23, 113:24, 131:5, 144:5, 145:13, 145:16, 146:3, 174:1, 188:12, 188:20

**nice** [2] - 187:23, 191:11

**nickname** [2] - 150:13, 152:24

**night** [7] - 39:2, 44:7, 48:25, 49:4, 49:12, 50:1, 191:12

**nightstand** [3] - 157:19, 157:21, 161:5

**NO** [1] - 1:2

**nobody** [2] - 23:3, 59:23

**none** [1] - 184:3

**nonresponsive** [2] - 50:24, 53:4

**noon** [2] - 5:22, 6:4

**North** [4] - 2:2, 11:20, 35:24, 191:22

**Northeast** [1] - 1:15

**Nos** [15] - 3:11, 3:12, 3:13, 3:14, 3:15, 3:15, 3:16, 3:18, 3:18, 91:14, 102:3, 105:25, 125:15, 148:15, 156:21

**note** [1] - 118:9

**notebooks** [2] - 74:19, 187:22

**notes** [3] - 9:4, 9:6, 9:8

**nothing** [2] - 13:21, 120:20

**noting** [1] - 87:21

**November** [8] - 11:16, 11:21, 11:23, 134:8, 136:5, 136:7, 146:15

**number** [26] - 18:4, 82:25, 85:22, 94:25, 109:16, 112:2, 112:20, 113:5, 134:15, 134:17, 135:19, 173:18, 173:20, 173:22, 173:23, 173:24, 174:1, 175:12, 175:16, 175:18, 176:1, 176:2, 176:21, 176:23, 177:2

**numbers** [1] - 176:5

**numerous** [1] - 162:21

**NW** [1] - 1:18

# O

**oath** [3] - 6:18, 76:2, 108:2

**object** [9] - 21:7, 21:11, 24:8, 53:18, 116:20, 165:4, 178:23, 189:10, 189:23

**objecting** [1] - 116:25

**objection** [100] - 9:12, 9:20, 10:9, 12:17, 13:11, 14:11, 14:12, 14:17, 14:21, 15:2, 15:11, 16:19, 19:11, 20:5, 20:25, 25:24, 26:13, 26:14, 28:2, 28:7, 28:25, 29:8, 29:13, 31:13, 31:22, 31:23, 32:4, 32:17, 40:8, 40:12, 40:13, 40:14, 41:3, 46:16, 47:3, 48:2, 50:4, 50:18, 50:24, 52:2, 52:8, 52:17, 53:1, 54:2, 56:9, 62:5, 63:5, 63:13, 65:18, 68:14, 68:20, 70:14, 71:1, 71:2, 71:16, 71:20, 77:20, 78:25, 79:14, 85:10, 85:17, 90:15, 91:11, 97:13, 97:14, 100:9, 100:16, 114:19, 126:12, 144:22, 145:1, 146:7, 150:5, 154:4, 154:20, 155:12, 163:8, 163:14, 163:21, 164:8, 165:22, 166:2, 166:13, 166:24, 168:6, 168:22, 172:1, 172:17, 173:12, 174:3, 177:11, 179:5, 179:6, 184:4, 184:21, 184:25, 186:8

**observations** [1] - 169:15

**observe** [1] - 155:21

**obtained** [1] - 83:22

**obviously** [7] - 37:21, 39:23, 44:9, 44:19, 49:2, 49:10, 78:2

**occasion** [3] - 12:8, 20:15, 41:9

**occasions** [7] - 11:8, 11:9, 33:2, 42:24, 46:1, 46:2, 80:6

**occurred** [12] - 58:5, 58:7, 58:23, 60:12, 62:20, 62:24, 63:3, 65:14, 66:7, 70:22, 72:20, 119:15

**October** [10] - 112:6, 134:11, 144:15, 144:18, 145:6, 145:18, 145:22, 145:24, 145:25, 146:2

**OF** [3] - 1:1, 1:4, 1:17

**offenses** [2] - 33:6, 80:10

**offering** [1] - 19:15

**office** [1] - 81:17

**officer** [6] - 178:7, 178:11, 178:14, 180:17, 186:6, 187:23

**officers** [1] - 69:1, 180:21

**official** [1] - 2:1

**Official** [1] - 191:22

**often** [2] - 43:23, 43:24

**Ohio** [8] - 20:23, 20:24, 47:18, 48:19, 48:20, 67:25, 69:6, 88:15

**old** [13] - 27:13, 34:16, 36:1, 36:4, 44:25, 45:21, 46:23, 47:13, 48:21, 58:11, 67:5, 151:11, 153:16

**older** [3] - 59:19, 59:25, 60:4

**once** [5] - 23:4, 30:12, 60:12, 97:1, 101:12

**one** [57] - 5:2, 12:8, 12:23, 19:6, 19:9, 19:10, 20:2, 24:2, 26:16, 29:25, 34:19, 37:22, 38:5, 48:25, 49:4, 49:20, 69:19, 69:22, 71:22, 74:1, 78:3, 79:16, 83:2, 93:6, 95:19, 95:21, 104:4, 107:14, 110:9, 114:13, 116:13, 120:13, 130:19, 134:24, 134:25, 148:2, 157:12, 160:23, 161:13, 162:15, 164:24, 165:6, 168:20, 178:11, 180:7, 182:21, 185:13, 185:14, 186:20, 187:11, 188:8, 188:22

**one's** [1] - 19:6

**one-on-one** [1] - 78:3

**one-year** [1] - 69:22

**ones** [1] - 164:12

**open** [2] - 124:4, 159:11

**operated** [1] - 20:4

**opinion** [2] - 123:21, 123:23

**opportunity** [21] - 25:2, 25:19, 25:23, 26:6, 30:22, 89:20, 91:6, 93:20, 99:13, 99:17, 100:12, 128:24, 128:25, 129:13, 129:16, 132:8, 151:22, 155:5, 157:7, 157:20, 158:13

**opposite** [1] - 99:4

**oral** [8] - 44:5, 44:19, 44:21, 44:25, 45:24, 49:15, 76:23, 77:15

**order** [3] - 34:22, 88:23, 88:25

**ordered** [1] - 88:21

**ordered...** [1] - 88:19

**organization** [1] - 20:7

**original** [4] - 136:9, 153:6, 174:1, 177:23

**Original** [1] - 161:13

**orphanage** [11] - 17:3, 17:4, 17:5, 17:20, 17:21, 18:12, 18:18, 28:15, 30:13, 30:18, 32:8

**ounces** [3] - 161:2, 161:3, 161:20

**Outside** [1] - 112:17

**outside** [14] - 17:24, 18:19, 28:15, 30:5, 54:4, 54:11, 54:12, 54:14, 96:15, 117:4, 154:23, 154:24, 163:21, 179:5

**outweigh** [1] - 117:16

**overrule** [1] - 40:14

**overruled** [30] - 9:15, 10:20, 13:12, 20:6, 28:8, 29:10, 31:14, 32:18, 47:6, 52:11, 53:2, 53:5, 54:3, 56:13, 68:15, 71:24, 77:22, 79:2, 85:11, 100:18, 114:20, 145:1, 154:7, 154:22, 163:22, 165:8, 166:16, 166:25, 168:24, 186:11

**own** [9] - 20:10, 20:12, 26:11, 38:23, 40:20, 43:6, 57:9, 61:19

**owns** [1] - 7:20

# P

**p.m** [4] - 1:6, 93:1, 107:24, 187:25

**P.R** [1] - 137:19

**pace** [1] - 4:22

**PAGE** [1] - 3:10

**page** [18] - 84:10, 84:11, 84:12, 85:15, 86:5, 86:6, 88:4, 93:23, 133:24, 134:6, 134:19, 134:21, 136:2, 136:10, 145:16, 145:19, 146:2, 146:3

**Page** [1] - 146:5

**pages** [5] - 93:6, 111:2, 111:4, 111:12, 144:10

**Pages** [1] - 1:8

**paid** [21] - 16:5, 19:14, 38:6, 67:17, 72:7, 139:7, 139:8, 139:20, 139:25, 140:9, 140:13, 140:18, 140:21, 141:7, 141:10, 142:6, 142:18, 146:21, 146:24, 162:19, 162:24

