```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                  Plaintiff,        February 14, 2013

 6          vs.                       9:16 a.m. to 4:24 p.m.

 7   MATTHEW ANDREW CARTER,

 8                  Defendant.        Pages 1 to 204
     _____

 9

10                           JURY TRIAL
               BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               99 Northeast Fourth Street
16                             Miami, Florida 33132
                                       -and-
17                             BONNIE L. KANE, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             1400 New York Avenue, NW
                               Suite 600
19                             Washington, DC 20530

20

     FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                             ADELSTEIN & MATTERS
                               2929 Southwest Third Avenue
22                             Suite 410
                               Miami, Florida 33129
23                                     -and-
                               PHILIP R. HOROWITZ, ESQ.
24                             9130 South Dadeland Boulevard
                               Suite 1910
25                             Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        I N D E X

2

3                                    Direct    Cross    Red.

4

   WITNESSES FOR THE GOVERNMENT:

5
   Michael Bentolila                                      5
6
   Du Tran                            24       52
7
   Roger Altieri                      64       81       86
8
   Wadley Xxxxxxxx                     89      119      141
9
   Josue Xxxxxxx                      149      167
10

11

12
   EXHIBITS RECEIVED IN EVIDENCE                        PAGE
13
   Government's Exhibit Nos. 98, 99, 100 and 101          6
14 Government's Exhibit No. 102                           20
   Government's Exhibit No. 73                            73
15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good morning.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              Happy Valentine's Day.

 8              MS. MEDETIS:  Happy Valentine's Day.

 9              Good morning, your Honor.

10              Maria Medetis and Bonnie Kane on behalf of the United

11    States.

12              Along with us at counsels' table is Special Agent

13    Matthew Larko and Special Agent Alvaro Flores.

14              THE COURT:  Good morning.

15              MR. ADELSTEIN:  Good morning, your Honor.

16              Stu Adelstein and Phil Horowitz on behalf of

17    Mr. Carter, who is present, along with Reginald Hope, our

18    investigator.

19              THE COURT:  Good morning.

20              Are we all here?  All the jurors?

21              THE COURT SECURITY OFFICER:  Yes, your Honor.

22              THE COURT:  So let's bring them in.

23              (Whereupon, the jury entered the courtroom at

24    9:16 a.m. and the following proceedings were had:)

25              THE COURT:  You may be seated.
```

1            Good morning, ladies and gentlemen.

2            THE JURY:  Good morning.

3            THE COURT:  You are still under oath, sir.

4            THE WITNESS:  Yes, ma'am.

5            THE COURT:  You may proceed.

6                    REDIRECT EXAMINATION

7    BY MS. MEDETIS:

8    Q.  Good morning.  Good morning, sir.

9    A.  Good morning.

10   Q.  Special Agent Bentolila, on cross-examination, you were

11   asked about the medical clinic that was situated upon entering

12   the red gate at the Morning Star Center.

13        Do you recall that?

14   A.  Yes.

15            MS. MEDETIS:  Your Honor, permission to approach?

16            THE COURT:  Yes.

17   BY MS. MEDETIS:

18   Q.  Special Agent, I've handed you what I've already shown

19   defense counsel, what's been marked for identification purposes

20   as Government's Exhibits 99 through 101.

21        Do you recognize those?

22   A.  Yes.

23   Q.  How do you recognize them?

24   A.  This was -- these are pictures of a storage area inside of

25   the Morning Star Center.

1   Q.   And when were those pictures taken?

2   A.   May 8th, 2011.

3   Q.   Were they taken during the search?

4   A.   Yes, they were.

5   Q.   Is the subject matter depicted in those photographs a

6   fairly and accurately -- is the subject matter in those

7   photographs fairly and accurately depicted as you saw that

8   subject matter on May 8th, 2011?

9   A.   Yes.

10          MS. MEDETIS:  Your Honor, at this time the Government

11   would move to admit Government's Exhibits 98 --

12          THE WITNESS:  98, 99, 100 and 101.

13          MS. MEDETIS:  -- 98 through 101.

14          Thank you, Special Agent.

15          THE COURT:  They will be admitted as Government's

16   Exhibits 98 through 101.

17          (Whereupon, Government's Exhibit Nos. 98, 99, 100 and

18   101 were entered into evidence.)

19          THE COURT:  You may publish.

20   BY MS. MEDETIS:

21   Q.   Showing you what's now been admitted as Government's

22   Exhibit 98, what is that?

23   A.   This is the storage area for supplies in the Morning Star

24   Center.

25   Q.   And did you have an opportunity to inspect the contents of

1    the various items that are seen in this picture?

2    A.  Yes.

3    Q.  In particular, what are -- what is this right here that I'm

4    pointing to in the center of the photograph?

5    A.  It's a filing cabinet.

6    Q.  Did you have an opportunity to inspect the contents of the

7    filing cabinet?

8    A.  I did.

9    Q.  Showing you what's been admitted as Government's

10   Exhibit 99, do you see what that is?

11   A.  Yes.

12   Q.  What is that?

13   A.  There's a bandage, boric acid powder and some other

14   materials.

15   Q.  And did you personally look inside these cabinets?

16   A.  I did.

17   Q.  And aside from the boric acid powder and the bandage --

18   well, how would you describe the conditions of the boric acid

19   and the bandage?

20   A.  All the contents of that cabinet were just very poor.

21   There were rat droppings inside and cockroaches.

22   Q.  Showing you what's been admitted as Government's

23   Exhibit 100, what is that?

24   A.  It's the contents of one of the cabinets.

25   Q.  And, generally speaking, what kind of contents was this?

```
 1   A.   Medical supplies.

 2   Q.   And what was the condition of these medical supplies?

 3   A.   Filthy.

 4   Q.   Are you able to read what it says on that box that's

 5   contained in the drawer of the filing cabinet or do you need to

 6   look at it in person?

 7   A.   It would be easier if I could look at it in person.

 8             MS. MEDETIS:  May I approach, your Honor?

 9             THE COURT:  Yes.

10   BY MS. MEDETIS:

11   Q.   (Tenders document to the witness.)

12   A.   I can just make out the word "syringe."

13   Q.   And based on your inspection of the contents of the cabinet

14   as well as what's depicted in the photograph, how would you

15   describe the condition of the box labeled "syringe"?

16   A.   It looked like --

17             MR. ADELSTEIN:  Objection.

18             THE COURT:  Grounds?

19             MR. ADELSTEIN:  Speculation.

20             THE COURT:  Overruled.

21             THE WITNESS:  The box contained multiple holes from

22   droppings and it had droppings and it had holes from some

23   animals eating through it.

24             MR. HOROWITZ:  Objection.  Calls for speculation.

25             THE COURT:  Sustained as to the last portion of the
```

 1    statement.

 2    BY MS. MEDETIS:

 3    Q.   Showing you what's now been admitted --

 4          THE COURT:   The jury is instructed to disregard the

 5    last portion of the statement.

 6    BY MS. MEDETIS:

 7    Q.   Showing you what's now been admitted as Government's

 8    Exhibit 101, what are we looking at here?

 9    A.   This is the contents of the bottom drawer from that room.

10    Q.   And once I get it to focus, if you could tell us what we

11    see there.

12    A.   Some cotton material, cotton balls, bandage, Band-Aid and

13    gloves, electrical cord.

14    Q.   And what condition were these medical supplies in?

15    A.   They were filthy.

16    Q.   On cross-examination, you were asked several questions

17    regarding the search itself.  You were asked whether the

18    bedding was seized.  You said "no."

19         Why was the bedding not seized?

20    A.   Well, this case involved -- involved traveling overseas for

21    the sexual exploitation of minors.  Those types of cases --

22          MR. ADELSTEIN:   Objection.  Relevancy to "those type

23    of cases."

24          THE COURT:   Sustained.

25          Rephrase your question.

Bentolila - REDIRECT - By Ms. Medetis        10

```
 1   BY MS. MEDETIS:
 2   Q.   In this particular case, why did you not seize the bedding?
 3   A.   Well, the Defendant, to my knowledge, hadn't been at the
 4   location for quite a while, I believe several weeks.  And there
 5   was no relevant information that the bedding was necessary to
 6   conduct further investigation.
 7   Q.   And why was no DNA swabbing done at the Morning Star
 8   Center?
 9   A.   We don't have training in swabbing DNA.
10   Q.   Other than there not being training, was there any other
11   reason for not --
12            MR. HOROWITZ:  Objection.  Asked and answered.
13            THE COURT:  Sustained.
14   BY MS. MEDETIS:
15   Q.   Was there any fingerprinting done?
16   A.   No.
17   Q.   Why was there no fingerprinting done at the center?
18   A.   We knew who the residents that lived there and who the
19   people that lived there were.
20            MS. MEDETIS:  Your Honor, permission to approach?
21            THE COURT:  Yes.
22   BY MS. MEDETIS:
23   Q.   I'm showing you what's previously been admitted as
24   Government's Exhibit 37-A, sir.
25            MS. MEDETIS:  Actually, I don't need to approach, your
```

Bentolila - REDIRECT - By Ms. Medetis          11

 1    Honor.  I can just publish it on the overhead.

 2              THE COURT:  Okay.

 3    BY MS. MEDETIS:

 4    Q.  You were asked on cross-examination about this particular

 5    exhibit and directed to the left-hand side entitled "Board of

 6    Directors."

 7         Could you please read the names of the board of directors.

 8    A.  Jonathan Berringer, president; Benjamin Lee Harrington,

 9    vice president; Joshua Cane, secretary; William Harcourt,

10    treasurer; Charles Fenton, delegate; Jessie McBride, delegate,

11    Eliesse Morvan, delegate.

12    Q.  What was the Defendant's original name before he changed

13    it, based on the previously admitted exhibits of the name

14    change application?

15    A.  William Harcourt.

16              MS. MEDETIS:  Your Honor, for the record, I've shown

17    what has been marked for identification purposes as

18    Government's Exhibit 102.

19              Permission to approach?

20              THE COURT:  You may.

21    BY MS. MEDETIS:

22    Q.  I've handed you, Special Agent, what's been marked for

23    identification purposes as Government's Exhibit 102.

24         Do you recognize that?

25    A.  Yes, I do.

Bentolila - REDIRECT - By Ms. Medetis          12

1    Q.   How do you recognize it?

2    A.   This was an e-mail from the -- returned from Yahoo for

3    getcarter2010.  This was one of the e-mails that was returned.

4    Q.   And, in particular, is this a hard copy of the e-mail --

5    one of the e-mails?

6    A.   Yes, it is.

7    Q.   And the hard copy of this e-mail that's been marked for

8    identification as Government's Exhibit 102:  Is it in

9    substantially the same condition as when you observed it on the

10   CD provided by Yahoo in response to the search warrant for

11   getcarter2010?

12   A.   Yes.

13        MS. MEDETIS:  Your Honor, at this time the Government

14   would seek to admit what's been marked for identification as

15   Government's Exhibit 102.

16        MR. ADELSTEIN:  Objection.  Beyond the scope.

17        THE COURT:  May I see it?  Come on up.

18        MS. MEDETIS:  Certainly.

19        (Whereupon, the following proceedings were had at

20   side-bar outside the presence of the jury:)

21        MS. MEDETIS:  Your Honor, I've handed you what's been

22   marked as Government's Exhibit 102.  It's an e-mail from

23   getcarter2010.com in addition to a portion of the document that

24   was attached to it.

25        In the e-mail, the Defendant states that his pen name

1    is Joshua Cane.

2            This is well within the scope of cross-examination

3    because, on cross-examination, defense counsel handed the

4    Government's witness Government's Exhibit 37-A, pointed to the

5    board of directors.

6            In their opening statement, it is their theory that

7    the Morning Star is an ongoing, legitimate business or

8    nonprofit concern.

9            This, therefore, goes to the heart of the

10   cross-examination's intimation that the board of directors

11   somehow legitimized the Morning Star Center.

12           The purpose of this exhibit is to show that these

13   people that are listed as board of directors are not real.

14           And I would also like to provide the Court with the

15   proposed redactions, because there is a portion of the e-mail

16   that we thought would be appropriately redacted for the Court's

17   review.  Here is a copy of the proposed redactions.

18           The attachment to the e-mail is the first two pages of

19   the actual Joshua Cane Chronicles, which is the book that the

20   Defendant has written.  It is the cover page of the book

21   showing that this belonged to the Defendant.  These are the

22   Defendant's statements.

23           And it is the second page which is a disclaimer that

24   the Defendant wrote to state that this -- the characters herein

25   are fictional or that any resemblance to actual persons in his

1    book are purely coincidental.

2              THE COURT:  I'm not seeing the connection between the

3    names.

4              MS. MEDETIS:  Yes, your Honor.

5              One of the board of directors listed on Government --

6              THE COURT:  Oh.  It's Joshua Cane.

7              MS. MEDETIS:  Joshua Cane as well as William Harcourt,

8    his original name.

9              THE COURT:  What's your objection?

10             MR. ADELSTEIN:  My objection is it's beyond the scope.

11   I asked him if he merely investigated any of the names on the

12   side and he said "no."

13             I asked him no further questions about anything

14   dealing with this, nor did I mention anything about any search

15   or any e-mails pertaining to any of those named individuals.

16             MS. MEDETIS:  Judge, it's not my recollection that was

17   the question posed by defense counsel.

18             The question was -- my recollection is that:  Let me

19   direct your attention to the portion of the document that the

20   Government did not show you.  What is this?

21             This is a list of the board of directors.

22             I'm not suggesting that Mr. Adelstein is

23   misrepresenting what he asked.  I don't recall that being said.

24   Perhaps we need to go back to the transcript to recall what

25   was asked.

Bentolila - REDIRECT - By Ms. Medetis          15

1          THE COURT:  Let me check.

2          (Whereupon, the following proceedings were had in open

3     court:)

4          THE COURT:  Ladies and gentlemen, this is going to

5     take a few minutes.  So rather than have you sit here with the

6     white noise on, I'm going to let you have a coffee break.

7          Do not discuss this case either amongst yourselves or

8     with anyone else.  Have no contact whatsoever with anyone

9     associated with the trial.

10          Do not read, listen or see anything touching on this

11     matter in any way, including anything in the media, anything on

12     the Internet, anything on any access device.

13          If anyone should try to talk to you about this case,

14     you should immediately instruct them to stop and report it to

15     my staff.

16          Please be back in the jury room in five minutes.  I

17     don't think it'll be longer than five.

18          (Whereupon, the jury exited the courtroom at 9:35 a.m.

19     and the following proceedings were had:)

20          THE COURT:  You may be seated.

21          MS. MEDETIS:  Your Honor, I believe that line of

22     questioning is on Page 171 of yesterday's transcript.

23          THE COURT:  I'm just there.  Perfect timing.

24          MS. MEDETIS:  Again, at Line 11.

25          THE COURT:  Anything further, Mr. Adelstein?

1          MR. ADELSTEIN:  No.

2          THE COURT:  I'm going to overrule the objection.

3          I find that this is within the scope of

4     cross-examination and that the questioning by Mr. Adelstein

5     directing -- let's have the witness step out, please.

6          Thank you, sir.

7           (Thereupon, the witness retired from the courtroom

8     and the following proceedings were had:)

9          THE COURT:  Referencing, first of all, the questions

10    by the Government.

11         The question by Mr. Adelstein at Page 171, Line 11,

12    is:  "Question" -- strike that.

13         After asking at Line 17 on Page 170, "Question:  Do

14    you remember being shown that document?", referencing 37-A.

15         "Answer:  Yes."

16         Line 19, "Question:  That you've indicated was in

17    French?"

18         Answer, Line 20:  "Yes.

19         "Question:  And you translated it and the Government

20    asked you some questions concerning the translation, 37-B.

21    Correct?

22         "Answer:  Yes."

23         Question, Line 24:  Which is the translation of 37-A?

24         "Answer:  Yes."

25         Going on to Page 171, "Question:  Okay.  Now, that is,

Bentolila - REDIRECT - By Ms. Medetis          17

 1   is it not, a letter from Morning Star International talking

 2   about insurance for the clinic?  Correct?"

 3          Answer, Line 3:  "It talks about that.  Yes."

 4          Question, Line 4:  "Okay.  And you were asked the date

 5   of the letter.  Remember those questions?"

 6          Answer, Line 6:  "Yes.

 7          "Question:  And you were asked who signed the letter."

 8          Answer, Line 8:  "Okay."

 9          Question, Line 9:  "Do you remember that?"

10          Answer, Line 10:  "About this document, I'm not sure.

11   But...."

12          Interrupted by Mr. Adelstein.

13          Question, Line 11:  "But you were never asked about

14   the left side of the document.  What is that, where there's

15   boxes, sir?"

16          Line 14, "Answer:  It's -- it says 'Board of

17   Directors.'"

18          So Mr. Adelstein asked about the box that runs the

19   length of 37-A and asked about the fact that the Government did

20   not question the witness about that, raising the inference that

21   this was a board of directors and that there may have been an

22   inference -- or someone could take the inference that the

23   Government was trying to not reference that part of the

24   document for some reason.

25          MR. ADELSTEIN:  I don't mean to interrupt you, but I

Bentolila - REDIRECT - By Ms. Medetis          18

```
 1    don't see how that opens the door, where the Government

 2    publishes just one side of a document, just showing the entire

 3    document, to this line of questions, with all due respect.

 4           And I don't know how you draw that inference that

 5    gives the Government the right to start going into the

 6    individual names on the document that they introduced.

 7           THE COURT:  Well, you had the witness reference the

 8    document, saying that this was a portion of the document that

 9    said "Board of Directors" with the document on the screen; and

10    the document lists names.

11           They're entitled to now come back and go into that

12    area that you brought up, which is that portion of the

13    document, and the names that are listed.

14           So I don't find that it's outside the scope.

15           What's the probative value of the attachments?

16           MS. MEDETIS:  Your Honor, it would be the disclaimer

17    regarding reference to the fact that this is essentially

18    fiction, and it links the book to Mr. Carter.

19           However, it's also the case that the e-mail itself

20    links the name Joshua Cane and the existence of the book to

21    Mr. Carter as well.

22           But that would be the relevance of showing the first

23    two pages of the attachment.  The attachment's actually

24    812 pages.

25           THE COURT:  Okay.  You may retrieve the documents.
```

1              You can tell the jurors to come back.

2              I will allow recross on all these exhibits that have

3     been introduced.

4              (Whereupon, the jury entered the courtroom at

5     9:46 a.m. and the following proceedings were had:)

6              THE COURT:  You can come on up, sir.

7              (The witness takes the stand.)

8              THE COURT:  You may be seated.

9              You are still under oath.

10             You may proceed.

11             MS. MEDETIS:  Permission to approach, your Honor?

12             THE COURT:  Did you move that into evidence?

13             MS. MEDETIS:  I don't believe so.

14             THE COURT:  Go ahead.

15    BY MS. MEDETIS:

16    Q.  Handing you what's been marked, Special Agent, as

17    Government's Exhibit 102, do you recognize that?

18    A.  Yes, I do.

19    Q.  How do you recognize it?

20    A.  This was a printed copy of an e-mail that was returned from

21    the Yahoo search warrant for getcarter2010@yahoo.com.

22    Q.  And is this printed e-mail in substantially the same

23    condition as when you identified it in the CD or disc given to

24    you by Yahoo in response to the search warrant?

25    A.  There are some parts that are blacked out, but yes.

1          MS. MEDETIS:  Your Honor, at this time the Government

2    would seek to admit into evidence Government's Exhibit 102.

3          MR. ADELSTEIN:  Objection on the grounds raised at

4    side-bar.

5          THE COURT:  The objection is overruled.

6          It will be admitted as Government's Exhibit 102.

7          (Whereupon, Government's Exhibit No. 102 was entered

8    into evidence.)

9          THE COURT:  You may publish.

10   BY MS. MEDETIS:

11   Q.   Okay, sir.  Can you please tell us the subject heading for

12   this e-mail.

13   A.   "Joshua Cane Chronicles."

14   Q.   And who is this e-mail from?

15   A.   From Bill Carter, getcarter2010@yahoo.com.

16   Q.   And what is the date of the e-mail?

17   A.   6-21-2010.

18   Q.   Who is the e-mail to?

19   A.   Suzanne Apps.

20   Q.   Once this is focused, I'll ask you to read the contents of

21   the e-mail.

22          THE COURT:  I think you have to press it once to focus

23   it.  I could be wrong.  Let me try.

24          I'll have them look at that button for you.

25

Bentolila - REDIRECT - By Ms. Medetis          21

```
 1    BY MS. MEDETIS:

 2    Q.   Can you go ahead and please read, beginning with "Dear."

 3    A.   "Dear Suzanne, I'm not sure about yourself, but I feel

 4    really good in trying to help you out with information about

 5    your father and Northaw Place.

 6              "For your info, I'm attaching a copy of my book.  In

 7    the first few chapters or so, I write in length about Northaw

 8    Place, the house, the children and some of my experiences,

 9    interesting facts from what is written.  Enjoy.

10              "FYI, my name has changed since those days in England.

11    My legal name is now Matthew Carter, but I still am known by

12    all as Bill.  I write under the pen name Joshua Cane.

13              "God bless, Bill."

14    BY MS. MEDETIS:

15    Q.   What is significant about -- is the name Joshua Cane

16    familiar to you?

17    A.   Yes.

18    Q.   And how is it familiar to you?

19    A.   The name is one of the names on the board --

20              MR. HOROWITZ:  Objection.  Calls for hearsay and

21    assumes facts not in evidence.

22              THE COURT:  Sustained.

23              Rephrase your question.

24    BY MS. MEDETIS:

25    Q.   Showing you again what's been admitted into evidence as
```

1   Government's Exhibit 37, can you please read the third name

2   down on the board of directors on the left-hand side of the

3   exhibit.

4   A.   "Joshua Cane, Secretary."

5   Q.   What is the date of this Government's Exhibit 37-A?

6   A.   Monday, June 10th, 1996.

7   Q.   Going back to Government's Exhibit 102-A, below the

8   message, what do we see there?

9   A.   There's an attachment.

10  Q.   What is the name of the attachment?

11  A.   joshuacane.docx.

12         MS. MEDETIS:  Your Honor, the Government would tender

13  the witness.

14         MR. ADELSTEIN:  May I, your Honor?

15         THE COURT:  Yes.

16         MR. ADELSTEIN:  Thank you.

17                    RECROSS-EXAMINATION

18  BY MR. ADELSTEIN:

19  Q.   On 102, where it says "To:  Suzanne Apps," who is that?

20  A.   I don't know.

21  Q.   On Exhibit 37-A, where it says "Joshua Berringer," do you

22  know who that person is?

23  A.   I do not.

24  Q.   Where it says "Benjamin Lee Harrington," do you know who

25  that person is?

 1    A.  No.

 2    Q.  Where it says "Charles Fenton," do you know who that person

 3    is?

 4    A.  No.

 5    Q.  And "Jessie McBride":  Do you know who that person is?

 6    A.  No.

 7    Q.  And where it says "Reverend" -- can you read that? --

 8    A.  "Eliesse Morvan."

 9    Q.  -- did you bother to investigate and find out who that

10    person is?

11            MS. MEDETIS:  Objection.  Argumentative.

12            THE COURT:  Sustained.

13            Rephrase your question.

14    BY MR. ADELSTEIN:

15    Q.  Do you know who that person is?

16    A.  I do not.

17    Q.  Did you do any attempt to locate those individuals?

18    A.  No.

19            MR. ADELSTEIN:  May I have one moment?

20            THE COURT:  Yes.

21            MR. ADELSTEIN:  No further questions.

22            THE COURT:  Redirect.

23                        REDIRECT EXAMINATION

24    BY MS. MEDETIS:

25    Q.  Special Agent, when you searched for those other names on

Tran - DIRECT - By Ms. Kane                 24

```
 1   yahoo.com's search warrant return, did you find them?

 2   A.  I didn't search for those other names.

 3   Q.  You did not.  Okay.

 4       Based on your investigation, was the Defendant's father,

 5   who's also named William Harcourt, dead or alive by 1996?

 6               MR. HOROWITZ:  Objection.  Beyond the scope.

 7               MS. MEDETIS:  I'll withdraw, your Honor.

 8               THE COURT:  Okay.  Any further questions for this

 9   witness?

10               MS. MEDETIS:  No further questions, your Honor.

11               THE COURT:  You may step down, sir.

12               Call your next witness.

13               MS. MEDETIS:  The Government would release this

14   witness at this time.

15               THE COURT:  He's released.

16               (Witness excused.)

17               MS. KANE:  The United States calls Du Tran.

18                   DU TRAN, GOVERNMENT WITNESS, SWORN

19               THE COURT REPORTER:  Thank you.  You may be seated.

20               Please state your full name for the record and give

21   the spelling.

22               THE WITNESS:  My name is Du Tran.  D-u, T-r-a-n.

23                           DIRECT EXAMINATION

24   BY MS. KANE:

25   Q.  Good morning, Mr. Tran.
```

1    A.   Good morning.

2    Q.   Would you please tell the ladies and gentlemen of the jury

3    about your educational background.

4    A.   I went to the University of Iowa for a master's degree in

5    political science and I attended American University for a

6    master's in international affairs.

7    Q.   Are you employed, Mr. Tran?

8    A.   Yes.

9    Q.   Where are you employed?

10   A.   I'm a consular officer with the United States Department of

11   State.

12   Q.   And how long have you been employed by the State

13   Department?

14   A.   14 years.

15   Q.   Where are you currently posted?

16   A.   Port-au-Prince, Haiti, at the US Embassy.

17   Q.   How long have you been at the US Embassy in Port-au-Prince?

18   A.   Since May of 2010.

19   Q.   What are your duties and responsibilities as a consular

20   officer at the US Embassy?

21   A.   I am the American citizen services unit chief.  In my work,

22   I supervise the American citizens services unit that provides

23   both routine and special citizens services to American citizens

24   in Haiti.

25        By "routine," I mean renewing passports, filing consular

Tran - DIRECT - By Ms. Kane                    26

1    reports of birth abroad, consular reports of death abroad,

2    notary services.

3         And by "special citizens services," I mean assisting

4    victims of crime, including those who are kidnapped, raped,

5    robbed, murdered, in Haiti, along with visiting American

6    citizens who are, you know, arrested and jailed in Haiti,

7    making welfare whereabouts visits, that sort of thing.

8    Q.   At what other locations have you worked at the State

9    Department?

10   A.   Prior to Haiti, I was in Panama.  Before that, I was in

11   Ho Chi Minh City, Vietnam, and, before that, Taipei, Taiwan.

12   My first posting with the State Department was in Dahka,

13   Bangladesh.

14   Q.   In your prior positions at the State Department, in

15   general, what were your duties and responsibilities at these

16   posts?

17   A.   I did a political reporting and consular tour in

18   Bangladesh.  I did economic reporting and consular work in

19   Taiwan.

20        And in Ho Chi Minh City, Vietnam, Panama and Haiti, I've

21   been a consular officer, doing both American citizen services

22   work as well as adjudicating nonimmigrant and immigrant visa

23   applications.

24   Q.   And by the term "consular," what do you mean?

25   A.   Consular work involves, as I said, adjudicating visa

Tran - DIRECT - By Ms. Kane                    27

1   applications by foreign nationals who want to visit the United

2   States or who want to emigrate to the United States as well as

3   dealing with fraud prevention work in our, you know, visa

4   processing and, also, in our American citizen services unit.

5   So that.

6   Q.   For your current and past positions, what requirements did

7   you need to meet in order to be assigned to these locations?

8   A.   For the reporting jobs, we have a trade craft training

9   course that we have to attend.  For consular work, there is an

10  extensive almost two-month training course that we have to do,

11  along with updates on the training and then specialized

12  training as we progress through our ranks.

13  Q.   And as part of your training, do you receive any training

14  regarding the review of passport applications, the issuance of

15  passports and the authenticity of passports?

16  A.   Yes.  That's an integral part of our work.  We adjudicate

17  passport applications on a daily basis.

18  Q.   And by "adjudicate," what do you mean by that?

19  A.   Applicants come and, you know, apply for a new passport or

20  a first-time passport; and it is up to a consular officer to

21  decide on the bona fides of their application, whether it's a

22  legitimate application or a fraudulent application.

23  Q.   So based on your training and experience, are you familiar

24  with the process by which individuals apply for US passports?

25  A.   Yes, I am.

Tran - DIRECT - By Ms. Kane                    28

1   Q.   And based on your training and experience, are you familiar

2   with the State Department process for the review of passport

3   applications?

4   A.   Yes, I am.

5   Q.   And in your current and past positions, have you personally

6   reviewed passport applications?

7   A.   Yes.  Not only do I review applications firsthand; I also

8   supervise first-tour, second-tour line officers who review

9   passport applications and make sure that their adjudications

10  are correct.

11  Q.   In your current and past positions, how many passport

12  applications have you reviewed?

13  A.   For Port-au-Prince, I think we did over 2,000 applications

14  last year.

15  Q.   Are you also familiar with the appearance and security

16  features of US passports?

17  A.   Yes, I am.

18  Q.   In general, who is eligible to be issued a United States

19  passport?

20  A.   Those who have a claim to US citizenship or those who are

21  US nationals.

22  Q.   Who are US nationals?

23  A.   There's only two remaining territories of the United States

24  that would confer nationality status, but noncitizen status to

25  a person, and that is someone who is born in American Samoa or

Tran - DIRECT - By Ms. Kane                    29

1   the Swains Islands.

2   Q.   And for the benefit of the court reporter, could you spell

3   "Swains."

4   A.   S-w-a-i-n-s.

5   Q.   When a US citizen applies for a US passport for the first

6   time, what proof of citizenship must be submitted with the

7   application?

8   A.   Normally, we rely on a birth certificate.  And then, if you

9   were born abroad, if you have US citizen parents who can

10  transmit citizenship to you, that's how you would acquire US

11  citizenship if you were not born in the United States.

12  Q.   When a US citizen is applying to renew a passport that has

13  expired, what proof of citizenship must be submitted with that

14  application?

15  A.   Normally, when you're renewing a passport, the evidence

16  that you normally present is your expired passport.

17  Q.   So when a US citizen applies to renew a US passport, what

18  steps does the State Department take to determine whether or

19  not this individual is still a US citizen?

20  A.   We review the passport -- the expired passport or the

21  soon-to-expire passport that is presented to us.  We also check

22  our database, which has every record of previously approved

23  passport applications.

24       We also have a Lookout name check system that would flag an

25  application if there's any concerns as to whether or not

1    there's been fraud associated with this name and date of birth

2    before or if there's other issues like child support,

3    et cetera.

4    Q.  Where can individuals apply for a US passport?

5    A.  We have passport acceptance agencies all over the United

6    States.  I believe some Post Offices are available to accept

7    passport applications as well as passport agencies.  Overseas,

8    you would apply at the US Embassy or the US Consulate.

9              MS. KANE:  Your Honor, may I have permission to

10   publish what has previously been admitted as Government's

11   Exhibit 18-A?

12             THE COURT:  You may.

13   BY MS. KANE:

14   Q.  Mr. Tran, what is this?

15   A.  This is a passport application by William Charles Harcourt.

16   Q.  And have you reviewed this application before?

17   A.  Yes, I have.

18   Q.  And is this the original application or is this a copy?

19   A.  This is a copy.

20   Q.  What is the date of birth for this applicant?

21   A.  The applicant was born on April 27th, 1945.

22   Q.  I apologize.

23        Again, what's the name of the applicant?

24   A.  William Charles Harcourt.

25   Q.  And what is his place of birth?

1    A.   Michigan.

2    Q.   Directing your attention to the bottom of this exhibit,

3    what is contained there in the bottom left corner?

4    A.   That's a photograph of the applicant.

5    Q.   I'm sorry?

6    A.   It's a photograph of the applicant.

7    Q.   Why did the applicant include a picture with their

8    application?

9    A.   We require two passport applications, one to be attached to

10   the application and the other one to be entered into the

11   passport itself.

12   Q.   And can these two pictures be different from each other?

13   A.   No.  They must be identical.

14   Q.   Directing your attention to the second page of

15   Exhibit 18-A, under "Proposed Travel Plans," what are the list

16   of countries intended to be visited?

17   A.   The applicant listed England, Wales, Scotland, Ireland and

18   France.

19   Q.   Directing your attention to the bottom of this page, can

20   you read the date on which this application was submitted.

21   A.   Yes.  That would be the 7th of February, 1967.

22   Q.   And is this application signed?

23   A.   Yes, it is.

24   Q.   Turning your attention back to the front page of this

25   Exhibit 18-A, can you tell whether or not this application was

Tran - DIRECT - By Ms. Kane                    32

1   approved.

2   A.   Yes.  There is that box on the upper right-hand corner

3   which is normally referred to as the adjudication box.  The

4   application was accepted and stamped on February 9th, 1967.

5   The adjudicating officer, it looks like, signed their name and

6   date at the bottom of the box.

7   Q.   Does the State Department keep applications that are not

8   approved?

9   A.   No.  The applications that are denied are either returned

10  to the applicant or, if the applicant does not wish to retain

11  the application, it is destroyed.

12  Q.   So what does the existence of a copy of this application

13  tell you?

14  A.   That the application was approved.

15  Q.   Directing your attention to the right side of the first

16  page of this exhibit, what notation exists regarding the

17  applicant's birth certificate?

18  A.   The applicant's birth certificate was presented.  The date

19  of the -- the birth certificate was filed was noted as May 1st,

20  1945.

21       And the initials "S&R" is an acronym we use in our line of

22  work to denote that the applicant's birth certificate was seen

23  and returned.

24  Q.   So the date we're seeing here regarding May 1st, 1945:

25  What is that date?

Tran - DIRECT - By Ms. Kane                    33

 1   A.   That's when the birth certificate was filed.

 2   Q.   So based on this application, on what basis was William

 3   Charles Harcourt issued a US passport?

 4   A.   On the basis that he was born in Michigan and, therefore,

 5   is a citizen of the United States.

 6            MS. KANE:  Your Honor, permission to publish what has

 7   previously been admitted as Government's Exhibit 18-B?

 8            THE COURT:  You may.

 9   BY MS. KANE:

10   Q.   Mr. Tran, what is this?

11   A.   This is a passport application for William Charles

12   Harcourt.

13   Q.   What is Mr. Harcourt's date of birth?

14   A.   April 27th, 1945.

15   Q.   What is his place of birth?

16   A.   Michigan.

17   Q.   What is his Social Security number?

18   A.   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.

19   Q.   What is his occupation?

20   A.   Noted on this application, the occupation is social worker.

21   Q.   What address is the address listed at which he was

22   currently residing?

23   A.   The current -- I'm sorry.

24        The current residence is 177 Blackshaw Road, Tooting,

25   London, SW 17, England.

Tran - DIRECT - By Ms. Kane                    34

1    Q.   And directing your attention to the second page of

2    Exhibit 18-B, what do we see here on the far right side of this

3    page?

4    A.   That would be a photograph of Mr. Harcourt.

5    Q.   And was this photograph submitted with the application?

6    A.   Yes, it was.

7    Q.   Directing your attention to the bottom of this page, what

8    is the date of this application?

9    A.   The 10th of August, 1972.

10   Q.   And was this application signed?

11   A.   Yes, it was.

12   Q.   And based on the information here at the bottom, where was

13   this application submitted?

14   A.   It was submitted to the US Embassy in London, England.

15   Q.   Showing you again the first page of Exhibit 18-B, was the

16   application approved?

17   A.   Yes, it was.  Again, on the upper right-hand corner is the

18   adjudication box.  The location is noted as London, England.

19   And the passport number and date of issuance and expiration was

20   noted as well.

21            MS. KANE:  Your Honor, permission to approach?

22            THE COURT:  You may.

23   BY MS. KANE:

24   Q.   Mr. Tran, I'm showing what has previously been admitted as

25   Government's Exhibit 33.

```
 1        Do you recognize this?

 2   A.   Yes.

 3   Q.   What is this?

 4   A.   This is a US passport.

 5   Q.   For whom?

 6   A.   For William Charles Harcourt.

 7   Q.   Mr. Tran, have you reviewed this passport before?

 8   A.   Yes, I have.

 9   Q.   What country issued this passport?

10   A.   The United States.

11        MS. KANE:  Your Honor, permission to publish

12   Government's Exhibit 33?

13        THE COURT:  You may.

14   BY MS. KANE:

15   Q.   And what government agency issued this passport?

16   A.   The State Department.

17   Q.   And what is the date on which this passport was issued?

18   A.   The issuance date was August 10th, 1972.

19   Q.   And what is the expiration date?

20   A.   August 9th, 1977.

21   Q.   And what is the passport number?

22   A.   Z1635211.

23   Q.   And what is the birth place?

24   A.   The birth place is Michigan.

25   Q.   Based upon your prior review of this passport, on what
```

1   basis was Mr. William Charles Harcourt issued this US passport?

2   A.  He was issued this passport based on, I believe, his birth

3   certificate and any previous passports he may have held.

4   Q.  What was his birth place?

5   A.  Michigan.

6   Q.  How can you tell that Mr. Harcourt was issued this passport

7   on the basis of US citizenship versus being a US national?

8   A.  There would be an amendment or an endorsement in the

9   passport if he was a national without citizenship.

10  Q.  And based upon your prior review of this passport, did this

11  passport contain any notation that Mr. Harcourt was a US

12  national?

13  A.  No.

14  Q.  Directing your attention to Page 4 of this passport, where

15  was this passport issued?

16  A.  London, England.

17  Q.  And what passport application was this passport issued in

18  response to?

19  A.  The one that we previously viewed.

20  Q.  I'm showing you again what has been previously admitted as

21  Government's Exhibit 18-B.

22      How can you tell that this passport was issued in response

23  to the application in Government's Exhibit 18-B?

24  A.  The photographs are identical in the application as well as

25  in the passport, and the adjudication box shows the date of

Tran - DIRECT - By Ms. Kane                    37

 1    issuance and the date of expiration to match.

 2            MS. KANE:  Your Honor, permission to publish what has

 3    previously been admitted as Government's Exhibit 18-C?

 4            THE COURT:  Yes.

 5    BY MS. KANE:

 6    Q.  Mr. Tran, what is this?

 7    A.  This is a US passport application for William Charles

 8    Harcourt.

 9    Q.  What is the date of birth?

10    A.  April 27th, 1945.

11    Q.  What is the place of birth?

12    A.  Michigan.

13    Q.  And what is the occupation?

14    A.  Listed on this application, the occupation is program

15    director for a Christian retreat.

16    Q.  And directing your attention to the far right side here,

17    what is his Social Security number?

18    A.  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.

19    Q.  And what is listed as Mr. Harcourt's permanent residence?

20    A.  2238 Tampico Trail, Bellbrook, Ohio.

21    Q.  And directing your attention to the row below that, who is

22    listed in the event of an accident?

23    A.  That would be Mrs. A. Shuh, his sister.

24    Q.  What address is listed for Mrs. Shuh?

25    A.  Same address.  2238 Tampico Trail, Bellbrook, Ohio.

1    Q.   Is that the same address as Mr. Harcourt's permanent

2    residence?

3    A.   Yes, it is.

4    Q.   Directing your attention to the bottom of this exhibit,

5    what is the date of this application?

6    A.   April 14th, 1978.

7    Q.   And is this application signed?

8    A.   Yes, it is.

9    Q.   Was this application approved?

10   A.   Yes.

11   Q.   How can you tell?

12   A.   The fact that we have the record in our database and the

13   adjudication box shows that it was accepted on April 24th,

14   1978.

15            MS. KANE:  Permission to approach, your Honor?

16            THE COURT:  You may.

17   BY MS. KANE:

18   Q.   Mr. Tran, I'm showing you what has been previously admitted

19   as Government's Exhibit 34.

20        Do you recognize this?

21   A.   Yes, I do.

22   Q.   And what is this?

23   A.   This is a US passport for William Charles Harcourt.

24   Q.   And have you reviewed this passport before?

25   A.   Yes, I have.

1              MS. KANE:  Your Honor, permission to publish

2     Government's Exhibit 34?

3              THE COURT:  You may.

4     BY MS. KANE:

5     Q.   Mr. Tran, can you read the birth date.

6     A.   April 27th, 1945.

7     Q.   And could you read the place of birth.

8     A.   That would be Michigan.

9     Q.   And what is the date of issuance?

10    A.   April 24th, 1978.

11    Q.   And what is the date of expiration?

12    A.   April 23rd, 1983.

13    Q.   What is the passport number?

14    A.   The passport number is J1175477.

15    Q.   And based upon your prior review of this passport, on what

16    basis was Mr. William Charles Harcourt issued this passport?

17    A.   The fact that he was born in Michigan and the presentation

18    of a previous passport.

19    Q.   What government agency issued this passport?

20    A.   The United States Department of State.

21    Q.   And what passport application was this passport issued in

22    response to?

23    A.   In response to the last application that we viewed.

24    Q.   I'm showing you what's been previously admitted as

25    Government's Exhibit 18-C.

                    Tran - DIRECT - By Ms. Kane          40

 1        Is this the application?

 2   A.   Yes, it is.

 3   Q.   And how can you tell?

 4   A.   Again, the photographs in the passport as well as on the

 5   application are identical, and the date of issuances are noted

 6   in the adjudication box and in the passport.

 7             MS. KANE:  Your Honor, permission to publish what has

 8   previously been admitted as Government's Exhibit 18-D?

 9             THE COURT:  You may.

10   BY MS. KANE:

11   Q.   Mr. Tran, what is this?

12   A.   This is a passport application for William Charles

13   Harcourt.

14   Q.   And what is Mr. Harcourt's address listed?

15   A.   The address listed is -- I'm sorry.  The permanent address?

16   Q.   Let's see.

17        Directing your attention to the upper portion of this, just

18   below his name.

19   A.   Samaria House, Maple Road, Penge, London, England --

20   Q.   And what --

21   A.   -- SE 20.

22   Q.   Sorry.  Continue.  I'm sorry.

23   A.   SE 20.

24   Q.   What is listed as his birth place?

25   A.   Michigan.

 1    Q.   And what is his birth date?

 2    A.   April 27th, 1945.

 3    Q.   And what is listed as his occupation?

 4    A.   In this application, the occupation is listed as social

 5    worker.

 6    Q.   And directing your attention to the far right here, what is

 7    listed as his Social Security number?

 8    A.   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.

 9    Q.   Directing your attention to the bottom of this exhibit, is

10    this application dated?

11    A.   Yes.  It's dated May 5th, 1983.

12    Q.   And is this application signed?

13    A.   Yes, it is.

14    Q.   Was this application approved?

15    A.   Yes, it was.

16    Q.   And how can you tell?

17    A.   The fact that we have the application in our files and that

18    the adjudication box was signed and dated.

19         MS. KANE:  Your Honor, permission to publish what has

20    previously been admitted as Government's Exhibit 18-E?

21         THE COURT:  You may.

22    BY MS. KANE:

23    Q.   Mr. Tran, what is this?

24    A.   This is a passport application for Matthew Andrew Carter.

25    Q.   And what is listed for Mr. Carter's place of birth?

Tran - DIRECT - By Ms. Kane                    42

1    A.   Michigan.

2    Q.   What is his date of birth?

3    A.   April -- let me see here -- 27th, 1945.

4    Q.   And what is his Social Security number here on the far

5    right?

6    A.   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.

7    Q.   And directing your attention to the middle part of this

8    page, what is stated regarding Mr. Carter's last passport?

9    A.   He was issued a passport under a different name, which was

10   William C. Harcourt.

11   Q.   And what is stated regarding the disposition of that

12   passport?

13   A.   It was lost.

14   Q.   Directing your attention to the bottom of this exhibit, was

15   this application signed?

16   A.   Yes, it is.

17   Q.   And on what date was it submitted?

18   A.   July 2nd, 1990.

19   Q.   Directing your attention to the second page of Government's

20   Exhibit 18-E, what was submitted with this application?

21   A.   An affidavit regarding the change of name.

22   Q.   And what was the -- what is listed as the present name of

23   the applicant?

24   A.   Matthew Andrew Carter.

25   Q.   And was listed as his former name?

1    A.   William Charles Harcourt.

2    Q.   Directing your attention to the bottom of this affidavit,

3    who is listed as the affiant?

4    A.   The affiant is Donna M. Shuh -- I'm sorry -- yeah.

5    Correct.

6    Q.   And is this affidavit signed?

7    A.   Yes, it was.

8    Q.   Directing your attention to the first page of this exhibit,

9    was this application approved?

10   A.   Yes, it was.

11   Q.   And how can you tell?

12   A.   The fact that we have the application on file.

13           MS. KANE:  Permission to approach, your Honor?

14           THE COURT:  Yes.

15   BY MS. KANE:

16   Q.   Mr. Tran, I'm showing you what has been previously admitted

17   as Government's Exhibit 35.

18       Do you recognize this?

19   A.   Yes.  It is a passport for Matthew Andrew Carter.

20   Q.   Have you reviewed this passport before?

21   A.   Yes, I have.

22   Q.   And what country issued this passport?

23   A.   The United States.

24   Q.   And what government agency issued this passport?

25   A.   The US Department of State.

```
 1              MS. KANE:  Your Honor, I apologize.

 2              Permission to publish what has been previously

 3    admitted as Government's Exhibit 35?

 4              THE COURT:  You may.

 5    BY MS. KANE:

 6    Q.  Mr. Tran, what is listed as Mr. Carter's date of birth?

 7    A.  April 27th, 1945.

 8    Q.  What is the date of issuance?

 9    A.  The date of issuance is 6th of July, 1990.

10    Q.  What is the date of expiration?

11    A.  5th of July, 2000.

12    Q.  What is listed as Mr. Carter's place of birth?

13    A.  Michigan.

14    Q.  And what is listed as the passport number?

15    A.  082087141.

16    Q.  Based on your prior review of this passport, on what basis

17    was Mr. Matthew Andrew Carter issued this US passport?

18    A.  On the basis that he is a US citizen.

19    Q.  What passport application was this passport issued in

20    response to?

21    A.  It was in response to the application that we previously

22    looked at.

23    Q.  Showing you what has been previously admitted as

24    Government's Exhibit 18-E, was this passport, Government's

25    Exhibit 35, issued in response to this passport application?
```

1   A.   Yes.

2   Q.   And how can you tell?

3   A.   Again, the photographs are identical.

4   Q.   On any other basis?

5   A.   I can't see the adjudication box.  If you could just move

6   it.

7   Q.   Sorry.

8   A.   Actually, can we go back to the bottom, please?

9   Q.   Sure.

10  A.   Yeah.

11       The adjudication box shows that it was approved based on

12  the presentation of documents that -- his court-ordered name

13  change and his previous passport.

14  Q.   Directing your attention to Page 22 of Government's

15  Exhibit 35, what is this?

16  A.   This is an amendment to the passport.

17  Q.   What type of amendment is this?

18  A.   This is a limitation on the passport.  The amendment states

19  that the passport is limited for travel only to the United

20  States on or before January 2nd, 1992.

21  Q.   And where was this limitation issued?

22  A.   In Cairo, Egypt.

23  Q.   Where in Cairo, Egypt?

24  A.   The US Embassy.

25  Q.   And what does the void stamp mean on top of this

1   limitation?

2   A.   That means that the amendment was voided at a later date.

3            MS. KANE:   Your Honor, permission to publish what has

4   previously been admitted as Government's Exhibit 18-F?

5            THE COURT:   You may.

6   BY MS. KANE:

7   Q.   Mr. Tran, what is this?

8   A.   This is an application for a US passport by Matthew Andrew

9   Carter.

10  Q.   What is listed as his place of birth?

11  A.   Michigan.

12  Q.   And what is listed as his date of birth?

13  A.   April 27th, 1945.

14  Q.   And what is listed as his Social Security number?

15  A.   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.

16  Q.   And directing your attention to over here, what is stated

17  for his occupation?

18  A.   The occupation noted here is mission director.

19  Q.   What is listed as his travel plans here?

20  A.   Haiti.

21  Q.   And what is listed as his permanent address?

22  A.   Santo 15-A, Croix des Bouquets, 2380704.

23  Q.   And in what country -- based upon your experience, in what

24  country is this location?

25  A.   This is in Haiti.  Croix des Bouquets is a suburb of the

 1    capital city, Port-au-Prince.

 2    Q.   Directing your attention to the bottom of this application,

 3    what is the date of this?

 4    A.   The application was dated July 3rd, 2000.

 5    Q.   And is this application signed?

 6    A.   Yes, it was.

 7    Q.   Was this application approved?

 8    A.   Yes, it was.

 9    Q.   How can you tell?

10    A.   The adjudication box in the lower left-hand corner was

11    signed.

12           MS. KANE:   Your Honor, permission to approach?

13           THE COURT:   You may.

14    BY MS. KANE:

15    Q.   Mr. Tran, I'm showing you what has previously been admitted

16    as Government's Exhibit 36.

17         Do you recognize this?

18    A.   Yes, I do.   This is a US passport for Matthew Andrew

19    Carter.

20    Q.   And have you reviewed this passport before?

21    A.   Yes, I have.

22    Q.   What US government agency issued this passport?

23    A.   The Department of State.

24    Q.   What is the date on which this passport was issued?

25    A.   July 3rd, 2000.

1   Q.   What is the date on which this passport expires?

2   A.   July 2nd, 2010.

3   Q.   What is the passport number?

4   A.   701794597.

5   Q.   What is the place of birth?

6   A.   Michigan.

7   Q.   And where was this passport issued?

8   A.   It was issued at the US Embassy in Port-au-Prince.

9   Q.   In what country?

10  A.   Port-au-Prince, Haiti.

11  Q.   What passport application was this passport issued in

12  response to?

13  A.   In response to the last application we viewed.

14  Q.   I'm showing you Government's Exhibit 18-F.

15       Is this the passport application that you were referring

16  to?

17  A.   Yes, it is.

18       MS. KANE:  Your Honor, permission to publish what has

19  previously been admitted as Government's Exhibit 18-G?

20       THE COURT:  You may.

21  BY MS. KANE:

22  Q.   Mr. Tran, what is this?

23  A.   This is a passport application for Matthew Andrew Carter.

24  Q.   And what is listed for his date of birth?

25  A.   The date of birth is listed as April 27th, 1945.

Tran - DIRECT - By Ms. Kane                    49

1    Q.   And what is listed for his place of birth?

2    A.   Michigan.

3    Q.   What is his Social Security number?

4    A.   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.

5    Q.   And directing your attention to No. 8 here, what is listed

6    as his e-mail address?

7    A.   getcarter2010@yahoo.com.

8    Q.   And what is stated here regarding his use of a different

9    name?

10   A.   Under No. 9 --

11   Q.   In No. 9.

12   A.   -- he states that he's previously used the name William

13   Charles Harcourt.

14   Q.   Okay.  Directing your attention to the second page of

15   Government's Exhibit 18-G, under No. 15, what is listed as his

16   occupation?

17   A.   The occupation listed is missionary.

18   Q.   And what is listed in the middle here regarding countries

19   to be visited?

20   A.   Haiti and the Dominican Republic.

21   Q.   Directing your attention back to the first page, on what

22   date was this application submitted?

23   A.   It is dated July 1st, 2010.

24   Q.   And is this application signed?

25   A.   Yes, it was.

Tran - DIRECT - By Ms. Kane                    50

1   Q.   Directing your attention to the second -- excuse me -- the

2   third page of Government's Exhibit 18-G, what was submitted

3   with this application?

4   A.   The previous passport.

5   Q.   And why do you have a copy of the prior passport with this

6   application, but not in the prior applications?

7   A.   This is a new regulation promulgated by the Foreign Affairs

8   Manual that we keep records such as these in adjudicating

9   passport applications.

10  Q.   Directing your attention to the fourth page, what also was

11  submitted with this application?

12  A.   This is the -- I'm sorry.  Could you lower it.  Yeah.

13       This is a court document noting the change of name.

14  Q.   Directing your attention back to the first page, was this

15  application approved?

16  A.   Yes, it was.

17  Q.   How can you tell?

18  A.   The adjudication box in the lower right-hand corner has

19  been signed.

20       MS. KANE:  Your Honor, permission to approach?

21       THE COURT:  You may.

22  BY MS. KANE:

23  Q.   Mr. Tran, I'm showing you what has previously been admitted

24  as Government's Exhibit 20.

25       Do you recognize this?

Tran - DIRECT - By Ms. Kane                    51

1    A.   Yes.

2    Q.   What is this?

3    A.   This is a US passport for Matthew Andrew Carter.

4    Q.   And have you reviewed this passport before?

5    A.   Yes, I have.

6    Q.   What government agency issued this passport?

7    A.   The Department of State.

8         MS. KANE:   Your Honor, permission to publish what has

9    previously been admitted as Government's Exhibit 20?

10        THE COURT:   You may.

11   BY MS. KANE:

12   Q.   And what government agency issued this passport?

13   A.   The State Department.

14   Q.   And to whom was this -- excuse me.

15        What is the expiration date for this passport?

16   A.   June 7th, 2020.

17   Q.   What was the issuance date?

18   A.   June 8, 2010.

19   Q.   What is the passport number?

20   A.   The passport number is 472491686.

21   Q.   And what is the place of birth?

22   A.   The place of birth is Michigan.

23   Q.   Based on your prior review of this passport, on what basis

24   was Matthew Andrew Carter issued this US passport?

25   A.   On the basis that he is a US citizen.

Tran - CROSS - By Mr. Horowitz                    52

1    Q.   Directing your attention to the bottom of this -- I guess

2    it's the second page of this passport -- what is stated there

3    regarding -- under the endorsements?

4    A.   See Page 27.

5    Q.   And I have now -- am now showing you Page 27 of this

6    passport.

7         Can you read what is stated there.

8    A.   The amendment states that the bearer is also known as

9    William Charles Harcourt.

10   Q.   What passport application was this passport issued in

11   response to?

12   A.   In response to the previous -- or the last application that

13   we viewed.

14   Q.   I am showing you what has been previously admitted as

15   Government's Exhibit 18-J.

16        Is this the application?

17   A.   Yes, it is.

18             MS. KANE:  One moment, your Honor.

19             And just for the record, this last exhibit, the

20   passport application for Mr. Carter dated July of 2010, is

21   18-G.

22             The United States tenders this witness.

23             THE COURT:  Cross-examination.

24                         CROSS-EXAMINATION

25

Tran - CROSS - By Mr. Horowitz                 53

1    BY MR. HOROWITZ:

2    Q.   Good morning, Mr. Tran.

3    A.   Good morning.

4    Q.   You're employed by the State Department; are you not?

5    A.   Yes, I am.

6    Q.   How long have you been with the State Department?

7    A.   14 years.

8    Q.   Now, some of the applications that we're looking at today

9    are even older than you; are they not?

10   A.   Yes.

11   Q.   You're familiar with the practices and procedures of the

12   State Department issuing passports throughout the years?

13   A.   Yes.

14   Q.   And that's part of your training; is it not?

15   A.   Yes, it is.

16   Q.   Government's Exhibit 18-A that we looked at, the first one,

17   is from 1967; is it not?

18   A.   Yes, it is.

19   Q.   And since 1967, when this application is submitted, the

20   State Department, before they issue a passport in response to

21   an application, takes certain steps; do they not?

22   A.   Yes.

23   Q.   And those steps are taken to ensure that the applicant is

24   entitled to a passport.  Correct?

25   A.   Correct.

Tran - CROSS - By Mr. Horowitz                    54

1    Q.   And part of those processes is that the State Department

2    will review each and every response within the application.

3    Correct?

4    A.   Yes.

5    Q.   And they will review each and every response to see whether

6    those responses are truthful.  Correct?

7    A.   Yes.

8    Q.   If a response is not truthful, the State Department will

9    flag the application.  Correct?

10   A.   Yes.

11   Q.   And you've described flagging the application as the

12   passport will not be issued unless further investigation is

13   conducted.  Correct?

14   A.   Yes.

15   Q.   And of all these applications that were reviewed from 18-A

16   all the way through 18-G, which was the 2010 applications, none

17   of them were flagged, were they?

18   A.   No.  I don't believe so.

19   Q.   If they were flagged, using 18-A, the one that's on the

20   screen as an example, this portion right here where the

21   examiner -- what -- the adjudication box, I think you called

22   it? --

23   A.   Yes.

24   Q.   -- it would have notes in there saying:  There's a problem.

25   We need to further investigate.  Correct?

Tran - CROSS - By Mr. Horowitz                55

1    A.   Yes.  Sometimes notes are taken in our database as opposed

2    to on the application itself.  But I think back in 1967 they

3    didn't have an electronic version.

4    Q.   We've looked at applications all the way through the

5    information age through 2010.

6         In all of those applications -- and they're here if you

7    want to take a look at them.  In all of these applications,

8    there was not flag, was there?

9    A.   No.  I don't believe so.

10   Q.   There were comments regarding name changes; were there not?

11   A.   Yes.

12   Q.   And your understanding is that, if a person changes their

13   name, they have to submit proof; do they not?

14   A.   Yes.

15   Q.   And you've looked at these applications.

16        And when a name change was requested, the proper

17   documentation was submitted; was it not?

18   A.   Yes, it was.

19   Q.   And that proper documentation would be a certified copy or

20   a copy of a court order.  Correct?

21   A.   That's correct.  Yes.

22   Q.   Showing you what's previously been admitted as Government's

23   Exhibit 18-G, this is the 2010 application; is it not?

24   A.   Yes, it is.

25   Q.   And attached to this application -- and just for -- just to

Tran - CROSS - By Mr. Horowitz                    56

1   clarify, that court order needs to be submitted with each and

2   every renewal; does it not?

3   A.   Not if the record has evidence of the name change in a

4   previous application.  We also rely on the previous passport

5   applications as well.

6   Q.   Well, you had the previous passport applications and this

7   application from 2010 also included a copy of the name change;

8   did it not?

9   A.   Yes, it did.

10  Q.   And this was from 1990, some 20 years earlier.  Correct?

11  A.   Correct.

12  Q.   In other words, the applicant did not hide the fact that

13  his name had been changed.  Correct?

14  A.   Correct.

15  Q.   And throughout all of these 45 years of applications, the

16  dates of birth were the same.  Correct?

17  A.   Yes.

18  Q.   The places of birth were the same; were they not?

19  A.   Yes.

20  Q.   The Social Security numbers were the same?

21  A.   Correct.

22  Q.   And before you testified, you had an opportunity to review

23  these applications?

24  A.   Yes, I did.

25  Q.   And based on your review of these applications, there

 1  wasn't any false statement within these applications.  Correct?

 2  A.  Correct.

 3         MS. KANE:  Objection.  Speculation.

 4         THE COURT:  Sustained.

 5         Rephrase your question.

 6  BY MR. HOROWITZ:

 7  Q.  None of these applications were ever flagged for a false

 8  statement, were they?

 9  A.  No.

10  Q.  Now, Government's Exhibit 18-E was a lost passport

11  application; was it not?

12  A.  Yes.

13  Q.  What is a lost passport application?

14  A.  It's an application to replace a passport that was lost.

15  Q.  Is the application itself similar or different from an

16  application for a replacement of an expired passport?

17  A.  No.  The application is -- applications are to replace a

18  passport.  Yes.

19  Q.  Now, an American citizen, as you stated, could go to a

20  Passport Office here in the United States or some Post Offices

21  for a new passport or a renewal passport; can they not?

22  A.  Yes.

23  Q.  As a matter of fact, in this day and age, you can submit

24  your passport application almost on-line; can you not?

25  A.  Almost.

Tran - CROSS - By Mr. Horowitz                    58

1    Q.   Almost.  Except for the photographs.

2    A.   Okay.

3    Q.   And it is not unusual for an American citizen abroad to

4    renew their passport from outside the United States.  Correct?

5    A.   Yes.  That's correct.

6    Q.   And an American citizen is able to do that; are they not?

7    A.   Yes.

8    Q.   And the way they do that from outside the United States is

9    to go to the United States Embassy in that country?

10   A.   Correct.

11   Q.   The United States Embassy, which is also run by the State

12   Department, can renew a passport, for example, let's say, in

13   London; can they not?

14   A.   Yes.

15   Q.   And there are a couple of evidences within -- examples

16   within Government's Exhibit 18-A through -G where the passport

17   was renewed from outside the United States; was it not?

18   A.   Yes.

19   Q.   Nothing wrong with that, is there?

20   A.   Nothing.

21   Q.   Now, Government's Exhibit 18-E that is on the screen:  This

22   was the lost passport renewal; was it not?

23   A.   Yes.

24   Q.   Now, over the years, the application has changed; has it

25   not?

Tran - CROSS - By Mr. Horowitz                    59

```
 1    A.   Yes, it has.

 2    Q.   Some information is required and some information is no

 3    longer required?

 4    A.   That's correct.

 5    Q.   This application, which was from July 6th, 1990, asked the

 6    applicant in Paragraph 18 -- if you need me to zoom in, I'll be

 7    more than happy to.

 8         Paragraph 18 asks the applicants if the applicant has ever

 9    been married.

10         Do you see that?

11    A.   Yes.

12    Q.   That's no longer asked, is it?

13    A.   I don't believe so.  No.

14    Q.   But back in 1990, the applicants was asked whether he'd

15    ever been married?

16              MS. KANE:  Objection.  Relevance.

17              THE COURT:  Sustained.

18    BY MR. HOROWITZ:

19    Q.   Do you see Paragraph 18 of Government's Exhibit 18-E

20    already in evidence?  Do you see that?

21    A.   Yes.

22    Q.   And do you see the responses?

23    A.   Yes, I do.

24    Q.   Was that application ever flagged for any false statements?

25    A.   No.
```

Tran - CROSS - By Mr. Horowitz                    60

 1   Q.   In the adjudication box in the bottom portion of

 2   Government's Exhibit 18, back in 1990, did the examiner

 3   indicate that a certified copy of the name change had been

 4   provided?

 5   A.   Yes.   The box "Other" was checked and then the notation

 6   signifies that evidence of a name change was presented.

 7            MR. HOROWITZ:  May I have one moment, your Honor?

 8            THE COURT:  Yes.

 9   BY MR. HOROWITZ:

10   Q.   In addition to Government's Exhibit 18-A through -G, in any

11   of these applications, did you find any irregularities?

12   A.   No.   Nothing of significance.

13   Q.   And based on those applications, each one of these

14   passports was properly issued by the State Department?

15   A.   Yes.

16            MR. HOROWITZ:  No further questions.  Thank you, your

17   Honor.

18            THE COURT:  Redirect.

19            MS. KANE:  Nothing further, your Honor.  We ask that

20   this witness be released.

21            THE COURT:  Yes.

22            You may step down, sir.  You're released.

23            (Witness excused.)

24            THE COURT:  Call your next witness.

25            MS. KANE:  The United States calls Roger Altieri.

 1              THE COURT:  We're going to take a break.  I know you

 2    all had a break, but I need to give Lisa a break.

 3              Do not discuss this case either amongst yourselves or

 4    with anyone else.  Have no contact whatsoever with anyone

 5    associated with the trial.

 6              Do not read, listen or see anything touching on this

 7    matter in any way, including anything in the media, anything on

 8    the Internet or anything on any access device.

 9              If anyone should try to talk to you about this case,

10    you should immediately instruct them to stop and report it to

11    my staff.

12              You may leave your materials at your chairs.  Please

13    be back in the jury room in ten minutes.

14              (Whereupon, the jury exited the courtroom at

15    10:47 a.m. and the following proceedings were had:)

16              THE COURT:  We're in recess for ten.

17              (Thereupon a recess was taken, after which the

18    following proceedings were had:)

19              THE COURT:  We're back on United States of America

20    versus Matthew Andrew Carter, Case No. 11-20350.

21              Counsel, state your appearances, please, for the

22    record.

23              MS. MEDETIS:  Yes.  Good morning again, your Honor.

24              Maria Medetis and Bonnie Kane on behalf of the United

25    States.

```
 1            MR. HOROWITZ:  Good morning again, your Honor.

 2            Phil Horowitz, Stu Adelstein, on behalf of Matthew

 3   Carter, who's present before the Court, along with Reginald

 4   Hope.

 5            THE COURT:  The Government just filed their response

 6   to your motion for foreign witness depositions.

 7            I'm going to need you to file a reply by tomorrow,

 8   noon.

 9            MR. HOROWITZ:  Yes, your Honor.

10            THE COURT:  And attached to that reply I want a sealed

11   list of the witnesses you intend to call and a proffer of their

12   testimony.

13            MR. HOROWITZ:  Yes, your Honor.  I have listed the

14   witnesses within the motion and I will do --

15            THE COURT:  No.  No.  No.  Not the witnesses that you

16   want to depose.  Your other witnesses.  Mr. Adelstein informed

17   me yesterday that you had a week of witnesses to present.

18            MR. HOROWITZ:  Yes, your Honor.

19            THE COURT:  So I need to know the other witnesses,

20   other than the foreign deposition witnesses, and a proffer of

21   their testimony.

22            MR. HOROWITZ:  Yes, your Honor.

23            THE COURT:  Let's bring the jurors in, please.

24            MR. HOROWITZ:  Judge, if I may, just for clarification

25   purposes, the defense witness list:  Is that going to be
```

1   *ex parte* or a copy to the Government?

2          THE COURT:  No.  No.  No.  I said a sealed pleading

3   filed for me to look at --

4          MR. HOROWITZ:  Yes, your Honor.

5          THE COURT:  -- that details what witnesses you're

6   calling and a complete proffer of their testimony.

7          MR. HOROWITZ:  Yes, your Honor.

8          THE COURT:  Let's bring in the jurors, please.

9          MR. HOROWITZ:  Judge, I also have the waiver for

10   Mr. Carter, which I will attach to the reply.  I just don't

11   have the ability --

12          THE COURT:  No.  You need to file that today by noon.

13          MR. HOROWITZ:  I have it.  I just don't have the

14   ability to scan it.  Can I give it to Patricia?

15          THE COURT:  You can hand it up and we'll handle that.

16          MR. HOROWITZ:  Thank you, Judge.

17          (Whereupon, the jury entered the courtroom at

18   11:11 a.m. and the following proceedings were had:)

19          THE COURT:  You may be seated.

20          Call your next witness.

21          MS. KANE:  The United States calls Roger Altieri.

22           ROGER ALTIERI, GOVERNMENT WITNESS, SWORN

23          THE COURTROOM DEPUTY:  Thank you.  You may be seated.

24          Please state your name and give the spelling of the

25   last name.

Altieri - DIRECT - By Ms. Kane                64

1          THE WITNESS:  My name is Roger Altieri.  Last name is

2   A-l-t-i-e-r-i.

3                    DIRECT EXAMINATION

4   BY MS. KANE:

5   Q.  Good morning.

6   A.  Good morning.

7   Q.  Good morning, Mr. Altieri.

8   A.  Good morning.

9   Q.  Where are you from?

10  A.  Haiti.

11  Q.  How many languages can you speak and read, Mr. Altieri?

12  A.  Three.

13  Q.  What --

14  A.  English, French and Creole.

15  Q.  Where did you learn Creole?

16  A.  In Haiti.  I lived in Haiti.  I'm from Haiti.

17  Q.  And where did you learn French?

18  A.  In school.  I went to school in Haiti.

19          THE COURT:  You're going to have to keep your voice

20  up, sir, please.

21          THE WITNESS:  I went to school in Haiti.  I graduated

22  high school in Haiti.  So I learned Creole -- well, French and

23  English.

24  BY MS. KANE:

25  Q.  Did you learn French in high school?

Altieri - DIRECT - By Ms. Kane                65

1  A.   Yes.

2  Q.   Where did you learn English?

3  A.   In high school.  And then I moved here and went to college

4  here.

5  Q.   And by "here" where do you mean?

6  A.   I went to school locally here in Miami-Dade.

7  Q.   Are you employed, Mr. Altieri?

8  A.   Yes, I am.

9  Q.   Where are you employed?

10 A.   Actually, I'm employed at the Immigration in Haiti, which

11 is the direction of immigration, which fall under the Ministry

12 of Interior in Haiti.

13 Q.   What is your position at Haitian Immigration?

14 A.   I'm the inspector general at Immigration.

15 Q.   How long have you held this position?

16 A.   Since June, 2012.

17 Q.   What are your duties and responsibilities as inspector

18 general?

19 A.   Well, as inspector general, I oversee and supervise the

20 operation of the daily functioning of the -- the different

21 operation at the different port of entry.

22 Q.   What ports of entry are there to Haiti?

23 A.   You have the port, the airport and seaport.

24 Q.   Okay.  Is there a land border as well?

25 A.   Say again?

Altieri - DIRECT - By Ms. Kane                    66

```
 1    Q.   Is there a land border as well?

 2    A.   Yes.  We have four legal port of entries at the border

 3    between Haiti and the Dominican Republic.

 4    Q.   Have you had any prior positions working for the Haitian

 5    Government?

 6    A.   Yes.  Back in 2004, I used to be the supervisor general at

 7    Immigration, which oversees the operation at the airport --

 8    Port-au-Prince International Airport, the seaport and one port

 9    of entry at Malpasse, which is the border of -- that we share

10    with the Dominican Republic.

11    Q.   Would you please spell Malpasse.

12    A.   M-a-l-p-a-s-s-e.

13    Q.   As supervisor general at the airport in Port-au-Prince,

14    what were your duties and responsibilities?

15    A.   It's the operation and you do fraud detection, fraud --

16    document fraud.  You have operating procedures for the

17    inspectors that works at the airport.

18    Q.   Who did you supervise at the airport?

19    A.   Inspectors that work at the port of entry.

20    Q.   What do inspectors do at that port of entry, the

21    Port-au-Prince airport?

22    A.   Some of the duties is to deter fraudulent documents,

23    illegal entries, verify that the traveler is not on a watch

24    list through operating procedures that we have.

25    Q.   In addition to your Government positions, what other
```

Altieri - DIRECT - By Ms. Kane                67

1    airport-related employment have you had?

2    A.   I did work for TSA in 2002, 2003, here in Miami.

3    Q.   What is TSA?

4    A.   It's the Transportation Security Administration.

5    Q.   What did you do for TSA?

6    A.   I was a screener over there.

7    Q.   Where were you a screener?

8    A.   At Miami International Airport.

9    Q.   While you were in Haiti, did you have any other

10   airport-related employment?

11   A.   Yes.  I did work as a security coordinator for American

12   Airlines.

13   Q.   While you were a security coordinator for American

14   Airlines, what travel documents did you have to review?

15   A.   Passports, green cards from the United States and other

16   travel documents from other countries.

17   Q.   In your current and past Government positions, have you had

18   training and experience in the immigration procedures for

19   individuals entering and leaving Haiti?

20   A.   Yes.

21   Q.   And, in general, what procedures are followed when an

22   individual enters an airport in Haiti?

23   A.   Immigration is the first Government entity that you go

24   through.  They do the inspection for -- examine documents that

25   you're traveling with, traveling documents.

Altieri - DIRECT - By Ms. Kane                    68

1   Q.   And who works at Immigration at the airport in

2   Port-au-Prince?

3   A.   Inspectors.  You have the inspectors that does that at the

4   airport.

5   Q.   And what travel documents do inspectors examine at the

6   airport in Port-au-Prince?

7   A.   It's the passport.  Most common is the passport.

8   Q.   After inspectors review the passport when an individual

9   comes to Immigration, what does the inspector do next?

10  A.   Once you're clear to go, they stamp your passport with --

11  which is a color-coded stamp that is in your passport.

12  Q.   And when you say that the person is cleared to go, what do

13  you mean by that?

14  A.   Well, after you verify that the person is not on a watch

15  list on our -- for law enforcement and there's any issues, the

16  person is admitted by stamping the passport and the immigration

17  form that is provided to the passenger.

18  Q.   And, in general, would you please describe the immigration

19  stamp that is currently used by inspectors -- Haitian

20  inspectors when an individual enters Haiti.  What does that

21  stamp look like?

22  A.   Sorry.  It would be a rectangular shape, color code.  When

23  I mean "color code," when you admit into Haiti, the stamp is

24  red.

25  Q.   Okay.

Altieri - DIRECT - By Ms. Kane                    69

 1    A.   And when you leave, it's blue.

 2    Q.   Okay.  Has the entry stamp for Haiti changed over time?

 3    A.   Yes.

 4    Q.   And based upon your training and experience, are you

 5    familiar with how the Haitian entry stamp appeared in the past?

 6    A.   Yes.

 7    Q.   What has not changed about the Haitian entry stamp?

 8    A.   The color code information, some information in the point

 9    of entry and the coat of arms.

10    Q.   And what color code has not changed for entry stamps?

11    A.   It is red for entry and blue for exiting.

12    Q.   In general, what procedures are followed when an individual

13    leaves Haiti at an airport?

14    A.   Once the passenger checked with the airline, they go to

15    Immigration, which, again, checks the system to see if there's

16    any indication to stop the person or to -- when the person is

17    cleared, then you -- the passport is stamped again with a blue

18    stamp.

19    Q.   Could you please describe what the Haitian exit stamp

20    currently looks like.

21    A.   It's a rectangular shape.

22    Q.   What color is it?

23    A.   Blue.  Blue, rectangular shape.

24    Q.   Has the Haitian exit stamp changed over time?

25    A.   Yes.

Altieri - DIRECT - By Ms. Kane                    70

1    Q.   Based on your training and experience, are you familiar

2    with how the Haitian exit stamp has looked over time?

3    A.   Yes.

4    Q.   What has not changed about the Haitian exit stamp?

5    A.   The color.

6    Q.   And what color is that?

7    A.   Blue.

8            MS. KANE:  Your Honor, permission to approach?

9            THE COURT:  Yes.

10   BY MS. KANE:

11   Q.   Mr. Altieri, I'm showing you what has previously been

12   admitted as Government's Exhibits 20, 34, 35 and 36.

13       Please take a moment to look at them.

14   A.   Yes.

15   Q.   Do you recognize these passports?

16   A.   Yes.

17   Q.   Have you reviewed these passports before?

18   A.   Yes, I did.

19   Q.   Based upon your prior review and your training and

20   experience, did you find Haitian immigration stamps in each of

21   Government's Exhibits 20, 34, 35 and 36?

22   A.   Yes, I did.

23   Q.   And just approximately, how many Haitian immigration stamps

24   did you find in these passports?

25   A.   If I recall, about -- between 70 to 80 stamps.

```
 1   Q.   I'm sorry?

 2   A.   Between 70 and 80.

 3          MS. KANE:   I'm now showing defense counsel what has

 4   previously been marked for identification as Government's

 5   Exhibit 73.

 6          Permission to approach, your Honor?

 7          THE COURT:   You may.

 8   BY MS. KANE:

 9   Q.   Mr. Altieri, I've just shown you what has previously been

10   marked for identification as Government's Exhibit 73.

11        Do you recognize that?

12   A.   Yes.

13   Q.   How do you recognize that?

14   A.   It's a list that I've made based on -- upon examination of

15   the different passports --

16   Q.   So --

17   A.   -- for entry in --

18   Q.   Did you prepare this list?

19   A.   Say again.

20   Q.   I'm sorry.

21        Did you prepare this list?

22   A.   Yes, I did.

23   Q.   And is it prepared based on your review of the passports

24   that are Government's Exhibits 20, 34, 35 and 36?

25   A.   Yes.
```

Altieri - DIRECT - By Ms. Kane                    72

1    Q.   Does this exhibit include every Haitian immigration stamp

2    that you identified in these passports?

3    A.   No.

4    Q.   And why is that?

5    A.   There are a few stamps that I was not able to identify the

6    dates and some of the information.

7    Q.   Were some of the dates not readable?

8    A.   Yes.

9    Q.   In general, what type of information is included in your

10   list for each Haitian immigration stamp that you were able to

11   identify and read?

12   A.   That would be the date of the -- the passport was stamped,

13   if it was an entry or exit, the passport number, the name in

14   the passport and the page.

15   Q.   And based on the year only, what is the date range of the

16   Haitian immigration stamps that you found in these four

17   passports?

18   A.   From 1982 to 2011, I believe.  2011.

19   Q.   Mr. Altieri, does Government's Exhibit 73 fairly and

20   accurately summarize the Haitian immigration stamps that you

21   were able to identify and these four passports, Government's

22   Exhibits 20, 34, 35 and 36?

23   A.   Yes.

24            MS. KANE:  Your Honor, at this time I would move to

25   admit Government's Exhibit 73.

Altieri - DIRECT - By Ms. Kane                    73

1              THE COURT:  It will be admitted as Government's

2    Exhibit 73.

3              (Whereupon, Government's Exhibit No. 73 was entered

4    into evidence.)

5              MS. KANE:  Your Honor, may I have permission to

6    publish from the overhead camera?

7              THE COURT:  You may.

8              MS. KANE:  Permission to approach, your Honor?

9              THE COURT:  You may.

10   BY MS. KANE:

11   Q.  Mr. Altieri, could you shift the document slightly to the

12   right so it's centered on the screen.  Thank you.

13        Directing your attention to the top of this exhibit, how

14   many Haitian immigration stamps did you find for 1982?

15   A.  That would be five.

16   Q.  What is the number of the passport in which you found these

17   stamps?

18   A.  That would be Passport No. J, as in "Julia," 1175477.

19   Q.  And what was the name of the passport -- what was the name

20   in the passport?

21   A.  William Charles Harcourt.

22   Q.  Mr. Altieri, would you turn the page to the next page,

23   Page 2.  And would you please direct your attention to the

24   October 2nd, 2001, stamp.

25        Would you please highlight that row.

1   A.   (Witness complies.)

2   Q.   Thank you.

3        What does this stamp indicate regarding Matthew Andrew

4   Carter's travel on that date?

5   A.   It indicated that Mr. Carter entered Haiti on October 2nd,

6   with Passport No. 701794597.

7   Q.   And what -- in what year did he enter on October 2nd?

8   A.   Yes.

9   Q.   What year?

10  A.   It's October 2nd, 2001.

11  Q.   Would you now please direct your attention to the stamp for

12  October 30th, 2003.

13  A.   Yes.

14  Q.   Would you please highlight that.

15  A.   (Witness complies.)

16  Q.   Thank you.

17       Would you now move that up slightly so we can see it on the

18  screen.

19  A.   Yes.

20  Q.   Thank you.

21       What does this stamp indicate regarding Matthew Andrew

22  Carter's travel?

23  A.   That Mr. Carter entered Haiti on October 30th, 2003, with

24  Passport No. 701794597.

25  Q.   Directing your attention just a little bit further down to

Altieri - DIRECT - By Ms. Kane                    75

 1   the stamp for November 27th, 2004, would you please highlight

 2   that row.

 3   A.   (Witness complies.)

 4   Q.   What does this stamp indicate regarding Matthew Andrew

 5   Carter's travel on that date?

 6   A.   Mr. Carter entered Haiti on November 27th, 2004, with

 7   Passport No. 701794597.

 8   Q.   Directing your attention to the bottom of this page, would

 9   you please highlight the stamp for February 27th, 2006.

10   A.   (Witness complies.)

11   Q.   What does this stamp indicate regarding Mr. Matthew Andrew

12   Carter's travel on that date?

13   A.   That Mr. Matthew Carter entered Haiti with Passport

14   No. 701794597.

15   Q.   Turning to the next page of that exhibit, would you please

16   direct your attention to the stamp for September 15th, 2009,

17   and highlight that row.

18   A.   (Witness complies.)

19   Q.   What does this stamp indicate regarding Mr. Carter's

20   travel?

21   A.   That Mr. Matthew Carter entered Haiti on September 15th,

22   2009, with Passport No. 701794597.

23   Q.   And in what passport -- excuse me.

24        In what passport are these five Haitian immigration stamps

25   that you highlighted from your summary?

Altieri - DIRECT - By Ms. Kane                76

```
 1    A.   Say that again.
 2    Q.   What is the passport number in which these five stamps were
 3    located?
 4    A.   Oh.  Passport No. 701794597.
 5              MS. KANE:  Your Honor, permission to publish the ELMO
 6    what has previously been admitted as Government's Exhibit 36?
 7              THE COURT:  You may.
 8              MS. KANE:  Your Honor, may I do so from the ELMO?
 9              THE COURT:  Yes.
10              MS. KANE:  Thank you.
11              THE COURT:  Sorry.
12    BY MS. KANE:
13    Q.   Mr. Altieri, I'm showing you again what has previously been
14    admitted as Government's Exhibit 36.
15         Whose passport is this?
16    A.   This passport belonging to Mr. Matthew Andrew Carter.
17    Q.   And what is the passport number?
18    A.   701794597.
19    Q.   Is this a passport in which these five Haitian immigration
20    stamps that you highlighted -- is this the passport in which
21    they were located?
22    A.   Yes.  Yes, ma'am.
23    Q.   And based on your summary, on what page of this passport is
24    the Haitian entry stamp for October 2nd, 2001?
25    A.   That would be on Page 11.
```

1    Q.   I'm now showing you Page 11 from Government's Exhibit 36.

2         Using the touch screen that's in front of you, Mr. Altieri,

3    would you please circle the stamp for October 2nd, 2001.

4    A.   On your lower right here.

5    Q.   What color is this stamp?

6    A.   There's a signature on there.

7    Q.   Can you tell the color of the stamp underneath it.

8    A.   It's a red stamp.

9    Q.   And just, again, what does the red color of the stamp

10   indicate?

11   A.   That's the color code we use for entry.

12   Q.   And based upon this stamp, can you read where Matthew

13   Andrew Carter entered Haiti.

14   A.   Yes.  It's International Airport of Port-au-Prince.

15   Q.   Based on your summary, on what page of this passport is the

16   Haitian entry stamp for October 30th, 2003?

17   A.   That would be on Page C.

18   Q.   I'm now showing you Page C from Government's Exhibit 36.

19        Using your touch screen, would you please circle the stamp

20   for October 30th, 2003.

21   A.   Lower left here.

22   Q.   What color is this stamp?

23   A.   Red.

24   Q.   And what is the port of entry for Mr. Carter on this date?

25   A.   That would be Port-au-Prince International Airport.

Altieri - DIRECT - By Ms. Kane                78

```
 1   Q.   Directing your attention to the right side of this stamp,
 2   what does the notation "MI CT" mean?
 3   A.   That's the -- for the Ministry of Interior and -- in
 4   French, it means Ministere de I'interieur et des Collectivittes
 5   Territoriales.
 6   Q.   And what --
 7   A.   That would be Ministry of Interior and Territorial
 8   Communities.
 9   Q.   Based on your summary, on what page of this passport is the
10   Haitian entry stamp for November 7th, 2004?
11   A.   That would be found on Page J, "Julia."
12   Q.   I'm now showing you Page J from Government's Exhibit 36.
13        Would you please circle on the touch screen the stamp for
14   November 27th, 2004.
15   A.   (Witness complies.)
16   Q.   What color is this stamp?
17   A.   Red.
18   Q.   And at what port of entry did Mr. Carter enter Haiti on
19   November 27th, 2004?
20   A.   Port-au-Prince International Airport.
21   Q.   Based on your summary, on what page of this passport is the
22   Haitian entry stamp for February 27th, 2006?
23   A.   That would be Page F.
24   Q.   I'm now showing you Page F from this passport.
25        Would you please, using your touch screen, circle the stamp
```

Altieri - DIRECT - By Ms. Kane                    79

```
 1   for February 27th, 2006.

 2   A.   (Witness complies.)

 3   Q.   What color is this passport stamp?

 4   A.   It's a red stamp.

 5   Q.   And at what port of entry did Mr. Carter enter Haiti on

 6   February 27th, 2006?

 7   A.   That would be Port-au-Prince International Airport.

 8   Q.   Based on your summary, on what page of this passport is the

 9   Haitian entry stamp for September 15th, 2009?

10   A.   That would be found on Page K.

11   Q.   I'm now showing you Page K from Government's Exhibit 36.

12        Using your touch screen, would you please circle the stamp

13   for September 15th, 2009.

14   A.   (Witness complies.)

15   Q.   What color is this stamp?

16   A.   It's a red stamp.

17   Q.   At what port of entry did Mr. Carter enter Haiti on

18   September 15th, 2009?

19   A.   That would be Port-au-Prince International Airport.

20             MS. KANE:  Your Honor, permission to approach?

21             THE COURT:  You may.

22   BY MS. KANE:

23   Q.   Mr. Altieri, I'm showing you what has previously been

24   admitted as Government's Exhibit 74.  Would you take a look at

25   that.
```

Altieri - DIRECT - By Ms. Kane                    80

1        Do you recognize this?

2   A.   Yes.

3   Q.   Have you reviewed this passport before?

4   A.   Yes, I have.

5   Q.   Based on your review of this passport, are there Haitian

6   immigration stamps in this passport?

7   A.   Yes, there are.

8            MS. KANE:  Permission to publish on the ELMO what has

9   previously been admitted as Government's Exhibit 74?

10           THE COURT:  You may.

11  BY MS. KANE:

12  Q.   Mr. Altieri, can you read that?

13  A.   Yes.

14  Q.   Whose passport is this?

15  A.   It's the passport belonging to Mrs. Janet Lee Knox.

16  Q.   And can you see here, what is the date of issuance for this

17  passport?

18  A.   That would be 15 March, 2001.

19  Q.   And when did this passport expire?

20  A.   14 March, 2011.

21  Q.   I'm now showing you Page 8 from Government's Exhibit 74.

22       How many Haitian immigration stamps are on this page?

23  A.   Four.

24  Q.   And directing your attention to the stamp in the bottom

25  left corner, what is the date of this stamp?

Altieri - CROSS - By Mr. Horowitz          81

1   A.   That would be October 30th, 2003.

2   Q.   And based on this stamp, what was Ms. Knox's travel -- did

3   Ms. Knox enter Haiti or exit Haiti on October 30th, 2003?

4   A.   That would be an entry stamp.  She was admitted into Haiti

5   on October 30th, 2003.

6   Q.   I'm now showing you again Government's Exhibit 73 on

7   Page 2.

8       And did Mr. Carter also have a Haitian immigration stamp

9   for October 30th, 2003?

10  A.   Yes.

11  Q.   And what did that stamp indicate?

12  A.   That Mr. Carter entered Haiti on October 30th, 2003.

13  Q.   So did Mr. Carter and Ms. Knox both enter Haiti on

14  October 30th, 2003?

15  A.   That would be correct.

16          MS. KANE:  The United States tenders this witness,

17  your Honor.

18          THE COURT:  Cross-examination.

19                       CROSS-EXAMINATION

20  BY MR. HOROWITZ:

21  Q.   Good morning, Mr. Inspector General.  How are you?

22  A.   Good morning, sir.  I'm fine.  Thank you.

23  Q.   Sir, the summary that you compiled --

24  A.   Yes.

25  Q.   -- you did this based on information given to you by the

Altieri - CROSS - By Mr. Horowitz                      82

1    United States Government; did you not?

2    A.   No.  I did it based on examining the passports that I

3    was -- that were provided to me.

4    Q.   And who provided you with the passports?

5    A.   The passport.  Yes.

6    Q.   The prosecutors.  Correct?

7    A.   Yes.

8    Q.   Did you check any databases of records within Haiti?

9    A.   I did the examination with the passport.

10   Q.   Passports only?

11   A.   Yes.

12   Q.   Now, when someone comes into Haiti, they need to fill out

13   certain documents before they're admitted into the country; are

14   they not?

15   A.   Yes, sir.

16   Q.   There are two forms.

17        One is for Customs; is it not?

18   A.   Yes.

19   Q.   And one is for immigration purposes; is it not?

20   A.   Yes.

21   Q.   And that form -- I believe it's a green form now?

22   A.   Yes.  The one for immigration, yes.

23   Q.   That green form for immigration is what is used by the

24   Haitian immigration authorities to determine whether someone is

25   admitted into the country together with the passport.  Correct?

Altieri - CROSS - By Mr. Horowitz                      83

 1    A.   Yes.

 2    Q.   And were you asked to bring any of those forms to court

 3    with you today?

 4    A.   No.

 5    Q.   And those forms are not filled out by the Haitian

 6    immigration officials.  Those forms are filled out by the

 7    person seeking admission into Haiti.  Correct?

 8    A.   Correct.

 9    Q.   And within your summary chart, Government's Exhibit 73,

10    there are 30 or 40 admissions into Haiti; are there not?

11    A.   I don't recall the exact number.

12    Q.   Without giving us the exact number, there are numerous.

13    Correct?

14    A.   Yes.

15    Q.   And you don't have any of those forms, do you?

16    A.   No, I don't.

17    Q.   Were you asked to search for those forms?

18    A.   No.

19    Q.   Now, the green form that we talked about is -- it's a

20    two-part form for entry and exit.  Correct?

21    A.   Well, yes.  It's for foreigners.  When you get to Haiti,

22    you fill out the form.  And the bottom part remain with the

23    traveler.

24    Q.   And, to your knowledge, as far as Haiti is concerned,

25    Mr. Carter, who is in these passports, is considered a

Altieri - CROSS - By Mr. Horowitz          84

1   foreigner when he's coming into Haiti.  Correct?

2   A.  Yes.

3   Q.  And the green form that we talked about was for entry and

4   there's a small portion that detaches from that form for exit.

5   Correct?

6   A.  Yes.

7   Q.  That is also filled out by the person seeking entry or

8   seeking to leave Haiti; is it not?

9   A.  Yes.

10  Q.  And that portion that's detached from the immigration form

11  is presented to Haitian immigration officials upon exit; is it

12  not?

13  A.  Yes.

14  Q.  Do you have any of those forms with you regarding

15  Mr. Carter?

16  A.  No, I don't.

17  Q.  You were asked to examine the red stamps and the blue

18  stamps within those passports; were you not?

19  A.  Yes.

20  Q.  The red stamps and the blue stamps within those passports

21  does not contain the purpose of the visit, does it?

22  A.  Say that again.

23          MS. KANE:  Objection.  Relevance.

24          THE COURT:  Sustained.

25          Rephrase your question.

```
 1    BY MR. HOROWITZ:

 2    Q.   You've testified that the red stamp is for entry into

 3    Haiti; is it not?

 4    A.   That's the color code we use for admitting passengers into

 5    the country.  Yes.

 6    Q.   That red stamp does not contain the purpose of the visit?

 7             MS. KANE:  Objection.  Relevance.  Objection.  Outside

 8    the scope.

 9             THE COURT:  Overruled.

10    BY MR. HOROWITZ:

11    Q.   You may answer.

12    A.   Can you rephrase the question for me again.

13    Q.   Sure.

14         Showing you Government's Exhibit 36, do you see the page

15    that has the red stamp and the blue stamp?

16    A.   Yes.

17    Q.   And that is Page 9 of that passport.

18         Using that for example, the red stamp, it says on the

19    bottom "entree."  That's the entry stamp.  Correct?

20    A.   Yes.

21    Q.   And Mr. Carter at that time in July of 2001 was approved

22    entry into Haiti; was he not?

23    A.   He was admitted into Haiti.  Yes.

24    Q.   And on those immigration forms, he would have to declare

25    what the purpose of his visit was.  Correct?
```

Altieri - REDIRECT - By Ms. Kane                    86

1    A.   No.   You fill out the form.   You give the biographical

2    information and you are admitted.

3    Q.   But the red stamp does not contain the purpose of his

4    visit, does it?

5    A.   It does not.

6    Q.   And that goes for the red stamp not just that I've shown

7    you, but all the red stamps you've analyzed within your chart.

8    Correct?

9    A.   Correct.

10             MR. HOROWITZ:   May I have one moment, your Honor?

11             No further questions.   Thank you.

12             THE COURT:   Redirect.

13                         REDIRECT EXAMINATION

14   BY MS. KANE:

15   Q.   Mr. Altieri, on cross-examination, you were asked about the

16   cards -- the green cards that individuals must complete when

17   entering the country.

18        When an individual enters Haiti and present themselves to

19   immigration, do individuals show these green cards to

20   immigration?

21   A.   They present the green card to immigration.   That's the

22   form that they fill out prior to arriving in Haiti, and they

23   submit it to the immigration inspector.   Yes.

24   Q.   So prior to admitting an individual to Haiti, do the

25   passport inspectors review that green form?

Altieri - REDIRECT - By Ms. Kane                    87

1    A.   Prior to arrival?  No.

2    Q.   Prior to admitting.

3    A.   Yes.  Yes.

4    Q.   And after reviewing that green card, that form, is that

5    when the individual's passport is then stamped to admit that

6    person to Haiti?

7              MR. HOROWITZ:  Objection.

8              THE WITNESS:  Yes.

9              THE COURT:  Sustained.

10             Rephrase your question.

11   BY MS. KANE:

12   Q.   When -- after reviewing the green card upon entry into

13   Haiti, this green card, when do passport inspectors stamp the

14   individual's passport?

15   A.   Upon examining the passport.  And they verify the

16   information that's requested in the form and then they stamp

17   the form and the passport.

18   Q.   In order to determine whether or not Mr. Carter entered

19   Haiti on October 2nd, 2001; October 30th, 2003; November 37th,

20   2004; February 27th, 2006; and September 15th, 2009, do you

21   need to see these green cards?

22             MR. HOROWITZ:  Objection to the form of the question.

23             THE COURT:  It's compound.  Rephrase your question.

24             Sustained.

25

 1    BY MS. KANE:

 2    Q.   Do you need the green immigration cards, these green cards,

 3    Mr. Altieri, to verify that the holder of the passport,

 4    Government's Exhibit 36, entered Haiti on the dates that we

 5    have discussed?

 6    A.   Do I need it to determine?  Well, it can be done with the

 7    passport or the --

 8              MR. HOROWITZ:  Objection as to what could be done.

 9    Calls for speculation.

10              THE COURT:  Overruled.

11    BY MS. KANE:

12    Q.   Were you able to determine whether or not Mr. Carter

13    entered Haiti on these dates based upon his passport alone?

14    A.   Yes.

15    Q.   On these green immigration forms, do individuals ever lie

16    about their purpose for entering Haiti?

17              MR. HOROWITZ:  Objection to the form.  Speculation.

18              THE COURT:  Sustained.

19    BY MS. KANE:

20    Q.   On these green immigration forms that individuals complete

21    when entering Haiti, what type of information do people include

22    regarding their purposes for entering Haiti?

23    A.   The information provided in the form?  That would be the

24    name, address, date of birth, place of birth, purpose of the

25    visit.  That would be stated in the form.

W. Xxxxxxxx - DIRECT - By Ms. Medetis          89

 1   Q.   And for the purpose of the visit, what steps are taken by

 2   Haitian immigration to confirm whether or not the purpose

 3   stated is, in fact, true?

 4   A.   At that time, there's nothing.  I mean, we just collect the

 5   information.

 6           MS. KANE:  We have nothing further, your Honor, for

 7   this witness.  We ask that he be released.

 8           THE COURT:  You may step down, sir.  You're released.

 9           (Witness excused.)

10           THE COURT:  Call your next witness.

11           MS. MEDETIS:  Your Honor, the Government calls Wadley

12   Xxxxxxxx.

13           WADLEY XXXXXXXX, GOVERNMENT WITNESS, SWORN

14           THE COURT REPORTER:  Please state your name for the

15   record.

16           THE WITNESS:  Xxxxxxxx, Wadley.

17           MS. MEDETIS:  May I proceed, your Honor?

18           THE COURT:  Yes.

19           MS. MEDETIS:  Permission to approach to adjust the

20   microphone for the witness.

21           THE COURT:  Yes.

22                     DIRECT EXAMINATION

23   BY MS. MEDETIS:

24   Q.   Good morning.

25   A.   Good morning.

W. Xxxxxxxx - DIRECT - By Ms. Medetis          90

 1              THE COURT:  You're going to have to keep your voice

 2    up, sir.

 3              Maybe move the microphone a little closer to him if he

 4    has a soft voice.

 5    BY MS. MEDETIS:

 6    Q.   Good morning.

 7    A.   Good morning.

 8    Q.   May I call you Wadley?

 9    A.   Yes.

10    Q.   Wadley, I'm going to ask you to speak into the microphone

11    so that everybody in the courtroom can hear what you're saying.

12    Okay?

13    A.   Yes.

14    Q.   Wadley, where are you from?

15    A.   Haiti.

16    Q.   And where were you born?

17    A.   I was born in Delma.

18    Q.   And what's your date of birth?

19    A.   I was born on December 8th, 1988.

20    Q.   And can you tell us a little bit about your family.  Are

21    your parents living?

22    A.   Yes.  They are alive.

23    Q.   And where do they live?

24    A.   They live in Croix des Bouquets at Santo.

25    Q.   Do you have any brothers or sisters?

1    A.   Yes.

2    Q.   How many brothers and/or sisters do you have?

3    A.   I have a younger brother and four sisters.

4    Q.   Are your sisters older than you or younger than you?

5    A.   There's one that is older than me and the others are

6    younger than me.

7    Q.   And where did you grow up in Haiti?

8    A.   At Santo, Santo 14.

9    Q.   How old are you now, Wadley?

10   A.   I am 24 years old.

11   Q.   Wadley, do you know someone by the name of Matthew Andrew

12   Carter?

13   A.   Yes.  I know him.

14   Q.   Do you see him in the courtroom today?

15   A.   Yes.  He's here.

16   Q.   Could you please point to him and describe what he's

17   wearing.

18   A.   He's sitting over there with a light cream, white shirt.

19        MS. MEDETIS:  If the record could reflect that the

20   witness has identified the Defendant, Matthew Andrew Carter.

21        THE COURT:  It will so reflect.

22   BY MS. MEDETIS:

23   Q.   Do you know a man named Bill Carter?

24   A.   Yes.  Bill Carter.  Yes.

25   Q.   Is he in the courtroom today?

1    A.   Yes.  He's here.

2    Q.   Could you point to him and describe what he's wearing,

3    please.

4    A.   Yes.  He has a pale, light, cream -- pale shirt on.

5         MS. MEDETIS:  Your Honor, if the record could reflect

6    the witness as having identified the Defendant as Bill Carter.

7         THE COURT:  It will so reflect.

8    BY MS. MEDETIS:

9    Q.   Wadley, when did you first meet the Defendant?  What year?

10   A.   Before 2003.

11   Q.   How did you meet the Defendant?

12   A.   I met him through a friend who went to school with me.

13   Q.   What was your friend's name?

14   A.   Peterson Xxxxxx.

15   Q.   And how did you meet the Defendant through Peterson Xxxxxx?

16   Could you describe that for the ladies and gentlemen of the

17   jury.

18   A.   Is it all right for me to take my time and tell you how I

19   met him?

20   Q.   Sure.  Let me ask a more specific question.

21        Where did you meet him?

22   A.   At the center.  At his house.

23   Q.   Where was the center located?

24   A.   At Santo 14.

25   Q.   And did the center have a name?

1    A.   Yes.  It had a name.

2    Q.   And do you recall when you visited the center the first

3    time?

4    A.   January.  January, 2003.

5    Q.   Can you tell us about the first time that you visited the

6    center in January, 2003.

7    A.   Yes.  Peterson had invited me for an end-of-the-year

8    Christmas party.

9    Q.   And where was the Christmas party going to be held?

10   A.   At his house.

11   Q.   At the Defendant's house?

12   A.   Yes.

13   Q.   And what happened next after Peterson invited you to this

14   party?

15   A.   I didn't have an opportunity to go to the party.  After the

16   Christmas holidays, then I went back to school.  There was a

17   small break for vacation for Christmas.

18        And Peterson said, "Why didn't you come to the party?"

19        I said that I was taking care of other things and I didn't

20   have a chance to tell me mother about that.

21        He says that that was --

22            MR. ADELSTEIN:  Objection.  Hearsay.

23            MS. MEDETIS:  Your Honor, effect on the listener,

24   background.

25            THE COURT:  I'm sorry?

1          MS. MEDETIS:  We would elicit that for effect on the

2    listener and background as to how he visited the center for the

3    first time.

4          THE COURT:  Ask your next question.

5          Sustained.

6    BY MS. MEDETIS:

7    Q.  Without telling us what Peterson said, did there come a

8    time when you went to the center?

9    A.  We were in the same class, the same grade.  He had invited

10   me for Christmas and I didn't go.  And that's what I was

11   telling you.

12   Q.  And you're not allowed to tell us what other people said.

13        So without telling us what Peterson told you, would you

14   please tell us if you ended up visiting the center after the

15   Christmas break.

16   A.  That's what I was trying to tell you.

17   Q.  Okay.  Go ahead.

18          THE COURT:  One moment.

19          Ask your next question, please.

20   BY MS. MEDETIS:

21   Q.  When did you visit the center after the school break?

22   A.  I don't know the exact day, but it was the first week of

23   January.

24   Q.  What year?

25   A.  2003.

W. Xxxxxxxx - DIRECT - By Ms. Medetis          95

1   Q.   And what was the visit like?

2   A.   So I went after school because my mom didn't even know I

3   was going because -- after knowing that I had a gift still

4   there from Peterson.  So I said -- I went after school.

5   Q.   What was the center like when you visited?

6   A.   I saw there was many boys.  I didn't know them personally,

7   but I've seen them around in the street because I lived in the

8   neighborhood.  I lived in the area at Santo 14.

9   Q.   And what did the Morning Star at Santo 14 look like?  Could

10  you describe the building to us.

11  A.   It was a two-story house with a basketball court.  There

12  was two, three rooms in the back.  There was a kitchen.  And

13  there was a bathroom where people shower.

14  Q.   You had said something, Wadley, about a gift.

15       Did you receive a gift when you went there for the first

16  time in January of 2003?

17  A.   Yes.  I found the gift.

18  Q.   Who gave you the gift?

19  A.   He sent someone to get my gift for me.

20  Q.   Who is "he"?

21  A.   I didn't know which one of the boys he sent.  I -- they

22  gave me the gift.  He gave me the gift.  And then, after that,

23  I knew I was wasn't going to stay long because Peterson told

24  me --

25            MR. ADELSTEIN:  Objection.

W. Xxxxxxxx - DIRECT - By Ms. Medetis          96

```
 1            THE COURT:  Sustained.
 2   BY MS. MEDETIS:
 3   Q.   Who was the gift from?
 4   A.   Bill Carter gave me the gift.
 5   Q.   And what was the gift?  Do you remember?
 6   A.   It was a package with shampoo, soap, socks --
 7   Q.   That day --
 8   A.   -- other things.
 9   Q.   And that day, when you first met the Defendant, how did he
10   treat you?
11   A.   He was laughing.  He showed me that he was happy to meet
12   me, that he was happy that I was there.
13   Q.   Did there ever come a time when the Defendant invited you
14   to sleep at the Morning Star?
15   A.   Yes.  He told me to come back again to visit him.  And my
16   friend, too.  He told him that.
17   Q.   Can you tell us about the time that you first slept at the
18   Morning Star.
19   A.   Yes.
20   Q.   Was that on the weekend?
21   A.   It was a weekend.
22        Before that, Food For The Poor had delivered some powdered
23   milk.  And sometimes he would distribute it to help in the
24   neighborhood.
25   Q.   When you say "he," do you mean the Defendant would
```

 1  distribute it to the neighborhood?

 2  A.  Yes.  Exactly.

 3  Q.  Okay.

 4  A.  There was my mother's friend from church that lived close

 5  to his house.

 6  Q.  Wadley, can I stop you for a second?  I apologize for

 7  interrupting.

 8      Can we -- can you tell us about the time -- that weekend

 9  when you first slept at the Defendant's house.

10  A.  Okay.  He invited me for a weekend and I went with my

11  younger brother.

12  Q.  When was this?  Was this still in January of 2003?

13  A.  No.  It was one week before my anniversary, around

14  November.

15  Q.  And when you say "anniversary," do you mean birthday?

16  A.  Yes.  Exactly.

17  Q.  On that first weekend when you slept at the Defendant's

18  home, did the Defendant do anything sexual with you?

19  A.  Yes.

20  Q.  What did he do?

21  A.  While I was sleeping in the room with the other boys, he

22  came up to me and he was naked with a flashlight.  I was

23  sleeping deeply.  And he woke me up.

24  Q.  How did he wake you up?

25  A.  He pulled on my legs.

1    Q.   What happened after he pulled on your legs?

2    A.   I woke up.  I was scared.  Remember, I was young.  And I

3    think I must have fainted, because I don't know what happened

4    after that.

5         And then he took me to his room and he took the clothes off

6    of me --

7              MR. ADELSTEIN:  Objection.  There's no question

8    pending.  He said he fainted after that and doesn't know.  So I

9    object to any....

10             THE COURT:  Overruled.

11             Ask your next question.

12             MS. MEDETIS:  Yes.

13   BY MS. MEDETIS:

14   Q.   Wadley, you said that you believe you fainted.

15        Did there come a time when you woke up again?

16   A.   It's not really fainting.  But I lost myself.  I lost any

17   control of myself.  It's like I was frozen.

18   Q.   What happened after the Defendant pulled on your leg?

19   A.   He took me hands and made me come and follow him to his

20   room.

21   Q.   And what happened after he had you follow him to his room?

22   A.   He put me on his bed and he started doing ugly things to

23   me.  He started sucking on my penis.

24   Q.   Before the Defendant started sucking on your penis, what

25   did he do with your clothing and what you were wearing?

1           MR. ADELSTEIN:  Objection.  Leading.

2           THE COURT:  Sustained.

3           Rephrase your question.

4   BY MS. MEDETIS:

5   Q.   When the Defendant was sucking on your penis, what were you

6   wearing?

7   A.   I went sleeping with a pair of shorts and a T-shirt on.

8   Q.   And when you were in the Defendant's room, while he was

9   sucking your penis, what were you wearing?

10  A.   Nothing.  He took the clothes off of me.

11  Q.   After the Defendant sucked your penis, what happened next?

12  A.   He put cream in my hand, lotion in my hand, and made me

13  start touching his penis, doing weird things.

14  Q.   And when you say he made you start touching his penis after

15  he put the lotion in your hand, what do you mean by that?

16  A.   Bill Carter.

17  Q.   How did Bill Carter make you touch his penis?  What did he

18  do?

19  A.   I was lying down.  He put lotion in my hand and he took my

20  hand and put it there because, remember, I was lying down.

21  Q.   After the Defendant put your hand on his penis, what did

22  the Defendant do with his hand?

23  A.   He was touching my body -- all over my body.  It was really

24  weird.

25  Q.   Did there come a time when you, after that first weekend

1   when you slept over, moved into the Morning Star full-time?

2   A.   Yes.   I went to live there.

3   Q.   When did you move in full-time?

4   A.   I had gone for a weekend and he had sent word to my mom

5   that he wanted to keep me.

6   Q.   And so, after that first weekend, did you continue living

7   at the center full-time?

8   A.   Yes.

9   Q.   What, if anything, did you tell your mother about what the

10  Defendant had done to you over that first weekend?

11  A.   No.   I never told her anything because his way of behaving

12  made sure that I was scared.

13  Q.   What do you mean by that, "his way of behaving"?   What way

14  of behaving?

15  A.   He would throw things at the other boys, get mad at them

16  and hit them any which way he wanted.

17  Q.   After you moved into the center full time, Wadley, did the

18  Defendant do anything sexual with you again?

19  A.   Yes, he did.

20  Q.   What did he do?

21  A.   It's always the same manner of things.

22  Q.   What is it, Wadley?

23  A.   There was some security problem in the area and everybody

24  was watching and making sure that we were in a secure, safe

25  place.   I was in his bedroom, watching out in the window, and

 1    he did the same thing to me again.

 2    Q.   What did he do?

 3    A.   I was at the window, watching if anybody was trying to go

 4    around the house, and he came in his bedroom, naked, closed the

 5    door and started doing the same things to me again.

 6    Q.   And when you say "the same things," what do you mean?

 7    A.   He sucked on my penis, put lotion again, the same things.

 8    Q.   After that first weekend, did the Defendant ever come into

 9    your bedroom at night?

10    A.   Because I found out that this thing was something that was

11    very -- not a normal thing to be doing, a weird thing, I

12    started trying to get out of his sight, out of his way, and we

13    would close the bedroom door.

14              MR. ADELSTEIN:  Objection to "we."

15              THE COURT:  Sustained as to "we."

16    BY MS. MEDETIS:

17    Q.   How often did the Defendant suck your penis, Wadley?

18    A.   He did that, I would say, around four times.  As I was one

19    of the senior boys, I tried my best to stop him from doing

20    that.

21    Q.   And how often did the Defendant ask you to do sexual things

22    with you?

23    A.   Even though I was an adult, I was 18, he kept on pulling my

24    hands when I went to shake his hand to say hi to him to try to

25    touch me and hug me.

1    Q.   And before you were an adult, did the Defendant ask you and

2    try to do sexual things with you?

3    A.   He always continued to ask me, to bother me.  But with my

4    personality, I tried to stay away from him and keep him off me.

5    Q.   What, if anything, did the Defendant do when you refused to

6    do sexual things with him?

7    A.   He would call me piece of shit, son of a bitch.  He would

8    curse me.

9    Q.   Wadley, why did you stay at the center if the Defendant

10   treated you in this manner?

11   A.   I was looking for a better life.  I was looking for an

12   education.

13   Q.   Why didn't you get those things at home with your family?

14   A.   Life in Haiti did not permit my family to do that.  We have

15   to remember my family had many kids.

16   Q.   And when you lived at the center, were you able to get an

17   education?

18   A.   Yes.

19   Q.   Who paid for that education?

20   A.   Bill Carter.

21   Q.   And when you lived at the center, how many meals a day did

22   you eat?

23   A.   Three times a day.

24   Q.   And who provided those meals to you?

25   A.   The sponsors, I suppose, and Bill Carter paid for them.

```
 1    Q.   And what did the Defendant take from you in exchange for

 2    those meals and that education?

 3              MR. ADELSTEIN:   Objection to the form of the question.

 4              THE COURT:   Sustained.

 5              Rephrase your question.

 6    BY MS. MEDETIS:

 7    Q.   What did you have to give the Defendant for the meals and

 8    the education?

 9    A.   I think that it was the acts, the abuse he did on me.

10              MR. HOROWITZ:   Objection as to what he thinks.

11              THE COURT:   Overruled.

12    BY MS. MEDETIS:

13    Q.   Can you please repeat your answer.

14    A.   Maybe it's the acts he did on me, the abuse that he --

15              MR. HOROWITZ:   Objection.   Objection.

16              MR. ADELSTEIN:   Objection.

17              THE WITNESS:   -- did --

18              THE COURT:   Sustained.

19              Rephrase your question.

20    BY MS. MEDETIS:

21    Q.   Wadley, did you ever see the Defendant engage in sexual

22    acts with other boys that lived at the center?

23    A.   I didn't actually see the acts, but I saw him going in the

24    rooms with boys.

25    Q.   Did you ever see the Defendant -- when you were living at
```

```
 1    the center, Wadley, did you share a room with other boys?

 2    A.   Yes.

 3    Q.   Did you ever see the Defendant come into your bedroom at

 4    night and take other boys from their beds?

 5              MR. HOROWITZ:  Objection.  Leading.

 6              THE COURT:  Sustained.

 7              Rephrase your question.

 8    BY MS. MEDETIS:

 9    Q.   Other than yourself, who else did the Defendant take from

10    their bed in the middle of the night?

11    A.   I believe every boy --

12              MR. HOROWITZ:  Objection.

13              MR. ADELSTEIN:  Objection.

14    BY MS. MEDETIS:

15    Q.   Did you ever see the Defendant take anyone from their bed?

16    A.   I was in the senior boys' room and the leaders had separate

17    quarters with other boys.  The house was a two-story -- had two

18    stories and the boys had their own leaders.  He usually goes to

19    the boys' room, then to our rooms.  His room was upstairs next

20    to my room.

21              MR. HOROWITZ:  Objection.  Nonresponsive.

22              THE COURT:  Sustained.

23              Ask your next question.

24    BY MS. MEDETIS:

25    Q.   Do you know a boy named Nason?
```

 1   A.   Yes.  He resided at the center also with me.

 2   Q.   What, if anything, did you see the Defendant do with Nason?

 3   A.   We were living at Tabarre.  I shared the same room with

 4   him.  What I'm about to explain to you guys, I was a witness to

 5   it.

 6        I was asleep and I woke up because his voice woke me up.

 7   He went to get Nason up, to wake him up.  Nason was probably

 8   kicking and asking him to let him sleep because he was tired.

 9        He got very upset and he started cursing.  And I heard

10   everything.  I was a witness to it.  And he said he's a son of

11   a bitch, he pays for his tuition, he feeds him, he does

12   everything for him, and then he refused to do anything for him,

13   what should he expect back from him.

14        I heard it.  I was there.  The next day, when he woke up,

15   he was very, very mad, at the young -- he didn't think that I

16   heard him.  I overheard him.

17            MR. HOROWITZ:  Objection.  Objection as to what he

18   thought.

19            THE COURT:  Sustained.

20            Ask your next question.

21   BY MS. MEDETIS:

22   Q.   Wadley, when you say he was very upset, who were you

23   referring to?

24   A.   Bill Carter.

25   Q.   And what happened the next day?  What did you see?

 1    A.   When we were having breakfast, I realized that he was upset

 2    with Nason.  But he didn't know that I overheard what went on.

 3    He did the same thing to me.

 4         He said, "He's a son of a bitch.  He's not supposed to sit

 5    at the table with us.  He needs to sit next to the bathroom and

 6    eat."

 7         I was in a lot of pain.  I was hurt because I knew what

 8    went on the day before.  I could not do anything, but I was

 9    hurt because I knew that we were all there for an education

10    because our parents could not care for us.

11              THE COURT:  Wait for a question, sir.

12    BY MS. MEDETIS:

13    Q.   Wadley, do you know a boy named Stanley?

14    A.   Yes.  I know him.

15    Q.   Did you live with Stanley in the Morning Star?

16    A.   Yes.  I spent some time with him.

17    Q.   Which house did you live in with Stanley?

18    A.   Tabarre.  At the house in Tabarre.

19    Q.   Did you ever see the Defendant do anything sexual with

20    Stanley?

21    A.   Nothing sexual, but he did something worse than a sexual

22    act.

23    Q.   What did he do?

24    A.   He came home from school.  We were sitting on the porch

25    with him.  He was talking to us.

 1   Q.   And when you say "him," who are you --

 2   A.   Bill Carter.  Bill Carter.

 3        Then Stanley came home from school.  He was tired, very

 4   hungry.  So Stanley went up to him to shake his hand.  He has a

 5   bad habit.  When you go to shake his hand, he'll grab you and

 6   then try to stick his hand in your butt area to squeeze it.

 7        So the young boy got upset and he told him a bad word.

 8   Bill Carter, being an adult, he got up and he beat him up.  He

 9   slapped him around.  I was hurt.  I was looking at Bill Carter.

10   I was very hurt.

11   Q.   Wadley, what did the Defendant do to Stanley?

12   A.   He pulled him toward him and stuck his hand and squeezed

13   his butt.

14   Q.   Where did he stick his hand?

15        MR. HOROWITZ:  Objection.  Asked and answered.

16        THE COURT:  Overruled.

17        THE WITNESS:  Between his buttocks.

18   BY MS. MEDETIS:

19   Q.   Wadley, you said that, when you first moved into the

20   Morning Star, you lived at the Santo 14 house.

21   A.   Yes.

22   Q.   What, if any, other location did you live in with the

23   Defendant?

24   A.   Only two locations:  Santo 14 and Tabarre.

25   Q.   And did there come a time when you moved out of the center?

 1   A.   Yes.  I had a conflict with him.

 2   Q.   And when -- how old were you when you moved out of the

 3   center?

 4   A.   I do not remember the date.

 5   Q.   Did you move into an apartment near Tabarre after you left

 6   the --

 7           MR. ADELSTEIN:  Objection.  Leading.

 8           THE COURT:  Sustained.

 9           Rephrase your question.

10   BY MS. MEDETIS:

11   Q.   When you left the center at Tabarre, where did you move to?

12   Where did you move to?

13   A.   I went back and I lived with my mother, with my family.

14   Q.   And then, after you left the center, did you return to the

15   center?

16   A.   Yes.  I went back.

17   Q.   And where was the center located when you returned?

18   A.   It was still at Tabarre.

19   Q.   After you returned to the Tabarre location, did you move

20   out of the Tabarre house?

21   A.   No.  After that, there was a partner who was leaving a

22   position and I was desperate for a job.  And he told me that he

23   would allow me to work in the clinic.

24       But I had sworn that I would never go back living, residing

25   with him.  However, he promised me that I would have my

 1    separate quarters, my own apartment.

 2    Q.   And who paid for that apartment?

 3    A.   He paid the first rent.  Since I was working and getting

 4    paid at the time, so I saved my money so I could pay for the

 5    rent.

 6    Q.   And you said you worked at the clinic.

 7         Where was the clinic?

 8    A.   The clinic was located at his house, at the center.

 9    Q.   And are you referring to the center at Tabarre?

10    A.   Tabarre.

11    Q.   And was the clinic at Tabarre operating when you were

12    living there as a resident?

13    A.   Yes.

14    Q.   And who did the clinic serve?

15    A.   What do you mean by "who"?

16    Q.   Who came to the clinic?  Who came to the clinic?

17    A.   The clinic was located, at first, at Santo.  And the

18    service that we rendered at the time was not for much money.

19    So people used to come from -- even from Santo and go to

20    Tabarre to receive services.

21    Q.   And let's talk about the clinic at Tabarre.

22         Did people come to receive medical services at the clinic

23    at Tabarre?

24    A.   Yes.  Yes.  First aid.  Yes.

25    Q.   And was the service at the clinic free?

1   A.   They paid a small fee.

2   Q.   And what was the money paid to the clinic used for?   What

3   did the Defendant use that money for?

4   A.   He used it for his personal use and, also, for the house,

5   for the center's use.

6   Q.   Did there come a time when -- let me direct your attention

7   to the time of the earthquake in Haiti.

8   A.   Yes.

9   Q.   Was the clinic at the Morning Star in Tabarre open after

10   the earthquake?

11   A.   We were open.   And it was such a difficult time after the

12   earthquake.   We did not get any money for a while from anyone.

13   We provided services for free for a while.

14   Q.   And when you say "we," who do you mean?

15   A.   Woodjerry and I worked at the clinic.   He had the morning

16   shift and I worked in the afternoon.

17   Q.   What about the Defendant?   Did he provide services as well?

18   A.   Sometimes.   If we were -- if we had too many people.

19   Q.   And after the earthquake, did there come a time when the

20   services were no longer free?

21   A.   Yes.   After a while.

22   Q.   I'm showing you what's been previously admitted as

23   Government's Exhibit 32-B.

24        Do you recognize that?

25   A.   Yes.

1   Q.   What is that?

2   A.   That's the clinic.

3   Q.   Is that the clinic at the Tabarre house?

4   A.   Yes.  Exactly.

5   Q.   Aside from the boys that lived at the Tabarre house, did

6   you see the Defendant bring other boys who did not live there?

7            MR. ADELSTEIN:  Objection.  Leading.

8            THE COURT:  Sustained.

9            Rephrase your question.

10           We're going to break for lunch.

11           Do not discuss this case either amongst yourselves or

12   with anyone else.  Have no contact whatsoever with anyone

13   associated with the trial.

14           Do not read, listen or see anything touching on this

15   matter in any way, including anything in the media, anything on

16   the Internet, anything on any access device.

17           If anyone should try to talk to you about this case,

18   you should immediately instruct them to stop and report it to

19   my staff.

20           We're only going to take an hour lunch today because I

21   am going to release you at 4:30 because it's Valentine's Day.

22   So enjoy your lunch.  Please be back in the jury room at 1:30.

23           (Whereupon, the jury exited the courtroom at

24   12:36 p.m. and the following proceedings were had:)

25           THE COURT:  You may be seated for a moment.

```
 1               Sir, during the lunch break, you are not to discuss

 2     your testimony with anyone or permit anyone to discuss it with

 3     you.  Okay?

 4               THE WITNESS:  Okay.  Yes.

 5               THE COURT:  We're in recess until 1:30.

 6               (Thereupon, a luncheon recess was taken, after which

 7     the following proceedings were had:)

 8               THE COURT:  We're back on United States of America

 9     versus Matthew Andrew Carter, Case No. 11-20350.

10               Good afternoon.

11               Counsel, state your appearances, please, for the

12     record.

13               MS. MEDETIS:  Yes.  Good afternoon, your Honor.

14               Maria Medetis and Bonnie Kane on behalf of the United

15     States, with Special Agents Larko and Flores at counsels'

16     table.

17               MR. ADELSTEIN:  And good afternoon, your Honor.

18               Stuart Adelstein and Phil Horowitz along with

19     Mr. Carter and Reginald Hope, our investigator.

20               THE COURT:  So let's bring the jurors in.

21               You can bring the witness in, please.

22               (Whereupon, the jury entered the courtroom at

23     1:49 p.m. and the following proceedings were had:)

24               THE COURT:  You may be seated.

25               Good afternoon, ladies and gentlemen.
```

1          You are still under oath, sir.

2          You may proceed.

3          MS. MEDETIS:  Your Honor, permission to publish

4  previously admitted Exhibit 50, please?

5          THE COURT:  You may.

6  BY MS. MEDETIS:

7  Q.   Wadley, can you take a look at the monitor in front of you.

8  A.   Yes.

9  Q.   Do you recognize that?

10  A.   Yes.

11  Q.   Are you depicted in Government's Exhibit 50?

12  A.   Yes.  I'm here.

13  Q.   Could you touch the screen and circle where your picture

14  is.

15  A.   Yes.

16  Q.   And who took that picture of you?

17  A.   Bill Carter.

18  Q.   And were you living at the Morning Star when that picture

19  was taken?

20  A.   Yes.

21  Q.   And when that picture was taken, where was the Morning Star

22  located?

23  A.   Santo 14.

24          MS. MEDETIS:  Your Honor, permission to approach?

25          THE COURT:  You may.

```
 1    BY MS. MEDETIS:

 2    Q.   Wadley, I've just handed you Government's Exhibit 50 and a

 3    pen.

 4         Could you please write your name -- your first and last

 5    name next to your picture as it appears on Government's

 6    Exhibit 50.

 7    A.   (Witness complies.)

 8              MS. MEDETIS:  Permission to publish previously

 9    admitted Government's Exhibit 82, your Honor?

10              THE COURT:  You may.

11    BY MS. MEDETIS:

12    Q.   Wadley, do you recognize this?

13    A.   Yes.

14    Q.   And are you in Government's Exhibit 82?

15    A.   Yes.

16    Q.   Could you circle your picture, please.

17    A.   Yes.

18    Q.   Before we took a break for lunch, you had testified about a

19    boy named Nason.

20    A.   Yes.

21    Q.   Is he shown in Government's Exhibit 82?

22    A.   Yes.  He's there.

23    Q.   Could you circle his picture.

24    A.   Yes.

25    Q.   And what is Nason's full name?
```

1   A.   Xxxxx, Ricardo.

2   Q.   Is that Xxxxx, X-x-x-x-x, Wadley?

3   A.   Yes.  Yes.

4   Q.   Wadley, previously, you said, at some point, you left the

5   Santo location and went to live with your mother.

6   A.   Yes.

7   Q.   Why did you do that?

8   A.   Because one morning he got upset with us and he sent us to

9   school without any food.  He threw the food on the floor, spit

10  in it, and he went to school.

11  Q.   I'm sorry to interrupt you, Wadley.

12       When you say "he got upset with us" --

13  A.   Bill.  Bill Carter.

14  Q.   Okay.

15  A.   And after school, we had the house in Santo and the rent

16  was still going on.  So he took us to school and he usually

17  wait for us there.  The house was at Santo 14.  And I advised

18  him that I would not go back to Tabarre.

19  Q.   But you testified that you did return to Tabarre.  Why did

20  you return to Tabarre?

21  A.   Because he spoke to my mother and my mother was asking me

22  questions when I moved back in with her about what was going

23  on.

24       I never mentioned any abuse to my mother.  I just advised

25  her it was my own decision not to go back.

1    Q.   And what did the Defendant say to your mother?

2    A.   He met with my mother and he told my mother that he would

3    like to have me back because I was very good, I was assisting

4    everybody and I used to cook, also, for him.

5    Q.   I want to direct your attention to the Tabarre house after

6    you moved back in.

7    A.   Yes.

8    Q.   Were you living at the Tabarre house at the time the

9    Defendant was arrested?

10   A.   Yes.  I was there.

11   Q.   And were you at that time working at the clinic as well?

12   A.   Yes.  I was working in the clinic.  However, I had my own

13   place.  I had my own place to stay outside the compound.

14   Q.   While the Defendant was gone, where did you sleep?

15   A.   I slept with the guys.  I slept with the guys at the

16   center.  He wanted me to sleep in his room, but I slept with

17   the guys.

18   Q.   Okay.  While you worked at the clinic -- let me start over.

19        Did you ever see boys who visited the clinic go into the

20   Defendant's bedroom?

21   A.   When I work at the clinic, I usually leave around 8:00.

22   The boys would come over.  The children come over.  Then I

23   would go home.

24        So if anything happens at night, I would not become aware

25   of it.  The next morning, when I start my shift, the older boys

```
 1    will make comments and say, "Well" --

 2                MR. ADELSTEIN:  Objection.

 3                THE COURT:  Sustained.

 4    BY MS. MEDETIS:

 5    Q.  The next morning, when you would come over, would you see

 6    those same boys at the center?

 7    A.  Yes.  Yes.  They sleep over.

 8    Q.  And what did they smell like?

 9    A.  Sometimes the boys would say, "Well, he" --

10                MR. ADELSTEIN:  Objection.

11                THE COURT:  Sustained.

12    BY MS. MEDETIS:

13    Q.  Without telling us what anybody said, based on your own

14    observations, what did those boys smell like?

15    A.  They smell like the lotion that he uses.

16    Q.  Why did you continue to work for the Defendant if he had

17    done all of these sexual things to you?

18    A.  When I left his house, I was working.  I was receiving

19    about $400.  And he promised me he would give me a better

20    salary.  And I needed the money.

21    Q.  And what did you need the money for?

22    A.  Pay for my rent, my personal use and, also, help my mother.

23    Q.  At any time while you lived at the Morning Star with the

24    Defendant, did you ever tell police what happened to you?

25    A.  Yes.  One day I filed a complaint against him.
```

```
 1   Q.   And who did you give your complaint to?  Who did you file

 2   it with?

 3   A.   The CPJ.

 4   Q.   What is the CPJ?

 5   A.   It's a police department, and it oversees any problem with

 6   minors.

 7   Q.   And after you gave police your complaint, to your

 8   knowledge, what, if anything, happened after that?

 9   A.   What did the police do?

10   Q.   Yes.  If you know.

11   A.   Well, he came over and he stated that three --

12           MR. ADELSTEIN:  Objection to what he stated.

13           THE COURT:  Sustained.

14   BY MS. MEDETIS:

15   Q.   When you say "he," are you referring to the police, Wadley?

16   A.   Yes.  Bill Carter.

17   Q.   What did Bill Carter say after you gave your complaint to

18   the police?

19   A.   After a while, he told us that he find out that three

20   people filed a complaint against him.  I don't know how he find

21   out.

22   Q.   And what happened to you after that?

23   A.   Then I was afraid to file any more complaints against him.

24   Q.   What did the Defendant say to you, Wadley, about the police

25   complaints?
```

1    A.   I believe that, if he had --

2              MR. ADELSTEIN:  Objection to what he believed.

3              THE COURT:  Sustained.

4              Rephrase your question.

5    BY MS. MEDETIS:

6    Q.   Did the Defendant say anything to you about the police

7    complaints?

8    A.   He called us and he say that he mad with us.  He didn't

9    know who exactly filed the complaint.

10             MS. MEDETIS:  No further questions, your Honor.

11             THE COURT:  Cross-examination.

12                       CROSS-EXAMINATION

13   BY MR. ADELSTEIN:

14   Q.   You were at Morning Star Center from, I think, 2003 until

15   it was closed.  Is that correct?

16   A.   Yes.

17   Q.   That would be approximately eight years?

18   A.   Yes.  All that time.  Yes.  You can count it.  Yes.

19   Q.   And you wanted to go to Morning Star based upon -- I think

20   you said your friend Peterson Xxxxxx told you about the center?

21   A.   No.  Peterson Xxxxxx invited me because he usually has a

22   party at the center every 25th, 24th of December.  And if you

23   reside at the center, you were allowed to bring a friend.

24   Q.   Okay.  And Peterson Xxxxxx was your good friend from

25   school.  Correct?

```
 1    A.  Yes.  Classmate.  We sat at the same table.

 2    Q.  And that's how you first went to the Morning Star, because

 3    of the Christmas party.  Correct?

 4    A.  Yes.

 5    Q.  And Peterson is the one who invited you.  Correct?

 6    A.  Yes.

 7    Q.  After that, in 2003, if I understand your testimony, you

 8    stayed for some weekends.  Correct?  Slept over?

 9    A.  Yes.  I spent some weekends.

10    Q.  Okay.  And you said that your first visit was in January of

11    2003.  Correct?

12    A.  Yes.

13    Q.  And it wasn't until, I think, November when you moved in

14    permanently at the center.

15        Do I have that time frame correct?

16    A.  Yes.  I understand.  When I went to his house -- well, for

17    the visit, my friend, Peterson Xxxxxx, used to invite me to

18    come and visit him at his house.  Bill Carter used to ask him

19    to bring me over, but he never told me that at school.

20    Q.  So --

21    A.  Because of what we were saying, so my mother --

22            THE COURT:  Wait for a question, sir.

23    BY MR. ADELSTEIN:

24    Q.  So from January, when you first went to the center for the

25    first time, you went over on weekends until you moved in in
```

 1   November, some 11 months later, as a permanent residence.  Am I

 2   correct?

 3   A.   No.  It's not correct.  You did not understand me.

 4   Q.   When did you move into the center full-time?

 5   A.   The first time I saw him was when my friend took me there

 6   to get the gift.  Then I stopped going.

 7   Q.   When did you move into Morning Star as a full-time student?

 8   A.   In November.  That's when I moved in.

 9   Q.   Now, you said that the very first time you stayed over,

10   which was in January of '03 --

11         MS. MEDETIS:  Objection.  Those facts are not in

12   evidence.  That was not the testimony.

13         THE COURT:  Sustained.

14         Rephrase your question.

15   BY MR. ADELSTEIN:

16   Q.   Let me back up, then.

17        When did you spend your first weekend at the center?

18   A.   November, 2003.

19   Q.   You never spent any nights on the weekend at the center

20   before November?

21   A.   No.

22   Q.   And the first night that you slept at the center, is it

23   your testimony that inappropriate sexual behavior occurred

24   between you and Mr. Carter?

25   A.   Yes.

```
 1   Q.   That would be November of '03.  Correct?

 2   A.   Exactly.

 3   Q.   Now, in November of '03, the center allowed you to visit

 4   with your parents on the weekend.  Correct?

 5   A.   Yes.

 6   Q.   You were free, were you not, to go home on the weekends, if

 7   you wanted to, to go see your mother and your father and your

 8   sisters and the rest of your family?  Correct?

 9   A.   Yes.  I always had the chance to go and visit with my

10   family.

11   Q.   And they had the opportunity, if they wanted, to come visit

12   you on the weekends.  Correct?

13   A.   He never really liked for my parents to come visit.

14   Q.   Did your parents ever visit you at the center in the eight

15   years you were there?

16   A.   He would have meetings and they would come.  But never

17   visit.

18   Q.   At any time did you in those eight years tell your parents

19   about any alleged sexual abuse?

20   A.   No.  I never said that.

21   Q.   At any time during those eight years did you ever tell your

22   parents about any type of beatings that allegedly occurred?

23   A.   No.  I just kept them inside.

24   Q.   In fact, you for those eight years told your parents how

25   good life was at the center.  Correct?
```

```
 1              MS. MEDETIS:  Objection.  Calls for hearsay.

 2              THE COURT:  Sustained.

 3              MR. ADELSTEIN:  It calls for his statement.

 4              THE COURT:  Sustained.

 5    BY MR. ADELSTEIN:

 6    Q.  Did you tell your parents at any time during the eight

 7    years that you were going to school?

 8    A.  My parents did not know what kind of life I was leading.  I

 9    was the one looking, searching, for a way of life for myself.

10    Q.  That's not my question, sir.  I understand.

11         My question is:  During the eight years, you told your

12    parents you were attending school.  Correct?

13    A.  The school where I was at was close by.  They saw me in

14    uniform.  They knew I was going to school.

15    Q.  So your parents saw you as you were going to school each

16    day?

17    A.  It's not that they see me every day.  The school that I was

18    attending is also the church that my mother attend.

19    Q.  Okay.

20    A.  So, of course, she would see me sometimes because the

21    director is a friend and they know me.

22    Q.  Did you tell the director of the church that you saw your

23    mother in about any of this alleged abuse?

24    A.  I didn't have to tell them.  I didn't tell them.  But they

25    found out because they wrote it on the wall of the school.
```

1    Q.   That's not my question.

2         My question to you -- and it requires just a "yes" or "no"

3    and then you can explain -- is:  Did you ever tell the director

4    of the church during these eight years about any alleged sexual

5    abuse that was occurring at Morning Star Center?  Yes or no.

6    A.   No.

7    Q.   Now, you had a routine at the center, correct, that you

8    followed, a schedule?  Correct?

9    A.   Yes.

10   Q.   That schedule included the time you got up in the morning.

11   Correct?

12   A.   Correct.

13   Q.   Then the time you would take your morning showers.

14   Correct?

15   A.   Correct.

16   Q.   Then the prayer service that you would have daily.

17   Correct?

18   A.   Correct.

19   Q.   Then you would eat breakfast and go to school if you were

20   in the morning shift.  Correct?

21        MS. MEDETIS:  Objection.  Relevance as to this line of

22   questioning.

23        THE COURT:  Overruled.

24   BY MR. ADELSTEIN:

25   Q.   Isn't that correct?

 1   A.   Correct.

 2   Q.   And if you did not go to the morning session of school, you

 3   would do chores?

 4   A.   Correct.

 5   Q.   Okay.  And then you would have your lunch or what I think

 6   you call as dinner.  Correct?

 7   A.   Yes.

 8   Q.   And then you were required to do your homework from school.

 9   Correct?

10   A.   Yes.

11   Q.   It was only after you finished your homework you could go

12   and either play basketball, watch TV or just have free time.

13   Correct?

14   A.   It wasn't every time.  Remember, I went through two houses.

15   So we had -- sometimes we had the basketball court right inside

16   the yard with us.  So we played inside.

17   Q.   Okay.  But that was after you did your homework.  Correct?

18   A.   Yes.

19   Q.   And if you did not do your homework or if you did not do

20   your chores, you would get in trouble.  Right?

21   A.   I always did my homework because I love education.

22   Q.   But how about if you didn't do your chores?  You would get

23   in trouble.  Correct?

24          MS. MEDETIS:  Objection.  Asked and answered.

25          THE COURT:  Overruled.

```
 1    BY MR. ADELSTEIN:

 2    Q.   Correct?

 3            THE INTERPRETER:   Could you please repeat.

 4    BY MR. ADELSTEIN:

 5    Q.   If you didn't do your chores, you would get in trouble.

 6    Correct?

 7    A.   Tell him, please, that I was a senior boy.  I'm the one who

 8    gave the assignments.

 9    Q.   But -- we're going to get into when you were a senior boy.

10         But when you first moved into the center, you were not one

11    of the senior young men.  Correct?

12    A.   We were always seniors because we were always older than

13    the other boys, even though there was no title.  But we were

14    all seniors, the older ones.

15    Q.   Now, you told the prosecutor that you were living at the

16    center at Tabarre when the earthquake hit.

17         Did I hear you correctly?

18    A.   No.  I was working.

19    Q.   You were working when the earthquake hit?

20    A.   I was working in the clinic for him.

21    Q.   Were you living at Morning Star at this time?

22            MS. MEDETIS:   Objection.  Asked and answered.

23            THE COURT:   Sustained.

24    BY MR. ADELSTEIN:

25    Q.   What year did the earthquake hit?  Do you know?
```

 1    A.   I'm sure you read the newspaper and you knew it was

 2    January 12th, 2010.

 3    Q.   Okay.  In January of 2010, I know you were working at the

 4    clinic.  Where were you living?

 5    A.   I had leased a bedroom that wasn't too far away from his

 6    house.

 7    Q.   I didn't hear that answer.  I'm sorry.

 8    A.   I had leased a bedroom that was not too far away from his

 9    house.

10    Q.   And you were working at the clinic when the quake hit.

11    Right?

12    A.   Yes.

13    Q.   And the clinic was part of Morning Star.  Correct?

14    A.   Yes.  The clinic is called Morning Star Clinic.

15    Q.   Okay.  And I think you said that the clinic provided

16    services free for the neighborhood after the quake.

17         Did I hear that correctly?

18    A.   For a certain time.  You did hear me say it was only for a

19    certain time.

20    Q.   You, in fact, treated the neighbors -- when I say "you,"

21    you and Mr. Carter and the other members at the Morning Star --

22    helped the neighbors who were injured.  Correct?

23    A.   Yes.

24    Q.   You patched up cuts and wounds that some of the neighbors

25    had as a result of the earthquake.  Right?

1    A.   Yes.   I took care of them.

2    Q.   You stitched up legs and arms from individuals that were

3    injured from the earthquake?

4           MS. MEDETIS:  Objection.  Relevance.

5           THE COURT:  Overruled.

6    BY MR. ADELSTEIN:

7    Q.   Correct?

8    A.   Yes.  Me and Jerry.

9    Q.   You gave them medicine, whatever medicine you had at the

10   clinic.  Correct?

11   A.   Yes.

12   Q.   Okay.  And who paid for all of that, the medicine, the --

13   A.   Paid for what?

14   Q.   Who paid for the bandages, the medicine, the Band-Aids?

15   A.   We get supplies from other organizations.  Other people

16   would give him supplies --

17   Q.   Okay.

18   A.   -- because they know that he has a clinic.  And sometimes

19   he would buy some things in Haiti at the 4C.

20   Q.   So those items were coming from Mr. Carter, the supplies.

21   Correct?

22           MS. MEDETIS:  Objection.  Facts not in evidence.

23           THE COURT:  Sustained.  It's been asked and answered.

24   BY MR. ADELSTEIN:

25   Q.   Now, you said, after that first incident, you were very

```
 1    afraid of Mr. Carter and stayed away from him as best as you

 2    could.

 3        Remember that testimony?

 4            MS. MEDETIS:  Objection.  Vague as to what incident.

 5    The first incident of what?

 6            THE COURT:  Sustained.

 7            Rephrase your question.

 8    BY MR. ADELSTEIN:

 9    Q.  After the first incident of alleged sexual abuse, I think

10    you testified you tried to stay away from him as often as

11    possible.  Correct?

12    A.  Yes.

13    Q.  And there came a time, did there not, that you made a

14    statement to the Haitian law enforcement personnel?  Correct?

15    A.  Yes.

16    Q.  You told them, did you not, what you've told this jury here

17    today?  Correct?

18    A.  Exactly.

19    Q.  Do you remember the year that you made this complaint?

20    A.  I don't remember.

21    Q.  How about June of 2006?  Does that sound about right?

22            MS. MEDETIS:  Objection.  Asked and answered.

23            THE COURT:  Sustained.

24    BY MR. ADELSTEIN:

25    Q.  Let me show you a document to see if it refreshes your
```

```
 1    recollection as to the date you made this complaint.

 2              MR. ADELSTEIN:  May I approach?

 3              THE COURT:  Yes.

 4    BY MR. ADELSTEIN:

 5    Q.   I want you to just look at this.  Don't read it out loud.

 6    But see if this refreshes your recollection as to the date you

 7    made a complaint to the Haitian law enforcement personnel.

 8    A.   I remember.

 9    Q.   Okay.  And that date was, in fact, to be specific, Tuesday,

10    June 27th, 2006.  Correct?

11    A.   Yes.

12    Q.   Okay.  And on Tuesday, June 27th, 2006, you told the

13    Haitian law enforcement personnel what you've told this jury on

14    Valentine's Day, February 14th, 2012.  Correct?

15              THE COURT:  I think we're in 2013.

16              MR. ADELSTEIN:  2013.

17              2012 must have been a real good year for me because I

18    keep saying that.  It happens when you get old, Judge.  I kind

19    of want to forget certain years.

20              MS. MEDETIS:  Objection as to the --

21              THE WITNESS:  You are making jokes.  Would you please

22    repeat the question for me, please.

23    BY MR. ADELSTEIN:

24    Q.   Yes.  And I do apologize.

25              You told the Haitian law enforcement personnel on
```

 1    June 27th, 2006, basically what you have told this jury on

 2    February 14th, 2013.  Correct?

 3              MS. MEDETIS:  Objection.  Asked and answered.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  There are things that I've said here

 6    that happened after that date on the paper.  I told what had

 7    happened before.

 8    BY MR. ADELSTEIN:

 9    Q.  Yes.

10        And you told the police about the sexual abuse that you

11    claim was occurring at Morning Star.  Correct?

12    A.  Yes.  I said that.

13    Q.  Okay.

14              MR. ADELSTEIN:  May I just retrieve that document?

15              THE COURT:  Yes.

16    BY MR. ADELSTEIN:

17    Q.  And you, being so afraid of Mr. Carter, as you claim --

18              MS. MEDETIS:  Objection.  Argumentative.

19              THE COURT:  Sustained.

20              Rephrase your question.

21    BY MR. ADELSTEIN:

22    Q.  You, wanting to stay away from him as much as possible, as

23    you've described, stayed at the center for -- and worked at the

24    center for five more years, from 2006 to 2011.  Correct?

25    A.  I have already explained to you, I spent two years not

1    living at the center.  Working, yes, but not living at the

2    center.

3    Q.  Well, in 2009, isn't it correct you became the night

4    supervisor of Morning Star?

5    A.  Uh-huh.  Yes.

6    Q.  Is that "yes"?

7    A.  Yes.

8    Q.  You became the night supervisor in what part of 2009?

9    A.  I remember 2009 only.

10   Q.  Was it the beginning of the year, the middle of the year or

11   the end of 2009 when you became the night supervisor?

12   A.  Tell him for me I only remember 2009.

13   Q.  And as the night supervisor, you were, were you not,

14   responsible for the young men in the center in the evening

15   hours?  Correct?

16   A.  Yes.  From 8:00, I had to be home.

17   Q.  Okay.  Now, there were times in these eight years that

18   Mr. Carter flew to the United States.  Correct?

19   A.  Yes.

20   Q.  And you were one of the young men who was in charge of the

21   center when Mr. Carter would fly to the United States.

22   Correct?

23   A.  Yes.

24   Q.  And Mr. Carter would stay away for a month at some of his

25   visits.  Correct?

```
 1    A.   Yes.

 2    Q.   How many times did Mr. Carter fly to the United States and

 3    leave you in charge of the center in these eight years?

 4    A.   Mr. Carter traveled about twice a year.

 5    Q.   Okay.

 6    A.   So depending on what you are multiplying, to see about five

 7    times, six times.

 8    Q.   And in those five or six times, it was your responsibility,

 9    was it not, to care for the children and take care of Morning

10    Star Center?  Right?

11    A.   There's two of us that were responsible, but there's always

12    someone on top of us.

13    Q.   Who was the other one in charge during this period of time

14    besides you?

15    A.   From the Santo house on, he always left an adult, one that

16    was an adult, on top of us.

17    Q.   And who was that, sir?  What is that person's name?

18    A.   There was Junior's mother.

19    Q.   I'm sorry.  I didn't --

20    A.   Junior's mother; there was Nat Bertrand.

21    Q.   Could you tell me Junior's full name, please.

22         MS. MEDETIS:  Objection.  Relevance.

23         THE COURT:  Overruled.

24         THE WITNESS:  Xxxxx, Junior.

25
```

 1   BY MR. ADELSTEIN:

 2   Q.   And you were in charge of the Tabarre house with your

 3   co-leader or the Santos house or both?

 4             MS. MEDETIS:  Objection.  Compound.

 5             THE COURT:  Sustained.

 6   BY MR. ADELSTEIN:

 7   Q.   Which house were you in charge of when Mr. Carter left on

 8   these five or six times to the United States?

 9   A.   The Tabarre.

10   Q.   And in these five or six trips that you recall Mr. Carter

11   making, was there anything preventing you from leaving that

12   house?

13   A.   What he did under my eyes was not making me feel good.  I

14   was living in my own house.  As he was the means for me to take

15   care of myself, to buy clothes, to feed myself, to buy my

16   deodorant, that's the reason that made me stay.

17   Q.   With all due respect, that was not my question.

18   A.   Would you repeat your question, please, then.

19   Q.   Yes.

20        In the five or six trips that Mr. Carter made to the United

21   States and you or your co-leader were in charge of Morning

22   Star --

23             MS. MEDETIS:  Objection as to vagueness, time frame.

24   What year are we talking about?

25             THE COURT:  Sustained.

```
 1              Place it in time.

 2   BY MR. ADELSTEIN:

 3   Q.  When was the first time Mr. Carter -- what year was the

 4   first time that Mr. Carter flew to the United States, to your

 5   recollection?

 6   A.  No.

 7   Q.  "No," what?

 8   A.  No.  I do not recall.  I do not remember.

 9   Q.  Okay.  It was when you were in charge of the Morning Star.

10   Correct?

11          MS. MEDETIS:  Objection.  Those facts are not in

12   evidence.

13          MR. ADELSTEIN:  He just testified --

14          THE COURT:  Sustained.

15          Rephrase your question.

16          Wait for a question, sir.

17   BY MR. ADELSTEIN:

18   Q.  When Mr. Carter flew to the United States, you were in

19   charge.  Correct?

20          MS. MEDETIS:  Objection.  Place it in time, vagueness.

21          MR. ADELSTEIN:  Between 2003 and 2011, when he was in

22   the house.

23          MS. MEDETIS:  Objection.  Facts not in evidence that

24   he was a supervisor during that entire time period.

25          THE COURT:  Overruled.
```

 1              THE INTERPRETER:  Would you repeat your question,

 2    please, counselor.

 3    BY MR. ADELSTEIN:

 4    Q.   When Mr. Carter made his first trip to the United States,

 5    there was nothing preventing you from leaving the house.

 6    Correct?

 7    A.   I could not live at the house.  What if something got lost?

 8    I mean, he would blame me for it, just the type of person that

 9    he is.

10    Q.   You could have reported it again to the police.  Correct?

11    A.   So he could find out again?

12    Q.   You could have reported it to your parents.  Correct?

13    A.   My mom could not do anything to him.  Whenever he had these

14    meetings, he was always smiling.  No one thought that he was so

15    weird.

16    Q.   You could have reported it, could you not, to the director

17    of the church that both you and your mother went to?  Correct?

18              MS. MEDETIS:  Objection.  Asked and answered.

19              THE COURT:  Sustained.

20    BY MR. ADELSTEIN:

21    Q.   The truth of the matter is, during all of these five or six

22    trips where Mr. Carter was out of --

23              MS. MEDETIS:  Objection.  Argumentative as to the

24    truth of the matter.

25              THE COURT:  Sustained.

 1              Rephrase your question.

 2              MR. ADELSTEIN:  Yes, ma'am.

 3    BY MR. ADELSTEIN:

 4    Q.  The fact is, is it not --

 5              MS. MEDETIS:  Objection as to what the facts are, your

 6    Honor.

 7              THE COURT:  Rephrase your question, Mr. Adelstein.

 8    BY MR. ADELSTEIN:

 9    Q.  During all of these five or six trips that Mr. Carter made,

10    there was nothing preventing you from, number one, moving

11    totally out of the center.  Correct?

12              MS. MEDETIS:  Objection.  Asked and answered.

13              THE COURT:  Sustained.

14              MR. ADELSTEIN:  I don't know how it's asked and

15    answered when I haven't gotten the question out right.

16              THE COURT:  You asked and he answered.

17    BY MR. ADELSTEIN:

18    Q.  In these five or six trips that Mr. Carter made, was there

19    anything preventing you from just leaving the center completely

20    and never coming back?

21              MS. MEDETIS:  Objection.  Asked and answered.

22              THE COURT:  Overruled.

23              THE WITNESS:  Nothing.

24    BY MR. ADELSTEIN:

25    Q.  When you were the night supervisor, was there a day

1   supervisor of the center?

2   A.   Yes.

3   Q.   And who was that?

4   A.   Xxxxxxx, Woodjerry.

5   Q.   Xxxxxxx, Woodjerry?

6   A.   Yes.

7   Q.   And he would be the individual who was responsible for the

8   Morning Star Center -- the running of the Morning Star Center

9   when Mr. Carter was out of the United States -- in the United

10  States.  Correct?

11  A.   Remember, I explained earlier that we had someone who was

12  on top of us and myself and Woodjerry would supervise the boys.

13  Q.   Okay.  So there was -- in the hierarchy of the Morning Star

14  as to who was in control, it was someone above you that you had

15  to report to?

16  A.   Tell him for me that I do not understand his question.

17  Q.   I don't either.  So we're in the same boat.

18       When Mr. Carter was in the United States, who was the

19  person in charge of the center?

20  A.   Woodjerry and myself.  We were supervisors, day shift and

21  night shift.  However, above us, you had sometimes Nat,

22  sometimes Tom Bertrand and/or Junior's mother.

23  Q.   Give me the first name -- the full name of the first name,

24  if you could.  I'm sorry.  I didn't catch it.  Nat or....

25  A.   Nathaniel, Nat.  I don't know the rest his name.

1   Q.   Okay.  And the second name was?

2   A.   I also mentioned Tom Bertrand and Junior's mother.

3   Q.   Okay.  It was one of those three that you reported to.

4   Correct?

5   A.   Ever since I moved in with him, yes.

6   Q.   Now, were you present when the Morning Star Center was

7   closed in May of 2011?

8   A.   Yes.  I was there.

9   Q.   Were you inside the residence when the police came?

10  A.   Yes.  We were inside.

11  Q.   And they, in fact, as soon as they came, moved you and the

12  other young men out of the residence.  Correct?

13  A.   They took the boys and they left us there inside.

14  Q.   And they did what?

15  A.   We had -- they shut down the house.  They took the boys.

16  We had tents in the backyard and remained in the tents.

17  Q.   But when the police came, they removed everyone from the

18  house -- inside the house.  Correct?

19  A.   Yes.  We were outside.

20  Q.   Did they ever let you back inside that house?

21  A.   The house was sealed by the Government.

22  Q.   Sealed by the Government.  Okay.

23       That was the house located at Tabarre?

24  A.   Yes.

25  Q.   Okay.  Now, were you the night supervisor when the police

 1    came in May of 2011?

 2    A.   Yes.

 3    Q.   Did you know the police were coming to the house?

 4    A.   I was surprised to see them.

 5    Q.   Now, you went, did you not -- to several meetings to

 6    discuss this case with the Government, correct, before you came

 7    here today?  Right?

 8    A.   Yes.

 9    Q.   Do you recall meeting with the Government on May 30th of

10    2012?  You and 14 other young men met with the Government?

11    A.   Tell him for me I do not recall the date.  I do not recall

12    the dates.

13    Q.   Do you recall how many times you met with the Government,

14    you and several other young men?

15    A.   We met some times, but I do not remember how many times.

16    Q.   In those times that you met with the Government, the

17    purpose, was it not, was to discuss what occurred at Morning

18    Star, according to you?  Correct?

19    A.   Yes.  To talk about what we knew.

20    Q.   Okay.  And you, in fact, talked as a group and individually

21    with the Government about what allegedly occurred at Morning

22    Star.  Correct?

23    A.   Exactly.

24    Q.   Okay.  And, in fact, do you remember meeting at a sugar

25    factory in December of 2012?

1    A.   Yes.  I remember.

2    Q.   That was just about a month ago, a month and a half ago.

3    Correct?

4    A.   Yes.

5    Q.   Okay.  And you met with a whole bunch of young men that

6    attended the Morning Star Center with the prosecutors and

7    government agents.  Correct?

8    A.   Yes.

9    Q.   And that was, was it not, for the same purpose:  To discuss

10   what allegedly occurred at Morning Star?

11   A.   Exactly.

12   Q.   And you discussed that as a group and individually with the

13   Government.  Correct?

14   A.    Individually we discussed it.

15   Q.   Okay.  And then you discussed it, did you not, amongst each

16   other, what everybody was saying.  Correct?

17   A.   I moved -- by then, I had moved to Corfu with a family

18   member.  I did not reside at Santo.  After the meeting,

19   everybody went home.

20   Q.   Okay.

21            MR. ADELSTEIN:  May I have one moment, your Honor?

22            THE COURT:  Yes.

23            MR. ADELSTEIN:  I have no further questions.  Thank

24   you.

25            THE COURT:  Redirect.

```
 1                      REDIRECT EXAMINATION

 2   BY MS. MEDETIS:

 3   Q.  Wadley, on cross-examination, you were just asked about

 4   meetings with the Government.

 5        Do you remember that?

 6   A.  Yes.

 7   Q.  And you were asked about meeting with a group, meeting

 8   individually.

 9        Do you remember that?

10   A.  I remember.

11   Q.  When you met with the Government, did you ever discuss the

12   sexual abuse of the Defendant in front of other boys at the

13   center?

14            MR. HOROWITZ:  Objection.  Leading and objection to

15   the form.

16            THE COURT:  Sustained.

17            Rephrase your question.

18   BY MS. MEDETIS:

19   Q.  When you told the Government about the Defendant's sexual

20   abuse of you, who was in the room?

21            MR. HOROWITZ:  Objection to the form.

22            THE COURT:  Overruled.

23            THE WITNESS:  He's saying that -- he's mentioning the

24   other boys.  But when I met with the Government, it was just

25   myself discussing my situation.  I did not have anybody else
```

 1    with me.

 2    BY MS. MEDETIS:

 3    Q.   Did you ever discuss your situation at the center in the

 4    group meetings with the other boys?

 5    A.   If I did what?

 6    Q.   Did you ever talk about the sexual abuse that you

 7    experienced --

 8             MR. HOROWITZ:  Objection to the form regarding the

 9    term "sexual abuse."  It calls for a legal conclusion.

10             THE COURT:  Sustained.

11             Rephrase your question.

12    BY MS. MEDETIS:

13    Q.   Did you ever talk about the Defendant sucking your penis,

14    as you testified, in front of the other boys at these group

15    meetings?

16    A.   No.

17    Q.   When you would leave these meetings, did you ever discuss

18    the Defendant sucking your penis and forcing you to masturbate

19    him with the other boys that you used to live with at the

20    center?

21    A.   No.  No.  It's too ugly to share with anybody else.

22    Q.   What, if anything, did the Government tell you to say to

23    do?

24             MR. HOROWITZ:  Objection.  Form and hearsay.

25             THE COURT:  Sustained.

```
 1              Rephrase your question.

 2    BY MS. MEDETIS:

 3    Q.  Did the Government tell you what to say today?

 4              MR. HOROWITZ:  Same objection, your Honor.

 5              THE COURT:  Sustained.

 6              Rephrase your question.

 7    BY MS. MEDETIS:

 8    Q.  What is your responsibility testifying today?

 9              MR. HOROWITZ:  Objection.

10              THE COURT:  Overruled.

11              THE WITNESS:  Just this.  That's all.

12    BY MS. MEDETIS:

13    Q.  "Just this" meaning what?

14    A.  What happened to me makes me look very, very bad.  It has a

15    very poor reflection on me, especially in Haiti in the area

16    where I used to reside.  I want to tell my story one last time

17    so I could put it behind me --

18              MR. HOROWITZ:  Objection.

19              THE COURT:  Overruled.

20              THE WITNESS:  -- so I could put it behind me so I

21    don't have to live it, so I could move forward.

22              MS. MEDETIS:  No further questions, your Honor.

23              THE COURT:  You may step down, sir.

24              We're going to take a short break.

25              Do not discuss this case either amongst yourselves or
```

```
 1    with anyone else.  Have no contact whatsoever with anyone

 2    associated with the trial.

 3            Do not read, listen or see anything touching on this

 4    matter in any way, including anything in the media, anything on

 5    the Internet or anything on any access device.

 6            If anyone should try to talk to you about this case,

 7    you should immediately instruct them to stop and report it to

 8    my staff.

 9            You may leave your notebooks in your chairs.  Please

10    be back in the jury room in ten minutes.

11            (Whereupon, the jury exited the courtroom at 2:56 p.m.

12    and the following proceedings were had:)

13            THE COURT:  You may step down, sir.

14            (Witness excused.)

15            THE COURT:  We're in recess for ten minutes.

16            MS. MEDETIS:  Your Honor, we would release this

17    witness at this time.

18            MR. ADELSTEIN:  We will be issuing him a subpoena.

19            THE COURT:  We're in recess for ten.

20             (Thereupon a recess was taken, after which the

21    following proceedings were had:)

22            THE COURT:  We're back on United States of America

23    versus Matthew Andrew Carter, Case No. 11-20350.

24            Counsel, state your appearances, please, for the

25    record.
```

```
 1              MS. MEDETIS:  Yes.  Good afternoon, your Honor.

 2              Maria Medetis and Bonnie Kane on behalf of the United

 3    States.

 4              MR. HOROWITZ:  Good afternoon again, your Honor.

 5              Phil Horowitz, Stu Adelstein on behalf of Matthew

 6    Carter, who's present before the Court.

 7              And sitting at counsels' table is Reginald Hope.

 8              THE COURT:  In regard to Juror No. 15, anything

 9    further anybody wants to say?

10              MS. MEDETIS:  Nothing from the Government.

11              MR. HOROWITZ:  Other than that the Defendant wishes

12    that he remain as a juror, we have nothing other than that.

13              THE COURT:  I have considered whether we should recess

14    trial for tomorrow, the 15th, and Tuesday, the 19th, or release

15    Juror No. 15.  As we have two other alternate jurors, I'm going

16    to release him at the end of the day today and we will continue

17    the trial.

18              MR. ADELSTEIN:  So that means we're working tomorrow?

19              THE COURT:  It does.

20              MR. ADELSTEIN:  I'm a little slow.

21              THE COURT:  That's what it means.

22              Do we have everybody back?

23              THE COURT SECURITY OFFICER:  No.  We're missing one,

24    your Honor.

25              MS. MEDETIS:  Judge, while we're waiting for the jury,
```

```
1    I would just move again to compel defense counsel to provide

2    reciprocal discovery.

3            The Court had ordered that they provide reciprocal

4    discovery by November 22nd, 2012.  To date, we've not received

5    anything from the Defendant.

6            And it's clear from the various side-bars that we've

7    had that they intend to call defense witnesses and introduce

8    exhibits, and we'd ask for any exhibits or any discoveries that

9    are not captured within the -- what's already been produced to

10   them by the Government.

11           My understanding is that some of their exhibits are

12   coming from Government discovery.  But any other exhibits or

13   evidence or discovery --

14           THE COURT:  Are you going to be introducing exhibits?

15           MR. HOROWITZ:  Judge, we have filed a defense exhibit

16   list.  The exhibits have been available to the Government.

17           THE COURT:  I'm sorry?

18           MR. HOROWITZ:  We filed a defense exhibit list.  I

19   think there's 18 or 19 that we have so far.  Those exhibits are

20   available to the Government if they want to inspect them.  If

21   you want me to make copies, we'll make copies for them.

22           MR. ADELSTEIN:  They have the originals.

23           MS. MEDETIS:  I haven't seen the Defendant's exhibit

24   list.  I may have missed it on CM/ECF.

25           When was it filed?
```

 1          MR. HOROWITZ:  I want to say last week.

 2          THE COURT:  What docket entry is it?

 3          MR. HOROWITZ:  Judge, it may not have been filed.  I

 4    may have been e-mailed around as opposed to being filed.

 5          MS. MEDETIS:  I have not received anything on e-mail.

 6          THE COURT:  E-mailed around to who?

 7          MR. HOROWITZ:  To the Government and, also, to the

 8    Court.

 9          THE COURT:  Why didn't I receive an exhibit list here

10    in open court?

11          MR. HOROWITZ:  Judge, I thought you had.  If not, I

12    have an extra.  I'll be more than happy to pass it up.

13          MR. ADELSTEIN:  (Tenders document to the Court.)

14          THE COURT:  Did the Government receive an e-mail?

15          MS. MEDETIS:  No, your Honor.

16          THE COURT:  So I take it you're making all of these

17    exhibits available to the Government today.

18          MR. HOROWITZ:  Yes, your Honor.

19          THE COURT:  And make sure they get a copy of the

20    exhibit list, please, today.

21          MR. HOROWITZ:  I'm doing that right now, Judge.

22          THE COURT:  The juror is back.

23          Do you have a witness for us?

24          MS. MEDETIS:  Yes, your Honor, we do.

25          (Whereupon, the jury entered the courtroom at

```
 1    3:15 p.m. and the following proceedings were had:)

 2              THE COURT:  You may be seated.

 3              Call your next witness.

 4              MS. KANE:  The United States calls Josue Xxxxxxx.

 5               JOSUE XXXXXXX, GOVERNMENT WITNESS, SWORN

 6              THE COURT REPORTER:  Thank you.  Take a seat.

 7              If you would, please state your full name for the

 8    record and give the spelling.

 9              THE WITNESS:  Xxxxxxx, Josue.  X-x-x-x-x-x-x,

10    J-o-s-u-e.

11                         DIRECT EXAMINATION

12    BY MS. KANE:

13    Q.   Good afternoon.

14    A.   Good afternoon.

15    Q.   May I call you Josue?

16    A.   Yes.

17    Q.   Josue, when were you born?

18    A.   1993.

19    Q.   What is the month and day?

20    A.   January 2.

21    Q.   How old are you now?

22    A.   20.

23    Q.   Where are you from, Josue?

24    A.   Haiti.

25    Q.   And where do you live now?
```

J. Xxxxxxx - DIRECT - By Ms. Kane                    150

```
 1    A.   Republic of Haiti.

 2    Q.   Josue, can you tell the ladies and gentlemen of the jury a

 3    little bit about your parents.

 4    A.   For example, what?

 5    Q.   Are your parents still living, Josue?

 6    A.   Yes.

 7    Q.   Are your parents employed?

 8    A.   No.

 9    Q.   Do you have any brothers or sisters, Josue?

10    A.   Yes.

11    Q.   Are they older or younger than you?

12    A.   I have some that are older and some that are younger.

13    Q.   How many brothers and sisters do you have?

14    A.   Three brothers and five sisters.

15    Q.   Josue, do you know a man named Bill Carter?

16    A.   Yes.

17    Q.   Is he in the courtroom today?

18    A.   Yes.

19    Q.   Could you please point to him and describe him by a piece

20    of clothing that he's wearing.

21    A.   He's sitting is over there and he's wearing either a beige

22    or white shirt.

23         MS. KANE:  Please have the record reflect that the

24    witness has identified the Defendant.

25         THE COURT:  It will so reflect.
```

BY MS. KANE:

Q.   Josue, when you met the Defendant for the first time, where were you?

A.   At my mother's.

Q.   And what happened when you met the Defendant for the first time?

A.   When you ask me where did I meet him, where I was or what happened?

Q.   I asked you where you were when you first met the Defendant.  Where?

A.   At his house.

Q.   Whose house were you at?

A.   At Mr. Bill's house.

Q.   Who were you with that day when you met the Defendant at his house?

A.   My mother.

Q.   Were you with anyone else?

A.   Yes.

Q.   Who else was there that day?

A.   My younger brother, Joel.

Q.   And what happened on the day that you, your mother and your brother Joel were at the Defendant's house?

A.   I was very young.  I did not speak English.  My mother just placed me there.

Q.   On the first day that you met the Defendant, did you move

1    in with the Defendant?

2    A.   Yes.

3    Q.   And did your brother move in with the Defendant also that

4    day?

5    A.   Yes.

6    Q.   Do you remember how old you were on that day?

7    A.   No.

8    Q.   Did the Defendant -- strike that.

9         At the time that you moved in with the Defendant, who else

10   was the Defendant living with?

11   A.   Several other people.  I do not remember.

12   Q.   Were these other people adults or children?

13   A.   Children.

14   Q.   Were the children boys or girls?

15   A.   Boys.

16   Q.   Did the Defendant's home have a name?

17   A.   If the house had a name?

18   Q.   Yes.

19   A.   Centre Etoile du Matin, Morning Star Center.

20   Q.   At the time that you moved in to the Morning Star Center

21   with the Defendant, where was the center located, if you

22   remember?

23   A.   Santo 14.

24   Q.   At the time that you and your brother Joel moved into the

25   Morning Star Center, were you and your brother older or younger

 1   than the other children in the home?

 2   A.   I believe Joel and I were the youngest.

 3            MS. KANE:  Your Honor, permission to approach?

 4            THE COURT:  Yes.

 5   BY MS. KANE:

 6   Q.   Josue, I'm showing you what has previously been admitted as

 7   Government's Exhibit 50.  Could you please take a look at this.

 8        Do you recognize this?

 9   A.   Yes.

10   Q.   And is there a picture of you in that exhibit?

11   A.   Yes.

12            MS. KANE:  Your Honor, permission to publish from the

13   overhead camera?

14            THE COURT:  It's going to be difficult because you

15   have the interpreter, unless you can move --

16            MS. KANE:  No.  That's okay.  That's fine.

17   BY MS. KANE:

18   Q.   Joel, do you see -- excuse me.

19        Josue, do you see your picture on Government's Exhibit 50?

20   A.   Yes.

21   Q.   And using the touch screen that's in front of you, could

22   you please circle your picture.

23   A.   (Witness complies.)

24   Q.   Who are you sitting next to in this picture?

25   A.   My younger brother.

1    Q.   And what is your younger brother's name?

2    A.   Joel.

3    Q.   And where were you when this picture was taken, if you

4    know?

5    A.   No.  I don't remember.

6    Q.   Were you living with the Defendant when this picture was

7    taken?

8    A.   Yes.

9              MS. KANE:  Permission to approach, your Honor?

10             THE COURT:  Yes.

11   BY MS. KANE:

12   Q.   Josue, would you please put your first and last name next

13   to your picture with this pen.

14   A.   Right there.

15   Q.   Josue, why did you and your brother move into the Morning

16   Star Center with the Defendant?

17             MR. ADELSTEIN:  Excuse me.  Objection to the form of

18   the question.  His brother.  Why did his brother move in?

19             THE COURT:  Overruled.

20             THE WITNESS:  Because my mother placed us there.

21   BY MS. KANE:

22   Q.   Josue, based upon your personal knowledge, do you know why

23   your mother left you at the Morning Star Center with the

24   Defendant?

25             MR. ADELSTEIN:  Objection.  Calls for hearsay.

```
 1              THE COURT:  Sustained.
 2  BY MS. KANE:
 3  Q.  Did the Defendant ever tell you why you were living with
 4  him at the Morning Star Center?
 5  A.  If he -- repeat your question, please.
 6  Q.  Did the Defendant tell you why you were living with him at
 7  the Morning Star Center?
 8  A.  No.
 9              MS. KANE:  Permission to publish what has been
10  previously admitted as Government's Exhibit 80?
11              THE COURT:  You may.
12  BY MS. KANE:
13  Q.  Josue, is there a picture of you in this exhibit?
14  A.  Yes.
15  Q.  Using your touch screen, would you please circle your
16  picture.
17  A.  (Witness complies.)
18  Q.  Josue, do you know where you were living when this picture
19  was taken?
20  A.  Yes.
21  Q.  Where were you living at that time?
22  A.  Santo 14.
23  Q.  Approximately how long had you been living at the Morning
24  Star Center at Santo 14 when this picture was taken?
25  A.  I can't recall.
```

J. Xxxxxxx - DIRECT - By Ms. Kane                    156

 1   Q.   Did there come a time when you moved out of the Morning
 2   Star for a period of time?
 3   A.   What do you mean?
 4   Q.   Did you leave the Morning Star Center for just a period of
 5   time, move out?
 6   A.   Yes.
 7   Q.   And did you then return to the Morning Star again at some
 8   point?
 9   A.   Yes.
10   Q.   Do you remember approximately how long you were gone from
11   the Morning Star Center?
12   A.   No.
13   Q.   Were you living at the Morning Star Center in September of
14   2004?
15   A.   In 2004, I believe I was living there.
16   Q.   After you left the Morning Star for a period of time, when
17   you returned, where was the center located?
18   A.   I left several times.
19   Q.   Okay.  On the first time that you left, where was the
20   center when you returned again?
21   A.   Santo 14.
22   Q.   On the second time that you left the Morning Star Center,
23   where was the center when you returned?
24   A.   When I returned the second time, it was still located at
25   Santo 14.

 1   Q.   And did you leave the Morning Star for a third time?

 2   A.   Yes.

 3   Q.   And where was the center when you returned on that third

 4   time?

 5   A.   Tabarre.

 6   Q.   So how many houses did you live at with the Defendant?

 7   A.   Two houses.

 8   Q.   When you left the Morning Star Center for good, where was

 9   the house located?

10   A.   Tabarre.  At the time, it was split in two.

11   Q.   And where was the second house located at that time?

12   A.   Santo and Tabarre.

13   Q.   So when you left the Morning Star Center, was the Morning

14   Star Center located in both Santo 14 and Tabarre?

15   A.   Yes.

16   Q.   Approximately how old were you when you left the Morning

17   Star Center for good?

18   A.   Approximately 16 years old.

19   Q.   When you lived at the Morning Star Center, what were some

20   of the good things that you liked about living there?

21   A.   Several good things.  But I don't remember.

22   Q.   How many meals a day did you eat when you lived with the

23   Defendant at the Morning Star?

24   A.   Three times.

25   Q.   When you lived with your parents, how many meals had you

1   been eating a day?

2   A.   One meal a day and, if they could afford it, two meals.

3   Q.   When you lived with your parents, were you attending school

4   regularly?

5   A.   No.  Not regularly, no.

6   Q.   When you lived with the Defendant, did you go to school

7   then?

8   A.   Yes.

9   Q.   When you lived with the Defendant, did you have toys and

10  games to play with at the Morning Star Center?

11  A.   Yes.

12  Q.   Did you have as many toys and games to play with when you

13  lived with your parents?

14  A.   No.

15  Q.   When you lived at Santo 14, Josue, can you tell us some of

16  the bad things, the things that you did not like, about living

17  at Santo 14.

18  A.   The bad things that Mr. Bill did to me or the bad things

19  the other boys who were living there did to me.

20  Q.   We're going to talk about the bad things that the Defendant

21  did to you.

22       What bad things did the Defendant do to you at Santo 14?

23  A.   He would make me go to his room and then I had to

24  masturbate him.  Then he'll suck on my penis.  Nothing else.

25  Q.   Do you remember the first time that that happened, Josue?

```
 1   A.   Yes.

 2   Q.   Can you tell us what happened on the first time that that

 3   happened.

 4   A.   The first time I was in his room alone with two other boys.

 5   It was the three of us.  All of a sudden I found myself on his

 6   bed.  He called one of us over.  The one he called probably

 7   knew what was going on.

 8        He started and then the two of us joined him.  He showed us

 9   how to do it, pour lotion into our hands.  And that's how it

10   happened.

11        Then we started to masturbate him.  He was on the --

12   sucking on the penis of -- on the penis of one of us and the

13   other one was masturbating him.

14   Q.   When you say that he poured the lotion in your hands, who

15   are you referring to, Josue?

16   A.   Mr. Bill.

17   Q.   When the Defendant was sucking the penis of another boy in

18   the room, what were you doing?

19   A.   I do not recall very well, but I know I was doing the same

20   thing.

21   Q.   When you say "the same thing," what do you mean?

22   A.   Masturbating him, also.

23   Q.   You mentioned that there were two other boys in the room.

24        Do you know their names?

25   A.   No.
```

J. Xxxxxxx - DIRECT - By Ms. Kane                    160

1    Q.   Were they older or younger than you?

2    A.   I don't remember.

3    Q.   Did you and -- excuse me.  Strike that.

4         What was the third boy doing when you were masturbating the

5    Defendant?

6    A.   I do not recall.  I do not recall that day.

7    Q.   Other than the Defendant sucking the penis of one of the

8    boys, what other sexual things, if any, did the Defendant do to

9    you or the other boys?

10   A.   I didn't do anything with the other boys.

11   Q.   No.  I know.

12        What was -- you mentioned that there were three boys in the

13   room.

14   A.   Yes.

15   Q.   And you said the Defendant was sucking the penis of one of

16   the boys?

17   A.   Yes.

18   Q.   And you said that you were masturbating the Defendant?

19   A.   Yes.

20   Q.   Do you remember what the other boy in the room was doing?

21   A.   He was standing by us.

22   Q.   When the Defendant had you masturbate that day, how did you

23   know that the Defendant wanted you to masturbate him?

24   A.   One of the boys had started and then, after that, he called

25   us and he showed us what was done and we did it, too.

 1   Q.   How did the Defendant show you what to do, Josue?

 2   A.   He started to masturbate himself by putting lotion in his

 3   hand and masturbating himself and then he put lotion on my hand

 4   for me to do it just like he was doing it.

 5   Q.   How did your hand get on the Defendant's penis?

 6   A.   He took my hand and put my hand there.

 7   Q.   You said earlier that you also had to do oral sex with the

 8   Defendant.

 9        Do you remember the first time that the Defendant performed

10   oral sex on you?

11   A.   No.

12   Q.   How often would the Defendant perform oral sex on you?

13   A.   Many times.

14   Q.   Did that happen at the Santo 14 house?

15   A.   Yes.

16   Q.   How often did you have to masturbate the Defendant at the

17   Santo 14 house?

18   A.   I don't remember how many times.

19   Q.   Was it more than once?

20   A.   Yes.

21   Q.   Did the Defendant ever do sexual things with you in --

22   strike that.

23        In addition to the first time that you recall, did the

24   Defendant ever do sexual things to you and another child at the

25   same time again?

1    A.   No.

2    Q.   After you masturbated the Defendant, did the Defendant ever

3    give you something or do nice things for you?

4    A.   He was always nice to me.  I don't know if it was because

5    of that.

6    Q.   Did the Defendant treat you differently if you did not

7    agree to masturbate him?

8    A.   Yes.

9    Q.   How would the Defendant treat you when you refused to

10   masturbate the Defendant?

11   A.   He never treated me the same.

12   Q.   When the Defendant was treating you nicely, how would he

13   treat you?

14   A.   He kept me next to him.  When I just started going to --

15   living with him, I used to eat at the same table with him.

16   When he would come from the States with gifts and toys, I would

17   be the first one allowed to choose.  And he wouldn't let the

18   other boys hit me and my younger brother.

19   Q.   During this time when the Defendant was doing nice things

20   for you, was the Defendant doing sexual things to you?

21   A.   Yes.

22   Q.   Did there come a time when you stopped doing sexual things

23   with the Defendant?

24   A.   Yes.

25   Q.   And how would the Defendant treat you after the Defendant

J. Xxxxxxx - DIRECT - By Ms. Kane                          163

 1   stopped doing sexual things to you?

 2   A.   The first time that I supposedly acted bad is that I used

 3   to eat with him at the table and he kicked me out of the table

 4   and had another boy eat with him at the table.

 5   Q.   And when you would eat with the Defendant at his table,

 6   where would the other children eat?

 7   A.   They ate at a table, but a table on the side.

 8   Q.   When you would eat with the Defendant, would the Defendant

 9   give you some of his food?

10   A.   Yes.

11   Q.   Was this food different than the food the other children

12   ate?

13   A.   Yes.

14   Q.   After the Defendant stopped doing sexual things to you,

15   would the Defendant still give you some of his food?

16   A.   No.  Because I was no longer at his table.

17   Q.   When the Defendant was doing sexual things to you, did the

18   Defendant ever offer you something or promise you something to

19   try to get you to agree?

20   A.   No.

21   Q.   Josue, when you moved to -- excuse me.

22        When you moved to the Tabarre house, did the Defendant do

23   any sexual things to you while you were living at that house?

24   A.   Yes.

25   Q.   What did the Defendant do to you while you were living at

1    the Tabarre house?

2    A.   The same things that he did at the Santo house.

3    Q.   And, Josue, what do you mean by "the same things"?

4    A.   He would ask me if I would go to his room tonight.  And I

5    would go.  I already knew what I had to do when I got there.

6    It's the same, lying down, put lotion in my hand.  I would

7    masturbate him and he would suck on my penis.

8    Q.   How often did that happen, Josue, at the Tabarre house?

9    A.   I don't remember.

10   Q.   Do you remember the last time that the Defendant tried to

11   do something sexual with you at the Tabarre house?

12   A.   Yes.

13   Q.   Can you tell us what happened on that day.

14   A.   Yes.  It was a day that I was at the Tabarre house.  All

15   the boys went to school.  I was the only one there.  He told me

16   let's go out with him.  He was going to the supermarket.  And

17   he told me -- and he put me in the car to go to the supermarket

18   with him.

19        And he bought things, food supplies for him, and he bought

20   something for me to eat and drink, too.  Then we went back to

21   the house.

22        When we got back, he got ready to -- like he was going to

23   cook.  And I was next to him, helping cooking the food.  He

24   cooked and he served two plates.  He took one and served me

25   one.

 1          And we went in the living room and he sent me in his room

 2     to get something to drink, two drinks, one for him, one for me.

 3     And when we were eating and the TV had just come from the US

 4     with new movies and there was *Spider-Man 2* that I wanted to

 5     watch, he says I could watch it.  So we did put *Spider-Man 2*

 6     on.

 7          So we started watching it.  And we had finished eating.  So

 8     I took away the plates and the silverware and the utensils.

 9     And I got up.  And he went to his bathroom.  I don't know if he

10     needed to go to the bathroom, but he went to his bathroom.

11          When he came back, he came back with a box on him and a

12     shirt on him.  And he sat back down next to me.  We were

13     watching the movie.

14          While we were watching the movie, at the same time he

15     started putting his hand and rubbing his hand on my legs.  I

16     let him put his hand on my legs because I never paid any mind

17     to him.  I was just watching the movie.

18          When he started to go over the limit and put his hands

19     inside my pants, I was not agreeable to that.  I didn't agree

20     to that.  So I started pulling myself away from him.

21          He started saying that, "You are being stupid.  We can

22     pause the movie and we'll go do it and then we'll start it over

23     again."  And I continued being stupid and pulling myself.  So I

24     was moving away from him, moving on the sofa.

25          There was a dog in the house called Midnight.

```
 1              MR. ADELSTEIN:  Judge, I'm going to object.

 2              THE COURT:  Sustained.

 3              Ask a question.

 4    BY MS. KANE:

 5    Q.  After the Defendant put his hand inside your pants, did the

 6    Defendant touch your penis?

 7              MR. ADELSTEIN:  Objection.  Leading.

 8              THE COURT:  Sustained.

 9              Rephrase your question.

10    BY MS. KANE:

11    Q.  Josue, what did the Defendant touch when he put his hand

12    inside your pants?

13    A.  He didn't have time to touch anything.

14    Q.  What was the Defendant trying to touch?

15              MR. ADELSTEIN:  Objection.

16              MR. HOROWITZ:  Objection.

17              THE COURT:  Overruled.

18              THE WITNESS:  He was trying to touch my penis.

19    BY MS. KANE:

20    Q.  After this incident, did you continue to live with the

21    Defendant at the Morning Star Center?

22    A.  After that happened, he sent me away.

23    Q.  Where did the Defendant send you?

24    A.  He sent me back home to my mother.

25    Q.  Josue, you lived with the Defendant for a number of years.
```

 1    Is that correct?

 2              MR. HOROWITZ:  Objection.  Leading.

 3              THE COURT:  Sustained.

 4              Rephrase your question.

 5    BY MS. KANE:

 6    Q.  Josue, approximately how many years did you live with the

 7    Defendant?

 8    A.  I don't remember.

 9    Q.  Did you live with the Defendant for more than one year?

10              MR. HOROWITZ:  Objection.  Leading.

11              THE COURT:  Sustained.

12              Rephrase your question.

13    BY MS. KANE:

14    Q.  Josue, why did you live with the Defendant for as long as

15    you did?

16    A.  I had no choice.  You have to remember, I was very young.

17    Q.  When you say that you had no choice, what do you mean by

18    that?

19    A.  It was my mother's decision and Mr. Bill's.  It was not my

20    decision to stay there.

21              MS. KANE:  The United States tenders this witness.

22              THE COURT:  Cross-examination.

23              MR. ADELSTEIN:  Thank you, your Honor.

24                        CROSS-EXAMINATION

25

```
 1   BY MR. ADELSTEIN:

 2   Q.   I just have a few questions.

 3            THE WITNESS:  May I have some water?

 4            THE COURT:  Yes.

 5   BY MR. ADELSTEIN:

 6   Q.   Okay?

 7   A.   Yes.

 8   Q.   We have never met, have we?

 9   A.   You?

10   Q.   Yes.  Me.  Have you ever met me?

11   A.   No.

12   Q.   I just have a few questions, if I can.  Okay?

13   A.   Yes.

14   Q.   It was your mother's decision to place you at the Morning

15   Star.  Is that correct?

16   A.   Yes.

17   Q.   It was your mother's decision to place you and your younger

18   brother at the Morning Star?

19            MS. KANE:  Objection.  Speculation.

20            THE COURT:  Overruled.

21            If he knows, he can answer.

22   BY MR. ADELSTEIN:

23   Q.   That's correct.  Right?

24   A.   Yes.

25   Q.   How much younger is your brother?
```

 1   A.   We are three years apart.

 2   Q.   Did your mother place both you and your younger brother at

 3   the Morning Star at the same time?

 4   A.   Yes.

 5   Q.   You indicated that you left the center on three occasions.

 6        Did I hear you correctly?

 7   A.   Yes.

 8   Q.   No one prevented you from leaving the center.  Correct?

 9   A.   No.

10   Q.   When you left the center, did you ever report this alleged

11   sexual abuse to your mother, your father or anyone?

12   A.   No.

13   Q.   When you left the center, did your younger brother stay at

14   the center?

15   A.   Several times.  Which instance are you talking about?

16   Q.   The first time you left the center, did your younger

17   brother stay at the center?

18   A.   He left with me.

19   Q.   And you went home?

20   A.   Yes.

21   Q.   Did there come a time that both of you then went back to

22   the center?

23   A.   I went back first.

24   Q.   Okay.  And how long after did your younger brother come

25   back to the center?

```
 1    A.  I do not remember.

 2    Q.  Do you know whose decision it was for your younger brother

 3    to come back to the center?

 4            MS. KANE:  Objection.  Speculation.

 5            THE COURT:  Sustained.

 6    BY MR. ADELSTEIN:

 7    Q.  Before your brother came back to the center, did you ever

 8    advise your mother of any alleged sexual abuse?

 9    A.  No.

10    Q.  Now, you left the center a second time.  Correct?

11    A.  Yes.

12    Q.  Did your younger brother go back home with you the second

13    time or did he stay at the center?

14    A.  No.

15            MS. MEDETIS:  Objection.  Compound.

16            MR. ADELSTEIN:  It is compound.  And I agree.  Let me

17    rephrase it, if I could.

18    BY MR. ADELSTEIN:

19    Q.  When you left the center the second time, did your younger

20    brother go home with you?

21    A.  No.

22    Q.  He stayed at the center?

23    A.  I don't recall him being there the second time.

24    Q.  Okay.  The second time that you left the center, did you

25    tell your mother or father about any alleged sexual abuse?
```

```
 1    A.   No.
 2    Q.   You came back to the center a third time.  Is that correct?
 3    A.   Yes.
 4    Q.   Was your brother at the -- younger brother at the center at
 5    that time?
 6    A.   The third time he was there.
 7    Q.   Do you know whose decision it was to put -- place your
 8    brother back at the center?
 9            MS. KANE:  Objection.  Speculation.
10            THE COURT:  Sustained.
11    BY MR. ADELSTEIN:
12    Q.   You were 16 when you left the center the third time, I
13    think you testified to?
14    A.   Yes.
15    Q.   You were born in 1993.  If I add 16 to that, that would be
16    2009 is when you left the center.  Is that correct?
17    A.   I don't remember.
18    Q.   When you left the center, did you ever report any of this
19    alleged sexual abuse to your mother or your father?
20    A.   No.
21    Q.   When you left the center, did you ever report this alleged
22    sexual abuse to anyone?
23    A.   No.
24    Q.   The first time you reported this was when agents from the
25    Federal Government of the United States came to talk to you.
```

1    Is that correct?

2    A.   Yes.

3    Q.   Now, you were asked a question by the Government of what

4    are the bad things that happened to you at the Morning Star

5    Center.

6         Do you remember that?

7    A.   Yes.

8    Q.   And your response was do you want to know about the bad

9    things that allegedly Mr. Carter did or the bad things other

10   boys did to you.

11        Do you remember that?

12   A.   I don't think I stated that the boys did bad things to me.

13   Q.   Did the other young men at the Morning Star do any bad

14   things to you?

15   A.   No.

16             MR. ADELSTEIN:  Could I have one moment, Judge?

17             THE COURT:  Yes.

18   BY MR. ADELSTEIN:

19   Q.   Do you recall meeting with your brother and other young men

20   with the Government a few months ago?

21   A.   Yes.

22   Q.   Do you remember the first meeting that you and your brother

23   met with other young men from the Morning Star with the

24   Government?

25   A.   Are you asking about the date when the first meeting was

 1   held or the first meeting with me individually?

 2   Q.  Actually, I'm going to ask about both.

 3       So let's go with, when do you recall the first meeting you

 4   and your brother met with the Government and other young men

 5   who attended Morning Star?

 6   A.  The first meeting that I can recall where my brother was

 7   there along with some other boys was held at the US Embassy in

 8   Haiti.

 9   Q.  Do you know how many boys besides you and your brother were

10   at that meeting at the US Embassy?

11   A.  Many.  I do not remember how many.

12   Q.  You recognized some of those young men as being residents

13   of Morning Star.  Correct?

14   A.  Yes.

15   Q.  The purpose, was it not, of having this meeting is to

16   discuss what allegedly occurred at Morning Star?  Correct?

17           MS. MEDETIS:  Objection.  Calls for application.

18           THE COURT:  Rephrase your question.

19   BY MR. ADELSTEIN:

20   Q.  What was the purpose of you meeting with these other young

21   men at the US Embassy the first time?

22           MS. MEDETIS:  Objection.  Calls for speculation.

23           THE COURT:  Overruled.

24           THE WITNESS:  To talk about the process of the trial

25   for Mr. Bill.

1    BY MR. ADELSTEIN:

2    Q.   Okay.  And was it also to discuss what allegedly occurred

3    at Morning Star while you were there?

4           MS. MEDETIS:  Objection.  Asked and answered.

5           THE COURT:  Overruled.

6           THE WITNESS:  I did not hear.  I do not understand

7    your question very well.

8    BY MR. ADELSTEIN:

9    Q.   Let me ask it another way, if I could.

10          You indicated one of the reasons was to discuss the

11   upcoming trial of Mr. Bill.  Correct?

12          MS. MEDETIS:  Objection.  Those facts are not in

13   evidence.

14          THE COURT:  Overruled -- well, sustained.

15          Rephrase your question.

16   BY MR. ADELSTEIN:

17   Q.   What was your understanding of the reason you met at the

18   US Embassy with the government agents and prosecutors?

19   A.   I answered your question.

20   Q.   Well, I don't remember the answer.  And I apologize.

21          So could you tell me again.

22   A.   We met about the upcoming trial of Mr. Bill.

23   Q.   And who did you meet with?

24   A.   Several people.

25   Q.   Do you know any of the names of those people or are any of

```
 1   those people in the courtroom today?

 2              MS. MEDETIS:  Objection.  Compound.

 3              THE COURT:  Sustained.

 4              Rephrase your question.

 5   BY MR. ADELSTEIN:

 6   Q.  Are any of the people that you met at the US Embassy in the

 7   courtroom today?

 8   A.  Yes.

 9   Q.  Would you point them out, please.

10   A.  One, two, three, four.  The four people sitting at the

11   table.

12   Q.  All of these people here?

13   A.  Yes.

14   Q.  And at that meeting at the US Embassy, did you discuss what

15   occurred allegedly at the Morning Star?

16              THE INTERPRETER:  He wants the interpreter to repeat

17   the question again.  May I, your Honor?

18              THE COURT:  Yes.  It's on your screen there.

19              THE INTERPRETER:  (Interprets question for the

20   witness.)

21              THE WITNESS:  Yes.

22   BY MR. ADELSTEIN:

23   Q.  Did you discuss it with these four individuals when your

24   brother was present?

25   A.  No.
```

1    Q.   After that meeting, you and your brother went home.

2    Correct?

3    A.   Yes.

4    Q.   Certainly, being close with your brother, you discussed

5    things about what allegedly occurred at the Morning Star with

6    him.  Correct?

7    A.   No.

8    Q.   You never talked to your brother about what experiences

9    supposedly occurred at Morning Star?

10   A.   No.

11   Q.   Now, you met with these same four people again; did you

12   not?

13   A.   Yes.

14   Q.   This was a bigger crowd of individuals -- a larger crowd of

15   individuals.  Correct?

16   A.   I don't remember.

17   Q.   Do you remember it being at a sugar factory -- a

18   closed-down sugar factory in a park?

19   A.   Yes.

20   Q.   That occurred just last month.  Correct?

21   A.   Not last month.

22   Q.   When did it occur?

23   A.   I think it was December.

24   Q.   Okay.  And were there other residents from the Morning Star

25   present, also, at this meeting?

 1   A.   Yes.

 2   Q.   Was it the same four individuals that were at the other

 3   meeting that you just identified?

 4   A.   I think I saw only three that time.

 5   Q.   And which three did you see?

 6   A.   One, two, three.

 7   Q.   The first three?

 8   A.   Yes.

 9   Q.   And what was your understanding of why you were meeting

10   again with these three Government representatives?

11   A.   To prepare for the trip.

12   Q.   Was your brother there?

13   A.   Yes.

14   Q.   Were there other individuals or residents from the Morning

15   Star there?

16   A.   Yes.

17   Q.   And were you present when the Morning Star Center was

18   closed down?

19           THE INTERPRETER:  Please, your Honor, the witness is

20   asking to take some time.

21           THE COURT:  Do you need a break, sir?

22           THE WITNESS:  Yes.

23           THE COURT:  Well, maybe we'll break for the day, since

24   we're going to break anyhow in 15 minutes.  So there's no point

25   in coming back after a ten-minute recess.  Okay?  So we'll

1    break for the day, sir, to give you some time.

2             Do not discuss this case either amongst yourselves or

3    with anyone else.  Have no contact whatsoever with anyone

4    associated with the trial.

5             Do not read, listen or see anything touching on this

6    matter in any way, including anything in the media, anything on

7    the Internet or anything on any access device.

8             If anyone should try to talk to you about this case,

9    you should immediately instruct them to stop and report it to

10   my staff.

11            If you would, give your notebooks to the court

12   security officer.  I will see you tomorrow morning at 9:00.

13            And, Juror No. 15, if you would remain in your seat,

14   please.

15            You are excused.  Happy Valentine's Day.

16            (Whereupon, the jury exited the courtroom at 4:18 p.m.

17   and the following proceedings were had:)

18            THE COURT:  You may be seated.

19            You may step down, sir.  Sir, you are not to discuss

20   your testimony with anyone or permit anyone to discuss it with

21   you.

22            THE WITNESS:  Yes.

23            THE COURT:  Tomorrow morning, 9:00.

24            (Witness excused.)

25            THE COURT:  I actually think you're Juror No. 14 now.

```
 1                    Mr. Gaitan.  Correct?

 2               JUROR NO. 14:  Correct.

 3               THE COURT:  You may be seated.

 4               It's my understanding, as I recall, that you are going

 5    away on a trip tomorrow.  Is that correct?

 6               JUROR NO. 14:  Yes, your Honor.

 7               THE COURT:  And you come back on Tuesday?

 8               JUROR NO. 14:  Yes, your Honor.

 9               THE COURT:  So I'm going to thank you for your

10    service, sir, and excuse you so you can go on your trip.

11               JUROR NO. 14:  Thank you.

12               THE COURT:  You are excused.  I am going to caution

13    you, do not discuss the case with anyone or permit anyone to

14    discuss it with you until such time as the jury has finished

15    its deliberations.  Okay?

16               JUROR NO. 14:  Yes, ma'am.

17               THE COURT:  Thank you for your service.  If you would,

18    give your notebook, if you haven't already -- he already has

19    it.

20               Sir, you're going to be going out through the double

21    doors.  If you have anything that's in the jury room, they'll

22    get it for you.

23               JUROR NO. 14:  Thank you.

24               THE COURT:  Thank you so much.  I know I speak for

25    everyone when I tell you how much we appreciate your service.
```

```
 1            MS. MEDETIS:  Your Honor, could the Court please

 2    advise the juror that we will -- are not permitted to have any

 3    contact with him even though he's been relieved of his jury

 4    duty?

 5            THE COURT:  Yes.

 6            You're not to have any contact with anyone, either the

 7    Government, the Defendant, and you're not to discuss the case

 8    with anyone.

 9            You can check with Patricia when you come back, see

10    what the status is, and we will let you know when the jury has

11    completed its deliberations.

12            But until the jury completes its deliberations, you're

13    not to discuss the case with anyone or permit anyone to discuss

14    it with you, sir.  Okay?

15            JUROR NO. 14:  Yes.

16            THE COURT:  Thank you.

17            JUROR NO. 14:  Thank you.

18            (Thereupon, Juror No. 14 retired from the courtroom

19    and the following proceedings were had:)

20            THE COURT:  Right on time, Mr. Adelstein.  In fact,

21    ten minutes ahead of schedule.

22            MR. ADELSTEIN:  I appreciate it.  Thank you.

23            THE COURT:  We're in recess until tomorrow morning,

24    9:00.  Enjoy your evening.

25            MR. HOROWITZ:  Judge, I'm going to keep Mr. Adelstein
```

1    for a couple of seconds.

2              MR. ADELSTEIN:  He thinks he is, but he's not.

3              MR. HOROWITZ:  I'm sure of it.

4              Judge, I filed two exhibit lists.  The first one, I

5    accidently did not redact one small portion of it.  It's Docket

6    Entry No. 210.

7              I've shown the Government what I've done and we're

8    going to ask the Court to seal Docket Entry No. 210 and

9    substitute 211 in its place.

10             MS. MEDETIS:  I don't have a copy.  What are you

11   talking about?

12             THE COURT:  I don't have a 210.  There's nothing on

13   the docket 210.  The last entry is 208.

14             MR. HOROWITZ:  Judge, I filed it about 3:30 this

15   afternoon.

16             THE COURT:  I'm sorry?

17             MR. HOROWITZ:  I filed it about 3:30 this afternoon.

18             THE COURT:  It should show up.  Oh.  It's there.

19             MR. HOROWITZ:  Just to seal 210.

20             MS. MEDETIS:  Defense counsel inadvertently forgot to

21   redact a victim's name.  And that's the basis for the request.

22             THE COURT:  Okay.

23             MR. HOROWITZ:  In Exhibit 17 and 18.  And then

24   I refiled it with --

25             THE COURT:  You're going too fast, Mr. Horowitz.

1          So I will grant the motion to seal 210, and 210 will

2    be sealed.

3          Now, what else are you telling me?

4          MR. HOROWITZ:  211 was filed in its place, your Honor.

5          THE COURT:  And what did you give me?

6          MR. ADELSTEIN:  I gave you a copy of probably 210.  I

7    handed it up earlier before it was filed.

8          THE COURT:  That's fine.

9          So 210 is sealed.

10         We're in recess until tomorrow morning, 9:00.

11         MR. ADELSTEIN:  Thank you, your Honor.

12         MR. HOROWITZ:  Thank you, Judge.  Happy Valentine's

13   Day.

14         THE COURT:  You, too.

15         (Proceedings concluded.)

16

17              C E R T I F I C A T E

18

19         I hereby certify that the foregoing is an accurate

20   transcription of the proceedings in the above-entitled matter.

21

22

23   _____          /s/Lisa Edwards
          DATE               LISA EDWARDS, RDR, CRR
24                           Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
25                           Miami, Florida 33128
                             (305) 523-5499

## $

**$400** [1] - 117:19

## '

**'03** [3] - 121:10, 122:1, 122:3
**'Board** [1] - 17:16

## /

**/s/Lisa** [1] - 182:23

## 0

**082087141** [1] - 44:15

## 1

**1** [1] - 1:8
**10** [1] - 17:10
**100** [4] - 3:13, 6:12, 6:17, 7:23
**101** [7] - 3:13, 5:20, 6:12, 6:13, 6:16, 6:18, 9:8
**102** [11] - 3:14, 11:18, 11:23, 12:8, 12:15, 12:22, 19:17, 20:2, 20:6, 20:7, 22:19
**102-A** [1] - 22:7
**10:47** [1] - 61:15
**10th** [3] - 22:6, 34:9, 35:18
**11** [6] - 15:24, 16:11, 17:13, 76:25, 77:1, 121:1
**11-20350** [4] - 4:3, 61:20, 112:9, 145:23
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**1175477** [1] - 73:18
**119** [1] - 3:8
**11:11** [1] - 63:18
**12:36** [1] - 111:24
**12th** [1] - 127:2
**14** [35] - 1:5, 17:16, 25:14, 53:7, 80:20, 91:8, 92:24, 95:8, 95:9, 107:20, 107:24, 113:23, 115:17, 140:10, 152:23,

155:22, 155:24, 156:21, 156:25, 157:14, 158:15, 158:17, 158:22, 161:14, 161:17, 178:25, 179:2, 179:6, 179:8, 179:11, 179:16, 179:23, 180:15, 180:17, 180:18
**1400** [1] - 1:18
**141** [1] - 3:8
**149** [1] - 3:9
**14th** [3] - 38:6, 130:14, 131:2
**15** [6] - 49:15, 80:18, 146:8, 146:15, 177:24, 178:13
**15-A** [1] - 46:22
**15th** [7] - 75:16, 75:21, 79:9, 79:13, 79:18, 87:20, 146:14
**16** [3] - 157:18, 171:12, 171:15
**167** [1] - 3:9
**17** [2] - 16:13, 33:25, 181:23
**170** [1] - 16:13
**171** [3] - 15:22, 16:11, 16:25
**177** [1] - 33:24
**18** [7] - 59:6, 59:8, 59:19, 60:2, 101:23, 147:19, 181:23
**18-A** [8] - 30:11, 31:15, 31:25, 53:16, 54:15, 54:19, 58:16, 60:10
**18-B** [5] - 33:7, 34:2, 34:15, 36:21, 36:23
**18-C** [2] - 37:3, 39:25
**18-D** [1] - 40:8
**18-E** [6] - 41:20, 42:20, 44:24, 57:10, 58:21, 59:19
**18-F** [2] - 46:4, 48:14
**18-G** [5] - 48:19, 49:15, 50:2, 52:21, 54:16, 55:23
**18-J** [1] - 52:15
**182** [1] - 1:8
**19** [2] - 16:16, 147:19
**1910** [1] - 1:24
**1945** [11] - 30:21, 32:20, 32:24, 33:14, 37:10, 39:6, 41:2, 42:3, 44:7, 46:13, 48:25
**1967** [5] - 31:21, 32:4, 53:17, 53:19,

55:2
**1972** [2] - 34:9, 35:18
**1977** [1] - 35:20
**1978** [3] - 38:6, 38:14, 39:10
**1982** [2] - 72:18, 73:14
**1983** [2] - 39:12, 41:11
**1988** [1] - 90:19
**1990** [6] - 42:18, 44:9, 56:10, 59:5, 59:14, 60:2
**1992** [1] - 45:20
**1993** [2] - 149:18, 171:15
**1996** [2] - 22:6, 24:5
**19th** [1] - 146:14
**1:30** [1] - 111:22, 112:5
**1:49** [1] - 112:23
**1st** [3] - 32:19, 32:24, 49:23

## 2

**2** [5] - 73:23, 81:7, 149:20, 165:4, 165:5
**2,000** [1] - 28:13
**20** [12] - 3:14, 16:18, 40:21, 40:23, 50:24, 51:9, 56:10, 70:12, 70:21, 71:24, 72:22, 149:22
**2000** [3] - 44:11, 47:4, 47:25
**2001** [7] - 73:24, 74:10, 76:24, 77:3, 80:18, 85:21, 87:19
**2002** [1] - 67:2
**2003** [23] - 67:2, 74:12, 74:23, 77:16, 77:20, 81:1, 81:3, 81:5, 81:9, 81:12, 81:14, 87:19, 92:10, 93:4, 93:6, 94:25, 95:16, 97:12, 119:14, 120:7, 120:11, 121:18, 135:21
**2004** [9] - 66:6, 75:1, 75:6, 78:10, 78:14, 78:19, 87:20, 156:14, 156:15
**2006** [10] - 75:9, 78:22, 79:1, 79:6, 87:20, 129:21, 130:10, 130:12, 131:1, 131:24
**2009** [12] - 75:16,

75:22, 79:9, 79:13, 79:18, 87:20, 132:3, 132:8, 132:9, 132:11, 132:12, 171:16
**2010** [11] - 25:18, 48:2, 49:23, 51:18, 52:20, 54:16, 55:5, 55:23, 56:7, 127:2, 127:3
**2011** [9] - 6:2, 6:8, 72:18, 80:20, 131:24, 135:21, 139:7, 140:1
**2012** [6] - 65:16, 130:14, 130:17, 140:10, 140:25, 147:4
**2013** [4] - 1:5, 130:15, 130:16, 131:2
**2020** [1] - 51:16
**20530** [1] - 1:19
**208** [1] - 181:13
**210** [9] - 181:6, 181:8, 181:12, 181:13, 181:19, 182:1, 182:6, 182:9
**211** [2] - 181:9, 182:4
**22** [1] - 45:14
**2238** [2] - 37:20, 37:25
**22nd** [1] - 147:4
**2380704** [1] - 46:22
**23rd** [1] - 39:12
**24** [3] - 3:6, 16:23, 91:10
**24th** [2] - 38:13, 39:10, 119:22
**25th** [1] - 119:22
**27** [2] - 52:4, 52:5
**27th** [21] - 30:21, 33:14, 37:10, 39:6, 41:2, 42:3, 44:7, 46:13, 48:25, 75:1, 75:6, 75:9, 78:14, 78:19, 78:22, 79:1, 79:6, 87:20, 130:10, 130:12, 131:1
**2929** [1] - 1:21
**2:56** [1] - 145:11
**2nd** [10] - 42:18, 45:20, 48:2, 73:24, 74:5, 74:7, 74:10, 76:24, 77:3, 87:19

## 3

**3** [1] - 17:3
**30** [1] - 83:10
**305** [2] - 2:3, 182:25
**30th** [12] - 74:12, 74:23, 77:16, 77:20,

81:1, 81:3, 81:5, 81:9, 81:12, 81:14, 87:19, 140:9
**32-B** [1] - 110:23
**33** [2] - 34:25, 35:12
**33128** [2] - 2:3, 182:25
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**34** [6] - 38:19, 39:2, 70:12, 70:21, 71:24, 72:22
**35** [8] - 43:17, 44:3, 44:25, 45:15, 70:12, 70:21, 71:24, 72:22
**36** [13] - 47:16, 70:12, 70:21, 71:24, 72:22, 76:6, 76:14, 77:1, 77:18, 78:12, 79:11, 85:14, 88:4
**37** [1] - 22:1
**37-A** [7] - 10:24, 13:4, 16:14, 16:23, 17:19, 22:5, 22:21
**37-B** [1] - 16:20
**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** [6] - 33:18, 37:18, 41:8, 42:6, 46:15, 49:4
**37th** [1] - 87:19
**3:15** [1] - 149:1
**3:30** [2] - 181:14, 181:17
**3rd** [2] - 47:4, 47:25

## 4

**4** [2] - 17:4, 36:14
**40** [1] - 83:10
**400** [2] - 2:2, 182:24
**410** [1] - 1:22
**45** [1] - 56:15
**472491686** [1] - 51:20
**4:18** [1] - 178:16
**4:24** [1] - 1:6
**4:30** [1] - 111:21
**4C** [1] - 128:19

## 5

**5** [1] - 3:5
**50** [6] - 113:4, 113:11, 114:2, 114:6, 153:7, 153:19
**52** [1] - 3:6
**523-5499** [2] - 2:3, 182:25

**5th** [2] - 41:11, 44:11

## 6

**6** [2] - 3:13, 17:6
**6-21-2010** [1] - 20:17
**600** [1] - 1:18
**64** [1] - 3:7
**6th** [2] - 44:9, 59:5

## 7

**70** [2] - 70:25, 71:2
**701794597** [8] - 48:4, 74:6, 74:24, 75:7, 75:14, 75:22, 76:4, 76:18
**73** [10] - 3:14, 71:5, 71:10, 72:19, 72:25, 73:2, 73:3, 81:6, 83:9
**74** [3] - 79:24, 80:9, 80:21
**7th** [3] - 31:21, 51:16, 78:10

## 8

**8** [4] - 17:8, 49:5, 51:18, 80:21
**80** [3] - 70:25, 71:2, 155:10
**81** [1] - 3:7
**812** [1] - 18:24
**82** [3] - 114:9, 114:14, 114:21
**86** [1] - 3:7
**89** [1] - 3:8
**8:00** [2] - 116:21, 132:16
**8th** [3] - 6:2, 6:8, 90:19

## 9

**9** [4] - 17:9, 49:10, 49:11, 85:17
**9130** [1] - 1:24
**98** [7] - 3:13, 6:11, 6:12, 6:13, 6:16, 6:17, 6:22
**99** [6] - 1:15, 3:13, 5:20, 6:12, 6:17, 7:10
**9:00** [4] - 178:12, 178:23, 180:24, 182:10
**9:16** [2] - 1:6, 4:24
**9:35** [1] - 15:18

**9:46** [1] - 19:5
**9th** [2] - 32:4, 35:20

## A

**A-l-t-i-e-r-i** [1] - 64:2
**a.m** [6] - 1:6, 4:24, 15:18, 19:5, 61:15, 63:18
**ability** [2] - 63:11, 63:14
**able** [7] - 8:4, 58:6, 72:5, 72:10, 72:21, 88:12, 102:16
**above-entitled** [1] - 182:20
**abroad** [4] - 26:1, 29:9, 58:3
**abuse** [17] - 103:9, 103:14, 115:24, 122:19, 123:23, 124:5, 129:9, 131:10, 142:12, 142:20, 143:6, 143:9, 169:11, 170:8, 170:25, 171:19, 171:22
**accept** [1] - 30:6
**acceptance** [1] - 30:5
**accepted** [2] - 32:4, 38:13
**access** [5] - 15:12, 61:8, 111:16, 145:5, 178:7
**accident** [1] - 37:22
**accidently** [1] - 181:5
**according** [1] - 140:18
**accurate** [1] - 182:19
**accurately** [3] - 6:6, 6:7, 72:20
**acid** [3] - 7:13, 7:17, 7:18
**acquire** [1] - 29:10
**acronym** [1] - 32:21
**act** [1] - 106:22
**acted** [1] - 163:2
**acts** [4] - 103:9, 103:14, 103:22, 103:23
**actual** [2] - 13:19, 13:25
**add** [1] - 171:15
**addition** [4] - 12:23, 60:10, 66:25, 161:23
**address** [11] - 33:21, 37:24, 37:25, 38:1, 40:14, 40:15, 46:21,

49:6, 88:24
**Adelstein** [14] - 4:16, 14:22, 15:25, 16:4, 16:11, 17:12, 17:18, 62:2, 62:16, 112:18, 137:7, 146:5, 180:20, 180:25
**ADELSTEIN** [99] - 1:20, 1:21, 4:15, 8:17, 8:19, 9:22, 12:16, 14:10, 16:1, 17:25, 20:3, 22:14, 22:16, 22:18, 23:14, 23:19, 23:21, 93:22, 95:25, 98:7, 99:1, 101:14, 103:3, 103:16, 104:13, 108:7, 111:7, 112:17, 117:2, 117:10, 118:12, 119:2, 119:13, 120:23, 121:15, 123:3, 123:5, 124:24, 126:1, 126:4, 126:24, 128:6, 128:24, 129:8, 129:24, 130:2, 130:4, 130:16, 130:23, 131:8, 131:14, 131:16, 131:21, 134:1, 134:6, 135:2, 135:13, 135:17, 135:21, 136:3, 136:20, 137:2, 137:3, 137:8, 137:14, 137:17, 137:24, 141:21, 141:23, 145:18, 146:18, 146:20, 147:22, 148:13, 154:17, 154:25, 166:1, 166:7, 166:15, 167:23, 168:1, 168:5, 168:22, 170:6, 170:16, 170:18, 171:11, 172:16, 172:18, 173:19, 174:1, 174:8, 174:16, 175:5, 175:22, 180:22, 181:2, 182:6, 182:11
**adjudicate** [2] - 27:16, 27:18
**adjudicating** [4] - 26:22, 26:25, 32:5, 50:8
**adjudication** [12] - 32:3, 34:18, 36:25, 38:13, 40:6, 41:18, 45:5, 45:11, 47:10, 50:18, 54:21, 60:1
**adjudications** [1] - 28:9

**adjust** [1] - 89:19
**Administration** [1] - 67:4
**admission** [1] - 83:7
**admissions** [1] - 83:10
**admit** [6] - 6:11, 12:14, 20:2, 68:23, 72:25, 87:5
**admitted** [46] - 6:15, 6:21, 7:9, 7:22, 9:3, 9:7, 10:23, 11:13, 20:6, 21:25, 30:10, 33:7, 34:24, 36:20, 37:3, 38:18, 39:24, 40:8, 41:20, 43:16, 44:3, 44:23, 46:4, 47:15, 48:19, 50:23, 51:9, 52:14, 55:22, 68:16, 70:12, 73:1, 76:6, 76:14, 79:24, 80:9, 81:4, 82:13, 82:25, 85:23, 86:2, 110:22, 113:4, 114:9, 153:6, 155:10
**admitting** [3] - 85:4, 86:24, 87:2
**adult** [5] - 101:23, 102:1, 107:8, 133:15, 133:16
**adults** [1] - 152:12
**advise** [2] - 170:8, 180:2
**advised** [2] - 115:17, 115:24
**Affairs** [1] - 50:7
**affairs** [1] - 25:6
**affiant** [2] - 43:3, 43:4
**affidavit** [3] - 42:21, 43:2, 43:6
**afford** [1] - 158:2
**afraid** [3] - 118:23, 129:1, 131:17
**afternoon** [11] - 110:16, 112:10, 112:13, 112:17, 112:25, 146:1, 146:4, 149:13, 149:14, 181:15, 181:17
**age** [2] - 55:5, 57:23
**agencies** [2] - 30:5, 30:7
**agency** [6] - 35:15, 39:19, 43:24, 47:22, 51:6, 51:12
**Agent** [8] - 4:12, 4:13, 5:10, 5:18, 6:14, 11:22, 19:16, 23:25
**agents** [3] - 141:7,

171:24, 174:18
**Agents** [1] - 112:15
**ago** [3] - 141:2, 172:20
**agree** [4] - 162:7, 163:19, 165:19, 170:16
**agreeable** [1] - 165:19
**ahead** [4] - 19:14, 21:2, 94:17, 180:21
**aid** [1] - 109:24
**Aid** [1] - 9:12
**Aids** [1] - 128:14
**airline** [1] - 69:14
**Airlines** [2] - 67:12, 67:14
**airport** [13] - 65:23, 66:7, 66:13, 66:17, 66:18, 66:21, 67:1, 67:10, 67:22, 68:1, 68:4, 68:6, 69:13
**Airport** [7] - 66:8, 67:8, 77:14, 77:25, 78:20, 79:7, 79:19
**airport-related** [2] - 67:1, 67:10
**alive** [2] - 24:5, 90:22
**alleged** [9] - 122:19, 123:23, 124:4, 129:9, 169:10, 170:8, 170:25, 171:19, 171:21
**allegedly** [8] - 122:22, 140:21, 141:10, 172:9, 173:16, 174:2, 175:15, 176:5
**allow** [2] - 19:2, 108:23
**allowed** [4] - 94:12, 119:23, 122:3, 162:17
**almost** [4] - 27:10, 57:24, 57:25, 58:1
**alone** [2] - 88:13, 159:4
**alternate** [1] - 146:15
**ALTIERI** [1] - 63:22
**Altieri** [18] - 3:7, 60:25, 63:21, 64:1, 64:7, 64:11, 65:7, 70:11, 71:9, 72:19, 73:11, 73:22, 76:13, 77:2, 79:23, 80:12, 86:15, 88:3
**Alvaro** [1] - 4:13
**amendment** [6] - 36:8, 45:16, 45:17, 45:18, 46:2, 52:8
**AMERICA** [1] - 1:4

**America** [4] - 4:2, 61:19, 112:8, 145:22

**American** [13] - 25:5, 25:21, 25:22, 25:23, 26:5, 26:21, 27:4, 28:25, 57:19, 58:3, 58:6, 67:11, 67:13

**analyzed** [1] - 86:7

**ANDREW** [1] - 1:7

**Andrew** [21] - 4:2, 41:24, 42:24, 43:19, 44:17, 46:8, 47:18, 48:23, 51:3, 51:24, 61:20, 74:3, 74:21, 75:4, 75:11, 76:16, 77:13, 91:11, 91:20, 112:9, 145:23

**animals** [1] - 8:23

**anniversary** [2] - 97:13, 97:15

**answer** [12] - 16:15, 16:18, 16:22, 16:24, 17:3, 17:8, 17:10, 85:11, 103:13, 127:7, 168:21, 174:20

**Answer** [2] - 17:6, 17:16

**answered** [14] - 10:12, 107:15, 125:24, 126:22, 128:23, 129:22, 131:3, 136:18, 137:12, 137:15, 137:16, 137:21, 174:4, 174:19

**any...** [1] - 98:9

**anyhow** [1] - 177:24

**apart** [1] - 169:1

**apartment** [3] - 108:5, 109:1, 109:2

**apologize** [5] - 30:22, 44:1, 97:6, 130:24, 174:20

**appearance** [1] - 28:15

**APPEARANCES** [1] - 1:13

**appearances** [4] - 4:5, 61:21, 112:11, 145:24

**appeared** [1] - 69:5

**applicant** [14] - 30:20, 30:21, 30:23, 31:4, 31:6, 31:7, 31:17, 32:10, 42:23, 53:23, 56:12, 59:6, 59:8

**applicant's** [3] - 32:17, 32:18, 32:22

**applicants** [3] -

27:19, 59:8, 59:14

**application** [93] - 11:14, 27:21, 27:22, 29:7, 29:14, 29:25, 30:15, 30:16, 30:18, 31:8, 31:10, 31:20, 31:22, 31:25, 32:4, 32:11, 32:12, 32:14, 33:2, 33:11, 33:20, 34:5, 34:8, 34:10, 34:13, 34:16, 36:17, 36:23, 36:24, 37:7, 37:14, 38:5, 38:7, 38:9, 39:21, 39:23, 40:1, 40:5, 40:12, 41:4, 41:10, 41:12, 41:14, 41:17, 41:24, 42:15, 42:20, 43:9, 43:12, 44:19, 44:21, 44:25, 46:8, 47:2, 47:4, 47:5, 47:7, 48:11, 48:13, 48:15, 48:23, 49:22, 49:24, 50:3, 50:6, 50:11, 50:15, 52:10, 52:12, 52:16, 52:20, 53:19, 53:21, 54:2, 54:9, 54:11, 55:2, 55:23, 55:25, 56:4, 56:7, 57:11, 57:13, 57:14, 57:15, 57:16, 57:17, 57:24, 58:24, 59:5, 59:24, 173:17

**applications** [34] - 26:23, 27:1, 27:14, 27:17, 28:3, 28:6, 28:7, 28:9, 28:12, 28:13, 29:23, 30:7, 31:9, 32:7, 32:9, 50:6, 50:9, 53:8, 54:15, 54:16, 55:4, 55:6, 55:7, 55:15, 56:5, 56:6, 56:15, 56:23, 56:25, 57:1, 57:7, 57:17, 60:11, 60:13

**applies** [2] - 29:5, 29:17

**apply** [4] - 27:19, 27:24, 30:4, 30:8

**applying** [1] - 29:12

**appreciate** [2] - 179:25, 180:22

**approach** [20] - 5:15, 8:8, 10:20, 10:25, 11:19, 19:11, 34:21, 38:15, 43:13, 47:12, 50:20, 70:8, 71:6, 73:8, 79:20, 89:19, 113:24, 130:2, 153:3, 154:9

**appropriately** [1] - 13:16

**approved** [12] - 29:22, 32:1, 32:8, 32:14, 34:16, 38:9, 41:14, 43:9, 45:11, 47:7, 50:15, 85:21

**Apps** [2] - 20:19, 22:19

**April** [13] - 30:21, 33:14, 37:10, 38:6, 38:13, 39:6, 39:10, 39:12, 41:2, 42:3, 44:7, 46:13, 48:25

**area** [7] - 5:24, 6:23, 18:12, 95:8, 100:23, 107:6, 144:15

**argumentative** [3] - 23:11, 131:18, 136:23

**arms** [2] - 69:9, 128:2

**arrested** [2] - 26:6, 116:9

**arrival** [1] - 87:1

**arriving** [1] - 86:22

**aside** [2] - 7:17, 111:5

**asleep** [1] - 105:6

**assigned** [1] - 27:7

**assignments** [1] - 126:8

**ASSISTANT** [1] - 1:15

**assisting** [2] - 26:3, 116:3

**associated** [6] - 15:9, 30:1, 61:5, 111:13, 145:2, 178:4

**assumes** [1] - 21:21

**ate** [2] - 163:7, 163:12

**attach** [1] - 63:10

**attached** [4] - 12:24, 31:9, 55:25, 62:10

**attaching** [1] - 21:6

**attachment** [4] - 13:18, 18:23, 22:9, 22:10

**attachment's** [1] - 18:23

**attachments** [1] - 18:15

**attempt** [1] - 23:17

**attend** [2] - 27:9, 123:18

**attended** [3] - 25:5, 141:6, 173:5

**attending** [3] - 123:12, 123:18, 158:3

**attention** [40] -

14:19, 31:2, 31:14, 31:19, 31:24, 32:15, 34:1, 34:7, 36:14, 37:16, 37:21, 38:4, 40:17, 41:6, 41:9, 42:7, 42:14, 42:19, 43:2, 43:8, 45:14, 46:16, 47:2, 49:5, 49:14, 49:21, 50:1, 50:10, 50:14, 52:1, 73:13, 73:23, 74:11, 74:25, 75:8, 75:16, 78:1, 80:24, 110:6, 116:5

**ATTORNEY** [1] - 1:15

**au** [16] - 25:16, 25:17, 28:13, 47:1, 48:8, 48:10, 66:8, 66:13, 66:21, 68:2, 68:6, 77:14, 77:25, 78:20, 79:7, 79:19

**August** [3] - 34:9, 35:18, 35:20

**authenticity** [1] - 27:15

**authorities** [1] - 82:24

**available** [4] - 30:6, 147:16, 147:20, 148:17

**Avenue** [4] - 1:18, 1:21, 2:2, 182:24

**aware** [1] - 116:24

# B

**background** [3] - 25:3, 93:24, 94:2

**backyard** [1] - 139:16

**bad** [14] - 107:5, 107:7, 144:14, 158:16, 158:18, 158:20, 158:22, 163:2, 172:4, 172:8, 172:9, 172:12, 172:13

**balls** [1] - 9:12

**Band** [2] - 9:12, 128:14

**Band-Aid** [1] - 9:12

**Band-Aids** [1] - 128:14

**bandage** [4] - 7:13, 7:17, 7:19, 9:12

**bandages** [1] - 128:14

**Bangladesh** [2] - 26:13, 26:18

**bar** [2] - 12:20, 20:4

**bars** [1] - 147:6

**based** [37] - 8:13, 11:13, 24:4, 27:23, 28:1, 33:2, 34:12, 35:25, 36:2, 36:10, 39:15, 44:16, 45:11, 46:23, 51:23, 56:25, 60:13, 69:4, 70:1, 70:19, 71:14, 71:23, 72:15, 76:23, 77:12, 77:15, 78:9, 78:21, 79:8, 80:5, 81:2, 81:25, 82:2, 88:13, 117:13, 119:19, 154:22

**basis** [12] - 27:17, 33:2, 33:4, 36:1, 36:7, 39:16, 44:16, 44:18, 45:4, 51:23, 51:25, 181:21

**basketball** [3] - 95:11, 125:12, 125:15

**bathroom** [3] - 95:13, 106:5, 165:9, 165:10

**bearer** [1] - 52:8

**beat** [1] - 107:8

**beatings** [1] - 122:22

**became** [3] - 132:3, 132:8, 132:11

**become** [1] - 116:24

**bed** [4] - 98:22, 104:10, 104:15, 159:6

**bedding** [4] - 9:18, 9:19, 10:2, 10:5

**bedroom** [8] - 100:25, 101:4, 101:9, 101:13, 104:3, 116:20, 127:5, 127:8

**beds** [1] - 104:4

**BEFORE** [1] - 1:10

**beginning** [2] - 21:2, 132:10

**behalf** [7] - 4:10, 4:16, 61:24, 62:2, 112:14, 146:2, 146:5

**behaving** [3] - 100:11, 100:13, 100:14

**behavior** [1] - 121:23

**behind** [2] - 144:17, 144:20

**beige** [1] - 150:21

**Bellbrook** [2] - 37:20, 37:25

**belonged** [1] - 13:21

**belonging** [2] - 76:16, 80:15

**below** [3] - 22:7,

37:21, 40:18
**benefit** [1] - 29:2
**Benjamin** [2] - 11:8, 22:24
**Bentolila** [2] - 3:5, 5:10
**Berringer** [2] - 11:8, 22:21
**Bertrand** [3] - 133:20, 138:22, 139:2
**best** [2] - 101:19, 129:1
**better** [2] - 102:11, 117:19
**between** [7] - 14:2, 66:3, 70:25, 71:2, 107:17, 121:24, 135:21
**beyond** [3] - 12:16, 14:10, 24:6
**bigger** [1] - 176:14
**Bill** [28] - 20:15, 21:12, 21:13, 91:23, 91:24, 92:6, 96:4, 99:16, 99:17, 102:20, 102:25, 105:24, 107:2, 107:8, 107:9, 113:17, 115:13, 118:16, 118:17, 120:18, 150:15, 158:18, 159:16, 173:25, 174:11, 174:22
**Bill's** [2] - 151:13, 167:19
**biographical** [1] - 86:1
**birth** [39] - 26:1, 29:8, 30:1, 30:20, 30:25, 32:17, 32:18, 32:19, 32:22, 33:1, 33:13, 33:15, 35:23, 35:24, 36:2, 36:4, 37:9, 37:11, 39:5, 39:7, 40:24, 41:1, 41:25, 42:2, 44:6, 44:12, 46:10, 46:12, 48:5, 48:24, 48:25, 49:1, 51:21, 51:22, 56:16, 56:18, 88:24, 90:18
**birthday** [1] - 97:15
**bit** [3] - 74:25, 90:20, 150:3
**bitch** [2] - 102:7, 105:11, 106:4
**blacked** [1] - 19:25
**Blackshaw** [1] - 33:24
**blame** [1] - 136:8

**bless** [1] - 21:13
**blue** [9] - 69:1, 69:11, 69:17, 69:23, 70:7, 84:17, 84:20, 85:15
**Board** [2] - 11:5, 18:9
**board** [9] - 11:7, 13:5, 13:10, 13:13, 14:5, 14:21, 17:21, 21:19, 22:2
**boat** [1] - 138:17
**body** [1] - 99:23
**bona** [1] - 27:21
**BONNIE** [1] - 1:17
**Bonnie** [4] - 4:10, 61:24, 112:14, 146:2
**book** [6] - 13:19, 13:20, 14:1, 18:18, 18:20, 21:6
**border** [4] - 65:24, 66:1, 66:2, 66:9
**boric** [3] - 7:13, 7:17, 7:18
**born** [11] - 28:25, 29:9, 29:11, 30:21, 33:4, 39:17, 90:16, 90:17, 90:19, 149:17, 171:15
**bother** [2] - 23:9, 102:3
**bottom** [19] - 9:9, 31:2, 31:3, 31:19, 32:6, 34:7, 34:12, 38:4, 41:9, 42:14, 43:2, 45:8, 47:2, 52:1, 60:1, 75:8, 80:24, 83:22, 85:19
**bought** [2] - 164:19
**Boulevard** [1] - 1:24
**Bouquets** [3] - 46:22, 46:25, 90:24
**box** [20] - 8:4, 8:15, 8:21, 17:18, 32:2, 32:3, 32:6, 34:18, 36:25, 38:13, 40:6, 41:18, 45:5, 45:11, 47:10, 50:18, 54:21, 60:1, 60:5, 165:11
**boxes** [1] - 17:15
**boy** [11] - 104:11, 104:25, 106:13, 107:7, 114:19, 126:7, 126:9, 159:17, 160:4, 160:20, 163:4
**boys** [45] - 95:6, 95:21, 97:21, 100:15, 101:19, 103:22, 103:24, 104:1, 104:4, 104:17, 104:18,

111:5, 111:6, 116:19, 116:22, 116:25, 117:6, 117:9, 117:14, 126:13, 138:12, 139:13, 139:15, 142:12, 142:24, 143:4, 143:14, 143:19, 152:14, 152:15, 158:19, 159:4, 159:23, 160:8, 160:9, 160:10, 160:12, 160:16, 160:24, 162:18, 164:15, 172:10, 172:12, 173:7, 173:9
**boys'** [2] - 104:16, 104:19
**break** [15] - 15:6, 61:1, 61:2, 93:17, 94:15, 94:21, 111:10, 112:1, 114:18, 144:24, 177:21, 177:23, 177:24, 178:1
**breakfast** [2] - 106:1, 124:19
**bring** [9] - 4:22, 62:23, 63:8, 83:2, 111:6, 112:20, 112:21, 119:23, 120:19
**brother** [35] - 91:3, 97:11, 151:20, 151:22, 152:3, 152:24, 152:25, 153:25, 154:15, 154:18, 162:18, 168:18, 168:25, 169:2, 169:13, 169:17, 169:24, 170:2, 170:7, 170:12, 170:20, 171:4, 171:8, 172:19, 172:22, 173:4, 173:6, 173:9, 175:24, 176:1, 176:4, 176:8, 177:12
**brother's** [1] - 154:1
**brothers** [5] - 90:25, 91:2, 150:9, 150:13, 150:14
**brought** [1] - 18:12
**building** [1] - 95:10
**bunch** [1] - 141:5
**business** [1] - 13:7
**but...** [1] - 17:11
**butt** [2] - 107:6, 107:13
**buttocks** [1] - 107:17
**button** [1] - 20:24
**buy** [3] - 128:19, 134:15

**BY** [144] - 2:1, 5:7, 5:17, 6:20, 8:10, 9:2, 9:6, 10:1, 10:14, 10:22, 11:3, 11:21, 19:15, 20:10, 21:1, 21:14, 21:24, 22:18, 23:14, 23:24, 24:24, 30:13, 33:9, 34:23, 35:14, 37:5, 38:17, 39:4, 40:10, 41:22, 43:15, 44:5, 46:6, 47:14, 48:21, 50:22, 51:11, 53:1, 57:6, 59:18, 60:9, 64:4, 64:24, 70:10, 71:8, 73:10, 76:12, 79:22, 80:11, 81:20, 85:1, 85:10, 86:14, 87:11, 88:1, 88:11, 88:19, 89:23, 90:5, 91:22, 92:8, 94:6, 94:20, 96:2, 98:13, 99:4, 101:16, 103:6, 103:12, 103:20, 104:8, 104:14, 104:24, 105:21, 106:12, 107:18, 108:10, 113:6, 114:1, 114:11, 117:4, 117:12, 118:14, 119:5, 119:13, 120:23, 121:15, 123:5, 124:24, 126:1, 126:4, 126:24, 128:6, 128:24, 129:8, 129:24, 130:4, 130:23, 131:8, 131:16, 131:21, 134:1, 134:6, 135:2, 135:17, 136:3, 136:20, 137:3, 137:8, 137:17, 137:24, 142:2, 142:18, 143:2, 143:12, 144:2, 144:7, 144:12, 149:12, 151:1, 153:5, 153:17, 154:11, 154:21, 155:2, 155:12, 166:4, 166:10, 166:19, 167:5, 167:13, 168:1, 168:5, 168:22, 170:6, 170:18, 171:11, 172:18, 173:19, 174:1, 174:8, 174:16, 175:5, 175:22

**C**

**cabinet** [5] - 7:5, 7:7, 7:20, 8:5, 8:13

**cabinets** [2] - 7:15, 7:24
**Cairo** [2] - 45:22, 45:23
**camera** [2] - 73:6, 153:13
**Cane** [10] - 11:9, 13:1, 13:19, 14:6, 14:7, 18:20, 20:13, 21:12, 21:15, 22:4
**capital** [1] - 47:1
**captured** [1] - 147:9
**car** [1] - 164:17
**card** [4] - 86:21, 87:4, 87:12, 87:13
**cards** [7] - 67:15, 86:16, 86:19, 87:21, 88:2
**care** [6] - 93:19, 106:10, 128:1, 133:9, 134:15
**CARTER** [1] - 1:7
**Carter** [86] - 4:2, 4:17, 18:18, 18:21, 20:15, 21:11, 41:24, 42:24, 43:19, 44:17, 46:9, 47:19, 48:23, 51:3, 51:24, 52:20, 61:20, 62:3, 63:10, 74:5, 74:23, 75:6, 75:13, 75:21, 76:16, 77:13, 77:24, 78:18, 79:5, 79:17, 81:8, 81:12, 81:13, 83:25, 84:15, 85:21, 87:18, 88:12, 91:12, 91:20, 91:23, 91:24, 92:6, 96:4, 99:16, 99:17, 102:20, 102:25, 105:24, 107:2, 107:8, 107:9, 112:9, 112:19, 113:17, 115:13, 118:16, 118:17, 120:18, 121:24, 127:21, 128:20, 129:1, 131:17, 132:18, 132:21, 132:24, 133:2, 133:4, 134:7, 134:10, 134:20, 135:3, 135:4, 135:18, 136:4, 136:22, 137:9, 137:18, 138:9, 138:18, 145:23, 146:6, 150:15, 172:9
**Carter's** [9] - 41:25, 42:8, 44:6, 44:12, 74:4, 74:22, 75:5, 75:12, 75:19
**Case** [4] - 4:3, 61:20,

112:9, 145:23
**case** [17] - 9:20, 10:2, 15:7, 15:13, 18:19, 61:3, 61:9, 111:11, 111:17, 140:6, 144:25, 145:6, 178:2, 178:8, 179:13, 180:7, 180:13
**CASE** [1] - 1:2
**cases** [2] - 9:21, 9:23
**catch** [1] - 138:24
**caution** [1] - 179:12
**CD** [2] - 12:10, 19:23
**Center** [33] - 5:12, 5:25, 6:24, 10:8, 13:11, 119:14, 124:5, 133:10, 138:8, 139:6, 141:6, 152:19, 152:20, 152:25, 154:16, 154:23, 155:4, 155:7, 155:24, 156:4, 156:11, 156:13, 156:22, 157:8, 157:13, 157:14, 157:17, 157:19, 158:10, 166:21, 172:5, 177:17
**center** [87] - 7:4, 10:17, 92:22, 92:23, 92:25, 93:2, 93:6, 94:2, 94:8, 94:14, 94:21, 95:5, 100:7, 100:17, 102:9, 102:16, 102:21, 103:22, 104:1, 105:1, 107:25, 108:3, 108:11, 108:14, 108:15, 108:17, 109:8, 109:9, 116:16, 117:6, 119:20, 119:22, 119:23, 120:14, 120:24, 121:4, 121:17, 121:19, 121:22, 122:3, 122:14, 122:25, 124:7, 126:10, 126:16, 131:23, 131:24, 132:1, 132:2, 132:14, 132:21, 133:3, 137:11, 137:19, 138:1, 138:19, 142:13, 143:3, 143:20, 152:21, 156:17, 156:20, 156:23, 157:3, 169:5, 169:8, 169:10, 169:13, 169:14, 169:16, 169:17, 169:22, 169:25,

170:3, 170:7, 170:10, 170:13, 170:19, 170:22, 170:24, 171:2, 171:4, 171:8, 171:12, 171:16, 171:18, 171:21
**center's** [1] - 110:5
**centered** [1] - 73:12
**Centre** [1] - 152:19
**certain** [5] - 53:21, 123:8, 127:18, 127:19, 130:19
**certainly** [2] - 12:18, 176:4
**certificate** [7] - 29:8, 32:17, 32:18, 32:19, 32:22, 33:1, 36:3
**certified** [2] - 55:19, 60:3
**certify** [1] - 182:19
**cetera** [1] - 30:3
**chairs** [2] - 61:12, 145:9
**chance** [2] - 93:20, 122:9
**change** [9] - 11:14, 42:21, 45:13, 50:13, 55:16, 56:3, 56:7, 60:3, 60:6
**changed** [9] - 11:12, 21:10, 56:13, 58:24, 69:2, 69:7, 69:10, 69:24, 70:4
**changes** [2] - 55:10, 55:12
**chapters** [1] - 21:7
**characters** [1] - 13:24
**charge** [9] - 132:20, 133:3, 133:13, 134:2, 134:7, 134:21, 135:9, 135:19, 138:19
**Charles** [16] - 11:10, 23:2, 30:15, 30:24, 33:3, 33:11, 35:6, 36:1, 37:7, 38:23, 39:16, 40:12, 43:1, 49:13, 52:9, 73:21
**chart** [2] - 83:9, 86:7
**check** [5] - 15:1, 29:21, 29:24, 82:8, 180:9
**checked** [2] - 60:5, 69:14
**checks** [1] - 69:15
**Chi** [2] - 26:11, 26:20
**chief** [1] - 25:21
**child** [2] - 30:2, 161:24
**children** [9] - 21:8,

116:22, 133:9, 152:12, 152:13, 152:14, 153:1, 163:6, 163:11
**choice** [2] - 167:16, 167:17
**choose** [1] - 162:17
**chores** [4] - 125:3, 125:20, 125:22, 126:5
**Christian** [1] - 37:15
**Christmas** [7] - 93:8, 93:9, 93:16, 93:17, 94:10, 94:15, 120:3
**Chronicles** [2] - 13:19, 20:13
**church** [5] - 97:4, 123:18, 123:22, 124:4, 136:17
**circle** [10] - 77:3, 77:19, 78:13, 78:25, 79:12, 113:13, 114:16, 114:23, 153:22, 155:15
**citizen** [14] - 25:21, 26:21, 27:4, 29:5, 29:9, 29:12, 29:17, 29:19, 33:5, 44:18, 51:25, 57:19, 58:3, 58:6
**citizens** [5] - 25:22, 25:23, 26:3, 26:6
**citizenship** [7] - 28:20, 29:6, 29:10, 29:11, 29:13, 36:7, 36:9
**City** [2] - 26:11, 26:20
**city** [1] - 47:1
**claim** [3] - 28:20, 131:11, 131:17
**clarification** [1] - 62:24
**clarify** [1] - 56:1
**class** [1] - 94:9
**classmate** [1] - 120:1
**clear** [2] - 68:10, 147:6
**cleared** [2] - 68:12, 69:17
**clinic** [32] - 5:11, 17:2, 108:23, 109:6, 109:7, 109:8, 109:11, 109:14, 109:16, 109:17, 109:21, 109:22, 109:25, 110:2, 110:9, 110:15, 111:2, 111:3, 116:11, 116:12, 116:18, 116:19, 116:21,

126:20, 127:4, 127:10, 127:13, 127:14, 127:15, 128:10, 128:18
**Clinic** [1] - 127:14
**close** [4] - 97:4, 101:13, 123:13, 176:4
**closed** [5] - 101:4, 119:15, 139:7, 176:18, 177:18
**closed-down** [1] - 176:18
**closer** [1] - 90:3
**clothes** [2] - 98:5, 99:10, 134:15
**clothing** [2] - 98:25, 150:20
**CM/ECF** [1] - 147:24
**co** [2] - 134:3, 134:21
**co-leader** [2] - 134:3, 134:21
**coat** [1] - 69:9
**cockroaches** [1] - 7:21
**code** [6] - 68:22, 68:23, 69:8, 69:10, 77:11, 85:4
**coded** [1] - 68:11
**coffee** [1] - 15:6
**coincidental** [1] - 14:1
**collect** [1] - 89:4
**Collectivittes** [1] - 78:4
**college** [1] - 65:3
**color** [17] - 68:11, 68:22, 68:23, 69:8, 69:10, 69:22, 70:5, 70:6, 77:5, 77:7, 77:9, 79:3, 79:15, 85:4
**color-coded** [1] - 68:11
**coming** [6] - 84:1, 128:20, 137:20, 140:3, 147:12, 177:25
**comments** [2] - 55:10, 117:1
**common** [1] - 68:7
**Communities** [1] - 78:8
**compel** [1] - 147:1
**compiled** [1] - 81:23
**complaint** [9] - 117:25, 118:1, 118:7, 118:17, 118:20, 119:9, 129:19, 130:1, 130:7
**complaints** [3] - 118:23, 118:25, 119:7

**complete** [3] - 63:6, 86:16, 88:20
**completed** [1] - 180:11
**completely** [1] - 137:19
**completes** [1] - 180:12
**complies** [11] - 74:1, 74:15, 75:3, 75:10, 75:18, 78:15, 79:2, 79:14, 114:7, 153:23, 155:17
**compound** [6] - 87:23, 116:13, 134:4, 170:15, 170:16, 175:2
**concern** [1] - 13:8
**concerned** [1] - 83:24
**concerning** [1] - 16:20
**concerns** [1] - 29:25
**concluded** [1] - 182:15
**conclusion** [1] - 143:9
**condition** [5] - 8:2, 8:15, 9:14, 12:9, 19:23
**conditions** [1] - 7:18
**conduct** [1] - 10:6
**conducted** [1] - 54:13
**confer** [1] - 28:24
**confirm** [1] - 89:2
**conflict** [1] - 108:1
**connection** [1] - 14:2
**considered** [2] - 83:25, 146:13
**consular** [11] - 25:10, 25:19, 25:25, 26:1, 26:17, 26:18, 26:21, 26:24, 26:25, 27:9, 27:20
**Consulate** [1] - 30:8
**contact** [7] - 15:8, 61:4, 111:12, 145:1, 178:3, 180:3, 180:6
**contain** [4] - 36:11, 84:21, 85:6, 86:3
**contained** [3] - 8:5, 8:21, 31:3
**contents** [8] - 6:25, 7:6, 7:20, 7:24, 7:25, 8:13, 9:9, 20:20
**continue** [5] - 40:22, 100:6, 117:16, 146:16, 166:20
**continued** [2] - 102:3, 165:23

**control** [2] - 98:17, 138:14
**cook** [2] - 116:4, 164:23
**cooked** [1] - 164:24
**cooking** [1] - 164:23
**coordinator** [2] - 67:11, 67:13
**copies** [2] - 147:21
**copy** [17] - 12:4, 12:7, 13:17, 19:20, 21:6, 30:18, 30:19, 32:12, 50:5, 55:19, 55:20, 56:7, 60:3, 63:1, 148:19, 181:10, 182:6
**cord** [1] - 9:13
**Corfu** [1] - 141:17
**corner** [6] - 31:3, 32:2, 34:17, 47:10, 50:18, 80:25
**correct** [127] - 16:21, 17:2, 28:10, 43:5, 53:24, 53:25, 54:3, 54:6, 54:9, 54:13, 54:25, 55:20, 55:21, 56:10, 56:11, 56:13, 56:14, 56:16, 56:21, 57:1, 57:2, 58:4, 58:5, 58:10, 59:4, 81:15, 82:6, 82:25, 83:7, 83:8, 83:13, 83:20, 84:1, 84:5, 85:19, 85:25, 86:8, 86:9, 119:15, 119:25, 120:3, 120:5, 120:8, 120:11, 120:15, 121:2, 121:3, 122:1, 122:4, 122:8, 122:12, 122:25, 123:12, 124:7, 124:8, 124:11, 124:12, 124:14, 124:15, 124:17, 124:18, 124:20, 124:25, 125:1, 125:4, 125:6, 125:9, 125:13, 125:17, 125:23, 126:2, 126:6, 126:11, 127:13, 127:22, 128:7, 128:10, 128:21, 129:11, 129:14, 129:17, 130:10, 130:14, 131:2, 131:11, 131:24, 132:3, 132:15, 132:18, 132:22, 132:25, 135:10, 135:19, 136:6, 136:10, 136:12, 136:17,

137:11, 138:10, 139:4, 139:12, 139:18, 140:6, 140:18, 140:22, 141:3, 141:7, 141:13, 141:16, 167:1, 168:15, 168:23, 169:8, 170:10, 171:2, 171:16, 172:1, 173:13, 173:16, 174:11, 176:2, 176:6, 176:15, 176:20, 179:1, 179:2, 179:5
**correctly** [3] - 126:17, 127:17, 169:6
**cotton** [2] - 9:12
**counsel** [10] - 4:5, 5:19, 13:3, 14:17, 61:21, 71:3, 112:11, 145:24, 147:1, 181:20
**counselor** [1] - 136:2
**counsels'** [3] - 4:12, 112:15, 146:7
**count** [1] - 119:18
**countries** [3] - 31:16, 49:18, 67:16
**country** [10] - 35:9, 43:22, 46:23, 46:24, 48:9, 58:9, 82:13, 82:25, 85:5, 86:17
**couple** [2] - 58:15, 181:1
**course** [3] - 27:9, 27:10, 123:20
**court** [1] - 15:3, 29:2, 45:12, 50:13, 55:20, 56:1, 83:2, 95:11, 125:15, 148:10, 178:11
**Court** [10] - 2:1, 13:14, 62:3, 146:6, 147:3, 148:8, 148:13, 180:1, 181:8, 182:24
**COURT** [249] - 1:1, 4:1, 4:14, 4:19, 4:21, 4:22, 4:25, 5:3, 5:5, 5:16, 6:15, 6:19, 8:9, 8:18, 8:20, 8:25, 9:4, 9:24, 10:13, 10:21, 11:2, 11:20, 12:17, 14:2, 14:6, 14:9, 15:1, 15:4, 15:20, 15:23, 15:25, 16:2, 16:9, 18:7, 18:25, 19:6, 19:8, 19:12, 19:14, 20:5, 20:9, 20:22, 21:22, 22:15, 23:12, 23:20, 23:22, 24:8, 24:11, 24:15, 24:19, 30:12, 33:8, 34:22,

35:13, 37:4, 38:16, 39:3, 40:9, 41:21, 43:14, 44:4, 46:5, 47:13, 48:20, 50:21, 51:10, 52:23, 57:4, 59:17, 60:8, 60:18, 60:21, 60:24, 61:1, 61:16, 61:19, 62:5, 62:10, 62:15, 62:19, 62:23, 63:2, 63:5, 63:8, 63:12, 63:15, 63:19, 64:19, 70:9, 71:7, 73:1, 73:7, 73:9, 76:7, 76:9, 76:11, 79:21, 80:10, 81:18, 84:24, 85:9, 86:12, 87:9, 87:23, 88:10, 88:18, 89:8, 89:10, 89:14, 89:18, 89:21, 90:1, 91:21, 92:7, 93:25, 94:4, 94:18, 96:1, 98:10, 99:2, 101:15, 103:4, 103:11, 103:18, 104:6, 104:22, 105:19, 106:11, 107:16, 108:8, 111:8, 111:25, 112:5, 112:8, 112:20, 112:24, 113:5, 113:25, 114:10, 117:3, 117:11, 118:13, 119:3, 119:11, 120:22, 121:13, 123:2, 123:4, 124:23, 125:25, 126:23, 128:5, 128:23, 129:6, 129:23, 130:3, 130:15, 131:4, 131:15, 131:19, 133:23, 134:5, 134:25, 135:14, 135:25, 136:19, 136:25, 137:7, 137:13, 137:16, 137:22, 141:22, 141:25, 142:16, 142:22, 143:10, 143:25, 144:5, 144:10, 144:19, 144:23, 145:13, 145:15, 145:19, 145:22, 146:8, 146:13, 146:19, 146:21, 146:23, 147:14, 147:17, 148:2, 148:6, 148:9, 148:14, 148:16, 148:19, 148:22, 149:2, 149:6, 150:25, 153:4, 153:14,

154:10, 154:19, 155:1, 155:11, 166:2, 166:8, 166:17, 167:3, 167:11, 167:22, 168:4, 168:20, 170:5, 171:10, 172:17, 173:18, 173:23, 174:5, 174:14, 175:3, 175:18, 177:21, 177:23, 178:18, 178:23, 178:25, 179:3, 179:7, 179:9, 179:12, 179:17, 179:24, 180:5, 180:16, 180:20, 180:23, 181:12, 181:16, 181:18, 181:22, 181:25, 182:5, 182:8, 182:14
**Court's** [1] - 13:16
**court-ordered** [1] - 45:12
**COURTROOM** [1] - 63:23
**courtroom** [18] - 4:23, 15:18, 16:7, 19:4, 61:14, 63:17, 90:11, 91:14, 91:25, 111:23, 112:22, 145:11, 148:25, 150:17, 175:1, 175:7, 178:16, 180:18
**cover** [1] - 13:20
**CPJ** [2] - 118:3, 118:4
**craft** [1] - 27:8
**cream** [3] - 91:18, 92:4, 99:12
**Creole** [3] - 64:14, 64:15, 64:22
**crime** [1] - 26:4
**Croix** [3] - 46:22, 46:25, 90:24
**cross** [13] - 5:10, 9:16, 11:4, 13:2, 13:3, 13:10, 16:4, 52:23, 81:18, 86:15, 119:11, 142:3, 167:22
**CROSS** [4] - 52:24, 81:19, 119:12, 167:24
**Cross** [1] - 3:3
**cross-examination** [12] - 5:10, 9:16, 11:4, 13:2, 13:3, 16:4, 52:23, 81:18, 86:15, 119:11, 142:3, 167:22
**CROSS-EXAMINATION** [4] - 52:24, 81:19, 119:12, 167:24

**cross-examination's** [1] - 13:10
**crowd** [2] - 176:14
**CRR** [2] - 2:1, 182:23
**CT** [1] - 78:2
**current** [6] - 27:6, 28:5, 28:11, 33:23, 33:24, 67:17
**curse** [1] - 102:8
**cursing** [1] - 105:9
**Customs** [1] - 82:17
**cuts** [1] - 127:24

**D**

**Dade** [1] - 65:6
**Dadeland** [1] - 1:24
**Dahka** [1] - 26:12
**daily** [3] - 27:17, 65:20, 124:16
**database** [3] - 29:22, 38:12, 55:1
**databases** [1] - 82:8
**DATE** [1] - 182:23
**date** [59] - 17:4, 20:16, 22:5, 30:1, 30:20, 31:20, 32:6, 32:18, 32:24, 32:25, 33:13, 34:8, 34:19, 35:17, 35:18, 35:19, 36:25, 37:1, 37:9, 38:5, 39:5, 39:9, 39:11, 40:5, 41:1, 42:2, 42:17, 44:6, 44:8, 44:9, 44:10, 46:2, 46:12, 47:3, 47:24, 48:1, 48:24, 48:25, 49:22, 51:15, 51:17, 72:12, 72:15, 74:4, 75:5, 75:12, 77:24, 80:16, 80:25, 88:24, 90:18, 108:4, 130:1, 130:6, 130:9, 131:6, 140:11, 147:4, 172:25
**dated** [6] - 41:10, 41:11, 41:18, 47:4, 49:23, 52:20
**dates** [6] - 56:16, 72:6, 72:7, 88:4, 88:13, 140:12
**days** [1] - 21:10
**DC** [1] - 1:19
**de** [1] - 78:4
**dead** [1] - 24:5
**dealing** [2] - 14:14, 27:3
**dear** [2] - 21:2, 21:3
**death** [1] - 26:1

**December** [4] - 90:19, 119:22, 140:25, 176:23

**decide** [1] - 27:21

**decision** [7] - 115:25, 167:19, 167:20, 168:14, 168:17, 170:2, 171:7

**declare** [1] - 85:24

**deeply** [1] - 97:23

**DEFENDANT** [1] - 1:20

**Defendant** [124] - 10:3, 12:25, 13:20, 13:21, 13:24, 91:20, 92:6, 92:9, 92:11, 92:15, 96:9, 96:13, 96:25, 97:18, 98:18, 98:24, 99:5, 99:11, 99:21, 99:22, 100:10, 100:18, 101:8, 101:17, 101:21, 102:1, 102:5, 102:9, 103:1, 103:7, 103:21, 103:25, 104:3, 104:9, 104:15, 105:2, 106:19, 107:11, 107:23, 110:3, 110:17, 111:6, 116:1, 116:9, 116:14, 117:16, 117:24, 118:24, 119:6, 142:12, 143:13, 143:18, 146:11, 147:5, 150:24, 151:2, 151:5, 151:10, 151:14, 151:25, 152:1, 152:3, 152:8, 152:9, 152:10, 152:21, 154:6, 154:16, 154:24, 155:3, 155:6, 157:6, 157:23, 158:6, 158:9, 158:20, 158:22, 159:17, 160:5, 160:7, 160:8, 160:15, 160:18, 160:22, 160:23, 161:1, 161:8, 161:9, 161:12, 161:16, 161:21, 161:24, 162:2, 162:6, 162:9, 162:10, 162:12, 162:19, 162:20, 162:23, 162:25, 163:5, 163:8, 163:14, 163:15, 163:17, 163:18, 163:22, 163:25, 164:10, 166:5, 166:6, 166:11, 166:14,

166:21, 166:23, 166:25, 167:7, 167:9, 167:14, 180:7

**defendant** [1] - 1:8

**Defendant's** [13] - 11:12, 13:22, 24:4, 93:11, 97:9, 97:17, 99:8, 116:20, 142:19, 147:23, 151:22, 152:16, 161:5

**defense** [10] - 5:19, 13:3, 14:17, 62:25, 71:3, 147:1, 147:7, 147:15, 147:18, 181:20

**degree** [1] - 25:4

**delegate** [3] - 11:10, 11:11

**deliberations** [3] - 179:15, 180:11, 180:12

**delivered** [1] - 96:22

**Delma** [1] - 90:17

**denied** [1] - 32:9

**denote** [1] - 32:22

**deodorant** [1] - 134:16

**DEPARTMENT** [1] - 1:17

**department** [1] - 118:5

**Department** [22] - 25:10, 25:13, 26:9, 26:12, 26:14, 28:2, 29:18, 32:7, 35:16, 39:20, 43:25, 47:23, 51:7, 51:13, 53:4, 53:6, 53:12, 53:20, 54:1, 54:8, 58:12, 60:14

**depicted** [4] - 6:5, 6:7, 8:14, 113:11

**depose** [1] - 62:16

**deposition** [1] - 62:20

**depositions** [1] - 62:6

**DEPUTY** [1] - 63:23

**des** [4] - 46:22, 46:25, 78:4, 90:24

**describe** [7] - 7:18, 8:15, 68:18, 69:19, 91:16, 92:2, 92:16, 95:10, 150:19

**described** [2] - 54:11, 131:23

**desperate** [1] - 108:22

**destroyed** [1] - 32:11

**detached** [1] - 84:10

**detaches** [1] - 84:4

**details** [1] - 63:5

**detection** [1] - 66:15

**deter** [1] - 66:22

**determine** [5] - 29:18, 82:24, 87:18, 88:6, 88:12

**device** [5] - 15:12, 61:8, 111:16, 145:5, 178:7

**different** [8] - 31:12, 42:9, 49:8, 57:15, 65:20, 65:21, 71:15, 163:11

**differently** [1] - 162:6

**difficult** [2] - 110:11, 153:14

**dinner** [1] - 125:6

**Direct** [1] - 3:3

**direct** [6] - 14:19, 73:23, 74:11, 75:16, 110:6, 116:5

**DIRECT** [4] - 24:23, 64:3, 89:22, 149:11

**directed** [1] - 11:5

**directing** [34] - 16:5, 31:2, 31:14, 31:19, 32:15, 34:1, 34:7, 36:14, 37:16, 37:21, 38:4, 40:17, 41:6, 41:9, 42:7, 42:14, 42:19, 43:2, 43:8, 45:14, 46:16, 47:2, 49:5, 49:14, 49:21, 50:1, 50:10, 50:14, 52:1, 73:13, 74:25, 75:8, 78:1, 80:24

**direction** [1] - 65:11

**director** [6] - 37:15, 123:21, 123:22, 124:3, 136:16

**Directors** [3] - 11:6, 17:17, 18:9

**directors** [8] - 11:7, 13:5, 13:10, 13:13, 14:5, 14:21, 17:21, 22:2

**disc** [1] - 19:23

**disclaimer** [2] - 13:23, 18:16

**discoveries** [1] - 147:8

**discovery** [4] - 147:2, 147:4, 147:12, 147:13

**discuss** [25] - 15:7, 61:3, 111:11, 112:1, 112:2, 140:6, 140:17, 141:9, 142:11, 143:3,

143:17, 144:25, 173:16, 174:2, 174:10, 175:14, 175:23, 178:2, 178:19, 178:20, 179:13, 179:14, 180:7, 180:13

**discussed** [5] - 88:5, 141:12, 141:14, 141:15, 176:4

**discussing** [1] - 142:25

**disposition** [1] - 42:11

**disregard** [1] - 9:4

**distribute** [2] - 96:23, 97:1

**DISTRICT** [3] - 1:1, 1:1, 1:11

**DIVISION** [1] - 1:2

**DNA** [2] - 10:7, 10:9

**Docket** [2] - 181:5, 181:8

**docket** [2] - 148:2, 181:13

**document** [21] - 8:11, 12:23, 14:19, 16:14, 17:10, 17:14, 17:24, 18:2, 18:3, 18:6, 18:8, 18:9, 18:10, 18:13, 50:13, 66:16, 73:11, 129:25, 131:14, 148:13

**documentation** [2] - 55:17, 55:19

**documents** [9] - 18:25, 45:12, 66:22, 67:14, 67:16, 67:24, 67:25, 68:5, 82:13

**dog** [1] - 165:25

**Dominican** [3] - 49:20, 66:3, 66:10

**done** [9] - 10:7, 10:15, 10:17, 88:6, 88:8, 100:10, 117:17, 160:25, 181:7

**Donna** [1] - 43:4

**door** [3] - 18:1, 101:5, 101:13

**doors** [1] - 179:21

**double** [1] - 179:20

**down** [15] - 22:2, 24:11, 60:22, 74:25, 89:8, 99:19, 99:20, 139:15, 144:23, 145:13, 164:6, 165:12, 176:18, 177:18, 178:19

**draw** [1] - 18:4

**drawer** [2] - 8:5, 9:9

**drink** [2] - 164:20, 165:2

**drinks** [1] - 165:2

**droppings** [3] - 7:21, 8:22

**Du** [3] - 3:6, 24:17, 24:22

**DU** [2] - 24:18, 24:22

**du** [1] - 152:19

**due** [2] - 18:3, 134:17

**during** [11] - 6:3, 112:1, 122:21, 123:6, 123:11, 124:4, 133:13, 135:24, 136:21, 137:9, 162:19

**duties** [2] - 25:19, 26:15, 65:17, 66:14, 66:22

**duty** [1] - 180:4

# E

**e-mail** [18] - 12:2, 12:4, 12:7, 12:22, 12:25, 13:15, 13:18, 18:19, 19:20, 19:22, 20:12, 20:14, 20:16, 20:18, 20:21, 49:6, 148:5, 148:14

**e-mailed** [2] - 148:4, 148:6

**e-mails** [3] - 12:3, 12:5, 14:15

**earthquake** [9] - 110:7, 110:10, 110:12, 110:19, 126:16, 126:19, 126:25, 127:25, 128:3

**easier** [1] - 8:7

**eat** [11] - 102:22, 106:6, 124:19, 157:22, 162:15, 163:3, 163:4, 163:5, 163:6, 163:8, 164:20

**eating** [4] - 8:23, 158:1, 165:3, 165:7

**economic** [1] - 26:18

**education** [7] - 102:12, 102:17, 102:19, 103:2, 103:8, 106:9, 125:21

**educational** [1] - 25:3

**EDWARDS** [2] - 2:1, 182:23

**Edwards** [1] - 182:23

**effect** [2] - 93:23, 94:1

**Egypt** [2] - 45:22, 45:23

**eight** [10] - 119:17, 122:14, 122:18, 122:21, 122:24, 123:6, 123:11, 124:4, 132:17, 133:3

**either** [10] - 15:7, 32:9, 61:3, 111:11, 125:12, 138:17, 144:25, 150:21, 178:2, 180:6

**electrical** [1] - 9:13

**electronic** [1] - 55:3

**elicit** [1] - 94:1

**Eliesse** [2] - 11:11, 23:8

**eligible** [1] - 28:18

**ELMO** [3] - 76:5, 76:8, 80:8

**Embassy** [15] - 25:16, 25:17, 25:20, 30:8, 34:14, 45:24, 48:8, 58:9, 58:11, 173:7, 173:10, 173:21, 174:18, 175:6, 175:14

**emigrate** [1] - 27:2

**employed** [8] - 25:7, 25:9, 25:12, 53:4, 65:7, 65:9, 65:10, 150:7

**employment** [2] - 67:1, 67:10

**end** [3] - 93:7, 132:11, 146:16

**end-of-the-year** [1] - 93:7

**ended** [1] - 94:14

**endorsement** [1] - 36:8

**endorsements** [1] - 52:3

**enforcement** [5] - 68:15, 129:14, 130:7, 130:13, 130:25

**engage** [1] - 103:21

**England** [7] - 21:10, 31:17, 33:25, 34:14, 34:18, 36:16, 40:19

**English** [4] - 64:14, 64:23, 65:2, 151:23

**enjoy** [2] - 111:22, 180:24

**Enjoy** [1] - 21:9

**ensure** [1] - 53:23

**enter** [6] - 74:7, 78:18, 79:5, 79:17, 81:3, 81:13

**entered** [19] - 4:23,

6:18, 19:4, 20:7, 31:10, 63:17, 73:3, 74:5, 74:23, 75:6, 75:13, 75:21, 77:13, 81:12, 87:18, 88:4, 88:13, 112:22, 148:25

**entering** [6] - 5:11, 67:19, 86:17, 88:16, 88:21, 88:22

**enters** [3] - 67:22, 68:20, 86:18

**entire** [2] - 18:2, 135:24

**entitled** [4] - 11:5, 18:11, 53:24, 182:20

**entity** [1] - 67:23

**entree** [1] - 85:19

**entries** [2] - 66:2, 66:23

**Entry** [2] - 181:6, 181:8

**entry** [33] - 65:21, 65:22, 66:9, 66:19, 66:20, 69:2, 69:5, 69:7, 69:9, 69:10, 69:11, 71:17, 72:13, 76:24, 77:11, 77:16, 77:24, 78:10, 78:18, 78:22, 79:5, 79:9, 79:17, 81:4, 83:20, 84:3, 84:7, 85:2, 85:19, 85:22, 87:12, 148:2, 181:13

**especially** [1] - 144:15

**ESQ** [4] - 1:14, 1:17, 1:20, 1:23

**essentially** [1] - 18:17

**et** [2] - 30:3, 78:4

**Etoile** [1] - 152:19

**evening** [2] - 132:14, 180:24

**event** [1] - 37:22

**EVIDENCE** [1] - 3:12

**evidence** [17] - 6:18, 19:12, 20:2, 20:8, 21:21, 21:25, 29:15, 56:3, 59:20, 60:6, 73:4, 121:12, 128:22, 135:12, 135:23, 147:13, 174:13

**evidences** [1] - 58:15

**ex** [1] - 63:1

**exact** [3] - 83:11, 83:12, 94:22

**exactly** [8] - 97:2, 97:16, 111:4, 119:9, 122:2, 129:18,

140:23, 141:11

**EXAMINATION** [13] - 5:6, 22:17, 23:23, 24:23, 52:24, 64:3, 81:19, 86:13, 89:22, 119:12, 142:1, 149:11, 167:24

**examination** [14] - 5:10, 9:16, 11:4, 13:2, 13:3, 16:4, 52:23, 71:14, 81:18, 82:9, 86:15, 119:11, 142:3, 167:22

**examination's** [1] - 13:10

**examine** [3] - 67:24, 68:5, 84:17

**examiner** [2] - 54:21, 60:2

**examining** [2] - 82:2, 87:15

**example** [4] - 54:20, 58:12, 85:18, 150:4

**examples** [1] - 58:15

**except** [1] - 58:1

**exchange** [1] - 103:1

**excuse** [8] - 50:1, 51:14, 75:23, 153:18, 154:17, 160:3, 163:21, 179:10

**excused** [7] - 24:16, 60:23, 89:9, 145:14, 178:15, 178:24, 179:12

**exhibit** [21] - 11:5, 13:12, 22:3, 31:2, 32:16, 38:4, 41:9, 42:14, 43:8, 52:19, 72:1, 73:13, 75:15, 147:15, 147:18, 147:23, 148:9, 148:20, 153:10, 155:13, 181:4

**Exhibit** [93] - 3:13, 3:14, 3:14, 6:17, 6:22, 7:10, 7:23, 9:8, 10:24, 11:18, 11:23, 12:8, 12:15, 12:22, 13:4, 19:17, 20:2, 20:6, 20:7, 22:1, 22:5, 22:7, 22:21, 30:11, 31:15, 31:25, 33:7, 34:2, 34:15, 34:25, 35:12, 36:21, 36:23, 37:3, 38:19, 39:2, 39:25, 40:8, 41:20, 42:20, 43:17, 44:3, 44:24, 44:25, 45:15, 46:4, 47:16, 48:14, 48:19, 49:15, 50:2, 50:24,

51:9, 52:15, 53:16, 55:23, 57:10, 58:16, 58:21, 59:19, 60:2, 60:10, 71:5, 71:10, 72:19, 72:25, 73:2, 73:3, 76:6, 76:14, 77:1, 77:18, 78:12, 79:11, 79:24, 80:9, 80:21, 81:6, 83:9, 85:14, 88:4, 110:23, 113:4, 113:11, 114:2, 114:6, 114:9, 114:14, 114:21, 153:7, 153:19, 155:10, 181:23

**Exhibits** [7] - 5:20, 6:11, 6:16, 70:12, 70:21, 71:24, 72:22

**exhibits** [10] - 11:13, 19:2, 147:8, 147:11, 147:12, 147:14, 147:16, 147:19, 148:17

**EXHIBITS** [1] - 3:12

**existence** [2] - 18:20, 32:12

**exists** [1] - 32:16

**exit** [6] - 69:19, 69:24, 70:2, 70:4, 72:13, 81:3, 83:20, 84:4, 84:11

**exited** [5] - 15:18, 61:14, 111:23, 145:11, 178:16

**exiting** [1] - 69:11

**expect** [1] - 105:13

**experience** [7] - 27:23, 28:1, 46:23, 67:18, 69:4, 70:1, 70:20

**experienced** [1] - 143:7

**experiences** [2] - 21:8, 176:8

**expiration** [6] - 34:19, 35:19, 37:1, 39:11, 44:10, 51:15

**expire** [2] - 29:21, 80:19

**expired** [4] - 29:13, 29:16, 29:20, 57:16

**expires** [1] - 48:1

**explain** [2] - 105:4, 124:3

**explained** [2] - 131:25, 138:11

**exploitation** [1] - 9:21

**extensive** [1] - 27:10

**extra** [1] - 148:12

**eyes** [1] - 134:13

**F**

**fact** [17] - 17:19, 18:17, 38:12, 39:17, 41:17, 43:12, 56:12, 57:23, 89:3, 122:24, 127:20, 130:9, 137:4, 139:11, 140:20, 140:24, 180:20

**factory** [3] - 140:25, 176:17, 176:18

**facts** [8] - 21:9, 21:21, 121:11, 128:22, 135:11, 135:23, 137:5, 174:12

**fainted** [3] - 98:3, 98:8, 98:14

**fainting** [1] - 98:16

**fairly** [3] - 6:6, 6:7, 72:19

**fall** [1] - 65:11

**false** [3] - 57:1, 57:7, 59:24

**familiar** [8] - 21:16, 21:18, 27:23, 28:1, 28:15, 53:11, 69:5, 70:1

**family** [8] - 90:20, 102:13, 102:14, 102:15, 108:13, 122:8, 122:10, 141:17

**far** [8] - 34:2, 37:16, 41:6, 42:4, 83:24, 127:5, 127:8, 147:19

**fast** [1] - 181:25

**father** [6] - 21:5, 24:4, 122:7, 169:11, 170:25, 171:19

**features** [1] - 28:16

**February** [10] - 1:5, 31:21, 32:4, 75:9, 78:22, 79:1, 79:6, 87:20, 130:14, 131:2

**Federal** [1] - 171:25

**fee** [1] - 110:1

**feed** [1] - 134:15

**feeds** [1] - 105:11

**Fenton** [2] - 11:10, 23:2

**few** [6] - 15:5, 21:7, 72:5, 168:2, 168:12, 172:20

**fiction** [1] - 18:18

**fictional** [1] - 13:25

**fides** [1] - 27:21

**file** [5] - 43:12, 62:7, 63:12, 118:1, 118:23

**filed** [17] - 32:19, 33:1, 62:5, 63:3, 117:25, 118:20, 119:9, 147:15, 147:18, 147:25, 148:3, 148:4, 181:4, 181:14, 181:17, 182:4, 182:7
**files** [1] - 41:17
**filing** [4] - 7:5, 7:7, 8:5, 25:25
**fill** [4] - 82:12, 83:22, 86:1, 86:22
**filled** [3] - 83:5, 83:6, 84:7
**filthy** [2] - 8:3, 9:15
**fine** [3] - 81:22, 153:16, 182:8
**fingerprinting** [2] - 10:15, 10:17
**finished** [3] - 125:11, 165:7, 179:14
**first** [75] - 13:18, 16:9, 18:22, 21:7, 26:12, 27:20, 28:8, 29:5, 32:15, 34:15, 43:8, 49:21, 50:14, 53:16, 67:23, 92:9, 93:2, 93:5, 94:3, 94:22, 95:15, 96:9, 96:17, 97:9, 97:17, 99:25, 100:6, 100:10, 101:8, 107:19, 109:3, 109:17, 109:24, 114:4, 120:2, 120:10, 120:24, 120:25, 121:5, 121:9, 121:17, 121:22, 126:10, 128:25, 129:5, 129:9, 135:3, 135:4, 136:4, 138:23, 151:2, 151:5, 151:9, 151:25, 154:12, 156:19, 158:25, 159:2, 159:4, 161:9, 161:23, 162:17, 163:2, 169:16, 169:23, 171:24, 172:22, 172:25, 173:1, 173:3, 173:6, 173:21, 177:7, 181:4
**first-time** [1] - 27:20
**first-tour** [1] - 28:8
**firsthand** [1] - 28:7
**five** [16] - 15:16, 15:17, 73:15, 75:24, 76:2, 76:19, 131:24, 133:6, 133:8, 134:8, 134:10, 134:20, 136:21, 137:9,

137:18, 150:14
**flag** [3] - 29:24, 54:9, 55:8
**flagged** [4] - 54:17, 54:19, 57:7, 59:24
**flagging** [1] - 54:11
**flashlight** [1] - 97:22
**flew** [3] - 132:18, 135:4, 135:18
**Floor** [2] - 2:2, 182:24
**floor** [1] - 115:9
**Flores** [2] - 4:13, 112:15
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:16, 1:22, 1:25, 2:3, 182:25
**fly** [2] - 132:21, 133:2
**focus** [2] - 9:10, 20:22
**focused** [1] - 20:20
**follow** [2] - 98:19, 98:21
**followed** [3] - 67:21, 69:12, 124:8
**following** [17] - 4:24, 12:19, 15:2, 15:19, 16:8, 19:5, 61:15, 61:18, 63:18, 111:24, 112:7, 112:23, 145:12, 145:21, 149:1, 178:17, 180:19
**food** [3] - 115:9, 163:9, 163:11, 163:15, 164:19, 164:23
**Food** [1] - 96:22
**FOR** [3] - 1:14, 1:20, 3:4
**forcing** [1] - 143:18
**foregoing** [1] - 182:19
**Foreign** [1] - 50:7
**foreign** [3] - 27:1, 62:6, 62:20
**foreigner** [1] - 84:1
**foreigners** [1] - 83:21
**forget** [1] - 130:19
**forgot** [1] - 181:20
**form** [26] - 68:17, 82:21, 82:23, 83:19, 83:20, 83:22, 84:3, 84:4, 84:10, 86:1, 86:22, 86:25, 87:4, 87:16, 87:17, 87:22, 88:17, 88:23, 88:25, 103:3, 142:15, 142:21, 143:8,

143:24, 154:17
**former** [1] - 42:25
**forms** [10] - 82:16, 83:2, 83:5, 83:6, 83:15, 83:17, 84:14, 85:24, 88:15, 88:20
**forward** [1] - 144:21
**four** [11] - 66:2, 72:16, 72:21, 80:23, 91:3, 101:18, 175:10, 175:23, 176:11, 177:2
**fourth** [1] - 50:10
**Fourth** [1] - 1:15
**frame** [2] - 120:15, 134:23
**France** [1] - 31:18
**fraud** [5] - 27:3, 30:1, 66:15, 66:16
**fraudulent** [1] - 27:22, 66:22
**free** [6] - 109:25, 110:13, 110:20, 122:6, 125:12, 127:16
**French** [6] - 16:17, 64:14, 64:17, 64:22, 64:25, 78:4
**friend** [9] - 92:12, 96:16, 97:4, 119:20, 119:23, 119:24, 120:17, 121:5, 123:21
**friend's** [1] - 92:13
**front** [6] - 31:24, 77:2, 113:7, 142:12, 143:14, 153:21
**frozen** [1] - 98:17
**full** [11] - 24:20, 100:1, 100:3, 100:7, 100:17, 114:25, 121:4, 121:7, 133:21, 138:23, 149:7
**full-time** [5] - 100:1, 100:3, 100:7, 121:4, 121:7
**functioning** [1] - 65:20
**FYI** [1] - 21:10

## G

**Gaitan** [1] - 179:1
**games** [2] - 158:10, 158:12
**gate** [1] - 5:12
**General** [1] - 81:21
**general** [11] - 26:15, 28:18, 65:14, 65:18, 65:19, 66:6, 66:13, 67:21, 68:18, 69:12, 72:9

**generally** [1] - 7:25
**gentlemen** [6] - 5:1, 15:4, 25:2, 92:16, 112:25, 150:2
**getcarter2010** [2] - 12:3, 12:11
**getcarter2010.com** [1] - 12:23
**getcarter2010@ yahoo.com** [3] - 19:21, 20:15, 49:7
**gift** [12] - 95:3, 95:14, 95:15, 95:17, 95:18, 95:19, 95:22, 96:3, 96:4, 96:5, 121:6
**gifts** [1] - 162:16
**girls** [1] - 152:14
**given** [2] - 19:23, 81:25
**gloves** [1] - 9:13
**God** [1] - 21:13
**Government** [52] - 6:10, 12:13, 14:5, 14:20, 16:10, 16:19, 17:19, 17:23, 18:1, 18:5, 20:1, 22:12, 24:13, 62:5, 63:1, 66:5, 66:25, 67:17, 67:23, 82:1, 89:11, 139:21, 139:22, 140:6, 140:9, 140:10, 140:13, 140:16, 140:21, 141:13, 142:4, 142:11, 142:19, 142:24, 143:22, 144:3, 146:10, 147:10, 147:12, 147:16, 147:20, 148:7, 148:14, 148:17, 171:25, 172:3, 172:20, 172:24, 173:4, 177:10, 180:7, 181:7
**government** [8] - 35:15, 39:19, 43:24, 47:22, 51:6, 51:12, 141:7, 174:18
**GOVERNMENT** [6] - 1:14, 3:4, 24:18, 63:22, 89:13, 149:5
**Government's** [94] - 3:13, 3:14, 3:14, 5:20, 6:11, 6:15, 6:17, 6:21, 7:9, 7:22, 9:7, 10:24, 11:18, 11:23, 12:8, 12:15, 12:22, 13:4, 19:17, 20:2, 20:6, 20:7, 22:1, 22:5, 22:7, 30:10, 33:7, 34:25,

35:12, 36:21, 36:23, 37:3, 38:19, 39:2, 39:25, 40:8, 41:20, 42:19, 43:17, 44:3, 44:24, 45:14, 46:4, 47:16, 48:14, 48:19, 49:15, 50:2, 50:24, 51:9, 52:15, 53:16, 55:22, 57:10, 58:16, 58:21, 59:19, 60:2, 60:10, 70:12, 70:21, 71:4, 71:10, 71:24, 72:19, 72:21, 72:25, 73:1, 73:3, 76:6, 76:14, 77:1, 77:18, 78:12, 79:11, 79:24, 80:9, 80:21, 81:6, 83:9, 85:14, 88:4, 110:23, 113:11, 114:2, 114:5, 114:9, 114:14, 114:21, 153:7, 153:19, 155:10
**grab** [1] - 107:5
**grade** [1] - 94:9
**graduated** [1] - 64:21
**grant** [1] - 182:1
**green** [17] - 67:15, 82:21, 82:23, 83:19, 84:3, 86:16, 86:19, 86:21, 86:25, 87:4, 87:12, 87:13, 87:21, 88:2, 88:15, 88:20
**grounds** [2] - 8:18, 20:3
**group** [5] - 140:20, 141:12, 142:7, 143:4, 143:14
**grow** [1] - 91:7
**guess** [1] - 52:1
**guys** [4] - 105:4, 116:15, 116:17

## H

**habit** [1] - 107:5
**Haiti** [73] - 25:16, 25:24, 26:5, 26:6, 26:10, 26:20, 46:20, 46:25, 48:10, 49:20, 64:10, 64:16, 64:18, 64:21, 64:22, 65:10, 65:12, 65:22, 66:3, 67:9, 67:19, 67:22, 68:20, 68:23, 69:2, 69:13, 74:5, 74:23, 75:6, 75:13, 75:21, 77:13, 78:18, 79:5, 79:17, 81:3, 81:4, 81:12, 81:13, 82:8,

82:12, 83:7, 83:10, 83:21, 83:24, 84:1, 84:8, 85:3, 85:22, 85:23, 86:18, 86:22, 86:24, 87:6, 87:13, 87:19, 88:4, 88:13, 88:16, 88:21, 88:22, 90:15, 91:7, 102:14, 110:7, 128:19, 144:15, 149:24, 150:1, 173:8

**Haitian** [34] - 65:13, 66:4, 68:19, 69:5, 69:7, 69:19, 69:24, 70:2, 70:4, 70:20, 70:23, 72:1, 72:10, 72:16, 72:20, 73:14, 75:24, 76:19, 76:24, 77:16, 78:10, 78:22, 79:9, 80:5, 80:22, 81:8, 82:24, 83:5, 84:11, 89:2, 129:14, 130:7, 130:13, 130:25

**half** [1] - 141:2

**hand** [31] - 11:5, 22:2, 32:2, 34:17, 47:10, 50:18, 63:15, 99:12, 99:15, 99:19, 99:20, 99:21, 99:22, 101:24, 107:4, 107:5, 107:6, 107:12, 107:14, 161:3, 161:5, 161:6, 164:6, 165:15, 165:16, 166:5, 166:11

**handed** [6] - 5:18, 11:22, 12:21, 13:3, 114:2, 182:7

**handing** [1] - 19:16

**handle** [1] - 63:15

**hands** [5] - 98:19, 101:24, 159:9, 159:14, 165:18

**happy** [8] - 4:7, 4:8, 59:7, 96:11, 96:12, 148:12, 178:15, 182:12

**Harcourt** [22] - 11:9, 11:15, 14:7, 24:5, 30:15, 30:24, 33:3, 33:12, 34:4, 35:6, 36:1, 36:6, 36:11, 37:8, 38:23, 39:16, 40:13, 42:10, 43:1, 49:13, 52:9, 73:21

**Harcourt's** [4] - 33:13, 37:19, 38:1, 40:14

**hard** [2] - 12:4, 12:7

**Harrington** [2] - 11:8, 22:24

heading [1] - 20:11

**hear** [7] - 90:11, 126:17, 127:7, 127:17, 127:18, 169:6, 174:6

**heard** [3] - 105:9, 105:14, 105:16

**hearsay** [5] - 21:20, 93:22, 123:1, 143:24, 154:25

**heart** [1] - 13:9

**held** [5] - 36:3, 65:15, 93:9, 173:1, 173:7

**help** [3] - 21:4, 96:23, 117:22

**helped** [1] - 127:22

**helping** [1] - 164:23

**hereby** [1] - 182:19

**herein** [1] - 13:24

**hi** [1] - 101:24

**hide** [1] - 56:12

**hierarchy** [1] - 138:13

**high** [3] - 64:22, 64:25, 65:3

**highlight** [5] - 73:25, 74:14, 75:1, 75:9, 75:17

**highlighted** [2] - 75:25, 76:20

**himself** [2] - 161:2, 161:3

**hit** [6] - 100:16, 126:16, 126:19, 126:25, 127:10, 162:18

**Ho** [2] - 26:11, 26:20

**holder** [1] - 88:3

**holes** [2] - 8:21, 8:22

**holidays** [1] - 93:16

**home** [15] - 97:18, 102:13, 106:24, 107:3, 116:23, 122:6, 132:16, 141:19, 152:16, 153:1, 166:24, 169:19, 170:12, 170:20, 176:1

**homework** [5] - 125:8, 125:11, 125:17, 125:19, 125:21

**Honor** [91] - 4:9, 4:15, 4:21, 5:15, 6:10, 8:8, 10:20, 11:1, 11:16, 12:13, 12:21, 14:4, 15:21, 18:16, 19:11, 20:1, 22:12, 22:14, 24:7, 24:10, 30:9, 33:6, 34:21,

35:11, 37:2, 38:15, 39:1, 40:7, 41:19, 43:13, 44:1, 46:3, 47:12, 48:18, 50:20, 51:8, 52:18, 60:7, 60:17, 60:19, 61:23, 62:1, 62:9, 62:13, 62:18, 62:22, 63:4, 63:7, 70:8, 71:6, 72:24, 73:5, 73:8, 76:5, 76:8, 79:20, 81:17, 86:10, 89:6, 89:11, 89:17, 92:5, 93:23, 112:13, 112:17, 113:3, 113:24, 114:9, 119:10, 137:6, 141:21, 144:4, 144:22, 145:16, 146:1, 146:4, 146:24, 148:15, 148:18, 148:24, 153:3, 153:12, 154:9, 167:23, 175:17, 177:19, 179:6, 179:8, 180:1, 182:4, 182:11

**HONORABLE** [1] - 1:10

**Hope** [4] - 4:17, 62:4, 112:19, 146:7

**HOROWITZ** [65] - 1:23, 8:24, 10:12, 21:20, 24:6, 53:1, 57:6, 59:18, 60:7, 60:9, 60:16, 62:1, 62:9, 62:13, 62:18, 62:22, 62:24, 63:4, 63:7, 63:9, 63:13, 63:16, 81:20, 85:1, 85:10, 86:10, 87:7, 87:22, 88:8, 88:17, 103:10, 103:15, 104:5, 104:12, 104:21, 105:17, 107:15, 142:14, 142:21, 143:8, 143:24, 144:4, 144:9, 144:18, 146:4, 146:11, 147:15, 147:18, 148:1, 148:3, 148:7, 148:11, 148:18, 148:21, 166:16, 167:2, 167:10, 180:25, 181:3, 181:14, 181:17, 181:19, 181:23, 182:4, 182:12

**Horowitz** [5] - 4:16, 62:2, 112:18, 146:5, 181:25

hour [1] - 111:20

**hours** [1] - 132:15

**house** [61] - 21:8, 92:22, 93:10, 93:11, 95:11, 97:5, 97:9, 101:4, 104:17, 106:17, 106:18, 107:20, 108:20, 109:8, 110:4, 111:3, 111:5, 115:15, 115:17, 116:5, 116:8, 117:18, 120:16, 120:18, 127:6, 127:9, 133:15, 134:2, 134:3, 134:7, 134:12, 134:14, 135:22, 136:5, 136:7, 139:15, 139:18, 139:20, 139:21, 139:23, 140:3, 151:11, 151:12, 151:13, 151:15, 151:22, 152:17, 157:9, 157:11, 161:14, 161:17, 163:22, 163:23, 164:1, 164:2, 164:8, 164:11, 164:14, 164:21, 165:25

**House** [4] - 40:19

**houses** [3] - 125:14, 157:6, 157:7

**hug** [1] - 101:25

**hungry** [1] - 107:4

**hurt** [4] - 106:7, 106:9, 107:9, 107:10

---

**I**

**l'interieur** [1] - 78:4

**identical** [4] - 31:13, 36:24, 40:5, 45:3

**identification** [7] - 5:19, 11:17, 11:23, 12:8, 12:14, 71:4, 71:10

**identified** [6] - 19:23, 72:2, 91:20, 92:6, 150:24, 177:3

**identify** [3] - 72:5, 72:11, 72:21

**illegal** [1] - 66:23

**immediately** [5] - 15:14, 61:10, 111:18, 145:7, 178:9

**immigrant** [1] - 26:22

**Immigration** [7] - 65:10, 65:13, 65:14,

66:7, 68:1, 68:9, 69:15

**immigration** [33] - 65:11, 67:18, 67:23, 68:16, 68:18, 70:20, 70:23, 72:1, 72:10, 72:16, 72:20, 73:14, 75:24, 76:19, 80:6, 80:22, 81:8, 82:19, 82:22, 82:23, 82:24, 83:6, 84:10, 84:11, 85:24, 86:19, 86:20, 86:21, 86:23, 88:2, 88:15, 88:20, 89:2

**IN** [1] - 3:12

**inadvertently** [1] - 181:20

**inappropriate** [1] - 121:23

**incident** [5] - 128:25, 129:4, 129:5, 129:9, 166:20

**include** [3] - 31:7, 72:1, 88:21

**included** [3] - 56:7, 72:9, 124:10

**including** [6] - 15:11, 26:4, 61:7, 111:15, 145:4, 178:6

**indicate** [8] - 60:3, 74:3, 74:21, 75:4, 75:11, 75:19, 77:10, 81:11

**indicated** [4] - 16:16, 74:5, 169:5, 174:10

**indication** [1] - 69:16

**individual** [9] - 18:6, 29:19, 67:22, 68:8, 68:20, 69:12, 86:18, 86:24, 138:7

**individual's** [2] - 87:5, 87:14

**individually** [5] - 140:20, 141:12, 141:14, 142:8, 173:1

**individuals** [15] - 14:15, 23:17, 27:24, 30:4, 67:19, 86:16, 86:19, 88:15, 88:20, 128:2, 175:23, 176:14, 176:15, 177:2, 177:14

**inference** [4] - 17:20, 17:22, 18:4

**info** [1] - 21:6

**information** [16] - 10:5, 21:4, 34:12, 55:5, 59:2, 69:8, 72:6, 72:9, 81:25, 86:2, 87:16, 88:21, 88:23,

89:5
**informed** [1] - 62:16
**initials** [1] - 32:21
**injured** [2] - 127:22, 128:3
**inside** [14] - 5:24, 7:15, 7:21, 122:23, 125:15, 125:16, 139:9, 139:10, 139:13, 139:18, 139:20, 165:19, 166:5, 166:12
**inspect** [3] - 6:25, 7:6, 147:20
**inspection** [2] - 8:13, 67:24
**inspector** [6] - 65:14, 65:17, 65:19, 68:9, 81:21, 86:23
**inspectors** [11] - 66:17, 66:19, 66:20, 68:3, 68:5, 68:8, 68:19, 68:20, 86:25, 87:13
**instance** [1] - 169:15
**instruct** [5] - 15:14, 61:10, 111:18, 145:7, 178:9
**instructed** [1] - 9:4
**insurance** [1] - 17:2
**integral** [1] - 27:16
**intend** [2] - 62:11, 147:7
**intended** [1] - 31:16
**interesting** [1] - 21:9
**Interior** [3] - 65:12, 78:3, 78:7
**international** [1] - 25:6
**International** [8] - 17:1, 66:8, 67:8, 77:14, 77:25, 78:20, 79:7, 79:19
**Internet** [5] - 15:12, 61:8, 111:16, 145:5, 178:7
**interpreter** [2] - 153:15, 175:16
**INTERPRETER** [5] - 126:3, 136:1, 175:16, 175:19, 177:19
**interprets** [1] - 175:19
**interrupt** [2] - 17:25, 115:11
**interrupted** [1] - 17:12
**interrupting** [1] - 97:7
**intimation** [1] - 13:10

**introduce** [1] - 147:7
**introduced** [2] - 18:6, 19:3
**introducing** [1] - 147:14
**investigate** [2] - 23:9, 54:25
**investigated** [1] - 14:11
**investigation** [3] - 10:6, 24:4, 54:12
**investigator** [2] - 4:18, 112:19
**invite** [1] - 120:17
**invited** [7] - 93:7, 93:13, 94:9, 96:13, 97:10, 119:21, 120:5
**involved** [2] - 9:20
**involves** [1] - 26:25
**Iowa** [1] - 25:4
**Ireland** [1] - 31:17
**irregularities** [1] - 60:11
**Islands** [1] - 29:1
**issuance** [9] - 27:14, 34:19, 35:18, 37:1, 39:9, 44:8, 44:9, 51:17, 80:16
**issuances** [1] - 40:5
**issue** [1] - 53:20
**issued** [32] - 28:18, 33:3, 35:9, 35:15, 35:17, 36:1, 36:2, 36:6, 36:15, 36:17, 36:22, 39:16, 39:19, 39:21, 42:9, 43:22, 43:24, 44:17, 44:19, 44:25, 45:21, 47:22, 47:24, 48:7, 48:8, 48:11, 51:6, 51:12, 51:24, 52:10, 54:12, 60:14
**issues** [2] - 30:2, 68:15
**issuing** [2] - 53:12, 145:18
**it'll** [1] - 15:17
**items** [2] - 7:1, 128:20
**itself** [5] - 9:17, 18:19, 31:11, 55:2, 57:15

**J**

**J-o-s-u-e** [1] - 149:10
**J1175477** [1] - 39:14
**jailed** [1] - 26:6
**Janet** [1] - 80:15

**January** [13] - 45:20, 93:4, 93:6, 94:23, 95:16, 97:12, 120:10, 120:24, 121:10, 127:2, 127:3, 149:20
**Jerry** [1] - 128:8
**Jessie** [2] - 11:10, 23:5
**JOAN** [1] - 1:10
**job** [1] - 108:22
**jobs** [1] - 27:8
**Joel** [6] - 151:20, 151:22, 152:24, 153:2, 153:18, 154:2
**joined** [1] - 159:8
**jokes** [1] - 130:21
**Jonathan** [1] - 11:8
**Joshua** [11] - 11:9, 13:1, 13:19, 14:6, 14:7, 18:20, 20:13, 21:12, 21:15, 22:4, 22:21
**joshuacane.docx** [1] - 22:11
**Josue** [28] - 3:9, 149:4, 149:9, 149:15, 149:17, 149:23, 150:2, 150:5, 150:9, 150:15, 151:2, 153:19, 154:12, 154:15, 154:22, 155:13, 155:18, 158:15, 158:25, 159:15, 161:1, 163:21, 164:3, 164:8, 166:11, 166:25, 167:6, 167:14
**josue** [2] - 149:5, 153:6
**JUDGE** [1] - 1:11
**judge** [11] - 14:16, 62:24, 63:9, 146:25, 147:15, 148:3, 148:11, 166:1, 180:25, 181:4, 181:14
**Judge** [5] - 63:16, 130:18, 148:21, 172:16, 182:12
**Julia** [2] - 73:18, 78:11
**July** [10] - 42:18, 44:9, 44:11, 47:4, 47:25, 48:2, 49:23, 52:20, 59:5, 85:21
**June** [8] - 22:6, 51:16, 51:18, 65:16, 129:21, 130:10, 130:12, 131:1
**Junior** [1] - 133:24
**Junior's** [5] - 133:18,

133:20, 133:21, 138:22, 139:2
**JUROR** [8] - 179:2, 179:6, 179:8, 179:11, 179:16, 179:23, 180:15, 180:17
**Juror** [5] - 146:8, 146:15, 178:13, 178:25, 180:18
**juror** [3] - 146:12, 148:22, 180:2
**jurors** [6] - 4:20, 19:1, 62:23, 63:8, 112:20, 146:15
**JURY** [2] - 1:10, 5:2
**jury** [8] - 4:23, 9:4, 12:20, 15:16, 15:18, 19:4, 25:2, 61:13, 61:14, 63:17, 92:17, 111:22, 111:23, 112:22, 129:16, 130:13, 131:1, 145:10, 145:11, 146:25, 148:25, 150:2, 178:16, 179:14, 179:21, 180:3, 180:10, 180:12
**JUSTICE** [1] - 1:17

**K**

**Kane** [4] - 4:10, 61:24, 112:14, 146:2
**KANE** [92] - 1:17, 24:17, 24:24, 30:9, 30:13, 33:6, 33:9, 34:21, 34:23, 35:11, 35:14, 37:2, 37:5, 38:15, 38:17, 39:1, 39:4, 40:7, 40:10, 41:19, 41:22, 43:13, 43:15, 44:1, 44:5, 46:3, 46:6, 47:12, 47:14, 48:18, 48:21, 50:20, 50:22, 51:8, 51:11, 52:18, 57:3, 59:16, 60:19, 60:25, 63:21, 64:4, 64:24, 70:8, 70:10, 71:3, 71:8, 72:24, 73:5, 73:8, 73:10, 76:5, 76:8, 76:10, 76:12, 79:20, 79:22, 80:8, 80:11, 81:16, 84:23, 85:7, 86:14, 87:11, 88:1, 88:11, 88:19, 89:6, 149:4, 149:12, 150:23, 151:1, 153:3, 153:5, 153:12, 153:16, 153:17,

154:9, 154:11, 154:21, 155:2, 155:9, 155:12, 166:4, 166:10, 166:19, 167:5, 167:13, 167:21, 168:19, 170:4, 171:9
**keep** [8] - 32:7, 50:8, 64:19, 90:1, 100:5, 102:4, 130:18, 180:25
**kept** [3] - 101:23, 122:23, 162:14
**kicked** [1] - 163:3
**kicking** [1] - 105:8
**kidnapped** [1] - 26:4
**kids** [1] - 102:15
**kind** [3] - 7:25, 123:8, 130:18
**kitchen** [1] - 95:12
**knowing** [1] - 95:3
**knowledge** [4] - 10:3, 83:24, 118:8, 154:22
**known** [2] - 21:11, 52:8
**knows** [1] - 168:21
**Knox** [3] - 80:15, 81:3, 81:13
**Knox's** [1] - 81:2

**L**

**labeled** [1] - 8:15
**ladies** [6] - 5:1, 15:4, 25:2, 92:16, 112:25, 150:2
**land** [2] - 65:24, 66:1
**languages** [1] - 64:11
**larger** [1] - 176:14
**Larko** [2] - 4:13, 112:15
**last** [18] - 8:25, 9:5, 28:14, 39:23, 42:8, 48:13, 52:12, 52:19, 63:25, 64:1, 114:4, 144:16, 148:1, 154:12, 164:10, 176:20, 176:21, 181:13
**laughing** [1] - 96:11
**law** [5] - 68:15, 129:14, 130:7, 130:13, 130:25
**leader** [2] - 134:3, 134:21
**leaders** [2] - 104:16, 104:18
**leading** [9] - 99:1,

104:5, 108:7, 111:7, 123:8, 142:14, 166:7, 167:2, 167:10
**learn** [4] - 64:15, 64:17, 64:25, 65:2
**learned** [1] - 64:22
**leased** [2] - 127:5, 127:8
**leave** [9] - 61:12, 69:1, 84:8, 116:21, 133:3, 143:17, 145:9, 156:4, 157:1
**leaves** [1] - 69:13
**leaving** [6] - 67:19, 108:21, 134:11, 136:5, 137:19, 169:8
**Lee** [3] - 11:8, 22:24, 80:15
**left** [35] - 11:5, 17:14, 22:2, 31:3, 47:10, 77:21, 80:25, 108:5, 108:11, 108:14, 115:4, 117:18, 133:15, 134:7, 139:13, 154:23, 156:16, 156:18, 156:19, 156:22, 157:8, 157:13, 157:16, 169:5, 169:10, 169:13, 169:16, 169:18, 170:10, 170:19, 170:24, 171:12, 171:16, 171:18, 171:21
**left-hand** [3] - 11:5, 22:2, 47:10
**leg** [1] - 98:18
**legal** [3] - 21:11, 66:2, 143:9
**legitimate** [1] - 13:7, 27:22
**legitimized** [1] - 13:11
**legs** [5] - 97:25, 98:1, 128:2, 165:15, 165:16
**LENARD** [1] - 1:10
**length** [2] - 17:19, 21:7
**letter** [3] - 17:1, 17:5, 17:7
**lie** [1] - 88:15
**life** [5] - 102:11, 102:14, 122:25, 123:8, 123:9
**light** [2] - 91:18, 92:4
**limit** [1] - 165:18
**limitation** [3] - 45:18, 45:21, 46:1
**limited** [1] - 45:19

**line** [6] - 15:21, 18:3, 28:8, 32:21, 57:24, 124:21
**Line** [14] - 15:24, 16:11, 16:13, 16:16, 16:18, 16:23, 17:3, 17:4, 17:6, 17:8, 17:9, 17:10, 17:13, 17:16
**links** [2] - 18:18, 18:20
**LISA** [2] - 2:1, 182:23
**Lisa** [1] - 61:2
**list** [15] - 14:21, 31:15, 62:11, 62:25, 66:24, 68:15, 71:14, 71:18, 71:21, 72:10, 147:16, 147:18, 147:24, 148:9, 148:20
**listed** [35] - 13:13, 14:5, 18:13, 31:17, 33:21, 37:14, 37:19, 37:22, 37:24, 40:14, 40:15, 40:24, 41:3, 41:4, 41:7, 41:25, 42:22, 42:25, 43:3, 44:6, 44:12, 44:14, 46:10, 46:12, 46:14, 46:19, 46:21, 48:24, 48:25, 49:1, 49:5, 49:15, 49:17, 49:18, 62:13
**listen** [5] - 15:10, 61:6, 111:14, 145:3, 178:5
**listener** [2] - 93:23, 94:2
**lists** [2] - 18:10, 181:4
**live** [17] - 90:23, 90:24, 100:2, 106:15, 106:17, 107:22, 111:6, 115:5, 136:7, 143:19, 144:21, 149:25, 157:6, 166:20, 167:6, 167:9, 167:14
**lived** [22] - 10:18, 10:19, 64:16, 95:7, 95:8, 97:4, 102:16, 102:21, 103:22, 107:20, 108:13, 111:5, 117:23, 157:19, 157:22, 157:25, 158:3, 158:6, 158:9, 158:13, 158:15, 166:25
**living** [31] - 90:21, 100:6, 103:25, 105:3, 108:24, 109:12, 113:18, 116:8,

126:15, 126:21, 127:4, 132:1, 134:14, 150:5, 152:10, 154:6, 155:3, 155:6, 155:18, 155:21, 155:23, 156:13, 156:15, 157:20, 158:16, 158:19, 162:15, 163:23, 163:25, 165:1
**locally** [1] - 65:6
**locate** [2] - 23:17
**located** [14] - 76:3, 76:21, 92:23, 108:17, 109:8, 109:17, 113:22, 139:23, 152:21, 156:17, 156:24, 157:9, 157:11, 157:14
**location** [6] - 10:4, 34:18, 46:24, 107:22, 108:19, 115:5
**locations** [3] - 26:8, 27:7, 107:24
**London** [6] - 33:25, 34:14, 34:18, 36:16, 40:19, 58:13
**look** [14] - 7:15, 8:6, 8:7, 20:24, 55:7, 63:3, 68:21, 70:13, 79:24, 95:9, 113:7, 130:5, 144:14, 153:7
**looked** [6] - 8:16, 44:22, 53:16, 55:4, 55:15, 70:2
**looking** [6] - 9:8, 53:8, 102:11, 107:9, 123:9
**Lookout** [1] - 29:24
**looks** [2] - 32:5, 69:20
**lost** [8] - 42:13, 57:10, 57:13, 57:14, 58:22, 98:16, 136:7
**lotion** [10] - 99:12, 99:15, 99:19, 101:7, 117:15, 159:9, 159:14, 161:2, 161:3, 164:6
**loud** [1] - 130:5
**love** [1] - 125:21
**lower** [5] - 47:10, 50:12, 50:18, 77:4, 77:21
**lunch** [6] - 111:10, 111:20, 111:22, 112:1, 114:18, 125:5
**luncheon** [1] - 112:6
**lying** [3] - 99:19, 99:20, 164:6

**M**

**M-a-l-p-a-s-s-e** [1] - 66:12
**ma'am** [4] - 5:4, 76:22, 137:2, 179:16
**mad** [3] - 100:15, 105:15, 119:8
**mail** [18] - 12:2, 12:4, 12:7, 12:22, 12:25, 13:15, 13:18, 18:19, 19:20, 19:22, 20:12, 20:14, 20:16, 20:18, 20:21, 49:6, 148:5, 148:14
**mailed** [2] - 148:4, 148:6
**mails** [3] - 12:3, 12:5, 14:15
**Malpasse** [2] - 66:9, 66:11
**man** [2] - 91:23, 150:15
**Man** [2] - 165:4, 165:5
**manner** [2] - 100:21, 102:10
**Manual** [1] - 50:8
**Maple** [1] - 40:19
**March** [2] - 80:18, 80:20
**MARIA** [1] - 1:14
**Maria** [4] - 4:10, 61:24, 112:14, 146:2
**marked** [9] - 5:19, 11:17, 11:22, 12:7, 12:14, 12:22, 19:16, 71:4, 71:10
**married** [2] - 59:9, 59:15
**master's** [2] - 25:4, 25:6
**masturbate** [10] - 143:18, 158:24, 159:11, 160:22, 160:23, 161:2, 161:16, 162:7, 162:10, 164:7
**masturbated** [1] - 162:2
**masturbating** [5] - 159:13, 159:22, 160:4, 160:18, 161:3
**match** [1] - 37:1
**material** [1] - 9:12
**materials** [2] - 7:14, 61:12
**Matin** [1] - 152:19
**matter** [12] - 6:5, 6:6,

6:8, 15:11, 57:23, 61:7, 111:15, 136:21, 136:24, 145:4, 178:6, 182:20
**MATTERS** [1] - 1:21
**Matthew** [27] - 4:2, 4:13, 21:11, 41:24, 42:24, 43:19, 44:17, 46:8, 47:18, 48:23, 51:3, 51:24, 61:20, 62:2, 74:3, 74:21, 75:4, 75:11, 75:13, 75:21, 76:16, 77:12, 91:11, 91:20, 112:9, 145:23, 146:5
**MATTHEW** [1] - 1:7
**McBride** [2] - 11:10, 23:5
**meal** [1] - 158:2
**meals** [7] - 102:21, 102:24, 103:2, 103:7, 157:22, 157:25, 158:2
**mean** [23] - 17:25, 25:25, 26:3, 26:24, 27:18, 45:25, 65:5, 68:13, 68:23, 78:2, 89:4, 96:25, 97:15, 99:15, 100:13, 101:6, 109:15, 110:14, 136:8, 156:3, 159:21, 164:3, 167:17
**meaning** [1] - 144:13
**means** [5] - 46:2, 78:4, 134:14, 146:18, 146:21
**MEDETIS** [132] - 1:14, 4:8, 5:7, 5:15, 5:17, 6:10, 6:13, 6:20, 8:8, 8:10, 9:2, 9:6, 10:1, 10:14, 10:20, 10:22, 10:25, 11:3, 11:16, 11:21, 12:13, 12:18, 12:21, 14:4, 14:7, 14:16, 15:21, 15:24, 18:16, 19:11, 19:13, 19:15, 20:1, 20:10, 21:1, 21:14, 21:24, 22:12, 23:11, 23:24, 24:7, 24:10, 24:13, 61:23, 89:11, 89:17, 89:19, 89:23, 90:5, 91:19, 91:22, 92:5, 92:8, 93:23, 94:1, 94:6, 94:20, 96:2, 98:12, 98:13, 99:4, 101:16, 103:6, 103:12, 103:20, 104:8, 104:14, 104:24, 105:21, 106:12, 107:18,

108:10, 112:13, 113:3, 113:6, 113:24, 114:1, 114:8, 114:11, 117:4, 117:12, 118:14, 119:5, 119:10, 121:11, 123:1, 124:21, 125:24, 126:22, 128:4, 128:22, 129:4, 129:22, 130:20, 131:3, 131:18, 133:22, 134:4, 134:23, 135:11, 135:20, 135:23, 136:18, 136:23, 137:5, 137:12, 137:21, 142:2, 142:18, 143:2, 143:12, 144:2, 144:7, 144:12, 144:22, 145:16, 146:1, 146:10, 146:25, 147:23, 148:5, 148:15, 148:24, 170:15, 173:17, 173:22, 174:4, 174:12, 175:2, 180:1, 181:10, 181:20

**Medetis** [4] - 4:10, 61:24, 112:14, 146:2
**media** [5] - 15:11, 61:7, 111:15, 145:4, 178:6
**medical** [5] - 5:11, 8:1, 8:2, 9:14, 109:22
**medicine** [4] - 128:9, 128:12, 128:14
**meet** [8] - 27:7, 92:9, 92:11, 92:15, 92:21, 96:11, 151:7, 174:23
**meeting** [19] - 140:9, 140:24, 141:18, 142:7, 172:19, 172:22, 172:25, 173:1, 173:3, 173:6, 173:10, 173:15, 173:20, 175:14, 176:1, 176:25, 177:3, 177:9
**meetings** [7] - 122:16, 136:14, 140:5, 142:4, 143:4, 143:15, 143:17
**member** [1] - 141:18
**members** [1] - 127:21
**men** [13] - 126:11, 132:14, 132:20, 139:12, 140:10, 140:14, 141:5,

172:13, 172:19, 172:23, 173:4, 173:12, 173:21
**mention** [1] - 14:14
**mentioned** [4] - 115:24, 139:2, 159:23, 160:12
**mentioning** [1] - 142:23
**merely** [1] - 14:11
**message** [1] - 22:8
**met** [24] - 92:12, 92:19, 96:9, 116:2, 140:10, 140:13, 140:15, 140:16, 141:5, 142:11, 142:24, 151:2, 151:5, 151:9, 151:14, 151:25, 168:8, 168:10, 172:23, 173:4, 174:17, 174:22, 175:6, 176:11
**MI** [1] - 78:2
**MIAMI** [1] - 1:2
**Miami** [11] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 65:6, 67:2, 67:8, 182:24, 182:25
**Miami-Dade** [1] - 65:6
**Michael** [1] - 3:5
**Michigan** [15] - 31:1, 33:4, 33:16, 35:24, 36:5, 37:12, 39:8, 39:17, 40:25, 42:1, 44:13, 46:11, 48:6, 49:2, 51:22
**microphone** [3] - 89:20, 90:3, 90:10
**middle** [4] - 42:7, 49:18, 104:10, 132:10
**Midnight** [1] - 165:25
**milk** [1] - 96:23
**mind** [1] - 165:16
**Minh** [2] - 26:11, 26:20
**Ministere** [1] - 78:4
**Ministry** [3] - 65:11, 78:3, 78:7
**minors** [2] - 9:21, 118:6
**minute** [1] - 177:25
**minutes** [7] - 15:5, 15:16, 61:13, 145:10, 145:15, 177:24, 180:21
**misrepresenting** [1] - 14:23
**missed** [1] - 147:24
**missing** [1] - 146:23

**mission** [1] - 46:18
**missionary** [1] - 49:17
**mom** [3] - 95:2, 100:4, 136:13
**moment** [9] - 23:19, 52:18, 60:7, 70:13, 86:10, 94:18, 111:25, 141:21, 172:16
**Monday** [1] - 22:6
**money** [7] - 109:4, 109:18, 110:2, 110:3, 110:12, 117:20, 117:21
**monitor** [1] - 113:7
**month** [7] - 27:10, 132:24, 141:2, 149:19, 176:20, 176:21
**months** [2] - 121:1, 172:20
**morning** [39] - 4:1, 4:4, 4:9, 4:14, 4:15, 4:19, 5:1, 5:2, 5:8, 5:9, 24:25, 25:1, 53:2, 53:3, 61:23, 62:1, 64:5, 64:6, 64:7, 64:8, 81:21, 81:22, 89:24, 89:25, 90:6, 90:7, 110:15, 115:8, 116:25, 117:5, 124:10, 124:13, 124:20, 125:2, 178:12, 178:23, 180:23, 182:10
**Morning** [79] - 5:12, 5:25, 6:23, 10:7, 13:7, 13:11, 17:1, 95:9, 96:14, 96:18, 100:1, 106:15, 107:20, 110:9, 113:18, 113:21, 117:23, 119:14, 119:19, 120:2, 121:7, 124:5, 126:21, 127:13, 127:14, 127:21, 131:11, 132:4, 133:9, 134:21, 135:9, 138:8, 138:13, 139:6, 140:17, 140:21, 141:6, 141:10, 152:19, 152:20, 152:25, 154:15, 154:23, 155:4, 155:7, 155:23, 156:1, 156:4, 156:7, 156:11, 156:13, 156:16, 156:22, 157:1, 157:8, 157:13, 157:16, 157:19, 157:23,

158:10, 166:21, 168:14, 168:18, 169:3, 172:4, 172:13, 172:23, 173:5, 173:13, 173:16, 174:3, 175:15, 176:5, 176:9, 176:24, 177:14, 177:17
**Morvan** [2] - 11:11, 23:8
**most** [1] - 68:7
**mother** [31] - 93:20, 100:9, 108:13, 115:5, 115:21, 115:24, 116:1, 116:2, 117:22, 120:21, 122:7, 123:18, 123:23, 133:18, 133:20, 136:17, 138:22, 139:2, 151:16, 151:21, 151:23, 154:20, 154:23, 166:24, 169:2, 169:11, 170:8, 170:25, 171:19
**mother's** [5] - 97:4, 151:4, 167:19, 168:14, 168:17
**motion** [3] - 62:6, 62:14, 182:1
**move** [21] - 6:11, 19:12, 45:5, 72:24, 74:17, 90:3, 100:3, 108:5, 108:11, 108:12, 108:19, 121:4, 121:7, 144:21, 147:1, 151:25, 152:3, 153:15, 154:15, 154:18, 156:5
**moved** [22] - 65:3, 100:1, 100:17, 107:19, 107:25, 108:2, 115:22, 116:6, 120:13, 120:25, 121:8, 126:10, 139:5, 139:11, 141:17, 152:9, 152:20, 152:24, 156:1, 163:21, 163:22
**movie** [4] - 165:13, 165:14, 165:17, 165:22
**movies** [1] - 165:4
**moving** [3] - 137:10, 165:24
**MR** [161] - 4:15, 8:17, 8:19, 8:24, 9:22, 10:12, 12:16, 14:10, 16:1, 17:25, 20:3, 21:20, 22:14, 22:16,

22:18, 23:14, 23:19, 23:21, 24:6, 53:1, 57:6, 59:18, 60:7, 60:9, 60:16, 62:1, 62:9, 62:13, 62:18, 62:22, 62:24, 63:4, 63:7, 63:9, 63:13, 63:16, 81:20, 85:1, 85:10, 86:10, 87:7, 87:22, 88:8, 88:17, 93:22, 95:25, 98:7, 99:1, 101:14, 103:3, 103:10, 103:15, 103:16, 104:5, 104:12, 104:13, 104:21, 105:17, 107:15, 108:7, 111:7, 112:17, 117:2, 117:10, 118:12, 119:2, 119:13, 120:23, 121:15, 123:3, 123:5, 124:24, 126:1, 126:4, 126:24, 128:6, 128:24, 129:8, 129:24, 130:2, 130:4, 130:16, 130:23, 131:8, 131:14, 131:16, 131:21, 134:1, 134:6, 135:2, 135:13, 135:17, 135:21, 136:3, 136:20, 137:2, 137:3, 137:8, 137:14, 137:17, 137:24, 141:21, 141:23, 142:14, 142:21, 143:8, 143:24, 144:4, 144:9, 144:18, 145:18, 146:4, 146:11, 146:18, 146:20, 147:15, 147:18, 147:22, 148:1, 148:3, 148:7, 148:11, 148:13, 148:18, 148:21, 154:17, 154:25, 166:1, 166:7, 166:15, 166:16, 167:2, 167:10, 167:23, 168:1, 168:5, 168:22, 170:6, 170:16, 170:18, 171:11, 172:16, 172:18, 173:19, 174:1, 174:8, 174:16, 175:5, 175:22, 180:22, 180:25, 181:2, 181:3, 181:14, 181:17, 181:19, 181:23, 182:4, 182:6, 182:11, 182:12

**MS** [222] - 4:8, 5:7, 5:15, 5:17, 6:10, 6:13, 6:20, 8:8, 8:10, 9:2, 9:6, 10:1, 10:14, 10:20, 10:22, 10:25, 11:3, 11:16, 11:21, 12:13, 12:18, 12:21, 14:4, 14:7, 14:16, 15:21, 15:24, 18:16, 19:11, 19:13, 19:15, 20:1, 20:10, 21:1, 21:14, 21:24, 22:12, 23:11, 23:24, 24:7, 24:10, 24:13, 24:17, 24:24, 30:9, 30:13, 33:6, 33:9, 34:21, 34:23, 35:11, 35:14, 37:2, 37:5, 38:15, 38:17, 39:1, 39:4, 40:7, 40:10, 41:19, 41:22, 43:13, 43:15, 44:1, 44:5, 46:3, 46:6, 47:12, 47:14, 48:18, 48:21, 50:20, 50:22, 51:8, 51:11, 52:18, 57:3, 59:16, 60:19, 60:25, 61:23, 63:21, 64:4, 64:24, 70:8, 70:10, 71:3, 71:8, 72:24, 73:5, 73:8, 73:10, 76:5, 76:8, 76:10, 76:12, 79:20, 79:22, 80:8, 80:11, 81:16, 84:23, 85:7, 86:14, 87:11, 88:1, 88:11, 88:19, 89:6, 89:11, 89:17, 89:19, 89:23, 90:5, 91:19, 91:22, 92:5, 92:8, 93:23, 94:1, 94:6, 94:20, 96:2, 98:12, 98:13, 99:4, 101:16, 103:6, 103:12, 103:20, 104:8, 104:14, 104:24, 105:21, 106:12, 107:18, 108:10, 112:13, 113:3, 113:6, 113:24, 114:1, 114:8, 114:11, 117:4, 117:12, 118:14, 119:5, 119:10, 121:11, 123:1, 124:21, 125:24, 126:22, 128:4, 128:22, 129:4, 129:22, 130:20, 131:3, 131:18, 133:22, 134:4, 134:23, 135:11, 135:20, 135:23,

136:18, 136:23, 137:5, 137:12, 137:21, 142:2, 142:18, 143:2, 143:12, 144:2, 144:7, 144:12, 144:22, 145:16, 146:1, 146:10, 146:25, 147:23, 148:5, 148:15, 148:24, 149:4, 149:12, 150:23, 151:1, 153:3, 153:5, 153:12, 153:16, 153:17, 154:9, 154:11, 154:21, 155:2, 155:9, 155:12, 166:4, 166:10, 166:19, 167:5, 167:13, 167:21, 168:19, 170:4, 170:15, 171:9, 173:17, 173:22, 174:4, 174:12, 175:2, 180:1, 181:10, 181:20
**multiple** [1] - 8:21
**multiplying** [1] - 133:6
**murdered** [1] - 26:5
**must** [6] - 29:6, 29:13, 31:13, 86:16, 98:3, 130:17

**N**

**naked** [2] - 97:22, 101:4
**name** [64] - 11:12, 11:13, 12:25, 14:8, 18:20, 21:10, 21:11, 21:12, 21:15, 21:19, 22:1, 22:10, 24:20, 24:22, 29:24, 30:1, 30:23, 32:5, 40:18, 42:9, 42:21, 42:22, 42:25, 45:12, 49:9, 49:12, 50:13, 55:10, 55:13, 55:16, 56:3, 56:7, 56:13, 60:3, 60:6, 63:24, 63:25, 64:1, 72:13, 73:19, 88:24, 89:14, 91:11, 92:13, 92:25, 93:1, 114:4, 114:5, 114:25, 133:17, 133:21, 138:23, 138:25, 139:1, 149:7, 152:16, 152:17, 154:1, 154:12, 181:21
**named** [7] - 14:15, 24:5, 91:23, 104:25,

106:13, 114:19, 150:15
**names** [11] - 11:7, 14:3, 14:11, 18:6, 18:10, 18:13, 21:19, 23:25, 24:2, 159:24, 174:25
**Nason** [6] - 104:25, 105:2, 105:7, 106:2, 114:19
**Nason's** [1] - 114:25
**Nat** [4] - 133:20, 138:21, 138:24, 138:25
**Nathaniel** [1] - 138:25
**national** [3] - 36:7, 36:9, 36:12
**nationality** [1] - 28:24
**nationals** [3] - 27:1, 28:21, 28:22
**near** [1] - 108:5
**necessary** [1] - 10:5
**need** [16] - 8:5, 10:25, 14:24, 27:7, 54:25, 59:6, 61:2, 62:7, 62:19, 63:12, 82:12, 87:21, 88:2, 88:6, 117:21, 177:21
**needed** [2] - 117:20, 165:10
**needs** [2] - 56:1, 106:5
**neighborhood** [4] - 95:8, 96:24, 97:1, 127:16
**neighbors** [3] - 127:20, 127:22, 127:24
**never** [14] - 17:13, 100:11, 108:24, 115:24, 120:19, 121:19, 122:13, 122:16, 122:20, 137:20, 162:11, 165:16, 168:8, 176:8
**New** [1] - 1:18
**new** [4] - 27:19, 50:7, 57:21, 165:4
**newspaper** [1] - 127:1
**next** [27] - 24:12, 60:24, 63:20, 68:9, 73:22, 75:15, 89:10, 93:13, 94:4, 94:19, 98:11, 99:11, 104:19, 104:23, 105:14, 105:20, 105:25, 106:5, 114:5, 116:25,

106:13, 114:19, 150:15
117:5, 149:3, 153:24, 154:12, 162:14, 164:23, 165:12
**nice** [3] - 162:3, 162:4, 162:19
**nicely** [1] - 162:12
**night** [12] - 101:9, 104:4, 104:10, 116:24, 121:22, 132:3, 132:8, 132:11, 132:13, 137:25, 138:21, 139:25
**nights** [1] - 121:19
**NO** [9] - 1:2, 179:2, 179:6, 179:8, 179:11, 179:16, 179:23, 180:15, 180:17
**noise** [1] - 15:6
**noncitizen** [1] - 28:24
**none** [2] - 54:16, 57:7
**nonimmigrant** [1] - 26:22
**nonprofit** [1] - 13:8
**nonresponsive** [1] - 104:21
**noon** [2] - 62:8, 63:12
**normal** [1] - 101:11
**normally** [4] - 29:8, 29:15, 29:16, 32:3
**North** [2] - 2:2, 182:24
**Northaw** [2] - 21:5, 21:7
**Northeast** [1] - 1:15
**Nos** [2] - 3:13, 6:17
**notary** [1] - 26:2
**notation** [4] - 32:16, 36:11, 60:5, 78:2
**notebook** [1] - 179:18
**notebooks** [2] - 145:9, 178:11
**noted** [6] - 32:19, 33:20, 34:18, 34:20, 40:5, 46:18
**notes** [2] - 54:24, 55:1
**nothing** [15] - 58:19, 58:20, 60:12, 60:19, 89:4, 89:6, 99:10, 106:21, 136:5, 137:10, 137:23, 146:10, 146:12, 158:24, 181:12
**noting** [1] - 50:13
**November** [15] - 75:1, 75:6, 78:10,

78:14, 78:19, 87:19, 97:14, 120:13, 121:1, 121:8, 121:18, 121:20, 122:1, 122:3, 147:4
**number** [22] - 33:17, 34:19, 35:21, 37:17, 39:13, 39:14, 41:7, 42:4, 44:14, 46:14, 48:3, 49:3, 51:19, 51:20, 72:13, 73:16, 76:2, 76:17, 83:11, 83:12, 137:10, 166:25
**numbers** [1] - 56:20
**numerous** [1] - 83:12
**NW** [1] - 1:18

**O**

**oath** [3] - 5:3, 19:9, 113:1
**object** [2] - 98:9, 166:1
**objection** [92] - 8:17, 8:24, 9:22, 10:12, 12:16, 14:9, 14:10, 16:2, 20:3, 20:5, 21:20, 23:11, 24:6, 57:3, 59:16, 84:23, 85:7, 87:7, 87:22, 88:8, 88:17, 93:22, 95:25, 98:7, 99:1, 101:14, 103:3, 103:10, 103:15, 103:16, 104:5, 104:12, 104:13, 104:21, 105:17, 107:15, 108:7, 111:7, 117:2, 117:10, 118:12, 119:2, 121:11, 123:1, 124:21, 125:24, 126:22, 128:4, 128:22, 129:4, 129:22, 130:20, 131:3, 131:18, 133:22, 134:4, 134:23, 135:11, 135:20, 135:23, 136:18, 136:23, 137:5, 137:12, 137:21, 142:14, 142:21, 143:8, 143:24, 144:4, 144:9, 144:18, 154:17, 154:25, 166:7, 166:15, 166:16, 167:2, 167:10, 168:19, 170:4,

170:15, 171:9, 173:17, 173:22, 174:4, 174:12, 175:2
**observations** [1] - 117:14
**observed** [1] - 12:9
**occasions** [1] - 169:5
**occupation** [10] - 33:19, 33:20, 37:13, 37:14, 41:3, 41:4, 46:17, 46:18, 49:16, 49:17
**occur** [1] - 176:22
**occurred** [11] - 121:23, 122:22, 140:17, 140:21, 141:10, 173:16, 174:2, 175:15, 176:5, 176:9, 176:20
**occurring** [2] - 124:5, 131:11
**October** [18] - 73:24, 74:5, 74:7, 74:10, 74:12, 74:23, 76:24, 77:3, 77:16, 77:20, 81:1, 81:3, 81:5, 81:9, 81:12, 81:14, 87:19
**OF** [3] - 1:1, 1:4, 1:17
**offer** [1] - 163:18
**Office** [1] - 57:20
**OFFICER** [2] - 4:21, 146:23
**officer** [6] - 25:10, 25:20, 26:21, 27:20, 32:5, 178:12
**officers** [1] - 28:8
**Offices** [2] - 30:6, 57:20
**Official** [1] - 182:24
**official** [1] - 2:1
**officials** [2] - 83:6, 84:11
**often** [6] - 101:17, 101:21, 129:10, 161:12, 161:16, 164:8
**Ohio** [2] - 37:20, 37:25
**old** [8] - 91:9, 91:10, 108:2, 130:18, 149:21, 152:6, 157:16, 157:18
**older** [10] - 53:9, 91:4, 91:5, 116:25, 126:12, 126:14, 150:11, 150:12, 152:25, 160:1
**on-line** [1] - 57:24
**once** [6] - 9:10, 20:20, 20:22, 68:10,

69:14, 161:19
**one** [62] - 7:24, 12:3, 12:5, 14:5, 18:2, 21:19, 23:19, 31:9, 31:10, 36:19, 52:18, 53:16, 54:19, 60:7, 60:13, 66:8, 82:17, 82:19, 82:22, 86:10, 91:5, 94:18, 95:21, 97:13, 101:18, 115:8, 117:25, 120:5, 123:9, 126:7, 126:10, 132:20, 133:13, 133:15, 136:14, 137:10, 139:3, 141:21, 144:16, 146:23, 158:2, 159:6, 159:12, 159:13, 160:7, 160:15, 160:24, 162:17, 164:15, 164:24, 164:25, 165:2, 167:9, 169:8, 172:16, 174:10, 175:10, 177:6, 181:4, 181:5
**ones** [1] - 126:14
**ongoing** [1] - 13:7
**open** [4] - 15:2, 110:9, 110:11, 148:10
**opening** [1] - 13:6
**opens** [1] - 18:1
**operating** [3] - 66:16, 66:24, 109:11
**operation** [4] - 65:20, 65:21, 66:7, 66:15
**opportunity** [5] - 6:25, 7:6, 56:22, 93:15, 122:11
**opposed** [2] - 55:1, 148:4
**or...** [1] - 138:24
**oral** [3] - 161:7, 161:10, 161:12
**order** [4] - 27:7, 55:20, 56:1, 87:18
**ordered** [2] - 45:12, 147:3
**organizations** [1] - 128:15
**original** [3] - 11:12, 14:8, 30:18
**originals** [1] - 147:22
**outside** [8] - 12:20, 18:14, 58:4, 58:8, 58:17, 85:7, 116:13, 139:19
**overhead** [3] - 11:1, 73:6, 153:13
**overheard** [2] -

105:16, 106:2
**overrule** [1] - 16:2
**overruled** [23] - 8:20, 20:5, 85:9, 88:10, 98:10, 103:11, 107:16, 124:23, 125:25, 128:5, 131:4, 133:23, 135:25, 137:22, 142:22, 144:10, 144:19, 154:19, 166:17, 168:20, 173:23, 174:5, 174:14
**overseas** [2] - 9:20, 30:7
**oversee** [1] - 65:19
**oversees** [2] - 66:7, 118:5
**own** [7] - 104:18, 109:1, 115:25, 116:12, 116:13, 117:13, 134:14

**P**

**p.m** [6] - 1:6, 111:24, 112:23, 145:11, 149:1, 178:16
**package** [1] - 96:6
**page** [31] - 13:20, 13:23, 31:14, 31:19, 31:24, 32:16, 34:1, 34:3, 34:7, 34:15, 42:8, 42:19, 43:8, 49:14, 49:21, 50:2, 50:10, 50:14, 52:2, 72:14, 73:22, 75:8, 75:15, 76:23, 77:15, 78:9, 78:21, 79:8, 80:22, 85:14
**PAGE** [1] - 3:12
**Page** [22] - 15:22, 16:11, 16:13, 16:25, 36:14, 45:14, 52:4, 52:5, 73:23, 76:25, 77:1, 77:17, 77:18, 78:11, 78:12, 78:23, 78:24, 79:10, 79:11, 80:21, 81:7, 85:17
**Pages** [1] - 1:8
**pages** [3] - 13:18, 18:23, 18:24
**paid** [11] - 102:19, 102:25, 109:2, 109:3, 109:4, 110:1, 110:2, 128:12, 128:13, 128:14, 165:16
**pain** [1] - 106:7
**pair** [1] - 99:7

**pale** [2] - 92:4
**Panama** [2] - 26:10, 26:20
**pants** [3] - 165:19, 166:5, 166:12
**paper** [1] - 131:6
**Paragraph** [3] - 59:6, 59:8, 59:19
**parents** [20] - 29:9, 90:21, 106:10, 122:4, 122:13, 122:14, 122:18, 122:22, 122:24, 123:6, 123:8, 123:12, 123:15, 136:12, 150:3, 150:5, 150:7, 157:25, 158:3, 158:13
**park** [1] - 176:18
**part** [10] - 17:23, 27:13, 27:16, 42:7, 53:14, 54:1, 83:20, 83:22, 127:13, 132:8
**parte** [1] - 63:1
**particular** [7] - 7:3, 10:2, 11:4, 12:4
**partner** [1] - 108:21
**parts** [1] - 19:25
**party** [7] - 93:8, 93:9, 93:14, 93:15, 93:18, 119:22, 120:3
**pass** [1] - 148:12
**passenger** [2] - 68:17, 69:14
**passengers** [1] - 85:4
**passport** [174] - 27:14, 27:17, 27:19, 27:20, 28:2, 28:6, 28:9, 28:11, 28:19, 29:5, 29:12, 29:15, 29:16, 29:17, 29:20, 29:21, 29:23, 30:4, 30:5, 30:7, 30:15, 31:9, 31:11, 33:3, 33:11, 34:19, 35:4, 35:7, 35:9, 35:15, 35:17, 35:21, 35:25, 36:1, 36:2, 36:6, 36:9, 36:10, 36:11, 36:14, 36:15, 36:17, 36:22, 36:25, 37:7, 38:23, 38:24, 39:13, 39:14, 39:15, 39:16, 39:18, 39:19, 39:21, 40:4, 40:6, 40:12, 41:24, 42:8, 42:9, 42:12, 43:19, 43:20, 43:22, 44:24, 44:14, 44:16, 44:17, 44:19, 44:24, 44:25, 45:13, 45:16,

45:18, 45:19, 46:8, 47:18, 47:20, 47:22, 47:24, 48:1, 48:3, 48:7, 48:11, 48:15, 48:23, 50:4, 50:5, 50:9, 51:3, 51:4, 51:6, 51:12, 51:15, 51:19, 51:20, 51:23, 51:24, 52:2, 52:6, 52:10, 52:20, 53:20, 53:24, 54:12, 56:4, 56:6, 57:10, 57:13, 57:14, 57:16, 57:18, 57:21, 57:24, 58:4, 58:12, 58:16, 58:22, 68:7, 68:8, 68:10, 68:11, 68:16, 69:17, 72:12, 72:13, 72:14, 73:16, 73:19, 73:20, 75:23, 75:24, 76:2, 76:15, 76:16, 76:17, 76:19, 76:20, 76:23, 77:15, 78:9, 78:21, 78:24, 79:3, 79:8, 80:3, 80:5, 80:6, 80:14, 80:15, 80:17, 80:19, 82:5, 82:9, 82:25, 85:17, 86:25, 87:5, 87:13, 87:14, 87:15, 87:17, 88:3, 88:7, 88:13
**Passport** [8] - 57:20, 73:18, 74:6, 74:24, 75:7, 75:13, 75:22, 76:4
**passports** [23] - 25:25, 27:15, 27:24, 28:16, 36:3, 53:12, 60:14, 67:15, 70:15, 70:17, 70:24, 71:15, 71:23, 72:2, 72:17, 72:21, 82:2, 82:4, 82:10, 83:25, 84:18, 84:20
**past** [5] - 27:6, 28:5, 28:11, 67:17, 69:5
**patched** [1] - 127:24
**Patricia** [2] - 63:14, 180:9
**pause** [1] - 165:22
**pay** [2] - 109:4, 117:22
**pays** [1] - 105:11
**pen** [4] - 12:25, 21:12, 114:3, 154:13
**pending** [1] - 98:8
**Penge** [1] - 40:19
**penis** [2] - 98:23, 98:24, 99:5, 99:9, 99:11, 99:13, 99:14, 99:17, 99:21, 101:7,

101:17, 143:13, 143:18, 158:24, 159:12, 159:17, 160:7, 160:15, 161:5, 164:7, 166:6, 166:18
**people** [19] - 10:19, 13:13, 88:21, 94:12, 95:13, 109:19, 109:22, 110:18, 118:20, 128:15, 152:11, 152:12, 174:24, 174:25, 175:1, 175:6, 175:10, 175:12, 176:11
**perfect** [1] - 15:23
**perform** [1] - 161:12
**performed** [1] - 161:9
**perhaps** [1] - 14:24
**period** [5] - 133:13, 135:24, 156:2, 156:4, 156:16
**permanent** [5] - 37:19, 38:1, 40:15, 46:21, 121:1
**permanently** [1] - 120:14
**permission** [35] - 5:15, 10:20, 11:19, 19:11, 30:9, 33:6, 34:21, 35:11, 37:2, 38:15, 39:1, 40:7, 41:19, 43:13, 44:2, 46:3, 47:12, 48:18, 50:20, 51:8, 70:8, 71:6, 73:5, 73:8, 76:5, 79:20, 80:8, 89:19, 113:3, 113:24, 114:8, 153:3, 153:12, 154:9, 155:9
**permit** [5] - 102:14, 112:2, 178:20, 179:13, 180:13
**permitted** [1] - 180:2
**person** [20] - 8:6, 8:7, 22:22, 22:25, 23:2, 23:5, 23:10, 23:15, 28:25, 55:12, 68:12, 68:14, 68:16, 69:16, 83:7, 84:7, 87:6, 136:8, 138:19
**person's** [1] - 133:17
**personal** [3] - 110:4, 117:22, 154:22
**personality** [1] - 102:4
**personally** [3] - 7:15, 28:5, 95:6
**personnel** [4] - 129:14, 130:7,

130:13, 130:25
**persons** [1] - 13:25
**pertaining** [1] - 14:15
**Peterson** [14] - 92:14, 92:15, 93:7, 93:13, 93:18, 94:7, 94:13, 95:4, 95:23, 119:20, 119:21, 119:24, 120:5, 120:17
**Phil** [4] - 4:16, 62:2, 112:18, 146:5
**PHILIP** [1] - 1:23
**photograph** [6] - 7:4, 8:14, 31:4, 31:6, 34:4, 34:5
**photographs** [6] - 6:5, 6:7, 36:24, 40:4, 45:3, 58:1
**picture** [20] - 7:1, 31:7, 113:13, 113:16, 113:18, 113:21, 114:5, 114:16, 114:23, 153:10, 153:19, 153:22, 153:24, 154:3, 154:6, 154:13, 155:13, 155:16, 155:18, 155:24
**pictures** [3] - 5:24, 6:1, 31:12
**piece** [2] - 102:7, 150:19
**Place** [2] - 21:5, 21:8
**place** [27] - 30:25, 33:15, 35:23, 35:24, 36:4, 37:11, 39:7, 40:24, 41:25, 44:12, 46:10, 48:5, 49:1, 51:21, 51:22, 88:24, 100:25, 116:13, 135:1, 135:20, 168:14, 168:17, 169:2, 171:7, 181:9, 182:4
**placed** [2] - 151:24, 154:20
**places** [1] - 56:18
**Plaintiff** [1] - 1:5
**plans** [1] - 46:19
**Plans** [1] - 31:15
**plates** [2] - 164:24, 165:8
**play** [3] - 125:12, 158:10, 158:12
**played** [1] - 125:16
**pleading** [1] - 63:2
**point** [6] - 69:8, 91:16, 92:2, 115:4, 150:19, 156:8, 175:9,

177:24
**pointed** [1] - 13:4
**pointing** [1] - 7:4
**police** [14] - 117:24, 118:5, 118:7, 118:9, 118:15, 118:18, 118:24, 119:6, 131:10, 136:10, 139:9, 139:17, 139:25, 140:3
**political** [2] - 25:5, 26:17
**Poor** [1] - 96:22
**poor** [2] - 7:20, 144:15
**porch** [1] - 106:24
**port** [10] - 65:21, 65:23, 66:2, 66:8, 66:19, 66:20, 77:24, 78:18, 79:5, 79:17
**Port** [16] - 25:16, 25:17, 28:13, 47:1, 48:8, 48:10, 66:8, 66:13, 66:21, 68:2, 68:6, 77:14, 77:25, 78:20, 79:7, 79:19
**Port-au-Prince** [16] - 25:16, 25:17, 28:13, 47:1, 48:8, 48:10, 66:8, 66:13, 66:21, 68:2, 68:6, 77:14, 77:25, 78:20, 79:7, 79:19
**portion** [13] - 8:25, 9:5, 12:23, 13:15, 14:19, 18:8, 18:12, 40:17, 54:20, 60:1, 84:4, 84:10, 181:5
**ports** [1] - 65:22
**posed** [1] - 14:17
**position** [3] - 65:13, 65:15, 108:22
**positions** [7] - 26:14, 27:6, 28:5, 28:11, 66:4, 66:25, 67:17
**possible** [2] - 129:11, 131:22
**Post** [2] - 30:6, 57:20
**posted** [1] - 25:15
**posting** [1] - 26:12
**posts** [1] - 26:16
**pour** [1] - 159:9
**poured** [1] - 159:14
**powder** [2] - 7:13, 7:17
**powdered** [1] - 96:22
**practices** [1] - 53:11
**prayer** [1] - 124:16
**prepare** [3] - 71:18, 71:21, 177:11

**prepared** [1] - 71:23
**presence** [1] - 12:20
**present** [12] - 4:17, 29:16, 42:22, 62:3, 62:17, 86:18, 86:21, 139:6, 146:6, 175:24, 176:25, 177:17
**presentation** [2] - 39:17, 45:12
**presented** [4] - 29:21, 32:18, 60:6, 84:11
**president** [2] - 11:8, 11:9
**press** [1] - 20:22
**prevented** [1] - 169:8
**preventing** [4] - 134:11, 136:5, 137:10, 137:19
**prevention** [1] - 27:3
**previous** [6] - 36:3, 39:18, 45:13, 50:4, 52:12, 56:4, 56:6
**previously** [38] - 10:23, 11:13, 29:22, 30:10, 33:7, 34:24, 36:19, 36:20, 37:3, 38:18, 39:24, 40:8, 41:20, 43:16, 44:2, 44:21, 44:23, 46:4, 47:15, 48:19, 49:12, 50:23, 51:9, 52:14, 55:22, 70:11, 71:4, 71:9, 76:6, 76:13, 79:23, 80:9, 110:22, 113:4, 114:8, 115:4, 153:6, 155:10
**Prince** [16] - 25:16, 25:17, 28:13, 47:1, 48:8, 48:10, 66:8, 66:13, 66:21, 68:2, 68:6, 77:14, 77:25, 78:20, 79:7, 79:19
**printed** [1] - 19:20, 19:22
**probative** [1] - 18:15
**problem** [3] - 54:24, 100:23, 118:5
**procedures** [6] - 53:11, 66:16, 66:24, 67:18, 67:21, 69:12
**proceed** [4] - 5:5, 19:10, 89:17, 113:2
**proceedings** [18] - 4:24, 12:19, 15:2, 15:19, 16:8, 19:5, 61:15, 61:18, 63:18, 111:24, 112:7, 112:23, 145:12, 145:21, 149:1,

178:17, 180:19, 182:20
**Proceedings** [1] - 182:15
**process** [3] - 27:24, 28:2, 173:24
**processes** [1] - 54:1
**processing** [1] - 27:4
**produced** [1] - 147:9
**proffer** [3] - 62:11, 62:20, 63:6
**program** [1] - 37:14
**progress** [1] - 27:12
**promise** [1] - 163:18
**promised** [2] - 108:25, 117:19
**promulgated** [1] - 50:7
**proof** [3] - 29:6, 29:13, 55:13
**proper** [2] - 55:16, 55:19
**properly** [1] - 60:14
**proposed** [2] - 13:15, 13:17
**Proposed** [1] - 31:15
**prosecutor** [1] - 126:15
**prosecutors** [3] - 82:6, 141:6, 174:18
**provide** [4] - 13:14, 110:17, 147:1, 147:3
**provided** [9] - 12:10, 60:4, 68:17, 82:3, 82:4, 88:23, 102:24, 110:13, 127:15
**provides** [1] - 25:22
**publish** [21] - 6:19, 11:1, 20:9, 30:10, 33:6, 35:11, 37:2, 39:1, 40:7, 41:19, 44:2, 46:3, 48:18, 51:8, 73:6, 76:5, 80:8, 113:3, 114:8, 153:12, 155:9
**publishes** [1] - 18:2
**pulled** [4] - 97:25, 98:1, 98:18, 107:12
**pulling** [3] - 101:23, 165:20, 165:23
**purely** [1] - 14:1
**purpose** [13] - 13:12, 84:21, 85:6, 85:25, 86:3, 88:16, 88:24, 89:1, 89:2, 140:17, 141:9, 173:15, 173:20
**purposes** [6] - 5:19, 11:17, 11:23, 62:25, 82:19, 88:22
**put** [20] - 98:22,

99:12, 99:15, 99:19, 99:20, 99:21, 101:7, 144:17, 144:20, 154:12, 161:3, 161:6, 164:6, 164:17, 165:5, 165:16, 165:18, 166:5, 166:11, 171:7
**putting** [2] - 161:2, 165:15

## Q

**quake** [2] - 127:10, 127:16
**quarters** [2] - 104:17, 109:1
**questioning** [3] - 15:22, 16:4, 124:22
**questions** [17] - 9:16, 14:13, 16:9, 16:20, 17:5, 18:3, 23:21, 24:8, 24:10, 60:16, 86:11, 115:22, 119:10, 141:23, 144:22, 168:2, 168:12
**quite** [1] - 10:4

## R

**raised** [1] - 20:3
**raising** [1] - 17:20
**range** [1] - 72:15
**ranks** [1] - 27:12
**raped** [1] - 26:4
**rat** [1] - 7:21
**rather** [1] - 15:5
**RDR** [2] - 2:1, 182:23
**read** [21] - 8:4, 11:7, 15:10, 20:20, 21:2, 22:1, 23:7, 31:20, 39:5, 39:7, 52:7, 61:6, 64:11, 72:11, 77:12, 80:12, 111:14, 127:1, 130:5, 145:3, 178:5
**readable** [1] - 72:7
**ready** [1] - 164:22
**real** [2] - 13:13, 130:17
**realized** [1] - 106:1
**really** [4] - 21:4, 98:16, 99:23, 122:13
**reason** [4] - 10:11, 17:24, 134:16, 174:17
**reasons** [1] - 174:10
**receive** [6] - 27:13, 95:15, 109:20, 109:22, 148:9, 148:14
**received** [2] - 147:4, 148:5

**RECEIVED** [1] - 3:12
**receiving** [1] - 117:18
**recess** [11] - 61:16, 61:17, 112:5, 112:6, 145:15, 145:19, 145:20, 146:13, 177:25, 180:23, 182:10
**reciprocal** [2] - 147:2, 147:3
**recognize** [19] - 5:21, 5:23, 11:24, 12:1, 19:17, 19:19, 35:1, 38:20, 43:18, 47:17, 50:25, 70:15, 71:11, 71:13, 80:1, 110:24, 113:9, 114:12, 153:8
**recognized** [1] - 173:12
**recollection** [5] - 14:16, 14:18, 130:1, 130:6, 135:5
**record** [15] - 4:6, 11:16, 24:20, 29:22, 38:12, 52:19, 56:3, 61:22, 89:15, 91:19, 92:5, 112:12, 145:25, 149:8, 150:23
**records** [2] - 50:8, 82:8
**recross** [1] - 19:2
**RECROSS** [1] - 22:17
**RECROSS-EXAMINATION** [1] - 22:17
**rectangular** [3] - 68:22, 69:21, 69:23
**red** [18] - 5:12, 68:24, 69:11, 77:8, 77:9, 77:23, 78:17, 79:4, 79:16, 84:17, 84:20, 85:2, 85:6, 85:15, 85:18, 86:3, 86:6, 86:7
**Red** [1] - 3:3
**redact** [2] - 181:5, 181:21
**redacted** [1] - 13:16
**redactions** [2] - 13:15, 13:17
**redirect** [4] - 23:22, 60:18, 86:12, 141:25
**REDIRECT** [4] - 5:6, 23:23, 86:13, 142:1
**reference** [3] - 17:23, 18:7, 18:17
**referencing** [2] -

16:9, 16:14
**referred** [1] - 32:3
**referring** [5] - 48:15, 105:23, 109:9, 118:15, 159:15
**refiled** [1] - 181:24
**reflect** [6] - 91:19, 91:21, 92:5, 92:7, 150:23, 150:25
**reflection** [1] - 144:15
**refreshes** [2] - 129:25, 130:6
**refused** [3] - 102:5, 105:12, 162:9
**regard** [1] - 146:8
**regarding** [20] - 9:17, 18:17, 27:14, 32:16, 32:24, 42:8, 42:11, 42:21, 49:8, 49:18, 52:3, 55:10, 74:3, 74:21, 75:4, 75:11, 75:19, 84:14, 88:22, 143:8
**Reginald** [4] - 4:17, 62:3, 112:19, 146:7
**regularly** [2] - 158:4, 158:5
**regulation** [1] - 50:7
**related** [2] - 67:1, 67:10
**release** [5] - 24:13, 111:21, 145:16, 146:14, 146:16
**released** [5] - 24:15, 60:20, 60:22, 89:7, 89:8
**relevance** [7] - 18:22, 59:16, 84:23, 85:7, 124:21, 128:4, 133:22
**relevancy** [1] - 9:22
**relevant** [1] - 10:5
**relieved** [1] - 180:3
**rely** [2] - 29:8, 56:4
**remain** [3] - 83:22, 146:12, 178:13
**remained** [1] - 139:16
**remaining** [1] - 28:23
**remember** [47] - 16:14, 17:5, 17:9, 96:5, 98:2, 99:20, 102:15, 108:4, 125:14, 129:3, 129:19, 129:20, 130:8, 132:9, 132:12, 135:8, 138:11, 140:15, 140:24, 141:1, 142:5, 142:9,

142:10, 152:6, 152:11, 152:22, 154:5, 156:10, 157:21, 158:25, 160:2, 160:20, 161:9, 161:18, 164:9, 164:10, 167:8, 167:16, 170:1, 171:17, 172:6, 172:11, 172:22, 173:11, 174:20, 176:16, 176:17
**removed** [1] - 139:17
**rendered** [1] - 109:18
**renew** [4] - 29:12, 29:17, 58:4, 58:12
**renewal** [3] - 56:2, 57:21, 58:22
**renewed** [1] - 58:17
**renewing** [2] - 25:25, 29:15
**rent** [4] - 109:3, 109:5, 115:15, 117:22
**repeat** [7] - 103:13, 126:3, 130:22, 134:18, 136:1, 155:5, 175:16
**Rephrase** [26] - 9:25, 21:23, 23:13, 57:5, 84:25, 87:10, 99:3, 103:5, 103:19, 104:7, 108:9, 111:9, 119:4, 121:14, 129:7, 131:20, 135:15, 137:1, 142:17, 143:11, 144:1, 144:6, 166:9, 167:4, 167:12, 175:4
**rephrase** [6] - 85:12, 87:23, 137:7, 170:17, 173:18, 174:15
**replace** [2] - 57:14, 57:17
**replacement** [1] - 57:16
**reply** [3] - 62:7, 62:10, 63:10
**report** [9] - 15:14, 61:10, 111:18, 138:15, 145:7, 169:10, 171:18, 171:21, 178:9
**REPORTED** [1] - 2:1
**reported** [5] - 136:10, 136:12, 136:16, 139:3, 171:24
**reporter** [1] - 29:2
**REPORTER** [3] - 24:19, 89:14, 149:6

**Reporter** [2] - 2:1, 182:24
**reporting** [3] - 26:17, 26:18, 27:8
**reports** [2] - 26:1
**representatives** [1] - 177:10
**Republic** [4] - 49:20, 66:3, 66:10, 150:1
**request** [1] - 181:21
**requested** [2] - 55:16, 87:16
**require** [1] - 31:9
**required** [3] - 59:2, 59:3, 125:8
**requirements** [1] - 27:6
**requires** [1] - 124:2
**resemblance** [1] - 13:25
**reside** [3] - 119:23, 141:18, 144:16
**resided** [1] - 105:1
**residence** [6] - 33:24, 37:19, 38:2, 121:1, 139:9, 139:12
**resident** [1] - 109:12
**residents** [4] - 10:18, 173:12, 176:24, 177:14
**residing** [2] - 33:22, 108:24
**respect** [2] - 18:3, 134:17
**response** [19] - 12:10, 19:24, 36:18, 36:22, 39:22, 39:23, 44:20, 44:21, 44:25, 48:12, 48:13, 52:11, 52:12, 53:20, 54:2, 54:5, 54:8, 62:5, 172:8
**responses** [2] - 54:6, 59:22
**responsibilities** [4] - 25:19, 26:15, 65:17, 66:14
**responsibility** [2] - 133:8, 144:8
**responsible** [3] - 132:14, 133:11, 138:7
**rest** [2] - 122:8, 138:25
**result** [1] - 127:25
**retain** [1] - 32:10
**retired** [2] - 16:7, 180:18
**retreat** [1] - 37:15
**retrieve** [2] - 18:25, 131:14

**return** [5] - 24:1, 108:14, 115:19, 115:20, 156:7
**returned** [12] - 12:2, 12:3, 19:20, 32:9, 32:23, 108:17, 108:19, 156:17, 156:20, 156:23, 156:24, 157:3
**Reverend** [1] - 23:7
**review** [21] - 13:17, 27:14, 28:2, 28:7, 28:8, 29:20, 35:25, 36:10, 39:15, 44:16, 51:23, 54:2, 54:5, 56:22, 56:25, 67:14, 68:8, 70:19, 71:23, 80:5, 86:25
**reviewed** [11] - 28:6, 28:12, 30:16, 35:7, 38:24, 43:20, 47:20, 51:4, 54:15, 70:17, 80:3
**reviewing** [2] - 87:4, 87:12
**Ricardo** [1] - 115:1
**right-hand** [3] - 32:2, 34:17, 50:18
**Road** [2] - 33:24, 40:19
**robbed** [1] - 26:5
**Roger** [4] - 3:7, 60:25, 63:21, 64:1
**ROGER** [1] - 63:22
**room** [28] - 9:9, 15:16, 61:13, 97:21, 98:5, 98:20, 98:21, 99:8, 104:1, 104:16, 104:19, 104:20, 105:3, 111:22, 116:16, 142:20, 145:10, 158:23, 159:4, 159:18, 159:23, 160:13, 160:20, 164:4, 165:1, 179:21
**rooms** [3] - 95:12, 103:24, 104:19
**routine** [3] - 25:23, 25:25, 124:7
**row** [4] - 37:21, 73:25, 75:2, 75:17
**rubbing** [1] - 165:15
**run** [1] - 58:11
**running** [1] - 138:8
**runs** [1] - 17:18

**S**

**S&R** [1] - 32:21
**S-w-a-i-n-s** [1] - 29:4
**safe** [1] - 100:24
**salary** [1] - 117:20
**Samaria** [1] - 40:19
**Samoa** [1] - 28:25
**Santo** [30] - 46:22, 90:24, 91:8, 92:24, 95:8, 95:9, 107:20, 107:24, 109:17, 109:19, 113:23, 115:5, 115:15, 115:17, 133:15, 141:18, 152:23, 152:25, 155:24, 156:21, 156:25, 157:12, 157:14, 158:15, 158:17, 158:22, 161:14, 161:17, 164:2
**Santos** [1] - 134:3
**sat** [2] - 120:1, 165:12
**saved** [1] - 109:4
**saw** [8] - 6:7, 95:6, 103:23, 121:5, 123:13, 123:15, 123:22, 177:4
**scan** [1] - 63:14
**scared** [2] - 98:2, 100:12
**schedule** [3] - 124:8, 124:10, 180:21
**school** [33] - 64:18, 64:21, 64:22, 64:25, 65:3, 65:6, 92:12, 93:16, 94:21, 95:2, 95:4, 106:24, 107:3, 115:9, 115:10, 115:15, 115:16, 119:25, 120:19, 123:7, 123:12, 123:13, 123:14, 123:15, 123:17, 123:25, 124:19, 125:2, 125:8, 158:3, 158:6, 164:15
**science** [1] - 25:5
**scope** [7] - 12:16, 13:2, 14:10, 16:3, 18:14, 24:6, 85:8
**Scotland** [1] - 31:17
**screen** [14] - 18:9, 54:20, 58:21, 73:12, 74:18, 77:2, 77:19, 78:13, 78:25, 79:12, 113:13, 153:21,

155:15, 175:18
**screener** [2] - 67:6, 67:7
**SE** [2] - 40:21, 40:23
**seal** [3] - 181:8, 181:19, 182:1
**sealed** [6] - 62:10, 63:2, 139:21, 139:22, 182:2, 182:9
**seaport** [2] - 65:23, 66:8
**search** [9] - 6:3, 9:17, 12:10, 14:14, 19:21, 19:24, 24:1, 24:2, 83:17
**searched** [1] - 23:25
**searching** [1] - 123:9
**seat** [2] - 149:6, 178:13
**seated** [11] - 4:25, 15:20, 19:8, 24:19, 63:19, 63:23, 111:25, 112:24, 149:2, 178:18, 179:3
**second** [18] - 13:23, 28:8, 31:14, 34:1, 42:19, 49:14, 50:1, 52:2, 97:6, 139:1, 156:22, 156:24, 157:11, 170:10, 170:12, 170:19, 170:23, 170:24
**second-tour** [1] - 28:8
**seconds** [1] - 181:1
**Secretary** [1] - 22:4
**secretary** [1] - 11:9
**secure** [1] - 100:24
**SECURITY** [4] - 4:21, 146:23
**security** [5] - 28:15, 67:11, 67:13, 100:23, 178:12
**Security** [8] - 33:17, 37:17, 41:7, 42:4, 46:14, 49:3, 56:20, 67:4
**see** [49] - 7:10, 9:11, 12:17, 15:10, 18:1, 22:8, 34:2, 40:16, 42:3, 45:5, 52:4, 54:5, 59:10, 59:19, 59:20, 59:22, 61:6, 69:15, 74:17, 80:16, 85:14, 87:21, 91:14, 103:21, 103:23, 103:25, 104:3, 104:15, 105:2, 105:25, 106:19, 111:6, 111:14, 116:19, 117:5, 122:7,

123:17, 123:20, 129:25, 130:6, 133:6, 140:4, 145:3, 153:18, 153:19, 177:5, 178:5, 178:12, 180:9
**seeing** [2] - 14:2, 32:24
**seek** [2] - 12:14, 20:2
**seeking** [3] - 83:7, 84:7, 84:8
**seize** [1] - 10:2
**seized** [2] - 9:18, 9:19
**send** [1] - 166:23
**senior** [5] - 101:19, 104:16, 126:7, 126:9, 126:11
**seniors** [2] - 126:12, 126:14
**sent** [7] - 95:19, 95:21, 100:4, 115:8, 165:1, 166:22, 166:24
**separate** [2] - 104:16, 109:1
**September** [7] - 75:16, 75:21, 79:9, 79:13, 79:18, 87:20, 156:13
**serve** [1] - 109:14
**served** [2] - 164:24
**service** [8] - 109:18, 109:25, 124:16, 179:10, 179:17, 179:25
**services** [13] - 25:21, 25:22, 25:23, 26:2, 26:3, 26:21, 27:4, 109:20, 109:22, 110:13, 110:17, 110:20, 127:16
**session** [1] - 125:2
**several** [9] - 9:16, 10:4, 140:5, 140:14, 152:11, 156:18, 157:21, 169:15, 174:24
**sex** [3] - 161:7, 161:10, 161:12
**sexual** [35] - 9:21, 97:18, 100:18, 101:21, 102:2, 102:6, 103:21, 106:19, 106:21, 117:17, 121:23, 122:19, 124:4, 129:9, 131:10, 142:12, 142:19, 143:6, 143:9, 160:8, 161:21, 161:24, 162:20, 162:22, 163:1, 163:14,

163:17, 163:23, 164:11, 169:11, 170:8, 170:25, 171:19, 171:22
**shake** [3] - 101:24, 107:4, 107:5
**shampoo** [1] - 96:6
**shape** [3] - 68:22, 69:21, 69:23
**share** [3] - 66:9, 104:1, 143:21
**shared** [1] - 105:3
**shift** [6] - 73:11, 110:16, 116:25, 124:20, 138:20, 138:21
**shirt** [5] - 91:18, 92:4, 99:7, 150:22, 165:12
**shit** [1] - 102:7
**short** [1] - 144:24
**shorts** [1] - 99:7
**show** [6] - 3:12, 14:20, 86:19, 129:25, 161:1, 181:18
**showed** [3] - 96:11, 159:8, 160:25
**shower** [1] - 95:13
**showers** [1] - 124:13
**showing** [37] - 6:21, 7:9, 7:22, 9:3, 9:7, 10:23, 13:21, 18:2, 18:22, 21:25, 34:15, 34:24, 36:20, 38:18, 39:24, 43:16, 44:23, 47:15, 48:14, 50:23, 52:5, 52:14, 55:22, 70:11, 71:3, 76:13, 77:1, 77:18, 78:12, 78:24, 79:11, 79:23, 80:21, 81:6, 85:14, 110:22, 153:6
**shown** [7] - 5:18, 11:16, 16:14, 71:9, 86:6, 114:21, 181:7
**shows** [3] - 36:25, 38:13, 45:11
**Shuh** [3] - 37:23, 37:24, 43:4
**shut** [1] - 139:15
**side** [13] - 11:5, 12:20, 14:12, 17:14, 18:2, 20:4, 22:2, 32:15, 34:2, 37:16, 78:1, 147:6, 163:7
**side-bar** [2] - 12:20, 20:4
**side-bars** [1] - 147:6
**sight** [1] - 101:12
**signature** [1] - 77:6

**signed** [13] - 17:7, 31:22, 32:5, 34:10, 38:7, 41:12, 41:18, 42:15, 43:6, 47:5, 47:11, 49:24, 50:19
**significance** [1] - 60:12
**significant** [1] - 21:15
**signifies** [1] - 60:6
**silverware** [1] - 165:8
**similar** [1] - 57:15
**sister** [1] - 37:23
**sisters** [8] - 90:25, 91:2, 91:3, 91:4, 122:8, 150:9, 150:13, 150:14
**sit** [3] - 15:5, 106:4, 106:5
**sitting** [6] - 91:18, 106:24, 146:7, 150:21, 153:24, 175:10
**situated** [1] - 5:11
**situation** [2] - 142:25, 143:3
**six** [8] - 133:7, 133:8, 134:8, 134:10, 134:20, 136:21, 137:9, 137:18
**slapped** [1] - 107:9
**sleep** [5] - 96:14, 105:8, 116:14, 116:16, 117:7
**sleeping** [3] - 97:21, 97:23, 99:7
**slept** [9] - 96:17, 97:9, 97:17, 100:1, 116:15, 116:16, 120:8, 121:22
**slightly** [2] - 73:11, 74:17
**slow** [1] - 146:20
**small** [4] - 84:4, 93:17, 110:1, 181:5
**smell** [3] - 117:8, 117:14, 117:15
**smiling** [1] - 136:14
**soap** [1] - 96:6
**Social** [7] - 33:17, 37:17, 41:7, 42:4, 46:14, 49:3, 56:20
**social** [2] - 33:20, 41:4
**socks** [1] - 96:6
**sofa** [1] - 165:24
**soft** [1] - 90:4
**someone** [9] - 17:22, 28:25, 82:12, 82:24,

91:11, 95:19, 133:12, 138:11, 138:14
**sometimes** [9] - 55:1, 96:23, 110:18, 117:9, 123:20, 125:15, 128:18, 138:21, 138:22
**son** [3] - 102:7, 105:10, 106:4
**soon** [2] - 29:21, 139:11
**soon-to-expire** [1] - 29:21
**sorry** [19] - 31:5, 33:23, 40:15, 40:22, 43:4, 45:7, 50:12, 68:22, 71:1, 71:20, 76:11, 93:25, 115:11, 127:7, 133:19, 138:24, 147:17, 181:16
**sort** [1] - 26:7
**sound** [1] - 124:1
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**speaking** [1] - 7:25
**Special** [7] - 4:12, 4:13, 5:10, 6:14, 11:22, 19:16, 112:15
**special** [4] - 5:18, 23:25, 25:23, 26:3
**specialized** [1] - 27:11
**specific** [2] - 92:20, 130:9
**speculation** [9] - 8:19, 8:24, 57:3, 88:9, 88:17, 168:19, 170:4, 171:9, 173:22
**spell** [2] - 29:2, 66:11
**spelling** [3] - 24:21, 63:24, 149:8
**spend** [1] - 121:17
**spent** [4] - 106:16, 120:9, 121:19, 131:25
**Spider** [2] - 165:4, 165:5
**Spider-Man** [2] - 165:4, 165:5
**spit** [1] - 115:9
**split** [1] - 157:10
**sponsors** [1] - 102:25
**squeeze** [1] - 107:6
**squeezed** [1] - 107:12
**staff** [5] - 15:15, 61:11, 111:19, 145:8, 178:10

**stamp** [64] - 45:25, 68:10, 68:11, 68:19, 68:21, 68:23, 69:2, 69:5, 69:7, 69:18, 69:19, 69:24, 70:2, 70:4, 72:1, 72:10, 73:24, 74:3, 74:11, 74:21, 75:1, 75:4, 75:9, 75:11, 75:16, 75:19, 76:24, 77:3, 77:5, 77:7, 77:8, 77:9, 77:12, 77:16, 77:19, 77:22, 78:1, 78:10, 78:13, 78:16, 78:22, 78:25, 79:3, 79:4, 79:9, 79:12, 79:15, 79:16, 80:24, 80:25, 81:2, 81:4, 81:8, 81:11, 85:2, 85:6, 85:15, 85:18, 85:19, 86:3, 86:6, 87:13, 87:16
**stamped** [4] - 32:4, 69:17, 72:12, 87:5
**stamping** [1] - 68:16
**stamps** [19] - 69:10, 70:20, 70:23, 70:25, 72:5, 72:16, 72:20, 73:14, 73:17, 75:24, 76:2, 76:20, 80:6, 80:22, 84:17, 84:18, 84:20, 86:7
**stand** [1] - 19:7
**standing** [1] - 160:21
**Stanley** [7] - 106:13, 106:15, 106:17, 106:20, 107:3, 107:4, 107:11
**Star** [79] - 5:12, 5:25, 6:23, 10:7, 13:7, 13:11, 17:1, 95:9, 96:14, 96:18, 100:1, 106:15, 107:20, 110:9, 113:18, 113:21, 117:23, 119:14, 119:19, 120:2, 121:7, 124:5, 126:21, 127:13, 127:14, 127:21, 131:11, 132:4, 133:10, 134:22, 135:9, 138:8, 138:13, 139:6, 140:18, 140:22, 141:6, 141:10, 152:19, 152:20, 152:25, 154:16, 154:23, 155:4, 155:7, 155:24, 156:2, 156:4, 156:7, 156:11, 156:13,

156:16, 156:22, 157:1, 157:8, 157:13, 157:14, 157:17, 157:19, 157:23, 158:10, 166:21, 168:15, 168:18, 169:3, 172:4, 172:13, 172:23, 173:5, 173:13, 173:16, 174:3, 175:15, 176:5, 176:9, 176:24, 177:15, 177:17
**start** [6] - 18:5, 99:13, 99:14, 116:18, 116:25, 165:22
**started** [16] - 98:22, 98:23, 98:24, 101:5, 101:12, 105:9, 159:8, 159:11, 160:24, 161:2, 162:14, 165:7, 165:15, 165:18, 165:20, 165:21
**State** [22] - 25:11, 25:12, 26:8, 26:12, 26:14, 28:2, 29:18, 32:7, 35:16, 39:20, 43:25, 47:23, 51:7, 51:13, 53:4, 53:6, 53:12, 53:20, 54:1, 54:8, 58:11, 60:14
**state** [9] - 4:5, 13:24, 24:20, 61:21, 63:24, 89:14, 112:11, 145:24, 149:7
**statement** [7] - 9:1, 9:5, 13:6, 57:1, 57:8, 123:3, 129:14
**statements** [2] - 13:22, 59:24
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**states** [4] - 12:25, 45:18, 49:12, 52:8
**States** [49] - 4:2, 4:11, 24:17, 25:10, 27:2, 28:18, 28:23, 29:11, 30:6, 33:5, 35:10, 39:20, 43:23, 45:20, 52:22, 57:20, 58:4, 58:8, 58:9, 58:11, 58:17, 60:25, 61:19, 61:25, 63:21, 67:15, 81:16, 82:1, 112:8, 112:15, 132:18, 132:21, 133:2, 134:8, 134:21, 135:4, 135:18, 136:4, 138:9, 138:10, 138:18, 145:22, 146:3, 149:4, 162:16,

167:21, 171:25, 182:24
**status** [3] - 28:24, 180:10
**stay** [12] - 95:23, 102:4, 102:9, 116:13, 129:10, 131:22, 132:24, 134:16, 167:20, 169:13, 169:17, 170:13
**stayed** [5] - 120:8, 121:9, 129:1, 131:23, 170:22
**step** [7] - 16:5, 24:11, 60:22, 89:8, 144:23, 145:13, 178:19
**steps** [4] - 29:18, 53:21, 53:23, 89:1
**stick** [2] - 107:6, 107:14
**still** [12] - 5:3, 19:9, 21:11, 29:19, 95:3, 97:12, 108:18, 113:1, 115:16, 150:5, 156:24, 163:15
**stitched** [1] - 128:2
**stop** [8] - 15:14, 61:10, 69:16, 97:6, 101:19, 111:18, 145:7, 178:9
**stopped** [1] - 121:6, 162:22, 163:1, 163:14
**storage** [2] - 5:24, 6:23
**stories** [1] - 104:18
**story** [3] - 95:11, 104:17, 144:16
**Street** [1] - 1:15
**street** [1] - 95:7
**strike** [4] - 16:12, 152:8, 160:3, 161:22
**Stu** [3] - 4:16, 62:2, 146:5
**STUART** [1] - 1:20
**Stuart** [1] - 112:18
**stuck** [1] - 107:12
**student** [1] - 121:7
**stupid** [2] - 165:21, 165:23
**subject** [4] - 6:5, 6:6, 6:8, 20:11
**submit** [3] - 55:13, 57:23, 86:23
**submitted** [14] - 29:6, 29:13, 31:20, 34:5, 34:13, 34:14, 42:17, 42:20, 49:22, 50:2, 50:11, 53:19, 55:17, 56:1

**subpoena** [1] - 145:18
**substantially** [2] - 12:9, 19:22
**substitute** [1] - 181:9
**suburb** [1] - 46:25
**suck** [3] - 101:17, 158:24, 164:7
**sucked** [2] - 99:11, 101:7
**sucking** [10] - 98:23, 98:24, 99:5, 99:9, 143:13, 143:18, 159:12, 159:17, 160:7, 160:15
**sudden** [1] - 159:5
**sugar** [3] - 140:24, 176:17, 176:18
**suggesting** [1] - 14:22
**Suite** [3] - 1:18, 1:22, 1:24
**summarize** [1] - 72:20
**summary** [8] - 75:25, 76:23, 77:15, 78:9, 78:21, 79:8, 81:23, 83:9
**supermarket** [2] - 164:16, 164:17
**supervise** [5] - 25:22, 28:8, 65:19, 66:18, 138:12
**supervisor** [10] - 66:6, 66:13, 132:4, 132:8, 132:11, 132:13, 135:24, 137:25, 138:1, 139:25
**supervisors** [1] - 138:20
**supplies** [8] - 6:23, 8:1, 8:2, 9:14, 128:15, 128:16, 128:20, 164:19
**support** [1] - 30:2
**suppose** [1] - 102:25
**supposed** [1] - 106:4
**supposedly** [2] - 163:2, 176:9
**surprised** [1] - 140:4
**sustained** [27] - 8:25, 10:13, 59:17, 87:24, 88:18, 94:5, 96:1, 101:15, 104:22, 105:19, 117:3, 117:11, 118:13, 123:2, 123:4, 126:23, 128:23, 129:23, 134:5, 134:25, 136:19, 137:13,

155:1, 166:2, 170:5, 171:10, 174:14
**Sustained** [26] - 9:24, 21:22, 23:12, 57:4, 84:24, 87:9, 99:2, 103:4, 103:18, 104:6, 108:8, 111:8, 119:3, 121:13, 129:6, 131:19, 135:14, 136:25, 142:16, 143:10, 143:25, 144:5, 166:8, 167:3, 167:11, 175:3
**Suzanne** [3] - 20:19, 21:3, 22:19
**SW** [1] - 33:25
**swabbing** [2] - 10:7, 10:9
**Swains** [2] - 29:1, 29:3
**SWORN** [4] - 24:18, 63:22, 89:13, 149:5
**sworn** [1] - 108:24
**syringe** [2] - 8:12, 8:15
**system** [2] - 29:24, 69:15

## T

**T-r-a-n** [1] - 24:22
**T-shirt** [1] - 99:7
**Tabarre** [36] - 105:3, 106:18, 107:24, 108:5, 108:11, 108:18, 108:19, 108:20, 109:9, 109:10, 109:11, 109:20, 109:21, 109:23, 110:9, 111:3, 111:5, 115:18, 115:19, 115:20, 116:5, 116:8, 126:16, 134:2, 134:9, 139:23, 157:5, 157:10, 157:12, 157:14, 163:22, 164:1, 164:8, 164:11, 164:14
**Taipei** [1] - 26:11
**Taiwan** [2] - 26:11, 26:19
**talks** [1] - 17:3
**Tampico** [2] - 37:20, 37:25

**ten** [7] - 61:13, 61:16, 145:10, 145:15, 145:19, 177:25, 180:21
**ten-minute** [1] - 177:25
**tender** [1] - 22:12
**tenders** [5] - 8:11, 52:22, 81:16, 148:13, 167:21
**tents** [1] - 139:16
**term** [2] - 26:24, 143:9
**Territorial** [1] - 78:7
**Territoriales** [1] - 78:5
**territories** [1] - 28:23
**testified** [8] - 56:22, 85:2, 114:18, 115:19, 129:10, 135:13, 143:14, 171:13
**testifying** [1] - 144:8
**testimony** [9] - 62:12, 62:21, 63:6, 112:2, 120:7, 121:12, 121:23, 129:3, 178:20
**THE** [286] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:14, 4:19, 4:21, 4:22, 4:25, 5:2, 5:3, 5:4, 5:5, 5:16, 6:12, 6:15, 6:19, 8:9, 8:18, 8:20, 8:21, 8:25, 9:4, 9:24, 10:13, 10:21, 11:2, 11:20, 12:17, 14:2, 14:6, 14:9, 15:1, 15:4, 15:20, 15:23, 15:25, 16:2, 16:9, 18:7, 18:25, 19:6, 19:8, 19:12, 19:14, 20:5, 20:9, 20:22, 21:22, 22:15, 23:12, 23:20, 23:22, 24:8, 24:11, 24:15, 24:19, 24:22, 30:12, 33:8, 34:22, 35:13, 37:4, 38:16, 39:3, 40:9, 41:21, 43:14, 44:4, 46:5, 47:13, 48:20, 50:21, 51:10, 52:23, 57:4, 59:17, 60:8, 60:18, 60:21, 60:24, 61:1, 61:16, 61:19, 62:5, 62:10, 62:15, 62:19, 62:23, 63:2, 63:5, 63:8, 63:12, 63:15, 63:19, 63:23, 64:1, 64:19, 64:21, 70:9, 71:7, 73:1, 73:7, 73:9, 76:7, 76:9, 76:11,

79:21, 80:10, 81:18, 84:24, 85:9, 86:12, 87:8, 87:9, 87:23, 88:10, 88:18, 89:8, 89:10, 89:14, 89:16, 89:18, 89:21, 90:1, 91:21, 92:7, 93:25, 94:4, 94:18, 96:1, 98:10, 99:2, 101:15, 103:4, 103:11, 103:17, 103:18, 104:6, 104:22, 105:19, 106:11, 107:16, 107:17, 108:8, 111:8, 111:25, 112:4, 112:5, 112:8, 112:20, 112:24, 113:5, 113:25, 114:10, 117:3, 117:11, 118:13, 119:3, 119:11, 120:22, 121:13, 123:2, 123:4, 124:23, 125:25, 126:3, 126:23, 128:5, 128:23, 129:6, 129:23, 130:3, 130:15, 130:21, 131:4, 131:5, 131:15, 131:19, 133:23, 133:24, 134:5, 134:25, 135:14, 135:25, 136:1, 136:19, 136:25, 137:7, 137:13, 137:16, 137:22, 137:23, 141:22, 141:25, 142:16, 142:22, 142:23, 143:10, 143:25, 144:5, 144:10, 144:11, 144:19, 144:20, 144:23, 145:13, 145:15, 145:19, 145:22, 146:8, 146:13, 146:19, 146:21, 146:23, 147:14, 147:17, 148:2, 148:6, 148:9, 148:14, 148:16, 148:19, 148:22, 149:2, 149:6, 149:9, 150:25, 153:4, 153:14, 154:10, 154:19, 154:20, 155:1, 155:11, 166:2, 166:8, 166:17, 166:18, 167:3, 167:11, 167:22, 168:3, 168:4, 168:20, 170:5, 171:10,

172:17, 173:18, 173:23, 173:24, 174:5, 174:6, 174:14, 175:3, 175:16, 175:18, 175:19, 175:21, 177:19, 177:21, 177:22, 177:23, 178:18, 178:22, 178:23, 178:25, 179:3, 179:7, 179:9, 179:12, 179:17, 179:24, 180:5, 180:16, 180:20, 180:23, 181:12, 181:16, 181:18, 181:22, 181:25, 182:5, 182:8, 182:14
**themselves** [1] - 86:18
**theory** [1] - 13:6
**therefore** [2] - 13:9, 33:4
**Thereupon** [5] - 16:7, 61:17, 112:6, 145:20, 180:18
**thinks** [2] - 103:10, 181:2
**third** [8] - 22:1, 50:2, 157:1, 157:3, 160:4, 171:2, 171:6, 171:12
**Third** [1] - 1:21
**three** [18] - 64:12, 95:12, 102:23, 118:11, 118:19, 139:3, 150:14, 157:24, 159:5, 160:12, 169:1, 169:5, 175:10, 177:4, 177:5, 177:6, 177:7, 177:10
**threw** [1] - 115:9
**throughout** [2] - 53:12, 56:15
**throw** [1] - 100:15
**timing** [1] - 15:23
**tired** [2] - 105:8, 107:3
**title** [1] - 126:13
**today** [16] - 53:8, 63:12, 83:3, 91:14, 91:25, 111:20, 129:17, 140:7, 144:3, 144:8, 146:16, 148:17, 148:20, 150:17, 175:1, 175:7
**together** [1] - 82:25
**Tom** [2] - 138:22, 139:2
**tomorrow** [8] - 62:7, 146:14, 146:18,

178:12, 178:23,
179:5, 180:23, 182:10
**tonight** [1] - 164:4
**took** [15] - 98:5,
98:19, 99:10, 99:19,
113:16, 114:18,
115:16, 121:5, 128:1,
139:13, 139:15,
161:6, 164:24, 165:8
**Tooting** [1] - 33:24
**top** [5] - 45:25,
73:13, 133:12,
133:16, 138:12
**totally** [1] - 137:11
**touch** [15] - 77:2,
77:19, 78:13, 78:25,
79:12, 99:17, 101:25,
113:13, 153:21,
155:15, 166:6,
166:11, 166:13,
166:14, 166:18
**touching** [8] - 15:10,
61:6, 99:13, 99:14,
99:23, 111:14, 145:3,
178:5
**tour** [3] - 26:17, 28:8
**toward** [1] - 107:12
**toys** [3] - 158:9,
158:12, 162:16
**trade** [1] - 27:8
**Trail** [2] - 37:20,
37:25
**training** [15] - 10:9,
10:10, 27:8, 27:10,
27:11, 27:12, 27:13,
27:23, 28:1, 53:14,
67:18, 69:4, 70:1,
70:19
**TRAN** [1] - 24:18
**Tran** [21] - 3:6, 24:17,
24:22, 24:25, 25:7,
30:14, 33:10, 34:24,
35:7, 37:6, 38:18,
39:5, 40:11, 41:23,
43:16, 44:6, 46:7,
47:15, 48:22, 50:23,
53:2
**transcript** [2] -
14:24, 15:22
**transcription** [1] -
182:20
**translated** [1] - 16:19
**translation** [2] -
16:20, 16:23
**transmit** [1] - 29:10
**Transportation** [1] -
67:4
**Travel** [1] - 31:15
**travel** [11] - 45:19,
46:19, 67:14, 67:16,

68:5, 74:4, 74:22,
75:5, 75:12, 75:20,
81:2
**traveled** [1] - 133:4
**traveler** [2] - 66:23,
83:23
**traveling** [2] - 9:20,
67:25
**treasurer** [1] - 11:10
**treat** [5] - 96:10,
162:6, 162:9, 162:13,
162:25
**treated** [3] - 102:10,
127:20, 162:11
**treating** [1] - 162:12
**trial** [15] - 15:9, 61:5,
111:13, 145:2,
146:14, 146:17,
173:24, 174:11,
174:22, 178:4
**TRIAL** [1] - 1:10
**tried** [4] - 101:19,
102:4, 129:10, 164:10
**trip** [4] - 136:4,
177:11, 179:5, 179:10
**trips** [5] - 134:10,
134:20, 136:22,
137:9, 137:18
**trouble** [3] - 125:20,
125:23, 126:5
**true** [1] - 89:3
**truth** [2] - 136:21,
136:24
**truthful** [2] - 54:6,
54:8
**try** [10] - 15:13,
20:23, 61:9, 101:24,
102:2, 107:6, 111:17,
145:6, 163:19, 178:8
**trying** [7] - 17:23,
21:4, 94:16, 101:3,
101:12, 166:14,
166:18
**TSA** [3] - 67:2, 67:3,
67:5
**Tuesday** [4] - 130:9,
130:12, 146:14, 179:7
**tuition** [1] - 105:11
**turn** [1] - 73:22
**turning** [2] - 31:24,
75:15
**TV** [2] - 125:12,
165:3
**Twelfth** [2] - 2:2,
182:24
**twice** [1] - 133:4
**two** [28] - 13:18,
18:23, 27:10, 28:23,
31:9, 31:12, 82:16,
83:20, 95:11, 95:12,

104:17, 107:24,
125:14, 131:25,
133:11, 146:15,
157:7, 157:10, 158:2,
159:4, 159:8, 159:23,
164:24, 165:2,
175:10, 177:6, 181:4
**two-month** [1] -
27:10
**two-part** [1] - 83:20
**two-story** [2] - 95:11,
104:17
**type** [6] - 9:22,
45:17, 72:9, 88:21,
122:22, 136:8
**types** [1] - 9:21

## U

**ugly** [2] - 98:22,
143:21
**under** [11] - 5:3,
19:9, 21:12, 31:15,
42:9, 49:10, 49:15,
52:3, 65:11, 113:1,
134:13
**underneath** [1] -
77:7
**uniform** [1] - 123:14
**unit** [3] - 25:21,
25:22, 27:4
**United** [48] - 4:2,
4:10, 24:17, 25:10,
27:1, 27:2, 28:18,
28:23, 29:11, 30:5,
33:5, 35:10, 39:20,
43:23, 45:19, 52:22,
57:20, 58:4, 58:8,
58:9, 58:11, 58:17,
60:25, 61:19, 61:24,
63:21, 67:15, 81:16,
82:1, 112:8, 112:14,
132:18, 132:21,
133:2, 134:8, 134:20,
135:4, 135:18, 136:4,
138:9, 138:18,
145:22, 146:2, 149:4,
167:21, 171:25,
182:24
**UNITED** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**University** [2] - 25:4,
25:5
**unless** [1] - 54:12,
153:15
**unusual** [1] - 58:3
**up** [31] - 12:17,
18:12, 19:6, 27:20,
63:15, 64:20, 74:17,
90:2, 91:7, 94:14,

97:22, 97:23, 97:24,
98:2, 98:15, 105:6,
105:7, 105:14, 107:4,
107:8, 121:16,
124:10, 127:24,
128:2, 148:12, 165:9,
181:18, 182:7
**upcoming** [2] -
174:11, 174:22
**updates** [1] - 27:11
**upper** [3] - 32:2,
34:17, 40:17
**upset** [6] - 105:9,
105:22, 106:1, 107:7,
115:8, 115:12
**upstairs** [1] - 104:19
**US** [46] - 25:16,
25:17, 25:20, 27:24,
28:16, 28:20, 28:21,
28:22, 29:5, 29:9,
29:10, 29:12, 29:17,
29:19, 30:4, 30:8,
33:3, 34:14, 35:4,
36:1, 36:7, 36:11,
37:7, 38:23, 43:25,
44:17, 44:18, 45:24,
46:8, 47:18, 47:22,
48:8, 51:3, 51:24,
51:25, 165:3, 173:7,
173:10, 173:21,
174:18, 175:6, 175:14
**uses** [1] - 117:15
**utensils** [1] - 165:8

## V

**vacation** [1] - 93:17
**vague** [1] - 129:4
**vagueness** [2] -
134:23, 135:20
**Valentine's** [6] - 4:7,
4:8, 111:21, 130:14,
178:15, 182:12
**value** [1] - 18:15
**various** [2] - 7:1,
147:6
**verify** [4] - 66:23,
68:14, 87:15, 88:3
**version** [1] - 55:3
**versus** [5] - 4:2,
36:7, 61:20, 112:9,
145:23
**vice** [1] - 11:9
**victim's** [1] - 181:21
**victims** [1] - 26:4
**Vietnam** [2] - 26:11,
26:20
**viewed** [4] - 36:19,
39:23, 48:13, 52:13

**visa** [3] - 26:22,
26:25, 27:3
**visit** [19] - 27:1,
84:21, 85:6, 85:25,
86:4, 88:25, 89:1,
94:21, 95:1, 96:15,
120:10, 120:17,
120:18, 122:3, 122:9,
122:11, 122:13,
122:14, 122:17
**visited** [7] - 31:16,
49:19, 93:2, 93:5,
94:2, 95:5, 116:19
**visiting** [2] - 26:5,
94:14
**visits** [2] - 26:7,
132:25
**voice** [4] - 64:19,
90:1, 90:4, 105:6
**void** [1] - 45:25
**voided** [1] - 46:2
**vs** [1] - 1:6

## W

**WADLEY** [1] - 89:13
**Wadley** [31] - 3:8,
89:11, 89:16, 90:8,
90:10, 90:14, 91:9,
91:11, 92:9, 95:14,
97:6, 98:14, 100:17,
100:22, 101:17,
102:9, 103:21, 104:1,
105:22, 106:13,
107:11, 107:19,
113:7, 114:2, 114:12,
115:2, 115:4, 115:11,
118:15, 118:24, 142:3
**wait** [4] - 106:11,
115:17, 120:22,
135:16
**waiting** [1] - 146:25
**waiver** [1] - 63:9
**wake** [2] - 97:24,
105:7
**Wales** [1] - 31:17
**wall** [1] - 123:25
**wants** [2] - 146:9,
175:16
**warrant** [4] - 12:10,
19:21, 19:24, 24:1
**Washington** [1] -
1:19
**watch** [5] - 66:23,
68:14, 125:12, 165:5
**watching** [7] -
100:24, 100:25,
101:3, 165:7, 165:13,
165:14, 165:17

**water** [1] - 168:3
**wearing** [7] - 91:17, 92:2, 98:25, 99:6, 99:9, 150:20, 150:21
**week** [4] - 62:17, 94:22, 97:13, 148:1
**weekend** [13] - 96:20, 96:21, 97:8, 97:10, 97:17, 99:25, 100:4, 100:6, 100:10, 101:8, 121:17, 121:19, 122:4
**weekends** [5] - 120:8, 120:9, 120:25, 122:6, 122:12
**weeks** [1] - 10:4
**weird** [4] - 99:13, 99:24, 101:11, 136:15
**welfare** [1] - 26:7
**whatsoever** [5] - 15:8, 61:4, 111:12, 145:1, 178:3
**whereabouts** [1] - 26:7
**white** [3] - 15:6, 91:18, 150:22
**whole** [1] - 141:5
**William** [19] - 11:9, 11:15, 14:7, 24:5, 30:15, 30:24, 33:2, 33:11, 35:6, 36:1, 37:7, 38:23, 39:16, 40:12, 42:10, 43:1, 49:12, 52:9, 73:21
**window** [2] - 100:25, 101:3
**wish** [1] - 32:10
**wishes** [1] - 146:11
**withdraw** [1] - 24:7
**WITNESS** [31] - 5:4, 6:12, 8:21, 24:18, 24:22, 63:22, 64:1, 64:21, 87:8, 89:13, 89:16, 103:17, 107:17, 112:4, 130:21, 131:5, 133:24, 137:23, 142:23, 144:11, 144:20, 149:5, 149:9, 154:20, 166:18, 168:3, 173:24, 174:6, 175:21, 177:22, 178:22
**Witness** [12] - 24:16, 74:1, 74:15, 75:3, 75:10, 75:18, 78:15, 79:2, 79:14, 114:7, 153:23, 155:17
**witness** [37] - 8:11, 13:4, 16:5, 16:7,

17:20, 18:7, 19:7, 22:13, 24:9, 24:12, 24:14, 52:22, 60:20, 60:23, 60:24, 62:6, 62:25, 63:20, 81:16, 89:7, 89:9, 89:10, 89:20, 91:20, 92:6, 105:4, 105:10, 112:21, 145:14, 145:17, 148:23, 149:3, 150:24, 167:21, 175:20, 177:19, 178:24
**witnesses** [9] - 62:11, 62:14, 62:15, 62:16, 62:17, 62:19, 62:20, 63:5, 147:7
**WITNESSES** [1] - 3:4
**woke** [6] - 97:23, 98:2, 98:15, 105:6, 105:14
**Woodjerry** [5] - 110:15, 138:4, 138:5, 138:12, 138:20
**word** [3] - 8:12, 100:4, 107:7
**words** [1] - 56:12
**worker** [2] - 33:20, 41:5
**works** [2] - 66:17, 68:1
**worse** [1] - 106:21
**wounds** [1] - 127:24
**write** [3] - 21:7, 21:12, 114:4
**written** [2] - 13:20, 21:9
**wrote** [2] - 13:24, 123:25

## X

**Xxxxx** [3] - 115:1, 115:2, 133:24
**XXXXX** [1] - 115:2
**Xxxxxx** [6] - 92:14, 92:15, 119:20, 119:21, 119:24, 120:17
**XXXXXXX** [2] - 149:5, 149:9
**Xxxxxxx** [5] - 3:9, 138:4, 138:5, 149:4, 149:9
**XXXXXXXX** [1] - 89:13
**Xxxxxxxx** [3] - 3:8, 89:12, 89:16

## Y

**Yahoo** [4] - 12:2, 12:10, 19:21, 19:24
**yahoo.com's** [1] - 24:1
**yard** [1] - 125:16
**year** [16] - 28:14, 72:15, 74:7, 74:9, 92:9, 93:7, 94:24, 126:25, 129:19, 130:17, 132:10, 133:4, 134:24, 135:3, 167:9
**years** [24] - 25:14, 53:7, 53:12, 56:10, 56:15, 58:24, 91:10, 119:17, 122:15, 122:18, 122:21, 122:24, 123:7, 123:11, 124:4, 130:19, 131:24, 131:25, 132:17, 133:3, 157:18, 166:25, 167:6, 169:1
**yesterday** [1] - 62:17
**yesterday's** [1] - 15:22
**York** [1] - 1:18
**young** [18] - 98:2, 105:15, 107:7, 126:11, 132:14, 132:20, 139:12, 140:10, 140:14, 141:5, 151:23, 167:16, 172:13, 172:19, 172:23, 173:4, 173:12, 173:20
**younger** [22] - 91:3, 91:4, 91:6, 97:11, 150:11, 150:12, 151:20, 152:25, 153:25, 154:1, 160:1, 162:18, 168:17, 168:25, 169:2, 169:13, 169:16, 169:24, 170:2, 170:12, 170:19, 171:4
**youngest** [1] - 153:2
**yourself** [2] - 21:3, 104:9
**yourselves** [5] - 15:7, 61:3, 111:11, 144:25, 178:2

## Z

**Z1635211** [1] - 35:22
**zoom** [1] - 59:6