UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date  February 19, 2013      Day #  9    Case No.  11-20350-CR(s(s)

CRD: Patricia Mitchell              Court Reporter  Lisa Edwards

Time: 9:20am-12:30/1:45 - 5:45pm           Interpreter  none

PARTIES:   USA vs.  Matthew Andrew Carter

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

|   |   |
|---|---|
| ___ | Statement of case to jury - voir dire |
| ___ | Bench Trial Commenced |
| ___ | Jury began deliberations |
| x | Jury impaneled & Sworn |

Testimony from govt. witnesses continued, exhibits received; Testimony of J.M-2 continued til 2/20/13. Govt. expected to rest tomorrow.

 X   Trial Continued          2/20/13                    at     9am

___  Jury returned verdict.  See verdict form

___  Court trial continued to _____ at _____am/pm

___  Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____