```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                    CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,           Miami, Florida

 5                   Plaintiff,           February 15, 2013

 6         vs.                            9:23 a.m. to 5:45 p.m.

 7    MATTHEW ANDREW CARTER,

 8                   Defendant.           Pages 1 to 170
      _____

 9

10                             JURY TRIAL
                   BEFORE THE HONORABLE JOAN A. LENARD,
11                    UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14
      FOR THE GOVERNMENT:        MARIA K. MEDETIS, ESQ.
15                               ASSISTANT UNITED STATES ATTORNEY
                                 99 Northeast Fourth Street
16                               Miami, Florida 33132
                                           -and-
17                               BONNIE L. KANE, ESQ.
                                 UNITED STATES DEPARTMENT OF JUSTICE
18                               1400 New York Avenue, NW
                                 Suite 600
19                               Washington, DC 20530

20
      FOR THE DEFENDANT:         STUART ADELSTEIN, ESQ.
21                               ADELSTEIN & MATTERS
                                 2929 Southwest Third Avenue
22                               Suite 410
                                 Miami, Florida 33129
23                                         -and-
                                 PHILIP R. HOROWITZ, ESQ.
24                               9130 South Dadeland Boulevard
                                 Suite 1910
25                               Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         I N D E X

2

3                                 Direct    Cross    Red.

4
     WITNESSES FOR THE GOVERNMENT:
5
     Josue Xxxxxxx                              5        7
6
     Widson Xxxx                      11        31       46
7
     Jean Ekens Xxxxxx                47        80      104
8
     Ricardo Xxxxx                   110       141
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            THE COURT:  Good morning.

 2            United States of America versus Matthew Andrew Carter,

 3   Case No. 11-20350.

 4            Counsel, state your appearances, please, for the

 5   record.

 6            MS. MEDETIS:  Good morning, your Honor.

 7            Maria Medetis and Bonnie Kane on behalf of the United

 8   States.

 9            MR. HOROWITZ:  Good morning, your Honor.

10            Phil Horowitz, Stuart Adelstein on behalf of Matthew

11   Carter, who's present before the Court, along with Reginald

12   Hope.

13            THE COURT:  All the jurors are here.  So let's begin.

14            You can bring the witness in.

15            MS. MEDETIS:  Yes, Judge.

16            THE COURT:  Bring in the jurors, please.

17            (Whereupon, the jury entered the courtroom at

18   9:24 a.m. and the following proceedings were had:)

19            THE COURT:  You may be seated.

20            Good morning, ladies and gentlemen.

21            THE JURY:  Good morning.

22            THE COURT:  You are still under oath, sir.

23            THE WITNESS:  Yes.

24            THE COURT:  You may take your seat.

25            You may proceed, Mr. Adelstein.
```

```
 1                    MR. ADELSTEIN:  Thank you, your Honor.

 2                       CONTINUED CROSS-EXAMINATION

 3    BY MR. ADELSTEIN:

 4    Q.   Good morning.

 5    A.   Good morning.

 6    Q.   I just have one or two questions.

 7         Yesterday, I asked you some questions concerning what the

 8    prosecutor had asked you.  Do you recall that?

 9    A.   Yes.

10    Q.   Do you recall when the prosecutor asked you the following

11    question:  When you lived at Santo 14, can you tell us some of

12    the bad things, the things that you did not like, about living

13    at Santo 14?

14         Do you remember that question by the Government?

15    A.   Yes.

16    Q.   And do you remember your answer as being:  "The bad things

17    that Mr. Bill did to me or the bad things the other boys who

18    were living there did to me?"

19         Do you recall that response by you?

20    A.   Yes.

21    Q.   The Government immediately jumped to the bad things --

22              MS. KANE:  Objection.  Argumentative.

23              THE COURT:  Sustained.

24              Rephrase your question.

25              MR. ADELSTEIN:  Yes, ma'am.
```

 1   BY MR. ADELSTEIN:

 2   Q.   The Government only asked you about the alleged bad things

 3   that Mr. Carter did to you, but did not ask you about the bad

 4   things the other boys who were living there did to you.

 5            MS. MEDETIS:  Objection.  Is there a question?

 6   BY MR. ADELSTEIN:

 7   Q.   And I'm going to ask you about those.

 8            THE COURT:  Ask your question, Mr. Adelstein.

 9   BY MR. ADELSTEIN:

10   Q.   What are the bad things the other boys did to you while you

11   were living at Santo 14 that you referred to yesterday?

12            MS. KANE:  Objection.  Relevance.

13            THE COURT:  Overruled.

14            THE WITNESS:  They never did anything bad to me.

15   BY MR. ADELSTEIN:

16   Q.   So your response was incorrect yesterday when you made

17   reference about bad things the other boys did to you while you

18   were living at Santo 14?

19   A.   I never stated that the boys did bad things to me.

20   Q.   I guess the reporter got this wrong.

21            MS. MEDETIS:  Objection.  Argumentative.

22            THE COURT:  Please refrain from the commentary,

23   Mr. Adelstein.

24            MR. ADELSTEIN:  Yes, ma'am.

25

J. Xxxxxxx - REDIRECT - By Ms. Kane          7

```
 1   BY MR. ADELSTEIN:

 2   Q.  While you were at Morning Star, who was the young man who

 3   was in charge when Mr. Carter was not present at the center?

 4   A.  Suprinord.

 5   Q.  And he would be the one who would be in control of the

 6   center when Mr. Carter was not there.  Is that correct?

 7   A.  Yes.

 8   Q.  And do you know the full name of Suprinord, I think you

 9   said?

10   A.  No.

11          MR. ADELSTEIN:  Could I have one moment?

12          THE COURT:  Yes.

13          MR. ADELSTEIN:  I have no further questions.

14          THE COURT:  Redirect.

15                      REDIRECT EXAMINATION

16   BY MS. KANE:

17   Q.  Good morning, Josue.

18   A.  Good morning.

19   Q.  I just have a few questions for you.

20       On cross-examination, you testified about leaving the

21   center and returning to the center and leaving on a few

22   occasions.

23       Why did you keep returning to the Morning Star to live with

24   the Defendant?

25   A.  When I went back the second time, I had stopped by to see
```

1  them and he asked me to stay.

2  Q.   And why did you decide to stay at the center that time?

3  A.   I wanted to stay because my situation at home was not good

4  at all.  So I wanted to stay.

5  Q.   Would you please tell us what your situation at home was

6  like when you moved back into the center.

7  A.   I was no longer going to school.  I was not eating

8  properly, the way I was eating when I was at Mr. Bill's house.

9  Those are the reasons why I remained there -- I went back and

10  remained.

11  Q.   So when you were living at home, you were not eating

12  properly?

13  A.   No.

14  Q.   When you returned to the Defendant's home at the Morning

15  Star, did you then eat properly?

16  A.   Yes.

17  Q.   On cross-examination, Josue, you testified that you did not

18  tell your parents about the Defendant's sexual abuse of you

19  when you lived with him at the center.

20      Why did you not tell your parents that the Defendant was

21  sexually abusing you when you lived at the center?

22          MR. ADELSTEIN:  Objection to the form of the question.

23          THE COURT:  Overruled.

24          THE WITNESS:  Because I was afraid of him.

25

1    BY MS. KANE:

2    Q.   Who were you afraid of, Josue?

3    A.   Mr. Bill.

4    Q.   Why were you afraid of the Defendant?

5    A.   I was afraid of him.  I grew up.  I grew up with him.  I

6    was afraid of him, his character, the way he acts.  I was

7    afraid.

8    Q.   How did the Defendant act that made you afraid?

9    A.   His character.  And he's very loud.

10   Q.   How is the Defendant loud?

11   A.   If one of the boys misbehaved, he's ready to destroy you.

12   He's ready to destroy things.

13   Q.   How would the Defendant be ready to destroy you?

14   A.   If you do something or misbehave, he'll come up to you.

15   And the tone of his voice:  "What did you do?"  If he has to

16   hit you, he will hit you with anything that he has, sticks.  I

17   was very young; so, I became afraid of him.  He put the fear in

18   me.

19   Q.   What about the Defendant's character made you feel afraid?

20             MR. ADELSTEIN:  Objection to the form of the question.

21             THE COURT:  Overruled.

22             THE WITNESS:  Everything about him.

23   BY MS. KANE:

24   Q.   Josue, when you left the Morning Star, when you were not

25   living at the Morning Star, why did you not tell your parents

1   then about the Defendant's sexual abuse of you?

2   A.   I personally was afraid of him.  And I didn't want to tell

3   my parents.  I didn't want my mother to find out and go and

4   confront him and get herself in trouble.  I was just trying to

5   avoid the whole thing.

6   Q.   On cross-examination, Josue, you testified that you did not

7   go to the police to tell them about the Defendant's sexual

8   abuse.

9        Why did you not go to the police to tell them what the

10  Defendant was doing?

11  A.   Personally, I do not think the police in Haiti would do

12  anything to him.

13  Q.   Why do you think the police in Haiti would not do something

14  to him?

15            MR. ADELSTEIN:  Objection.  Objection.

16            THE COURT:  Overruled.

17            THE WITNESS:  He was not afraid of the police.

18  BY MS. KANE:

19  Q.   How do you know the Defendant was not afraid of the police?

20            MR. ADELSTEIN:  Objection.

21            THE COURT:  Rephrase your question.

22  BY MS. KANE:

23  Q.   Why was the Defendant not afraid of the police?

24            MR. ADELSTEIN:  Objection.

25            MR. HOROWITZ:  Calls for speculation.

1           THE COURT:  Sustained.

2           Rephrase your question.

3           MS KANE:  One moment, your Honor.

4           We have no further questions, your Honor.  We release

5   this witness.

6           THE COURT:  You may step down, sir.

7           (Witness excused.)

8           THE COURT:  Call your next witness.

9           MS. KANE:  The United States calls Widson Xxxx.

10          THE COURT:  I'm sorry.  The name again?

11          MS. KANE:  The United States calls Widson Xxxx.

12            WIDSON XXXX, GOVERNMENT WITNESS, SWORN

13          THE COURT REPORTER:  Please be seated.

14          Please state your full name and give the spelling.

15          THE WITNESS:  Widson Xxxx.  W-i-d-s-o-n, X-x-x-x.

16                     DIRECT EXAMINATION

17  BY MS. KANE:

18  Q.  Good morning.

19      May I call you Widson?

20  A.  Yes.

21  Q.  Widson, do you also have a nickname that your friends and

22  family call you?

23  A.  Yes.

24  Q.  What is your nickname?

25  A.  Son Son.

1    Q.   When were you born?

2    A.   22 of September, 1990.

3    Q.   How old are you now, Widson?

4    A.   22.

5    Q.   Where are you from?

6    A.   Haiti.

7    Q.   Where do you live now?

8    A.   Santo.

9    Q.   Santo, in Haiti?

10   A.   Uh-huh.  Yes.

11   Q.   Can you please tell us a little bit about your parents.

12   A.   Yes.  My dad passed away.  So I didn't really get to know

13   my dad.  My mom tried to -- she's a saleswoman, a saleslady.

14   Q.   How old were you, Widson, when your father passed away?

15   A.   I think 10.  10.

16   Q.   Do you have any brothers or sisters?

17   A.   Yes.

18   Q.   How many siblings do you have?

19   A.   I have one brother and two sisters.

20   Q.   Are they older or younger than you?

21   A.   I have one older sister, a younger brother and a younger

22   sister.

23   Q.   Widson, do you know a man named Matthew Carter?

24   A.   Yes.

25   Q.   Is he in the courtroom today?

W. Xxxx – DIRECT – By Ms. Kane                    13

1    A.   Yes.

2    Q.   Would you please point to him and describe him by a piece

3    of his clothing.

4    A.   That's him there.  He has a blue shirt on.

5             MS. KANE:  Please have the record reflect that the

6    witness has identified the Defendant.

7             THE COURT:  It will so reflect.

8    BY MS. KANE:

9    Q.   Widson, do you know a man named Bill Carter?

10   A.   Yes.

11   Q.   Is he in the courtroom today?

12   A.   Yes.

13   Q.   Would you please point to him and describe him by a piece

14   of his clothing.

15   A.   (Witness indicates.)

16   Q.   Can you describe him by a piece of his clothing.

17   A.   Yes.

18   Q.   What is he wearing?

19   A.   He has a blue shirt on.

20            MS. KANE:  Please have the record reflect that the

21   witness has identified the Defendant.

22            THE COURT:  It will so reflect.

23   BY MS. KANE:

24   Q.   Widson, what did you call the Defendant?

25   A.   Mr. Bill.

W. Xxxx - DIRECT - By Ms. Kane                    14

 1    Q.   When did you first meet the Defendant?

 2    A.   December 24th, 2005 -- sorry -- 2004.

 3    Q.   So you met the Defendant on December 24th, 2004?

 4    A.   Yes.

 5    Q.   Where were you when you met the Defendant on that day?

 6    A.   At Santo 14.

 7    Q.   Where in Santo 14 were you when you met the Defendant?

 8    A.   Would you repeat for me.

 9    Q.   Sure.

10         Whose house were you at when you met the Defendant on that

11    date?

12              MR. ADELSTEIN:  Objection.  Leading.

13              THE COURT:  Overruled.

14              THE WITNESS:  I was home.  I don't understand your

15    question.

16    BY MS. KANE:

17    Q.   So you were at your house when you met the Defendant?

18              MR. ADELSTEIN:  Objection.

19              THE COURT:  Sustained.

20              Rephrase your question.

21              Sir, if there's an objection, you have to wait until

22    I've ruled on it.  Okay?  If I say "overruled," then you can

23    answer.

24              THE WITNESS:  Okay.

25              THE COURT:  And if you could, please keep your voice

 1   up.

 2              THE WITNESS:  Okay.

 3              THE COURT:  Thank you.

 4              Go ahead.

 5   BY MS. KANE:

 6   Q.   How did you meet the Defendant that day?

 7   A.   I had my cousin who had a card to go to a party at

 8   Mr. Bill's house.  She decided not to go and she passed me the

 9   card.  And I went.

10   Q.   What do you mean by "card"?  What is --

11   A.   An invitation card.

12   Q.   After your cousin gave you the invitation, did you go to

13   the Defendant's house?

14   A.   Yes.

15   Q.   What happened when you went to the Defendant's house?

16   A.   I went there.  I got there.  He welcomed me like he knew me

17   already.  He gave me a gift.  And then, after that, I went

18   home.

19   Q.   Who gave you a gift that day?

20   A.   There were other foreigners there -- that were there and

21   other invitees that were there.

22   Q.   What was happening at the Defendant's house on the day that

23   you visited?

24   A.   There was a party and they were distributing gifts.

25   Q.   So who at the party gave you a gift?

1    A.   I don't remember which one.   But there was many foreigners

2    there.

3    Q.   When you visited the Defendant's house on the day of this

4    party, who else was living with the Defendant at that time?

5    A.   I saw a lot of children in there.

6    Q.   Were the children boys or girls?

7    A.   Boys.

8    Q.   And where was the Defendant's house on the day that you

9    visited it?   Where was it?

10   A.   It was at Santo 14.

11   Q.   Did the Defendant's house have a name?

12   A.   Yes.

13   Q.   What was the name?

14   A.   Morning Star.

15   Q.   After the day that you visited the Morning Star, on

16   December 24th, for the party, did you visit the Morning Star

17   again?

18   A.   Yes.   He had asked me to come back and visit.

19   Q.   Who asked you to come back and visit?

20   A.   Mr. Bill.

21   Q.   When did you next go back to visit the Morning Star?

22   A.   After a week.

23   Q.   And what happened when you visited the Morning Star again?

24        THE WITNESS:   Could I have some water, please?

25        THE COURT:   Yes.

1          THE WITNESS:  Excuse me.

2    BY MS. KANE:

3    Q.  You're fine.

4         On your second visit to the Morning Star a week after this

5    party, what happened?

6    A.  I went back after a week for the weekend at his house.

7    Q.  Did you spend the full weekend at the Defendant's house?

8    A.  Yes.

9    Q.  Did you spend the night at the Defendant's house on that

10   weekend?

11   A.  Yes.

12   Q.  And approximately how old were you when you stayed

13   overnight at the Defendant's house for the first time?

14   A.  14.

15   Q.  And what happened during your first weekend at the Morning

16   Star?

17   A.  There was nothing bad.  Everything went fine for the first

18   weekend.

19   Q.  And after that weekend, did you visit the Morning Star

20   again?

21   A.  Yes.  He had asked me to come.

22   Q.  Who asked you to come?

23   A.  He had asked me to go home and told me to come back in two

24   weeks.

25   Q.  Who told you that, Widson?

W. Xxxx - DIRECT - By Ms. Kane          18

```
 1   A.   Mr. Bill.
 2   Q.   And did you visit the Morning Star again in two weeks'
 3   time?
 4   A.   Yes.
 5   Q.   What happened on your third visit to the Morning Star?
 6   A.   Everything was fine.  Nothing happened.
 7   Q.   Did there come a time when you moved into the Morning Star
 8   Center with the Defendant on a full-time basis?
 9   A.   Yes.
10   Q.   When did that happen?
11   A.   February, 2005.
12   Q.   Where was the Morning Star located when you moved in
13   full-time?
14   A.   Tabarre 23.
15   Q.   So when you visited the center, was the center located in
16   Santo 14?
17            MR. HOROWITZ:  Objection.  Leading.
18            THE COURT:  Sustained.
19            Rephrase your question.
20   BY MS. KANE:
21   Q.   During your visits to the Morning Star prior to moving in,
22   where was the center located?
23   A.   Santo 14.
24   Q.   When you moved into the center at the Tabarre location, how
25   long had the center been located in Tabarre?
```

W. Xxxx – DIRECT – By Ms. Kane                    19

```
 1    A.  I don't remember.

 2            MS. KANE:  Your Honor, permission to publish what has

 3    previously been admitted as Government's Exhibit 81?

 4            THE COURT:  You may.

 5    BY MS. KANE:

 6    Q.  Widson, is your picture in this exhibit?

 7    A.  Yes.

 8    Q.  Using the touch-screen monitor in front of you, would you

 9    please circle your picture on this exhibit.

10    A.  (Witness complies.)

11    Q.  Were you living at the Morning Star Center in the spring of

12    2006, as it's stated here?

13    A.  Yes.

14    Q.  When you first moved into the Morning Star Center, Widson,

15    in 2005, what were some of the good things that you liked about

16    living at the center?

17    A.  I liked the schedule.  You did your chores.  I liked it a

18    lot because you had the opportunity to have a position.

19    Q.  And what do you mean by "the opportunity to have a

20    position"?

21    A.  He sent me to school, and there was a way that he managed

22    where everybody had their responsibility.

23    Q.  How many meals did you eat when you were living at the

24    Morning Star Center with the Defendant?

25    A.  Three times a day.
```

1   Q.   And when you lived at the Morning Star Center, were you

2   able to go to school?

3   A.   Yes.

4   Q.   And who paid for your school when you lived at the Morning

5   Star Center?

6   A.   Mr. Bill.

7   Q.   When you had lived with your mother, Widson, how many meals

8   a day were you eating?

9   A.   Once a day or sometimes twice.

10  Q.   When you first moved in to the Morning Star Center in

11  Tabarre, did the Defendant ever do anything sexual to you?

12            MR. ADELSTEIN:  Objection.  Leading.

13            THE COURT:  Sustained.

14            Rephrase your question.

15  BY MS. KANE:

16  Q.   When you first moved in to the Tabarre house, did the

17  Defendant ever do anything sexual?

18            MR. ADELSTEIN:  Objection.

19            THE COURT:  Sustained.

20            Rephrase your question.

21  BY MS. KANE:

22  Q.   When you moved into the Tabarre house, Widson, what were

23  some of the bad things that you did not like about living at

24  the center?

25  A.   I didn't like it when he was sucking on my penis and, when

 1   I refused, he would find an excuse to say that I didn't do my

 2   job and he would hit on me.

 3   Q.  Do you remember -- excuse me.

 4       Do you remember the first time the Defendant sucked on your

 5   penis?

 6   A.  Yes.

 7   Q.  Can you tell us what happened to you on that day?

 8   A.  There was Nason and Ricardo.  I changed the position of

 9   something in his room.  When we went to his room to sleep, he

10   asked who moved his article.

11       It was me that had done it.  And he called Nason and Nason

12   worked like my interpreter.

13       And he asked if I was the one who misplaced it.

14       And I said, "Yes, I did."

15       And he told Nason there was a consequence for that.

16       And I looked at Nason and said, "What do you mean,

17   consequence?"

18       And he says, "I have to suck your penis."

19   Q.  Widson, I'm showing you Government's Exhibit 81.

20       Do you see Nason's picture?

21   A.  Yes.

22   Q.  Would you please circle it on the screen.

23   A.  (Witness complies.)

24   Q.  After Nason told you what the Defendant had said, what

25   happened?

1    A.   He took me and made me lie down and he did that to me.

2    Q.   In what room did the Defendant make you lie down?

3    A.   In his room.

4    Q.   After the Defendant had you lie down on his bed, what

5    happened next?

6    A.   He took down my pants.

7    Q.   After the Defendant pulled down your pants, what did the

8    Defendant do?

9    A.   He made me get an erection.

10   Q.   How did the Defendant make you get an erection?

11   A.   He was touching me, touching me penis, with his mouth, with

12   his tongue.

13   Q.   After the Defendant made you get an erection, what did the

14   Defendant do?

15   A.   He just kept on doing it.  I don't know what satisfaction

16   he found, because, after that, he told me to go.

17   Q.   After this first time when the Defendant sucked your penis,

18   did the Defendant ever do that again to you?

19   A.   Yes.  Many times.

20   Q.   Where did the Defendant -- where were you when the

21   Defendant would suck on your penis?

22   A.   Many times it was while I was sleeping that he attacked me

23   at night to do it.

24   Q.   And when you say the Defendant would attack you at night,

25   what do you mean by that?

W. Xxxx - DIRECT - By Ms. Kane                23

1   A.   I would be sleeping.  I would wake up in my sleep and find

2   him touching me all over.

3   Q.   Where would the Defendant be touching you?

4   A.   It's always my pants he would bring down.

5   Q.   And what would the Defendant do when he pulled down your

6   pants?

7   A.   I would be sleeping and I would wake up, finding my penis

8   an erection, my pants already down and....

9   Q.   And what would happen then?

10  A.   When he sees that I'm awake, he would run and go.

11  Q.   How often would the Defendant suck your penis?

12  A.   I don't remember.

13  Q.   Did the Defendant continue to suck your penis up until you

14  turned 18 years old?

15  A.   Yes, he did.

16  Q.   And after you turned 18 years old, did the Defendant

17  continue to suck your penis?

18  A.   Yes.

19  Q.   Other than sucking your penis, what other sexual things did

20  the Defendant do to you, if any?

21  A.   After just sucking my penis, he didn't try anything else.

22  He never tried to.

23  Q.   Did the Defendant ever have you touch him in some way?

24        MR. HOROWITZ:  Objection as to form regarding time.

25        THE COURT:  Overruled.

1            THE WITNESS:  Yes.  He would take my hand and put it

2    on his penis.  I would start and then I would get up and go.

3    BY MS. KANE:

4    Q.   When the Defendant had you put your hand on his penis, what

5    would the Defendant do afterwards?

6            MR. ADELSTEIN:  Excuse me.  Objection.  Time.

7            And can we approach briefly?

8            THE COURT:  Come on up.

9            (Whereupon, the following proceedings were had at

10   side-bar outside the presence of the jury:)

11           MR. ADELSTEIN:  The objection is, if it's after 18,

12   18 or over, he's an adult and it's not a crime.  And it's

13   irrelevant.  And that's why.

14           MS. KANE:  I can clarify whether he's over 18.  That's

15   fine.

16           THE COURT:  Okay.

17           (Whereupon, the following proceedings were had in open

18   court:)

19   BY MS. KANE:

20   Q.   Widson, when the Defendant had you masturbate him, were you

21   under 18 years old?

22           MR. ADELSTEIN:  Objection.  There's no testimony to

23   that.

24           MS. KANE:  He just testified, your Honor, that --

25           THE COURT:  Overruled.

1             THE WITNESS:  Less than 18.

2    BY MS. KANE:

3    Q.   When the Defendant had you masturbate him, where would the

4    Defendant put his hand?

5    A.   He just would hold his hand in my hand and he didn't do

6    anything else.

7    Q.   Widson, after the Defendant sucked your penis on any

8    occasion, did the Defendant ever give you something afterwards?

9    A.   Yes.

10   Q.   What did the Defendant give you?

11   A.   He gave me a gift, a bicycle.  He gave me a little game

12   called PSP.

13   Q.   In general, how did the Defendant treat you when you would

14   allow him to suck your penis?

15   A.   Very well.  In the morning, he would give me more money.

16   He would go to the supermarket with me.

17   Q.   What would happen when the Defendant went to the

18   supermarket with you?

19   A.   He let me choose the juice, the candy, things like that,

20   that I want.

21   Q.   After you masturbated the Defendant, did the Defendant ever

22   give you something?

23             MR. HOROWITZ:  Objection.  Asked and answered.

24             THE COURT:  Overruled.

25             THE INTERPRETER:  I'm sorry.  He's asking if he can

 1   answer.

 2              THE COURT:  Yes.  He may answer.

 3              THE WITNESS:  I would start masturbating him, but I

 4   never finished.

 5   BY MS. KANE:

 6   Q.   After you started to masturbate the Defendant, did the

 7   Defendant ever give you something afterwards?

 8   A.   After sucking my penis, he always gave me something.  But

 9   he never gave me anything after that.

10   Q.   Did the Defendant ever offer you something or promise you

11   something if you agreed to do sexual things with him?

12              MR. HOROWITZ:  Objection.  Asked and answered.

13              THE COURT:  Overruled.

14              THE WITNESS:  No.

15   BY MS. KANE:

16   Q.   In general, how would the Defendant treat you if you

17   refused to do sexual things with him?

18              MR. HOROWITZ:  Objection.  Asked and answered.

19              THE COURT:  Sustained.

20   BY MS. KANE:

21   Q.   Did the Defendant ever tell you what would happen if you

22   did not agree to do sexual things with the Defendant?

23              MR. HOROWITZ:  Objection.  Leading, asked and

24   answered.

25              THE COURT:  Overruled.

 1              THE WITNESS:  He never verbalized what would happen to

 2     me if I -- when I refused.  But the moment that I didn't

 3     accept, it was --

 4              MR. HOROWITZ:  Objection.

 5              THE WITNESS:  -- like climbing up a hill.

 6              MR. HOROWITZ:  Objection.

 7              THE COURT:  Sustained.

 8              MR. HOROWITZ:  Will you instruct the translator,

 9     please, your Honor, that, once the objection is made, to please

10     cease.

11              THE COURT:  If there's an objection, please stop

12     translating.

13              THE INTERPRETER:  Yes, your Honor.

14     BY MS. KANE:

15     Q.  Widson, while you were living at the Morning Star Center

16     with the Defendant, did you ever see the Defendant do sexual

17     things to other boys in the house?

18     A.  Yes.

19     Q.  What did you see?

20     A.  I've seen him sucking on the penises of the other boys.  I

21     mean, sometimes even in the morning he would be doing it.

22     Q.  What boys do you remember seeing where the Defendant was

23     sucking on their penises?

24     A.  Two boys residing in Tabarre.  It was in the morning that

25     time.  I remember one of them by the name of Junior.  He took a

 1    shower and he took the boys to his room.  Then he started

 2    touching the boys.

 3        I was completing my chores.  And the other boys called me,

 4    "Son Son, Mr. Bill is doing things to the boys."

 5        So I went and looked through a window and I saw what was

 6    going on.  We were looking.  And Berly had an iPod with camera.

 7    We filmed it.

 8    Q.   How many boys did you see through the window?

 9    A.   In the room?

10    Q.   Yes.

11    A.   With Mr. Bill?

12    Q.   Yes.

13    A.   Two.

14    Q.   And what was the Defendant doing to those two boys?

15    A.   He pulled the pants down.  He was touching their penises.

16    One was sitting on the bed.  One was crouching in front of him.

17    And he started touching them.  I had the video.

18    Q.   How old were the boys that you saw?

19    A.   One was probably around 9 years old, and the other one was

20    probably 10.

21    Q.   In what room at the center did you see this happen?

22    A.   In Mr. Bill's room.

23    Q.   And how was Mr. Bill touching these two boys?

24    A.   I saw him touching their penises.

25    Q.   Was the Defendant touching their penises over their clothes

```
 1    or under their clothes?

 2    A.   He pulled their pants down and he was touching their

 3    penises.

 4    Q.   When did you see this happen, Widson?

 5    A.   After 2010.

 6    Q.   Was this before the earthquake or after the earthquake?

 7    A.   After the earthquake.

 8    Q.   You mentioned that there was a film or that this had been

 9    recorded.

10         What happened to that film or recording?

11    A.   The same day, we were all looking at the video.  Woodjerry

12    came up to us and said --

13              MR. ADELSTEIN:  Objection.  Hearsay.

14              THE COURT:  Sustained.

15    BY MS. KANE:

16    Q.   Widson, without telling us what Woodjerry said to you, what

17    happened to the film?

18    A.   We wanted to take it to the police.  When Woodjerry saw the

19    video, he told us it was --

20              MR. ADELSTEIN:  Objection.

21              THE COURT:  Sustained.

22    BY MS. KANE:

23    Q.   Widson, without telling us what Woodjerry told you, what

24    happened to the film?

25    A.   I was afraid and I erased it.
```

W. Xxxx - DIRECT - By Ms. Kane                    30

```
 1   Q.   Why did you and the other boys make this film?

 2   A.   We had the same idea.  We wanted justice with him.

 3   Q.   Where did you want to bring the film?

 4   A.   To the police.

 5   Q.   Without telling us what -- excuse me.

 6        Without telling us what Woodjerry said to you, why did you

 7   delete the film?

 8   A.   Personally, I was afraid.

 9   Q.   Why were you afraid?

10   A.   I know that other boys had gone to the police and nothing

11   had happened, and I was afraid myself to try something and not

12   succeed.

13   Q.   Who were you afraid of?

14   A.   Mr. Bill.

15   Q.   Why were you afraid of the Defendant?

16   A.   The way he treated us.  We were afraid of him.  He thought

17   I was afraid of him, but I was not really afraid of him.

18   Q.   How did the Defendant treat you that made you and the other

19   boys afraid?

20            MR. HOROWITZ:  Objection.  Form of the question.

21            MS. KANE:  I'll withdraw it, your Honor.

22   BY MS. KANE:

23   Q.   How did the Defendant treat you to make you afraid?

24   A.   He hit me.  Right now, speaking to you, I'm only able to

25   use one of my wrists because he twisted it.
```

```
 1   Q.   What did the Defendant do to your wrist?

 2   A.   He was hitting me.  And the way I'm showing, he grabbed my

 3   wrist and pressed on it.  He pressed on it with one hand.  Each

 4   time I tried to run, he would hit me under my heart.

 5        If I bend down, he will hit me so I could stand up.  If I

 6   go down, he will hit me so I could straighten up.  Once I

 7   straighten up, he will hit me so I double over.  He was abusing

 8   me physically, severely.

 9   Q.   Widson, why did you live with the Defendant for as long as

10   you did?

11   A.   Circumstances.

12   Q.   What were those circumstances?

13   A.   Because of the opportunities I find at his house.  Even

14   though the bad things happened to me, I resigned myself to

15   swallow the dirty water, as we speak, and I could not get those

16   things at home.

17            MS. KANE:  The United States tenders this witness,

18   your Honor.

19            THE COURT:  Cross-examination.

20                       CROSS-EXAMINATION

21   BY MR. HOROWITZ:

22   Q.   Mr. Xxxx, good morning.

23   A.   Good morning, sir.

24   Q.   Mr. Xxxx, when you first went to the Santo 14 residence,

25   were you 14 years old or 15 years old?
```

1    A.   15.

2    Q.   You were 15 years old.

3         You were living with your mother as well as your brothers

4    and sisters?

5    A.   Yes.

6    Q.   At that time, you said you were having one to two meals a

7    day.

8         Do you remember that?

9    A.   Yes.

10   Q.   You had a place to live with your mother as well as the

11   rest of your family?

12   A.   Yes.

13   Q.   And you weren't going hungry, were you?

14   A.   Yes.  I was going hungry.

15   Q.   But you were eating twice a day; were you not?

16            MS. MEDETIS:  Objection.  Asked and answered.

17            THE COURT:  Sustained.

18   BY MR. HOROWITZ:

19   Q.   And you got this invitation to go over to the house at

20   Santo 14.

21        It was Christmas Eve; was it not?

22   A.   Yes.

23   Q.   And when you got to the house, there were a lot of boys

24   there.  Correct?

25   A.   Yes.

```
 1   Q.   And there were a lot of -- a number of other people that
 2   you referred to as "blancs"?
 3   A.   Yes.
 4   Q.   And a "blanc," to a person in Haiti, is a foreigner; are
 5   they not?
 6   A.   Yes.
 7   Q.   And "blanc" literally translates from Creole to English as
 8   the color "white"; does it not?
 9           MS. MEDETIS:  Objection.  Basis for the witness to be
10   able to translate.
11           THE COURT:  Sustained.
12   BY MR. HOROWITZ:
13   Q.   In addition to Mr. Bill who was there, there were a number
14   of foreigners there; were there not?
15   A.   Yes.
16   Q.   And, to your knowledge, those foreigners were other
17   missionaries.  Is that true?
18   A.   Yes.
19   Q.   And you were given a gift that day; were you not?
20   A.   Yes.
21   Q.   What gift did you receive?
22   A.   A necklace.  I had some school supplies, notebooks, pens
23   and a bag.
24   Q.   And you weren't the only boy who received a gift that day,
25   were you?
```

```
 1   A.   No.

 2   Q.   All the guests as well as some of the boys that lived there

 3   received similar gifts; did they not?

 4   A.   Yes.

 5   Q.   And when you came back a week later, you didn't go by

 6   yourself, did you?

 7   A.   No.

 8   Q.   You went with your mother; did you not?

 9   A.   No.

10   Q.   Who did you go back with?

11   A.   With a friend of mine.  His name is Stanley.

12   Q.   And when you went back three weeks later, did your mother

13   go with you?

14   A.   He asked me to bring my mother.  Yes.

15   Q.   And it's your understanding that the reason that your

16   mother was -- went with you is that her permission was needed

17   for you to stay there; was it not?

18           MS. MEDETIS:  Objection.  Calls for hearsay.

19   Objection.  Calls for speculation.

20           MR. HOROWITZ:  His understanding.  And it's a "yes" or

21   "no."

22           THE COURT:  Overruled.

23           MR. HOROWITZ:  Thank you, your Honor.

24           THE WITNESS:  Yes.

25
```

```
 1    BY MR. HOROWITZ:

 2    Q.   And, ultimately, your mother had the opportunity to see

 3    the -- and this was at the Santo 14 house or was it Tabarre 23?

 4    A.   What happened?

 5    Q.   When you went to the house -- to Morning Star with your

 6    mother, was it the Santo 14 or the Tabarre 23?

 7    A.   Santo 14.

 8    Q.   Your mother went with you and she had a chance to see the

 9    house; did she not?

10    A.   Yes.

11    Q.   Did your mother have an opportunity to talk to the other

12    boys that were living there?

13    A.   No.

14    Q.   Did your mother have an opportunity to talk to Mr. Bill?

15    A.   Yes.

16    Q.   Did your mother have a chance to ask any question that she

17    wanted to of Mr. Bill?

18              MS. KANE:   Objection.   Speculation.

19              THE COURT:   Sustained.

20    BY MR. HOROWITZ:

21    Q.   Was Mr. Bill mean to your mother?

22    A.   No.

23    Q.   Now, you were at the house at Santo 14 and at Tabarre 23

24    until May of 2011; were you not?

25    A.   Would you repeat your question, please.
```

W. Xxxx - CROSS - By Mr. Horowitz          36

1  Q.   How long were you at the Morning Star?

2  A.   Seven years.

3  Q.   Until it closed.  Correct?

4  A.   Yes.

5  Q.   And when Morning Star closed, you were over 18; were you

6  not?

7  A.   Yes.

8  Q.   As a matter of fact, when Morning Star closed, you were 21?

9  A.   Yes.

10  Q.   And during the time that you were at Morning Star those

11  seven years, there were times that Mr. Bill went to the United

12  States; did he not?

13  A.   Yes.

14  Q.   And he would go to the United States for about a month at a

15  time, if not longer; would he not?

16  A.   Yes.

17  Q.   And during this time, you were one of the older boys at the

18  Morning Star; were you not?

19  A.   Yes.

20  Q.   Would you be in charge?

21  A.   No.

22  Q.   Would one of the other boys like Woodjerry be in charge?

23  A.   Yes.

24  Q.   And at no point when Mr. Bill was outside of the United

25  States did you go to the police, did you?

 1   A.   No.

 2   Q.   And you testified you're not afraid of Mr. Bill.  Is that

 3   correct?

 4   A.   No.

 5   Q.   And you were even less afraid of him when you were in Haiti

 6   and he was in the United States?

 7            MS. MEDETIS:  Objection.  Argumentative.

 8            THE COURT:  Sustained.

 9   BY MR. HOROWITZ:

10   Q.   Now, when Mr. Bill would go to the United States, before he

11   left, you and some of the other children would give him

12   requests to bring things back for you from the United States;

13   would you not?

14            MS. MEDETIS:  Objection.  Calls for hearsay.

15            THE COURT:  Sustained.

16   BY MR. HOROWITZ:

17   Q.   Before Mr. Bill left for the United States, did you ever

18   ask him to bring you back something?

19   A.   No.

20   Q.   When he came back from the United States, did he bring

21   things for you as well as the other residents of the Morning

22   Star Center?

23   A.   Yes.

24   Q.   As a matter of fact, when he would bring things back for

25   the residents of the Morning Star Center, he would give it to

 1    Woodjerry or to Wadley to distribute it to everybody?

 2             MS. MEDETIS:  Objection.  Assumes facts not in

 3    evidence.

 4             THE COURT:  It's compound.  Rephrase your question.

 5    BY MR. HOROWITZ:

 6    Q.  When Mr. Bill would bring back things from the United

 7    States, would he give them to Woodjerry and Wadley to

 8    distribute?

 9    A.  No.

10    Q.  Would he give them directly to the residents of Morning

11    Star?

12    A.  Yes.

13    Q.  And some of the things that he would bring back from the

14    United States included a PSP.  Correct?

15    A.  Yes.

16    Q.  And on one of those occasions, you got the PSP; did you

17    not?

18    A.  Yes.

19    Q.  And you were given the PSP as a gift when Mr. Bill returned

20    from the United States.  Correct?

