UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date __February 21, 2013__   Day # __11__   Case No. __11-20350-CR(s(s)__

CRD: __Patricia Mitchell__   Court Reporter __Lisa Edwards__

Time: __9:20am-11:00am__   Interpreter __none__

PARTIES:   USA vs. __Matthew Andrew Carter__

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

___   Statement of case to jury - voir dire

___   Bench Trial Commenced

___   Jury began deliberations

_x_   Jury impaneled & Sworn

Testimony from govt. witnesses continued, exhibits received; Testimony of Richard Wilkins concluded. Government rest @10:10am. Rule 29 argument heard, motion denied. Defense case to began 2/22/13

_X_   Trial Continued   __2/22/13__   at __9am__

___   Jury returned verdict. See verdict form

___   Court trial continued to _____ at _____ am/pm

___   Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____    Deft.'s. Due_____    Reply Due_____