# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

VOU: **FLST 13 038**

| Field | Value |
|---|---|
| 1. CIR./DIST./DIV. CODE | |
| 2. PERSON REPRESENTED | Matthew Andrew Carter |
| 3. MAG. DKT./DEF. NUMBER | |
| 4. DIST. DKT./DEF. NUMBER | 11-20350-CR-JAL |
| 5. APPEALS DKT./DEF. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) | US v. Carter |
| 8. PAYMENT CATEGORY | ☑ Felony |
| 9. TYPE PERSON REPRESENTED | ☑ Adult Defendant |
| 10. REPRESENTATION TYPE | |
| 11. OFFENSE(S) CHARGED | 18 USC 2423 |

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: T

13. PROCEEDING TO BE TRANSCRIBED: TRIAL 2/5 - 2/8/13

Entered: 2/21/13
Processed: 2/21/13

14. SPECIAL AUTHORIZATIONS
- B. ☑ Daily

15. ATTORNEY'S STATEMENT
Signature: Philip Horowitz
Date: 2/8/13
Telephone: 305/670-1975
☑ Panel Attorney

16. COURT ORDER
Signature of Presiding Judge: (signed)
Date: 2/11/13

17. COURT REPORTER/TRANSCRIBER STATUS: ☑ Official

18. PAYEE'S NAME AND MAILING ADDRESS:
Lisa Edwards
400 W. Miami Ave, 12th Floor
Miami, FL 33128
Telephone: 305/523-5499

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | 877 | 6.66 | | | 5840.82 |
| Copy | | | | | | |
| Expense (Itemize) | DE 201 - 204 | | | | | |

TOTAL AMOUNT CLAIMED: 5840.82 ✓

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
Signature of Claimant/Payee: (signed)
Date: 02/11/13

22. CERTIFICATION OF ATTORNEY OR CLERK
Signature: Marla Dugue
Date: 2/12/13

23. APPROVED FOR PAYMENT
Signature: Lenard
Date: 2/11/13

24. AMOUNT APPROVED: 5840.82

RECEIVED CJA FEB 13 2013