**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)**   FLST 13 039

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Matthew Andrew Curter | | |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 11-20350-CR-JAL | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Curter | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED: 18 USC 2423

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

13. PROCEEDING TO BE TRANSCRIBED: Jury Trial   2/12/13 - 2/15/13
    Entered: 02/20/13   Processed:

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS: JL
    A. Apportioned Cost ___ % of transcript with (Give case name and defendant)
    B. ☐ Expedited   ☑ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript
    C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
       ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
    D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
    Signature of Attorney: [signed]   Date: 2/15/13
    Printed Name: Philip Horowitz
    Telephone Number: 305/670-1975
    ☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
    Signature: Joan A. Lenard
    Date of Order: 2/12/13   Nunc Pro Tunc Date:

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS: ☑ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
    Lisa Edwards
    400 N. Miami Ave, Rm 12A
    Miami, FL 33128
    Telephone Number: 305/523-5499

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | DE 220-222, 224 | 859 | 6.66 | | | 5720.94 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED: 5720.94

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
    Signature of Claimant/Payee: Lisa Edward   Date: 02/19/13

22. CERTIFICATION OF ATTORNEY OR CLERK
    Signature: Marta Siegui   Date: 2/20/13

23. APPROVED FOR PAYMENT
    Signature of Judge or Clerk of Court: [signed]   Date: 2/18/13
24. AMOUNT APPROVED: 5720.94

RECEIVED CJA   FEB 20 2013