UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date __February 22, 2013__   Day # __12__   Case No. __11-20350-CR(s(s)__

CRD: __Patricia Mitchell__               Court Reporter __Lisa Edwards__

Time: __9:10am-11:25/1:45 - 5:30pm__           Interpreter __none__

PARTIES:   USA vs. __Matthew Andrew Carter__

| GOVERNMENT ATTORNEY(S) | DEFENDANT(S) ATTORNEY(S) |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

| | |
|---|---|
| ___ | Statement of case to jury - voir dire |
| ___ | Bench Trial Commenced |
| ___ | Jury began deliberations |
| _x_ | Jury impaneled & Sworn |

Defense case began, defendant on direct, further testimony continued til 2/26/13.

_X_  Trial Continued          2/26/13               at      9am

___  Jury returned verdict.  See verdict form

___  Court trial continued to _____ at _____ am/pm

___  Court trial concluded. Case taken under advisement. Briefing schedule:

Pltf's Due_____        Deft.'s. Due_____        Reply Due_____