```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                    CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                    Plaintiff,         February 19, 2013

 6         vs.                           9:24 a.m. to 5:51 p.m.

 7    MATTHEW ANDREW CARTER,

 8                    Defendant.         Pages 1 to 207

 9    _____

10                            JURY TRIAL
                   BEFORE THE HONORABLE JOAN A. LENARD,
11                    UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

      FOR THE GOVERNMENT:        MARIA K. MEDETIS, ESQ.
15                               ASSISTANT UNITED STATES ATTORNEY
                                 99 Northeast Fourth Street
16                               Miami, Florida 33132
                                        -and-
17                               BONNIE L. KANE, ESQ.
                                 UNITED STATES DEPARTMENT OF JUSTICE
18                               1400 New York Avenue, NW
                                 Suite 600
19                               Washington, DC 20530

20

      FOR THE DEFENDANT:         STUART ADELSTEIN, ESQ.
21                               ADELSTEIN & MATTERS
                                 2929 Southwest Third Avenue
22                               Suite 410
                                 Miami, Florida 33129
23                                      -and-
                                 PHILIP R. HOROWITZ, ESQ.
24                               9130 South Dadeland Boulevard
                                 Suite 1910
25                               Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3                                    Direct    Cross    Red.

 4
     WITNESSES FOR THE GOVERNMENT:
 5
     Ricardo Xxxxx                                5        23
 6
     Steeve Max Dominique Xxxxxx        30        54       76
 7
     Carlos Xxxxxxx                     82       114      127
 8
     Joelle Haspil                     134
 9
     Jorel Xxxxxxx                     154
10

11

12   EXHIBITS RECEIVED IN EVIDENCE                      PAGE

13   Defendant's Exhibit No. 19                           10
     Government's Exhibit No. 96-B                        138
14   Government's Exhibit No. 103                         140
     Government's Exhibit Nos. 88-A and 88-B              142
15   Government's Exhibit Nos. 89-A through 89-E and
        89-G through 89-N                                 149
16   Government's Exhibit Nos. 90-A through 90-E and
        90-G through 90-N                                 152
17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good morning.

 2              MR. HOROWITZ:  Good morning.

 3              THE COURT:  United States of America versus Matthew

 4   Andrew Carter, Case No. 11-20350.

 5              Good morning.

 6              Counsel, state your appearances, please, for the

 7   record.

 8              MS. MEDETIS:  Yes.  Good morning, your Honor.

 9              Maria Medetis and Bonnie Kane on behalf of the United

10   States.

11              With us at counsels' table are Special Agents Flores

12   and Larko with Homeland Security Investigations.

13              THE COURT:  Good morning.

14              MR. HOROWITZ:  Good morning, your Honor.

15              Phil Horowitz, Stu Adelstein on behalf of Matthew

16   Carter, who's present before the Court, along with our

17   investigator, Reginald Hope.

18              THE COURT:  Good morning.

19              MR. ADELSTEIN:  Good morning.

20              THE COURT:  We're waiting for the sound system.

21              There we go.

22              The jurors are here.  So let's bring them in and

23   begin.

24              Do you have your witness?

25              MS. MEDETIS:  Yes, Judge.
```

```
 1              (Whereupon, the jury entered the courtroom at

 2    9:25 a.m. and the following proceedings were had:)

 3              THE COURT:  You may be seated.

 4              Good morning, ladies and gentlemen.

 5              THE JURY:  Good morning.

 6              THE COURT:  Welcome back.

 7              You are still under oath, sir.

 8              You may take your seat.

 9              You may proceed, Mr. Horowitz.

10              MR. HOROWITZ:  Thank you, your Honor.

11                      CONTINUED CROSS-EXAMINATION

12    BY MR. HOROWITZ:

13    Q.  Mr. Xxxxx, when we were last together on Friday, I was

14    asking you regarding an incident that happened in 2006 at your

15    school.

16         Do you remember that?

17    A.  Yes.

18    Q.  And you remember these men talking to you and other people

19    from your school that lived at Tabarre 23.

20         Do you remember that?

21    A.  Yes.

22    Q.  Who from Tabarre 23 did those men talk to besides yourself?

23              MS. MEDETIS:  Objection.  Asked and answered.

24              THE COURT:  Sustained.

25
```

```
 1   BY MR. HOROWITZ:

 2   Q.  Did you tell these men that Mr. Bill had a gun at the

 3   house?

 4           MS. KANE:  Objection.  Hearsay.

 5           MR. HOROWITZ:  His statements.

 6           THE COURT:  Overruled.

 7           THE WITNESS:  I don't remember the conversation.

 8   BY MR. HOROWITZ:

 9   Q.  Did you tell these men that Mr. Bill had a gun to protect

10   you and the other residents of Morning Star?

11   A.  Sir, I will tell you again, I don't remember that part of

12   any -- of the conversation.

13   Q.  Would a copy of your statement help to refresh your

14   recollection as to what you told these gentlemen?

15           MS. MEDETIS:  Objection, your Honor.  I believe the

16   Court has already ruled on this.

17           THE COURT:  Rephrase your question.

18   BY MR. HOROWITZ:

19   Q.  Is there anything that would help to refresh your

20   recollection as to what you told these people that day?

21   A.  Well, I don't know.

22   Q.  Did you sign a statement that day -- let me rephrase that.

23       Did you sign a statement that day that had a list of all

24   the answers that you gave to these gentlemen?

25           MS. KANE:  Objection.  Speculation as to what was
```

```
 1    contained in the statement.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  No.

 4    BY MR. HOROWITZ:

 5    Q.  Mr. Xxxxx, how much English do you speak?  A lot or a

 6    little?

 7    A.  Not a lot.

 8    Q.  Creole is your primary language?

 9    A.  Yes.

10    Q.  And you can read Creole and understand Creole?

11    A.  Yes.

12              MR. HOROWITZ:  Permission to approach, your Honor?

13              THE COURT:  Come on up first.

14              (Whereupon, the following proceedings were had at

15    side-bar outside the presence of the jury:)

16              THE COURT:  You may show him the statement, as I

17    indicated on Friday, for those areas that he doesn't remember.

18    So that would be the gun issue --

19              MR. HOROWITZ:  Yes.

20              THE COURT:  -- and other people being pulled out of

21    the classroom.

22              But you can't -- the Government objected based upon

23    the fact that I already ruled on this issue, and I did rule on

24    this issue on Friday.

25              So I don't want you to circumvent my ruling,
```

R. Xxxxx - CROSS - By Mr. Horowitz          8

```
 1    Mr. Horowitz, to go back into an area that I've already ruled
 2    on.
 3              MR. HOROWITZ:  Yes, your Honor.
 4              Just so I am clear, the witness has said that he just
 5    pretty much doesn't remember what he told these people.  But I
 6    will limit it to the area --
 7              THE COURT:  No.  That's not what he said.
 8              He said that he didn't remember that part of the
 9    conversation in regard to the gun.  So if you want to refresh
10    his recollection on the gun, you can direct him to that portion
11    of his statement.
12              If you want to refresh his recollection as to if
13    there's anything in the statement as to who else was
14    questioned -- I don't know whether there is or not --
15              MR. HOROWITZ:  There isn't, Judge.
16              THE COURT:  So if you want to refresh his recollection
17    on the gun, you can direct him to that part of the statement.
18              MR. HOROWITZ:  Yes, your Honor.
19              THE COURT:  You can ask him if it refreshes his
20    recollection as to the gun and ask him about that.
21              MS. MEDETIS:  Your Honor, we would ask that the
22    portion that they intend to point him to be highlighted so that
23    the witness knows directly where to go as opposed to having to
24    review the entire document.
25              MR. HOROWITZ:  Judge, I would need the assistance of
```

1    the interpreter.  The statement that I plan on showing him is

2    in Creole, if I could have the interpreter just show me the

3    portion.  I have the English version, so I could tell about

4    where it is.

5            THE COURT:  That's fine.  Just use the English version

6    and direct him to where that portion about the gun is that you

7    want to refresh his recollection on.

8            MR. HOROWITZ:  I don't have a problem highlighting

9    within this statement the portion to refer him to.  It's in

10   Creole, and I can't tell you which portion it is.

11           THE COURT:  So what do you want me to do?  Send out

12   the jury?

13           MR. HOROWITZ:  Just for a couple minutes, Judge.

14   We'll get that portion and we'll be good to go.

15           THE COURT:  Okay.

16           (Whereupon, the following proceedings were had in open

17   court:)

18           THE COURT:  Ladies and gentlemen, would you step back

19   into the jury room for a few minutes.

20           Do not discuss this case either amongst yourselves or

21   with anyone else.  Have no contact whatsoever with anyone

22   associated with the trial.  Do not read, listen or see anything

23   touching on this matter in any way.

24           If anyone should try to talk to you about this case,

25   you should immediately instruct them to stop and report it to

 1    my staff.

 2            Just five minutes.  Thank you.

 3            (Whereupon, the jury exited the courtroom at 9:35 a.m.

 4    and the following proceedings were had:)

 5            THE COURT:  You can be seated.

 6            He's going to need your assistance for just a second,

 7    the attorney, please, for a moment.

 8            THE INTERPRETER:  Yes, your Honor.

 9            MS. MEDETIS:  Your Honor, may I approach as well so

10    that I can highlight the portion?

11            THE COURT:  Yes.

12            Thank you so much.

13            THE INTERPRETER:  You're welcome.

14            MR. HOROWITZ:  Judge, let's mark this as Defendant's

15    Exhibit No. 19 for identification.

16            (Whereupon, Defendant's Exhibit No. 19 was entered

17    into evidence.)

18            MR. HOROWITZ:  If I may approach and just leave it

19    with the witness, your Honor.

20            THE COURT:  Sure.

21            Are you ready?

22            MR. HOROWITZ:  Yes, your Honor.

23            MS. MEDETIS:  I'm sorry, Mr. Horowitz.

24            You said Defendant's Exhibit number what for

25    identification?

1           MR. HOROWITZ:  Defendant's Exhibit 19.

2           (Whereupon, the jury entered the courtroom at

3    9:38 a.m. and the following proceedings were had:)

4           THE COURT:  You may be seated.

5           You are still under oath, sir.

6           You may proceed, Mr. Horowitz.

7    BY MR. HOROWITZ:

8    Q.  Mr. Xxxxx, I've presented you what has been marked for

9    identification as Defendant's Exhibit No. 19.

10          Do you have that in front of you?

11   A.  Yes.

12   Q.  I want to draw your attention just to the portions that are

13   highlighted within that exhibit.

14          Do you see those two lines?

15   A.  Yes.

16   Q.  And that exhibit's in Creole; is it not?

17   A.  Yes.

18   Q.  And in that exhibit is your signature in the lower

19   left-hand corner?

20          MS. MEDETIS:  Objection, based on the Court's prior

21   ruling.

22          THE COURT:  Sustained.

23   BY MR. HOROWITZ:

24   Q.  Does that exhibit help to refresh your recollection that

25   you told the men that came to see you in 2006 that Mr. Bill had

R. Xxxxx - CROSS - By Mr. Horowitz                  12

```
 1   a gun in the house and that the gun was there to protect us?
 2   A.   That I know that I said -- I don't remember this part.  But
 3   now I see.  Yes.  I did answer that he had a firearm in the
 4   house and he said it was to protect us.  I didn't say that it
 5   was to protect us.  It's he said that it was to protect us.
 6   Q.   Well, you didn't tell these people that he was threatening
 7   you with a gun, did you?
 8             MS. MEDETIS:  Objection.  Calls for hearsay.  He has
 9   not shown an exception to the hearsay.
10             THE COURT:  Overruled.
11             MS. MEDETIS:  Your Honor, would the defense counsel
12   please take the document away, having now refreshed the
13   witness's recollection.
14             THE COURT:  Yes.  You can remove the document.
15             MR. HOROWITZ:  (Complies.)
16   BY MR. HOROWITZ:
17   Q.   Mr. Xxxxx, you didn't tell these people that the gun was
18   for anything other than to protect you and the other residents
19   of the house?
20   A.   The only thing I said was that the reason he had the
21   firearm in the house is because he said it was to protect us.
22   Q.   Now, you lived in that house for ten years; did you not?
23   A.   Yes.
24   Q.   And in your ten years, that gun was used for no other
25   reason than to protect you and the other residents of the
```

1    house?

2              MS. MEDETIS:  Objection.  Calls for speculation.

3              MS. KANE:  Objection.

4              THE COURT:  Sustained.

5              Rephrase your question.

6    BY MR. HOROWITZ:

7    Q.  The gun was used for protection; was it not?

8    A.  When Bill used to get mad, he used to shoot up in the air

9    and sometimes when he had meetings with us he would shoot on

10   top of our heads.

11   Q.  How --

12   A.  He even shot at the TV and broke the TV.  So that made all

13   of us scared of him.

14   Q.  How many times did he shoot up in the air?

15   A.  He shot once in the air in front of me, and the other time

16   was at the TV.

17   Q.  You're saying that -- was this at the Santo house or the

18   Tabarre house?

19   A.  He shot on the ceiling at the Tabarre house.  At the TV, it

20   was at the Santo house.

21   Q.  Did he hit the TV?

22   A.  For sure.

23   Q.  He shot at the TV because he didn't like what was on TV or

24   what?

25              MS. MEDETIS:  Objection.

```
 1              MS. KANE:  Objection.  Argumentative.

 2              THE COURT:  Sustained.

 3              Rephrase your question.

 4    BY MR. HOROWITZ:

 5    Q.  Why did he shoot at the TV?

 6    A.  He was just mad, I suppose.

 7    Q.  But you don't know, do you?

 8    A.  I don't remember what got him mad.  But he was mad.

 9    Q.  Now, what year was this?

10    A.  I don't remember.

11    Q.  So it's your testimony you don't know why he was mad, you

12    don't remember when it happened, but he shot at the TV.  Is

13    that correct?

14              MS. MEDETIS:  Objection.  Compound.

15              THE COURT:  Sustained.

16    BY MR. HOROWITZ:

17    Q.  Now, you also said he shot in the air in Tabarre 23.

18        When did this happen?

19    A.  Yes.  He shot at the Tabarre 23.  You have to understand

20    that he gets mad for anything so often that I don't remember

21    why he was mad that time.

22    Q.  But you remember him shooting in the air, but you don't

23    know why.  Is that correct?

24              MS. MEDETIS:  Objection.  Compound.

25              THE COURT:  Sustained.
```

1   BY MR. HOROWITZ:

2   Q.   You don't know why he shot in the air, do you?

3          MS. MEDETIS:  Objection.  Asked and answered.  The

4   witness said he didn't --

5          THE COURT:  Sustained.

6   BY MR. HOROWITZ:

7   Q.   Now, when you first came to Morning Star in 2001, who

8   referred you there?

9   A.   A lady.

10  Q.   You've testified that it was a lady.

11         Do you remember whether it was your aunt?

12  A.   No.

13  Q.   Now, you've met with the law enforcement officers in this

14  case that are seated at the prosecution table; have you not?

15  A.   Yes.

16  Q.   How many times have you met with them?

17  A.   I don't remember.  Two, three or four.  I don't remember.

18  Q.   Well, you met with them in 2011; did you not?

19  A.   Yes.

20  Q.   You met with them in 2012; did you not?

21  A.   Yes.

22  Q.   You even met with them in 2013; did you not?

23  A.   Yes.

24  Q.   You met with them a couple times in group meetings and

25  individually.  Correct?

1          MS. KANE:  Objection.  Compound.

2          THE COURT:  Sustained.

3          Rephrase your question.

4    BY MR. HOROWITZ:

5    Q.   Did you meet with them individually?

6    A.   Yes.

7    Q.   Did you meet with them in a group?

8    A.   Yes.

9    Q.   And do you remember telling the agents that your aunt had

10   met Mr. Carter and your aunt was able to get you into the

11   center when it was located at Santo 14?

12   A.   Could you repeat for me, please.

13   Q.   Sure.

14          Do you remember meeting with the agents on May 21st, 2011,

15   and telling the agents that, in 2001, your aunt met Mr. Carter,

16   Mr. Bill that we've talked about, and was able to get you into

17   the Morning Star Center when it was located in the Santo 14?

18   A.   I told you it was a lady.  So it was my aunt.

19   Q.   Which one was it, sir:  A lady or your aunt?

20   A.   My aunt.

21   Q.   In addition to the chores that you did at Morning Star

22   Center, you told this jury that you used to make Mr. Bill

23   coffee every morning; did you not?

24   A.   Yes.

25   Q.   And you would have a cup of coffee, too, because it would

```
 1   help with your bronchial problems.  Correct?

 2           MS. MEDETIS:  Objection.  Relevance.

 3           THE COURT:  Sustained.

 4   BY MR. HOROWITZ:

 5   Q.  Now, one of the other chores that you did at Morning Star

 6   was that you were in charge of giving Mr. Bill his daily

 7   insulin shots; were you not?

 8           MS. MEDETIS:  Objection.  Relevance.

 9           THE COURT:  Sustained.

10   BY MR. HOROWITZ:

11   Q.  You talked about your chores being picking up the trash and

12   cleaning up after the dog.

13       Do you remember that?

14   A.  Yes.  I had to cook food for the dog and, yes, I had to

15   pick up the dog shit.

16   Q.  The other things that you would do on a daily basis was go

17   to school.  Correct?

18   A.  Yes.

19   Q.  Do your homework?

20   A.  Yes.

21   Q.  And you would play soccer almost every day, would you not,

22   or football, as we call it?

23   A.  Yes.  I would play football, soccer.

24   Q.  And on the weekends, you'd be able to go home; would you

25   not?
```

```
 1   A.   Yes.  I used to visit my home because, on Sundays, he would

 2   give me rides and about $10 to give to my father.

 3   Q.   Now, you said that you have three brothers and three

 4   sisters, together with your parents.  Correct?

 5   A.   I have three sisters, three brothers.  Three brothers

 6   includes me.

 7   Q.   And your parents, with six children, had a difficult time

 8   keeping food on the table.  Is that a fair statement?

 9   A.   Yes.  But only five of us were living with them because I

10   have an older brother who did not live with us.

11   Q.   And you wanted to do your best to support your family; did

12   you not?

13   A.   Yes.

14   Q.   And Mr. Bill would help you support your family every

15   Sunday.  Correct?

16   A.   Yes.  He started at the Tabarre house.  But you need to

17   understand, also, $10 -- what can you do with $10 to support a

18   family?

19   Q.   It was $10 more than your family had.  Correct?

20           MS. MEDETIS:  Objection.  Argumentative.

21           THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   He would also give you food to take to your family so they

24   wouldn't starve.  Correct?

25           MS. MEDETIS:  Objection.  Argumentative.
```

 1              THE COURT:  Sustained.

 2              Rephrase your question.

 3    BY MR. HOROWITZ:

 4    Q.   He would also give you food to take to your family every

 5    Sunday.  Correct?

 6    A.   I've already stated, on Sundays, he would give my maybe

 7    10- or $20 and a bag of rice to take to my father.  Sometimes,

 8    I would refuse to take it because later on he would complain

 9    about it.

10    Q.   Did your father ever complain about the bag of rice he

11    received?

12              MS. MEDETIS:  Objection.  Calls for hearsay.

13    Objection.  Calls for speculation.

14              THE COURT:  Sustained.

15    BY MR. HOROWITZ:

16    Q.   Did your family ever complain about the food they received

17    from Mr. Bill?

18              MS. MEDETIS:  Objection.  Calls for hearsay.

19    Objection.  Speculation.

20              THE COURT:  Sustained.

21    BY MR. HOROWITZ:

22    Q.   Did you ever tell this man, "Thank you for the food and

23    money for my family"?

24              MS. KANE:  Objection.  Argumentative.

25              THE COURT:  Sustained.

1    BY MR. HOROWITZ:

2    Q.   In addition, Mr. Bill would take you for medical treatment;

3    would he not?

4    A.   No.  But, like I stated earlier, we had a clinic at the

5    center.  If I were sick, I was running a fever, he would allow

6    me to get medication from the clinic.

7    Q.   Did he ever take you to see Colombian doctors that were in

8    the area, donating time?

9    A.   I do not remember them being Colombians.  I believe he took

10   me to see a doctor once and the doctor was from Chile, at

11   Santo 17.

12   Q.   Did he take you to the St. Camille Hospital for your

13   bronchial condition?

14            MS. MEDETIS:  Objection.  There's no evidence of the

15   Defendant -- the witness's medical history or medical

16   conditions.

17            THE COURT:  Sustained.

18   BY MR. HOROWITZ:

19   Q.   Do you have a bronchial condition?

20            MS. MEDETIS:  Objection.  Relevance, asked and

21   answered.

22            THE COURT:  Overruled.

23            THE WITNESS:  No.

24   BY MR. HOROWITZ:

25   Q.   So it's your testimony you were never taken to outside

1    doctors or hospital by Mr. Bill?

2            MS. MEDETIS:  Objection.  That's a mischaracterization

3    of the testimony.  He just testified that he was taken to --

4            THE COURT:  Sustained.  It's been asked and answered.

5    BY MR. HOROWITZ:

6    Q.   In the Morning Star Center, there were team leaders; were

7    there not?

8    A.   Yes.

9    Q.   And though you were there ten years, you never became a

10   team leader, did you?

11   A.   Yes.  I was a team leader and then I was demoted.

12   Q.   And because you were demoted, you were mad at Mr. Bill;

13   were you not?

14   A.   No.  I was not mad.

15   Q.   Well, team leaders get more money on allowance on Saturdays

16   than a resident; do they not?

17   A.   I was not mad.  As a matter of fact, when I was promoted to

18   team leader, I was very young.  And the reason why he demoted

19   me, it's because he was asking things of me that I refused to

20   comply with.

21   Q.   Every few months or so, Mr. Bill would go to the United

22   States; would he not?

23   A.   Yes.  He has traveled.

24   Q.   And he'd go for about a month at a time; would he not?

25   A.   Yes.  Almost -- he has spent almost a month.

R. Xxxxx - CROSS - By Mr. Horowitz                22

1    Q.   And when you were team leader, you were in charge; were you

2    not?

3    A.   No.  When he -- at the times that he traveled, I was no

4    longer a team leader.

5    Q.   So you were only a team leader for a very short time.

6    Correct?

7    A.   Yes.

8    Q.   It was a matter of weeks.  Is that a fair statement?

9    A.   I don't remember.

10   Q.   Now, when Mr. Bill was out in the United States for a

11   month, this would happen a few times a year; would it not?

12   A.   I believe two trips per year.

13   Q.   Two trips per year.

14       You were there about ten years.  So we're talking about

15   20 trips outside of Haiti to the United States.  Is that a fair

16   statement?

17   A.   I don't know how many trips he took.

18   Q.   During these numerous trips when Mr. Bill was outside of

19   Haiti, did you tell anyone what was going on at the Morning

20   Star Center that you've testified about on Friday and today?

21   A.   I did not discuss what Bill did to me.  Here today, I'm

22   telling my story.

23   Q.   Mr. Xxxxx, the answer is, when Mr. Bill was out in the

24   United States, you didn't tell anyone.  Is that correct?

25            MS. MEDETIS:  Objection.  Argumentative.

 1              THE COURT:  Sustained.  It's been asked and answered.

 2              MR. HOROWITZ:  May I have one moment, your Honor?

 3              THE COURT:  Yes.

 4              MR. HOROWITZ:  No further questions.

 5              THE COURT:  Redirect.

 6                          REDIRECT EXAMINATION

 7   BY MS. KANE:

 8   Q.  Good morning, Ricardo.

 9   A.  Good morning.

10   Q.  On cross-examination, Ricardo, you testified that you

11   didn't tell the police everything in 2006 in regards to the

12   Defendant's sexual abuse.

13       Why did you not tell the police everything that had

14   happened to you?

15              MR. HOROWITZ:  Objection to the form of the question.

16              THE COURT:  Overruled.

17              THE WITNESS:  As I mentioned before, the people came.

18   I did not know whether or not they were police officers.  I

19   just did not talk to him -- to them.

20   BY MS. KANE:

21   Q.  Why did you not talk to them, Ricardo?

22   A.  I was embarrassed.

23   Q.  When the Defendant would travel outside of Haiti, why would

24   you not tell the police about what the Defendant was doing to

25   you?

1    A.  I'm not used to police officers.  I mean, when they came in

2    2006, if they had identified themselves to be as such, maybe it

3    would have been a different story.  I'm not used to this at

4    all.  I'm not used to filing a complaint.

5              MR. HOROWITZ:  Objection.

6              THE COURT:  Overruled.

7    BY MS. KANE:

8    Q.  Ricardo, on the occasions when the Defendant would travel

9    outside the country, other than in 2006, why did you not go to

10   the police and tell them that the Defendant was sexually

11   abusing you?

12             MR. HOROWITZ:  Objection.  Asked and answered.

13             THE COURT:  Overruled.

14             THE WITNESS:  I was afraid.

15   BY MS. KANE:

16   Q.  Who were you afraid of?

17   A.  I was afraid to go to them and file a complaint and them

18   not take -- they would not take me seriously.  And then what

19   would happen to me?  I would have to suffer the consequences.

20   Q.  Where would you suffer the consequences, Ricardo?

21             MR. HOROWITZ:  Objection.  Calls for speculation.

22             THE COURT:  Sustained.

23   BY MS. KANE:

24   Q.  Ricardo, during the time that you lived with the Defendant,

25   when you saw your family, why did you not tell your family that

1    the Defendant was sexually abusing you?

2    A.   First of all, how would I tell that to my father?  My

3    father is of age.  He's old.  And I didn't want to tell him.

4    Until this day I'm speaking to you now, he's not aware of what

5    happened to me.

6    Q.   And why would you not tell your father, Ricardo?

7              MR. HOROWITZ:  Objection.  Asked and answered.

8              THE COURT:  Sustained.

9    BY MS. KANE:

10   Q.   Ricardo, what about your father's age made you not want to

11   tell him about the abuse?

12             MR. HOROWITZ:  Objection.  Relevance.

13             THE COURT:  Sustained.

14   BY MS. KANE:

15   Q.   Ricardo, on cross-examination, you testified that you were

16   a team leader at the Morning Star for a period of time.

17        When did you become a team leader?

18   A.   I was a team leader at Tabarre and I was 15 years old at

19   the time.

20   Q.   Approximately how long were you a team leader at the

21   Tabarre house, Ricardo?

22   A.   It was not a month.

23   Q.   On cross-examination, Ricardo, you testified that you were

24   demoted, that you lost your position as team leader, because

25   you were refusing to do things that the Defendant was asking.

1       What was the Defendant asking you to do that you were

2   refusing that caused you to lose your position as team leader?

3   A.   The same bad acts that he wanted me to do with him, go in

4   his room to say good morning.  I would refuse to go in his room

5   because I knew what would happen to me.

6   Q.   What was the Defendant specifically asking you to do,

7   Ricardo?

8   A.   Go to his room at night, masturbate him, things like that.

9   And I didn't want to go say good morning to him in the morning

10  because he would be naked.

11  Q.   After you refused to masturbate the Defendant, what

12  happened to your position or role as team leader in the Morning

13  Star?

14          MR. HOROWITZ:  Objection to the form.  Also, asked and

15  answered.

16          THE COURT:  Sustained.

17          Wait for the next question, sir.

18  BY MS. KANE:

19  Q.   After you refused to masturbate the Defendant, Ricardo, did

20  the Defendant appoint someone else as team leader in the house?

21          MR. HOROWITZ:  Objection.  Leading.  Also, asked and

22  answered.

23          THE COURT:  Sustained.

24          Rephrase your question.  It's leading.

25

1    BY MS. KANE:

2    Q.   After you refused to masturbate the Defendant, Ricardo,

3    what was your role at the Morning Star?

4    A.   Someone else got my position and I was washing dishes as my

5    chores.

6    Q.   Who got your position, Ricardo, as team leader?

7    A.   They had several team leaders.  One of the boys.

8    Q.   On cross-examination, Ricardo, you testified that the

9    Defendant provided some money to your parents.

10        How much money did the Defendant provide your parents on

11   occasion?

12   A.   You mean how much in gourdes?

13   Q.   Did the Defendant provide your parents money in gourdes?

14   A.   It's -- you could calculate it either in gourdes or in

15   dollars.  Between $10 and $20.

16   Q.   How many gourdes would the Defendant give your family?

17   A.   20 Haitian dollars is about 100 gourdes and 10 Haitian

18   dollars is 50 gourdes.

19   Q.   What could your family buy with the amount of money that

20   the Defendant gave them?

21             MR. HOROWITZ:  Objection.  Relevance, speculation.

22             THE COURT:  Sustained.

23   BY MS. KANE:

24   Q.   When you said dollars, Ricardo, are you referring to

25   Haitian dollars or American dollars?

R. Xxxxx - REDIRECT - By Ms. Kane                    28

1    A.   Haitian dollars.

2    Q.   On cross-examination, you testified that there were

3    occasions when you refused money and rice from the Defendant

4    for your family because he would complain.

5         What would the Defendant complain about?

6              MR. HOROWITZ:  Objection to the form of the question.

7              THE COURT:  Overruled.

8              THE WITNESS:  The reason why I stopped -- the reason

9    why sometimes I would refuse to accept these things from him,

10   we would be having meetings and he would tell everybody in

11   front of the boys that he's feeding my family, he's assisting

12   my family, he's trying to save them from starvation.  And I was

13   right there.  It was a shame for me.

14             MS. KANE:  One moment, your Honor.

15   BY MS. KANE:

16   Q.   Ricardo, on cross-examination, you testified that the money

17   that the Defendant gave your family was not enough.

18        What do you mean by that?

19             MR. HOROWITZ:  Objection.  Mischaracterizes the

20   testimony.  Also, as to form.

21             THE COURT:  Rephrase your question.

22   BY MS. KANE:

23   Q.   Ricardo, when you stated that the amount of money that the

24   Defendant was giving your family was not enough, given the size

25   of your family, what did you mean by that?

```
 1              MR. HOROWITZ:  Same objection, your Honor.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  What I meant is that the way he took it,

 4    it's not the way it happens.  Yes.  He gave some money.  But it

 5    was not a frequent thing.  It was not every Sunday.  And it was

 6    barely enough.  In fact, you know, I can say it was not even

 7    enough for the size of my family.

 8    BY MS. KANE:

 9    Q.  You testified that the Defendant would give 10 to

10    20 Haitian dollars to your family.

11        At the time, what could 10 to 20 Haitian dollars buy in

12    Haiti?

13              MR. HOROWITZ:  Objection.  Calls for speculation.

14              THE COURT:  Sustained.

15    BY MS. KANE:

16    Q.  Ricardo, while testifying today, what is your

17    responsibility?

18              MR. HOROWITZ:  Objection.

19              THE COURT:  Overruled.

20              THE WITNESS:  My responsibility here today is to tell

21    the truth.

22              MR. HOROWITZ:  We have no further questions, your

23    Honor.  We'd ask that the witness be released.

24              THE COURT:  You may step down, sir.

25              (Witness excused.)
```

1          THE COURT:  Call your next witness.

2          MS. KANE:  The United States calls Steeve Max

3    Dominique Xxxxxx.

4       STEEVE MAX DOMINIQUE XXXXXX, GOVERNMENT WITNESS, SWORN

5          THE COURT REPORTER:  Please have a seat.

6          Please state your full name for the record.

7          THE WITNESS:  Xxxxxx, Steeve Max Dominique.

8          THE COURT:  You may proceed.

9                     DIRECT EXAMINATION

10   BY MS. KANE:

11   Q.  Good morning, Dominique.

12   A.  Good morning.

13   Q.  I should ask first, you have three names.

14       What do you prefer to be called by?

15   A.  Dominique.

16   Q.  And may I call you Dominique?

17   A.  Yes.

18   Q.  Do you have a nickname that your family and friends use?

19   A.  Yes.  Dodo.

20          THE COURT:  You're going to need to keep your voice

21   up, sir.  You need to speak into the microphone and keep your

22   voice up, please.

23   BY MS. KANE:

24   Q.  When were you born, Dominique?

25   A.  April 18, 1992.

S.M.D. Xxxxxx - DIRECT - By Ms. Kane                31

1    Q.   How old are you now?

2    A.   20.

3    Q.   Where are you from?

4    A.   Haiti.

5    Q.   Where do you live now?

6    A.   Cite Soleil.

7    Q.   Where is Cite Soleil?

8    A.   Port-au-Prince, Haiti.

9    Q.   Could you please tell us a little bit about your parents,

10   Dominique.

11   A.   My dad passed away.  He's no longer with us.  My mother's

12   still alive.  And we are living in Cite Soleil.

13   Q.   When you were growing up, Dominique, did you live with your

14   father?

15   A.   I didn't live with him.  I used to go visit him.  But I

16   mostly lived with my mom.

17   Q.   Do you have any brothers or sisters?

18   A.   Yes.

19   Q.   How many do you have?

20   A.   I have one brother and three sisters.

21   Q.   Are they older or younger than you?

22   A.   My youngest sister is on my father's side.  But my other --

23   the others are older than me.

24   Q.   Do you know a man named Matthew Carter, Dominique?

25   A.   Yes.

1    Q.   Is he in the courtroom today?

2    A.   Yes.

3    Q.   Could you please point to him and describe a piece of

4    clothing that he's wearing.

5    A.   I see him from afar there, sitting there.  There's a

6    reflection on his shirt.  It looks like a pinkish-white.  But

7    I'm mostly sure that it's white.

8            MS. KANE:  Please have the record reflect that the

9    witness has identified the Defendant.

10           THE COURT:  It will so reflect.

11   BY MS. KANE:

12   Q.   Do you know a man named Bill Carter?

13   A.   Yes.

14   Q.   Is he in the courtroom today?

15   A.   Yes.

16   Q.   Could you please point to him and describe him by a piece

17   of clothing he's wearing.

18   A.   A white shirt.

19           MS. KANE:  Please have the record reflect that the

20   witness has identified the Defendant.

21           THE COURT:  It will so reflect.

22   BY MS. KANE:

23   Q.   What did you call the Defendant, Dominique?

24   A.   Bill.

25           THE COURT:  Sir, you're going to need to keep your

```
 1   voice up and speak into the microphone, please.  Okay?

 2   BY MS. KANE:

 3   Q.   When did you meet Bill?

 4   A.   2005.

 5   Q.   How did you meet the Defendant?

 6   A.   While I was walking in the street, he was passing by in his

 7   car and he saw me.

 8   Q.   Where were you when you saw him?  In what neighborhood?

 9   A.   I was at Santo 14.

10   Q.   After you saw the Defendant that day, when did you next see

11   the Defendant?

12   A.   He slowed down and approached me.  And there was a small

13   conversation.  Nason, who I knew -- Nason came and -- to my

14   family and asked if I could come.

15            MR. ADELSTEIN:  Objection.  Hearsay.

16            THE COURT:  Sustained.

17   BY MS. KANE:

18   Q.   Who is Nason, Dominique?

19   A.   It's one of the boys in the program.

20   Q.   What is Nason's real name?

21   A.   Ricardo Xxxxx.

22   Q.   Where was Ricardo living at the time that you met the

23   Defendant?

24   A.   Ricardo was in Tabarre with him.

25   Q.   And who is "him"?
```

S.M.D. Xxxxxx - DIRECT - By Ms. Kane                34

1    A.   Bill Matthew Carter.

2    Q.   Did there come time when you visited the Defendant at his

3    home in Tabarre?

4    A.   Yes.

5    Q.   And when did you visit the Defendant at his Tabarre house?

6    A.   I think it was around July 14, 2005.

7    Q.   At the time that you visited the Defendant at the Tabarre

8    house, who else was living with him at that house?

9    A.   There was many other boys.

10   Q.   Were the boys adults or children?

11   A.   They were youths, like me, also.

12   Q.   And what was the name of the Defendant's house?

13   A.   Morning Star, Etoile du Matin.

14   Q.   When you visited the Morning Star at the Tabarre house in

15   July of 2005, what happened on that day?

16   A.   The first day, everything was fine.

17   Q.   Why did you visit the Morning Star on that day?

18   A.   It was the day that he had invited me to come.  And I had

19   accepted and I wanted to go.

20   Q.   Who invited you to come?

21   A.   Bill.

22   Q.   And how long did you spend at the Morning Star that day?

23   A.   I didn't know that I was going to be staying, but that same

24   14, I went and I stayed.

25   Q.   By the "same 14," you mean July 14th, 2005?

S.M.D. Xxxxxx - DIRECT - By Ms. Kane            35

1    A.   Yes.   I stayed.   But there was no paperwork or anything.

2    But I stayed anyway.

3    Q.   And when you stayed, do you mean that you stayed overnight

4    on your first visit to the Tabarre house?

5    A.   Yes.   I slept.

6    Q.   And did you move into the Morning Star on that day or were

7    you just visiting?

8    A.   Yes.   As I went to visit, I only went with some clothes.

9    But when I was staying, I had to go and get my clothes to come

10   back.

11   Q.   So in approximately -- on or about July 14th, 2005, is this

12   around the date that you moved in full-time to the Morning

13   Star?

14   A.   Yes.   I wanted to tell you the story as it happened.

15   Q.   Okay.   Please tell us what happened on the day that you

16   moved in full-time.

17   A.   Yes.   He asked me to stay and I had decided to stay because

18   I liked it over there.   So I stayed.

19   Q.   How was the Morning Star different from where you were

20   living before?

21   A.   There was a very big difference.   Yes.   You have to know

22   that I was coming from Cite Soleil and I had just moved to

23   Santo.   I didn't know much about Santo at that time.

24        But it was a different area from Cite Soleil.   And I found

25   toys, I found clothes, I found food for three times a day.   It

1    was very different.

2    Q.   When you lived with your mother, were you eating three

3    meals a day?

4    A.   No.  Rarely.

5    Q.   How many meals a day were you eating when you lived with

6    your mother?

7    A.   About once a day.  And if there was any extra little

8    change, they would give it to go buy something in the street to

9    keep.

10   Q.   After you moved into the center, did you attend school?

11   A.   Yes.

12   Q.   Who paid for your school when you moved into the Morning

13   Star?

14   A.   Bill Matthew Carter.

15        MS. KANE:  Your Honor, permission to publish what has

16   previously been admitted as Government's Exhibit 63-A?

17        THE COURT:  You may.

18   BY MS. KANE:

19   Q.   Dominique, do you recognize this document?

20   A.   Yes.

21   Q.   And what is this?

22   A.   It was a signed document giving me permission to stay over

23   there.

24   Q.   And is your name somewhere on this document?

25   A.   Yes.

1   Q.   And using the touch screen in front of you, would you

2   circle where your name is.

3   A.   I see it.

4   Q.   Is your nickname also listed there?

5   A.   Yes.  I put a line on it.

6   Q.   What is stated regarding your name there?

7   A.   It says that they recognize that they have given me --

8   turned custody to Mr. Matthew Carter.

9   Q.   What is stated regarding your nickname here, Dominique?

10  A.   "Dodo" is written there.

11  Q.   What is the date of this document?

12  A.   August 22, 2005.

13  Q.   Was this document signed after you moved into the Morning

14  Star?

15  A.   Yes.

16  Q.   And directing your attention here to the bottom right,

17  whose signature is that?

18  A.   Yes.  This right?

19  Q.   Right here.

20  A.   Bill Matthew Carter.

21  Q.   After you moved into the Morning Star, Dominique, what were

22  some of the bad things that you did not like about living

23  there?

24  A.   The sexual abuse.  He made me masturbate him.  He sucked on

25  my penis.  He offered me money.  He would beat me for no

S.M.D. Xxxxxx - DIRECT - By Ms. Kane          38

1   reason -- no real reason, make a lot of noise, screaming and

2   cursing in my head.

3   Q.   Who would -- who would make you masturbate him?

4   A.   Bill Matthew Carter.

5   Q.   When was the first time that the Defendant made you

6   masturbate him?

7   A.   I don't remember the exact date.  But I wasn't long into

8   the program when he did it.

9   Q.   Approximately how old were you, Dominique, on the first

10  time the Defendant had you masturbate him?

11  A.   13.

12  Q.   Can you tell us what happened on that first occasion when

13  the Defendant had you masturbate him.

14  A.   It was the minutes, the rubbing with the alcohol.  I went

15  to rub it on his legs because it was to make the inflammation

16  in his leg to go down.  So I went to do it.

17       I finished passing the alcohol and I went to say goodnight

18  to him.  I went and hugged him and, while I was trying to get

19  up, he held me.  He put lotion in my hand.

20       I looked at the lotion.  I didn't know what to do.  And he

21  put his hand on his penis and showed me what to do.  He held my

22  hand and made the movement with my hand.

23  Q.   Where did the Defendant hold your hand, Dominique?

24  A.   He held my hand in that area and put my hand and made me

25  masturbate him.

S.M.D. Xxxxxx - DIRECT - By Ms. Kane          39

 1    Q.   When you say "that area," Dominique, what do you mean?

 2    A.   On his penis.

 3    Q.   Where were you, Dominique, when the Defendant had you

 4    masturbate him?

 5    A.   In his bedroom.

 6    Q.   You mentioned earlier that -- the term "minutes."

 7         What does "minutes" mean?

 8    A.   The only thing I know as "minutes" is what they told me

 9    that minutes was, what he told me minutes was.  It's to come

10    and rub his leg to bring down the inflammation in his legs.

11    Q.   How often would you have to give the Defendant minutes?

12    A.   I did minutes many times.  But it wasn't in every minutes

13    that I had to go and put lotion and masturbate him.

14    Q.   On this first occasion when you had to masturbate the

15    Defendant, what did the Defendant say to you, if anything,

16    after you masturbated him?

17    A.   At that time, I didn't understand a lot of English.  Even

18    if he had said something, I wouldn't know what he was saying.

19    And I don't remember if he said anything, anyway.

20    Q.   Did the Defendant ejaculate on that first occasion?

21    A.   I can't really tell you because my hand was full of lotion.

22    So I didn't know the difference between the ejaculation and the

23    lotion.  I just know, once I was finished, I took my hand away.

24    Q.   And what happened after you took your hand away?

25    A.   He was happy, smiling, and then I just turned around and

1    left.

2    Q.   After you masturbated the Defendant on that first occasion,

3    how did the Defendant treat you afterwards?

4    A.   Everything was fine.

5    Q.   And what do you mean by, "Everything was fine"?

6    A.   Well, like I told you how everything that happened,

7    everything was fine after that.  The same activities continued.

8    Q.   Did there come a time when you had to masturbate the

9    Defendant again?

10   A.   Yes.  I had to do it a second time.

11   Q.   When did you have to masturbate the Defendant for a second

12   time?

13   A.   In his bedroom again.

14   Q.   And how did the Defendant let you know that he wanted you

15   to masturbate him again on that second occasion?

16   A.   The same as the first time.  He put the lotion in my hand,

17   he put my hand on his penis, and I did it.

18   Q.   After you masturbated the Defendant a second time, how did

19   the Defendant treat you?

20   A.   The same way.  He showed me that he was happy.

21   Q.   You also mentioned earlier, Dominique, that the Defendant

22   performed oral sex.

23        Can you tell us about what happened on that occasion.

24   A.   I was lying down on a bed, and he was going to his

25   bathroom.  To go to his bathroom, he has to pass through the

 1   room where I was lying down.  And he jumped himself on the bed

 2   like he was playfully wrestling.  Before I knew it, my zipper

 3   was down and he was sucking my penis.

 4   Q.   In what room at the Morning Star were you, Dominique?

 5   A.   For him to go to his bathroom, this is one of the rooms

 6   where we had beds to sleep.  I can't tell you exactly, but he

 7   had to go through that room to go to the bathroom.

 8   Q.   Was this the bedroom where you slept, Dominique?

 9   A.   Yes.  In that room.

10   Q.   And when the Defendant was performing oral sex on you, were

11   you able to get up from the bed?

12   A.   He was holding me down.  But at the end, I pushed him away.

13   Q.   How was the Defendant holding you down on the bed?

14   A.   He held my arm down in the part of my body -- the way that

15   he could pin me down.  But I kept -- I kept struggling till I

16   pushed him away.

17   Q.   How long was the Defendant able to perform oral sex on you

18   while you were struggling?

19   A.   I don't know.  But the only thing I know is that he was

20   already down there and I found a way to get out of it.

21   Q.   How, Dominique, was the Defendant able to --

22          THE INTERPRETER:  Excuse me, counsel.

23          We're ready, counsel.

24   BY MS. KANE:

25   Q.   Dominique, you said that your zipper was down.

1          How did your zipper of your pants come down?

2     A.   By the guy.  He was playing around with me.  Before I knew

3     it, my zipper was down.

4     Q.   What did the Defendant do to your pants?

5     A.   I've explained it before.  He wanted to pull them down so

6     he could do what he did.  That's what he wanted to do.  He'd

7     find a way to pull it down and he did what he needed to do.

8     Q.   Approximately when did the Defendant perform oral sex on

9     you, Dominique?  When did this happen?

10    A.   If it's for an exact date, I cannot tell you.  But I would

11    say maybe 2005, 2006.

12    Q.   And approximately how old were you at that time?

13    A.   14, 15.  I do not remember the exact date.

14    Q.   When you were able to get away from the Defendant on that

15    day, what happened?

16    A.   I ran.  He did what he needed to do.  I ran.  Nothing

17    really happened.  Nothing.  I could not tell you that anything

18    else happened.

19    Q.   How were you able to get away from the Defendant?

20    A.   He tried to pin me down.  I wiggled and I pushed him and I

21    ran.

22    Q.   Dominique, you testified earlier that the Defendant offered

23    you money at some point.

24          What did the Defendant offer you money for?

25    A.   He offered me money so I could go to his room to do this

```
 1   nasty stuff with him.

 2   Q.   And by "nasty stuff," what do you mean?

 3   A.   What he likes best:  Sucking on my penis and masturbation.

 4   Q.   How many times did the Defendant offer you money for you to

 5   masturbate him or to allow him to perform oral sex on you?

 6   A.   I remember he offered me the money twice.  Once I went to a

 7   restaurant with him.  And the second time, I was coming from

 8   Petion-Ville.  It's a suburb of Haiti.  I was with him.

 9   Q.   Let's talk about the first time when you were at the

10   restaurant.

11        Approximately when did that occur?

12   A.   I believe 2006 was the first time.

13   Q.   Why were you at the restaurant with the Defendant that day?

14   A.   I was at school.  I don't remember whether it was the first

15   semester or the second semester.  I had -- I managed to be at

16   first place in my school.

17        He gave me some money as a gift and we were in the

18   restaurant.  I don't know whether we were leaving or still

19   sitting at the table when he offered me the money.

20   Q.   Who else was at the restaurant with you?

21   A.   Some other foreigners were there.  But it was just myself

22   and him at the table.

23   Q.   What did the Defendant say to you when he offered you the

24   money?

25   A.   As usual, come to his room.  And I knew what he was talking
```

1  about.

2  Q.  And did the Defendant say this in English or in Creole?

3  A.  I'm not saying that I was very fluent in English at the

4  time.  But if I can recall, he did say that in Creole.

5  Q.  Did the Defendant say how much money?

6  A.  No.  I don't remember.

7  Q.  On the second time that the Defendant offered you money,

8  you said that you were in Petion-Ville.

9      What happened on that second occasion?

10 A.  He knew some people and then -- this guy that he knew.  And

11 he was there.  We were on our way back.  He offered me money

12 again.  He told me to come to his bedroom so I could do nasty

13 stuff with him.

14 Q.  Were you on your way back from Petion-Ville to the Morning

15 Star when this happened?

16 A.  We were coming from Petion-Ville.

17 Q.  And where is Petion-Ville?

18 A.  Port-au-Prince.

19 Q.  And how were you getting back from Petion-Ville to the

20 Morning Star?

21 A.  Are you asking me if I was in a car?

22 Q.  Yes.

23      Were you in a car with the Defendant?

24 A.  Yes.  I was in the car.

25 Q.  So did the Defendant offer you money while you were --

1          MR. ADELSTEIN:  Objection.  Leading.

2     BY MS. KANE:

3     Q.  -- driving back in the car?

4          MR. ADELSTEIN:  Objection.  Leading.

5          THE COURT:  Sustained.

6          Rephrase your question.

7     BY MS. KANE:

8     Q.  Where were you exactly when the Defendant offered you

9     money?

10    A.  Inside the car.

11    Q.  Approximately when did this happen, Dominique?

12    A.  If you are asking me for exact dates, I could not tell you

13    exact dates.  I could not tell you.  But it did happen.

14    Q.  Was this before or after the earthquake?

15    A.  I believe before the earthquake.

16         MS. KANE:  Your Honor, permission to publish what has

17    previously been admitted as Government's Exhibit 81?

18         THE COURT:  I think we're going to take a break.

19         MS. KANE:  Okay.

20         THE COURT:  Do not discuss this case either amongst

21    yourselves or with anyone else.  Have no contact whatsoever

22    with anyone associated with the trial.

23         Do not read, listen or see anything touching on this

24    matter in any way, including anything in the media, anything on

25    the Internet or anything on any access device.

S.M.D. Xxxxxx - DIRECT - By Ms. Kane        46

1              If anyone should try to talk to you about this case,

2      you should immediately instruct them to stop and report it to

3      my staff.

4              You may leave your notebooks at your chairs.  Please

5      be back in the jury room in ten minutes.

6              (Whereupon, the jury exited the courtroom at

7      10:58 a.m. and the following proceedings were had:)

8              THE COURT:  You may be seated for a moment.

9              Sir, during this break, you are not to discuss your

10     testimony with anyone or permit anyone to discuss it with you.

11             THE WITNESS:  Yes.

12             THE COURT:  Ten minutes.  We're in recess.

13              (Thereupon a recess was taken, after which the

14     following proceedings were had:)

15             THE COURT:  We're back on United States of America

16     versus Matthew Andrew Carter, Case No. No. 11-20350.

17             Counsel, state your appearances, please, for the

18     record.

19             MS. MEDETIS:  Yes.  Good morning again, your Honor.

20             Maria Medetis and Bonnie Kane for the United States.

21             MR. ADELSTEIN:  Stu Adelstein and Phil Horowitz on

22     behalf of Mr. Carter, who is also present.

23             THE COURT:  Ready to proceed?

24             MS. MEDETIS:  Yes, your Honor.  We have our witness

25     who is about to take the stand.

1          THE COURT:  Let's bring in the jury, please.

2          (Whereupon, the jury entered the courtroom at

3    11:14 a.m. and the following proceedings were had:)

4          THE COURT:  You may be seated.

5          You are still under oath, sir.

6          You may proceed.

7          THE COURT SECURITY OFFICER:  Your Honor, we're still

8    missing one.

9          THE COURT:  Okay.  You can't proceed.

10          Thank you.

11          (Thereupon, an unidentified juror entered the

12    courtroom and the following proceedings were had:)

13          THE COURT:  Now you may be seated.

14          You are still under oath, sir.

15          You may proceed.

16          MS. KANE:  Thank you, your Honor.

17          Your Honor, permission to publish what was previously

18    admitted as Government's Exhibit 81?

19          THE COURT:  Yes.

20    BY MS. KANE:

21    Q.   Dominique, do you recognize this?

22    A.   Yes.

23    Q.   Is your picture in this exhibit?

24    A.   Yes.

25    Q.   Using the touch screen in front of you, would you please

S.M.D. Xxxxxx – DIRECT – By Ms. Kane          48

 1  circle your picture.

 2  A.   (Witness complies.)

 3  Q.   Were you living at the Morning Star Center in the spring of

 4  2006, Dominique?

 5          MR. HOROWITZ:  Objection.  Leading.

 6          THE COURT:  Sustained.

 7          Rephrase your question.

 8  BY MS. KANE:

 9  Q.   Dominique, where were you living in the spring of 2006?

10  A.   Etoile du Matin, Morning Star.

11  Q.   At what house was the Morning Star Center at that time?

12  A.   Tabarre 23.

13  Q.   During the time that you lived at the Morning Star Center,

14  did you live in any other house other than the Tabarre house?

15  A.   No.

16          MS. KANE:  Your Honor, permission to publish what was

17  previously admitted as Government's Exhibit 82?

18          THE COURT:  You may.

19  BY MS. KANE:

20  Q.   Dominique, do you recognize this?

21  A.   Yes.

22  Q.   And do you see your picture in this exhibit?

23  A.   Yes.

24  Q.   Would you please circle your picture, using the touch

25  screen.

     1    A.   (Witness complies.)

     2    Q.   Dominique, where were you living in the summer of 2006?

     3    A.   Etoile du Matin, Morning Star.

     4    Q.   At what house was that?

     5    A.   Tabarre 23.

     6    Q.   Dominique, what name is listed here under your picture?

     7    A.   "Morning Star Center Group Home."

     8    Q.   Under your picture, Dominique.

     9    A.   Oh, okay.  Okay.

    10    Q.   You're fine.

    11         What name is listed there?

    12    A.   "Dodo."

    13    Q.   And is that your nickname?

    14    A.   Yes.

    15         MS. KANE:  Your Honor, permission to publish what was

    16    previously admitted as Government's Exhibit 63-A?

    17         THE COURT:  Yes.  You may.

    18    BY MS. KANE:

    19    Q.   Dominique, I just wanted to ask you one additional question

    20    regarding this exhibit.

    21         Were you present when this document was signed?

    22    A.   I've seen the document.  I did not witness the signature.

    23    Q.   Dominique, I just wanted to ask you a few additional

    24    questions regarding some of the Defendant's sexual abuse of

    25    you.

1      You testified earlier that you had to masturbate the

2    Defendant on a second occasion.  Approximately when did you

3    have to masturbate the Defendant a second time?

4    A.  2005, 2006.  I do not remember the exact date.

5    Q.  On the occasion when the Defendant forced himself on you

6    and performed oral sex, how far did the Defendant pull your

7    pants down?

8           MR. HOROWITZ:  Objection to the form of the question

9    and asked and answered.

10          THE COURT:  Overruled -- strike that.

11          Rephrase your question.

12   BY MS. KANE:

13   Q.  Dominique, when the Defendant performed oral sex on you,

14   you testified that he had pulled down your pants.

15       How far down your body did the Defendant pull your pants?

16   A.  I can't tell you.  It happened a long time ago.  Either he

17   pulled it down or he --

18          MR. HOROWITZ:  Objection.

19          THE COURT:  Sustained.

20   BY MS. KANE:

21   Q.  When you were living at the Morning Star, Dominique, did

22   there come a time when you moved out of the center for a period

23   of time?

24   A.  Yes.

25   Q.  And approximately when did you move out of the Morning Star

1    for a period of time?

2    A.   I believe 2009.

3    Q.   And approximately how long were you gone from the Morning

4    Star?

5    A.   I believe about a year and a half.

6    Q.   When you returned to the Morning Star, approximately how

7    old were you?

8    A.   18.

9    Q.   Where was the Morning Star when you returned?

10   A.   Tabarre 23.

11   Q.   Where were you living when the Defendant was arrested?

12   A.   Tabarre 23.

13          MS. KANE:  Just a moment, your Honor.

14          Your Honor, permission to publish what has previously

15   been admitted as Government's Exhibit 81?

16          THE COURT:  Yes.

17   BY MS. KANE:

18   Q.   Dominique, do you recognize the other individuals in this

19   exhibit?  Sorry.  Let me focus it a little bit better.

20   A.   Yes.  I know all of them.

21   Q.   And where were these individuals living in the spring of

22   2006?

23   A.   Some of them were at the center and some of them -- the

24   oldest ones were in a different place, Ismael and Edder.  And

25   rest were at Tabarre 23.

1   Q.   Where were Eddy and Ismael living at that time?

2   A.   He rented a house at Santo 14 and the lease was not up yet,

3   and the boys remained there.

4   Q.   Was the center ever previously located at Santo 14?

5   A.   Yes, but I was not there.

6   Q.   How do you know that the center was located at Santo 14

7   previously?

8   A.   Because he had a clinic at Santo 14 and I used to go there

9   and visit at Santo 14.  At the time, he did not move the clinic

10   yet.

11   Q.   Okay.

12   A.   Sometimes he would take us there and we would go with him

13   to the clinic.

14   Q.   So where in Santo 14 were Eddy and Ismael living in the

15   spring of 2006?

16   A.   2006?  In the house.  But I know they had -- the guys had

17   another place to live in Santo.

18   Q.   During the time that the Morning Star had two houses, where

19   was the second house?

20   A.   The second house was at Tabarre.

21   Q.   And was the first house Santo 14?

22          MR. ADELSTEIN:  Objection.  Leading.

23          THE COURT:  Sustained.

24          Rephrase your question.

25

S.M.D. Xxxxxx - DIRECT - By Ms. Kane                53

```
 1    BY MS. KANE:

 2    Q.   Where was the first house, Dominique?

 3    A.   Santo.   Santo 14.

 4    Q.   And approximately how long did -- was the Morning Star

 5    located at these two houses at the same time?

 6    A.   That I don't know.   I was not in charge.

 7              MS. KANE:   Your Honor, permission to publish what has

 8    previously been admitted as Government's Exhibit 82?

 9              THE COURT:   You may.

10    BY MS. KANE:

11    Q.   Dominique, do you recognize these people?

12    A.   Yes.

13    Q.   And who are they, generally?

14    A.   These are the boys who resided with me at Tabarre 23.

15    Q.   Where were these individuals living in the summer of 2006?

16    A.   Tabarre 23.   I'm not so sure about Junior.   I'm not so sure

17    about Junior and his mother.   But the rest of the boys resided

18    at Tabarre.

19    Q.   Are you referring to the individuals on the far left of

20    this exhibit, where I'm pointing?

21    A.   Yes.

22    Q.   Where it says Junior's mama and Junior?

23    A.   Yes.

24    Q.   Other than Junior's mama and Junior, were these other

25    individuals living at the Tabarre house with you?
```

1    A.   Yes.  They all did.

2    Q.   Dominique, I'm directing your attention to the bottom of

3    this exhibit, the boy that's named -- or listed here as Nason.

4         Who is Nason?

5    A.   He was one of the residents at the center.

6    Q.   And what is his full name?

7    A.   Ricardo Xxxxx.

8              MS. KANE:  One moment, your Honor.

9              The United States tenders this witness.

10             THE COURT:  Cross-examination.

11             MR. ADELSTEIN:  Yes, ma'am.

12                           CROSS-EXAMINATION

13   BY MR. ADELSTEIN:

14   Q.   Prior to moving into the Morning Star Center, you were

15   living at Cite Soleil.  Is that correct?

16   A.   I was at Cite Soleil.  Then I moved to Santo.  Then I met

17   him and I moved in with him.

18   Q.   Okay.  You met him in 2005, when you saw Mr. Bill and

19   Ricardo Xxxxx, also known as Nason, driving down the street.

20   Correct?

21   A.   I did not say that I met him with Ricardo Xxxxx.  I stated

22   that I saw Bill with some other boys and then he sent Ricardo

23   Xxxxx to my house because I had a relationship with Ricardo

24   Xxxxx prior to moving into the center.

25   Q.   Okay.

 1    A.   After he spoke to me in the street.   Then he sent him to

 2    talk to me.

 3    Q.   Okay.  And without telling us what Ricardo Xxxxx said to

 4    you, you decided to go to the Morning Star Center.  Is that

 5    correct?

 6    A.   Yes.

 7    Q.   And when you got to the Morning Star Center, you explained

 8    to this jury that life was better than where you were living.

 9         Did I hear you correctly?

10    A.   Yes, but not everything.

11    Q.   Now, you have described some things that allegedly took

12    place in the, I think, four or five years that you were at the

13    Morning Star Center just a few moments ago.

14         And you described those, did you not, when you first met

15    the agents, when you were interviewed?  Correct?

16    A.   Did I explain that to them when I met with them?

17    Q.   Well, let me rephrase it.  Let me back up for a moment and

18    see if I can clarify it.

19         The Morning Star Center was closed in May of 2011.

20    Correct?

21    A.   Closed?

22    Q.   Yes.  Agents came in and closed the center.  Correct?

23    A.   I do not recall the exact date.  But I know that they

24    closed it down after the earthquake.

25    Q.   Okay.  Were you present when law enforcement arrived at the

```
 1   Morning Star Center in May of 2011?

 2   A.  Yes.  When he was arrested?

 3   Q.  Yes.

 4   A.  Yes.  I was there.

 5   Q.  He was arrested in the United States.  Correct?

 6            MS. MEDETIS:  Objection.  Calls for speculation.

 7            THE COURT:  Sustained.

 8   BY MR. ADELSTEIN:

 9   Q.  Did Mr. Bill go to the United States during the years that

10   you stayed at the Morning Star Center?

11   A.  Yes.  He took some trips while I was residing at the

12   center.

13   Q.  And he would stay away from the center for up to a month

14   when he went on those trips.  Correct?

15   A.  Yes.  Correct.

16   Q.  And who was in charge of the Morning Star Center when

17   Mr. Bill went to the United States?

18   A.  Several boys, like Edder, Junior, Woodjerry.

19   Q.  And they would be responsible for running the center while

20   Mr. Bill was in the United States.  Correct?

21   A.  Yes.  But they took turns.

22   Q.  Okay.  Now, you've described that this alleged abuse

23   started in 2005, when you first got to the center.  Right?

24   A.  Yes.

25   Q.  In 2005, did you report this alleged abuse to anyone?
```

S.M.D. Xxxxxx - CROSS - By Mr. Adelstein          57

1    A.   No.  I didn't explain that to anyone.

2    Q.   In 2006, when you were at the center, did you report this

3    alleged abuse to anyone?

4    A.   No.

5    Q.   In 2007, when you were at the center, did you report this

6    abuse to anyone?

7    A.   No.

8    Q.   How about in 2008?  Did you report any of this alleged

9    abuse to anyone?

10   A.   No.

11   Q.   Now, in 2009, is that when you left the center for a year

12   and a half?

13   A.   Yes.

14   Q.   In 2009 and 2010, where were you living?

15   A.   With my mother.

16   Q.   Did you report the alleged abuse to your mother or anyone

17   else in that year and a half that you were away from the

18   center?

19   A.   No.  I did not tell anything to my mother.

20   Q.   Now, you came back to the center in 2010.  Is that correct?

21   A.   Yes.  After the earthquake.

22   Q.   The earthquake took place in January of 2010.

23        When did you go back to the Morning Star Center?

24   A.   I do not have the exact date, but I know that I returned

25   after the earthquake.

1   Q.  Was it immediately after the earthquake or several months

2   later?

3              MS. MEDETIS:  Objection.  Asked and answered.

4              THE COURT:  Overruled.

5              THE WITNESS:  Sometime later.

6   BY MR. ADELSTEIN:

7   Q.  Did you work at the clinic at the Morning Star Center after

8   the earthquake?

9   A.  Would you clarify for me as to working.  Because some of

10  the boys were taking care of people when they came in.  I was

11  responsible for cleaning up.

12  Q.  Okay.  Some of the residents at the Morning Star Center

13  were working at the clinic, taking care of people that were

14  injured from the earthquake.  Is that correct?

15  A.  I cannot say it was free medical services, but I know some

16  people came in and they received services.  I was not there

17  right after the earthquake.

18  Q.  Okay.  Now, law enforcement arrived at the Morning Star

19  Center at Tabarre 23 on May 8th, 2011.

20      Were you present when, for lack of a better term, the cops

21  moved in?

22              MS. KANE:  Objection.  Argumentative.

23              THE COURT:  Sustained.

24              Rephrase your question.

25

```
 1    BY MR. ADELSTEIN:

 2    Q.  Were you present when law enforcement arrived -- physically

 3    present at the Morning Star Center when law enforcement came to

 4    the center on May 8th, 2011?

 5    A.  Yes.

 6    Q.  Were you present when law enforcement took everyone out of

 7    the center so that they could search it?

 8            MS. MEDETIS:  Objection.  Calls for speculation.

 9    These facts are not in evidence --

10            THE COURT:  Sustained.

11            MS. MEDETIS:  -- as to this witness.

12    BY MR. ADELSTEIN:

13    Q.  When law enforcement arrived at the center on May 8th,

14    2011, did you remain inside the center or did you leave the

15    center?

16            MS. MEDETIS:  Same objection, your Honor.

17            THE COURT:  Overruled.

18            THE WITNESS:  I was inside the center.

19    BY MR. ADELSTEIN:

20    Q.  When they -- when law enforcement came inside the house,

21    were you allowed to remain inside the house?

22    A.  No.  While they were conducting their investigation, they

23    asked all the boys to sit in the yard.

24    Q.  Okay.  They took everyone outside the house.  Correct?

25    A.  Yes.  And we remained in the yard.
```

S.M.D. Xxxxxx - CROSS - By Mr. Adelstein          60

1    Q.   Okay.  Were you ever allowed back into the house?

2    A.   They escorted us inside to take some personal belongings

3    because they had to take us to a different place.

4    Q.   Now, shortly thereafter, on May 21st, 2011, you, in fact,

5    were interviewed by federal agents.  Correct?

6    A.   Yes.

7    Q.   That was the first time you were ever questioned about

8    anything that took place allegedly at the Morning Star Center.

9    Correct?

10   A.   No.

11   Q.   When was the first time you were questioned by law

12   enforcement?

13   A.   I believe I was going to school at Bon St. Marie and some

14   investigator from the National Police came and asked me some

15   questions.

16   Q.   Do you recall the year that was?

17   A.   No.  2005, 2006.

18   Q.   Okay.

19   A.   Seventh grade.

20   Q.   Seventh grade.  Is that what you said?

21   A.   Yes.

22   Q.   You were pulled out of class and questioned by some Haitian

23   police?

24   A.   Yes.  Some people came to ask me questions.

25   Q.   Okay.  Did you go to the same school as Ricardo Xxxxx?

S.M.D. Xxxxxx - CROSS - By Mr. Adelstein          61

1    A.   Yes.  At the time we were in the same school.

2    Q.   And were you aware that Ricardo Xxxxx was pulled out of

3    class on that same day?

4              MS. KANE:  Objection.  Speculation.

5              THE COURT:  Sustained.

6              Rephrase your question.

7    BY MR. ADELSTEIN:

8    Q.   Did you know who else was pulled out of class to be

9    questioned by the Haitian police back in 2006 or 2007?

10   A.   I remember that they asked me questions.  I do not believe

11   that we were together.  But I believe some of the boys did

12   mention that.

13   Q.   Okay.  You -- I'm only interested in you.

14   A.   Okay.

15   Q.   You were questioned, were you not, by the Haitian police

16   about Morning Star Center?  Correct?

17   A.   Yes.

18   Q.   And the people who were questioning you were, in fact, in

19   your mind, police officers from the Haitian Government.

20   Correct?

21             MS. MEDETIS:  Objection.  Asked and answered.

22             THE COURT:  Sustained.

23   BY MR. ADELSTEIN:

24   Q.   What were you questioned about?

25             MS. MEDETIS:  Objection.  Calls for hearsay.

1              THE COURT:  Sustained.

2    BY MR. ADELSTEIN:

3    Q.  What did you tell the people that pulled you out of class?

4              MS. KANE:  Objection.  Calls for hearsay, an

5    out-of-court statement.

6              THE COURT:  Sustained.

7    BY MR. ADELSTEIN:

8    Q.  Did you tell those individuals about what was occurring at

9    Morning Star Center?

10             MS. KANE:  Objection.  Calls for hearsay.

11             THE COURT:  Sustained.

12   BY MR. ADELSTEIN:

13   Q.  What did you tell those individuals when you were pulled

14   out of class?

15             MS. KANE:  Objection.  Calls for hearsay.

16             THE COURT:  Sustained.

17   BY MR. ADELSTEIN:

18   Q.  Without telling us what you said, did it have anything to

19   do with the Morning Star Center?

20             MS. KANE:  Objection.  Calls for hearsay.

21             THE COURT:  Sustained.

22   BY MR. ADELSTEIN:

23   Q.  Did the Morning Star Center close down after you spoke to

24   those individuals at your school?

25   A.  At the school, no.

S.M.D. Xxxxxx - CROSS - By Mr. Adelstein          63

1    Q.   In fact, the Morning Star Center stayed open, did it not,

2    until 2011?  Correct?

3    A.   Yes.  It stayed open.  But I wasn't there all the time.

4    There was some other boys there.

5    Q.   I understand.

6         Now, the next time you spoke to anyone from law enforcement

7    was on May 21st, 2011, when you spoke to some federal agents

8    after the center was closed.  Correct?

9    A.   After the investigation at the school, when they went to

10   the school?

11   Q.   Yes.

12   A.   Yes.

13   Q.   Do you recall telling the agents that Bill was like a

14   father to you?

15   A.   Which agent?  The ones sitting here?

16   Q.   Any federal agent.  The very first time you spoke to them.

17   A.   I couldn't say he was my father.  He did certain things for

18   me.  He paid for me.  But he was never my father.

19   Q.   Do you recall telling the agent the very first time you

20   spoke to a federal agent of the United States that Bill was

21   like a father to you?

22        MS. KANE:  Objection.  Asked and answered.  Objection.

23   Calls for hearsay.

24        THE COURT:  Sustained.

25

S.M.D. Xxxxxx - CROSS - By Mr. Adelstein          64

```
 1    BY MR. ADELSTEIN:

 2    Q.  Do you recall telling the agents that Bill taught you about

 3    the Bible?

 4          MS. KANE:  Objection.  Calls for hearsay.  Objection.

 5    Relevance.

 6          THE COURT:  Sustained.

 7    BY MR. ADELSTEIN:

 8    Q.  Do you recall telling the agents --

 9          MS. MEDETIS:  Judge, we're going to object to this

10    whole line of questioning.  What was told out of court is

11    hearsay, on hearsay grounds.

12          MR. ADELSTEIN:  It's impeachment.

13          THE COURT:  Sustained.

14          Rephrase your question.

15          MR. ADELSTEIN:  Yes, ma'am.

16    BY MR. ADELSTEIN:

17    Q.  Do you recall being asked by anyone that you never saw Bill

18    abuse any resident of Morning Star?

19          MS. KANE:  Objection.  Calls for hearsay.

20          THE COURT:  Sustained.

21    BY MR. ADELSTEIN:

22    Q.  You've described some sexual abuse to the ladies and

23    gentlemen of this jury just a few moments ago.  Correct?

24    A.  Yes.  I said that.

25    Q.  Do you recall being asked by the agents -- federal agents
```

```
 1    about any alleged sexual abuse?

 2              MS. KANE:  Objection.  Calls for hearsay.

 3              THE COURT:  Sustained.

 4    BY MR. ADELSTEIN:

 5    Q.  Do you recall telling anyone that there was no sexual abuse

 6    taking place at the Morning Star --

 7              MS. KANE:  Objection.  Calls for hearsay.

 8    BY MR. ADELSTEIN:

 9    Q.  -- Center?

10              THE COURT:  Rephrase your question.  Place it in time.

11              MR. ADELSTEIN:  Pardon me?

12              THE COURT:  Place it in time.

13              MR. ADELSTEIN:  Yes, ma'am.

14    BY MR. ADELSTEIN:

15    Q.  Do you recall on May 22nd, 2011, denying that there was any

16    boy-on-boy sexual activity taking place?

17              MS. KANE:  Objection.  Calls for hearsay.  Objection.

18    Relevance.

19              MS. MEDETIS:  Objection.  Outside the scope of direct

20    examination.

21              THE COURT:  Could I hear the question again, please.

22              MR. ADELSTEIN:  Yes, ma'am.  Could I have one moment?

23    BY MR. ADELSTEIN:

24    Q.  On May 22nd, 2011, you told the agents --

25              MS. KANE:  Objection.  Hearsay.
```

```
 1              THE COURT:  Sustained.

 2              Rephrase your question.

 3   BY MR. ADELSTEIN:

 4   Q.  Do you recall making a statement denying any sexual abuse

 5   taking place at the Morning Star Center?

 6              MS. KANE:  Objection.  Hearsay.

 7              THE COURT:  Sustained.

 8   BY MR. ADELSTEIN:

 9   Q.  Do you recall being interviewed by Special Agent Tim

10   Aucoin -- A-u-c-o-i-n -- on May 22nd, 2011?

11   A.  I spoke to some agents.  But I don't know that name.

12   Q.  Do you remember also speaking the day before, on May 21st,

13   2011, to Special Agent Kelly Burnem and Special Agent Tim

14   Aucoin?  B-u-r-n-e-m.  And Aucoin is A-u-c-o-i-n.  Do you

15   recall that?

16   A.  You don't have to say any dates because, for the dates, I

17   will -- I don't remember dates very well.  I don't remember

18   dates.

19       Maybe I've seen those persons, but those names that you

20   said, I don't remember those names.

21   Q.  Do you remember on November 30th, 2011, meeting

22   representatives sitting at this table -- at the Government

23   table?

24   A.  In this room here?

25   Q.  Yes.  Right over here.
```

 1    A.   In this room here?

 2    Q.   No.  Not in this room.

 3    A.   I never came in this room.

 4    Q.   No.  Not in this room physically.

 5         But do you remember meeting representatives of the United

 6    States Government back on November 30th, 2011?

 7    A.   Yes.  I've met with them.  But I don't remember the date.

 8    The date you are saying, I don't know.

 9    Q.   Do you recall advising them that you never saw Bill take

10    any boys from the room?

11              MS. KANE:  Objection.  Calls for hearsay.

12              THE COURT:  Sustained.

13              THE INTERPRETER:  Your Honor, he's asking for a break.

14              THE COURT:  So we'll take ten minutes.  Do not discuss

15    this case -- hold on.  Hold on.

16              Do not discuss this case either amongst yourselves or

17    with anyone else.  Have no contact whatsoever with anyone

18    associated with the trial.

19              Do not read, listen or see anything touching on this

20    matter in any way, including anything on the Internet, anything

21    on any access device, anything in the media.

22              If anyone should try to talk to you about this case,

23    you should immediately instruct them to stop and report it to

24    my staff.

25              You may leave your notebook at your chairs.  Please be

 1    back in the jury room in ten minutes.

 2              (Whereupon, the jury exited the courtroom at

 3    11:59 a.m. and the following proceedings were had:)

 4              THE COURT:  One minute.

 5              You may not discuss your testimony with anyone or

 6    permit anyone to discuss it with you.

 7              Ten minutes.

 8              We're not in recess, though.  You may be seated.

 9              THE COURT:  I want to take up this issue of statements

10    to the agent because this is happening over and over again and

11    I've sustained the objections.

12              Unless you can point a rule to me that provides for

13    this, nothing precludes you going into the subject area.  But

14    to ask, "Didn't you tell the agents...." calls for a hearsay

15    statement.

16              Do you understand what I'm saying?

17              MR. ADELSTEIN:  I understand what --

18              THE COURT:  You can say, "Isn't it true you hit your

19    sister?"  But you can't say, "Isn't it true you told the agent

20    that you hit your sister?"

21              MR. ADELSTEIN:  Well, Judge, I don't --

22              THE COURT:  So if you want to point out a rule to me

23    that permits you to do that, I'm certainly willing to consider

24    it.

25              MR. ADELSTEIN:  Yes, ma'am.  Can I have two minutes?

1          THE COURT:  Sure.

2          MR. ADELSTEIN:  Judge, we would be citing *US v.*

3  *Sheffield* found at -- I can't read it.

4          MR. HOROWITZ:  992 F.2d 1164.  It's an Eleventh

5  Circuit case.  Specifically at Pages --

6          MS. MEDETIS:  What's the year?

7          MR. HOROWITZ:  Give me one second.

8          It's Page 1168.  And the year is 1993.

9          MR. ADELSTEIN:  May I use the rest room for a moment

10  while you're looking at that?

11          THE COURT:  Yes.

12          MR. ADELSTEIN:  Thank you.

13          THE COURT:  This was -- in *Sheffield*, this was a prior

14  statement at deposition.  Correct?

15          MR. ADELSTEIN:  Yes.

16          THE COURT:  Which would then come under

17  Rule 801(d)(1), a declarant witness's prior statement.

18          The Defendant testifies and is subject to

19  cross-examination about a prior statement and the statement, A,

20  is inconsistent with the declarant's testimony and was given

21  under penalty of perjury at a trial, hearing or other

22  proceeding or in a deposition.

23          Now, was the statements made to the agent under oath

24  or under penalty of perjury?

25          MR. ADELSTEIN:  Well, lying to a federal agent could

 1   be -- it's not under oath.  No, it's not.  But it -- lying to a

 2   federal agent is a crime.

 3            THE COURT:  Well, it's a separate federal offense.

 4            MR. ADELSTEIN:  Yes, ma'am.

 5            MS. MEDETIS:  Judge, there is no evidence that this

 6   witness has, quote-unquote, lied to a federal agent.

 7            I would also state that this witness hasn't testified

 8   about any of the topics that they are attempting to elicit from

 9   the agent's reports; and, therefore, they can't try to impeach

10   as a supposed inconsistent statement.

11            THE COURT:  What's the inconsistent statement?

12            MS. MEDETIS:  Precisely.

13            MR. ADELSTEIN:  That any sexual activity occurred at

14   the home.

15            MS. KANE:  Where did he say that?

16            THE COURT:  What does the statement say?  Because I

17   thought -- the question that I missed I thought was referencing

18   boy-on-boy sexual activity.

19            MR. ADELSTEIN:  That was one of them.

20            THE COURT:  Well, that's not an inconsistent statement

21   because he didn't testify as to that.

22            MS. MEDETIS:  We'd like to know what report

23   Mr. Adelstein is referring to so perhaps we could all be on the

24   same page with this.

25            THE COURT:  What report are you referring to?

1          MR. ADELSTEIN:  I'm referring to May 21st and the

2     11-30 report.

3          MS. MEDETIS:  Which ROI number, sir?

4          MR. ADELSTEIN:  It would be -- on one of them, it's

5     81.  And there's no number on the other two.

6          THE COURT:  So what is the inconsistent statement?  In

7     *Sheffield*, there was an actual inconsistent statement that was

8     given at a prior deposition.

9          MR. ADELSTEIN:  The one statement on May 22nd is that

10    he denied any boy-on-boy sexual activity took place, stating,

11    "We're not gay."

12          The statement --

13          THE COURT:  Well, that statement is not a prior

14    inconsistent statement because he didn't testify.  He wasn't

15    asked about that.

16          MR. ADELSTEIN:  The other statement is that he never

17    saw Mr. Carter take any boys from the room.

18          MS. KANE:  He never testified on direct that he had or

19    had not.  It was not a subject that was raised at all.

20          MS. MEDETIS:  Your Honor, I would also --

21          THE COURT:  One moment, please.

22          Is this in regard to this statement?

23          MS. MEDETIS:  Yes, your Honor.

24          I would differ with the characterization of it being a

25    statement.  This is a law enforcement report of an interview.

1    It is not a statement.

2         THE COURT:  I'm not comfortable finding at this time

3    that under penalty of perjury is equivalent or the same as the

4    fact that lying to a federal agent may be charged or there

5    could be criminal charges brought for a false statement.

6         I think it's 1001, false statements to a federal

7    agent.

8         MR. ADELSTEIN:  Yes, ma'am.

9         THE COURT:  But he did not testify that he saw the

10   Defendant take anybody from the room.  So that would not be a

11   prior inconsistent statement, even if it was made in a sworn

12   statement or under penalty of perjury.

13        MR. ADELSTEIN:  Okay.

14        THE COURT:  Is that the two areas?

15        MR. ADELSTEIN:  Yes, ma'am.

16        THE COURT:  So you're going to move on to another

17   area?

18        MR. ADELSTEIN:  Yes, ma'am.

19        THE COURT:  Okay.

20        MS. MEDETIS:  Your Honor, we would ask for the Court

21   to consider a curative instruction to the jury.

22        We have been sitting here objecting consistently.

23   Notwithstanding the Court's rulings, Mr. Adelstein continued to

24   ask and elicit hearsay statements and we don't want the

25   appearance to be that we're attempting to hide something from

 1    the jury.

 2            And so we would ask the Court to consider some sort of

 3    curative instruction in that regard.

 4            MR. HOROWITZ:  Judge, we would object to any curative

 5    instruction.

 6            The jury is told at the beginning of the case and on

 7    multiple occasions that what the lawyers say is not evidence.

 8    The Court's instructions to the jury are that it's the answers

 9    that they're to consider, and there were no answers given.

10            THE COURT:  What I'm going to do is, when the jury

11    comes back in and the witness is here, I'm just going to

12    instruct Mr. Adelstein to move on to another area.

13            MR. ADELSTEIN:  That's fine.

14            MR. HOROWITZ:  Thank you, your Honor.

15            MS. MEDETIS:  Okay.

16            THE COURT:  Is the witness ready?  I thought maybe he

17    needed to use the rest room.

18            Are all the jurors back?  Can you check, please.

19            THE COURT SECURITY OFFICER:  Yes, ma'am.

20            THE COURT:  Bring them, in please.

21            (Whereupon, the jury entered the courtroom at

22    12:16 p.m. and the following proceedings were had:)

23            THE COURT:  You may be seated.

24            You are still under oath, sir.

25            Mr. Adelstein, please move on to another area.

1          MR. ADELSTEIN:  Yes, ma'am.

2    BY MR. ADELSTEIN:

3    Q.   Finally, I would like to ask you:  Did you attend any group

4    meetings with other residents from Morning Star and

5    representatives of the US Government?

6    A.   I didn't go to a group meeting.  I found out later it was a

7    group meeting.  Because I was called by myself to go and, when

8    I got there, I found there was a group.

9    Q.   Do you recall the first time you were called and showed up

10   and there were other members of the Morning Star Center?

11   A.   Yes.  It was a meeting.

12   Q.   Do you know when that was?

13   A.   If it's dates, I told you I can't remember.  But for the

14   meeting, yes, I know there was a meeting.

15   Q.   Was there only one meeting that you attended that other

16   members were there or was it more than one meeting?

17   A.   We met with the people more than once.

18   Q.   Do you know approximately how many times you met -- well,

19   let me back up.  Strike that for a moment.

20        When you say, "We met with the people....", who are you

21   referring to?

22   A.   I met them at the meetings.

23   Q.   The people that called you to the meetings were whom?

24   A.   The people that were leading the investigation.

25   Q.   That would be representatives of the United States

Case 1:11-cr-20350-JAL   Document 235   Entered on FLSD Docket 02/25/2013   Page 75 of 207
S.M.D. Xxxxxx - CROSS - By Mr. Adelstein                    75


1    Government.  Is that correct?

2    A.   Yes.

3    Q.   Okay.  Do you recall how many meetings you attended?  Was

4    it one?  Two?  Three?  Or more?

5    A.   I don't know.  It was many meetings.

6    Q.   Many meetings.

7        And in those many meetings, there were other residents from

8    Morning Star Center.  Correct?

9    A.   There are different meetings.  There was a meeting where

10   they called me separately and there were meetings where others

11   were there.

12   Q.   I'm concerned about the meetings where others were there.

13   A.   When everybody was there?

14   Q.   Yes.

15       How many meetings were there with the others?

16           MS. MEDETIS:  Judge, objection.  Asked and answered.

17           THE COURT:  Overruled.

18   BY MR. ADELSTEIN:

19   Q.   With the others.

20   A.   I have told you many times I don't remember.  But I went to

21   many meetings.

22   Q.   And what was your understanding of these meetings?

23           MS. MEDETIS:  Objection.  Vague.

24           THE COURT:  Sustained.

25           Rephrase your question.

1    BY MR. ADELSTEIN:

2    Q.   What was your understanding of showing up at these

3    meetings?

4              MS. MEDETIS:  Same objection, your Honor.

5              THE COURT:  Sustained.

6              Rephrase your question.

7    BY MR. ADELSTEIN:

8    Q.   What was the purpose of you showing up at these group

9    meetings?

10   A.   Sexual abuse.

11   Q.   To discuss what allegedly occurred at Morning Star Center

12   when you were there.  Correct?

13   A.   In front of everybody?  No.

14             MR. ADELSTEIN:  Let me have one moment.

15             I have no further questions.

16             THE COURT:  Redirect.

17                      REDIRECT EXAMINATION

18   BY MS. KANE:

19   Q.   Dominique, on cross-examination, you testified that not

20   everything got better in your life when you moved into the

21   Morning Star.

22        What did you mean by that?

23   A.   The sexual abuse.  I had to masturbate him twice.  He also

24   sucked on my penis once.  And for no particular reason, he

25   would hit me.

1    Q.   How often would the Defendant hit you?

2    A.   Several times.

3    Q.   Why did the Defendant hit you?

4         MR. HOROWITZ:  Objection to the form as to time.

5         THE COURT:  Overruled.

6         You may answer, sir.  Just keep your voice up, please.

7         THE WITNESS:  Once he hit me for no reason.  I was

8    going to school.  That day we had cooked some wheat.  I was

9    hungry.

10        The guy they served it to did not want it, and I

11   wanted it.  So the guy gave it to me.  I ate it.  He came and

12   he slapped me over my head.  I spent a week with a headache.

13   BY MS. KANE:

14   Q.   Who slapped you over the head, Dominique?

15   A.   Bill Matthew Carter.

16   Q.   During the time, Dominique, that you lived at the Morning

17   Star with the Defendant, why did you not tell anyone about the

18   Defendant's sexual abuse of you?

19        MR. HOROWITZ:  Objection to the form of the question.

20        THE COURT:  Overruled.

21        THE WITNESS:  I was not mature enough.  And, in

22   addition, I thought that, if I didn't do it for him, it would

23   have been worse for me.  It was the best thing that I could

24   have done for him.

25

1   BY MS. KANE:

2   Q.   What do you mean by that, Dominique?

3   A.   I was not mature enough to go to the Government and

4   complain.  Frankly, I wasn't even thinking about that.  I

5   personally not doing it was the best thing that I did for

6   myself.

7   Q.   How is it the best thing that you could have done for

8   yourself by not telling someone?

9   A.   That was the only way I could stop myself from doing these

10  things for him.

11  Q.   But not telling someone?

12          MR. HOROWITZ:  Objection.  Leading.

13          THE COURT:  Rephrase your question.

14  BY MS. KANE:

15  Q.   Dominique, what do you mean by -- when you say:  It was the

16  best thing I could do for myself?  What do you mean by that?

17          MR. HOROWITZ:  Objection.  Asked and answered.

18          THE COURT:  Overruled.

19          THE WITNESS:  I didn't want to do it for him.

20  Sometimes he would ask me.  I didn't want to do it for him.  I

21  was not mature enough to go to the police or to go to the

22  Government.  I personally decided to stop doing it for him.

23  BY MS. KANE:

24  Q.   And when you say stopped doing it for him, what do you

25  mean?

S.M.D. Xxxxxx - REDIRECT - By Ms. Kane          79

```
 1    A.   Because when I first moved in, he did those things to me.

 2    I did not quite understand.  I don't know why he was making me

 3    do it.

 4              MR. HOROWITZ:  Objection.  Nonresponsive.

 5              THE COURT:  Ask your next question.

 6    BY MS. KANE:

 7    Q.   Dominique, what happened -- strike that.  I apologize.

 8         How did the Defendant treat you when you started to refuse

 9    doing sexual things to him or for him?

10              MR. ADELSTEIN:  Objection.  Beyond the scope.

11              THE COURT:  Sustained.

12    BY MS. KANE:

13    Q.   Dominique, while you're testifying today, what is your

14    responsibility?

15              MR. ADELSTEIN:  Objection.

16              THE COURT:  Overruled.

17              THE WITNESS:  Justice.  To stop him from what he was

18    doing.

19    BY MS. KANE:

20    Q.   And who are you referring to, Dominique?

21    A.   Bill Matthew Carter.

22              MS. KANE:  One moment, your Honor.

23              Your Honor, we have no further questions for this

24    witness.  We ask that he be released.

25              THE COURT:  You may step down, sir.
```

1               We're going to break for lunch.

2               Do not discuss this case either amongst yourselves or

3        with anyone else.  Have no contact whatsoever with anyone

4        associated with the trial.

5               Do not read, listen or see anything touching on this

6        matter in any way, including anything on the Internet, anything

7        in the media or anything on any access device.

8               If anyone should try to talk to you about this case,

9        you should immediately instruct them to stop and report it to

10       my staff.

11              You may leave your notebook at your chairs.  Please be

12       back in the jury room at 1:30.  We'll be in recess until 1:30.

13              (Whereupon, the jury exited the courtroom at

14       12:30 p.m. and the following proceedings were had:)

15              THE COURT:  We're in recess until 1:30.

16              You're excused, sir.

17              (Witness excused.)

18              MR. HOROWITZ:  Judge, we would like to not excuse this

19       witness and we're going to subpoena him to testify in the

20       defense case.

21              THE COURT:  One moment, please.

22              Would you have the witness stay, please, for a moment.

23              Say it again, Mr. Horowitz.

24              MR. HOROWITZ:  Your Honor, it's the defense desire

25       to -- I don't think the witness needs to hear, but it's the

1    defense desire to subpoena him as a witness for the defense.

2          Mr. Hope has been serving our subpoenas.  We've had

3    two served so far.  The Government has graciously accepted

4    service of process on the witnesses' behalf.  We hope that it

5    will continue for the third witness.

6          THE COURT:  So do you have a subpoena for this

7    witness?

8          MR. HOROWITZ:  I will have one after lunch.  Mr. Hope

9    took the stack with him.

10          THE COURT:  So he is not released.

11          MS. MEDETIS:  Understood, Judge.

12          THE COURT:  We're in recess until 1:30.

13           (Thereupon, a luncheon recess was taken, after which

14    the following proceedings were had:)

15          THE COURT:  We're back on United States of America

16    versus Matthew Andrew Carter, Case No. 11-20350.

17          Counsel, state your appearances, please, for the

18    record.

19          MS. MEDETIS:  Yes.  Good afternoon, your Honor.

20          Maria Medetis and Bonnie Kane on behalf of the United

21    States.

22          With us at counsels' table is Special Agents Larko and

23    Flores with Homeland Security Investigations.

24          MR. HOROWITZ:  Good afternoon, your Honor.

25          Phil Horowitz, Stuart Adelstein on behalf of Matthew

 1   Carter, who's present before the Court.

 2          THE COURT:  We have a witness.

 3          Let's bring in the jurors.

 4          (Whereupon, the jury entered the courtroom at

 5   1:50 p.m. and the following proceedings were had:)

 6          THE COURT:  You may be seated.

 7          Call your next witness.

 8          MS. MEDETIS:  Yes, your Honor.  The United States

 9   calls Carlos A.

10           CARLOS XXXXXXXX, GOVERNMENT WITNESS, SWORN

11          THE COURTROOM DEPUTY:  Have a seat, please.

12          Please state your name for the record.

13          THE WITNESS:  Carlos Xxxxxxxx.

14          THE COURT:  You may proceed.

15                        DIRECT EXAMINATION

16   BY MS. MEDETIS:

17   Q.  Good afternoon, Carlos.  (Question not interpreted.)

18   A.  (In English.)  Good afternoon, Miss.

19   Q.  Carlos, how many languages do you speak?

20   A.  (In English.)  Two.

21   Q.  Other than English, what is your other language?  (Question

22   not interpreted.)

23   A.  (In English.)  French.

24   Q.  Do you also speak Creole?  (Question not interpreted.)

25   A.  (In English.)  Yes.

C. Xxxxxxxx - DIRECT - By Ms. Medetis          83

```
 1   Q.   What is your first or native language?  (Question not
 2   interpreted.)
 3   A.   (In English.)  Creole.
 4   Q.   What language do you prefer to testify in today?  (Question
 5   not interpreted.)
 6   A.   (In English.)  Creole.
 7   Q.   Where are you from, Carlos?  (Question not interpreted.)
 8   A.   Port-au-Prince.
 9   Q.   And when were you born?  (Question not interpreted.)
10   A.   (In English.)  1996.
11        THE COURT:  Okay, sir.  Carlos, do you want to use the
12   interpreter to interpret the questions and interpret your
13   answers?
14        THE WITNESS:  Yes.
15        THE COURT:  So, then, you have to wait for the
16   interpreter to interpret the question from English to Creole;
17   and then you are going to answer in Creole and she's going to
18   interpret back to English.  Okay?
19        THE WITNESS:  Yes.
20        THE COURT:  Go ahead.
21   BY MS. MEDETIS:
22   Q.   Carlos, you said you are from Port-au-Prince.
23        When were you born?
24   A.   1996.
25   Q.   Do you know what month and on what day of the month you
```

C. Xxxxxxxx - DIRECT - By Ms. Medetis          84

1    were born?

2    A.   July 31st.

3    Q.   And how old are you today, Carlos?

4    A.   17.

5    Q.   And where do you live now?

6    A.   Santo.

7    Q.   And what country is Santo in?

8    A.   Haiti.

9    Q.   Who do you live with?

10   A.   With my cousin.

11   Q.   Can you tell us a little bit about your parents.

12        Are they living?

13   A.   Well, my father is deceased.  My mother is alive.  She's

14   with me.

15   Q.   Carlos, I'm going to ask you to speak your answers into the

16   microphone, even though you're speaking in Creole, so we can

17   hear what you're saying.  Okay?

18   A.   Okay.

19   Q.   You said your father is deceased.

20        How old were you when your father died?

21   A.   I was very young.

22   Q.   Do you have any brothers or sisters, Carlos?

23   A.   Two older brothers and one sister -- younger sister.

24   Q.   Carlos, do you know a man named Bill Carter?

25   A.   Yes.

C. Xxxxxxxx - DIRECT - By Ms. Medetis          85

1   Q.   Do you see him in the courtroom today?

2   A.   Yes.

3   Q.   Could you please point to him and describe what he's

4   wearing.

5   A.   He's wearing a white shirt.

6          MS. MEDETIS:  Your Honor, if the record could please

7   reflect the witness having identified the Defendant as Bill

8   Carter.

9          THE COURT:  It will so reflect.

10  BY MS. MEDETIS:

11  Q.   Carlos, do you know a man named Matthew Carter?

12  A.   Yes.

13  Q.   Do you see him in the courtroom today?

14  A.   Yes.

15  Q.   Could you please point to him and describe what he's

16  wearing.

17  A.   He's over there in a white shirt.

18         MS. MEDETIS:  Your Honor, if the record could please

19  reflect the witness having identified the Defendant as Matthew

20  Carter.

21         THE COURT:  It will so reflect.

22  BY MS. MEDETIS:

23  Q.   Do you know a man by the name of Matthew Andrew Carter?

24  A.   No.

25  Q.   Could you please tell the ladies and gentlemen of the jury,

C. Xxxxxxxx - DIRECT - By Ms. Medetis          86

1    when did you first meet the Defendant?

2    A.   I met with him at the house in Santo.

3    Q.   Where in Santo?

4    A.   Santo 14.

5    Q.   And you said you met him at the house.

6         What house are you talking about?

7    A.   The big house he had for his orphanage.

8    Q.   Did the house have a name?

9    A.   Morning Star, something like that.

10   Q.   Do you remember what year it was when you met the Defendant

11   at the Morning Star in Santo 14?

12   A.   No.

13   Q.   Do you remember how old you were, approximately, when you

14   first met the Defendant?

15   A.   I was probably 5 or 6 years old.

16   Q.   Who brought you to the Morning Star when you were about

17   5 or 6 years old to meet the Defendant?

18   A.   My mother.

19   Q.   Can you please tell the ladies and gentlemen of the jury

20   what your first visit with the Defendant was like at the

21   Morning Star.

22   A.   The first time I was there, all the boys were cool with me.

23   He said he was going to watch my behavior to make sure that I

24   was fit for the program.

25   Q.   And when you say "he," who do you mean?

C. Xxxxxxxx - DIRECT - By Ms. Medetis          87

1   A.   Bill.

2   Q.   When you said the other boys were cool with you, what other

3   boys are you referring to, generally?

4   A.   The other boys who were part of the program.

5   Q.   After the Defendant told you that he would watch you to see

6   if you were fit for the program, what else happened that day?

7   A.   When I went to visit him, it was on a Friday.  And by

8   Saturday, he was making me do nasty stuff to him.

9   Q.   So when you first went to the center, did you sleep over?

10  A.   Yes.  I slept over.

11  Q.   And what was the reason that you went to the center in the

12  first place?

13  A.   My mom did not have the means to take care of me.  She

14  could not pay for my school and things were very hard at home.

15  Q.   And when you say "things were very hard at home," could you

16  please help the jury understand what you mean by that.

17  A.   Because my dad has passed away and my mom could not take

18  care of me.  She did not have any support to help care for us.

19  Q.   And when you were living with your mother, how many meals a

20  day did you eat?

21  A.   Once or twice.

22  Q.   When you lived with your mother, did you attend school?

23  A.   I started attending school.

24  Q.   And who paid for your school while you were living with

25  your mother?

C. Xxxxxxxx - DIRECT - By Ms. Medetis          88

1    A.  My mom had a side job.  She was working as a seamstress.

2    And then she lost the position.  She lost the job.  She could

3    no longer pay for it.

4    Q.  Were you brought to the Morning Star Center after your

5    mother lost her job?

6    A.  Yes.

7    Q.  Tell us what happened the first weekend that you were at

8    the Morning Star Center, Carlos.

9    A.  Friday was fine.  On Saturday, he made me come to his room

10   and forced me to masturbate him.

11   Q.  When you said the Defendant made you come to his room, what

12   do you mean by that?

13   A.  Well, I was new there and I had to give him minutes on his

14   legs.

15   Q.  What are "minutes"?

16   A.  He had a bottle of alcohol.  He would spray it on his legs

17   and then we'd have to rub it.

18   Q.  And in what room of the house were you giving the Defendant

19   minutes on that first weekend?

20   A.  In his bedroom.

21   Q.  And then what happened after you gave the Defendant minutes

22   in his bedroom on that Saturday?

23   A.  He grabbed me.  He started touching my penis.  Then he

24   poured lotion in my hands and forced me to masturbate him.

25   Q.  When you said the Defendant touched your penis, was it on

C. Xxxxxxxxx - DIRECT - By Ms. Medetis          89

1    top of your clothing or underneath your clothing?

2    A.  He stuck his hand in my pants.

3    Q.  You said the Defendant then made you masturbate him.

4        How did he do that?

5    A.  He's on his bed.  He's laying down.  He's naked.

6    Q.  And what happened next?

7    A.  While I'm giving him the minutes, he stands up.  He started

8    touching himself first until he gets a good sensation and then

9    he forced me to masturbate him.

10   Q.  And how did he force you?

11   A.  He poured lotion in my hand, then placed my hand on his

12   penis.

13   Q.  And after he placed your hand on his penis, what did the

14   Defendant do next?

15   A.  He started making movements.  He started making moves.  He

16   started moving.

17   Q.  How did he start moving?  Could you describe that to the

18   ladies and gentlemen of the jury.

19   A.  He was doing like that (indicating), just like I just

20   showed you, while my hands were on his penis.

21   Q.  Could you describe what you just did with your hand.

22   Because the court reporter can't capture motion.

23   A.  He was moving my hand just like that (indicating).

24        MS. MEDETIS:  Your Honor, could the record reflect the

25   witness was moving his hand up and down?

```
 1              THE COURT:  It will so reflect.
 2   BY MS. MEDETIS:
 3   Q.  Did the Defendant ejaculate when you masturbated him?
 4   A.  Yes.
 5   Q.  Did he say anything to you as he put your hand on his penis
 6   or at any other point while you were masturbating him?
 7   A.  He was enjoying it.  He was just enjoying it.  He was
 8   making sound.
 9   Q.  After the Defendant had you masturbate him, what did he do
10   next?
11   A.  After a while, he sent me to my room.
12   Q.  What time of day was this?  Do you recall, Carlos?
13   A.  Around 9:00.
14   Q.  In the morning or in the evening?
15   A.  Evening.
16   Q.  Did any other sexual acts occur between you and the
17   Defendant that first weekend you lived there?
18   A.  No.  That's all he did to me that Saturday.
19   Q.  What about the next day?  What happened the next day?
20   A.  The next day was a Sunday.  He told me that I could stay.
21   He called for my mother and told my mother that she could come
22   and visit me.
23   Q.  And did your mother come and visit you that Sunday?
24   A.  No.  She did not come that Sunday.  She came on Monday.
25   Q.  And what happened after your mother visited the center on
```

C. Xxxxxxxx - DIRECT - By Ms. Medetis          91

1    Monday?

2    A.   Then it was all game.

3    Q.   Carlos, when you say "all game," what do you mean by that?

4    A.   He would touch me.  He would touch my penis.

5    Q.   Did you move into the center full-time after that first

6    weekend?

7    A.   Yes.

8    Q.   When your mother came to visit you at the center that

9    Monday, did you tell her what had happened to you on the

10   previous Saturday?

11   A.   No.

12   Q.   Why didn't you tell your mother what had happened on the

13   previous Saturday?

14   A.   Well, what he did to me, he did a work with me.  Now I

15   realize why he was doing it.  At the time, I just showed my mom

16   that everything was okay.

17   Q.   Why did you show your mom that everything was okay at the

18   time?

19   A.   My mom suffers from a heart condition.  I just did not want

20   her to find out.  She could have died.

21   Q.   You said that, when you moved into the center full-time, it

22   was game on.

23        Can you please explain to the jury what, if any, other

24   sexual acts occurred once you moved into the Morning Star

25   full-time between you and the Defendant.

C. Xxxxxxxx - DIRECT - By Ms. Medetis          92

```
 1    A.  The way he does his game, if he has something and you want

 2    it --

 3              MR. HOROWITZ:  Objection.

 4              THE COURT:  Sustained.

 5              Rephrase your question.

 6    BY MS. MEDETIS:

 7    Q.  After you moved into the center full-time, can you please

 8    tell us if you recall the Defendant doing any other sexual acts

 9    with you.

10    A.  Not the same Saturday.  Yet, in other weeks, yes.  In the

11    days ahead, he did.

12    Q.  Okay.  And what sexual acts did the Defendant do to you?

13    A.  Whenever I would be with him alone, he would pour lotion in

14    my hand and force me to masturbate him.

15    Q.  And how often did the Defendant do that?

16    A.  In a week, he would have done it three times.

17    Q.  And what time of day would the Defendant have you do --

18    have you masturbate him with the lotion?

19    A.  Sometimes the boys would be playing basketball and I'm

20    upstairs alone with him.  He would do it -- he would make me do

21    it.  At times, also, it would be at night.  He would come and

22    make me do it.

23    Q.  And when you say he would come and make you do it, where

24    would he come to?

25    A.  I would be sleeping.  He would pick me up from my room and
```

C. Xxxxxxxx - DIRECT - By Ms. Medetis          93

1    take me to his bedroom.

2    Q.   If you were sleeping, how do you know he was taking you

3    from your room and into his bedroom?

4    A.   I would wake up and find my penis in his mouth and he was

5    performing oral sex on me.

6    Q.   When you say he was performing oral sex you on, Carlos, who

7    do you mean?

8    A.   Bill.

9    Q.   How often did the Defendant remove you from your room while

10   you were sleeping and perform oral sex on you in his room?

11   A.   It was not every day, because sometimes he would come.  If

12   he suspected someone was watching, he would not pick me up.

13            MS. MEDETIS:  Madam Interpreter, may I proceed?

14            THE INTERPRETER:  Yes.

15   BY MS. MEDETIS:

16   Q.   Aside from having to masturbate the Defendant and the

17   Defendant performing oral sex on you, did the Defendant commit

18   other sexual acts with you?

19            MR. HOROWITZ:  Objection to the form of the question.

20            THE COURT:  Sustained.

21            Rephrase your question.

22   BY MS. MEDETIS:

23   Q.   Did the Defendant ever have you perform oral sex on him?

24            MR. HOROWITZ:  Objection.  Leading.

25            THE COURT:  Sustained.

C. Xxxxxxxx - DIRECT - By Ms. Medetis        94

1              Rephrase your question.

2    BY MS. MEDETIS:

3    Q.  Aside from what you've already discussed, what other sexual

4    acts, if any, did the Defendant perform on you while you lived

5    with him at the Morning Star?

6    A.  Once at the Tabarre house he made me do oral sex on him.

7    Q.  Carlos, you said that, when you first moved into the

8    Morning Star, it was located at Santo 14.

9         Did there come a time when you moved to a different

10   location with the Defendant?

11   A.  Yes.  I went.  I spent a week at my mom's.

12   Q.  Where were you living -- what -- where were you living

13   before you left to spend a week at your mom's?

14   A.  I was at his house.

15   Q.  And where was that house located before you left to go see

16   your mom?

17   A.  It was still in Santo.

18   Q.  And is that the Santo 14 that you mentioned earlier?

19            MR. HOROWITZ:  Objection.  Leading.

20            THE COURT:  Sustained.

21   BY MS. MEDETIS:

22   Q.  Where in Santo?

23   A.  After passing Santo 15, you would go into Santo 14 by the

24   river.

25   Q.  And why did you go -- why did you leave Santo 14 to visit

C. Xxxxxxxx - DIRECT - By Ms. Medetis          95

```
 1   your mother for a week?

 2   A.   My head started to be very heavy with the things he was

 3   doing to me.

 4   Q.   When you say the things he was doing to you, what things

 5   are you referring to?

 6   A.   He's the kind of person who would ask you to go and

 7   pleasure him and do something with him and, if you say "no," if

 8   you touch a cup or misplace a cup on the table, you got in

 9   trouble.

10            MR. HOROWITZ:  Objection.  Nonresponsive.

11            THE COURT:  Overruled.

12   BY MS. MEDETIS:

13   Q.   When you refused to do sexual things with the Defendant,

14   how would he treat you?

15   A.   He would change completely.

16   Q.   Carlos, can you please explain to the jury how the

17   Defendant would change completely.

18   A.   His style is that, if you refuse him, whatever you'd do was

19   never good in his eyes.  Whatever happened in the house or

20   whatever you did was bad.  So he would hit you and curse you

21   out.

22   Q.   What would he say to you when he cursed you out, Carlos?

23   A.   "Son of a bitch," "little shit," "Haitian you are, you will

24   never be anything."

25            MS. MEDETIS:  I'm sorry, Madam Interpreter.  Haitian
```

C. Xxxxxxxx - DIRECT - By Ms. Medetis          96

1   what?

2            THE INTERPRETER:  A little dog.  "You will not be

3   anything.  You will never become anything."

4   BY MS. MEDETIS:

5   Q.  And when you say the Defendant would hit you, how would he

6   hit you?

7   A.  Big slap in your face, punch you.

8   Q.  Carlos, where would he punch you?

9   A.  If you look at my pictures, you'll see that I have a mark

10  on my face that he marked me at the Tabarre house.

11  Q.  When you complied with the Defendant and did the sexual

12  things with him, how did he treat you?

13  A.  He was cool.

14  Q.  And what do you mean by that?

15  A.  Like he would ask you -- if he was going to the supermarket

16  to buy things, he would ask you if you wanted to come with him.

17  Q.  And did you ever go to the supermarket with the Defendant?

18  A.  Yes.  I've gone with him.

19  Q.  And what would the Defendant do when he brought you to the

20  supermarket?

21  A.  Oh, he would buy a pack of Doritos and something to drink

22  for me.

23  Q.  Was that something the Defendant did regularly for you?

24  A.  Not all the time.

25  Q.  When would he do that for you?

C. Xxxxxxxx - DIRECT - By Ms. Medetis          97

 1   A.   When he was -- when he wanted to, when it was his mind to

 2   do it, when you did whatever he wanted you to do.

 3   Q.   And when you say he did those things whenever you did what

 4   the Defendant wanted you to do, what things are you referring

 5   to?

 6   A.   Go in his room, masturbate him and let him suck your penis.

 7   And in the morning, he's like an angel to you.

 8   Q.   Carlos, you said that you spent a week with your mother.

 9        What did you do after that week?

10   A.   Things got bad in the house.

11   Q.   What do you mean by that?

12   A.   Remember I told you that I was at his house because my mom

13   was not working and that we are not eating well and things were

14   not going good for us at the house?

15   Q.   Where did you go after that week with your mother?

16   A.   We heard that he had moved to Tabarre.

17   Q.   You heard that who had moved to Tabarre?

18   A.   Bill.

19   Q.   Do you know where in Tabarre?

20   A.   Across from the foundation, where there's the ship and the

21   roundabout in the middle of the street.

22   Q.   Did you visit the Defendant at the Tabarre location?

23   A.   No.  The boys went to Santo to look for me and told me that

24   he said I could come back.

25   Q.   And did you go back?

C. Xxxxxxxx - DIRECT - By Ms. Medetis          98

1    A.   I didn't go directly.  I didn't go fast.

2    Q.   Did there come a time where you did go to the Morning Star

3    Center when it was located at Tabarre?

4    A.   Yes.

5    Q.   And what happened when you went to the Tabarre house for

6    the first time?

7    A.   I saw that he had changed styles in his routine.

8    Q.   What do you mean by he had "changed styles in his routine"?

9    Can you please explain.

10   A.   It was a question of routine with assignments and chores

11   for everybody and, if you went -- if he called you in his

12   bedroom and you didn't go in the mornings, you would be getting

13   a lot of slaps in your head.

14   Q.   Carlos, did there come a time when you moved back into the

15   Morning Star Center when it was located at Tabarre?

16   A.   Yes.

17   Q.   Who asked you to move back in?

18   A.   Well, my mother -- they kicked -- they evicted my mother

19   from the house where we were living.  So my mother took me.

20   That's the only place she knew where to take me to stay.

21   Q.   And did the Defendant accept you into the Morning Star

22   again?

23   A.   With open arms.

24   Q.   And after the Defendant welcomed you with open arms, did

25   anything sexual happen with you and the Defendant at the

C. Xxxxxxxx - DIRECT - By Ms. Medetis          99

1    Tabarre location?

2    A.  The first day I came, he didn't do anything to me.  It was

3    during the rest of the week and the beginning of the next week

4    after that he started watching and -- to get me to do it.

5    Q.  And what happened those following days after you returned?

6    A.  In the beginning, my chore was to mop the house.  After

7    that, he gave me his bedroom to clean.

8    Q.  And --

9    A.  And when the guys did the laundry for him, I was the one

10   who folded his clothes for him and put what was to go into his

11   room in his room and what had to go in his bathroom in the

12   bathroom.

13   Q.  And what happened after --

14   A.  I went to put his things on the shelf in the bathroom.  He

15   was on the toilet.  And he grabbed me and he started sucking my

16   penis.

17   Q.  When you say he was on the toilet, what do you mean by

18   that?

19   A.  His butt was overhanging on the toilet side.  He has --

20   even his balls were hanging outside the toilet bowl.

21   Q.  What was the Defendant wearing?

22   A.  Oh, he's always naked.  He would take his slip off and be

23   naked.

24   Q.  You said that the Defendant started performing oral sex on

25   you.

1        How did he do that?

2   A.   He grabbed me hand, pulled me towards him and held my

3   buttocks and pushed me in his face.

4   Q.   When you entered the bathroom, Carlos, what were you

5   wearing?

6   A.   I had shorts on to go play soccer.

7   Q.   And if you were wearing shorts, Carlos, how was the

8   Defendant able to perform oral sex on you?

9   A.   The way he grabbed me was that I couldn't pull away because

10  he was holding on to my balls.  It would have hurt me if I

11  pulled away.

12       So what he did was, the moment he pushed me towards him, he

13  was holding my balls with one hand and he pulled down my pants

14  and started doing it.

15  Q.   Carlos, after the -- let me rephrase.

16       Carlos, while the Defendant was performing oral sex on you,

17  what was he doing with his hands?

18  A.   He was sucking on my penis and then his hand went in front

19  of him and he was doing -- touching his penis.

20  Q.   When you say he was touching his penis, are you saying the

21  Defendant was touching his own penis?

22  A.   Yes.

23  Q.   Carlos, what did the Defendant do next?

24  A.   What he usually did, the moment he ejaculated, or if he

25  heard someone coming, he'd push me away for me to go.

1    Q.   What, if anything, did the Defendant say to you?

2    A.   He said, "Someone is coming."  He pushed me away and I put

3    my pants up and he told me to go.

4    Q.   Carlos, do you remember how old you were when you returned

5    to the Defendant at the Tabarre house?

6    A.   I was about 8 -- no.  I think about 9.

7    Q.   After the Defendant performed oral sex on you in his

8    bathroom, do you recall if there were any other sexual acts

9    that the Defendant performed with you?

10   A.   Once that he had done that to me in the bathroom, I was

11   crying.  I ran out, crying.  And the guys asked me what was

12   wrong.

13              MR. ADELSTEIN:  Objection.

14              THE COURT:  Sustained.

15   BY MS. MEDETIS:

16   Q.   Carlos, do you recall any other times at the Tabarre house

17   where the Defendant did sexual acts with you?

18   A.   At the Tabarre house, he did that to me a lot.

19   Q.   When you say he did that to you a lot, do you know or can

20   you remember how often it was?

21   A.   You have to know that, at the Tabarre house, I would go

22   give him minutes.  He would hold me and make me do it.  I would

23   go to say goodnight to him.  He would hold me in there and make

24   me do it.

25              MR. HOROWITZ:  Objection.  It's nonresponsive to the

 1   question.

 2            THE COURT:  Overruled.

 3            THE WITNESS:  He did it a lot of times at the Tabarre

 4   house.  I would go to put his clothes away.  He would do it to

 5   me.  At night, to say goodnight to him, he would do it to me.

 6   BY MS. MEDETIS:

 7   Q.  And when you say "it," Carlos, what are you referring to

 8   specifically?

 9   A.  When you go to say goodnight to him, he would stick his

10   hand in the pants while you go to hug him to say goodnight.

11   Q.  And what would he do?

12   A.  He would put his hand in the pants and say, "Are you coming

13   later?"  Even if you say "no" or you don't answer, you know

14   he's coming for you later.

15   Q.  And what sexual thing would the Defendant do to you?

16   A.  Once you are awake, that you find him sucking on you, then

17   he puts lotion on your hand for you to masturbate him.

18   Q.  Did the Defendant make you masturbate him every time he

19   performed oral sex on you?

20   A.  That's his pleasure.  That's what satisfies him.

21   Q.  Carlos, did the Defendant ever say he would give you

22   something if you did sexual things with him?

23            MR. ADELSTEIN:  Objection.  Leading.

24            THE COURT:  Sustained.

25            Rephrase your question.

C. Xxxxxxxx - DIRECT - By Ms. Medetis          103

1    BY MS. MEDETIS:

2    Q.   What, if anything, did the Defendant give you if you agreed

3    to engage in sexual acts with him?

4    A.   When he traveled, he would come back with a lot of games

5    and toys.  He would distribute some and some he would hold back

6    on.

7         And what he held back and did not distribute was to offer,

8    "If you want a Game Boy, you come to me tonight," "If you

9    want" -- such and such toy -- "you come to me tonight."

10   Q.   Did the Defendant ever say things like that to you?

11   A.   Yes.

12   Q.   Can you please tell the jury what the Defendant said to

13   you.

14   A.   He came with an MP3, 4 gig.  He didn't give it to anybody.

15   And that day, he had laundry that was done.  I had folded his

16   clothes for him.  I had finished putting his slips in the

17   bathroom.  I was going to put his shirts in the bedroom.

18        He told everybody that wanted to go play, "Go play."  And

19   all the guys went to play.  And me -- when I went to put the

20   clothes for him in the bathroom, he made me masturbate him and

21   later he gave me the MP3.

22   Q.   And, Carlos, how old were you when the Defendant made you

23   masturbate him in exchange for an MP3 player?

24   A.   I could have been about 10.

25   Q.   Carlos, during the time that you lived with the Defendant

1    at the Santo house, did you ever see the Defendant engage in

2    sexual acts with other boys at the house?

3    A.   When we resided at Santo, when it was not my turn, when he

4    did not pick me up, I've seen him pick up other boys, throw

5    them around his shoulder and take them away.

6    Q.   What room were you in when you saw the Defendant throw

7    other boys over his shoulder and take them away?

8    A.   In the younger boys' room.

9    Q.   And when you say "room," do you mean a bedroom?

10   A.   Yes.

11   Q.   What time of day would you see the Defendant do this?

12   A.   Let's say we would go to bed at 9:30, 10:00, 11:00.  He'd

13   come to the room, pick up a young boy and go to his bed with

14   him.

15   Q.   Where in the room would the young boy be when the Defendant

16   picked him up?

17   A.   Which bedroom?

18   Q.   Where in the bedroom?

19   A.   We had bunk beds, top and bottom.  Usually, he picks up the

20   one at the bottom.

21   Q.   Did you ever see the boys that the Defendant threw over his

22   shoulder and took out of the room -- did you ever see those

23   boys return to the bedroom?

24          MR. ADELSTEIN:  Objection.  Leading.

25          THE COURT:  Sustained.

1          Rephrase your question.

2     BY MS. MEDETIS:

3     Q.   In reference to the boys who were taken out of the room,

4     did you ever -- when was the next time you would see those

5     boys?

6     A.   15 or 20 minutes later, they would come back or he would

7     just drop them in.

8     Q.   What about at the Tabarre house, when you were living at

9     the Tabarre house with the Defendant?  Did you see the

10    Defendant engage in sexual acts with other boys who were living

11    with you?

12    A.   I've seen that.  But he was mostly using the boys who used

13    to come to the clinic.

14    Q.   What did you see?

15    A.   If a boy comes to the clinic, the boy would be about 6 or

16    7.  He'll pick up that boy, place the child on his lap.  We had

17    a large table similar to the one where I'm sitting now.  He'll

18    be almost hiding under the table with the boy on his lap and

19    he'll be touching them -- the little boy, masturbating him.

20    Q.   I'm sorry.

21          Who would touch the little boy?

22    A.   Bill.

23    Q.   And who would masturbate who?

24    A.   The boy would be on his lap and he's playing with the boy

25    to get him an erection, back and forth.

 1   Q.  And if this was under a table, Carlos, how could you see

 2   it?

 3   A.  We were not facing him.  We were standing in the -- we were

 4   standing behind his back so we could have a view.  If you're

 5   standing outside, you have a very good view of the whole

 6   clinic.

 7   Q.  Generally speaking, who were these boys that were coming

 8   into the clinic?

 9           MR. HOROWITZ:  Objection to the form of the question.

10           THE COURT:  Overruled.

11           THE WITNESS:  Children in the neighborhood, our

12   neighbors.

13           MS. MEDETIS:  Your Honor, permission to publish what's

14   been previously admitted as Government's Exhibit 32-B?

15           THE COURT:  You may.

16   BY MS. MEDETIS:

17   Q.  Carlos, I'm showing you what's been previously admitted as

18   Government's Exhibit 32-B.

19       Can you please take a look on your monitor and tell us what

20   you see there.

21   A.  You see here?

22   Q.  Where?

23   A.  The window.  The window's right there.

24   Q.  And what about that window?

25   A.  At the time, we didn't have these big items standing there.

```
 1   He's sitting at the table.  I could be standing by the window
 2   and I could see him.  He was right there.
 3   Q.  And I'm directing your attention to the right side of the
 4   photograph.
 5       What do we see there?
 6   A.  Over there?
 7   Q.  The right side of the photograph.
 8       What is this a photo of?
 9   A.  There's a window right up there.
10   Q.  This photograph:  What is it a picture of?
11   A.  It's part of the clinic.  This side is part of the clinic.
12   Q.  When you say "this side," are you referring to the right
13   side that I've circled?
14   A.  Yes.
15   Q.  And the left half of the picture that I've bracketed in
16   red:  What is that a picture of?
17   A.  Front porch.  This is a part of the front porch.
18   Q.  At which house, Carlos?
19   A.  The house at Tabarre.
20       MS. MEDETIS:  Permission to publish previously
21   admitted Government's Exhibit 32-G?
22       THE COURT:  You may.
23   BY MS. MEDETIS:
24   Q.  Carlos, I'm showing you Government's Exhibit 32-G.
25       Do you recognize that?
```

```
 1   A.   This is his bedroom.

 2   Q.   Whose bedroom?

 3   A.   Bill.

 4   Q.   Does his bedroom have any doors, Carlos?

 5   A.   No.

 6   Q.   While you were living at the Tabarre house, Carlos, did you

 7   see the Defendant engage in sexual acts with any of the

 8   residents there?

 9   A.   I'm not going to lie.  I've seen him done it with boys that

10   he picked up in the neighborhood, in the area.  I have not

11   witnessed him with boys inside the center.

12   Q.   Did there come time, Carlos, when you left the Morning Star

13   Center for good?

14   A.   I left Tabarre in 2009.  I left for good in 2009.

15   Q.   Do you recall approximately when in 2009?

16   A.   Well, it was in December.

17   Q.   Why did you leave the center?

18   A.   Some tourists, some foreigners, came.  They each gave us

19   some money so we could have a good time.  Bill had

20   also received also some money from them, and they gave us some

21   money.

22        And he stated, "If you guys -- if any of you want to use

23   some of your money to go out, go ahead and do so, but don't

24   take the whole amount."

25        I wanted to go to a program that they were having at
```

1    Clercine.

2    Q.   And what happened next?

3    A.   I went there.  It was in December.  I had a beer.  My

4    head -- maybe the beer was too strong for me and I started

5    getting dizzy.  And I found my way home.

6        When I got there, Bill started talking to me and he

7    realized that I could not answer him.  The reason why he beat

8    me up that day before the program, before I went out, I went to

9    the -- he sent me to the supermarket to buy ice.

10   Q.   And what happened next?

11   A.   It was in December.  They ran out of ice.  And he thought I

12   was lying.  I didn't find the ice.  So I returned back.  I put

13   the money there, put my clothes on and I went out.

14       When I came back, he was looking for ice to drink his Diet

15   Coke and he did not find any.  And he used to take some shots,

16   and he could not have any ice to refrigerate them.

17       He was talking to me, talking to me.  He came close and he

18   hit me.  I have the mark right here (indicating) on my forehead

19   to show for it.  He slammed my head on the table.  Then he

20   kicked me out and sent me home.

21       The next day, bright and early, he requested that I should

22   go home.  He told Woodjerry that he did not want to see me any

23   longer at the center, that I must go home.  That was the last

24   time I saw him.

25   Q.   Carlos, when you left the center in December of 2009, did

 1   you tell your mother why you left the center?

 2   A.   No.  I didn't go straight home.  I didn't go to my mother's

 3   home at the time.

 4   Q.   Carlos, when you left the center, did you tell anybody

 5   about the sexual abuse the Defendant had committed against you?

 6   A.   I used to talk to all the friends, people who could help me

 7   out.  I wanted help.  But they did not believe me.

 8        They kept asking me, "If he's done so much to you, why did

 9   you remain at his house for so long?"

10   Q.   Why did you remain at his house for so long, then?

11   A.   I was at home.  Things were rough for me at home.  I could

12   not eat.  I could not go to school.  It was bad.

13        I didn't want them to do -- I didn't want him to do all

14   those things to me when I moved in with him.  I was looking for

15   an education.  And that's what he gave me.

16             MS. MEDETIS:  Your Honor, permission to publish

17   previously admitted Exhibit 80 -- Government's Exhibit 80?

18             THE COURT:  You may.

19   BY MS. MEDETIS:

20   Q.   Carlos, is your photo in this document?

21   A.   Yes.

22   Q.   Where were you living when this photograph was taken,

23   Carlos?

24   A.   This is a picture taken at the Santo house.

25   Q.   And were you living at the Santo house in September of

1    2004?

2    A.  Yes.

3    Q.  Carlos, you had said that you saw boys from the

4    neighborhood at the clinic with the Defendant.

5        What were the boys doing there at the clinic?

6    A.  He had a bunch of little chocolates, square ones.  He

7    called the boys to come and get them and pick them up.  He

8    would say, "Hey, don't you want chocolate?  Come and get them."

9        The parents of these children thought he was a good guy,

10   but he's a pure devil.

11            MR. HOROWITZ:  Objection.  Move to strike.

12            THE COURT:  The motion to strike is granted.

13            The jury is instructed to disregard the last statement

14   of the witness.

15   BY MS. MEDETIS:

16   Q.  Approximately how old were these boys that were visiting

17   the Defendant at the clinic?

18   A.  Very young boys, under the age of 9, maybe 6, 7.  And they

19   were -- they resided in our neighborhood, very close, very

20   nearby.

21   Q.  Carlos, before you left the center in December of 2009, how

22   often was the Defendant performing oral sex on you?

23   A.  If I misbehave on one day, he would request me to do it for

24   him two times.  Once I realized that was his *modus operandi*, I

25   was on my best behavior in the house.

1     He's also a kiss-up.  If you're doing something, even if

2  you're doing it right, he'll stand up and tell you you didn't

3  do it right.

4  Q.  Carlos, how often before you left the center did the

5  Defendant have you masturbate him?

6  A.  Before I left in December, at the beginning of December, I

7  had to do it for him several times.  Many times he forced me to

8  do it.

9  Q.  What about in November, before you left?

10  A.  November he asked me, also.  Sometimes he would -- maybe

11  once or twice.  He would give me a break sometimes.

12  Q.  In August of 2009, before you left the center, how often

13  did the Defendant perform oral sex on you?

14  A.  He did it very often.  I did not keep count.

15  Q.  In September of 2009, how often did the Defendant perform

16  oral sex on you?

17  A.  The only way I'll catch a break, if he had a new resident,

18  he would leave me alone and go -- move on to the next guy.

19  Q.  In October of 2009, before you left the Morning Star

20  Center, how often did the Defendant perform oral sex on you?

21  A.  Very often.

22         THE INTERPRETER:  Your Honor, the witness is asking to

23  use the rest room, please.

24         THE COURT:  So we'll take a break.

25         Do not discuss this case either amongst yourselves or

 1   with anyone else.  Have no contact whatsoever with anyone

 2   associated with the trial.

 3          Do not read, listen or see anything touching on this

 4   matter in any way, including anything in the media, anything on

 5   the Internet or anything on any access device.

 6          If anyone should try to talk to you about this case,

 7   you should immediately instruct them to stop and report it to

 8   my staff.

 9          You may leave your notebooks in your chairs.  Please

10   be back in the jury room in ten minutes.

11          (Whereupon, the jury exited the courtroom at 2:59 p.m.

12   and the following proceedings were had:)

13          THE COURT:  You may be seated for just a moment.

14          Just one second, sir.  You are not to discuss your

15   testimony with anyone or permit anyone to discuss it with you.

16          You may go to the rest room now.

17          We're in recess for ten.

18          (Thereupon a recess was taken, after which the

19   following proceedings were had:)

20          THE COURT:  We're back on United States of America

21   versus Matthew Andrew Carter, Case No. 11-20350.

22          Counsel, state your appearances, please, for the

23   record.

24          MS. MEDETIS:  Yes.  Good afternoon, your Honor.

25          Maria Medetis and Bonnie Kane on behalf of the United

 1    States.

 2              MR. HOROWITZ:  Good afternoon, your Honor.

 3              Phil Horowitz, Stuart Adelstein on behalf of Matthew

 4    Carter, who's present before the Court.

 5              THE COURT:  How many more witnesses does the

 6    Government have?

 7              MS. MEDETIS:  Five, your Honor.  We anticipate

 8    finishing by tomorrow.

 9              THE COURT:  Okay.  So bring your witness in and let's

10    bring in the jurors.

11              (Whereupon, the jury entered the courtroom at

12    3:13 p.m. and the following proceedings were had:)

13              THE COURT:  You may be seated.

14              You are still under oath, sir.

15              THE WITNESS:  Yes.

16              THE COURT:  You may proceed.

17              MS. MEDETIS:  Your Honor, the United States would

18    tender this witness.

19              THE COURT:  Cross-examination.

20                        CROSS-EXAMINATION

21    BY MR. HOROWITZ:

22    Q.  Carlos, good afternoon.

23    A.  Good afternoon, sir.

24    Q.  Carlos, when you first got to the Morning Star Center, how

25    old were you?

```
 1    A.   I don't remember well.  6, 7, maybe.  I don't know.

 2    Q.   You know from spending a number of years at the Morning

 3    Star that the youngest you could be to go to the Morning Star

 4    was 8 years old?

 5              MS. KANE:  Objection.  Speculation.

 6              THE COURT:  I'm sorry?

 7              MS. KANE:  Objection.  Speculation.

 8              THE COURT:  Sustained.

 9    BY MR. HOROWITZ:

10    Q.   Isn't it true that you spent some time in another group

11    home before you got to the Morning Star because you were too

12    young?

13              MS. MEDETIS:  Objection.  Compound.  Objection.  Calls

14    for speculation.

15              THE COURT:  Sustained.

16              Rephrase your question.

17    BY MR. HOROWITZ:

18    Q.   Prior to going to the Morning Star, were you at another

19    group home?

20    A.   I was at my mother's house.

21    Q.   Do you know who Ken Kennedy is?

22    A.   No.

23    Q.   You didn't spend some time at Ken Kennedy's orphanage, did

24    you?

25    A.   No.
```

```
 1   Q.   While you were at Morning Star, you talked about how

 2   Mr. Bill would take you to the supermarket.

 3        Do you remember that testimony?

 4   A.   Yes.

 5   Q.   And you referred to him as Mr. Bill, did you not, when you

 6   were living there?

 7   A.   Bill Carter, Mr. Carter.

 8   Q.   How did you call him when you were at Morning Star?

 9   A.   I called him maitre, Bill.

10   Q.   Now, Carlos, when Bill would take you to the supermarket,

11   you were not the only one who got to go to the supermarket.

12   Correct?

13   A.   Correct.  Yes.

14   Q.   When he would go to the supermarket, he would always take

15   one of the boys with him; did he not?

16   A.   Yes.

17   Q.   And that was to help him carry groceries.  Is that a fair

18   statement?

19            MS. MEDETIS:  Objection.  Calls for speculation.

20            THE COURT:  Sustained.

21            Rephrase your question.

22   BY MR. HOROWITZ:

23   Q.   When you went to the supermarket, did you help him carry in

24   the groceries?

25   A.   Yes.
```

C. Xxxxxxx - CROSS - By Mr. Horowitz          117

```
 1   Q.   And the other boys would do the same when they went to the

 2   supermarket with him?

 3          MS. MEDETIS:  Objection.  Calls for speculation as to

 4   what other boys did.

 5          THE COURT:  Sustained.

 6   BY MR. HOROWITZ:

 7   Q.   Do you know if the other boys helped him as well?

 8   A.   Yes.

 9   Q.   They would help him the exact same way that you would help

10   him.  Correct?

11          MS. MEDETIS:  Objection.  Calls for speculation.  He

12   answered that he remembers.

13          THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   And whoever went with Mr. Bill to the grocery store would

16   get a little something extra for helping out with the

17   groceries.  Correct?

18          MS. MEDETIS:  Objection.  Calls for speculation.

19          THE COURT:  Sustained.

20          Rephrase your question.

21   BY MR. HOROWITZ:

22   Q.   When you went to the grocery store, he would buy you a soda

23   and some chips; would he not?

24   A.   I said that already.  Yes.

25   Q.   And it's your personal understanding that you would get the
```

 1   soda and the chips for helping out at the grocery store.

 2   Correct?

 3   A.   He wasn't that nice to just give it to me for that.

 4   Q.   Well, he did do nice things for you; did he not?

 5   A.   Yes.

 6   Q.   And some of the nice things he did was to pay for your

 7   clothes.  Correct?

 8   A.   Yes.

 9   Q.   Pay for your schooling.  Correct?

10   A.   Yes.

11   Q.   Pay for your food?

12   A.   Yes.

13   Q.   You were not charged any rent for living at the Morning

14   Star, were you?

15   A.   No.

16   Q.   Your parents did not have to contribute any money

17   whatsoever to the Morning Star, did they?

18   A.   No.

19   Q.   And there came times that Mr. Bill traveled to the United

20   States.  Correct?

21   A.   Yes.

22   Q.   And when he traveled to the United States, no one was

23   hitting you.  Correct?

24   A.   Yes.  The older boys were like chiefs over us.  They would

25   hit and push us around.

C. Xxxxxxx - CROSS - By Mr. Horowitz            119

```
 1   Q.   Which older boys would hit and push you around?

 2   A.   The person he left in charge.

 3   Q.   Who would that be?

 4   A.   Junior, Edder, or the older ones than them, too.

 5   Q.   Which older ones?

 6   A.   I don't remember their names because these guys left some

 7   time ago.

 8   Q.   What's Junior's last name?

 9   A.   I don't remember.

10   Q.   What's Eddy's last name?

11   A.   I don't know their last name, because all I know is the

12   name they called them by.

13   Q.   Did they yell at you as well?

14   A.   Yes.

15   Q.   Did they withhold food from you?

16   A.   No.   They didn't behave like that.

17   Q.   When Mr. Bill came back to Haiti and came back to Morning

18   Star, did you tell him how poorly you were treated while he was

19   gone?

20           MS. MEDETIS:   Objection.   Mischaracterization of

21   testimony.

22           THE COURT:   Sustained.

23   BY MR. HOROWITZ:

24   Q.   When Mr. Bill came back to Haiti from the United States,

25   did you tell him that the boys that were in charge were hitting
```

1   you?

2           MS. MEDETIS:  Objection.  Calls for hearsay.

3           THE COURT:  Sustained.

4   BY MR. HOROWITZ:

5   Q.  Did you tell Mr. Bill that the boys that he had left in

6   charge were yelling at you?

7           MS. MEDETIS:  Objection.  Calls for hearsay.

8           THE COURT:  Sustained.

9   BY MR. HOROWITZ:

10  Q.  Did you tell your mother about that?

11  A.  Yes.  I told my mother that, but I never we want into

12  details with her.

13  Q.  But it's your testimony that all of these sexual things

14  that you've testified about you never told your mother.

15  Correct?

16  A.  Yes.

17  Q.  Now, you talked about some sexual things with the

18  prosecutor.  She asked you some of those questions.  I want to

19  ask you some of those questions as well.

20      You stated that Bill would come into your room and put you

21  over his shoulder.

22      Do you remember that?

23  A.  Yes.

24  Q.  How often would that happen?

25  A.  I said he did it.  Not often, carrying me off, but he did

```
 1    it anyways.
 2    Q.   And at times you testified that he'd carry other boys off.
 3         Do you remember that?
 4    A.   Yes.  I said that.
 5    Q.   Would that be every night?
 6    A.   No.
 7    Q.   You said that -- how many times per week would this happen?
 8    A.   Two times, sometimes once.
 9    Q.   Just with you or with others?
10    A.   If he does it twice with me, I've seen him two do it once
11    with somebody else.
12    Q.   And you -- you testified you didn't want to say goodnight
13    to him because that involved some type of sexual act.  Is that
14    correct?
15    A.   Yes.
16    Q.   What about saying good morning to him?
17    A.   Sometimes I wouldn't say even good morning to him.  He
18    would get mad.
19    Q.   But did saying good morning to him involve a sexual act?
20    A.   He didn't do sexual acts, but he would grab me and touch my
21    balls.
22    Q.   Every morning?
23    A.   Sometimes in the mornings.
24    Q.   Every night?
25    A.   More frequently at night, because there's guys watching TV.
```

 1    Q.  Well, there's guys getting ready for school in the morning,

 2    aren't there?

 3              MS. MEDETIS:  Objection as to time and place.

 4              THE COURT:  Sustained.

 5              Rephrase your question.

 6    BY MR. HOROWITZ:

 7    Q.  Now, Carlos, in the morning, it was a requirement for all

 8    the boys to say good morning to Mr. Bill before they left for

 9    school; was it not?

10              MS. MEDETIS:  Same objection.

11              THE COURT:  Overruled.

12              THE WITNESS:  Sometimes the older ones would not go

13    and say it to him.  But his problem was with the younger ones.

14    BY MR. HOROWITZ:

15    Q.  And it was a requirement to say good evening as well, was

16    it not, before everyone turned in to bed?

17    A.  Goodnight?

18    Q.  Yes, sir.

19    A.  Yes.

20    Q.  And how many residents were there at Tabarre 23, let's say,

21    as you were leaving and toward the end of 2009?

22    A.  There was maybe 16 or -- 15 or 16 guys in the house.

23    Q.  So 15 or 16 were supposed to say good morning and

24    goodnight; were they not?

25    A.  Yes.

1   Q.   Now, you said that you left the Morning Star Center for

2   good in 2009.

3        Do you recall that?

4   A.   Yes.

5   Q.   You got thrown out; did you not?

6   A.   Yes.

7   Q.   In 2009, when you got thrown out of the Morning Star

8   Center, you were 13 years old.  Correct?

9   A.   No.

10  Q.   How old were you?

11  A.   I was 14.

12  Q.   I apologize.  14.

13       You got thrown out for getting drunk; did you not?

14  A.   I was not drunk.  I may have had a little dizziness.  But

15  how could I remember everything he did to me if I was drunk?

16  Q.   You got thrown out because you broke the rules; did you

17  not?

18  A.   It's part of it.  But that's not the only reason.

19           MR. HOROWITZ:  May I have one moment, your Honor?

20           THE COURT:  Yes.

21  BY MR. HOROWITZ:

22  Q.   Now, the prosecutor talked to you about the clinic and

23  showed you pictures of the clinic.

24       Do you remember that?

25  A.   Yes.

1    Q.   And you said that the boys in the neighborhood -- I

2    apologize.

3    A.   Yes.

4    Q.   And you said the boys in the neighborhood used to come for

5    chocolate.

6         Do you remember that?

7    A.   Yes.

8    Q.   The boys in the neighborhood also used to come to the

9    clinic because they needed medical attention.   Correct?

10              MS. MEDETIS:   Objection.   Calls for speculation.

11              THE COURT:   Sustained.

12   BY MR. HOROWITZ:

13   Q.   What are the names of the boys in the neighborhood that

14   came to Morning Star for chocolate?

15   A.   I do not remember the name of the young boys.

16   Q.   The neighborhood where Morning Star Center was, at

17   Tabarre 23, there were houses next door and there were houses

18   across the street; were there not?

19   A.   Yes.

20   Q.   And there were no restrictions placed upon you.

21        You could play soccer in the street; could you not?

22   A.   We have a land where we could do it.

23   Q.   And you were able to socialize and speak with the boys that

24   were in the street, were you not, that weren't at the Morning

25   Star Center?

```
 1              MS. MEDETIS:  Objection.  Relevance.  Objection.
 2   Calls for hearsay.
 3              THE COURT:  Sustained.
 4   BY MR. HOROWITZ:
 5   Q.  You lived at the Morning Star Center for five years.
 6   Correct?
 7   A.  Where?  At the Tabarre house or at the Santos house?
 8   Q.  At the Tabarre house.
 9   A.  I spent more than five years.
10   Q.  And in the more than five years that you spent there, you
11   cannot remember the name of any boy from the neighborhood?
12              MS. MEDETIS:  Objection.  A mischaracterization of
13   testimony.  He did not testify that he couldn't remember the
14   name of any boy.
15              MR. HOROWITZ:  Judge, could I ask the Court to direct
16   the Government, no more speaking objections?
17              THE COURT:  Rephrase your question.
18              No more speaking objections from either side, please.
19              MR. HOROWITZ:  Yes, your Honor.
20   BY MR. HOROWITZ:
21   Q.  Tell me the name of one boy who went to the clinic.
22              MS. MEDETIS:  Objection.  Asked and answered.
23              THE COURT:  Overruled.
24              THE WITNESS:  I will not lie.  I cannot tell you.  I
25   do not remember their names.
```

```
 1    BY MR. HOROWITZ:

 2    Q.  After you left the Morning Star Center for good in December

 3    of 2009, you testified that you spoke to some people about what

 4    had happened at the Morning Star Center, but they didn't

 5    believe it.

 6         Do you remember that testimony?

 7    A.  Yes.

 8    Q.  Who did you speak to?

 9    A.  I spoke to some agents, some police officers, who worked

10    with BIM.

11    Q.  Worked with?

12    A.  BIM.  It's a system.

13    Q.  Is it connected with the Haitian National Police?

14    A.  Yes.

15    Q.  Is it -- what's the name of the officer or detective that

16    you spoke with at the Haitian National Police?

17    A.  Mario Andresol.

18    Q.  Who else did you talk to?

19    A.  With his officers.  I do not remember their names, if you

20    are about to ask me for the names.

21    Q.  I was about to.

22         But how many officers did you speak with?

23    A.  About three.

24    Q.  The first officer that you mentioned:  Was he a detective

25    or have a higher rank than the other officers?
```

 1    A.   He had contact with agents and he could have gotten Bill

 2    arrested.

 3    Q.   But he didn't, did he?

 4    A.   No.

 5    Q.   And the reason he didn't is because he didn't believe you.

 6    Correct?

 7    A.   Yes.  But what he told me, he said, "If he's doing all

 8    these bad things to you, why did you remain at his house?"

 9               MR. HOROWITZ:  No further questions.

10               THE COURT:  Redirect.

11                         REDIRECT EXAMINATION

12    BY MS. MEDETIS:

13    Q.   Carlos, on cross-examination, you were asked about going to

14    the supermarket with the Defendant.

15         How often did the Defendant take you to the supermarket

16    when you refused to do sexual things with him?

17    A.   If I refused to comply to his requests, it was as if I did

18    not exist in the house.  He hated me.

19    Q.   Carlos, on cross-examination, you were asked about the

20    rules in the house.  You were asked about the rules for saying

21    good morning and saying goodnight.

22         What was the rule in the house about who scratched the

23    Defendant's back?

24               MR. HOROWITZ:  Objection.  Beyond the scope.

25               THE COURT:  Sustained.

BY MS. MEDETIS:

Q.   On cross-examination, you testified that the reason you

were kicked out was not just because you had broken the rules.

     What were the other reasons you were kicked out of the

center?

A.   Yes.

Q.   What were the other --

A.   On December 20th, I refused to -- I refused.  I did not

want to comply to his requests.

     My chore was to clean his room.  He gets up.  He goes to

the bathroom.  By the time he returned to his bedroom, if his

bedroom is not clean, he would hit me.

     Everything was wrong with him.  He was calling me a liar, a

thief, things like that.  Everything I've done was wrong.  And

then, until the last incident, he decided to kick me out.

Q.   When you just said that you refused to comply with his

requests, what requests are you referring to?

     MR. HOROWITZ:  Objection.  Asked and answered.

     THE COURT:  Overruled.

     THE WITNESS:  The boys go out and play.  We'll be in

the home, four of us.  He will even offer me money.  Sometimes,

if he has enough money, if he had a lot of money, he would

offer me a thousand gourdes and tell me to come and do it for

him.

C. Xxxxxxx - REDIRECT - By Ms. Medetis          129

```
 1   BY MS. MEDETIS:

 2   Q.   Do what for him?

 3   A.   Perform oral sex on him, masturbate him, things like that.

 4   Q.   And at the time the Defendant offered you a thousand

 5   gourdes, what could you buy with a thousand gourdes?

 6            MR. HOROWITZ:  Objection.  Calls for speculation and

 7   relevance.

 8            THE COURT:  Overruled.

 9            You can answer.

10            THE WITNESS:  You can buy clothes with a thousand

11   gourdes.

12   BY MS. MEDETIS:

13   Q.   Carlos, what is your responsibility today as you testify?

14            MR. HOROWITZ:  Objection.  Relevance.

15            THE COURT:  Overruled.

16            THE WITNESS:  What do you mean?

17   BY MS. MEDETIS:

18   Q.   Why are you here today?

19            MR. HOROWITZ:  Same objection, your Honor.

20            THE COURT:  Overruled.

21            THE WITNESS:  To tell the truth about all the nasty

22   things that he did to me.

23            MS. MEDETIS:  Your Honor, the Government has no

24   further questions and would ask to release this witness.

25            THE COURT:  You may step down, sir.
```

```
 1                (Witness excused.)

 2                THE COURT:  Call your next witness.

 3                MS. MEDETIS:  Yes, your Honor.

 4                The United States calls Joelle Haspil, listed as the

 5      French translator.

 6                MR. ADELSTEIN:  May we approach very briefly, your

 7      Honor?

 8                THE COURT:  Come on up.

 9                (Whereupon, the following proceedings were had at

10      side-bar outside the presence of the jury:)

11                MS. MEDETIS:  Your Honor, let me first say I misspoke.

12      The French translator is not listed on the Government's witness

13      list.  It was an Arabic translator.

14                We anticipated or expected that the parties would be

15      stipulating to the admissibility of certain translations.  Once

16      we saw that that was not the case, in particular with the

17      Odelin Xxxxxxxxx statement to the Haitian National Police, we

18      determined that we needed to call a translator that could

19      translate both French and Haitian Creole in order to lay a

20      foundation for the admissibility of the English translations of

21      certain documents.

22                In particular, we would be seeking, through this

23      translator, to admit the two Haitian Creole statements made to

24      the Haitian National Police, the one by Odelin Xxxxxxxxx and

25      the one by Jimmy Xxxxx.
```

1           We would also be seeking to introduce translations of

2   the Haitian passport stamps that were previously admitted into

3   evidence through the passports.  We now have those translations

4   of those.

5           And the third category of evidence that we would be

6   seeking to admit are previously certified birth certificates of

7   the individuals, the victims, who have testified.

8           They were certified by the Haitian Government, and we

9   would seek to admit them under 902(3) of the Federal Rules of

10  Evidence.  And then we would ask the translator to seek to

11  admit the English translations of those birth certificates that

12  are in French.

13          THE COURT:  Is there an objection?

14          MR. HOROWITZ:  Judge, we don't know exactly which

15  exhibits.  We're just trying to match them up with the exhibit

16  lists.

17          MS. MEDETIS:  I could give the numbers of the

18  exhibits.  I don't have them right in front of me, but I can

19  come back.

20          MR. HOROWITZ:  Could we have about five minutes to

21  figure out which exhibits they're talking about?  Some of them

22  are already in evidence with the Creole translations.  We just

23  need to keep track.

24          THE COURT:  I don't think there are any Creole

25  translations.  The Government --

1           MR. HOROWITZ:  No.  There's a --

2           THE COURT:  One moment, Mr. Horowitz.

3           You objected to the translation coming in, I think the

4    Xxxxxxxxx statement, which was the first one, and I did not

5    admit it based upon your objection.

6           MR. HOROWITZ:  Yes, your Honor.

7           THE COURT:  Then I believe the Government didn't seek

8    to introduce the next one.  So there's no translation.

9           And then she just mentioned birth certificates and --

10          MS. MEDETIS:  And passport stamps.

11          And the exhibits specifically I'm referring to are --

12   Odelin Xxxxxxxxx's Creole statement was 96-A.  We'd be seeking

13   to introduce 96-B as the English translation.

14          The passport stamps are in Exhibit 36, I believe,

15   which is the Defendant's passport, and in 74, which is Janet

16   Knox's passport.

17          So we would be seeking to introduce Government's

18   Exhibits 88-A and -B.  Those are the English translations of

19   Carter and Knox's passports, respectively.

20          And then Government's Exhibits 89-A through -N, as in

21   "Nancy," are the certified birth certificates that are in

22   French.  And Government's Exhibits 90-A, "Alpha," through -N,

23   "Nancy," are the English translations of those.

24          THE COURT:  Have you given the translations to the

25   Defendant?

```
 1              MS. MEDETIS:  Yes, Judge.

 2              THE COURT:  Okay.  So you still need time?

 3              MR. HOROWITZ:  No.

 4              THE COURT:  Is there an objection?  I believe you

 5    asked to approach; did you not?

 6              MR. ADELSTEIN:  I did, because the Government really

 7    wanted me to ask to approach to explain.

 8              MS. MEDETIS:  I had asked to approach, Judge.

 9              MR. ADELSTEIN:  I was trying to be a nice guy.  I know

10    it's surprising.

11              THE COURT:  So is there something I need to do?

12              MR. ADELSTEIN:  I don't think so.

13              MR. HOROWITZ:  I don't think so.

14              MS. MEDETIS:  Okay.

15              THE COURT:  So you're going forward with this witness?

16              MS. MEDETIS:  Yes, Judge.

17              MR. ADELSTEIN:  There's a juror who stepped out,

18    Judge.

19              (Whereupon, the following proceedings were had in open

20    court:)

21              THE COURT:  We're waiting for one juror.

22               (Thereupon, an unidentified juror entered the

23    courtroom and the following proceedings were had:)

24              THE COURT:  Everyone is present.

25              Swear the witness in, please.
```

 1              JOELLE HASPIL, GOVERNMENT WITNESS, SWORN

 2              THE COURT REPORTER:  Thank you.  Please be seated.

 3              Please state your name for the record and give the

 4     spelling.

 5              THE WITNESS:  Joelle Haspil.  J-o-e-l-l-e,

 6     H-a-s-p-i-l.

 7              THE COURT:  You may proceed.

 8                          DIRECT EXAMINATION

 9     BY MS. MEDETIS:

10     Q.  Good afternoon, Ms. Haspil.

11     A.  Good afternoon.

12     Q.  Could you please tell the ladies and gentlemen of the jury,

13     where do you work?

14     A.  I am self-employed.  I am a freelance interpreter right

15     now.

16     Q.  And how long have you been doing that?

17     A.  Only two weeks.

18     Q.  Before you started your freelance interpreting company,

19     where did you work?

20     A.  I was a staff interpreter for the US District Court in the

21     Southern District of Florida, here.

22     Q.  In this court?

23     A.  Yes.

24     Q.  How long were you with the Southern District of Florida?

25     A.  Approximately three years and a half.

Haspil - DIRECT - By Ms. Medetis                    135

```
 1   Q.   What were your duties and responsibilities there?
 2   A.   My duties and responsibilities consisted of interpreting
 3   any proceedings -- court proceedings, whether it would be a
 4   trial for witnesses, change of plea, sentencing, in either
 5   Spanish, French or Creole.
 6   Q.   That was my next question.
 7        How many languages do you speak?
 8   A.   I speak four languages.
 9   Q.   And what are they again?
10   A.   English, Spanish, French and Haitian Creole.
11   Q.   And before you were with the US Courts for the Southern
12   District of Florida, where were you?
13   A.   I worked for the state courts for over 34 years.
14   Q.   Which state court?
15   A.   The 11th Judicial Circuit Court.
16   Q.   And what city is that in?
17   A.   Miami, Florida.
18   Q.   And what did you do there?
19   A.   I was also an interpreter in French, Spanish, Haitian
20   Creole.  And then, in the latter part of my career, I became a
21   mediator and I was the director of the mediation department.
22   Q.   And have you received any certifications in relation to the
23   various languages that you speak?
24   A.   Yes, I have.
25   Q.   And what certifications are those?
```

```
 1   A.   I have the US Court's -- or federal certification and I

 2   also have the State of Florida certification.

 3   Q.   And what do those certifications mean?

 4   A.   Those certifications are the highest degree you can obtain

 5   in a career as a court interpreter.

 6        MS. MEDETIS:  Your Honor, permission to publish

 7   previously admitted Government's Exhibit 96-A?

 8        THE COURT:  You may.

 9   BY MS. MEDETIS:

10   Q.   Ms. Haspil, I'm going to direct your attention to the

11   monitor before you.

12        I'm showing you what's been previously admitted as

13   Government's Exhibit 96-A.

14        I'm hoping it'll focus at some point.  And I'll ask you if

15   you recognize that document.

16   A.   Yes, I do.

17   Q.   And before today, did you have an opportunity to review

18   that document?

19   A.   Yes, I did.

20        MS. MEDETIS:  Permission to approach, your Honor?

21        THE COURT:  You may.

22   BY MS. MEDETIS:

23   Q.   Ms. Haspil, I've just handed you what's been marked for

24   identification purposes as Government's Exhibit 96-B, a copy of

25   which I've provided to defense counsel.
```

1      Do you recognize that?

2  A.  Yes, I do.

3  Q.  And how do you recognize it?

4  A.  Because I translated this document.  This is my work

5  product.

6  Q.  Are you saying that's a translation?

7  A.  Yes, it is.

8  Q.  What is it a translation of?

9  A.  It's the translation of Government's Exhibit 96-A.

10 Q.  And what language is 96-A in?

11 A.  96-A is a combination of French and Creole.

12 Q.  And what aspects of 96-A are in French?

13 A.  The formulaic language.  It's an official report.  It's --

14 where you have to fill in the blanks concerning the names, the

15 data, personal data, is in French.

16 Q.  So are you referring to the typewritten information?

17 A.  Correct.

18 Q.  And then the handwritten information on Government's

19 Exhibit 96-A:  What language is that in?

20 A.  It's in Haitian Creole.

21 Q.  And the translation that you're holding as Government's

22 Exhibit 96-B for identification:  What language is that in?

23 A.  English.

24 Q.  The English translation in what's been marked for

25 identification as 96-B:  Is that a fair and accurate

 1    translation of the contents of Government's Exhibit 96-A?

 2    A.  Yes, it is.

 3              MS. MEDETIS:  Your Honor, at this time the Government

 4    would seek to admit 96-B into evidence.

 5              THE COURT:  It will be admitted as Government's

 6    Exhibit 96-B.

 7              (Whereupon, Government's Exhibit No. 96-B was entered

 8    into evidence.)

 9              MS. MEDETIS:  Your Honor, permission to publish?

10              THE COURT:  You may.

11    BY MS. MEDETIS:

12    Q.  Directing your attention to the second page of Government's

13    Exhibit 96-B, could you tell us -- could you please read the

14    information that is on the left margin of 96-B.

15    A.  Nature of the crime:  Sexual abuse.  Subject:  Odney

16    Xxxxxxxxx's statement.

17              MS. MEDETIS:  Your Honor, permission to publish

18    previously admitted Government's Exhibit 97?

19              THE COURT:  You may.

20    BY MS. MEDETIS:

21    Q.  Ms. Haspil, once again, directing your attention to the

22    monitor before you, do you recognize Government's Exhibit 97?

23    A.  Yes, I do.

24    Q.  How do you recognize it?

25    A.  Because I translated this document.

```
 1    Q.   What language is Government's Exhibit 97 in?

 2    A.   Government's Exhibit 97 is a combination of both French and

 3    Haitian Creole.

 4    Q.   What aspects are in French?

 5    A.   The typewritten portion of the document is in French.

 6    Q.   And what aspects are in Creole?

 7    A.   The handwritten portion is in Creole.

 8              MS. MEDETIS:  Your Honor, permission to approach the

 9    witness?

10              THE COURT:  You may.

11    BY MS. MEDETIS:

12    Q.   Ms. Haspil, I've just handed you what's been marked for

13    identification purposes only as Government's Exhibit 103, a

14    copy of which has been provided to defense counsel.

15         Do you recognize that?

16    A.   Yes, I do.

17    Q.   And how do you recognize that?

18    A.   Because it is an English version of a document I

19    translated.

20    Q.   And which document is that a translation of?

21    A.   I believe it was the last exhibit you put on the ELMO, 97.

22    Q.   Did you have an opportunity to inspect Government's

23    Exhibit 97 before today, then?

24    A.   Yes, I did.

25    Q.   Is Government's Exhibit 103 for identification a fair and
```

 1 | accurate translation of the contents of Exhibit 97?
 2 | A.  Yes, it is.
 3 |       MS. MEDETIS:  Your Honor, at this time the Government
 4 | would seek to admit into evidence Government's Exhibit 103.
 5 |       THE COURT:  It will be admitted as Government's
 6 | Exhibit 103.
 7 |       (Whereupon, Government's Exhibit No. 103 was entered
 8 | into evidence.)
 9 |       THE COURT:  You may publish.
10 | BY MS. MEDETIS:
11 | Q.  Ms. Haspil, I'm going to direct your attention to the
12 | second page of Government's Exhibit 103.
13 |       Could you please read for the ladies and gentlemen of the
14 | jury what is stated on the left margin at the top of
15 | Government's Exhibit 103.
16 | A.  Yes.  Nature of the crime:  Sexual abuse.  Subject:
17 | Statement of Xxxxx, Jimmy.
18 |       MS. MEDETIS:  Your Honor, permission to publish
19 | previously admitted Government's Exhibits 36 and 34?
20 |       THE COURT:  You may.
21 | BY MS. MEDETIS:
22 | Q.  Ms. Haspil, I'm showing you now what's previously been
23 | admitted into evidence as Government's Exhibit 36.  This is the
24 | first page of that.
25 |       Now I'm showing you what's been previously admitted as

1    Government's Exhibit 74, the front cover as well as the first

2    page of Government's Exhibit 74.

3    A.   Yes.

4    Q.   Do you recognize those two exhibits?

5    A.   Yes, I do.

6    Q.   What are they?

7    A.   They're two US passports.

8    Q.   Did you have an opportunity to inspect these US passports

9    before today?

10   A.   Yes, I did.

11          MS. MEDETIS:  Your Honor, permission to approach?

12          THE COURT:  You may.

13   BY MS. MEDETIS:

14   Q.   Ms. Haspil, I've handed you what's been marked for

15   identification purposes as Government's Exhibits 88-A and 88-B.

16   A.   Yes.

17          MS. MEDETIS:  I'd like to show it to defense counsel,

18   please.  I haven't done that yet, your Honor.

19          THE COURT:  Okay.

20   BY MS. MEDETIS:

21   Q.   I've just shown defense counsel what's been marked for

22   identification as Government's Exhibit 88-A and 88-B.

23          MS. MEDETIS:  Permission to approach again, your

24   Honor?

25          THE COURT:  You may.

 1   BY MS. MEDETIS:

 2   Q.   Do you recognize Government's Exhibit 88-A and -B?

 3   A.   Yes, I do.

 4   Q.   What are those?

 5   A.   They are immigration entry stamps, visas.

 6   Q.   What language are Government's Exhibits 88-A and -B in?

 7   A.   They are in English.

 8   Q.   And have you had an opportunity to inspect these two

 9   exhibits before today?

10   A.   Yes, I did.

11   Q.   And you said they're translations of Haitian immigration

12   stamps.

13        Translations of which, generally?

14   A.   Of entry visas, entry permits.

15   Q.   And are those translations of stamps that you found in

16   Government's Exhibits 36 and 74?

17   A.   Yes.

18   Q.   Are those, having inspected them previously, fair and

19   accurate translations of certain stamps in Government's

20   Exhibits 36 and 74?

21   A.   Yes, they are.

22        MS. MEDETIS:  Your Honor, at this time the Government

23   would seek to admit into evidence Government's Exhibits 88-A

24   and 88-B, as in "boy."

25        THE COURT:  They will be admitted as Government's

```
 1   Exhibits 88-A and 88-B.
 2            (Whereupon, Government's Exhibit Nos. 88-A and 88-B
 3   were entered into evidence.)
 4            THE COURT:  You may publish.
 5   BY MS. MEDETIS:
 6   Q.  Directing your attention to the bottom of Government's
 7   Exhibit 88-A, could you please read what it says there.
 8   A.  United States Passport, Janet Lee Knox, Passport
 9   No. 300563769.
10   Q.  Now directing your attention to the top of Government's
11   Exhibit 88-B, this translation of the Haitian -- you said
12   Haitian entry stamp:  On what page of Ms. Lee's passport was
13   that found?
14   A.  Page 8.
15   Q.  And what is the date -- if you could tell us, what does the
16   stamp say?
17   A.  23 immigration, migration, entry, October 30th, 2003.
18   MI CT.  Signature valid through International Airport,
19   Port-au-Prince, Haiti.
20   Q.  Showing you Page 8 of Government's Exhibit 74, the passport
21   of Ms. Knox, could you please circle which passport that was --
22   Government's Exhibit 88-B was a translation of.
23   A.  Yes.
24   Q.  Direct your attention to the first page of Government's
25   Exhibit 88-A, can you please read what it says at the bottom of
```

     1   that first page.

     2   A.   Sure.

     3        United States Passport, Matthew Andrew Carter, Passport

     4   No. 701794597.

     5   Q.   Showing you Government's Exhibit 36, whose passport is

     6   that?

     7   A.   Carter, Matthew Andrew.

     8   Q.   And what's the passport number?

     9   A.   701794597.

    10   Q.   I'm showing you again the first page -- the top of the

    11   first page of Government's Exhibit 88-A.

    12        On what page is this particular passport stamp appearing in

    13   Government's Exhibit 36?

    14   A.   Page 11.

    15   Q.   Directing your attention to Page 11 of Government's

    16   Exhibit 36, can you please circle the passport stamp that's

    17   translated on the first page of 88-A.

    18   A.   October 2, 2001.  It's stamped in between two entry stamps.

    19   Q.   Okay.  And could you please read the English translation of

    20   the stamp that you just circled in Government's Exhibit 36.

    21   A.   Immigration, migration, Port-au-Prince International

    22   Airport, Haiti, signature, entry, departure, October 2, 2001.

    23   Q.   On what side of the first page of Government's Exhibit 88-A

    24   does the word "entry" appear on?

    25   A.   On the left side.

1    Q.   And on what side of the translated stamp does October 2nd,

2    2001, appear on?

3    A.   On the left side.

4    Q.   Directing your attention to the second page of Government's

5    Exhibit 88 --

6    A.   Yes.

7    Q.   -- on what page was the original stamp -- the original

8    passport stamp for this translation?

9    A.   I believe it's Page C.

10   Q.   What does the translation say?

11   A.   17 immigration, migration, entry.  On top, it says visa.

12   October 30th, 2003.  MI CT.  In brackets, signature.  Valid

13   through, International Airport, Port-au-Prince, Haiti.

14   Q.   Showing you Page C, as in "cat," of Government's

15   Exhibit 36, could you please circle the Haitian stamp for which

16   the second page of 88-A is a translation.

17   A.   (Witness complies.)

18   Q.   Directing your attention to the third page of Government's

19   Exhibit 88-A, this English translation, on what -- what page of

20   the passport for Mr. Carter was this a translation of?

21   A.   Page J.

22   Q.   Could you read the translation, please.

23   A.   Sure.

24        Visas, 09 immigration, migration, entry.  November 27th,

25   2004.  In brackets, signature.  It says MI CT, valid through,

 1    International Airport, Port-au-Prince, Haiti.

 2    Q.   Showing you Page J of Government's Exhibit 36, could you

 3    please circle the passport stamp, the translation of which you

 4    just read.

 5    A.   I'm sorry.  I can't see the page letters clearly.

 6    Q.   I'll focus that for you.

 7    A.   There.

 8    Q.   And did you just circle the stamp on the bottom right-hand

 9    corner of that page?

10    A.   Correct.

11    Q.   What's the date of the stamp that you circled?

12    A.   November 27th, 2004.

13    Q.   Directing your attention to the fourth page of Government's

14    Exhibit 88-A, the English translation of this stamp:  On what

15    page was the original stamp found on?

16    A.   F.

17    Q.   F of Government's Exhibit 36?

18    A.   Correct.

19    Q.   Could you read the English translation, please.

20    A.   Visas, 04 immigration, migration, entry, MI CT,

21    February 27th, 2006.  In brackets, signature.  Valid through,

22    International Airport, Port-au-Prince, Haiti.

23    Q.   Showing you Page F of Government's Exhibit 36, do you see

24    the original stamp --

25    A.   Yes, I do.

1    Q.   -- of the translation you just read?

2    A.   Yes.

3    Q.   Could you please circle it.

4    A.   It won't allow me.

5         There.

6    Q.   Directing your attention to the last page of Government's

7    Exhibit 88-A, this English translation, on what page did this

8    passport stamp appear in Government's Exhibit 36?

9    A.   Page K.

10   Q.   Could you please read the English translation.

11   A.   Visas, Republic of Haiti, entry, 0401, MI CT 36,

12   September 15th, 2009.  In brackets, signature.  Airport,

13   Port-au-Prince, immigration, migration.

14   Q.   Directing your attention to the left-hand side of the

15   stamp, what word appears there?

16   A.   K.

17   Q.   The other left.

18   A.   Oh.  I'm sorry.

19        Entry 0401.

20   Q.   And on the right side, what I've just circled?

21   A.   MI CT 36.

22   Q.   Showing you Page K of Government's Exhibit 36, do you see

23   the stamp, that translation of which you just read?

24   A.   Yes.

25   Q.   Could you please circle it.

```
 1   A.   (Witness complies.)

 2   Q.   What is the date of that stamp?

 3   A.   September 15th -- I cannot make it out -- 2009.

 4   Q.   Would you like me to give you the passport in person so you

 5   could see it better?

 6   A.   Yes, please.

 7           MS. MEDETIS:  Permission to approach?

 8           THE COURT:  Yes.

 9   BY MS. MEDETIS:

10   Q.   Are you able to read the year of the passport stamp you had

11   just circled on the monitor?

12   A.   Not really.  No.

13        I think it's 2009.

14   Q.   Okay.

15   A.   Yes.  It is 2009.

16           MS. MEDETIS:  Your Honor, permission to approach?

17           THE COURT:  You may.

18   BY MS. MEDETIS:

19   Q.   Ms. Haspil, I've just shown defense counsel and handed to

20   you what's been marked for identification purposes as

21   Government's Exhibits 89-A through -E, as in "Edward" --

22   A.   Yes.

23   Q.   -- and 89-G through -N, as in "Nancy."

24        Do you recognize those?

25   A.   Yes, I do.
```

1    Q.   And how do you recognize them?

2    A.   Because I saw them before and I reviewed them before.

3    Q.   And what are they, generally?

4    A.   They are birth certificates.

5    Q.   From what country?

6    A.   From the Republic of Haiti.

7           MS. MEDETIS:  At this time, your Honor, the Government

8    would seek to admit Government's Exhibits 89-A through -E and

9    -G through -N, pursuant to 902(3), as public records.

10          THE COURT:  They will be admitted as Government's

11   Exhibit 89-A through -E and -G through -N.

12          (Whereupon, Government's Exhibit Nos. 89-A through

13   89-E and 89-G through 89-N were entered into evidence.)

14          MS. MEDETIS:  Permission to publish, your Honor?

15          THE COURT:  You may.

16   BY MS. MEDETIS:

17   Q.   Ms. Haspil, what language are these birth certificates in?

18   A.   They're in French.

19   Q.   Directing your attention to Government's Exhibit 89-A,

20   whose birth certificate is this?

21   A.   Carlos Xxxxxxxx.

22   Q.   Directing your attention to 89-B, what is the name of the

23   birth certificate -- whose birth certificate is this?

24   A.   Schlender Xxx.

25   Q.   Directing your attention to Government's Exhibit 89-C,

Haspil - DIRECT - By Ms. Medetis                    150

```
 1   whose birth certificate is this?

 2   A.   Jean Ekens Xxxxxx.

 3   Q.   Directing your attention to Government's Exhibit 89-D,

 4   whose birth certificate is this?

 5   A.   Jimmy Xxxxx.

 6   Q.   Directing your attention to Government's Exhibit 89-E?

 7   A.   Jean Ismael Xxxxxxx.

 8   Q.   Directing your attention to Government's Exhibit 89-G,

 9   whose birth certificate is this?

10   A.   Jean Dieucibon Xxxxxx.

11   Q.   Directing your attention to Government's Exhibit 89-H,

12   whose birth certificate is that?

13   A.   Steeve Max Dominique Xxxxxx.

14   Q.   Government's Exhibit 89-I:  Whose birth certificate is

15   that?

16   A.   Wadley Xxxxxxxx.

17   Q.   Government's Exhibit 89-J:  Whose birth certificate is

18   that?

19   A.   Jorel Xxxxxxx.

20   Q.   Government's Exhibit 89-K:  Whose birth certificate is

21   that?

22   A.   Josue Xxxxxxx.

23   Q.   Government's Exhibit 89-L:  Whose birth certificate is

24   that?

25   A.   Greatest Xxxxxxx.
```

1    Q.   Government's Exhibit 89-M, as in "Mary":  Whose certified

2    birth certificate is that?

3    A.   Ricardo Xxxxx.

4    Q.   Government's Exhibit 89-N, as in "Nancy":  Whose birth

5    certificate is that?

6    A.   Widson Xxxx.

7             MS. MEDETIS:  For the record, your Honor, we would

8    note all of those birth certificates are certified birth

9    certificates.

10            I've just shown what's been marked for identification

11   as Government's Exhibits 90-A through -E and 90-G through -N,

12   as in "Nancy."

13            Permission to approach?

14            THE COURT:  You may.

15   BY MS. MEDETIS:

16   Q.   Ms. Haspil, I've just handed you what's been marked for

17   identification as Government's Exhibits 90-A through -E and

18   90-G through -N, as in "Nancy."

19        Do you recognize those?

20   A.   Yes, I do.

21   Q.   Did you have an opportunity to review those before today?

22   A.   Yes, I did.

23   Q.   And what are they, generally?

24   A.   They are the translated versions in English of the previous

25   Government exhibits that were in French.

1  Q.  And are those -- 90-A through -E and 90-G through -N, are

2  they a fair and accurate translation of Government's

3  Exhibits 89-A through -E and 89-G through -N?

4  A.  Yes.

5          MS. MEDETIS:  Your Honor, at this time the Government

6  would seek to admit 90-A through -E and 90-G through -N into

7  evidence.

8          THE COURT:  They will be admitted as Government's

9  Exhibits 90-A through -E and 90-G through -N.

10         (Whereupon, Government's Exhibit Nos. 90-A through

11  90-E and 90-G through 90-N were entered into evidence.)

12         THE COURT:  You may publish.

13  BY MS. MEDETIS:

14  Q.  Showing you what's been admitted now as 90-A, what is this?

15  A.  Birth certificate of Carlos Xxxxxxxx.

16  Q.  In what language?

17  A.  It's in English.

18  Q.  And so, then, does that correspond to Government's

19  Exhibit 89-A?

20  A.  Yes.

21  Q.  And the English translations:  Are they in the same

22  order -- are 90-A through -N, except for 90-G, and 89-A through

23  -N, except for 89-G, all in the same order and corresponding to

24  each other?

25  A.  Yes.

1            THE COURT:  Do you mean -G or -F?

2            MS. MEDETIS:  With the exception of 89-F.  Yes, Judge.

3    Thank you.

4            THE COURT:  Okay.

5    BY MS. MEDETIS:

6    Q.  So, then, without having to go through every single birth

7    certificate again, Exhibit 90-B would correspond to 89-B.

8    Correct?

9    A.  Correct.

10   Q.  And so on and so on?

11   A.  Yes.

12           MS. MEDETIS:  Your Honor, the United States would

13   tender this witness at this time.

14           MR. ADELSTEIN:  We have no questions.

15           THE COURT:  You may step down, ma'am.

16           THE WITNESS:  Thank you.

17           (Witness excused.)

18           THE COURT:  Call your next witness.

19           MS. MEDETIS:  Certainly, Judge.

20           The United States calls Jorel Xxxxxxx.

21            JOREL XXXXXXX, GOVERNMENT WITNESS, SWORN

22           THE COURT REPORTER:  Please state your full name for

23   the record and give the spelling.

24           THE WITNESS:  Jorel Xxxxxxx.  Jorel, J-o-r-e-l.

25   Xxxxxxx, X-x-x-x-x-x-x.

1          MS. MEDETIS:  May I proceed, Judge?

2          THE COURT:  Yes.

3                        DIRECT EXAMINATION

4     BY MS. MEDETIS:

5     Q.  Good afternoon, Jorel.

6     A.  Good afternoon.

7     Q.  Before we proceed, may I ask, how many languages do you

8     speak?

9     A.  I speak three languages.

10    Q.  What languages?

11    A.  English, French and Creole.

12    Q.  And what is your first language?

13    A.  Creole.

14    Q.  What language do you prefer to testify in today?

15    A.  Creole.

16    Q.  Jorel, when were you born?

17    A.  I think 1996 or 1997.

18    Q.  Do you know the month and the day of your birth?

19    A.  October 17th.

20    Q.  And where were you born?

21    A.  Petion-Ville.

22    Q.  And what country is Petion-Ville in?

23    A.  Haiti.

24    Q.  Where do you live now, Jorel?

25    A.  In Haiti.  I still live in Petion-Ville.  But now -- during

```
  1    the trial, I am in Miami now.

  2    Q.  And who do you live with in Petion-Ville when you're not in

  3    Miami for the trial?

  4    A.  With my mom.

  5    Q.  And what about your father?  Where does he live?

  6    A.  My father lives at Route Frere.

  7    Q.  Is that also in Haiti?

  8    A.  Yes.

  9    Q.  Do you have any brothers or sisters?

 10    A.  Yes.

 11    Q.  How many brothers and sisters do you have, Jorel?

 12    A.  I have three brothers and five sisters.

 13    Q.  And are your brothers and sisters older or younger than

 14    you?

 15    A.  I have two brothers and one sister that is older than me.

 16    After that, the others are all younger than me.

 17    Q.  And am I pronouncing your name correctly, Jorel?  Is the

 18    "R" silent?

 19    A.  I can hear the "R."

 20    Q.  Okay.  Jorel, do you know a man by the name of Matthew

 21    Carter?

 22    A.  Yes.

 23    Q.  Do you see him in the courtroom today?

 24    A.  That's him.

 25    Q.  You just pointed to somebody.
```

1      Could you describe what they're wearing.

2  A.   That's him.  He has a white shirt on.

3          MS. MEDETIS:  Your Honor, could the record please

4  reflect that the witness has identified the Defendant.

5          THE COURT:  It will so reflect.

6  BY MS. MEDETIS:

7  Q.   Jorel, do you know a man named Bill Carter?

8  A.   Yes.

9  Q.   Do you see him in the courtroom today?

10  A.   Yes.

11  Q.   And could you please point to him and tell us what he's

12  wearing.

13  A.   That's him over there in front of the computer screen

14  there.  He has a white shirt on.

15          MS. MEDETIS:  Your Honor, could the record please

16  reflect that the witness has identified the Defendant.

17          THE COURT:  It will so reflect.

18  BY MS. MEDETIS:

19  Q.   What did you call the Defendant?

20  A.   I used to call him Bill.

21  Q.   Jorel, when did you first meet the Defendant?

22  A.   I think it was around 2001 or 2002.

23  Q.   And do you remember approximately how old you were then?

24  A.   I was 4 or 5.

25  Q.   Where did you meet the Defendant?

```
 1   A.   In Santo.

 2   Q.   Where in Santo?

 3   A.   Santo 14.

 4   Q.   And was it a specific place in Santo 14 that you met the

 5   Defendant?

 6   A.   At his house.  That's where I met him.

 7   Q.   And when you say "his house," do you mean the Defendant's

 8   house?

 9             MR. HOROWITZ:  Objection.  Leading.

10             THE COURT:  Sustained.

11             Rephrase your question.

12   BY MS. MEDETIS:

13   Q.   When you say "his house," whose house do you mean?

14   A.   The house of Mr. Bill Carter.

15   Q.   Did the house of the Defendant have a name?

16   A.   They used to call it Morning Star Center.

17   Q.   And when you first met the Defendant at the Morning Star

18   Center in Santo 14, who, if anyone, were you with?

19   A.   I was with my mother and my brother.

20   Q.   What's your brother's name?

21   A.   Josue Xxxxxxx.

22   Q.   That first time that you met the Defendant, what happened

23   after your mother brought you to the Defendant's house?

24   A.   When my mother took me to the house, my mom left and she

25   left me with my brother.
```

```
 1   Q.   Jorel --

 2   A.   Yes.

 3   Q.   -- what was the reason you were left at the Defendant's

 4   home?

 5   A.   It was because at the home -- at home, things were very,

 6   very difficult.  We could not eat properly.  We could not have

 7   meals during the day.

 8        My mom started paying for my tuition.  Then she could no

 9   longer do so.  And I wanted to go to school.  She wanted us to

10   have better opportunities; so, she took us there.

11            MS. MEDETIS:  Your Honor, permission to publish

12   previously admitted Government's Exhibit 50?

13            THE COURT:  You may.

14   BY MS. MEDETIS:

15   Q.   Jorel, if you could take a look at the monitor in front of

16   you, is your picture in Government's Exhibit 50?

17   A.   I cannot see it properly, the screen.

18            MS. MEDETIS:  Your Honor, permission to approach?

19            THE COURT:  Yes.

20            THE WITNESS:  Yes.

21   BY MS. MEDETIS:

22   Q.   Jorel, I've handed you what's been marked -- or admitted,

23   rather, as Government's Exhibit 50.

24        Could you take a look at it and tell us if your picture is

25   on Government's Exhibit 50.
```

 1    A.   Yes.

 2    Q.   Jorel, I've handed you a marker.

 3         Could you please write your name underneath where your

 4    picture appears.

 5    A.   I'm done.

 6         MS. MEDETIS:  Your Honor, permission again to publish

 7    Government's Exhibit 50?

 8         THE COURT:  Yes.

 9    BY MS. MEDETIS:

10    Q.   Jorel, could you please circle where your picture is that

11    you've just signed on the touch screen.

12    A.   (Witness complies.)

13    Q.   And who is that sitting next to you in that photograph?

14    A.   My brother, Josue.

15         MS. MEDETIS:  Permission to publish Government's

16    Exhibit 65 that's been previously admitted?

17         THE COURT:  You may.

18    BY MS. MEDETIS:

19    Q.   Jorel, I'm showing you what's been previously admitted as

20    Government's Exhibit 55.

21         What is that?

22         THE COURT:  Is that 55 or 65?

23         MS. MEDETIS:  65.  I apologize.

24         THE WITNESS:  Would you repeat your question, please.

25

1    BY MS. MEDETIS:

2    Q.   Yes.

3         Showing you Government's Exhibit 65, who is in Government's

4    Exhibit 65?

5    A.   Me.

6    Q.   Do you remember who took that photo?

7    A.   No.

8    Q.   Jorel, can you tell us a little bit about what it was like

9    when you first moved into the Morning Star Center.

10   A.   When I first got to the center, I felt better because I was

11   able to eat three times a day at the center, I went to school,

12   and I was able to find a place to sleep properly.

13   Q.   And where did you sleep when you moved into the Morning

14   Star Center?

15   A.   The house was -- had two stories.  My room was downstairs.

16   Q.   Who else slept in your room?

17   A.   I don't remember.

18   Q.   Other than you, your brother and the Defendant, who else

19   lived in the house, generally?

20   A.   Several other people also reside there.  I do not remember

21   all the names, but the names that I can remember I can tell

22   you.

23   Q.   When you say "people," were these boys or girls?

24   A.   Young boys.

25   Q.   And were they adults or children?

1   A.   They were old -- they were younger, but compared to me,

2   they look older.  But I look much, much younger than the rest

3   of them.

4   Q.   Were you the youngest boy at the center at the time that

5   you moved in?

6   A.   Yes.  I believe so.  I don't know if there were older or

7   younger boys living there.

8   Q.   What, if any, chores or jobs did you have when you first

9   moved into the center?

10  A.   Well, I do not recall what chores I used to do because I

11  was so young at the time.

12  Q.   When you first moved into the Morning Star Center, did you

13  go to school immediately?

14  A.   Well, I do not remember if it was a week or two after I

15  moved in.  But I can tell you, once I moved into the program, I

16  was able to go to school.

17  Q.   And who paid for your school?

18  A.   The person who paid for it was the guy who paid for it.

19  But I don't know if he got assistance from other sources.

20  Q.   When you say "the guy," who do you mean?

21  A.   Mr. Bill.

22  Q.   After you moved into the Morning Star Center at Santo 14,

23  did the Defendant do anything sexual to you?

24  A.   When I was living at Santo 14, he attempted, but he did not

25  get a chance to complete it.

1   Q.   What did the Defendant attempt?  Could you please describe

2   it to the jury.

3   A.   One day the other children had to go to school.  He made me

4   stay at home.  I believe Jean Ekens also stayed behind, among

5   other boys.

6   Q.   And when you say he made you stay at home, who are you

7   referring to?

8   A.   I'm speaking of Mr. Bill.

9   Q.   And what happened after the Defendant made you stay home?

10  A.   He was in his room and he called for me.

11       When I went upstairs, I went inside his room.  He told me

12  to go to the bathroom.  And the bathroom was right next to his

13  bedroom.

14       He had several bottles.  He had shampoo.  He had lotion.

15  And he told me to bring him a lotion.

16  Q.   Jorel, did the Defendant speak Creole at that time?

17  A.   No.

18  Q.   How did the Defendant tell you to bring the lotion?

19  A.   He said it in English, but he also made gestures.

20  Q.   Did you speak English at that time?

21  A.   No.  He pointed his finger.  He told me to get this for

22  him, and I understood what he needed.

23  Q.   After you obtained the lotion that the Defendant told you

24  to get, what happened next?

25  A.   He told me to bring it to him.  I could not understand; so,

 1   he motioned for me to come over.  I took it to him and he told

 2   me to pour it in my hand.  I could not understand.  He pulled

 3   me closer.  He poured it in my hand.

 4       He asked me to come closer and I heard Jean Ekens calling

 5   my name.  I told him, "I'll be right back.  I have to go see

 6   what Jean Ekens needs."  So he gave me a napkin to wipe my

 7   hands and I went.  I left.

 8       When I went down to speak to Jean Ekens, he asked me,

 9   "Where were you?"

10       I said, "I was upstairs.  Bill had called me."

11       He said, "Where's Bill?"

12       I said, "In his bedroom.  He's laying on his bed."

13       He said, "Do not go upstairs unless somebody else is

14   there."

15               MR. ADELSTEIN:  Objection.  Hearsay.

16               THE COURT:  Overruled.

17   BY MS. MEDETIS:

18   Q.  Jorel, when you were in the Defendant's room, what was the

19   Defendant wearing?

20   A.  Exactly, I do not remember what he was wearing.  But I

21   remember him wearing some shorts and his legs were showing.

22   Q.  Did you see the Defendant's penis at all?

23   A.  Yes.

24   Q.  Was the Defendant's penis exposed while he was lying on the

25   bed?

 1              MR. ADELSTEIN:  Objection.  Leading.

 2              THE COURT:  Sustained.

 3              Rephrase your question.

 4    BY MS. MEDETIS:

 5    Q.  How were you able to see the Defendant's penis?

 6    A.  Because he pulled his shorts down.

 7    Q.  Was the Defendant's penis erect at that time when you saw

 8    it?

 9    A.  No.  I was not paying attention to that.

10    Q.  What is the next time you recall the Defendant doing

11    anything sexual with you or asking you to do anything sexual

12    with him?

13    A.  The last time he asked me to go do sexual acts with him, he

14    was heading to Michigan.  He told me, if I masturbate him, he

15    would bring me an iPod.

16    Q.  Did the Defendant ask you that the last time he left Haiti

17    before he was arrested?

18              MR. ADELSTEIN:  Objection.  Leading.

19              THE COURT:  Sustained.

20              Rephrase your question.

21    BY MS. MEDETIS:

22    Q.  You said the Defendant asked you before he traveled to

23    Michigan to masturbate him.

24    A.  Yes.

25    Q.  Do you remember when that was?

```
 1   A.   No.  But I remember him asking me the last time he was

 2   traveling to Michigan.  And that was the last time he asked me

 3   to do that.

 4   Q.   Was that the last time you saw the Defendant?

 5             MR. HOROWITZ:  Objection.  Leading.

 6             THE COURT:  Sustained.

 7             Rephrase your question.

 8   BY MS. MEDETIS:

 9   Q.   Did you see the Defendant after that time he left for

10   Michigan?

11   A.   No.

12   Q.   Where were you living at that time when the Defendant asked

13   you to masturbate him in exchange for an iPod?

14   A.   I resided at Tabarre.

15   Q.   Can we go back for a second?

16        You said that you first moved in with the Defendant at

17   Santo 14.

18        Do you remember that?

19   A.   Yes.

20   Q.   How long did you live at Santo 14, approximately?

21   A.   I do not remember the exact date, but I believe that I

22   moved in in 2004.  That's what I recall.

23   Q.   Moved in where?

24   A.   Repeat your question again, please.

25   Q.   Moved in where or the question before that?
```

1    A.   Not that.  Your first question.

2    Q.   How long did you live at the Santo 14 house?

3    A.   I don't remember.  I know it was one day that my brother

4    took me by the hand and went with me.  I don't remember.

5    Q.   Do you remember how old you were at that time,

6    approximately?

7    A.   No.

8    Q.   Do you remember what year it was, approximately?

9    A.   You mean what year when I left the program in Santo?

10   Q.   Yes.

11   A.   I believe it's 2004.  That's what I believe.

12   Q.   After you left the Morning Star Center at Santo 14 in 2004,

13   did you ever return to the Morning Star Center?

14   A.   I did not go back to the Santo house.  But, yes, I returned

15   to the center.

16   Q.   When you returned to the center, where was the center

17   located, Jorel?

18   A.   It was at Tabarre 23.

19   Q.   Do you remember approximately what year it was when you

20   returned to Tabarre 23 -- or when you returned to the center at

21   Tabarre 23?

22   A.   I don't know.  I don't remember exactly.  It could have

23   been in 2007 or 2008.

24   Q.   Jorel, do you remember if it was before or after the

25   earthquake in Haiti?

1   A.   Before the earthquake.  And then I went back again after

2   the earthquake.

3   Q.   So when you went to the center in Tabarre for the first

4   time in 2007 or 2008, did you leave for a period of time?

5   A.   Yes.

6   Q.   Do you remember approximately when you left?

7   A.   No.

8   Q.   Did you leave before or after the earthquake?

9   A.   Yes.  Before.

10  Q.   And do you remember how long you were gone?

11  A.   I remember going, leaving, but I remember two or three

12  weeks after I came, after the earthquake.

13  Q.   So you returned to the center approximately two or three

14  weeks after the earthquake.  Is that what you said?

15          MR. HOROWITZ:  Objection.  Asked and answered.

16          THE COURT:  Sustained.

17          We're going to take a break.

18          Do not discuss this case either amongst yourselves or

19  with anyone else.  Have no contact whatsoever with anyone

20  associated with the trial.

21          Do not read, listen or see anything touching on this

22  matter in any way, including anything in the media, anything on

23  the Internet or anything on any access device.

24          If anyone should try to talk to you about this case,

25  you should immediately instruct them to stop and report it to

1   my staff.

2            You may leave your materials at your chairs.  Please

3   be back in the jury room in ten minutes.

4            (Whereupon, the jury exited the courtroom at 4:54 p.m.

5   and the following proceedings were had:)

6            THE COURT:  You may be seated for a moment.

7            Sir, during this break, you're not to discuss your

8   testimony with anyone or permit anyone to discuss it with you.

9   Okay?

10           THE WITNESS:  Okay.

11           THE COURT:  Ten minutes.

12           We're in recess for ten.

13            (Thereupon a recess was taken, after which the

14   following proceedings were had:)

15           THE COURT:  We're back on United States of America

16   versus Matthew Andrew Carter, Case No. 11-20350.

17           Good afternoon.

18           Counsel, state your appearances, please, for the

19   record.

20           MS. MEDETIS:  Yes.  Good afternoon, your Honor.

21           Maria Medetis and Bonnie Kane on behalf of the United

22   States.

23           MR. ADELSTEIN:  And good evening.

24           Stu Adelstein and Phil Horowitz on behalf of

25   Mr. Carter, who's present, along with Reginald Hope, our

```
 1    investigator.

 2              THE COURT:  So let's bring in the jurors.  We're going

 3    for a bit longer, maybe half an hour, no longer than that.

 4              (Whereupon, the jury entered the courtroom at

 5    5:15 p.m. and the following proceedings were had:)

 6              THE COURT:  You can bring the witness in, please.

 7              (Thereupon, the witness entered the courtroom and the

 8    following proceedings were had:)

 9              THE COURT:  You may be seated.

10              You are still under oath.

11              You may proceed, Ms. Medetis.

12              MS. MEDETIS:  Your Honor, permission to approach the

13    witness?

14              THE COURT:  You may.

15    BY MS. MEDETIS:

16    Q.  Jorel, I've just handed you what's been previously admitted

17    into evidence as Government's Exhibit 80.

18         Do you see your photograph in Government's Exhibit 80?

19    A.  Yes.

20              MS. MEDETIS:  Your Honor, permission to republish

21    Government's Exhibit 80?

22              THE COURT:  You may.

23    BY MS. MEDETIS:

24    Q.  If you could take a look on your monitor at Government's

25    Exhibit 80, could you circle where your photo appears.
```

 1   A.   Could you lower it for me?

 2   Q.   Yes.

 3   A.   I'm finished.

 4   Q.   Before we broke, you had said that you returned to the

 5   Tabarre Morning Star Center a few weeks after the earthquake.

 6        Do you remember saying that?

 7   A.   Yes.

 8   Q.   What happened at the Morning Star when you first returned?

 9   A.   After the earthquake?

10   Q.   Yes.

11   A.   After the earthquake, I started going to the program.  I

12   used to go for weekends.  What they say in Creole, weekends,

13   it's from Friday, Saturday and Sunday.  I was really interested

14   in going because then I could visit with all the other boys.

15        The first time I went back, I didn't go for weekends.  I

16   just went to visit the boys.  I wanted to know if everybody was

17   fine because the earthquake had just happened.

18        And when I came, he asked me how things were at my house.

19   Q.   Who asked you, Jorel?

20   A.   Mr. Bill Carter.

21        I explained to him that nothing was going good at home

22   because, after the earthquake, we had moved under a tent

23   because we could not live in an open house that had fallen

24   down.  We weren't eating well.  We weren't sleeping well.  We

25   were not going to school.  Everything was going wrong for us.

1    Q.    And what happened after you explained this to the

2    Defendant?

3    A.    And when I finished explaining that to him, he told me,

4    once I masturbated him, he would accept me in the program

5    again.    He told me, yes, he would accept me, I can come back to

6    the program, and later for me to do it for him.

7    Q.    Jorel, did you masturbate him after that conversation?

8    A.    Yes.

9    Q.    Where were you located -- or where was the Defendant

10   located when you masturbated him?

11   A.    It was in his bedroom, nighttime.

12   Q.    How did the Defendant have you masturbate him?

13   A.    Well, all the other boys were playing with their games.

14   There's something he always had us do called minutes.    And the

15   boys were playing the PlayStation.    And what he called minutes

16   was alcohol you had to rub on his legs.

17   Q.    And what happened next?

18   A.    And one of the reasons we went and gave him minutes to rub

19   his legs was so we could have more time --

20            MR. ADELSTEIN:  Objection.   Objection.   Nonresponsive.

21            THE COURT:  Ask your question again.

22   BY MS. MEDETIS:

23   Q.    Jorel, once you started giving the Defendant minutes, what

24   happened next?

25   A.    He told me if I could move closer to him.

1  Q.   And then what happened?

2  A.   He had a bottle of lotion next to him.  He took it and he

3  put it in my hands.  And he told me if I could rub it for him.

4       I hesitated.  I didn't want to do it.  And he took my hand

5  because I didn't know how to do it.

6  Q.   What happened after he took your hand?

7  A.   He put my hand on him and he started shaking it.  Once that

8  he had started it, after that, he says for me to continue just

9  like that.  So I continued doing it for him.

10      He ejaculated something they call sperm in Creole.  He

11 threw it all over my hands and then, after that, he gave me a

12 napkin.  He told me to wipe my hands.

13 Q.   What happened after he told you to wipe your hands?

14 A.   After he told me to wipe my hands, he said I could go.

15 Q.   And when you say the Defendant put your hands on it, what

16 do you mean?  What did he -- what did he put your hand on?

17 A.   He put it on his penis.

18           MS. MEDETIS:  Your Honor, permission to approach the

19 witness?

20           THE COURT:  You may.

21 BY MS. MEDETIS:

22 Q.   Jorel, I've just handed you what's been marked and

23 introduced into evidence as Government's Exhibit 32-X.

24      Do you recognize that?

25 A.   Yes.

1   Q.   What is that?

2   A.   The bottle of lotion that he used.

3   Q.   When you say "he," who do you mean?

4   A.   Mr. Bill Carter.

5   Q.   And when you say the bottle of lotion that the Defendant

6   used, used for what, Jorel?

7   A.   He used it so we can -- so I can masturbate him.

8           MS. MEDETIS:  Your Honor, permission to republish

9   Government's Exhibit 32-X?

10          THE COURT:  One moment.

11          You may.

12  BY MS. MEDETIS:

13  Q.   Can you take a look at the screen in front of you, Jorel.

14  A.   Yes.

15  Q.   And what is shown on the screen in front of you?

16  A.   I see those bottles and, also, like an extension cord or

17  something.

18  Q.   Are these the bottles that you just described to the jury?

19  A.   Yes.

20  Q.   Let me clarify.

21      Are these the bottles of lotion that you just described to

22  the jury?

23  A.   That's what he used to do it when he was doing it.

24          MS. MEDETIS:  Your Honor, permission to republish

25  Government's Exhibit 71?

1              THE COURT:  You may.

2    BY MS. MEDETIS:

3    Q.   Jorel, I'm showing you what's been marked and admitted as

4    Government's Exhibit 71.

5         Can you see it from here?

6    A.   Yes.

7    Q.   Do you recognize this?

8    A.   Yes.  I've seen the bottles before.

9    Q.   What are these?

10   A.   Lotions bottles.

11   Q.   And where have you seen them before?

12   A.   I've seen them on the nightstand in Mr. Bill's bedroom.

13   Q.   And what did Mr. Bill use these bottles for?

14   A.   I have never seen him use them for his own skin.  But I

15   know he has put them in my hand so I could do it for him.

16   Q.   And when you say "it," Jorel, what do you mean?

17   A.   Mr. Bill Carter.

18   Q.   Let me rephrase.

19        When you say "do it for him," what do you mean by "it"?

20   A.   He made me masturbate him.  Mr. Bill made me masturbate

21   him.

22   Q.   Jorel, did there come a time when the Defendant gave you an

23   MP3 player?

24   A.   Yes.

25   Q.   Can you tell the ladies and gentlemen of the jury what

1   happened when the Defendant gave you an MP3 player.

2   A.   He gave me an MP3.  I remember one day he was sitting on a

3   swing.  I came up to him and asked him for batteries for my

4   MP3.  He told me, "I will give the batteries for your MP3.  In

5   exchange, you will have to masturbate me."

6       I was upset.  I was mad.  Then he got upset at me.  He was

7   not treating me well.  He told me, "I'm going to send you home

8   so you can feel how your house is."

9   Q.   Jorel --

10  A.   Yes.

11  Q.   -- did you masturbate the Defendant in exchange for the

12  batteries?

13  A.   No.

14  Q.   You had said that, after the earthquake, you masturbated

15  the Defendant in exchange for moving back into the house.

16      Why did you masturbate the Defendant on that occasion?

17          MR. HOROWITZ:  Objection.  Asked and answered.

18          THE COURT:  Overruled.

19          THE WITNESS:  Because things were very hard for me at

20  home.  I could not eat.  When I went home, my situation got

21  worse because of my -- because my mother did not have the means

22  to support me.

23          So I resigned myself to do it.  I accepted it, what he

24  asked me to do, because my brothers and my sisters were living

25  in a very, very bad situation.  I did not have a choice.

1   BY MS. MEDETIS:

2   Q.   During the time that you lived at the Tabarre house with

3   the Defendant, where was your brother Josue living?

4   A.   My brother was at his house.

5   Q.   Was there ever a time while you were living at the Tabarre

6   house when your brother also lived there with you?

7   A.   No.

8   Q.   While lived with the Defendant, the entire time that you

9   lived with the Defendant, did the Defendant try to do other

10  sexual things with you other than masturbation?

11  A.   No.

12  Q.   Did the Defendant ask you to do other sexual things with

13  him other than masturbation?

14          MR. ADELSTEIN:  Objection.  Asked and answered.

15          THE COURT:  Overruled.

16          THE WITNESS:  He would tell me in Creole, "Come to my

17  room tonight."

18  BY MS. MEDETIS:

19  Q.   How often would the Defendant tell you to come to his room

20  tonight?

21  A.   Several times.  I did not keep count.  And I was not really

22  giving it such a high value.

23  Q.   How often did the Defendant --

24  A.   I do not remember how many times.

25  Q.   How many times he asked you?

1   A.   No.

2   Q.   How many times did the Defendant -- let me rephrase.

3        How often did the Defendant make you masturbate him while

4   you lived with him?

5   A.   Let's see.  He made me do it so I could come back to the

6   program.  He made me do it several times before.  But I do not

7   remember how many times or how often.

8             MS. MEDETIS:  Your Honor, permission to approach the

9   witness?

10            THE COURT:  You may.

11  BY MS. MEDETIS:

12  Q.   Jorel, I've handed you what's been previously admitted as

13  Government's Exhibit 32-D, as in "delta."  Could you please

14  take a look at it.

15       Is your name on Government's Exhibit 32-D?

16            MR. HOROWITZ:  Objection.  Leading.

17            THE COURT:  Overruled.

18            THE WITNESS:  I see my last name, Xxxxxxx.  However,

19  my first name is not spelled properly.  But that's the way he

20  spelled my first name.

21  BY MS. MEDETIS:

22  Q.   That's the way who spelled your first name?

23  A.   Mr. Bill Carter.

24  Q.   Can you tell the ladies and gentlemen of the jury how your

25  first name is spelled on Government's Exhibit 32-D.

1   A.   They spell it J-o-e-l.  My first name is spelled J-o-r-e-l.

2          MS. MEDETIS:  Permission to republish Government's

3   Exhibit 32-D, your Honor?

4          THE COURT:  You may.

5   BY MS. MEDETIS:

6   Q.   Jorel, on the screen before you I'm showing you

7   Government's Exhibit 32-D.

8          Can you please circle where your name appears.

9   A.   (Witness complies.)

10  Q.   Jorel, did the Defendant ever tell you why he paid for your

11  school?

12  A.   Yes.

13  Q.   What did he say?

14  A.   He told me -- one day we were having a meeting.  And he

15  said, if it was up to him, he would never pay school for us.

16  He said what he wanted to see for us is for us to be dressed in

17  green T-shirt and sweeping the streets.

18         He said the reason why he was paying our tuition and he

19  wanted us to work so we can pass our classes -- he said that he

20  wanted to show the sponsors that he was a doing a good job.

21  That's the reason why he was sending us to school.

22  Q.   Jorel, did the Defendant ever explain to you what he wanted

23  for your future?

24  A.   He said he would like to see me in a green shirt sweeping

25  the street.

```
 1              MS. MEDETIS:  Your Honor, the United States would
 2    tender this witness.
 3              THE COURT:  Cross-examination.
 4              MR. HOROWITZ:  Judge, this would be a convenient time
 5    to break for the day, with the Court's permission.
 6              THE COURT:  So we're going to break for the day.
 7              Do not discuss this case either amongst yourselves or
 8    with anyone else.  Have no contact whatsoever with anyone
 9    associated with the trial.
10              Do not read, listen or see anything touching on this
11    matter in any way, including anything in the media, anything on
12    the Internet or anything on any access device.
13              If anyone should try to talk to you about this case,
14    you should immediately instruct them to stop and report it to
15    my staff.
16              If you would, give your notebooks to the court
17    security officer.  I will see you tomorrow morning, 9:00.  Have
18    a nice evening.
19              (Whereupon, the jury exited the courtroom at 5:42 p.m.
20    and the following proceedings were had:)
21              THE COURT:  You may be seated for a moment.
22              Over the evening recess, you are not to discuss your
23    testimony with anyone or permit anyone to discuss it with you.
24    You can talk to the Government and government agents about your
25    schedule and your travel, but not about your testimony.  Okay?
```

 1   Nor anyone else.  Not any of the other boys or anybody else.

 2   Okay?

 3          THE WITNESS:  Okay.

 4          THE COURT:  See you tomorrow morning, 9:00.  You can

 5   go.

 6          (Witness excused.)

 7          THE COURT:  So the Government expects to rest

 8   tomorrow?

 9          MS. MEDETIS:  Yes, your Honor.

10          THE COURT:  And then you're ready with witnesses?

11          MR. ADELSTEIN:  Well, has the Court ruled on the

12   Rule 15?

13          THE COURT:  I have not given you a ruling yet.  My

14   inclination is that I'm going to deny the motion.  But I should

15   be able to give you a -- at least an oral ruling.

16          I'm probably not going to issue a written order until

17   after you present your defense.  But I can give you an oral

18   ruling probably tomorrow.

19          Do you have other witnesses other than the Rule 15

20   witnesses?

21          MR. ADELSTEIN:  We have -- we have just been informed

22   of another witness this morning, I think it was, that cannot

23   travel and we are going to be filing one more motion for a

24   Rule 15 witness who we've mentioned -- I think we've mentioned

25   in our proffer under seal.

1          We can tell the Government who it is because we're

2    going to have to give them notice anyway.  It's Kate Jensen.

3    She is an individual who was in law enforcement for at least

4    20 years.  At the time Morning Star was open, she was working

5    for the UN as a security officer.

6          I would proffer her testimony -- the Government has

7    interviewed her -- that she was at Morning Star on several

8    events and, because of her police background, she looked

9    carefully for signs of any type of abuse because she thought it

10   was rather unusual for it to be an all-boys orphanage, and that

11   made her very suspicious of this particular center.

12         In all of her visits and all of her contacts with the

13   children, she saw absolutely no signs of any type of improper

14   conduct, any signs of sexual abuse.  Quite to the contrary, she

15   found the children very happy, very well mannered and educated

16   and the center cared for the children quite well.

17         She was scheduled to be in this country next Wednesday

18   in all of our communications.  She has informed us this morning

19   that she was in rehab, she was scheduled to be out of rehab and

20   back in Haiti, working for the UN, and was going to have a

21   layover the 27th and we anticipated calling her next week.  I

22   think that was next Wednesday.

23         She informed us this morning when we realized that the

24   Government was getting close to resting to confirm her travel

25   plans -- she informed us that her -- what is it? -- her

 1    shoulder has not rehabbed.  She may have to go into surgery and

 2    she cannot travel at all.  She presently is residing in

 3    Copenhagen.

 4         We would be seeking a Rule 15 -- filing a Rule 15

 5    motion on Kate Jensen.

 6         THE COURT:  How about the other witnesses that you

 7    indicated?

 8         MR. ADELSTEIN:  We quite candidly did not anticipate

 9    so quickly the Government to be resting tomorrow.  We are

10    checking that.  And Mr. Hope has been checking on all of that

11    all day today.

12         THE COURT:  Okay.

13         MR. ADELSTEIN:  I will be able to report that probably

14    tomorrow morning.

15         MS. MEDETIS:  Your Honor, they've subpoenaed two --

16    actually, two and they've said that they're going to subpoena a

17    third of the victims who are here.  So there are witnesses here

18    available for them to use in their defense case, as they've

19    been subpoenaed.

20         THE COURT:  Okay.

21         MS. MEDETIS:  Again, they subpoenaed two and said they

22    were going to subpoena a third, Dominique Xxxxxx, but I've not

23    seen a subpoena for that person.

24         THE COURT:  So you can go forward with those

25    witnesses?

```
 1              MR. ADELSTEIN:  Can I answer that tomorrow morning?

 2              THE COURT:  Sure.

 3              MS. MEDETIS:  And, your Honor, we would object to the

 4    Rule 15 motion for deposition of --

 5              THE COURT:  They're going to have to file it in

 6    writing.

 7              MR. ADELSTEIN:  We are going to be --

 8              MR. HOROWITZ:  We're going to try to file it tonight.

 9              THE COURT:  It needs to have the written waiver.

10              MR. ADELSTEIN:  Yes.

11              THE COURT:  And I'll give you an opportunity to

12    respond to it.

13              MR. ADELSTEIN:  Yes, ma'am.

14              But I figured I would alert the Court of this because

15    we just learned of it a few hours ago.

16              THE COURT:  So you intend to close by the end of the

17    day tomorrow?

18              MS. MEDETIS:  No later than the end of the day, your

19    Honor.  I would -- that's very conservative to say the end of

20    the day.

21              I would suspect probably -- after Jorel, we have one

22    victim and then two law enforcement witnesses who will be on

23    very briefly.

24              So I don't want to be too aggressive in my estimate.

25    I would say possibly through lunch, maybe around 3:00, we would
```

 1    be finished.  But that would also depend on the length of

 2    cross-examination.

 3              THE COURT:  Right.

 4              So you're going to let me know tomorrow.

 5              MR. ADELSTEIN:  Yes, ma'am.

 6              THE COURT:  Mr. Adelstein, how are you going to

 7    proceed?  With other witnesses?

 8              MR. ADELSTEIN:  Yes, ma'am.

 9              THE COURT:  And you're going to file your motion --

10    this new motion for a Rule 15 deposition by tomorrow morning?

11              MR. HOROWITZ:  That's fine.

12              MR. ADELSTEIN:  Yes.

13              MS. MEDETIS:  Your Honor, I would also ask -- and I've

14    informed Mr. Horowitz of this -- that, if they intend to call

15    Mr. Xxxxx or Mr. Xxxxxxxx, the only two victims that they've

16    subpoenaed thus far, we'd ask for some advance notice.

17              These witnesses are here on a parole and require law

18    enforcement to be with them at all times.  So we would need to

19    have some notice to make arrangements to have them transported

20    to the Court.

21              So the sooner they advise us, the better we can make

22    sure we have resources to transport these two witnesses to the

23    Court for defense counsel.

24              THE COURT:  Okay.  Well, all of that you're going to

25    let me know tomorrow morning?

1          MR. HOROWITZ:  Yes, your Honor.

2          MS. MEDETIS:  Nothing further from the Government,

3     your Honor.

4          THE COURT:  Okay.  We're in recess until 9:00.  Have a

5     nice evening.

6          (Proceedings concluded.)

7

8                    C E R T I F I C A T E

9

10         I hereby certify that the foregoing is an accurate

11    transcription of the proceedings in the above-entitled matter.

12

13

14    _____        /s/Lisa Edwards
         DATE                LISA EDWARDS, RDR, CRR
15                           Official United States Court Reporter
                             400 North Miami Avenue, Twelfth Floor
16                           Miami, Florida 33128
                             (305) 523-5499
17

18

19

20

21

22

23

24

25

## $

**$10** [5] - 18:2, 18:17, 18:19, 27:15
**$20** [2] - 19:7, 27:15

## /

**/s/Lisa** [1] - 185:14

## 0

**04** [1] - 146:20
**0401** [2] - 147:11, 147:19
**09** [1] - 145:24

## 1

**1** [1] - 1:8
**10** [6] - 3:13, 19:7, 27:17, 29:9, 29:11, 103:24
**100** [1] - 27:17
**1001** [1] - 72:6
**103** [8] - 3:14, 139:13, 139:25, 140:4, 140:6, 140:7, 140:12, 140:15
**10:00** [1] - 104:12
**10:58** [1] - 46:7
**11** [2] - 144:14, 144:15
**11-20350** [5] - 4:4, 46:16, 81:16, 113:21, 168:16
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11-30** [1] - 71:2
**114** [1] - 3:7
**1164** [1] - 69:4
**1168** [1] - 69:8
**11:00** [1] - 104:12
**11:14** [1] - 47:3
**11:59** [1] - 68:3
**11th** [1] - 135:15
**127** [1] - 3:7
**12:16** [1] - 73:22
**12:30** [1] - 80:14
**13** [2] - 38:11, 123:8
**134** [1] - 3:8
**138** [1] - 3:13
**14** [32] - 16:11, 16:17, 33:9, 34:6, 34:24, 34:25, 42:13, 52:2, 52:4, 52:6, 52:8,

52:9, 52:14, 52:21, 53:3, 86:4, 86:11, 94:8, 94:18, 94:23, 94:25, 123:11, 123:12, 157:3, 157:4, 157:18, 161:22, 161:24, 165:17, 165:20, 166:2, 166:12
**140** [1] - 3:14
**1400** [1] - 1:18
**142** [1] - 3:14
**149** [1] - 3:15
**14th** [2] - 34:25, 35:11
**15** [13] - 25:18, 42:13, 94:23, 105:6, 122:22, 122:23, 180:12, 180:19, 180:24, 182:4, 183:4, 184:10
**152** [1] - 3:16
**154** [1] - 3:9
**15th** [2] - 147:12, 148:3
**16** [3] - 122:22, 122:23
**17** [3] - 20:11, 84:4, 145:11
**17th** [1] - 154:19
**18** [2] - 30:25, 51:8
**185** [1] - 1:8
**19** [6] - 1:5, 3:13, 10:15, 10:16, 11:1, 11:9
**1910** [1] - 1:24
**1992** [1] - 30:25
**1993** [1] - 69:8
**1997** [1] - 154:17
**1:30** [4] - 80:12, 80:15, 81:12
**1:50** [1] - 82:5

## 2

**2** [2] - 144:18, 144:22
**20** [7] - 22:15, 27:17, 29:10, 29:11, 31:2, 105:6, 181:4
**2001** [2] - 15:7, 16:15, 144:18, 144:22, 145:2, 156:22
**2002** [1] - 156:22
**2003** [2] - 143:17, 145:12
**2004** [6] - 111:1, 145:25, 146:12, 165:22, 166:11,

166:12
**2005** [12] - 33:4, 34:6, 34:15, 34:25, 35:11, 37:12, 42:11, 50:4, 54:18, 56:23, 56:25, 60:17
**2006** [19] - 5:14, 11:25, 23:11, 24:2, 24:9, 42:11, 43:12, 48:4, 48:9, 49:2, 50:4, 51:22, 52:15, 52:16, 53:15, 57:2, 60:17, 61:9, 146:21
**2007** [4] - 57:5, 61:9, 166:23, 167:4
**2008** [3] - 57:8, 166:23, 167:4
**2009** [19] - 51:2, 57:11, 57:14, 108:14, 108:15, 109:25, 111:21, 112:12, 112:15, 112:19, 122:21, 123:2, 123:7, 126:3, 147:12, 148:3, 148:13, 148:15
**2010** [3] - 57:14, 57:20, 57:22
**2011** [16] - 15:18, 16:14, 55:19, 56:1, 58:19, 59:4, 59:14, 60:4, 63:2, 63:7, 65:15, 65:24, 66:10, 66:13, 66:21, 67:6
**2012** [1] - 15:20
**2013** [2] - 1:5, 15:22
**20530** [1] - 1:19
**20th** [1] - 128:8
**21st** [5] - 16:14, 60:4, 63:7, 66:12, 71:1
**22** [1] - 37:12
**22nd** [4] - 65:15, 65:24, 66:10, 71:9
**23** [19] - 3:5, 5:19, 5:22, 14:17, 14:19, 48:12, 49:5, 51:10, 51:12, 51:25, 53:14, 53:16, 58:19, 122:20, 124:17, 143:17, 166:18, 166:20, 166:21
**27th** [4] - 145:24, 146:12, 146:21, 181:21
**2929** [1] - 1:21
**2:59** [1] - 113:11
**2nd** [1] - 145:1

## 3

**30** [1] - 3:6
**300563769** [1] - 143:9
**305** [2] - 2:3, 185:16
**30th** [4] - 66:21, 67:6, 143:17, 145:12
**31st** [1] - 84:2
**32-B** [2] - 106:14, 106:18
**32-D** [5] - 177:13, 177:15, 177:25, 178:3, 178:7
**32-G** [2] - 107:21, 107:24
**32-X** [2] - 172:23, 173:9
**33128** [2] - 2:3, 185:16
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**34** [2] - 135:13, 140:19
**36** [17] - 132:14, 140:19, 140:23, 142:16, 142:20, 144:5, 144:13, 144:16, 144:20, 145:15, 146:2, 146:17, 146:23, 147:8, 147:11, 147:21, 147:22
**3:00** [1] - 183:25
**3:13** [1] - 114:12

## 4

**4** [2] - 103:14, 156:24
**400** [2] - 2:2, 185:15
**410** [1] - 1:22
**4:54** [1] - 168:4

## 5

**5** [4] - 3:5, 86:15, 86:17, 156:24
**50** [6] - 27:18, 158:12, 158:16, 158:23, 158:25, 159:7
**523-5499** [2] - 2:3, 185:16
**54** [1] - 3:6
**55** [2] - 159:20, 159:22
**5:15** [1] - 169:5
**5:42** [1] - 179:19

**5:51** [1] - 1:6

## 6

**6** [5] - 86:15, 86:17, 105:15, 111:18, 115:1
**600** [1] - 1:18
**63-A** [2] - 36:16, 49:16
**65** [5] - 159:16, 159:22, 159:23, 160:3, 160:4

## 7

**7** [3] - 105:16, 111:18, 115:1
**701794597** [2] - 144:4, 144:9
**71** [2] - 173:25, 174:4
**74** [6] - 132:15, 141:1, 141:2, 142:16, 142:20, 143:20
**76** [1] - 3:6

## 8

**8** [4] - 101:6, 115:4, 143:14, 143:20
**80** [6] - 110:17, 169:17, 169:18, 169:21, 169:25
**801(d)(1** [1] - 69:17
**81** [4] - 45:17, 47:18, 51:15, 71:5
**82** [3] - 3:7, 48:17, 53:8
**88** [1] - 145:5
**88-A** [18] - 3:14, 132:18, 141:15, 141:22, 142:2, 142:6, 142:23, 143:1, 143:2, 143:7, 143:25, 144:11, 144:17, 144:23, 145:16, 145:19, 146:14, 147:7
**88-B** [8] - 3:14, 141:15, 141:22, 142:24, 143:1, 143:2, 143:11, 143:22
**89-A** [10] - 3:15, 132:20, 148:21, 149:8, 149:11, 149:12, 149:19, 152:3, 152:19, 152:22
**89-B** [2] - 149:22, 153:7
**89-C** [1] - 149:25

**89-D** [1] - 150:3
**89-E** [3] - 3:15, 149:13, 150:6
**89-F** [1] - 153:2
**89-G** [6] - 3:15, 148:23, 149:13, 150:8, 152:3, 152:23
**89-H** [1] - 150:11
**89-I** [1] - 150:14
**89-J** [1] - 150:17
**89-K** [1] - 150:20
**89-L** [1] - 150:23
**89-M** [1] - 151:1
**89-N** [3] - 3:15, 149:13, 151:4
**8th** [3] - 58:19, 59:4, 59:13

# 9

**9** [2] - 101:6, 111:18
**90-A** [10] - 3:16, 132:22, 151:11, 151:17, 152:1, 152:6, 152:9, 152:10, 152:14, 152:22
**90-B** [1] - 153:7
**90-E** [2] - 3:16, 152:11
**90-G** [8] - 3:16, 151:11, 151:18, 152:1, 152:6, 152:9, 152:11, 152:22
**90-N** [2] - 3:16, 152:11
**902(3** [2] - 131:9, 149:9
**9130** [1] - 1:24
**96-A** [9] - 132:12, 136:7, 136:13, 137:9, 137:10, 137:11, 137:12, 137:19, 138:1
**96-B** [10] - 3:13, 132:13, 136:24, 137:22, 137:25, 138:4, 138:6, 138:7, 138:13, 138:14
**97** [7] - 138:18, 138:22, 139:1, 139:2, 139:21, 139:23, 140:1
**99** [1] - 1:15
**992** [1] - 69:4
**9:00** [4] - 90:13, 179:17, 180:4, 185:4
**9:24** [1] - 1:6
**9:25** [1] - 5:2
**9:30** [1] - 104:12
**9:35** [1] - 10:3
**9:38** [1] - 11:3

# A

**A-u-c-o-i-n** [1] - 66:14
**a.m** [7] - 1:6, 5:2, 10:3, 11:3, 46:7, 47:3, 68:3
**able** [17] - 16:10, 16:16, 17:24, 41:11, 41:17, 41:21, 42:14, 42:19, 100:8, 124:23, 148:10, 160:11, 160:12, 161:16, 164:5, 180:15, 182:13
**above-entitled** [1] - 185:11
**absolutely** [1] - 181:13
**abuse** [23] - 23:12, 25:11, 37:24, 49:24, 56:22, 56:25, 57:3, 57:6, 57:9, 57:16, 64:18, 64:22, 65:1, 65:5, 66:4, 76:10, 76:23, 77:18, 110:5, 138:15, 140:16, 181:9, 181:14
**abusing** [2] - 24:11, 25:1
**accept** [4] - 28:9, 98:21, 171:4, 171:5
**accepted** [3] - 34:19, 81:3, 175:23
**access** [6] - 45:25, 67:21, 80:7, 113:5, 167:23, 179:12
**accurate** [5] - 137:25, 140:1, 142:19, 152:2, 185:10
**act** [2] - 121:13, 121:19
**activities** [1] - 40:7
**activity** [4] - 65:16, 70:13, 70:18, 71:10
**acts** [15] - 26:3, 90:16, 91:24, 92:8, 92:12, 93:18, 94:4, 101:8, 101:17, 103:3, 104:2, 105:10, 108:7, 121:20, 164:13
**actual** [1] - 71:7
**addition** [3] - 16:21, 20:2, 77:22
**additional** [2] - 49:19, 49:23
**Adelstein** [4] - 4:15, 46:21, 70:23, 72:23, 73:12, 73:25, 81:25, 114:3, 168:24, 184:6

**ADELSTEIN** [91] - 1:20, 1:21, 4:19, 33:15, 45:1, 45:4, 46:21, 52:22, 54:11, 54:13, 56:8, 58:6, 59:1, 59:12, 59:19, 61:7, 61:23, 62:2, 62:7, 62:12, 62:17, 62:22, 64:1, 64:7, 64:12, 64:15, 64:16, 64:21, 65:4, 65:8, 65:11, 65:13, 65:14, 65:22, 65:23, 66:3, 66:8, 68:17, 68:21, 68:25, 69:2, 69:9, 69:12, 69:15, 69:25, 70:4, 70:13, 70:19, 71:1, 71:4, 71:9, 71:16, 72:8, 72:13, 72:15, 72:18, 73:13, 74:1, 74:2, 75:18, 76:1, 76:7, 76:14, 79:10, 79:15, 101:13, 102:23, 104:24, 130:6, 133:6, 133:9, 133:12, 133:17, 153:14, 163:15, 164:1, 164:18, 168:23, 171:20, 176:14, 180:11, 180:21, 182:8, 182:13, 183:1, 183:7, 183:10, 183:13, 184:5, 184:8, 184:12
**admissibility** [2] - 130:15, 130:20
**admit** [10] - 130:23, 131:6, 131:9, 131:11, 132:5, 138:4, 140:4, 142:23, 149:8, 152:6
**admitted** [31] - 36:16, 45:17, 47:18, 48:17, 49:16, 51:15, 53:8, 106:14, 106:17, 107:21, 110:17, 131:2, 136:7, 136:12, 138:5, 138:18, 140:5, 140:19, 140:23, 140:25, 142:25, 149:10, 152:8, 158:12, 158:22, 159:16, 159:19, 169:16, 174:3, 177:12
**adults** [2] - 34:10, 160:25
**advance** [1] - 184:16
**advise** [1] - 184:21
**advising** [1] - 67:9
**afar** [1] - 32:5

**afraid** [3] - 24:14, 24:16, 24:17
**afternoon** [14] - 81:19, 81:24, 82:17, 82:18, 113:24, 114:2, 114:22, 114:23, 134:10, 134:11, 154:5, 154:6, 168:17, 168:20
**afterwards** [1] - 40:3
**age** [3] - 25:3, 25:10, 111:18
**agent** [12] - 63:15, 63:16, 63:19, 63:20, 68:10, 68:19, 69:23, 69:25, 70:2, 70:6, 72:4, 72:7
**Agent** [2] - 66:9, 66:13
**agent's** [1] - 70:9
**Agents** [2] - 4:11, 81:22
**agents** [17] - 16:9, 16:14, 16:15, 55:15, 55:22, 60:5, 63:7, 63:13, 64:2, 64:8, 64:25, 65:24, 66:11, 126:9, 127:1, 179:24
**agents...** [1] - 68:14
**aggressive** [1] - 183:24
**ago** [5] - 50:16, 55:13, 64:23, 119:7, 183:15
**agreed** [1] - 103:2
**ahead** [3] - 83:20, 92:11, 108:23
**air** [6] - 13:8, 13:14, 13:15, 14:17, 14:22, 15:2
**Airport** [5] - 143:18, 144:22, 145:13, 146:1, 146:22
**airport** [1] - 147:12
**alcohol** [4] - 38:14, 38:17, 88:16, 171:16
**alert** [1] - 183:14
**alive** [2] - 31:12, 84:13
**all-boys** [1] - 181:10
**alleged** [6] - 56:22, 56:25, 57:3, 57:8, 57:16, 65:1
**allegedly** [3] - 55:11, 60:8, 76:11
**allow** [3] - 20:5, 43:5, 147:4
**allowance** [1] - 21:15
**allowed** [2] - 59:21, 60:1

**almost** [4] - 17:21, 21:25, 105:18
**alone** [3] - 92:13, 92:20, 112:18
**Alpha** [1] - 132:22
**AMERICA** [1] - 1:4
**America** [5] - 4:3, 46:15, 81:15, 113:20, 168:15
**American** [1] - 27:25
**amount** [3] - 27:19, 28:23, 108:24
**Andresol** [1] - 126:17
**Andrew** [8] - 4:4, 46:16, 81:16, 85:23, 113:21, 144:3, 144:7, 168:16
**ANDREW** [1] - 1:7
**angel** [1] - 97:7
**answer** [8] - 12:3, 22:23, 77:6, 83:17, 102:13, 109:7, 129:9, 183:1
**answered** [21] - 5:23, 15:3, 20:21, 21:4, 23:1, 24:12, 25:7, 26:15, 26:22, 50:9, 58:3, 61:21, 63:22, 75:16, 78:17, 117:12, 125:22, 128:18, 167:15, 175:17, 176:14
**answers** [5] - 6:24, 73:8, 73:9, 83:13, 84:15
**anticipate** [2] - 114:7, 182:8
**anticipated** [2] - 130:14, 181:21
**anyway** [3] - 35:2, 39:19, 181:2
**anyways** [1] - 121:1
**apologize** [4] - 79:7, 123:12, 124:2, 159:23
**appear** [3] - 144:24, 145:2, 147:8
**appearance** [1] - 72:25
**APPEARANCES** [1] - 1:13
**appearances** [5] - 4:6, 46:17, 81:17, 113:22, 168:18
**appearing** [1] - 144:12
**appoint** [1] - 26:20
**approach** [18] - 7:12, 10:9, 10:18, 130:6, 133:5, 133:7, 133:8,

136:20, 139:8, 141:11, 141:23, 148:7, 148:16, 151:13, 158:18, 169:12, 172:18, 177:8
**approached** [1] - 33:12
**April** [1] - 30:25
**Arabic** [1] - 130:13
**area** [11] - 8:1, 8:6, 20:8, 35:24, 38:24, 39:1, 68:13, 72:17, 73:12, 73:25, 108:10
**areas** [2] - 7:17, 72:14
**argumentative** [6] - 14:1, 18:20, 18:25, 19:24, 22:25, 58:22
**arm** [1] - 41:14
**arms** [2] - 98:23, 98:24
**arrangements** [1] - 184:19
**arrested** [5] - 51:11, 56:2, 56:5, 127:2, 164:17
**arrived** [4] - 55:25, 58:18, 59:2, 59:13
**aside** [2] - 93:16, 94:3
**aspects** [3] - 137:12, 139:4, 139:6
**assignments** [1] - 98:10
**assistance** [3] - 8:25, 10:6, 161:19
**ASSISTANT** [1] - 1:15
**assisting** [1] - 28:11
**associated** [7] - 9:22, 45:22, 67:18, 80:4, 113:2, 167:20, 179:9
**ate** [1] - 77:11
**attempt** [1] - 162:1
**attempted** [1] - 161:24
**attempting** [2] - 70:8, 72:25
**attend** [3] - 36:10, 74:3, 87:22
**attended** [2] - 74:15, 75:3
**attending** [1] - 87:23
**attention** [26] - 11:12, 37:16, 54:2, 107:3, 124:9, 136:10, 138:12, 138:21, 140:11, 143:6, 143:10, 143:24,

144:15, 145:4, 145:18, 146:13, 147:6, 147:14, 149:19, 149:22, 149:25, 150:3, 150:6, 150:8, 150:11, 164:9
**ATTORNEY** [1] - 1:15
**attorney** [1] - 10:7
**au** [10] - 31:8, 44:18, 83:8, 83:22, 143:19, 144:21, 145:13, 146:1, 146:22, 147:13
**Aucoin** [3] - 66:10, 66:14
**AUCOIN** [1] - 66:10
**August** [2] - 37:12, 112:12
**aunt** [7] - 15:11, 16:9, 16:10, 16:15, 16:18, 16:19, 16:20
**available** [1] - 182:18
**Avenue** [4] - 1:18, 1:21, 2:2, 185:15
**awake** [1] - 102:16
**aware** [2] - 25:4, 61:2

## B

**B-u-r-n-e-m** [1] - 66:14
**background** [1] - 181:8
**bad** [7] - 26:3, 37:22, 95:20, 97:10, 110:12, 127:8, 175:25
**bag** [2] - 19:7, 19:10
**balls** [4] - 99:20, 100:10, 100:13, 121:21
**bar** [2] - 7:15, 130:10
**barely** [1] - 29:6
**based** [3] - 7:22, 11:20, 132:5
**basis** [1] - 17:16
**basketball** [1] - 92:19
**bathroom** [15] - 40:25, 41:5, 41:7, 99:11, 99:12, 99:14, 100:4, 101:8, 101:10, 103:17, 103:20, 128:11, 162:12
**batteries** [3] - 175:3, 175:4, 175:12
**beat** [2] - 37:25, 109:7
**became** [2] - 21:9, 135:20

**become** [2] - 25:17, 96:3
**bed** [10] - 40:24, 41:1, 41:11, 41:13, 89:5, 104:12, 104:13, 122:16, 163:12, 163:25
**bedroom** [24] - 39:5, 40:13, 41:8, 44:12, 88:20, 88:22, 93:1, 93:3, 98:12, 99:7, 103:17, 104:9, 104:17, 104:18, 104:23, 108:1, 108:2, 108:4, 128:11, 128:12, 162:13, 163:12, 171:11, 174:12
**beds** [2] - 41:6, 104:19
**beer** [2] - 109:3, 109:4
**BEFORE** [1] - 1:10
**begin** [1] - 4:23
**beginning** [4] - 73:6, 99:3, 99:6, 112:6
**behalf** [10] - 4:9, 4:15, 46:22, 81:4, 81:20, 81:25, 113:25, 114:3, 168:21, 168:24
**behave** [1] - 119:16
**behavior** [2] - 86:23, 111:25
**behind** [2] - 106:4, 162:4
**belongings** [1] - 60:2
**best** [7] - 18:11, 43:3, 77:23, 78:5, 78:7, 78:16, 111:25
**better** [8] - 51:19, 55:8, 58:20, 76:20, 148:5, 158:10, 160:10, 184:21
**between** [5] - 27:15, 39:22, 90:16, 91:25, 144:18
**beyond** [2] - 79:10, 127:24
**Bible** [1] - 64:3
**big** [4] - 35:21, 86:7, 96:7, 106:25
**Bill** [72] - 6:2, 6:9, 11:25, 13:8, 16:16, 16:22, 17:6, 18:14, 19:17, 20:2, 21:1, 21:12, 21:21, 22:10, 22:18, 22:21, 22:23, 32:12, 32:24, 33:3, 34:1, 34:21, 36:14, 37:20, 38:4, 54:18,

54:22, 56:9, 56:17, 56:20, 63:13, 63:20, 64:2, 64:17, 67:9, 77:15, 79:21, 84:24, 85:7, 87:1, 93:8, 97:18, 105:22, 108:3, 108:19, 109:6, 116:2, 116:5, 116:7, 116:9, 116:10, 117:15, 118:19, 119:17, 119:24, 120:5, 120:20, 122:8, 127:1, 156:7, 156:20, 157:14, 161:21, 162:8, 163:10, 163:11, 170:20, 173:4, 174:13, 174:17, 174:20, 177:23
**Bill's** [1] - 174:12
**BIM** [2] - 126:10, 126:12
**birth** [24] - 131:6, 131:11, 132:9, 132:21, 149:4, 149:17, 149:20, 149:23, 150:1, 150:4, 150:9, 150:12, 150:14, 150:17, 150:20, 150:23, 151:2, 151:4, 151:8, 152:15, 153:6, 154:18
**bit** [5] - 31:9, 51:19, 84:11, 160:8, 169:3
**bitch** [1] - 95:23
**blanks** [1] - 137:14
**body** [2] - 41:14, 50:15
**Bon** [1] - 60:13
**BONNIE** [1] - 1:17
**Bonnie** [5] - 4:9, 46:20, 81:20, 113:25, 168:21
**born** [6] - 30:24, 83:9, 83:23, 84:1, 154:16, 154:20
**bottle** [4] - 88:16, 172:2, 173:2, 173:5
**bottles** [2] - 162:14, 173:16, 173:18, 173:21, 174:8, 174:10, 174:13
**bottom** [7] - 37:16, 54:2, 104:19, 104:20, 143:6, 143:25, 146:8
**Boulevard** [1] - 1:24
**bowl** [1] - 99:20
**boy** [2] - 54:3, 65:16, 70:18, 71:10, 104:13, 104:15,

105:15, 105:16, 105:18, 105:19, 105:21, 105:24, 125:11, 125:14, 125:21, 142:24, 161:4
**Boy** [1] - 103:8
**boy-on-boy** [3] - 65:16, 70:18, 71:10
**boys** [66] - 27:7, 28:11, 33:19, 34:9, 34:10, 52:3, 53:14, 53:17, 54:22, 56:18, 58:10, 59:23, 61:11, 63:4, 67:10, 71:17, 86:22, 87:2, 87:3, 87:4, 92:19, 97:23, 104:2, 104:4, 104:7, 104:21, 104:23, 105:3, 105:5, 105:10, 105:12, 106:7, 108:9, 108:11, 111:3, 111:5, 111:7, 111:16, 111:18, 116:15, 117:1, 117:4, 117:7, 118:24, 119:1, 119:25, 120:5, 121:2, 122:8, 124:1, 124:4, 124:8, 124:13, 124:15, 124:23, 128:20, 160:23, 160:24, 161:7, 162:5, 170:14, 170:16, 171:13, 171:15, 180:1, 181:10
**boys'** [1] - 104:8
**bracketed** [1] - 107:15
**brackets** [4] - 145:12, 145:25, 146:21, 147:12
**break** [11] - 45:18, 46:9, 67:13, 80:1, 112:11, 112:17, 112:24, 167:17, 168:7, 179:5, 179:6
**briefly** [2] - 130:6, 183:23
**bright** [1] - 109:21
**bring** [13] - 4:22, 39:10, 47:1, 73:20, 82:3, 114:9, 114:10, 162:15, 162:18, 162:25, 164:15, 169:2, 169:6
**broke** [3] - 13:12, 123:16, 170:4
**broken** [1] - 128:3
**bronchial** [3] - 17:1, 20:13, 20:19
**brother** [10] - 18:10,

31:20, 157:19,
157:25, 159:14,
160:18, 166:3, 176:3,
176:4, 176:6
 **brother's** [1] -
157:20
 **brothers** [12] - 18:3,
18:5, 31:17, 84:22,
84:23, 155:9, 155:11,
155:12, 155:13,
155:15, 175:24
 **brought** [5] - 72:5,
86:16, 88:4, 96:19,
157:23
 **bunch** [1] - 111:6
 **bunk** [1] - 104:19
 **Burnem** [1] - 66:13
 **butt** [1] - 99:19
 **buttocks** [1] - 100:3
 **buy** [9] - 27:19,
29:11, 36:8, 96:16,
96:21, 109:9, 117:22,
129:5, 129:10
 **BY** [177] - 2:1, 5:12,
6:1, 6:8, 6:18, 7:4,
11:7, 11:23, 12:16,
13:6, 14:4, 14:16,
15:1, 15:6, 16:4, 17:4,
17:10, 18:22, 19:3,
19:15, 19:21, 20:1,
20:18, 20:24, 21:5,
23:7, 23:20, 24:7,
24:15, 24:23, 25:9,
25:14, 26:18, 27:1,
27:23, 28:15, 28:22,
29:8, 29:15, 30:10,
30:23, 32:11, 32:22,
33:2, 33:17, 36:18,
41:24, 45:2, 45:7,
47:20, 48:8, 48:19,
49:18, 50:12, 50:20,
54:13, 56:8, 58:6,
59:1, 59:12, 59:19,
61:7, 61:23, 62:2,
62:7, 62:12, 62:17,
62:22, 64:1, 64:7,
64:16, 64:21, 65:4,
65:8, 65:14, 65:23,
66:3, 66:8, 74:2,
75:18, 76:1, 76:7,
76:18, 77:13, 78:1,
78:14, 78:23, 79:6,
79:12, 79:19, 82:16,
83:21, 85:10, 85:22,
90:2, 92:6, 93:15,
93:22, 94:2, 94:21,
95:12, 96:4, 101:15,
102:6, 103:1, 105:2,
106:16, 107:23,

110:19, 111:15,
114:21, 115:9,
115:17, 116:22,
117:6, 117:14,
117:21, 119:23,
120:4, 120:9, 122:6,
122:14, 123:21,
124:12, 125:4,
125:20, 126:1,
127:12, 128:1, 129:1,
129:12, 129:17,
134:9, 136:9, 136:22,
138:11, 138:20,
139:11, 140:10,
140:21, 141:13,
141:20, 142:1, 143:5,
148:9, 148:18,
149:18, 151:15,
152:13, 153:5, 154:4,
156:6, 156:18,
157:12, 158:14,
158:21, 159:9,
159:18, 160:1,
163:17, 164:4,
164:21, 165:8,
169:15, 169:23,
171:22, 172:21,
173:12, 174:2, 176:1,
176:18, 177:11,
177:21, 178:5

**C**

 **calculate** [1] - 27:14
 **Camille** [1] - 20:12
 **candidly** [1] - 182:8
 **cannot** [8] - 42:10,
58:15, 125:11,
125:24, 148:3,
158:17, 180:22, 182:2
 **capture** [1] - 89:22
 **car** [6] - 33:7, 44:21,
44:23, 44:24, 45:3,
45:10
 **care** [5] - 58:10,
58:13, 87:13, 87:18
 **cared** [1] - 181:16
 **career** [2] - 135:20,
136:5
 **carefully** [1] - 181:9
 **CARLOS** [1] - 82:10
 **Carlos** [57] - 3:7,
82:9, 82:13, 82:17,
82:19, 83:7, 83:11,
83:22, 84:3, 84:15,
84:22, 84:24, 85:11,
88:8, 90:12, 91:3,
93:6, 94:7, 95:16,
95:22, 96:8, 97:8,
98:14, 100:4, 100:7,

100:15, 100:16,
100:23, 101:4,
101:16, 102:7,
102:21, 103:22,
103:25, 106:1,
106:17, 107:18,
107:24, 108:4, 108:6,
108:12, 109:25,
110:4, 110:20,
110:23, 111:3,
111:21, 112:4,
114:22, 114:24,
116:10, 122:7,
127:13, 127:19,
129:13, 149:21,
152:15
 **carry** [3] - 116:17,
116:23, 121:2
 **carrying** [1] - 120:25
 **Carter** [40] - 4:4,
4:16, 16:10, 16:15,
31:24, 32:12, 34:1,
36:14, 37:8, 37:20,
38:4, 46:16, 46:22,
71:17, 77:15, 79:21,
81:16, 82:1, 84:24,
85:8, 85:11, 85:20,
85:23, 113:21, 114:4,
116:7, 132:19, 144:3,
144:7, 145:20,
155:21, 156:7,
157:14, 168:16,
168:25, 170:20,
173:4, 174:17, 177:23
 **CARTER** [1] - 1:7
 **case** [21] - 9:20,
9:24, 15:14, 45:20,
46:1, 67:15, 67:16,
67:22, 69:5, 73:6,
80:2, 80:8, 80:20,
112:25, 113:6,
130:16, 167:18,
167:24, 179:7,
179:13, 182:18
 **Case** [5] - 4:4, 46:16,
81:16, 113:21, 168:16
 **CASE** [1] - 1:2
 **cat** [1] - 145:14
 **catch** [1] - 112:17
 **category** [1] - 131:5
 **caused** [1] - 26:2
 **ceiling** [1] - 13:19
 **center** [55] - 16:11,
20:5, 36:10, 50:22,
51:23, 52:4, 52:6,
54:5, 54:24, 55:22,
56:12, 56:13, 56:19,
56:23, 57:2, 57:5,
57:11, 57:18, 57:20,
59:4, 59:7, 59:13,

59:14, 59:15, 59:18,
63:8, 87:9, 87:11,
90:25, 91:5, 91:8,
91:21, 92:7, 108:11,
108:17, 109:23,
109:25, 110:1, 110:4,
111:21, 112:4,
112:12, 128:5,
160:10, 160:11,
161:4, 161:9, 166:15,
166:16, 166:20,
167:3, 167:13,
181:11, 181:16
 **Center** [55] - 16:17,
16:22, 21:6, 22:20,
48:3, 48:11, 48:13,
49:7, 54:14, 55:4,
55:7, 55:13, 55:19,
56:1, 56:10, 56:16,
57:23, 58:7, 58:12,
58:19, 59:3, 60:8,
61:16, 62:9, 62:19,
62:23, 63:1, 65:9,
66:5, 74:10, 75:8,
76:11, 88:4, 88:8,
98:3, 98:15, 108:13,
112:20, 114:24,
123:1, 123:8, 124:16,
124:25, 125:5, 126:2,
126:4, 157:16,
157:18, 160:9,
160:14, 161:12,
161:22, 166:12,
166:13, 170:5
 **certain** [4] - 63:17,
130:15, 130:21,
142:19
 **certainly** [2] - 68:23,
153:19
 **certificate** [15] -
149:20, 149:23,
150:1, 150:4, 150:9,
150:12, 150:14,
150:17, 150:20,
150:23, 151:2, 151:5,
152:15, 153:7
 **certificates** [8] -
131:6, 131:11, 132:9,
132:21, 149:4,
149:17, 151:8, 151:9
 **certification** [2] -
136:1, 136:2
 **certifications** [4] -
135:22, 135:25,
136:3, 136:4
 **certified** [5] - 131:6,
131:8, 132:21, 151:1,
151:8
 **certify** [1] - 185:10
 **chairs** [5] - 46:4,

67:25, 80:11, 113:9,
168:2
 **chance** [1] - 161:25
 **change** [4] - 36:8,
95:15, 95:17, 135:4
 **changed** [2] - 98:7,
98:8
 **characterization** [1]
- 71:24
 **charge** [7] - 17:6,
22:1, 53:6, 56:16,
119:2, 119:25, 120:6
 **charged** [2] - 72:4,
118:13
 **charges** [1] - 72:5
 **check** [1] - 73:18
 **checking** [2] -
182:10
 **chiefs** [1] - 118:24
 **child** [1] - 105:16
 **children** [9] - 18:7,
34:10, 106:11, 111:9,
160:25, 162:3,
181:13, 181:15,
181:16
 **Chile** [1] - 20:10
 **chips** [2] - 117:23,
118:1
 **chocolate** [3] -
111:8, 124:5, 124:14
 **chocolates** [1] -
111:6
 **choice** [1] - 175:25
 **chore** [2] - 99:6,
128:10
 **chores** [7] - 16:21,
17:5, 17:11, 27:5,
98:10, 161:8, 161:10
 **circle** [13] - 37:2,
48:1, 48:24, 143:21,
144:16, 145:15,
146:3, 146:8, 147:3,
147:25, 159:10,
169:25, 178:8
 **circled** [5] - 107:13,
144:20, 146:11,
147:20, 148:11
 **Circuit** [2] - 69:5,
135:15
 **circumvent** [1] - 7:25
 **Cite** [7] - 31:6, 31:7,
31:12, 35:22, 35:24,
54:15, 54:16
 **citing** [1] - 69:2
 **city** [1] - 135:16
 **clarify** [5] - 55:18,
58:9, 173:20
 **class** [5] - 60:22,
61:3, 61:8, 62:3,
62:14

**classes** [1] - 178:19
**classroom** [1] - 7:21
**clean** [3] - 99:7, 128:10, 128:12
**cleaning** [2] - 17:12, 58:11
**clear** [1] - 8:4
**clearly** [1] - 146:5
**Clercine** [1] - 109:1
**clinic** [20] - 20:4, 20:6, 52:8, 52:9, 52:13, 58:7, 58:13, 105:13, 105:15, 106:6, 106:8, 107:11, 111:4, 111:5, 111:17, 123:22, 123:23, 124:9, 125:21
**close** [5] - 62:23, 109:17, 111:19, 181:24, 183:16
**closed** [5] - 55:19, 55:21, 55:22, 55:24, 63:8
**closer** [3] - 163:3, 163:4, 171:25
**clothes** [10] - 35:8, 35:9, 35:25, 99:10, 102:4, 103:16, 103:20, 109:13, 118:7, 129:10
**clothing** [4] - 32:4, 32:17, 89:1
**coffee** [2] - 16:23, 16:25
**Coke** [1] - 109:15
**Colombian** [1] - 20:7
**Colombians** [1] - 20:9
**combination** [2] - 137:11, 139:2
**comfortable** [1] - 72:2
**coming** [9] - 35:22, 43:7, 44:16, 100:25, 101:2, 102:12, 102:14, 106:7, 132:3
**commit** [1] - 93:17
**committed** [1] - 110:5
**communications** [1] - 181:18
**company** [1] - 134:18
**compared** [1] - 161:1
**complain** [6] - 19:8, 19:10, 19:16, 28:4, 28:5, 78:4
**complaint** [2] - 24:4, 24:17
**complete** [1] -

161:25
**completely** [2] - 95:15, 95:17
**complied** [1] - 96:11
**complies** [7] - 12:15, 48:2, 49:1, 145:17, 148:1, 159:12, 178:9
**comply** [4] - 21:20, 127:17, 128:9, 128:16
**compound** [4] - 14:14, 14:24, 16:1, 115:13
**computer** [1] - 156:13
**concerned** [1] - 75:12
**concerning** [1] - 137:14
**concluded** [1] - 185:6
**condition** [3] - 20:13, 20:19, 91:19
**conditions** [1] - 20:16
**conduct** [1] - 181:14
**conducting** [1] - 59:22
**confirm** [1] - 181:24
**connected** [1] - 126:13
**consequences** [2] - 24:19, 24:20
**conservative** [1] - 183:19
**consider** [4] - 68:23, 72:21, 73:2, 73:9
**consisted** [1] - 135:2
**consistently** [1] - 72:22
**contact** [8] - 9:21, 45:21, 67:17, 80:3, 113:1, 127:1, 167:19, 179:8
**contacts** [1] - 181:12
**contained** [1] - 7:1
**contents** [2] - 138:1, 140:1
**continue** [2] - 81:5, 172:8
**continued** [3] - 40:7, 72:23, 172:9
**CONTINUED** [1] - 5:11
**contrary** [1] - 181:14
**contribute** [1] - 118:16
**convenient** [1] - 179:4
**conversation** [5] - 6:7, 6:12, 8:9, 33:13,

171:7
**cook** [1] - 17:14
**cooked** [1] - 77:8
**cool** [3] - 86:22, 87:2, 96:13
**Copenhagen** [1] - 182:3
**cops** [1] - 58:20
**copy** [3] - 6:13, 136:24, 139:14
**cord** [1] - 173:16
**corner** [2] - 11:19, 146:9
**correct** [56] - 14:13, 14:23, 15:25, 17:1, 17:17, 18:4, 18:15, 18:19, 18:24, 19:5, 22:6, 22:24, 54:15, 54:20, 55:5, 55:15, 55:20, 55:22, 56:5, 56:14, 56:15, 56:20, 57:20, 58:14, 59:24, 60:5, 60:9, 61:16, 61:20, 63:2, 63:8, 64:23, 69:14, 75:1, 75:8, 76:12, 116:12, 116:13, 117:10, 117:17, 118:2, 118:7, 118:9, 118:20, 118:23, 120:15, 121:14, 123:8, 124:9, 125:6, 127:6, 137:17, 146:10, 146:18, 153:8, 153:9
**correctly** [2] - 55:9, 155:17
**correspond** [2] - 152:18, 153:7
**corresponding** [1] - 152:23
**counsel** [14] - 4:6, 12:11, 41:22, 41:23, 46:17, 81:17, 113:22, 136:25, 139:14, 141:17, 141:21, 148:19, 168:18, 184:23
**counsels'** [2] - 4:11, 81:22
**count** [2] - 112:14, 176:21
**country** [5] - 24:9, 84:7, 149:5, 154:22, 181:17
**couple** [2] - 9:13, 15:24
**COURT** [310] - 1:1, 4:1, 4:3, 4:13, 4:18, 4:20, 5:3, 5:6, 5:24, 6:6, 6:17, 7:2, 7:13,

7:16, 7:20, 8:7, 8:16, 8:19, 9:5, 9:11, 9:15, 9:18, 10:5, 10:11, 10:20, 11:4, 11:22, 12:10, 12:14, 13:4, 14:2, 14:15, 14:25, 15:5, 16:2, 17:3, 17:9, 18:21, 19:1, 19:14, 19:20, 19:25, 20:17, 20:22, 21:4, 23:1, 23:3, 23:5, 23:16, 24:6, 24:13, 24:22, 25:8, 25:13, 26:16, 26:23, 27:22, 28:7, 28:21, 29:2, 29:14, 29:19, 29:24, 30:1, 30:5, 30:8, 30:20, 32:10, 32:21, 32:25, 33:16, 36:17, 45:5, 45:18, 45:20, 46:8, 46:12, 46:15, 46:23, 47:1, 47:4, 47:7, 47:9, 47:13, 47:19, 48:6, 48:18, 49:17, 50:10, 50:19, 51:16, 52:23, 53:9, 54:10, 56:7, 58:4, 58:23, 59:10, 59:17, 61:5, 61:22, 62:1, 62:6, 62:11, 62:16, 62:21, 63:24, 64:6, 64:13, 64:20, 65:3, 65:10, 65:12, 65:21, 66:1, 66:7, 67:12, 67:14, 68:4, 68:9, 68:18, 68:22, 69:1, 69:11, 69:13, 69:16, 70:3, 70:11, 70:16, 70:20, 70:25, 71:6, 71:13, 71:21, 72:2, 72:9, 72:14, 72:16, 72:19, 73:10, 73:16, 73:19, 73:20, 73:23, 75:17, 75:24, 76:5, 76:16, 77:5, 77:20, 78:13, 78:18, 79:5, 79:11, 79:16, 79:25, 80:15, 80:21, 81:6, 81:10, 81:12, 81:15, 82:2, 82:6, 82:14, 83:11, 83:15, 83:20, 85:9, 85:21, 90:1, 92:4, 93:20, 93:25, 94:20, 95:11, 101:14, 102:2, 102:24, 104:25, 106:10, 106:15, 107:22, 110:18, 111:12, 112:24, 113:13, 113:20, 114:5, 114:9, 114:13, 114:16, 114:19,

115:6, 115:8, 115:15, 116:20, 117:5, 117:13, 117:19, 119:22, 120:3, 120:8, 122:4, 122:11, 123:20, 124:11, 125:3, 125:17, 125:23, 127:10, 127:25, 128:19, 129:8, 129:15, 129:20, 129:25, 130:2, 130:8, 131:13, 131:24, 132:2, 132:7, 132:24, 133:2, 133:4, 133:11, 133:15, 133:21, 133:24, 134:2, 134:7, 136:8, 136:21, 138:5, 138:10, 138:19, 139:10, 140:5, 140:9, 140:20, 141:12, 141:19, 141:25, 142:25, 143:4, 148:8, 148:17, 149:10, 149:15, 151:14, 152:8, 152:12, 153:1, 153:4, 153:15, 153:18, 153:22, 154:2, 156:5, 156:17, 157:10, 158:13, 158:19, 159:8, 159:17, 159:22, 163:16, 164:2, 164:19, 165:6, 167:16, 168:6, 168:11, 168:15, 169:2, 169:6, 169:9, 169:14, 169:22, 171:21, 172:20, 173:10, 174:1, 175:18, 176:15, 177:10, 177:17, 178:4, 179:3, 179:6, 179:21, 180:4, 180:7, 180:10, 180:13, 182:6, 182:12, 182:20, 182:24, 183:2, 183:5, 183:9, 183:11, 183:16, 184:3, 184:6, 184:9, 184:24, 185:4
**Court** [15] - 2:1, 4:16, 6:16, 72:20, 73:2, 82:1, 114:4, 125:15, 134:20, 135:15, 180:11, 183:14, 184:20, 184:23, 185:15
**court** [10] - 9:17, 62:5, 64:10, 89:22, 133:20, 134:22,

6

135:3, 135:14, 136:5,
179:16
  **Court's** [5] - 11:20,
72:23, 73:8, 136:1,
179:5
  **courtroom** [23] - 5:1,
10:3, 11:2, 32:1,
32:14, 46:6, 47:2,
47:12, 68:2, 73:21,
80:13, 82:4, 85:1,
85:13, 113:11,
114:11, 133:23,
155:23, 156:9, 168:4,
169:4, 169:7, 179:19
  **COURTROOM** [1] -
82:11
  **Courts** [1] - 135:11
  **courts** [1] - 135:13
  **cousin** [1] - 84:10
  **cover** [1] - 141:1
  **Creole** [34] - 7:8,
7:10, 9:2, 9:10, 11:16,
44:2, 44:4, 82:24,
83:3, 83:6, 83:16,
83:17, 84:16, 130:19,
130:23, 131:22,
131:24, 132:12,
135:5, 135:10,
135:20, 137:11,
137:20, 139:3, 139:6,
139:7, 154:11,
154:13, 154:15,
162:16, 170:12,
172:10, 176:16
  **crime** [2] - 70:2,
138:15, 140:16
  **criminal** [1] - 72:5
  **cross** [23] - 23:10,
25:15, 25:23, 27:8,
28:2, 28:16, 54:10,
69:19, 76:19, 114:19,
127:13, 127:19,
128:2, 179:3, 184:2
  **CROSS** [3] - 5:11,
54:12, 114:20
  **Cross** [1] - 3:3
  **cross-examination**
[15] - 23:10, 25:15,
25:23, 27:8, 28:2,
28:16, 54:10, 69:19,
76:19, 114:19,
127:13, 127:19,
128:2, 179:3, 184:2
  **CROSS-**
**EXAMINATION** [3] -
5:11, 54:12, 114:20
  **CRR** [2] - 2:1, 185:14
  **crying** [2] - 101:11
  **CT** [6] - 143:18,
145:12, 145:25,

146:20, 147:11,
147:21
  **cup** [3] - 16:25, 95:8
  **curative** [3] - 72:21,
73:3, 73:4
  **curse** [1] - 95:20
  **cursed** [1] - 95:22
  **cursing** [1] - 38:2
  **custody** [1] - 37:8

# D

  **dad** [2] - 31:11,
87:17
  **Dadeland** [1] - 1:24
  **daily** [2] - 17:6, 17:16
  **data** [2] - 137:15
  **DATE** [1] - 185:14
  **date** [14] - 35:12,
37:11, 38:7, 42:10,
42:13, 50:4, 55:23,
57:24, 67:7, 67:8,
143:15, 146:11,
148:2, 165:21
  **dates** [7] - 45:12,
45:13, 66:16, 66:17,
66:18, 74:13
  **days** [2] - 92:11, 99:5
  **DC** [1] - 1:19
  **deceased** [2] -
84:13, 84:19
  **December** [9] -
108:16, 109:3,
109:11, 109:25,
111:21, 112:6, 126:2,
128:8
  **decided** [4] - 35:17,
55:4, 78:22, 128:15
  **declarant** [1] - 69:17
  **declarant's** [1] -
69:20
  **DEFENDANT** [1] -
1:20
  **defendant** [1] - 1:8
  **Defendant** [209] -
20:15, 23:23, 23:24,
24:8, 24:10, 24:24,
25:1, 25:25, 26:1,
26:6, 26:11, 26:19,
26:20, 27:2, 27:9,
27:10, 27:13, 27:16,
27:20, 28:3, 28:5,
28:17, 28:24, 29:9,
32:9, 32:20, 32:23,
33:5, 33:10, 33:11,
33:23, 34:2, 34:5,
34:7, 38:5, 38:10,
38:13, 38:23, 39:3,
39:11, 39:15, 39:20,

40:2, 40:3, 40:9,
40:11, 40:14, 40:18,
40:19, 40:21, 41:10,
41:13, 41:17, 41:21,
42:4, 42:8, 42:14,
42:19, 42:22, 42:24,
43:4, 43:13, 43:23,
44:2, 44:5, 44:7,
44:23, 44:25, 45:8,
50:2, 50:3, 50:5, 50:6,
50:13, 50:15, 51:11,
69:18, 72:10, 77:1,
77:3, 77:17, 79:8,
85:7, 85:19, 86:1,
86:10, 86:14, 86:17,
86:20, 87:5, 88:11,
88:18, 88:21, 88:25,
89:3, 89:14, 90:3,
90:9, 90:17, 91:25,
92:8, 92:12, 92:15,
92:17, 93:9, 93:16,
93:17, 93:23, 94:4,
94:10, 95:13, 95:17,
96:5, 96:11, 96:17,
96:19, 96:23, 97:4,
97:22, 98:21, 98:24,
98:25, 99:21, 99:24,
100:8, 100:16,
100:21, 100:23,
101:1, 101:15, 101:7,
101:9, 101:17,
102:15, 102:18,
102:21, 103:2,
103:10, 103:12,
103:22, 103:25,
104:1, 104:6, 104:11,
104:15, 104:21,
105:9, 105:10, 108:7,
110:5, 111:4, 111:17,
111:22, 112:5,
112:13, 112:15,
112:20, 127:14,
127:15, 129:4,
132:25, 156:4,
156:16, 156:19,
156:21, 156:25,
157:5, 157:15,
157:17, 157:22,
160:18, 161:23,
162:1, 162:9, 162:16,
162:18, 162:23,
163:19, 164:10,
164:16, 164:22,
165:4, 165:9, 165:12,
165:16, 171:2, 171:9,
171:12, 171:23,
172:15, 173:5,
174:22, 175:1,
175:11, 175:15,
175:16, 176:3, 176:8,
176:9, 176:12,

176:19, 176:23,
177:2, 177:3, 178:10,
178:22
  **Defendant's** [20] -
3:13, 10:14, 10:16,
10:24, 11:1, 11:9,
23:12, 34:12, 49:24,
77:18, 127:23,
132:15, 157:7,
157:23, 158:3,
163:18, 163:22,
163:24, 164:5, 164:7
  **defense** [13] - 12:11,
80:20, 80:24, 81:1,
136:25, 139:14,
141:17, 141:21,
148:19, 180:17,
182:18, 184:23
  **degree** [1] - 136:4
  **delta** [1] - 177:13
  **demoted** [4] - 21:11,
21:12, 21:18, 25:24
  **denied** [1] - 71:10
  **deny** [1] - 180:14
  **denying** [2] - 65:15,
66:4
  **department** [1] -
135:21
  **DEPARTMENT** [1] -
1:17
  **departure** [1] -
144:22
  **deposition** [5] -
69:14, 69:22, 71:8,
183:4, 184:10
  **DEPUTY** [1] - 82:11
  **describe** [8] - 32:3,
32:16, 85:3, 85:15,
89:17, 89:21, 156:1,
162:1
  **described** [6] -
55:11, 55:14, 56:22,
64:22, 173:18, 173:21
  **desire** [2] - 80:24,
81:1
  **details** [1] - 120:12
  **detective** [2] -
126:15, 126:24
  **determined** [1] -
130:18
  **device** [6] - 45:25,
67:21, 80:7, 113:5,
167:23, 179:12
  **devil** [1] - 111:10
  **died** [2] - 84:20,
91:20
  **Diet** [1] - 109:14
  **Dieucibon** [1] -
150:10
  **differ** [1] - 71:24

**difference** [2] -
35:21, 39:22
  **different** [8] - 24:3,
35:19, 35:24, 36:1,
51:24, 60:3, 75:9,
94:9
  **difficult** [2] - 18:7,
158:6
  **DIRECT** [4] - 30:9,
82:15, 134:8, 154:3
  **direct** [9] - 8:10,
8:17, 9:6, 65:19,
71:18, 125:15,
136:10, 140:11,
143:24
  **Direct** [1] - 3:3
  **directing** [20] -
37:16, 54:2, 107:3,
138:12, 138:21,
143:6, 143:10,
144:15, 145:4,
145:18, 146:13,
147:6, 147:14,
149:19, 149:22,
149:25, 150:3, 150:6,
150:8, 150:11
  **directly** [2] - 8:23,
98:1
  **director** [1] - 135:21
  **discuss** [20] - 9:20,
22:21, 45:20, 46:9,
46:10, 67:14, 67:16,
68:5, 68:6, 76:11,
80:2, 112:25, 113:14,
113:18, 167:18,
168:7, 168:8, 179:7,
179:22, 179:23
  **discussed** [1] - 94:3
  **dishes** [1] - 27:4
  **disregard** [1] -
111:13
  **distribute** [2] -
103:5, 103:7
  **District** [4] - 134:20,
134:21, 134:24,
135:12
  **DISTRICT** [3] - 1:1,
1:1, 1:11
  **DIVISION** [1] - 1:2
  **dizziness** [1] -
123:14
  **dizzy** [1] - 109:5
  **doctor** [2] - 20:10
  **doctors** [2] - 20:7,
21:1
  **document** [18] -
8:24, 12:12, 12:14,
36:19, 36:22, 36:24,
37:11, 37:13, 49:21,
49:22, 110:20,

136:15, 136:18, 137:4, 138:25, 139:5, 139:18, 139:20

**documents** [1] - 130:21

**Dodo** [3] - 30:19, 37:10, 49:12

**dog** [4] - 17:12, 17:14, 17:15, 96:2

**dollars** [9] - 27:15, 27:17, 27:18, 27:24, 27:25, 28:1, 29:10, 29:11

**Dominique** [52] - 3:6, 30:3, 30:7, 30:11, 30:15, 30:16, 30:24, 31:10, 31:13, 31:24, 32:23, 33:18, 36:19, 37:9, 37:21, 38:9, 38:23, 39:1, 39:3, 40:21, 41:4, 41:8, 41:21, 41:25, 42:9, 42:22, 45:11, 47:21, 48:4, 48:9, 48:20, 49:2, 49:6, 49:8, 49:19, 49:23, 50:13, 50:21, 51:18, 53:2, 53:11, 54:2, 76:19, 77:14, 77:16, 78:2, 78:15, 79:7, 79:13, 79:20, 150:13, 182:22

**DOMINIQUE** [1] - 30:4

**donating** [1] - 20:8

**done** [10] - 77:24, 78:7, 92:16, 101:10, 103:15, 108:9, 110:8, 128:14, 141:18, 159:5

**door** [1] - 124:17

**doors** [1] - 108:4

**Doritos** [1] - 96:21

**down** [34] - 29:24, 33:12, 38:16, 39:10, 40:24, 41:1, 41:3, 41:12, 41:13, 41:14, 41:15, 41:20, 41:25, 42:1, 42:3, 42:5, 42:7, 42:20, 50:7, 50:14, 50:15, 50:17, 54:19, 55:24, 62:23, 79:25, 89:5, 89:25, 100:13, 129:25, 153:15, 163:8, 164:6, 170:24

**downstairs** [1] - 160:15

**draw** [1] - 11:12

**dressed** [1] - 178:16

**drink** [2] - 96:21, 109:14

**driving** [2] - 45:3,

54:19

**drop** [1] - 105:7

**drunk** [3] - 123:13, 123:14, 123:15

**du** [3] - 34:13, 48:10, 49:3

**during** [13] - 22:18, 24:24, 46:9, 48:13, 52:18, 56:9, 77:16, 99:3, 103:25, 154:25, 158:7, 168:7, 176:2

**duties** [2] - 135:1, 135:2

## E

**early** [1] - 109:21

**earthquake** [22] - 45:14, 45:15, 55:24, 57:21, 57:22, 57:25, 58:1, 58:8, 58:14, 58:17, 166:25, 167:1, 167:2, 167:8, 167:12, 167:14, 170:5, 170:9, 170:11, 170:17, 170:22, 175:14

**eat** [5] - 87:20, 110:12, 158:6, 160:11, 175:20

**eating** [4] - 36:2, 36:5, 97:13, 170:24

**Edder** [3] - 51:24, 56:18, 119:4

**Eddy** [2] - 52:1, 52:14

**Eddy's** [1] - 119:10

**educated** [1] - 181:15

**education** [1] - 110:15

**Edward** [1] - 148:21

**Edwards** [1] - 185:14

**EDWARDS** [2] - 2:1, 185:14

**either** [11] - 9:20, 27:14, 45:20, 50:16, 67:16, 80:2, 112:25, 125:18, 135:4, 167:18, 179:7

**ejaculate** [2] - 39:20, 90:3

**ejaculated** [2] - 100:24, 172:10

**ejaculation** [1] - 39:22

**Ekens** [3] - 150:2, 162:4, 163:4, 163:6, 163:8

**Eleventh** [1] - 69:4

**elicit** [2] - 70:8, 72:24

**ELMO** [1] - 139:21

**embarrassed** [1] - 23:22

**employed** [1] - 134:14

**end** [5] - 41:12, 122:21, 183:16, 183:18, 183:19

**enforcement** [14] - 15:13, 55:25, 58:18, 59:2, 59:3, 59:6, 59:13, 59:20, 60:12, 63:6, 71:25, 181:3, 183:22, 184:18

**engage** [4] - 103:3, 104:1, 105:10, 108:7

**English** [38] - 7:5, 9:3, 9:5, 39:17, 44:2, 44:3, 82:18, 82:20, 82:21, 82:23, 82:25, 83:3, 83:6, 83:10, 83:16, 83:18, 130:20, 131:11, 132:13, 132:18, 132:23, 135:10, 137:23, 137:24, 139:18, 142:7, 144:19, 145:19, 146:14, 146:19, 147:7, 147:10, 151:24, 152:17, 152:21, 154:11, 162:19, 162:20

**enjoying** [2] - 90:7

**entered** [17] - 5:1, 10:16, 11:2, 47:2, 47:11, 73:21, 82:4, 100:4, 114:11, 133:22, 138:7, 140:7, 143:3, 149:13, 152:11, 169:4, 169:7

**entire** [2] - 8:24, 176:8

**entitled** [1] - 185:11

**entry** [13] - 142:5, 142:14, 143:12, 143:17, 144:18, 144:22, 144:24, 145:11, 145:24, 146:20, 147:11, 147:19

**equivalent** [1] - 72:3

**erect** [1] - 164:7

**erection** [1] - 105:25

**escorted** [1] - 60:2

**ESQ** [4] - 1:14, 1:17, 1:20, 1:23

**estimate** [1] - 183:24

**Etoile** [3] - 34:13,

48:10, 49:3

**evening** [7] - 90:14, 90:15, 122:15, 168:23, 179:18, 179:22, 185:5

**events** [1] - 181:8

**evicted** [1] - 98:18

**evidence** [20] - 10:17, 20:14, 59:9, 70:5, 73:7, 131:3, 131:5, 131:22, 138:4, 138:8, 140:4, 140:8, 140:23, 142:23, 143:3, 149:13, 152:7, 152:11, 169:17, 172:23

**EVIDENCE** [1] - 3:12

**Evidence** [1] - 131:10

**exact** [10] - 38:7, 42:10, 42:13, 45:12, 45:13, 50:4, 55:23, 57:24, 117:9, 165:21

**exactly** [5] - 41:6, 45:8, 131:14, 163:20, 166:22

**EXAMINATION** [10] - 5:11, 23:6, 30:9, 54:12, 76:17, 82:15, 114:20, 127:11, 134:8, 154:3

**examination** [16] - 23:10, 25:15, 25:23, 27:8, 28:2, 28:16, 54:10, 65:20, 69:19, 76:19, 114:19, 127:13, 127:19, 128:2, 179:3, 184:2

**except** [2] - 152:22, 152:23

**exception** [2] - 12:9, 153:2

**exchange** [5] - 103:23, 165:13, 175:5, 175:11, 175:15

**excuse** [1] - 41:22, 80:18

**excused** [6] - 29:25, 80:16, 80:17, 130:1, 153:17, 180:6

**Exhibit** [114] - 3:13, 3:13, 3:14, 3:14, 3:15, 3:16, 10:15, 10:16, 10:24, 11:1, 11:9, 36:16, 45:17, 47:18, 48:17, 49:16, 51:15, 53:8, 106:14, 106:18, 107:21, 107:24, 110:17, 132:14, 136:7, 136:13,

48:10, 49:3

136:24, 137:9, 137:19, 137:22, 138:1, 138:6, 138:7, 138:13, 138:18, 138:22, 139:1, 139:2, 139:13, 139:23, 139:25, 140:1, 140:4, 140:6, 140:7, 140:12, 140:15, 140:23, 141:1, 141:2, 141:22, 142:2, 143:2, 143:7, 143:11, 143:20, 143:22, 143:25, 144:5, 144:11, 144:13, 144:16, 144:23, 145:5, 145:15, 145:19, 146:2, 146:14, 146:17, 146:23, 147:7, 147:8, 147:22, 149:11, 149:12, 149:19, 149:25, 150:3, 150:6, 150:8, 150:11, 150:14, 150:17, 150:20, 150:23, 151:1, 151:4, 152:10, 152:19, 153:7, 158:12, 158:16, 158:23, 158:25, 159:7, 159:16, 159:20, 160:3, 160:4, 169:17, 169:18, 169:21, 169:25, 172:23, 173:9, 173:25, 174:4, 177:13, 177:15, 177:25, 178:3, 178:7

**exhibit** [11] - 11:13, 11:18, 11:24, 47:23, 48:22, 49:20, 51:19, 53:20, 54:3, 131:15, 139:21

**exhibit's** [1] - 11:16

**exhibits** [7] - 131:15, 131:18, 131:21, 132:11, 141:4, 142:9, 151:25

**EXHIBITS** [1] - 3:12

**Exhibits** [16] - 132:18, 132:20, 132:22, 140:19, 141:15, 142:6, 142:16, 142:20, 142:23, 143:1, 148:21, 149:8, 151:11, 151:17, 152:3, 152:9

**exist** [1] - 127:18

**exited** [7] - 10:3,

46:6, 68:2, 80:13, 113:11, 168:4, 179:19
**expected** [1] - 130:14
**expects** [1] - 180:7
**explain** [7] - 55:16, 57:1, 91:23, 95:16, 98:9, 133:7, 178:22
**explained** [4] - 42:5, 55:7, 170:21, 171:1
**explaining** [1] - 171:3
**exposed** [1] - 163:24
**extension** [1] - 173:16
**extra** [2] - 36:7, 117:16
**eyes** [1] - 95:19

## F

**F.2d** [1] - 69:4
**face** [3] - 96:7, 96:10, 100:3
**facing** [1] - 106:3
**fact** [7] - 7:23, 21:17, 29:6, 60:4, 61:18, 63:1, 72:4
**facts** [1] - 59:9
**fair** [8] - 18:8, 22:8, 22:15, 116:17, 137:25, 139:25, 142:18, 152:2
**fallen** [1] - 170:23
**false** [2] - 72:5, 72:6
**family** [22] - 18:11, 18:14, 18:18, 18:19, 18:23, 19:4, 19:16, 19:23, 24:25, 27:16, 27:19, 28:4, 28:11, 28:12, 28:17, 28:24, 28:25, 29:7, 29:10, 30:18, 33:14
**far** [5] - 50:6, 50:15, 53:19, 81:3, 184:16
**fast** [1] - 98:1
**father** [16] - 18:2, 19:7, 19:10, 25:2, 25:3, 25:6, 31:14, 63:14, 63:17, 63:18, 63:21, 84:13, 84:19, 84:20, 155:5, 155:6
**father's** [2] - 25:10, 31:22
**February** [2] - 1:5, 146:21
**Federal** [1] - 131:9
**federal** [12] - 60:5, 63:7, 63:16, 63:20,

64:25, 69:25, 70:2, 70:3, 70:6, 72:4, 72:6, 136:1
**feeding** [1] - 28:11
**felt** [1] - 160:10
**fever** [1] - 20:5
**few** [8] - 9:19, 21:21, 22:11, 49:23, 55:13, 64:23, 170:5, 183:15
**figure** [1] - 131:21
**figured** [1] - 183:5
**file** [4] - 24:17, 183:5, 183:8, 184:9
**filing** [3] - 24:4, 180:23, 182:4
**fill** [1] - 137:14
**finally** [1] - 74:3
**fine** [10] - 9:5, 34:16, 40:4, 40:5, 40:7, 49:10, 73:13, 88:9, 170:17, 184:11
**finger** [1] - 162:21
**finished** [6] - 38:17, 39:23, 103:16, 170:3, 171:3, 184:1
**finishing** [1] - 114:8
**firearm** [2] - 12:3, 12:21
**first** [72] - 7:13, 15:7, 25:2, 30:13, 34:16, 35:4, 38:5, 38:9, 38:12, 39:14, 39:20, 40:2, 40:16, 43:9, 43:12, 43:14, 43:16, 52:21, 53:2, 55:14, 56:23, 60:7, 60:11, 63:16, 63:19, 74:9, 79:1, 83:1, 86:1, 86:14, 86:20, 86:22, 87:9, 87:12, 88:7, 88:19, 89:8, 90:17, 91:5, 94:7, 98:6, 99:2, 114:24, 126:24, 130:11, 132:4, 140:24, 141:1, 143:24, 144:1, 144:10, 144:11, 144:17, 144:23, 154:12, 156:21, 157:17, 157:22, 160:9, 160:10, 161:8, 161:12, 165:16, 166:1, 167:3, 170:8, 170:15, 177:19, 177:20, 177:22, 177:25, 178:1
**fit** [2] - 86:24, 87:6
**five** [9] - 10:2, 18:9, 55:12, 114:7, 125:5, 125:9, 125:10,

131:20, 155:12
**Floor** [2] - 2:2, 185:15
**Flores** [2] - 4:11, 81:23
**FLORIDA** [1] - 1:1
**Florida** [11] - 1:4, 1:16, 1:22, 1:25, 2:3, 134:21, 134:24, 135:12, 135:17, 136:2, 185:16
**fluent** [1] - 44:3
**focus** [3] - 51:19, 136:14, 146:6
**folded** [2] - 99:10, 103:15
**following** [26] - 5:2, 7:14, 9:16, 10:4, 11:3, 46:7, 46:14, 47:3, 47:12, 68:3, 73:22, 80:14, 81:14, 82:5, 99:5, 113:12, 113:19, 114:12, 130:9, 133:19, 133:23, 168:5, 168:14, 169:5, 169:8, 179:20
**food** [9] - 17:14, 18:8, 18:23, 19:4, 19:16, 19:22, 35:25, 118:11, 119:15
**football** [2] - 17:22, 17:23
**FOR** [3] - 1:14, 1:20, 3:4
**force** [2] - 89:10, 92:14
**forced** [5] - 50:5, 88:10, 88:24, 89:9, 112:7
**foregoing** [1] - 185:10
**forehead** [1] - 109:18
**foreigners** [2] - 43:21, 108:18
**form** [9] - 23:15, 26:14, 28:6, 28:20, 50:8, 77:4, 77:19, 93:19, 106:9
**formulaic** [1] - 137:13
**forth** [1] - 105:25
**forward** [2] - 133:15, 182:24
**foundation** [2] - 97:20, 130:20
**four** [4] - 15:17, 55:12, 128:21, 135:8
**fourth** [1] - 146:13
**Fourth** [1] - 1:15
**frankly** [1] - 78:4

**free** [1] - 58:15
**freelance** [2] - 134:14, 134:18
**French** [18] - 82:23, 130:5, 130:12, 130:19, 131:12, 132:22, 135:5, 135:10, 135:19, 137:11, 137:12, 137:15, 139:2, 139:4, 139:5, 149:18, 151:25, 154:11
**frequent** [1] - 29:5
**frequently** [1] - 121:25
**Frere** [1] - 155:6
**Friday** [7] - 5:13, 7:17, 7:24, 22:20, 87:7, 88:9, 170:13
**friends** [2] - 30:18, 110:6
**front** [15] - 11:10, 13:15, 28:11, 37:1, 47:25, 76:13, 100:18, 107:17, 131:18, 141:1, 156:13, 158:15, 173:13, 173:15
**full** [10] - 30:6, 35:12, 35:16, 39:21, 54:6, 91:5, 91:21, 91:25, 92:7, 153:22
**full-time** [6] - 35:12, 35:16, 91:5, 91:21, 91:25, 92:7
**future** [1] - 178:23

## G

**game** [4] - 91:2, 91:3, 91:22, 92:1
**Game** [1] - 103:8
**games** [2] - 103:4, 171:13
**gay** [1] - 71:11
**generally** [7] - 53:13, 87:3, 106:7, 142:13, 149:3, 151:23, 160:19
**gentlemen** [12] - 5:4, 6:14, 6:24, 9:18, 64:23, 85:25, 86:19, 89:18, 134:12, 140:13, 174:25, 177:24
**gestures** [1] - 162:19
**gift** [1] - 43:17
**gig** [1] - 103:14
**girls** [1] - 160:23
**given** [7] - 28:24,

37:7, 69:20, 71:8, 73:9, 132:24, 180:13
**goodnight** [9] - 38:17, 101:23, 102:5, 102:9, 102:10, 121:12, 122:17, 122:24, 127:21
**gourdes** [10] - 27:12, 27:13, 27:14, 27:16, 27:17, 27:18, 128:23, 129:5, 129:11
**government** [1] - 179:24
**GOVERNMENT** [6] - 1:14, 3:4, 30:4, 82:10, 134:1, 153:21
**Government** [29] - 7:22, 61:19, 66:22, 67:6, 74:5, 75:1, 78:3, 78:22, 81:3, 114:6, 125:16, 129:23, 131:8, 131:25, 132:7, 133:6, 138:3, 140:3, 142:22, 149:7, 151:25, 152:5, 179:24, 180:7, 181:1, 181:6, 181:24, 182:9, 185:2
**Government's** [121] - 3:13, 3:14, 3:14, 3:15, 3:16, 36:16, 45:17, 47:18, 48:17, 49:16, 51:15, 53:8, 106:14, 106:18, 107:21, 107:24, 110:17, 130:12, 132:17, 132:20, 132:22, 136:7, 136:13, 136:24, 137:9, 137:18, 137:21, 138:1, 138:5, 138:7, 138:12, 138:18, 138:22, 139:1, 139:2, 139:13, 139:22, 139:25, 140:4, 140:5, 140:7, 140:12, 140:15, 140:19, 140:23, 141:1, 141:2, 141:15, 141:22, 142:2, 142:6, 142:16, 142:19, 142:23, 142:25, 143:2, 143:6, 143:10, 143:20, 143:22, 143:24, 144:5, 144:11, 144:13, 144:15, 144:20, 144:23, 145:4, 145:14, 145:18, 146:2, 146:13, 146:17,

146:23, 147:6, 147:8, 147:22, 148:21, 149:8, 149:10, 149:12, 149:19, 149:25, 150:3, 150:6, 150:8, 150:11, 150:14, 150:17, 150:20, 150:23, 151:1, 151:4, 151:11, 151:17, 152:2, 152:8, 152:10, 152:18, 158:12, 158:16, 158:23, 158:25, 159:7, 159:15, 159:20, 160:3, 169:17, 169:18, 169:21, 169:24, 172:23, 173:9, 173:25, 174:4, 177:13, 177:15, 177:25, 178:2, 178:7

**grab** [1] - 121:20

**grabbed** [4] - 88:23, 99:15, 100:2, 100:9

**graciously** [1] - 81:3

**grade** [2] - 60:19, 60:20

**granted** [1] - 111:12

**Greatest** [1] - 150:25

**green** [2] - 178:17, 178:24

**groceries** [3] - 116:17, 116:24, 117:17

**grocery** [3] - 117:15, 117:22, 118:1

**grounds** [1] - 64:11

**group** [9] - 15:24, 16:7, 74:3, 74:6, 74:7, 74:8, 76:8, 115:10, 115:19

**Group** [1] - 49:7

**growing** [1] - 31:13

**gun** [14] - 6:2, 6:9, 7:18, 8:9, 8:10, 8:17, 8:20, 9:6, 12:1, 12:7, 12:17, 12:24, 13:7

**guy** [9] - 42:2, 44:10, 77:10, 77:11, 111:9, 112:18, 133:9, 161:18, 161:20

**guys** [9] - 52:16, 99:9, 101:11, 103:19, 108:22, 119:6, 121:25, 122:1, 122:22

# H

**H-a-s-p-i-l** [1] - 134:6

**Haiti** [23] - 22:15, 22:19, 23:23, 29:12, 31:4, 31:8, 43:8, 84:8, 119:17, 119:24, 143:19, 144:22, 145:13, 146:1, 146:22, 147:11, 154:23, 154:25, 155:7, 164:16, 166:25, 181:20

**Haitian** [28] - 27:17, 27:25, 28:1, 29:10, 29:11, 60:22, 61:9, 61:15, 61:19, 95:23, 95:25, 126:13, 126:16, 130:17, 130:19, 130:23, 130:24, 131:2, 131:8, 135:10, 135:19, 137:20, 139:3, 142:11, 143:11, 143:12, 145:15

**half** [6] - 51:5, 57:12, 57:17, 107:15, 134:25, 169:3

**hand** [38] - 11:19, 38:19, 38:21, 38:22, 38:23, 38:24, 39:21, 39:23, 39:24, 40:16, 40:17, 89:2, 89:11, 89:13, 89:21, 89:23, 89:25, 90:5, 92:14, 100:2, 100:13, 100:18, 102:10, 102:12, 102:17, 146:8, 147:14, 163:2, 163:3, 166:4, 172:4, 172:6, 172:7, 172:16, 174:15

**handed** [10] - 136:23, 139:12, 141:14, 148:19, 151:16, 158:22, 159:2, 169:16, 172:22, 177:12

**hands** [10] - 88:24, 89:20, 100:17, 163:7, 172:3, 172:11, 172:12, 172:13, 172:14, 172:15

**handwritten** [2] - 137:18, 139:7

**hanging** [1] - 99:20

**happy** [3] - 39:25, 40:20, 181:15

**hard** [3] - 87:14, 87:15, 175:19

**Haspil** [14] - 3:8, 130:4, 134:5, 134:10,

136:10, 136:23, 138:21, 139:12, 140:11, 140:22, 141:14, 148:19, 149:17, 151:16

**HASPIL** [1] - 134:1

**hated** [1] - 127:18

**head** [7] - 38:2, 77:12, 77:14, 95:2, 98:13, 109:4, 109:19

**headache** [1] - 77:12

**heading** [1] - 164:14

**heads** [1] - 13:10

**hear** [5] - 55:9, 65:21, 80:25, 84:17, 155:19

**heard** [4] - 97:16, 97:17, 100:25, 163:4

**hearing** [1] - 69:21

**hearsay** [28] - 6:4, 12:8, 12:9, 19:12, 19:18, 33:15, 61:25, 62:4, 62:10, 62:15, 62:20, 63:23, 64:4, 64:11, 64:19, 65:2, 65:7, 65:17, 65:25, 66:6, 67:11, 68:14, 72:24, 120:2, 120:7, 125:2, 163:15

**heart** [1] - 91:19

**heavy** [1] - 95:2

**held** [6] - 38:19, 38:21, 38:24, 41:14, 100:2, 103:7

**help** [13] - 6:13, 6:19, 11:24, 17:1, 18:14, 87:16, 87:18, 110:6, 110:7, 116:17, 116:23, 117:9

**helped** [1] - 117:7

**helping** [2] - 117:16, 118:1

**hereby** [1] - 185:10

**hesitated** [1] - 172:4

**hide** [1] - 72:25

**hiding** [1] - 105:18

**high** [1] - 176:22

**higher** [1] - 126:25

**highest** [1] - 136:4

**highlight** [1] - 10:10

**highlighted** [2] - 8:22, 11:13

**highlighting** [1] - 9:8

**himself** [3] - 41:1, 50:5, 89:8

**history** [1] - 20:15

**hit** [14] - 13:21, 68:18, 68:20, 76:25, 77:1, 77:3, 77:7, 95:20, 96:5, 96:6,

109:18, 118:25, 119:1, 128:12

**hitting** [2] - 118:23, 119:25

**hold** [6] - 38:23, 67:15, 101:22, 101:23, 103:5

**holding** [5] - 41:12, 41:13, 100:10, 100:13, 137:21

**home** [27] - 17:24, 18:1, 34:3, 70:14, 87:14, 87:15, 109:5, 109:20, 109:22, 109:23, 110:2, 110:3, 110:11, 115:11, 115:19, 128:21, 158:4, 158:5, 162:4, 162:6, 162:9, 170:21, 175:7, 175:20

**Home** [1] - 49:7

**Homeland** [2] - 4:12, 81:23

**homework** [1] - 17:19

**Honor** [100] - 4:8, 4:14, 5:10, 6:15, 7:12, 8:3, 8:18, 8:21, 10:8, 10:9, 10:19, 10:22, 12:11, 23:2, 28:14, 29:1, 29:23, 36:15, 45:16, 46:19, 46:24, 47:7, 47:16, 47:17, 48:16, 49:15, 51:13, 51:14, 53:7, 54:8, 59:16, 67:13, 71:20, 71:23, 72:20, 73:14, 76:4, 79:22, 79:23, 80:24, 81:19, 81:24, 82:8, 85:6, 85:18, 89:24, 106:13, 110:16, 112:22, 113:24, 114:2, 114:7, 114:17, 123:19, 125:19, 129:19, 129:23, 130:3, 130:7, 130:11, 132:6, 136:6, 136:20, 138:3, 138:9, 138:17, 139:8, 140:3, 140:18, 141:11, 141:18, 141:24, 142:22, 148:16, 149:7, 149:14, 151:7, 152:5, 153:12, 156:3, 156:15, 158:11, 158:18, 159:6, 168:20, 169:12, 169:20, 172:18, 173:8, 173:24, 177:8, 178:3, 179:1, 180:9,

182:15, 183:3, 183:19, 184:13, 185:1, 185:3

**HONORABLE** [1] - 1:10

**hope** [4] - 81:2, 81:4, 81:8, 182:10

**Hope** [2] - 4:17, 168:25

**hoping** [1] - 136:14

**HOROWITZ** [125] - 1:23, 4:2, 4:14, 5:10, 5:12, 6:1, 6:5, 6:8, 6:18, 7:4, 7:12, 7:19, 8:3, 8:15, 8:18, 8:25, 9:8, 9:13, 10:14, 10:18, 10:22, 11:1, 11:7, 11:23, 12:15, 12:16, 13:6, 14:4, 14:16, 15:1, 15:6, 16:4, 17:4, 17:10, 18:22, 19:3, 19:15, 19:21, 20:1, 20:18, 20:24, 21:5, 23:2, 23:4, 23:15, 24:5, 24:12, 24:21, 25:7, 25:12, 26:14, 26:21, 27:21, 28:6, 28:19, 29:1, 29:13, 29:18, 29:22, 48:5, 50:8, 50:18, 69:4, 69:7, 73:4, 73:14, 77:4, 77:19, 78:12, 78:17, 79:4, 80:18, 80:24, 81:8, 81:24, 92:3, 93:19, 93:24, 94:19, 95:10, 101:25, 106:9, 111:11, 114:2, 114:21, 115:9, 115:17, 116:22, 117:6, 117:14, 117:21, 119:23, 120:4, 120:9, 122:6, 122:14, 123:19, 123:21, 124:12, 125:4, 125:15, 125:19, 125:20, 126:1, 127:9, 127:24, 128:18, 129:6, 129:14, 129:19, 131:14, 131:20, 132:1, 132:6, 133:3, 133:13, 157:9, 165:5, 167:15, 175:17, 177:16, 179:4, 183:8, 184:11, 185:1

**Horowitz** [12] - 4:15, 5:9, 8:1, 10:23, 11:6, 46:21, 80:23, 81:25, 114:3, 132:2, 168:24,

184:14
**Hospital** [1] - 20:12
**hospital** [1] - 21:1
**hour** [1] - 169:3
**hours** [1] - 183:15
**house** [99] - 6:3,
12:1, 12:4, 12:19,
12:21, 12:22, 13:1,
13:17, 13:18, 13:19,
13:20, 18:16, 25:21,
26:20, 34:5, 34:8,
34:12, 34:14, 35:4,
48:11, 48:14, 49:4,
52:2, 52:16, 52:19,
52:20, 52:21, 53:2,
53:25, 54:23, 59:20,
59:21, 59:24, 60:1,
86:2, 86:5, 86:6, 86:7,
86:8, 88:18, 94:6,
94:14, 94:15, 95:19,
96:10, 97:10, 97:12,
97:14, 98:5, 98:19,
99:6, 101:5, 101:16,
101:18, 101:21,
102:4, 104:1, 104:2,
105:8, 105:9, 107:18,
107:19, 108:6, 110:9,
110:10, 110:24,
110:25, 111:25,
115:20, 122:22,
125:7, 125:8, 127:8,
127:18, 127:20,
127:22, 157:6, 157:7,
157:8, 157:13,
157:14, 157:15,
157:23, 157:24,
160:15, 160:19,
166:2, 166:14,
170:18, 170:23,
175:8, 175:15, 176:2,
176:4, 176:6
**houses** [4] - 52:18,
53:5, 124:17
**hug** [1] - 102:10
**hugged** [1] - 38:18
**hungry** [1] - 77:9
**hurt** [1] - 100:10

# I

**ice** [5] - 109:9,
109:11, 109:12,
109:14, 109:16
**identification** [13] -
10:15, 10:25, 11:9,
136:24, 137:22,
137:25, 139:13,
139:25, 141:15,
141:22, 148:20,
151:10, 151:17

**identified** [7] - 24:2,
32:9, 32:20, 85:7,
85:19, 156:4, 156:16
**immediately** [9] -
9:25, 46:2, 58:1,
67:23, 80:9, 113:7,
161:13, 167:25,
179:14
**immigration** [8] -
142:5, 142:11,
143:17, 144:21,
145:11, 145:24,
146:20, 147:13
**impeach** [1] - 70:9
**impeachment** [1] -
64:12
**improper** [1] -
181:13
**IN** [1] - 3:12
**incident** [2] - 5:14,
128:15
**inclination** [1] -
180:14
**includes** [1] - 18:6
**including** [6] - 45:24,
67:20, 80:6, 113:4,
167:22, 179:11
**inconsistent** [8] -
69:20, 70:10, 70:11,
70:20, 71:6, 71:7,
71:14, 72:11
**indicated** [2] - 7:17,
182:7
**indicating** [2] -
89:19, 109:18
**indicating)** [1] -
89:23
**individual** [1] - 181:3
**individually** [2] -
15:25, 16:5
**individuals** [9] -
51:18, 51:21, 53:15,
53:19, 53:25, 62:8,
62:13, 62:24, 131:7
**inflammation** [2] -
38:15, 39:10
**information** [3] -
137:16, 137:18,
138:14
**informed** [5] -
180:21, 181:18,
181:23, 181:25,
184:14
**injured** [1] - 58:14
**inside** [8] - 45:10,
59:14, 59:18, 59:20,
59:21, 60:2, 108:11,
162:11
**inspect** [3] - 139:22,
141:8, 142:8

**inspected** [1] -
142:18
**instruct** [8] - 9:25,
46:2, 67:23, 73:12,
80:9, 113:7, 167:25,
179:14
**instructed** [1] -
111:13
**instruction** [3] -
72:21, 73:3, 73:5
**instructions** [1] -
73:8
**insulin** [1] - 17:7
**intend** [3] - 8:22,
183:16, 184:14
**interested** [2] -
61:13, 170:13
**International** [5] -
143:18, 144:21,
145:13, 146:1, 146:22
**Internet** [6] - 45:25,
67:20, 80:6, 113:5,
167:23, 179:12
**interpret** [4] - 83:12,
83:16, 83:18
**interpreted** [7] -
82:17, 82:22, 82:24,
83:2, 83:5, 83:7, 83:9
**Interpreter** [2] -
93:13, 95:25
**INTERPRETER** [7] -
10:8, 10:13, 41:22,
67:13, 93:14, 96:2,
112:22
**interpreter** [8] - 9:1,
9:2, 83:12, 83:16,
134:14, 134:20,
135:19, 136:5
**interpreting** [2] -
134:18, 135:2
**interview** [1] - 71:25
**interviewed** [4] -
55:15, 60:5, 66:9,
181:7
**introduce** [4] -
131:1, 132:8, 132:13,
132:17
**introduced** [1] -
172:23
**investigation** [3] -
59:22, 63:9, 74:24
**Investigations** [2] -
4:12, 81:23
**investigator** [3] -
4:17, 60:14, 169:1
**invited** [2] - 34:18,
34:20
**involve** [1] - 121:19
**involved** [1] - 121:13
**iPod** [2] - 164:15,

165:13
**Ismael** [4] - 51:24,
52:1, 52:14, 150:7
**issue** [5] - 7:18, 7:23,
7:24, 68:9, 180:16
**it'll** [1] - 136:14
**items** [1] - 106:25

# J

**J-o-e-l** [1] - 178:1
**J-o-r-e-l** [2] - 153:24,
178:1
**Janet** [2] - 132:15,
143:8
**January** [1] - 57:22
**Jean** [7] - 150:2,
150:7, 150:10, 162:4,
163:4, 163:6, 163:8
**Jensen** [2] - 181:2,
182:5
**Jimmy** [3] - 130:25,
140:17, 150:5
**JOAN** [1] - 1:10
**job** [4] - 88:1, 88:2,
88:5, 178:20
**jobs** [1] - 161:8
**Joelle** [3] - 3:8,
130:4, 134:5
**JOELLE** [2] - 134:1,
134:5
**JOREL** [1] - 153:21
**Jorel** [40] - 3:9,
150:19, 153:20,
153:24, 154:5,
154:16, 154:24,
155:11, 155:17,
155:20, 156:7,
156:21, 158:1,
158:15, 158:22,
159:2, 159:10,
159:19, 160:8,
162:16, 163:18,
166:17, 166:24,
169:16, 170:19,
171:7, 171:23,
172:22, 173:6,
173:13, 174:3,
174:16, 174:22,
175:9, 177:12, 178:6,
178:10, 178:22,
183:21
**Josue** [4] - 150:22,
157:21, 159:14, 176:3
**JUDGE** [1] - 1:11
**judge** [8] - 8:25,
10:14, 64:9, 69:2,
70:5, 73:4, 75:16,
80:18, 125:15,

131:14, 179:4
**Judge** [12] - 4:25,
8:15, 9:13, 68:21,
81:11, 133:1, 133:8,
133:16, 133:18,
153:2, 153:19, 154:1
**Judicial** [1] - 135:15
**July** [5] - 34:6, 34:15,
34:25, 35:11, 84:2
**jumped** [1] - 41:1
**Junior** [6] - 53:16,
53:17, 53:22, 53:24,
56:18, 119:8
**Junior's** [3] - 53:22,
53:24, 119:8
**juror** [4] - 47:11,
133:17, 133:21,
133:22
**jurors** [5] - 4:22,
73:18, 82:3, 114:10,
169:2
**JURY** [2] - 1:10, 5:5
**jury** [47] - 5:1, 7:15,
9:12, 9:19, 10:3, 11:2,
16:22, 46:5, 46:6,
47:1, 47:2, 55:8,
64:23, 68:1, 68:2,
72:21, 73:1, 73:6,
73:8, 73:10, 73:21,
80:12, 80:13, 82:4,
85:25, 86:19, 87:16,
89:18, 91:23, 95:16,
103:12, 111:13,
113:10, 113:11,
114:11, 130:10,
134:12, 140:14,
162:2, 168:3, 168:4,
169:4, 173:18,
173:22, 174:25,
177:24, 179:19
**JUSTICE** [1] - 1:17
**justice** [1] - 79:17

# K

**Kane** [5] - 4:9, 46:20,
81:20, 113:25, 168:21
**KANE** [81] - 1:17,
6:4, 6:25, 13:3, 14:1,
16:1, 19:24, 23:7,
23:20, 24:7, 24:15,
24:23, 25:9, 25:14,
26:18, 27:1, 27:23,
28:14, 28:15, 28:22,
29:8, 29:15, 30:2,
30:10, 30:23, 32:8,
32:11, 32:19, 32:22,
33:2, 33:17, 36:15,
36:18, 41:24, 45:2,
45:7, 45:16, 45:19,

47:16, 47:20, 48:8, 48:16, 48:19, 49:15, 49:18, 50:12, 50:20, 51:13, 51:17, 53:1, 53:7, 53:10, 54:8, 58:22, 61:4, 62:4, 62:10, 62:15, 62:20, 63:22, 64:4, 64:19, 65:2, 65:7, 65:17, 65:25, 66:6, 67:11, 70:15, 71:18, 76:18, 77:13, 78:1, 78:14, 78:23, 79:6, 79:12, 79:19, 79:22, 115:5, 115:7

**Kate** [2] - 181:2, 182:5

**keep** [8] - 30:20, 30:21, 32:25, 36:9, 77:6, 112:14, 131:23, 176:21

**keeping** [1] - 18:8

**Kelly** [1] - 66:13

**Ken** [2] - 115:21, 115:23

**Kennedy** [1] - 115:21

**Kennedy's** [1] - 115:23

**kept** [3] - 41:15, 110:8

**kick** [1] - 128:15

**kicked** [4] - 98:18, 109:20, 128:3, 128:4

**kind** [1] - 95:6

**kiss** [1] - 112:1

**kiss-up** [1] - 112:1

**known** [1] - 54:19

**knows** [1] - 8:23

**Knox** [2] - 143:8, 143:21

**Knox's** [2] - 132:16, 132:19

## L

**lack** [1] - 58:20

**ladies** [10] - 5:4, 9:18, 64:22, 85:25, 86:19, 89:18, 134:12, 140:13, 174:25, 177:24

**lady** [4] - 15:9, 15:10, 16:18, 16:19

**land** [1] - 124:22

**language** [14] - 7:8, 82:21, 83:1, 83:4, 137:10, 137:13, 137:19, 137:22, 139:1, 142:6, 149:17,

152:16, 154:12, 154:14

**languages** [7] - 82:19, 135:7, 135:8, 135:23, 154:7, 154:9, 154:10

**lap** [3] - 105:16, 105:18, 105:24

**large** [1] - 105:17

**Larko** [2] - 4:12, 81:22

**last** [15] - 5:13, 109:23, 111:13, 119:8, 119:10, 119:11, 128:15, 139:21, 147:6, 164:13, 164:16, 165:1, 165:2, 165:4, 177:18

**latter** [1] - 135:20

**laundry** [2] - 99:9, 103:15

**law** [14] - 15:13, 55:25, 58:18, 59:2, 59:3, 59:6, 59:13, 60:11, 63:6, 71:25, 181:3, 183:22, 184:17

**lawyers** [1] - 73:7

**lay** [1] - 130:19

**laying** [2] - 89:5, 163:12

**layover** [1] - 181:21

**leader** [15] - 21:10, 21:11, 21:18, 22:1, 22:4, 22:5, 25:16, 25:17, 25:18, 25:20, 25:24, 26:2, 26:12, 26:20, 27:6

**leaders** [3] - 21:6, 21:15, 27:7

**leading** [17] - 26:21, 26:24, 45:1, 45:4, 48:5, 52:22, 74:24, 78:12, 93:24, 94:19, 102:23, 104:24, 157:9, 164:1, 164:18, 165:5, 177:16

**learned** [1] - 183:15

**lease** [1] - 52:2

**least** [2] - 180:15, 181:3

**leave** [12] - 10:18, 46:4, 59:14, 67:25, 80:11, 94:25, 108:17, 112:18, 113:9, 167:4, 167:8, 168:2

**leaving** [3] - 43:18, 122:21, 167:11

**Lee** [1] - 143:8

**Lee's** [1] - 143:12

**left** [40] - 11:19, 40:1, 53:19, 57:11, 94:13, 94:15, 107:15, 108:12, 108:14, 109:25, 110:1, 110:4, 111:21, 112:4, 112:6, 112:9, 112:12, 112:19, 119:2, 119:6, 120:5, 122:8, 123:1, 126:2, 138:14, 140:14, 144:25, 145:3, 147:14, 147:17, 157:24, 157:25, 158:3, 163:7, 164:16, 165:9, 166:9, 166:12, 167:6

**left-hand** [2] - 11:19, 147:14

**leg** [2] - 38:16, 39:10

**legs** [3] - 38:11, 39:10, 88:14, 88:16, 163:21, 171:16, 171:19

**LENARD** [1] - 1:10

**length** [1] - 184:1

**letters** [1] - 146:5

**liar** [1] - 128:13

**lie** [2] - 108:9, 125:24

**lied** [1] - 70:6

**life** [2] - 55:8, 76:20

**limit** [1] - 8:6

**line** [2] - 37:5, 64:10

**lines** [1] - 11:14

**LISA** [2] - 2:1, 185:14

**list** [2] - 6:23, 130:13

**listed** [6] - 37:4, 49:6, 49:11, 54:3, 130:4, 130:12

**listen** [7] - 9:22, 45:23, 67:19, 80:5, 113:3, 167:21, 179:10

**lists** [1] - 131:16

**live** [15] - 18:10, 31:5, 31:13, 31:15, 48:14, 52:17, 84:5, 84:9, 154:24, 154:25, 155:2, 155:5, 165:20, 166:2, 170:23

**lived** [19] - 5:19, 12:22, 24:24, 31:16, 36:2, 36:5, 48:13, 77:16, 87:22, 90:17, 94:4, 103:25, 125:5, 160:19, 176:2, 176:6, 176:8, 176:9, 177:4

**lives** [1] - 155:6

**living** [38] - 18:9, 31:12, 33:22, 34:8, 35:20, 37:22, 48:3,

48:9, 49:2, 50:21, 51:11, 51:21, 52:1, 52:14, 53:15, 53:25, 54:15, 55:8, 57:14, 84:12, 87:19, 87:24, 94:12, 98:19, 105:8, 105:10, 108:6, 110:22, 110:25, 116:6, 118:13, 161:7, 161:24, 165:12, 175:24, 176:3, 176:5

**located** [12] - 16:11, 16:17, 52:4, 52:6, 53:5, 94:8, 94:15, 98:3, 98:15, 166:17, 171:9, 171:10

**location** [3] - 94:10, 97:22, 99:1

**look** [10] - 96:9, 97:23, 106:19, 158:15, 158:24, 161:2, 169:24, 173:13, 177:14

**looked** [3] - 38:20, 181:8

**looking** [3] - 69:10, 109:14, 110:14

**looks** [1] - 32:6

**lose** [1] - 26:2

**lost** [4] - 25:24, 88:2, 88:5

**lotion** [19] - 38:19, 38:20, 39:13, 39:21, 39:23, 40:16, 88:24, 89:11, 92:13, 92:18, 102:17, 162:14, 162:15, 162:18, 162:23, 172:2, 173:2, 173:5, 173:21

**lotions** [1] - 174:10

**lower** [2] - 11:18, 170:1

**lunch** [1] - 80:1, 81:8, 183:25

**luncheon** [1] - 81:13

**lying** [7] - 40:24, 41:1, 69:25, 70:1, 72:4, 109:12, 163:24

## M

**ma'am** [15] - 54:11, 64:15, 65:13, 65:22, 68:25, 70:4, 72:8, 72:15, 72:18, 73:19, 74:1, 153:15, 183:13, 184:5, 184:8

**mad** [12] - 13:8, 14:6, 14:8, 14:11, 14:20, 14:21, 21:12, 21:14,

21:17, 121:18, 175:6

**madam** [1] - 93:13

**Madam** [1] - 95:25

**maitre** [1] - 116:9

**mama** [2] - 53:22, 53:24

**man** [8] - 19:22, 31:24, 32:12, 84:24, 85:11, 85:23, 155:20, 156:7

**managed** [1] - 43:15

**mannered** [1] - 181:15

**margin** [2] - 138:14, 140:14

**MARIA** [1] - 1:14

**Maria** [5] - 4:9, 46:20, 81:20, 113:25, 168:21

**Marie** [1] - 60:13

**Mario** [1] - 126:17

**mark** [3] - 10:14, 96:9, 109:18

**marked** [13] - 11:8, 96:10, 136:23, 137:24, 139:12, 141:14, 141:21, 148:20, 151:10, 151:16, 158:22, 172:22, 174:3

**marker** [1] - 159:2

**Mary** [1] - 151:1

**masturbate** [48] - 26:8, 26:11, 26:19, 27:2, 37:24, 38:3, 38:6, 38:10, 38:13, 38:25, 39:4, 39:13, 39:14, 40:8, 40:11, 40:15, 43:5, 50:1, 50:3, 76:23, 88:10, 88:24, 89:3, 89:9, 90:9, 92:14, 92:18, 93:16, 97:6, 102:17, 102:18, 103:20, 103:23, 105:23, 112:5, 129:3, 164:14, 164:23, 165:13, 171:7, 171:12, 173:7, 174:20, 175:5, 175:11, 175:16, 177:3

**masturbated** [7] - 39:16, 40:2, 40:18, 90:3, 171:4, 171:10, 175:14

**masturbating** [2] - 90:6, 105:19

**masturbation** [3] - 43:3, 176:10, 176:13

**match** [1] - 131:15

**materials** [1] - 168:2

**Matin** [3] - 34:13, 48:10, 49:3
**matter** [10] - 9:23, 21:17, 22:8, 45:24, 67:20, 80:6, 113:4, 167:22, 179:11, 185:11
**MATTERS** [1] - 1:21
**Matthew** [22] - 4:3, 4:15, 31:24, 34:1, 36:14, 37:8, 37:20, 38:4, 46:16, 77:15, 79:21, 81:16, 81:25, 85:11, 85:19, 85:23, 113:21, 114:3, 144:3, 144:7, 155:20, 168:16
**MATTHEW** [1] - 1:7
**mature** [3] - 77:21, 78:3, 78:21
**Max** [4] - 3:6, 30:2, 30:7, 150:13
**MAX** [1] - 30:4
**meals** [4] - 36:3, 36:5, 87:19, 158:7
**mean** [36] - 24:1, 27:12, 28:18, 28:25, 34:25, 35:3, 39:1, 39:7, 40:5, 43:2, 76:22, 78:2, 78:15, 78:16, 78:25, 86:25, 87:16, 88:12, 91:3, 93:7, 96:14, 97:11, 98:8, 99:17, 104:9, 129:16, 136:3, 153:1, 157:7, 157:13, 161:20, 166:9, 172:16, 173:3, 174:16, 174:19
**means** [2] - 87:13, 175:21
**meant** [1] - 29:3
**MEDETIS** [198] - 1:14, 4:8, 4:25, 5:23, 6:15, 8:21, 10:9, 10:23, 11:20, 12:8, 12:11, 13:2, 13:25, 14:14, 14:24, 15:3, 17:2, 17:8, 18:20, 18:25, 19:12, 19:18, 20:14, 20:20, 21:2, 22:25, 46:19, 46:24, 56:6, 58:3, 59:8, 59:11, 59:16, 61:21, 61:25, 64:9, 65:19, 69:6, 70:5, 70:12, 70:22, 71:3, 71:20, 71:23, 72:20, 73:15, 75:16, 75:23, 76:4, 81:11, 81:19, 82:8, 82:16, 83:21, 85:6,

85:10, 85:18, 85:22, 89:24, 90:2, 92:6, 93:13, 93:15, 93:22, 94:2, 94:21, 95:12, 95:25, 96:4, 101:15, 102:6, 103:1, 105:2, 106:13, 106:16, 107:20, 107:23, 110:16, 110:19, 111:15, 113:24, 114:7, 114:17, 115:13, 116:19, 117:3, 117:11, 117:18, 119:20, 120:2, 120:7, 122:3, 122:10, 124:10, 125:1, 125:12, 125:22, 127:12, 128:1, 129:1, 129:12, 129:17, 129:23, 130:3, 130:11, 131:17, 132:10, 133:1, 133:8, 133:14, 133:16, 134:9, 136:6, 136:9, 136:20, 136:22, 138:3, 138:9, 138:11, 138:17, 138:20, 139:8, 139:11, 140:3, 140:10, 140:18, 140:21, 141:11, 141:13, 141:17, 141:20, 141:23, 142:1, 142:22, 143:5, 148:7, 148:9, 148:16, 148:18, 149:7, 149:14, 149:16, 151:7, 151:15, 152:5, 152:13, 153:2, 153:5, 153:12, 153:19, 154:1, 154:4, 156:3, 156:6, 156:15, 156:18, 157:12, 158:11, 158:14, 158:18, 158:21, 159:6, 159:9, 159:15, 159:18, 159:23, 160:1, 163:17, 164:4, 164:21, 165:8, 168:20, 169:12, 169:15, 169:20, 169:23, 171:22, 172:18, 172:21, 173:8, 173:12, 173:24, 174:2, 176:1, 176:18, 177:8, 177:11, 177:21, 178:2, 178:5, 179:1, 180:9, 182:15, 182:21, 183:3, 183:18, 184:13, 185:2

**Medetis** [6] - 4:9, 46:20, 81:20, 113:25, 168:21, 169:11
**media** [6] - 45:24, 67:21, 80:7, 113:4, 167:22, 179:11
**mediation** [1] - 135:21
**mediator** [1] - 135:21
**medical** [5] - 20:2, 20:15, 58:15, 124:9
**medication** [1] - 20:6
**meet** [8] - 16:5, 16:7, 33:3, 33:5, 86:1, 86:17, 156:21, 156:25
**meeting** [12] - 16:14, 66:21, 67:5, 74:6, 74:7, 74:11, 74:14, 74:15, 74:16, 75:9, 178:14
**meetings** [18] - 13:9, 15:24, 28:10, 74:4, 74:22, 74:23, 75:3, 75:5, 75:6, 75:7, 75:9, 75:10, 75:12, 75:15, 75:21, 75:22, 76:3, 76:9
**members** [2] - 74:10, 74:16
**men** [5] - 5:18, 5:22, 6:2, 6:9, 11:25
**mention** [1] - 61:12
**mentioned** [8] - 23:17, 39:6, 40:21, 94:18, 126:24, 132:9, 180:24
**met** [27] - 15:13, 15:16, 15:18, 15:20, 15:22, 15:24, 16:10, 16:15, 33:22, 54:16, 54:18, 54:21, 55:14, 55:16, 67:7, 74:17, 74:18, 74:20, 74:22, 86:2, 86:5, 86:10, 86:14, 157:4, 157:6, 157:17, 157:22
**MI** [6] - 143:18, 145:12, 145:25, 146:20, 147:11, 147:21
**MIAMI** [1] - 1:2
**Miami** [11] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 135:17, 155:1, 155:3, 185:15, 185:16
**Michigan** [4] - 164:14, 164:23, 165:2, 165:10
**microphone** [3] - 30:21, 33:1, 84:16

**middle** [1] - 97:21
**migration** [6] - 143:17, 144:21, 145:11, 145:24, 146:20, 147:13
**mind** [2] - 61:19, 97:1
**minute** [1] - 68:4
**minutes** [33] - 9:13, 9:19, 10:2, 38:14, 39:6, 39:7, 39:8, 39:9, 39:11, 39:12, 46:5, 46:12, 67:14, 68:1, 68:7, 68:25, 88:13, 88:15, 88:19, 88:21, 89:7, 101:22, 105:6, 113:10, 131:20, 168:3, 168:11, 171:14, 171:15, 171:18, 171:23
**misbehave** [1] - 111:23
**mischaracterizatio n** [2] - 21:2, 119:20, 125:12
**mischaracterizes** [1] - 28:19
**misplace** [1] - 95:8
**Miss** [1] - 82:18
**missed** [1] - 70:17
**missing** [1] - 47:8
**misspoke** [1] - 130:11
**modus** [1] - 111:24
**mom** [12] - 31:16, 87:13, 87:17, 88:1, 91:15, 91:17, 91:19, 94:16, 97:12, 155:4, 157:24, 158:8
**mom's** [2] - 94:11, 94:13
**moment** [23] - 10:7, 23:2, 28:14, 46:8, 51:13, 54:8, 55:17, 65:22, 69:9, 71:21, 74:19, 76:14, 79:22, 80:21, 80:22, 100:12, 100:24, 113:13, 123:19, 132:2, 168:6, 173:10, 179:21
**moments** [2] - 55:13, 64:23
**Monday** [3] - 90:24, 91:1, 91:9
**money** [33] - 19:23, 21:15, 27:9, 27:10, 27:13, 27:19, 28:3, 28:16, 28:23, 29:4, 37:25, 42:23, 42:24, 42:25, 43:4, 43:6,

43:17, 43:19, 43:24, 44:5, 44:7, 44:11, 44:25, 45:9, 108:19, 108:20, 108:21, 108:23, 109:13, 118:16, 128:21, 128:22
**monitor** [6] - 106:19, 136:11, 138:22, 148:11, 158:15, 169:24
**month** [8] - 21:24, 21:25, 22:11, 25:22, 56:13, 83:25, 154:18
**months** [2] - 21:21, 58:1
**mop** [1] - 99:6
**Morning** [108] - 6:10, 15:7, 16:17, 16:21, 17:5, 21:6, 22:19, 25:16, 26:12, 27:3, 34:13, 34:14, 34:17, 34:22, 35:6, 35:12, 35:19, 36:12, 37:13, 37:21, 41:4, 44:14, 44:20, 48:3, 48:10, 48:11, 48:13, 49:3, 49:7, 50:21, 50:25, 51:3, 51:6, 51:9, 52:18, 53:4, 54:14, 55:4, 55:7, 55:13, 55:19, 56:1, 56:10, 56:16, 57:23, 58:7, 58:12, 58:18, 59:3, 60:8, 61:16, 62:9, 62:19, 62:23, 63:1, 64:18, 65:6, 66:5, 74:4, 74:10, 75:8, 76:11, 76:21, 77:16, 86:9, 86:11, 86:16, 86:21, 88:4, 88:8, 91:24, 94:5, 94:8, 98:2, 98:15, 98:21, 108:12, 112:19, 114:24, 115:2, 115:3, 115:11, 115:18, 116:1, 116:8, 118:13, 118:17, 119:17, 123:1, 123:7, 124:14, 124:16, 124:24, 125:5, 126:2, 126:4, 157:16, 157:17, 160:9, 160:13, 161:12, 161:22, 166:12, 166:13, 170:5, 170:8, 181:4, 181:7
**morning** [39] - 4:1, 4:2, 4:5, 4:8, 4:13, 4:14, 4:18, 4:19, 5:4,

5:5, 16:23, 23:8, 23:9, 26:4, 26:9, 30:11, 30:12, 46:19, 90:14, 97:7, 121:16, 121:17, 121:19, 121:22, 122:1, 122:7, 122:8, 122:23, 127:21, 179:17, 180:4, 180:22, 181:18, 181:23, 182:14, 183:1, 184:10, 184:25

**mornings** [2] - 98:12, 121:23

**mostly** [3] - 31:16, 32:7, 105:12

**mother** [32] - 36:2, 36:6, 53:17, 57:15, 57:16, 57:19, 84:13, 86:18, 87:19, 87:22, 87:25, 88:5, 90:21, 90:23, 90:25, 91:8, 91:12, 95:1, 97:8, 97:15, 98:18, 98:19, 110:1, 120:10, 120:11, 120:14, 157:19, 157:23, 157:24, 175:21

**mother's** [3] - 31:11, 110:2, 115:20

**motion** [8] - 89:22, 111:12, 180:14, 180:23, 182:5, 183:4, 184:9, 184:10

**motioned** [1] - 163:1

**mouth** [1] - 93:4

**move** [11] - 35:6, 50:25, 52:9, 72:16, 73:12, 73:25, 91:5, 98:17, 111:11, 112:18, 171:25

**moved** [35] - 35:12, 35:16, 35:22, 36:10, 36:12, 37:13, 37:21, 50:22, 54:16, 54:17, 58:21, 76:20, 79:1, 91:21, 91:24, 92:7, 94:7, 94:9, 97:16, 97:17, 98:14, 110:14, 160:9, 160:13, 161:5, 161:9, 161:12, 161:15, 161:22, 165:16, 165:22, 165:23, 165:25, 170:22

**movement** [1] - 38:22

**movements** [1] - 89:15

**moves** [1] - 89:15

**moving** [7] - 54:14,

54:24, 89:16, 89:17, 89:23, 89:25, 175:15

**MP3** [8] - 103:14, 103:21, 103:23, 174:23, 175:1, 175:2, 175:4

**MR** [213] - 4:2, 4:14, 4:19, 5:10, 5:12, 6:1, 6:5, 6:8, 6:18, 7:4, 7:12, 7:19, 8:3, 8:15, 8:18, 8:25, 9:8, 9:13, 10:14, 10:18, 10:22, 11:1, 11:7, 11:23, 12:15, 12:16, 13:6, 14:4, 14:16, 15:1, 15:6, 16:4, 17:4, 17:10, 18:22, 19:3, 19:15, 19:21, 20:1, 20:18, 20:24, 21:5, 23:2, 23:4, 23:15, 24:5, 24:12, 24:21, 25:7, 25:12, 26:14, 26:21, 27:21, 28:6, 28:19, 29:1, 29:13, 29:18, 29:22, 33:15, 45:1, 45:4, 46:21, 48:5, 50:8, 50:18, 52:22, 54:11, 54:13, 56:8, 58:6, 59:1, 59:12, 59:19, 61:7, 61:23, 62:2, 62:7, 62:12, 62:17, 62:22, 64:1, 64:7, 64:12, 64:15, 64:16, 64:21, 65:4, 65:8, 65:11, 65:13, 65:14, 65:22, 65:23, 66:3, 66:8, 68:17, 68:21, 68:25, 69:2, 69:4, 69:7, 69:9, 69:15, 69:25, 69:25, 70:4, 70:13, 70:19, 71:1, 71:4, 71:9, 71:16, 72:8, 72:13, 72:15, 72:18, 73:4, 73:13, 73:14, 74:1, 74:2, 75:18, 76:1, 76:7, 76:14, 77:4, 77:19, 78:12, 78:17, 79:4, 79:10, 79:15, 80:18, 80:24, 81:8, 81:24, 92:3, 93:19, 93:24, 94:19, 95:10, 101:13, 101:25, 102:23, 104:24, 106:9, 111:11, 114:2, 114:21, 115:9, 115:17, 116:22, 117:6, 117:14, 117:21, 119:23, 120:4, 120:9, 122:6, 122:14, 123:19,

123:21, 124:12, 125:4, 125:15, 125:19, 125:20, 126:1, 127:9, 127:24, 128:18, 129:6, 129:14, 129:19, 130:6, 131:14, 131:20, 132:1, 132:6, 133:3, 133:6, 133:9, 133:12, 133:13, 133:17, 153:14, 157:9, 163:15, 164:1, 164:18, 165:5, 167:15, 168:23, 171:20, 175:17, 176:14, 177:16, 179:4, 180:11, 180:21, 182:8, 182:13, 183:1, 183:7, 183:8, 183:10, 183:13, 184:5, 184:8, 184:11, 184:12, 185:1

**MS** [277] - 4:8, 4:25, 5:23, 6:4, 6:15, 6:25, 8:21, 10:9, 10:23, 11:20, 12:8, 12:11, 13:2, 13:3, 13:25, 14:1, 14:14, 14:24, 15:3, 16:1, 17:2, 17:8, 18:20, 18:25, 19:12, 19:18, 19:24, 20:14, 20:20, 21:2, 22:25, 23:7, 23:20, 24:7, 24:15, 24:23, 25:9, 25:14, 26:18, 27:1, 27:23, 28:14, 28:15, 28:22, 29:8, 29:15, 30:2, 30:10, 30:23, 32:8, 32:11, 32:19, 32:22, 33:2, 33:17, 36:15, 36:18, 41:24, 45:2, 45:7, 45:16, 45:19, 46:19, 46:24, 47:16, 47:20, 48:8, 48:16, 48:19, 49:15, 49:18, 50:12, 50:20, 51:13, 51:17, 53:1, 53:7, 53:10, 54:8, 56:6, 58:3, 58:22, 59:8, 59:11, 59:16, 61:4, 61:21, 61:25, 62:4, 62:10, 62:15, 62:20, 63:22, 64:4, 64:9, 64:19, 65:2, 65:7, 65:17, 65:19, 65:25, 66:6, 67:11, 69:6, 70:5, 70:12, 70:15, 70:22, 71:3, 71:18, 71:20, 71:23, 72:20, 73:15, 75:16, 75:23, 76:4, 76:18,

77:13, 78:1, 78:14, 78:23, 79:6, 79:12, 79:19, 79:22, 81:11, 81:19, 82:8, 82:16, 83:21, 85:6, 85:10, 85:18, 85:22, 89:24, 90:2, 92:6, 93:13, 93:15, 93:22, 94:2, 94:21, 95:12, 95:25, 96:4, 101:15, 102:6, 103:1, 105:2, 106:13, 106:16, 107:20, 107:23, 110:16, 110:19, 111:15, 113:24, 114:7, 114:17, 115:5, 115:7, 115:13, 116:19, 117:3, 117:11, 117:18, 119:20, 120:2, 120:7, 122:3, 122:10, 124:10, 125:1, 125:12, 125:22, 127:12, 128:1, 129:1, 129:12, 129:17, 129:23, 130:3, 130:11, 131:17, 132:10, 133:1, 133:8, 133:14, 133:16, 134:9, 136:6, 136:9, 136:20, 136:22, 138:3, 138:9, 138:11, 138:17, 138:20, 139:8, 139:11, 140:3, 140:10, 140:18, 140:21, 141:11, 141:13, 141:17, 141:20, 141:23, 142:1, 142:22, 143:5, 148:7, 148:9, 148:16, 148:18, 149:7, 149:14, 149:16, 151:7, 151:15, 152:5, 152:13, 153:2, 153:5, 153:12, 153:19, 154:1, 154:4, 156:3, 156:6, 156:15, 156:18, 157:12, 158:11, 158:14, 158:18, 158:21, 159:6, 159:9, 159:15, 159:18, 159:23, 160:1, 163:17, 164:4, 164:21, 165:8, 168:20, 169:12, 169:15, 169:20, 169:23, 171:22, 172:18, 172:21, 173:8, 173:12, 173:24, 174:2, 176:1, 176:18, 177:8,

177:11, 177:21, 178:2, 178:5, 179:1, 180:9, 182:15, 182:21, 183:3, 183:18, 184:13, 185:2

**multiple** [1] - 73:7

**must** [1] - 109:23

## N

**naked** [4] - 26:10, 89:5, 99:22, 99:23

**name** [39] - 30:6, 33:20, 34:12, 36:24, 37:2, 37:6, 49:6, 49:11, 54:6, 66:11, 82:12, 85:23, 86:8, 119:8, 119:10, 119:11, 119:12, 124:15, 125:11, 125:14, 125:21, 126:15, 134:3, 149:22, 153:22, 155:17, 155:20, 157:15, 157:20, 159:3, 163:5, 177:15, 177:18, 177:19, 177:20, 177:22, 177:25, 178:1, 178:8

**named** [6] - 31:24, 32:12, 54:3, 84:24, 85:11, 156:7

**names** [11] - 30:13, 66:19, 66:20, 119:6, 124:13, 125:25, 126:19, 126:20, 137:14, 160:21

**Nancy** [6] - 132:21, 132:23, 148:23, 151:4, 151:12, 151:18

**napkin** [2] - 163:6, 172:12

**Nason** [3] - 33:13, 33:18, 54:3, 54:4, 54:19

**Nason's** [1] - 33:20

**nasty** [5] - 43:1, 43:2, 44:12, 87:8, 129:21

**National** [5] - 60:14, 126:13, 126:16, 130:17, 130:24

**native** [1] - 83:1

**nature** [2] - 138:15, 140:16

**nearby** [1] - 111:20

**need** [10] - 8:25, 10:6, 18:16, 30:20, 30:21, 32:25, 131:23, 133:2, 133:11, 184:18

**needed** [6] - 42:7, 42:16, 73:17, 124:9, 130:18, 162:22

**needs** [3] - 80:25, 163:6, 183:9

**neighborhood** [11] - 33:8, 106:11, 108:10, 111:4, 111:19, 124:1, 124:4, 124:8, 124:13, 124:16, 125:11

**neighbors** [1] - 106:12

**never** [15] - 20:25, 21:9, 63:18, 64:17, 67:3, 67:9, 71:16, 71:18, 95:19, 95:24, 96:3, 120:11, 120:14, 174:14, 178:15

**new** [3] - 88:13, 112:17, 184:10

**New** [1] - 1:18

**next** [34] - 26:17, 30:1, 33:10, 63:6, 79:5, 82:7, 89:6, 89:14, 90:10, 90:19, 90:20, 99:3, 100:23, 105:4, 109:2, 109:10, 109:21, 112:18, 124:17, 130:2, 132:8, 135:6, 153:18, 159:13, 162:12, 162:24, 164:10, 171:17, 171:24, 172:2, 181:17, 181:21, 181:22

**nice** [6] - 118:3, 118:4, 118:6, 133:9, 179:18, 185:5

**nickname** [4] - 30:18, 37:4, 37:9, 49:13

**night** [6] - 26:8, 92:21, 102:5, 121:5, 121:24, 121:25

**nightstand** [1] - 174:12

**nighttime** [1] - 171:11

**NO** [1] - 1:2

**noise** [1] - 38:1

**nonresponsive** [4] - 79:4, 95:10, 101:25, 171:20

**North** [2] - 2:2, 185:15

**Northeast** [1] - 1:15

**Nos** [6] - 3:14, 3:15, 3:16, 143:2, 149:12, 152:10

**note** [1] - 151:8

**notebook** [2] - 67:25, 80:11

**notebooks** [3] - 46:4, 113:9, 179:16

**nothing** [5] - 42:16, 42:17, 68:13, 170:21, 185:2

**notice** [3] - 181:2, 184:16, 184:19

**notwithstanding** [1] - 72:23

**November** [6] - 66:21, 67:6, 112:9, 112:10, 145:24, 146:12

**number** [5] - 10:24, 71:3, 71:5, 115:2, 144:8

**numbers** [1] - 131:17

**numerous** [1] - 22:18

**NW** [1] - 1:18

## O

**oath** [9] - 5:7, 11:5, 47:5, 47:14, 69:23, 70:1, 73:24, 114:14, 169:10

**object** [3] - 64:9, 73:4, 183:3

**objected** [2] - 7:22, 132:3

**objecting** [1] - 72:22

**objection** [131] - 5:23, 6:4, 6:15, 6:25, 11:20, 12:8, 13:2, 13:3, 13:25, 14:1, 14:14, 14:24, 15:3, 16:1, 17:2, 17:8, 18:20, 18:25, 19:12, 19:13, 19:18, 19:19, 19:24, 20:14, 20:20, 21:2, 22:25, 23:15, 24:5, 24:12, 24:21, 25:7, 25:12, 26:14, 26:21, 27:21, 28:6, 28:19, 29:1, 29:13, 29:18, 33:15, 45:1, 45:4, 48:5, 50:8, 50:18, 52:22, 56:6, 58:3, 58:22, 59:8, 59:16, 61:4, 61:21, 62:10, 62:4, 62:10, 62:15, 62:20, 63:22, 64:4, 64:19, 65:2, 65:7, 65:17, 65:19, 65:25, 66:6, 67:11, 75:16, 75:23, 76:4, 77:4, 77:19, 78:12,

78:17, 79:4, 79:10, 79:15, 92:3, 93:19, 93:24, 94:19, 95:10, 101:13, 101:25, 102:23, 104:24, 106:9, 111:11, 115:5, 115:7, 115:13, 116:19, 117:3, 117:11, 117:18, 119:20, 120:2, 120:7, 122:3, 122:10, 124:10, 125:1, 125:12, 125:22, 127:24, 128:18, 129:6, 129:14, 129:19, 131:13, 132:5, 133:4, 157:9, 163:15, 164:1, 164:18, 165:5, 167:15, 171:20, 175:17, 176:14, 177:16

**objections** [3] - 68:11, 125:16, 125:18

**obtain** [1] - 136:4

**obtained** [1] - 162:23

**occasion** [11] - 27:11, 38:12, 39:14, 39:20, 40:2, 40:15, 40:23, 44:9, 50:2, 50:5, 175:16

**occasions** [3] - 24:8, 28:3, 73:7

**occur** [2] - 43:11, 90:16

**occurred** [3] - 70:13, 76:11, 91:24

**occurring** [1] - 62:8

**October** [7] - 112:19, 143:17, 144:18, 144:22, 145:1, 145:12, 154:19

**Odelin** [3] - 130:17, 130:24, 132:12

**Odney** [1] - 138:15

**OF** [3] - 1:1, 1:4, 1:17

**offense** [1] - 70:3

**offer** [6] - 42:24, 43:4, 44:25, 103:7, 128:21, 128:23

**offered** [10] - 37:25, 42:22, 42:25, 43:6, 43:19, 43:23, 44:7, 44:11, 45:8, 129:4

**officer** [4] - 126:15, 126:24, 179:17, 181:5

**OFFICER** [2] - 47:7, 73:19

**officers** [8] - 15:13, 23:18, 24:1, 61:19,

126:9, 126:19, 126:22, 126:25

**official** [2] - 2:1, 137:13

**Official** [1] - 185:15

**often** [20] - 14:20, 39:11, 77:1, 92:15, 93:9, 101:20, 111:22, 112:4, 112:12, 112:14, 112:15, 112:20, 112:21, 120:24, 120:25, 127:15, 176:19, 176:23, 177:3, 177:7

**old** [21] - 25:3, 25:18, 31:1, 38:9, 42:12, 51:7, 84:3, 84:20, 86:13, 86:15, 86:17, 101:4, 103:22, 111:16, 114:25, 115:4, 123:8, 123:10, 156:23, 161:1, 166:5

**older** [13] - 18:10, 31:21, 31:23, 84:23, 118:24, 119:1, 119:4, 119:5, 122:12, 155:13, 155:15, 161:2, 161:6

**oldest** [1] - 51:24

**once** [23] - 13:15, 20:10, 36:7, 39:23, 43:6, 74:17, 76:24, 77:7, 87:21, 91:24, 94:6, 101:10, 102:16, 111:24, 112:11, 121:8, 121:10, 130:15, 138:21, 161:15, 171:4, 171:23, 172:7

**one** [53] - 16:19, 17:5, 23:2, 27:7, 28:14, 31:20, 33:19, 41:5, 47:8, 49:19, 54:5, 54:8, 65:22, 68:4, 69:7, 70:19, 71:4, 71:9, 71:21, 74:15, 74:16, 75:4, 76:14, 79:22, 80:21, 81:8, 84:23, 99:9, 100:13, 104:20, 105:17, 111:23, 113:14, 116:11, 116:15, 118:22, 123:19, 125:21, 130:24, 130:25, 132:2, 132:4, 132:8, 133:21, 155:15, 162:3, 166:3, 171:18, 173:10, 175:2, 178:14, 180:23,

183:21

**ones** [7] - 51:24, 63:15, 111:6, 119:4, 119:5, 122:12, 122:13

**open** [8] - 9:16, 63:1, 63:3, 98:23, 98:24, 133:19, 170:23, 181:4

**operandi** [1] - 111:24

**opportunities** [1] - 158:10

**opportunity** [6] - 136:17, 139:22, 141:8, 142:8, 151:21, 183:11

**opposed** [1] - 8:23

**oral** [25] - 40:22, 41:10, 41:17, 42:8, 43:5, 50:6, 50:13, 93:5, 93:6, 93:10, 93:17, 93:23, 94:6, 99:24, 100:8, 100:16, 101:7, 102:19, 111:22, 112:13, 112:16, 112:20, 129:3, 180:15, 180:17

**order** [4] - 130:19, 152:22, 152:23, 180:16

**original** [4] - 145:7, 146:15, 146:24

**orphanage** [3] - 86:7, 115:23, 181:10

**out-of-court** [1] - 62:5

**outside** [11] - 7:15, 20:25, 22:15, 22:18, 23:23, 24:9, 59:24, 65:19, 99:20, 106:5, 130:10

**overhanging** [1] - 99:19

**overnight** [1] - 35:3

**overruled** [31] - 6:6, 7:2, 12:10, 20:22, 23:16, 24:6, 24:13, 28:7, 29:2, 29:19, 50:10, 58:4, 59:17, 75:17, 77:5, 77:20, 78:18, 79:16, 95:11, 102:2, 106:10, 122:11, 125:23, 128:19, 129:8, 129:15, 129:20, 163:16, 175:18, 176:15, 177:17

**own** [2] - 100:21, 174:14

## P

**p.m** [9] - 1:6, 73:22, 80:14, 82:5, 113:11, 114:12, 168:4, 169:5, 179:19
**pack** [1] - 96:21
**Page** [12] - 69:8, 143:14, 143:20, 144:14, 144:15, 145:9, 145:14, 145:21, 146:2, 146:23, 147:9, 147:22
**PAGE** [1] - 3:12
**page** [24] - 70:24, 138:12, 140:12, 140:24, 141:2, 143:12, 143:24, 144:1, 144:10, 144:11, 144:12, 144:17, 144:23, 145:4, 145:7, 145:16, 145:18, 145:19, 146:5, 146:9, 146:13, 146:15, 147:6, 147:7
**Pages** [2] - 1:8, 69:5
**paid** [7] - 36:12, 63:18, 87:24, 161:17, 161:18, 178:10
**pants** [10] - 42:1, 42:4, 50:7, 50:14, 50:15, 89:2, 100:13, 101:3, 102:10, 102:12
**paperwork** [1] - 35:1
**pardon** [1] - 65:11
**parents** [9] - 18:4, 18:7, 27:9, 27:10, 27:13, 31:9, 84:11, 111:9, 118:16
**parole** [1] - 184:17
**part** [11] - 6:11, 8:8, 8:17, 12:2, 41:14, 87:4, 107:11, 107:17, 123:18, 135:20
**particular** [5] - 76:24, 130:16, 130:22, 144:12, 181:11
**parties** [1] - 130:14
**pass** [2] - 40:25, 178:19
**passed** [2] - 31:11, 87:17
**passing** [3] - 33:6, 38:17, 94:23
**passport** [18] - 131:2, 132:10, 132:14, 132:15, 132:16, 143:12,

143:20, 143:21, 144:5, 144:8, 144:12, 144:16, 145:8, 145:20, 146:3, 147:8, 148:4, 148:10
**Passport** [4] - 143:8, 144:3
**passports** [4] - 131:3, 132:19, 141:7, 141:8
**pay** [6] - 87:14, 88:3, 118:6, 118:9, 118:11, 178:15
**paying** [3] - 158:8, 164:9, 178:18
**penalty** [4] - 69:21, 69:24, 72:3, 72:12
**penis** [26] - 37:25, 38:21, 39:2, 40:17, 41:3, 43:3, 76:24, 88:23, 88:25, 89:12, 89:13, 89:20, 90:5, 91:4, 93:4, 97:6, 99:16, 100:18, 100:19, 100:20, 100:21, 163:22, 163:24, 164:5, 164:7, 172:17
**people** [22] - 5:18, 6:20, 7:20, 8:5, 12:6, 12:17, 23:17, 44:10, 53:11, 58:10, 58:13, 58:16, 60:24, 61:18, 62:3, 74:17, 74:23, 74:24, 110:6, 126:3, 160:20, 160:23
**people...** [1] - 74:20
**per** [3] - 22:12, 22:13, 121:7
**perform** [11] - 41:17, 42:8, 43:5, 93:10, 93:23, 94:4, 100:8, 112:13, 112:15, 112:20, 129:3
**performed** [6] - 40:22, 50:6, 50:13, 101:7, 101:9, 102:19
**performing** [7] - 41:10, 93:5, 93:6, 93:17, 99:24, 100:16, 111:22
**perhaps** [1] - 70:23
**period** [4] - 25:16, 50:22, 51:1, 167:4
**perjury** [4] - 69:21, 69:24, 72:3, 72:12
**permission** [36] - 7:12, 36:15, 36:22, 45:16, 47:17, 48:16, 49:15, 51:14, 53:7,

106:13, 107:20, 110:16, 136:6, 136:20, 138:9, 138:17, 139:8, 140:18, 141:11, 141:23, 148:7, 148:16, 149:14, 151:13, 158:11, 158:18, 159:6, 159:15, 169:12, 169:20, 172:18, 173:8, 173:24, 177:8, 178:2, 179:5
**permit** [5] - 46:10, 68:6, 113:15, 168:8, 179:23
**permits** [2] - 68:23, 142:14
**person** [5] - 95:6, 119:2, 148:4, 161:18, 182:23
**personal** [3] - 60:2, 117:25, 137:15
**personally** [2] - 78:5, 78:22
**persons** [1] - 66:19
**Petion** [10] - 43:8, 44:8, 44:14, 44:16, 44:17, 44:19, 154:21, 154:22, 154:25, 155:2
**Petion-Ville** [10] - 43:8, 44:8, 44:14, 44:16, 44:17, 44:19, 154:21, 154:22, 154:25, 155:2
**Phil** [5] - 4:15, 46:21, 81:25, 114:3, 168:24
**PHILIP** [1] - 1:23
**photo** [4] - 107:8, 110:20, 160:6, 169:25
**photograph** [6] - 107:4, 107:7, 107:10, 110:22, 159:13, 169:18
**physically** [2] - 59:2, 67:4
**pick** [8] - 17:15, 92:25, 93:12, 104:4, 104:13, 105:16, 111:7
**picked** [2] - 104:16, 108:10
**picking** [1] - 17:11
**picks** [1] - 104:19
**picture** [14] - 47:23, 48:1, 48:22, 48:24, 49:6, 49:8, 107:10, 107:15, 107:16, 110:24, 158:16, 158:24, 159:4, 159:10
**pictures** [2] - 96:9,

123:23
**piece** [2] - 32:3, 32:16
**pin** [2] - 41:15, 42:20
**pinkish** [1] - 32:6
**pinkish-white** [1] - 32:6
**place** [19] - 43:16, 51:24, 52:17, 55:12, 57:22, 60:3, 60:8, 65:6, 65:10, 65:12, 65:16, 66:5, 71:10, 87:12, 98:20, 105:16, 122:3, 157:4, 160:12
**placed** [3] - 89:11, 89:13, 124:20
**Plaintiff** [1] - 1:5
**plan** [1] - 9:1
**plans** [1] - 181:25
**play** [8] - 17:21, 17:23, 100:6, 103:18, 103:19, 124:21, 128:20
**player** [3] - 103:23, 174:23, 175:1
**playfully** [1] - 41:2
**playing** [5] - 42:2, 92:19, 105:24, 171:13, 171:15
**PlayStation** [1] - 171:15
**plea** [1] - 135:4
**pleasure** [2] - 95:7, 102:20
**point** [11] - 8:22, 32:3, 32:16, 42:23, 68:12, 68:22, 85:3, 85:15, 90:6, 136:14, 156:11
**pointed** [2] - 155:25, 162:21
**pointing** [1] - 53:20
**police** [13] - 23:11, 23:13, 23:18, 23:24, 24:1, 24:10, 60:23, 61:9, 61:15, 61:19, 78:21, 126:9, 181:8
**Police** [5] - 60:14, 126:13, 126:16, 130:17, 130:24
**poorly** [1] - 119:18
**porch** [2] - 107:17
**Port** [10] - 31:8, 44:18, 83:8, 83:22, 143:19, 144:21, 145:13, 146:1, 146:22, 147:13
**Port-au-Prince** [10] - 31:8, 44:18, 83:8, 83:22, 143:19,

144:21, 145:13, 146:1, 146:22, 147:13
**portion** [10] - 8:10, 8:22, 9:3, 9:6, 9:9, 9:10, 9:14, 10:10, 139:5, 139:7
**portions** [1] - 11:12
**position** [6] - 25:24, 26:2, 26:12, 27:4, 27:6, 88:2
**possibly** [1] - 183:25
**pour** [2] - 92:13, 163:2
**poured** [3] - 88:24, 89:11, 163:3
**precisely** [1] - 70:12
**precludes** [1] - 68:13
**prefer** [2] - 30:14, 83:4, 154:14
**presence** [2] - 7:15, 130:10
**present** [13] - 4:16, 46:22, 49:21, 55:25, 58:20, 59:2, 59:3, 59:6, 82:1, 114:4, 133:24, 168:25, 180:17
**presented** [1] - 11:8
**presently** [1] - 182:2
**pretty** [1] - 8:5
**previous** [3] - 91:10, 91:13, 151:24
**previously** [27] - 36:16, 45:17, 47:17, 48:17, 49:16, 51:14, 52:4, 52:7, 53:8, 106:14, 106:17, 107:20, 110:17, 131:2, 131:6, 136:7, 136:12, 138:18, 140:19, 140:22, 140:25, 142:18, 158:12, 159:16, 159:19, 169:16, 177:12
**primary** [1] - 7:8
**Prince** [10] - 31:8, 44:18, 83:8, 83:22, 143:19, 144:21, 145:13, 146:1, 146:22, 147:13
**problem** [2] - 9:8, 122:13
**problems** [1] - 17:1
**proceed** [15] - 5:9, 11:6, 30:8, 46:23, 47:6, 47:9, 47:15, 82:14, 93:13, 114:16, 134:7, 154:1, 154:7, 169:11, 184:7

**proceeding** [1] - 69:22
**proceedings** [28] - 5:2, 7:14, 9:16, 10:4, 11:3, 46:7, 46:14, 47:3, 47:12, 68:3, 73:22, 80:14, 81:14, 82:5, 113:12, 113:19, 114:12, 130:9, 133:19, 133:23, 135:3, 168:5, 168:14, 169:5, 169:8, 179:20, 185:11
**Proceedings** [1] - 185:6
**process** [1] - 81:4
**product** [1] - 137:5
**proffer** [2] - 180:25, 181:6
**program** [13] - 33:19, 38:8, 86:24, 87:4, 87:6, 108:25, 109:8, 161:15, 166:9, 170:11, 171:4, 171:6, 177:6
**promoted** [1] - 21:17
**pronouncing** [1] - 155:17
**properly** [4] - 158:6, 158:17, 160:12, 177:19
**prosecution** [1] - 15:14
**prosecutor** [2] - 120:18, 123:22
**protect** [8] - 6:9, 12:1, 12:4, 12:5, 12:18, 12:21, 12:25
**protection** [1] - 13:7
**provide** [2] - 27:10, 27:13
**provided** [3] - 27:9, 136:25, 139:14
**provides** [1] - 68:12
**public** [1] - 149:9
**publish** [21] - 36:15, 45:16, 47:17, 48:16, 49:15, 51:14, 53:7, 106:13, 107:20, 110:16, 136:6, 138:9, 138:17, 140:9, 140:18, 143:4, 149:14, 152:12, 158:11, 159:6, 159:15
**pull** [5] - 42:5, 42:7, 50:6, 50:15, 100:9
**pulled** [13] - 7:20, 50:14, 50:17, 60:22, 61:2, 61:8, 62:3, 62:13, 100:2, 100:11,

100:13, 163:2, 164:6
**punch** [2] - 96:7, 96:8
**pure** [1] - 111:10
**purpose** [1] - 76:8
**purposes** [4] - 136:24, 139:13, 141:15, 148:20
**pursuant** [1] - 149:9
**push** [3] - 100:25, 118:25, 119:1
**pushed** [6] - 41:12, 41:16, 42:20, 100:3, 100:12, 101:2
**put** [25] - 37:5, 38:19, 38:21, 38:24, 39:13, 40:16, 40:17, 90:5, 99:10, 99:14, 101:2, 102:4, 102:12, 103:17, 103:19, 109:12, 109:13, 120:20, 139:21, 172:3, 172:7, 172:15, 172:16, 172:17, 174:15
**puts** [1] - 102:17
**putting** [1] - 103:16

## Q

**questioned** [7] - 8:14, 60:7, 60:11, 60:22, 61:9, 61:15, 61:24
**questioning** [2] - 61:18, 64:10
**questions** [14] - 23:4, 29:22, 49:24, 60:15, 60:24, 61:10, 76:15, 79:23, 83:12, 120:18, 120:19, 127:9, 129:24, 153:14
**quickly** [1] - 182:9
**quite** [4] - 79:2, 181:14, 181:16, 182:8
**quote** [1] - 70:6
**quote-unquote** [1] - 70:6

## R

**raised** [1] - 71:19
**ran** [5] - 42:16, 42:21, 101:11, 109:11
**rank** [1] - 126:25
**rarely** [1] - 36:4
**rather** [2] - 158:23, 181:10
**RDR** [2] - 2:1, 185:14

**read** [21] - 7:10, 9:22, 45:23, 67:19, 69:3, 80:5, 113:3, 138:13, 140:13, 143:7, 143:25, 144:19, 145:22, 146:4, 146:19, 147:1, 147:10, 147:23, 148:10, 167:21, 179:10
**ready** [6] - 10:21, 41:23, 46:23, 73:16, 122:1, 180:10
**real** [2] - 33:20, 38:1
**realize** [1] - 91:15
**realized** [2] - 109:7, 111:24, 181:23
**really** [6] - 39:21, 42:17, 133:6, 148:12, 170:13, 176:21
**reason** [17] - 12:20, 12:25, 21:18, 28:8, 38:1, 76:24, 77:7, 87:11, 109:7, 123:18, 127:5, 128:2, 158:3, 178:18, 178:21
**reasons** [2] - 128:4, 171:18
**received** [5] - 19:11, 19:16, 58:16, 108:20, 135:22
**RECEIVED** [1] - 3:12
**recess** [13] - 46:12, 46:13, 68:8, 80:12, 80:15, 81:12, 81:13, 113:17, 113:18, 168:12, 168:13, 179:22, 185:4
**recognize** [21] - 36:19, 37:7, 47:21, 48:20, 51:18, 53:11, 107:25, 136:15, 137:1, 137:3, 138:22, 138:24, 139:15, 139:17, 141:4, 142:2, 148:24, 149:1, 151:19, 172:24, 174:7
**recollection** [9] - 6:14, 6:20, 8:10, 8:12, 8:16, 8:20, 9:7, 11:24, 12:13
**record** [17] - 4:7, 30:6, 32:8, 32:19, 46:18, 81:18, 82:12, 85:6, 85:18, 89:24, 113:23, 134:3, 151:7, 153:23, 156:3, 156:15, 168:19
**records** [1] - 149:9
**red** [1] - 107:16

**Red** [1] - 3:3
**redirect** [3] - 23:5, 76:16, 127:10
**REDIRECT** [3] - 23:6, 76:17, 127:11
**refer** [1] - 9:9
**reference** [1] - 105:3
**referencing** [1] - 70:17
**referred** [2] - 15:8, 116:5
**referring** [16] - 27:24, 53:19, 70:23, 70:25, 71:1, 74:21, 79:20, 87:3, 95:5, 97:4, 102:7, 107:12, 128:17, 132:11, 137:16, 162:7
**reflect** [14] - 32:8, 32:10, 32:19, 32:21, 85:7, 85:9, 85:19, 85:21, 89:24, 90:1, 156:4, 156:5, 156:16, 156:17
**reflection** [1] - 32:6
**refresh** [7] - 6:13, 6:19, 8:9, 8:12, 8:16, 9:7, 11:24
**refreshed** [1] - 12:12
**refreshes** [1] - 8:19
**refrigerate** [1] - 109:16
**refuse** [5] - 19:8, 26:4, 28:9, 79:8, 95:18
**refused** [11] - 21:19, 26:11, 26:19, 27:2, 28:3, 95:13, 127:16, 127:17, 128:8, 128:16
**refusing** [2] - 25:25, 26:2
**regard** [3] - 8:9, 71:22, 73:3
**regarding** [5] - 5:14, 37:6, 37:9, 49:20, 49:24
**regards** [1] - 23:11
**Reginald** [2] - 4:17, 168:25
**regularly** [1] - 96:23
**rehab** [2] - 181:19
**rehabbed** [1] - 182:1
**relation** [1] - 135:22
**relationship** [1] - 54:23
**release** [1] - 129:24
**released** [3] - 29:23, 79:24, 81:10
**relevance** [10] - 17:2, 17:8, 20:20, 25:12,

27:21, 64:5, 65:18, 125:1, 129:7, 129:14
**remain** [5] - 59:14, 59:21, 110:9, 110:10, 127:8
**remained** [2] - 52:3, 59:25
**remember** [86] - 5:16, 5:18, 5:20, 6:7, 6:11, 7:17, 8:5, 8:8, 12:2, 14:8, 14:10, 14:12, 14:20, 14:22, 15:11, 15:17, 16:9, 16:14, 17:13, 20:9, 22:9, 38:7, 39:19, 42:13, 43:6, 43:14, 44:6, 50:4, 61:10, 66:12, 66:17, 66:20, 66:21, 67:5, 67:7, 74:13, 75:20, 86:10, 86:13, 97:12, 101:4, 101:20, 115:1, 116:3, 119:6, 119:9, 120:22, 121:3, 123:15, 123:24, 124:6, 124:15, 125:11, 125:13, 125:25, 126:6, 126:19, 156:23, 160:6, 160:17, 160:20, 160:21, 161:14, 163:20, 163:21, 164:25, 165:1, 165:18, 165:21, 166:3, 166:4, 166:5, 166:8, 166:19, 166:22, 166:24, 167:6, 167:10, 167:11, 170:6, 175:2, 176:24, 177:7
**remembers** [1] - 117:12
**remove** [2] - 12:14, 93:9
**rent** [1] - 118:13
**rented** [1] - 52:2
**repeat** [3] - 16:12, 159:24, 165:24
**rephrase** [11] - 6:17, 6:22, 28:21, 50:11, 55:17, 65:10, 78:13, 100:15, 125:17, 174:18, 177:2
**Rephrase** [27] - 13:5, 14:3, 16:3, 19:2, 26:24, 45:6, 48:7, 52:24, 58:24, 61:6, 64:14, 66:2, 75:25, 76:6, 92:5, 93:21, 94:1, 102:25, 105:1,

115:16, 116:21, 117:20, 122:5, 157:11, 164:3, 164:20, 165:7

**report** [18] - 9:25, 46:2, 56:25, 57:2, 57:5, 57:8, 57:16, 67:23, 70:22, 70:25, 71:2, 71:25, 80:9, 113:7, 137:13, 167:25, 179:14, 182:13

**REPORTED** [1] - 2:1

**reporter** [1] - 89:22

**Reporter** [2] - 2:1, 185:15

**REPORTER** [3] - 30:5, 134:2, 153:22

**reports** [1] - 70:9

**representatives** [4] - 66:22, 67:5, 74:5, 74:25

**Republic** [2] - 147:11, 149:6

**republish** [4] - 169:20, 173:8, 173:24, 178:2

**request** [1] - 111:23

**requested** [1] - 109:21

**requests** [4] - 127:17, 128:9, 128:17

**require** [1] - 184:17

**requirement** [2] - 122:7, 122:15

**reside** [1] - 160:20

**resided** [5] - 53:14, 53:17, 104:3, 111:19, 165:14

**resident** [3] - 21:16, 64:18, 112:17

**residents** [9] - 6:10, 12:18, 12:25, 54:5, 58:12, 74:4, 75:7, 108:8, 122:20

**residing** [2] - 56:11, 182:2

**resigned** [1] - 175:23

**resources** [1] - 184:22

**respectively** [1] - 132:19

**respond** [1] - 183:12

**responsibilities** [2] - 135:1, 135:2

**responsibility** [4] - 29:17, 29:20, 79:14, 129:13

**responsible** [2] - 56:19, 58:11

**rest** [9] - 51:25, 53:17, 69:9, 73:17, 99:3, 112:23, 113:16, 161:2, 180:7

**restaurant** [5] - 43:7, 43:10, 43:13, 43:18, 43:20

**resting** [2] - 181:24, 182:9

**restrictions** [1] - 124:20

**return** [2] - 104:23, 166:13

**returned** [14] - 51:6, 51:9, 57:24, 99:5, 101:4, 109:12, 128:11, 166:14, 166:16, 166:20, 167:13, 170:4, 170:8

**review** [3] - 8:24, 136:17, 151:21

**reviewed** [1] - 149:2

**Ricardo** [33] - 3:5, 23:8, 23:10, 23:21, 24:8, 24:20, 24:24, 25:6, 25:10, 25:15, 25:21, 25:23, 26:7, 26:19, 27:2, 27:6, 27:8, 27:24, 28:16, 28:23, 29:16, 33:21, 33:22, 33:24, 54:7, 54:19, 54:21, 54:22, 54:23, 55:3, 60:25, 61:2, 151:3

**rice** [3] - 19:7, 19:10, 28:3

**rides** [1] - 18:2

**right-hand** [1] - 146:8

**river** [1] - 94:24

**ROI** [1] - 71:3

**role** [2] - 26:12, 27:3

**room** [54] - 9:19, 26:4, 26:8, 41:1, 41:4, 41:7, 41:9, 42:25, 43:25, 46:5, 66:24, 67:1, 67:2, 67:3, 67:4, 67:10, 68:1, 69:9, 71:17, 72:10, 73:17, 80:12, 88:9, 88:11, 88:18, 90:11, 92:25, 93:3, 93:9, 93:10, 97:6, 99:11, 104:6, 104:8, 104:9, 104:13, 104:15, 104:22, 105:3, 112:23, 113:10, 113:16, 120:20, 128:10, 160:15, 160:16, 162:10, 162:11,

163:18, 168:3, 176:17, 176:19

**rooms** [1] - 41:5

**rough** [1] - 110:11

**roundabout** [1] - 97:21

**Route** [1] - 155:6

**routine** [3] - 98:7, 98:8, 98:10

**rub** [6] - 38:15, 39:10, 88:17, 171:16, 171:18, 172:3

**rubbing** [1] - 38:14

**rule** [4] - 7:23, 68:12, 68:22, 127:22

**Rule** [8] - 69:17, 180:12, 180:19, 180:24, 182:4, 183:4, 184:10

**ruled** [4] - 6:16, 7:23, 8:1, 180:11

**rules** [4] - 123:16, 127:20, 128:3

**Rules** [1] - 131:9

**ruling** [5] - 7:25, 11:21, 180:13, 180:15, 180:18

**rulings** [1] - 72:23

**running** [2] - 20:5, 56:19

## S

**Santo** [50] - 13:17, 13:20, 16:11, 16:17, 20:11, 33:9, 35:23, 52:2, 52:4, 52:6, 52:8, 52:9, 52:14, 52:17, 52:21, 53:3, 54:16, 84:6, 84:7, 86:2, 86:3, 86:4, 86:11, 94:8, 94:17, 94:18, 94:22, 94:23, 94:25, 97:23, 104:1, 104:3, 110:24, 110:25, 157:1, 157:2, 157:3, 157:4, 157:18, 161:22, 161:24, 165:17, 165:20, 166:2, 166:9, 166:12, 166:14

**Santos** [1] - 125:7

**satisfies** [1] - 102:20

**Saturday** [8] - 87:8, 88:9, 88:22, 90:18, 91:10, 91:13, 92:10, 170:13

**Saturdays** [1] - 21:15

**save** [1] - 28:12

**saw** [19] - 24:25,

33:7, 33:8, 33:10, 54:18, 54:22, 64:17, 67:9, 71:17, 72:9, 98:7, 104:6, 109:24, 111:3, 130:16, 149:2, 164:7, 165:4, 181:13

**scared** [1] - 13:13

**schedule** [1] - 179:25

**scheduled** [2] - 181:17, 181:19

**Schlender** [1] - 149:24

**school** [32] - 5:15, 5:19, 17:17, 36:10, 36:12, 43:14, 43:16, 60:13, 60:25, 61:1, 62:24, 62:25, 63:9, 63:10, 77:8, 87:14, 87:22, 87:23, 87:24, 110:12, 122:1, 122:9, 158:9, 160:11, 161:13, 161:16, 161:17, 162:3, 170:25, 178:11, 178:15, 178:21

**schooling** [1] - 118:9

**scope** [3] - 65:19, 79:10, 127:24

**scratched** [1] - 127:22

**screaming** [1] - 38:1

**screen** [9] - 37:1, 47:25, 48:25, 156:13, 158:17, 159:11, 173:13, 173:15, 178:6

**seal** [1] - 180:25

**seamstress** [1] - 88:1

**search** [1] - 59:7

**seat** [3] - 5:8, 30:5, 82:11

**seated** [16] - 5:3, 10:5, 11:4, 15:14, 46:8, 47:4, 47:13, 68:8, 73:23, 82:6, 113:13, 114:13, 134:2, 168:6, 169:9, 179:21

**second** [20] - 10:6, 40:10, 40:11, 40:15, 40:18, 43:7, 43:15, 44:7, 44:9, 50:2, 50:3, 52:19, 52:20, 69:7, 113:14, 138:12, 140:12, 145:4, 145:16, 165:15

**Security** [2] - 4:12, 81:23

**SECURITY** [2] - 47:7,

73:19

**security** [2] - 179:17, 181:5

**see** [56] - 9:22, 11:14, 11:25, 12:3, 20:7, 20:10, 32:5, 33:10, 37:3, 45:23, 48:22, 55:18, 67:19, 80:5, 85:1, 85:13, 87:5, 94:15, 96:9, 104:1, 104:11, 104:21, 104:22, 105:4, 105:9, 105:14, 106:1, 106:20, 106:21, 107:2, 107:5, 108:7, 109:22, 113:3, 146:5, 146:23, 147:22, 148:5, 155:23, 156:9, 158:17, 163:5, 163:22, 164:5, 165:9, 167:21, 169:18, 173:16, 174:5, 177:5, 177:18, 178:16, 178:24, 179:10, 179:17, 180:4

**seek** [8] - 131:9, 131:10, 132:7, 138:4, 140:4, 142:23, 149:8, 152:6

**seeking** [6] - 130:22, 131:1, 131:6, 132:12, 132:17, 182:4

**self** [1] - 134:14

**self-employed** [1] - 134:14

**semester** [2] - 43:15

**send** [2] - 9:11, 175:7

**sending** [1] - 178:21

**sensation** [1] - 89:8

**sent** [5] - 54:22, 55:1, 90:11, 109:9, 109:20

**sentencing** [1] - 135:4

**separate** [1] - 70:3

**separately** [1] - 75:10

**September** [4] - 110:25, 112:15, 147:12, 148:3

**seriously** [1] - 24:18

**served** [2] - 77:10, 81:3

**service** [1] - 81:4

**services** [2] - 58:15, 58:16

**serving** [1] - 81:2

**seventh** [1] - 60:19,

60:20
**several** [10] - 27:7, 56:18, 58:1, 77:2, 112:7, 160:20, 162:14, 176:21, 177:6, 181:7
**sex** [23] - 40:22, 41:10, 41:17, 42:8, 43:5, 50:6, 50:13, 93:5, 93:6, 93:10, 93:17, 93:23, 94:6, 99:24, 100:8, 100:16, 101:7, 102:19, 111:22, 112:13, 112:16, 112:20, 129:3
**sexual** [48] - 23:12, 37:24, 49:24, 64:22, 65:1, 65:5, 65:16, 66:4, 70:13, 70:18, 71:10, 76:10, 76:23, 77:18, 79:9, 90:16, 91:24, 92:8, 92:12, 93:18, 94:3, 95:13, 96:11, 98:25, 101:8, 101:17, 102:15, 102:22, 103:3, 104:2, 105:10, 108:7, 110:5, 120:13, 120:17, 121:13, 121:19, 121:20, 127:16, 138:15, 140:16, 161:23, 164:11, 164:13, 176:10, 176:12, 181:14
**sexually** [2] - 24:10, 25:1
**shaking** [1] - 172:7
**shame** [1] - 22:5
**shampoo** [1] - 162:14
**Sheffield** [3] - 69:3, 69:13, 71:7
**shelf** [1] - 99:14
**ship** [1] - 97:20
**shirt** [8] - 32:6, 32:18, 85:5, 85:17, 156:2, 156:14, 178:17, 178:24
**shirts** [1] - 103:17
**shit** [2] - 17:15, 95:23
**shoot** [4] - 13:8, 13:9, 13:14, 14:5
**shooting** [1] - 14:22
**short** [1] - 22:5
**shortly** [1] - 60:4
**shorts** [4] - 100:6, 100:7, 163:21, 164:6
**shot** [8] - 13:12, 13:15, 13:19, 13:23,

14:12, 14:17, 14:19, 15:2
**shots** [2] - 17:7, 109:15
**shoulder** [5] - 104:5, 104:7, 104:22, 120:21, 182:1
**show** [6] - 7:16, 9:2, 91:17, 109:19, 141:17, 178:20
**showed** [6] - 38:21, 40:20, 74:9, 89:20, 91:15, 123:23
**showing** [21] - 9:1, 76:2, 76:8, 106:17, 107:24, 136:12, 140:22, 140:25, 143:20, 144:5, 144:10, 145:14, 146:2, 146:23, 147:22, 152:14, 159:19, 160:3, 163:21, 174:3, 178:6
**shown** [5] - 12:9, 141:21, 148:19, 151:10, 173:15
**sick** [1] - 20:5
**side** [17] - 7:15, 31:22, 88:1, 99:19, 107:3, 107:7, 107:11, 107:12, 107:13, 125:18, 130:10, 144:23, 144:25, 145:1, 145:3, 147:14, 147:20
**side-bar** [2] - 7:15, 130:10
**sign** [2] - 6:22, 6:23
**signature** [9] - 11:18, 37:17, 49:22, 143:18, 144:22, 145:12, 145:25, 146:21, 147:12
**signed** [4] - 36:22, 37:13, 49:21, 159:11
**signs** [3] - 181:9, 181:13, 181:14
**silent** [1] - 155:18
**similar** [1] - 105:17
**single** [1] - 153:6
**sister** [6] - 31:22, 68:19, 68:20, 84:23, 155:15
**sisters** [10] - 18:4, 18:5, 31:17, 31:20, 84:22, 155:9, 155:11, 155:12, 155:13, 175:24
**sit** [1] - 59:23
**sitting** [9] - 32:5,

43:19, 63:15, 66:22, 72:22, 105:17, 107:1, 159:13, 175:2
**situation** [2] - 175:20, 175:25
**six** [1] - 18:7
**size** [2] - 28:24, 29:7
**skin** [1] - 174:14
**slammed** [1] - 109:19
**slap** [1] - 96:7
**slapped** [2] - 77:12, 77:14
**slaps** [1] - 98:13
**sleep** [4] - 41:6, 87:9, 160:12, 160:13
**sleeping** [4] - 92:25, 93:2, 93:10, 170:24
**slept** [4] - 35:5, 41:8, 87:10, 160:16
**slip** [1] - 99:22
**slips** [1] - 103:16
**slowed** [1] - 33:12
**small** [1] - 33:12
**smiling** [1] - 39:25
**soccer** [4] - 17:21, 17:23, 100:6, 124:21
**socialize** [1] - 124:23
**soda** [2] - 117:22, 118:1
**Soleil** [7] - 31:6, 31:7, 31:12, 35:22, 35:24, 54:15, 54:16
**someone** [7] - 26:20, 27:4, 78:8, 78:11, 93:12, 100:25, 101:2
**sometime** [1] - 58:5
**sometimes** [14] - 13:9, 19:7, 28:9, 52:12, 78:20, 92:19, 93:11, 112:10, 112:11, 121:8, 121:17, 121:23, 122:12, 128:21
**somewhere** [1] - 36:24
**son** [1] - 95:23
**sooner** [1] - 184:21
**sorry** [7] - 10:23, 51:19, 95:25, 105:20, 115:6, 146:5, 147:18
**sort** [1] - 73:2
**sound** [2] - 4:20, 90:8
**sources** [1] - 161:19
**South** [1] - 1:24
**Southern** [3] - 134:21, 134:24, 135:11
**SOUTHERN** [1] - 1:1

**Southwest** [1] - 1:21
**Spanish** [3] - 135:5, 135:10, 135:19
**speaking** [5] - 25:4, 66:12, 84:16, 106:7, 125:16, 125:18, 162:8
**Special** [5] - 4:11, 66:9, 66:13, 81:22
**specific** [1] - 157:4
**specifically** [4] - 26:6, 69:5, 102:8, 132:11
**speculation** [19] - 6:25, 13:2, 19:13, 19:19, 24:21, 27:21, 29:13, 56:6, 59:8, 61:4, 115:5, 115:7, 115:14, 116:19, 117:3, 117:11, 117:18, 124:10, 129:6
**spell** [1] - 178:1
**spelled** [5] - 177:19, 177:20, 177:22, 177:25, 178:1
**spelling** [2] - 134:4, 153:23
**spend** [3] - 34:22, 94:13, 115:23
**spending** [1] - 115:2
**spent** [7] - 21:25, 77:12, 94:11, 97:8, 115:10, 125:9, 125:10
**sperm** [1] - 172:10
**sponsors** [1] - 178:20
**spray** [1] - 88:16
**spring** [4] - 48:3, 48:9, 51:21, 52:15
**square** [1] - 111:6
**St** [2] - 20:12, 60:13
**stack** [1] - 81:9
**staff** [8] - 10:1, 46:3, 67:24, 80:10, 113:8, 134:20, 168:1, 179:15
**stamp** [20] - 143:12, 143:16, 144:12, 144:16, 144:20, 145:1, 145:7, 145:8, 145:15, 146:3, 146:8, 146:11, 146:14, 146:15, 146:24, 147:8, 147:15, 147:23, 148:2, 148:10
**stamped** [1] - 144:18
**stamps** [8] - 131:2, 132:10, 132:14, 142:5, 142:12, 142:15, 142:19, 144:18
**stand** [2] - 46:25,

112:2
**standing** [5] - 106:3, 106:4, 106:5, 106:25, 107:1
**stands** [1] - 89:7
**Star** [108] - 6:10, 15:7, 16:17, 16:21, 17:5, 21:6, 22:20, 25:16, 26:13, 27:3, 34:13, 34:14, 34:17, 34:22, 35:6, 35:13, 35:19, 36:13, 37:14, 37:21, 41:4, 44:15, 44:20, 48:3, 48:10, 48:11, 48:13, 49:3, 49:7, 50:21, 50:25, 51:4, 51:6, 51:9, 52:18, 53:4, 54:14, 55:4, 55:7, 55:13, 55:19, 56:1, 56:10, 56:16, 57:23, 58:7, 58:12, 58:18, 59:3, 60:8, 61:16, 62:9, 62:19, 62:23, 63:1, 64:18, 65:6, 66:5, 74:4, 74:10, 75:8, 76:11, 76:21, 77:17, 86:9, 86:11, 86:16, 86:21, 88:4, 88:8, 91:24, 94:5, 94:8, 98:2, 98:15, 98:21, 108:12, 112:19, 114:24, 115:3, 115:11, 115:18, 116:1, 116:8, 118:14, 118:17, 119:18, 123:1, 123:7, 124:14, 124:16, 124:25, 125:5, 126:2, 126:4, 157:16, 157:17, 160:9, 160:14, 161:12, 161:22, 166:12, 166:13, 170:5, 170:8, 181:4, 181:7
**start** [1] - 89:17
**started** [22] - 18:16, 56:23, 79:8, 87:23, 88:23, 89:7, 89:15, 89:16, 95:2, 99:4, 99:15, 99:24, 100:14, 109:4, 109:6, 134:18, 158:8, 170:11, 171:23, 172:7, 172:8
**starvation** [1] - 28:12
**starve** [1] - 18:24
**state** [12] - 4:6, 30:6, 46:17, 70:7, 81:17, 82:12, 113:22, 134:3, 135:13, 135:14,

153:22, 168:18
**State** [1] - 136:2
**statement** [44] -
6:13, 6:22, 6:23, 7:1,
7:16, 8:11, 8:13, 8:17,
9:1, 9:9, 18:8, 22:8,
22:16, 62:5, 66:4,
68:15, 69:14, 69:17,
69:19, 70:10, 70:11,
70:16, 70:20, 71:6,
71:7, 71:9, 71:12,
71:13, 71:14, 71:16,
71:22, 71:25, 72:1,
72:5, 72:11, 72:12,
111:13, 116:18,
130:17, 132:4,
132:12, 138:16,
140:17
**statements** [6] - 6:5,
68:9, 69:23, 72:6,
72:24, 130:23
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**States** [35] - 4:3,
4:10, 21:22, 22:10,
22:15, 22:24, 30:2,
46:15, 46:20, 54:9,
56:5, 56:9, 56:17,
56:20, 63:20, 67:6,
74:25, 81:15, 81:21,
82:8, 113:20, 114:1,
114:17, 118:20,
118:22, 119:24,
130:4, 143:8, 144:3,
153:12, 153:20,
168:15, 168:22,
179:1, 185:15
**stating** [1] - 71:10
**stay** [10] - 35:17,
36:22, 56:13, 80:22,
90:20, 98:20, 162:4,
162:6, 162:9
**stayed** [10] - 34:24,
35:1, 35:2, 35:3,
35:18, 56:10, 63:1,
63:3, 162:4
**staying** [2] - 34:23,
35:9
**STEEVE** [1] - 30:4
**Steeve** [4] - 3:6,
30:2, 30:7, 150:13
**step** [5] - 9:18,
29:24, 79:25, 129:25,
153:15
**stepped** [1] - 133:17
**stick** [1] - 102:9
**still** [13] - 5:7, 11:5,
31:12, 43:18, 47:5,
47:7, 47:14, 73:24,
94:17, 114:14, 133:2,

154:25, 169:10
**stipulating** [1] -
130:15
**stop** [10] - 9:25, 46:2,
67:23, 78:9, 78:22,
79:17, 80:9, 113:7,
167:25, 179:14
**stopped** [2] - 28:8,
78:24
**store** [3] - 117:15,
117:22, 118:1
**stories** [1] - 160:15
**story** [3] - 22:22,
24:3, 35:14
**straight** [1] - 110:2
**Street** [1] - 1:15
**street** [9] - 33:6,
36:8, 54:19, 55:1,
97:21, 124:18,
124:21, 124:24,
178:25
**streets** [1] - 178:17
**strike** [5] - 50:10,
74:19, 79:7, 111:11,
111:12
**strong** [1] - 109:4
**struggling** [2] -
41:15, 41:18
**Stu** [3] - 4:15, 46:21,
168:24
**STUART** [1] - 1:20
**Stuart** [2] - 81:25,
114:3
**stuck** [1] - 89:2
**stuff** [4] - 43:1, 43:2,
44:13, 87:8
**style** [1] - 95:18
**styles** [2] - 98:7, 98:8
**subject** [5] - 68:13,
69:18, 71:19, 138:15,
140:16
**subpoena** [6] -
80:19, 81:1, 81:6,
182:16, 182:22,
182:23
**subpoenaed** [4] -
182:15, 182:19,
182:21, 184:16
**subpoenas** [1] - 81:2
**suburb** [1] - 43:8
**suck** [1] - 97:6
**sucked** [2] - 37:24,
76:24
**sucking** [5] - 41:3,
43:3, 99:15, 100:18,
102:16
**suffer** [2] - 24:19,
24:20
**suffers** [1] - 91:19
**Suite** [3] - 1:18, 1:22,

1:24
**summer** [2] - 49:2,
53:15
**Sunday** [7] - 18:15,
19:5, 29:5, 90:20,
90:23, 90:24, 170:13
**Sundays** [2] - 18:1,
19:6
**supermarket** [12] -
96:15, 96:17, 96:20,
109:9, 116:2, 116:10,
116:11, 116:14,
116:23, 117:2,
127:14, 127:15
**support** [5] - 18:11,
18:14, 18:17, 87:18,
175:22
**suppose** [1] - 14:6
**supposed** [2] -
70:10, 122:23
**surgery** [1] - 182:1
**surprising** [1] -
133:10
**suspect** [1] - 183:21
**suspected** [1] -
93:12
**suspicious** [1] -
181:11
**Sustained** [27] -
13:4, 14:2, 16:2, 19:1,
26:23, 45:5, 48:6,
52:23, 58:23, 61:5,
64:13, 66:1, 75:24,
76:5, 92:4, 93:20,
93:25, 102:24,
104:25, 115:15,
116:20, 117:19,
122:4, 157:10, 164:2,
164:19, 165:6
**sustained** [50] -
5:24, 11:22, 14:15,
14:25, 15:5, 17:3,
17:9, 18:21, 19:14,
19:20, 19:25, 20:17,
21:4, 23:1, 24:22,
25:8, 25:13, 26:16,
27:22, 29:14, 33:16,
50:19, 56:7, 59:10,
61:22, 62:1, 62:6,
62:11, 62:16, 62:21,
63:24, 64:6, 64:20,
65:3, 66:7, 67:12,
68:11, 79:11, 94:20,
101:14, 115:8, 117:5,
117:13, 119:22,
120:3, 120:8, 124:11,
125:3, 127:25, 167:16
**swear** [1] - 133:25
**sweeping** [2] -
178:17, 178:24

**swing** [1] - 175:3
**sworn** [1] - 72:11
**SWORN** [4] - 30:4,
82:10, 134:1, 153:21
**system** [2] - 4:20,
126:12

## T

**T-shirt** [1] - 178:17
**Tabarre** [59] - 5:19,
5:22, 13:18, 13:19,
14:17, 14:19, 18:16,
25:18, 25:21, 33:24,
34:3, 34:5, 34:7,
34:14, 35:4, 48:12,
48:14, 49:5, 51:10,
51:12, 51:25, 52:20,
53:14, 53:16, 53:18,
53:25, 58:19, 94:6,
96:10, 97:16, 97:17,
97:19, 97:22, 98:3,
98:5, 98:15, 99:1,
101:5, 101:16,
101:18, 101:21,
102:3, 105:8, 105:9,
107:19, 108:6,
108:14, 122:20,
124:17, 125:7, 125:8,
165:14, 166:18,
166:20, 166:21,
167:3, 170:5, 176:2,
176:5
**table** [14] - 4:11,
15:14, 18:8, 43:19,
43:22, 66:22, 66:23,
81:22, 95:8, 105:17,
105:18, 106:1, 107:1,
109:19
**taught** [1] - 64:2
**team** [18] - 21:6,
21:10, 21:11, 21:15,
21:18, 22:1, 22:4,
22:5, 25:16, 25:17,
25:18, 25:20, 25:24,
26:2, 26:12, 26:20,
27:6, 27:7
**ten** [14] - 12:22,
12:24, 21:9, 24:24,
46:5, 46:12, 67:14,
68:1, 68:7, 113:10,
113:17, 168:3,
168:11, 168:12
**tender** [3] - 114:18,
153:13, 179:2
**tenders** [1] - 54:9
**tent** [1] - 170:22
**term** [2] - 39:6, 58:20
**testified** [22] - 15:10,
21:3, 22:20, 23:10,

25:15, 25:23, 27:8,
28:2, 28:16, 29:9,
42:22, 50:1, 50:14,
70:7, 71:18, 76:19,
120:14, 121:2,
121:12, 126:3, 128:2,
131:7
**testifies** [1] - 69:18
**testify** [8] - 70:21,
71:14, 72:9, 80:19,
83:4, 125:13, 129:13,
154:14
**testifying** [2] - 29:16,
79:13
**testimony** [17] -
14:11, 20:25, 21:3,
28:20, 46:10, 68:5,
69:20, 113:15, 116:3,
119:21, 120:13,
125:13, 126:6, 168:8,
179:23, 179:25, 181:6
**THE** [359] - 1:10,
1:14, 1:20, 3:4, 4:1,
4:3, 4:13, 4:18, 4:20,
5:3, 5:5, 5:6, 5:24,
6:6, 6:7, 6:17, 7:2,
7:3, 7:13, 7:16, 7:20,
8:7, 8:16, 8:19, 9:5,
9:11, 9:15, 9:18, 10:5,
10:8, 10:11, 10:13,
10:20, 11:4, 11:22,
12:10, 12:14, 13:4,
14:2, 14:15, 14:25,
15:5, 16:2, 17:3, 17:9,
18:21, 19:1, 19:14,
19:20, 19:25, 20:17,
20:22, 20:23, 21:4,
23:1, 23:3, 23:5,
23:16, 23:17, 24:6,
24:13, 24:14, 24:22,
25:8, 25:13, 26:16,
26:23, 27:22, 28:7,
28:8, 28:21, 29:2,
29:3, 29:14, 29:19,
29:20, 29:24, 30:1,
30:5, 30:7, 30:8,
30:20, 32:10, 32:21,
32:25, 33:16, 36:17,
41:22, 45:5, 45:18,
45:20, 46:8, 46:11,
46:12, 46:15, 46:23,
47:1, 47:4, 47:7, 47:9,
47:13, 47:19, 48:6,
48:18, 49:17, 50:10,
50:19, 51:16, 52:23,
53:9, 54:10, 56:7,
58:4, 58:5, 58:23,
59:10, 59:17, 59:18,
61:5, 61:22, 62:1,
62:6, 62:11, 62:16,

62:21, 63:24, 64:6, 64:13, 64:20, 65:3, 65:10, 65:12, 65:21, 66:1, 66:7, 67:12, 67:13, 67:14, 68:4, 68:9, 68:18, 68:22, 69:1, 69:11, 69:13, 69:16, 70:3, 70:11, 70:16, 70:20, 70:25, 71:6, 71:13, 71:21, 72:2, 72:9, 72:14, 72:16, 72:19, 73:10, 73:16, 73:19, 73:20, 73:23, 75:17, 75:24, 76:5, 76:16, 77:5, 77:7, 77:20, 77:21, 78:13, 78:18, 78:19, 79:5, 79:11, 79:16, 79:17, 79:25, 80:15, 80:21, 81:6, 81:10, 81:12, 81:15, 82:2, 82:6, 82:13, 82:14, 83:11, 83:14, 83:15, 83:19, 83:20, 85:9, 85:21, 90:1, 92:4, 93:14, 93:20, 93:25, 94:20, 95:11, 96:2, 101:14, 102:2, 102:3, 102:24, 104:25, 106:10, 106:11, 106:15, 107:22, 110:18, 111:12, 112:22, 112:24, 113:13, 113:20, 114:5, 114:9, 114:13, 114:15, 114:16, 114:19, 115:6, 115:8, 115:15, 116:20, 117:5, 117:13, 117:19, 119:22, 120:3, 120:8, 122:4, 122:11, 122:12, 123:20, 124:11, 125:3, 125:17, 125:23, 125:24, 127:10, 127:25, 128:19, 128:20, 129:8, 129:10, 129:15, 129:16, 129:20, 129:21, 129:25, 130:2, 130:8, 131:13, 131:24, 132:2, 132:7, 132:24, 133:2, 133:4, 133:11, 133:15, 133:21, 133:24, 134:2, 134:5, 134:7, 136:8, 136:21, 138:5, 138:10, 138:19, 139:10, 140:5, 140:9, 140:20, 141:12, 141:19,

141:25, 142:25, 143:4, 148:8, 148:17, 149:10, 149:15, 151:14, 152:8, 152:12, 153:1, 153:4, 153:15, 153:16, 153:18, 153:22, 153:24, 154:2, 156:5, 156:17, 157:10, 158:13, 158:19, 158:20, 159:8, 159:17, 159:22, 159:24, 163:16, 164:2, 164:19, 165:6, 167:16, 168:6, 168:10, 168:11, 168:15, 169:2, 169:6, 169:9, 169:14, 169:22, 171:21, 172:20, 173:10, 174:1, 175:18, 175:19, 176:15, 176:16, 177:10, 177:17, 177:18, 178:4, 179:3, 179:6, 179:21, 180:3, 180:4, 180:7, 180:10, 180:13, 182:6, 182:12, 182:20, 182:24, 183:2, 183:5, 183:9, 183:11, 183:16, 184:3, 184:6, 184:9, 184:24, 185:4

**themselves** [1] - 24:2

**thereafter** [1] - 60:4

**therefore** [1] - 70:9

**Thereupon** [7] - 46:13, 47:11, 81:13, 113:18, 133:22, 168:13, 169:7

**they've** [4] - 182:15, 182:16, 182:18, 184:15

**thief** [1] - 128:14

**thinking** [1] - 78:4

**Third** [1] - 1:21

**third** [5] - 81:5, 131:5, 145:18, 182:17, 182:22

**thousand** [4] - 128:23, 129:4, 129:5, 129:10

**threatening** [1] - 12:6

**three** [19] - 15:17, 18:3, 18:5, 30:13, 31:20, 35:25, 36:2, 75:4, 92:16, 126:23, 134:25, 154:9,

155:12, 160:11, 167:11, 167:13

**threw** [2] - 104:21, 172:11

**throw** [2] - 104:4, 104:6

**thrown** [4] - 123:5, 123:7, 123:13, 123:16

**Tim** [2] - 66:9, 66:13

**today** [22] - 22:20, 22:21, 29:16, 29:20, 32:1, 32:14, 79:13, 83:4, 84:3, 85:1, 85:13, 129:13, 129:18, 136:17, 139:23, 141:9, 142:9, 151:21, 154:14, 155:23, 156:9, 167:20

**together** [3] - 5:13, 18:4, 61:11

**toilet** [4] - 99:15, 99:17, 99:19, 99:20

**tomorrow** [12] - 114:8, 179:17, 180:4, 180:8, 180:18, 182:9, 182:14, 183:1, 183:17, 184:4, 184:10, 184:25

**tonight** [5] - 103:8, 103:9, 176:17, 176:20, 183:8

**took** [24] - 20:9, 22:17, 29:3, 39:23, 39:24, 55:11, 56:11, 56:21, 57:22, 59:6, 59:24, 60:8, 71:10, 81:9, 98:19, 104:22, 157:24, 158:10, 160:6, 163:1, 166:4, 172:2, 172:4, 172:6

**top** [7] - 13:10, 89:1, 104:19, 140:14, 143:10, 144:10, 145:11

**topics** [1] - 70:8

**touch** [9] - 37:1, 47:25, 48:24, 91:4, 95:8, 105:21, 121:20, 159:11

**touched** [1] - 88:25

**touching** [13] - 9:23, 45:23, 67:19, 80:5, 88:23, 89:8, 100:19, 100:20, 100:21, 105:19, 113:3, 167:21, 179:10

**tourists** [1] - 108:18

**toward** [1] - 122:21

**towards** [2] - 100:2, 100:12

**toy** [1] - 103:9

**toys** [2] - 35:25, 103:5

**track** [1] - 131:23

**transcription** [1] - 185:11

**translate** [1] - 130:19

**translated** [6] - 137:4, 138:25, 139:19, 144:17, 145:1, 151:24

**translation** [28] - 132:3, 132:8, 132:13, 137:6, 137:8, 137:9, 137:21, 137:24, 138:1, 139:20, 140:1, 143:11, 143:22, 144:19, 145:8, 145:10, 145:16, 145:19, 145:20, 145:22, 146:3, 146:14, 146:19, 147:1, 147:7, 147:10, 147:23, 152:2

**translations** [15] - 130:15, 130:20, 131:1, 131:3, 131:11, 131:22, 131:25, 132:18, 132:23, 132:24, 142:11, 142:15, 142:19, 152:21

**translator** [6] - 130:5, 130:12, 130:13, 130:18, 130:23, 131:10

**transport** [1] - 184:22

**transported** [1] - 184:19

**trash** [1] - 17:11

**travel** [6] - 23:23, 24:8, 179:25, 180:23, 181:24, 182:2

**traveled** [6] - 21:23, 22:3, 103:4, 118:19, 118:22, 164:22

**traveling** [1] - 165:2

**treat** [5] - 40:3, 40:19, 79:8, 95:14, 96:12

**treated** [1] - 119:18

**treating** [1] - 175:7

**treatment** [1] - 20:2

**trial** [11] - 9:22, 45:22, 67:18, 69:21, 80:4, 113:2, 135:4, 155:1, 155:3, 167:20, 179:9

**TRIAL** [1] - 1:10

**tried** [1] - 42:20

**trips** [7] - 22:12, 22:13, 22:15, 22:17, 22:18, 56:11, 56:14

**trouble** [1] - 95:9

**true** [3] - 68:18, 68:19, 115:10

**truth** [2] - 29:21, 129:21

**try** [10] - 9:24, 46:1, 67:22, 70:9, 80:8, 113:6, 167:24, 176:9, 179:13, 183:8

**trying** [4] - 28:12, 38:18, 131:15, 133:9

**tuition** [2] - 158:8, 178:18

**turn** [1] - 104:3

**turned** [2] - 37:8, 39:25, 122:16

**turns** [1] - 56:21

**TV** [10] - 13:12, 13:16, 13:19, 13:21, 13:23, 14:5, 14:12, 121:25

**Twelfth** [2] - 2:2, 185:15

**twice** [5] - 43:6, 76:23, 87:21, 112:11, 121:10

**Two** [1] - 82:20

**two** [32] - 11:14, 15:17, 22:12, 22:13, 52:18, 53:5, 68:25, 71:5, 72:14, 75:4, 81:3, 84:23, 111:24, 121:8, 121:10, 130:23, 134:17, 141:4, 141:7, 142:8, 144:18, 155:15, 160:15, 161:14, 167:11, 167:13, 182:15, 182:16, 182:21, 183:22, 184:15, 184:22

**type** [3] - 121:13, 181:9, 181:13

**typewritten** [2] - 137:16, 139:5

## U

**UN** [2] - 181:5, 181:20

**under** [22] - 5:7, 11:5, 47:5, 47:14, 49:6, 49:8, 69:16, 69:21, 69:23, 69:24, 70:1, 72:3, 72:12,

73:24, 105:18, 106:1, 111:18, 114:14, 131:9, 169:10, 170:22, 180:25
**underneath** [2] - 89:1, 159:3
**understood** [2] - 81:11, 162:22
**unidentified** [2] - 47:11, 133:22
**United** [35] - 4:3, 4:9, 21:21, 22:10, 22:15, 22:24, 30:2, 46:15, 46:20, 54:9, 56:5, 56:9, 56:17, 56:20, 63:20, 67:5, 74:25, 81:15, 81:20, 82:8, 113:20, 113:25, 114:17, 118:19, 118:22, 119:24, 130:4, 143:8, 144:3, 153:12, 153:20, 168:15, 168:21, 179:1, 185:15
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**unless** [2] - 68:12, 163:13
**unquote** [1] - 70:6
**unusual** [1] - 181:10
**up** [45] - 7:13, 13:8, 13:14, 17:11, 17:12, 17:15, 30:21, 30:22, 31:13, 33:1, 38:19, 41:11, 52:2, 55:17, 56:13, 58:11, 68:9, 74:9, 74:19, 76:2, 76:8, 77:6, 89:7, 89:25, 92:25, 93:4, 93:12, 101:3, 104:4, 104:13, 104:16, 104:19, 105:16, 107:9, 108:10, 109:8, 111:7, 112:1, 112:2, 128:10, 130:8, 131:15, 175:3, 178:15
**upset** [2] - 175:6
**upstairs** [4] - 92:20, 162:11, 163:10, 163:13
**US** [7] - 69:2, 74:5, 134:20, 135:11, 136:1, 141:7, 141:8
**usual** [1] - 43:25

**V**

**vague** [1] - 75:23
**valid** [4] - 143:18, 145:12, 145:25,

146:21
**value** [1] - 176:22
**various** [3] - 135:23
**version** [3] - 9:3, 9:5, 139:18
**versions** [1] - 151:24
**versus** [5] - 4:3, 46:16, 81:16, 113:21, 168:16
**victim** [1] - 183:22
**victims** [3] - 131:7, 182:17, 184:15
**view** [2] - 106:4, 106:5
**Ville** [10] - 43:8, 44:8, 44:14, 44:16, 44:17, 44:19, 154:21, 154:22, 154:25, 155:2
**visa** [1] - 145:11
**visas** [5] - 142:5, 142:14, 145:24, 146:20, 147:11
**visit** [16] - 18:1, 31:15, 34:5, 34:17, 35:4, 35:8, 52:9, 86:20, 87:7, 90:22, 90:23, 91:8, 94:25, 97:22, 170:14, 170:16
**visited** [4] - 34:2, 34:7, 34:14, 90:25
**visiting** [2] - 35:7, 111:16
**visits** [1] - 181:12
**voice** [4] - 30:20, 30:22, 33:1, 77:6
**vs** [1] - 1:6

**W**

**Wadley** [1] - 150:16
**wait** [2] - 26:17, 83:15
**waiting** [2] - 4:20, 133:21
**waiver** [1] - 183:9
**wake** [1] - 93:4
**walking** [1] - 33:6
**washing** [1] - 27:4
**Washington** [1] - 1:19
**watch** [2] - 86:23, 87:5
**watching** [3] - 93:12, 99:4, 121:25
**wearing** [13] - 32:4, 32:17, 85:4, 85:5, 85:16, 99:21, 100:5, 100:7, 156:1, 156:12, 163:19, 163:20,

163:21
**Wednesday** [2] - 181:17, 181:22
**week** [13] - 77:12, 92:16, 94:11, 94:13, 95:1, 97:8, 97:9, 97:15, 99:3, 121:7, 161:14, 181:21
**weekend** [4] - 88:7, 88:19, 90:17, 91:6
**weekends** [4] - 17:24, 170:12, 170:15
**weeks** [6] - 22:8, 92:10, 134:17, 167:12, 167:14, 170:5
**welcome** [2] - 5:6, 10:13
**welcomed** [1] - 98:24
**whatsoever** [8] - 9:21, 45:21, 67:17, 80:3, 113:1, 118:17, 167:19, 179:8
**wheat** [1] - 77:8
**white** [7] - 32:6, 32:7, 32:18, 85:5, 85:17, 156:2, 156:14
**whole** [3] - 64:10, 106:5, 108:24
**Widson** [1] - 151:6
**wiggled** [1] - 42:20
**willing** [1] - 68:23
**window** [4] - 106:23, 106:24, 107:1, 107:9
**window's** [1] - 106:23
**wipe** [4] - 163:6, 172:12, 172:13, 172:14
**withhold** [1] - 119:15
**witness** [56] - 4:24, 8:4, 8:23, 10:19, 15:4, 29:23, 29:25, 30:1, 32:9, 32:20, 46:24, 49:22, 54:9, 59:11, 70:6, 70:7, 73:11, 73:16, 79:24, 80:17, 80:19, 80:22, 80:25, 81:1, 81:5, 81:7, 82:2, 82:7, 85:7, 85:19, 89:25, 111:14, 112:22, 114:9, 114:18, 129:24, 130:1, 130:2, 130:12, 133:15, 133:25, 139:9, 153:13, 153:17, 153:18, 156:4, 156:16, 169:6, 169:7, 169:13, 172:19, 177:9, 179:2,

180:6, 180:22, 180:24
**Witness** [6] - 48:2, 49:1, 145:17, 148:1, 159:12, 178:9
**WITNESS** [42] - 6:7, 7:3, 20:23, 23:17, 24:14, 28:8, 29:3, 29:20, 30:4, 30:7, 46:11, 58:5, 59:18, 77:7, 77:21, 78:19, 79:17, 82:10, 82:13, 83:14, 83:19, 102:3, 106:11, 114:15, 122:12, 125:24, 128:20, 129:10, 129:16, 129:21, 134:1, 134:5, 153:16, 153:21, 153:24, 158:20, 159:24, 168:10, 175:19, 176:16, 177:18, 180:3
**witness's** [3] - 12:13, 20:15, 69:17
**witnessed** [1] - 108:11
**WITNESSES** [1] - 3:4
**witnesses** [12] - 114:5, 135:4, 180:10, 180:19, 180:20, 182:6, 182:17, 182:25, 183:22, 184:7, 184:17, 184:22
**witnesses'** [1] - 81:4
**Woodjerry** [2] - 56:18, 109:22
**word** [2] - 144:24, 147:15
**worse** [2] - 77:23, 175:21
**wrestling** [1] - 41:2
**write** [1] - 159:3
**writing** [1] - 183:6
**written** [3] - 37:10, 180:16, 183:9

**X**

**X-x-x-x-x-x-x** [1] - 153:25
**Xxx** [1] - 149:24
**Xxxx** [1] - 151:6
**Xxxxx** [20] - 3:5, 5:13, 7:5, 11:8, 12:17, 22:23, 33:21, 54:7, 54:19, 54:21, 54:23, 54:24, 55:3, 60:25, 61:2, 130:25, 140:17, 150:5, 151:3, 184:15
**XXXXXX** [1] - 30:4

**Xxxxxx** [7] - 3:6, 30:3, 30:7, 150:2, 150:10, 150:13, 182:22
**XXXXXXX** [1] - 153:21
**Xxxxxxx** [11] - 3:7, 3:9, 150:7, 150:19, 150:22, 150:25, 153:20, 153:24, 153:25, 157:21, 177:18
**XXXXXXXX** [1] - 82:10
**Xxxxxxxx** [5] - 82:13, 149:21, 150:16, 152:15, 184:15
**Xxxxxxxxx** [3] - 130:17, 130:24, 132:4
**Xxxxxxxxx's** [2] - 132:12, 138:16

**Y**

**yard** [2] - 59:23, 59:25
**year** [15] - 14:9, 22:11, 22:12, 22:13, 51:5, 57:11, 57:17, 60:16, 69:6, 69:8, 86:10, 140:10, 166:8, 166:9, 166:19
**years** [18] - 12:22, 12:24, 21:9, 22:14, 25:18, 55:12, 56:9, 86:15, 86:17, 115:2, 115:4, 123:8, 125:5, 125:9, 125:10, 134:25, 135:13, 181:4
**yell** [1] - 119:13
**yelling** [1] - 120:6
**York** [1] - 1:18
**young** [9] - 21:18, 84:21, 104:13, 104:15, 111:18, 115:12, 124:15, 160:24, 161:11
**younger** [9] - 31:21, 84:23, 104:8, 122:13, 155:13, 155:16, 161:1, 161:2, 161:7
**youngest** [3] - 31:22, 115:3, 161:4
**yourself** [2] - 5:22, 78:8
**yourselves** [7] - 9:20, 45:21, 67:16, 80:2, 112:25, 167:18,

179:7
**youths** [1] - 34:11

## Z

**zipper** [4] - 41:2, 41:25, 42:1, 42:3