**Palace** [14] - 35:7, 35:17, 37:5, 38:20, 43:11, 43:13, 43:16, 43:19, 43:21, 44:3, 45:20, 61:15, 76:22

**Palm** [4] - 21:18, 23:9, 24:17, 30:10

**Papov** [1] - 144:17

**paragraph** [8] - 88:18, 88:20, 92:4, 135:16, 140:22, 141:20, 150:8, 152:19

**Paragraph** [4] - 133:22, 134:3, 138:11, 138:13

**pardon** [1] - 181:6

**parentheses** [1] - 131:5

**parents** [2] - 36:1, 171:18

**paring** [1] - 188:19

**park** [3] - 68:9, 68:24, 69:2

**part** [12] - 8:15, 50:1, 76:13, 82:13, 83:15, 88:20, 89:6, 94:8, 126:3, 155:18, 160:22
**participate** [2] - 82:9, 94:9
**particular** [9] - 31:15, 35:6, 48:23, 98:9, 121:20, 122:5, 178:9, 178:23, 179:25
**parties** [7] - 132:25, 133:1, 135:11, 135:13, 137:3, 138:4, 138:5
**parties'** [1] - 133:9
**partly** [1] - 76:11
**Pascal** [1] - 92:8
**Passport** [1] - 151:4
**passport** [32] - 102:13, 102:14, 102:18, 102:20, 102:22, 103:3, 103:13, 103:17, 103:18, 103:22, 104:11, 104:14, 119:4, 119:5, 120:7, 120:9, 134:15, 135:17, 135:19, 165:11, 165:21, 165:25, 166:15, 166:20, 166:23, 167:4, 167:5, 167:14, 167:15
**passports** [9] - 102:9, 119:7, 164:3, 164:7, 164:11, 164:22, 164:23, 165:7, 167:23
**past** [2] - 29:12, 56:2
**pastor** [7] - 7:1, 12:20, 14:10, 14:15, 19:3, 19:5, 30:25
**Pastor** [20] - 17:5, 17:11, 18:8, 21:5, 21:18, 21:23, 21:24, 22:1, 23:16, 23:19, 24:14, 24:17, 24:20, 24:24, 25:9, 25:22, 30:7, 30:9, 30:17, 30:22
**Paul** [2] - 34:21, 45:16
**pay** [1] - 19:16
**payee** [1] - 141:10
**payment** [5] - 139:12, 139:14, 141:12, 141:13, 142:8
**payments** [2] - 144:2, 144:4
**pending** [1] - 11:1

**Penge** [3] - 35:7, 35:17, 55:22
**penis** [17] - 39:3, 39:5, 39:20, 39:23, 40:1, 40:3, 40:18, 40:20, 41:20, 41:22, 41:25, 42:2, 42:6, 42:25, 77:3, 77:15
**people** [11] - 7:22, 8:22, 8:23, 31:5, 31:18, 32:9, 49:1, 49:2, 49:11, 57:17, 113:7
**per** [3] - 145:14, 145:21, 145:24
**percent** [1] - 123:19
**perfectly** [1] - 29:23
**perform** [3] - 41:9, 41:13, 77:15
**performed** [5] - 44:19, 44:21, 44:25, 45:23, 76:23
**performing** [1] - 44:5
**perimeter** [2] - 154:24, 155:18
**period** [18] - 60:10, 62:2, 65:5, 69:22, 89:18, 122:9, 134:3, 136:6, 138:10, 139:14, 139:23, 140:18, 141:3, 141:12, 141:13, 142:8, 142:24, 143:11
**periods** [1] - 65:20
**permission** [21] - 45:3, 82:23, 87:11, 88:8, 101:3, 104:23, 108:7, 125:1, 125:23, 130:21, 131:12, 131:19, 138:24, 139:2, 144:7, 147:6, 148:19, 151:25, 155:25, 156:5, 171:17
**permit** [2] - 74:24, 106:20
**permitted** [1] - 25:13
**person** [7] - 8:23, 11:10, 72:21, 83:20, 150:17, 173:17, 174:24
**personally** [3] - 10:12, 176:9, 183:10
**perspective** [6] - 98:22, 99:5, 99:7, 157:2, 158:4, 189:17
**pertaining** [1] - 171:16
**Peter** [2] - 34:21, 45:16
**Peterson** [2] - 110:5,

114:15
**Phil** [2] - 4:14, 75:18
**PHILIP** [1] - 1:23
**Philip** [1] - 107:11
**phone** [3] - 12:23, 25:11, 63:18
**photo** [9] - 64:23, 95:11, 95:13, 97:24, 97:25, 109:14, 111:24, 157:5
**photograph** [18] - 45:11, 45:13, 45:15, 45:19, 96:17, 96:18, 96:19, 103:6, 103:10, 103:13, 103:22, 118:1, 119:11, 157:1, 157:16, 158:20, 159:1, 187:2
**photographs** [5] - 154:15, 169:6, 169:9, 169:10, 182:16
**photos** [3] - 109:16, 109:17, 109:19
**physical** [4] - 100:7, 154:14, 154:15, 178:22
**pick** [3] - 6:24, 37:5, 37:7
**picked** [3] - 68:6, 68:19, 72:9
**picture** [20] - 45:21, 114:18, 114:21, 114:23, 148:24, 151:7, 151:10, 151:13, 151:16, 153:12, 153:17, 153:18, 153:20, 153:22, 154:18, 155:3, 158:7, 163:6, 187:3, 187:4
**pictured** [1] - 120:12
**pictures** [7] - 70:7, 112:1, 112:3, 115:8, 156:11, 156:13, 163:25
**pillows** [1] - 181:21, 184:1
**pistol** [2] - 158:24, 159:5
**pitch** [2] - 49:6, 49:8
**place** [4] - 19:21, 65:22, 102:16, 183:13
**places** [2] - 18:6, 37:6
**Plaine** [1] - 144:17
**Plaintiff** [1] - 1:5
**plan** [1] - 57:13
**plane** [2] - 20:2, 20:4, 20:12, 20:14, 69:10

**planned** [1] - 69:11
**plans** [1] - 190:25
**plastic** [1] - 100:2
**play** [1] - 43:6
**plus** [1] - 76:12
**point** [13] - 16:10, 25:13, 36:9, 36:21, 38:5, 39:19, 43:15, 43:18, 49:21, 54:8, 67:9, 190:2, 190:15
**pointing** [2] - 173:10, 183:22
**police** [23] - 13:25, 14:4, 14:7, 29:18, 29:19, 29:20, 30:1, 30:3, 68:9, 68:24, 69:1, 69:2, 76:24, 77:4, 82:8, 174:8, 178:6, 178:25, 179:11, 183:6, 183:8, 185:8, 186:14
**Police** [2] - 82:19, 182:10
**pool** [1] - 43:6
**Port** [5] - 17:24, 23:25, 28:16, 82:21, 94:15
**Port-au-Prince** [5] - 17:24, 23:25, 28:16, 82:21, 94:15
**position** [2] - 42:16, 189:7
**positions** [2] - 5:6, 190:11
**possessions** [1] - 121:18
**possibility** [1] - 189:25
**possible** [3] - 5:14, 10:4, 159:16
**postal** [1] - 84:8
**posted** [3] - 152:4, 152:5, 173:4
**pouring** [1] - 53:8
**power** [1] - 171:25
**prayed** [3] - 31:9, 56:20, 88:22
**prayer** [5] - 23:5, 56:17, 57:5, 57:10
**precautions** [1] - 180:13
**predicate** [8] - 123:2, 124:1, 124:3, 155:12, 155:14, 155:15, 164:9, 165:5
**predominantly** [1] - 188:21
**prefer** [1] - 133:5
**prejudice** [1] - 117:7
**prejudicial** [3] -

117:15, 119:14, 120:23
**preneur** [2] - 135:4, 136:16
**preparing** [1] - 6:8
**presence** [2] - 117:4, 181:8
**present** [12] - 4:15, 12:21, 14:15, 22:10, 24:19, 25:14, 32:9, 75:19, 107:12, 119:10, 155:17, 180:9
**preserve** [3] - 179:12, 179:14, 180:14
**preserving** [2] - 179:16, 179:23
**pretend** [4] - 60:17, 60:18, 76:12, 76:16
**pretended** [1] - 60:20
**pretending** [1] - 39:3
**pretty** [9] - 24:25, 25:5, 25:8, 35:3, 50:23, 60:22, 181:2, 181:3, 181:4
**previous** [3] - 85:12, 85:23, 104:4
**previously** [34] - 22:17, 25:10, 45:4, 82:24, 83:7, 84:21, 86:8, 86:13, 87:4, 87:9, 88:12, 89:6, 91:6, 94:22, 96:13, 96:21, 97:17, 97:23, 98:20, 104:5, 117:1, 117:5, 121:2, 122:3, 143:17, 147:4, 147:24, 148:1, 148:3, 154:19, 155:2, 156:25, 157:10, 158:2
**Prince** [5] - 17:24, 23:25, 28:16, 82:21, 94:15
**print** [2] - 174:2, 174:4
**printed** [4] - 90:22, 93:25, 151:7, 151:10
**probate** [4] - 87:18, 87:21, 88:14, 89:2
**probative** [2] - 117:16, 117:18
**problem** [4] - 7:2, 24:18, 29:4, 56:8
**problems** [1] - 28:22
**proceed** [6] - 6:19, 76:4, 80:22, 108:3, 186:2, 189:11
**Proceedings** [1] - 191:13