21    A.  Would you repeat your question, please.

22    Q.  You were given the PSP as a gift from Mr. Bill when he

23    returned from the United States?

24    A.  Yes.

25    Q.  Therefore, you were not given the PSP in return for any

W. Xxxx - CROSS - By Mr. Horowitz          39

```
 1   sexual acts.  Correct?
 2           MS. MEDETIS:  Objection.  Argumentative.
 3           THE COURT:  Sustained.
 4           Rephrase your question.
 5   BY MR. HOROWITZ:
 6   Q.   You testified before these ladies and gentlemen of the jury
 7   that you taped -- videotaped activity with Mr. Bill and two of
 8   the other residents of the Morning Star Center.
 9        Do you remember that?
10   A.   Yes.
11   Q.   What device was used to videotape this alleged event?
12           MS. KANE:  Objection.  Relevance.
13           THE COURT:  Overruled.
14           THE WITNESS:  Would you repeat your question, please.
15   BY MR. HOROWITZ:
16   Q.   Sure.
17        What type of device was used to tape this supposed event?
18   A.   It's an iPod.
19   Q.   And iPod or an iPad?
20   A.   iPod.
21   Q.   A smaller one.  Correct?
22   A.   Yes.
23   Q.   Was it your iPod?
24   A.   No.
25   Q.   Whose iPod was it?
```

1    A.   Berly.

2    Q.   Do you know what Berly's full name is?

3    A.   Yes.

4    Q.   Is it Kimberly Xxxxxxx?

5    A.   Yes.

6    Q.   And that was not the only camera that the residents of

7    Morning Star had at that time.  Correct?

8            MS. MEDETIS:  Objection.  Calls for speculation as to

9    what the residents had.

10   BY MR. HOROWITZ:

11   Q.   If you know.

12           THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.   Did you have a camera?

15   A.   Yes.

16   Q.   Did some of the other residents at Morning Star have

17   cameras, to your knowledge?

18   A.   Yes.

19           MS. MEDETIS:  Asked and answered.

20           THE COURT:  Overruled.

21           THE WITNESS:  Yes.

22   BY MR. HOROWITZ:

23   Q.   So, in fact, other residents had cameras as well.  Correct?

24   A.   Yes.

25   Q.   Did anyone else ever take pictures like the video you've

```
 1   described?

 2              MS. KANE:  Objection.  Speculation.

 3              THE WITNESS:  Overruled.

 4              If he knows, he can answer.

 5              THE WITNESS:  Would you repeat your question, please.

 6   BY MR. HOROWITZ:

 7   Q.   Sure.

 8        Did anyone else take pictures or videos of these sexual

 9   acts that you've described?

10   A.   No.

11   Q.   Who else had a camera at Morning Star during this time?

12              MS. MEDETIS:  Objection.  Asked and answered.

13              THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   During the time that you and Woodjerry reviewed this video,

16   who else was present?

17   A.   Berly.

18   Q.   Who else?

19   A.   Tiga.

20   Q.   Anybody else?

21   A.   Nason.  Many.  Many of us.

22   Q.   What year was this?

23   A.   2010.

24   Q.   In 2010, you were 20 years old.  Correct?

25   A.   Yes.
```

W. Xxxx - CROSS - By Mr. Horowitz                    42

```
 1    Q.   And Woodjerry is older than you; is he not?

 2    A.   Yes.

 3    Q.   How long after the video was taken did you look at it?

 4    A.   I erased it the same day.

 5    Q.   But you watched it; did you not?

 6    A.   Yes.

 7    Q.   And Woodjerry watched it?

 8    A.   Yes.

 9    Q.   Nason watched it?

10            MS. MEDETIS:  Objection.  Asked and answered.

11            THE COURT:  Sustained.

12            MR. HOROWITZ:  May I have one moment, your Honor?

13            THE COURT:  Yes.

14    BY MR. HOROWITZ:

15    Q.   During 2012, did you attend any group meetings in Haiti

16    regarding this case?

17    A.   Yes.

18    Q.   How many meetings did you attend?

19    A.   Two.

20    Q.   Did you attend the one at the sugar factory?

21    A.   Yes.

22    Q.   And one before that one; did you not?

23    A.   Yes.

24    Q.   And at those meetings, there were numerous former residents

25    of the Morning Star; were there not?
```

W. Xxxx - CROSS - By Mr. Horowitz                    43

```
 1    A.   Yes.

 2    Q.   As well as parents and relatives; were there not?

 3    A.   Yes.

 4    Q.   And at those meetings, did you discuss the Morning Star

 5    with some of the other residents?

 6    A.   No.

 7    Q.   Now, at the last meeting, there were more than 40 people;

 8    were there not?

 9    A.   I don't remember.

10    Q.   And you hadn't seen some of these people since you left the

11    Morning Star in 2011.  Correct?

12    A.   Yes.

13    Q.   And it's your testimony that you didn't discuss anything

14    with them about the Morning Star?

15              MS. MEDETIS:  Objection.  Asked and answered.

16              THE COURT:  Sustained.

17    BY MR. HOROWITZ:

18    Q.   The iPod on which this video was taken:  Whose iPod was it?

19              MS. MEDETIS:  Objection.  Asked and answered.

20              THE COURT:  Sustained.

21    BY MR. HOROWITZ:

22    Q.   Did you ever turn the iPod over to the Government to see if

23    they could recover the video?

24              MS. MEDETIS:  Objection.  Relevance.

25              THE COURT:  Sustained.
```

```
 1            Rephrase your question.

 2  BY MR. HOROWITZ:

 3  Q.  Did you ever turn the iPod over to the United States

 4  Government?

 5  A.  No.

 6            MR. HOROWITZ:  May I have one moment, your Honor?

 7            THE COURT:  Yes.

 8            MR. HOROWITZ:  No further questions.

 9            Thank you, your Honor.

10            THE COURT:  We're going to take a short recess.

11            Do not discuss this case either amongst yourselves or

12  with anyone else.  Have no contact whatsoever with anyone

13  associated with the trial.

14            Do not read, listen or see anything touching on this

15  matter in any way, including anything in the media, anything on

16  the Internet or anything on any access device.

17            If anyone should try to talk to you about this case,

18  you should immediately instruct them to stop and report it to

19  my staff.

20            You may leave your notebooks in your chairs.  Please

21  be back in the jury room in ten minutes.

22            (Whereupon, the jury exited the courtroom at

23  10:44 a.m. and the following proceedings were had:)

24            THE COURT:  You may be seated for a moment.

25            THE WITNESS:  May I go to the bathroom?
```

1          THE COURT:  Just one moment, please.

2          You are not to discuss your testimony with anyone or

3   permit anyone to discuss it with you.  Okay?

4          THE WITNESS:  Okay.

5          THE COURT:  Now you can go to the rest room.

6          Ten minutes.  We're in recess for ten.

7           (Thereupon a recess was taken, after which the

8   following proceedings were had:)

9          THE COURT:  We're back on United States of America

10  versus Matthew Andrew Carter, Case No. 11-20350.

11         Counsel, state your appearances, please, for the

12  record.

13         MS. MEDETIS:  Yes.  Good morning again, your Honor.

14         Maria Medetis and Bonnie Kane on behalf of the United

15  States.

16         MR. ADELSTEIN:  Good morning, your Honor.

17         Stu Adelstein, Phil Horowitz on behalf of Mr. Carter,

18  who's present.

19         THE COURT:  Let's bring in the jurors, please.

20         You can bring the witness back in.

21         (Whereupon, the jury entered the courtroom at

22  10:58 a.m. and the following proceedings were had:)

23         THE COURT:  You may be seated.

24         You are still under oath, sir.

25         You may proceed, Ms. Kane.

1                      REDIRECT EXAMINATION

2    BY MS. KANE:

3    Q.  Widson, on cross-examination, you testified that you

4    attended some group meetings with the Government that were

5    attended by some other former residents of Morning Star.

6         At these group meetings with the other former residents of

7    the Morning Star, did you ever discuss the Defendant's sexual

8    abuse of you?

9    A.  Publicly?

10   Q.  Yes.

11        Did you discuss that in front of the other boys?

12   A.  No.

13   Q.  What is your responsibility today, Widson?

14            MR. HOROWITZ:  Objection to the form of the question.

15            THE COURT:  Overruled.

16            THE WITNESS:  I'm here today.  I'm really happy to be

17   here today so I can find justice.  I'm happy for that.

18            MS. KANE:  No further questions, your Honor.

19            THE COURT:  You may step down, sir.

20            Call your next witness.

21            MS. MEDETIS:  Yes, your Honor.

22            The United States calls Jean Ekens Xxxxxx.

23            THE WITNESS:  May I go with the water?

24            THE COURT:  Yes.  You can take the water with you.

25            (Witness excused.)

J.E. Xxxxxx - DIRECT - By Ms. Medetis          47

1            JEAN EKENS XXXXXX, GOVERNMENT WITNESS, SWORN

2            THE COURT REPORTER:  Please be seated.

3            Please state your full name for the record and give

4    the spelling.

5            THE WITNESS:  Xxxxxx, Jean Ekens.  X-x-x-x-x-x,

6    J-e-a-n, E-k-e-n-s.

7            THE COURT:  You may proceed.

8                       DIRECT EXAMINATION

9    BY MS. MEDETIS:

10   Q.  Good morning.

11   A.  Good morning.

12   Q.  May I call you Jean Ekens?

13   A.  Yes.

14   Q.  Jean Ekens, can you please tell us where you're from.

15   A.  Haiti.

16   Q.  And where do you live now?

17   A.  Santo 2.

18   Q.  Who do you live with?

19   A.  My cousin.

20   Q.  Jean Ekens, when were you born?

21   A.  1988.  October 7, 1988.

22   Q.  And how old are you now?

23   A.  24 years old.

24   Q.  Do you have any brothers or sisters?

25   A.  Yes.  Two brothers and three sisters.

J.E. Xxxxxx - DIRECT - By Ms. Medetis          48

```
 1   Q.   And are your brothers and sisters older or younger than

 2   you?

 3   A.   Some are older.  Some are younger.

 4   Q.   Can you please tell the ladies and gentlemen of the jury a

 5   little bit about your mother and father.

 6        Are they living now?

 7   A.   No.  My father was dead before I was born, and then my mom

 8   died in 1998.

 9   Q.   How old were you then when your mother died?

10   A.   9, 10.

11        THE COURT:  Sir, you're going to need to keep your

12   voice up and speak into the microphone.  Okay?

13        THE WITNESS:  Okay.

14   BY MS. MEDETIS:

15   Q.   After your mother died, where did you go to live?

16   A.   I had an aunt who took me to an orphanage.

17   Q.   If you remember, where was that orphanage located?

18   A.   Despinos, in Croix des Bouquets.

19   Q.   Can you spell Despinos.

20   A.   D-e-s-p-i-n-o-s.

21   Q.   Jean Ekens, do you know a man named Matthew Carter?

22   A.   Yes.

23   Q.   Do you see him in the courtroom today?

24   A.   Yes.

25   Q.   Jean Ekens, could you please point to him and describe what
```

J.E. Xxxxxx - DIRECT - By Ms. Medetis          49

1   he's wearing.

2   A.  A blue shirt.  He's sitting there at that table.

3          MS. MEDETIS:  Your Honor, if the record could please

4   reflect that the witness has identified the Defendant.

5          THE COURT:  It will so reflect.

6   BY MS. MEDETIS:

7   Q.  Do you know a man named Bill Carter?

8   A.  Yes.

9   Q.  Do you see him in the courtroom today?

10  A.  Yes.

11  Q.  Could you please point to him and describe what he's

12  wearing.

13  A.  A blue shirt.

14         MS. MEDETIS:  Your Honor, if the record could please

15  reflect that the witness has identified the Defendant as Bill

16  Carter.

17         THE COURT:  It will so reflect.

18  BY MS. MEDETIS:

19  Q.  Jean Ekens, could you please tell the ladies and gentlemen

20  of the jury, when did you meet the Defendant?

21  A.  I met him in the first orphanage that I was living at.

22  Q.  Do you remember how old you were when you first met the

23  Defendant at that first orphanage you were living at?

24  A.  14.

25  Q.  At that first orphanage where you were living, who else

J.E. Xxxxxx - DIRECT - By Ms. Medetis          50

 1   were you living with?

 2   A.   We were about 100 kids, but my younger brother was with me.

 3   Q.   What is your younger brother's name?

 4   A.   Xxxxxx, Jhonny.

 5   Q.   Did you say Xxxxxx, Jhonny?

 6   A.   Xxxxxx, Jhonny.

 7   Q.   Could you please spell that.

 8   A.   X-x-x-x-x-x.

 9   Q.   And how much younger is Jhonny to you?

10   A.   Three years.

11   Q.   You said that you lived in this orphanage with about

12   100 other kids.

13        Could you please describe what the conditions of that

14   orphanage were.

15   A.   The orphanage where I was was not a very good place because

16   we ate sometimes once or twice a day.

17   Q.   What else was the orphanage like other than eating only

18   once or twice a day?

19   A.   There was a nice yard to play soccer in, but there was not

20   enough beds for all the children in there.

21   Q.   If there were not enough beds for all the children, where

22   did you and your brother sleep?

23   A.   Sometimes I shared the bed with my brother.  Sometimes when

24   there were more kids coming in, they would fit something -- fix

25   something on the floor for us to lie down on.

J.E. Xxxxxx - DIRECT - By Ms. Medetis          51

```
 1   Q.   What would they put on the floor for you to lie down on?

 2   A.   Sheets.

 3   Q.   What did you use to cover yourself?

 4   A.   Sheets.

 5   Q.   You had said that the first time you met the Defendant was

 6   at this orphanage.

 7        What year was that?

 8   A.   2002.

 9   Q.   Did you meet the Defendant in person that day?

10   A.   Yes.  My younger brother brought him over to meet me.

11   Q.   And when your brother brought the Defendant over to meet

12   you, what did you and the Defendant talk about?

13   A.   He offered for us to come visit him for a weekend.

14   Q.   And did he tell you where he wanted you to come visit?

15   A.   Yes.  He spoke to us about a center that he had, also.

16   Q.   Did he tell you where the center was located?

17   A.   Yes.  He told us.

18   Q.   Where did the Defendant tell you the center was located?

19   A.   Santo 14.

20   Q.   Did the Defendant tell you if the center had a name?

21   A.   No.  In the beginning, we didn't discuss all that.

22   Q.   After that first day that you met the Defendant at the

23   orphanage you were living at, did you ever go visit the

24   center -- the Defendant's center at Santo 14?

25   A.   Yes.  On a Saturday.
```

J.E. Xxxxxx - DIRECT - By Ms. Medetis          52

1   Q.   How did you get from your orphanage to the Defendant's

2   center at Santo 14?

3   A.   As he was in collaboration with the foreigner that was

4   responsible for the -- our orphanage, the director asked us to

5   prepare ourselves --

6            MR. ADELSTEIN:  Objection.  Hearsay.

7            THE COURT:  Sustained.

8            MS. MEDETIS:  Your Honor, could we just use that as

9   background, just to explain how he got to the orphanage, not

10  for the truth --

11           THE COURT:  Ask your next question.

12           MS. MEDETIS:  Certainly.

13  BY MS. MEDETIS:

14  Q.   When you went to the orphanage -- excuse me.  Let me

15  rephrase.

16       When you went to the Defendant's center at Santo 14, who

17  did you go with?

18  A.   There was my brother and a group.  But he came to pick us

19  up.

20  Q.   Who came to pick you up?

21  A.   The blanc, the foreigner, the white man.

22  Q.   What foreigner are you referring to?

23  A.   Bill.

24  Q.   Once you got to the center -- the Defendant's center at

25  Santo 14, can you please tell us what it was like.

J.E. Xxxxxx - DIRECT - By Ms. Medetis          53

```
 1    A.  Comparing it to where I was coming from, it was marvelous.

 2    It was very agreeable, very nice to me, for the weekends.

 3    Q.  And when you say it was marvelous and it was agreeable,

 4    could you describe to us what you mean by that.

 5    A.  It was -- we stayed in a beautiful house.  In the bedroom

 6    where the children slept, it was really nice.  Everybody had

 7    their own bed to sleep in.

 8        While at his house, we ate three times a day.  There was

 9    basketball and there were games and toys for everybody to

10    distract themselves and play with.

11    Q.  Who else lived at that center with the Defendant?

12    A.  When I got there, there was about 20 kids like that.

13    Q.  And when you say there were 20 kids, were there boys or

14    girls?

15    A.  Boys only.

16    Q.  When you visited that first Saturday, did you spend the

17    night at the Defendant's center?

18    A.  At the same evening, we went back.

19    Q.  On that Saturday when you first visited the Defendant's

20    center at Santo 14, did you spend any time with the Defendant?

21    A.  During the whole day, we were playing between ourselves,

22    the kids.  I spent some time later when we finished, when we

23    were going to go back -- he was asking me how did I spend the

24    day.

25    Q.  And what did you tell him?
```

J.E. Xxxxxx - DIRECT - By Ms. Medetis          54

```
 1   A.   I explained to him that I was really happy, it was really
 2   agreeable to stay there, to be there.  And that's when I took
 3   the opportunity to ask him if I could come and live with him.
 4   Q.   And after you asked him if you could come and live with
 5   him, what did the Defendant say?
 6   A.   He said "yes," but I had to come with a parent or relative,
 7   someone that was responsible for me.
 8   Q.   And so what did you do next?
 9   A.   I ran away from the orphanage where I was at with my
10   younger brother and ran away to my aunt.  And I told her the
11   place that I visited was really nice, "We would rather go
12   there, but you need to take us there."  So....
13   Q.   Did your aunt take you to the Defendant's center at
14   Santo 14 after you told her that?
15   A.   Yes.  But she established certain conditions with me.
16   Q.   Okay.  Without telling us what your aunt said to you, what
17   was your understanding of those conditions?
18             MR. ADELSTEIN:  Objection.  Calls for hearsay.
19             THE COURT:  Sustained.
20   BY MS. MEDETIS:
21   Q.   Do you know what those conditions were?
22             MR. ADELSTEIN:  Same objection.
23             THE COURT:  Sustained.
24   BY MS. MEDETIS:
25   Q.   Did you ultimately go to the Defendant's center with your
```

1    aunt?

2    A.   Yes.

3    Q.   Was it just you and your aunt?  Who else went with you?

4    A.   With my younger brother.

5    Q.   Is that your younger brother Jhonny?

6    A.   Yes.

7    Q.   What happened once you arrived at the Defendant's center

8    with your aunt and your younger brother Jhonny?

9    A.   The white foreigner accepted us.

10   Q.   And when you say "the white foreigner," who are you

11   referring to?

12   A.   Bill.

13          MS. MEDETIS:  Your Honor, permission to publish again

14   what's previously been admitted as Government's Exhibit 61?

15          THE COURT:  You may.

16   BY MS. MEDETIS:

17   Q.   Jean Ekens, can you please take a look at the monitor in

18   front of you.

19      I'm showing you what's previously been admitted as

20   Government's Exhibit 61.

21   A.   Yes.

22   Q.   Who is in the photographs depicted in Government's

23   Exhibit 61?

24   A.   Me.

25   Q.   And do you remember where you were when those photographs

J.E. Xxxxxx - DIRECT - By Ms. Medetis          56

1    were taken?

2    A.   Yes.  In a yard.

3    Q.   Do you remember who took those photographs?

4    A.   Yes.  Bill.

5    Q.   And in what yard were you in when you took those

6    photographs?

7    A.   At the center, Santo 14.

8    Q.   I want to direct your attention to the right side of

9    Exhibit 61, where you're standing.

10        What are you wearing there?

11   A.   I'm wearing a polo shirt with a red collar.

12   Q.   Is that a school uniform?

13   A.   You mean to my right?

14   Q.   Yes.  I'm sorry.  To your right.

15        Are you wearing a school uniform there?

16   A.   Yes.

17   Q.   And who bought you that school uniform?

18   A.   Bill.  Bill bought everything for me.

19   Q.   Did Bill buy you the bag that you're wearing in that

20   photograph?

21   A.   Yes.

22   Q.   And who paid for you to go to school after you moved into

23   the center in Santo 14?

24   A.   Bill.

25   Q.   And were you able to go to school at the previous orphanage

J.E. Xxxxxx - DIRECT - By Ms. Medetis          57

 1   you were living at?

 2   A.   Yes.

 3   Q.   Once you moved into the center, how many meals a day did

 4   you get to eat?

 5   A.   Three times.

 6   Q.   And after you lived -- after you move into the center at

 7   Santo 14, what kinds of games did you have to play with?

 8   A.   Soccer, basket.  Roller skates, also.

 9   Q.   Did the Defendant's center have a name?

10   A.   Yes.  Centre Etoile du Matin, Morning Star.

11   Q.   Other than the three meals a day and the games, what else

12   did you like about living at the center with the Defendant?

13   A.   The most important thing for me was school.

14   Q.   And so -- I'm sorry to interrupt.  Go ahead.

15   A.   We had other toys available, PlayStation, things like that.

16   I was not that interested into them.

17   Q.   And in what year did you move into the center at Santo 14?

18   A.   2002.  December, 2002.

19   Q.   How do you remember the specific month in 2002 that you

20   moved into the center?

21   A.   Because, in Haiti, it's a very -- it's the end of the year

22   and it's the month that Bill give us many gifts.

23   Q.   And did you get many gives when you moved into the center

24   in December, 2002?

25   A.   Yes.  A week later, I received gifts.

```
 1   Q.   What kind of gifts did you receive?

 2   A.   I don't remember exactly.  But I know sometimes he would

 3   give us sneakers, toy guns, roller skates.

 4   Q.   And did you see if the Defendant gave gifts to the other

 5   boys in the house, too?

 6   A.   Yes.  We all received gifts.

 7          MS. MEDETIS:  Your Honor, permission to publish what's

 8   been previously admitted as Government's Exhibit 48?

 9          THE COURT:  You may.

10          MS. MEDETIS:  Your Honor, permission to approach?

11          THE COURT:  Yes.

12   BY MS. MEDETIS:

13   Q.   Jean Ekens, do you recognize what I've just handed you as

14   Government's Exhibit 48?

15   A.   Yes.  These are all the boys who resided with us -- with

16   me.

17   Q.   And when you say "these are all the boys," do you mean

18   these are photographs of all the boys?

19   A.   Yes.

20   Q.   Do you know who took the photographs of all the boys?

21   A.   Bill.

22   Q.   And are you depicted in Government's Exhibit 48?

23   A.   Yes.

24   Q.   Could you, using the touch screen in front of you, circle

25   your photograph in Government's Exhibit 48.
```

1    A.   (Witness complies.)

2    Q.   I'm sorry.  Could you go ahead and circle the whole

3    picture.  I didn't see it on my screen.

4    A.   (Witness complies.)

5    Q.   You've circled a photograph -- or underlined a photograph

6    in the upper right-hand corner of Government's Exhibit 48.

7    I'll go ahead and zoom in on that.

8         You're sitting next to somebody in that photograph.  Who

9    are you sitting next to?

10   A.   My younger brother, Jhonny.

11   Q.   And looking at the picture, who's sitting on the right-hand

12   side of the picture and who's sitting on the left-hand side of

13   the picture?

14   A.   David.

15   Q.   And then who is to -- moving from left to right, who is the

16   person that I've circled?

17   A.   Me.

18   Q.   And you have your arm around somebody.  Is that your

19   brother?

20   A.   Yes.  Yes.  Jhonny.

21   Q.   And where were you living when this picture was taken?

22   A.   Santo 14.

23            MS. MEDETIS:  Your Honor, permission to publish

24   previously admitted Exhibit No. 49, Government's Exhibit

25   No. 49?

1        THE COURT:  You may.

2   BY MS. MEDETIS:

3   Q.  Jean Ekens, are you -- is your photograph in Government's

4   Exhibit 49?

5   A.  Yes.

6   Q.  Could you please underline or circle, using the touch

7   screen, your picture.

8   A.  (Witness complies.)

9   Q.  Where were you living when this picture was taken?

10  A.  Santo 14.

11  Q.  And who took this picture of you?

12  A.  Bill.

13       MS. MEDETIS:  Your Honor, permission to republish

14  Government's Exhibit 50?

15       THE COURT:  You may.

16  BY MS. MEDETIS:

17  Q.  Jean Ekens, are you shown in Government's Exhibit 50?

18  A.  Yes.

19  Q.  Could you go ahead and circle your picture in Government's

20  Exhibit 50.

21  A.  (Witness complies.)

22       MS. MEDETIS:  Your Honor, permission to approach?

23       THE COURT:  You may.

24  BY MS. MEDETIS:

25  Q.  Jean Ekens, I've just handed you Government's Exhibit 50

 1   and, I believe, 49.

 2       Could you please write your name underneath your picture in

 3   each of those exhibits.

 4   A.  (Witness complies.)

 5           MS. MEDETIS:  For the record, that was, in fact,

 6   Government's Exhibit 49 and 50.

 7           THE WITNESS:  The pen is not working properly.

 8   BY MS. MEDETIS:

 9   Q.  I'll give you a second pen in a moment.

10       Is the pen working on either photo?

11   A.  Same problem.

12           MR. ADELSTEIN:  Here's a pen.

13           MS. MEDETIS:  Thank you.

14           MR. ADELSTEIN:  You're quite welcome.

15   BY MS. MEDETIS:

16   Q.  (Tenders item to the witness.)

17   A.  (Witness writes on documents.)

18       I'm done on one of them.

19           MS. MEDETIS:  Permission to approach, your Honor?

20           THE COURT:  You may.

21           MS. MEDETIS:  For the record, the witness has signed

22   his name on his photograph on Government's Exhibit 50 and 49.

23   BY MS. MEDETIS:

24   Q.  Jean Ekens, when you moved into the center in December of

25   2002, how did the Defendant treat you?

J.E. Xxxxxx - DIRECT - By Ms. Medetis                62

1    A.   When I first got there, he was nice.

2    Q.   And so what kind of nice things did he do?

3    A.   From time to time, he would call us and talk to us.  He

4    wanted to ensure that we were eating on time.

5    Q.   And when you say "we," who do you mean?

6    A.   Myself and my little brother.

7    Q.   When you moved into the center in December of 2002, did you

8    have any chores?

9    A.   Yes.

10   Q.   What were your chores?

11   A.   I was responsible for his room, fix his bed, clean his

12   room.

13   Q.   Whose room?

14   A.   Bill's.

15   Q.   And what kinds of things did you have to do in Bill's room

16   as part of your chores?

17   A.   Make his bed and clean his room.

18   Q.   Did the Defendant have a bathroom in his room or connected

19   to his room?

20   A.   Yes.

21   Q.   And whose responsibility was it to clean the Defendant's

22   bathroom?

23   A.   Schneider and my younger brother.

24   Q.   Did you ever have to clean the Defendant's bathroom?

25   A.   No.  It was not part of my chores.

J.E. Xxxxxx - DIRECT - By Ms. Medetis                    63

1    Q.   And when did you have to do those chores?  What time of

2    day?

3    A.   In the morning, after he gets up.  At night, when he's

4    getting ready to go to bed.

5    Q.   And at night, when he was getting ready to go to bed, what

6    kind of things did you have to do in the room to clean it or

7    prepare it for the Defendant?

8    A.   In the morning, we usually fixed the bed with a large

9    comforter.  At night, we removed it so the bed could be ready

10   for him to sleep in.

11   Q.   What would happen if you did not do these chores?

12   A.   We would be punished, because it was the rules.  We all had

13   our own assigned chores.

14   Q.   Who would punish you?

15   A.   Bill.

16   Q.   How would he punish you?

17   A.   He had a stick that he used to hit us with.  Before that,

18   he would curse us out.  "This is what you are supposed to do.

19   You are a son of a bitch.  You are assigned those chores.  You

20   have to do it.  If you do not complete your chores, get out."

21   Q.   And when he would hit you with a stick, where would he hit

22   you?

23   A.   It varies.  He would start with your hands.  Once your

24   hands get tired, he would then proceed to hit you on your back.

25   Q.   Other than the stick, did the Defendant use anything else

J.E. Xxxxxx - DIRECT - By Ms. Medetis                64

1   to hit you?

2   A.   If he doesn't get to his stick on time or someone did not

3   get the stick to him on time, whatever he has, he will hit you

4   with it.  If it's the table, he will grab something off the

5   table and throw it at you.

6   Q.   Jean Ekens, after you moved into the Defendant's house in

7   December, 2002, did the Defendant do anything sexual with you?

8   A.   Yes.

9   Q.   Do you remember the first time the Defendant did something

10  sexual with you?

11  A.   I don't remember the exact date, but I remember everything

12  that he did.

13  Q.   Can you please explain what the Defendant did.

14          MR. ADELSTEIN:  Excuse me.  Objection.  Time frame,

15  age.

16          MS. MEDETIS:  Your Honor, I prefaced it with --

17          THE COURT:  Overruled.

18          THE WITNESS:  I'm the one who was responsible for

19  fixing his room at night.  One night, he asked me to stay.  He

20  asked me to sleep with him in his bedroom.

21          He took his clothes off and he started sucking on my

22  penis and asked me to masturbate for him.

23  BY MS. MEDETIS:

24  Q.   What were you wearing when the Defendant started sucking on

25  your penis?

J.E. Xxxxxx - DIRECT - By Ms. Medetis          65

```
 1   A.  I had my clothes on.  And he was talking to me.  He

 2   promised that he would help me, that he would give me money,

 3   that he would give me all the benefits that I wanted.

 4       He told me he was going to travel and bring me back gifts.

 5   Like the first gift he brought me back from his trip was a

 6   roller skate that he bought for me.

 7       And I can say I had no choice, as I was like his child, and

 8   he -- whatever he asked me, I had no choice.  So I just did

 9   whatever he asked me.

10   Q.  And on that first time, what did the Defendant ask you to

11   do?

12   A.  Yes.  That's when he asked me to masturbate for him.  But,

13   before that, he sucked on my penis first.  And he asked me to

14   suck on his penis for him, too.  But at that time, I told him

15   "no."

16   Q.  Jean Ekens, how did the Defendant ask you to suck on his

17   penis?  Did he speak Creole?

18   A.  As he was sucking my penis, he gestured to me if I would do

19   it for him, too.

20   Q.  How did he gesture?

21   A.  With the gestures with his hand.  He showed me if, in

22   exchange, I would do it.

23   Q.  When the Defendant asked you to masturbate him, how did he

24   ask you to do that?

25   A.  He has a lotion in his room that's always there.  He took
```

J.E. Xxxxxx - DIRECT - By Ms. Medetis          66

1   some, put it in his hands and he started doing it to himself.

2   He put some on my hand and asked me to continue.

3   Q.  How did he ask you to continue?

4   A.  Like I just explained to you, with gestures.  He started

5   the action himself.  He put lotion on his hand and started on

6   himself.

7       After that, he put lotion on my hand and took my hand and

8   put it on his penis and made the move for me to continue to do

9   it for him.

10  Q.  As you were masturbating the Defendant, what was the

11  Defendant doing?

12  A.  I was masturbating him and all he did was -- he was getting

13  into satisfaction, into sexual pleasures, and he was gesturing

14  sexual pleasures till he ejaculated and then I finished.

15  Q.  What happened after the Defendant ejaculated?

16  A.  At that time, he took me to the door and told me I could go

17  sleep in my bed.

18  Q.  Do you remember how old you were when that happened?

19  A.  I was still 14.

20  Q.  After that first incident, did the Defendant have you do

21  sexual things with him again?

22          THE COURT:  We're going to break for lunch.

23          Do not discuss this case either amongst yourselves or

24  with anyone else.  Have no contact whatsoever with anyone

25  associated with the trial.

J.E. Xxxxxx - DIRECT - By Ms. Medetis          67

1          Do not read, listen or see anything touching on this

2    matter in any way, including anything in the media, anything on

3    the Internet or anything on any access device.

4          If anyone should try to talk to you about this case,

5    you should immediately instruct them to stop and report it to

6    my staff.

7          You may leave your notebooks at your chairs.  Please

8    be back in the jury room at 1:30.

9          (Whereupon, the jury exited the courtroom at

10   11:56 a.m. and the following proceedings were had:)

11        THE COURT:  You may be seated for a moment.

12        Sir, over the lunch break, you are not to discuss your

13   testimony with anyone or permit anyone to discuss it with you.

14        You may talk to the prosecutors only about scheduling

15   issues.  Okay?

16        THE WITNESS:  Yes.

17        THE COURT:  We're in recess until 1:30.

18         (Thereupon, a luncheon recess was taken, after which

19   the following proceedings were had:)

20        MR. HOROWITZ:  Judge, if I may, just a couple small

21   housekeeping matters.

22        THE COURT:  Not now, Mr. Horowitz.

23        MR. HOROWITZ:  Yes, your Honor.

24         (Thereupon, a luncheon recess was taken, after which

25   the following proceedings were had:)

J.E. Xxxxxx - DIRECT - By Ms. Medetis          68

1              THE COURT:  We're back on United States of America

2     versus Matthew Andrew Carter, Case No. 11-20350.

3              Counsel, state your appearances, please, for the

4     record.

5              MS. MEDETIS:  Yes.  Good afternoon, your Honor.

6              Maria Medetis and Bonnie Kane on behalf of the United

7     States.

8              With us at counsels' table are Special Agents Larko

9     and Flores of Homeland Security Investigations.

10             MR. HOROWITZ:  Good afternoon, your Honor.

11             Phil Horowitz, Stu Adelstein on behalf of Matthew

12    Carter, who's present before the Court.

13             At counsels' table is Reginald Hope.

14             THE COURT:  So are we ready for the jury?

15             Let's bring them in.

16             Bring the witness in, please.

17             (Whereupon, the jury entered the courtroom at

18    1:42 p.m. and the following proceedings were had:)

19             THE COURT:  You may be seated.

20             You are still under oath, sir.

21             You may proceed, Ms. Medetis.

22             MS. MEDETIS:  Your Honor, could the court reporter

23    please read the last question that I asked before we broke?

24             (The question referred to was read by the

25    reporter as above recorded.)

1   BY MS. MEDETIS:

2   Q.   Jean Ekens, you can answer.

3   A.   Yes.  With continuity.

4   Q.   When you say "with continuity," what do you mean by that?

5   A.   What I mean is that I spent a lot of time in there --

6   living there.  And what I mean is that, during all that time,

7   he kept asking me to do it again and again with him.

8   Q.   And after that first time, what kind of sexual things did

9   the Defendant make you do?

10   A.   The same things.  And then there were the minutes to give

11   to him.

12   Q.   What are "minutes," Jean Ekens?

13   A.   The "minutes" is -- he's the one who gave the name

14   "minutes" to the question of scratching his head, and he had

15   some lotions that you had to rub his legs with.

16   Q.   And where in the house would you give the Defendant

17   minutes?

18   A.   Often when he was watching TV in the living room, in his

19   bedroom.

20   Q.   And after you would give the Defendant minutes, what would

21   you do next?

22   A.   When you give him minutes, if he wanted you to go in the

23   bedroom with him, he would ask you to go to the bedroom with

24   him because, once you give him minutes, sometimes he would give

25   you money.

 1   Q.   How would the Defendant ask you to come into the bedroom

 2   with him?

 3   A.   He had an expression that he liked to use, is to, "Go in my

 4   room for me" or he would just ask you to go wait for him in the

 5   room or he would tell you to come with him to the room.

 6   Q.   What language did he say those things in?

 7   A.   The expression go in the room for me was in Creole:  "Ale

 8   nan chanm pou mwen."

 9   Q.   And after the Defendant asked you to go into his room for

10   him, what would happen next?

11   A.   The same things:  Put lotion, masturbate for him and suck

12   on your penis.

13   Q.   And when you say "suck on your penis," do you mean the

14   Defendant would suck on your penis?

15   A.   Yes.  Sucking.

16   Q.   What time of day would the Defendant usually make you do

17   sexual things with him?

18           MR. ADELSTEIN:  Objection.  Asked and answered.

19           THE COURT:  Overruled.

20           THE WITNESS:  It was at no fixed time or regular time.

21   It was as long as the boys were playing soccer outside and he

22   was upstairs or anytime during the day or the evening.

23   BY MS. MEDETIS:

24   Q.   Did the Defendant ever have you do sexual things in his

25   bathroom?

J.E. Xxxxxx - DIRECT - By Ms. Medetis          71

 1   A.   In his bathroom, no.  He used to ask me to shower with him

 2   in his bathroom.

 3   Q.   And how old were you when the Defendant asked you to shower

 4   with him in his bathroom?

 5   A.   During the whole time.  14, 15, the whole time that I

 6   stayed there.

 7   Q.   Well, how long did you live with the Defendant at the

 8   Morning Star?

 9   A.   From 2002 to 2005.  Three years, I think.

10   Q.   And how old were you in 2005, approximately?

11   A.   17.

12   Q.   And where was the house at Morning Star -- excuse me.

13        Where was Morning Star located in 2005, when you left?

14   A.   At Tabarre 27 -- excuse me -- Tabarre 23.

15   Q.   How did the Defendant treat you when you -- let me

16   rephrase.

17        How did the Defendant treat you after he would perform

18   sexual acts with you?

19   A.   As he always rewarded the boys that did all the chores very

20   well in the house --

21             MR. ADELSTEIN:  Objection.  Objection.

22             THE COURT:  Overruled.

23             THE WITNESS:  As he always rewarded all the boys that

24   did their chores well in the house, now you that did that

25   sexual act, I became one of the ones to be rewarded with the

 1   boys.  So you would be with the group, going to the beach, he

 2   would take you, or to take you on excursions.

 3   BY MS. MEDETIS:

 4   Q.  Did you ever refuse to masturbate the Defendant when he

 5   asked you?

 6   A.  Yes.  Yes.  And he had the power on me, because he knew I

 7   had no mother or father.  So if he would say he would send me

 8   home, that's what he knew, is that I had nowhere to go.

 9       I wouldn't go anywhere if he kicked me out.  So I had to

10   accept whatever because I needed to stay there.  That's the

11   only place I had a place to live.

12   Q.  Did the Defendant threaten to kick you out of the center if

13   you refused to masturbate him?

14           MR. ADELSTEIN:  Objection.  Leading.

15           THE COURT:  Sustained.

16           Rephrase your question.

17   BY MS. MEDETIS:

18   Q.  When you refused to masturbate the Defendant, what would

19   the Defendant say to you?

20   A.  He would use the sentence, those words, "Sing for me," to

21   get all my things together.  He's throwing me out or he's

22   sending me home.  And I would go in my room and start picking

23   up my things.  I would be crying.

24       And that's when he would send one of the older boys to come

25   and tell me to --

J.E. Xxxxxx - DIRECT - By Ms. Medetis          73

1           MR. ADELSTEIN:  Objection.  Objection.

2           THE COURT:  Sustained.

3  BY MS. MEDETIS:

4  Q.  As you were in your room packing your things and crying,

5  what would the Defendant do?