**proceedings** [12] - 6:14, 74:22, 75:8, 75:23, 106:15, 106:25, 107:24, 117:3, 124:4, 188:1, 189:17, 191:18
**proof** [4] - 15:1, 15:2, 30:5, 122:4
**propensity** [2] - 33:6, 80:10
**property** [4] - 133:11, 135:21, 138:6, 140:11
**prosecutors** [1] - 75:3
**protect** [2] - 61:5, 164:18
**prove** [1] - 120:6
**provided** [3] - 89:21, 119:21, 120:2
**psychology** [1] - 76:14
**publish** [24] - 45:3, 82:23, 84:23, 86:10, 87:11, 88:8, 91:16, 96:4, 102:5, 108:7, 125:1, 125:10, 125:23, 130:21, 131:12, 132:20, 132:23, 138:24, 139:2, 148:19, 149:24, 152:17, 156:23, 160:12
**published** [2] - 149:3, 153:23
**publishing** [1] - 133:3
**purports** [1] - 117:9
**purpose** [6] - 13:17, 27:1, 27:25, 32:2, 46:25, 179:16
**purposes** [7] - 101:1, 118:9, 131:23, 147:2, 147:10, 159:7, 159:13
**pursuant** [2] - 6:2, 122:1
**put** [9] - 38:25, 40:4, 40:5, 40:18, 98:6, 98:13, 118:3, 159:11, 180:14
**putting** [1] - 44:13

### Q

**questioned** [1] - 72:24
**questions** [11] - 7:7, 25:3, 25:9, 26:18, 30:7, 32:23, 58:4,

80:1, 170:22, 171:5, 187:10
**quick** [1] - 69:14
**quit** [1] - 31:11
**quite** [5] - 43:24, 44:19, 57:9, 66:19, 119:8

### R

**raised** [2] - 117:1, 117:5
**ran** [3] - 43:4, 59:11, 69:12
**range** [4] - 112:10, 113:7, 145:5, 145:11
**ranges** [4] - 108:23, 110:2, 110:23, 111:18
**rather** [4] - 59:3, 59:7, 134:10, 141:10
**RDR** [2] - 2:1, 191:21
**reached** [1] - 79:20, 79:21, 79:22
**react** [1] - 52:1
**read** [54] - 11:1, 74:13, 87:20, 88:19, 92:4, 92:9, 93:13, 93:16, 106:6, 108:19, 109:4, 109:13, 110:4, 113:19, 114:11, 114:14, 126:3, 127:6, 127:21, 127:24, 128:16, 128:25, 129:13, 131:3, 134:23, 134:24, 134:25, 136:13, 136:20, 136:22, 137:10, 137:18, 140:22, 142:11, 143:15, 143:25, 144:16, 144:24, 145:7, 145:13, 150:8, 150:24, 151:2, 152:19, 153:8, 160:16, 161:10, 166:8, 174:22, 176:14, 176:16, 177:6, 187:16
**reading** [2] - 128:12, 137:11
**reads** [1] - 123:2
**real** [1] - 69:14
**really** [9] - 27:6, 30:13, 40:22, 44:23, 47:25, 48:11, 49:25, 63:19, 181:5
**rear** [3] - 155:4, 155:5, 155:8
**reason** [13] - 18:13,

43:11, 63:21, 64:20, 168:15, 168:19, 168:25, 181:1, 181:3, 181:5, 181:7, 186:14, 189:16
**reasons** [1] - 186:20
**receipt** [8] - 139:7, 139:20, 140:9, 140:21, 141:7, 142:4, 142:18, 143:8
**receipts** [3] - 162:18, 162:21, 162:23
**receive** [2] - 82:3, 82:5
**RECEIVED** [1] - 3:10
**received** [1] - 90:23
**recent** [1] - 92:23
**recently** [1] - 121:5
**recess** [7] - 74:8, 75:6, 75:7, 106:16, 106:23, 106:24, 191:10
**recognize** [16] - 45:9, 90:4, 90:6, 95:6, 95:8, 101:14, 101:16, 105:2, 105:4, 115:20, 115:22, 131:24, 147:12, 147:14, 159:20, 159:22
**recommendation** [1] - 23:22
**record** [14] - 4:6, 6:2, 10:17, 36:12, 36:23, 51:16, 75:12, 107:4, 115:10, 141:19, 147:1, 153:24, 156:2, 189:5
**recorded** [1] - 9:2
**records** [3] - 82:15, 83:22, 163:2
**recovered** [1] - 92:22
**red** [1] - 95:10
**Red** [1] - 3:3
**redirect** [2] - 26:20, 74:5
**REDIRECT** [2] - 26:22, 76:5
**referred** [1] - 10:18
**referring** [10] - 85:15, 85:22, 90:13, 90:20, 90:22, 97:8, 99:10, 104:5, 105:9, 183:19
**refers** [1] - 83:20
**reflect** [4] - 36:12, 36:14, 36:23, 36:25
**refrain** [1] - 168:7
**regard** [1] - 189:8
**regarding** [14] - 12:16, 13:21, 13:22, 22:10, 24:18, 83:12,

83:13, 100:19, 117:17, 118:5, 120:12, 120:25, 121:3, 122:7
**Reginald** [1] - 107:13
**region** [3] - 81:14, 81:15, 94:14
**regular** [1] - 70:4
**relate** [1] - 129:8
**relation** [1] - 54:10
**relations** [1] - 22:21
**relationship** [1] - 174:24
**release** [1] - 33:14
**released** [1] - 33:16
**relevance** [15] - 14:12, 14:17, 19:11, 20:5, 20:25, 29:8, 32:17, 68:14, 70:14, 71:20, 117:7, 117:10, 117:13, 118:3, 186:8
**relevant** [2] - 33:5, 80:9
**religion** [1] - 13:15
**remaining** [1] - 189:1
**remember** [54] - 7:13, 8:21, 8:23, 9:16, 10:23, 11:14, 11:19, 15:21, 17:7, 17:16, 17:22, 18:3, 20:2, 20:18, 20:20, 23:13, 27:14, 32:10, 32:11, 36:3, 37:23, 38:18, 38:20, 38:21, 38:24, 38:25, 39:22, 39:23, 41:18, 42:22, 42:23, 43:1, 43:7, 43:9, 44:4, 44:18, 45:19, 46:3, 46:13, 46:23, 47:24, 48:6, 48:7, 49:5, 50:1, 53:8, 54:7, 63:12, 64:22, 69:16, 169:17, 170:17, 171:5, 171:9
**remind** [1] - 115:25
**remove** [3] - 54:7, 187:5, 187:7
**renew** [1] - 190:17
**rent** [21] - 139:9, 139:14, 139:15, 139:20, 139:21, 140:9, 140:18, 140:21, 141:1, 141:3, 141:7, 142:6, 142:24, 143:10, 144:2, 144:3, 144:4, 146:21, 146:24, 162:19, 162:24
**rental** [14] - 124:15, 124:17, 124:25, 132:4, 132:25, 135:8,

137:2, 137:6, 141:12, 141:13, 142:8, 142:18, 142:22, 146:17
**repeat** [4] - 10:22, 13:6, 41:12, 60:3
**repeated** [1] - 30:25
**rephrase** [7] - 12:11, 26:1, 40:16, 52:18, 66:3, 85:18, 146:9
**Rephrase** [12] - 15:4, 21:14, 29:16, 40:11, 46:18, 50:6, 50:20, 51:2, 52:4, 90:17, 163:17, 177:13
**reply** [1] - 5:25
**report** [8] - 31:7, 69:22, 70:21, 70:24, 72:16, 74:17, 106:10, 187:20
**REPORTED** [1] - 2:1
**reported** [4] - 72:19, 73:6, 73:9, 73:19
**REPORTER** [3] - 33:20, 80:19, 86:25
**reporter** [8] - 10:22, 11:2, 34:4, 51:14, 53:16, 61:2, 86:24, 131:8
**Reporter** [2] - 2:1, 191:22
**representatives** [1] - 185:7
**represented** [1] - 175:23
**represents** [2] - 175:18, 177:2
**request** [4] - 185:10, 190:6, 190:7, 190:17
**requested** [1] - 9:18
**requires** [1] - 179:6
**reserved** [1] - 190:1
**reside** [1] - 186:15
**residence** [1] - 122:18
**Resident** [2] - 93:15, 112:7
**residential** [1] - 142:6
**residents** [7] - 92:16, 94:2, 94:5, 94:18, 100:21, 112:6, 187:6
**residing** [2] - 150:11, 152:22
**respect** [2] - 108:14, 120:5
**respond** [4] - 5:8, 5:11, 89:13, 89:15
**responded** [1] - 89:16