6  A.  When I got all my things ready and get ready to leave, he

7  would come and he would pressure me and explain to me, with

8  pressure, not with any other feeling, telling me I can stay.

9  Q.  And when you say "with pressure," what do you mean by that?

10 A.  That means that, if he asked me to do that for him again,

11 if I don't do it, I will go home.

12 Q.  Did the Defendant ever offer you money to masturbate him?

13          MR. ADELSTEIN:  Objection.  Leading.

14          THE COURT:  Sustained.

15          Rephrase your question.

16 BY MS. MEDETIS:

17 Q.  What, if anything, would the Defendant offer you if you

18 agreed to masturbate him?

19          MR. ADELSTEIN:  Objection.  Asked and answered.

20          THE COURT:  Overruled.

21          THE WITNESS:  He would give me money to go to school.

22 It was rarely that he gave money to go to school like that.

23          If he was traveling during the month, if he was

24 traveling, he would promise you to bring you the best gift and

25 he would let you choose what you wanted to get.

1   BY MS. MEDETIS:

2   Q.   When you say the Defendant was traveling, where would he

3   travel to?

4   A.   Go to the United States.

5   Q.   And during the times -- well, how often -- how many times a

6   year did the Defendant travel to the United States?

7   A.   What I got from him is that he had to go sometimes two,

8   three times if he didn't have enough money for the year.

9   Q.   And while the Defendant was in the United States, did you

10  ever tell anybody about the sexual things the Defendant was

11  doing with you?

12  A.   No.  With all the pressure he used to put on us, I was

13  always afraid.  The pressure he put on me.

14  Q.   What were you afraid of?

15  A.   I was scared because not only he would say that he would

16  kick me out and then he had firearms and he would say that he

17  was ex-military.  So I didn't know what he would do to me.

18  Q.   When you were living at the Santo house, did the police

19  ever come to the house?

20  A.   Yes.

21  Q.   And when the police would come to the house, what did you

22  see happen?

23  A.   Sometimes he would send me to his room to get an envelope

24  of money or checks from his bedroom, and he would make me give

25  it to them.  But I don't know for what reason, what was their

J.E. Xxxxxx - DIRECT - By Ms. Medetis          75

```
 1    deal.

 2    Q.   How often did the police visit the Santo house?

 3    A.   Two or three times a month.  Or if he needed them, he would

 4    call them.

 5    Q.   When you say "if he needed them, he would call them," what

 6    do you mean by that?

 7    A.   Sometimes they would come over.  He would not give them any

 8    checks or any envelopes.  He would just call them.  They sit

 9    and talk to him.

10    Q.   Were these his friends?

11              MR. ADELSTEIN:  Objection.

12              THE COURT:  Sustained.

13              Rephrase your question.

14    BY MS. MEDETIS:

15    Q.   You had said earlier that you moved in to the -- I'm sorry.

16         Let me ask you:  In what year did you move into the Tabarre

17    house?

18    A.   2005.

19    Q.   And how long did you live at the Tabarre house?

20    A.   Three months.

21    Q.   Do you remember when in 2005 you moved into the Tabarre

22    house?

23    A.   Let's see.  I moved out in July.

24    Q.   So three months before then, you had moved in?

25    A.   Yes.  Three months.  Three months before then.
```

J.E. Xxxxxx - DIRECT - By Ms. Medetis          76

1    Q.   Did there come a time while you lived with the Defendant

2    that the Defendant stopped doing sexual things with you?

3    A.   Yes.   I was getting older and I was also becoming wiser.   I

4    became a supervisor.   Then he stopped asking me.

5    Q.   And how old were you when he stopped asking you?   Do you

6    remember?

7    A.   No.

8    Q.   You said that you became a supervisor.

9         In what house were you living when you became a supervisor?

10   A.   Tabarre.   Tabarre.

11   Q.   And was your title "supervisor" or did you have another

12   title?

13             MR. ADELSTEIN:   Objection.

14             THE COURT:   Overruled.

15             THE WITNESS:   "Supervisor."   I was the oldest at the

16   time, and I was in charge of making sure that anybody --

17   everybody completed their assignment.

18   BY MS. MEDETIS:

19   Q.   Are you familiar with the phrase "team leader"?

20   A.   Yes.   Team leader.   I became a team leader at the house in

21   Santo 14.

22   Q.   And what's the difference between a supervisor and a team

23   leader?

24   A.   The team leader is responsible for one room, the room where

25   he sleeps at.   That particular room could have five to six

 1   children, and he's responsible for that room.  The supervisor's

 2   in charge, is responsible, for all the rooms.

 3   Q.  When you were a team leader, who were you responsible for?

 4   A.  Tiga, Josue, Joel, Yvens, Stevens.  Yes.  That's it, I

 5   believe.

 6       Tiga, Josue, Joel, Yvens, Stevens, Marvins.  Marvins.  They

 7   were brothers.

 8            MS. MEDETIS:  Your Honor, permission to publish what's

 9   previously admitted as Government's Exhibit 80?

10            THE COURT:  You may.

11   BY MS. MEDETIS:

12   Q.  Jean Ekens, are you in this exhibit?

13   A.  Yes.

14   Q.  Could you circle where you are here in this exhibit.

15   A.  (Witness complies.)

16   Q.  And do you see any of the boys that you just named?

17   A.  Yes.  I see.  I see some.

18   Q.  Can you circle them and tell us the names of the people

19   you're circling.

20   A.  Joel, Tiga, Stevens, Yvens.  Chandler was also part of the

21   group.  I recognize his face now.

22   Q.  And were you living at the Morning Star Center in Santo 14

23   in September of 2004?

24   A.  Yes.

25            MS. MEDETIS:  Your Honor, if I may ask, the monitors

J.E. Xxxxxx - DIRECT - By Ms. Medetis          78

1    at counsels' table are flashing in and out.  I don't know if

2    the jury is having the same issue.

3               THE COURT:  Is everybody's monitor okay over there?

4               THE JURY:  Yes.

5               MS. MEDETIS:  Then, who cares if our monitors aren't

6    working?

7               MR. ADELSTEIN:  Ours aren't working, in case the Court

8    wants to know.

9               THE COURT:  Yours are okay?

10              MR. ADELSTEIN:  No, they're not.  They're not working

11   at all.

12              THE COURT:  They're not working?

13              MR. ADELSTEIN:  No.  We have nothing.

14              MR. HOROWITZ:  Also, the secondary one at the podium

15   is not working as well.

16              MR. ADELSTEIN:  And I don't think the Government's

17   monitors are working either.

18              THE COURT:  Are the gallery monitors working?

19              MR. ADELSTEIN:  Yes.

20              THE COURT:  You can turn that one around, if you want,

21   Mr. Horowitz.

22              MS. MEDETIS:  Your Honor, the podium monitor is also

23   working, which is visible from counsels' table.

24              THE COURT:  Not for us.  For you, to make sure that

25   you can see it.

 1          MR. ADELSTEIN:  Yes.

 2          THE COURT:  I'll get someone up here at the break.

 3          MR. ADELSTEIN:  And I didn't touch it, Judge.  I

 4  didn't touch any of the equipment.  It's working now.

 5          MR. HOROWITZ:  Our monitors just came back on.

 6          MR. ADELSTEIN:  It just came back on.

 7          THE COURT:  I'll get someone to check.

 8  BY MS. MEDETIS:

 9  Q.  Jean Ekens, you said that you left the center in July of

10  2005.

11      Why did you leave the center?

12  A.  As a supervisor, he lost some money, 500 gourdes.

13  Q.  Who lost money?

14  A.  Bill.

15      He told me to do my best to find the money, to meet with

16  all the children so I could find the money.

17  Q.  Were you able to find the money?

18  A.  No.

19  Q.  After you spoke to all the children, did you go back to

20  talk to the Defendant?

21  A.  Yes.  He was in the house.

22  Q.  And what happened?

23  A.  I could not find the money.  And he had advised me at the

24  time, "If you cannot find the money, maybe you have it.  You

25  need to get out unless you can give me the money."

 1   Q.   Did you have the money?

 2   A.   No.  I never found it.  So he kicked me out.

 3   Q.   Did you ever return to the center after that?

 4   A.   No.

 5        MS. MEDETIS:  Your Honor, the United States would

 6   tender this witness.

 7        THE COURT:  Cross-examination.

 8        MR. ADELSTEIN:  Yes, ma'am.

 9                    CROSS-EXAMINATION

10   BY MR. ADELSTEIN:

11   Q.   Did I hear you correctly that checks were given, allegedly,

12   to some police officers?

13   A.   Yes.  Envelopes.

14   Q.   And you used the word "checks."

15   A.   Because, in Haiti, whenever you are using envelopes to put

16   money in, you can -- they use the word "checks."

17   Q.   Okay.  Prior to going to the Despinos orphanage, where were

18   you living?

19   A.   I was living with my mother.

20   Q.   And when did you get to the Despinos orphanage?  What year?

21   And how old were you?

22        MS. MEDETIS:  Objection.

23        MR. ADELSTEIN:  That's compound.  I agree.  Let me

24   rephrase.

25

J.E. Xxxxxx - CROSS - By Mr. Adelstein          81

```
 1   BY MR. ADELSTEIN:

 2   Q.  How old were you when you got to the Despinos orphanage?

 3   A.  My mother passed away in 1998.  It was the same year, 1998.

 4   Q.  And you stayed at that location for four years?

 5   A.  From 1998 until 2002, until I went to his house.

 6   Q.  Approximately four years.  Right?

 7   A.  Yes.

 8   Q.  Life at Despinos orphanage was pretty tough, wasn't it?

 9   A.  Yes.

10   Q.  You indicated you did not get three meals a day.  If you

11   were lucky, you got two.  Generally, one.  Correct?

12           MS. MEDETIS:  Objection.  Compound.

13           THE COURT:  Rephrase your question.

14   BY MR. ADELSTEIN:

15   Q.  At the orphanage, you got no more than -- I'm talking about

16   Despinos -- you got no more than two meals a day.  Correct?

17   A.  Yes.

18   Q.  Sometimes you only got one meal a day.  Correct?

19   A.  Yes.

20   Q.  There were, as you say, I think, 100 -- approximately

21   100 young men at this orphanage?

22           MS. MEDETIS:  Objection.  Facts not in evidence.

23   Mischaracterization of testimony.  He did not say young men.

24           THE COURT:  Rephrase your question.

25
```

1    BY MR. ADELSTEIN:

2    Q.  There were, I think you said, 100 children at the

3    orphanage.  Correct?

4    A.  Yes.  100 children.

5    Q.  There were not enough beds for all of you to sleep in.

6    Correct?

7    A.  Yes.

8    Q.  There was not enough money to pay for tuition for you to go

9    to school on a regular basis.  Correct?

10        MS. MEDETIS:  Objection.  Mischaracterization of

11   evidence.  That was not his testimony.

12        THE COURT:  Overruled.

13   BY MR. ADELSTEIN:

14   Q.  Correct?

15   A.  No.  We went to school.  We had -- the school was located

16   on the orphanage grounds.

17   Q.  On the grounds.

18        Did you have any --

19   A.  Inside.

20   Q.  -- sneakers and clothes, clean clothes, to go to that

21   school?

22   A.  To go to school, you used your uniforms.  Yes.  We had

23   uniforms.

24   Q.  And then, in 2002, you were invited to go to Morning Star

25   Center.  Correct?

 1   A.   Yes.

 2   Q.   And I think you described that, when you went there, it

 3   was -- I think your exact words were marvelous.   Correct?

 4   A.   Yes.  Yes.

 5   Q.   The Morning Star was a much better place than where you

 6   were living.  Correct?

 7   A.   Yes.  That's what I've stated.  And that's one of the

 8   reasons why I asked to move in with him.

 9   Q.   And when you asked to move in, you wanted to get out of

10   that orphanage because life was pretty tough for you.  Right?

11   A.   Yes.

12   Q.   Okay.  And when you went and asked Mr. Bill if you could

13   attend the Morning Star, he told you, did he not, that he

14   needed the permission of your guardian?  Correct?

15   A.   Yes.

16   Q.   He would not accept you into the program at the center

17   without the permission, I think you indicated, was your aunt.

18   Correct?

19        MS. MEDETIS:   Objection.  Calls for speculation as to

20   what the Defendant would have done.

21        THE COURT:   Could you rephrase the question.  I'm not

22   sure I understand it.

23   BY MR. ADELSTEIN:

24   Q.   When you asked him, Mr. Bill, if you can go to his center,

25   he told you, did he not, that he needed permission from your

J.E. Xxxxxx - CROSS - By Mr. Adelstein          84

 1  guardian?  Correct?

 2  A.  Yes.  That's the reason why we believed it was a good

 3  center.

 4  Q.  And, in fact, you wanted after your first visit there to go

 5  and enroll in this center immediately when you saw how

 6  marvelous it was.  Correct?

 7  A.  Yes.

 8  Q.  And you could not go until you got the permission of your

 9  aunt.  Correct?

10  A.  I went and spoke to my aunt.  I explained to her that the

11  center, the orphanage, was much better than the place I was

12  living in and I believed that it would be in our best interest,

13  myself and my younger brother, to move into that center.

14  Q.  Well, you had to run away from Despinos to get to your

15  aunt's house.  Correct?

16  A.  I did not waste time.  I did not wait for the foreigner to

17  come and talk to him.  I left and went to speak to my aunt.

18  And immediately my aunt took me to the orphanage.  I didn't

19  wait for my aunt to come and speak -- and see me.

20  Q.  Well, didn't you testify that you ran away from Despinos so

21  you could go to your aunt's house to get permission to enroll

22  in Morning Center -- Morning Star Center, I should say?  Excuse

23  me.

24  A.  Yes.  That's what I stated.  I've stated that I left the

25  Despinos right away, went to see my aunt and speak to her.  She

J.E. Xxxxxx - CROSS - By Mr. Adelstein                85

 1   was residing at the time near -- close to the Morning Star

 2   Center.  I picked her up and advised her that I was able to

 3   locate another center.

 4   Q.  Okay.  How close did your aunt live to the Morning Star

 5   Center?

 6   A.  I can only measure it -- let's see -- from Croix des

 7   Bouquets to Santo 14, about maybe 10 kilometers.

 8   Q.  Okay.  And you took your younger brother and your aunt to

 9   the Morning Star Center.  Correct?

10   A.  Yes.

11   Q.  And I think you testified that Mr. Bill spoke to your aunt

12   and then you had the permission to stay there on a permanent

13   basis.  Correct?

14   A.  Yes.

15   Q.  Now, you said -- by the way, when was that?  I know it was

16   in 2002, but I did not write down when in 2002 you became a

17   permanent resident.

18           MS. MEDETIS:  Objection, your Honor, to the

19   superfluous commentary.

20           THE COURT:  Sustained.

21           Rephrase your question.

22   BY MR. ADELSTEIN:

23   Q.  When did you become a permanent resident of the Morning

24   Star?

25   A.  I went there with my -- all my personal belongings.  That's

 1    what he told me:  Bring your legal guardian and you can stay.

 2    And that's what I did.

 3    Q.   I'm -- what I'm asking you -- and I apologize -- is:  What

 4    month in 2002 did you become a permanent resident?

 5    A.   December.

 6    Q.   Before Christmas or after Christmas?

 7    A.   Before Christmas.

 8    Q.   You celebrated Christmas at the Morning Star Center?

 9    A.   Yes.

10    Q.   You and the rest of the children at Morning Star celebrated

11    Christmas together?

12    A.   Yes.

13    Q.   You all got presents for Christmas?

14    A.   Yes.

15    Q.   There was, in fact, other individuals that were at the

16    Christmas party at Morning Star Center.  Correct?

17    A.   If there were other individuals?

18    Q.   Yes.

19    A.   No.

20    Q.   I thought -- you used the term -- let me get to it -- of

21    "blanc."

22    A.   Yes.

23    Q.   What does that mean?

24              MS. MEDETIS:  Objection.  Relevance.

25              THE COURT:  Overruled.

J.E. Xxxxxx - CROSS - By Mr. Adelstein                87

1    BY MR. ADELSTEIN:

2    Q.   What does that mean?

3    A.   It is an expression.  I personally -- this is an expression

4    that I can use.  I take the opportunity today because, when we

5    were inside, if we used that expression, it was almost like a

6    death sentence.

7         And today, for me to stand in front of Bill for everything

8    that he has done to me, to find justice --

9              THE COURT:  Wait for a question, sir.

10   BY MR. ADELSTEIN:

11   Q.   What does the word "blanc" mean?

12   A.   Well, "blanc."  It's the color of the person.  It is a term

13   that he disliked.

14   Q.   You said that there were many foreigners, blancs, at

15   Santo 14.  And I don't know what that means.  So when you said

16   there were many foreigners and blancs at Santo 14, please

17   explain what you meant by that.

18             MS. MEDETIS:  Objection.  Asked and answered.

19             THE COURT:  Sustained.

20             Rephrase your question, Mr. Adelstein.

21   BY MR. ADELSTEIN:

22   Q.   What do you mean when you testified for -- in response to

23   the Government that there were blancs at Santo 14 when you and

24   your brother got there?

25             MS. MEDETIS:  Objection.  Asked and answered.

 1          THE COURT:  Overruled.

 2          THE WITNESS:  We did not reside with a lot of white

 3   foreigners, with blancs.  The only person who was the white

 4   person was him.

 5   BY MR. ADELSTEIN:

 6   Q.  I understand that.

 7       But when you used the term "blanc," all I'm asking you is:

 8   What does that mean to you?

 9          MS. MEDETIS:  Objection.  Asked and answered.  I

10   believe the answer was applied to --

11          THE COURT:  Sustained.

12          Move on to another area, Mr. Adelstein.

13          MR. ADELSTEIN:  Yes.

14   BY MR. ADELSTEIN:

15   Q.  When you moved into the Morning Star, life got a lot better

16   for you.  Correct?

17   A.  With a lot of pain.

18   Q.  You got three meals a day.  Right?

19   A.  Yes.  We ate three meals a day.  Does that give him the

20   right to abuse us as children?

21   Q.  We're going to get into that.

22       You also, did you not, got clean clothes and uniforms to go

23   to school?  Correct?

24   A.  Yes.

25   Q.  You got that book bag and school supplies.  Correct?

1    A.   Yes.

2    Q.   You had the opportunity to have some toys, more toys than

3    you've ever had.  Correct?

4    A.   Yes.  I had them.  But I was not interested in them that

5    much.

6    Q.   And there was, was there not, a routine at Morning Star?

7    Correct?

8    A.   Yes.

9    Q.   You got up at a certain time.  Right?

10   A.   Yes.

11   Q.   You showered in the morning.  Correct?

12   A.   Yes.

13   Q.   Got breakfast.  Correct?

14   A.   Yes.

15   Q.   And then you did -- well, when you went to school, did you

16   go to school in the morning or the afternoon?

17   A.   Mornings.

18   Q.   Before you went to school, you had a prayer service.

19   Correct?

20   A.   It was even before we ate.  We had devotions.

21   Q.   Devotions every day?

22   A.   Yes.

23   Q.   You then went to school and came home and did your chores

24   and your homework.  Correct?

25   A.   My work was before I went to school.  I had to do it.

1   Q.   You had no chores in the afternoon when you got home from

2   school?

3   A.   No.  At night, only to turn down his bed.

4   Q.   So once you finished your homework, you could play or do

5   whatever you wanted until dinner.  Correct?

6   A.   Yes.

7   Q.   Now, on Saturdays, since you did not have school, you

8   got -- you and the other young men received what I call an

9   allowance, some money.  Correct?

10          MS. MEDETIS:  Objection.  Calls for speculation as to

11   the other young men.

12          THE COURT:  Sustained.

13   BY MR. ADELSTEIN:

14   Q.   On Saturday, you got some money from Mr. Bill.  Correct?

15   A.   Yes.

16   Q.   You were there, were you not, when all of the young men got

17   some money from Mr. Bill?  Correct?

18   A.   Distribute money?  What do you mean by that?

19   Q.   Each -- you got some money every week on a Saturday to do

20   whatever you wanted from Mr. Bill.  Correct?

21          MS. MEDETIS:  Objection.  Asked and answered.

22          THE COURT:  Overruled.

23          THE WITNESS:  Yes.  I said that already.

24   BY MR. ADELSTEIN:

25   Q.   Okay.  Were you present when other young men also got money

1   on Saturday?

2   A.   Yes.

3   Q.   And then, on Sunday, you had prayer service.  Correct?

4   A.   Well, you can call it, if you want, a prayer service.  But

5   if he wanted to beat or cuss us out, he did it all that same

6   Sunday.

7   Q.   Okay.

8   A.   While we were praying, we were getting it.  While we were

9   praying -- he would turn into anything fear that he wanted to

10  while we were praying.

11  Q.   Are you finished?

12        MS. MEDETIS:  Objection, your Honor.  Argumentative.

13        THE COURT:  Sustained.

14        Ask your question.

15  BY MR. ADELSTEIN:

16  Q.   Did you, in fact, read the Scripture on Sundays?

17  A.   Yes.

18  Q.   Did you, in fact, discuss the Scripture with Mr. Bill?

19  A.   Yes.  Just like I explained.  As long as he wanted to do

20  it.  When he wanted to break it apart, he broke it apart.

21  Q.   Okay.  Now, you talk about, if you did not do your chores,

22  you would be punished.

23        Do you remember that testimony?

24  A.   Yes.

25  Q.   And you mentioned --

 1    A.   Well, Bill hit me real hard.  Yes.

 2    Q.   And do you remember telling this jury that you got struck

 3    by a stick at times?

 4    A.   Yes.

 5    Q.   Now, when you became a supervisor, were you the young man

 6    who held the hands down of another child when he was being

 7    disciplined with this so-called stick?

 8         MS. MEDETIS:  Objection.  Relevance.  Objection.

 9    Outside the scope.  Objection.  Mischaracterizes testimony.

10    Objection.  Facts not testified as to this witness.

11         THE COURT:  Sustained.

12    BY MR. ADELSTEIN:

13    Q.   Were your hands ever held down by any of the other students

14    when you were being disciplined?

15    A.   No.  He used to hold me.

16    Q.   Did you ever hold anybody's hands down when that other

17    student was being disciplined?

18         MS. MEDETIS:  Objection.  Relevance.  Objection.

19    Asked and answered.

20         THE COURT:  Overruled.

21         THE WITNESS:  No.

22    BY MR. ADELSTEIN:

23    Q.   Now, you indicated that Bill went to the United States two

24    to three times a year.  Correct?

25    A.   Yes.

J.E. Xxxxxx - CROSS - By Mr. Adelstein          93

```
 1   Q.  And he would stay in the United States for a month at a

 2   time.  Correct?

 3   A.  I don't know.  I didn't say that he spent a month out or

 4   not.

 5   Q.  You got to the program in December of 2002.

 6       In 2003, Mr. Bill took two to three trips to the United

 7   States, according to you.  Correct?

 8           MS. MEDETIS:  Objection.  Mischaracterizes testimony.

 9   The witness never testified about how many trips were taken in

10   2003.

11           THE COURT:  Sustained.

12           Rephrase your question.

13   BY MR. ADELSTEIN:

14   Q.  How many trips did he take in 2003?

15   A.  I don't remember.

16   Q.  Did he take more than one trip?

17   A.  I just answered, I don't remember.

18   Q.  Didn't you testify in response to the Government's question

19   that Bill went away to the United States two to three times a

20   year?

21   A.  Yes.

22   Q.  If he went away for two to three times a year in 2003, he

23   took two to three trips to the United States.  Correct?

24           MS. MEDETIS:  Objection.  Argumentative.  Objection.

25   Speculation.
```

1          THE COURT:  Sustained.

2    BY MR. ADELSTEIN:

3    Q.  In 2003, did he go to the United States at least one time,

4    sir?

5          MS. MEDETIS:  Objection.  Asked and answered.

6          THE COURT:  Sustained.

7    BY MR. ADELSTEIN:

8    Q.  When Bill took a trip to the United States in 2003, 2004

9    and 2005 -- that's what we're going to talk about now.

10          MS. MEDETIS:  Objection.  Is there a question?

11          MR. ADELSTEIN:  I'm just prefacing it.

12          THE COURT:  Ask your question, Mr. Adelstein.

13    BY MR. ADELSTEIN:

14    Q.  In 2003, who was in charge of the house, the center, when

15    Mr. Bill went to the United States?

16    A.  Xxxxx.

17    Q.  Could you give me his full name, please.

18    A.  Jean Monet Xxxxx.

19    Q.  And he was the person in charge of the house while Mr. Bill

20    was in the United States in 2003?

21    A.  Yes.

22    Q.  In 2003, when Mr. Bill was in the United States, did you

23    take -- make any effort, take any steps, to report this alleged

24    abuse that you have been telling this jury about?

25          MS. MEDETIS:  Objection.  Argumentative.

J.E. Xxxxxx - CROSS - By Mr. Adelstein          95

1          THE COURT:  Sustained.

2          Rephrase your question.

3   BY MR. ADELSTEIN:

4   Q.   In 2003, when Mr. Bill was in the United States, did you

5   report this alleged abuse to anybody?

6   A.   In 2003, no.

7   Q.   Okay.  In 2004, Mr. Bill went to the United States again.

8   Correct?

9   A.   Yes.

10  Q.   Who was in charge of the house in 2004?

11  A.   Suprinord.

12  Q.   In 2004, did anyone prevent you from leaving the Morning

13  Star Center when Mr. Bill was in the United States?

14  A.   No.  There was nothing holding us.

15  Q.   In 2004, did you report any of this alleged abuse that you

16  told this jury about?

17         MS. MEDETIS:  Objection.  Argumentative.

18         THE COURT:  Sustained.

19         Rephrase your question.

20  BY MR. ADELSTEIN:

21  Q.   Did you report this alleged abuse to anybody in 2004 when

22  Mr. Bill was in the United States?

23  A.   In 2004, yes.

24  Q.   Who did you report it to?

25  A.   There was one of the foreigners, one white woman, called

J.E. Xxxxxx - CROSS - By Mr. Adelstein          96

1    Susan.

2    Q.   Okay.  And was she at the house at any time?

3    A.   She used to come to visit us, and that's the time I choose

4    to tell her that.  I felt comfortable enough to tell her that.

5    Q.   Okay.  Did the Morning Star Center close down after you

6    told Susan?

7    A.   No.

8    Q.   And you said Susan was a foreigner?

9    A.   Yes.

10   Q.   Do you know where she was from?

11   A.   It was Bill who brought her over and told us that she was

12   an American.

13   Q.   Okay.  So it's your testimony, in 2004, you told an

14   American by the name of Susan about this alleged abuse.  Is

15   that correct?

16   A.   Yes.  I told her that.  And she helped me get my

17   declaration to the US Embassy because I didn't trust the

18   Government where I was living.

19   Q.   You made a declaration to the US Embassy in 2004?

20   A.   Yes.

21   Q.   You told the United States Embassy in 2004 about this

22   alleged abuse?

23              MS. MEDETIS:  Objection.  Asked and answered.

24              THE COURT:  Sustained.

25

J.E. Xxxxxx - CROSS - By Mr. Adelstein          97

```
 1    BY MR. ADELSTEIN:

 2    Q.   Do you know who you told this alleged abuse in 2004, the

 3    name of that person at the US Embassy?

 4    A.   I didn't speak one on one with the person.  The person was

 5    not there.  I gave it over the phone because the person was in

 6    the Dominican Republic.

 7    Q.   But it's your testimony you reported it in 2004?

 8              MS. MEDETIS:  Objection.  Asked and answered.

 9              THE COURT:  Sustained.

10    BY MR. ADELSTEIN:

11    Q.   When did you become a supervisor?  What year?

12    A.   2005.

13    Q.   The beginning of 2005?

14    A.   Three months before I left.

15    Q.   Okay.  And you left when in 2005?

16    A.   July.

17    Q.   So around April or May of 2005, you became a supervisor?

18    A.   Yes.  I think so.

19    Q.   And that was a supervisor at the Tabarre Morning Center --

20    Morning Star Center?  Excuse me.

21    A.   Yes.

22    Q.   What were your duties as a supervisor?

23    A.   Ensure that all the kids did their chores correctly.  And

24    if Bill had a message to give, it was through me.

25    Q.   Now, in 2005, did Mr. Bill travel to the United States?
```

1    A.   While I was there, no.

2    Q.   In 2005, as a supervisor, did you report any of this

3    alleged abuse that occurred at the center?

4    A.   No.  I never said anything to anybody because I know I had

5    a deposition done already.

6    Q.   And that was in 2004.  Correct?

7    A.   Yes.

8    Q.   Now, in July of 2005, you talked about some money that was

9    lost.  Correct?

10   A.   Yes.

11   Q.   The truth of the matter is you were accused, were you not,

12   of taking that money?

13          MS. MEDETIS:  Objection as to form.

14          THE COURT:  Sustained.

15          Rephrase your question.

16   BY MR. ADELSTEIN:

17   Q.   The money that was missing came out of Bill's room.

18   Correct?

19          MS. MEDETIS:  Objection.  Foundation.

20          THE COURT:  Overruled.

21          THE WITNESS:  Yes.

22   BY MR. ADELSTEIN:

23   Q.   You were accused, were you not, of taking that money?

24   Correct?

25          MS. MEDETIS:  Objection.  Asked and answered.

J.E. Xxxxxx - CROSS - By Mr. Adelstein          99

1           THE COURT:  Overruled.

2           THE WITNESS:  Yes.

3   BY MR. ADELSTEIN:

4   Q.   And you were thrown out of the program because of the theft

5   of the money.  Correct?

6   A.   I was a supervisor.  I could not find who had taken the

7   money.  And that's what he had told me to do.

8   Q.   And you were thrown out of the program because of the

9   theft --

10  A.   Yes.  I was kicked out, but I did not take the money.

11  Q.   Okay.  Now, where did you go when you got kicked out of --

12          MS. MEDETIS:  Objection.  Outside the scope of direct

13  examination.  Objection.  Relevance.

14          MR. ADELSTEIN:  Goes to motive and bias.

15          THE COURT:  Overruled.

16  BY MR. ADELSTEIN:

17  Q.   Where did you go when you got thrown out of this center?

18  A.   My cousin, where I'm living now.  That's who I went to live

19  with.

20  Q.   And where is that, sir?

21  A.   Santo 2.

22  Q.   And life got a lot tougher for you.  Correct?

23  A.   Yes.

24  Q.   Now, you reported this alleged abuse in 2004.

25       When is the next time you were contacted by any law

 1    enforcement personnel about some abuse that supposedly occurred

 2    at the Morning Star Center?

 3              MS. MEDETIS:  Objection.  Argumentative.

 4              THE COURT:  Sustained.

 5              Rephrase your question.

 6              MR. ADELSTEIN:  Yes, ma'am.

 7    BY MR. ADELSTEIN:

 8    Q.   When is the next time you reported to any law enforcement

 9    personnel this alleged abuse that occurred at the center?

10    A.   When I met with Matt and this group.

11    Q.   What year was that, sir?

12    A.   2012.

13    Q.   2012.  Okay.

14         And you told -- was it these people you met with sitting at

15    the table here, 2012?  And I'm referring to the Government's

16    table.

17    A.   Yes.

18    Q.   And in 2012, am I correct, you told them exactly what you

19    told the US Embassy in 2004?

20    A.   In 2012, I went into more details of my history.

21    Q.   Okay.

22    A.   In 2004, it was just a brief telling that there was the

23    white man abusing us.

24    Q.   Okay.  And in 2012, you just went into more -- and, in

25    2012, you went into more detail about the abuse that you

1    reported in 2004 to the US Embassy.  Correct?

2    A.  Yes.  We spent more time talking.

3    Q.  About the alleged abuse that you reported about in 2004.

4    Correct?

5    A.  Yes.  Abuse, what he did to us.

6    Q.  Okay.

7             MR. ADELSTEIN:  Could I have one moment, your Honor?

8             THE COURT:  Yes.

9    BY MR. ADELSTEIN:

10   Q.  Let me ask you one or two more questions.  And I apologize.

11      Were you present at any meetings where a group of you met

12   with the members of the United States Government, these

13   individuals sitting at this table?

14   A.  Yes.

15   Q.  How many meetings did you attend?

16   A.  I did not count.  I don't remember.  Whenever they are in

17   Haiti, if they want to meet with me, they call me.

18   Q.  Did you meet in a group with other members or students of

19   the Morning Star Center?

20   A.  Yes.  We met in group.  However, to discuss our personal

21   issues, they would meet with us individually.

22   Q.  Okay.  And how many times did you meet as a group?

23   A.  At Parc Canne a Sucre, once.

24   Q.  That's what is known as the sugar factory.  Is that

25   correct?

J.E. Xxxxxx - CROSS - By Mr. Adelstein          102

```
 1    A.   Yes.

 2    Q.   Did you meet any other times with the Government as a

 3    group?

 4    A.   No.

 5    Q.   Only that one time?

 6    A.   That was the last time.  Yes.

 7    Q.   Did you meet any other times as a group with the

 8    Government?

 9    A.   No.

10         MR. ADELSTEIN:  Thank you.

11         THE COURT:  We're going to take a break.

12         Do not discuss this case either amongst yourselves or

13    with anyone else.  Have no contact whatsoever with anyone

14    associated with the trial.

15         Do not read, listen or see anything touching on this

16    matter in any way, including anything in the media, anything on

17    the Internet or anything on any access device.

18         If anyone should try to talk to you about this case,

19    you should immediately instruct them to stop and report it to

20    my staff.

21         You may leave your notebooks at your chairs.  Please

22    be back in the jury room in 15 minutes.  We'll take a 15-minute

23    recess.

24         (Whereupon, the jury exited the courtroom at 3:07 p.m.

25    and the following proceedings were had:)
```

```
 1              THE COURT:  You may be seated for a moment.

 2              You're excused, Mr. Horowitz.

 3              MR. HOROWITZ:  Thank you, Judge.

 4              (Thereupon, Mr. Philip Horowitz retired from the

 5     courtroom and the following proceedings were had:)

 6              THE COURT:  You are not to discuss your testimony with

 7     anyone or permit anyone to discuss it with you during the

 8     break.  Okay?

 9              THE WITNESS:  Yes.

10              THE COURT:  15 minutes.

11              (Thereupon a recess was taken, after which the

12     following proceedings were had:)

13              THE COURT:  We're back on United States of America

14     versus Matthew Andrew Carter, Case No. 11-20350.

15              Counsel, state your appearances, please, for the

16     record.

17              MS. MEDETIS:  Good afternoon, your Honor.

18              Maria Medetis and Bonnie Kane on behalf of the United

19     States, with Special Agents Flores and Larko at counsels' table

20     today.

21              MR. HOROWITZ:  Good afternoon, your Honor.

22              Phil Horowitz, Stuart Adelstein on behalf of Matthew

23     Carter, who's present before the Court, along with our

24     investigator, Reginald Hope.

25              THE COURT:  Let's bring in the jurors, please.
```

 1              (Whereupon, the jury entered the courtroom at

 2     3:37 p.m. and the following proceedings were had:)

 3              THE COURT:  You may be seated.

 4              You are still under oath, sir.

 5              You may proceed, Ms. Medetis.

 6                       REDIRECT EXAMINATION

 7     BY MS. MEDETIS:

 8     Q.   Jean Ekens, on cross-examination, you testified that, if

 9     you used the word "blanc" in the Morning Star Center, it was a

10     death sentence.

11          What do you mean by that?

12     A.   At the center, if by accident I said that word, not only

13     would I be hit, it's a possibility that --

14              MR. ADELSTEIN:  Objection.

15              THE COURT:  Sustained as to "possibility."

16     BY MS. MEDETIS:

17     Q.   And who would hit you?

18     A.   Bill.

19     Q.   On cross-examination, you testified that, when you moved

20     from the Despinos orphanage to the Morning Star Center, life

21     got better, but with a lot of pain.

22          What do you mean by "a lot of pain"?

23     A.   I remained at the center because I had many needs that I

24     could not get outside the center.  I had to stay, even though

25     Bill was doing bad things to me and I was not comfortable with

 1    that.  I had to stay.  I didn't have anywhere else to go.

 2    Q.  When you say the Defendant was doing bad things to you,

 3    what do you mean by that?

 4         MR. ADELSTEIN:  Objection.  Asked and answered.

 5    Repetitious.

 6         THE COURT:  Overruled.

 7         THE WITNESS:  Beat us up, call us son of bitches and

 8    then abuse us sexually.

 9    BY MS. MEDETIS:

10    Q.  On cross-examination, you testified that during prayer, if

11    the Defendant wanted to break it up, he would break it up.

12         What would the Defendant do to break up your prayer?

13    A.  While we're praying -- I'm using myself as an example -- if

14    I'm sitting down, he asked me to stand up.  Then I'll stand up

15    and then go back down and sit.  And then if he decided -- if

16    he's drinking from a bottle, he'll throw it at you and hit you

17    for no reason.

18    Q.  On cross-examination, you testified that you met with the

19    Government at Canne a Sucre, I think, in a group.

20         Do you remember that?

21    A.  During those meetings -- or during that meeting, did you

22    tell the Government --

23         MR. ADELSTEIN:  Objection.  Leading.

24         THE COURT:  I need to hear the question.

25

1    BY MS. MEDETIS:

2    Q.   Did you talk to the Government about what had happened at

3    the center?

4    A.   No.  We discussed our trip, upcoming schedule, when we

5    would be traveling.  That's all.

6    Q.   And when you say trip and when you would be traveling,

7    where were you traveling to?

8    A.   Travel here to Miami.

9    Q.   On cross-examination, you said that, in 2012, you told the

10   people at the Government's table about what had happened to you

11   at the Morning Star Center.

12        Do you remember that?

13   A.   Yes.

14   Q.   When you were telling the Government about the sexual abuse

15   at the center, who was in the room?

16             MR. HOROWITZ:  Objection to the form.  Leading.

17             THE COURT:  Overruled.

18             THE WITNESS:  Maria, Bonnie, Alvaro, Matt and another

19   agent.

20   BY MS. MEDETIS:

21   Q.   And were any of the other boys from the center in the room

22   when you talked about your story -- strike that -- when you

23   talked about your sexual abuse?

24             MR. HOROWITZ:  Objection to the form of the question.

25   Calls for a legal conclusion.

          1              MS. MEDETIS:  Your Honor, "sexual abuse" is not a

          2     legal term.  It's nowhere in the federal statute.

          3              THE COURT:  Overruled.

          4              THE WITNESS:  No.  We were in a room alone.

          5     BY MS. MEDETIS:

          6     Q.   On cross-examination, you had said that you had gone to

          7     authorities to report your -- the sexual abuse in 2004.