**response** [5] - 5:11, 5:12, 83:10, 85:13, 85:22

**responsibilities** [2] - 81:19, 81:21

**responsible** [1] - 173:11

**rest** [4] - 25:12, 185:10, 185:14, 185:15

**result** [1] - 14:1

**retained** [1] - 89:11

**returned** [5] - 54:18, 54:20, 70:9, 90:11, 120:1

**returns** [1] - 189:21

**review** [9] - 129:16, 130:10, 132:8, 132:11, 146:1, 146:16, 149:15, 151:22, 152:8

**reviewed** [2] - 123:3, 124:2

**reviewing** [1] - 129:3

**Richard** [1] - 89:2

**right-hand** [10] - 96:10, 96:16, 99:5, 99:6, 140:23, 142:20, 143:4, 157:15, 177:22, 183:22

**Road** [3] - 38:21, 84:20, 86:1

**Roberts** [2] - 8:16, 8:18

**Rockwell** [1] - 91:23

**Roland** [2] - 133:1, 146:13

**room** [20] - 47:25, 49:2, 49:11, 49:16, 49:22, 53:13, 74:20, 98:7, 98:9, 98:15, 98:23, 99:4, 106:13, 115:25, 181:19, 181:21, 181:23, 185:10, 185:14, 185:15

**Room** [25] - 99:13, 99:16, 100:4, 101:17, 105:6, 105:9, 105:11, 108:12, 108:17, 108:18, 115:23, 115:25, 116:2, 116:5, 118:11, 121:17, 124:13, 143:19, 147:15, 157:2, 157:19, 158:4, 159:23, 160:1, 160:22

**rooms** [4] - 98:4, 98:6, 145:4

**row** [1] - 6:7

**Roxio** [1] - 113:21

**rub** [1] - 39:18

**rubbing** [9] - 39:5, 39:21, 40:6, 40:20, 41:19, 41:23, 41:24

**rue** [1] - 144:17

**rule** [1] - 121:25

**ruled** [1] - 40:13

**rules** [2] - 6:3, 122:3

**Rules** [1] - 122:2

**ruling** [1] - 190:1

**rumor** [1] - 16:17

**run** [1] - 69:15

**run-around** [1] - 69:15

**running** [1] - 27:21

## S

**S42-4** [1] - 175:13

**Sabrina** [3] - 131:4, 131:5, 144:20

**Santo** [13] - 113:20, 133:14, 135:24, 145:8, 145:11, 145:14, 145:21, 145:24, 146:2, 146:4, 146:5, 146:14

**Saorina** [1] - 130:1

**Sarasota** [3] - 19:24, 21:4, 21:8

**Sarasota-Bradenton** [3] - 19:24, 21:4, 21:8

**satisfied** [1] - 129:4

**Savon** [1] - 144:20

**saw** [13] - 15:16, 15:18, 18:16, 18:20, 21:17, 54:24, 55:3, 59:15, 70:4, 70:18, 72:11, 156:14, 163:6

**scene** [12] - 178:19, 179:12, 179:14, 179:16, 179:20, 179:23, 184:13, 185:3, 186:22, 187:3, 187:5

**Scent** [1] - 161:13

**scheduling** [1] - 75:4

**school** [11] - 47:2, 47:8, 48:16, 67:10, 70:2, 114:6, 126:24, 127:1, 127:3, 163:2, 183:3

**scope** [4] - 29:9, 71:16, 163:21, 179:5

**screen** [2] - 83:15, 133:8

**Scriptures** [1] -

31:17

**search** [22] - 82:15, 82:16, 82:19, 89:7, 89:9, 89:10, 89:13, 90:12, 92:22, 94:7, 94:9, 98:5, 99:13, 99:14, 99:16, 99:17, 122:23, 156:15, 169:3, 186:7, 186:16, 187:6

**searches** [1] - 82:17

**seat** [3] - 20:16, 20:17

**seated** [8] - 4:1, 6:15, 33:20, 74:23, 75:24, 80:19, 107:25, 188:5

**second** [26] - 48:23, 50:2, 67:4, 67:17, 67:22, 69:17, 84:10, 84:12, 86:6, 93:23, 95:21, 112:21, 113:13, 121:4, 124:11, 134:6, 134:19, 134:21, 136:2, 136:10, 144:19, 145:7, 145:19, 146:2, 161:24, 185:18

**security** [1] - 187:23

**Security** [11] - 4:11, 81:3, 81:4, 81:8, 98:14, 162:6, 164:7, 164:17, 169:2, 182:18

**see** [64] - 11:20, 15:9, 15:12, 16:23, 21:5, 28:9, 28:14, 36:7, 52:21, 54:20, 55:2, 55:6, 55:10, 61:10, 65:3, 66:8, 74:13, 84:2, 91:4, 93:5, 93:8, 95:21, 96:9, 97:10, 98:7, 99:6, 106:6, 108:25, 111:8, 116:12, 117:10, 117:13, 123:16, 132:3, 133:15, 133:20, 137:3, 137:16, 138:18, 157:4, 157:13, 157:15, 157:25, 158:10, 158:17, 158:19, 159:1, 167:20, 169:24, 170:13, 175:14, 176:11, 177:23, 180:16, 180:24, 181:8, 181:12, 181:14, 183:23, 187:16,

187:23, 189:11, 189:16

**seeing** [2] - 60:1, 169:22

**seek** [15] - 16:17, 27:20, 105:21, 116:10, 118:7, 120:19, 125:5, 130:13, 132:15, 147:23, 147:25, 149:18, 152:12, 156:18, 160:7

**seeking** [1] - 121:24

**seem** [2] - 31:16, 64:22

**seize** [4] - 154:13, 154:15, 183:21, 183:25

**seized** [16] - 100:5, 100:7, 101:17, 101:21, 105:5, 105:11, 105:16, 115:23, 116:7, 147:19, 153:25, 160:4, 165:21, 171:15, 183:5, 184:18

**selected** [1] - 189:24

**sell** [2] - 20:13, 20:16

**semen** [1] - 181:16

**send** [2] - 93:4, 93:5

**sending** [1] - 24:14

**sent** [2] - 26:7, 26:10

**separated** [2] - 35:24, 36:2

**Sept** [1] - 93:15

**September** [9] - 92:25, 93:15, 94:2, 142:21, 142:25, 145:12, 145:15

**series** [2] - 112:1, 115:8

**services** [2] - 37:14, 83:10

**set** [2] - 38:21, 134:7

**seven** [4] - 74:20, 75:6, 110:22, 123:18

**several** [4] - 82:14, 99:8, 100:19, 108:6

**sex** [12] - 22:21, 41:9, 41:13, 44:5, 44:19, 44:21, 45:1, 45:24, 46:4, 49:15, 76:23, 77:15

**sexual** [21] - 7:2, 22:21, 27:16, 29:4, 38:16, 41:8, 44:2, 48:9, 48:24, 50:3, 50:22, 54:15, 56:5, 66:7, 67:14, 69:23, 70:21, 78:19, 122:5,

122:12, 122:13

**sexually** [2] - 50:14, 121:8

**shaking** [3] - 42:12, 42:15, 42:17

**shame** [1] - 76:12

**shared** [5] - 47:24, 48:1, 49:7, 49:17, 49:22

**sharing** [1] - 49:2

**Sharon** [1] - 34:21

**sheets** [1] - 181:23

**shelf** [1] - 169:24

**shirt** [2] - 36:11, 36:22

**short** [1] - 81:10

**shortly** [1] - 9:9

**shots** [1] - 184:24

**show** [12] - 98:2, 104:17, 112:12, 118:3, 121:17, 121:19, 122:7, 159:6, 165:3, 165:10, 169:20, 187:2

**showed** [1] - 174:18

**shower** [1] - 155:22

**showing** [68] - 45:7, 83:7, 84:21, 86:13, 87:4, 87:14, 88:12, 91:18, 92:19, 93:23, 94:22, 95:1, 95:2, 96:6, 96:13, 96:21, 96:25, 97:7, 97:17, 97:23, 98:20, 99:3, 99:24, 102:10, 102:25, 103:15, 103:25, 105:7, 108:10, 109:12, 109:21, 110:18, 111:2, 111:22, 112:5, 112:15, 113:10, 114:16, 115:2, 115:10, 121:16, 126:2, 130:7, 134:19, 136:8, 137:20, 140:5, 140:20, 141:5, 143:17, 147:1, 148:22, 148:25, 150:2, 150:21, 153:5, 153:11, 154:18, 155:2, 156:2, 156:25, 157:10, 158:16, 158:22, 159:3, 159:12, 161:4, 171:21