          8          Do you remember that?

          9     A.   Yes.

         10     Q.   And in what year did you leave the center?

         11     A.   2005.

         12     Q.   So, then, that was after you had reported the abuse.

         13     Correct?

         14     A.   Yes.

         15     Q.   And that was after the Defendant had accused boys of

         16     stealing money at the center.  Correct?

         17              MR. ADELSTEIN:  Objection.

         18              MR. HOROWITZ:  Objection.  Leading.

         19              THE COURT:  Sustained.

         20              Rephrase your question.

         21     BY MS. MEDETIS:

         22     Q.   On cross-examination, Jean Ekens, you were asked about the

         23     daily routine at the center.

         24          Do you remember that?

         25     A.   Yes.

```
 1    Q.   When during your daily routine did you have to do your
 2    chores?
 3    A.   Every morning fix his room and at night fix his bed.
 4    Q.   And when during your routine did you have to go to school?
 5    A.   Every morning.
 6    Q.   And when in your routine had the Defendant scheduled
 7    prayer?
 8    A.   Devotion is set early in the morning before anybody
 9    completes the chores.
10    Q.   And when or what time in the daily routine did the
11    Defendant schedule breakfast?
12    A.   7:30, before going to school.
13    Q.   And what time during the daily routine did the Defendant
14    schedule dinner?
15    A.   6:30.
16    Q.   And what time during the daily routine did the Defendant
17    schedule recreation time for you to play?
18    A.   After we were all done with the homeworks.
19    Q.   And, Jean Ekens, what time during the daily routine did the
20    Defendant schedule you to masturbate him?
21              MR. ADELSTEIN:  Objection to the form of the question.
22              THE COURT:  Sustained.
23    BY MS. MEDETIS:
24    Q.   What time during the day did the Defendant make you
25    masturbate him?
```

1          MR. ADELSTEIN:  Objection.

2          THE COURT:  Overruled.

3          THE WITNESS:  Sometimes when all the boys are playing

4   downstairs or at night.

5   BY MS. MEDETIS:

6   Q.   And what time during the day did the Defendant force you to

7   suck your penis?

8          MR. ADELSTEIN:  Objection to the form of the question.

9          MS. MEDETIS:  I'll rephrase, your Honor.

10          THE COURT:  Okay.

11   BY MS. MEDETIS:

12   Q.   What time during the day did the Defendant suck your penis?

13   A.   During the time when he asked me to come to his room, when

14   all the children have settled in.

15   Q.   And what time during the day did you have to give the

16   Defendant minutes?

17   A.   At night, when he's watching TV.

18   Q.   Jean Ekens, what is your responsibility here today?

19          MR. ADELSTEIN:  Objection.

20          THE COURT:  Overruled.

21          THE WITNESS:  Tell everything that did -- he did to me

22   while I was there and tell the whole thing, whether good or

23   bad.  I personally, what I'm hoping for --

24          MR. ADELSTEIN:  Objection.

25          THE COURT:  Sustained.

```
 1              MS. MEDETIS:  No further questions, your Honor.

 2              THE COURT:  You may step down, sir.

 3              (Witness excused.)

 4              THE COURT:  Call your next witness.

 5              MS. MEDETIS:  Your Honor, the Government would release

 6  this witness.

 7              MS. KANE:  The United States calls Ricardo Simon.

 8              THE COURT REPORTER:  Thank you.  Please be seated.

 9              Please state your full name for the record.

10               RICARDO XXXXX, GOVERNMENT WITNESS, SWORN

11              THE WITNESS:  Xxxxx, Ricardo.

12                           DIRECT EXAMINATION

13  BY MS. KANE:

14  Q.   Good afternoon, Ricardo.

15  A.   Bonjour.  Good afternoon.

16  Q.   When were you born, Ricardo?

17  A.   September 3, 1993.

18  Q.   How old are you now?

19  A.   19.

20  Q.   Where are you from?

21  A.   Haiti.

22  Q.   Where do you live now?

23  A.   Santo 14.

24  Q.   Is Santo 14 in Haiti?

25  A.   Yes.
```

```
 1   Q.  Can you please tell us a little bit about your parents.

 2   A.  My mom is still alive, but she's sick.  And my dad is still

 3   alive.  But I have not lived with them.

 4   Q.  Did you ever live with your father?

 5   A.  Yes.  When I was 6 years old.

 6   Q.  Could you please tell us a little bit about your brothers

 7   and sisters.

 8   A.  I have three brothers and three sisters.

 9   Q.  Are your brothers and sisters older or younger than you?

10   A.  I only have one younger brother, but after that all, the

11   others are older than me.

12   Q.  Ricardo, do you know a man named Matthew Carter?

13   A.  Yes.

14   Q.  Is he in the courtroom today?

15   A.  Yes.

16   Q.  Could you please point to him and describe a piece of

17   clothing that he's wearing.

18   A.  Yes.

19   Q.  What is he wearing?

20   A.  A blue shirt.

21        MS. KANE:  Please have the record reflect that the

22   witness has identified the Defendant.

23        THE COURT:  It will so reflect.

24   BY MS. KANE:

25   Q.  Do you know a man named Bill Carter?
```

```
 1    A.   Yes.

 2    Q.   Is he in the courtroom today?

 3    A.   Yes.

 4    Q.   Can you please point to him and describe a piece of

 5    clothing that he's wearing.

 6    A.   A blue shirt.

 7              MS. KANE:   Please have the record reflect that the

 8    witness has identified the Defendant.

 9              THE COURT:   It will so reflect.

10    BY MS. KANE:

11    Q.   What did you call the Defendant?

12    A.   Bill.

13    Q.   When did you first meet the Defendant?

14    A.   2001.

15    Q.   Where were you when you met him?

16    A.   At Santo.

17    Q.   Where in Santo were you?

18    A.   In Santo, Santo in Croix des Bouquets, in Haiti.

19    Q.   Were you at someone's house?  Out on the street?  Where

20    were you?

21    A.   I was at my father's house.

22    Q.   Was the Defendant at your father's house that day?

23    A.   No.  He was moving into the same 14, so he used to pass by.

24    Q.   How did you meet the Defendant for the first time?

25    A.   I used to see him, but never spoke to him.  There was a
```

```
 1    lady that had an organization and this lady knew that he had a

 2    program and she took me --

 3              MR. ADELSTEIN:  Objection.

 4              THE WITNESS:  -- to his program.

 5              THE COURT:  I'm sorry?

 6              MR. ADELSTEIN:  Objection.  Calls for hearsay, "this

 7    lady knew."

 8              THE COURT:  Sustained as to what the lady knew.

 9    BY MS. KANE:

10    Q.  Ricardo, did there come a time when you visited the

11    Defendant at his home?

12    A.  Yes.

13    Q.  Where was the Defendant's home when you visited him?

14    A.  Santo 14.

15    Q.  And when you visited the Defendant at his home in Santo 14,

16    did anybody else live with him?

17    A.  Yes.

18    Q.  Who lived with the Defendant at Santo 14?

19    A.  There was a lot.

20    Q.  Were there adults or children living with the Defendant?

21    A.  Children.

22    Q.  Were they boys or girls?

23    A.  Boys.

24    Q.  And approximately how many boys were living with the

25    Defendant?
```

1    A.   25, about.

2    Q.   Did the Defendant's home have a name?

3    A.   Yes.

4    Q.   What was the name?

5    A.   Morning Star.

6    Q.   Approximately how old were you when you first visited the

7    Defendant at his home, the Morning Star?

8    A.   7, 8.

9    Q.   What happened on the first day that you visited the

10   Defendant at the Morning Star?

11   A.   On the first day, he accepted to take me in the program.

12   Q.   And what was the program?

13   A.   To go to school, to live there, to find a place to sleep

14   and to eat.

15   Q.   Did you move into the Defendant's house that day?

16   A.   Yes.

17   Q.   And was that in 2001?

18   A.   Yes.

19   Q.   Why did you move in with the Defendant at the Morning Star?

20   A.   Because it was a center where you found help.  It was

21   better because I had no means, financially, to be taken care

22   of.  So that's why I went to live.

23   Q.   Who did not have the financial means to take care of you?

24   A.   My father.

25            MS. KANE:  Your Honor, permission to publish what has

```
 1    previously been admitted as Government's Exhibit 62?

 2              THE COURT:  You may.

 3    BY MS. KANE:

 4    Q.  Ricardo, do you recognize this picture?

 5    A.  Yes.

 6    Q.  And who is in this picture?

 7    A.  Me.

 8    Q.  And what is stated on the left side of this picture?

 9    A.  "Nason."  That's my pet name.

10    Q.  Who gave you that name?

11    A.  My father.

12    Q.  And were you living at the Morning Star still in 2003?

13    A.  Yes.

14    Q.  Where was this picture taken?

15    A.  Santo 14.

16    Q.  Is that the house where you moved into?

17              MR. HOROWITZ:  Objection.  Leading.

18              THE COURT:  Rephrase your question.

19    BY MS. KANE:

20    Q.  Where was the Morning Star when you moved in, Ricardo?

21    A.  This is the entrance of the house at Santo 14, where he

22    lived.

23    Q.  When you moved into the Morning Star with the Defendant,

24    where was the house located, Ricardo?

25    A.  I don't remember the number exactly.
```

```
 1    Q.   What was the neighborhood?

 2    A.   It was the same.

 3    Q.   After Santo 14, did the Morning Star move to another

 4    location?

 5    A.   Yes.

 6    Q.   Where did the Morning Star move to next?

 7    A.   Tabarre 23.

 8    Q.   Were you living at the center when it moved to Tabarre 23?

 9    A.   Yes.

10    Q.   And where was the Morning Star when you moved out?

11    A.   It was in Tabarre 23.  But then it separated into two.

12    Q.   And what do you mean by that, that "it separated into two"?

13    A.   What happened is that the older boys went to Santo 14 and

14    the younger boys went to Tabarre.

15    Q.   What was the last house that you lived in when you were at

16    the center?

17    A.   Tabarre.

18    Q.   And when the Defendant traveled to the United States for

19    the last time, were you still living at the Morning Star?

20    A.   Yes.

21    Q.   And where was the house at that time?

22    A.   Tabarre.

23    Q.   Did you turn 18 years old before or after you left the

24    Morning Star?

25    A.   After.
```

1    Q.   So were you under the age of 18 years old when you left the

2    center?

3    A.   Yes.  I was 17.

4    Q.   Ricardo, when you first moved into the center, what did you

5    like about living there?

6    A.   What I liked is that I could eat until I was full, I had

7    the boys to play soccer with, I could go to school, I had a TV

8    to watch.  Those were my pleasures.

9    Q.   How many meals did you get to eat at the Morning Star when

10   you lived there?

11   A.   Three times.

12   Q.   When you lived with your parents, how many meals would you

13   get to eat each day?

14   A.   One, two.

15   Q.   When you lived with your parents or with your mother, were

16   you able to go to school?

17   A.   No.

18   Q.   Were your brothers or sisters able to go to school?

19   A.   No.

20   Q.   And when you moved in to the Morning Star, who paid for you

21   to go to school?

22   A.   Bill.

23   Q.   What were your jobs when you lived at the Morning Star,

24   Ricardo?

25   A.   When I just got there, I didn't know any routine about the

 1   routine of the house.  I had no chores.  It's later on that I

 2   got chores.

 3   Q.  As you got older, what chores did you get?

 4   A.  Before, some of my first jobs were I used to make coffee

 5   for him, I used to clean up -- pick up dog shit and cook for

 6   the dog.

 7   Q.  Whose coffee did you have to make?

 8   A.  For Bill.

 9   Q.  Did the Defendant have a dog?

10   A.  Yes.

11   Q.  Did you have to clean up after the Defendant's dog?

12   A.  Yes.

13   Q.  What were some of the things that you did not like about

14   living at the Morning Star?

15   A.  I didn't like in the mornings, when I went to say good

16   morning to him, that he would touch me and touch my penis and

17   put lotion in my hand for me to masturbate him.

18   Q.  Who did you have to say good morning to, Ricardo, each

19   morning?

20   A.  I had no problem -- it was Bill.  I had no problem saying

21   good morning to him, but going in his room to say it was tough.

22   Q.  What would happen when you had to go into Bill's bedroom in

23   the morning to say good morning to him?

24   A.  He would be lying down naked and for me to come in and hug

25   him.

1    Q.   After you hugged the Defendant, what would happen?

2    A.   He would always try to touch me.  But sometimes I tried to

3    move away.

4    Q.   Where would the Defendant try to touch you?

5    A.   My penis.

6    Q.   How often did that happen?

7    A.   Many times.

8    Q.   Do you remember the first time the Defendant tried to touch

9    your penis?

10   A.   That happened many times.  I was young.  I didn't

11   understand everything.  It's after, when I got older, I

12   understood.

13   Q.   Did that happen at the Santo 14 house, Ricardo?

14   A.   Yes.

15   Q.   Did the Defendant ever actually touch your penis?

16   A.   Yes.

17   Q.   Can you tell us what you remember happening.

18   A.   Sometimes -- he did that many times.  Sometimes I would go

19   shower in his shower and he would be sucking on my penis.

20   Other times, when I would be watching movies in his room, then

21   he would do it to me.

22   Q.   What would the Defendant do to you while you were watching

23   movies?

24   A.   When the boys left and I stayed, he would give me lotion

25   for me to masturbate for him.

1   Q.   Did the Defendant have you masturbate him?

2   A.   Many times.

3   Q.   How often did that happen?

4   A.   In a month, I may have to do that six times.

5   Q.   When the Defendant had you masturbate him, how did you get

6   the lotion?

7   A.   It was by his bedside and he would put it in my hand.

8   Q.   Did this happen in Santo 14?

9   A.   Yes.

10  Q.   And after the Defendant put the lotion in your hands, what

11  would the Defendant do next?

12          THE INTERPRETER:  Could you hold on, counsel.

13          THE WITNESS:  He would lie back on his back and I

14  would masturbate him till he ejaculated.

15  BY MS. KANE:

16  Q.   Did the Defendant ever say anything to you while you were

17  masturbating him?

18  A.   When I was done, he said, "Thank you."

19  Q.   When you were masturbating the Defendant, did the Defendant

20  ever touch you?

21  A.   Sometimes he would suck on my penis.

22  Q.   When would the Defendant suck on your penis?

23  A.   He would tell me to come to his room at night or when I'd

24  go to his room to say goodnight.

25  Q.   And when you would go to the Defendant's room, what would

1    he do?

2    A.   He touched me until he did it to me.

3    Q.   How soon after you moved into the Morning Star, Ricardo,

4    did the Defendant start doing these sexual things to you?

5    A.   I do not recall, really.  I was so young when I moved in.

6    I do not remember.

7    Q.   You said that the Defendant sometimes took you into the

8    shower.

9         How often did the Defendant take you into the shower with

10   him?

11   A.   That happened at Santo 14.  It happened several times.

12   Q.   When the Defendant would take you into his shower, what

13   would the Defendant do?

14   A.   I would take a shower and then he would suck on my penis.

15   Q.   Would the Defendant suck on your penis while you were still

16   in the shower?

17   A.   Before I take a shower or after I take a shower.

18   Q.   Ricardo, did you ever see the Defendant in your bedroom at

19   night?

20   A.   Yes.

21   Q.   What did you see the Defendant doing in your bedroom at

22   night?

23   A.   When we resided at Tabarre, several times he would come in

24   because he had to go to the shower.  Sometimes he would go to

25   the boys and I would be in the room because I shared a room

1    with the boys.  He had a flashlight that he used and I used to

2    cover my head because I didn't want him to put the flashlight

3    in my face.

4    Q.   What was the Defendant doing with the flashlight in your

5    bedroom?

6    A.   Flashing the boys.

7    Q.   And after the Defendant flashed the boys, what did you see

8    him do?

9    A.   He would try to wake them up and sometimes he would touch

10   them.

11   Q.   Who did you see the Defendant touch?

12   A.   The person that he used to touch -- and I was a witness to

13   that -- was not a resident.  He used to visit on weekends.

14   Q.   Did the Defendant ever touch you in your bedroom at night?

15   A.   To tell you the truth, I would be sleeping, then wake up

16   and find him doing that to me.  He was touching me.  That's

17   when I fall asleep in the living room while watching TV.

18   Q.   When you woke up, what was the Defendant doing?

19   A.   He would be sucking on my penis.

20   Q.   When you woke up, what would the Defendant do?

21   A.   He told me not to say anything until he completed whatever

22   it is he was doing.

23   Q.   Would the Defendant say that to you in English or Creole?

24   A.   I understood English.

25   Q.   So did the Defendant say that to you in English?

1    A.   Yes.

2    Q.   At what house did that happen?

3    A.   It happens at Santo.  It happens at Tabarre.

4    Q.   So did the Defendant wake you up at night by doing

5    something sexual to you on more than one occasion?

6    A.   Yes.

7    Q.   And on the other occasions when the Defendant woke you up

8    by doing something sexual to you, what was he doing?

9    A.   If I fell asleep, I woke up and find him sucking on my

10   penis.  If he gives me -- he tells me to come to him and we

11   have a set time, then I have to masturbate him.

12   Q.   When you say that you had a set time, what do you mean by

13   that?

14   A.   To come to his room at night.

15   Q.   How did you know to go to the Defendant's room at a set

16   time at night?

17   A.   He told me to come.  And I went and it happened.  And

18   sometimes, if I failed to comply, he would be very upset.

19   Q.   When would the Defendant tell you to come to his room at

20   night?

21   A.   When everybody would go to bed.

22   Q.   And when you would go to the Defendant's room at night

23   after he told to you come, what would he have you do?

24              MR. HOROWITZ:  Objection.  Asked and answered.

25              THE COURT:  Sustained.

```
 1   BY MS. KANE:

 2   Q.  After you went to the Defendant's room at night and did

 3   what he asked you to do, did the Defendant give you anything?

 4            MR. HOROWITZ:  Same objection, your Honor.

 5            THE COURT:  Overruled.

 6            THE WITNESS:  No.  Not necessarily.  However, if he

 7   was giving away things, I would get the best one.  He did it

 8   because he was paying our tuition at school and he was feeding

 9   us.

10   BY MS. KANE:

11   Q.  And when you say "he did it," what do you mean?

12   A.  The homosexual thing.

13   Q.  What do you mean by that?

14            MR. HOROWITZ:  Objection.  Asked and answered.

15            THE COURT:  Ask your next question.

16            Sustained.

17   BY MS. KANE:

18   Q.  When you lived with the Defendant at the Morning Star,

19   Ricardo, did the Defendant ever do sexual things to you and

20   another child at the same time?

21   A.  Yes.

22   Q.  How many times did that happen, Ricardo?

23   A.  I don't remember how many times.

24   Q.  Can you tell us about the time that you remember?

25   A.  I did it at the Santo's house.
```

1   Q.   At the Santo 14 house?

2   A.   Yes.

3   Q.   What happened at the Santo 14 house with another child?

4   A.   He asked me to come to his room.  I shared a room with a

5   partner because we slept in groups.  And he asked me to come

6   with him.

7   Q.   Who asked you to come with him?

8   A.   Bill.

9   Q.   And who was the person in your room with you?

10  A.   Changlais.

11  Q.   What happened after Bill asked you to come to his room?

12  A.   He was sucking on my penis and the partner was masturbating

13  him, Changlais.

14  Q.   By "partner," you mean Changlais?

15  A.   Yes.

16  Q.   What time of day did this happen?

17  A.   At night.

18  Q.   When the Defendant was sucking on your penis, what was

19  Changlais doing?

20          MR. HOROWITZ:  Objection.  Asked and answered.

21          THE COURT:  Sustained.

22  BY MS. KANE:

23  Q.   Was the Defendant doing these sexual things to you and

24  Changlais at the same time?

25          MR. HOROWITZ:  Objection.  Asked and answered.

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  Yes.

 3   BY MS. KANE:

 4   Q.   And what happened afterwards?

 5   A.   Well, I mean that he was sucking on my penis and Changlais

 6   was masturbating him.

 7   Q.   And after the Defendant sucked on your penis and after

 8   Changlais masturbated the Defendant, what happened next?

 9   A.   Then he sucked on Chandler's penis and I masturbated him.

10   Q.   Did the Defendant ejaculate, Ricardo?

11   A.   He ejaculated in my hands.  He gave me some napkin to clean

12   my hands with.

13   Q.   What did the Defendant say to you after he ejaculated, if

14   anything?

15   A.   "Go to your bed."

16   Q.   At what house did this happen, Ricardo?

17              MR. HOROWITZ:  Objection.  Asked and answered.

18              THE COURT:  Sustained.

19   BY MS. KANE:

20   Q.   Do you remember another time, Ricardo, when the Defendant

21   did something sexual to you and another child?

22   A.   In the same house.  It happened with another child.

23   Q.   Do you remember the name of the other child?

24   A.   Yvens.

25   Q.   What happened to you and Yvens?
```

 1    A.    The same thing as Changlais.

 2    Q.    Can you tell us what happened.

 3    A.    He sucked on my penis and the other guy masturbated him.

 4    Q.    And when you say he sucked on your penis, do you mean the

 5    Defendant?

 6    A.    Yes.

 7    Q.    When you moved to the Tabarre house, Ricardo, did the

 8    Defendant continue to sexually abuse you at that house?

 9             MR. HOROWITZ:  Objection.  Leading.

10             THE COURT:  Sustained.

11             Rephrase your question.

12    BY MS. KANE:

13    Q.    Ricardo, what sexual things did the Defendant do to you at

14    the Tabarre house?

15             MR. HOROWITZ:  Same objection, your Honor.

16             THE COURT:  Sustained.

17             Rephrase your question.

18    BY MS. KANE:

19    Q.    Ricardo, when you lived at the Tabarre house, did the

20    Defendant do anything sexual to you?

21    A.    He did.  But many times he requested it from me and I

22    refused.

23    Q.    When was the last time the Defendant did something sexual

24    to you?

25    A.    The last time I do not remember.

 1   Q.   Do you remember approximately how old you were?

 2             MR. HOROWITZ:  Objection.  Asked and answered.

 3             THE COURT:  Overruled.

 4             THE WITNESS:  He stopped when I was about 16.

 5   BY MS. KANE:

 6   Q.   After you turned 16 years old, did the Defendant continue

 7   to ask you to do sexual things?

 8   A.   One day he asked me to come to his room and I refused to

 9   comply.  Then he came to my room and cursed me out.

10   Q.   What did the Defendant say to you when he cursed you out?

11   A.   He said, "I'm feeding you.  I'm sending you to school.  And

12   you cannot do anything?  You are a son of a bitch."

13   Q.   Did the Defendant ever offer you something to try to

14   persuade you to do sexual things with him?

15             MR. HOROWITZ:  Objection.  Leading.

16             THE COURT:  Sustained.

17             Rephrase your question.

18   BY MS. KANE:

19   Q.   Did the Defendant ever offer you something to get you to do

20   sexual things with him?

21             MR. HOROWITZ:  Objection.  Asked and answered.

22             THE COURT:  Overruled.

23             THE WITNESS:  He offered me money.

24   BY MS. KANE:

25   Q.   What happened when the Defendant offered you money?

1    A.   I used to do it.  Because we ate in the mornings and then

2    we had to go to school.  I complied because I wanted him to

3    give me an extra dollar of allowance.  So I did it.

4    Q.   And what did you have to do to get the extra dollar,

5    Ricardo?

6    A.   He offered me money to come to his room.

7    Q.   And when you went to the Defendant's room, what did you

8    have to do?

9    A.   The same thing.  Masturbate him.

10   Q.   Other than the time the Defendant cursed you out, what else

11   did the Defendant do when you refused to comply with his sexual

12   requests?

13          MR. HOROWITZ:  Objection to the form of the question.

14          THE COURT:  Sustained.

15          Rephrase your question.

16   BY MS. KANE:

17   Q.   When you refused to do sexual things to the Defendant, what

18   would the Defendant do?

19          MR. HOROWITZ:  Objection.  Asked and answered.

20          THE COURT:  Overruled.

21          THE WITNESS:  The last time I turned him down and I

22   told him that this was not a good thing for me to do for him,

23   he was upset.  He told me why was I resisting him.

24   BY MS. KANE:

25   Q.   And when the Defendant asked you why you were resisting

1    him, what happened?

2           MR. HOROWITZ:  Objection.  Asked and answered.

3           THE COURT:  Overruled.

4           THE WITNESS:  I told him that this was not a good

5    thing to do and God did not like it; so, I didn't want to do

6    it.

7    BY MS. KANE:

8    Q.  What did the Defendant say in response?

9    A.  "God is aware of sins."

10   Q.  Did the Defendant say anything else?

11   A.  Oh, what happened eventually, I was assigned the worst of

12   the chores and I did not get the opportunity to become a team

13   leader as the other boys.

14   Q.  Ricardo, at the Santo 14 house, did you ever see the

15   Defendant sexually abuse any other boys in the house?

16   A.  At Santo 14, I didn't see because, in that house, his

17   bedroom had a door -- closed door.

18   Q.  At the Tabarre house, did you see the Defendant ever

19   sexually abuse any other boys in the house?

20   A.  Yes.

21   Q.  What did you see at the Tabarre house?

22   A.  After the earthquake, there's a boy about 14, 15 that he

23   did that to.

24   Q.  I'm sorry.

25        Approximately how old was the boy?

1   A.   11.

2   Q.   What did you see the Defendant do to this 11-year-old boy

3   after the earthquake?

4   A.   The same thing that he used to make me do.  Masturbate for

5   him.

6   Q.   Where in the house did you see this?

7   A.   At Tabarre.

8   Q.   How were you able to see this in the Defendant's room?

9   A.   In the house in Tabarre, the bedroom did not have a door.

10  You could see when he went in.  And there was a window.  And

11  from the window you could see where he was lying down.

12  Q.   Who was lying down?

13  A.   Bill.

14  Q.   And what was the Defendant doing?

15  A.   He made the boy do that for him.

16  Q.   Did you ever see the Defendant bring boys that did not live

17  at the center to his bedroom?

18  A.   The boy I was telling you about did not live in there.

19  Q.   Did the Defendant ever tell you why he was bringing boys

20  that did not live at the center to his bedroom?

21  A.   It was his choice to do that.  Whenever he appreciated or

22  he liked a kid he saw in the street, he would bring him in,

23  especially if most of us inside refused him.

24  Q.   Did the Defendant say anything to you about that?

25  A.   No.  He never really said anything about it.  But when he

 1    would be breaking things around the house, being mad --

 2              MR. HOROWITZ:  Objection, your Honor.

 3              THE COURT:  Sustained.

 4              MS. KANE:  Your Honor, permission to publish what has

 5    been previously admitted as Government's Exhibit 49?

 6              THE COURT:  You may.

 7    BY MS. KANE:

 8    Q.  Ricardo, do you see your picture in this exhibit?

 9    A.  Yes.

10    Q.  Would you please circle your picture on the touch screen in

11    front of you.

12    A.  (Witness complies.)

13    Q.  Were you living at the Morning Star in the autumn of 2003?

14    A.  Yes.

15              MS. KANE:  Your Honor, permission to publish what has

16    been previously admitted as Government's Exhibit 50?

17              THE COURT:  You may.

18    BY MS. KANE:

19    Q.  Ricardo, do you see your picture in this exhibit?

20    A.  Yes.

21    Q.  Could you please circle your picture on the touch screen in

22    front of you.

23    A.  It's not marking it.  I'm trying.  It's not marking it.

24    Q.  I'm going to circle where I think you're marking.

25         Is that your picture?

```
 1    A.   Yes.   That's me, there.   Yes.

 2    Q.   Is that you on the right?

 3    A.   Yes.

 4    Q.   Who's in the picture next to you on the left?   Who is this

 5    boy to your left?

 6    A.   It looks like Changlais.   It's not clear.   I don't see it

 7    very well.   That's Ti Nason, Jean Xxxxxxx XxXxxxxxx.

 8              MS. KANE:   Your Honor, permission to publish what has

 9    previously been admitted as Government's Exhibit 80?

10              THE COURT:   You may.

11    BY MS. KANE:

12    Q.   Ricardo, is your picture in this exhibit?

13    A.   Yes.

14    Q.   Would you please circle your picture on the touch screen.

15    A.   (Witness complies.)

16    Q.   Were you living at the center in September of 2004?

17    A.   Yes.

18    Q.   And what is listed under your picture?   What is stated

19    under your picture?

20    A.   "Nason," my pet name.

21    Q.   And who is the boy above you?

22    A.   Changlais.

23              MS. KANE:   Your Honor, permission to publish what has

24    previously been admitted as Government's Exhibit 81?

25              THE COURT:   You may.
```

 1    BY MS. KANE:

 2    Q.   Ricardo, is your picture on this exhibit?

 3    A.   Yes.

 4    Q.   Would you please circle your picture on the touch screen.

 5    A.   (Witness complies.)

 6    Q.   Were you living at the Morning Star Center in the spring of

 7    2006?

 8    A.   Yes.

 9         MS. KANE:  Your Honor, permission to publish what has

10    previously been admitted as Government's Exhibit 30?

11         THE COURT:  You may.

12    BY MS. KANE:

13    Q.   Ricardo, directing your attention to the list of names at

14    the top of this e-mail, do you see your name listed?

15    A.   Yes.

16    Q.   And how is your name listed?

17    A.   No. 16.  "Nason, 16."

18    Q.   So does the number 16 appear after your name?

19    A.   Yes.  In the -- my name and then the 16.

20    Q.   Okay.  Were you living at the Morning Star Center on

21    August 21st, 2009?

22    A.   Yes.

23         MS. KANE:  Your Honor, permission to publish what has

24    previously been admitted as Government's Exhibit 31?

25         THE COURT:  You may.

BY MS. KANE:

Q.  Ricardo, were you living at the Morning Star in September
of 2010?

A.  Yes.

Q.  Directing your attention to the second page of this
exhibit, what is stated at the top?

A.  "Morning Star Center."

Q.  And do you see your name on this exhibit?

A.  Yes.

Q.  And what is stated regarding your name?

A.  "Ricardo (Nason) Xxxxx, Resident."

        MS. KANE:  Your Honor, may I have permission to
approach?

        THE COURT:  Yes.

BY MS. KANE:

Q.  Ricardo, I'm showing you what has previously been admitted
as Government's Exhibits 49 and 50.

    Using this pen, would you please put your full name next to
your picture on each of these exhibits.

A.  (Witness complies.)

        MS. KANE:  Your Honor, permission to publish what has
previously been admitted as Government's Exhibit 32-G?

        THE COURT:  You may.

BY MS. KANE:

Q.  Ricardo, do you recognize this?

 1    A.   Yes.

 2    Q.   What is this?

 3    A.   Bill's room.

 4    Q.   At what house?

 5    A.   Tabarre 23.

 6         MS. KANE:   Your Honor, permission to publish what has

 7    previously been admitted as Government's Exhibit 32-C?

 8         THE COURT:   You may.

 9    BY MS. KANE:

10    Q.   Ricardo, do you recognize this?

11    A.   Yes.

12    Q.   And what is this?

13    A.   That's the porch.

14    Q.   At what house?

15    A.   Tabarre 23.

16    Q.   Directing your attention to the bulletin board here, what

17    used to hang or be posted on the bulletin board at the Tabarre

18    house?

19    A.   It used to have the chore list, the food that was to be

20    prepared for the day for lunch, the time to wake up and the

21    time to go to bed.

22         MS. KANE:   Your Honor, permission to publish what has

23    previously been admitted as Government's Exhibit 32-D?

24         THE COURT:   You may.

25

1    BY MS. KANE:

2    Q.   Ricardo, do you recognize this?

3    A.   Yes.

4    Q.   What is this?

5    A.   It's the Morning Star Center.

6    Q.   Have you seen this before?

7    A.   Yes.

8    Q.   Where have you seen this before?

9    A.   At Tabarre 23.

10   Q.   Where in Tabarre 23 did you see this?

11   A.   On the porch.

12   Q.   Where on the porch did you see this?

13   A.   On the board that had the picture on the porch.  It was

14   also put on the board.

15   Q.   Ricardo, do you see your name on this list?

16   A.   Yes.

17   Q.   And what does it say?

18   A.   It says "Ricardo (Nason) Xxxxx, Resident."

19   Q.   Ricardo, approximately how many years did you live with the

20   Defendant at the Morning Star?

21   A.   I think I was there from the age of 8 and I left at 17.  So

22   almost 11 years.  I don't know.

23   Q.   Ricardo, why did you stay at the Morning Star for as long

24   as you did?

25   A.   For my situation in life.

1    Q.   And how would you describe your situation in life?

2              MR. HOROWITZ:  Objection to the form of the question.

3              THE COURT:  Overruled.

4              THE WITNESS:  Hungry, couldn't go to school, health.

5    BY MS. KANE:

6    Q.   Did you have health issues, Ricardo?

7    A.   Yes.  When I got sick, if I got fever -- headaches with the

8    fever, my family couldn't take care of me.  At least over there

9    there was a clinic where they could take care of me.

10   Q.   So when you lived at the Morning Star, did you have access

11   to healthcare?

12             MR. HOROWITZ:  Objection.  Leading.

13             THE COURT:  Sustained.

14             Rephrase your question.

15   BY MS. KANE:

16   Q.   When you lived at the Morning Star Center, what would

17   happen when you got sick?

18   A.   I had fever and vomiting.  I told him that and he had

19   medication and he gave me.

20   Q.   And who is "he," Ricardo?

21   A.   Bill.

22   Q.   Ricardo, when -- during the many years that you lived at

23   the center, did you ever tell anyone in your family about the

24   Defendant's sexual abuse of you?

25             MR. HOROWITZ:  Objection.  Leading.

```
 1              THE COURT:  Sustained.

 2              Rephrase your question.

 3   BY MS. KANE:

 4   Q.  When you lived with the Defendant, who did you tell, if

 5   anyone, about the Defendant's sexual abuse of you?

 6   A.  I told no one because I was ashamed.

 7   Q.  Ricardo, did you ever talk to -- strike that.

 8       Did you ever report the Defendant's sexual abuse to the

 9   police -- the Haitian police?

10   A.  No.

11   Q.  Did you ever talk to a Haitian policeman about the

12   Defendant's sexual abuse?

13              MR. HOROWITZ:  Objection.  Asked and answered.

14              THE COURT:  Overruled.

15              THE WITNESS:  I did not file a complaint, but I had

16   some people who asked me questions.

17   BY MS. KANE:

18   Q.  Who asked you questions?

19   A.  In 2006, I was in school.  I was in class.  And some guys

20   came in plainclothes.  They asked me questions about that.

21   Q.  What did they ask you questions about?

22              MR. HOROWITZ:  Objection.  Hearsay.

23              THE COURT:  Sustained.

24   BY MS. KANE:

25   Q.  Who were the men -- or -- excuse me -- who were the people
```

1    that were in plainclothes that came to your school, Ricardo?

2    A.   I do not know them.  I don't know whether they were part of

3    law enforcement or the police.  I did not know them.

4    Q.   Without telling us what you said, what topics did you

5    discuss with them?

6              MR. HOROWITZ:  Objection.  Hearsay.

7              THE COURT:  Sustained.

8    BY MS. KANE:

9    Q.   Ricardo, when these plainclothes individuals came to your

10   school, what did you say to them?

11   A.   They came up to me.  And at the school, they used to tease

12   me and call me a homosexual.  I was very ashamed.  I was

13   ashamed.  So I told them it was a rumor in the neighborhood.

14   Q.   And what did you tell them about the rumor?

15   A.   I stated that the people who did not like us, who hated us,

16   were spreading rumors about us being homosexual.

17   Q.   What did you tell these individuals about the Defendant's

18   sexual abuse?

19             MR. HOROWITZ:  Objection.  Leading.

20             THE COURT:  Sustained.

21             Rephrase your question.

22   BY MS. KANE:

23   Q.   What else did you tell these individuals that came to your

24   school?

25   A.   Finally -- you know, that happened a long time ago.  I do

 1  not remember all the conversation that we had.

 2  Q.   Ricardo, did you tell these individuals what was happening

 3  to you at the Morning Star?

 4          MR. HOROWITZ:  Objection.  Leading, asked and

 5  answered.

 6          THE COURT:  Sustained.

 7          Rephrase your question.

 8          MS. KANE:  One moment, your Honor.

 9          The United States tenders this witness.

10          THE COURT:  Cross-examination.

11                     CROSS-EXAMINATION

12  BY MR. HOROWITZ:

13  Q.   Mr. Xxxxx, you told this jury --

14          THE COURT:  Mr. Horowitz, we're going to take a short

15  break.

16          MR. HOROWITZ:  Yes, your Honor.

17          THE COURT:  Do not discuss this case either amongst

18  yourselves or with anyone else.  Have no contact whatsoever

19  with anyone associated with the trial.

20          Do not read, listen or see anything touching on this

21  matter in any way, including anything in the media, anything on

22  the Internet or anything on any access device.

23          If anyone should try to talk to you about this case,

24  you should immediately instruct them to stop and report it to

25  my staff.

```
 1              We're just going to take five minutes.

 2              (Whereupon, the jury exited the courtroom at 5:08 p.m.

 3    and the following proceedings were had:)

 4              THE COURT:  You may be seated for a moment.

 5              Sir, you are not to discuss your testimony with anyone

 6    or permit anyone to discuss it with you.

 7              THE WITNESS:  Yes.

 8              THE COURT:  Five-minute recess.

 9              (Thereupon a recess was taken, after which the

10    following proceedings were had:)

11              THE COURT:  We're on United States of America versus

12    Matthew Andrew Carter, Case No. 11-20350.

13              Counsel, state your appearances, please, for the

14    record.

15              MS. MEDETIS:  Yes.  Good afternoon, your Honor.

16              Maria Medetis and Bonnie Kane on behalf of the United

17    States.

18              MR. ADELSTEIN:  And good evening, your Honor.

19              Stu Adelstein and Phil Horowitz.  This is late for me.

20              And Mr. Carter is present, along with Reginald Hope.

21              THE COURT:  I'm sure it's not too late for you,

22    Mr. Adelstein.

23              Actually, I wanted to give you an opportunity to do

24    some cross; so, that's why we're still proceeding.

25              MR. ADELSTEIN:  We appreciate it.
```

```
 1              THE COURT:  I didn't want to break at the end of

 2   direct.

 3              So, Mr. Horowitz, if you're ready to proceed with

 4   cross, and then you can just let me know and --

 5              MR. HOROWITZ:  Judge, I'm ready to proceed with cross.

 6   I don't mind breaking right here.

 7              THE COURT:  If that's what you want to do, that's

 8   fine.  I was trying to give you an opportunity to have some

 9   cross before we broke until Tuesday.

10              MR. HOROWITZ:  May I talk to Mr. Adelstein?

11              MR. ADELSTEIN:  Could we have one moment?

12              THE COURT:  Sure.

13              (Discussion had off the record between counsel.)