**shown** [1] - 87:8, 87:15, 90:3, 100:25, 104:20, 140:6, 163:25, 169:6, 170:17

**shows** [1] - 83:16

**Shuh** [7] - 47:20,

20

51:23, 52:1, 63:25, 64:1, 67:14, 72:10

**Shuhs'** [2] - 47:21, 47:23

**siblings** [5] - 34:22, 61:6, 61:25, 62:2, 73:10

**sic** [1] - 27:22

**side** [27] - 39:11, 39:14, 41:17, 41:21, 42:10, 96:10, 96:16, 98:23, 98:24, 99:4, 99:5, 99:6, 103:10, 117:4, 126:7, 143:5, 157:2, 157:5, 157:19, 158:4, 171:11, 173:11, 176:12, 177:22, 183:22

**side-bar** [1] - 117:4

**sight** [1] - 78:14

**signature** [23] - 88:25, 89:1, 102:22, 103:18, 103:20, 104:14, 118:14, 135:2, 136:15, 138:18, 138:20, 139:16, 140:2, 140:15, 141:15, 141:19, 141:22, 142:13, 143:1, 151:2, 174:10, 175:20, 176:10

**signatures** [11] - 134:21, 134:23, 136:11, 136:13, 137:16, 137:18, 143:15, 150:22, 150:24, 153:6, 153:8

**signed** [10] - 134:10, 136:4, 143:13, 171:7, 172:15, 172:18, 172:21, 172:25, 173:2, 175:9

**significance** [1] - 178:7

**significant** [1] - 85:7

**similar** [3] - 33:2, 80:6, 171:24

**simultaneous** [1] - 186:25

**sister** [6] - 34:19, 34:21, 34:24, 35:22, 37:24, 50:12

**sisters** [1] - 34:18

**sit** [4] - 13:1, 127:21, 176:4, 176:7

**sitting** [1] - 182:11

**situation** [3] - 23:23, 32:14, 32:15

**situations** [1] - 13:1

**six** [7] - 65:1, 126:23, 138:12, 139:15, 158:21, 161:9, 161:16

**size** [2] - 161:17, 161:19

**skills** [1] - 128:8

**Skin** [2] - 161:1, 161:12

**Skinner** [13] - 17:6, 17:12, 18:8, 21:20, 23:16, 23:17, 24:14, 24:24, 25:9, 25:22, 30:7, 30:9, 30:17

**Skinner's** [8] - 21:5, 21:19, 21:23, 21:24, 22:2, 23:9, 24:17, 30:22

**sleep** [7] - 39:1, 43:25, 47:21, 47:23, 49:23, 54:1, 54:4

**sleeping** [1] - 54:6

**slide** [1] - 41:21

**slightly** [1] - 81:5

**slipping** [1] - 41:20

**slots** [1] - 54:5

**slow** [1] - 4:25

**slowly** [3] - 34:3, 41:16, 44:12

**small** [3] - 23:14, 158:9, 159:4

**smaller** [1] - 23:15

**smell** [1] - 155:24

**so-called** [1] - 73:10

**so...** [1] - 46:5

**social** [1] - 37:14

**someone** [7] - 15:10, 15:13, 53:13, 171:25, 174:11, 181:1, 182:4

**sometimes** [2] - 9:5, 44:1

**somewhat** [1] - 60:14

**Son** [4] - 92:11, 92:14

**son** [1] - 48:1

**songs** [1] - 35:2

**sons** [1] - 49:20

**soon** [2] - 5:14, 30:2

**sorel** [1] - 137:4

**Sorel** [3] - 137:19, 138:5, 146:18

**sorry** [47] - 10:6, 23:13, 32:20, 34:15, 35:10, 36:16, 39:7, 39:13, 41:12, 43:17, 48:3, 48:8, 51:17, 55:5, 55:16, 57:3, 58:17, 59:5, 59:10, 61:1, 61:2, 61:21, 64:24, 71:23, 76:18,

77:21, 79:7, 81:7, 82:25, 96:18, 104:3, 112:13, 116:13, 129:22, 131:10, 136:20, 155:13, 159:25, 161:11, 167:8, 167:19, 167:20, 167:23, 175:19, 176:22, 179:13, 181:18

**sort** [3] - 42:12, 57:10, 120:4

**sought** [4] - 16:13, 16:25, 27:18, 27:21

**South** [2] - 1:24, 88:7

**Southeast** [2] - 35:5, 35:6

**SOUTHERN** [1] - 1:1

**Southern** [1] - 81:15

**Southwest** [1] - 1:21

**speaking** [7] - 83:18, 94:3, 100:12, 100:15, 102:7, 114:3, 124:16

**special** [19] - 81:4, 81:13, 81:19, 82:7, 89:6, 90:2, 91:18, 105:2, 108:5, 115:17, 124:9, 128:4, 128:7, 152:19, 162:4, 162:7, 162:9, 162:10, 162:11

**Special** [6] - 4:10, 70:15, 80:16, 107:8, 132:22, 159:9

**specific** [1] - 61:22

**specifically** [13] - 8:10, 50:9, 57:16, 81:16, 81:23, 87:19, 89:10, 89:19, 90:10, 90:20, 91:19, 170:12, 179:14

**specified** [2] - 150:15, 153:1

**speculated** [1] - 21:9

**speculation** [22] - 14:11, 21:1, 25:24, 26:13, 52:10, 53:19, 71:2, 100:16, 126:12, 146:7, 163:8, 164:8, 166:14, 166:24, 168:5, 168:22, 172:1, 172:17, 173:7, 173:12, 184:21, 186:9

**spell** [1] - 33:21, 80:20, 151:14

**spend** [1] - 78:11

**spending** [1] - 77:13

**spot** [3] - 174:6, 177:17, 177:22

**Spring** [1] - 114:22

**squeezed** [1] - 42:4

**St** [1] - 126:6

**stacks** [1] - 124:9

**staff** [3] - 74:18, 106:11, 187:21

**stamp** [4] - 109:3, 109:6, 110:10, 118:12

**stamps** [7] - 109:2, 110:9, 119:5, 120:7, 120:8, 120:9

**stand** [3] - 76:1, 145:9, 159:17

**standing** [1] - 22:25

**stands** [1] - 144:21

**Stanley** [1] - 92:12

**Star** [57] - 57:14, 82:20, 91:22, 92:7, 92:23, 94:4, 94:5, 94:8, 94:16, 95:9, 95:10, 96:8, 100:3, 101:19, 105:5, 108:13, 109:5, 110:11, 110:15, 111:6, 113:12, 113:18, 114:2, 115:1, 115:4, 115:24, 118:12, 121:18, 124:18, 126:5, 143:20, 147:15, 151:18, 153:25, 154:12, 154:16, 155:19, 156:12, 156:15, 160:2, 162:16, 162:18, 163:3, 163:7, 168:11, 168:19, 169:7, 171:1, 171:18, 172:12, 175:3, 177:9, 181:9, 184:10, 186:5, 187:6, 188:21

**start** [8] - 41:19, 49:6, 49:8, 89:12, 134:7, 137:11, 138:14, 162:4

**started** [9] - 4:19, 6:8, 37:25, 38:1, 39:5, 52:13, 57:13, 187:6

**starting** [3] - 39:18, 92:5, 152:20

**startling** [1] - 60:14

**state** [7] - 4:5, 33:21, 75:11, 80:20, 86:16, 107:3, 189:7

**State** [2] - 69:8, 69:12

**statement** [2] - 8:5, 25:7

**statements** [7] - 8:3, 8:7, 14:6, 14:15, 14:20, 14:25

**STATES** [5] - 1:1,

1:4, 1:11, 1:15, 1:17

**States** [53] - 4:2, 4:9, 20:23, 30:3, 30:4, 46:7, 46:8, 46:9, 46:14, 46:20, 47:1, 47:11, 47:17, 48:10, 48:13, 48:24, 50:3, 54:16, 54:24, 56:8, 62:15, 62:23, 63:10, 63:17, 63:22, 64:9, 64:16, 64:25, 66:5, 67:2, 67:18, 71:6, 71:8, 71:12, 72:2, 72:5, 75:9, 75:15, 78:10, 81:22, 102:9, 104:11, 104:14, 107:1, 107:7, 116:10, 125:5, 127:11, 127:19, 164:18, 183:7, 184:19, 191:22