14              MR. HOROWITZ:  Mr. Adelstein says I should work

15   because traffic is going to be bad and it's raining; so, an

16   extra 10 or 15 minutes won't hurt.

17              THE COURT:  I was thinking of breaking around 5:30,

18   5:40.  So when it seems like a point where it seems like a good

19   pause to you, just give me a heads-up and we'll break.  Okay?

20              MR. ADELSTEIN:  Perfect.

21              THE COURT:  And if you don't do it after a while, I'll

22   do it for you.

23              MR. ADELSTEIN:  Trust me.  We'll do it.  I'll do it.

24   Trust me.

25              (Whereupon, the jury entered the courtroom at
```

```
 1    5:19 p.m. and the following proceedings were had:)

 2              THE COURT:  You may be seated.

 3              You are still under oath, sir.

 4              You may proceed, Mr. Horowitz.

 5    BY MR. HOROWITZ:

 6    Q.  Mr. Xxxxx, you testified that you told no one because you

 7    were ashamed.  Is that correct?

 8    A.  To people who came to see me in 2006, I did not tell them

 9    anything because I was ashamed.

10    Q.  The people that came to see you in 2006 were from the

11    Haitian National Police; were they not?

12              MS. KANE:  Objection.  Speculation.

13              THE COURT:  Sustained.

14    BY MR. HOROWITZ:

15    Q.  You told this jury that you were pulled out of school, were

16    you not, to talk to these people?

17    A.  Yes.  From my class.

18    Q.  It wasn't your parents that pulled out of class, was it?

19              MS. MEDETIS:  Objection.  Argumentative.

20              THE COURT:  Sustained.

21    BY MR. HOROWITZ:

22    Q.  It wasn't Mr. Bill that pulled you out of class, was it?

23              MS. MEDETIS:  Objection.  Argumentative.

24              THE COURT:  Sustained.

25
```

```
 1   BY MR. HOROWITZ:

 2   Q.  As a matter of fact, when you talked to these people, they

 3   wanted to talk to you about Mr. Bill; did they not?

 4           MS. MEDETIS:  Objection as to what is a matter of

 5   fact.

 6           THE COURT:  Sustained.

 7           Rephrase your question.

 8   BY MR. HOROWITZ:

 9   Q.  Mr. Xxxxx, these people that pulled you out of class wanted

10   to talk to you about Mr. Bill; did they not?

11   A.  I did not know at first.  I found out after they started

12   asking me questions.

13   Q.  And you talked to them about Mr. Bill; did you not?

14   A.  I talked to them, but I do not recall what I told them.

15   Q.  Did these people have uniforms?

16   A.  No.

17   Q.  Did these people show you badges?

18   A.  I don't remember.

19   Q.  Did they have guns on them?

20   A.  I was not paying attention to that.

21   Q.  When you talked to these men, Mr. Bill was not anywhere

22   near where you were at this time.

23           MS. KANE:  Is there a question?

24           MS. MEDETIS:  Objection.  What is the question?

25           THE COURT:  Sustained.
```

```
 1              Rephrase your question.

 2   BY MR. HOROWITZ:

 3   Q.  Was Mr. Bill present?

 4   A.  No.  It was at school.

 5   Q.  So Mr. Bill was not there to put any pressure upon you.

 6   Correct?

 7              MS. MEDETIS:  Objection.  Calls for speculation.

 8              THE COURT:  Sustained.

 9   BY MR. HOROWITZ:

10   Q.  And you talked to these people about a white man, a blanc.

11   Correct?

12              MS. MEDETIS:  Objection.  Mischaracterization of

13   witness testimony.  Objection.  Argumentative.

14              THE COURT:  Sustained.

15   BY MR. HOROWITZ:

16   Q.  Did you talk to them about Mr. Bill?

17   A.  Let me say this to you:  If I said "blanc," "foreigner,"

18   that's how they addressed me.

19   Q.  But they were talking to you and you were talking to them

20   about Mr. Bill; were you not?

21   A.  I was not talking to them.  They came to ask me some

22   questions and I refused to answer them.

23   Q.  They came to ask you questions about Mr. Bill; did they

24   not?