**states** [1] - 165:19

**stay** [7] - 22:20, 43:5, 47:17, 47:19, 64:25, 67:2, 72:5

**stayed** [4] - 48:19, 54:25, 69:17, 71:8

**staying** [2] - 38:23, 54:8

**stays** [2] - 43:12, 190:8

**stead** [1] - 189:16

**step** [3] - 32:24, 80:2, 188:2

**Stevenage** [5] - 43:2, 43:3, 43:4, 43:11, 46:3

**stickers** [3] - 105:17, 147:20, 147:21

**still** [16] - 6:18, 9:25, 10:1, 18:11, 19:8, 19:10, 28:22, 29:3, 47:14, 71:6, 76:2, 77:19, 77:24, 77:25, 78:2, 108:2

**stocked** [1] - 169:15

**stop** [9] - 10:12, 21:24, 40:25, 74:17, 106:10, 170:15, 187:20, 189:17

**stopped** [1] - 41:1

**strangers** [1] - 64:8

**strangle** [1] - 53:17

**strategic** [1] - 190:5

**Street** [1] - 1:15

**street** [3] - 18:2, 18:4, 32:7

**streets** [1] - 18:6

**stricken** [1] - 10:17

**strike** [3] - 13:24, 51:3, 51:4

**struggling** [3] - 18:11, 23:5, 23:6
**Stu** [2] - 4:14, 75:18
**STUART** [1] - 1:20
**Stuart** [1] - 107:11
**students** [5] - 163:7, 163:20, 163:24, 163:25, 171:17
**Students** [1] - 114:2
**studies** [2] - 7:22, 32:12
**study** [15] - 7:13, 7:16, 8:8, 8:19, 12:3, 13:3, 13:4, 13:7, 13:19, 13:20, 14:2, 14:4, 15:19, 23:4, 127:18
**stuff** [8] - 37:11, 37:12, 38:2, 56:20, 69:11, 70:7, 78:1, 78:2
**stuffed** [1] - 99:2
**subject** [2] - 73:25, 156:13
**Subject** [2] - 91:21, 92:23
**subpoena** [3] - 83:10, 85:13, 85:22
**subpoenas** [1] - 82:14
**subscribed** [1] - 83:20
**subscriber** [6] - 82:15, 83:11, 83:18, 83:23, 84:13, 84:14
**substantially** [6] - 90:25, 101:21, 105:12, 116:6, 147:18, 160:3
**sufficient** [1] - 124:3
**suggest** [1] - 120:8
**suggested** [1] - 56:20
**suggestion** [1] - 120:6
**Suite** [3] - 1:18, 1:22, 1:24
**summer** [5] - 48:14, 48:18, 67:5, 69:20
**Supervisor** [3] - 176:11, 176:23, 177:5
**supervisor** [2] - 177:10, 177:15
**supplement** [1] - 6:2
**supplies** [1] - 20:14
**support** [3] - 24:15, 27:3, 27:9
**supported** [1] - 18:12
**Supported** [1] -

112:17
**supporting** [1] - 30:17
**suppose** [2] - 57:6, 76:14
**supposed** [3] - 26:25, 57:21, 76:15
**surface** [1] - 178:10
**surprise** [2] - 55:12, 190:7
**suspect** [1] - 44:23
**sustain** [1] - 40:13
**Sustained** [12] - 15:3, 21:13, 29:15, 40:10, 46:17, 50:5, 50:19, 51:1, 52:3, 90:16, 163:16, 177:12
**sustained** [40] - 9:21, 10:10, 12:18, 14:13, 14:18, 14:22, 16:20, 19:12, 21:2, 26:2, 26:15, 28:3, 29:1, 31:24, 32:5, 48:4, 53:20, 56:23, 63:7, 63:14, 68:21, 70:15, 71:3, 79:17, 85:19, 97:15, 100:10, 150:6, 163:11, 164:10, 165:23, 166:4, 172:5, 172:19, 173:8, 173:15, 179:8, 184:5, 184:22, 185:1
**SWORN** [2] - 33:19, 80:18

**T**

**Tabarre** [17] - 94:14, 137:8, 138:9, 139:11, 139:22, 140:9, 140:11, 140:24, 141:2, 141:9, 142:7, 142:12, 142:23, 143:10, 146:18, 146:21
**table** [7] - 4:10, 75:15, 107:8, 158:9, 158:14, 158:25, 159:4
**talks** [1] - 171:3
**tamper** [2] - 168:20, 180:17
**teacher** [1] - 8:17
**team** [2] - 89:7, 180:11
**techniques** [1] - 178:15
**telephone** [3] - 11:10, 11:13, 11:16
**television** [1] - 97:3

ten [5] - 40:22, 82:2, 128:6, 128:7, 178:7
**tenant** [1] - 143:6
**tend** [1] - 191:8
**tender** [2] - 7:8, 161:21
**tenders** [1] - 57:22
**Tenders** [1] - 123:17
**tension** [1] - 66:20
**tent** [12] - 38:21, 38:23, 38:24, 38:25, 39:1, 39:2, 39:6, 39:8, 58:9, 76:8, 76:17, 76:19
**term** [2] - 135:25, 136:6
**Terrell** [1] - 19:6
**territory** [3] - 150:16, 150:18, 153:2
**testified** [6] - 13:21, 21:6, 78:18, 118:4, 121:5, 121:22
**testify** [1] - 123:3
**testifying** [4] - 7:13, 14:24, 15:21, 119:12
**testimony** [18] - 7:24, 16:13, 16:15, 17:2, 17:14, 18:16, 18:21, 19:19, 21:12, 22:18, 74:25, 75:1, 75:4, 106:20, 118:5, 119:14, 121:7, 122:7
**THE** [324] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:12, 4:16, 4:18, 5:2, 5:6, 5:12, 5:14, 5:16, 5:19, 5:22, 5:25, 6:4, 6:11, 6:15, 6:17, 6:18, 7:9, 9:14, 9:16, 9:21, 10:10, 10:20, 10:24, 10:25, 12:3, 12:5, 12:11, 12:18, 13:12, 14:13, 14:18, 14:22, 15:3, 15:12, 16:20, 19:12, 20:6, 20:7, 21:2, 21:13, 24:11, 26:1, 26:15, 26:17, 26:20, 28:3, 28:8, 28:9, 28:11, 28:12, 28:13, 28:14, 29:1, 29:10, 29:11, 29:15, 31:14, 31:15, 31:24, 32:5, 32:18, 32:24, 33:16, 33:20, 33:22, 35:8, 35:10, 35:11, 35:13, 35:14, 35:15, 36:14, 36:25, 40:9, 40:10, 41:5, 45:5, 46:17, 47:6, 47:8, 48:3, 48:4, 50:5,

50:19, 51:1, 51:4, 51:11, 51:13, 51:14, 51:17, 51:18, 52:1, 52:3, 52:9, 52:11, 52:13, 52:18, 53:2, 53:5, 53:20, 54:3, 54:4, 56:13, 56:23, 56:25, 57:24, 59:4, 59:5, 63:7, 63:14, 64:4, 65:22, 66:2, 66:14, 66:17, 68:15, 68:21, 70:15, 71:3, 71:22, 71:24, 74:2, 74:5, 74:7, 74:23, 75:2, 75:3, 75:5, 75:6, 75:9, 75:20, 75:24, 76:2, 76:3, 76:4, 77:21, 77:22, 77:24, 79:2, 79:3, 79:4, 79:8, 79:10, 79:15, 79:16, 80:2, 80:4, 80:19, 80:21, 80:22, 83:2, 84:24, 85:11, 85:12, 85:18, 86:9, 86:11, 86:25, 87:12, 88:10, 89:24, 90:16, 91:12, 91:16, 94:24, 95:20, 95:25, 96:4, 97:15, 100:10, 100:18, 100:19, 101:4, 101:6, 102:1, 102:5, 104:24, 105:23, 106:2, 106:16, 106:19, 106:22, 106:23, 107:1, 107:14, 107:21, 107:25, 108:8, 111:14, 114:20, 114:21, 115:15, 116:14, 116:17, 116:19, 116:24, 117:2, 117:5, 117:11, 117:17, 117:22, 118:16, 118:19, 120:24, 121:14, 121:24, 122:4, 122:10, 123:5, 123:21, 124:1, 124:7, 124:21, 125:2, 125:6, 125:10, 125:13, 125:19, 125:24, 129:8, 129:21, 129:23, 130:5, 130:15, 130:19, 130:23, 131:13, 131:20, 132:16, 132:20, 133:2, 133:6, 139:1, 139:4, 144:8, 145:1, 146:9, 147:7, 148:5, 148:8, 148:12, 148:17, 148:20, 149:2, 149:5, 149:10,