25   A.  Not exactly about Mr. Bill.  They wanted to know how I was
```

```
 1    doing, how I was living over there.
 2    Q.  Do you remember telling them that, "The white man is not in
 3    the habit of having sex with me"?
 4    A.  No.  He never had sex with me.  And like I mentioned
 5    earlier, I did not give them a full statement because I was
 6    ashamed.
 7    Q.  And you told them that you had been "living in the house of
 8    the white man in Tabarre 23 since I was 7 years old."
 9         Do you remember telling them that?
10    A.  No.
11    Q.  Which white man have you been living with in Tabarre 23
12    since you were 7 years old?
13              MS. MEDETIS:  Objection.  Argumentative.  Objection.
14              THE COURT:  Sustained.
15              Rephrase your question.
16    BY MR. HOROWITZ:
17    Q.  Isn't it true, Mr. Simon, that the only white man you've
18    been living with since you were 7 years old at Tabarre 23 is
19    Mr. Bill?
20              MS. MEDETIS:  Objection.  Mischaracterization of
21    evidence.  The witness didn't say he was living at Tabarre 23
22    since he was 7.  Objection.  Argumentative.
23              MR. HOROWITZ:  Judge, I --
24              THE COURT:  Sustained.
25              Rephrase your question.
```

 1          MR. HOROWITZ:  Yes, your Honor.

 2     BY MR. HOROWITZ:

 3     Q.   Which white man have you been living with since you were

 4     7 years old?

 5     A.   When I was living at Tabarre, I was not 7 years old.

 6     Q.   Did you tell these men that pulled you out of school -- did

 7     you tell them the truth?

 8          MS. MEDETIS:  Objection.  Argumentative.

 9          THE COURT:  Sustained.

10          Rephrase your question.

11     BY MR. HOROWITZ:

12     Q.   Did you tell these people that Mr. Bill is not in the habit

13     of playing pornographic movies with -- for you?

14          MS. KANE:  Objection.  Relevance.

15          THE COURT:  Sustained.

16     BY MR. HOROWITZ:

17     Q.   Did you tell these men that, when Mr. Bill suspects that a

18     child is watching that type of film, that he destroys the film?

19          MS. KANE:  Objection.  Relevance.

20          THE COURT:  Sustained.

21     BY MR. HOROWITZ:

22     Q.   You told these men -- they were men; were they not?

23     A.   I remember they were men.

24     Q.   How many?

25     A.   I don't remember how many.  I was not the only one who was

 1   spoken to.  They spoke to other students in the school as well,

 2   residents of the program.

 3   Q.  Did they force you to talk to them?

 4   A.  No.  No.  They did not force me to talk to them.

 5   Q.  They didn't threaten you.  Correct?

 6   A.  No.

 7   Q.  They didn't make you any promises, did they?

 8   A.  They did not get there.  I didn't want to speak to them

 9   because I didn't know who they were.

10   Q.  But you did speak to them, and you told them that this man

11   was not having sex with you or with anybody else.

12            MS. MEDETIS:  Objection.  Asked and answered.

13            THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.  Back in 2006, you've testified that you were pulled out of

16   class together with other students.

17            Do you remember telling the jury that?

18   A.  Yes.  We were in a class.  We were working.  And the

19   teacher told us that some people were there to speak to us.

20   Q.  What other students were pulled out of class to speak about

21   Mr. Bill that day?

22   A.  The resident at the program.  The resident at the program

23   who went to that school.

24   Q.  Do you remember who it was?

25   A.  No.

1   Q.   Do you remember how many students there were that were

2   pulled out of class that day?

3   A.   No.

4          MR. HOROWITZ:  Judge, this would be a good point.

5          THE COURT:  So we're going to break for the week.

6          Do not discuss this case either amongst yourselves or

7   with anyone else.  Have no contact whatsoever with anyone

8   associated with the trial.

9          Do not read, listen or see anything touching on this

10  matter in any way, including anything in the media, anything on

11  the Internet or anything on any access device.

12         If anyone should try to talk to you about this case,

13  you should immediately instruct them to stop and report it to

14  my staff.

15         If you would, give your notebooks to the court

16  security officer.

17         I will see you Tuesday morning, 9:00.  Enjoy your

18  weekend.  Drive safely.

19         (Whereupon, the jury exited the courtroom at 5:33 p.m.

20  and the following proceedings were had:)

21         MR. ADELSTEIN:  Judge, before you release this

22  witness --

23         THE COURT:  You may be seated for a moment.

24         MR. ADELSTEIN:  Mr. Horowitz is going to show him a

25  document to attempt to refresh his recollection about this

1    meeting.  It is in Creole.

2            And to save court time for Tuesday morning for him to

3    read it, we have certainly no objection to giving him the

4    document to look over, return it back to the Government, no

5    questions asked, so we could save time, to see if that

6    refreshes his recollection about this particular meeting.  It

7    is his statement that he gave to the Haitian police.

8            MS. MEDETIS:  Your Honor, we would object to that.  He

9    was asked.  He said he doesn't remember or he doesn't know.  He

10   answered the various questions that were asked:  "What did you

11   say to them?"

12           We believe that that topic has been exhausted.

13           MR. HOROWITZ:  Judge, I'm entitled to refresh his

14   recollection.

15           MR. ADELSTEIN:  Refresh his recollection.

16           THE COURT:  Sir, you are not to discuss your testimony

17   with anyone or permit anyone to discuss it with you.

18           If you would, wait outside in the witness room for

19   just a few minutes.  The Government will let you know if you

20   are released for the weekend or not.  Okay?  Just wait outside

21   a few minutes.

22           (Thereupon, the witness retired from the courtroom

23   and the following proceedings were had:)

24           THE COURT:  (To the interpreters) Don't leave yet,

25   ladies.  Just wait a few minutes.  Thank you.  Sorry.

1              If you are seeking to refresh his recollection about

2     how many men, who the other student was or how many students

3     were pulled out of class, you may do so.

4              MR. HOROWITZ:  How about what he said to the police?

5              THE COURT:  At first, the witness said, "I talked to

6     them, but I do not recall what I told them."

7              And then the question by Mr. Horowitz was:  "But they

8     were talking to you and you were talking to them about

9     Mr. Bill; were you not?

10             "Answer:  I was not talking to them.  They came to ask

11    me some questions and I refused to answer them.

12             "Question:  They came to ask you questions about

13    Mr. Bill; did they not?

14             "Answer:  Not exactly about Mr. Bill.  They wanted to

15    know how I was doing, how I was living over there.

16             "Question:  Do you remember telling them that, 'The

17    white man is not in the habit of having sex with me'?

18             "Answer:  No.  He never had sex with me.  And like I

19    mentioned earlier, I did not give them a full statement because

20    I was ashamed."

21             Then there's the questions of how many men.

22             He says -- the answer was:  "I don't remember how

23    many.

24             "Question:  They didn't not make you any promises, did

25    they?

1        "Answer:  They did not get there.  I didn't want to

2   speak to them because I didn't know who they were."

3        And then he states that there was another resident at

4   the program who talked to them.

5        The question is:  "Do you remember who it was?

6        "Answer:  No.

7        "Question:  Do you remember how many students there

8   were that were pulled out of class that day?

9        "Answer:  No."

10       So, at first, the witness said he didn't recall what

11  he told them, but upon further questioning by Mr. Horowitz, he

12  indicated that they came to ask him questions.

13       He refused to answer them because he was ashamed.

14  "They wanted to know how I was doing, how I was living over

15  there" and that, "I didn't want to speak to them because I

16  didn't know who they were."

17       So at this point, other than how many men there were

18  and to remember who the other student was or how many students

19  were pulled out of class, I find that his memory does not need

20  to be refreshed on what he said.

21       MS. MEDETIS:  Your Honor, I would note that the

22  document they're referring to does not reflect any of that kind

23  of information of how many men were there or who else was

24  pulled out of class.

25       MR. HOROWITZ:  I believe the Government's correct, but

1    I'd like to look at it again just to be sure.

2              THE COURT:  Okay.  That's fine.

3              We're in recess until 9:00, Tuesday morning.  Have a

4    nice weekend.

5              THE INTERPRETER:  Are we excused?

6              THE COURT:  You are excused.  Thank you.

7              And you can excuse the witness.

8              MS. MEDETIS:  Certainly, Judge.

9              THE COURT:  Have a good day.

10             (Proceedings concluded.)

11

12                    C E R T I F I C A T E

13

14         I hereby certify that the foregoing is an accurate

15   transcription of the proceedings in the above-entitled matter.

16

17

18   _____        /s/Lisa Edwards_____
         DATE                LISA EDWARDS, RDR, CRR
19                           Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
20                           Miami, Florida 33128
                             (305) 523-5499
21

22

23

24

25

**'**

**'The** [1] - 152:16

**/**

**/s/Lisa** [1] - 154:18

**1**

**1** [1] - 1:8
**10** [6] - 12:15, 28:20, 48:10, 85:7, 143:16
**100** [6] - 50:2, 50:12, 81:20, 81:21, 82:2, 82:4
**104** [1] - 3:7
**10:44** [1] - 44:23
**10:58** [1] - 45:22
**11** [3] - 3:6, 131:1, 137:22
**11-20350** [5] - 4:3, 45:10, 68:2, 103:14, 142:12
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11-year-old** [1] - 131:2
**110** [1] - 3:8
**11:56** [1] - 67:10
**14** [57] - 5:11, 5:13, 6:11, 6:18, 14:6, 14:7, 16:10, 17:14, 18:16, 18:23, 31:24, 31:25, 32:20, 35:3, 35:6, 35:7, 35:23, 49:24, 51:19, 51:24, 52:2, 52:16, 52:25, 53:20, 54:14, 56:7, 56:23, 57:7, 57:17, 59:22, 60:10, 66:19, 71:5, 76:21, 77:22, 85:7, 87:15, 87:16, 87:23, 110:23, 110:24, 112:23, 113:14, 113:15, 113:18, 115:15, 115:21, 116:3, 116:13, 119:13, 120:8, 121:11, 125:1, 125:3, 130:14, 130:16, 130:22
**1400** [1] - 1:18
**141** [1] - 3:8
**15** [9] - 1:5, 31:25, 32:1, 32:2, 71:5, 102:22, 103:10,

130:22, 143:16
**15-minute** [1] - 102:22
**154** [1] - 1:8
**16** [6] - 128:4, 128:6, 134:17, 134:18, 134:19
**17** [3] - 71:11, 117:3, 137:21
**18** [10] - 23:14, 23:16, 24:11, 24:12, 24:14, 24:21, 25:1, 36:5, 116:23, 117:1
**19** [1] - 110:19
**1910** [1] - 1:24
**1988** [2] - 47:21
**1990** [1] - 12:2
**1993** [1] - 110:17
**1998** [4] - 48:8, 81:3, 81:5
**1:30** [2] - 67:8, 67:17
**1:42** [1] - 68:18

**2**

**2** [2] - 47:17, 99:21
**20** [3] - 41:24, 53:12, 53:13
**2001** [2] - 112:14, 114:17
**2002** [15] - 51:8, 57:18, 57:19, 57:24, 61:25, 62:7, 64:7, 71:9, 81:5, 82:24, 85:16, 86:4, 93:5
**2003** [13] - 93:6, 93:10, 93:14, 93:22, 94:3, 94:8, 94:14, 94:20, 94:22, 95:4, 95:6, 115:12, 132:13
**2004** [23] - 14:2, 14:3, 77:23, 94:8, 95:7, 95:10, 95:12, 95:15, 95:21, 95:23, 96:13, 96:19, 96:21, 97:2, 97:7, 98:6, 99:24, 100:19, 100:22, 101:1, 101:3, 107:7, 133:16
**2005** [18] - 14:2, 18:11, 19:15, 71:9, 71:10, 71:13, 75:18, 75:21, 79:10, 94:9, 97:12, 97:13, 97:15, 97:17, 97:25, 98:2, 98:8, 107:11
**2006** [6] - 19:12, 134:7, 139:19, 144:8, 144:10, 149:15

**2009** [1] - 134:21
**2010** [4] - 29:5, 41:23, 41:24, 135:3
**2011** [2] - 35:24, 43:11
**2012** [9] - 42:15, 100:12, 100:13, 100:15, 100:18, 100:20, 100:24, 100:25, 106:9
**2013** [1] - 1:5
**20530** [1] - 1:19
**21** [1] - 36:8
**21st** [1] - 134:21
**22** [2] - 12:2, 12:4
**23** [16] - 18:14, 35:3, 35:6, 35:23, 71:14, 116:7, 116:8, 116:11, 136:5, 136:15, 137:9, 137:10, 147:8, 147:11, 147:18, 147:21
**24** [1] - 47:23
**24th** [3] - 14:2, 14:3, 16:16
**25** [1] - 114:1
**27** [1] - 71:14
**2929** [1] - 1:21

**3**

**3** [1] - 110:17
**30** [1] - 134:10
**305** [2] - 2:3, 154:20
**31** [2] - 3:6, 134:24
**32-C** [1] - 136:7
**32-D** [1] - 136:23
**32-G** [1] - 135:22
**33128** [2] - 2:3, 154:20
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**3:07** [1] - 102:24
**3:37** [1] - 104:2

**4**

**40** [1] - 43:7
**400** [2] - 2:2, 154:19
**410** [1] - 1:22
**46** [1] - 3:6
**47** [3] - 3:7
**48** [5] - 58:8, 58:14, 58:22, 58:25, 59:6
**49** [8] - 59:24, 59:25, 60:4, 61:1, 61:6, 61:22, 132:5, 135:17

**5**

**5** [1] - 3:5
**50** [8] - 60:14, 60:17, 60:20, 60:25, 61:6, 61:22, 132:16, 135:17
**500** [1] - 79:12
**523-5499** [2] - 2:3, 154:20
**5:08** [1] - 142:2
**5:19** [1] - 144:1
**5:30** [1] - 143:17
**5:33** [1] - 150:19
**5:40** [1] - 143:18
**5:45** [1] - 1:6

**6**

**6** [1] - 111:5
**600** [1] - 1:18
**61** [4] - 55:14, 55:20, 55:23, 56:9
**62** [1] - 115:1
**6:30** [1] - 108:15

**7**

**7** [9] - 3:5, 47:21, 114:8, 147:8, 147:12, 147:18, 147:22, 148:4, 148:5
**7:30** [1] - 108:12

**8**

**8** [2] - 114:8, 137:21
**80** [3] - 3:7, 77:9, 133:9
**81** [2] - 19:3, 21:19, 133:24

**9**

**9** [2] - 28:19, 48:10
**9130** [1] - 1:24
**99** [1] - 1:15
**9:00** [2] - 150:17, 154:3
**9:23** [1] - 1:6
**9:24** [1] - 4:18

**A**

**a.m** [5] - 1:6, 4:18, 44:23, 45:22, 67:10
**able** [9] - 20:2, 30:24,

33:10, 56:25, 79:17, 85:2, 117:16, 117:18, 131:8
**above-entitled** [1] - 154:15
**abuse** [33] - 8:18, 10:1, 10:8, 46:8, 88:20, 94:24, 95:5, 95:15, 95:21, 96:14, 96:22, 97:2, 98:3, 99:24, 100:1, 100:9, 100:25, 101:3, 101:5, 105:8, 106:14, 106:23, 107:1, 107:7, 107:12, 127:8, 130:15, 130:19, 138:24, 139:5, 139:8, 139:12, 140:18
**abusing** [3] - 8:21, 31:7, 100:23
**accept** [3] - 27:3, 72:10, 83:16
**accepted** [2] - 55:9, 114:11
**access** [4] - 44:16, 67:3, 102:17, 138:10, 141:22, 150:11
**accident** [1] - 104:12
**according** [1] - 93:7
**accurate** [1] - 154:14
**accused** [3] - 98:11, 98:23, 107:15
**act** [2] - 9:8, 71:25
**action** [1] - 66:5
**activity** [1] - 39:7
**acts** [4] - 9:6, 39:1, 41:9, 71:18
**addition** [1] - 33:13
**addressed** [1] - 146:18
**Adelstein** [4] - 4:10, 4:25, 6:8, 6:23, 45:17, 68:11, 87:20, 88:12, 94:12, 103:22, 142:19, 142:22, 143:10, 143:14
**ADELSTEIN** [108] - 1:20, 1:21, 5:1, 5:3, 5:25, 6:1, 6:6, 6:9, 6:15, 6:24, 7:1, 7:11, 7:13, 8:22, 9:20, 10:15, 10:20, 10:24, 14:12, 14:18, 20:12, 20:18, 24:6, 24:11, 24:22, 29:13, 29:20, 45:16, 52:6, 54:18, 54:22, 61:12, 61:14, 64:14, 70:18, 71:21, 72:14, 73:1, 73:13, 73:19, 75:11, 76:13,

78:7, 78:10, 78:13, 78:16, 78:19, 79:1, 79:3, 79:6, 80:8, 80:10, 80:23, 81:1, 81:14, 82:1, 82:13, 83:23, 85:22, 87:1, 87:10, 87:21, 88:5, 88:13, 88:14, 90:13, 90:24, 91:15, 92:12, 92:22, 93:13, 94:2, 94:7, 94:11, 94:13, 95:3, 95:20, 97:1, 97:10, 98:16, 98:22, 99:3, 99:14, 99:16, 100:6, 100:7, 101:7, 101:9, 102:10, 104:14, 105:4, 105:23, 107:17, 108:21, 109:1, 109:8, 109:19, 109:24, 113:3, 113:6, 142:18, 142:25, 143:11, 143:20, 143:23, 150:21, 150:24, 151:15

**admitted** [17] - 19:3, 55:14, 55:19, 58:8, 59:24, 77:9, 115:1, 132:5, 132:16, 133:9, 133:24, 134:10, 134:24, 135:16, 135:22, 136:7, 136:23

**adult** [1] - 24:12

**adults** [1] - 113:20

**advised** [2] - 79:23, 85:2

**afraid** [28] - 8:24, 9:2, 9:4, 9:5, 9:6, 9:7, 9:8, 9:17, 9:19, 10:2, 10:17, 10:19, 10:23, 29:25, 30:8, 30:9, 30:11, 30:13, 30:15, 30:16, 30:17, 30:19, 30:23, 37:2, 37:5, 74:13, 74:14

**afternoon** [9] - 68:5, 68:10, 89:16, 90:1, 103:17, 103:21, 110:14, 110:15, 142:15

**afterwards** [4] - 24:5, 25:8, 26:7, 126:4

**age** [3] - 64:15, 117:1, 137:21

**agent** [1] - 106:19

**Agents** [2] - 68:8, 103:19

**ago** [1] - 140:25

**agree** [2] - 26:22, 80:23

**agreeable** [3] - 53:2, 53:3, 54:2

**agreed** [2] - 26:11, 73:18

**ahead** [5] - 15:4, 57:14, 59:2, 59:7, 60:19

**ale** [1] - 70:7

**alive** [2] - 111:2, 111:3

**alleged** [13] - 6:2, 39:11, 94:23, 95:5, 95:15, 95:21, 96:14, 96:22, 97:2, 98:3, 99:24, 100:9, 101:3

**allegedly** [1] - 80:11

**allow** [1] - 25:14

**allowance** [2] - 90:9, 129:3

**almost** [2] - 87:5, 137:22

**alone** [1] - 107:4

**Alvaro** [1] - 106:18

**America** [5] - 4:2, 45:9, 68:1, 103:13, 142:11

**AMERICA** [1] - 1:4

**American** [2] - 96:12, 96:14

**and...** [1] - 23:8

**ANDREW** [1] - 1:7

**Andrew** [5] - 4:2, 45:10, 68:2, 103:14, 142:12

**answer** [17] - 5:16, 14:23, 26:1, 26:2, 41:4, 69:2, 88:10, 146:22, 152:10, 152:11, 152:14, 152:18, 152:22, 153:1, 153:6, 153:9, 153:13

**answered** [36] - 25:23, 26:12, 26:18, 26:24, 32:16, 40:19, 41:12, 42:10, 43:15, 43:19, 70:18, 73:19, 87:18, 87:25, 88:9, 90:21, 92:19, 93:17, 94:5, 96:23, 97:8, 98:25, 105:4, 123:24, 124:14, 125:20, 125:25, 126:17, 128:2, 128:21, 129:19, 130:2, 139:13, 141:5, 149:12, 151:10

**anytime** [1] - 70:22

**apart** [1] - 91:20

**apologize** [2] - 86:3,

101:10

**appear** [1] - 134:18

**appearances** [5] - 4:4, 45:11, 68:3, 103:15, 142:13

**APPEARANCES** [1] - 1:13

**applied** [1] - 88:10

**appreciate** [1] - 142:25

**appreciated** [1] - 131:21

**approach** [5] - 24:7, 58:10, 60:22, 61:19, 135:13

**April** [1] - 97:17

**area** [1] - 88:12

**argumentative** [15] - 5:22, 6:21, 37:7, 39:2, 91:12, 93:24, 94:25, 95:17, 100:3, 144:19, 144:23, 146:13, 147:13, 147:22, 148:8

**arm** [1] - 59:18

**arrived** [1] - 55:7

**article** [1] - 21:10

**ashamed** [8] - 139:6, 140:12, 140:13, 144:7, 144:9, 147:6, 152:20, 153:13

**asleep** [2] - 122:17, 123:9

**assigned** [2] - 63:13, 63:19, 130:11

**assignment** [1] - 76:17

**ASSISTANT** [1] - 1:15

**associated** [5] - 44:13, 66:25, 102:14, 141:19, 150:8

**assumes** [1] - 38:2

**ate** [5] - 50:16, 53:8, 88:19, 89:20, 129:1

**attack** [1] - 22:24

**attacked** [1] - 22:22

**attempt** [1] - 150:25

**attend** [5] - 42:15, 42:18, 42:20, 83:13, 101:15

**attended** [2] - 46:4, 46:5

**attention** [5] - 56:8, 134:13, 135:5, 136:16, 145:20

**ATTORNEY** [1] - 1:15

**August** [1] - 134:21

**aunt** [17] - 48:16, 54:10, 54:13, 54:16,

55:1, 55:3, 55:8, 83:17, 84:9, 84:10, 84:17, 84:18, 84:19, 84:25, 85:4, 85:8, 85:11

**aunt's** [2] - 84:15, 84:21

**authorities** [1] - 107:7

**autumn** [1] - 132:13

**available** [1] - 57:15

**Avenue** [4] - 1:18, 1:21, 2:2, 154:19

**avoid** [1] - 10:5

**awake** [1] - 23:10

**aware** [1] - 130:9

**B**

**background** [1] - 52:9

**bad** [17] - 5:12, 5:16, 5:17, 5:21, 6:2, 6:3, 6:10, 6:14, 6:17, 6:19, 17:17, 20:23, 31:14, 104:25, 105:2, 109:23, 143:15

**badges** [1] - 145:17

**bag** [3] - 33:23, 56:19, 88:25

**bar** [1] - 24:10

**basis** [4] - 18:8, 33:9, 82:9, 85:13

**basket** [1] - 57:8

**basketball** [1] - 53:9

**bathroom** [8] - 44:25, 62:18, 62:22, 62:24, 70:25, 71:1, 71:2, 71:4

**beach** [1] - 72:1

**beat** [2] - 91:5, 105:7

**beautiful** [1] - 53:6

**became** [9] - 9:17, 71:25, 76:4, 76:8, 76:9, 76:20, 85:16, 92:5, 97:17

**become** [4] - 85:23, 86:4, 97:11, 130:12

**becoming** [1] - 76:3

**bed** [16] - 22:4, 28:16, 50:23, 53:7, 62:11, 62:17, 63:4, 63:5, 63:8, 63:9, 66:17, 90:3, 108:3, 123:21, 126:15, 136:21

**bedroom** [16] - 53:5, 64:20, 69:19, 69:23, 70:1, 74:24, 118:22,

121:18, 121:21, 122:5, 122:14, 130:17, 131:9, 131:17, 131:20

**beds** [3] - 50:20, 50:21, 82:5

**bedside** [1] - 120:7

**BEFORE** [1] - 1:10

**begin** [1] - 4:13

**beginning** [2] - 51:21, 97:13

**behalf** [9] - 4:7, 4:10, 45:14, 45:17, 68:6, 68:11, 103:18, 103:22, 142:16

**belongings** [1] - 85:25

**bend** [1] - 31:5

**benefits** [1] - 65:3

**Berly** [3] - 28:6, 40:1, 41:17

**Berly's** [1] - 40:2

**best** [4] - 73:24, 79:15, 84:12, 124:7

**better** [5] - 83:5, 84:11, 88:15, 104:21, 114:21

**between** [3] - 53:21, 76:22, 143:13

**bias** [1] - 99:14

**bicycle** [1] - 25:11

**Bill** [90] - 5:17, 9:3, 13:9, 13:25, 16:20, 18:1, 20:6, 28:4, 28:11, 28:23, 30:14, 33:13, 35:14, 35:17, 35:21, 36:11, 36:24, 37:2, 37:10, 37:17, 38:6, 38:19, 38:22, 39:7, 49:7, 49:15, 52:23, 55:12, 56:4, 56:18, 56:19, 56:24, 57:22, 58:21, 60:12, 63:15, 79:14, 83:12, 83:24, 85:11, 87:7, 90:14, 90:17, 90:20, 91:18, 92:1, 92:23, 93:6, 93:19, 94:8, 94:15, 94:19, 94:22, 95:4, 95:7, 95:13, 95:22, 96:11, 97:20, 97:25, 104:18, 104:25, 111:25, 112:12, 117:22, 118:8, 118:20, 125:8, 125:11, 131:13, 138:21, 144:22, 145:3, 145:10, 145:13, 145:21, 146:3, 146:5, 146:16,

146:20, 146:23, 146:25, 147:19, 148:12, 148:17, 149:21, 152:9, 152:13, 152:14
**Bill's** [8] - 8:8, 15:8, 28:22, 62:14, 62:15, 98:17, 118:22, 136:3
**bit** [4] - 12:11, 48:5, 111:1, 111:6
**bitch** [2] - 63:19, 128:12
**bitches** [1] - 105:7
**blanc** [10] - 33:4, 33:7, 52:21, 86:21, 87:11, 87:12, 88:7, 104:9, 146:10, 146:17
**blancs** [5] - 33:2, 87:14, 87:16, 87:23, 88:3
**blue** [6] - 13:4, 13:19, 49:2, 49:13, 111:20, 112:6
**board** [4] - 136:16, 136:17, 137:13, 137:14
**bonjour** [1] - 110:15
**BONNIE** [1] - 1:17
**Bonnie** [6] - 4:7, 45:14, 68:6, 103:18, 106:18, 142:16
**book** [1] - 88:25
**born** [4] - 12:1, 47:20, 48:7, 110:16
**bottle** [1] - 105:16
**bought** [3] - 56:17, 56:18, 65:6
**Boulevard** [1] - 1:24
**Bouquets** [3] - 48:18, 85:7, 112:18
**boy** [8] - 33:24, 130:22, 130:25, 131:2, 131:15, 131:18, 133:5, 133:21
**boys** [61] - 5:17, 6:4, 6:10, 6:17, 6:19, 9:11, 16:6, 16:7, 27:17, 27:20, 27:22, 27:24, 28:1, 28:2, 28:3, 28:4, 28:8, 28:14, 28:18, 28:23, 30:1, 30:10, 30:19, 32:23, 34:2, 35:12, 36:17, 36:22, 46:11, 53:13, 53:15, 58:5, 58:15, 58:17, 58:18, 58:20, 70:21, 71:19, 71:23, 72:1, 72:24, 77:16, 106:21, 107:15, 109:3, 113:22, 113:23,

113:24, 116:13, 116:14, 117:7, 119:24, 121:25, 122:1, 122:6, 122:7, 130:13, 130:15, 130:19, 131:16, 131:19
**break** [13] - 66:22, 67:12, 79:2, 91:20, 102:11, 103:8, 105:11, 105:12, 141:15, 143:1, 143:19, 150:5
**breakfast** [2] - 89:13, 108:11
**breaking** [3] - 132:1, 143:6, 143:17
**brief** [1] - 100:22
**briefly** [1] - 24:7
**bring** [21] - 4:14, 4:16, 23:4, 30:3, 34:14, 37:12, 37:18, 37:20, 37:24, 38:6, 38:13, 45:19, 45:20, 65:4, 68:15, 68:16, 73:24, 86:1, 103:25, 131:16, 131:22
**bringing** [1] - 131:19
**broke** [3] - 68:23, 91:20, 143:9
**brother** [20] - 12:19, 12:21, 50:2, 50:22, 50:23, 51:10, 51:11, 52:18, 54:10, 55:4, 55:5, 55:8, 59:10, 59:19, 62:6, 62:23, 84:13, 85:8, 87:24, 111:10
**brother's** [1] - 50:3
**brothers** [10] - 12:16, 32:3, 47:24, 47:25, 48:1, 77:7, 111:6, 111:8, 111:9, 117:18
**brought** [4] - 51:10, 51:11, 65:5, 96:11
**bulletin** [2] - 136:16, 136:17
**buy** [1] - 56:19
**BY** [173] - 2:1, 5:3, 6:1, 6:6, 6:9, 6:15, 7:1, 7:16, 9:1, 9:23, 10:18, 10:22, 11:17, 13:8, 13:23, 14:16, 15:5, 17:2, 18:20, 19:5, 20:15, 20:21, 24:3, 24:19, 25:2, 26:5, 26:15, 26:20, 27:14, 29:15, 29:22, 30:22, 31:21, 32:18, 33:12, 35:1, 35:20,

37:9, 37:16, 38:5, 39:5, 39:15, 40:10, 40:13, 40:22, 41:6, 41:14, 42:14, 43:17, 43:21, 44:2, 46:2, 47:9, 48:14, 49:6, 49:18, 52:13, 54:20, 54:24, 55:16, 58:12, 60:2, 60:16, 60:24, 61:8, 61:15, 61:23, 64:23, 69:1, 70:23, 72:3, 72:17, 73:3, 73:16, 74:1, 75:14, 76:18, 77:11, 79:8, 80:10, 81:1, 81:14, 82:1, 82:13, 83:23, 85:22, 87:1, 87:10, 87:21, 88:5, 88:14, 90:13, 90:24, 91:15, 92:12, 92:22, 93:13, 94:2, 94:7, 94:13, 95:3, 95:20, 97:1, 97:10, 98:16, 98:22, 99:3, 99:16, 100:7, 101:9, 104:7, 104:16, 105:9, 106:1, 106:20, 107:5, 107:21, 108:23, 109:5, 109:11, 110:13, 111:24, 112:10, 113:9, 115:3, 115:19, 120:15, 124:1, 124:10, 124:17, 125:22, 126:3, 126:19, 127:12, 127:18, 128:5, 128:18, 128:24, 129:16, 129:24, 130:7, 132:7, 132:18, 133:11, 134:1, 134:12, 135:1, 135:15, 135:24, 136:9, 137:1, 138:5, 138:15, 139:3, 139:17, 139:24, 140:8, 140:22, 141:12, 144:5, 144:14, 144:21, 145:1, 145:8, 146:2, 146:9, 146:15, 147:16, 148:2, 148:11, 148:16, 148:21, 149:14

---

# C

**camera** [4] - 28:6, 40:6, 40:14, 41:11
**cameras** [2] - 40:17, 40:23

**candy** [1] - 25:19
**Canne** [2] - 101:23, 105:19
**cannot** [2] - 79:24, 128:12
**card** [4] - 15:7, 15:9, 15:10, 15:11
**care** [4] - 114:21, 114:23, 138:8, 138:9
**cares** [1] - 78:5
**CARTER** [1] - 1:7
**Carter** [20] - 4:2, 4:11, 6:3, 7:3, 7:6, 12:23, 13:9, 45:10, 45:17, 48:21, 49:7, 49:16, 68:2, 68:12, 103:14, 103:23, 111:12, 111:25, 142:12, 142:20
**case** [12] - 42:16, 44:11, 44:17, 66:23, 67:4, 78:7, 102:12, 102:18, 141:17, 141:23, 150:6, 150:12
**Case** [5] - 4:3, 45:10, 68:2, 103:14, 142:12
**CASE** [1] - 1:2
**cease** [1] - 27:10
**celebrated** [2] - 86:8, 86:10
**center** [76] - 7:3, 7:6, 7:21, 8:2, 8:6, 8:19, 8:21, 18:15, 18:22, 18:24, 18:25, 19:16, 20:24, 28:21, 51:15, 51:16, 51:18, 51:20, 51:24, 52:2, 52:16, 52:24, 53:11, 53:17, 53:20, 54:13, 54:25, 55:7, 56:7, 56:23, 57:3, 57:6, 57:9, 57:12, 57:17, 57:20, 57:23, 61:24, 62:7, 72:12, 79:9, 79:11, 80:3, 83:16, 83:24, 84:3, 84:5, 84:11, 84:13, 85:3, 94:14, 98:3, 99:17, 100:9, 104:12, 104:23, 104:24, 106:3, 106:15, 106:21, 107:10, 107:16, 107:23, 114:20, 116:8, 116:16, 117:2, 117:4, 131:17, 131:20, 133:16, 138:23
**Center** [34] - 18:8, 19:11, 19:14, 19:24, 20:1, 20:5, 20:10,

27:15, 37:22, 37:25, 39:8, 77:22, 82:25, 84:22, 85:2, 85:5, 85:9, 86:8, 86:16, 95:13, 96:5, 97:19, 97:20, 100:2, 101:19, 104:9, 104:20, 106:11, 134:6, 134:20, 135:7, 137:5, 138:16
**Centre** [1] - 57:10
**certain** [2] - 54:15, 89:9
**certainly** [3] - 52:12, 151:3, 154:8
**certify** [1] - 154:14
**chairs** [3] - 44:20, 67:7, 102:21
**chance** [2] - 35:8, 35:16
**Chandler** [1] - 77:20
**Chandler's** [1] - 126:9
**changed** [1] - 21:8
**Changlais** [10] - 125:10, 125:13, 125:14, 125:19, 125:24, 126:5, 126:8, 127:1, 133:6, 133:22
**chanm** [1] - 70:8
**character** [3] - 9:6, 9:9, 9:19
**charge** [8] - 7:3, 36:20, 36:22, 76:16, 77:2, 94:14, 94:19, 95:10
**check** [1] - 79:7
**checks** [5] - 74:24, 75:8, 80:11, 80:14, 80:16
**child** [8] - 65:7, 92:6, 124:20, 125:3, 126:21, 126:22, 126:23, 148:18
**children** [16] - 16:5, 16:6, 37:11, 50:20, 50:21, 53:6, 77:1, 79:16, 79:19, 82:2, 82:4, 86:10, 88:20, 109:14, 113:20, 113:21
**choice** [3] - 65:7, 65:8, 131:21
**choose** [3] - 25:19, 73:25, 96:3
**chore** [1] - 136:19
**chores** [23] - 19:17, 28:3, 62:8, 62:10, 62:16, 62:25, 63:1, 63:11, 63:13, 63:19,

63:20, 71:19, 71:24, 89:23, 90:1, 91:21, 97:23, 108:2, 108:9, 118:1, 118:2, 118:3, 130:12

**Christmas** [8] - 32:21, 86:6, 86:7, 86:8, 86:11, 86:13, 86:16

**circle** [13] - 19:9, 21:22, 58:24, 59:2, 60:6, 60:19, 77:14, 77:18, 132:10, 132:21, 132:24, 133:14, 134:4

**circled** [2] - 59:5, 59:16

**circling** [1] - 77:19

**circumstances** [2] - 31:11, 31:12

**clarify** [1] - 24:14

**class** [13] - 139:19, 144:17, 144:18, 144:22, 145:9, 149:16, 149:18, 149:20, 150:2, 152:3, 153:8, 153:19, 153:24

**clean** [10] - 62:11, 62:17, 62:21, 62:24, 63:6, 82:20, 88:22, 118:5, 118:11, 126:11

**clear** [1] - 133:6

**climbing** [1] - 27:5

**clinic** [1] - 138:9

**close** [3] - 85:1, 85:4, 96:5

**closed** [4] - 36:3, 36:5, 36:8, 130:17

**clothes** [7] - 28:25, 29:1, 64:21, 65:1, 82:20, 88:22

**clothing** [5] - 13:3, 13:14, 13:16, 111:17, 112:5

**coffee** [2] - 118:4, 118:7

**collaboration** [1] - 52:3

**collar** [1] - 56:11

**color** [2] - 33:8, 87:12

**comfortable** [2] - 96:4, 104:25

**comforter** [1] - 63:9

**coming** [2] - 50:24, 53:1

**commentary** [2] - 6:22, 85:19

**comparing** [1] - 53:1

**complaint** [1] -

139:15

**complete** [1] - 63:20

**completed** [2] - 76:17, 122:21

**completes** [1] - 108:9

**completing** [1] - 28:3

**complied** [1] - 129:2

**complies** [12] - 19:10, 21:23, 59:1, 59:4, 60:8, 60:21, 61:4, 77:15, 132:12, 133:15, 134:5, 135:20

**comply** [3] - 123:18, 128:9, 129:11

**compound** [3] - 38:4, 80:23, 81:12

**concerning** [1] - 5:7

**concluded** [1] - 154:10

**conclusion** [1] - 106:25

**conditions** [4] - 50:13, 54:15, 54:17, 54:21

**confront** [1] - 10:4

**connected** [1] - 62:18

**consequence** [2] - 21:15, 21:17

**contact** [5] - 44:12, 66:24, 102:13, 141:18, 150:7

**contacted** [1] - 99:25

**continue** [7] - 23:13, 23:17, 66:2, 66:3, 66:8, 127:8, 128:6

**CONTINUED** [1] - 5:2

**continuity** [2] - 69:3, 69:4

**control** [1] - 7:5

**conversation** [1] - 141:1

**cook** [1] - 118:5

**corner** [1] - 59:6

**correct** [69] - 7:6, 32:24, 36:3, 37:3, 38:14, 38:20, 39:1, 39:21, 40:7, 40:23, 41:24, 43:11, 81:11, 81:16, 81:18, 82:3, 82:6, 82:9, 82:14, 82:25, 83:3, 83:6, 83:14, 83:18, 84:1, 84:6, 84:9, 84:15, 85:9, 85:13, 86:16, 86:18, 88:23, 88:25, 89:3, 89:7, 89:11, 89:13, 89:19, 89:24,

90:5, 90:9, 90:14, 90:17, 90:20, 91:3, 92:24, 93:2, 93:7, 93:23, 95:8, 96:15, 98:6, 98:9, 98:18, 98:24, 99:5, 99:22, 100:18, 101:1, 101:4, 101:25, 107:13, 107:16, 144:7, 146:6, 146:11, 149:5, 153:25

**correctly** [2] - 80:11, 97:23

**counsel** [7] - 4:4, 45:11, 68:3, 103:15, 120:12, 142:13, 143:13

**counsels'** [5] - 68:8, 68:13, 78:1, 78:23, 103:19

**count** [1] - 101:16

**couple** [1] - 67:20

**court** [4] - 24:18, 68:22, 150:15, 151:2

**Court** [6] - 2:1, 4:11, 68:12, 78:7, 103:23, 154:19

**COURT** [240] - 1:1, 4:1, 4:13, 4:16, 4:19, 4:22, 4:24, 5:23, 6:8, 6:13, 6:22, 7:12, 7:14, 8:23, 9:21, 10:16, 10:21, 11:1, 11:6, 11:8, 11:10, 11:13, 13:7, 13:22, 14:13, 14:19, 14:25, 15:3, 16:25, 18:18, 19:4, 20:13, 20:19, 23:25, 24:8, 24:16, 24:25, 25:24, 26:2, 26:13, 26:19, 26:25, 27:7, 27:11, 29:14, 29:21, 31:19, 32:17, 33:11, 34:22, 35:19, 37:8, 37:15, 38:4, 39:3, 39:13, 40:12, 40:20, 41:13, 42:11, 42:13, 43:16, 43:20, 43:25, 44:7, 44:10, 44:24, 45:1, 45:5, 45:9, 45:19, 45:23, 46:15, 46:19, 46:24, 47:2, 47:7, 48:11, 49:5, 49:17, 52:7, 52:11, 54:19, 54:23, 55:15, 58:9, 58:11, 60:1, 60:15, 60:23, 61:20, 64:17, 66:22, 67:11, 67:17, 67:22, 68:1, 68:14, 68:19, 70:19, 71:22, 72:15, 73:2,

73:14, 73:20, 75:12, 76:14, 77:10, 78:3, 78:9, 78:12, 78:18, 78:20, 78:24, 79:2, 79:7, 80:7, 81:13, 81:24, 82:12, 83:21, 85:20, 86:25, 87:9, 87:19, 88:1, 88:11, 90:12, 90:22, 91:13, 92:11, 92:20, 93:11, 94:1, 94:6, 94:12, 95:1, 95:18, 96:24, 97:9, 98:14, 98:20, 99:1, 99:15, 100:4, 101:8, 102:11, 103:1, 103:6, 103:10, 103:13, 103:25, 104:3, 104:15, 105:6, 105:24, 106:17, 107:3, 107:19, 108:22, 109:2, 109:10, 109:20, 109:25, 110:2, 110:4, 110:8, 111:23, 112:9, 113:5, 113:8, 115:2, 115:18, 123:25, 124:5, 124:15, 125:21, 126:1, 126:18, 127:10, 127:16, 128:3, 128:16, 128:22, 129:14, 129:20, 130:3, 132:3, 132:6, 132:17, 133:10, 133:25, 134:11, 134:25, 135:14, 135:23, 136:8, 136:24, 138:3, 138:13, 139:1, 139:14, 139:23, 140:7, 140:20, 141:6, 141:10, 141:14, 141:17, 142:4, 142:8, 142:11, 142:21, 143:1, 143:7, 143:12, 143:17, 143:21, 144:2, 144:13, 144:20, 144:24, 145:6, 145:25, 146:8, 146:14, 147:14, 147:24, 148:9, 148:15, 148:20, 149:13, 150:5, 150:23, 151:16, 151:24, 152:5, 154:2, 154:6, 154:9

**courtroom** [18] - 4:17, 12:25, 13:11, 44:22, 45:21, 48:23, 49:9, 67:9, 68:17, 102:24, 103:5, 104:1,

111:14, 112:2, 142:2, 143:25, 150:19, 151:22

**cousin** [4] - 15:7, 15:12, 47:19, 99:18

**cover** [2] - 51:3, 122:2

**Creole** [5] - 33:7, 65:17, 70:7, 122:23, 151:1

**crime** [1] - 24:12

**Croix** [3] - 48:18, 85:6, 112:18

**Cross** [1] - 3:3

**CROSS** [4] - 5:2, 31:20, 80:9, 141:11

**cross** [18] - 7:20, 8:17, 10:6, 31:19, 46:3, 80:7, 104:8, 104:19, 105:10, 105:18, 106:9, 107:6, 107:22, 141:10, 142:24, 143:4, 143:5, 143:9

**CROSS-EXAMINATION** [4] - 5:2, 31:20, 80:9, 141:11

**cross-examination** [14] - 7:20, 8:17, 10:6, 31:19, 46:3, 80:7, 104:8, 104:19, 105:10, 105:18, 106:9, 107:6, 107:22, 141:10

**crouching** [1] - 28:16

**CRR** [2] - 2:1, 154:18

**crying** [2] - 72:23, 73:4

**curse** [1] - 63:18

**cursed** [3] - 128:9, 128:10, 129:10

**cuss** [1] - 91:5

## D

**d-e-s-p-i-n-o-s** [1] - 48:20

**dad** [3] - 12:12, 12:13, 111:12

**Dadeland** [1] - 1:24

**daily** [6] - 107:23, 108:1, 108:10, 108:13, 108:16, 108:19

**DATE** [1] - 154:18

**date** [2] - 14:11, 64:11

**David** [1] - 59:14
**DC** [1] - 1:19
**dead** [1] - 48:7
**deal** [1] - 75:1
**death** [2] - 87:6, 104:10
**December** [10] - 14:2, 14:3, 16:16, 57:18, 57:24, 61:24, 62:7, 64:7, 86:5, 93:5
**decide** [1] - 8:2
**decided** [2] - 15:8, 105:15
**declaration** [2] - 96:17, 96:19
**defendant** [1] - 1:8
**DEFENDANT** [1] - 1:20
**Defendant** [229] - 7:24, 8:20, 9:4, 9:8, 9:10, 9:13, 10:10, 10:19, 10:23, 13:6, 13:21, 13:24, 14:1, 14:3, 14:5, 14:7, 14:10, 14:17, 15:6, 16:4, 18:8, 19:24, 20:11, 20:17, 21:4, 21:24, 22:2, 22:4, 22:7, 22:8, 22:10, 22:13, 22:14, 22:17, 22:18, 22:20, 22:21, 22:24, 23:3, 23:5, 23:11, 23:13, 23:16, 23:20, 23:23, 24:4, 24:5, 24:20, 25:3, 25:4, 25:7, 25:8, 25:10, 25:13, 25:17, 25:21, 26:6, 26:7, 26:10, 26:16, 26:21, 26:22, 27:16, 27:22, 28:14, 28:25, 30:15, 30:18, 30:23, 31:1, 31:9, 49:4, 49:15, 49:20, 49:23, 51:5, 51:9, 51:11, 51:12, 51:18, 51:20, 51:22, 53:11, 53:20, 54:5, 57:12, 58:4, 61:25, 62:18, 63:7, 63:25, 64:7, 64:9, 64:13, 64:24, 65:10, 65:16, 65:23, 66:10, 66:11, 66:15, 66:20, 69:9, 69:16, 69:20, 70:1, 70:9, 70:14, 70:16, 70:24, 71:3, 71:7, 71:15, 71:17, 72:4, 72:12, 72:18, 72:19, 73:5, 73:12, 73:17, 74:2, 74:6, 74:9,
74:10, 76:1, 76:2, 79:20, 83:20, 105:2, 105:11, 105:12, 107:15, 108:6, 108:11, 108:13, 108:16, 108:20, 108:24, 109:6, 109:12, 109:16, 111:22, 112:8, 112:11, 112:13, 112:22, 112:24, 113:11, 113:15, 113:20, 113:20, 113:25, 114:7, 114:10, 114:19, 116:13, 116:18, 118:9, 119:1, 119:4, 119:19, 119:15, 119:22, 120:1, 120:5, 120:10, 120:11, 120:16, 120:19, 120:22, 121:4, 121:7, 121:9, 121:12, 121:13, 121:15, 121:18, 121:21, 122:4, 122:7, 122:11, 122:14, 122:18, 122:20, 122:23, 122:25, 123:4, 123:7, 123:19, 124:3, 124:18, 124:19, 125:18, 125:23, 126:7, 126:8, 126:10, 126:13, 126:20, 127:5, 127:8, 127:13, 127:20, 127:23, 128:6, 128:10, 128:13, 128:19, 128:25, 129:10, 129:11, 129:17, 129:18, 129:25, 130:8, 130:10, 130:15, 130:18, 131:2, 131:14, 131:16, 131:19, 131:24, 137:20, 139:4