149:20, 149:24, 150:6, 152:1, 152:13, 152:17, 154:7, 154:9, 154:22, 154:23, 155:13, 155:15, 156:1, 156:6, 156:19, 156:23, 159:17, 159:18, 160:8, 160:12, 161:25, 163:11, 163:16, 163:22, 164:10, 165:1, 165:8, 165:23, 166:4, 166:6, 166:16, 166:25, 167:1, 167:25, 168:7, 168:24, 168:25, 172:5, 172:19, 173:8, 173:15, 177:12, 178:1, 178:2, 179:8, 180:5, 182:22, 184:5, 184:22, 185:1, 185:10, 185:20, 185:23, 185:25, 186:11, 186:12, 187:11, 188:2, 188:3, 188:5, 188:9, 188:11, 188:15, 188:25, 189:7, 189:14, 189:20, 190:9, 190:19, 190:21, 190:24, 191:3, 191:8
**theater** [1] - 38:5
**Thelor** [1] - 153:14
**Therapy** [2] - 160:17, 160:19
**thereabouts** [1] - 70:12
**thereafter** [2] - 9:9, 54:14
**therefore** [2] - 21:9, 120:23
**Thereupon** [2] - 75:7, 106:24
**they've** [2] - 54:5, 188:22
**thinking** [1] - 190:15
**Third** [1] - 1:21
**third** [4] - 71:12, 72:2, 114:11, 114:13
**Thomazo** [1] - 150:11
**thousand** [1] - 168:17
**three** [10] - 24:21, 34:19, 42:22, 42:24, 55:1, 72:6, 77:3, 151:7, 159:20, 189:13
**Thursday** [1] - 189:18
**Ti** [2] - 92:11, 92:14

**ticket** [2] - 19:14, 72:7
**tickets** [3] - 16:5, 16:6, 20:13
**tied** [1] - 30:14
**Tim** [1] - 19:6
**timelines** [1] - 61:22
**tissue** [1] - 157:17
**title** [12] - 87:24, 93:13, 94:1, 108:19, 109:13, 109:21, 111:5, 111:6, 111:22, 112:16, 113:2, 162:4
**titled** [5] - 94:4, 110:19, 112:7, 114:22, 115:4
**to...** [1] - 40:24
**today** [21] - 5:18, 18:12, 31:21, 32:3, 32:35, 36:7, 36:19, 72:25, 74:9, 105:12, 107:17, 116:7, 121:5, 127:21, 129:14, 129:17, 147:19, 176:4, 176:7, 187:12, 191:4
**together** [4] - 12:25, 30:14, 36:3, 78:5
**toilet** [3] - 155:22, 155:23, 157:17
**tomorrow** [13] - 5:19, 5:20, 5:21, 5:22, 6:4, 187:23, 190:10, 190:12, 190:16, 190:18, 190:20, 190:24, 191:10
**took** [5] - 44:17, 46:22, 67:4, 182:11, 183:6
**tooth** [1] - 191:4
**top** [13] - 40:7, 69:12, 87:20, 103:12, 114:11, 126:3, 126:7, 140:6, 140:22, 140:23, 142:10, 159:11, 169:24
**touched** [2] - 40:1, 178:9
**touching** [5] - 39:23, 51:24, 74:13, 106:6, 187:16
**tour** [4] - 68:8, 68:24, 69:8, 69:15
**track** [1] - 189:5
**trailer** [1] - 54:15
**trained** [1] - 179:25
**training** [12] - 82:3, 82:5, 82:7, 164:17, 164:24, 174:8, 178:6, 178:14, 178:25,

179:11, 179:15, 186:14
**transaction** [1] - 16:8
**transcription** [1] - 191:18
**translate** [4] - 128:1, 128:2, 128:15, 128:16
**translated** [4] - 117:24, 122:18, 128:20, 170:21
**translation** [23] - 117:24, 118:8, 118:22, 119:1, 120:20, 124:17, 129:5, 129:17, 130:9, 130:11, 132:12, 135:9, 138:22, 149:14, 149:16, 151:22, 152:4, 152:9, 172:2, 170:24, 171:24, 172:23, 173:3
**translations** [11] - 122:17, 122:22, 123:3, 123:11, 124:2, 128:25, 129:3, 129:4, 132:2, 132:5, 132:9
**translator** [2] - 118:8, 118:25
**travel** [2] - 46:9, 157:17
**traveled** [1] - 46:20
**traveling** [4] - 5:3, 46:25, 69:2, 121:6
**trial** [12] - 33:9, 74:12, 80:13, 106:5, 121:4, 187:15, 189:11, 189:12, 189:25, 190:4, 190:11
**TRIAL** [1] - 1:10
**trials** [4] - 120:5, 190:14, 191:9
**tried** [11] - 38:19, 39:22, 41:9, 42:6, 42:24, 43:10, 48:25, 119:18, 119:24, 120:1
**trip** [14] - 24:22, 54:16, 64:16, 65:8, 67:4, 67:7, 67:9, 67:13, 67:17, 67:22, 68:8, 68:11, 71:12, 72:2
**trips** [1] - 78:11
**trouble** [2] - 37:11, 76:21
**truck** [2] - 54:5, 54:7
**true** [4] - 7:5, 7:6, 15:1, 16:24
**truth** [5] - 31:2, 31:3, 32:16, 32:22

**try** [12] - 10:12, 11:4, 21:24, 31:10, 31:19, 39:4, 42:21, 48:6, 49:12, 74:16, 106:9, 187:19
**trying** [18] - 18:11, 27:3, 40:24, 41:20, 41:21, 41:22, 41:25, 42:9, 42:12, 42:14, 42:15, 44:9, 44:14, 49:5, 49:9, 49:10, 119:3, 121:14
**Tuesday** [1] - 189:22
**turn** [2] - 29:20, 183:9
**turned** [3] - 44:12, 163:6, 182:15
**turning** [2] - 85:24, 145:19
**TV** [1] - 180:24
**Twelfth** [2] - 2:2, 191:22
**two** [32] - 19:1, 19:3, 19:5, 23:7, 43:9, 71:9, 73:4, 73:5, 78:20, 84:11, 92:16, 109:2, 109:9, 110:9, 111:4, 111:12, 121:23, 124:9, 131:3, 144:11, 145:4, 151:7, 171:19, 185:14, 185:15, 188:22, 189:14, 189:15, 190:13, 190:14
**two-page** [1] - 84:11
**two-week** [1] - 190:14
**type** [11] - 70:13, 112:8, 112:18, 133:11, 140:11, 174:1, 174:6, 174:18, 178:22, 181:1, 181:9

**U**

**UK** [1] - 34:9
**Ultra** [1] - 161:12
**uncertainty** [1] - 168:23
**under** [16] - 6:18, 15:10, 15:13, 37:11, 76:2, 108:2, 110:12, 113:19, 114:23, 120:23, 121:24, 122:3, 122:14, 151:2, 175:14, 176:23
**underline** [2] - 45:13, 91:24
**underlined** [2] -

133:22, 141:19
**underneath** [12] - 99:9, 129:25, 130:2, 131:3, 134:14, 135:2, 136:15, 143:5, 158:25, 173:22, 175:12, 177:4
**underside** [1] - 159:4
**undersigned** [2] - 150:10, 152:21
**underwear** [2] - 41:16, 44:10
**unforgettable** [1] - 32:15
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**United** [51] - 4:2, 4:8, 20:23, 30:3, 30:4, 46:7, 46:8, 46:9, 46:13, 46:20, 46:25, 47:11, 47:17, 48:10, 48:13, 48:23, 50:3, 54:16, 62:15, 62:23, 63:10, 63:16, 63:22, 64:8, 64:16, 64:25, 66:5, 67:2, 67:18, 71:6, 71:8, 71:12, 72:2, 72:5, 75:9, 75:14, 78:10, 81:22, 102:9, 104:11, 104:14, 107:1, 107:6, 116:9, 125:5, 127:11, 127:19, 164:18, 183:7, 184:19, 191:22
**units** [1] - 92:7
**unless** [1] - 188:19
**unusual** [2] - 62:3, 65:16
**up** [41] - 6:24, 11:20, 19:15, 23:4, 33:7, 35:4, 35:21, 37:5, 37:7, 38:21, 38:25, 39:18, 39:21, 41:16, 41:17, 42:9, 42:14, 49:6, 49:8, 49:11, 68:6, 68:19, 72:9, 73:14, 73:24, 73:25, 75:25, 80:11, 101:12, 112:12, 117:2, 127:16, 133:6, 146:20, 159:17, 163:13, 163:20, 163:24, 178:22
**updated** [1] - 92:24
**updating** [1] - 93:3
**upper** [1] - 142:20
**upset** [4] - 16:22, 22:13, 23:21, 31:6
**US** [4] - 119:24, 134:2, 151:4, 182:19