**Defendant's** [43] - 8:14, 8:18, 9:19, 10:1, 10:7, 15:13, 15:15, 15:22, 16:3, 16:8, 16:11, 17:7, 17:9, 17:13, 46:7, 51:24, 52:1, 52:16, 52:24, 53:17, 53:19, 54:13, 54:25, 55:7, 57:9, 62:21, 62:24, 64:6, 113:13, 114:2, 114:15, 118:11, 120:25, 123:15, 123:22, 124:2, 129:7, 131:8, 138:24, 139:5,
139:8, 139:12, 140:17
**delete** [1] - 30:7
**DEPARTMENT** [1] - 1:17
**depicted** [2] - 55:22, 58:22
**deposition** [1] - 98:5
**des** [3] - 48:18, 85:6, 112:18
**describe** [10] - 13:2, 13:13, 13:16, 48:25, 49:11, 50:13, 53:4, 111:16, 112:4, 138:1
**described** [3] - 41:1, 41:9, 83:2
**Despinos** [11] - 48:18, 48:19, 80:17, 80:20, 81:2, 81:8, 81:16, 84:14, 84:20, 84:25, 104:20
**destroy** [3] - 9:11, 9:12, 9:13
**destroys** [1] - 148:18
**detail** [1] - 100:25
**details** [1] - 100:20
**device** [7] - 39:11, 39:17, 44:16, 67:3, 102:17, 141:22, 150:11
**devotion** [1] - 108:8
**devotions** [2] - 89:20, 89:21
**died** [3] - 48:8, 48:9, 48:15
**difference** [1] - 76:22
**dinner** [2] - 90:5, 108:14
**direct** [3] - 56:8, 99:12, 143:2
**Direct** [1] - 3:3
**DIRECT** [3] - 11:16, 47:8, 110:12
**directing** [1] - 134:13, 135:5, 136:16
**directly** [1] - 38:10
**director** [1] - 52:4
**dirty** [1] - 31:15
**disciplined** [1] - 92:7, 92:14, 92:17
**discuss** [23] - 43:4, 43:13, 44:11, 45:2, 45:3, 46:7, 46:11, 51:21, 66:23, 67:12, 67:13, 91:18, 101:20, 102:12, 103:6, 103:7, 140:5, 141:17, 142:5, 142:6, 150:6, 151:16, 151:17
**discussed** [1] - 106:4
**discussion** [1] - 143:13
**disliked** [1] - 87:13
**distract** [1] - 53:10
**distribute** [3] - 38:1, 38:8, 90:18
**distributing** [1] - 15:24
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DIVISION** [1] - 1:2
**document** [3] - 150:25, 151:4, 153:22
**documents** [1] - 61:17
**dog** [4] - 118:5, 118:6, 118:9, 118:11
**dollar** [1] - 129:3, 129:4
**Dominican** [1] - 97:6
**done** [7] - 21:11, 61:18, 83:20, 87:8, 98:5, 108:18, 120:18
**door** [4] - 66:16, 130:17, 131:9
**double** [1] - 31:7
**down** [29] - 11:6, 22:1, 22:2, 22:4, 22:6, 22:7, 23:4, 23:5, 23:8, 28:15, 29:2, 31:5, 31:6, 46:19, 50:25, 51:1, 85:16, 90:3, 92:6, 92:13, 92:16, 96:5, 105:14, 105:15, 110:2, 118:24, 129:21, 131:11, 131:12
**downstairs** [1] - 109:4
**drinking** [1] - 105:16
**drive** [1] - 150:18
**du** [1] - 57:10
**during** [28] - 17:15, 18:21, 36:10, 36:17, 41:11, 41:15, 42:15, 53:21, 69:6, 70:22, 71:5, 73:23, 74:5, 103:7, 105:10, 105:21, 108:1, 108:4, 108:13, 108:16, 108:19, 108:24, 109:6, 109:12, 109:13, 109:15, 138:22
**duties** [1] - 97:22

**E**

**E-k-e-n-s** [1] - 47:6
**e-mail** [1] - 134:14
**early** [1] - 108:8
**earthquake** [5] - 29:6, 29:7, 130:22, 131:3
**eat** [7] - 8:15, 19:23, 57:4, 114:14, 117:6, 117:9, 117:13
**eating** [7] - 8:7, 8:8, 8:11, 20:8, 32:15, 50:17, 62:4
**EDWARDS** [2] - 2:1, 154:18
**Edwards** [1] - 154:18
**effort** [1] - 94:23
**either** [4] - 44:11, 61:10, 66:23, 78:17, 102:12, 141:17, 150:6
**ejaculate** [1] - 126:10
**ejaculated** [5] - 66:14, 66:15, 120:14, 126:11, 126:13
**EKENS** [1] - 47:1
**Ekens** [25] - 3:7, 46:22, 47:5, 47:12, 47:14, 47:20, 48:21, 48:25, 49:19, 55:17, 58:13, 60:3, 60:17, 60:25, 61:24, 64:6, 65:16, 69:2, 69:12, 77:12, 79:9, 104:8, 107:22, 108:19, 109:18
**Embassy** [6] - 96:17, 96:19, 96:21, 97:3, 100:19, 101:1
**end** [2] - 57:21, 143:1
**enforcement** [3] - 100:1, 100:8, 140:3
**English** [4] - 33:7, 122:23, 122:24, 122:25
**enjoy** [1] - 150:17
**enroll** [2] - 84:5, 84:21
**ensure** [2] - 62:4, 97:23
**entered** [4] - 4:17, 45:21, 68:17, 104:1, 143:25
**entitled** [2] - 151:13, 154:15
**entrance** [1] - 115:21
**envelope** [1] - 74:23
**envelopes** [3] - 75:8, 80:13, 80:15
**equipment** [1] - 79:4
**erased** [2] - 29:25,

42:4
  **erection** [4] - 22:9, 22:10, 22:13, 23:8
  **especially** [1] - 131:23
  **ESQ** [4] - 1:14, 1:17, 1:20, 1:23
  **established** [1] - 54:15
  **Etoile** [1] - 57:10
  **Eve** [1] - 32:21
  **evening** [3] - 53:18, 70:22, 142:18
  **event** [2] - 39:11, 39:17
  **eventually** [1] - 130:11
  **evidence** [4] - 38:3, 81:22, 82:11, 147:21
  **ex** [1] - 74:17
  **ex-military** [1] - 74:17
  **exact** [2] - 64:11, 83:3
  **exactly** [5] - 58:2, 100:18, 115:25, 146:25, 152:14
  **examination** [15] - 7:20, 8:17, 10:6, 31:19, 46:3, 80:7, 99:13, 104:8, 104:19, 105:10, 105:18, 106:9, 107:6, 107:22, 141:10
  **EXAMINATION** [10] - 5:2, 7:15, 11:16, 31:20, 46:1, 47:8, 80:9, 104:6, 110:12, 141:11
  **example** [1] - 105:13
  **exchange** [1] - 65:22
  **excursions** [1] - 72:2
  **excuse** [13] - 17:1, 21:1, 21:3, 24:6, 30:5, 52:14, 64:14, 71:12, 71:14, 84:22, 97:20, 139:25, 154:7
  **excused** [6] - 11:7, 46:25, 103:2, 110:3, 154:5, 154:6
  **exhausted** [1] - 151:12
  **Exhibit** [31] - 19:3, 21:19, 55:14, 55:20, 55:23, 56:9, 58:8, 58:14, 58:22, 58:25, 59:6, 59:24, 60:4, 60:14, 60:17, 60:20, 60:25, 61:6, 61:22, 77:9, 115:1, 132:5,

132:16, 133:9, 133:24, 134:10, 134:24, 135:22, 136:7, 136:23
  **exhibit** [10] - 19:6, 19:9, 77:12, 77:14, 132:8, 132:19, 133:12, 134:2, 135:6, 135:8
  **exhibits** [2] - 61:3, 135:19
  **Exhibits** [1] - 135:17
  **exited** [5] - 44:22, 67:9, 102:24, 142:2, 150:19
  **explain** [4] - 52:9, 64:13, 73:7, 87:17
  **explained** [4] - 54:1, 66:4, 84:10, 91:19
  **expression** [5] - 70:3, 70:7, 87:3, 87:5
  **extra** [3] - 129:3, 129:4, 143:16

## F

  **face** [2] - 77:21, 122:3
  **fact** [10] - 36:8, 37:24, 40:23, 61:5, 84:4, 86:15, 91:16, 91:18, 145:2, 145:5
  **factory** [2] - 42:20, 101:24
  **facts** [3] - 38:2, 81:22, 92:10
  **failed** [1] - 123:18
  **fall** [1] - 122:17
  **familiar** [1] - 76:19
  **family** [4] - 11:22, 32:11, 138:8, 138:23
  **father** [7] - 12:14, 48:5, 48:7, 72:7, 111:4, 114:24, 115:11
  **father's** [2] - 112:21, 112:22
  **fear** [2] - 9:17, 91:9
  **February** [2] - 1:5, 18:11
  **federal** [1] - 107:2
  **feeding** [2] - 124:8, 128:11
  **fell** [1] - 123:9
  **felt** [1] - 96:4
  **fever** [3] - 138:7, 138:8, 138:18
  **few** [5] - 7:19, 7:21, 151:19, 151:21, 151:25

**file** [1] - 139:15
  **film** [9] - 29:8, 29:10, 29:17, 29:24, 30:1, 30:3, 30:7, 148:18
  **filmed** [1] - 28:7
  **finally** [1] - 140:25
  **financial** [1] - 114:23
  **financially** [1] - 114:21
  **fine** [6] - 17:3, 17:17, 18:6, 24:15, 143:8, 154:2
  **finished** [5] - 26:4, 53:22, 66:14, 90:4, 91:11
  **firearms** [1] - 74:16
  **first** [37] - 14:1, 17:13, 17:15, 17:17, 19:14, 20:10, 20:16, 21:4, 22:17, 31:24, 49:21, 49:22, 49:23, 49:25, 51:5, 51:22, 53:16, 53:19, 62:1, 64:9, 65:5, 65:10, 65:13, 66:20, 69:8, 84:4, 112:13, 112:24, 114:6, 114:9, 114:11, 117:4, 118:4, 119:8, 145:11, 152:5, 153:10
  **fit** [1] - 50:24
  **five** [3] - 76:25, 142:1, 142:8
  **five-minute** [1] - 142:8
  **fix** [4] - 50:24, 62:11, 108:3
  **fixed** [2] - 63:8, 70:20
  **fixing** [1] - 64:19
  **flashed** [1] - 122:7
  **flashing** [2] - 78:1, 122:6
  **flashlight** [3] - 122:1, 122:2, 122:4
  **floor** [2] - 50:25, 51:1
  **Floor** [2] - 2:2, 154:19
  **Flores** [2] - 68:9, 103:19
  **FLORIDA** [1] - 1:1
  **Florida** [6] - 1:4, 1:16, 1:22, 1:25, 2:3, 154:20
  **following** [20] - 4:18, 5:10, 24:9, 24:17, 44:23, 45:8, 45:22, 67:10, 67:19, 67:25, 68:18, 102:25, 103:5, 103:12, 104:2, 142:3, 142:10, 144:1,

150:20, 151:23
  **food** [1] - 136:19
  **FOR** [3] - 1:14, 1:20, 3:4
  **force** [3] - 109:6, 149:3, 149:4
  **foregoing** [1] - 154:14
  **foreigner** [9] - 33:4, 52:3, 52:21, 52:22, 55:9, 55:10, 84:16, 96:8, 146:17
  **foreigners** [8] - 15:20, 16:1, 33:14, 33:16, 87:14, 87:16, 88:3, 95:25
  **form** [12] - 8:22, 9:20, 23:24, 30:20, 46:14, 98:13, 106:16, 106:24, 108:21, 109:8, 129:13, 138:2
  **former** [3] - 42:24, 46:5, 46:6
  **foundation** [1] - 98:19
  **four** [2] - 81:4, 81:6
  **Fourth** [1] - 1:15
  **frame** [1] - 64:14
  **friend** [1] - 34:11
  **friends** [2] - 11:21, 75:10
  **front** [8] - 19:8, 28:16, 46:11, 55:18, 58:24, 87:7, 132:11, 132:22
  **full** [13] - 7:8, 11:14, 17:7, 18:8, 18:13, 40:2, 47:3, 94:17, 110:9, 117:6, 135:18, 147:5, 152:19
  **full-time** [2] - 18:8, 18:13

## G

  **gallery** [1] - 78:18
  **game** [1] - 25:11
  **games** [3] - 53:9, 57:7, 57:11
  **general** [2] - 25:13, 26:16
  **generally** [1] - 81:11
  **gentlemen** [4] - 4:20, 39:6, 48:4, 49:19
  **gesture** [1] - 65:20
  **gestured** [1] - 65:18
  **gestures** [2] - 65:21, 66:4
  **gesturing** [1] - 66:13

**gift** [11] - 15:17, 15:19, 15:25, 25:11, 33:19, 33:21, 33:24, 38:19, 38:22, 65:5, 73:24
  **gifts** [8] - 15:24, 34:3, 57:22, 57:25, 58:1, 58:4, 58:6, 65:4
  **girls** [3] - 16:6, 53:14, 113:22
  **given** [5] - 33:19, 38:19, 38:22, 38:25, 80:11
  **God** [2] - 130:5, 130:9
  **goodnight** [1] - 120:24
  **gourdes** [1] - 79:12
  **Government** [18] - 5:14, 5:21, 6:2, 43:22, 44:4, 46:4, 46:7, 87:23, 96:18, 101:12, 102:2, 102:8, 105:19, 105:22, 106:2, 106:14, 110:5, 151:4, 151:19
  **GOVERNMENT** [5] - 1:14, 3:4, 11:12, 47:1, 110:10
  **Government's** [35] - 19:3, 21:19, 55:14, 55:20, 55:22, 58:8, 58:14, 58:22, 58:25, 59:6, 59:24, 60:3, 60:14, 60:17, 60:19, 60:25, 61:6, 61:22, 77:9, 78:16, 93:18, 100:15, 106:10, 115:1, 132:5, 132:16, 133:9, 133:24, 134:10, 134:24, 135:17, 135:22, 136:7, 136:23, 153:25
  **grab** [1] - 64:4
  **grabbed** [1] - 31:2
  **grew** [1] - 9:5
  **grounds** [2] - 82:16, 82:17
  **group** [14] - 42:15, 46:4, 46:6, 52:18, 72:1, 77:21, 100:10, 101:11, 101:18, 101:20, 101:22, 102:3, 102:7, 105:19
  **groups** [1] - 125:5
  **guardian** [3] - 83:14, 84:1, 86:1
  **guess** [1] - 6:20
  **guests** [1] - 34:2
  **guns** [2] - 58:3,

145:19
**guy** [1] - 127:3
**guys** [1] - 139:19

## H

**habit** [3] - 147:3,
148:12, 152:17
**Haiti** [14] - 10:11,
10:13, 12:6, 12:9,
33:4, 37:5, 42:15,
47:15, 57:21, 80:15,
101:17, 110:21,
110:24, 112:18
**Haitian** [4] - 139:9,
139:11, 144:11, 151:7
**hand** [16] - 24:1,
24:4, 25:4, 25:5, 31:3,
59:6, 59:11, 59:12,
65:21, 66:2, 66:5,
66:7, 118:17, 120:7
**handed** [2] - 58:13,
60:25
**hands** [9] - 63:23,
63:24, 66:1, 92:6,
92:13, 92:16, 120:10,
126:11, 126:12
**hang** [1] - 136:17
**happy** [4] - 46:16,
46:17, 54:1
**hard** [1] - 92:1
**hated** [1] - 140:15
**head** [2] - 69:14,
122:2
**headaches** [1] -
138:7
**heads** [1] - 143:19
**heads-up** [1] -
143:19
**health** [2] - 138:4,
138:6
**healthcare** [1] -
138:11
**hear** [2] - 80:11,
105:24
**hearsay** [8] - 29:13,
34:18, 37:14, 52:6,
54:18, 113:6, 139:22,
140:6
**heart** [1] - 31:4
**held** [2] - 92:6, 92:13
**help** [2] - 65:2,
114:20
**helped** [1] - 96:16
**hereby** [1] - 154:14
**herself** [1] - 10:4
**hill** [1] - 27:5
**himself** [3] - 66:1,
66:5, 66:6

**history** [1] - 100:20
**hit** [18] - 9:16, 21:2,
30:24, 31:4, 31:5,
31:6, 31:7, 63:17,
63:21, 63:24, 64:1,
64:3, 92:1, 104:13,
104:17, 105:16
**hitting** [1] - 31:2
**hold** [4] - 25:5,
92:15, 92:16, 120:12
**holding** [1] - 95:14
**home** [18] - 8:3, 8:5,
8:11, 8:14, 14:14,
15:18, 17:23, 31:16,
72:8, 72:22, 73:11,
89:23, 90:1, 113:11,
113:13, 113:15,
114:2, 114:7
**Homeland** [1] - 68:9
**homework** [2] -
89:24, 90:4
**homeworks** [1] -
108:18
**homosexual** [3] -
124:12, 140:12,
140:16
**Honor** [68] - 4:6, 4:9,
5:1, 11:3, 11:4, 19:2,
24:24, 27:9, 27:13,
30:21, 31:18, 34:23,
42:12, 44:6, 44:9,
45:13, 45:16, 46:18,
46:21, 49:3, 49:14,
52:8, 55:13, 58:7,
58:10, 59:23, 60:13,
60:22, 61:19, 64:16,
67:23, 68:5, 68:10,
68:22, 77:8, 77:25,
78:22, 80:5, 85:18,
91:12, 101:7, 103:17,
103:21, 107:1, 109:9,
110:1, 110:5, 114:25,
124:4, 127:15, 132:2,
132:4, 132:15, 133:8,
133:23, 134:9,
134:23, 135:12,
135:21, 136:6,
136:22, 141:8,
141:16, 142:15,
142:18, 148:1, 151:8,
153:21
**HONORABLE** [1] -
1:10
**Hope** [4] - 4:12,
68:13, 103:24, 142:20
**hoping** [1] - 109:23
**HOROWITZ** [97] -
1:23, 4:9, 10:25,
18:17, 23:24, 25:23,
26:12, 26:18, 26:23,

27:4, 27:6, 27:8,
30:20, 31:21, 32:18,
33:12, 34:20, 34:23,
35:1, 35:20, 37:9,
37:16, 38:5, 39:5,
39:15, 40:10, 40:13,
40:22, 41:6, 41:14,
42:12, 42:14, 43:17,
43:21, 44:2, 44:6,
44:8, 46:14, 67:20,
67:23, 68:10, 78:14,
79:5, 103:3, 103:21,
106:16, 106:24,
107:18, 115:17,
123:24, 124:4,
124:14, 125:20,
125:25, 126:17,
127:9, 127:15, 128:2,
128:15, 128:21,
129:13, 129:19,
130:2, 132:2, 138:2,
138:12, 138:25,
139:13, 139:22,
140:6, 140:19, 141:4,
141:12, 141:16,
143:5, 143:10,
143:14, 144:5,
144:14, 144:21,
145:1, 145:8, 146:2,
146:9, 146:15,
147:16, 147:23,
148:1, 148:2, 148:11,
148:16, 148:21,
149:14, 150:4,
151:13, 152:4, 153:25
**Horowitz** [15] - 4:10,
45:17, 67:22, 68:11,
78:21, 103:2, 103:4,
103:22, 141:14,
142:19, 143:3, 144:4,
150:24, 152:7, 153:11
**house** [83] - 8:8,
14:10, 14:17, 15:8,
15:13, 15:15, 15:22,
16:3, 16:8, 16:11,
17:6, 17:7, 17:9,
17:13, 20:16, 20:22,
27:17, 31:13, 32:19,
32:23, 35:3, 35:5,
35:9, 35:23, 53:5,
53:8, 58:5, 64:6,
69:16, 71:12, 71:20,
71:24, 74:18, 74:19,
74:21, 75:2, 75:17,
75:19, 75:22, 76:9,
76:20, 79:21, 81:5,
84:15, 84:21, 94:14,
94:19, 95:10, 96:2,
112:19, 112:21,
112:22, 114:15,
115:16, 115:21,

115:24, 116:15,
116:21, 118:1,
119:13, 123:2,
124:25, 125:1, 125:3,
126:16, 126:22,
127:7, 127:8, 127:14,
127:19, 130:14,
130:15, 130:16,
130:18, 130:19,
130:21, 131:6, 131:9,
132:1, 136:4, 136:14,
136:18, 147:7
**housekeeping** [1] -
67:21
**hug** [1] - 118:24
**hugged** [1] - 119:1
**hungry** [3] - 32:13,
32:14, 138:4
**hurt** [1] - 143:16

## I

**idea** [1] - 30:2
**identified** [6] - 13:6,
13:21, 49:4, 49:15,
111:22, 112:8
**immediately** [8] -
5:21, 44:18, 67:5,
84:5, 84:18, 102:19,
141:24, 150:13
**important** [1] - 57:13
**incident** [1] - 66:20
**included** [1] - 38:14
**including** [5] - 44:15,
67:2, 102:16, 141:21,
150:10
**incorrect** [1] - 6:16
**indicated** [4] - 81:10,
83:17, 92:23, 153:12
**indicates** [1] - 13:15
**individually** [1] -
101:21
**individuals** [7] -
86:15, 86:17, 101:13,
140:9, 140:17,
140:23, 141:2
**information** [1] -
153:23
**inside** [3] - 82:19,
87:5, 131:23
**instruct** [6] - 27:8,
44:18, 67:5, 102:19,
141:24, 150:13
**interest** [1] - 84:12
**interested** [2] -
57:16, 89:4
**Internet** [5] - 44:16,
67:3, 102:17, 141:22,
150:11

**INTERPRETER** [4] -
25:25, 27:13, 120:12,
154:5
**interpreter** [1] -
21:12
**interpreters** [1] -
151:24
**interrupt** [1] - 57:14
**Investigations** [1] -
68:9
**investigator** [1] -
103:24
**invitation** [2] - 15:11,
15:12, 32:19
**invited** [1] - 82:24
**invitees** [1] - 15:21
**iPad** [1] - 39:19
**iPod** [10] - 28:6,
39:18, 39:19, 39:20,
39:23, 39:25, 43:18,
43:22, 44:3
**irrelevant** [1] - 24:13
**issue** [1] - 78:2
**issues** [3] - 67:15,
101:21, 138:6
**item** [1] - 61:16

## J

**JEAN** [2] - 47:1, 47:6
**Jean** [27] - 3:7,
46:22, 47:5, 47:12,
47:14, 47:20, 48:21,
48:25, 49:19, 55:17,
58:13, 60:3, 60:17,
60:25, 61:24, 64:6,
65:16, 69:2, 69:12,
77:12, 79:9, 94:18,
104:8, 107:22,
108:19, 109:18, 133:7
**Jhonny** [8] - 50:4,
50:5, 50:6, 50:9, 55:5,
55:8, 59:10, 59:20
**JOAN** [1] - 1:10
**job** [1] - 21:2
**jobs** [2] - 117:23,
118:4
**Joel** [3] - 77:4, 77:6,
77:20
**Josue** [8] - 3:5, 7:17,
8:17, 9:2, 9:24, 10:6,
77:4, 77:6
**judge** [6] - 67:20,
143:5, 147:23, 150:4,
150:21, 151:13
**Judge** [4] - 4:15,
79:3, 103:3, 154:8
**JUDGE** [1] - 1:11
**juice** [1] - 25:19

**July** [4] - 75:23, 79:9, 97:16, 98:8
**jumped** [1] - 5:21
**Junior** [1] - 27:25
**jurors** [4] - 4:13, 4:16, 45:19, 103:25
**JURY** [3] - 1:10, 4:21, 78:4
**jury** [25] - 4:17, 24:10, 39:6, 44:21, 44:22, 45:21, 48:4, 49:20, 67:8, 67:9, 68:14, 68:17, 78:2, 92:2, 94:24, 95:16, 102:22, 102:24, 104:1, 141:13, 142:2, 143:25, 144:15, 149:17, 150:19
**JUSTICE** [1] - 1:17
**justice** [3] - 30:2, 46:17, 87:8

## K

**Kane** [6] - 4:7, 45:14, 45:25, 68:6, 103:18, 142:16
**KANE** [100] - 1:17, 5:22, 6:12, 7:16, 9:1, 9:23, 10:18, 10:22, 11:3, 11:9, 11:11, 11:17, 13:5, 13:8, 13:20, 13:23, 14:16, 15:5, 17:2, 18:20, 19:2, 19:5, 20:15, 20:21, 24:3, 24:14, 24:19, 24:24, 25:2, 26:5, 26:15, 26:20, 27:14, 29:15, 29:22, 30:21, 30:22, 31:17, 35:18, 39:12, 41:4, 46:2, 46:18, 110:7, 110:13, 111:21, 111:24, 112:7, 112:10, 113:9, 114:25, 115:3, 115:19, 120:15, 124:1, 124:10, 124:17, 125:22, 126:3, 126:19, 127:12, 127:18, 128:5, 128:18, 128:24, 129:16, 129:24, 130:7, 132:4, 132:7, 132:15, 132:18, 133:8, 133:11, 133:23, 134:1, 134:9, 134:12, 134:23, 135:1, 135:12, 135:15,

135:21, 135:24, 136:6, 136:9, 136:22, 137:1, 138:5, 138:15, 139:3, 139:17, 139:24, 140:8, 140:22, 141:8, 144:12, 145:23, 148:14, 148:19
**keep** [3] - 7:23, 14:25, 48:11
**kept** [2] - 22:15, 69:7
**kick** [2] - 72:12, 74:16
**kicked** [4] - 72:9, 80:2, 99:10, 99:11
**kid** [1] - 131:22
**kids** [7] - 50:2, 50:12, 50:24, 53:12, 53:13, 53:22, 97:23
**kilometers** [1] - 85:7
**Kimberly** [1] - 40:4
**kind** [5] - 58:1, 62:2, 63:6, 69:8, 153:22
**kinds** [2] - 57:7, 62:15
**knowledge** [2] - 33:16, 40:17
**known** [1] - 101:24
**knows** [1] - 41:4

## L

**ladies** [5] - 4:20, 39:6, 48:4, 49:19, 151:25
**lady** [4] - 113:1, 113:7, 113:8
**language** [1] - 70:6
**large** [1] - 63:8
**Larko** [2] - 68:8, 103:19
**last** [8] - 43:7, 68:23, 102:6, 116:15, 116:19, 127:23, 127:25, 129:21
**late** [2] - 142:19, 142:21
**law** [3] - 99:25, 100:8, 140:3
**leader** [7] - 76:19, 76:20, 76:23, 76:24, 77:3, 130:13
**leading** [16] - 14:12, 18:17, 20:12, 26:23, 72:14, 73:13, 105:23, 106:16, 107:18, 115:17, 127:9, 128:15, 138:12, 138:25, 140:19, 141:4

**least** [2] - 94:3, 138:8
**leave** [7] - 44:20, 67:7, 73:6, 79:11, 102:21, 107:10, 151:24
**leaving** [3] - 7:20, 7:21, 95:12
**left** [19] - 9:24, 37:11, 37:17, 43:10, 59:12, 59:15, 71:13, 79:9, 84:17, 84:24, 97:14, 97:15, 115:8, 116:23, 117:1, 119:24, 133:4, 133:5, 137:21
**left-hand** [1] - 59:12
**legal** [3] - 86:1, 106:25, 107:2
**legs** [1] - 69:15
**LENARD** [1] - 1:10
**less** [2] - 25:1, 37:5
**lie** [6] - 22:1, 22:2, 22:4, 50:25, 51:1, 120:13
**life** [7] - 81:8, 83:10, 88:15, 99:22, 104:20, 137:25, 138:1
**LISA** [2] - 2:1, 154:18
**list** [3] - 134:13, 136:19, 137:15
**listed** [3] - 133:18, 134:14, 134:16
**listen** [5] - 44:14, 67:1, 102:15, 141:20, 150:9
**literally** [1] - 33:7
**live** [23] - 7:23, 12:7, 31:9, 32:10, 47:16, 47:18, 48:15, 54:3, 54:4, 71:7, 72:11, 75:19, 85:4, 99:18, 113:14, 113:16, 114:13, 114:22, 131:16, 131:18, 131:20, 137:19
**lived** [25] - 5:11, 8:19, 8:21, 20:1, 20:4, 20:7, 34:2, 50:11, 53:11, 57:6, 76:1, 111:3, 113:18, 115:22, 116:15, 117:10, 117:12, 117:15, 117:23, 124:18, 127:19, 138:10, 138:16, 138:22, 139:4
**living** [58] - 5:12, 5:18, 6:4, 6:11, 6:18, 8:11, 9:25, 16:4, 19:11, 19:16, 19:23,

20:23, 27:15, 32:3, 35:12, 48:6, 49:21, 49:23, 49:25, 50:1, 51:23, 57:1, 57:12, 59:21, 60:9, 69:6, 69:18, 74:18, 76:9, 77:22, 80:18, 80:19, 83:6, 84:12, 96:18, 99:18, 113:20, 113:24, 115:12, 116:8, 116:19, 117:5, 118:14, 122:17, 132:13, 133:16, 134:6, 134:20, 135:2, 147:1, 147:7, 147:11, 147:18, 147:21, 148:3, 148:5, 152:15, 153:14
**locate** [1] - 85:3
**located** [10] - 18:12, 18:15, 18:22, 18:25, 48:17, 51:16, 51:18, 71:13, 82:15, 115:24
**location** [3] - 18:24, 81:4, 116:4
**look** [4] - 42:3, 55:17, 151:4, 154:1
**looked** [2] - 21:16, 28:5
**looking** [3] - 28:6, 29:11, 59:11
**looks** [1] - 133:6
**lost** [3] - 79:12, 79:13, 98:9
**lotion** [6] - 65:25, 66:5, 66:7, 70:11, 118:17, 119:24, 120:6, 120:10
**lotions** [1] - 69:15
**loud** [2] - 9:9, 9:10
**lucky** [1] - 81:11
**lunch** [3] - 66:22, 67:12, 136:20
**luncheon** [2] - 67:18, 67:24
**lying** [3] - 118:24, 131:11, 131:12

## M

**ma'am** [4] - 5:25, 6:24, 80:8, 100:6
**mad** [1] - 132:1
**mail** [1] - 134:14
**man** [18] - 7:2, 12:23, 13:9, 48:21, 49:7, 52:21, 92:5, 100:23, 111:12, 111:25, 146:10, 147:2, 147:8,

147:11, 147:17, 148:3, 149:10, 152:17
**managed** [1] - 19:21
**MARIA** [1] - 1:14
**Maria** [6] - 4:7, 45:14, 68:6, 103:18, 106:18, 142:16
**marking** [3] - 132:23, 132:24
**marvelous** [4] - 53:1, 53:3, 83:3, 84:6
**Marvins** [1] - 77:6
**masturbate** [22] - 24:20, 25:3, 26:6, 64:22, 65:12, 65:23, 70:11, 72:4, 72:13, 72:18, 73:12, 73:18, 108:20, 108:25, 118:17, 119:25, 120:1, 120:5, 120:14, 123:11, 129:9, 131:4
**masturbated** [4] - 25:21, 126:8, 126:9, 127:3
**masturbating** [7] - 26:3, 66:10, 66:12, 120:17, 120:19, 125:12, 126:6
**Matin** [1] - 57:10
**Matt** [2] - 100:10, 106:18
**matter** [11] - 36:8, 37:24, 44:15, 67:2, 98:11, 102:16, 141:21, 145:2, 145:4, 150:10, 154:15
**matters** [1] - 67:21
**MATTERS** [1] - 1:21
**MATTHEW** [1] - 1:7
**Matthew** [11] - 4:2, 4:10, 12:23, 45:10, 48:21, 68:2, 68:11, 103:14, 103:22, 111:12, 142:12
**me'** [1] - 152:17
**meal** [1] - 81:18
**meals** [11] - 19:23, 20:7, 32:6, 57:3, 57:11, 81:10, 81:16, 88:18, 88:19, 117:9, 117:12
**mean** [32] - 15:10, 19:19, 21:16, 22:25, 27:21, 35:21, 53:4, 56:13, 58:17, 62:5, 69:4, 69:5, 69:6, 70:13, 73:9, 75:6, 86:23, 87:2, 87:11, 87:22, 88:8, 90:18, 104:11, 104:22,

105:3, 116:12, 123:12, 124:11, 124:13, 125:14, 126:5, 127:4

**means** [4] - 73:10, 87:15, 114:21, 114:23

**meant** [1] - 87:17

**measure** [1] - 85:6

**MEDETIS** [127] - 1:14, 4:6, 4:15, 6:5, 6:21, 32:16, 33:9, 34:18, 37:7, 37:14, 38:2, 39:2, 40:8, 40:19, 41:12, 42:10, 43:15, 43:19, 43:24, 45:13, 46:21, 47:9, 48:14, 49:3, 49:6, 49:14, 49:18, 52:8, 52:12, 52:13, 54:20, 54:24, 55:13, 55:16, 58:7, 58:10, 58:12, 59:23, 60:2, 60:13, 60:16, 60:22, 60:24, 61:5, 61:8, 61:13, 61:15, 61:19, 61:21, 61:23, 64:16, 64:23, 68:5, 68:22, 69:1, 70:23, 72:3, 72:17, 73:3, 73:16, 74:1, 75:14, 76:18, 77:8, 77:11, 77:25, 78:5, 78:22, 79:8, 80:5, 80:22, 81:12, 81:22, 82:10, 83:19, 85:18, 86:24, 87:18, 87:25, 88:9, 90:10, 90:21, 91:12, 92:8, 92:18, 93:8, 93:24, 94:5, 94:10, 94:25, 95:17, 96:23, 97:8, 98:13, 98:19, 98:25, 99:12, 100:3, 103:17, 104:7, 104:16, 105:9, 106:1, 106:20, 107:1, 107:5, 107:21, 108:23, 109:5, 109:9, 109:11, 110:1, 110:5, 142:15, 144:19, 144:23, 145:4, 145:24, 146:7, 146:12, 147:13, 147:20, 148:8, 149:12, 151:8, 153:21, 154:8

**Medetis** [7] - 4:7, 45:14, 68:6, 68:21, 103:18, 104:5, 142:16

**media** [5] - 44:15, 67:2, 102:16, 141:21, 150:10

**medication** [1] -

138:19

**meet** [15] - 14:1, 15:6, 49:20, 51:9, 51:10, 51:11, 79:15, 101:17, 101:18, 101:21, 101:22, 102:2, 102:7, 112:13, 112:24

**meeting** [4] - 43:7, 105:21, 151:1, 151:6

**meetings** [9] - 42:15, 42:18, 42:24, 43:4, 46:4, 46:6, 101:11, 101:15, 105:21

**members** [2] - 101:12, 101:18

**memory** [1] - 153:19

**men** [17] - 81:21, 81:23, 90:8, 90:11, 90:16, 90:25, 139:25, 145:21, 148:6, 148:17, 148:22, 148:23, 152:2, 152:21, 153:17, 153:23

**mentioned** [4] - 29:8, 91:25, 147:4, 152:19

**message** [1] - 97:24

**met** [15] - 14:3, 14:5, 14:7, 14:10, 14:17, 49:21, 49:22, 51:5, 51:22, 100:10, 100:14, 101:11, 101:20, 105:18, 112:15

**MIAMI** [1] - 1:2

**Miami** [9] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 106:8, 154:19, 154:20

**microphone** [1] - 48:12

**military** [1] - 74:17

**mind** [1] - 143:6

**mine** [1] - 34:11

**minute** [1] - 142:8

**minutes** [18] - 44:21, 45:6, 69:10, 69:12, 69:13, 69:14, 69:17, 69:20, 69:22, 69:24, 102:22, 103:10, 109:16, 142:1, 143:16, 151:19, 151:21, 151:25

**misbehave** [1] - 9:14

**misbehaved** [1] - 9:11

**mischaracterizatio n** [4] - 81:23, 82:10, 146:12, 147:20

**mischaracterizes** [2]

- 92:9, 93:8

**misplaced** [1] - 21:13

**missing** [1] - 98:17

**missionaries** [1] - 33:17

**mom** [3] - 12:13, 48:7, 111:2

**moment** [15] - 7:11, 11:3, 27:2, 42:12, 44:6, 44:24, 45:1, 61:9, 67:11, 101:7, 103:1, 141:8, 142:4, 143:11, 150:23

**Monet** [1] - 94:18

**money** [36] - 25:15, 65:2, 69:25, 73:12, 73:21, 73:22, 74:8, 74:24, 79:12, 79:13, 79:15, 79:16, 79:17, 79:23, 79:24, 79:25, 80:1, 80:16, 82:8, 90:9, 90:14, 90:17, 90:18, 90:19, 90:25, 98:8, 98:12, 98:17, 98:23, 99:5, 99:7, 99:10, 107:16, 128:23, 128:25, 129:6

**monitor** [4] - 19:8, 55:17, 78:3, 78:22

**monitors** [5] - 77:25, 78:5, 78:17, 78:18, 79:5

**month** [9] - 36:14, 57:19, 57:22, 73:23, 75:3, 86:4, 93:1, 93:3, 120:4

**months** [5] - 75:20, 75:24, 75:25, 97:14

**Morning** [101] - 7:2, 7:23, 8:14, 9:24, 9:25, 16:14, 16:15, 16:16, 16:21, 16:23, 17:4, 17:15, 17:19, 18:2, 18:5, 18:7, 18:12, 18:21, 19:11, 19:14, 19:24, 20:1, 20:4, 20:10, 27:15, 35:5, 36:1, 36:5, 36:8, 36:10, 36:18, 37:21, 37:25, 38:10, 39:8, 40:7, 40:16, 41:11, 42:25, 43:4, 43:11, 43:14, 46:5, 46:7, 57:10, 71:8, 71:12, 71:13, 77:22, 82:24, 83:5, 83:13, 84:22, 85:1, 85:4, 85:9, 85:23, 86:8, 86:10, 86:16, 88:15, 89:6,

95:12, 96:5, 97:19, 97:20, 100:2, 101:19, 104:9, 104:20, 106:11, 114:5, 114:7, 114:10, 114:19, 115:12, 115:20, 115:23, 116:3, 116:6, 116:10, 116:19, 116:24, 117:9, 117:20, 117:23, 118:14, 121:3, 124:18, 132:13, 134:6, 134:20, 135:2, 135:7, 137:5, 137:20, 137:23, 138:10, 138:16, 141:3

**morning** [35] - 4:1, 4:6, 4:9, 4:20, 4:21, 5:4, 5:5, 7:17, 7:18, 11:18, 25:15, 27:21, 27:24, 31:22, 31:23, 45:13, 45:16, 47:10, 47:11, 63:3, 63:8, 89:11, 89:16, 108:3, 108:5, 108:8, 118:16, 118:18, 118:19, 118:21, 118:23, 150:17, 151:2, 154:3

**mornings** [3] - 89:17, 118:15, 129:1

**most** [2] - 57:13, 131:23

**mother** [22] - 10:3, 20:7, 32:3, 32:10, 34:8, 34:12, 34:14, 34:16, 35:2, 35:6, 35:8, 35:11, 35:14, 35:16, 35:21, 48:5, 48:9, 48:15, 72:7, 80:19, 81:3, 117:15

**motive** [1] - 99:14

**mouth** [1] - 22:11

**move** [13] - 57:6, 57:17, 66:8, 75:16, 83:8, 83:9, 84:13, 88:12, 114:15, 114:19, 116:3, 116:6, 119:3

**moved** [32] - 8:6, 18:7, 18:12, 18:24, 19:14, 20:10, 20:16, 20:22, 21:10, 56:22, 57:3, 57:20, 57:23, 61:24, 62:7, 64:6, 75:15, 75:21, 75:23, 75:24, 88:15, 104:19, 115:16, 115:20, 115:23, 116:8, 116:10, 117:4, 117:20, 121:3, 121:5,

127:7

**movies** [3] - 119:20, 119:23, 148:13

**moving** [3] - 18:21, 59:15, 112:23

**MR** [202] - 4:9, 5:1, 5:3, 5:25, 6:1, 6:6, 6:9, 6:15, 6:24, 7:1, 7:11, 7:13, 8:22, 9:20, 10:15, 10:20, 10:24, 10:25, 14:12, 14:18, 18:17, 20:12, 20:18, 23:24, 24:6, 24:11, 24:22, 25:23, 26:12, 26:18, 26:23, 27:4, 27:6, 27:8, 29:13, 29:20, 30:20, 31:21, 32:18, 33:12, 34:20, 34:23, 35:1, 35:20, 37:9, 37:16, 38:5, 39:5, 39:15, 40:10, 40:13, 40:22, 41:6, 41:14, 42:12, 42:14, 43:17, 43:21, 44:2, 44:6, 44:8, 45:16, 46:14, 52:6, 54:18, 54:22, 61:12, 61:14, 64:14, 67:20, 67:23, 68:10, 70:18, 71:21, 72:14, 73:1, 73:13, 73:19, 75:11, 76:13, 78:7, 78:10, 78:13, 78:14, 78:16, 78:19, 79:1, 79:3, 79:5, 79:6, 80:8, 80:10, 80:23, 81:1, 81:14, 82:1, 82:13, 83:23, 85:22, 87:1, 87:10, 87:21, 88:5, 88:13, 88:14, 90:13, 90:24, 91:15, 92:12, 92:22, 93:13, 94:2, 94:7, 94:11, 94:13, 95:3, 95:20, 97:1, 97:10, 98:16, 98:22, 99:3, 99:14, 99:16, 100:6, 100:7, 101:7, 101:9, 102:10, 103:3, 103:21, 104:14, 105:4, 105:23, 106:16, 106:24, 107:17, 107:18, 108:21, 109:1, 109:8, 109:19, 109:24, 113:3, 113:6, 115:17, 123:24, 124:4, 124:14, 125:20, 125:25, 126:17, 127:9, 127:15, 128:2, 128:15, 128:21, 129:13, 129:19,

130:2, 132:2, 138:2, 138:12, 138:25, 139:13, 139:22, 140:6, 140:19, 141:4, 141:12, 141:16, 142:18, 142:25, 143:5, 143:10, 143:11, 143:14, 143:20, 143:23, 144:5, 144:14, 144:21, 145:1, 145:8, 146:2, 146:9, 146:15, 147:16, 147:23, 148:1, 148:2, 148:11, 148:16, 148:21, 149:14, 150:4, 150:21, 150:24, 151:13, 151:15, 152:4, 153:25

**MS** [225] - 4:6, 4:15, 5:22, 6:5, 6:12, 6:21, 7:16, 9:1, 9:23, 10:18, 10:22, 11:3, 11:9, 11:11, 11:17, 13:5, 13:8, 13:20, 13:23, 14:16, 15:5, 17:2, 18:20, 19:2, 19:5, 20:15, 20:21, 24:3, 24:14, 24:19, 24:24, 25:2, 26:5, 26:15, 26:20, 27:14, 29:15, 29:22, 30:21, 30:22, 31:17, 32:16, 33:9, 34:18, 35:18, 37:7, 37:14, 38:2, 39:2, 39:12, 40:8, 40:19, 41:2, 41:12, 42:10, 43:15, 43:19, 43:24, 45:13, 46:2, 46:18, 46:21, 47:9, 48:14, 49:3, 49:6, 49:14, 49:18, 52:8, 52:12, 52:13, 54:20, 54:24, 55:13, 55:16, 58:7, 58:10, 58:12, 59:23, 60:2, 60:13, 60:16, 60:22, 60:24, 61:5, 61:8, 61:13, 61:15, 61:19, 61:21, 61:23, 64:16, 64:23, 68:5, 68:22, 69:1, 70:23, 72:3, 72:17, 73:3, 73:16, 74:1, 75:14, 76:18, 77:8, 77:11, 77:25, 78:5, 78:22, 79:8, 80:5, 80:22, 81:12, 81:22, 82:10, 83:19, 85:18, 86:24, 87:18, 87:25, 89:8, 90:10, 90:21, 91:12, 92:8, 92:18, 93:8,

93:24, 94:5, 94:10, 94:25, 95:17, 96:23, 97:8, 98:13, 98:19, 98:25, 99:12, 100:3, 103:17, 104:7, 104:16, 105:9, 106:1, 106:20, 107:1, 107:5, 107:21, 108:23, 109:5, 109:9, 109:11, 110:1, 110:5, 110:7, 110:13, 111:21, 111:24, 112:7, 112:10, 113:9, 114:25, 115:3, 115:19, 120:15, 124:1, 124:10, 124:17, 125:22, 126:3, 126:19, 127:12, 127:18, 128:5, 128:18, 128:24, 129:16, 129:24, 130:7, 132:4, 132:7, 132:15, 132:18, 133:8, 133:11, 133:23, 134:1, 134:9, 134:12, 134:23, 135:1, 135:12, 135:15, 135:21, 135:24, 136:6, 136:9, 136:22, 137:1, 138:5, 138:15, 139:3, 139:17, 139:24, 140:8, 140:22, 141:8, 142:15, 144:12, 144:19, 144:23, 145:4, 145:23, 145:24, 146:7, 146:12, 147:13, 147:20, 148:8, 148:14, 148:19, 149:12, 151:8, 153:21, 154:8
**mwen** [1] - 70:8

## N

**naked** [1] - 118:24
**name** [33] - 7:8, 11:10, 11:14, 16:11, 16:13, 27:25, 34:11, 40:2, 47:3, 50:3, 51:20, 57:9, 61:2, 61:22, 69:13, 94:17, 96:14, 97:3, 110:9, 114:2, 114:4, 115:9, 115:10, 126:23, 133:20, 134:14, 134:16, 134:18, 134:19, 135:8,

135:10, 135:18, 137:15
**named** [7] - 12:23, 13:9, 48:21, 49:7, 77:16, 111:12, 111:25
**names** [2] - 77:18, 134:13
**nan** [1] - 70:8
**napkin** [1] - 126:11
**Nason** [14] - 21:8, 21:11, 21:15, 21:16, 21:24, 41:21, 42:9, 115:9, 133:7, 133:20, 134:17, 135:11, 137:18
**Nason's** [1] - 21:20
**National** [1] - 144:11
**near** [2] - 85:1, 145:22
**necessarily** [1] - 124:6
**necklace** [1] - 33:22
**need** [5] - 48:17, 54:12, 79:25, 105:24, 153:19
**needed** [6] - 34:16, 72:10, 75:3, 75:5, 83:14, 83:25
**needs** [1] - 104:23
**neighborhood** [2] - 116:1, 140:13
**never** [13] - 6:14, 6:19, 23:22, 26:4, 26:9, 27:1, 80:2, 93:9, 98:4, 112:25, 131:25, 147:4, 152:18
**New** [1] - 1:18
**next** [19] - 11:8, 16:21, 22:5, 46:20, 52:11, 54:8, 59:8, 59:9, 69:21, 70:10, 99:25, 100:8, 110:4, 116:6, 120:11, 124:15, 126:8, 133:4, 135:18
**nice** [7] - 50:19, 53:2, 53:6, 54:11, 62:1, 62:2, 154:4
**nickname** [2] - 11:21, 11:24
**night** [24] - 17:9, 22:23, 22:24, 53:17, 63:3, 63:5, 63:9, 64:19, 90:3, 108:3, 109:4, 109:17, 120:23, 121:19, 121:22, 122:14, 123:4, 123:14, 123:16, 123:20, 123:22, 124:2, 125:17

**NO** [1] - 1:2
**North** [2] - 2:2, 154:19
**Northeast** [1] - 1:15
**note** [1] - 153:21
**notebooks** [5] - 33:22, 44:20, 67:7, 102:21, 150:15
**nothing** [5] - 17:17, 18:6, 30:10, 78:13, 95:14
**nowhere** [2] - 72:8, 107:2
**number** [4] - 33:1, 33:13, 115:25, 134:18
**numerous** [1] - 42:24
**NW** [1] - 1:18

## O

**oath** [5] - 4:22, 45:24, 68:20, 104:4, 144:3
**object** [1] - 151:8
**objection** [152] - 5:22, 6:5, 6:12, 6:21, 8:22, 9:20, 10:15, 10:20, 10:24, 14:12, 14:18, 14:21, 18:17, 20:12, 20:18, 23:24, 24:6, 24:11, 24:22, 25:23, 26:12, 26:18, 26:23, 27:4, 27:6, 27:9, 27:11, 29:13, 29:20, 30:20, 32:16, 33:9, 34:18, 34:19, 35:18, 37:7, 37:14, 38:2, 39:2, 39:12, 40:8, 41:2, 41:12, 42:10, 43:15, 43:19, 43:24, 46:14, 52:6, 54:18, 54:22, 64:14, 70:18, 71:21, 72:14, 73:1, 73:13, 73:19, 75:11, 76:13, 80:22, 81:12, 81:22, 82:10, 83:19, 85:18, 86:24, 87:18, 87:25, 88:9, 90:10, 90:21, 91:12, 92:8, 92:9, 92:10, 92:18, 93:8, 93:24, 94:5, 94:10, 94:25, 95:17, 96:23, 97:8, 98:13, 98:19, 98:25, 99:12, 99:13, 100:3, 104:14, 105:4, 105:23, 106:16, 106:24, 107:17, 107:18, 108:21,

109:1, 109:8, 109:19, 109:24, 113:3, 113:6, 115:17, 123:24, 124:4, 124:14, 125:20, 125:25, 126:17, 127:9, 127:15, 128:2, 128:15, 128:21, 129:13, 129:19, 130:2, 132:2, 138:2, 138:12, 138:25, 139:13, 139:22, 140:6, 140:19, 141:4, 144:12, 144:19, 144:23, 145:4, 145:24, 146:7, 146:12, 146:13, 147:13, 147:20, 147:22, 148:8, 148:14, 148:19, 149:12, 151:3
**occasion** [2] - 25:8, 123:5
**occasions** [3] - 7:22, 38:16, 123:7
**occurred** [3] - 98:3, 100:1, 100:9
**October** [1] - 47:21
**OF** [3] - 1:1, 1:4, 1:17
**offer** [5] - 26:10, 73:12, 73:17, 128:13, 128:19
**offered** [4] - 51:13, 128:23, 128:25, 129:6
**officer** [1] - 150:16
**officers** [1] - 80:12
**Official** [1] - 154:19
**official** [1] - 2:1
**often** [7] - 23:11, 69:18, 74:5, 75:2, 119:6, 120:3, 121:9
**old** [35] - 12:3, 12:14, 17:12, 23:14, 23:16, 24:21, 28:18, 28:19, 31:25, 32:2, 41:24, 47:22, 47:23, 48:9, 49:22, 66:18, 71:3, 71:10, 76:5, 80:21, 81:2, 110:18, 111:5, 114:6, 116:23, 117:1, 128:1, 128:6, 130:25, 147:8, 147:12, 147:18, 148:4, 148:5
**older** [13] - 12:20, 12:21, 36:17, 42:1, 48:1, 48:3, 72:24, 76:3, 111:9, 111:11, 116:13, 118:3, 119:11
**oldest** [1] - 76:15
**once** [12] - 20:9,

27:9, 31:6, 50:16,
50:18, 52:24, 55:7,
57:3, 63:23, 69:24,
90:4, 101:23
  **one** [58] - 5:6, 7:5,
7:11, 9:11, 11:3,
12:19, 12:21, 16:1,
21:13, 27:25, 28:16,
28:19, 30:25, 31:3,
32:6, 36:17, 36:22,
38:16, 39:21, 42:12,
42:20, 42:22, 44:6,
45:1, 61:18, 64:18,
64:19, 69:13, 71:25,
72:24, 76:24, 78:14,
78:20, 81:11, 81:18,
83:7, 93:16, 94:3,