**utilities** [1] - 183:3
**utility** [1] - 100:20

**V**

**vacation** [1] - 189:19
**Valentine's** [1] - 190:21
**valid** [4] - 165:25, 166:20, 166:23, 167:1
**Valmond** [1] - 143:16
**value** [2] - 117:16, 117:18
**various** [8] - 32:9, 162:21, 163:7, 163:25, 164:3, 169:6, 178:15, 183:4
**Vera** [1] - 161:1
**verbally** [1] - 128:20
**verify** [1] - 120:7
**version** [5] - 132:23, 132:24, 150:22, 153:6, 176:11
**versions** [1] - 122:22
**versus** [3] - 4:2, 75:10, 107:2
**villa** [1] - 130:1
**Villa** [3] - 131:4, 131:5, 144:20
**visit** [9] - 23:18, 43:4, 43:21, 43:23, 47:10, 48:12, 48:23, 50:2
**visited** [4] - 43:25, 47:13, 47:16, 48:10
**visits** [1] - 78:10
**voir** [1] - 116:15
**voir-dire** [1] - 116:15
**voluntarily** [1] - 18:21
**volunteering** [6] - 17:4, 17:18, 17:19, 17:20, 28:15, 30:18
**vs** [1] - 1:6

**W**

**W.I** [2] - 113:21, 113:22
**wait** [3] - 24:11, 40:12, 55:4
**waiver** [2] - 6:2, 6:8
**wake** [7] - 39:4, 41:16, 42:9, 42:14, 44:9, 49:11
**waking** [2] - 44:15, 78:12
**walk** [4] - 96:11, 96:16, 155:5, 155:18

**walked** [1] - 169:12
**walkway** [3] - 96:12, 96:19, 96:24
**wall** [1] - 154:24
**warn** [1] - 77:8
**warrant** [19] - 82:16, 82:19, 89:7, 89:9, 89:10, 89:13, 90:12, 92:22, 98:5, 122:23, 163:3, 166:1, 166:21, 167:13, 168:11, 168:15, 169:3, 186:7, 186:16
**warrants** [1] - 82:15
**Washington** [7] - 1:19, 68:9, 68:24, 69:2, 69:6, 69:14
**water** [2] - 51:19
**wearing** [5] - 36:10, 36:11, 36:21, 180:21, 180:22
**wears** [1] - 181:1
**Wednesday** [1] - 5:18
**week** [7] - 4:24, 5:1, 188:8, 188:9, 188:13, 188:17, 190:14
**weekend** [1] - 92:16
**weeks** [3] - 65:1, 66:6
**weight** [2] - 33:7, 80:11
**weird** [4] - 42:8, 42:13, 77:6, 77:10
**welcome** [2] - 185:23, 185:25
**West** [7] - 21:18, 23:9, 24:17, 30:10, 84:20, 86:1, 126:6
**whatsoever** [3] - 74:11, 106:4, 187:14
**wheel** [1] - 54:5
**whilst** [2] - 121:9, 127:1
**wife** [11] - 10:12, 11:25, 12:2, 12:9, 15:20, 16:5, 24:20, 25:22, 26:25, 27:8, 190:22
**William** [14] - 36:5, 86:18, 86:19, 86:21, 87:23, 88:5, 88:17, 89:5, 102:13, 102:24, 103:3, 103:11, 103:14, 118:13
**Wilson** [4] - 7:19, 7:20, 8:15, 8:24
**Wilson's** [2] - 7:16, 13:8
**wipes** [1] - 158:1

**wish** [1] - 106:17
**withdraw** [1] - 15:11
**WITNESS** [49] - 9:16, 10:24, 12:5, 15:12, 20:7, 28:9, 28:12, 28:14, 29:11, 31:15, 33:19, 33:22, 35:10, 35:13, 35:15, 40:9, 47:8, 48:3, 51:13, 51:17, 51:21, 52:13, 54:4, 56:25, 59:5, 66:17, 75:2, 75:5, 76:3, 77:21, 77:24, 79:3, 79:10, 79:15, 80:18, 80:21, 85:12, 100:19, 106:22, 114:21, 129:23, 154:9, 154:23, 159:18, 167:1, 168:25, 178:2, 186:12, 188:3
**witness** [38] - 6:12, 7:8, 10:22, 21:8, 33:11, 33:18, 36:13, 36:24, 45:14, 51:6, 57:23, 75:20, 76:1, 80:3, 80:15, 106:18, 107:19, 107:21, 118:10, 118:24, 120:8, 120:10, 121:4, 128:11, 133:3, 133:4, 133:10, 133:17, 133:21, 141:18, 161:22, 164:9, 166:14, 168:23, 174:13, 179:6, 188:4, 188:19
**Witness** [4] - 83:17, 84:4, 99:12, 135:15
**WITNESSES** [1] - 3:4
**witnesses** [3] - 6:7, 6:9, 120:14
**woke** [5] - 39:18, 41:17, 49:5, 49:6, 49:8
**woman** [3] - 10:1, 10:2, 10:3
**Woodjerry** [2] - 92:11, 143:16
**word** [5] - 15:2, 93:7, 113:20, 118:13, 143:5
**words** [1] - 110:12
**wore** [1] - 180:20
**works** [1] - 162:6
**world** [1] - 178:12
**worst** [1] - 29:20
**write** [7] - 9:18, 12:15, 27:2, 35:2, 70:13, 127:6, 127:21
**writes** [1] - 123:2

**writing** [2] - 10:12, 11:5
**written** [9] - 5:10, 5:12, 11:25, 12:9, 27:15, 27:17, 103:9, 103:12, 149:8
**wrote** [6] - 10:3, 10:7, 10:15, 11:4, 26:25, 27:8

### X

**XXXX** [1] - 33:19
**Xxxx** [3] - 33:22, 150:11, 151:11
**Xxxxx** [4] - 110:5, 151:9, 151:11
**Xxxxxx** [20] - 110:5, 110:6, 114:15, 150:10, 150:11, 151:1, 151:9, 152:21, 152:22, 153:1, 153:9, 174:16, 174:23, 174:25, 175:10, 175:24
**Xxxxxxx** [7] - 3:6, 33:13, 33:22, 58:3, 143:16, 174:23, 175:10
**XXXXXXX** [1] - 33:19
**Xxxxxxx's** [1] - 121:7
**Xxxxxxxx** [3] - 110:5, 114:12, 114:13

### Y

**Yahoo** [14] - 83:10, 83:12, 84:13, 84:15, 85:13, 85:21, 89:11, 89:13, 89:21, 90:9, 90:11, 90:23, 91:1, 92:22
**yahoo** [1] - 84:16
**yahoo.com** [2] - 83:22, 89:8
**yard** [1] - 58:7
**year** [22] - 58:13, 62:17, 62:18, 63:12, 64:11, 64:14, 69:18, 69:19, 69:22, 70:4, 71:15, 72:3, 73:3, 111:20, 134:5, 136:1, 137:13, 145:14, 145:21, 145:24, 146:19
**years** [25] - 8:22, 9:8, 15:19, 22:17, 32:12, 36:4, 67:5, 71:9, 71:10, 73:4, 73:5,

73:17, 73:19, 73:21, 78:20, 82:2, 123:18, 126:23, 128:5, 128:6, 128:7, 133:19, 151:11, 153:16, 178:7
**yesterday** [5] - 4:23, 6:24, 16:13, 16:15, 32:25
**York** [7] - 1:18, 68:2, 68:6, 68:17, 68:23, 69:5, 69:13
**young** [24] - 13:22, 22:21, 27:3, 27:16, 28:16, 28:20, 44:14, 109:18, 114:21, 115:6, 115:8, 117:13, 119:12, 120:12, 148:24, 153:18, 153:20, 153:22, 163:3, 172:12, 172:24, 174:21, 183:4, 188:21
**younger** [2] - 34:24, 48:1
**youngest** [1] - 34:23
**Youngland** [1] - 88:7
**yourself** [2] - 8:23, 61:8
**yourselves** [3] - 74:10, 106:3, 187:13
**Youth** [1] - 126:5

### Z

**zoom** [6] - 136:21, 150:8, 169:25, 170:13, 170:14