95:25, 97:4, 101:7,
101:10, 102:5,
111:10, 117:14,
123:5, 124:7, 128:8,
139:6, 141:8, 143:11,
144:6, 148:25
  **ones** [1] - 71:25
  **open** [1] - 24:17
  **opportunities** [1] -
31:13
  **opportunity** [11] -
19:18, 19:19, 35:2,
35:11, 35:14, 54:3,
87:4, 89:2, 130:12,
142:23, 143:8
  **organization** [1] -
113:1
  **orphanage** [29] -
48:16, 48:17, 49:21,
49:23, 49:25, 50:11,
50:14, 50:15, 50:17,
51:6, 51:23, 52:1,
52:4, 52:9, 52:14,
54:9, 56:25, 80:17,
80:20, 81:2, 81:8,
81:15, 81:21, 82:3,
82:16, 83:10, 84:11,
84:18, 104:20
  **ourselves** [2] - 52:5,
53:21
  **outside** [8] - 24:10,
36:24, 70:21, 92:9,
99:12, 104:24,
151:18, 151:20
  **overnight** [1] - 17:13
  **overruled** [42] - 6:13,
8:23, 9:21, 10:16,
14:13, 14:22, 23:25,
24:25, 25:24, 26:13,
26:25, 34:22, 39:13,
40:20, 41:3, 46:15,
64:17, 70:19, 71:22,
73:20, 76:14, 82:12,

86:25, 88:1, 90:22,
92:20, 98:20, 99:1,
99:15, 105:6, 106:17,
107:3, 109:2, 109:20,
124:5, 126:1, 128:3,
128:22, 129:20,
130:3, 138:3, 139:14
  **own** [2] - 53:7, 63:13

# P

  **p.m** [7] - 1:6, 68:18,
102:24, 104:2, 142:2,
144:1, 150:19
  **packing** [1] - 73:4
  **page** [1] - 135:5
  **Pages** [1] - 1:8
  **paid** [3] - 20:4,
56:22, 117:20
  **pain** [3] - 88:17,
104:21, 104:22
  **pants** [7] - 22:6,
22:7, 23:4, 23:6, 23:8,
28:15, 29:2
  **Parc** [1] - 101:23
  **parent** [1] - 54:6
  **parents** [10] - 8:18,
8:20, 9:25, 10:3,
12:11, 43:2, 111:1,
117:12, 117:15,
144:18
  **part** [4] - 62:16,
62:25, 77:20, 140:2
  **particular** [2] -
76:25, 151:6
  **partner** [3] - 125:5,
125:12, 125:14
  **party** [7] - 15:7,
15:24, 15:25, 16:4,
16:16, 17:5, 86:16
  **pass** [1] - 112:23
  **passed** [4] - 12:12,
12:14, 15:8, 81:3
  **pause** [1] - 143:19
  **pay** [1] - 82:8
  **paying** [2] - 124:8,
145:20
  **pen** [5] - 61:7, 61:9,
61:10, 61:12, 135:18
  **penis** [47] - 20:25,
21:5, 21:18, 22:11,
22:17, 22:21, 23:7,
23:11, 23:13, 23:17,
23:19, 23:21, 24:2,
24:4, 25:7, 25:14,
26:8, 64:22, 64:25,
65:13, 65:14, 65:17,
65:18, 66:8, 70:12,
70:13, 70:14, 109:7,

109:12, 118:16,
119:5, 119:9, 119:15,
119:19, 120:21,
120:22, 121:14,
121:15, 122:19,
123:10, 125:12,
125:18, 126:5, 126:7,
126:9, 127:3, 127:4
  **penises** [6] - 27:20,
27:23, 28:15, 28:24,
28:25, 29:3
  **pens** [1] - 33:22
  **people** [19] - 33:1,
43:7, 43:10, 77:18,
100:14, 106:10,
139:16, 139:25,
140:15, 144:8,
144:10, 144:16,
145:2, 145:9, 145:15,
145:17, 146:10,
148:12, 149:19
  **perfect** [1] - 143:20
  **perform** [1] - 71:17
  **permanent** [4] -
85:12, 85:17, 85:23,
86:4
  **permission** [27] -
19:2, 34:16, 55:13,
58:7, 58:10, 59:23,
60:13, 60:22, 61:19,
77:8, 83:14, 83:17,
83:25, 84:8, 84:21,
85:12, 114:25, 132:4,
132:15, 133:8,
133:23, 134:9,
134:23, 135:12,
135:21, 136:6, 136:22
  **permit** [5] - 45:3,
67:13, 103:7, 142:6,
151:17
  **person** [13] - 33:4,
51:9, 59:16, 87:12,
88:3, 88:4, 94:19,
97:3, 97:4, 97:5,
122:12, 125:9
  **personal** [2] - 85:25,
101:20
  **personally** [5] - 10:2,
10:11, 30:8, 87:3,
109:23
  **personnel** [2] -
100:1, 100:9
  **persuade** [1] -
128:14
  **pet** [2] - 115:9,
133:20
  **Phil** [5] - 4:10, 45:17,
68:11, 103:22, 142:19
  **PHILIP** [1] - 1:23
  **Philip** [1] - 103:4

  **phone** [1] - 97:5
  **photo** [1] - 61:10
  **photograph** [7] -
56:20, 58:25, 59:5,
59:8, 60:3, 61:22
  **photographs** [6] -
55:22, 55:25, 56:3,
56:6, 58:18, 58:20
  **phrase** [1] - 76:19
  **physically** [1] - 31:8
  **pick** [2] - 52:18,
52:20, 118:5
  **picked** [1] - 85:2
  **picking** [1] - 72:22
  **picture** [31] - 19:6,
19:9, 21:20, 59:3,
59:11, 59:12, 59:13,
59:21, 60:7, 60:9,
60:11, 60:19, 61:2,
115:4, 115:6, 115:8,
115:14, 132:8,
132:10, 132:19,
132:21, 132:25,
133:4, 133:12,
133:14, 133:18,
133:19, 134:2, 134:4,
135:19, 137:13
  **pictures** [2] - 40:25,
41:8
  **piece** [5] - 13:2,
13:13, 13:16, 111:16,
112:4
  **place** [8] - 32:10,
50:15, 54:11, 72:11,
83:5, 84:11, 114:13
  **plainclothes** [3] -
139:20, 140:1, 140:9
  **Plaintiff** [1] - 1:5
  **play** [6] - 50:19,
53:10, 57:7, 90:4,
108:17, 117:7
  **playing** [4] - 53:21,
70:21, 109:3, 148:13
  **PlayStation** [1] -
57:15
  **pleasures** [3] -
66:13, 66:14, 117:8
  **podium** [2] - 78:14,
78:22
  **point** [10] - 13:2,
13:13, 36:24, 48:25,
49:11, 111:16, 112:4,
143:18, 150:4, 153:17
  **Police** [1] - 144:11
  **police** [20] - 10:7,
10:9, 10:11, 10:13,
10:17, 10:19, 10:23,
29:18, 30:4, 30:10,
36:25, 74:18, 74:21,
75:2, 80:12, 139:9,

140:3, 151:7, 152:4
  **policeman** [1] -
139:11
  **polo** [1] - 56:11
  **porch** [4] - 136:13,
137:11, 137:12,
137:13
  **pornographic** [1] -
148:13
  **position** [3] - 19:18,
19:20, 21:8
  **possibility** [2] -
104:13, 104:15
  **posted** [1] - 136:17
  **pou** [1] - 70:8
  **power** [1] - 72:6
  **prayer** [6] - 89:18,
91:3, 91:4, 105:10,
105:12, 108:7
  **praying** [4] - 91:8,
91:9, 91:10, 105:13
  **prefaced** [1] - 64:16
  **prefacing** [1] - 94:11
  **prepare** [2] - 52:5,
63:7
  **prepared** [1] -
136:20
  **presence** [1] - 24:10
  **present** [10] - 4:11,
7:3, 41:16, 45:18,
68:12, 90:25, 101:11,
103:23, 142:20, 146:3
  **presents** [1] - 86:13
  **pressed** [1] - 31:3
  **pressure** [6] - 73:7,
73:8, 73:9, 74:12,
74:13, 146:5
  **pretty** [2] - 81:8,
83:10
  **prevent** [1] - 95:12
  **previous** [1] - 56:25
  **previously** [17] -
19:3, 55:14, 55:19,
58:8, 59:24, 77:9,
115:1, 132:5, 132:16,
133:9, 133:24,
134:10, 134:24,
135:16, 135:22,
136:7, 136:23
  **problem** [3] - 61:11,
118:20
  **proceed** [9] - 4:25,
45:25, 47:7, 63:24,
68:21, 104:5, 143:3,
143:5, 144:4
  **proceeding** [1] -
142:24
  **proceedings** [20] -
4:18, 24:9, 24:17,
44:23, 45:8, 45:22,

67:10, 67:19, 67:25, 68:18, 102:25, 103:5, 103:12, 104:2, 142:3, 142:10, 144:1, 150:20, 151:23, 154:15

**Proceedings** [1] - 154:10

**program** [12] - 83:16, 93:5, 99:4, 99:8, 113:2, 113:4, 114:11, 114:12, 149:2, 149:22, 153:4

**promise** [2] - 26:10, 73:24

**promised** [1] - 65:2

**promises** [2] - 149:7, 152:24

**properly** [4] - 8:8, 8:12, 8:15, 61:7

**prosecutor** [2] - 5:8, 5:10

**prosecutors** [1] - 67:14

**PSP** [6] - 25:12, 38:14, 38:16, 38:19, 38:22, 38:25

**publicly** [1] - 46:9

**publish** [15] - 19:2, 55:13, 58:7, 59:23, 77:8, 114:25, 132:4, 132:15, 133:8, 133:23, 134:9, 134:23, 135:21, 136:6, 136:22

**pulled** [16] - 22:7, 23:5, 28:15, 29:2, 144:15, 144:18, 144:22, 145:9, 148:6, 149:15, 149:20, 150:2, 152:3, 153:8, 153:19, 153:24

**punish** [2] - 63:14, 63:16

**punished** [2] - 63:12, 91:22

**put** [21] - 9:17, 24:1, 24:4, 25:4, 51:1, 66:1, 66:2, 66:5, 66:7, 66:8, 70:11, 74:12, 74:13, 80:15, 118:17, 120:7, 120:10, 122:2, 135:18, 137:14, 146:5

**Q**

**questioning** [1] - 153:11

**questions** [22] - 5:6,

5:7, 7:13, 7:19, 11:4, 44:8, 46:18, 101:10, 110:1, 139:16, 139:18, 139:20, 139:21, 145:12, 146:22, 146:23, 151:5, 151:10, 152:11, 152:12, 152:21, 153:12

**quite** [1] - 61:14

**R**

**raining** [1] - 143:15

**ran** [3] - 54:9, 54:10, 84:20

**rarely** [1] - 73:22

**rather** [1] - 54:11

**RDR** [2] - 2:1, 154:18

**read** [9] - 44:14, 67:1, 68:23, 68:24, 91:16, 102:15, 141:20, 150:9, 151:3

**ready** [11] - 9:11, 9:12, 9:13, 63:4, 63:5, 63:9, 68:14, 73:6, 143:3, 143:5

**real** [1] - 92:1

**really** [9] - 12:12, 30:17, 46:16, 53:6, 54:1, 54:11, 121:5, 131:25

**reason** [4] - 34:15, 74:25, 84:2, 105:17

**reasons** [2] - 8:9, 83:8

**receive** [2] - 33:21, 58:1

**received** [5] - 33:24, 34:3, 57:25, 58:6, 90:8

**recess** [11] - 44:10, 45:6, 45:7, 67:17, 67:18, 67:24, 102:23, 103:11, 142:8, 142:9, 154:3

**recognize** [6] - 58:13, 77:21, 115:4, 135:25, 136:10, 137:2

**recollection** [5] - 150:25, 151:6, 151:14, 151:15, 152:1

**record** [16] - 4:5, 13:5, 13:20, 45:12, 47:3, 49:3, 49:14, 61:5, 61:21, 68:4, 103:16, 110:9, 111:21, 112:7, 142:14, 143:13

**recorded** [2] - 29:9, 68:25

**recording** [1] - 29:10

**recover** [1] - 43:23

**recreation** [1] - 108:17

**Red** [1] - 3:3

**red** [1] - 56:11

**redirect** [1] - 7:14

**REDIRECT** [3] - 7:15, 46:1, 104:6

**reference** [1] - 6:17

**referred** [3] - 6:11, 33:2, 68:24

**referring** [4] - 52:22, 55:11, 100:15, 153:22

**reflect** [13] - 13:5, 13:7, 13:20, 13:22, 49:4, 49:5, 49:15, 49:17, 111:21, 111:23, 112:7, 112:9, 153:22

**refrain** [1] - 6:22

**refresh** [4] - 150:25, 151:13, 151:15, 152:1

**refreshed** [1] - 153:20

**refreshes** [1] - 151:6

**refuse** [1] - 72:4

**refused** [13] - 21:1, 26:17, 27:2, 72:13, 72:18, 127:22, 128:8, 129:11, 129:17, 131:23, 146:22, 152:11, 153:13

**regarding** [3] - 23:24, 42:16, 135:10

**Reginald** [4] - 4:11, 68:13, 103:24, 142:20

**regular** [2] - 70:20, 82:9

**relative** [1] - 54:6

**relatives** [1] - 43:2

**release** [3] - 11:4, 110:5, 150:21

**released** [1] - 151:20

**relevance** [9] - 6:12, 39:12, 43:24, 86:24, 92:8, 92:18, 99:13, 148:14, 148:19

**remained** [3] - 8:9, 8:10, 104:23

**remember** [58] - 5:14, 5:16, 16:1, 19:1, 21:3, 21:4, 23:12, 27:22, 27:25, 32:8, 39:9, 43:9, 48:17, 49:22, 55:25, 56:3, 57:19, 58:2, 64:9, 64:11, 66:18, 75:21,

76:6, 91:23, 92:2, 93:15, 93:17, 101:16, 105:20, 106:12, 107:8, 107:24, 115:25, 119:8, 119:17, 121:6, 124:23, 124:24, 126:20, 126:23, 127:25, 128:1, 141:1, 145:18, 147:2, 147:9, 148:23, 148:25, 149:17, 149:24, 150:1, 151:9, 152:16, 152:22, 153:5, 153:7, 153:18

**removed** [1] - 63:9

**repeat** [5] - 14:8, 35:25, 38:21, 39:14, 41:5

**repetitious** [1] - 105:5

**Rephrase** [31] - 5:24, 11:2, 14:20, 18:19, 20:14, 20:20, 39:4, 44:1, 72:16, 73:15, 75:13, 85:21, 93:12, 95:2, 95:19, 98:15, 100:5, 107:20, 127:11, 127:17, 128:17, 129:15, 138:14, 139:2, 140:21, 141:7, 145:7, 146:1, 147:15, 147:25, 148:10

**rephrase** [11] - 10:21, 38:4, 52:15, 71:16, 80:24, 81:13, 81:24, 83:21, 87:20, 100:9, 115:18

**report** [13] - 44:18, 67:5, 94:23, 95:5, 95:15, 95:21, 95:24, 98:2, 102:19, 107:7, 139:8, 141:24, 150:13

**REPORTED** [1] - 2:1

**reported** [6] - 97:7, 99:24, 100:8, 101:1, 101:3, 107:12

**REPORTER** [3] - 11:13, 47:2, 110:8

**reporter** [3] - 6:20, 68:22, 68:25

**Reporter** [2] - 2:1, 154:19

**Republic** [1] - 97:6

**republish** [1] - 60:13

**requested** [1] - 127:21

**requests** [2] - 37:12, 129:12

**reside** [1] - 88:2

**resided** [2] - 58:15, 121:23

**residence** [1] - 31:24

**resident** [7] - 85:17, 85:23, 86:4, 122:13, 149:22, 153:3

**Resident** [2] - 135:11, 137:18

**residents** [13] - 37:21, 37:25, 38:10, 39:8, 40:6, 40:9, 40:16, 40:23, 42:24, 43:5, 46:5, 46:6, 149:2

**residing** [2] - 27:24, 85:1

**resigned** [1] - 31:14

**resisting** [2] - 129:23, 129:25

**response** [5] - 5:19, 6:16, 87:22, 93:18, 130:8

**responsibility** [4] - 19:22, 46:13, 62:21, 109:18

**responsible** [8] - 52:4, 54:7, 62:11, 64:18, 76:24, 77:1, 77:2, 77:3

**rest** [3] - 32:11, 45:5, 86:10

**retired** [2] - 103:4, 151:22

**return** [3] - 38:25, 80:3, 151:4

**returned** [3] - 8:14, 38:19, 38:23

**returning** [2] - 7:21, 7:23

**reviewed** [1] - 41:15

**rewarded** [3] - 71:19, 71:23, 71:25

**Ricardo** [49] - 3:8, 21:8, 110:7, 110:11, 110:14, 110:16, 111:12, 113:10, 115:4, 115:20, 115:24, 117:4, 117:24, 118:18, 119:13, 121:3, 121:18, 124:19, 124:22, 126:10, 126:16, 126:20, 127:7, 127:13, 127:19, 129:5, 130:14, 132:8, 132:19, 133:12, 134:2, 134:13, 135:2, 135:11, 135:16,

135:25, 136:10, 137:2, 137:15, 137:18, 137:19, 137:23, 138:6, 138:20, 138:22, 139:7, 140:1, 140:9, 141:2

**rICARDO** [1] - 110:10

**right-hand** [2] - 59:6, 59:11

**roller** [1] - 57:8, 58:3, 65:6

**room** [65] - 21:9, 22:2, 22:3, 28:1, 28:9, 28:21, 28:22, 44:21, 45:5, 62:11, 62:12, 62:13, 62:15, 62:17, 62:18, 62:19, 63:6, 64:19, 65:25, 67:8, 69:18, 70:4, 70:5, 70:7, 70:9, 72:22, 73:4, 74:23, 76:24, 76:25, 77:1, 98:17, 102:22, 106:15, 106:21, 107:4, 108:3, 109:13, 118:21, 119:20, 120:23, 120:24, 120:25, 121:25, 122:17, 123:14, 123:15, 123:19, 123:22, 124:2, 125:4, 125:9, 125:11, 128:8, 128:9, 129:6, 129:7, 131:8, 136:3, 151:18

**rooms** [1] - 77:2

**routine** [11] - 89:6, 107:23, 108:1, 108:4, 108:6, 108:10, 108:13, 108:16, 108:19, 117:25, 118:1

**rub** [1] - 69:15

**ruled** [1] - 14:22

**rules** [1] - 63:12

**rumor** [2] - 140:13, 140:14

**rumors** [1] - 140:16

**run** [3] - 23:10, 31:4, 84:14

## S

**safely** [1] - 150:18

**saleslady** [1] - 12:13

**saleswoman** [1] - 12:13

**Santo** [61] - 5:11, 5:13, 6:11, 6:18, 12:8, 12:9, 14:6, 14:7,

16:10, 18:16, 18:23, 31:24, 32:20, 35:3, 35:6, 35:7, 35:23, 47:17, 51:19, 51:24, 52:2, 52:16, 52:25, 53:20, 54:14, 56:7, 56:23, 57:7, 57:17, 59:22, 60:10, 74:18, 75:2, 76:21, 77:22, 85:7, 87:15, 87:16, 87:23, 99:21, 110:23, 110:24, 112:16, 112:17, 112:18, 113:14, 113:15, 113:18, 115:15, 115:21, 116:3, 116:13, 119:13, 120:8, 121:11, 123:3, 125:1, 125:3, 130:14, 130:16

**Santo's** [1] - 124:25

**satisfaction** [2] - 22:15, 66:13

**Saturday** [6] - 51:25, 53:16, 53:19, 90:14, 90:19, 91:1

**Saturdays** [1] - 90:7

**save** [2] - 151:2, 151:5

**saw** [7] - 16:5, 28:5, 28:18, 28:24, 29:18, 84:5, 131:22

**scared** [1] - 74:15

**schedule** [6] - 19:17, 106:4, 108:11, 108:14, 108:17, 108:20

**scheduled** [1] - 108:6

**scheduling** [1] - 67:14

**Schneider** [1] - 62:23

**school** [48] - 8:7, 19:21, 20:2, 20:4, 33:22, 56:12, 56:15, 56:17, 56:22, 56:25, 57:13, 73:21, 73:22, 82:9, 82:15, 82:21, 82:22, 88:23, 88:25, 89:15, 89:16, 89:18, 89:23, 89:25, 90:2, 90:7, 108:4, 108:12, 114:13, 117:7, 117:16, 117:18, 117:21, 124:8, 128:11, 129:2, 138:4, 139:19, 140:1, 140:10, 140:11, 140:24, 144:15,

146:4, 148:6, 149:1, 149:23

**scope** [2] - 92:9, 99:12

**scratching** [1] - 69:14

**screen** [9] - 19:8, 21:22, 58:24, 59:3, 60:7, 132:10, 132:21, 133:14, 134:4

**Scripture** [2] - 91:16, 91:18

**seat** [1] - 4:24

**seated** [13] - 4:19, 11:13, 44:24, 45:23, 47:2, 67:11, 68:19, 103:1, 104:3, 110:8, 142:4, 144:2, 150:23

**second** [4] - 7:25, 17:4, 61:9, 135:5

**secondary** [1] - 78:14

**Security** [1] - 68:9

**security** [1] - 150:16

**see** [55] - 7:25, 21:20, 27:16, 27:19, 28:8, 28:21, 29:4, 35:2, 35:8, 43:22, 44:14, 48:23, 49:9, 58:4, 59:3, 67:1, 74:22, 75:23, 77:16, 77:17, 78:25, 84:19, 84:25, 85:6, 102:15, 112:25, 121:18, 121:21, 122:7, 122:11, 130:14, 130:16, 130:18, 130:21, 131:2, 131:6, 131:8, 131:10, 131:11, 131:16, 132:8, 132:19, 133:6, 134:14, 135:8, 137:10, 137:12, 137:15, 141:20, 144:8, 144:10, 150:9, 150:17, 151:5

**seeing** [1] - 27:22

**seeking** [1] - 152:1

**sees** [1] - 23:10

**send** [3] - 72:7, 72:24, 74:23

**sending** [2] - 72:22, 128:11

**sent** [1] - 19:21

**sentence** [3] - 72:20, 87:6, 104:10

**separated** [2] - 116:11, 116:12

**September** [5] - 12:2, 77:23, 110:17,

133:16, 135:2

**service** [3] - 89:18, 91:3, 91:4

**set** [4] - 108:8, 123:11, 123:12, 123:15

**settled** [1] - 109:14

**seven** [2] - 36:2, 36:11

**several** [2] - 121:11, 121:23

**severely** [1] - 31:8

**sex** [5] - 147:3, 147:4, 149:11, 152:17, 152:18

**sexual** [48] - 8:18, 10:1, 10:7, 20:11, 20:17, 23:19, 26:11, 26:17, 26:22, 27:16, 39:1, 41:8, 46:7, 64:7, 64:10, 66:13, 66:14, 66:21, 69:8, 70:17, 70:24, 71:18, 71:25, 74:10, 76:2, 106:14, 106:23, 107:1, 107:7, 121:4, 123:5, 123:8, 124:19, 125:23, 126:21, 127:13, 127:20, 127:23, 128:7, 128:14, 128:20, 129:11, 129:17, 138:24, 139:5, 139:8, 139:12, 140:18

**sexually** [5] - 8:21, 105:8, 127:8, 130:15, 130:19

**shared** [3] - 50:23, 121:25, 125:4

**sheets** [2] - 51:2, 51:4

**shirt** [7] - 13:4, 13:19, 49:2, 49:13, 56:11, 111:20, 112:6

**shit** [1] - 118:5

**short** [2] - 44:10, 141:14

**show** [2] - 145:17, 150:24

**showed** [1] - 65:21

**shower** [13] - 28:1, 71:1, 71:3, 119:19, 121:8, 121:9, 121:12, 121:14, 121:16, 121:17, 121:24

**showered** [1] - 89:11

**showing** [4] - 21:19, 31:2, 55:19, 135:16

**shown** [1] - 60:17

**siblings** [1] - 12:18

**sick** [3] - 111:2, 138:7, 138:17

**side** [5] - 24:10, 56:8, 59:12, 115:8

**side-bar** [1] - 24:10

**signed** [1] - 61:21

**similar** [1] - 34:3

**Simon** [2] - 110:7, 147:17

**sing** [1] - 72:20

**sins** [1] - 130:9

**sister** [2] - 12:21, 12:22

**sisters** [10] - 12:16, 12:19, 32:4, 47:24, 47:25, 48:1, 111:7, 111:8, 111:9, 117:18

**sit** [2] - 75:8, 105:15

**sitting** [9] - 28:16, 49:2, 59:8, 59:9, 59:11, 59:12, 100:14, 101:13, 105:14

**situation** [4] - 8:3, 8:5, 137:25, 138:1

**six** [2] - 76:25, 120:4

**skate** [1] - 65:6

**skates** [2] - 57:8, 58:3

**sleep** [9] - 21:9, 23:1, 50:22, 53:7, 63:10, 64:20, 66:17, 82:5, 114:13

**sleeping** [4] - 22:22, 23:1, 23:7, 122:15

**sleeps** [1] - 76:25

**slept** [2] - 53:6, 125:5

**small** [1] - 67:20

**smaller** [1] - 39:21

**sneakers** [2] - 58:3, 82:20

**so-called** [1] - 92:7

**so...** [1] - 54:12

**soccer** [4] - 50:19, 57:8, 70:21, 117:7

**someone** [4] - 54:7, 64:2, 79:2, 79:7

**sometimes** [20] - 20:9, 27:21, 50:16, 50:23, 58:2, 69:24, 74:7, 74:23, 75:7, 81:18, 109:3, 119:2, 119:18, 120:21, 121:7, 121:24, 122:9, 123:18

**Son** [4] - 11:25, 28:4

**son** [3] - 63:19, 105:7, 128:12

**soon** [1] - 121:3

**sorry** [10] - 11:10,

14:2, 25:25, 56:14, 57:14, 59:2, 75:15, 113:5, 130:24, 151:25
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**speaking** [1] - 30:24
**Special** [2] - 68:8, 103:19
**specific** [1] - 57:19
**speculation** [10] - 10:25, 34:19, 35:18, 40:8, 41:2, 83:19, 90:10, 93:25, 144:12, 146:7
**spell** [2] - 48:19, 50:7
**spelling** [2] - 11:14, 47:4
**spend** [5] - 17:7, 17:9, 53:16, 53:20, 53:23
**spent** [4] - 53:22, 69:5, 93:3, 101:2
**spoken** [1] - 149:1
**spreading** [1] - 140:16
**spring** [2] - 19:11, 134:6
**staff** [5] - 44:19, 67:6, 102:20, 141:25, 150:14
**stand** [4] - 31:5, 87:7, 105:14
**standing** [1] - 56:9
**Stanley** [1] - 34:11
**Star** [99] - 7:2, 7:23, 8:15, 9:24, 9:25, 16:14, 16:15, 16:16, 16:21, 16:23, 17:4, 17:16, 17:19, 18:2, 18:5, 18:7, 18:12, 18:21, 19:11, 19:14, 19:24, 20:1, 20:5, 20:10, 27:15, 35:5, 36:1, 36:5, 36:8, 36:10, 36:18, 37:22, 37:25, 38:11, 39:8, 40:7, 40:16, 41:11, 42:25, 43:4, 43:11, 43:14, 46:5, 46:7, 57:10, 71:8, 71:12, 71:13, 77:22, 82:24, 83:5, 83:13, 84:22, 85:1, 85:4, 85:9, 85:24, 86:8, 86:10, 86:16, 88:15, 89:6, 95:13, 96:5, 97:20, 100:2, 101:19, 104:9, 104:20, 106:11, 114:5, 114:7, 114:10,

114:19, 115:12, 115:20, 115:23, 116:3, 116:6, 116:10, 116:19, 116:24, 117:9, 117:20, 117:23, 118:14, 121:3, 124:18, 132:13, 134:6, 134:20, 135:2, 135:7, 137:5, 137:20, 137:23, 138:10, 138:16, 141:3
**start** [5] - 24:2, 26:3, 63:23, 72:22, 121:4
**started** [9] - 26:6, 28:1, 28:17, 64:21, 64:24, 66:1, 66:4, 66:5, 145:11
**state** [8] - 4:4, 11:14, 45:11, 47:3, 68:3, 103:15, 110:9, 142:13
**statement** [3] - 147:5, 151:7, 152:19
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**States** [52] - 4:2, 4:8, 11:9, 11:11, 31:17, 36:12, 36:14, 36:25, 37:6, 37:10, 37:12, 37:17, 37:20, 38:7, 38:14, 38:20, 38:23, 44:3, 45:9, 45:15, 46:22, 68:1, 68:7, 74:4, 74:6, 74:9, 80:5, 92:23, 93:1, 93:7, 93:19, 93:23, 94:3, 94:8, 94:15, 94:20, 94:22, 95:4, 95:7, 95:13, 95:22, 96:21, 97:25, 101:12, 103:13, 103:19, 110:7, 116:18, 141:9, 142:11, 142:17, 154:19
**states** [1] - 153:3
**statute** [1] - 107:2
**stay** [15] - 8:1, 8:2, 8:3, 8:4, 34:17, 54:2, 64:19, 72:10, 73:8, 85:12, 86:1, 93:1, 104:24, 105:1, 137:23
**stayed** [5] - 17:12, 53:5, 71:6, 81:4, 119:24
**stealing** [1] - 107:16
**step** [3] - 11:6, 46:19, 110:2
**steps** [1] - 94:23
**Stevens** [3] - 77:4, 77:6, 77:20

**stick** [7] - 63:17, 63:21, 63:25, 64:2, 64:3, 92:3, 92:7
**sticks** [1] - 9:16
**still** [12] - 4:22, 45:24, 66:19, 68:20, 104:4, 111:2, 115:12, 116:19, 121:15, 142:24, 144:3
**stop** [6] - 27:11, 44:18, 67:5, 102:19, 141:24, 150:13
**stopped** [5] - 7:25, 76:2, 76:4, 76:5, 128:4
**story** [1] - 106:22
**straighten** [2] - 31:6, 31:7
**street** [2] - 112:19, 131:22
**Street** [1] - 1:15
**strike** [2] - 106:22, 139:7
**struck** [1] - 92:2
**Stu** [1] - 45:17, 68:11, 142:19
**Stuart** [2] - 4:10, 103:22
**STUART** [1] - 1:20
**student** [3] - 92:17, 152:2, 153:18
**students** [9] - 92:13, 101:18, 149:1, 149:16, 149:20, 150:1, 152:2, 153:7, 153:18
**succeed** [1] - 30:12
**suck** [17] - 21:18, 22:21, 23:11, 23:13, 23:17, 25:14, 65:14, 65:16, 70:11, 70:13, 70:14, 109:7, 109:12, 120:21, 120:22, 121:14, 121:15
**sucked** [8] - 21:4, 22:17, 25:7, 65:13, 126:7, 126:9, 127:3, 127:4
**sucking** [16] - 20:25, 23:19, 23:21, 26:8, 27:20, 27:23, 64:21, 64:24, 65:18, 70:15, 109:16, 123:9, 125:12, 123:9, 125:12, 125:18, 126:5
**Sucre** [2] - 101:23, 105:19
**sugar** [1] - 42:20, 101:24
**Suite** [3] - 1:18, 1:22,

1:24
**Sunday** [2] - 91:3, 91:6
**Sundays** [1] - 91:16
**superfluous** [1] - 85:19
**supermarket** [2] - 25:16, 25:18
**supervisor** [14] - 76:4, 76:8, 76:9, 76:11, 76:15, 76:22, 79:12, 92:5, 97:11, 97:17, 97:19, 97:22, 98:2, 99:6
**supervisor's** [1] - 77:1
**supplies** [2] - 33:22, 88:25
**supposed** [2] - 39:17, 63:18
**supposedly** [1] - 100:1
**Suprinord** [3] - 7:4, 7:8, 95:11
**Susan** [4] - 96:1, 96:6, 96:8, 96:14
**suspects** [1] - 148:17
**sustained** [46] - 26:19, 27:7, 29:14, 29:21, 32:17, 33:11, 35:19, 37:8, 37:15, 40:12, 41:13, 42:11, 43:16, 43:20, 52:7, 54:19, 54:23, 73:2, 87:19, 88:11, 90:12, 91:13, 92:11, 94:1, 94:6, 96:24, 97:9, 104:15, 108:22, 109:25, 113:8, 123:25, 124:16, 125:21, 126:18, 132:3, 139:23, 140:7, 144:13, 144:20, 144:24, 146:8, 146:14, 148:15, 148:20, 149:13
**Sustained** [31] - 5:23, 11:1, 14:19, 18:18, 20:13, 20:19, 39:3, 43:25, 72:15, 73:14, 75:12, 85:20, 93:11, 95:1, 95:18, 98:14, 100:4, 107:19, 127:10, 127:16, 128:16, 129:14, 138:13, 139:1, 140:20, 141:6, 145:6, 145:25, 147:14, 147:24, 148:9

**swallow** [1] - 31:15
**SWORN** [3] - 11:12, 47:1, 110:10

## T

**Tabarre** [43] - 18:14, 18:24, 18:25, 20:11, 20:16, 20:22, 27:24, 35:3, 35:6, 35:23, 71:14, 75:16, 75:19, 75:21, 76:10, 97:19, 116:7, 116:8, 116:11, 116:14, 116:17, 116:22, 121:23, 123:3, 127:7, 127:14, 127:19, 130:18, 130:21, 131:7, 131:9, 136:5, 136:15, 136:17, 137:9, 137:10, 147:8, 147:11, 147:18, 147:21, 148:5
**table** [12] - 49:2, 64:4, 64:5, 68:8, 68:13, 78:1, 78:23, 100:15, 100:16, 101:13, 103:19, 106:10
**tape** [1] - 39:17
**taped** [1] - 39:7
**teacher** [1] - 149:19
**team** [7] - 76:19, 76:20, 76:22, 76:24, 77:3, 130:12
**tease** [1] - 140:11
**ten** [3] - 44:21, 45:6
**tender** [1] - 80:6
**tenders** [3] - 31:17, 61:16, 141:9
**term** [4] - 86:20, 87:12, 88:7, 107:2
**testified** [17] - 7:20, 8:17, 10:6, 24:24, 37:2, 39:6, 46:3, 85:11, 87:22, 92:10, 93:9, 104:8, 104:19, 105:10, 105:18, 144:6, 149:15
**testify** [2] - 84:20, 93:18
**testimony** [15] - 24:22, 43:13, 45:2, 67:13, 81:23, 82:11, 91:23, 92:9, 93:8, 96:13, 97:7, 103:6, 142:5, 146:13, 151:16
**THE** [307] - 1:10, 1:14, 1:20, 3:4, 4:1,

4:13, 4:16, 4:19, 4:21, 4:22, 4:23, 4:24, 5:23, 6:8, 6:13, 6:14, 6:22, 7:12, 7:14, 8:23, 8:24, 9:21, 9:22, 10:16, 10:17, 10:21, 11:1, 11:6, 11:8, 11:10, 11:13, 11:15, 13:7, 13:22, 14:13, 14:14, 14:19, 14:24, 14:25, 15:2, 15:3, 16:24, 16:25, 17:1, 18:18, 19:4, 20:13, 20:19, 23:25, 24:1, 24:8, 24:16, 24:25, 25:1, 25:24, 25:25, 26:22, 26:3, 26:13, 26:14, 26:19, 26:25, 27:1, 27:5, 27:7, 27:11, 27:13, 29:14, 29:21, 31:19, 32:17, 33:11, 34:22, 34:24, 35:19, 37:8, 37:15, 38:4, 39:3, 39:13, 39:14, 40:12, 40:20, 40:21, 41:3, 41:5, 41:13, 42:11, 42:13, 43:16, 43:20, 43:25, 44:7, 44:10, 44:24, 44:25, 45:1, 45:4, 45:5, 45:9, 45:19, 45:23, 46:15, 46:16, 46:19, 46:23, 46:24, 47:2, 47:5, 47:7, 48:11, 48:13, 49:5, 49:17, 52:7, 52:11, 54:19, 54:23, 55:15, 58:9, 58:11, 60:1, 60:15, 60:23, 61:7, 61:20, 64:17, 64:18, 66:22, 67:11, 67:16, 67:17, 67:22, 68:1, 68:14, 68:19, 70:19, 70:20, 71:22, 71:23, 72:15, 73:2, 73:14, 73:20, 73:21, 75:12, 76:14, 76:15, 77:10, 78:3, 78:4, 78:9, 78:12, 78:18, 78:20, 78:24, 79:2, 79:7, 80:7, 81:13, 81:24, 82:12, 83:21, 85:20, 86:25, 87:9, 87:19, 88:1, 88:2, 88:11, 90:12, 90:22, 90:23, 91:13, 92:11, 92:20, 92:21, 93:11, 94:1, 94:6, 94:12, 95:1, 95:18, 96:24, 97:9, 98:14, 98:20, 98:21, 99:1, 99:2, 99:15, 100:4, 101:8,

102:11, 103:1, 103:6, 103:9, 103:10, 103:13, 103:25, 104:3, 104:15, 105:6, 105:7, 105:24, 106:17, 106:18, 107:3, 107:4, 107:19, 108:22, 109:2, 109:3, 109:10, 109:20, 109:21, 109:25, 110:2, 110:4, 110:8, 110:11, 111:23, 112:9, 113:4, 113:5, 113:8, 115:2, 115:18, 120:12, 120:13, 123:25, 124:5, 124:6, 124:15, 125:21, 126:1, 126:2, 126:18, 127:10, 127:16, 128:3, 128:4, 128:16, 128:22, 128:23, 129:14, 129:20, 129:21, 130:3, 130:4, 132:3, 132:6, 132:17, 133:10, 133:25, 134:11, 134:25, 135:14, 135:23, 136:8, 136:24, 138:3, 138:4, 138:13, 139:1, 139:14, 139:15, 139:23, 140:7, 140:20, 141:6, 141:10, 141:14, 141:17, 142:4, 142:7, 142:8, 142:11, 142:21, 143:1, 143:7, 143:12, 143:17, 143:21, 144:2, 144:13, 144:20, 144:24, 145:6, 145:25, 146:8, 146:14, 147:14, 147:24, 148:9, 148:15, 148:20, 149:13, 150:5, 150:23, 151:16, 151:24, 152:5, 154:2, 154:5, 154:6, 154:9
    **theft** [2] - 99:4, 99:9
    **themselves** [1] - 53:10
    **therefore** [1] - 38:25
    **Thereupon** [7] - 45:7, 67:18, 67:24, 103:4, 103:11, 142:9, 151:22
    **thinking** [1] - 143:17
    **Third** [1] - 1:21
    **third** [1] - 18:5
    **threaten** [2] - 72:12,

149:5
    **three** [26] - 19:25, 34:12, 47:25, 50:10, 53:8, 57:5, 57:11, 71:9, 74:8, 75:3, 75:20, 75:24, 75:25, 81:10, 88:18, 88:19, 92:24, 93:6, 93:19, 93:22, 93:23, 97:14, 111:8, 117:11
    **throw** [2] - 64:5, 105:16
    **throwing** [1] - 72:21
    **thrown** [3] - 99:4, 99:8, 99:17
    **Ti** [1] - 133:7
    **Tiga** [4] - 41:19, 77:4, 77:6, 77:20
    **tired** [1] - 63:24
    **title** [2] - 76:11, 76:12
    **today** [13] - 12:25, 13:11, 46:13, 46:16, 46:17, 48:23, 49:9, 87:4, 87:7, 103:20, 109:18, 111:14, 112:2
    **together** [3] - 72:21, 86:11, 149:16
    **tone** [1] - 9:15
    **tongue** [1] - 22:12
    **took** [21] - 22:1, 22:6, 27:25, 28:1, 48:16, 54:2, 56:3, 56:5, 58:20, 60:11, 64:21, 65:25, 66:7, 66:16, 84:18, 85:8, 93:6, 93:23, 94:8, 113:2, 121:7
    **top** [2] - 134:14, 135:6
    **topic** [1] - 151:12
    **topics** [1] - 140:4
    **touch** [21] - 19:8, 23:23, 58:24, 60:6, 79:3, 79:4, 118:16, 119:2, 119:4, 119:8, 119:15, 120:20, 122:9, 122:11, 122:12, 122:14, 132:10, 132:21, 133:14, 134:4
    **touch-screen** [1] - 19:8
    **touched** [1] - 121:2
    **touching** [17] - 22:11, 23:2, 23:3, 28:2, 28:15, 28:17, 28:23, 28:24, 28:25, 29:2, 44:14, 67:1, 102:15, 122:16,

141:20, 150:9
    **tough** [3] - 81:8, 83:10, 118:21
    **tougher** [1] - 99:22
    **toy** [1] - 58:3
    **toys** [4] - 53:9, 57:15, 89:2
    **traffic** [1] - 143:15
    **transcription** [1] - 154:15
    **translate** [1] - 33:10
    **translates** [1] - 33:7
    **translating** [1] - 27:12
    **translator** [1] - 27:8
    **travel** [5] - 65:4, 74:3, 74:6, 97:25, 106:8
    **traveled** [1] - 116:18
    **traveling** [6] - 73:23, 73:24, 74:2, 106:5, 106:6, 106:7
    **treat** [7] - 25:13, 26:16, 30:18, 30:23, 61:25, 71:15, 71:17
    **treated** [1] - 30:16
    **TRIAL** [1] - 1:10
    **trial** [5] - 44:13, 66:25, 102:14, 141:19, 150:8
    **tried** [2] - 12:13, 23:22, 31:4, 119:2, 119:8
    **trip** [5] - 65:5, 93:16, 94:8, 106:4, 106:6
    **trips** [4] - 93:6, 93:9, 93:14, 93:23
    **trouble** [1] - 10:4
    **true** [2] - 33:17, 147:17
    **trust** [3] - 96:17, 143:23, 143:24
    **truth** [4] - 52:10, 98:11, 122:15, 148:7
    **try** [11] - 23:21, 30:11, 44:17, 67:4, 102:18, 119:2, 119:4, 122:9, 128:13, 141:23, 150:12
    **trying** [3] - 10:4, 132:23, 143:8
    **Tuesday** [4] - 143:9, 150:17, 151:2, 154:3
    **tuition** [1] - 82:8, 124:8
    **turn** [6] - 43:22, 44:3, 78:20, 90:3, 91:9, 116:23
    **turned** [4] - 23:14, 23:16, 128:6, 129:21

**TV** [4] - 69:18, 109:17, 117:7, 122:17
    **Twelfth** [2] - 2:2, 154:19
    **twice** [4] - 20:9, 32:15, 50:16, 50:18
    **twisted** [1] - 30:25
    **two** [25] - 5:6, 12:19, 17:23, 18:2, 27:24, 28:13, 28:14, 28:23, 32:6, 39:7, 42:19, 47:25, 74:7, 75:3, 81:11, 81:16, 92:23, 93:6, 93:19, 93:22, 93:23, 101:10, 116:11, 116:12, 117:14
    **type** [2] - 39:17, 148:18

## U

    **ultimately** [2] - 35:2, 54:25
    **under** [11] - 4:22, 24:21, 29:1, 31:4, 45:24, 68:20, 104:4, 117:1, 133:18, 133:19, 144:3
    **underline** [1] - 60:6
    **underlined** [1] - 59:5
    **underneath** [1] - 61:2
    **understood** [2] - 119:12, 122:24
    **uniform** [3] - 56:12, 56:15, 56:17
    **uniforms** [4] - 82:22, 82:23, 88:22, 145:15
    **United** [52] - 4:2, 4:7, 11:9, 11:11, 31:17, 36:11, 36:14, 36:24, 37:6, 37:10, 37:12, 37:17, 37:20, 38:6, 38:14, 38:20, 38:23, 44:3, 45:9, 45:14, 46:22, 68:1, 68:6, 74:4, 74:6, 74:9, 80:5, 92:23, 93:1, 93:6, 93:19, 93:23, 94:3, 94:8, 94:15, 94:20, 94:22, 95:4, 95:7, 95:13, 95:22, 96:21, 97:25, 101:12, 103:13, 103:18, 110:7, 116:18, 141:9, 142:11, 142:16, 154:19
    **UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**unless** [1] - 79:25
**up** [41] - 9:5, 9:14, 15:1, 23:1, 23:7, 23:13, 24:2, 24:8, 27:5, 29:12, 31:5, 31:6, 31:7, 48:12, 52:19, 52:20, 63:3, 72:23, 79:2, 85:2, 89:9, 105:7, 105:11, 105:12, 105:14, 118:5, 118:11, 122:9, 122:15, 122:18, 122:20, 123:4, 123:7, 123:9, 136:20, 140:11, 143:19
**upcoming** [1] - 106:4
**upper** [1] - 59:6
**upset** [2] - 123:18, 129:23
**upstairs** [1] - 70:22
**US** [5] - 96:17, 96:19, 97:3, 100:19, 101:1

**V**

**varies** [1] - 63:23
**various** [1] - 151:10
**verbalized** [1] - 27:1
**versus** [5] - 4:2, 45:10, 68:2, 103:14, 142:11
**video** [8] - 28:17, 29:11, 29:19, 40:25, 41:15, 42:3, 43:18, 43:23
**videos** [1] - 41:8
**videotape** [1] - 39:11
**videotaped** [1] - 39:7
**visible** [1] - 78:23
**visit** [15] - 16:16, 16:18, 16:19, 16:21, 17:4, 17:19, 18:2, 18:5, 51:13, 51:14, 51:23, 75:2, 84:4, 96:3, 122:13
**visited** [14] - 15:23, 16:3, 16:9, 16:15, 16:23, 18:15, 53:16, 53:19, 54:11, 113:10, 113:13, 113:15, 114:6, 114:9
**visits** [1] - 18:21
**voice** [3] - 9:15, 14:25, 48:12
**vomiting** [1] - 138:18
**vs** [1] - 1:6

**W**

**Wadley** [2] - 38:1, 38:7
**wait** [8] - 14:21, 70:4, 84:16, 84:19, 87:9, 151:18, 151:20, 151:25
**wake** [6] - 23:1, 23:7, 122:9, 122:15, 123:4, 136:20
**wants** [1] - 78:8
**Washington** [1] - 1:19
**waste** [1] - 84:16
**watch** [1] - 117:8
**watched** [3] - 42:5, 42:7, 42:9
**watching** [6] - 69:18, 109:17, 119:20, 119:22, 122:17, 148:18
**water** [4] - 16:24, 31:15, 46:23, 46:24
**wearing** [11] - 13:18, 49:1, 49:12, 56:10, 56:11, 56:15, 56:19, 64:24, 111:17, 111:19, 112:5
**week** [7] - 16:22, 17:4, 17:6, 34:5, 57:25, 90:19, 150:5
**weekend** [10] - 17:6, 17:7, 17:10, 17:15, 17:18, 17:19, 51:13, 150:18, 151:20, 154:4
**weekends** [2] - 53:2, 122:13
**weeks** [2] - 17:24, 34:12
**weeks'** [1] - 18:2
**welcome** [1] - 61:14
**welcomed** [1] - 15:16
**whatsoever** [5] - 44:12, 66:24, 102:13, 141:18, 150:7
**white** [15] - 33:8, 52:21, 55:9, 55:10, 88:2, 88:3, 95:25, 100:23, 146:10, 147:2, 147:8, 147:11, 147:17, 148:3, 152:17
**whole** [6] - 10:5, 53:21, 59:2, 71:5, 109:22
**Widson** [26] - 3:6, 11:9, 11:11, 11:15, 11:19, 11:21, 12:3,

12:14, 12:23, 13:9, 13:24, 17:25, 19:6, 19:14, 20:7, 20:22, 21:19, 24:20, 25:7, 27:15, 29:4, 29:16, 29:23, 31:9, 46:3, 46:13
**WIDSON** [2] - 11:12, 11:15
**window** [4] - 28:5, 28:8, 131:10, 131:11
**wiser** [1] - 76:3
**withdraw** [1] - 30:21
**Witness** [12] - 19:10, 21:23, 59:1, 59:4, 60:8, 60:21, 61:4, 77:15, 132:12, 133:15, 134:5, 135:20
**witness** [36] - 4:14, 11:5, 11:7, 11:8, 13:6, 13:15, 13:21, 31:17, 33:9, 45:20, 46:20, 46:25, 49:4, 49:15, 61:16, 61:17, 61:21, 68:16, 80:6, 92:10, 93:9, 110:3, 110:4, 110:6, 111:22, 112:8, 122:12, 141:9, 146:13, 147:21, 150:22, 151:18, 151:22, 152:5, 153:10, 154:7
**WITNESS** [61] - 4:23, 6:14, 8:24, 9:22, 10:17, 11:12, 11:15, 14:14, 14:24, 15:2, 16:24, 17:1, 24:1, 25:1, 26:3, 26:14, 27:1, 27:5, 34:24, 39:14, 40:21, 41:3, 41:5, 44:25, 45:4, 46:16, 46:23, 47:1, 47:5, 48:13, 61:7, 64:18, 67:16, 70:20, 71:23, 73:21, 76:15, 88:2, 90:23, 92:21, 98:21, 99:2, 103:9, 105:7, 106:18, 107:4, 109:3, 109:21, 110:10, 110:11, 113:4, 120:13, 124:6, 126:2, 128:4, 128:23, 129:21, 130:4, 138:4, 139:15, 142:7
**WITNESSES** [1] - 3:4
**woke** [4] - 122:18, 122:20, 123:7, 123:9
**woman** [1] - 95:25
**Woodjerry** [11] - 29:11, 29:16, 29:18,

29:23, 30:6, 36:22, 38:1, 38:7, 41:15, 42:1, 42:7
**word** [5] - 80:14, 80:16, 87:11, 104:9, 104:12
**words** [2] - 72:20, 83:3
**worst** [1] - 130:11
**wrist** [2] - 31:1, 31:3
**wrists** [1] - 30:25
**write** [2] - 61:2, 85:16
**writes** [1] - 61:17

**X**

**X-x-x-x** [1] - 11:15
**X-x-x-x-x-x** [1] - 50:8
**Xxxx** [6] - 3:6, 11:9, 11:11, 11:15, 31:22, 31:24
**XXXX** [1] - 11:12
**XXXXX** [1] - 110:10
**Xxxxx** [9] - 3:8, 94:16, 94:18, 110:11, 135:11, 137:18, 141:13, 144:6, 145:9
**XXXXXX** [2] - 47:1, 47:5
**Xxxxxx** [6] - 3:7, 46:22, 47:5, 50:4, 50:5, 50:6
**Xxxxxxx** [3] - 3:5, 40:4, 133:7
**XxXxxxxxx** [1] - 133:7

**Y**

**yard** [3] - 50:19, 56:2, 56:5
**year** [15] - 41:22, 51:7, 57:17, 57:21, 74:6, 74:8, 75:16, 80:20, 81:3, 92:24, 93:20, 93:22, 97:11, 100:11, 107:10
**years** [27] - 23:14, 23:16, 24:21, 28:19, 31:25, 32:2, 36:2, 36:11, 41:24, 47:23, 50:10, 71:9, 81:4, 81:6, 111:5, 116:23, 117:1, 128:6, 137:19, 137:22, 138:22, 147:8, 147:12, 147:18, 148:4, 148:5
**yesterday** [3] - 5:7,

6:11, 6:16
**York** [1] - 1:18
**young** [11] - 7:2, 9:17, 81:21, 81:23, 90:8, 90:11, 90:16, 90:25, 92:5, 119:10, 121:5
**younger** [20] - 12:20, 12:21, 48:1, 48:3, 50:2, 50:3, 50:9, 51:10, 54:10, 55:4, 55:5, 55:8, 59:10, 62:23, 84:13, 85:8, 111:9, 111:10, 116:14
**yourself** [2] - 34:6, 51:3
**yourselves** [5] - 44:11, 66:23, 102:12, 141:18, 150:6
**Yvens** [5] - 77:4, 77:6, 77:20, 126:24, 126:25

**Z**

**zoom** [1] - 59:7