```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                   Plaintiff,          February 20, 2013

 6         vs.                           9:22 a.m. to 5:09 p.m.

 7    MATTHEW ANDREW CARTER,

 8                   Defendant.          Pages 1 to 172
     _____
 9

10                            JURY TRIAL
               BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14
     FOR THE GOVERNMENT:        MARIA K. MEDETIS, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132
                                        -and-
17                              BONNIE L. KANE, ESQ.
                                UNITED STATES DEPARTMENT OF JUSTICE
18                              1400 New York Avenue, NW
                                Suite 600
19                              Washington, DC 20530

20
     FOR THE DEFENDANT:         STUART ADELSTEIN, ESQ.
21                              ADELSTEIN & MATTERS
                                2929 Southwest Third Avenue
22                              Suite 410
                                Miami, Florida 33129
23                                      -and-
                                PHILIP R. HOROWITZ, ESQ.
24                              9130 South Dadeland Boulevard
                                Suite 1910
25                              Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        I N D E X

2

3                              Direct    Cross    Red.

4
     WITNESSES FOR THE GOVERNMENT:
5
     Jorel Xxxxxxx                          5       26
6
     Wendy Dawn Jaimie Cordero      29
7
     Michael Bentolila              54       63      65
8
     Greatest Xxxxxxx               71      104
9

10

11
     EXHIBITS RECEIVED IN EVIDENCE                 PAGE
12
     Government's Exhibit Nos. 87-A and 87-B        37
13   Government's Exhibit Nos. 92 and 93           52
     Government's Exhibit No. 104                   57
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good morning.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Counsel, state your appearances, please, for the

 5    record.

 6              MS. MEDETIS:  Yes.  Good morning, your Honor.

 7              Maria Medetis and Bonnie Kane on behalf of the United

 8    States, with Agents Larko and Flores at counsels' table.

 9              THE COURT:  Good morning.

10              MR. HOROWITZ:  Good morning, your Honor.

11              Phil Horowitz, Stu Adelstein on behalf of Matthew

12    Carter, who's present before the Court, along with our

13    investigator, Reginald Hope, who's also present.

14              THE COURT:  Good morning.

15              MR. ADELSTEIN:  Good morning.

16              THE COURT:  All the jurors are here.  So let's bring

17    the witness in and continue, please.

18              Are you ready, Mr. Horowitz?

19              MR. HOROWITZ:  Yes, your Honor.

20              (Whereupon, the jury entered the courtroom at

21    9:23 a.m. and the following proceedings were had:)

22              THE COURT:  You may be seated.

23              Good morning, ladies and gentlemen.

24              THE JURY:  Good morning.

25              THE COURT:  You are still under oath, sir.
```

1            You may proceed, Mr. Horowitz.

2            MR. HOROWITZ:  Thank you, your Honor.

3                      CROSS-EXAMINATION

4    BY MR. HOROWITZ:

5    Q.  Good morning, Jorel.

6    A.  Good morning.

7    Q.  Jorel, you and I have never met.  Correct?

8    A.  Yes.

9    Q.  When you testified yesterday, you stated under oath that

10   you got to the Morning Star Center when you were 4 or 5 years

11   old.  Is that correct?

12   A.  Yes.

13   Q.  And you were born in 1996; were you not?

14   A.  Or 1997.

15   Q.  You don't know what year you were born?

16   A.  I didn't keep it in my memory.

17   Q.  So you would have gotten to the Morning Star Center in

18   about 2001.  Is that a fair statement?

19   A.  I don't know exactly.  It could be 2001 or 2002.

20   Q.  Well, I'm going to show you what's been previously admitted

21   as Government's Exhibit 48.

22            THE INTERPRETER:  One moment, counsel.  Nothing is

23   showing up on the witness's screen.

24            Thank you.  It's coming through now.

25            MR. HOROWITZ:  It's there?

 1              THE INTERPRETER:  Yes.

 2    BY MR. HOROWITZ:

 3    Q.  Government's Exhibit 48 is a picture of the residence of

 4    Morning Star in spring, 2003.  I know it's kind of difficult to

 5    see and I'm trying to focus it for you.  I'd be more than happy

 6    to bring it up to you.

 7         But I want to ask you the question of whether you see your

 8    picture in this collage of photographs in the spring of 2003.

 9    If you can't see it, I'll bring it up to you.

10    A.  It would be better if you bring it to me, please.

11              MR. HOROWITZ:  May I approach, your Honor?

12              THE COURT:  Yes.

13              MR. HOROWITZ:  For the record, I'm going to present

14    all three exhibits to the witness, 48, 49 and 80, which are

15    already in evidence.

16    BY MR. HOROWITZ:

17    Q.  Handing you Government's Exhibit 48, do you see where it

18    says spring, 2003?

19    A.  Yes.

20    Q.  Do you see your picture in that collage of photographs?

21    A.  No.

22    Q.  I want you to take a look at Government's Exhibit 49, which

23    is up there with you as well.  It's one of the other two.  And

24    the exhibit sticker should be on the back.

25    A.  No.

J. Xxxxxxx - CROSS - By Mr. Horowitz          7

1   Q.  Jorel, you've had an opportunity to look at Government's

2   Exhibit 49, which is the photographs before you; have you not?

3   A.  No.

4   Q.  Have you had a chance to look at all the photographs from

5   that Government's Exhibit 49?

6   A.  No.

7   Q.  "No," being that you don't see your picture within

8   Government's Exhibit 49.  Is that correct?

9   A.  No.

10  Q.  And those photographs in Government's Exhibit 49 are

11  photographs of the residence of the Morning Star Center in 2003

12  as well?

13          MS. KANE:  Objection.  Speculation.

14          THE COURT:  Sustained.

15          Rephrase your question.

16          MR. HOROWITZ:  Yes, your Honor.

17          May I approach and retrieve the last two exhibits?

18          THE COURT:  Yes.

19  BY MR. HOROWITZ:

20  Q.  Take a look at the screen.

21      Do you see where it says the Morning Star, autumn, 2003?

22  A.  Yes.

23  Q.  Do you see the exhibit sticker here for Government's

24  Exhibit 49?

25  A.  No.  I couldn't read it.

 1    Q.   You're not anywhere within this group of photographs for

 2    autumn, 2003.  Correct?

 3              MS. MEDETIS:  Objection.  Asked and answered.

 4              THE COURT:  Which exhibit was that?

 5              MR. ADELSTEIN:  49.

 6              MR. HOROWITZ:  49.

 7              THE COURT:  Sustained.

 8    BY MR. HOROWITZ:

 9    Q.   Now, before you is Government's Exhibit 80.  That's sitting

10    right over there.  That's another group of photographs.  And

11    those photographs, according to that exhibit, were taken in

12    2004.

13         Do you see where it says 2004 on that document?

14    A.   No.

15    Q.   You are, in fact, in those photographs; are you not?

16    A.   No.

17    Q.   You don't know when you first started at Morning Star, do

18    you?

19              MS. MEDETIS:  Objection.  Asked and answered.

20              THE COURT:  Overruled.

21              THE WITNESS:  Well, I told you only what I remember in

22    my mind.  It was 2002 or 2001.

23    BY MR. HOROWITZ:

24    Q.   And you testified that you were only 4 or 5 years old.

25    Correct?

1    A.   Yes.

2    Q.   And your mother just dropped you off?

3    A.   Yes.

4    Q.   Now, being 4 or 5 years old, you don't know why your mother

5    dropped you off, do you?

6    A.   Yes.

7    Q.   You weren't in on the discussions as to whether, at 4 or

8    5 years old, you were going to stay home or go live at the

9    Morning Star Center?

10   A.   No.

11   Q.   And you stayed at the Morning Star Center all the way

12   through May of 2011.  Correct?

13           MS. MEDETIS:  Objection.  Mischaracterizes testimony.

14           THE COURT:  Sustained.

15           Rephrase your question.

16   BY MR. HOROWITZ:

17   Q.   From the time you first started at the Morning Star Center,

18   you were not there continuously, were you?

19   A.   I had left.

20   Q.   There were times you left for days or weeks or months and

21   would go back after a while?

22   A.   I had left when we were at the Santo house.  I was too

23   young to know what was going on.  It was my brother who took me

24   with him when he left, and I left with him.

25   Q.   And the person you've identified as Bill, he didn't stop

 1   you from going home?

 2   A.   When I was at the Santo house, I don't think he ever

 3   stopped me from going home.  But there must have been a reason

 4   for my brother to take me out with him.

 5   Q.   If your brother wanted to take you out or -- let me

 6   rephrase that.

 7        When your brother took you out, did he take you home?

 8   A.   Yes.

 9   Q.   Did your family welcome you at home or did they turn you

10   away?

11            MS. MEDETIS:  Objection.  Relevance.

12            THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.   And when your brother took you home, Mr. Bill or Bill never

15   prevented that from happening.  Correct?

16            MS. MEDETIS:  Objection.  Calls for speculation.

17            THE COURT:  Sustained.

18            Rephrase your question.

19   BY MR. HOROWITZ:

20   Q.   When your brother took you home or wanted to take you home,

21   was he allowed to?

22            MS. MEDETIS:  Objection.  Calls for speculation.

23            THE COURT:  Overruled.

24            THE WITNESS:  Can you ask the question over.

25

```
 1    BY MR. HOROWITZ:

 2    Q.   Sure.

 3         When your brother took you home, was he allowed to or

 4    permitted to?

 5    A.   I was too young.  I don't remember any of this.

 6    Q.   You've testified that your brother took you home.  Correct?

 7    A.   Yes.

 8    Q.   But you were too young to remember any of this.  Is that

 9    your testimony?

10    A.   I may not remember all the details, but what I remember I

11    told you.

12    Q.   And you don't remember a lot of the details when you were

13    4, 5, 6, 7 years old because you were too young.  Is that

14    correct?

15              MS. MEDETIS:  Objection.  Argumentative.

16              THE COURT:  Sustained.

17              Rephrase your question.

18    BY MR. HOROWITZ:

19    Q.   But there were certain details that you do remember, like

20    the earthquake.

21         Do you remember that?

22    A.   Yes.

23    Q.   The earthquake was in 2010; was it not?

24    A.   Yes.

25    Q.   At the time of the earthquake, you were 13 or 14 years old.
```

1   Is that a fair statement?

2   A.   I don't know.

3   Q.   But you do remember that, at the time of the earthquake,

4   you were not living at the Morning Star Center.  Is that

5   correct?

6   A.   No.

7   Q.   You were living at home and had been living at home for a

8   number of months?

9   A.   Yes.

10  Q.   And you said that you had left the Morning Star Center

11  because of batteries on an MP3 player.

12       Do you remember that testimony?

13  A.   I didn't leave.  He kicked me out.

14  Q.   What year was that?

15  A.   I don't remember.

16  Q.   What month was that?

17  A.   I don't remember, but it was before the earthquake.

18  Q.   You said that Bill had kicked you out because you had asked

19  him for batteries for your MP3 player.

20       MS. MEDETIS:  Objection.  Mischaracterizes evidence --

21  testimony, rather.

22       THE COURT:  Is there a question?

23       MR. HOROWITZ:  Yes, there was, Judge.

24       THE COURT:  Rephrase your question.

25

 1   BY MR. HOROWITZ:

 2   Q.   Jorel, you had testified yesterday that the reason that

 3   Bill had kicked you out of the Morning Star Center before the

 4   earthquake was because you had asked him for batteries.

 5        Do you remember that?

 6   A.   Yes.  I've stated that.  However, he did not kick me out

 7   just for the batteries.  He kicked me out because I refused to

 8   masturbate him.

 9   Q.   Did you try to borrow batteries from one of the other

10   residents of the Morning Star Center?

11   A.   No.

12   Q.   Now, every Saturday Bill gave you an allowance; did he not?

13   A.   No.

14   Q.   Did he give any of the boys money on Saturdays or Sundays

15   for the week?

16        MS. MEDETIS:  Objection.  Calls for speculation.

17   BY MR. HOROWITZ:

18   Q.   If you know.

19        THE COURT:  Sustained.

20        Rephrase your question.

21   BY MR. HOROWITZ:

22   Q.   Did Bill give money on a weekly basis to any of the other

23   boys?

24        MS. MEDETIS:  Objection.  Calls for speculation.

25        THE COURT:  Overruled.

1          THE WITNESS:  Sometimes he would give them some to go

2    to school.

3    BY MR. HOROWITZ:

4    Q.  But it's your testimony you never got any money.  Is that

5    correct?

6          MS. MEDETIS:  Objection.  Mischaracterizes testimony.

7          THE COURT:  Overruled.

8          THE WITNESS:  Sometimes.

9    BY MR. HOROWITZ:

10   Q.  And you would get money on a weekly basis, would you not,

11   when you were living at the Morning Star Center?

12         MS. MEDETIS:  Objection.  Asked and answered.

13         THE COURT:  Overruled.

14         THE WITNESS:  Sometimes he would give me money, money

15   to use for transportation to go to school.  Sometimes when he

16   gives out money for transportation, he'll give you one dollar

17   extra so you can eat.

18   BY MR. HOROWITZ:

19   Q.  Or you can buy batteries for an MP3 player?

20         MS. MEDETIS:  Objection.  Argumentative.

21         THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.  You could use that money for whatever you wanted to.

24   Correct?

25   A.  This money cannot buy batteries.

J. Xxxxxxx - CROSS - By Mr. Horowitz          15

```
 1   Q.   Now, after the earthquake, it was a very difficult time for
 2   you and your family; so, you went back to the Morning Star
 3   Center.  Is that correct?
 4   A.   Yes.
 5   Q.   Your family's house was destroyed?
 6   A.   Yes.
 7   Q.   And it was a difficult time for you; was it not?
 8   A.   Yes.
 9   Q.   Because you were one of how many children?
10   A.   Nine.
11   Q.   And are you the oldest or the youngest or somewhere in the
12   middle?
13   A.   I'm in the middle.
14   Q.   And you went to the Morning Star Center; did you not?
15   A.   Yes.
16   Q.   And it's your testimony that Bill had kicked you out,
17   correct, previously?
18   A.   Yes.
19   Q.   Did he turn you away that day after the earthquake?
20   A.   Yes.
21   Q.   No, he didn't.
22        He took you in; did he not?
23            MS. MEDETIS:  Objection.  Argumentative.
24            THE COURT:  Sustained.
25            Rephrase your question.
```

J. Xxxxxxx - CROSS - By Mr. Horowitz                16

```
 1  BY MR. HOROWITZ:

 2  Q.  Did Bill take you back in to the Morning Star Center?

 3         MS. MEDETIS:  Vague as to time.

 4  BY MR. HOROWITZ:

 5  Q.  After the earthquake.

 6  A.  He accepted me into the program, but there is a reason why

 7  he took me in.

 8  Q.  He didn't have to take you in.  Correct?

 9  A.  Yes.

10  Q.  You didn't force him to take you in.  Correct?

11  A.  No.

12  Q.  And at this time, after the earthquake, Bill was helping

13  out the people in the houses around the Morning Star Center;

14  was he not?

15         MS. MEDETIS:  Objection.  Calls for speculation.

16         THE COURT:  Sustained.

17  BY MR. HOROWITZ:

18  Q.  After the earthquake, was the Morning Star Center providing

19  medical treatment to the people in the neighborhood, if you

20  know?

21         MS. MEDETIS:  Objection.  Relevance.  Objection.

22  Calls for speculation.

23         THE COURT:  Overruled.

24         THE WITNESS:  Yes.  Sometimes he did.

25
```

```
 1    BY MR. HOROWITZ:

 2    Q.   And you helped out in the clinic as well; did you not?

 3    A.   Well, sometimes, if they needed assistance to hand over

 4    things to other people outside, I would participate.  But I was

 5    not a doctor.  I was not taking care or giving any medical

 6    advice to anyone.

 7    Q.   But you were helping; were you not?

 8    A.   Sometimes.

 9    Q.   And you were also helping giving out extra food that the

10    Morning Star had to the neighborhood as well?  If you know.

11    A.   Sometimes.

12    Q.   Now, in May of 2011, it was your understanding that Bill

13    was arrested in the United States.  Is that correct?

14    A.   Yes.

15    Q.   And you were living at the Morning Star Center; were you

16    not?

17    A.   Yes.

18    Q.   And you were at the Morning Star Center the morning of

19    May 8th of 2011, when a lot of police came into the Morning

20    Star Center; were you not?

21    A.   Yes.

22    Q.   And Bill had been out of Haiti for about a month before

23    this all happened.  Is that correct?

24    A.   I don't remember how many months he was away for.

25    Q.   And during your time at the Morning Star Center, Bill would
```

1    leave for the United States a few times a year; would he not?

2    A.   Yes.

3    Q.   And when he was -- left Haiti to go to the United States,

4    you were free to come and go from the Morning Star Center?

5    A.   Yes.

6    Q.   Now, after the police came to the Morning Star Center in

7    May of 2011, you talked to them; did you not?

8    A.   Yes.

9    Q.   They were -- let me strike that.

10        They didn't force you to talk to them?

11   A.   No.

12   Q.   And you told them that the program at the Morning Star

13   Center was good; did you not?

14        MS. MEDETIS:  Objection.  Calls for hearsay.

15        THE COURT:  Sustained.

16   BY MR. HOROWITZ:

17   Q.   Did you tell them that everything at the Morning Star

18   Center was okay?

19        MS. MEDETIS:  Objection.  Calls for an out-of-court

20   statement.

21        THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   You didn't tell them anything about any sexual abuse, did

24   you?

25   A.   Yes.

 1   Q.  Isn't it true you didn't tell them anything about the

 2   sexual abuse, only that things were good and things were okay?

 3              MS. MEDETIS:  Objection.  Compound.  Objection.  Asked

 4   and answered.  Objection.  Argumentative.

 5              THE COURT:  Sustained.

 6              MS. MEDETIS:  And objection.  Calls for hearsay.

 7              MR. HOROWITZ:  Your Honor, may I approach?

 8              THE COURT:  Come on up.

 9              (Whereupon, the following proceedings were had at

10   side-bar outside the presence of the jury:)

11              MR. HOROWITZ:  Judge, if I may, the witness has now

12   testified inconsistently with what he told the agents back in

13   May of 2011.

14              So I think I'm allowed to go into this statement

15   regarding what he did tell the agents in May of 2011.

16              I've handed up before the Court a copy of his -- of

17   the report, of his statement of May 20th, 2011, where the agent

18   wrote that he said everything was good, everything was fine,

19   there is nothing going on, "I enjoy going to school.  I enjoy

20   my PlayStation."

21              He did not mention one thing about any sexual abuse,

22   which -- he answered today that he had told the agents that.

23   So I think I'm entitled to go into that statement.

24              THE COURT:  He mentioned today that he had?

25              MR. HOROWITZ:  His response to one of my questions --

1    I think the next-to-the-last question that I asked him -- he

2    stated that he did tell the agents in May of 2011 about the

3    sexual abuse.

4              THE COURT:  I don't think so.

5              MS. MEDETIS:  Your Honor, the question --

6              THE COURT:  One moment.

7              You asked him:  You didn't tell them anything about

8    any sexual abuse.  Correct?

9              And he said, "Yes."

10             So that's agreeing with your statement that he didn't

11   tell them anything about sexual abuse.

12             MR. HOROWITZ:  Okay.  I thought he had answered it

13   differently.  So I apologize.

14             THE COURT:  That's the only question that I see.

15             Is that the question you're referring to?

16             MR. HOROWITZ:  That's the question I'm referring to.

17   It's about two or three questions before the end.  I thought he

18   had answered that he did tell them.

19             THE COURT:  Your question was:  You didn't tell

20   them....  And he answered, "Yes."

21             MR. HOROWITZ:  Okay.  I thought he had answered it

22   differently or I asked a different question.  Based on that,

23   Judge --

24             THE COURT:  I'll look and see if there's another

25   question.  It was two questions ago?

1        MR. HOROWITZ:  Yeah.  That's what I was referring to.

2        THE COURT:  Back further, you go into the Defendant's

3   travel to the United States.  So it's the Defendant's travel.

4   Then the police came.

5        There were a number of questions that were sustained,

6   and that was the one question that was answered.  And he

7   answered, "Yes."

8        MR. HOROWITZ:  Got you.  Let me try to clarify it.

9   I'll press on.

10        (Whereupon, the following proceedings were had in open

11   court:)

12   BY MR. HOROWITZ:

13   Q.  Jorel, when you talked to the agents in May of 2011, you

14   did not tell them about any prior sexual abuse.  Is that

15   correct?

16   A.  I explained it to the police and, also, the people from

17   Bien-Etre Social, Social Services.

18   Q.  Back on May 20th, 2011, did you tell law enforcement,

19   American law enforcement or Haitian Social Services, that you

20   had been abused at the Morning Star Center?

21   A.  I remember that I told them, but I don't remember the exact

22   date when I told them.

23   Q.  Do you remember on May 20th, 2011, meeting with American

24   police officers or agents?

25        MS. MEDETIS:  Objection.  Asked and answered as to the

 1   remembering of the date.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  I do remember -- I do not remember the

 4   date.  But I recall speaking to them.

 5   BY MR. HOROWITZ:

 6   Q.  This was shortly after the police had come into Morning

 7   Star Center and shortly after Bill had been arrested.

 8        Do you remember that?

 9   A.  I remember that Bill was arrested on May the 8th, but I do

10   not remember any dates after that.

11   Q.  Do you remember talking to law enforcement just about

12   12 days after that?

13   A.  I remember speaking to law enforcement.  I do not remember

14   the date.

15              MS. MEDETIS:  Your Honor, may we approach?

16              THE COURT:  Come on up.

17              (Whereupon, the following proceedings were had at

18   side-bar outside the presence of the jury:)

19              MS. MEDETIS:  Your Honor, I think it's clear from the

20   witness's testimony that he's not very good with dates.

21   Perhaps the question can be asked as to locations.

22              This witness was -- this witness met with police on

23   more than one occasion; and if the dates aren't resonating with

24   him, perhaps the locations might.

25              MR. HOROWITZ:  Judge, my next question was going to

1    be:  Do you remember meeting with law enforcement for the first

2    time?  I think that would be --

3            THE COURT:  Do you have a location?

4            MS. MEDETIS:  I believe it would have been in the

5    report.

6            MR. HOROWITZ:  No.

7            MS. MEDETIS:  The first -- it's not in the report?

8            MR. HOROWITZ:  No.

9            MS. MEDETIS:  It's probably in another report, not

10   that particular one.

11           But if memory serves me correctly from the other

12   reports, the first was at the CAD, C-A-D, which was the

13   Haitian-run orphanage that the children were sent to after the

14   Morning Star closed down.

15           Thereafter, as the witness testified, he met us at

16   IBRS, which is I-B-R-S.  I don't know what it stands for

17   specifically, but it is an acronym for the Haitian Social

18   Services, which is where he did disclose the abuse.

19           When we first met, he did not disclose any abuse, but

20   he was not asked about whether he was sexually abused.  When we

21   next met with him, he did, in fact, disclose sexual abuse.

22           So perhaps locations, first meeting, second meeting,

23   might help the witness, might orient the witness in some way.

24           THE COURT:  Okay.

25           MR. HOROWITZ:  For the first meeting.

 1             (Whereupon, the following proceedings were had in open

 2    court:)

 3    BY MR. HOROWITZ:

 4    Q.   Jorel, I want to take you to the first meeting that you had

 5    with the American police after Bill was arrested.

 6         Does that help you?

 7    A.   Yes.

 8    Q.   And I think they talked to you at a place called the CAD,

 9    C-A-D.  Does that help you as well?

10    A.   Yes.

11    Q.   When you spoke to them this first time, isn't it true that

12    you did not tell them anything about any sexual acts that

13    occurred at the Morning Star?

14    A.   No.

15    Q.   "No," you did not tell them?

16    A.   I don't remember if I told them.

17    Q.   Isn't it true you did tell them that everything was good

18    and everything was okay?

19    A.   No.  I told them the truth.

20    Q.   You told them that the program at the Morning Star Center

21    was good; did you not?

22    A.   No.

23    Q.   You told them that you get to go to school and eat three

24    times a day; did you not?

25             MS. MEDETIS:  Objection.  Calls for hearsay.

J. Xxxxxxx - CROSS - By Mr. Horowitz          25

```
 1              THE COURT:  Sustained.

 2    BY MR. HOROWITZ:

 3    Q.   And when you told them the truth that day, you mentioned

 4    absolutely nothing --

 5              MS. MEDETIS:  Objection.  Calls for hearsay.

 6    Objection.  Argumentative.

 7              THE COURT:  Sustained.

 8              It's argumentative.

 9    BY MR. HOROWITZ:

10    Q.   And it's true that day you mentioned nothing about any bad

11    things which you've testified to today?

12              MS. MEDETIS:  Objection.  Asked and answered.

13              THE COURT:  Overruled.

14              THE WITNESS:  Yes.

15              MR. HOROWITZ:  May I have one moment, your Honor?

16              No further questions.  Thank you, your Honor.

17              THE COURT:  Redirect.

18              MS. MEDETIS:  Your Honor, permission to approach the

19    witness?

20              THE COURT:  You may.

21              MS. MEDETIS:  I've just shown defense counsel what's

22    been marked for identification purposes as Government's

23    Exhibit 104.

24              Permission to approach, your Honor?

25              THE COURT:  Yes.
```

```
 1                      REDIRECT EXAMINATION

 2   BY MS. MEDETIS:

 3   Q.   Jorel, I've just handed you what's been marked for

 4   identification as Government's Exhibit 104.

 5        Do you recognize that?

 6   A.   I don't remember it.

 7   Q.   Do you remember if you've seen this before?

 8   A.   No.

 9   Q.   On cross-examination, Jorel, you were asked if the

10   Defendant gave you money, and you said "sometimes."

11        Do you recall that?

12   A.   Yes.

13   Q.   How often did the Defendant give you money?

14   A.   It's not like a regular thing, like every week.  Sometimes

15   he would give me 5 gourdes extra during the week or on a

16   Saturday he would give me 5 gourdes extra on top of the

17   transportation money.

18   Q.   And what were those 5 gourdes for?

19   A.   So I could eat a little something.

20   Q.   And what could you buy at that time with 5 gourdes?

21   A.   Sometimes he gave the money for the transportation to go

22   and not the transportation to come back.  Sometimes I used that

23   5 gourdes to come back.

24   Q.   When you say transportation to go and come back, where are

25   you going to and coming back from?
```

J. Xxxxxxx - REDIRECT - By Ms. Medetis          27

1  A.   To go to school.

2  Q.   And how far is the school from the Morning Star Center that

3  you were attending?

4          MR. HOROWITZ:  Objection as to time frame.

5          THE COURT:  Place it in time.

6  BY MS. MEDETIS:

7  Q.   At the time that you were living at the Morning Star Center

8  at the Tabarre location, how far -- well, did you have to take

9  a taxi to go to school?

10  A.   I was supposed to take transportation every day.

11  Q.   How far was your school from the Morning Star Center?

12  A.   It's very far.  It's far.

13  Q.   And how long -- if you didn't have money for

14  transportation, how long would it take you to walk to and from

15  the school from the Morning Star?

16  A.   You have to know, sometimes he would give money for the

17  transportation and we would wake up earlier so we could start

18  by foot and save the money.

19  Q.   And how long would it take -- how much time would it take

20  for you to walk to school from the Morning Star Center?

21          MR. HOROWITZ:  Objection.  Asked and answered.

22          THE COURT:  Overruled.

23          THE WITNESS:  Sometimes it would take one hour,

24  sometimes an hour and a half.

25

J. Xxxxxxx - REDIRECT - By Ms. Medetis          28

```
 1   BY MS. MEDETIS:

 2   Q.   And why didn't you use the money that the Defendant gave

 3   you to buy batteries that day for your MP3 player?

 4   A.   Sometimes before we go to school, we have to do work before

 5   going to school.  But the money couldn't buy the battery,

 6   anyway.

 7   Q.   What do you mean by "the money couldn't buy the battery,

 8   anyway"?  Can you explain that to the jury.

 9   A.   The money was too small.  It couldn't pay for any battery.

10   Q.   On cross-examination, Jorel, you were asked -- let me

11   rephrase.

12        On cross-examination, you testified that, after the

13   earthquake, the Defendant accepted you into the program for a

14   reason.

15        What was that reason?

16   A.   The reason he accepted me back in the program is because he

17   wanted me to masturbate him.  And I had -- I was forced to do

18   it so I could stay in the program.

19   Q.   Jorel, what is your responsibility here today in court?

20            MR. HOROWITZ:  Objection to the form.  Relevance.

21            THE COURT:  Overruled.

22            MR. HOROWITZ:  Your Honor, there's an objection

23   pending.

24            THE COURT:  I ruled on it.

25            MR. HOROWITZ:  I apologize.  I did not hear you,
```

```
 1   Judge.
 2            THE COURT:  You may answer, sir.  Go ahead.
 3            THE WITNESS:  The reason I'm here today is to come and
 4   testify against this man, the good he did for me, the bad he
 5   did for me.
 6            I did not come here to slander him about bad things.
 7   I didn't come here to praise him for good things.  I came here
 8   to give my truth of how I was treated there.
 9            MS. MEDETIS:  No further questions, your Honor.  We'd
10   ask to release this witness.
11            THE COURT:  You may step down.
12            (Witness excused.)
13            THE COURT:  Call your next witness.
14            MS. KANE:  The United States calls Jaimie Cordero.
15      WENDY DAWN JAIMIE CORDERO, GOVERNMENT WITNESS, SWORN
16            THE COURT REPORTER:  Please be seated.
17            Please state your full name for the record.
18            THE WITNESS:  Wendy Dawn, W-e-n-d-y, D-a-w-n, Jaimie,
19   J-a-i-m-i-e, Cordero, C-o-r-d-e-r-o.
20                      DIRECT EXAMINATION
21   BY MS. KANE:
22   Q.  Good morning.
23   A.  Good morning.
24   Q.  What is your educational background?
25   A.  Everything?  I have a bachelor's in South Asia regional
```

Cordero - DIRECT - By Ms. Kane                    30

1    studies and a master's degree in linguistics.

2    Q.   Where did you go to school?

3    A.   The University of Pennsylvania.

4    Q.   Are you employed?

5    A.   Yes.

6    Q.   Where are you employed?

7    A.   With US Customs and Border Protection at Miami airport.

8    Q.   How long have you been employed by US Customs and Border

9    Protection?

10   A.   I started in 1984 with US Customs, which then became

11   Customs and Border Protection in 2003.  So the whole time, it's

12   been a little over 28 years.

13   Q.   Is Customs and Border Protection also known as CBP?

14   A.   Yes.  CBP.

15   Q.   In general, what is the mission of CBP?

16   A.   To protect and defend the border of the United States.

17   Q.   What is your current position at CBP?

18   A.   I am a supervisory CBP officer.

19   Q.   What are your duties and responsibilities in that position?

20   A.   I supervise a team called the PAU tag team of officers that

21   review passenger manifests, passengers arriving and departing

22   the United States.

23   Q.   You mentioned that you work with the PAU team.

24        What does "PAU" stand for?

25   A.   "PAU" stands for "Passenger Analytical Unit."

Cordero - DIRECT - By Ms. Kane                           31

1    Q.   Prior to this position, what did you do at CBP?

2    A.   I was an officer in the passenger analytical unit for most

3    of my career.

4    Q.   Does CBP create and maintain records regarding the travel

5    of individual passengers?

6    A.   Yes.

7    Q.   In general, what training have you had in the CBP systems

8    or databases that contain these passenger travel records?

9    A.   I've had to attend many training courses at our academy and

10   locally.

11   Q.   And by "academy," what do you mean?

12   A.   I had to go to passenger analytical unit school.  I then

13   participated in some programs developing computer systems to do

14   this analysis.

15   Q.   And what type of analysis is that?

16   A.   Well, it's very detailed and complicated.  But to put it

17   very simply, we review passenger lists for international

18   travelers who are arriving and departing from the United States

19   and we analyze a variety of factors to identify passengers that

20   may present a risk of some sort.

21   Q.   Are you familiar with CBP's APIS system?

22   A.   Yes.

23   Q.   What does "APIS" stand for?

24   A.   "APIS" stands for "Advanced Passenger Information System."

25   Q.   What types of records are maintained in this APIS system?

 1   A.   It maintains passenger lists of international passengers

 2   arriving as well as departing the United States.

 3   Q.   Are these lists also referred to as flight manifests?

 4   A.   Yes.

 5   Q.   Who provides these manifests to CBP?

 6   A.   The passenger list information is provided to CBP by the

 7   airlines.

 8   Q.   Why do airlines provide this information to CBP?

 9   A.   It's required by law.

10   Q.   In general, what type of information is contained in these

11   lists or these flight manifests?

12   A.   The date of arrival or departure of the flight.  This also

13   applies to vessels, not just aircraft.  The date, the airline,

14   flight number and each passenger's specific identifiers, last

15   name, first name, middle name, date of birth, document number,

16   such as a passport number, their citizenship, their gender and

17   related details regarding their reservations.

18   Q.   When do airlines provide this information to CBP?

19   A.   The information begins coming into the CBP computers from

20   the airlines up to three days in advance.  As soon as that

21   information is available, it starts getting forwarded to us.

22        And it's required to be provided no less than, I believe,

23   an hour or two.  I don't know the exact time.  I think about an

24   hour prior to the aircraft actually departing or arriving.

25   Q.   After airlines provide this information to CBP, when does

Cordero - DIRECT - By Ms. Kane                    33

1   CBP record this information in the APIS system that you

2   mentioned before?

3   A.   It's recorded as soon as it's arrived -- as soon as it's

4   received --

5   Q.   Okay.  And --

6   A.   -- from the airline.

7   Q.   I apologize.

8        How does CBP receive this information from the airlines?

9   A.   It comes in electronically.

10  Q.   How does CBP use this manifest information provided by the

11  airlines?

12  A.   The information is posted, as I said, on a manifest.  So we

13  can view an entire passenger list.  The CBP computer

14  automatically runs checks against each individual who appears

15  on the passenger list, various types of checks.  The results of

16  those checks are posted on that manifest display that we see on

17  the screen.

18  Q.   In general, how long does CBP maintain this information

19  provided by the airlines?

20  A.   It's my understanding that that information is permanently

21  saved, archived.

22  Q.   Are you also familiar with CBP's TECS system, T-E-C-S?

23  A.   Yes.

24  Q.   What does "TECS" stand for?

25  A.   "TECS" stands for "Treasury Enforcement Communications

Cordero - DIRECT - By Ms. Kane                    34

1    System," but it's just popularly known as TECS.  People just

2    refer to it as TECS.

3    Q.  Why is the word "Treasury" included in the title of the

4    system?

5    A.  The system was originally created as a US Customs system

6    and, at that time, US Customs fell under the Department of the

7    Treasury.

8    Q.  In general, what fine of records are maintained in TECS?

9    A.  All kind of records.  Travel records, suspect databases, a

10   lot of different information.

11   Q.  What information is contained in TECS that relates to the

12   travel -- the international travel of passengers?

13   A.  There is an application within TECS that you can look at a

14   person's travel history, for instance.  We can see when they've

15   departed, when they've arrived and what happened when they came

16   in or departed.

17   Q.  What information is contained in TECS regarding individuals

18   crossing the US border?

19   A.  That is referred to as crossing data.  Anytime an

20   individual crosses the functional equivalent of a border of the

21   United States, in other words, whether it's a land border, like

22   down in Mexico with the US border, Canadian border, arrival on

23   a private aircraft into any international airport or any

24   seaport -- when a person gets off that vessel or aircraft or

25   car or what have you, when they cross the border of the United

```
 1   States, effectively, a record is created.  And that's called

 2   crossing data record.

 3   Q.   What is the source of the information for that crossing

 4   data?

 5   A.   That information comes from basically two sources, either

 6   from the APIS system that we mentioned, which is electronic

 7   passenger lists that are provided to us by the airlines and by

 8   cruise lines, and, at the same time, when a person is presented

 9   at a passport control facility, either at an airport or at a

10   land border and their name is checked in our system or their

11   passport or their document is scanned, that also creates a

12   record of the their crossing.

13   Q.   When an individual crosses the US border and, for example,

14   presents themselves to passport control, when is information

15   regarding that crossing recorded in the TECS system?

16   A.   It's recorded immediately.

17        MS. KANE:  I've just shown defense counsel what has

18   been previously marked for identification as Government's

19   Exhibits 87-A and 87-B.

20        Permission to approach, your Honor?

21        THE COURT:  You may.

22   BY MS. KANE:

23   Q.   I'm showing you what has been marked as Government's

24   Exhibit 87-A and 87-B, if you'd take a look at those.

25        Directing your attention to the first page of these
```

Cordero - DIRECT - By Ms. Kane                    36

1   exhibits, do you recognize these documents?

2   A.   Yes.

3   Q.   And how do you recognize the first pages of these two

4   exhibits, 87-A and 87-B?

5   A.   This is a printout of the screen that we would enter in a

6   query, where we would say -- entering in the parameters of a

7   search.

8   Q.   What systems or databases are being queried based upon

9   those two first pages of the exhibits?

10  A.   The systems that are being queried consist of all of the

11  crossing data.  So it's the data pulled in both from passenger

12  lists and, also, people having been queried at a passport

13  primary.

14  Q.   So does this include -- are the databases that are being

15  queried in these two -- first two pages from TECS and APIS?

16  A.   Yes.  They are -- this is -- these are applications within

17  the TECS system.  And APIS is part of the system that it

18  queries to get the responses to this.

19  Q.   So for Government's Exhibit 87-A, who does this query

20  relate to?

21  A.   This query relates to an individual with the last name

22  Carter, first name Matthew, with a date of birth of 4-27-1945.

23  Q.   And for Government's Exhibit 87-B, who does this query

24  relate to?

25  A.   This relates to an individual, last name Knox, first name

Cordero - DIRECT - By Ms. Kane                37

```
 1   Janet, date of birth 4-4-1941.
 2   Q.  Directing your attention to the second pages of these two
 3   exhibits, do you recognize these documents?
 4   A.  Yes.
 5   Q.  How do you recognize them?
 6   A.  These are passenger activity reports that are generated as
 7   a result of the query performed by what was on the first page.
 8   Q.  So are these reports generated in response to the queries
 9   regarding Matthew Carter and Janet Knox?
10   A.  Yes.
11   Q.  Was the information contained in these documents -- was the
12   information contained in these documents recorded in APIS and
13   TECS at or near the time the information was provided to CBP?
14   A.  Yes.
15   Q.  And are these records kept in the regular course of CBP's
16   operations?
17   A.  Yes.
18   Q.  And was the making of these records part of the regular
19   practice of CBP's operations?
20   A.  Yes.
21        MS. KANE:  Your Honor, at this time I would move to
22   admit Government's Exhibits 87-A and 87-B.
23        THE COURT:  They will be admitted as Government's
24   Exhibits 87-A and 87-B.
25        (Whereupon, Government's Exhibit Nos. 87-A and 87-B
```

Cordero - DIRECT - By Ms. Kane                38

1    was entered into evidence.)

2              THE COURT:  You may publish.

3              MS. KANE:  Permission to approach, your Honor?

4              THE COURT:  Yes.

5    BY MS. KANE:

6    Q.  Officer Cordero, I'm showing you what has been admitted as

7    Government's Exhibit 87-A.

8         Directing your attention to the top of this document, what

9    do we see here?

10   A.  That is the first page that we spoke about already.  That's

11   the query screen.

12   Q.  What criteria were selected for this query?

13   A.  Starting from the top, it asks if I want to include data

14   from the API, which is the passenger manifest, only, in other

15   words, only considering those.  It says "no."

16        And the next line says:  Do I want to include that?  Yes.

17   Q.  And what does "API" mean?

18   A.  That's, once again, the "advanced passenger information"

19   system or the list -- the passenger lists.

20   Q.  Is API the same thing as APIS?

21   A.  Yes.

22   Q.  And directing your attention -- what is the last name

23   that's listed here?

24   A.  Carter.

25   Q.  And why does Carter have a question mark after it?

Cordero - DIRECT - By Ms. Kane                    39

 1  A.   A question mark is how we would indicate a wild card in the

 2  TECS system.  And that would allow for -- in the event that an

 3  individual has a compounded last name or a title that might

 4  follow the last name, like "Jr." or what have you, it will

 5  include "Carter" plus whatever else might pop up.

 6  Q.   What is listed for the first name?

 7  A.   Matthew.

 8  Q.   And what is listed as the date of birth?

 9  A.   4-27-1945.

10  Q.   And for what period of time was this query chosen for?

11  A.   It's asking for records crossing data which occurred

12  between January 1st, 1982, and August 26th, 2011.

13  Q.   In terms of the type of information that is maintained by

14  CBP, has the level of data regarding passengers' international

15  travel changed over time?

16  A.   You're talking about the quality of the information?

17  Q.   The detail -- the level of detail and the type of -- level

18  of detail of information.

19  A.   Yes, it has.

20  Q.   In general, how has that detail changed over time?

21  A.   Initially, all we would get back in those crossing data

22  reports would be perhaps first and last name and date of birth.

23  Now we can see gender.  We can see a lot more detail.  As time

24  goes on, Customs and now CBP has constantly worked to upgrade

25  the systems.

Cordero - DIRECT - By Ms. Kane                    40

1   Q.   Have the requirements for the airlines in general changed

2   over time?

3   A.   Yes.

4   Q.   In general, how have those requirements changed?

5   A.   Initially, this information was provided voluntarily by the

6   airlines and then it became a matter of law.

7   Q.   And in terms of the level of detail that airlines were

8   required to provide regarding their manifests, has that changed

9   over time?

10  A.   Yes, it has.  The airlines are now also required to provide

11  reservation information details.

12  Q.   Turning your attention to the second page of Government's

13  Exhibit 87-A, showing you the upper portion of this page, what

14  do we see here?

15  A.   This is the first page of the resulting passenger activity

16  report that comes back based on the criteria that we entered in

17  for the search.

18  Q.   And that's the criteria from the first page of this

19  exhibit?

20  A.   Yes.

21  Q.   Directing your attention to the left side of this exhibit,

22  running down this left side here, in general, what are these

23  dates?

24  A.   The dates represent the date that a passenger was either on

25  board a flight departing or arriving the United States or their

Cordero - DIRECT - By Ms. Kane                41

1   name having been queried at a passport control primary.

2   Q.   Directing your attention to the record for November 27th,

3   2004, what is listed on the first line of this record?

4   A.   His last name, Carter; first name, Matthew; and date of

5   birth of 4-27-1945.

6   Q.   Directing your attention to the second row, what

7   information is contained in the second row of this record?

8   A.   That's the date of a flight, November 27th, 2004.

9   Q.   What does "API" mean?

10  A.   "Advanced passenger information" system.  That's where the

11  information came from.

12  Q.   And what information is contained after API?

13  A.   The passport number of 701794597.

14       After that, it says "US," which indicates that it's a US

15  document.

16       And then the "P" after the "US" indicates it's a passport.

17  Q.   If it was -- what are the other possibilities instead of

18  passports?

19  A.   It could be a visa or it could be an alien registration

20  card.

21  Q.   Directing your attention to the third line, what does the

22  "R" mean?

23  A.   It means "reported."

24  Q.   And what does that mean?

25  A.   It means that the airline reported to CBP that this person

Cordero - DIRECT - By Ms. Kane                    42

1    was on board or was to board an aircraft arriving or departing

2    the United States.

3    Q.   And after the "R," what information is contained there in

4    the third row?

5    A.   That's the airline code, which in this case is "AA" for

6    American Airlines.

7         And then the flight number, which is 807.

8         After that is the city that the flight is going to be

9    arriving to, which is Port-au-Prince, Haiti, PAP.

10        And after that is the airline code -- I mean, the airport

11   code for Fort Lauderdale, FLL, which is the departing airport.

12   Q.   So this record is for travel by Matthew Carter from

13   Fort Lauderdale to Port-au-Prince on November 27th, 2004?

14   A.   Yes.

15   Q.   And directing your attention to the fourth row, what

16   information is contained here?

17   A.   That's the name of the airport of arrival for the flight.

18        After that, there's an "O" that stands for "outbound."

19   Q.   And what does "O" mean?  What does the outbound mean?

20   A.   It means that this is a manifest, a passenger list, for --

21   or it came from a passenger list for a passenger that was

22   departing the United States.

23   Q.   And after the "O," what does the "N" mean?

24   A.   Can you lower the document.

25   Q.   Yes.

Cordero - DIRECT - By Ms. Kane                43

1    A.   Okay.  That's the referral indicator.  It says "no."

2    Q.   Based upon this record, can you determine whether or not

3    the Passenger Matthew Carter actually boarded and traveled on

4    this flight on November 27th, 2004?

5    A.   On this record, no.

6    Q.   Why is that?

7    A.   The TECS system for outbound manifests will record that the

8    passenger was on the manifest, but does not confirm whether or

9    not that passenger boarded, not in this display.

10   Q.   And, again, how close in time to the flight departing was

11   this information reported by American Airlines to CBP?

12   A.   It's supposed to be recorded prior to wheels up, prior to

13   the plane actually departing from the gate.

14   Q.   Turning to the second page of this report, the third page

15   of Government's Exhibit 87-A, directing your attention to the

16   record for October 30th, 2003, what is the passenger name?

17   A.   The same:  Carter, Matthew.

18   Q.   What is the birth date that was provided for Matthew

19   Carter?

20   A.   April 27th, 1945.

21   Q.   What US passport number was provided for Matthew Carter?

22   A.   701794597.

23   Q.   What airline and flight number was Mr. Carter scheduled to

24   travel on?

25   A.   American Airlines, 1291.

1   Q.   From what airport was Mr. Carter departing?

2   A.   From Miami.

3   Q.   And what was his arrival airport?

4   A.   Port-au-Prince, Haiti.

5   Q.   I'm now directing your attention to the fourth page of this

6   report, which is the fifth page of Government's Exhibit 87-A.

7        Directing your attention to the record for May 8th, 2011,

8   what is the passenger name?

9   A.   Carter, Matthew Andrew.

10  Q.   And what is the birth date provided for Matthew Andrew

11  Carter?

12  A.   April 27th, 1945.

13  Q.   What is the US passport number provided for Matthew Andrew

14  Carter?

15  A.   472491686.

16  Q.   On what airline and flight number was he scheduled to

17  travel?

18  A.   American Airlines, 809.

19  Q.   And at what airport was he scheduled to depart from?

20  A.   From Miami.

21  Q.   Where was he scheduled to arrive?

22  A.   Port-au-Prince, Haiti.

23  Q.   And if Mr. Carter did not actually travel on this flight,

24  why is this record still contained in the report?

25  A.   As I mentioned, this information can be gathered -- the

1   information is gathered by the airline anytime up to a

2   passenger actually boarding.  It can be provided on-line

3   through the Internet or by a passenger calling the airline or

4   by a passenger actually checking in.

5       Regardless of how the information is collected, it's still

6   reported to CBP prior to the departure of the flight.

7   Q.  So this record reflects that Matthew Carter was, in fact,

8   scheduled to fly on May 8th, 2011?

9   A.  Yes.

10  Q.  Turning your attention to the sixth page of this report,

11  which is the seventh page of Government's Exhibit 87-A,

12  directing your attention to the record for February 27th, 2006,

13  what is the passenger name?

14  A.  Last name, Carter.  First name, Matthew.  Middle name,

15  Andrew.

16  Q.  What is the US passport number provided for Mr. Carter?

17  A.  701794597.

18  Q.  On what airline and flight number was he scheduled to

19  travel?

20  A.  American Airlines, 1291.

21  Q.  From what airport was he departing from?

22  A.  From Miami.

23  Q.  And at what airport was he arriving?

24  A.  Port-au-Prince, Haiti.

25          MS. KANE:  Your Honor, permission to publish

Cordero - DIRECT - By Ms. Kane                    46

 1   Government's Exhibit 87-B?

 2           THE COURT:  You may.

 3   BY MS. KANE:

 4   Q.  I'm showing you the first page of Government's

 5   Exhibit 87-B.

 6       Just briefly, what is this?

 7   A.  This is, once again, the screen that shows the criteria

 8   that's being entered to do a search for crossing data for a

 9   specific passenger.

10   Q.  And who does this query relate to?

11   A.  It relates to passenger, last name, Knox; first name,

12   Janet; date of birth, 4-4-41.

13   Q.  For what travel period?

14   A.  For the dates beginning January 1st, 1982, through

15   February 23rd, 2012.

16   Q.  Directing your attention to the second page of Government's

17   Exhibit 87-B, directing your attention to the record for

18   October 30th, 2003, what is the passenger name?

19   A.  Last name, Knox; first name, Janet Lee.

20   Q.  What US passport number was provided for Ms. Knox?

21   A.  300563769.

22   Q.  On what airline and flight number was she scheduled to

23   travel?

24   A.  American Airlines, 1291.

25   Q.  From what airport was she scheduled to depart?

Cordero - DIRECT - By Ms. Kane                    47

1    A.    From Miami.

2    Q.    And at what airport was she scheduled to arrive?

3    A.    Into Port-au-Prince, Haiti.

4    Q.    I'm now directing your attention back to Government's

5    Exhibit 87-A, the record regarding October 30th, 2003.

6          Just again, on what flight was Mr. Carter scheduled to

7    travel on October 30th, 2003?

8    A.    American Airlines, 1291.

9    Q.    So were Mr. Carter and Ms. Knox traveling on the same

10   flight from Miami to Port-au-Prince on October 30th, 2003?

11   A.    Yes.

12              MS. KANE:  One moment, your Honor.

13              The United States tenders this witness.

14              THE COURT:  Cross-examination.

15              MR. ADELSTEIN:  No questions.

16              THE COURT:  You may step down, ma'am.

17              (Witness excused.)

18              THE COURT:  Let's take a ten-minute recess.

19              Do not discuss this case either amongst yourselves or

20   with anyone else.  Have no contact whatsoever with anyone

21   associated with the trial.

22              Do not read, listen or see anything touching on this

23   matter in any way, including anything in the media, anything on

24   the Internet or anything on any access device.

25              If anyone should try to talk to you about this case,

```
 1    you should immediately instruct them to stop and report it to

 2    my staff.

 3              Ten minutes.  We're in recess for ten.

 4              (Whereupon, the jury exited the courtroom at

 5    10:45 a.m. and the following proceedings were had:)

 6              THE COURT:  We're in recess for ten.

 7               (Thereupon a recess was taken, after which the

 8    following proceedings were had:)

 9              THE COURT:  We're back on United States of America

10    versus Matthew Andrew Carter, Case No. 11-20350.

11              Counsel, state your appearances, please, for the

12    record.

13              MS. MEDETIS:  Yes.  Good morning, your Honor again.

14              Maria Medetis and Bonnie Kane on behalf of the United

15    States.

16              MR. ADELSTEIN:  Good morning again, your Honor.

17              Stu Adelstein, Phil Horowitz on behalf of Mr. Carter,

18    who is present, along with our investigator, Reginald Hope.

19              THE COURT:  Are we moving on to your last witness?

20              MS. MEDETIS:  Well, your Honor, we have --

21              THE COURT:  Second-to-the-last witness?

22              MS. MEDETIS:  We have two, possibly a third, witness,

23    based on some of the cross-examination that was done on Jorel

24    Xxxxxxx.

25              And the defense counsel has been kind enough to ask
```

1  me -- to let me ask you preliminarily about one of the

2  witnesses, the law enforcement witness, before the jury comes

3  in.  He is Rich Wilkins, Richard Wilkins.  He's listed on the

4  witness list.

5          His only testimony would be regarding two summary

6  exhibits that we would be seeking to admit under 1006.  And

7  there would be no other need to call him if the Court rules

8  that those two summary exhibits are inadmissible.  My

9  understanding is that defense counsel is objecting to them.

10          THE COURT:  May I see the exhibits?

11          You may be seated.

12          MS. MEDETIS:  (Tenders documents to the Court.)

13          Your Honor, they have been marked for identification

14  as Government's Exhibits 92 and 93.

15          THE COURT:  Has there been testimony in regard to all

16  of this information that's contained on 92 and 93?

17          MS. MEDETIS:  Yes, your Honor.

18          Exhibit 92 is the summary of Morning Star locations.

19  There's been testimony and all the exhibits referenced in that

20  summary exhibit were previously admitted.  This is a summary of

21  those exhibits that are noted on the summary exhibit itself.

22          The same goes for Exhibit 93.  93 is a composite of

23  numerous previously admitted exhibits.  It is a summary of the

24  residents of the Morning Star, beginning in 1995 through 2011.

25          THE COURT:  What's the objection?

1          MR. HOROWITZ:  The objection is, your Honor, they are

2     not voluminous exhibits, as the rule contemplates.  The chart

3     entitled "Morning Star Residents," which is Government's

4     Exhibit 93, is a summary of about a dozen photographs and the

5     names that are on the photographs.

6          I don't think they're so voluminous that a summary

7     chart is necessary or within the province of Rule 1006, which

8     requires that, if the contents are voluminous writings,

9     recordings or photographs which cannot conveniently be

10    examined, may be presented in the form of a chart, summary or

11    calculation.

12         Judge, we're talking about a dozen photographs.  They

13    can conveniently be examined by the jury.  I would have no

14    objection to the Government using this chart in their closing

15    argument and it could be marked, but not admitted.

16         And the same goes for Government's Exhibit 92.  It's

17    basically a summary of a bunch of leases, which the leases are

18    available for the jury.

19         There are four or five locations where Morning Star

20    was.  The Government can say, from 2005 to 2011, Morning Star

21    was located at Tabarre 23.

22         I don't think that type of information is worthy or is

23    so voluminous that it would assist the jury in any way

24    whatsoever.

25         Once again, as with 93, Government's Exhibit 92, I

1    would have no objection to it be marked and being used in

2    closing.

3              THE COURT:  And the reference to the "GX" numbers on

4    93 --

5              MS. MEDETIS:  Yes, Judge.

6              THE COURT:  -- what is that?

7              MS. MEDETIS:  "Government's Exhibit."

8              THE COURT:  Oh, okay.  Are those the photographs or

9    what are those?

10             MS. MEDETIS:  Your Honor, Government's exhibits that

11   are listed in Exhibit 93 are a series of lists that contain

12   numerous names as well as a variety of collages that contain

13   numerous names and photographs of numerous children.

14             As you can see from the various listings on the

15   summary exhibit, the lists range anywhere from five names to

16   approximately 25 names per list or per collage.

17             Additionally -- so the Government would argue that

18   that is in and of itself voluminous and is somewhat unwieldy

19   for the jurors to review as to 93.

20             As to Exhibit 92, I would note that the Government's

21   exhibits referenced here are -- we are dealing with the English

22   translations of documents that are also in French.

23             So to some extent, the exhibits listed on 92 are

24   somewhat under-representing the actual number of exhibits that

25   the jury would need to go through to determine the various

1    locations of the Morning Star commensurate with the testimony

2    at trial, which starts with May, 1995, and the original

3    location of the Morning Star of Calle Mapou through August --

4    or, rather, through 2011, which is the Tabarre 23 location.

5         THE COURT:  I'm going to overrule the objection and

6    will admit Government's Exhibits 92 and 93, based upon the

7    numerous exhibits, the fact that the exhibits in regard to

8    92 are written in a foreign language and that there are

9    additional translations of those exhibits, that the character

10   of the evidence as it was introduced is in a foreign country

11   regarding addresses in a foreign country that are not

12   characterized in the same way that addresses are characterized

13   in the United States and that this will assist the jury in

14   their examination of the evidence.

15        I also find that that applies to Exhibit 93, that this

16   is based on, as 92 was, voluminous exhibits regarding the

17   residents of the Morning Star Center in its various places from

18   1995 to 2011, it involves lists of the residents that have been

19   introduced into evidence as well as photographs, that the

20   character of the names involved are names from a foreign

21   country that contribute to the content of the exhibits

22   themselves and that this chart just organizes and places the

23   names associated with the years of the residents based upon the

24   voluminous exhibits that have been introduced into evidence.

25        (Whereupon, Government's Exhibit Nos. 92 and 93 were

```
 1   entered into evidence.)

 2        MR. HOROWITZ:  Judge, prior to the introduction of

 3   those -- or after the introduction of those exhibits, we would

 4   ask for a limiting instruction.

 5        And the limiting instruction was approved in United

 6   States versus Francis, which is 131 F.3d 1452.  It's an

 7   Eleventh Circuit case from 1997.

 8        And, specifically, at Page 1458, where the Court

 9   admitted the summaries --

10        THE COURT:  Do you have a copy of that for me?

11        MR. HOROWITZ:  Judge, I can e-mail it.  I'm sorry,

12   Judge.  We don't have a printer.  And I apologize.  It's been

13   an ongoing problem that we've had.

14        THE COURT:  Does the Government intend to respond to

15   the second motion for foreign depositions or are you going to

16   rest on your prior pleading?

17        MS. MEDETIS:  Your Honor, we would ask for an

18   opportunity to file a response by no later than first thing

19   tomorrow morning, if that is amenable to the Court.  It would

20   be a brief response only to address some of the factual

21   allegations made in there.

22        But we would otherwise be relying on the legal

23   analysis referenced in our response to the first motion and

24   perhaps incorporate it by reference therein, so as to make the

25   filing as brief as possible.
```

1          THE COURT:  Are you going to be presenting this

2    witness now for the summaries?

3          MS. MEDETIS:  No, your Honor.  We anticipate that it

4    would be after the lunch break.  We will have two witnesses.

5          THE COURT:  So let's bring in the jury.

6          Do you have a witness for us?

7          MS. MEDETIS:  Yes, Judge.

8          The Government would be re-calling Special Agent

9    Michael Bentolila.

10          THE COURT:  Okay.

11          (Whereupon, the jury entered the courtroom at

12    11:23 a.m. and the following proceedings were had:)

13          THE COURT:  You may be seated.

14          You are still under oath, sir.

15          THE WITNESS:  Yes, your Honor.

16          THE COURT:  You may proceed.

17                          DIRECT EXAMINATION

18    BY MS. MEDETIS:

19    Q.  Good morning, Special Agent Bentolila.

20    A.  Good morning.

21          THE WITNESS:  I would like to apologize for my attire,

22    your Honor.  I was in the field.

23          THE COURT:  I didn't even notice.

24          THE WITNESS:  Thank you.

25

Bentolila - DIRECT - By Ms. Medetis          55

```
 1   BY MS. MEDETIS:
 2   Q.   In fairness, when were you asked to come testify this
 3   morning?
 4   A.   Several minutes ago.
 5   Q.   I want to direct your attention to May 8th, 2011.
 6        Where were you on that day?
 7   A.   I was in Port-au-Prince at the Morning Star Center.
 8   Q.   What were you doing at the Morning Star Center?
 9   A.   I was assisting the Haitian authorities, the Haitian
10   National Police, with a search warrant of the Morning Star
11   Center.
12   Q.   And could you please remind the jury briefly about how many
13   languages you speak.
14   A.   I speak two languages, French and English.
15   Q.   And where did you learn French?
16   A.   I was born in France.
17   Q.   How many years did you spend in France?
18   A.   Six years.
19   Q.   And when you left France, where did you go?
20   A.   I came to Miami.
21   Q.   And when you came to the United States, did you maintain
22   your French-speaking skills?
23   A.   I did.
24   Q.   And as your -- as part of your job as a special agent for
25   Homeland Security Investigations, have you utilized your
```

1   French-language skills?

2   A.  I have.

3   Q.  And could you please just briefly again describe to the

4   jury how you've used those skills.

5   A.  I've translated documents, read documents and have made --

6   have conducted interviews in the French language.

7       MS. MEDETIS:  Permission to publish, your Honor,

8   Government's Exhibit 32-K, previously admitted into evidence?

9       THE COURT:  You may.

10  BY MS. MEDETIS:

11  Q.  Special Agent Bentolila, can you take a look at the screen

12  in front of you and tell us what 32-K is.

13  A.  This is the file drawer.  It's a hanging file box, if you

14  will, that was found in Room D in the Morning Star Center.

15  Q.  And when was it found?

16  A.  May 8th, 2011.

17  Q.  Okay.

18      MS. MEDETIS:  Permission to publish Government's

19  Exhibit 32-G, your Honor?

20      THE COURT:  You may.

21  BY MS. MEDETIS:

22  Q.  Showing you Government's Exhibit 32-G, what is that,

23  Special Agent Bentolila?

24  A.  This is Room D.

25      MS. MEDETIS:  Permission to approach, your Honor?

 1          THE COURT:  You may.

 2   BY MS. MEDETIS:

 3   Q.   Special Agent, I've handed you what's been marked for

 4   identification purposes as Government's Exhibit 104.

 5          Do you recognize that?

 6   A.   I do.

 7   Q.   How do you recognize that?

 8   A.   This was recovered on May 8th, 2011, inside Room D, inside

 9   the hanging file box previously shown.

10   Q.   And do you recall where within the hanging file box that

11   exhibit was found?

12   A.   There was a file folder called "Jorel."  It was inside

13   that.

14   Q.   And is the Government's Exhibit 104 in the same or

15   substantially the same condition today as when you seized it on

16   May 8th, 2011?

17   A.   Yes, it is.

18          MS. MEDETIS:  Your Honor, at this time the Government

19   would seek to admit Government's Exhibit 104 into evidence.

20          MR. HOROWITZ:  No objection, your Honor.

21          THE COURT:  It will be admitted as Government's

22   Exhibit 104.

23          (Whereupon, Government's Exhibit No. 104 was entered

24   into evidence.)

25          THE COURT:  You may publish.

```
 1   BY MS. MEDETIS:

 2   Q.   And, Special Agent Bentolila, could you describe to us

 3   generally what Government's Exhibit 104 is.

 4   A.   This is a French document.  The title of it is "Folder of

 5   Infant."  It has a name.  It has category, a responsible party

 6   and a history of the child.

 7   Q.   Special Agent, could you please read the title of this

 8   document.

 9   A.   "Dossier de L'enfant," which means "child's folder,"

10   dossier.

11   Q.   And could you just read the first line of that.

12   A.   "Nom" is "name," "Xxxxxxx."  "Prenom" is "first name,"

13   "Jorel."

14   Q.   The next line?

15   A.   "Lieu de Naissance," "place of birth," "Port-au-Prince."

16   "Date de Naissance," "date of birth," is October 17th, 1996.

17        Nationality:  Haitian.

18        Place of abandonment:  Petion-Ville.

19   Q.   Could you please underline where you say "place of

20   abandonment."

21   A.   (Witness complies.)

22        "Lieu D'abandon."

23   Q.   What's the next paragraph of information?  What's the title

24   of that?

25   A.   Category.
```

 1   Q.   And what's listed in the first line of the category?

 2   There's four different categories.

 3   A.   Right.  The category that's checked is "Necessiteux," which

 4   means "needy," if you will.

 5   Q.   And what does the next line down say?

 6   A.   "Nom de la mere," "mother's name."

 7   Q.   What is the mother's name?

 8   A.   "Xxxxxxxx, Diane."

 9   Q.   What is listed next to "Xxxxxxxx, Diane"?

10   A.   "Vivante," which means "living."

11        The next name is "Nom de pere," "father's name."  "Xxxxxxx

12   Jonas."  And "vivante," which is "living."

13        Date of entry:  2002.

14   Q.   And what about the next -- first of all, can you tell us

15   what is in the -- well, we'll get to that in a second.

16        What is the next category of information that's listed?

17   A.   "Responsible party," "Du Responsable."

18   Q.   And what information is listed there?

19   A.   Name:  Carter.  Last name -- I'm sorry.  First name:

20   Matthew.  "Age," "age":  64 years.  "NIF/CIN," and there's a

21   number listed.

22        "Nationality," "Nationalite":  "U.S.A."

23        Phone number, with a phone number listed.

24        Address:  "Tabarre 23 rue."  I think that's J-n, "Paul imp

25   Destine #29."

Bentolila - DIRECT - By Ms. Medetis          60

1          Profession:  Missionary.

2    Q.   Directing your attention to the upper right-hand corner of

3    this document, at the top, what is that?

4    A.   That's a picture of a child.

5    Q.   On the day that you executed the search warrant -- or

6    assisted in the execution of the search warrant at the Morning

7    Star Center, May 8th, 2011, were there minors living there?

8    A.   There were.

9    Q.   And do you recognize the child depicted in this photo?

10   A.   He was there.  He was there on that day, on May 8th, 2011.

11   Q.   Directing your attention to the bottom of this document,

12   are there any signatures?

13   A.   There are.

14   Q.   And can you please read the first signature at the bottom

15   left of the document.

16   A.   "Jean Pascal Bain."

17   Q.   And what does it say under that signature?

18   A.   "Responsible," "Responsable."

19   Q.   And what about the signature on the bottom right-hand

20   corner?

21   A.   "Matthew Carter," Director of Orphanage.

22   Q.   And what's the word after the slash?

23   A.   "Creche" is the French word for -- it's another word for

24   "orphanage."

25   Q.   Directing your attention to the portion of the document

Bentolila - DIRECT - By Ms. Medetis          61

 1   where there's a paragraph of several lines of handwriting that

 2   I've just highlighted -- or circled, let me zoom in on it.

 3        Are you able to read that?

 4   A.  I am.

 5   Q.  Are you able to translate that into English?

 6   A.  Yes.

 7   Q.  Could you go ahead and do that for us.

 8   A.  "Jorel's parents are separated.  He comes from a very large

 9   family comprised of several brothers and sisters.  His father,

10   nonemployed, has abandoned his mother, who is nonemployed.

11        "Jorel entered our center in 2002, raised by his mother two

12   years later, in 2004, and now we are here two years later in

13   2006 because of his difficulties -- financial difficulties."

14   Q.  Now, Special Agent, could you please describe, is this

15   document entirely typewritten?

16   A.  Parts of it are typewritten.  Parts of it are handwritten.

17   Q.  And, generally speaking, what information is typewritten?

18   A.  The categories and -- the categories are typewritten.

19   Q.  And then what's handwritten?

20   A.  The -- to fill in the categories.

21   Q.  So the information used to fill it in --

22   A.  The information.

23            MR. HOROWITZ:  Objection.  Leading.

24            THE COURT:  Sustained.

25            Rephrase your question.

Bentolila - DIRECT - By Ms. Medetis          62

1    BY MS. MEDETIS:

2    Q.   What information in this document, in Government's

3    Exhibit 104, is in handwriting, generally speaking?

4    A.   The type of information asked on the typewritten part,

5    answered.

6    Q.   With respect to the signature at the bottom right-hand

7    corner, is that signature familiar to you?

8    A.   Yes, it is.

9    Q.   How is it familiar to you?

10   A.   It's on other documents that I've reviewed during the

11   course of the investigation and on other exhibits presented.

12   Q.   And the documents that you reviewed bearing this signature:

13   Where did you find them?

14   A.   Those were found in Room D in the Morning Star Center on

15   May 8th, 2011.

16   Q.   And did you have an opportunity to review passports that

17   were seized in that room?

18   A.   I did.

19   Q.   Did those passports contain signatures?

20   A.   They did.

21   Q.   And is there anything you could tell us about the signature

22   in 104 as compared to the signatures in those --

23            MR. HOROWITZ:  Objection.  Competence.

24            THE COURT:  Sustained.

25            MS. MEDETIS:  Your Honor, nothing further.  The

Bentolila - CROSS - By Mr. Horowitz                63

1    Government would tender this witness.

2         THE COURT:  Cross-examination.

3                      CROSS-EXAMINATION

4    BY MR. HOROWITZ:

5    Q.  Special Agent, good morning.

6    A.  Good morning.

7    Q.  And, yes, you're dressed just fine.

8    A.  Thank you.

9    Q.  You found this document on May 8th, 2011; did you not?

10   A.  Yes, sir.

11   Q.  And it was part of a larger, like, file box or grouping of

12   documents.  Correct?

13   A.  It was.  It was.

14   Q.  Were you present when this document was filled out?

15   A.  No, I was not.

16   Q.  Do you know who gave the information contained within that

17   document?

18   A.  No, I do not.

19   Q.  Do you know who wrote down the information?

20   A.  No, I do not.

21   Q.  Do you know who John Pascal Bain is?

22   A.  I don't.

23   Q.  You know from your investigation that Mr. Carter does not

24   speak Creole.  Correct?

25   A.  I didn't know that.

Bentolila - CROSS - By Mr. Horowitz          64

1   Q.   Is this document written in Creole or in French?

2   A.   It's in French.

3   Q.   Do you know if Mr. Carter speaks French?

4          MS. MEDETIS:   Objection.   Calls for speculation.

5          MR. HOROWITZ:   If he knows.

6          THE COURT:   Rephrase your question.

7   BY MR. HOROWITZ:

8   Q.   Do you know whether or not Mr. Carter speaks French?

9   A.   I don't know.

10  Q.   Now, I have the document Government's Exhibit 104 on the

11  screen.

12      Does it tell you the date that this was written?

13  A.   2002.

14  Q.   Where within this document does it say it was written in

15  2002?

16  A.   It says it was entered in 2002.

17  Q.   Does it say it was entered or the date the student entered?

18  A.   It doesn't specify.

19  Q.   As a matter of fact, in the summary portion, where it has

20  the social history of the child, it talks about dates past

21  2002; does it not?

22  A.   Yes.

23  Q.   And this document is undated.   Correct?

24  A.   If you can move it down, maybe.   I didn't see a date.

25      No.   It's not dated.

Bentolila - REDIRECT - By Ms. Medetis          65

1    Q.  Do you see where it says F-a-i-t, where my finger is?

2    A.  Yes.

3    Q.  What does that mean?

4    A.  "Done on."

5    Q.  And that would be the place on the document to put the date

6    in.  Correct?

7    A.  It should be.

8    Q.  And that portion where the date should be put in is blank.

9    Correct?

10   A.  It is.

11   Q.  The signature on the document -- you can pretty much read

12   every letter where it says "Matthew Carter"; can you not?

13   A.  Yes.

14   Q.  You're not a handwriting examiner, are you?

15   A.  No.

16   Q.  You received no training and are not an expert in

17   handwriting analysis.  Correct?

18   A.  No, I'm not.

19           MR. HOROWITZ:  May I have one moment, your Honor?

20           THE COURT:  Yes.

21           MR. HOROWITZ:  No further questions.

22           THE COURT:  Redirect.

23                       REDIRECT EXAMINATION

24   BY MS. MEDETIS:

25   Q.  Directing your attention again to Government's Exhibit 104,

1  Special Agent, in the paragraph entitled category, could you

2  just please read that -- the last line that I've circled.

3  A.   Date entered:   2002.

4  Q.   And beginning the fourth line up from the bottom of the

5  paragraph in the social history, the sentence starting

6  "Jorel" -- let me zoom in for you -- could you please translate

7  that sentence into English.

8  A.   "Jorel entered our center in 2002, raised by his mother two

9  years later in 2004, and now we are here two years later in

10 2006 because of his financial -- because of financial

11 difficulties."

12           MS. MEDETIS:  No further questions, your Honor.

13           THE COURT:  You may step down, sir.

14           THE WITNESS:  Thank you.

15           (Witness excused.)

16           THE COURT:  We're going to break for lunch.

17           Do not discuss this case either amongst yourselves or

18 with anyone else.  Have no contact whatsoever with anyone

19 associated with the trial.

20           Do not read, listen or see anything touching on this

21 matter in any way, including anything in the media, anything on

22 the Internet or anything on any access device.

23           If anyone should try to talk to you about this case,

24 you should immediately instruct them to stop and report it to

25 my staff.

67

1          You may leave your notebooks at your chairs.  Please

2   be back in the jury room at 1:30.  Enjoy your lunch.

3          (Whereupon, the jury exited the courtroom at

4   11:43 a.m. and the following proceedings were had:)

5          THE COURT:  You may be seated for a moment.

6          Over the lunch break, Mr. Horowitz, you can construct

7   a limiting instruction that you wish the Court to give.  Make

8   sure that you've shown it to the Government.  And both sides

9   should be prepared to make whatever argument in regard to the

10  limiting instruction.

11         But I don't have any problem with a limiting

12  instruction along the lines of what you cite in *US versus*

13  *Francis* at 131 F.3d 1452.  But I'll leave it to you to propose

14  the language.

15         We're in recess until 1:30.

16          (Thereupon, a luncheon recess was taken, after which

17  the following proceedings were had:)

18         THE COURT:  We're back on United States of America

19  versus Matthew Andrew Carter, Case No. 11-20350.

20         Counsel, state your appearances, please, for the

21  record.

22         MS. MEDETIS:  Good afternoon, your Honor.

23         Maria Medetis and Bonnie Kane on behalf of the United

24  States.

25         MR. ADELSTEIN:  And good afternoon, your Honor.

1          Stuart Adelstein and Phil Horowitz on behalf of

2    Mr. Carter, who is present, along with Reginald Hope, our

3    investigator.

4          THE COURT:  So have both sides approved this

5    instruction?

6          MS. MEDETIS:  Your Honor, short answer, no.

7          We would object to the proposed instruction by defense

8    counsel and would ask the Court instead to consider the Ninth

9    Circuit and Sixth Circuit pattern jury instructions that I

10   can -- a copy of which I provided to defense counsel and I

11   could submit to the Court.

12         They are much more brief than the proposed instruction

13   and have been approved by their respective circuits.

14         THE COURT:  But this is not the next witness.

15   Correct?

16         MS. MEDETIS:  That's correct, Judge.

17         THE COURT:  So why don't you submit the instructions

18   to me.  I'll look at all the instructions and we'll review this

19   at a break.

20         MS. MEDETIS:  Your Honor, if I may have back the

21   Government's Exhibits 92 and 93 that I had previously passed

22   up.

23         THE COURT:  Sorry.  You can have them.

24         Do we have a witness?

25         MS. MEDETIS:  Yes, Judge.

```
1            The United States would call Greatest Xxxxxxx.

2            But the United States would also ask, prior to the

3    witness's testimony, if the Court could take judicial notice of

4    the two facts regarding Former President Aristide and the

5    earthquake in Haiti in front of the jury.  We would ask the

6    Court to do that as well.

7            THE COURT:  And what is it that you want me to take

8    judicial notice of?  That the date of the earthquake was --

9            MS. MEDETIS:  Yes, Judge.

10            I'm referring to Docket Entry 144, which is your order

11    granting, in part, the United States' motion in limine to take

12    judicial notice.

13            On Page 8 of 8, there are two facts the Court will

14    take judicial notice, that an earthquake struck Haiti on

15    January 12th, 2010, and that Jean Bertrand Aristide resigned as

16    President of Haiti and departed the country on February 29th,

17    2004.

18            If the Court would like a copy of the order with the

19    portion highlighted --

20            THE COURT:  Please.

21            How is it that you want me to instruct the jury?  Do

22    you just want me to indicate that the Court has taken judicial

23    notice of the fact that an earthquake struck Haiti on

24    January 12th, 2010, and that Jean Bertrand Aristide resigned as

25    President of Haiti and departed the country on February 29,
```

1    2004?

2           MS. MEDETIS:  That's precisely correct, Judge.

3           But if I may refer to the Rule of Evidence, there may

4    be an additional limiting instruction that would go along with

5    that.

6           I'm referring to Rule 201(f) instructing the jury in a

7    criminal case the Court may instruct the jury that it may or

8    may not accept the noticed fact as conclusive, if the Court is

9    inclined to add that limiting instruction.

10          THE COURT:  Okay.

11          MS. MEDETIS:  I'm sorry.

12          The Court must accept the noticed fact -- must

13   instruct the jury that it may or may not accept the noticed

14   fact as conclusive.

15          THE COURT:  Are you asking for this instruction when

16   the jury comes in?

17          MS. MEDETIS:  Yes, if the Court is inclined.

18          Your Honor, I'm sorry.  May I amend and ask that the

19   Court only give the instruction -- or the notice of the

20   earthquake only and not regarding President Aristide?

21          I don't believe that there was any testimony regarding

22   that time frame or reference to it.  So we would ask for the

23   earthquake instruction only -- or notice of the earthquake.

24          THE COURT:  So I will instruct the jury that the Court

25   has taken judicial notice that:  An earthquake struck Haiti on

 1    January 12th, 2010.  You may or may not accept the noticed fact

 2    as conclusive.  That will be the instruction in totality.

 3              Let's bring the jurors in, please.

 4              (Whereupon, the jury entered the courtroom at

 5    1:59 p.m. and the following proceedings were had:)

 6              THE COURT:  You may be seated.

 7              Ladies and gentlemen of the jury, the Court has taken

 8    judicial notice that an earthquake struck Haiti on

 9    January 12th, 2010.  You may or may not accept the noticed fact

10    as conclusive.

11              Call your next witness.

12              MS. MEDETIS:  Your Honor, the United States calls

13    Greatest Xxxxxxx.

14              GREATEST XXXXXXX, GOVERNMENT WITNESS, SWORN

15              THE COURTROOM DEPUTY:  Thank you.  You may be seated.

16              If you would please state your name and give the

17    spelling for the record.

18              THE WITNESS:  My name is Greatest Xxxxxxx.

19    G-r-e-a-t-e-s-t, X-x-x-x-x-x-x.

20              MS. MEDETIS:  Permission to proceed, your Honor?

21              THE COURT:  You may.

22                        DIRECT EXAMINATION

23    BY MS. MEDETIS:

24    Q.  Good afternoon.

25    A.  Good morning.

G. Xxxxxxx - DIRECT - By Ms. Meditis          72

1   Q.   May I call you Greatest?

2   A.   Yes.

3   Q.   Greatest, can you please tell us where you're from.

4   A.   Haiti.

5   Q.   Where do you live now?

6   A.   Tabarre 27.

7   Q.   Where in Haiti were you born?

8   A.   Saint-Marc.

9   Q.   And do you have any brothers or sisters?

10  A.   I have four brothers.

11  Q.   Are they older or younger than you?

12  A.   I have one that's older and three younger.

13  Q.   And can you tell us a little bit about your mother and

14  father.

15       Are they living?

16  A.   Yes.  My mother's alive and my father's alive.

17  Q.   And where do they live?

18  A.   Haiti.

19  Q.   Greatest, do you know a man named Bill Carter?

20  A.   Yes.

21  Q.   Do you see him in the courtroom today?

22  A.   Yes.

23  Q.   Could you please point to him and describe what he's

24  wearing.

25  A.   A blue shirt.

1          MS. MEDETIS:  Your Honor, if the record could reflect

2    the witness having identified the Defendant as Bill Carter.

3          THE COURT:  It will so reflect.

4    BY MS. MEDETIS:

5    Q.  Greatest, do you know a man named Matthew Carter?

6    A.  Yes.

7    Q.  And do you see him in the courtroom today?

8    A.  Yes.

9    Q.  Could you please point to him and describe what he's

10   wearing.

11   A.  A blue shirt.

12          MS. MEDETIS:  Your Honor, if the record could reflect

13   the witness having identified the Defendant Matthew Carter.

14          THE COURT:  It will so reflect.

15   BY MS. MEDETIS:

16   Q.  Greatest, do you know a man named Matthew Andrew Carter?

17   A.  Yes.

18   Q.  Is he in the courtroom today?

19   A.  Yes.

20   Q.  Could you please point to him and describe what he's

21   wearing.

22   A.  A blue shirt.

23          MS. MEDETIS:  Your Honor, if the record could reflect

24   the witness as having identified the Defendant Matthew Andrew

25   Carter.

```
 1              THE COURT:  It will so reflect.

 2   BY MS. MEDETIS:

 3   Q.   Greatest, how old are you now?

 4   A.   18.

 5   Q.   And did I ask your birth date?

 6   A.   No.

 7   Q.   What is your birth date?

 8   A.   January 26th, 1995.

 9   Q.   So, then, you just turned 18?

10   A.   Yes.

11   Q.   Can you tell the ladies and gentlemen of the jury in what

12   year you first met the Defendant.

13   A.   2008.

14   Q.   And do you recall how old you were in 2008?

15   A.   10, 9.

16   Q.   Would you like to do the math with me?

17   A.   Yes.

18   Q.   How old are you today?

19   A.   18.

20   Q.   I don't know if I can do the math.  Let's do this this way.

21        How old were you in 2005?

22   A.   10.

23   Q.   And 2008 was three years after 2005.  So what is 10 plus 3?

24   A.   13.  Sorry.  13.

25   Q.   Not a problem.
```

1       In 2008, when you first met the Defendant, how old were

2  you?

3  A.  13.

4  Q.  Where did you meet the Defendant, Greatest?

5  A.  A market that's at Fleurieu called Dynasty.

6  Q.  What is Fleurieu?

7  A.  It's an area in Tabarre in Haiti.

8  Q.  And did you talk to the Defendant that day when you first

9  met him?

10  A.  Yes.

11  Q.  And what did you and the Defendant talk about?

12  A.  It was while I was with Linda, another foreigner, that I

13  was in a program with her.  Linda seems like she already knew

14  him; so, she went to say hi to him.  And that's how I met him.

15  Q.  Did you ever see the Defendant after that day at the

16  supermarket?

17  A.  Yes.

18  Q.  And when did you see him?

19  A.  It looks like there was an agreement between him and Linda

20  where he used to go --

21           MR. ADELSTEIN:  Objection.

22           THE WITNESS:  -- pick up the kids --

23           MR. ADELSTEIN:  Objection.

24           THE COURT:  One moment, please.

25           Sustained.

```
 1   BY MS. MEDETIS:

 2   Q.   Greatest, when did you next see the Defendant?

 3   A.   In the program -- Linda's program.

 4   Q.   And did you ever visit the Defendant at his home?

 5   A.   Yes.

 6   Q.   Where did the Defendant live when you visited him?

 7   A.   Tabarre 27, next to Aristide's Foundation.

 8   Q.   And did the Defendant's home have a name?

 9   A.   Yes.

10   Q.   What was the name of it?

11   A.   Morning Star.

12   Q.   Did there ever come a time when you started living with the

13   Defendant at the Morning Star?

14   A.   Yes.

15   Q.   Without telling us what anybody said, how did it come to be

16   that you moved from the program -- Linda's program to the

17   Morning Star?

18   A.   Linda's program closed down.  I went home.  My family -- I

19   had problems with schooling, with the food, clothes and school

20   supplies.

21        So he had invited me to come for weekends.  After two,

22   three weekends, he said that I could stay with him in the

23   program.

24   Q.   Greatest, who invited you for the weekend?

25   A.   Bill.
```

 1  Q.   And were your parents aware that you were going to go live

 2  with Bill?

 3  A.   Yes.

 4  Q.   And when you say your family or you were having problems

 5  with school, uniform, meals, can you describe to the jury what

 6  you mean by that, by "problems."

 7  A.   They would send me away from school because my school could

 8  not be paid.  I couldn't dress clean or well because the

 9  clothes were torn and wrinkled.  And I suffered from hunger,

10  only eating once a day.  That's how I ended up at his house.

11  Q.   And when you say "his house," who do you mean?

12  A.   At the same center, at Bill's house.

13         MS. MEDETIS:  Your Honor, permission to publish

14  previously admitted Government's Exhibit 32-A?

15         THE COURT:  You may.

16  BY MS. MEDETIS:

17  Q.   Greatest, could you take a look at the monitor in front of

18  you.  I'm showing you what's been admitted as Government's

19  Exhibit 32-A.

20      Do you recognize that?

21  A.   Yes.

22  Q.   What is that?

23  A.   That's the -- where the program -- the Morning Star program

24  was at.  That's the house.

25  Q.   And where is that house located?

1    A.   That's in Tabarre 27, not too far from Aristide's

2    Foundation.

3              MS. MEDETIS:  Permission to publish Government's

4    Exhibit 32-B.

5              THE COURT:  You may.

6    BY MS. MEDETIS:

7    Q.   Greatest, I'm showing you what's been admitted as

8    Government's Exhibit 32-B.

9         Do you recognize that?

10   A.   Yes.

11   Q.   What is that?

12   A.   That's the clinic and the porch.

13   Q.   The clinic and the porch of what?

14   A.   It's the clinic that was at Morning Star and the porch that

15   was part of the house.

16             MS. MEDETIS:  Permission to publish Government's

17   Exhibit 32-C?

18             THE COURT:  You may.

19   BY MS. MEDETIS:

20   Q.   I'm showing you what's been admitted as Government's

21   Exhibit 32-C, Greatest.

22        Do you recognize that?

23   A.   Yes.

24   Q.   What is that?

25   A.   That's inside the house of the program.

G. Xxxxxxx - DIRECT - By Ms. Meditis          79

1    Q.   Greatest, in what year did you start visiting the program

2    on the weekend?

3    A.   Once Linda's program had stopped, it was -- I started to go

4    visiting at the end of 2008, I think.  I started to visit the

5    program.

6    Q.   And what year did you move in full-time?

7    A.   I don't remember.

8    Q.   Once you moved into the center, did the Defendant take care

9    of you?

10   A.   Yes.

11   Q.   Can you please explain to the jury how he took care of you.

12   A.   He paid school for me, he gave me a place to sleep and he

13   fed me three times a day.

14   Q.   And where did you sleep after you moved into the Morning

15   Star?

16   A.   In a room in the back that was in the house.

17   Q.   Was that your own room?

18   A.   No.  There were other boys in there with me.

19   Q.   Other than you and the Defendant, who else lived at the

20   Morning Star at Tabarre?

21   A.   A lot of other boys.

22   Q.   Were these boys older or younger than you?

23   A.   There were some that were older and some that were younger.

24   Q.   And approximately how many boys lived with you and the

25   Defendant?

1    A.   There's a time there would be 15, but sometimes 19, because

2    some would come for weekends.

3    Q.   Did you have any chores or responsibilities when you moved

4    into the center?

5    A.   Yes.

6    Q.   What were they?

7    A.   I was the one who cleaned out the clinic every morning,

8    cooked for Bill and carry water to put inside his bathroom and

9    clean his room.  When he went to shower in the afternoon, I'm

10   the one who took his personal things and brought them in his

11   room.

12           MS. MEDETIS:  Permission to publish Government's

13   Exhibit 32-R?

14           THE COURT:  Yes.

15   BY MS. MEDETIS:

16   Q.   Showing you Government's Exhibit 32-R, do you recognize

17   that, Greatest?

18   A.   Yes.

19   Q.   What is that?

20   A.   Bill's bathroom.

21   Q.   Can you tell the ladies and gentlemen of the jury what

22   things you liked about living at the Morning Star Center.

23   A.   It was a space where, really, we had -- we slept fine, we

24   ate fine and we had time of leisure, we watched TV.

25   Q.   When did you leave the Morning Star Center or move out

G. Xxxxxxx - DIRECT - By Ms. Meditis          81

1   permanently?

2   A.   2011.

3   Q.   And why did you leave the center in 2011?

4   A.   Because they arrested Bill and Social Affairs, Bien-Etre

5   Social, and the American Government, came and moved us to

6   another place.

7   Q.   Other than the Tabarre house, did you live at any other

8   location with the Defendant?

9   A.   Yes.  At Tabarre only.

10  Q.   So did you live in any other location other than the

11  Tabarre house?

12  A.   No.

13  Q.   After you moved into Morning Star at Tabarre, Greatest, did

14  there ever come a time when the Defendant asked you to do

15  sexual things with him?

16  A.   Yes.

17  Q.   Do you recall the first time the Defendant asked you to do

18  something sexual with him?

19  A.   Yes.

20  Q.   Can you please tell us what happened on that first

21  occasion.

22  A.   It was sometime after I moved to his house, some months.

23  One night, he called me to come give him minutes in his

24  bedroom.  While I was giving him minutes, he was lying down on

25  the bed with a sheet over his body.

G. Xxxxxxx - DIRECT - By Ms. Meditis          82

1    He had lotion by his bedside.  He gave me the lotion, put

2  it in my hand and put my hand on his penis and made me

3  masturbate him.

4  Q.  And what happened after the Defendant took your hand and

5  put it on his penis?

6  A.  He made me masturbate him.

7  Q.  And as you masturbated the Defendant, what did the

8  Defendant do?

9  A.  He was lying on his back on the bed.

10  Q.  And when you masturbated the Defendant, did the Defendant

11  ejaculate?

12  A.  No.

13  Q.  What happened after you masturbated the Defendant?

14  A.  I stayed there a while and then, after that, I left.

15  Q.  Do you recall the next time the Defendant asked you to do

16  something sexual with him?

17  A.  He took it as a habit.  It was all the time.

18  Q.  What was "all the time," Greatest?

19  A.  It was every night he asked me to come in his bedroom.

20  Q.  And after he'd ask you to come into his bedroom, what would

21  happen next?

22  A.  What happened is that, as long as I still was young, I

23  didn't know better.  I didn't know more about the things.

24    But once that I started growing up and being aware of what

25  I was doing, I started saying "no."

G. Xxxxxxx - DIRECT - By Ms. Meditis          83

1    Q.   Greatest, when you were younger and you were going into his

2    room, what did you have to do?

3    A.   He forced me to masturbate him.

4    Q.   What, if anything, did you use to masturbate the Defendant

5    on those occasions?

6    A.   Lotion.

7    Q.   Did the Defendant ever give you anything after you

8    masturbated him?

9    A.   No.

10   Q.   Before you masturbated the Defendant, would the Defendant

11   tell you he would give you something if you masturbated him?

12           MR. HOROWITZ:  Objection.  Asked and answered.

13           THE COURT:  Overruled.

14           THE WITNESS:  When I first got to his house, I was

15   very young.  He was not offering.  But after a while, I

16   understood what was going on.  That's when he started offering

17   things to us.

18   BY MS. MEDETIS:

19   Q.   I want to talk specifically about you, Greatest.

20   A.   I am speaking of myself.

21   Q.   What, if anything, did the Defendant offer you in exchange

22   for masturbating him?

23   A.   Sometimes he would travel to the US and bring back

24   gadgets -- new gadgets, things that we were not used to.  And

25   if I needed one, I would have to masturbate him so I could get

1    one.

2    Q.   How do you know that you would have to masturbate the

3    Defendant to get one?

4    A.   Because that's what he told me.

5    Q.   And what did the Defendant tell you?

6    A.   If I need it, I should come to his room -- to his bedroom

7    later on.

8    Q.   And how often did the Defendant offer you things in

9    exchange for masturbating him?

10   A.   Often.  It was his habit.

11          MS. MEDETIS:  I'm sorry, Interpreter.  What did you

12   say?  It was his what?

13          THE INTERPRETER:  Habit.

14   BY MS. MEDETIS:

15   Q.   When you first moved into the Morning Star Center -- let me

16   rephrase.

17        After you moved into the Morning Star Center, did the

18   Defendant give you a bicycle?

19          MR. ADELSTEIN:  Objection.  Leading.

20          THE COURT:  Sustained.

21          Rephrase your question.

22   BY MS. MEDETIS:

23   Q.   When you lived at the Morning Star Center, did you have a

24   bicycle, Greatest?

25   A.   Yes.

G. Xxxxxxx - DIRECT - By Ms. Meditis          85

1    Q.   Who gave you the bicycle?

2    A.   Bill.

3    Q.   Did you ever have to repair your bicycle?

4    A.   Yes.

5    Q.   Did you ever have to repair a tire on your bicycle?

6              MR. ADELSTEIN:  Objection.  Leading.

7              THE COURT:  Sustained.

8              Rephrase your question.

9    BY MS. MEDETIS:

10   Q.   What, if anything, did you have to repair on your bicycle?

11   A.   The back tire.

12   Q.   Can you please tell the ladies and gentlemen of the jury

13   about the time you had to replace the back tire on your

14   bicycle.  What happened?

15   A.   I went to him and asked him for money so I could purchase a

16   new tire.

17   Q.   When you say "him," who do you mean, Greatest?

18   A.   Bill.  Bill.

19        Bill told me to go find out how much I would need and to

20   come back and tell him.  When I came back to Bill, I told him

21   how much the tire would cost and he gave me the money so I

22   could purchase it.

23        I purchased the tire, put it on my bike and went back to

24   Bill to say thank you.

25        And Bill told me, "How would you pay me back?"

1       I gave him a hug and I turned around.

2       Later on, when I went to say goodnight to Bill, Bill told

3   me, "Are you coming to my bedroom tonight?"

4       I said, "No."

5       So I didn't go.

6       The next morning, I went to say good morning to him.  It

7   was a routine.

8   Q.  And what happened after you went to go say good morning to

9   the Defendant?

10  A.  He pushed me.  He said, "Last night you didn't want to play

11  with me.  I'm not going to play with you now."

12  Q.  Greatest, do you know what the term "blow job" means?

13  A.  Yes.

14  Q.  Where did you learn that term?

15  A.  From Bill.

16  Q.  How did you learn that term from Bill?

17  A.  He asked me to do it for him and he made gestures.

18  Q.  Can you please describe to the ladies and gentlemen of the

19  jury the time that he asked you -- the time that he asked you

20  to give him a blow job.  How did he do that?

21  A.  He pointed to his penis and then he made sucking noises

22  with his mouth.

23  Q.  What were you doing at the time the Defendant was pointing

24  at his penis and making sucking noises with his mouth?

25  A.  I was giving him minutes on his legs with alcohol.

G. Xxxxxxx - DIRECT - By Ms. Meditis          87

1   Q.   What was the Defendant wearing as you were giving him

2   minutes on that occasion?

3   A.   He was laying down on his bed.  He was naked.  He had the

4   sheet over him.

5   Q.   Other than pointing to his penis and making sucking noises,

6   what, if anything, did the Defendant say?

7   A.   He didn't say anything else, but he already showed me what

8   to do.

9   Q.   Did the Defendant ever ask you to do other sexual acts with

10  him?

11  A.   No.  Just forced me to masturbate him and sometimes he

12  would ask me to come to his bedroom at night when everybody's

13  asleep.

14  Q.   And when he asked you to come to his bedroom at night when

15  everybody was asleep, what, if anything, did he ask you to do?

16  A.   He would tell you, "Are you coming to my bedroom tonight?"

17  That's all he would tell me.

18  Q.   How often did the Defendant ask you to suck his -- I'm

19  sorry -- to give him a blow job?

20  A.   This is not something that I kept count on.  He asked me

21  all the time.  It is one of his habits.

22  Q.   On that occasion that you just described when you first

23  learned the term "blow job," did you do what the Defendant

24  asked you to do?

25  A.   No.

G. Xxxxxxx - DIRECT - By Ms. Meditis          88

1    Q.   Greatest, did there ever come a time when you lived at the

2    Morning Star Center when the Defendant lost money?

3    A.   Yes.

4    Q.   Do you remember when that happened?

5    A.   Yes.

6    Q.   When did it happen, Greatest?

7    A.   I do not remember the exact date, but I do remember the

8    event.

9    Q.   Did the event happen before or after the earthquake?

10   A.   No.  After.

11   Q.   What happened?

12   A.   He got up one morning and he claimed that he lost $5,

13   5 US dollars, and he wanted us to look for it.

14       We knew it wasn't true because no one would steal money

15   from him.  He sat on the porch and he called all the boys.

16   Q.   And what happened after he called all the boys, Greatest?

17   A.   He wanted us to strip naked because he believed that we

18   were hiding the money in our butts.

19   Q.   And what happened?  Did the boys strip naked?

20   A.   Yes.  All the boys stripped naked.  Dadou refused to

21   comply.  He got up and he started slapping Dadou.  Then Dadou

22   was sent home.  Then he said Dadou took the money and left it

23   at that.

24   Q.   Greatest, who is Dadou?

25   A.   His true and correct name is David Xxxxxx.  He was part of

G. Xxxxxxx - DIRECT - By Ms. Meditis          89

1   the program, also.

2   Q.   And when you say he was part of the program, where did he

3   live?

4   A.   The program at the Morning Star, at the house.

5   Q.   After the Defendant asked all the boys to take off their

6   clothes, what did the Defendant ask you and the other boys to

7   do next?

8   A.   We had to spread our butt cheeks to him.

9   Q.   And after you spread your butt -- after you did that, what

10  did the Defendant ask you to do next?

11  A.   After that, he ordered us to lift our balls so he could

12  look under.

13  Q.   And did you do that?

14  A.   Yes.

15  Q.   And did you spread your butt cheeks for the Defendant?

16  A.   Yes.

17  Q.   And after he had you lift your balls, what did he do next?

18  A.   He didn't find his money, of course.  He told me to go

19  ahead and put my clothes back on.

20  Q.   Greatest, the time that the Defendant asked you to give him

21  a blow job, do you recall when -- or what year that was in?

22  A.   That was after I moved in with him.  It's very hard to give

23  an exact date because he was in the habit of asking me.  So I

24  did not keep count.

25  Q.   What about the incident with the bicycle tire?  Do you

1    recall when that happened?

2              MR. HOROWITZ:  Objection.  Asked and answered.

3              THE COURT:  Overruled.

4              THE WITNESS:  No.  But I know it was during the school

5    year.

6    BY MS. MEDETIS:

7    Q.   Was it before or after the earthquake in Haiti?

8    A.   Before.  Before the earthquake.

9    Q.   Greatest, did the Defendant continue to ask you to do

10   sexual things with him after the earthquake?

11   A.   Yes.  He continued, but not at the same pace, because he

12   find out that they were after him to arrest him.

13   Q.   Greatest, do you recall the last time the Defendant asked

14   you to masturbate him?

15   A.   Yes.

16   Q.   When was that?

17   A.   It was before his last trip, before he traveled.

18   Q.   Before his last trip where?

19   A.   His last trip to Michigan.

20   Q.   When before his last trip to Michigan was the last time he

21   asked you to masturbate him?

22   A.   The night -- the day before he traveled.  He said, "If you

23   want me to bring you back something, you need to come and

24   masturbate me if you want something."

25   Q.   Greatest, do you know a boy named Jeff?

G. Xxxxxxx - DIRECT - By Ms. Meditis          91

1    A.   Yes.

2    Q.   And who is he?

3    A.   His real name is Dey Xxxxxxx.  And he slept in the same

4    room as I did.

5    Q.   And was Jeff older or younger than you?

6    A.   Younger.

7    Q.   Do you know approximately how old Jeff was?

8              MR. HOROWITZ:  Objection to the form of the question.

9              THE COURT:  Sustained.

10             Rephrase your question.

11   BY MS. MEDETIS:

12   Q.   How old, approximately, was Jeff?

13             MR. HOROWITZ:  Same objection, Judge, as to time

14   frame.

15             THE COURT:  Place it in time.

16   BY MS. MEDETIS:

17   Q.   Did you ever see the Defendant enter your bedroom at night,

18   Greatest?

19   A.   Yes.

20   Q.   Can you please tell the jury what you saw.

21   A.   He came in the bedroom with a flashlight in his hand.

22   There was three of us who hadn't fallen asleep yet.  On the

23   mattress, there was the young boy lying down there.  He picked

24   him up and put him on his shoulder.

25        He heard a noise.  He dropped him back on the bed.  He

G. Xxxxxxx - DIRECT - By Ms. Meditis          92

 1    turned around and left the room and the young boy felt hurt

 2    because he hit something.  So he was touching his body.

 3         He didn't see what happened to him and he laid back down

 4    and fell asleep.

 5    Q.  Who put who on their shoulder?

 6    A.  Bill picked up the young one, Jeff, and put him on his

 7    shoulder.

 8    Q.  At the time that you saw Bill put Jeff on his shoulder, how

 9    old was Jeff?

10    A.  I don't remember how old Jeff was.  The only thing I know

11    is that he was in the program with us and I witnessed that.

12    Q.  Did there come a time -- let me rephrase.

13         Did you ever see the Defendant do sexual things with other

14    boys?

15    A.  Yes.

16    Q.  Can you please describe what you saw.

17    A.  When he was doing these things, it was no secret.  His

18    bedroom has no door.  While I was passing by the doorway, I saw

19    him sucking on one of the young boy's penises inside his

20    bedroom.

21         His bedroom had no doors.  So when you were passing in

22    front of it, you could see inside.  He didn't care if you saw

23    him or not because he knew he was the only leader --

24              MR. HOROWITZ:  Objection.

25              THE COURT:  Sustained.

```
 1    BY MS. MEDETIS:

 2    Q.  Greatest, who was the boy that you saw in the Defendant's

 3    bedroom?

 4    A.  It was a boy that lived next to the school.

 5    Q.  Next to what school?

 6    A.  My school.  He met him at the clinic that he had next to

 7    the school.

 8    Q.  Who had a clinic next to the school?

 9    A.  Bill.

10    Q.  Who did he meet at the clinic?

11    A.  This young boy.

12        You know, Haitian kids like foreigners and they saw him and

13    ran to him and he invited the young one to come to the house.

14        When he did that, he sucked the boy's penis.  When the boy

15    went back home, he told the whole neighborhood that.

16    Q.  Okay.  Without telling us what anybody said, did you see

17    the Defendant do anything else to this boy, any other sexual

18    things with this boy, other than suck the boy's penis?

19    A.  No.  Just the sucking of his penis.

20    Q.  And when the Defendant was finished, what did the boy do?

21    A.  I was passing.  I saw.  And I kept on walking.  I didn't

22    stay to see what happened after.

23            MS. MEDETIS:  Permission to publish Government's

24    Exhibit 32-B?

25            THE COURT:  You may.
```

```
 1    BY MS. MEDETIS:

 2    Q.  Greatest, I'm showing you Government's Exhibit 32-B.

 3        What is that?

 4    A.  That's the picture of the clinic.

 5    Q.  Is this a picture of the clinic that was by the school that

 6    you were just talking about?

 7    A.  Huh-uh.  That's the clinic that's in our center, at the

 8    house.

 9    Q.  Did the Defendant have another clinic?

10    A.  Yes.

11    Q.  This incident that you just described with the boy:  Did

12    that happen before or after the earthquake in Haiti?

13    A.  Before that.

14    Q.  Do you recall when before the earthquake?

15    A.  I don't remember the date, but I know it happened before.

16    Q.  Greatest, did your parents ever visit you at the center?

17    A.  Yes.

18    Q.  And were you able to visit your parents while you were

19    living at the center?

20    A.  Yes.

21    Q.  Did your parents ever spend the night at the center or

22    sleep at the center?

23    A.  No.

24    Q.  Did you ever tell your parents the sexual things that the

25    Defendant made you do?
```

1    A.   No.

2    Q.   Why did you not tell your parents?

3    A.   I was ashamed.  I was young, also, but I was ashamed.  I

4    don't see how I could stand in front of my parents to tell them

5    something like that.

6    Q.   Greatest, did your father work for the Defendant ever?

7    A.   Yes.

8    Q.   What kind of work did your father do for the Defendant?

9    A.   When he had his clinic next to the school, my dad worked in

10   the clinic for him.

11   Q.   Did your father ever do any work at the Tabarre Morning

12   Star Center for the Defendant?

13   A.   No.

14   Q.   During the time that you lived with the Defendant from 2008

15   to 2011, did you ever tell police that the Defendant was

16   sexually abusing you?

17   A.   No.

18   Q.   Why not?

19   A.   Because Haitian police, once you have financial means, you

20   have money, you buy them.

21   Q.   Have we met before, Greatest?

22   A.   Yes.

23   Q.   Greatest, have you met the people sitting at the

24   Government's table before today?

25   A.   Yes.

G. Xxxxxxx - DIRECT - By Ms. Meditis          96

1   Q.   Do you know how many times you've met with me and the

2   agents today -- before today?

3   A.   I didn't control how many times, but I know I met with you

4   guys.

5   Q.   When was the first time you told the United States

6   Government that you had to masturbate the Defendant?

7   A.   The last time I spoke to them.

8   Q.   And when was the last time you spoke to the US Government?

9   A.   Two days ago.  Yeah.  I think.

10  Q.   And why didn't you tell the Government that the Defendant

11  made you masturbate him before two days ago?

12  A.   Because these are ugly things.  For them to come out of me,

13  they are very ugly things.  And I have to tell you the truth.

14  I wanted to come and tell it to him in his face.  I was waiting

15  to see if I would be part of the trial so I could tell it to

16  him in his face.

17  Q.   Greatest, the boy that you saw in the Defendant's room:  Do

18  you know how old he was when you saw him in the Defendant's

19  room?

20  A.   I don't know exactly, but he was younger than me.

21          MR. HOROWITZ:  Objection.

22          THE COURT:  Overruled.

23  BY MS. MEDETIS:

24  Q.   Could you repeat your answer, please.

25  A.   He was much younger than me.

G. Xxxxxxx - DIRECT - By Ms. Meditis          97

1   Q.  The incident that you described with Jeff being thrown over

2   the Defendant's shoulder:  Did that happen before or after the

3   earthquake?

4   A.  It happened before, because we were still sleeping inside

5   the house.  After the earthquake, we slept outside.  There was

6   a crack in our room; so, we didn't sleep inside.

7   Q.  Before, you had testified that, when the Defendant would

8   come back from his trips to the United States, he would bring

9   things with him.

10      What kinds of things did the Defendant give you when you

11  agreed to masturbate him?

12          MR. HOROWITZ:  Objection.  Asked and answered.

13          THE COURT:  Overruled.

14          THE WITNESS:  Radio/CD player and then once he gave me

15  an MP3.

16          MS. MEDETIS:  Permission to approach, your Honor?

17          THE COURT:  You may.

18          MS. MEDETIS:  Actually, your Honor, permission to

19  publish what's been previously admitted as Government's

20  Exhibit 66?

21          THE COURT:  You may.

22  BY MS. MEDETIS:

23  Q.  Greatest, I'm showing you what's been admitted as

24  Government's Exhibit 66.

25      Do you recognize that?

G. Xxxxxxx - DIRECT - By Ms. Meditis                98

1    A.   Yes.

2    Q.   What is that?

3    A.   That's my picture when I was in the fourth grade.

4    Q.   Do you know where that picture was taken?

5    A.   Yes.

6    Q.   Where was it taken?

7    A.   That's the porch on Morning Star.

8    Q.   Who took the picture?

9    A.   Bill took that picture.

10        MS. MEDETIS:  Permission to publish what's been

11   previously admitted as Government's Exhibit 81?

12        THE COURT:  You may.

13   BY MS. MEDETIS:

14   Q.   Greatest, I'm showing you what's admitted into evidence as

15   Government's Exhibit 81.

16        You had mentioned a boy named Dadou previously, also named

17   David.  Do you see him in this exhibit?

18   A.   Yes.

19   Q.   Using your touch screen, could you please circle his

20   photograph.

21        THE INTERPRETER:  It's not working.

22   BY MS. MEDETIS:

23   Q.   Let's try again.

24   A.   (Witness complies.)

25        THE INTERPRETER:  It's going on the bottom.  It's not

1   working on the picture on top.

2           MS. MEDETIS:  Okay.

3   BY MS. MEDETIS:

4   Q.  What did you just circle there?  Is there a word that you

5   circled?

6   A.  Dadou's name.

7   Q.  That's his name.

8       And the person above the word "Dadou":  Who's that?

9   A.  That's Dadou.  Yeah.  Now I see it.

10  Q.  And is that the boy you were referring to who refused to

11  spread his butt cheeks when the Defendant lost the $5?

12          MR. HOROWITZ:  Objection.  Leading.

13          THE WITNESS:  Yes.

14          THE COURT:  Overruled.

15  BY MS. MEDETIS:

16  Q.  I'm showing you what's been previously admitted as

17  Government's Exhibit 30.

18          MS. MEDETIS:  Permission to publish, your Honor?

19          THE COURT:  You may.

20  BY MS. MEDETIS:

21  Q.  Greatest, do you see your name on this list?

22  A.  Yes.

23  Q.  Can you please circle or put a line next to your name.

24  A.  (Witness complies.)

25  Q.  Could you please read where it says "Date."  Can you tell

 1  us what the year is.

 2  A.  8-21-2009, 11:38 a.m.

 3       MS. MEDETIS:  Permission to publish Government's

 4  Exhibit 31?

 5       THE COURT:  You may.

 6  BY MS. MEDETIS:

 7  Q.  I'm showing you Page 2 of Government's Exhibit 31,

 8  Greatest.

 9       Do you see your name on that list?

10  A.  Yes.

11  Q.  Could you please circle it.

12  A.  (Witness complies.)

13  Q.  Showing you the first page of Government's Exhibit 31,

14  could you read the line that says "Date" and tell us what the

15  year is there.

16  A.  9-4-2010.

17  Q.  Showing you again the first page of Government's

18  Exhibit 30, do you see the name "Jeff" there?

19  A.  Yes.

20  Q.  Could you please underline or circle it.

21  A.  (Witness complies.)

22  Q.  And after Jeff's name, what appears?

23  A.  "11."

24       MS. MEDETIS:  Permission to publish Government's

25  Exhibit 32-D?

```
 1            THE COURT:  You may.

 2   BY MS. MEDETIS:

 3   Q.   Showing you what's been previously admitted as Government's

 4   Exhibit 32-D, if you can't see it on the screen, I'm happy to

 5   hand it over to you.

 6        But do you see your name on this list?

 7   A.   Bring it to me.

 8            MS. MEDETIS:  Permission to approach, Judge?

 9            THE COURT:  You may.

10   BY MS. MEDETIS:

11   Q.   (Tenders document to the witness.)

12   A.   Yes.

13   Q.   Do you see Jeff's name there?

14   A.   Yes.

15   Q.   Where did you see yours and Jeff's name?  Toward the top or

16   the bottom of the exhibit?

17   A.   In the bottom.

18   Q.   I'll go ahead and zoom into the bottom portion.

19        Can you circle where your name is.

20   A.   (Witness complies.)

21   Q.   And I was about to ask you:  Can you go ahead and circle

22   Jeff's name.

23   A.   (Witness complies.)

24   Q.   Greatest, what, if anything, would happen when you refused

25   to do sexual things for the Defendant?
```

G. Xxxxxxx - DIRECT - By Ms. Meditis          102

```
 1   A.  He would wake up in the morning, invent a story and give

 2   you a miserable day.

 3   Q.  Can you tell ladies and gentlemen of the jury what you mean

 4   by "a miserable day," he would give you a miserable day.

 5             MR. HOROWITZ:  Objection.  Relevance.

 6             THE COURT:  Overruled.

 7             THE WITNESS:  That miserable day means that there

 8   would be a reason for him to beat up on you on that day.

 9   Whatever you did or didn't do, he would hit you, punches like

10   somebody boxing you.

11   BY MS. MEDETIS:

12   Q.  Where would he hit you?

13   A.  In your face, in your chest, all over your body.

14   Q.  And other than punching you, what did the Defendant use to

15   hit you?

16             MR. HOROWITZ:  Objection.  Leading.

17             THE COURT:  Sustained.

18             Rephrase your question.

19   BY MS. MEDETIS:

20   Q.  What did the Defendant use to hit you?

21             MR. HOROWITZ:  Same objection.

22             THE COURT:  Sustained.

23             Rephrase your question.

24   BY MS. MEDETIS:

25   Q.  How did the Defendant hit you?
```

 1  A.  He had an iron stick that used to be by the board on the

 2  porch.

 3  Q.  Showing you what's been previously admitted into evidence

 4  as Government's Exhibit 32-X.

 5          MS. MEDETIS:  Permission to publish?

 6          THE COURT:  You may.

 7  BY MS. MEDETIS:

 8  Q.  Greatest, do you recognize that?

 9  A.  Yes.

10  Q.  What is that?

11  A.  It has lotion.  It has sandals.  It has like an

12  extension -- electrical extension cord.

13  Q.  How do you recognize the lotion?

14  A.  That's the cream he used for me to masturbate him.

15          MS. MEDETIS:  Your Honor, permission to republish

16  Government's Exhibit 71?

17          THE COURT:  You may.

18  BY MS. MEDETIS:

19  Q.  I'm showing you Government's Exhibit 71, Greatest.

20      Do you recognize that?

21  A.  Yes.

22  Q.  How do you recognize it?

23  A.  Those bottles, he had them.  One was usually at the bedside

24  table for you to masturbate him.  And once it was finished, he

25  replaced it with another one.

1     Sometimes he would give you one so you could use it as body

2  lotion.

3          MS. MEDETIS:  Your Honor, the United States would

4  tender this witness.

5          THE COURT:  Cross-examination.

6          MR. ADELSTEIN:  Yes, ma'am.

7                    CROSS-EXAMINATION

8  BY MR. ADELSTEIN:

9  Q.  You've indicated that you've met the people at the

10 Government table.  Is that correct?

11 A.  Yes.

12 Q.  We have not met, have we?

13 A.  No.

14 Q.  Okay.  How long did you stay at Linda's program?

15 A.  I don't remember how long.  I was very young.

16 Q.  Your father worked at that program, did he not, with Linda?

17 A.  Yes.  He was the president of the program in Haiti.

18 Q.  That program was to take care of children, like Morning

19 Star.  Correct?

20 A.  Yes.

21 Q.  And provide food, clothing and education for children like

22 yourself.  Correct?

23 A.  Yes.

24 Q.  And your father and Linda ran that program.  Correct?

25 A.  Yes.

```
 1   Q.   That program ran out of money and closed.  Correct?

 2             MS. MEDETIS:  Objection.  Relevance.

 3             THE COURT:  Sustained.

 4   BY MR. ADELSTEIN:

 5   Q.   That -- you testified that that program closed in direct

 6   examination.  Correct?

 7   A.   Yes.

 8   Q.   Do you know why that program closed?

 9             MS. MEDETIS:  Objection.  Calls for speculation.

10             MR. ADELSTEIN:  If he knows.

11             MS. MEDETIS:  Objection.  Relevance.

12             THE COURT:  Sustained.

13   BY MR. ADELSTEIN:

14   Q.   Do you know what year that program closed?

15             MS. MEDETIS:  Objection.  Relevance.

16             THE COURT:  Overruled.

17             THE WITNESS:  I don't remember.  I was very young.

18   BY MR. ADELSTEIN:

19   Q.   But right after that program closed, was, I believe, when

20   you testified you started at Morning Star Center?

21             MS. MEDETIS:  Objection.  Mischaracterizes evidence --

22   testimony, rather.

23             THE COURT:  Overruled.

24             THE WITNESS:  No.  I spent some time at home.

25
```

```
 1   BY MR. ADELSTEIN:

 2   Q.   Do you know how much time you spent at home before you

 3   started to go to Morning Star?

 4   A.   No.

 5   Q.   But you eventually, I think, said that you started at

 6   Morning Star at -- in 2008.

 7        Did I hear you correctly?

 8   A.   Yes.  I started as a weekend visitor and then I moved in.

 9   Q.   And that was in 2008?

10   A.   Yes.  At the end.

11   Q.   At the end of 2008.  Okay.

12   A.   Yes.

13   Q.   Was that after your dad's program closed at the other

14   orphanage?

15        MS. MEDETIS:  Objection.  Mischaracterizes evidence as

16   the dad's program.  Objection.  Asked and answered.

17        THE COURT:  Sustained.  Asked and answered.

18   BY MR. ADELSTEIN:

19   Q.   The Morning Star Center was better than the other program

20   you were in.  Correct?

21   A.   No.

22   Q.   Now, you stayed at the Morning Star Center for, what, about

23   three years before it was closed?

24   A.   You can estimate it.

25   Q.   And during that period of time, your father worked for Bill
```

1   at a clinic?

2   A.   Yes.  For a time.

3   Q.   During the time that your father worked at Bill's clinic,

4   did you ever tell him that there were -- was improper activity

5   going on at the Morning Star Center?

6   A.   No.

7   Q.   Now, the center was closed, was it not, by federal agents

8   on May 8th, 2011?  Correct?

9   A.   I do not remember the month, but I remember the year.

10  2011.

11  Q.   Okay.

12  A.   Federal agents along with Social Services, Bien-Etre

13  Social.

14  Q.   Federal agents from the United States Government and agents

15  from the Haitian police came in 2011.  Correct?

16  A.   Yes.

17  Q.   And you were shown Exhibit 32-A.

18       And that is when the agents from the Haitian Government and

19  the United States Government came to Morning Star.  Correct?

20          MS. MEDETIS:  Objection.  Calls for speculation.

21          MR. ADELSTEIN:  There's been testimony to that

22  already.

23          MS. MEDETIS:  There has not been.

24          THE COURT:  Sustained.

25          Rephrase your question.

 1   BY MR. ADELSTEIN:

 2   Q.   You were shown this photograph by the Government, correct,

 3   when they questioned you?  Do you remember that?

 4   A.   Yes.

 5   Q.   Do you know what that is a photograph of?

 6   A.   Yes.  I know what it is.

 7   Q.   What is it?

 8   A.   Front house where Bill had his program.

 9   Q.   And to the left where I'm pointing, was that gentleman who

10   was in uniform at the program daily?

11   A.   This gentleman?

12   Q.   This gentleman I'm pointing to that has a badge --

13   A.   I don't see his face.  I can't see his face.  There's a

14   police officer.  There's somebody standing next to him.

15          MR. ADELSTEIN:  May I approach the witness for a

16   second?

17          THE COURT:  Yes.

18   BY MR. ADELSTEIN:

19   Q.   I'll show you this.

20        Is that person a police officer?

21   A.   Yes.  He's a police officer.

22   Q.   Okay.  And the young man who's at the gate:  Do you know

23   who that is?

24   A.   Yes.

25   Q.   Who?

1          THE INTERPRETER:  Counsel, could you please allow the

2    interpreter to complete.

3          MR. ADELSTEIN:  Oh, I'm sorry.

4          THE INTERPRETER:  Thank you.

5          THE WITNESS:  This is Tiga.

6          MR. ADELSTEIN:  Can we approach?

7          THE COURT:  Come on up, please.

8          (Whereupon, the following proceedings were had at

9    side-bar outside the presence of the jury:)

10          MR. ADELSTEIN:  I don't know what the problem is with

11    the interpreter that's sitting in the chair, but she just made

12    a face, just made a noise.

13          And this has been going on for a while.  So I'd ask

14    your Honor to instruct her to please stop this nonsense going

15    on.

16          I know she may not like the testimony and she may not

17    like me, but I have a job to do, and I resent the fact that

18    she's sitting right across from the jury --

19          THE COURT:  Which one are you talking about?

20          MR. ADELSTEIN:  The one who's not interpreting at this

21    moment, the same one that you admonished not to use expressions

22    and voices.  This has been going on for a while, but this is

23    now clearly obvious.

24          THE COURT:  I don't think it's anything directed at

25    you.  I think she has difficulty generally.  She's been

 1    difficult with me as well, as you can recall.

 2              MR. ADELSTEIN:  Yes.

 3              THE COURT:  Yesterday, when I asked the interpreter to

 4    assist Mr. Horowitz, she challenged me and said it's not

 5    ethical.  I don't think it's anything directed at the defense.

 6              I will --

 7              MR. ADELSTEIN:  Can we take a two-minute break and

 8    possibly admonish her again?  Because this is not right.

 9              THE COURT:  Do you want to say anything?

10              MS. MEDETIS:  Your Honor, I don't -- I didn't see what

11    just happened.

12              THE COURT:  I didn't see it either.

13              MS. MEDETIS:  So I can't speak to that.  If defense

14    counsel feels the need for this, we don't object to it.

15              I don't know that this interpreter has acted

16    unprofessionally in the presence of the jury.  I note that

17    there has been some difficulty with your Honor -- challenging

18    your Honor.  But the Government doesn't object to an

19    instruction.

20              THE COURT:  Let's do this:  Let's continue, and I'm

21    going to carefully watch and see if anything else occurs.

22    Okay?

23              MR. ADELSTEIN:  Yes, ma'am.

24              THE COURT:  Because I didn't see it.

25              (Whereupon, the following proceedings were had in open

 1  court:)

 2          MR. ADELSTEIN:  May I approach the witness?

 3          THE COURT:  Yes.

 4          MR. ADELSTEIN:  Thank you.

 5  BY MR. ADELSTEIN:

 6  Q.  Thank you very much.

 7      Do you know who that young man is peering through the gate

 8  in Exhibit 32-A, looking through the gate?

 9  A.  Yes.  Yes.

10  Q.  Who is it?

11  A.  Tiga.

12  Q.  Do you know when that photograph was taken?

13  A.  Yes.

14  Q.  When?

15  A.  The day they came to pick us up.

16  Q.  Do you know the -- do you remember the exact date?

17  A.  The date they came to pick us up?

18  Q.  Yes.

19  A.  No.

20  Q.  Do you know that was the same day that Bill was arrested in

21  the United States?

22          MS. MEDETIS:  Objection.  Calls for speculation.

23          THE COURT:  Sustained.

24  BY MR. ADELSTEIN:

25  Q.  Do you know from your own personal knowledge if this was

```
 1   the same day that Bill Carter was arrested?

 2   A.   No.

 3   Q.   When they picked you up, who are you referring to?

 4   A.   Social Services, Bien-Etre Social, and, also -- the federal

 5   agents were there, also.

 6   Q.   They immediately when they came in had you step outside the

 7   house.  Correct?

 8   A.   Yes.

 9   Q.   And you sat on the -- in the front yard while the agents

10   came into the house.  Correct?

11   A.   Yes.  On the table, in the yard.

12   Q.   Did you see them carrying out any items, "they" referring

13   to the federal agents or the Haitian police officers?

14   A.   Yes.

15   Q.   Now, you were never allowed back into the house, were you?

16   A.   Yes.

17   Q.   To get a few of your clothes.  Correct?

18   A.   Yes.

19   Q.   And then they took you to another location, another

20   program.  Correct?

21   A.   Yes.

22   Q.   Okay.  Now, while you were at Morning Star, your parents

23   visited the program on a regular basis.  Correct?

24   A.   Yes.

25   Q.   They came to see you.  Correct?
```

1   A.   Yes.

2   Q.   They spoke to Bill.  Correct?

3   A.   Yes.  They were good friends.

4   Q.   Okay.  And during the years that you were at the program,

5   how many times did your parents come and visit you?

6   A.   I did not count.

7   Q.   It was several times.  Correct?

8   A.   Often.

9   Q.   Okay.  No one prevented your parents from coming to the

10  program.  Correct?

11  A.   No.

12  Q.   And, in fact, on the weekends, if you wanted, you could go

13  visit your family where they were living.  Correct?

14  A.   No.  There is a difference because I was one of his cooks.

15  I could not leave the house whenever I wanted to.

16  Q.   But you saw the other young men leave the program on the

17  weekends, correct, if they wanted to?

18          MS. MEDETIS:  Objection.  Compound.  Objection.  Calls

19  for speculation.

20          THE COURT:  Sustained.

21          Rephrase your question.

22          MR. ADELSTEIN:  Yes, ma'am.

23  BY MR. ADELSTEIN:

24  Q.   Did you see the other -- any of the other young men leave

25  the program on the weekend?

 1   A.   Yes.

 2   Q.   Did you see other parents come and visit their children on

 3   the weekend, like your mom and dad did?

 4   A.   Yes.

 5   Q.   No one prevented, to your knowledge, that from occurring on

 6   the weekend.  Correct?

 7   A.   No.

 8   Q.   Now, on the weekends, you received an allowance.  Correct?

 9   A.   On the weekends?

10   Q.   Yeah.

11   A.   No.

12   Q.   On Saturday or Sunday, didn't Bill give you some money to

13   do with whatever you wanted to do?

14          MS. MEDETIS:  Objection.  Asked and answered.

15          THE COURT:  Overruled.

16          THE WITNESS:  No.

17   BY MR. ADELSTEIN:

18   Q.   He never did that?

19          MS. MEDETIS:  Objection.  Asked and answered.

20   Objection.  Argumentative.

21          THE COURT:  Sustained.

22   BY MR. ADELSTEIN:

23   Q.   Did you see Bill give an allowance to any of the other

24   young men on the weekend as an allowance?

25   A.   No.  Why would he do it?

1   Q.   I'm just asking you if you saw that.  Okay?

2       Now, did I hear you correctly -- well, let me strike that

3   and back up.

4       You've described some alleged sexual activity that occurred

5   at the Morning Star Center just a few moments ago to this jury.

6       Remember that?

7   A.   Yes.

8   Q.   And did I hear you correctly that the first time you told

9   the Government about any sexual activity that you were involved

10  in was two days ago?

11  A.   I had explained to them what happened at the house.  That's

12  the reason why I'm here, my -- the sexual abuse as they pertain

13  to me.

14      I did not mention them at first, like how he used to make

15  me masturbate him.  I knew that my day would come so I could

16  face him and tell him to the face.  He used to do it.

17  Q.   My question to you was:  You just told this jury just a few

18  moments ago that the first time you told the Government about

19  any sexual activity that allegedly occurred between you and

20  Bill was two days ago.

21      Remember that?

22  A.   Yes.  The first time I masturbated him, when I gave them my

23  information, what happened to me.  That's what I meant.

24  Q.   Okay.  And you said that and told the Government that just

25  two days ago?

 1          MS. MEDETIS:  Objection.  Asked and answered.

 2   Objection.  Argumentative.

 3          THE COURT:  Sustained.

 4   BY MR. ADELSTEIN:

 5   Q.  You also testified that you had met with the Government

 6   several other times.  Correct?

 7   A.  Yes.

 8   Q.  And, in fact, you met with government agents a few days

 9   after they moved you out of Morning Star.  Correct?

10   A.  Yes.

11   Q.  You, in fact, told the government agents that Bill never

12   touched you sexually.  Correct?

13   A.  Yes.

14   Q.  You, in fact, told the government agents that not only did

15   he not touch you sexually -- and I'm talking about the first

16   time you met them -- that you saw nothing improper going on at

17   the program.  Correct?

18          MS. KANE:  Objection.  Calls for hearsay.

19          THE COURT:  Sustained.

20          MR. ADELSTEIN:  Judge, can we approach on that issue?

21          THE COURT:  Come on up.

22          (Whereupon, the following proceedings were had at

23   side-bar outside the presence of the jury:)

24          MR. ADELSTEIN:  Judge, I think the door has been

25   opened by the Government on the direct examination when they

 1   asked this witness, number one:  Did you meet with us several

 2   times?  And he said "yes."

 3            He also received --

 4            THE COURT:  You said yes?

 5            MR. ADELSTEIN:  He said "yes."  The witness said

 6   "yes."

 7            THE COURT:  That he met with the Government?

 8            MR. ADELSTEIN:  Yes.  Several times.

 9            And they also asked him:  When is the first time you

10   asked -- you told us about him masturbating you or him

11   masturbating Bill?

12            And he said:  Two days ago.

13            I think the door is open to all the other meetings

14   that he had with the agents where he denied anything improper

15   going on, where he denied seeing anything improper going on, in

16   all of these meetings.  They met on 5-22, 11-30, 5-30-12.  On

17   9-26 there was a meeting.  And on 12-12 there was a meeting.

18            I think these are prior inconsistent statements with

19   what he's testified to.  I think not only that, but they opened

20   the door wide open.

21            MR. HOROWITZ:  Judge, before we hear the Government's

22   response, the court security officer came up to me and says two

23   jurors need to use the bathroom.

24            THE COURT:  Okay.  Let me -- we'll take a break.  I'm

25   going to have to break around 4:00.  I have a calendar call.  I

 1    have a calendar call at 4:00.  I was trying to get to there.

 2    But obviously we can't.

 3              (Whereupon, the following proceedings were had in open

 4    court:)

 5              THE COURT:  This is going to take a few minutes.  I'm

 6    going to give you a recess.

 7              Do not discuss this case either amongst yourselves or

 8    with anyone else.  Have no contact whatsoever with anyone

 9    associated with the trial.

10              Do not read, listen or see anything touching on this

11    matter in any way, including anything on the Internet, anything

12    in the media or anything on any access device.

13              If anyone should try to talk to you about this case,

14    you should immediately instruct them to stop and report it to

15    my staff.

16              You may leave your notebooks at your chairs.  Please

17    be back in the jury room in 15 minutes.

18              (Whereupon, the jury exited the courtroom at 3:35 p.m.

19    and the following proceedings were had:)

20              THE COURT:  You may be seated.

21              Sir, you are not to discuss your testimony with anyone

22    or permit anyone to discuss it with you.

23              Please be back in 15 minutes.

24              (Thereupon, the witness retired from the courtroom

25    and the following proceedings were had:)

```
 1              THE COURT:  You ladies are excused for 15 minutes.

 2              THE INTERPRETER:  Thank you, your Honor.

 3              THE COURT:  Let me hear the Government's response,

 4   please.

 5              MS. MEDETIS:  Certainly, Judge.

 6         I don't believe the door has been opened to any prior

 7   inconsistent statements in that the Government has elicited the

 8   inconsistency.

 9              Furthermore, I would note I'm not entirely sure what

10   the defense counsel is referring to regarding the witness's

11   alleged denials.

12              I'm referring -- I am referring to a transcript of the

13   interview of Greatest on -- I believe it was May 22nd, 2011 --

14   where he said -- and I believe it was clear from the testimony,

15   that, originally, the witness had told us that the Defendant

16   tried to do sexual things with him, but never -- he never

17   participated with the Defendant and it was only a few days ago

18   that he finally disclosed that, yes, in fact, he had done

19   sexual things with the Defendant.

20              But on May 22nd, which may be the instance that

21   defense counsel's referring to, he said, "This guy never did

22   anything to me" -- "he," being Greatest, said, "This guy never

23   did anything to me because he never did anything to me.  It's

24   not that he didn't want to put.  It's who doesn't want to.  So

25   sometimes -- yeah.  Sometimes he beats me, sends me home,
```

 1    things like that.  This guy had given me a bicycle.  When I

 2    came to tell" -- and it goes on to talk about the bicycle tire

 3    incident that he just testified to -- "When this guy -- when I

 4    went and came to tell this guy thank you, this guy told me how

 5    am I going to pay him for it.  He had given" -- I'm sorry --

 6    "When he told me that, I turned around and left.  And that

 7    evening, when I went to tell this guy goodnight, this guy told

 8    me that I have to come to him when he goes to sleep.  I went to

 9    my bed.  I did not go.  Now the next morning, when I went up --

10    when I went to tell this guy good morning, this guy pushed me.

11    This guy told me that he sees I don't play with him, so he

12    won't play with me in the house."

              And what I'm reading is an English translation of what

14    the witness -- the victim told the law enforcement interviewers

15    in Haitian Creole.

              I would also note that -- reference to that same

17    interview of May 22nd, 2011.  The witness, Greatest, did tell

18    the law enforcement agents during that first interview

19    regarding the lost $5 -- Greatest had said that the Defendant

20    made all the boys line up naked on the porch and raised their

21    balls and spread their cheeks.

              Pardon me for the language.

              Then Greatest told law enforcement agents that he sent

24    David home because David refused to undress and spread his

25    cheeks.

1          So it's unclear what inconsistencies defense counsel

2     is referring to that would be impeachable at this point.

3          THE COURT:  Well, Mr. Adelstein had referenced:  The

4     first time you met them -- meaning the Government -- that you

5     saw nothing improper going on at the program.  That's what the

6     question was.

7          MS. MEDETIS:  May 22nd --

8          MR. ADELSTEIN:  May I read a sentence that I'm

9     referring to in the May 22nd, 2011, report?

10          THE COURT:  Yes.

11          MR. ADELSTEIN:  Number one:  He says that Bill asked

12     him to touch him but, G always refused.  G said he thought Bill

13     would make him leave because G wouldn't touch him or do things

14     that Bill told him to do.

15          Number two:  G said -- G meaning Greatest Xxxxxxx --

16     said no one at Bill's ever touched G in a way that made him

17     uncomfortable.

18          He further stated that:  Things happened at night; so,

19     he didn't see anything.

20          He goes on to say in that same interview that:  G

21     stated that he didn't know what any cream or lotion in the

22     bedroom was for.  He had never seen Bill rub anything on any of

23     the boys.

24          He went on to say in that interview that Bill's

25     program is the only one that works.

 1          On November --

 2          MS. MEDETIS:  Your Honor, if I may, since

 3  Mr. Adelstein interrupted me, regarding the May 22nd, 2011,

 4  ROI, that's an ROI -- I mean, an MOI, which is a memo of

 5  investigation.

 6          The witness can't be impeached on a law enforcement

 7  officer's report.  So those statements that were just

 8  summarized by Mr. Adelstein come from a law enforcement

 9  officer's report.

10          MR. ADELSTEIN:  I'm not impeaching him on the report.

11  I'm impeaching him on -- and he admits -- on what he has said.

12          MS. MEDETIS:  That's hearsay.

13          MR. ADELSTEIN:  And he said, basically, that up until

14  two days ago, he never told the Government anything about

15  masturbation.

16          Now, it's interesting that two days ago he changed his

17  story and the Government never informed us of this.  I think

18  that's *Brady* material and they had an obligation to tell us

19  that, in all these meetings, now, two days before he's to

20  testify, that he's now changing his story.

21          MS. MEDETIS:  That's inaccurate as to what happened,

22  your Honor.

23          He did not change his story.  The information that was

24  supplemental that was provided was not exculpatory.  That is

25  not a *Brady* matter.  It is, in fact, inculpatory.

1          And there have been throughout this period of time of

2    this investigation that has lasted over two years where victims

3    have come forward after the first or second meeting and the

4    Defendant knows about that.  And that is a normal thing for

5    sexual abuse victims, to not disclose during the first meeting.

6          In any event, I would disagree with defense counsel's

7    characterization of this as a *Brady* violation, first.

8          And, second, I would disagree with Mr. Adelstein's

9    characterization of a law enforcement officer's report as being

10   the witness's statements.

11         In any event, your Honor, there is an audio recording

12   and a transcript of the interview that's being referenced in

13   this law enforcement report that was produced numerous months

14   ago to defense counsel.

15         I suspect that, if they sought to impeach this

16   witness, it would be permissible to do so with the witness's

17   own statements, but not through reference to a law enforcement

18   officer's report.

19         MR. ADELSTEIN:  I didn't refer to any law enforcement

20   officer's report.

21         And might I also add that, in his second interview on

22   November 30th, 2011, again, Greatest Xxxxxxx said that he never

23   saw Carter do anything, but he knows that Carter did bad things

24   to some of the boys at night.  But he personally never saw any

25   of this.

 1          MS. MEDETIS:  Again, those are based on law

 2   enforcement reports that Mr. Adelstein is reading from and not

 3   from any sworn statements taken under oath or any recorded

 4   statements.

 5          We don't -- again, the Government doesn't dispute that

 6   the disclosures of actual sexual abuse as opposed to attempted

 7   sexual abuse -- the witness did disclose that the Defendant

 8   attempted to and asked him to masturbate.

 9          But the fact of Greatest actually committing the

10   masturbation, that part alone, the actual committing of the

11   masturbation by Greatest on the Defendant's penis, was,

12   correctly noted, not disclosed to us until a few days ago --

13   two days ago, as the witness said.

14          MR. ADELSTEIN:  I think I'm entitled to impeach him on

15   any kind of prior statement.  I am not telling this jury that

16   it's coming from a report.

17          I'm asking him:  Didn't you tell the agent A, B, C and

18   D?

19          And miraculously he --

20          THE COURT:  But what you've indicated is, at that

21   first meeting, he said it happened at night; so, he didn't he

22   didn't see anything.

23          The question that you asked him was that you saw

24   nothing improper going on at the program.

25          That's a different statement.

 1          MR. ADELSTEIN:  Well, he said --

 2          THE COURT:  Nothing improper is different from it

 3   happened at night; so, he didn't see anything.

 4          So, if nothing else, you've got to rephrase that

 5   question, Mr. Adelstein.

 6          MR. ADELSTEIN:  Yes, ma'am.

 7          THE COURT:  What is it that you want to make inquiry

 8   of now, Mr. Adelstein?

 9          MR. ADELSTEIN:  I want to inquire, since they made

10   reference to meeting with -- that he met with the Government on

11   several occasions, the fact that he denied on each one of these

12   occasions, A, being sexually abused; B, that he didn't see

13   anything occur at night with any young men; C, he didn't know

14   anything about any cream or lotion that was in the bedroom;

15   that he never saw Bill rub any lotion or anything on any of the

16   boys; that --

17          THE COURT:  I don't think he's testified that he saw

18   that, that he saw any boy with lotion with the Defendant.  I

19   think the testimony -- as I recall it, the testimony was

20   different as to what he saw with -- concerning the Defendant

21   and another boy.

22          Is that correct?

23          MS. MEDETIS:  Your Honor, the witness testified that

24   he saw the Defendant perform oral sex on another boy.  And as

25   far as the lotion is concerned, the witness's only testimony

1    was that he, the witness, used the lotion -- or the Defendant

2    had him use the lotion to masturbate the Defendant.

3         There is no testimony -- the Court is correct -- as to

4    the witness seeing other boys use the lotion or the Defendant

5    using the lotion on other boys.

6         The Government doesn't object to the line of inquiry

7    that defense counsel seeks to make.  The Government would only

8    object to the form of the question as characterizing it as

9    hearsay:  On such-and-such date, didn't you tell law

10   enforcement X, Y or Z?

11        The Government would also object to the theatrical use

12   of the law enforcement reports, as Mr. Adelstein reads from

13   them and waves them around to the jury.  We think that's

14   inappropriate.

15        It gives the impression that he's reading from some

16   sort of official document.  It gives the impression to the jury

17   that the defense counsel is actually reading the witness's

18   actual statements when that is not, in fact, the case.

19        The Government also objects to, since we're on the

20   topic of professional behavior, each time the Government

21   objects, Mr. Adelstein turning around and glaring at the

22   Government.

23        MR. ADELSTEIN:  Well, Judge, if you want to go that

24   far -- and I don't want to be nitpicking -- every time she asks

25   about masturbation or any other sexual act, she turns around

 1    and glares at my client, walks over to this side of the table,

 2    stares at him and then walks back.

 3         I didn't bring it up because, quite honestly, I don't

 4    need to be that nitpicky.  But if you want to be nitpicky,

 5    let's go for it.  And I don't want to get that way.

 6         THE COURT:  Apparently.

 7         MR. ADELSTEIN:  Well --

 8         THE COURT:  All right.

 9         MR. ADELSTEIN:  -- if you throw a rock at me, I'm

10    going to throw it back.

11         THE COURT:  The truth of the matter is it does not go

12    back and forth for objections.  The rule in my courtroom is to

13    stand up, make your objection, cite the rule or a short

14    statement of the reason, no speaking objections.

15         Both sides are violating that.

16         So at this point I am going to instruct and order that

17    both sides and all the lawyers comply with what the rule is in

18    my courtroom.

19         MR. ADELSTEIN:  Yes, ma'am.

20         THE COURT:  And let's -- this is now our third week.

21    Let's stay calm.  Okay?

22         MS. MEDETIS:  Understood, your Honor.

23         THE COURT:  Let's refrain from getting into a

24    back-and-forth in front of the jury.

25         Quite frankly, I don't think it serves the Government

1    or the Defendant very well in terms of how you treat each other

2    in front of the jury.  I don't think it -- it either helps the

3    Government or the Defendant to participate in that.

4            So I would suggest that both sides just take a deep

5    breath and let's go forward.

6            Now, Mr. Adelstein, you are certainly entitled to

7    cross-examine this witness on the fact that it's only two days

8    ago that he informed the Government that he participated in --

9    he allegedly participated in sexual acts that he was forced to

10   do on the Defendant.  You can certainly go into that area.

11           As far as statements that he made previously, you can

12   question him as far as what happened.  But these are not sworn

13   statements.  These are reports.  This issue has come up before

14   as far as an inconsistent statement.  And they are not made

15   under oath.

16           While you can confront him with the subject area, it

17   is not proper to bring up:  Didn't you say to so-and-so that X

18   happened?  Because that is a hearsay statement coming in for

19   the truth of the matter asserted.  It's an out-of-court

20   statement coming in for the truth of the matter asserted.

21           But you can certainly cross-examine him and impeach

22   him on the subject areas of what he said or he did not say.

23   But I caution you that you're going to have to characterize it

24   appropriately.

25           So to say -- to cross-examine him and impeach him on

1   the fact that he never saw anything improper is somewhat

2   different from saying it happened at night; so, he didn't see

3   anything.  You've got to be careful as to how you frame this.

4          MR. ADELSTEIN:  Yes, ma'am.

5          THE COURT:  Okay?

6          MR. ADELSTEIN:  Yes, ma'am.

7          May I take a break -- a two-minute break?

8          THE COURT:  Yes.

9           (Thereupon a recess was taken, after which the

10  following proceedings were had:)

11         THE COURT:  United States of America versus Matthew

12  Andrew Carter, Case No. 11-20350.

13         Counsel, state your appearances, please, for the

14  record.

15         MS. MEDETIS:  Yes.  Good afternoon, your Honor.

16         Maria Medetis and Bonnie Kane on behalf of the United

17  States.

18         MR. HOROWITZ:  Good afternoon, your Honor.

19         Phil Horowitz, Stuart Adelstein on behalf of Matthew

20  Carter, who's present before the Court, along with our

21  investigator, Reginald Hope.

22         THE COURT:  Let's go forward and bring in the jury.

23         Oh, Juror No. 4 informed Patricia he has to be at a

24  class in North Dade and needs to leave by 5:00.  So we'll be

25  recessing at 5:00 today.

 1              Let's bring in the jurors and the witness, please.

 2              (Whereupon, the jury entered the courtroom at

 3    4:29 p.m. and the following proceedings were had:)

 4              THE COURT:  You may be seated.

 5              I apologize, ladies and gentlemen.  I needed to take

 6    up another matter on my docket.

 7              You are still under oath, sir.

 8              You may proceed, Mr. Adelstein.

 9              MR. ADELSTEIN:  Thank you, your Honor.

10    BY MR. ADELSTEIN:

11    Q.  Let me back up for a second, if I could.

12        Two days ago was the very first time you told the

13    Government that you engaged in sexual activity with Bill.

14    Correct?

15    A.  Yes.

16    Q.  That would be Monday of this -- two days ago would be

17    Monday of this week.  Am I correct?

18    A.  Yes.

19    Q.  Monday of this week is the very first time you ever, ever

20    told anybody that you participated in sexual activity with

21    Mr. Bill.  Right?

22    A.  Yes.

23    Q.  You were asked that question in your various meetings with

24    the Government.  Correct?

25    A.  Yes.

 1    Q.   In fact, you were asked that question days after the

 2    Morning Star Center was closed back in 2011.  Correct?

 3    A.   Yes.

 4    Q.   You, in fact, denied being involved in any sexual activity

 5    with Mr. Bill when you were first interviewed.  Correct?

 6    A.   Yes.

 7    Q.   You, in fact, denied at that first time being questioned

 8    seeing anyone at the center involved in any improper sexual

 9    activity with Bill.  Correct?

10    A.   No.

11    Q.   You, in fact, said that you saw no improper activity at

12    night because you were asleep.  Correct?

13    A.   No.  That's not what I said.

14    Q.   On your very first contact with the government agents, you,

15    in fact, said you saw nothing and participated in nothing.

16    Correct?

17          MS. MEDETIS:  Objection.  Compound.  Objection.

18    Hearsay.

19          THE COURT:  Rephrase your question.

20          MR. ADELSTEIN:  Yes, ma'am.

21          THE COURT:  Rephrase your question.

22    BY MR. ADELSTEIN:

23    Q.   In your very first meeting with the Government days after

24    the Morning Star Center was closed, you, in fact, told

25    government agents that you saw nothing improper going on at

 1   Morning Star.  Correct?

 2          MS. MEDETIS:  Objection, your Honor, based on a prior

 3   ruling.

 4          THE COURT:  Sustained.

 5          Rephrase your question.

 6   BY MR. ADELSTEIN:

 7   Q.  You did not tell the agents or any representative of the

 8   Federal Government at your first meeting that anything improper

 9   occurred at Morning Star.  Correct?

10          MS. MEDETIS:  Objection, again, on the same grounds.

11          THE COURT:  Sustained.

12          Rephrase your question.

13   BY MR. ADELSTEIN:

14   Q.  Let's go to the second meeting you had with the Government.

15          Do you remember that?

16   A.  Yes.

17   Q.  That was approximately November 30th, 2011.  Correct?

18   A.  You have the date.  However, I do not remember it.

19   Q.  That was a few months after your first meeting.  Right?

20   A.  Yes.

21   Q.  You, in fact, denied again participating in any sexual

22   activity with Mr. Bill.  Correct?

23          MS. MEDETIS:  Objection, based on a prior ruling.

24          THE COURT:  Overruled.

25

```
 1   BY MR. ADELSTEIN:

 2   Q.   Correct?

 3   A.   Yes.

 4   Q.   Let's go to your third meeting with the Government last

 5   year.

 6        Do you remember that?

 7   A.   Yes.  I remember.

 8   Q.   That was in September, to be exact, September 26th, 2012.

 9        You met with the Government; did you not?

10   A.   I remember meeting them several times.  But as to specific

11   dates, I do not remember them.  Maybe you have them.

12   Q.   Okay.  Do you recall meeting with the Government with a

13   whole group of individuals that were from Morning Star?

14   A.   Yes.

15   Q.   Some of those people at Morning Star were Schlender Xxx.

16   Correct?

17   A.   Yes.

18   Q.   Donald Xxxxx.  Correct?

19   A.   I don't remember him being there.

20   Q.   Widson Xxxx present at that meeting.  Correct?

21   A.   Yes.

22   Q.   Jorel Xxxxxxx.  Correct?

23   A.   Yes.

24   Q.   And there were a lot of other individuals.  Correct?

25   A.   Yes.
```

1    Q.   Okay.  And you again denied when asked -- you denied

2    participating in any sexual activity with Bill at that meeting.

3    Correct?

4    A.   They would not ask us the same question at each meeting.

5    Q.   I -- okay.

6         But you were asked, were you not, questions about what

7    occurred at Morning Star?  Right?

8              MS. MEDETIS:  Objection.  Hearsay.

9              THE COURT:  Overruled.

10   BY MR. ADELSTEIN:

11   Q.   Correct?

12   A.   Yes.

13   Q.   And again you denied engaging in any improper sexual

14   activity with Mr. Bill.  Right?

15             MS. MEDETIS:  Objection.  Calls for hearsay.

16   Objection.  Basis.

17             THE COURT:  Overruled.

18   BY MR. ADELSTEIN:

19   Q.   Correct?

20   A.   You keep asking me the same question over and over again,

21   and I'm telling you they did not ask me the same question when

22   we met.

23   Q.   Do you remember a meeting at what has been described as the

24   old sugarcane factory?  Do you remember that meeting?

25   A.   Yes.

G. Xxxxxxx - CROSS - By Mr. Adelstein          135

```
 1   Q.   That was with, was it not, a bigger group of people from
 2   Morning Star?  Correct?
 3   A.   Yes.
 4   Q.   Some of the people that were there were Schlender Xxx.
 5   Correct?
 6   A.   Yes.
 7   Q.   Jimmy Xxxxx again.  Correct?
 8   A.   Yes.
 9   Q.   Carlos Xxxxxxxx.  Correct?
10   A.   Yes.
11   Q.   Widson Xxxx.  Correct?
12   A.   Yes.
13   Q.   Jorel Xxxxxxx.  Correct?
14   A.   Yes.
15   Q.   His brother, Josh Xxxxxxx, I think it is, or --
16   A.   Josue.  Josue.
17   Q.   Pardon me.
18        Josue Xxxxxxx.  Correct?
19   A.   Yes.
20   Q.   And several other individuals from Morning Star.  Correct?
21   A.   Yes.
22   Q.   That meeting occurred in December of last year.  Right?
23   A.   Yeah.
24   Q.   You were again asked questions about what occurred at
25   Morning Star.  Correct?
```

1          MS. MEDETIS:  Objection, your Honor.  Good-faith basis

2    for that inquiry.

3          THE COURT:  Sustained.

4          Rephrase your question.

5    BY MR. ADELSTEIN:

6    Q.   Were you asked any questions about what occurred in Morning

7    Star?

8    A.   No.  They discussed the trip.

9    Q.   Okay.  And then you flew into the United States with some

10   other residents of Morning Star when?  January 11th?

11   A.   January 11.

12   Q.   Okay.  And you flew in with other residents, did you not,

13   former residents, of Morning Star?  Correct?

14   A.   Yes.

15   Q.   And you then, were you not, were interviewed again by the

16   Government?

17   A.   Yes.

18   Q.   And you again, did you not, denied being involved in any

19   sexual activity?

20          MS. MEDETIS:  Objection.  Hearsay.  Objection.

21   Good-faith basis for inquiry.

22          THE COURT:  Come on up.

23          (Whereupon, the following proceedings were had at

24   side-bar outside the presence of the jury:)

25          THE COURT:  What's the good-faith basis?

1          MR. ADELSTEIN:  I assume that they met several times

2     with this witness before just -- before Monday, when he

3     revealed it.

4          I'll rephrase my question.  I'll ask him, Did he meet

5     before Monday with the Government.

6          MS. MEDETIS:  Your Honor, that's not the issue the

7     Government has.  The inquiry as to the number of meetings is

8     not the issue.

9          The issue is:  What is the good-faith basis for

10     suggesting that this witness denied any sexual abuse?

11          MR. ADELSTEIN:  Because he said on direct examination

12     the first time he told the Government of any sexual abuse

13     between he and Mr. Bill was this Monday.

14          MS. MEDETIS:  That doesn't suggest a denial or that he

15     was again asked -- it doesn't suggest a continual denial of any

16     sexual abuse, because that would suggest that the Government

17     was continually asking him if he had been sexually abused.

18          And there's no good-faith basis for that because,

19     frankly, that did not occur.

20          MR. ADELSTEIN:  Judge, I don't know why they would

21     bring a witness who has denied participating in any sexual

22     abuse with my client here on January 11th when he has said on

23     direct examination that he did not, did not, participate in any

24     sexual abuse with Bill and only admitted it this Monday.

25          If the Government is telling me that they have not

1    interviewed him from January 11th to this Monday, I'll get off

2    the question.  But I find it very hard that they did not, as a

3    trial lawyer.

4            THE COURT:  Well, do you have any reports that

5    indicate that he was interviewed from January 11th?

6            MS. MEDETIS:  I don't have any reports that he was

7    interviewed two days ago.

8            Your Honor, first, let me address the inquiry as to

9    why the Government would bring a witness who did not disclose

10   actual sexual contact with the Defendant.

11           First, the Government need not prove actual sexual

12   conduct occurring in this case.  The burden of proof is to show

13   the Defendant's intent to engage in illicit sexual conduct or

14   sexual acts with minors, the intent at the time of travel.

15           Accordingly, your Honor, we sought to prove that not

16   only with actual sexual acts, but also with the Defendant's

17   attempts to engage in sexual acts.  For example, the Defendant

18   asked on numerous occasions this victim and other victims to

19   engage in illicit sexual conduct, and that is indicia of his

20   intent.

21           With respect to law enforcement reports, certainly

22   this -- there are no law enforcement reports as to any trial

23   preparation that took place with respect to this witness.

24           Again, the witness in trial preparation was not asked

25   about whether he was sexually abused.  He simply disclosed

  1    that, because our understanding was that the Defendant asked

  2    him to engage in masturbation in exchange for items and that

  3    this witness had said "no."  That was our understanding and

  4    that was what was disclosed throughout the discovery period for

  5    this witness.

  6          It was not until an impromptu statement was made by

  7    this witness to law enforcement in the presence of law

  8    enforcement and prosecutors and translators that he disclosed

  9    sexual abuse with actual sexual contact with the Defendant.

 10          THE COURT:  So what was your question?  I've forgotten

 11    now, Mr. Adelstein.

 12          MR. ADELSTEIN:  I don't even know anymore.

 13          MS. MEDETIS:  Your Honor, the question --

 14          THE COURT:  Can you read it back?

 15          MR. ADELSTEIN:  I'll rephrase it.

 16          THE COURT:  What are you going to ask?

 17          MR. ADELSTEIN:  I'm going to ask him:  Prior to

 18    Monday, did you have any other meetings with the Government?

 19          MS. MEDETIS:  Your Honor, it was asked and answered.

 20          I would also note what he's asking about are group

 21    meetings, and at no time did we in group meetings ever ask this

 22    witness about any of the conduct regarding the Morning Star

 23    Center.  And that's the objection.

 24          That's the good-faith basis for the -- the basis for

 25    the good-faith objection.  There was no discussions at these

G. Xxxxxxx - CROSS - By Mr. Adelstein          140

1    group meetings with this or any other witness regarding the

2    conduct as to this particular group meeting at the sugarcane

3    factory.

4            And the witness was asked and answered:

5            No.  We didn't talk about the sexual abuse.  We talked

6    about the trip.

7            And then when you met with the Government after

8    January 11th, when you came here, did you tell them?

9            No, I didn't, up until two days ago.

10           Had you at any time told the Government?

11           He's answered all of those questions.  I feel like

12   this area has been exhausted.  But....

13           THE COURT:  What is it that you want to ask him now?

14           MR. ADELSTEIN:  I want to ask him when his next

15   meeting with the Government was when he came into the country.

16           THE COURT:  And after that?

17           MR. ADELSTEIN:  Depending.  I'm going to ask him, Did

18   he discuss -- did he admit having any sexual contact with Bill?

19           MS. MEDETIS:  Your Honor, again, he has answered --

20   this witness has answered on several occasions that the first

21   time he disclosed this was two days ago.

22           And, in fact, I believe one of the answers was:  Sir,

23   you keep asking me the same question and I keep telling you,

24   no, I did not disclose until two days ago.

25           It's not the Government's intent to limit

 1    cross-examination in this area.  That's far from it.  The only

 2    issue the Government has is the good-faith basis for --

 3            THE COURT:  What I will allow you to do,

 4    Mr. Adelstein, is detail with him how many meetings he had

 5    since he arrived in the country -- how many meetings he had

 6    with the Government since he arrived in the country and up

 7    until two days ago he didn't reveal anything.

 8            MR. ADELSTEIN:  Okay.

 9            MS. MEDETIS:  Understood, Judge.

10            (Whereupon, the following proceedings were had in open

11    court:)

12            MR. ADELSTEIN:  May I?

13            THE COURT:  You may.

14    BY MR. ADELSTEIN:

15    Q.  How many meetings did you have with the Government since

16    you arrived in the United States on January 11th, 2013?  I got

17    it right this time, the year.

18    A.  The same meeting we had with them was the first night, when

19    we first got here.  Everyone was there and they explained to us

20    that we have -- we had an upcoming trial.  Then they told us

21    that we would not see them very often because they would be

22    busy with the trial.

23        I personally had an interview with them two days before I

24    came here.  That's when they told me not to be ashamed, not to

25    be embarrassed.  Whatever I had -- whatever information I had,

1   go ahead and share it.  And I disclosed that he used to make me

2   masturbate him.

3       They asked me, "How come you didn't say anything before?"

4       I told them I found the matter very ugly and I was

5   embarrassed.  I didn't want to say anything.  But this is the

6   end of the road and I will be facing him and I wanted to tell

7   that to his face.

8   Q.  Okay.  Is it your testimony that meeting occurred two days

9   before you flew here on January 11th?

10          MS. MEDETIS:  Objection.  Mischaracterizes testimony.

11          THE COURT:  Sustained.

12          Rephrase your question, Mr. Adelstein.

13  BY MR. ADELSTEIN:

14  Q.  When was that meeting that you just described?

15          MS. MEDETIS:  Objection.  Asked and answered.

16          THE COURT:  Overruled.

17          THE WITNESS:  I mentioned that we had our very first

18  meeting.  It was the first night, when we got here.  They told

19  us that we would not see them very often because they would be

20  busy in court.

21  BY MR. ADELSTEIN:

22  Q.  Okay.  Hold on for one second.

23      That was on January 11th, when you got here.  Correct?

24  A.  Yes.

25  Q.  Did you meet with the Government -- strike that.

```
 1        How many times after that meeting did you meet with

 2   government agents or prosecutors before today?

 3             MS. MEDETIS:  Objection.  Asked and answered.

 4             THE COURT:  Overruled.

 5   BY MR. ADELSTEIN:

 6   Q.  Just give me the number.

 7   A.  Two times.

 8   Q.  Do you remember the dates of those meetings?

 9   A.  No.

10   Q.  But the last meeting before today was two days ago.

11   Correct?

12   A.  Yes.

13             MR. ADELSTEIN:  May I have one moment, your Honor?

14             THE COURT:  Yes.

15   BY MR. ADELSTEIN:

16   Q.  And for two years you had an opportunity to disclose this

17   alleged sexual activity that occurred between you and Bill and

18   you chose to disclose it this past Monday for the first time.

19   Correct?

20             MS. MEDETIS:  Objection.  Compound.  Objection.

21   Argumentative.

22             THE COURT:  Sustained.

23             Rephrase your question.

24             MR. ADELSTEIN:  Yes.

25
```

```
1    BY MR. ADELSTEIN:

2    Q.   At these group meetings, were your parents there?

3    A.   Yes.

4    Q.   And you did not disclose, correct, to anyone until Monday

5    of this week this alleged sexual activity.  Correct?

6    A.   Up until this day, my mother is not aware of -- about what

7    happened to me.  I kept it to myself.

8    Q.   And Monday was the first time you disclosed it, correct, of

9    this week?

10   A.   Yes.

11   Q.   Thank you.

12            MR. ADELSTEIN:  I have no further questions.

13            THE COURT:  We're going to break for the day at the

14   request of one of your members.

15            Do not discuss this case either amongst yourselves or

16   with anyone else.  Have no contact whatsoever with anyone

17   associated with the trial.

18            Do not read, listen or see anything touching on this

19   matter in any way, including anything in the media, anything on

20   the Internet or anything on any access device.

21            If anyone should try to talk to you about this case,

22   you should immediately instruct them to stop and report it to

23   my staff.

24            You're going to be giving your notebooks to the court

25   security officer.
```

1           Let me tell you about the schedule for tomorrow.  I

2    have a meeting of the court in the afternoon, which begins at

3    2:00.  So we're going to have an extended morning, which will

4    last somewhere between 1:00 and 1:30.

5           So have a good breakfast, bring snacks.  We'll break

6    for lunch at 1:00 or 1:30.  That'll be the break for the day.

7    You won't be coming back after that for tomorrow.

8           Thank you.

9           (Whereupon, the jury exited the courtroom at 4:59 p.m.

10   and the following proceedings were had:)

11          THE COURT:  You may be seated for a moment.

12          Sir, you are not to discuss your testimony with anyone

13   or permit anyone to discuss it with you.  You can discuss with

14   the agents or the Government your travel arrangements and your

15   schedule, but not your testimony.  Okay?

16          THE WITNESS:  Okay.

17          THE COURT:  Tomorrow morning, 9:00.  You're excused.

18          (Thereupon, the witness retired from the courtroom

19   and the following proceedings were had:)

20          THE COURT:  In regard to the proposed instruction,

21   I've reviewed all the submissions.  And in accordance with

22   *United States versus Francis*, 131 F.3d 1452, a 1997 decision by

23   the Eleventh Circuit, I'm going to give an instruction that is

24   closest to the Eleventh Circuit decision in that, though it is

25   different from the submission from the Defendant.

1            So let me give it to you now.

2            Ladies and gentlemen of the jury, as you just heard,

3    the summary admitted as Exhibit -- I think it's 92 or 93.  Is

4    that correct?

5            MS. MEDETIS:  92 and 93, your Honor.

6            THE COURT:  Either 92 or 93, when the exhibit comes

7    in.  So I'll read it as I would give it for Exhibit 92:

8            Ladies and gentlemen of the jury, as you just heard,

9    the summary admitted as Exhibit 92 was prepared by Agent --

10   whoever the witness is.

11           The underlying documents and/or photographs were

12   previously admitted into evidence and are available for your

13   examination.  These documents and/or photographs are the

14   primary and governing evidence of the contents contained

15   therein.

16           The summary is intended to help explain or summarize

17   the contents of these documents and/or photographs and are for

18   your convenience.

19           If the summary in any way does not reflect the content

20   of the documents and/or photographs, you should disregard the

21   summary.

22           Any objection to that instruction?

23           MS. MEDETIS:  No objection from the Government as to

24   that instruction.

25           MR. HOROWITZ:  No objection from the defense, your

 1   Honor.

 2        THE COURT:  So that'll be the instruction that I give

 3   at the introduction of each of the summaries.

 4        Now, in regard to the first motion for the taking of

 5   foreign depositions, as I indicated to you yesterday and I can

 6   now confirm, I will be denying that motion for foreign witness

 7   depositions.  I believe it's Docket Entry 205.  And I will

 8   issue a written order soon, when it's prepared.

 9        MR. ADELSTEIN:  Yes, your Honor.

10        THE COURT:  It'll probably be a couple of days.

11        And I'm still awaiting the Governments's response on

12   the second motion for foreign witness deposition, which is 226.

13        Are you going to be replying to that?

14        MR. HOROWITZ:  Judge, if it doesn't differ from the

15   Government's previous response, I don't know.  But once I see

16   the response --

17        THE COURT:  I believe the Government indicated it was

18   going to be a factual response.  They were going to adopt the

19   reasoning in their prior response.

20        MR. HOROWITZ:  As far as the case law goes, no, your

21   Honor.  I think the case law is very well briefed by the

22   parties.  But I want to see what the Government has to say

23   factually that may need to be replied to.

24        THE COURT:  So you'll let me know tomorrow whether you

25   intend to reply to that.

1          MR. HOROWITZ:  Will do, your Honor.

2          THE COURT:  And do you expect to rest tomorrow with

3    our shortened day tomorrow?

4          MS. MEDETIS:  Certainly, your Honor.  I guess it was

5    wishful thinking on my part to think we'd rest today.

6          THE COURT:  That's okay.

7          MS. MEDETIS:  I have very brief redirect for Witness

8    Greatest Xxxxxxx and then we have the summary exhibit witness,

9    which I cannot imagine will take very long at all.  And then we

10   would rest.

11         THE COURT:  Okay.

12         MS. MEDETIS:  I think we will be resting well before

13   the lunch break.  I don't want to jinx the Government in any

14   way, but that's -- that is my estimation.

15         THE COURT:  Okay.  So maybe what we'll do, if it is

16   before the 1:00 hour, I'm just going to excuse the jury and

17   we'll go forward with motions; and then the defense would start

18   on Friday.

19         MS. MEDETIS:  Your Honor, if I may, two things.

20         May the Government have until tomorrow morning to file

21   its response to the second Rule 15 motion?

22         THE COURT:  Yes.  I gave you that already.

23         MS. MEDETIS:  Also, the Government would be requesting

24   an updated witness list from defense counsel and would like to

25   have the Court order that that be produced to the Government on

 1    a date certain, perhaps at the close of the Government's case,

 2    in advance of the commencement of the defense case.

 3            THE COURT:  Do you have a response to that?

 4            MR. ADELSTEIN:  Could I have one moment?

 5            THE COURT:  Sure.

 6            (Discussion had off the record between counsel.)

 7            MR. ADELSTEIN:  Can we have until Friday morning?

 8            THE COURT:  Okay.

 9            MR. ADELSTEIN:  I have also advised the Government

10    that we are releasing the two or three young men that we asked

11    to keep over.  I told them that -- when?  Yesterday or this

12    morning?  Yesterday, I believe, that they can release --

13            THE COURT:  So you no longer need them?

14            MR. ADELSTEIN:  We no longer need them.  I told them,

15    I think, yesterday morning.

16            MS. MEDETIS:  Yes, Judge.

17            MR. ADELSTEIN:  But I told them I would do it formally

18    on the record.

19            THE COURT:  So all those witnesses are released, then.

20            MS. MEDETIS:  That's correct, Judge.

21            Those witnesses would be Jimmy Xxxxx, Wadley Xxxxxxxx,

22    Dominique Xxxxxx.

23            One last thing, your Honor, from the Government.

24            With respect to the defense's exhibit list, there are

25    18 exhibits, I believe two of which are the photographs of the

```
 1    condoms that the Court has previously ruled on.

 2              I wanted to flag that for the Court and also request

 3    an updated and finalized exhibit list from defense counsel in

 4    advance of the commencement of their case, if the Court is

 5    inclined to order that.

 6              THE COURT:  Yes.  You're going to give a final -- is

 7    this your final exhibit list?

 8              MR. HOROWITZ:  Judge, it's not our final exhibit list.

 9    It's up to No. 19 now.  Plus, I marked a report for one witness

10    that I cross-examined.

11              THE COURT:  Right.

12              MR. HOROWITZ:  But as far as admitted evidence, I

13    think it's only four.

14              THE COURT:  And you're not presenting the photographs

15    of the condoms?

16              MR. HOROWITZ:  No, your Honor.

17              MR. ADELSTEIN:  No.

18              THE COURT:  Okay.  So 7 and 8 are off the list.

19    Correct?

20              MR. HOROWITZ:  Correct.

21              But they have been marked.  So I'm just going to --

22    the way I have the list set up using the administrative

23    office's forms is there's a box for whether they're marked or

24    whether they're admitted.

25              Right now I have 19 marked, but I only have, I think,
```

1    the first four admitted.

2            THE COURT:  But you're not going to be presenting 7

3    and 8 to a witness?

4            MR. HOROWITZ:  No, your Honor.

5            MR. ADELSTEIN:  No.

6            THE COURT:  Okay.

7            MS. MEDETIS:  Will the -- the Government's question, I

8    guess, is:  Will there be additional exhibits other than

9    Exhibit -- beyond Exhibit 19?

10           If so, we'd ask for an updated exhibit list before

11   they commence their presentation.

12           THE COURT:  So you're going to have an updated

13   witness -- exhibit list for the Court and the Government Friday

14   morning?

15           MR. ADELSTEIN:  As best as we can, yes, ma'am.

16           THE COURT:  Okay.  What does that mean?

17           MS. MEDETIS:  Your Honor, we would ask that the

18   defense not be permitted to admit exhibits that are not on

19   their exhibit list.

20           MR. HOROWITZ:  Judge, the Government's gone way over

21   their exhibit list, and we didn't object.  They're up to

22   104 and have an exhibit list with -- you know, somewhere in the

23   low 90s.

24           THE COURT:  So you're saying that there may be

25   additional exhibits that come?

1          MR. HOROWITZ:  Yes.

2          MR. ADELSTEIN:  Yes.

3          MS. MEDETIS:  That is understandable, your Honor.

4    That's not what I intend.  Certainly matters come up where

5    additional exhibits are needed, which is the situation the

6    Government found itself in.  That's not what I'm suggesting.

7          I understand that, as the case has evolved, certain

8    calls need to be made.  But we would ask for the most updated

9    exhibit list from them.

10          MR. ADELSTEIN:  That we will do.

11          THE COURT:  All right.  See you tomorrow morning,

12    9:00.  We're in recess.  Thank you.

13          (Proceedings concluded.)

14

15               C E R T I F I C A T E

16

17          I hereby certify that the foregoing is an accurate

18    transcription of the proceedings in the above-entitled matter.

19

20

21    _____        /s/Lisa Edwards
            DATE              LISA EDWARDS, RDR, CRR
22                            Official United States Court Reporter
                              400 North Miami Avenue, Twelfth Floor
23                            Miami, Florida 33128
                              (305) 523-5499
24

25

# #

**#29** [1] - 59:25

# /

**/s/Lisa** [1] - 152:21

# 1

**1** [1] - 1:8
**10** [3] - 74:15, 74:22, 74:23
**1006** [2] - 49:6, 50:7
**104** [15] - 3:8, 3:13, 25:23, 26:4, 57:4, 57:14, 57:19, 57:22, 57:23, 58:3, 62:3, 62:22, 64:10, 65:25, 151:22
**10:45** [1] - 48:5
**11** [2] - 100:23, 136:11
**11-20350** [4] - 4:3, 48:10, 67:19, 129:12
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11-30** [1] - 117:16
**11:23** [1] - 54:12
**11:38** [1] - 100:2
**11:43** [1] - 67:4
**11th** [8] - 136:10, 137:22, 138:1, 138:5, 140:8, 141:16, 142:9, 142:23
**12** [1] - 22:12
**12-12** [1] - 117:17
**1291** [4] - 43:25, 45:20, 46:24, 47:8
**12th** [4] - 69:15, 69:24, 71:1, 71:9
**13** [4] - 11:25, 74:24, 75:3
**131** [3] - 53:6, 67:13, 145:22
**14** [1] - 11:25
**1400** [1] - 1:18
**144** [1] - 69:10
**1452** [3] - 53:6, 67:13, 145:22
**1458** [1] - 53:8
**15** [5] - 80:1, 118:17, 118:23, 119:1, 148:21
**152** [1] - 1:8
**17th** [1] - 58:16
**18** [4] - 74:4, 74:9, 74:19, 149:25

# 19

**19** [4] - 80:1, 150:9, 150:25, 151:9
**1910** [1] - 1:24
**1945** [2] - 43:20, 44:12
**1982** [2] - 39:12, 46:14
**1984** [1] - 30:10
**1995** [4] - 49:24, 52:2, 52:18, 74:8
**1996** [2] - 5:13, 58:16
**1997** [3] - 5:14, 53:7, 145:22
**1:00** [3] - 145:4, 145:6, 148:16
**1:30** [4] - 67:2, 67:15, 145:4, 145:6
**1:59** [1] - 71:5
**1st** [2] - 39:12, 46:14

# 2

**2** [1] - 100:7
**20** [1] - 1:5
**2001** [3] - 5:18, 5:19, 8:22
**2002** [10] - 5:19, 8:22, 59:13, 61:11, 64:13, 64:15, 64:16, 64:21, 66:3, 66:8
**2003** [12] - 6:4, 6:8, 6:18, 7:11, 7:21, 8:2, 30:11, 43:16, 46:18, 47:5, 47:7, 47:10
**2004** [10] - 8:12, 8:13, 41:3, 41:8, 42:13, 43:4, 61:12, 66:9, 69:17, 70:1
**2005** [3] - 50:20, 74:21, 74:23
**2006** [3] - 45:12, 61:13, 66:10
**2008** [9] - 74:13, 74:14, 74:23, 75:1, 79:4, 95:14, 106:6, 106:9, 106:11
**201(f** [1] - 70:6
**2010** [5] - 11:23, 69:15, 69:24, 71:1, 71:9
**2011** [39] - 9:12, 17:12, 17:19, 18:7, 19:13, 19:15, 19:17, 20:2, 21:13, 21:18, 21:23, 39:12, 44:7, 45:8, 49:24, 50:20, 52:4, 52:18, 55:5, 56:16, 57:8, 57:16, 60:7, 60:10, 62:15,

# 63:9, 81:2, 81:3,

63:9, 81:2, 81:3, 95:15, 107:8, 107:10, 107:15, 119:13, 120:17, 121:9, 122:3, 123:22, 131:2, 132:17
**2012** [2] - 46:15, 133:8
**2013** [2] - 1:5, 141:16
**205** [1] - 147:7
**20530** [1] - 1:19
**20th** [3] - 19:17, 21:18, 21:23
**226** [1] - 147:12
**22nd** [6] - 119:13, 119:20, 120:17, 121:7, 121:9, 122:3
**23** [3] - 50:21, 52:4, 59:24
**23rd** [1] - 46:15
**25** [1] - 51:16
**26** [1] - 3:5
**26th** [3] - 39:12, 74:8, 133:8
**27** [3] - 72:6, 76:7, 78:1
**27th** [7] - 41:2, 41:8, 42:13, 43:4, 43:20, 44:12, 45:12
**28** [1] - 30:12
**29** [2] - 3:6, 69:25
**2929** [1] - 1:21
**29th** [1] - 69:16
**2:00** [1] - 145:3

# 3

**3** [1] - 74:23
**30** [2] - 99:17, 100:18
**300563769** [1] - 46:21
**305** [2] - 2:3, 152:23
**30th** [7] - 43:16, 46:18, 47:5, 47:7, 47:10, 123:22, 132:17
**31** [3] - 100:4, 100:7, 100:13
**32-A** [4] - 77:14, 77:19, 107:17, 111:8
**32-B** [4] - 78:4, 78:8, 93:24, 94:2
**32-C** [2] - 78:17, 78:21
**32-D** [2] - 100:25, 101:4
**32-G** [2] - 56:19, 56:22
**32-K** [2] - 56:8, 56:12
**32-R** [2] - 80:13, 80:16

# 32-X

**32-X** [1] - 103:4
**33128** [2] - 2:3, 152:23
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**37** [1] - 3:12
**3:35** [1] - 118:18

# 4

**4** [6] - 5:10, 8:24, 9:4, 9:7, 11:13, 129:23
**4-27-1945** [3] - 36:22, 39:9, 41:5
**4-4-1941** [1] - 37:1
**4-4-41** [1] - 46:12
**400** [2] - 2:2, 152:22
**410** [1] - 1:22
**472491686** [1] - 44:15
**48** [4] - 5:21, 6:3, 6:14, 6:17
**49** [9] - 6:14, 6:22, 7:2, 7:5, 7:8, 7:10, 7:24, 8:5, 8:6
**4:00** [2] - 117:25, 118:1
**4:29** [1] - 130:3
**4:59** [1] - 145:9

# 5

**5** [15] - 3:5, 5:10, 8:24, 9:4, 9:8, 11:13, 26:15, 26:16, 26:18, 26:20, 26:23, 88:12, 88:13, 99:11, 120:19
**5-22** [1] - 117:16
**5-30-12** [1] - 117:16
**52** [1] - 3:13
**523-5499** [2] - 2:3, 152:23
**54** [1] - 3:7
**57** [1] - 3:13
**5:00** [2] - 129:24, 129:25
**5:09** [1] - 1:6

# 6

**6** [1] - 11:13
**600** [1] - 1:18
**63** [1] - 3:7
**64** [1] - 59:20
**65** [1] - 3:7
**66** [2] - 97:20, 97:24

# 7

**7** [3] - 11:13, 150:18, 151:2
**701794597** [3] - 41:13, 43:22, 45:17
**71** [3] - 3:8, 103:16, 103:19

# 8

**8** [4] - 69:13, 150:18, 151:3
**8-21-2009** [1] - 100:2
**80** [2] - 6:14, 8:9
**807** [1] - 42:7
**809** [1] - 44:18
**81** [2] - 98:11, 98:15
**87-A** [4] - 3:12, 35:19, 35:24, 36:4, 36:19, 37:22, 37:24, 37:25, 38:7, 40:13, 43:15, 44:6, 45:11, 47:5
**87-B** [11] - 3:12, 35:19, 35:24, 36:4, 36:23, 37:22, 37:24, 37:25, 46:1, 46:5, 46:17
**8th** [13] - 17:19, 22:9, 44:7, 45:8, 55:5, 56:16, 57:8, 57:16, 60:7, 60:10, 62:15, 63:9, 107:8

# 9

**9** [1] - 74:15
**9-26** [1] - 117:17
**9-4-2010** [1] - 100:16
**90s** [1] - 151:23
**9130** [1] - 1:24
**92** [18] - 3:13, 49:14, 49:16, 49:18, 50:16, 50:25, 51:20, 51:23, 52:6, 52:8, 52:16, 52:25, 68:21, 146:3, 146:5, 146:6, 146:7, 146:9
**93** [17] - 3:13, 49:14, 49:16, 49:22, 50:4, 50:25, 51:4, 51:11, 51:19, 52:6, 52:15, 52:25, 68:21, 146:3, 146:5, 146:6
**99** [1] - 1:15
**9:00** [2] - 145:17, 152:12

**9:22** [1] - 1:6
**9:23** [1] - 4:21

# A

**a.m** [6] - 1:6, 4:21, 48:5, 54:12, 67:4, 100:2
**AA** [1] - 42:5
**abandoned** [1] - 61:10
**abandonment** [2] - 58:18, 58:20
**able** [3] - 61:3, 61:5, 94:18
**above-entitled** [1] - 152:18
**absolutely** [1] - 25:4
**abuse** [21] - 18:23, 19:2, 19:21, 20:3, 20:8, 20:11, 21:14, 23:18, 23:19, 23:21, 115:12, 123:5, 124:6, 124:7, 137:10, 137:12, 137:16, 137:22, 137:24, 139:9, 140:5
**abused** [5] - 21:20, 23:20, 125:12, 137:17, 138:25
**abusing** [1] - 95:16
**academy** [2] - 31:9, 31:11
**accept** [5] - 70:8, 70:12, 70:13, 71:1, 71:9
**accepted** [3] - 16:6, 28:13, 28:16
**access** [4] - 47:24, 66:22, 118:12, 144:20
**accordance** [1] - 145:21
**according** [1] - 8:11
**accordingly** [1] - 138:15
**accurate** [1] - 152:17
**acronym** [1] - 23:17
**act** [1] - 126:25
**acted** [1] - 110:15
**activity** [17] - 37:6, 40:15, 107:4, 115:4, 115:9, 115:19, 130:13, 130:20, 131:4, 131:9, 131:11, 132:22, 134:2, 134:14, 136:19, 143:17, 144:5
**acts** [6] - 24:12, 87:9, 128:9, 138:14,

138:16, 138:17
**actual** [8] - 51:24, 124:6, 124:10, 126:18, 138:10, 138:11, 138:16, 139:9
**add** [2] - 70:9, 123:21
**additional** [5] - 52:9, 70:4, 151:8, 151:25, 152:5
**additionally** [1] - 51:17
**address** [3] - 53:20, 59:24, 138:8
**addresses** [2] - 52:11, 52:12
**Adelstein** [17] - 4:11, 41:17, 68:1, 121:3, 122:3, 122:8, 124:2, 125:5, 125:8, 126:12, 126:21, 128:6, 129:19, 130:8, 139:11, 141:4, 142:12
**ADELSTEIN** [98] - 1:20, 1:21, 4:15, 8:5, 47:15, 48:16, 67:25, 75:21, 75:23, 84:19, 85:6, 104:6, 104:8, 105:4, 105:10, 105:13, 105:18, 106:1, 106:18, 107:21, 108:1, 108:15, 108:18, 109:3, 109:6, 109:10, 109:20, 110:2, 110:7, 110:23, 111:2, 111:4, 111:5, 111:24, 113:22, 113:23, 114:17, 114:22, 116:4, 116:20, 116:24, 117:5, 117:8, 121:8, 121:11, 122:13, 122:13, 123:19, 124:14, 125:1, 125:6, 125:9, 126:23, 127:7, 127:9, 127:19, 129:4, 129:6, 130:9, 130:10, 131:20, 131:22, 132:6, 132:13, 133:1, 134:10, 134:18, 136:5, 137:1, 137:11, 137:20, 139:12, 139:15, 139:17, 140:14, 140:17, 141:8, 141:12, 141:14, 142:13, 142:21, 143:5, 143:13, 143:15, 143:24, 144:1,

144:12, 147:9, 149:4, 149:7, 149:9, 149:14, 149:17, 150:17, 151:5, 151:15, 152:2, 152:10
**Adelstein's** [1] - 123:8
**administrative** [1] - 150:22
**admit** [6] - 37:22, 49:6, 52:6, 57:19, 140:18, 151:18
**admits** [1] - 122:11
**admitted** [27] - 5:20, 37:23, 38:6, 49:20, 49:23, 50:15, 53:9, 56:8, 57:21, 77:14, 77:18, 78:7, 78:20, 97:19, 97:23, 98:11, 98:14, 99:16, 101:3, 103:3, 137:24, 146:3, 146:9, 146:12, 150:12, 150:24, 151:1
**admonish** [1] - 110:8
**admonished** [1] - 109:21
**adopt** [1] - 147:18
**advance** [3] - 32:20, 149:2, 150:4
**advanced** [2] - 38:18, 41:10
**Advanced** [1] - 31:24
**advice** [1] - 17:6
**advised** [1] - 149:9
**Affairs** [1] - 81:4
**afternoon** [7] - 67:22, 67:25, 71:24, 80:9, 129:15, 129:18, 145:2
**age** [2] - 59:20
**Agent** [11] - 54:8, 54:19, 56:11, 56:23, 57:3, 58:2, 58:7, 61:14, 63:5, 66:1, 146:9
**agent** [3] - 19:17, 55:24, 124:17
**Agents** [1] - 4:8
**agents** [26] - 19:12, 19:15, 19:22, 20:2, 21:13, 21:24, 96:2, 107:7, 107:12, 107:14, 107:18, 112:5, 112:9, 112:13, 116:8, 116:11, 116:14, 117:14, 120:18, 120:23, 131:14, 131:25, 132:7, 143:2, 145:14
**ago** [25] - 20:25,

55:4, 96:9, 96:11, 115:5, 115:10, 115:18, 115:20, 115:25, 117:12, 119:17, 122:14, 122:16, 123:14, 124:12, 124:13, 128:8, 130:12, 130:16, 138:7, 140:9, 140:21, 140:24, 141:7, 143:10
**agreed** [1] - 97:11
**agreeing** [1] - 20:10
**agreement** [1] - 75:19
**ahead** [6] - 29:2, 61:7, 89:19, 101:18, 101:21, 142:1
**aircraft** [5] - 32:13, 32:24, 34:23, 34:24, 42:1
**airline** [1] - 32:13, 33:6, 41:25, 42:5, 42:10, 43:23, 44:16, 45:1, 45:3, 45:18, 46:22
**Airlines** [7] - 42:6, 43:11, 43:25, 44:18, 45:20, 46:24, 47:8
**airlines** [13] - 32:7, 32:8, 32:18, 32:20, 32:25, 33:8, 33:11, 33:19, 35:7, 40:1, 40:6, 40:7, 40:10
**airport** [13] - 30:7, 34:23, 35:9, 42:10, 42:11, 42:17, 44:1, 44:3, 44:19, 45:21, 45:23, 46:25, 47:2
**alcohol** [1] - 86:25
**alien** [1] - 41:19
**alive** [2] - 72:16
**allegations** [1] - 53:21
**alleged** [4] - 115:4, 119:11, 143:17, 144:5
**allegedly** [2] - 115:19, 128:9
**allow** [3] - 39:2, 109:1, 141:3
**allowance** [4] - 13:12, 114:8, 114:23, 114:24
**allowed** [4] - 10:21, 11:3, 19:14, 112:15
**alone** [1] - 124:10
**amenable** [1] - 53:19
**amend** [1] - 70:18
**AMERICA** [1] - 1:4
**America** [4] - 4:2,

48:9, 67:18, 129:11
**American** [11] - 21:19, 21:23, 24:5, 42:6, 43:11, 43:25, 44:18, 45:20, 46:24, 47:8, 81:5
**analysis** [4] - 31:14, 31:15, 53:23, 65:17
**Analytical** [1] - 30:25
**analytical** [2] - 31:2, 31:12
**analyze** [1] - 31:19
**ANDREW** [1] - 1:7
**Andrew** [10] - 4:2, 44:9, 44:10, 44:13, 45:15, 48:10, 67:19, 73:16, 73:24, 129:12
**answer** [3] - 29:2, 68:6, 96:24
**answered** [30] - 8:3, 8:19, 14:12, 19:4, 19:22, 20:12, 20:18, 20:20, 20:21, 21:6, 21:7, 21:25, 25:12, 27:21, 62:5, 83:12, 90:2, 97:12, 106:16, 106:17, 114:14, 114:19, 116:1, 139:19, 140:4, 140:11, 140:19, 140:20, 142:15, 143:3
**answers** [1] - 140:22
**anticipate** [1] - 54:3
**anytime** [2] - 34:19, 45:1
**anyway** [2] - 28:6, 28:8
**API** [5] - 38:14, 38:17, 38:20, 41:9, 41:12
**APIS** [10] - 31:21, 31:23, 31:24, 31:25, 33:1, 35:6, 36:15, 36:17, 37:12, 38:20
**apologize** [6] - 20:13, 28:25, 33:7, 53:12, 54:21, 130:5
**appearances** [4] - 4:4, 48:11, 67:20, 129:13
**APPEARANCES** [1] - 1:13
**application** [1] - 34:13
**applications** [1] - 36:16
**applies** [2] - 32:13, 52:15
**approach** [15] - 6:11, 7:17, 19:7, 22:15,

25:18, 25:24, 35:20, 38:3, 56:25, 97:16, 101:8, 108:15, 109:6, 111:2, 116:20
**appropriately** [1] - 128:24
**approved** [3] - 53:5, 68:4, 68:13
**April** [2] - 43:20, 44:12
**archived** [1] - 33:21
**area** [5] - 75:7, 128:10, 128:16, 140:12, 141:1
**areas** [1] - 128:22
**argue** [1] - 51:17
**argument** [2] - 50:15, 67:9
**argumentative** [9] - 11:15, 14:20, 15:23, 19:4, 25:6, 25:8, 114:20, 116:2, 143:21
**Aristide** [4] - 69:4, 69:15, 69:24, 70:20
**Aristide's** [2] - 76:7, 78:1
**arrangements** [1] - 145:14
**arrest** [1] - 90:12
**arrested** [7] - 17:13, 22:7, 22:9, 24:5, 81:4, 111:20, 112:1
**arrival** [4] - 32:12, 34:22, 42:17, 44:3
**arrive** [1] - 44:21, 47:2
**arrived** [5] - 33:3, 34:15, 141:5, 141:6, 141:16
**arriving** [8] - 30:21, 31:18, 32:2, 32:24, 40:25, 42:1, 42:9, 45:23
**ashamed** [3] - 95:3, 141:24
**Asia** [1] - 29:25
**asleep** [5] - 87:13, 87:15, 91:22, 92:4, 131:12
**asserted** [2] - 128:19, 128:20
**assist** [3] - 50:23, 52:13, 110:4
**assistance** [1] - 17:3
**ASSISTANT** [1] - 1:15
**assisted** [1] - 60:6
**assisting** [1] - 55:3
**associated** [5] - 47:21, 52:23, 66:19,

118:9, 144:17
**assume** [1] - 137:1
**ate** [1] - 80:24
**attempted** [2] - 124:6, 124:8
**attempts** [1] - 138:17
**attend** [1] - 31:9
**attending** [1] - 27:3
**attention** [23] - 35:25, 37:2, 38:8, 38:22, 40:12, 40:21, 41:2, 41:6, 41:21, 42:15, 43:15, 44:5, 44:7, 45:10, 45:12, 46:16, 46:17, 47:4, 55:5, 60:2, 60:11, 60:25, 65:25
**attire** [1] - 54:21
**ATTORNEY** [1] - 1:15
**au** [9] - 42:9, 42:13, 44:4, 44:22, 45:24, 47:3, 47:10, 55:7, 58:15
**audio** [1] - 123:11
**August** [2] - 39:12, 52:3
**authorities** [1] - 55:9
**automatically** [1] - 33:14
**autumn** [2] - 7:21, 8:2
**available** [3] - 32:21, 50:18, 146:12
**Avenue** [4] - 1:18, 1:21, 2:2, 152:22
**awaiting** [1] - 147:11
**aware** [3] - 77:1, 82:24, 144:6

# B

**bachelor's** [1] - 29:25
**back-and-forth** [1] - 127:24
**background** [1] - 29:24
**bad** [4] - 25:10, 29:4, 29:6, 123:23
**badge** [1] - 108:12
**Bain** [2] - 60:16, 63:21
**balls** [3] - 89:11, 89:17, 120:21
**bar** [5] - 19:10, 22:18, 109:9, 116:23, 136:24
**based** [11] - 20:22,

36:8, 40:16, 43:2, 48:23, 52:6, 52:16, 52:23, 124:1, 132:2, 132:23
**basis** [12] - 13:22, 14:10, 112:23, 134:16, 136:1, 136:21, 136:25, 137:9, 137:18, 139:24, 141:2
**bathroom** [3] - 80:8, 80:20, 117:23
**batteries** [8] - 12:11, 12:19, 13:4, 13:7, 13:9, 14:19, 14:25, 28:3
**battery** [3] - 28:5, 28:7, 28:9
**bearing** [1] - 62:12
**beat** [1] - 102:8
**beats** [1] - 119:25
**became** [2] - 30:10, 40:6
**bed** [5] - 81:25, 82:9, 87:3, 91:25, 120:9
**bedroom** [16] - 81:24, 82:19, 82:20, 84:6, 86:3, 87:12, 87:14, 87:16, 91:17, 91:21, 92:18, 92:20, 92:21, 93:3, 121:22, 125:14
**bedside** [2] - 82:1, 103:23
**BEFORE** [1] - 1:10
**beginning** [3] - 46:14, 49:24, 66:4
**begins** [2] - 32:19, 145:2
**behalf** [8] - 4:7, 4:11, 48:14, 48:17, 67:23, 68:1, 129:16, 129:19
**behavior** [1] - 126:20
**Bentolila** [6] - 3:7, 54:9, 54:19, 56:11, 56:23, 58:2
**Bertrand** [2] - 69:15, 69:24
**best** [1] - 151:15
**better** [5] - 6:10, 82:23, 106:19
**between** [7] - 39:12, 75:19, 115:19, 137:13, 143:17, 145:4, 149:6
**beyond** [2] - 151:9
**bicycle** [10] - 84:18, 84:24, 85:1, 85:3, 85:5, 85:10, 85:14, 89:25, 120:1, 120:2

**Bien** [4] - 21:17, 81:4, 107:12, 112:4
**Bien-Etre** [4] - 21:17, 81:4, 107:12, 112:4
**bigger** [1] - 135:1
**bike** [1] - 85:23
**Bill** [63] - 9:25, 10:14, 12:18, 13:3, 13:12, 13:22, 15:16, 16:2, 16:12, 17:12, 17:22, 17:25, 22:7, 22:9, 24:5, 72:19, 73:2, 76:25, 77:2, 80:8, 81:4, 85:2, 85:18, 85:19, 85:20, 85:24, 85:25, 86:2, 86:15, 86:16, 92:6, 92:8, 93:9, 98:9, 106:25, 108:8, 111:20, 112:1, 113:2, 114:12, 114:23, 115:20, 116:11, 117:11, 121:11, 121:12, 121:14, 121:22, 125:15, 130:13, 130:21, 131:5, 131:9, 132:22, 134:2, 134:14, 137:13, 137:24, 140:18, 143:17
**Bill's** [5] - 77:12, 80:20, 107:3, 121:16, 121:24
**birth** [13] - 32:15, 36:22, 37:1, 39:8, 39:22, 41:5, 43:18, 44:10, 46:12, 58:15, 58:16, 74:5, 74:7
**bit** [1] - 72:13
**blank** [1] - 65:8
**blow** [5] - 86:12, 86:20, 87:19, 87:23, 89:21
**blue** [3] - 72:25, 73:11, 73:22
**board** [4] - 40:25, 42:1, 103:1
**boarded** [2] - 43:3, 43:9
**boarding** [1] - 45:2
**body** [4] - 81:25, 92:2, 102:13, 104:1
**Bonnie** [4] - 4:7, 48:14, 67:23, 129:16
**BONNIE** [1] - 1:17
**border** [5] - 30:16, 34:18, 34:20, 34:21, 34:22, 34:25, 35:10, 35:13
**Border** [4] - 30:7,

30:8, 30:11, 30:13
**born** [4] - 5:13, 5:15, 55:16, 72:7
**borrow** [1] - 13:9
**bottles** [1] - 103:23
**bottom** [9] - 60:11, 60:14, 60:19, 62:6, 66:4, 98:25, 101:16, 101:17, 101:18
**Boulevard** [1] - 1:24
**box** [5] - 56:13, 57:9, 57:10, 63:11, 150:23
**boxing** [1] - 102:10
**boy** [17] - 90:25, 91:23, 92:1, 93:2, 93:4, 93:11, 93:14, 93:17, 93:18, 93:20, 94:11, 96:17, 98:16, 99:10, 125:18, 125:21, 125:24
**boy's** [2] - 92:19, 93:14, 93:18
**boys** [19] - 13:14, 13:23, 79:18, 79:21, 79:22, 79:24, 88:15, 88:16, 88:19, 88:20, 89:5, 89:6, 92:14, 120:20, 121:23, 123:24, 125:16, 126:4, 126:5
**Brady** [3] - 122:18, 122:25, 123:7
**break** [13] - 54:4, 66:16, 67:6, 68:19, 110:7, 117:24, 117:25, 129:7, 144:13, 145:5, 145:6, 148:13
**breakfast** [1] - 145:5
**breath** [1] - 128:5
**brief** [4] - 53:20, 53:25, 68:12, 148:7
**briefed** [1] - 147:21
**briefly** [4] - 46:6, 55:12, 56:3
**bring** [17] - 4:16, 6:6, 6:9, 6:10, 54:5, 71:3, 83:23, 90:23, 97:8, 101:7, 127:3, 128:17, 129:22, 130:1, 137:21, 138:9, 145:5
**brother** [9] - 9:23, 10:4, 10:5, 10:7, 10:14, 10:20, 11:3, 11:6, 135:15
**brothers** [3] - 61:9, 72:9, 72:10
**brought** [1] - 80:10
**bunch** [1] - 50:17
**burden** [1] - 138:12

**busy** [2] - 141:22, 142:20
**but...** [1] - 140:12
**butt** [4] - 89:8, 89:9, 89:15, 99:11
**butts** [1] - 88:18
**buy** [7] - 14:19, 14:25, 26:20, 28:3, 28:5, 28:7, 95:20
**BY** [108] - 2:1, 5:4, 6:2, 6:16, 7:19, 8:8, 8:23, 9:16, 10:13, 10:19, 11:1, 11:18, 13:1, 13:17, 13:21, 14:3, 14:9, 14:18, 14:22, 16:1, 16:4, 16:17, 17:1, 18:16, 18:22, 21:12, 22:5, 24:3, 25:2, 25:9, 26:2, 27:6, 28:1, 29:21, 35:22, 38:5, 46:3, 54:18, 55:1, 56:10, 56:21, 57:2, 58:1, 62:1, 63:4, 64:7, 65:24, 71:23, 73:4, 73:15, 74:2, 76:1, 77:16, 78:6, 78:19, 80:15, 83:18, 84:14, 84:22, 85:9, 90:6, 91:11, 91:16, 93:1, 94:1, 96:23, 97:22, 98:13, 98:22, 99:3, 99:15, 99:20, 100:6, 101:2, 101:10, 102:11, 102:19, 102:24, 103:7, 103:18, 104:8, 105:4, 105:13, 105:18, 106:1, 106:18, 108:1, 108:18, 111:5, 111:24, 113:23, 114:17, 114:22, 116:4, 130:10, 131:22, 132:6, 132:13, 133:1, 134:10, 134:18, 136:5, 141:14, 142:13, 142:21, 143:5, 143:15, 144:1

## C

**C-A-D** [1] - 24:9
**C-o-r-d-e-r-o** [1] - 29:19
**CAD** [3] - 23:12, 24:8
**calculation** [1] - 50:11
**calendar** [2] - 117:25, 118:1

**Calle** [1] - 52:3
**calm** [1] - 127:21
**Canadian** [1] - 34:22
**cannot** [3] - 14:25, 50:9, 148:9
**car** [1] - 34:25
**card** [2] - 39:1, 41:20
**care** [5] - 17:5, 79:8, 79:11, 92:22, 104:18
**career** [1] - 31:3
**careful** [1] - 129:3
**carefully** [1] - 110:21
**Carlos** [1] - 135:9
**carry** [1] - 80:8
**carrying** [1] - 112:12
**CARTER** [1] - 1:7
**Carter** [45] - 4:2, 4:12, 36:22, 37:9, 38:24, 38:25, 39:5, 41:4, 42:12, 43:3, 43:17, 43:19, 43:21, 43:23, 44:1, 44:9, 44:11, 44:14, 44:23, 45:7, 45:14, 45:16, 47:6, 47:9, 48:10, 48:17, 59:19, 60:21, 63:23, 64:3, 64:8, 65:12, 67:19, 68:2, 72:19, 73:2, 73:5, 73:13, 73:16, 73:25, 112:1, 123:23, 129:12, 129:20
**case** [19] - 42:5, 47:19, 47:25, 53:7, 66:17, 66:23, 70:7, 118:7, 118:13, 126:18, 138:12, 144:15, 144:21, 147:20, 147:21, 149:1, 149:2, 150:4, 152:7
**Case** [4] - 4:3, 48:10, 67:19, 129:12
**CASE** [1] - 1:2
**categories** [4] - 59:2, 61:18, 61:20
**category** [6] - 58:5, 58:25, 59:1, 59:3, 59:16, 66:1
**caution** [1] - 128:23
**CBP** [25] - 30:13, 30:14, 30:15, 30:17, 30:18, 31:1, 31:4, 31:7, 32:5, 32:6, 32:8, 32:18, 32:19, 32:25, 33:1, 33:8, 33:10, 33:13, 33:18, 37:13, 39:14, 39:24, 41:25, 43:11, 45:6
**CBP's** [4] - 31:21,

33:22, 37:15, 37:19
**Center** [53] - 5:10, 5:17, 7:11, 9:9, 9:11, 9:17, 12:4, 12:10, 13:3, 13:10, 14:11, 15:3, 15:14, 16:2, 16:13, 16:18, 17:15, 17:18, 17:20, 17:25, 18:4, 18:6, 18:13, 18:18, 21:20, 22:7, 24:20, 27:2, 27:7, 27:11, 27:20, 52:17, 55:7, 55:8, 55:11, 56:14, 60:7, 62:14, 80:22, 80:25, 84:15, 84:17, 84:23, 88:2, 95:12, 105:20, 106:19, 106:22, 107:5, 115:5, 131:2, 131:24, 139:23
**center** [13] - 61:11, 66:8, 77:12, 79:8, 80:4, 81:3, 94:7, 94:16, 94:19, 94:21, 94:22, 107:7, 131:8
**certain** [3] - 11:19, 149:1, 152:7
**certainly** [7] - 119:5, 128:6, 128:10, 128:21, 138:21, 148:4, 152:4
**certify** [1] - 152:17
**chair** [1] - 109:11
**chairs** [2] - 67:1, 118:16
**challenged** [1] - 110:4
**challenging** [1] - 110:17
**chance** [1] - 7:4
**change** [1] - 122:23
**changed** [6] - 39:15, 39:20, 40:1, 40:4, 40:8, 122:16
**changing** [1] - 122:20
**character** [2] - 52:9, 52:20
**characterization** [2] - 123:7, 123:9
**characterize** [1] - 128:23
**characterized** [1] - 52:12
**characterizing** [1] - 126:8
**chart** [5] - 50:2, 50:7, 50:10, 50:14, 52:22
**checked** [2] - 35:10, 59:3

**checking** [1] - 45:4
**checks** [3] - 33:14, 33:15, 33:16
**cheeks** [5] - 89:8, 89:15, 99:11, 120:21, 120:25
**chest** [1] - 102:13
**child** [4] - 58:6, 60:4, 60:9, 64:20
**child's** [1] - 58:9
**children** [6] - 15:9, 23:13, 51:13, 104:18, 104:21, 114:2
**chores** [1] - 80:3
**chose** [1] - 143:18
**chosen** [1] - 39:10
**circle** [7] - 98:19, 99:4, 99:23, 100:11, 100:20, 101:19, 101:21
**circled** [3] - 61:2, 66:2, 99:5
**Circuit** [5] - 53:7, 68:9, 145:23, 145:24
**circuits** [1] - 68:13
**cite** [2] - 67:12, 127:13
**citizenship** [1] - 32:16
**city** [1] - 42:8
**claimed** [1] - 88:12
**clarify** [1] - 21:8
**class** [1] - 129:24
**clean** [2] - 77:8, 80:9
**cleaned** [1] - 80:7
**clear** [2] - 22:19, 119:14
**clearly** [1] - 109:23
**client** [2] - 127:1, 137:22
**clinic** [16] - 17:2, 78:12, 78:13, 78:14, 80:7, 93:6, 93:8, 93:10, 94:4, 94:5, 94:7, 94:9, 95:9, 95:10, 107:1, 107:3
**close** [2] - 43:10, 149:1
**closed** [12] - 23:14, 76:18, 105:1, 105:5, 105:8, 105:14, 105:19, 106:13, 106:23, 107:7, 131:2, 131:24
**closest** [1] - 145:24
**closing** [2] - 50:14, 51:2
**clothes** [5] - 76:19, 77:9, 89:6, 89:19, 112:17

**clothing** [1] - 104:21
**code** [3] - 42:5, 42:10, 42:11
**collage** [3] - 6:8, 6:20, 51:16
**collages** [1] - 51:12
**collected** [1] - 45:5
**coming** [10] - 5:24, 26:25, 32:19, 86:3, 87:16, 113:9, 124:16, 128:18, 128:20, 145:7
**commence** [1] - 151:11
**commencement** [2] - 149:2, 150:4
**commensurate** [1] - 52:1
**committing** [2] - 124:9, 124:10
**Communications** [1] - 33:25
**compared** [1] - 62:22
**competence** [1] - 62:23
**complete** [1] - 109:2
**complicated** [1] - 31:16
**complies** [7] - 58:21, 98:24, 99:24, 100:12, 100:21, 101:20, 101:23
**comply** [2] - 88:21, 127:17
**composite** [1] - 49:22
**compound** [4] - 19:3, 113:18, 131:17, 143:20
**compounded** [1] - 39:3
**comprised** [1] - 61:9
**computer** [2] - 31:13, 33:13
**computers** [1] - 32:19
**concerned** [1] - 125:25
**concerning** [1] - 125:20
**concluded** [1] - 152:13
**conclusive** [4] - 70:8, 70:14, 71:2, 71:10
**condition** [1] - 57:15
**condoms** [2] - 150:1, 150:15
**conduct** [5] - 138:12, 138:13, 138:19, 139:22, 140:2

conducted [1] - 56:6
confirm [2] - 43:8, 147:6
confront [1] - 128:16
consider [1] - 68:8
considering [1] - 38:15
consist [1] - 36:10
constantly [1] - 39:24
construct [1] - 67:6
contact [8] - 47:20, 66:18, 118:8, 131:14, 138:10, 139:9, 140:18, 144:16
contain [4] - 31:8, 51:11, 51:12, 62:19
contained [13] - 32:10, 34:11, 34:17, 37:11, 37:12, 41:7, 41:12, 42:3, 42:16, 44:24, 49:16, 63:16, 146:14
contemplates [1] - 50:2
content [2] - 52:21, 146:19
contents [3] - 50:8, 146:14, 146:17
continual [1] - 137:15
continually [1] - 137:17
continue [3] - 4:17, 90:9, 110:20
continued [1] - 90:11
continuously [1] - 9:18
contribute [1] - 52:21
control [4] - 35:9, 35:14, 41:1, 96:3
convenience [1] - 146:18
conveniently [2] - 50:9, 50:13
cooked [1] - 80:8
cooks [1] - 113:14
copy [4] - 19:16, 53:10, 68:10, 69:18
cord [1] - 103:12
Cordero [4] - 3:6, 29:14, 29:19, 38:6
CORDERO [1] - 29:15
corner [3] - 60:2, 60:20, 62:7
correct [101] - 5:7, 5:11, 7:8, 8:2, 8:25, 9:12, 10:15, 11:6,

11:14, 12:5, 14:5, 14:24, 15:3, 15:17, 16:8, 16:10, 17:13, 17:23, 20:8, 21:15, 63:12, 63:24, 64:23, 65:6, 65:9, 65:17, 68:15, 68:16, 70:2, 88:25, 104:10, 104:19, 104:22, 104:24, 105:1, 105:6, 106:20, 107:8, 107:15, 107:19, 108:2, 112:7, 112:10, 112:17, 112:20, 112:23, 112:25, 113:2, 113:7, 113:10, 113:13, 113:17, 114:6, 114:8, 116:6, 116:9, 116:12, 116:17, 125:22, 126:3, 130:14, 130:17, 130:24, 131:2, 131:5, 131:9, 131:12, 131:16, 132:1, 132:9, 132:17, 132:22, 133:2, 133:16, 133:18, 133:20, 133:22, 133:24, 134:3, 134:11, 134:19, 135:2, 135:5, 135:7, 135:9, 135:11, 135:13, 135:18, 135:20, 135:25, 136:13, 142:23, 143:11, 143:19, 144:4, 144:5, 144:8, 146:4, 149:20, 150:19, 150:20
correctly [5] - 23:11, 106:7, 115:2, 115:8, 124:12
cost [1] - 85:21
counsel [21] - 4:4, 5:22, 25:21, 35:17, 48:11, 48:25, 49:9, 67:20, 68:8, 68:10, 109:1, 110:14, 119:10, 121:1, 123:14, 126:7, 126:17, 129:13, 148:24, 149:6, 150:3
counsel's [2] - 119:21, 123:6
counsels' [1] - 4:8
count [3] - 87:20, 89:24, 113:6
country [8] - 52:10, 52:11, 52:21, 69:16, 69:25, 140:15, 141:5,

141:6
couple [1] - 147:10
course [3] - 37:15, 62:11, 89:18
courses [1] - 31:9
court [12] - 18:19, 21:11, 24:2, 28:19, 111:1, 117:22, 118:4, 128:19, 141:11, 142:20, 144:24, 145:2
COURT [240] - 1:1, 4:1, 4:9, 4:14, 4:16, 4:22, 4:25, 6:12, 7:14, 7:18, 8:4, 8:7, 8:20, 9:14, 10:12, 10:17, 10:23, 11:16, 12:22, 12:24, 13:19, 13:25, 14:7, 14:13, 14:21, 15:24, 16:16, 16:23, 18:15, 18:21, 19:5, 19:8, 19:24, 20:4, 20:6, 20:14, 20:19, 20:24, 21:2, 22:2, 22:16, 23:3, 23:24, 25:1, 25:7, 25:13, 25:17, 25:20, 25:25, 27:5, 27:22, 28:21, 28:24, 29:2, 29:11, 29:13, 29:16, 35:21, 37:23, 38:2, 38:4, 46:2, 47:14, 47:16, 47:18, 48:6, 48:9, 48:19, 48:21, 49:10, 49:15, 49:25, 51:3, 51:6, 51:8, 52:5, 53:10, 53:14, 54:1, 54:5, 54:10, 54:13, 54:16, 54:23, 56:9, 56:20, 57:1, 57:21, 57:25, 61:24, 62:24, 63:2, 64:6, 65:20, 65:22, 66:13, 66:16, 67:5, 67:18, 68:4, 68:14, 68:17, 68:23, 69:7, 69:20, 70:10, 70:15, 70:24, 71:6, 71:21, 73:3, 73:14, 74:1, 75:24, 77:15, 78:5, 78:18, 80:14, 83:13, 84:20, 85:7, 90:3, 91:9, 91:15, 92:25, 93:25, 96:22, 97:13, 97:17, 97:21, 98:12, 99:14, 99:19, 100:5, 101:1, 101:9, 102:6, 102:17, 102:22, 103:6, 103:17, 104:5, 105:3, 105:12, 105:16, 105:23, 106:17,

107:24, 108:17, 109:7, 109:19, 109:24, 110:3, 110:9, 110:12, 110:20, 110:24, 111:3, 111:23, 113:20, 114:15, 114:21, 116:3, 116:19, 116:21, 117:4, 117:7, 117:24, 118:5, 118:20, 119:1, 119:3, 121:3, 121:10, 124:20, 125:2, 125:7, 125:17, 127:6, 127:8, 127:11, 127:20, 127:23, 129:5, 129:8, 129:11, 129:22, 130:4, 131:19, 131:21, 132:4, 132:11, 132:24, 134:9, 134:17, 136:3, 136:22, 136:25, 138:4, 139:10, 139:14, 139:16, 140:13, 140:16, 141:3, 141:13, 142:11, 142:16, 143:4, 143:14, 143:22, 144:13, 145:11, 145:17, 145:20, 146:6, 147:2, 147:10, 147:17, 147:24, 148:2, 148:6, 148:11, 148:15, 148:22, 149:3, 149:5, 149:8, 149:13, 149:19, 150:6, 150:11, 150:14, 150:18, 151:2, 151:6, 151:12, 151:16, 151:24, 152:11
Court [30] - 2:1, 4:12, 19:16, 49:7, 49:12, 53:8, 53:19, 67:7, 68:8, 68:11, 69:3, 69:6, 69:13, 69:18, 69:22, 70:7, 70:8, 70:12, 70:17, 70:19, 70:24, 71:7, 126:3, 129:20, 148:25, 150:1, 150:2, 150:4, 151:13, 152:22
COURTROOM [1] - 71:15
courtroom [15] - 4:20, 48:4, 54:11, 67:3, 71:4, 72:21, 73:7, 73:18, 118:18, 118:24, 127:12, 127:18, 130:2, 145:9, 145:18

crack [1] - 97:6
cream [3] - 103:14, 121:21, 125:14
create [1] - 31:4
created [2] - 34:5, 35:1
creates [1] - 35:11
Creche [1] - 60:23
Creole [3] - 63:24, 64:1, 120:15
criminal [1] - 70:7
criteria [4] - 38:12, 40:16, 40:18, 46:7
Cross [1] - 3:3
cross [13] - 26:9, 28:10, 28:12, 34:25, 47:14, 48:23, 63:2, 104:5, 128:7, 128:21, 128:25, 141:1, 150:10
CROSS [3] - 5:3, 63:3, 104:7
cross-examination [8] - 26:9, 28:10, 28:12, 47:14, 48:23, 63:2, 104:5, 141:1
CROSS-EXAMINATION [3] - 5:3, 63:3, 104:7
cross-examine [3] - 128:7, 128:21, 128:25
cross-examined [1] - 150:10
crosses [2] - 34:20, 35:13
crossing [10] - 34:18, 34:19, 35:2, 35:3, 35:12, 35:15, 36:11, 39:11, 39:21, 46:8
CRR [2] - 2:1, 152:21
cruise [1] - 35:8
current [1] - 30:17
Customs [8] - 30:7, 30:8, 30:10, 30:11, 30:13, 34:5, 34:6, 39:24

## D

D'abandon [1] - 58:22
dad [2] - 95:9, 114:3
dad's [2] - 106:13, 106:16
Dade [1] - 129:24
Dadeland [1] - 1:24
Dadou [8] - 88:20, 88:21, 88:22, 88:24, 98:16, 99:8, 99:9

**Dadou's** [1] - 99:6
**daily** [1] - 108:10
**data** [10] - 34:19, 35:2, 35:4, 36:11, 38:13, 39:11, 39:14, 39:21, 46:8
**databases** [4] - 31:8, 34:9, 36:8, 36:14
**date** [37] - 21:22, 22:1, 22:4, 22:14, 32:12, 32:13, 32:15, 36:22, 37:1, 39:8, 39:22, 40:24, 41:4, 41:8, 43:18, 44:10, 46:12, 58:16, 59:13, 64:12, 64:17, 64:24, 65:5, 65:8, 66:3, 69:8, 74:5, 74:7, 88:7, 89:23, 94:15, 111:16, 111:17, 126:9, 132:18, 149:1
**DATE** [1] - 152:21
**Date** [2] - 99:25, 100:14
**dated** [1] - 64:25
**dates** [9] - 22:10, 22:20, 22:23, 40:23, 40:24, 46:14, 64:20, 133:11, 143:8
**David** [4] - 88:25, 98:17, 120:24
**DAWN** [2] - 29:15, 29:18
**Dawn** [2] - 3:6, 29:18
**days** [30] - 9:20, 22:12, 32:20, 96:9, 96:11, 115:10, 115:20, 115:25, 116:8, 117:12, 119:17, 122:14, 122:16, 122:19, 124:12, 124:13, 128:7, 130:12, 130:16, 131:1, 131:23, 138:7, 140:9, 140:21, 140:24, 141:7, 141:23, 142:8, 143:10, 147:10
**DC** [1] - 1:19
**de** [5] - 58:9, 58:15, 58:16, 59:6, 59:11
**dealing** [1] - 51:21
**December** [1] - 135:22
**decision** [2] - 145:22, 145:24
**deep** [1] - 128:4
**defend** [1] - 30:16
**DEFENDANT** [1] - 1:20

**Defendant** [94] - 26:10, 26:13, 28:2, 28:13, 73:2, 73:13, 73:24, 74:12, 75:1, 75:4, 75:8, 75:11, 75:15, 76:2, 76:4, 76:6, 76:13, 79:8, 79:19, 79:25, 81:8, 81:14, 81:17, 82:4, 82:7, 82:8, 82:10, 82:13, 82:15, 83:4, 83:7, 83:10, 83:21, 84:3, 84:5, 84:8, 84:18, 86:9, 86:23, 87:1, 87:6, 87:9, 87:18, 87:23, 88:2, 89:5, 89:6, 89:10, 89:15, 89:20, 90:9, 90:13, 91:17, 92:13, 93:17, 93:20, 94:9, 94:25, 95:6, 95:8, 95:12, 95:14, 95:15, 96:6, 96:10, 97:7, 97:10, 99:11, 101:25, 102:14, 102:20, 102:25, 119:15, 119:17, 119:19, 120:19, 123:4, 124:7, 125:18, 125:20, 125:24, 126:1, 126:2, 126:4, 128:1, 128:3, 128:10, 138:10, 138:17, 139:1, 139:9, 145:25
**defendant** [1] - 1:8
**Defendant's** [10] - 21:2, 21:3, 76:8, 93:2, 96:17, 96:18, 97:2, 124:11, 138:13, 138:16
**defense** [21] - 25:21, 35:17, 48:25, 49:9, 68:7, 68:10, 110:5, 110:13, 119:10, 119:21, 121:1, 123:6, 123:14, 126:7, 126:17, 146:25, 148:17, 148:24, 149:2, 150:3, 151:18
**defense's** [1] - 149:24
**degree** [1] - 30:1
**denial** [2] - 137:14, 137:15
**denials** [1] - 119:11
**denied** [12] - 117:14, 117:15, 125:11, 131:4, 131:7, 132:21, 134:1, 134:13, 136:18, 137:10,

137:21
**denying** [1] - 147:6
**depart** [2] - 44:19, 46:25
**departed** [4] - 34:15, 34:16, 69:16, 69:25
**departing** [12] - 30:21, 31:18, 32:2, 32:24, 40:25, 42:1, 42:11, 42:22, 43:10, 43:13, 44:1, 45:21
**DEPARTMENT** [1] - 1:17
**Department** [1] - 34:6
**departure** [2] - 32:12, 45:6
**depicted** [1] - 60:9
**deposition** [1] - 147:12
**depositions** [3] - 53:15, 147:5, 147:7
**DEPUTY** [1] - 71:15
**describe** [9] - 56:3, 58:2, 61:14, 72:23, 73:9, 73:20, 77:5, 86:18, 92:16
**described** [6] - 87:22, 94:11, 97:1, 115:4, 134:23, 142:14
**Destine** [1] - 59:25
**destroyed** [1] - 15:5
**detail** [7] - 39:17, 39:18, 39:20, 39:23, 40:7, 141:4
**detailed** [1] - 31:16
**details** [5] - 11:10, 11:12, 11:19, 32:17, 40:11
**determine** [2] - 43:2, 51:25
**developing** [1] - 31:13
**device** [4] - 47:24, 66:22, 118:12, 144:20
**Dey** [1] - 91:3
**Diane** [2] - 59:8, 59:9
**differ** [1] - 147:14
**difference** [1] - 113:14
**different** [8] - 20:22, 34:10, 59:2, 124:25, 125:2, 125:20, 129:2, 145:25
**differently** [2] - 20:13, 20:22
**difficult** [4] - 6:4, 15:1, 15:7, 110:1
**difficulties** [3] - 61:13, 66:11

**difficulty** [2] - 109:25, 110:17
**Direct** [1] - 3:3
**DIRECT** [3] - 29:20, 54:17, 71:22
**direct** [5] - 55:5, 105:5, 116:25, 137:11, 137:23
**directed** [2] - 109:24, 110:5
**directing** [20] - 35:25, 37:2, 38:8, 38:22, 40:21, 41:6, 41:21, 42:15, 43:15, 44:5, 44:7, 45:12, 46:16, 46:17, 47:4, 60:2, 60:11, 60:25, 65:25
**Director** [1] - 60:21
**disagree** [2] - 123:6, 123:8
**disclose** [10] - 23:18, 23:19, 23:21, 123:5, 124:7, 138:9, 140:24, 143:16, 143:18, 144:4
**disclosed** [8] - 119:18, 124:12, 138:25, 139:4, 139:8, 140:21, 142:1, 144:8
**disclosures** [1] - 124:6
**discovery** [1] - 139:4
**discuss** [10] - 47:19, 66:17, 118:7, 118:21, 118:22, 140:18, 144:15, 145:12, 145:13
**discussed** [1] - 136:8
**discussion** [1] - 149:6
**discussions** [2] - 9:7, 139:25
**display** [2] - 33:16, 43:9
**dispute** [1] - 124:5
**disregard** [1] - 146:20
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DIVISION** [1] - 1:2
**docket** [1] - 130:6
**Docket** [2] - 69:10, 147:7
**doctor** [1] - 17:5
**document** [25] - 8:13, 32:15, 35:11, 38:8, 41:15, 42:24, 58:4, 58:8, 60:3, 60:11, 60:15, 60:25,

61:15, 62:2, 63:9, 63:14, 63:17, 64:1, 64:10, 64:14, 64:23, 65:5, 65:11, 101:11, 126:16
**documents** [15] - 36:1, 37:3, 37:11, 37:12, 49:12, 51:22, 56:5, 62:10, 62:12, 63:12, 146:11, 146:13, 146:17, 146:20
**dollar** [1] - 14:16
**dollars** [1] - 88:13
**Dominique** [1] - 149:22
**Donald** [1] - 133:18
**done** [3] - 48:23, 65:4, 119:18
**door** [5] - 92:18, 116:24, 117:13, 117:20, 119:6
**doors** [1] - 92:21
**doorway** [1] - 92:18
**dossier** [2] - 58:9, 58:10
**down** [14] - 23:14, 29:11, 34:22, 40:22, 47:16, 59:5, 63:19, 64:24, 66:13, 76:18, 82:24, 87:3, 91:23, 92:3
**dozen** [2] - 50:4, 50:12
**drawer** [1] - 56:13
**dress** [1] - 77:8
**dressed** [1] - 63:7
**dropped** [3] - 9:2, 9:5, 91:25
**Du** [1] - 59:17
**during** [10] - 17:25, 26:15, 62:10, 90:4, 95:14, 106:25, 107:3, 113:4, 120:18, 123:5
**duties** [1] - 30:19
**Dynasty** [1] - 75:5

**E**

**e-mail** [1] - 53:11
**earthquake** [29] - 11:20, 11:23, 11:25, 12:3, 12:17, 13:4, 15:1, 15:19, 16:5, 16:12, 16:18, 28:13, 69:5, 69:8, 69:14, 69:23, 70:20, 70:23, 70:25, 71:8, 88:9, 90:7, 90:8, 90:10,

94:12, 94:14, 97:3, 97:5
**eat** [3] - 14:17, 24:23, 26:19
**eating** [1] - 77:10
**education** [1] - 104:21
**educational** [1] - 29:24
**Edwards** [1] - 152:21
**EDWARDS** [2] - 2:1, 152:21
**effectively** [1] - 35:1
**either** [10] - 35:5, 35:9, 40:24, 47:19, 66:17, 110:12, 118:7, 128:2, 144:15, 146:6
**ejaculate** [1] - 82:11
**electrical** [1] - 103:12
**electronic** [1] - 35:6
**electronically** [1] - 33:9
**Eleventh** [3] - 53:7, 145:23, 145:24
**elicited** [1] - 119:7
**embarrassed** [2] - 141:25, 142:5
**employed** [3] - 30:4, 30:6, 30:8
**end** [5] - 20:17, 79:4, 106:10, 106:11, 142:6
**ended** [1] - 77:10
**enforcement** [22] - 21:18, 21:19, 22:11, 22:13, 23:1, 49:2, 120:14, 120:18, 120:23, 122:6, 122:8, 123:9, 123:13, 123:17, 123:19, 124:2, 126:10, 126:12, 138:21, 138:22, 139:7, 139:8
**Enforcement** [1] - 33:25
**engage** [4] - 138:13, 138:17, 138:19, 139:2
**engaged** [1] - 130:13
**engaging** [1] - 134:13
**English** [5] - 51:21, 55:14, 61:5, 66:7, 120:13
**enjoy** [3] - 19:19, 67:2
**enter** [2] - 36:5, 91:17
**entered** [15] - 4:20, 38:1, 40:16, 46:8, 53:1, 54:11, 57:23,

61:11, 64:16, 64:17, 66:3, 66:8, 71:4, 130:2
**entering** [1] - 36:6
**entire** [1] - 33:13
**entirely** [2] - 61:15, 119:9
**entitled** [6] - 19:23, 50:3, 66:1, 124:14, 128:6, 152:18
**entry** [1] - 59:13
**Entry** [2] - 69:10, 147:7
**equivalent** [1] - 34:20
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**estimate** [1] - 106:24
**estimation** [1] - 148:14
**ethical** [1] - 110:5
**Etre** [4] - 21:17, 81:4, 107:12, 112:4
**evening** [1] - 120:7
**event** [5] - 39:2, 88:8, 88:9, 123:6, 123:11
**eventually** [1] - 106:5
**Evidence** [1] - 70:3
**evidence** [18] - 6:15, 12:20, 38:1, 52:10, 52:14, 52:19, 52:24, 53:1, 56:8, 57:19, 57:24, 98:14, 103:3, 105:21, 106:15, 146:12, 146:14, 150:12
**EVIDENCE** [1] - 3:11
**evolved** [1] - 152:7
**exact** [6] - 21:21, 32:23, 88:7, 89:23, 111:16, 133:8
**exactly** [2] - 5:19, 96:20
**EXAMINATION** [8] - 5:3, 26:1, 29:20, 54:17, 63:3, 65:23, 71:22, 104:7
**examination** [14] - 26:9, 28:10, 28:12, 47:14, 48:23, 52:14, 63:2, 104:5, 105:6, 116:25, 137:11, 137:23, 141:1, 146:13
**examine** [3] - 128:7, 128:21, 128:25
**examined** [3] - 50:10, 50:13, 150:10
**examiner** [1] - 65:14

**example** [2] - 35:13, 138:17
**exchange** [3] - 83:21, 84:9, 139:2
**exculpatory** [1] - 122:24
**excuse** [1] - 148:16
**excused** [5] - 29:12, 47:17, 66:15, 119:1, 145:17
**executed** [1] - 60:5
**execution** [1] - 60:6
**exhausted** [1] - 140:12
**exhibit** [24] - 6:24, 7:23, 8:4, 8:11, 40:19, 40:21, 49:20, 49:21, 51:15, 57:11, 98:17, 101:16, 146:6, 148:8, 149:24, 150:3, 150:7, 150:8, 151:10, 151:13, 151:19, 151:21, 151:22, 152:9
**Exhibit** [81] - 3:12, 3:13, 3:13, 5:21, 6:3, 6:17, 6:22, 7:2, 7:5, 7:8, 7:10, 7:24, 8:9, 25:23, 26:4, 35:24, 36:19, 36:23, 37:25, 38:7, 40:13, 43:15, 44:6, 45:11, 46:1, 46:5, 46:17, 47:5, 49:18, 49:22, 50:4, 50:16, 50:25, 51:7, 51:11, 51:20, 52:15, 52:25, 56:8, 56:19, 56:22, 57:4, 57:14, 57:19, 57:22, 57:23, 58:3, 62:3, 64:10, 65:25, 77:14, 77:19, 78:4, 78:8, 78:17, 78:21, 80:13, 80:16, 93:24, 94:2, 97:20, 97:24, 98:11, 98:15, 99:17, 100:4, 100:7, 100:13, 100:18, 100:25, 101:4, 103:4, 103:16, 103:19, 107:17, 111:8, 146:3, 146:7, 146:9, 151:9
**Exhibits** [6] - 35:19, 37:22, 37:24, 49:14, 52:6, 68:21
**exhibits** [30] - 6:14, 7:17, 36:1, 36:4, 36:9, 37:3, 49:6, 49:8, 49:10, 49:19, 49:21, 49:23, 50:2, 51:10, 51:21, 51:23, 51:24, 52:7, 52:9, 52:16,

52:21, 52:24, 53:3, 62:11, 149:25, 151:8, 151:18, 151:25, 152:5
**EXHIBITS** [1] - 3:11
**exited** [4] - 48:4, 67:3, 118:18, 145:9
**expect** [1] - 148:2
**expert** [1] - 65:16
**explain** [3] - 28:8, 79:11, 146:16
**explained** [3] - 21:16, 115:11, 141:19
**expressions** [1] - 109:21
**extended** [1] - 145:3
**extension** [2] - 103:12
**extent** [1] - 51:23
**extra** [4] - 14:17, 17:9, 26:15, 26:16

**F**

**F.3d** [3] - 53:6, 67:13, 145:22
**face** [9] - 96:14, 96:16, 102:13, 108:13, 109:12, 115:16, 142:7
**facility** [1] - 35:9
**facing** [1] - 142:6
**fact** [31] - 8:15, 23:21, 45:7, 52:7, 64:19, 69:23, 70:8, 70:12, 70:14, 71:1, 71:9, 109:17, 113:12, 116:8, 116:11, 116:14, 119:18, 122:25, 124:9, 125:11, 126:18, 128:7, 129:1, 131:1, 131:4, 131:7, 131:11, 131:15, 131:24, 132:21, 140:22
**factors** [1] - 31:19
**factory** [2] - 134:24, 140:3
**facts** [2] - 69:4, 69:13
**factual** [2] - 53:20, 147:18
**factually** [1] - 147:23
**fair** [2] - 5:18, 12:1
**fairness** [1] - 55:2
**FAIT** [1] - 65:1
**faith** [8] - 136:1, 136:21, 136:25, 137:9, 137:18, 139:24, 139:25, 141:2

**fallen** [1] - 91:22
**familiar** [4] - 31:21, 33:22, 62:7, 62:9
**family** [6] - 10:9, 15:2, 61:9, 76:18, 77:4, 113:13
**family's** [1] - 15:5
**far** [14] - 27:2, 27:8, 27:11, 27:12, 78:1, 125:25, 126:24, 128:11, 128:12, 128:14, 141:1, 147:20, 150:12
**father** [9] - 61:9, 72:14, 95:6, 95:8, 95:11, 104:16, 104:24, 106:25, 107:3
**father's** [2] - 59:11, 72:16
**February** [5] - 1:5, 45:12, 46:15, 69:16, 69:25
**fed** [1] - 79:13
**federal** [5] - 107:7, 107:12, 107:14, 112:4, 112:13
**Federal** [1] - 132:8
**fell** [2] - 34:6, 92:4
**felt** [1] - 92:1
**few** [9] - 18:1, 112:17, 115:5, 115:17, 116:8, 118:5, 119:17, 124:12, 132:19
**field** [1] - 54:22
**fifth** [1] - 44:6
**file** [8] - 53:18, 56:13, 57:9, 57:10, 57:12, 63:11, 148:20
**filing** [1] - 53:25
**fill** [2] - 61:20, 61:21
**filled** [1] - 63:14
**final** [3] - 150:6, 150:7, 150:8
**finalized** [1] - 150:3
**finally** [1] - 119:18
**financial** [4] - 61:13, 66:10, 95:19
**fine** [5] - 19:18, 34:8, 63:7, 80:23, 80:24
**finger** [1] - 65:1
**finished** [2] - 93:20, 103:24
**first** [80] - 8:17, 9:17, 23:1, 23:7, 23:12, 23:19, 23:22, 23:25, 24:4, 24:11, 32:15, 35:25, 36:3, 36:9, 36:15, 36:22, 36:25, 37:7, 38:10, 39:6,

39:22, 40:15, 40:18, 41:3, 41:4, 45:14, 46:4, 46:11, 46:19, 53:18, 53:23, 58:11, 58:12, 59:1, 59:14, 59:19, 60:14, 74:12, 75:1, 75:8, 81:17, 81:20, 83:14, 84:15, 87:22, 96:5, 100:13, 100:17, 115:8, 115:14, 115:18, 115:22, 116:15, 117:9, 120:18, 121:4, 123:3, 123:5, 123:7, 124:21, 130:12, 130:19, 131:5, 131:7, 131:14, 131:23, 132:8, 132:19, 137:12, 138:8, 138:11, 140:20, 141:18, 141:19, 142:17, 142:18, 143:18, 144:8, 147:4, 151:1

**five** [2] - 50:19, 51:15
**flag** [1] - 150:2
**flashlight** [1] - 91:21
**Fleurieu** [2] - 75:5, 75:6
**flew** [3] - 136:9, 136:12, 142:9
**flight** [19] - 32:3, 32:11, 32:12, 32:14, 40:25, 41:8, 42:7, 42:8, 42:17, 43:4, 43:10, 43:23, 44:16, 44:23, 45:6, 45:18, 46:22, 47:6, 47:10
**FLL** [1] - 42:11
**Floor** [2] - 2:2, 152:22
**Flores** [1] - 4:8
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:16, 1:22, 1:25, 2:3, 152:23
**fly** [1] - 45:8
**focus** [1] - 6:5
**folder** [3] - 57:12, 58:4, 58:9
**follow** [1] - 39:4
**following** [23] - 4:21, 19:9, 21:10, 22:17, 24:1, 48:5, 48:8, 54:12, 67:4, 67:17, 71:5, 109:8, 110:25, 116:22, 118:3, 118:19, 118:25, 129:10, 130:3, 136:23, 141:10,

145:10, 145:19
**food** [3] - 17:9, 76:19, 104:21
**foot** [1] - 27:18
**FOR** [3] - 1:14, 1:20, 3:4
**force** [2] - 16:10, 18:10
**forced** [4] - 28:17, 83:3, 87:11, 128:9
**foregoing** [1] - 152:17
**foreign** [8] - 52:8, 52:10, 52:11, 52:20, 53:15, 147:5, 147:6, 147:12
**foreigner** [1] - 75:12
**foreigners** [1] - 93:12
**forgotten** [1] - 139:10
**form** [4] - 28:20, 50:10, 91:8, 126:8
**formally** [1] - 149:17
**Former** [1] - 69:4
**former** [1] - 136:13
**forms** [1] - 150:23
**Fort** [2] - 42:11, 42:13
**forth** [2] - 127:12, 127:24
**forward** [4] - 123:3, 128:5, 129:22, 148:17
**forwarded** [1] - 32:21
**Foundation** [2] - 76:7, 78:2
**four** [5] - 50:19, 59:2, 72:10, 150:13, 151:1
**Fourth** [1] - 1:15
**fourth** [4] - 42:15, 44:5, 66:4, 98:3
**frame** [4] - 27:4, 70:22, 91:14, 129:3
**France** [3] - 55:16, 55:17, 55:19
**Francis** [3] - 53:6, 67:13, 145:22
**frankly** [1] - 127:25, 137:19
**free** [1] - 18:4
**French** [12] - 51:22, 55:14, 55:15, 55:22, 56:1, 56:6, 58:4, 60:23, 64:1, 64:2, 64:3, 64:8
**French-language** [1] - 56:1
**French-speaking** [1] - 55:22

**Friday** [3] - 148:18, 149:7, 151:13
**friends** [1] - 113:3
**front** [9] - 56:12, 69:5, 77:17, 92:22, 95:4, 108:8, 112:9, 127:24, 128:2
**full** [2] - 29:17, 79:6
**full-time** [1] - 79:6
**functional** [1] - 34:20
**furthermore** [1] - 119:9

## G

**gadgets** [2] - 83:24
**gate** [4] - 43:13, 108:22, 111:7, 111:8
**gathered** [2] - 44:25, 45:1
**gender** [2] - 32:16, 39:23
**general** [9] - 30:15, 31:7, 32:10, 33:18, 34:8, 39:20, 40:1, 40:4, 40:22
**generally** [4] - 58:3, 61:17, 62:3, 109:25
**generated** [2] - 37:6, 37:8
**gentleman** [3] - 108:9, 108:11, 108:12
**gentlemen** [10] - 4:23, 71:7, 74:11, 80:21, 85:12, 86:18, 102:3, 130:5, 146:2, 146:8
**gestures** [1] - 86:17
**given** [2] - 120:1, 120:5
**glares** [1] - 127:1
**glaring** [1] - 126:21
**good-faith** [8] - 136:1, 136:21, 136:25, 137:9, 137:18, 139:24, 139:25, 141:2
**goodnight** [2] - 86:2, 120:7
**gourdes** [5] - 26:15, 26:16, 26:18, 26:20, 26:23
**governing** [1] - 146:14
**government** [6] - 116:8, 116:11, 116:14, 131:14, 131:25, 143:2
**Government** [75] -

50:14, 50:20, 51:17, 53:14, 54:8, 57:18, 63:1, 67:8, 81:5, 96:6, 96:8, 96:10, 104:10, 107:14, 107:18, 107:19, 108:2, 110:18, 115:9, 115:18, 115:24, 116:5, 116:25, 117:7, 119:7, 121:4, 122:14, 122:17, 124:5, 125:10, 126:6, 126:7, 126:11, 126:19, 126:20, 126:22, 127:25, 128:3, 128:8, 130:13, 130:24, 131:23, 132:8, 132:14, 133:4, 133:9, 133:12, 136:16, 137:5, 137:7, 137:12, 137:16, 137:25, 138:9, 138:11, 139:18, 140:7, 140:10, 140:15, 141:2, 141:6, 141:15, 142:25, 145:14, 146:23, 147:17, 147:22, 148:13, 148:20, 148:23, 148:25, 149:9, 149:23, 151:13, 152:6
**GOVERNMENT** [4] - 1:14, 3:4, 29:15, 71:14
**Government's** [85] - 3:12, 3:13, 3:13, 5:21, 6:3, 6:17, 6:22, 7:1, 7:5, 7:8, 7:10, 7:23, 8:9, 25:22, 26:4, 35:18, 35:23, 36:19, 36:23, 37:22, 37:23, 37:25, 38:7, 40:12, 43:15, 44:6, 45:11, 46:1, 46:4, 46:16, 47:4, 49:14, 50:3, 50:16, 50:25, 51:7, 51:10, 51:20, 52:6, 52:25, 56:8, 56:18, 56:22, 57:4, 57:14, 57:19, 57:21, 57:23, 58:3, 62:2, 64:10, 65:25, 68:21, 77:14, 77:18, 78:3, 78:8, 78:16, 78:20, 80:12, 80:16, 93:23, 94:2, 95:24, 97:19, 97:24, 98:11, 98:15, 99:17, 100:3, 100:7, 100:13, 100:17, 100:24, 101:3, 103:4, 103:16, 103:19, 117:21,

119:3, 140:25, 147:15, 149:1, 151:7, 151:20
**Governments's** [1] - 147:11
**grade** [1] - 98:3
**granting** [1] - 69:11
**Greatest** [50] - 3:8, 69:1, 71:13, 71:18, 72:1, 75:4, 78:7, 78:21, 79:1, 80:17, 81:13, 82:18, 83:1, 83:19, 84:24, 85:17, 86:12, 88:1, 88:6, 88:16, 88:24, 89:20, 90:9, 90:13, 90:25, 91:18, 93:2, 94:2, 94:16, 95:6, 95:21, 95:23, 96:17, 97:23, 98:14, 99:21, 100:8, 101:24, 103:8, 103:19, 119:13, 119:22, 120:17, 120:19, 120:23, 121:15, 123:22, 124:9, 124:11, 148:8
**GREATEST** [2] - 71:14, 71:19
**greatest** [8] - 72:3, 72:19, 73:5, 73:16, 74:3, 76:2, 76:24, 77:17
**grounds** [1] - 132:10
**group** [9] - 8:1, 8:10, 133:13, 135:1, 139:20, 139:21, 140:1, 140:2, 144:2
**grouping** [1] - 63:11
**growing** [1] - 82:24
**guess** [2] - 148:4, 151:8
**guy** [11] - 119:21, 119:22, 120:1, 120:3, 120:4, 120:7, 120:10, 120:11
**guys** [1] - 96:4
**GX** [1] - 51:3

## H

**habit** [4] - 82:17, 84:10, 84:13, 89:23
**habits** [1] - 87:21
**Haiti** [21] - 17:22, 18:3, 42:9, 44:4, 44:22, 45:24, 47:3, 69:5, 69:14, 69:16, 69:23, 69:25, 70:25, 71:8, 72:4, 72:7,

72:18, 75:7, 90:7, 94:12, 104:17

**Haitian** [12] - 21:19, 23:13, 23:17, 55:9, 58:17, 93:12, 95:19, 107:15, 107:18, 112:13, 120:15

**Haitian-run** [1] - 23:13

**half** [1] - 27:24

**hand** [9] - 17:3, 60:2, 60:19, 62:6, 82:2, 82:4, 91:21, 101:5

**handed** [3] - 19:16, 26:3, 57:3

**handing** [1] - 6:17

**handwriting** [4] - 61:1, 62:3, 65:14, 65:17

**handwritten** [2] - 61:16, 61:19

**hanging** [3] - 56:13, 57:9, 57:10

**happy** [2] - 6:5, 101:4

**hard** [2] - 89:22, 138:2

**hear** [6] - 28:25, 106:7, 115:2, 115:8, 117:21, 119:3

**heard** [3] - 91:25, 146:2, 146:8

**hearsay** [12] - 18:14, 19:6, 24:25, 25:5, 116:18, 122:12, 126:9, 128:18, 131:18, 134:8, 134:15, 136:20

**help** [4] - 23:23, 24:6, 24:9, 146:16

**helped** [1] - 17:2

**helping** [3] - 16:12, 17:7, 17:9

**helps** [1] - 128:2

**hereby** [1] - 152:17

**hi** [1] - 75:14

**hiding** [1] - 88:18

**highlighted** [2] - 61:2, 69:19

**history** [4] - 34:14, 58:6, 64:20, 66:5

**hit** [6] - 92:2, 102:9, 102:12, 102:15, 102:20, 102:25

**hold** [1] - 142:22

**home** [21] - 9:8, 10:1, 10:3, 10:7, 10:9, 10:14, 10:20, 11:3, 11:6, 12:7, 76:4, 76:8, 76:18, 88:22, 93:15,

105:24, 106:2, 119:25, 120:24

**Homeland** [1] - 55:25

**honestly** [1] - 127:3

**Honor** [90] - 4:6, 4:10, 4:19, 5:2, 6:11, 7:16, 19:7, 20:5, 22:15, 22:19, 25:15, 25:16, 25:18, 25:24, 28:22, 29:9, 35:20, 37:21, 38:3, 45:25, 47:12, 48:13, 48:16, 48:20, 49:13, 49:17, 50:1, 51:10, 53:17, 54:3, 54:15, 54:22, 56:7, 56:19, 56:25, 57:18, 57:20, 62:25, 65:19, 66:12, 67:22, 67:25, 68:6, 68:20, 70:18, 71:12, 71:20, 73:1, 73:12, 73:23, 77:13, 97:16, 97:18, 99:18, 103:15, 104:3, 109:14, 110:10, 110:17, 110:18, 119:2, 122:2, 122:22, 123:11, 125:23, 127:22, 129:15, 129:18, 130:9, 132:2, 136:1, 137:6, 138:8, 138:15, 139:13, 139:19, 140:19, 143:13, 146:5, 147:1, 147:9, 147:21, 148:1, 148:4, 148:19, 149:23, 150:16, 151:4, 151:17, 152:3

**HONORABLE** [1] - 1:10

**Hope** [4] - 4:13, 48:18, 68:2, 129:21

**HOROWITZ** [92] - 1:23, 4:10, 4:19, 5:2, 5:4, 5:25, 6:2, 6:11, 6:13, 6:16, 7:16, 7:19, 8:6, 8:8, 8:23, 9:16, 10:13, 10:19, 11:1, 11:18, 12:23, 13:1, 13:17, 13:21, 14:3, 14:9, 14:18, 14:22, 16:1, 16:4, 16:17, 17:1, 18:16, 18:22, 19:7, 19:11, 19:25, 20:12, 20:16, 20:21, 21:1, 21:8, 21:12, 22:5, 22:25, 23:6, 23:8, 23:25, 24:3, 25:2, 25:9, 25:15, 27:4, 27:21, 28:20,

28:22, 28:25, 50:1, 53:2, 53:11, 57:20, 61:23, 62:23, 63:4, 64:5, 64:7, 65:19, 65:21, 83:12, 90:2, 91:9, 91:13, 92:24, 96:21, 97:12, 99:12, 102:5, 102:16, 102:21, 117:21, 129:18, 146:25, 147:14, 147:20, 148:1, 150:8, 150:12, 150:16, 150:20, 151:4, 151:20, 152:1

**Horowitz** [8] - 4:11, 4:18, 5:1, 48:17, 67:6, 68:1, 110:4, 129:19

**hour** [5] - 27:27, 27:24, 32:23, 32:24, 148:16

**house** [26] - 9:22, 10:2, 15:5, 77:10, 77:11, 77:12, 77:24, 77:25, 78:15, 78:25, 79:16, 81:7, 81:11, 81:22, 83:14, 89:4, 93:13, 94:8, 97:5, 108:8, 112:7, 112:10, 112:15, 113:15, 115:11, 120:12

**houses** [1] - 16:13

**hug** [1] - 86:1

**hunger** [1] - 77:9

**hurt** [1] - 92:1

## I

**I-B-R-S** [1] - 23:16

**IBRS** [1] - 23:16

**identification** [5] - 25:22, 26:4, 35:18, 49:13, 57:4

**identified** [4] - 9:25, 73:2, 73:13, 73:24

**identifiers** [1] - 32:14

**identify** [1] - 31:19

**illicit** [2] - 138:13, 138:19

**imagine** [1] - 148:9

**immediately** [6] - 35:16, 48:1, 66:24, 112:6, 118:14, 144:22

**imp** [1] - 59:24

**impeach** [4] - 123:15, 124:14, 128:21, 128:25

**impeachable** [1] - 121:2

**impeached** [1] -

122:6

**impeaching** [2] - 122:10, 122:11

**impression** [2] - 126:15, 126:16

**impromptu** [1] - 139:6

**improper** [13] - 107:4, 116:16, 117:14, 117:15, 121:5, 124:24, 125:2, 129:1, 131:8, 131:11, 131:25, 132:8, 134:13

**IN** [1] - 3:11

**inaccurate** [1] - 122:21

**inadmissible** [1] - 49:8

**inappropriate** [1] - 126:14

**incident** [4] - 89:25, 94:11, 97:1, 120:3

**inclined** [2] - 70:9, 70:17, 150:5

**include** [4] - 36:14, 38:13, 38:16, 39:5

**included** [1] - 34:3

**including** [4] - 47:23, 66:21, 118:11, 144:19

**inconsistencies** [1] - 121:1

**inconsistency** [1] - 119:8

**inconsistent** [3] - 117:18, 119:7, 128:14

**inconsistently** [1] - 19:12

**incorporate** [1] - 53:24

**inculpatory** [1] - 122:25

**indicate** [3] - 39:1, 69:22, 138:5

**indicated** [4] - 104:9, 124:20, 147:5, 147:17

**indicates** [2] - 41:14, 41:16

**indicator** [1] - 43:1

**indicia** [1] - 138:19

**individual** [7] - 31:5, 33:14, 34:20, 35:13, 36:21, 36:25, 39:3

**individuals** [4] - 34:17, 133:13, 133:24, 135:20

**Infant** [1] - 58:5

**Information** [1] - 31:24

**information** [53] - 32:6, 32:8, 32:10,

32:18, 32:19, 32:21, 32:25, 33:1, 33:8, 33:10, 33:12, 33:18, 33:20, 34:10, 34:11, 34:17, 35:3, 35:5, 35:14, 37:11, 37:12, 37:13, 38:18, 39:13, 39:16, 39:18, 40:5, 40:11, 41:7, 41:10, 41:11, 41:12, 42:3, 42:16, 43:11, 44:25, 45:1, 45:5, 49:16, 50:22, 58:23, 59:16, 59:18, 61:17, 61:21, 61:22, 62:2, 62:4, 63:16, 63:19, 115:23, 122:23, 141:25

**informed** [3] - 122:17, 128:8, 129:23

**inquire** [1] - 125:9

**inquiry** [6] - 125:7, 126:6, 136:2, 136:21, 137:7, 138:8

**inside** [9] - 57:8, 57:12, 78:25, 80:8, 92:19, 92:22, 97:4, 97:6

**instance** [2] - 34:14, 119:20

**instead** [2] - 41:17, 68:8

**instruct** [10] - 48:1, 66:24, 69:21, 70:7, 70:13, 70:24, 109:14, 118:14, 127:16, 144:22

**instructing** [1] - 70:6

**instruction** [20] - 53:4, 53:5, 67:7, 67:10, 67:12, 68:5, 68:7, 68:12, 70:4, 70:9, 70:15, 70:19, 70:23, 71:2, 110:19, 145:20, 145:23, 146:22, 146:24, 147:2

**instructions** [3] - 68:9, 68:17, 68:18

**intend** [3] - 53:14, 147:25, 152:4

**intended** [1] - 146:16

**intent** [4] - 138:13, 138:14, 138:20, 140:25

**interesting** [1] - 122:16

**international** [5] - 31:17, 32:1, 34:12, 34:23, 39:14

**Internet** [5] - 45:3, 47:24, 66:22, 118:11,

144:20
**Interpreter** [1] - 84:11
**INTERPRETER** [8] - 5:22, 6:1, 84:13, 98:21, 98:25, 109:1, 109:4, 119:2
**interpreter** [4] - 109:2, 109:11, 110:3, 110:15
**interpreting** [1] - 109:20
**interrupted** [1] - 122:3
**interview** [8] - 119:13, 120:17, 120:18, 121:20, 121:24, 123:12, 123:21, 141:23
**interviewed** [5] - 131:5, 136:15, 138:1, 138:5, 138:7
**interviewers** [1] - 120:14
**interviews** [1] - 56:6
**introduced** [3] - 52:10, 52:19, 52:24
**introduction** [3] - 53:2, 53:3, 147:3
**invent** [1] - 102:1
**investigation** [4] - 62:11, 63:23, 122:5, 123:2
**Investigations** [1] - 55:25
**investigator** [4] - 4:13, 48:18, 68:3, 129:21
**invited** [3] - 76:21, 76:24, 93:13
**involved** [5] - 52:20, 115:9, 131:4, 131:8, 136:18
**involves** [1] - 52:18
**iron** [1] - 103:1
**issue** [7] - 116:20, 128:13, 137:6, 137:8, 137:9, 141:2, 147:8
**it'll** [1] - 147:10
**items** [2] - 112:12, 139:2
**itself** [3] - 49:21, 51:18, 152:6

## J

**JAIMIE** [2] - 29:15, 29:19
**Jaimie** [3] - 3:6,

29:14, 29:18
**Janet** [4] - 37:1, 37:9, 46:12, 46:19
**January** [16] - 39:12, 46:14, 69:15, 69:24, 71:1, 71:9, 74:8, 136:10, 136:11, 137:22, 138:1, 138:5, 140:8, 141:16, 142:9, 142:23
**Jean** [3] - 60:16, 69:15, 69:24
**Jeff** [10] - 90:25, 91:5, 91:7, 91:12, 92:6, 92:8, 92:9, 92:10, 97:1, 100:18
**Jeff's** [4] - 100:22, 101:13, 101:15, 101:22
**Jimmy** [2] - 135:7, 149:21
**jinx** [1] - 148:13
**JN** [1] - 59:24
**JOAN** [1] - 1:10
**job** [7] - 55:24, 86:12, 86:20, 87:19, 87:23, 89:21, 109:17
**John** [1] - 63:21
**Jonas** [1] - 59:12
**Jorel** [19] - 3:5, 5:5, 5:7, 7:1, 13:2, 21:13, 24:4, 26:3, 26:9, 28:10, 28:19, 48:23, 57:12, 58:13, 61:11, 66:6, 66:8, 133:22, 135:13
**Jorel's** [1] - 61:8
**Josh** [1] - 135:15
**Josue** [3] - 135:16, 135:18
**Jr** [1] - 39:4
**judge** [12] - 19:11, 22:25, 50:12, 53:2, 53:11, 116:20, 116:24, 117:21, 137:20, 147:14, 150:8, 151:20
**Judge** [12] - 12:23, 20:23, 29:1, 51:5, 53:12, 54:7, 68:16, 68:25, 69:9, 70:2, 91:13, 101:8, 119:5, 126:23, 141:9, 149:16, 149:20
**JUDGE** [1] - 1:11
**judicial** [7] - 69:3, 69:8, 69:12, 69:14, 69:22, 70:25, 71:8
**Juror** [1] - 129:23
**jurors** [5] - 4:16,

51:19, 71:3, 117:23, 130:1
**JURY** [1] - 1:10, 4:24
**jury** [55] - 4:20, 19:10, 22:18, 28:8, 48:4, 49:2, 50:13, 50:18, 50:23, 51:25, 52:13, 54:5, 54:11, 55:12, 56:4, 67:2, 67:3, 68:9, 69:5, 69:21, 70:6, 70:7, 70:13, 70:16, 70:24, 71:4, 71:7, 74:11, 77:5, 79:11, 80:21, 85:12, 86:19, 91:20, 102:3, 109:9, 109:18, 110:16, 115:5, 115:17, 116:23, 118:17, 118:18, 124:15, 126:13, 126:16, 127:24, 128:2, 129:22, 130:2, 136:24, 145:9, 146:2, 146:8, 148:16
**JUSTICE** [1] - 1:17

## K

**Kane** [4] - 4:7, 48:14, 67:23, 129:16
**KANE** [1] - 1:17, 7:13, 29:14, 29:21, 35:17, 35:22, 37:21, 38:3, 38:5, 45:25, 46:3, 47:12, 116:18
**keep** [6] - 5:16, 89:24, 134:20, 140:23, 149:11
**kept** [4] - 37:15, 87:20, 93:21, 144:7
**kick** [1] - 13:6
**kicked** [5] - 12:13, 12:18, 13:3, 13:7, 15:16
**kids** [2] - 75:22, 93:12
**kind** [5] - 6:4, 34:9, 48:25, 95:8, 124:15
**kinds** [1] - 97:10
**knowledge** [2] - 111:25, 114:5
**known** [2] - 30:13, 34:1
**knows** [4] - 64:5, 105:10, 123:4, 123:23
**Knox** [6] - 36:25, 37:9, 46:11, 46:19, 46:20, 47:9

## L

**L'enfant** [1] - 58:9
**ladies** [11] - 4:23, 71:7, 74:11, 80:21, 85:12, 86:18, 102:3, 119:1, 130:5, 146:2, 146:8
**laid** [1] - 92:3
**land** [2] - 34:21, 35:10
**language** [5] - 52:8, 56:1, 56:6, 67:14, 120:22
**languages** [2] - 55:13, 55:14
**large** [1] - 61:8
**larger** [1] - 63:11
**Larko** [1] - 4:8
**last** [31] - 7:17, 20:1, 32:14, 36:21, 36:25, 38:22, 39:3, 39:4, 39:22, 41:4, 45:14, 46:11, 46:19, 48:19, 48:21, 59:19, 66:2, 86:10, 90:13, 90:17, 90:18, 90:19, 90:20, 96:7, 96:8, 133:4, 135:22, 143:10, 145:4, 149:23
**lasted** [1] - 123:2
**Lauderdale** [2] - 42:11, 42:13
**law** [26] - 21:18, 21:19, 22:11, 22:13, 23:1, 32:9, 40:6, 49:2, 120:14, 120:18, 120:23, 122:6, 122:8, 123:9, 123:13, 123:17, 123:19, 124:1, 126:9, 126:12, 138:21, 138:22, 139:7, 147:20, 147:21
**lawyer** [1] - 138:3
**lawyers** [1] - 127:17
**laying** [1] - 87:3
**leader** [1] - 92:23
**leading** [5] - 61:23, 84:19, 85:6, 99:12, 102:16
**learn** [3] - 55:15, 86:14, 86:16
**learned** [1] - 87:23
**leases** [2] - 50:17
**leave** [12] - 12:13, 18:1, 67:1, 67:13, 80:25, 81:3, 113:15, 113:16, 113:24, 118:16, 121:13,

129:24
**Lee** [1] - 46:19
**left** [16] - 9:19, 9:20, 9:22, 9:24, 12:10, 18:3, 40:21, 40:22, 55:19, 60:15, 82:14, 88:22, 92:1, 108:9, 120:6
**legal** [1] - 53:22
**legs** [1] - 86:25
**leisure** [1] - 80:24
**LENARD** [1] - 1:10
**less** [1] - 32:22
**letter** [1] - 65:12
**level** [4] - 39:14, 39:17, 40:7
**lieu** [1] - 58:15
**Lieu** [1] - 58:22
**lift** [2] - 89:11, 89:17
**limine** [1] - 69:11
**limit** [1] - 140:25
**limiting** [7] - 53:4, 53:5, 67:7, 67:10, 67:11, 70:4, 70:9
**Linda** [5] - 75:12, 75:13, 75:19, 104:16, 104:24
**Linda's** [5] - 76:3, 76:16, 76:18, 79:3, 104:14
**line** [14] - 38:16, 41:3, 41:21, 45:2, 58:11, 58:14, 59:1, 59:5, 66:2, 66:4, 99:23, 100:14, 120:20, 126:6
**lines** [3] - 35:8, 61:1, 67:12
**linguistics** [1] - 30:1
**LISA** [2] - 2:1, 152:21
**list** [24] - 32:6, 33:13, 33:15, 38:19, 42:20, 42:21, 49:4, 51:16, 99:21, 100:9, 101:6, 148:24, 149:24, 150:3, 150:7, 150:8, 150:18, 150:22, 151:10, 151:13, 151:19, 151:21, 151:22, 152:9
**listed** [13] - 38:23, 39:6, 39:8, 41:3, 49:3, 51:11, 51:23, 59:1, 59:9, 59:16, 59:18, 59:21, 59:23
**listen** [4] - 47:22, 66:20, 118:10, 144:18
**listings** [1] - 51:14
**lists** [10] - 31:17, 32:1, 32:3, 32:11,

35:7, 36:12, 38:19, 51:11, 51:15, 52:18
**live** [8] - 9:8, 72:5, 72:17, 76:6, 77:1, 81:7, 81:10, 89:3
**lived** [6] - 79:19, 79:24, 84:23, 88:1, 93:4, 95:14
**living** [14] - 12:4, 12:7, 14:11, 17:15, 27:7, 59:10, 59:12, 60:7, 72:15, 76:12, 80:22, 94:19, 113:13
**locally** [1] - 31:10
**located** [2] - 50:21, 77:25
**location** [7] - 23:3, 27:8, 52:3, 52:4, 81:8, 81:10, 112:19
**locations** [6] - 22:21, 22:24, 23:22, 49:18, 50:19, 52:1
**look** [12] - 6:22, 7:1, 7:4, 7:20, 20:24, 34:13, 35:24, 56:11, 68:18, 77:17, 88:13, 89:12
**looking** [1] - 111:8
**looks** [1] - 75:19
**lost** [4] - 88:2, 88:12, 99:11, 120:19
**lotion** [15] - 82:1, 83:6, 103:11, 103:13, 104:2, 121:21, 125:14, 125:15, 125:18, 125:25, 126:1, 126:2, 126:4, 126:5
**low** [1] - 151:23
**lower** [1] - 42:24
**lunch** [6] - 54:4, 66:16, 67:2, 67:6, 145:6, 148:13
**luncheon** [1] - 67:16
**lying** [3] - 81:24, 82:9, 91:23

## M

**ma'am** [10] - 47:16, 104:6, 110:23, 113:22, 125:6, 127:19, 129:4, 129:6, 131:20, 151:15
**mail** [1] - 53:11
**maintain** [3] - 31:4, 33:18, 55:21
**maintained** [3] - 31:25, 34:8, 39:13

**maintains** [1] - 32:1
**man** [6] - 29:4, 72:19, 73:5, 73:16, 108:22, 111:7
**manifest** [1] - 33:10, 33:12, 33:16, 38:14, 42:20, 43:8
**manifests** [6] - 30:21, 32:3, 32:5, 32:11, 40:8, 43:7
**Mapou** [1] - 52:3
**Marc** [1] - 72:8
**Maria** [4] - 4:7, 48:14, 67:23, 129:16
**MARIA** [1] - 1:14
**mark** [2] - 38:25, 39:1
**marked** [12] - 25:22, 26:3, 35:18, 35:23, 49:13, 50:15, 51:1, 57:3, 150:9, 150:21, 150:23, 150:25
**market** [1] - 75:5
**master's** [1] - 30:1
**masturbate** [21] - 13:8, 28:17, 82:3, 82:6, 83:3, 83:4, 83:25, 84:2, 87:11, 90:14, 90:21, 90:24, 96:6, 96:11, 97:11, 103:14, 103:24, 115:15, 124:8, 126:2, 142:2
**masturbated** [7] - 82:7, 82:10, 82:13, 83:8, 83:10, 83:11, 115:22
**masturbating** [4] - 83:22, 84:9, 117:10, 117:11
**masturbation** [5] - 122:15, 124:10, 124:11, 126:25, 139:2
**material** [2] - 122:18
**math** [2] - 74:16, 74:20
**matter** [13] - 40:6, 47:23, 64:19, 66:21, 118:11, 122:25, 127:11, 128:19, 128:20, 130:6, 142:4, 144:19, 152:18
**matters** [1] - 152:4
**MATTERS** [1] - 1:21
**MATTHEW** [1] - 1:7
**Matthew** [27] - 4:2, 4:11, 36:22, 37:9, 39:7, 41:4, 42:12, 43:3, 43:17, 43:18, 43:21, 44:9, 44:10,

44:13, 45:7, 45:14, 48:10, 59:20, 60:21, 65:12, 67:19, 73:5, 73:13, 73:16, 73:24, 129:11, 129:19
**mattress** [1] - 91:23
**meals** [1] - 77:5
**mean** [17] - 28:7, 31:11, 38:17, 41:9, 41:22, 41:24, 42:10, 42:19, 42:23, 65:3, 77:6, 77:11, 85:17, 102:3, 122:4, 151:16
**meaning** [2] - 121:4, 121:15
**means** [9] - 41:23, 41:25, 42:20, 58:9, 59:4, 59:10, 86:12, 95:19, 102:7
**meant** [1] - 115:23
**MEDETIS** [184] - 1:14, 4:6, 8:3, 8:19, 9:13, 10:11, 10:16, 10:22, 11:15, 12:20, 13:16, 13:24, 14:6, 14:12, 14:20, 15:23, 16:3, 16:15, 16:21, 18:14, 18:19, 19:3, 19:6, 20:5, 21:25, 22:15, 22:19, 23:4, 23:7, 23:9, 24:25, 25:5, 25:12, 25:18, 25:21, 26:2, 27:6, 28:1, 29:9, 48:13, 48:20, 48:22, 49:12, 49:17, 51:5, 51:7, 51:10, 53:17, 54:3, 54:7, 54:18, 55:1, 56:7, 56:10, 56:18, 56:21, 56:25, 57:2, 57:18, 58:1, 62:1, 62:25, 64:4, 65:24, 66:12, 67:22, 68:6, 68:16, 68:20, 68:25, 69:9, 70:2, 70:11, 70:17, 71:12, 71:20, 71:23, 73:1, 73:4, 73:12, 73:15, 73:23, 74:2, 76:1, 77:13, 77:16, 78:3, 78:6, 78:16, 78:19, 80:12, 80:15, 83:18, 84:11, 84:14, 84:22, 85:9, 90:6, 91:11, 91:16, 93:1, 93:23, 94:1, 96:23, 97:16, 97:18, 97:22, 98:10, 98:13, 98:22, 99:2, 99:3, 99:15, 99:18, 99:20, 100:3, 100:6, 100:24,

101:2, 101:8, 101:10, 102:11, 102:19, 102:24, 103:5, 103:7, 103:15, 103:18, 104:3, 105:2, 105:9, 105:11, 105:15, 105:21, 106:15, 107:20, 107:23, 110:10, 110:13, 111:22, 113:18, 114:14, 114:19, 116:1, 119:5, 121:7, 122:2, 122:12, 122:21, 124:1, 125:23, 127:22, 129:15, 131:17, 132:2, 132:10, 132:23, 134:8, 134:15, 136:1, 136:20, 137:6, 137:14, 138:6, 139:13, 139:19, 140:19, 141:9, 142:10, 142:15, 143:3, 143:20, 146:5, 146:23, 148:4, 148:7, 148:12, 148:19, 148:23, 149:16, 149:20, 151:7, 151:17, 152:3
**Medetis** [4] - 4:7, 48:14, 67:23, 129:16
**media** [4] - 47:23, 66:21, 118:12, 144:19
**medical** [2] - 16:19, 17:5
**meet** [6] - 75:4, 93:10, 117:1, 137:4, 142:25, 143:1
**meeting** [34] - 21:23, 23:1, 23:22, 23:25, 24:4, 117:17, 123:3, 123:5, 124:21, 125:10, 131:23, 132:8, 132:14, 132:19, 133:4, 133:10, 133:12, 133:20, 134:2, 134:4, 134:23, 134:24, 135:22, 140:2, 140:15, 141:18, 142:8, 142:14, 142:18, 143:1, 143:10, 145:2
**meetings** [14] - 117:13, 117:16, 122:19, 130:23, 137:7, 139:18, 139:21, 140:1, 141:4, 141:5, 141:15, 143:8,

144:2
**members** [1] - 144:14
**memo** [1] - 122:4
**memory** [2] - 5:16, 23:11
**men** [5] - 113:16, 113:24, 114:24, 125:13, 149:10
**mention** [2] - 19:21, 115:14
**mentioned** [9] - 19:24, 25:3, 25:10, 30:23, 33:2, 35:6, 44:25, 98:16, 142:17
**mere** [1] - 59:6
**met** [27] - 5:7, 22:22, 23:15, 23:19, 23:21, 74:12, 75:1, 75:9, 75:14, 93:6, 95:21, 95:23, 96:1, 96:3, 104:9, 104:12, 116:5, 116:8, 116:16, 117:7, 117:16, 121:4, 125:10, 133:9, 134:22, 137:1, 140:7
**Mexico** [1] - 34:22
**MIAMI** [1] - 1:2
**Miami** [15] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 30:7, 44:2, 44:20, 45:22, 47:1, 47:10, 55:20, 152:22, 152:23
**Michael** [2] - 3:7, 54:9
**Michigan** [2] - 90:19, 90:20
**middle** [4] - 15:12, 15:13, 32:15, 45:14
**might** [6] - 22:24, 23:23, 39:3, 39:5, 123:21
**mind** [1] - 8:22
**minors** [2] - 60:7, 138:14
**minute** [3] - 47:18, 110:7, 129:7
**minutes** [10] - 48:3, 55:4, 81:23, 81:24, 86:25, 87:2, 118:5, 118:17, 118:23, 119:1
**miraculously** [1] - 124:19
**mischaracterizes** [6] - 9:13, 12:20, 14:6, 105:21, 106:15, 142:10
**miserable** [4] - 102:2, 102:4, 102:7
**mission** [1] - 30:15

**missionary** [1] - 60:1
**MOI** [1] - 122:4
**mom** [1] - 114:3
**moment** [11] - 5:22, 20:6, 25:15, 47:12, 65:19, 67:5, 75:24, 109:21, 143:13, 145:11, 149:4
**moments** [2] - 115:5, 115:18
**Monday** [12] - 130:16, 130:17, 130:19, 137:2, 137:5, 137:13, 137:24, 138:1, 139:18, 143:18, 144:4, 144:8
**money** [30] - 13:14, 13:22, 14:4, 14:10, 14:14, 14:16, 14:23, 14:25, 26:10, 26:13, 26:17, 26:21, 27:13, 27:16, 27:18, 28:2, 28:5, 28:7, 28:9, 85:15, 85:21, 88:2, 88:14, 88:18, 88:22, 89:18, 95:20, 105:1, 114:12
**monitor** [1] - 77:17
**month** [3] - 12:16, 17:22, 107:9
**months** [6] - 9:20, 12:8, 17:24, 81:22, 123:13, 132:19
**morning** [38] - 4:1, 4:6, 4:9, 4:10, 4:14, 4:15, 4:23, 4:24, 5:5, 5:6, 17:18, 29:22, 29:23, 48:13, 48:16, 53:19, 54:19, 54:20, 55:3, 63:5, 63:6, 71:25, 80:7, 86:6, 86:8, 88:12, 102:1, 120:9, 120:10, 145:3, 145:17, 148:20, 149:7, 149:12, 149:15, 151:14, 152:11
**Morning** [94] - 5:10, 5:17, 6:4, 7:11, 7:21, 8:17, 9:9, 9:11, 9:17, 12:4, 12:10, 13:3, 13:10, 14:11, 15:2, 15:14, 16:2, 16:13, 16:18, 17:10, 17:15, 17:18, 17:19, 17:25, 18:4, 18:6, 18:12, 18:17, 21:20, 22:6, 23:14, 24:13, 24:20, 27:2, 27:7, 27:11, 27:15, 27:20, 49:18,

49:24, 50:3, 50:19, 50:20, 52:1, 52:3, 52:17, 55:7, 55:8, 55:10, 56:14, 60:6, 62:14, 76:11, 76:13, 76:17, 77:23, 78:14, 79:14, 79:20, 80:22, 80:25, 81:13, 84:15, 84:17, 84:23, 88:2, 89:4, 95:11, 98:7, 104:18, 105:20, 106:3, 106:6, 106:19, 106:22, 107:5, 107:19, 112:22, 115:5, 116:9, 131:2, 131:24, 132:1, 132:9, 133:13, 133:15, 134:7, 135:2, 135:20, 135:25, 136:6, 136:10, 136:13, 139:22
**most** [2] - 31:2, 152:8
**mother** [7] - 9:2, 9:4, 61:10, 61:11, 66:8, 72:13, 144:6
**mother's** [3] - 59:6, 59:7, 72:16
**motion** [7] - 53:15, 53:23, 69:11, 147:4, 147:6, 147:12, 148:21
**motions** [1] - 148:17
**mouth** [2] - 86:22, 86:24
**move** [4] - 37:21, 64:24, 79:6, 80:25
**moved** [12] - 76:16, 79:8, 79:14, 80:3, 81:5, 81:13, 81:22, 84:15, 84:17, 89:22, 106:8, 116:9
**moving** [1] - 48:19
**MP3** [5] - 12:11, 12:19, 14:19, 28:3, 97:15
**MR** [187] - 4:10, 4:15, 4:19, 5:2, 5:4, 5:25, 6:2, 6:11, 6:13, 6:16, 7:16, 7:19, 8:5, 8:6, 8:8, 8:23, 9:16, 10:13, 10:19, 11:1, 11:18, 12:23, 13:1, 13:17, 13:21, 14:3, 14:9, 14:18, 14:22, 16:1, 16:4, 16:17, 17:1, 18:16, 18:22, 19:7, 19:11, 19:25, 20:12, 20:16, 20:21, 21:1, 21:8, 21:12, 22:5, 22:25, 23:6, 23:8,

23:25, 24:3, 25:2, 25:9, 25:15, 27:4, 27:21, 28:20, 28:22, 28:25, 47:15, 48:16, 50:1, 53:2, 53:11, 57:20, 61:23, 62:23, 63:4, 64:5, 64:7, 65:19, 65:21, 67:25, 75:21, 75:23, 83:12, 84:19, 85:6, 90:2, 91:8, 91:13, 92:24, 96:21, 97:12, 99:12, 102:5, 102:16, 102:21, 104:6, 104:8, 105:4, 105:10, 105:13, 105:18, 106:1, 106:18, 107:21, 108:1, 108:10, 108:18, 109:3, 109:6, 109:10, 109:20, 110:2, 110:7, 110:23, 111:2, 111:4, 111:5, 111:24, 113:22, 113:23, 114:17, 114:22, 116:4, 116:20, 116:24, 117:5, 117:8, 117:21, 121:8, 121:11, 122:10, 122:13, 123:19, 124:14, 125:1, 125:6, 125:9, 126:23, 127:7, 127:9, 127:19, 129:2, 129:6, 129:18, 130:9, 130:10, 131:20, 131:22, 132:6, 132:13, 133:1, 134:10, 134:18, 136:5, 137:1, 137:11, 137:20, 139:12, 139:15, 139:17, 140:14, 140:17, 141:8, 141:12, 141:14, 142:13, 142:21, 143:5, 143:13, 143:15, 143:24, 144:1, 144:12, 146:25, 147:9, 147:14, 147:20, 148:1, 149:4, 149:7, 149:9, 149:14, 149:17, 150:8, 150:12, 150:16, 150:17, 150:20, 151:4, 151:5, 151:15, 151:20, 152:1, 152:2, 152:10
**MS** [195] - 4:6, 7:13, 8:3, 8:19, 9:13, 10:11, 10:16, 10:22, 11:15, 12:20, 13:16, 13:24,

14:6, 14:12, 14:20, 15:23, 16:3, 16:15, 16:21, 18:14, 18:19, 19:3, 19:6, 20:5, 21:25, 22:15, 22:19, 23:4, 23:7, 23:9, 24:25, 25:5, 25:12, 25:18, 25:21, 26:2, 27:6, 28:1, 29:9, 29:14, 29:21, 35:17, 35:22, 37:21, 38:3, 38:5, 45:25, 46:3, 47:12, 48:13, 48:20, 48:22, 49:12, 49:17, 51:5, 51:7, 51:10, 53:17, 54:3, 54:7, 54:18, 55:1, 56:7, 56:10, 56:18, 56:21, 56:25, 57:2, 57:18, 58:1, 62:1, 62:25, 64:4, 65:24, 66:12, 67:22, 68:6, 68:16, 68:20, 68:25, 69:9, 70:2, 70:11, 70:17, 71:12, 71:20, 71:23, 73:1, 73:4, 73:12, 73:15, 73:23, 74:2, 76:1, 77:13, 77:16, 78:3, 78:6, 78:16, 78:19, 80:12, 80:15, 83:18, 84:11, 84:14, 84:22, 85:9, 90:6, 91:11, 91:16, 93:1, 93:23, 94:1, 96:23, 97:16, 97:18, 97:22, 98:10, 98:13, 98:22, 99:2, 99:3, 99:15, 99:18, 99:20, 100:3, 100:6, 100:24, 101:2, 101:8, 101:10, 102:11, 102:19, 102:24, 103:5, 103:7, 103:15, 103:18, 104:3, 105:2, 105:9, 105:11, 105:15, 105:21, 106:15, 107:20, 107:23, 110:10, 110:13, 111:22, 113:18, 114:14, 114:19, 116:1, 116:18, 119:5, 121:7, 122:2, 122:12, 122:21, 124:1, 125:23, 127:22, 129:15, 131:17, 132:2, 132:10, 132:23, 134:8, 134:15, 136:1, 136:20, 137:6, 137:14, 138:6, 139:13, 139:19,

140:19, 141:9, 142:10, 142:15, 143:3, 143:20, 146:5, 146:23, 148:4, 148:7, 148:12, 148:19, 148:23, 149:16, 149:20, 151:7, 151:17, 152:3
**must** [3] - 10:3, 70:12

**N**

**Naissance** [2] - 58:15, 58:16
**naked** [5] - 87:3, 88:17, 88:19, 88:20, 120:20
**name** [57] - 29:17, 32:15, 35:10, 36:21, 36:22, 36:25, 38:22, 39:3, 39:4, 39:6, 39:22, 41:1, 41:4, 42:17, 43:16, 44:8, 45:13, 45:14, 46:11, 46:18, 46:19, 58:5, 58:12, 59:6, 59:7, 59:11, 59:19, 71:16, 71:18, 76:8, 76:10, 88:25, 91:3, 99:6, 99:7, 99:21, 99:23, 100:9, 100:18, 100:22, 101:6, 101:13, 101:15, 101:19, 101:22
**named** [6] - 72:19, 73:5, 73:16, 90:25, 98:16
**names** [8] - 50:5, 51:12, 51:13, 51:15, 51:16, 52:20, 52:23
**National** [1] - 55:10
**Nationalite** [1] - 59:22
**nationality** [2] - 58:17, 59:22
**near** [1] - 37:13
**necessary** [1] - 50:7
**Necessiteux** [1] - 59:3
**need** [13] - 49:7, 51:25, 84:6, 85:19, 90:23, 110:14, 117:23, 127:4, 138:11, 147:23, 149:13, 149:14, 152:8
**needed** [4] - 17:3, 83:25, 130:5, 152:5
**needs** [1] - 129:24
**needy** [1] - 59:4

**neighborhood** [3] - 16:19, 17:10, 93:15
**never** [18] - 5:7, 10:14, 14:4, 112:15, 114:18, 116:11, 119:16, 119:21, 119:22, 119:23, 121:22, 122:14, 122:17, 123:22, 123:24, 125:15, 129:1
**New** [1] - 1:18
**new** [2] - 83:24, 85:16
**next** [31] - 20:1, 22:25, 23:21, 29:13, 38:16, 58:14, 58:23, 59:5, 59:9, 59:11, 59:14, 59:16, 68:14, 71:11, 76:2, 76:7, 82:15, 82:21, 86:6, 89:7, 89:10, 89:17, 93:4, 93:5, 93:6, 93:8, 95:9, 99:23, 108:14, 120:9, 140:14
**next-to-the-last** [1] - 20:1
**NIF/CIN** [1] - 59:20
**night** [17] - 81:23, 82:19, 86:10, 87:12, 87:14, 90:22, 91:17, 94:21, 121:18, 123:24, 124:21, 125:3, 125:13, 129:2, 131:12, 141:18, 142:18
**nine** [1] - 15:10
**Ninth** [1] - 68:8
**nitpicking** [1] - 126:24
**nitpicky** [2] - 127:4
**NO** [1] - 1:2
**noise** [2] - 91:25, 109:12
**noises** [3] - 86:21, 86:24, 87:5
**Nom** [2] - 58:12, 59:11
**nom** [1] - 59:6
**nonemployed** [2] - 61:10
**nonsense** [1] - 109:14
**normal** [1] - 123:4
**North** [3] - 2:2, 129:24, 152:22
**Northeast** [1] - 1:15
**Nos** [4] - 3:12, 3:13, 37:25, 52:25
**note** [5] - 51:20, 110:16, 119:9,

120:16, 139:20
**notebooks** [3] - 67:1, 118:16, 144:24
**noted** [2] - 49:21, 124:12
**nothing** [13] - 5:22, 19:19, 25:4, 25:10, 62:25, 116:16, 121:5, 124:24, 125:2, 125:4, 131:15, 131:25
**notice** [10] - 54:23, 69:3, 69:8, 69:12, 69:14, 69:23, 70:19, 70:23, 70:25, 71:8
**noticed** [5] - 70:8, 70:12, 70:13, 71:1, 71:9
**November** [7] - 41:2, 41:8, 42:13, 43:4, 122:1, 123:22, 132:17
**number** [24] - 12:8, 21:5, 32:14, 32:15, 32:16, 41:13, 42:7, 43:21, 43:23, 44:13, 44:16, 45:16, 45:18, 46:20, 46:22, 51:24, 59:21, 59:23, 117:1, 121:11, 121:15, 137:7, 143:6
**numbers** [1] - 51:3
**numerous** [7] - 49:23, 51:12, 51:13, 52:7, 123:13, 138:18
**NW** [1] - 1:18

## O

**oath** [6] - 4:25, 5:9, 54:14, 124:3, 128:15, 130:7
**object** [7] - 68:7, 110:14, 110:18, 126:6, 126:8, 126:11, 151:21
**objecting** [1] - 49:9
**objection** [96] - 7:13, 8:3, 8:19, 9:13, 10:11, 10:16, 10:22, 11:15, 12:20, 13:16, 13:24, 14:6, 14:12, 14:20, 15:23, 16:15, 16:21, 18:14, 18:19, 19:3, 19:4, 19:6, 21:25, 24:25, 25:5, 25:6, 25:12, 27:4, 27:21, 28:20, 28:22, 49:25, 50:1, 50:14, 51:1, 52:5, 57:20, 61:23, 62:23, 64:4, 75:21, 75:23, 83:12, 84:19,

85:6, 90:2, 91:8, 91:13, 92:24, 96:21, 97:12, 99:12, 102:5, 102:16, 102:21, 105:2, 105:9, 105:11, 105:15, 105:21, 106:15, 106:16, 107:20, 111:22, 113:18, 114:14, 114:19, 114:20, 116:1, 116:2, 116:18, 127:13, 131:17, 132:2, 132:10, 132:23, 134:8, 134:15, 134:16, 136:1, 136:20, 139:23, 139:25, 142:10, 142:15, 143:3, 143:20, 146:22, 146:23, 146:25
**objections** [2] - 127:12, 127:14
**objects** [2] - 126:19, 126:21
**obligation** [1] - 122:18
**obvious** [1] - 109:23
**obviously** [1] - 118:2
**occasion** [4] - 22:23, 81:21, 87:2, 87:22
**occasions** [5] - 83:5, 125:11, 125:12, 138:18, 140:20
**occur** [2] - 125:13, 137:19
**occurred** [11] - 24:13, 39:11, 115:4, 115:19, 132:9, 134:7, 135:22, 135:24, 136:6, 142:8, 143:17
**occurring** [2] - 114:5, 138:12
**occurs** [1] - 110:21
**October** [6] - 43:16, 46:18, 47:5, 47:7, 47:10, 58:16
**OF** [3] - 1:1, 1:4, 1:17
**offer** [2] - 83:21, 84:8
**offering** [2] - 83:15, 83:16
**office's** [1] - 150:23
**officer** [8] - 30:18, 31:2, 38:6, 108:14, 108:20, 108:21, 117:22, 144:25
**officer's** [5] - 122:7, 122:9, 123:9, 123:18, 123:20
**officers** [3] - 21:24,

30:20, 112:13
**official** [2] - 2:1, 126:16
**Official** [1] - 152:22
**often** [7] - 26:13, 84:8, 84:10, 87:18, 113:8, 141:21, 142:19
**old** [17] - 5:11, 8:24, 9:4, 9:8, 11:13, 11:25, 74:3, 74:14, 74:18, 74:21, 75:1, 91:7, 91:12, 92:9, 92:10, 96:18, 134:24
**older** [5] - 72:11, 72:12, 79:22, 79:23, 91:5
**oldest** [1] - 15:11
**on-line** [1] - 45:2
**once** [11] - 38:18, 46:7, 50:25, 77:10, 79:3, 79:8, 82:24, 95:19, 97:14, 103:24, 147:15
**one** [51] - 5:22, 6:23, 13:9, 14:16, 15:9, 19:21, 19:25, 20:6, 21:6, 22:23, 23:10, 25:15, 27:23, 47:12, 49:1, 65:19, 72:12, 75:24, 80:7, 80:10, 81:23, 83:25, 84:1, 84:3, 87:21, 88:12, 88:14, 92:6, 92:19, 93:13, 103:23, 103:25, 104:1, 109:19, 109:20, 109:21, 113:9, 113:14, 114:5, 117:1, 121:11, 121:16, 121:25, 125:11, 140:22, 142:22, 143:13, 144:14, 149:4, 149:23, 150:9
**ongoing** [1] - 53:13
**open** [7] - 21:10, 24:1, 110:25, 117:13, 117:20, 118:3, 141:10
**opened** [2] - 116:25, 117:19, 119:6
**operations** [2] - 37:16, 37:19
**opportunity** [4] - 7:1, 53:18, 62:16, 143:16
**opposed** [1] - 124:6
**oral** [1] - 125:24
**order** [6] - 69:10, 69:18, 127:16, 147:8, 148:25, 150:5
**ordered** [1] - 89:11
**organizes** [1] - 52:22

**orient** [1] - 23:23
**original** [1] - 52:2
**originally** [2] - 34:5, 119:15
**Orphanage** [1] - 60:21
**orphanage** [3] - 23:13, 60:24, 106:14
**otherwise** [1] - 53:22
**out-of-court** [2] - 18:19, 128:19
**outbound** [3] - 42:18, 42:19, 43:7
**outside** [8] - 17:4, 19:10, 22:18, 97:5, 109:9, 112:6, 116:23, 136:24
**overrule** [1] - 52:5
**overruled** [24] - 8:20, 10:23, 13:25, 14:7, 14:13, 16:23, 22:2, 25:13, 27:22, 28:21, 83:13, 90:3, 96:22, 97:13, 99:14, 102:6, 105:16, 105:23, 114:15, 132:24, 134:9, 134:17, 142:16, 143:4
**own** [3] - 79:17, 111:25, 123:17

## P

**p.m** [5] - 1:6, 71:5, 118:18, 130:3, 145:9
**pace** [1] - 90:11
**page** [17] - 35:25, 37:7, 38:10, 40:12, 40:13, 40:15, 40:18, 43:14, 44:5, 44:6, 45:10, 45:11, 46:4, 46:16, 100:13, 100:17
**PAGE** [1] - 3:11
**Page** [3] - 53:8, 69:13, 100:7
**Pages** [1] - 1:8
**pages** [4] - 36:3, 36:9, 36:15, 37:2
**paid** [2] - 77:8, 79:12
**PAP** [1] - 42:9
**paragraph** [4] - 58:23, 61:1, 66:1, 66:5
**parameters** [1] - 36:6
**pardon** [2] - 120:22, 135:17
**parents** [13] - 61:8, 77:1, 94:16, 94:18, 94:21, 94:24, 95:2,

95:4, 112:22, 113:5, 113:9, 114:2, 144:2
**part** [12] - 36:17, 37:18, 55:24, 62:4, 63:11, 69:11, 78:15, 88:25, 89:2, 96:15, 124:10, 148:5
**participate** [3] - 17:4, 128:3, 137:23
**participated** [6] - 31:13, 119:17, 128:8, 128:9, 130:20, 131:15
**participating** [3] - 132:21, 134:2, 137:21
**particular** [2] - 23:10, 140:2
**parties** [1] - 147:22
**parts** [2] - 61:16
**party** [2] - 58:5, 59:17
**Pascal** [2] - 60:16, 63:21
**passed** [1] - 68:21
**passenger** [32] - 30:21, 31:2, 31:8, 31:12, 31:17, 32:1, 32:6, 33:13, 33:15, 35:7, 36:11, 37:6, 38:14, 38:18, 38:19, 40:15, 40:24, 41:10, 42:20, 42:21, 43:8, 43:9, 43:16, 44:8, 45:2, 45:3, 45:4, 45:13, 46:9, 46:11, 46:18
**Passenger** [3] - 30:25, 31:24, 43:3
**passenger's** [1] - 32:14
**passengers** [5] - 30:21, 31:5, 31:19, 32:1, 34:12
**passengers'** [1] - 39:14
**passing** [3] - 92:18, 92:21, 93:21
**passport** [12] - 32:16, 35:9, 35:11, 35:14, 36:12, 41:1, 41:13, 41:16, 43:21, 44:13, 45:16, 46:20
**passports** [3] - 41:18, 62:16, 62:19
**past** [2] - 64:20, 143:18
**Patricia** [1] - 129:23
**pattern** [1] - 68:9
**PAU** [4] - 30:20, 30:23, 30:24, 30:25
**Paul** [1] - 59:24

**pay** [3] - 28:9, 85:25, 120:5
**peering** [1] - 111:7
**pending** [1] - 28:23
**penis** [9] - 82:2, 82:5, 86:21, 86:24, 87:5, 93:14, 93:18, 93:19, 124:11
**penises** [1] - 92:19
**Pennsylvania** [1] - 30:3
**people** [11] - 16:13, 16:19, 17:4, 21:16, 34:1, 36:12, 95:23, 104:9, 133:15, 135:1, 150:14
**per** [2] - 51:16
**pere** [1] - 59:11
**perform** [1] - 125:24
**performed** [1] - 37:7
**perhaps** [6] - 22:21, 22:24, 23:22, 39:22, 53:24, 149:1
**period** [5] - 39:10, 46:13, 106:25, 123:1, 139:4
**permanently** [2] - 33:20, 81:1
**permissible** [1] - 123:16
**permission** [23] - 25:18, 25:24, 35:20, 38:3, 45:25, 56:7, 56:18, 56:25, 71:20, 77:13, 78:3, 78:16, 80:12, 93:23, 97:16, 97:18, 98:10, 99:18, 100:3, 100:24, 101:8, 103:5, 103:15
**permit** [2] - 118:22, 145:13
**permitted** [2] - 11:4, 151:18
**person** [6] - 9:25, 34:24, 35:8, 41:25, 99:8, 108:20
**person's** [1] - 34:14
**personal** [2] - 80:10, 111:25
**personally** [2] - 123:24, 141:23
**pertain** [1] - 115:12
**Petion** [1] - 58:18
**Petion-Ville** [1] - 58:18
**Phil** [4] - 4:11, 48:17, 68:1, 129:19
**PHILIP** [1] - 1:23
**phone** [1] - 59:23
**photo** [1] - 60:9

**photograph** [4] - 98:20, 108:2, 108:5, 111:12
**photographs** [23] - 6:8, 6:20, 7:2, 7:4, 7:10, 7:11, 8:1, 8:10, 8:11, 8:15, 50:4, 50:5, 50:9, 50:12, 51:8, 51:13, 52:19, 146:11, 146:13, 146:17, 146:20, 149:25, 150:14
**pick** [3] - 75:22, 111:15, 111:17
**picked** [3] - 91:23, 92:6, 112:3
**picture** [12] - 6:3, 6:8, 6:20, 7:7, 60:4, 94:4, 94:5, 98:3, 98:4, 98:8, 98:9, 99:1
**place** [10] - 24:8, 52:8, 58:15, 58:18, 58:19, 65:5, 79:12, 81:6, 91:15, 138:23
**places** [2] - 52:17, 52:22
**Plaintiff** [1] - 1:5
**plane** [1] - 43:13
**play** [4] - 86:10, 86:11, 120:11, 120:12
**player** [5] - 12:11, 12:19, 14:19, 28:3, 97:14
**PlayStation** [1] - 19:20
**pleading** [1] - 53:16
**plus** [3] - 39:5, 74:23, 150:9
**point** [5] - 72:23, 73:9, 73:20, 121:2, 127:16
**pointed** [1] - 86:21
**pointing** [4] - 86:23, 87:5, 108:9, 108:12
**police** [15] - 17:19, 18:6, 21:4, 21:16, 21:24, 22:6, 22:22, 24:5, 95:15, 95:19, 107:15, 108:14, 108:20, 108:21, 112:13
**Police** [1] - 55:10
**pop** [1] - 39:5
**popularly** [1] - 34:1
**porch** [7] - 78:12, 78:13, 78:14, 88:15, 98:7, 103:2, 120:20
**Port** [5] - 42:9, 42:13, 44:4, 44:22, 45:24, 47:3, 47:10, 55:7,

58:15
**Port-au-Prince** [9] - 42:9, 42:13, 44:4, 44:22, 45:24, 47:3, 47:10, 55:7, 58:15
**portion** [6] - 40:13, 60:25, 64:19, 65:8, 69:19, 101:18
**position** [3] - 30:17, 30:19, 31:1
**possibilities** [1] - 41:17
**possible** [1] - 53:25
**possibly** [2] - 48:22, 110:8
**posted** [2] - 33:12, 33:16
**practice** [1] - 37:19
**praise** [1] - 29:7
**precisely** [1] - 70:2
**preliminarily** [1] - 49:1
**prenom** [1] - 58:12
**preparation** [2] - 138:23, 138:24
**prepared** [3] - 67:9, 146:9, 147:8
**presence** [7] - 19:10, 22:18, 109:9, 110:16, 116:23, 136:24, 139:7
**present** [9] - 4:12, 4:13, 6:13, 31:20, 48:18, 63:14, 68:2, 129:20, 133:20
**presentation** [1] - 151:11
**presented** [3] - 35:8, 50:10, 62:11
**presenting** [3] - 54:1, 150:14, 151:2
**presents** [1] - 35:14
**President** [4] - 69:4, 69:16, 69:25, 70:20
**president** [1] - 104:17
**press** [1] - 21:9
**pretty** [1] - 65:11
**prevented** [3] - 10:15, 113:9, 114:5
**previous** [1] - 147:15
**previously** [18] - 5:20, 15:17, 35:18, 49:20, 49:23, 56:8, 57:9, 68:21, 77:14, 97:19, 98:11, 98:16, 99:16, 101:3, 103:3, 128:11, 146:12, 150:1
**primary** [3] - 36:13, 41:1, 146:14
**Prince** [9] - 42:9,

42:13, 44:4, 44:22, 45:24, 47:3, 47:10, 55:7, 58:15
**printer** [1] - 53:12
**printout** [1] - 36:5
**private** [1] - 34:23
**problem** [4] - 53:13, 67:11, 74:25, 109:10
**problems** [3] - 76:19, 77:4, 77:6
**proceed** [4] - 5:1, 54:16, 71:20, 130:8
**Proceedings** [1] - 152:13
**proceedings** [24] - 4:21, 19:9, 21:10, 22:17, 24:1, 48:5, 48:8, 54:12, 67:4, 67:17, 71:5, 109:8, 110:25, 116:22, 118:3, 118:19, 118:25, 129:10, 130:3, 136:23, 141:10, 145:10, 145:19, 152:18
**produced** [2] - 123:13, 148:25
**profession** [1] - 60:1
**professional** [1] - 126:20
**program** [48] - 16:6, 18:12, 24:20, 28:13, 28:16, 28:18, 75:13, 76:3, 76:16, 76:18, 76:23, 77:23, 78:25, 79:1, 79:3, 79:5, 89:1, 89:2, 89:4, 92:11, 104:14, 104:16, 104:17, 104:18, 104:24, 105:1, 105:5, 105:8, 105:14, 105:19, 106:13, 106:16, 106:19, 108:8, 108:10, 112:20, 112:23, 113:4, 113:10, 113:16, 113:25, 116:17, 121:5, 121:25, 124:24
**programs** [1] - 31:13
**proof** [1] - 138:12
**proper** [1] - 128:17
**propose** [1] - 67:13
**proposed** [3] - 68:7, 68:12, 145:20
**prosecutors** [2] - 139:8, 143:2
**protect** [1] - 30:16
**Protection** [4] - 30:7, 30:9, 30:11, 30:13

**prove** [2] - 138:11, 138:15
**provide** [6] - 32:8, 32:18, 32:25, 40:8, 40:10, 104:21
**provided** [16] - 32:6, 32:22, 33:10, 33:19, 35:7, 37:13, 40:5, 43:18, 43:21, 44:10, 44:13, 45:2, 45:16, 46:20, 68:10, 122:24
**provides** [1] - 32:5
**providing** [1] - 16:18
**province** [1] - 50:7
**publish** [16] - 38:2, 45:25, 56:7, 56:18, 57:25, 77:13, 78:3, 78:16, 80:12, 93:23, 97:19, 98:10, 99:18, 100:3, 100:24, 103:5
**pulled** [1] - 36:11
**punches** [1] - 102:9
**punching** [1] - 102:14
**purchase** [2] - 85:15, 85:22
**purchased** [1] - 85:23
**purposes** [2] - 25:22, 57:4
**pushed** [2] - 86:10, 120:10
**put** [15] - 31:16, 65:5, 65:8, 80:8, 82:1, 82:2, 82:5, 85:23, 89:19, 91:24, 92:5, 92:6, 92:8, 99:23, 119:24

# Q

**quality** [1] - 39:16
**queried** [5] - 36:8, 36:10, 36:12, 36:15, 41:1
**queries** [2] - 36:18, 37:8
**query** [9] - 36:6, 36:19, 36:21, 36:23, 37:7, 38:11, 38:12, 39:10, 46:10
**questioned** [2] - 108:3, 131:7
**questions** [14] - 19:25, 20:17, 20:25, 21:5, 25:16, 29:9, 47:15, 65:21, 66:12, 134:6, 135:24, 136:6, 140:11, 144:12
**quite** [2] - 127:3,

127:25

# R

**radio/CD** [1] - 97:14
**raised** [3] - 61:11, 66:8, 120:20
**ran** [3] - 93:13, 104:24, 105:1
**range** [1] - 51:15
**rather** [3] - 12:21, 52:4, 105:22
**RDR** [2] - 2:1, 152:21
**re** [1] - 54:8
**re-calling** [1] - 54:8
**read** [17] - 7:25, 47:22, 56:5, 58:7, 58:11, 60:14, 61:3, 65:11, 66:2, 66:20, 90:25, 100:14, 118:10, 121:8, 139:14, 144:18, 146:7
**reading** [4] - 120:13, 124:2, 126:15, 126:17
**reads** [1] - 126:12
**ready** [1] - 4:18
**real** [1] - 91:3
**really** [1] - 80:23
**reason** [10] - 10:3, 13:2, 16:6, 28:14, 28:15, 28:16, 29:3, 102:8, 115:12, 127:14
**reasoning** [1] - 147:19
**receive** [1] - 33:8
**RECEIVED** [1] - 3:11
**received** [4] - 33:4, 65:16, 114:8, 117:3
**recess** [9] - 47:18, 48:3, 48:6, 48:7, 67:15, 67:16, 118:6, 129:9, 152:12
**recessing** [1] - 129:25
**recognize** [17] - 26:5, 36:1, 36:3, 37:3, 37:5, 57:5, 57:7, 60:9, 77:20, 78:9, 78:22, 80:16, 97:25, 103:8, 103:13, 103:20, 103:22
**record** [30] - 4:5, 6:13, 29:17, 33:1, 35:1, 35:2, 35:12, 41:2, 41:3, 41:7, 42:12, 43:2, 43:5, 43:7, 43:16, 44:7, 44:24, 45:7, 45:12, 46:17, 47:5, 48:12,

67:21, 71:17, 73:1, 73:12, 73:23, 129:14, 149:6, 149:18
**recorded** [6] - 33:3, 35:15, 35:16, 37:12, 43:12, 124:3
**recording** [1] - 123:11
**recordings** [1] - 50:9
**records** [9] - 31:4, 31:8, 31:25, 34:8, 34:9, 37:15, 37:18, 39:11
**recovered** [1] - 57:8
**Red** [1] - 3:3
**redirect** [3] - 25:17, 65:22, 148:7
**REDIRECT** [2] - 26:1, 65:23
**refer** [3] - 34:2, 70:3, 123:19
**reference** [6] - 51:3, 53:24, 70:22, 120:16, 123:17, 125:10
**referenced** [5] - 49:19, 51:21, 53:23, 121:3, 123:12
**referral** [1] - 43:1
**referred** [2] - 32:3, 34:19
**referring** [14] - 20:15, 20:16, 21:1, 69:10, 70:6, 99:10, 112:3, 112:12, 119:10, 119:12, 119:21, 121:2, 121:9
**reflect** [7] - 73:1, 73:3, 73:12, 73:14, 73:23, 74:1, 146:19
**reflects** [1] - 45:7
**refrain** [1] - 127:23
**refused** [6] - 13:7, 88:20, 99:10, 101:24, 120:24, 121:12
**regard** [5] - 49:15, 52:7, 67:9, 145:20, 147:4
**regarding** [20] - 19:15, 31:4, 32:17, 34:17, 35:15, 37:9, 39:14, 40:8, 47:5, 49:5, 52:11, 52:16, 69:4, 70:20, 70:21, 119:10, 120:19, 122:3, 139:22, 140:1
**regardless** [1] - 45:5
**Reginald** [4] - 4:13, 48:18, 68:2, 129:21
**regional** [1] - 29:25
**registration** [1] -

41:19
**regular** [4] - 26:14, 37:15, 37:18, 112:23
**relate** [3] - 36:20, 36:24, 46:10
**related** [2] - 32:17
**relates** [4] - 34:11, 36:21, 36:25, 46:11
**release** [2] - 29:10, 149:12
**released** [1] - 149:19
**releasing** [1] - 149:10
**relevance** [7] - 10:11, 16:21, 28:20, 102:5, 105:2, 105:11, 105:15
**relying** [1] - 53:22
**remember** [53] - 8:21, 11:5, 11:8, 11:10, 11:12, 11:19, 11:21, 12:3, 12:12, 12:15, 12:17, 13:5, 17:24, 21:21, 21:23, 22:3, 22:8, 22:9, 22:10, 22:11, 22:13, 23:1, 24:16, 26:6, 26:7, 79:7, 88:4, 88:7, 92:10, 94:15, 104:15, 105:17, 107:9, 108:3, 111:16, 115:6, 115:21, 132:15, 132:18, 133:6, 133:7, 133:10, 133:11, 133:19, 134:23, 134:24, 143:8
**remembering** [1] - 22:1
**remind** [1] - 55:12
**repair** [3] - 85:3, 85:5, 85:10
**repeat** [1] - 96:24
**rephrase** [11] - 10:6, 12:24, 28:11, 64:6, 84:16, 92:12, 125:4, 131:19, 131:21, 137:4, 139:15
**Rephrase** [19] - 7:15, 9:15, 10:18, 11:17, 13:20, 15:25, 61:25, 84:21, 85:8, 91:10, 102:18, 102:23, 107:25, 113:21, 132:5, 132:12, 136:4, 142:12, 143:23
**replace** [1] - 85:13
**replaced** [1] - 103:25
**replied** [1] - 147:23
**reply** [1] - 147:25
**replying** [1] - 147:13

**report** [23] - 19:17, 23:5, 23:7, 23:9, 40:16, 43:14, 44:6, 44:24, 45:10, 48:1, 66:24, 118:14, 121:9, 122:7, 122:9, 122:10, 123:9, 123:13, 123:18, 123:20, 124:16, 144:22, 150:9
**reported** [4] - 41:23, 41:25, 43:11, 45:6
**REPORTED** [1] - 2:1
**REPORTER** [1] - 29:16
**Reporter** [2] - 2:1, 152:22
**reports** [11] - 23:12, 37:6, 37:8, 39:22, 124:2, 126:12, 128:13, 138:4, 138:6, 138:21, 138:22
**represent** [1] - 40:24
**representative** [1] - 132:7
**representing** [1] - 51:24
**republish** [1] - 103:15
**request** [2] - 144:14, 150:2
**requesting** [1] - 148:23
**required** [4] - 32:9, 32:22, 40:8, 40:10
**requirements** [2] - 40:1, 40:4
**requires** [1] - 50:8
**resent** [1] - 109:17
**reservation** [1] - 40:11
**reservations** [1] - 32:17
**residence** [2] - 6:3, 7:11
**Residents** [1] - 50:3
**residents** [8] - 13:10, 49:24, 52:17, 52:18, 52:23, 136:10, 136:12, 136:13
**resigned** [2] - 69:15, 69:24
**resonating** [1] - 22:23
**respect** [4] - 62:6, 138:21, 138:23, 149:24
**respective** [1] - 68:13
**respond** [1] - 53:14
**Responsable** [2] -

59:17, 60:18
  **response** [14] -
19:25, 37:8, 53:18,
53:20, 53:23, 117:22,
119:3, 147:11,
147:15, 147:16,
147:18, 147:19,
148:21, 149:3
  **responses** [1] -
36:18
  **responsibilities** [2] -
30:19, 80:3
  **responsibility** [1] -
28:19
  **responsible** [3] -
58:5, 59:17, 60:18
  **rest** [4] - 53:16,
148:2, 148:5, 148:10
  **resting** [1] - 148:12
  **result** [1] - 37:7
  **resulting** [1] - 40:15
  **results** [1] - 33:15
  **retired** [2] - 118:24,
145:18
  **retrieve** [1] - 7:17
  **reveal** [1] - 141:7
  **revealed** [1] - 137:3
  **review** [5] - 30:21,
31:17, 51:19, 62:16,
68:18
  **reviewed** [3] - 62:10,
62:12, 145:21
  **Rich** [1] - 49:3
  **Richard** [1] - 49:3
  **right-hand** [3] - 60:2,
60:19, 62:6
  **risk** [1] - 31:20
  **road** [1] - 142:6
  **rock** [1] - 127:9
  **ROI** [2] - 122:4
  **Room** [4] - 56:14,
56:24, 57:8, 62:14
  **room** [14] - 62:17,
67:2, 79:16, 79:17,
80:9, 80:11, 83:2,
84:6, 91:4, 92:1,
96:17, 96:19, 97:6,
118:17
  **routine** [1] - 86:7
  **row** [4] - 41:6, 41:7,
42:4, 42:15
  **rub** [2] - 121:22,
125:15
  **rue** [1] - 59:24
  **Rule** [4] - 50:7, 70:3,
70:6, 148:21
  **rule** [4] - 50:2,
127:12, 127:13,
127:17
  **ruled** [2] - 28:24,

150:1
  **rules** [1] - 49:7
  **ruling** [2] - 132:3,
132:23
  **run** [1] - 23:13
  **running** [1] - 40:22
  **runs** [1] - 33:14

# S

  **Saint** [1] - 72:8
  **Saint-Marc** [1] - 72:8
  **sandals** [1] - 103:11
  **Santo** [2] - 9:22, 10:2
  **sat** [2] - 88:15, 112:9
  **Saturday** [3] - 13:12,
26:16, 114:12
  **Saturdays** [1] - 13:14
  **save** [1] - 27:18
  **saved** [1] - 33:21
  **saw** [26] - 91:20,
92:8, 92:16, 92:18,
92:22, 93:2, 93:12,
93:21, 96:17, 96:18,
113:16, 115:1,
116:16, 121:5,
123:23, 123:24,
124:23, 125:15,
125:17, 125:18,
125:20, 125:24,
129:1, 131:11,
131:15, 131:25
  **scanned** [1] - 35:11
  **schedule** [2] - 145:1,
145:15
  **scheduled** [10] -
43:23, 44:16, 44:19,
44:21, 45:8, 45:18,
46:22, 46:25, 47:2,
47:6
  **Schlender** [2] -
133:15, 135:4
  **school** [27] - 14:2,
14:15, 19:19, 24:23,
27:1, 27:2, 27:9,
27:11, 27:15, 27:20,
28:4, 28:5, 30:2,
31:12, 76:19, 77:5,
77:7, 79:12, 90:4,
93:4, 93:5, 93:6, 93:7,
93:8, 94:5, 95:9
  **schooling** [1] - 76:19
  **screen** [10] - 5:23,
7:20, 33:17, 36:5,
38:11, 46:7, 56:11,
64:11, 98:19, 101:4
  **seaport** [1] - 34:24
  **search** [6] - 36:7,
40:17, 46:8, 55:10,

60:5, 60:6
  **seated** [10] - 4:22,
29:16, 49:11, 54:13,
67:5, 71:6, 71:15,
118:20, 130:4, 145:11
  **second** [19] - 23:22,
37:2, 40:12, 41:6,
41:7, 43:14, 46:16,
48:21, 53:15, 59:15,
108:16, 123:3, 123:8,
123:21, 130:11,
132:14, 142:22,
147:12, 148:21
  **second-to-the-last**
[1] - 48:21
  **secret** [1] - 92:17
  **security** [2] - 117:22,
144:25
  **Security** [1] - 55:25
  **see** [68] - 6:5, 6:7,
6:9, 6:17, 6:20, 7:7,
7:21, 7:23, 8:13,
20:14, 20:24, 33:16,
34:14, 38:9, 39:23,
40:14, 47:22, 49:10,
51:14, 64:24, 65:1,
66:20, 72:21, 73:7,
75:15, 75:18, 76:2,
91:17, 92:3, 92:13,
92:22, 93:16, 93:22,
95:4, 96:15, 98:17,
99:9, 99:21, 100:9,
100:18, 101:4, 101:6,
101:13, 101:15,
108:13, 110:10,
110:12, 110:21,
110:24, 112:12,
112:25, 113:24,
114:2, 114:23,
118:10, 121:19,
124:22, 125:3,
125:12, 129:2,
141:21, 142:19,
144:18, 147:15,
147:22, 152:11
  **seeing** [3] - 117:15,
126:4, 131:8
  **seek** [1] - 57:19
  **seeking** [1] - 49:6
  **seeks** [1] - 126:7
  **sees** [1] - 120:11
  **seized** [2] - 57:15,
62:17
  **selected** [1] - 38:12
  **send** [1] - 77:7
  **sends** [1] - 119:25
  **sent** [2] - 23:13,
88:22, 120:23
  **sentence** [3] - 66:5,
66:7, 121:8

  **separated** [1] - 61:8
  **September** [2] -
133:8
  **series** [1] - 51:11
  **serves** [2] - 23:11,
127:25
  **Services** [5] - 21:17,
21:19, 23:18, 107:12,
112:4
  **set** [1] - 150:22
  **seventh** [1] - 45:11
  **several** [12] - 55:4,
61:1, 61:9, 113:7,
116:6, 117:1, 117:8,
125:11, 133:10,
135:20, 137:1, 140:20
  **sex** [1] - 125:24
  **sexual** [55] - 18:23,
19:2, 19:21, 20:3,
20:8, 20:11, 21:14,
23:21, 24:12, 81:15,
81:18, 82:16, 87:9,
90:10, 92:13, 93:17,
94:24, 101:25, 115:4,
115:9, 115:12,
115:19, 119:16,
119:19, 123:5, 124:6,
124:7, 126:25, 128:9,
130:13, 130:20,
131:4, 131:8, 132:21,
134:2, 134:13,
136:19, 137:10,
137:12, 137:16,
137:21, 137:24,
138:10, 138:11,
138:13, 138:14,
138:16, 138:17,
138:19, 139:9, 140:5,
140:18, 143:17, 144:5
  **sexually** [7] - 23:20,
95:16, 116:12,
116:15, 125:12,
137:17, 138:25
  **share** [1] - 142:1
  **sheet** [2] - 81:25,
87:4
  **shirt** [3] - 72:25,
73:11, 73:22
  **short** [2] - 68:6,
127:13
  **shortened** [1] -
148:3
  **shortly** [2] - 22:6,
22:7
  **shoulder** [5] - 91:24,
92:5, 92:7, 92:8, 97:2
  **show** [3] - 5:20,
108:19, 138:12
  **showed** [1] - 87:7
  **shower** [1] - 80:9

  **showing** [20] - 5:23,
35:23, 38:6, 40:13,
46:4, 56:22, 77:18,
78:7, 78:20, 80:16,
94:2, 97:23, 98:14,
99:16, 100:7, 100:13,
100:17, 101:3, 103:3,
103:19
  **shown** [6] - 25:21,
35:17, 57:9, 67:8,
107:17, 108:2
  **shows** [1] - 46:7
  **side** [5] - 19:10,
22:18, 40:21, 40:22,
109:9, 116:23, 127:1,
136:24
  **side-bar** [5] - 19:10,
22:18, 109:9, 116:23,
136:24
  **sides** [5] - 67:8, 68:4,
127:15, 127:17, 128:4
  **signature** [8] - 60:14,
60:17, 60:19, 62:6,
62:7, 62:12, 62:21,
65:11
  **signatures** [3] -
60:12, 62:19, 62:22
  **simply** [2] - 31:17,
138:25
  **sisters** [2] - 61:9,
72:9
  **sitting** [4] - 8:9,
95:23, 109:11, 109:18
  **situation** [1] - 152:5
  **six** [1] - 55:18
  **Sixth** [1] - 68:9
  **sixth** [1] - 45:10
  **skills** [3] - 55:22,
56:1, 56:4
  **slander** [1] - 29:6
  **slapping** [1] - 88:21
  **slash** [1] - 60:22
  **sleep** [5] - 79:12,
79:14, 94:22, 97:6,
120:8
  **sleeping** [1] - 97:4
  **slept** [3] - 80:23,
91:3, 97:5
  **small** [1] - 28:9
  **snacks** [1] - 145:5
  **so-and-so** [1] -
128:17
  **Social** [9] - 21:17,
21:19, 23:17, 81:4,
81:5, 107:12, 107:13,
112:4
  **social** [3] - 64:20,
66:5, 112:4
  **sometime** [1] - 81:22
  **sometimes** [22] -

14:1, 14:8, 14:14,
14:15, 16:24, 17:3,
17:8, 17:11, 26:10,
26:14, 26:21, 26:22,
27:16, 27:23, 27:24,
28:4, 80:1, 83:23,
87:11, 104:1, 119:25
**somewhat** [3] -
51:18, 51:24, 129:1
**somewhere** [3] -
15:11, 145:4, 151:22
**soon** [4] - 32:20,
33:3, 147:8
**sorry** [10] - 53:11,
59:19, 68:23, 70:11,
70:18, 74:24, 84:11,
87:19, 109:3, 120:5
**sort** [2] - 31:20,
126:16
**sought** [2] - 123:15,
138:15
**source** [1] - 35:3
**sources** [1] - 35:5
**South** [2] - 1:24,
29:25
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**space** [1] - 80:23
**speaking** [7] - 22:4,
22:13, 55:22, 61:17,
62:3, 83:20, 127:14
**speaks** [2] - 64:3,
64:8
**special** [4] - 55:24,
57:3, 58:7, 63:5
**Special** [7] - 54:8,
54:19, 56:11, 56:23,
58:2, 61:14, 66:1
**specific** [3] - 32:14,
46:9, 133:10
**specifically** [3] -
23:17, 53:8, 83:19
**specify** [1] - 64:18
**speculation** [12] -
7:13, 10:16, 10:22,
13:16, 13:24, 16:15,
16:22, 64:4, 105:9,
107:20, 111:22,
113:19
**spelling** [1] - 71:17
**spend** [2] - 55:17,
94:21
**spent** [2] - 105:24,
106:2
**spread** [6] - 89:8,
89:9, 89:15, 99:11,
120:21, 120:24
**spring** [3] - 6:4, 6:8,
6:18
**staff** [4] - 48:2,

66:25, 118:15, 144:23
**stand** [5] - 30:24,
31:23, 33:24, 95:4,
127:13
**standing** [1] - 108:14
**stands** [5] - 23:16,
30:25, 31:24, 33:25,
42:18
**Star** [94] - 5:10, 5:17,
6:4, 7:11, 7:21, 8:17,
9:9, 9:11, 9:17, 12:4,
12:10, 13:3, 13:10,
14:11, 15:2, 15:14,
16:2, 16:13, 16:18,
17:10, 17:15, 17:18,
17:20, 17:25, 18:4,
18:6, 18:12, 18:17,
21:20, 22:7, 23:14,
24:13, 24:20, 27:2,
27:7, 27:11, 27:15,
27:20, 49:18, 49:24,
50:3, 50:19, 50:20,
52:1, 52:3, 52:17,
55:7, 55:8, 55:10,
56:14, 60:7, 62:14,
76:11, 76:13, 76:17,
77:23, 78:14, 79:15,
79:20, 80:22, 80:25,
81:13, 84:15, 84:17,
84:23, 88:2, 89:4,
95:12, 98:7, 104:19,
105:20, 106:3, 106:6,
106:19, 106:22,
107:5, 107:19,
112:22, 115:5, 116:9,
131:2, 131:24, 132:1,
132:9, 133:13,
133:15, 134:7, 135:2,
135:20, 135:25,
136:7, 136:10,
136:13, 139:22
**stares** [1] - 127:2
**start** [3] - 27:17,
79:1, 148:17
**started** [14] - 8:17,
9:17, 30:10, 76:12,
79:3, 79:4, 82:24,
82:25, 83:16, 88:21,
105:20, 106:3, 106:5,
106:8
**starting** [2] - 38:13,
66:5
**starts** [2] - 32:21,
52:2
**state** [6] - 4:4, 29:17,
48:11, 67:20, 71:16,
129:13
**statement** [14] -
5:18, 12:1, 18:20,
19:14, 19:17, 19:23,

20:10, 124:15,
124:25, 127:14,
128:14, 128:18,
128:20, 139:6
**statements** [10] -
117:18, 119:7, 122:7,
123:10, 123:17,
124:3, 124:4, 126:18,
128:11, 128:13
**States** [39] - 4:2, 4:8,
17:13, 18:1, 18:3,
21:3, 29:14, 30:16,
30:22, 31:18, 32:2,
34:21, 35:1, 40:25,
42:2, 42:22, 47:13,
48:9, 48:15, 52:13,
53:6, 55:21, 67:18,
67:24, 69:1, 69:2,
71:12, 96:5, 97:8,
104:3, 107:14,
107:19, 111:21,
129:11, 129:17,
136:9, 141:16,
145:22, 152:22
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**States'** [1] - 69:11
**stay** [6] - 9:8, 28:18,
76:22, 93:22, 104:14,
127:21
**stayed** [3] - 9:11,
82:14, 106:22
**steal** [1] - 88:14
**step** [4] - 29:11,
47:16, 66:13, 112:6
**stick** [1] - 103:1
**sticker** [2] - 6:24,
7:23
**still** [8] - 4:25, 44:24,
45:5, 54:14, 82:22,
97:4, 130:7, 147:11
**stop** [6] - 9:25, 48:1,
66:24, 109:14,
118:14, 144:22
**stopped** [2] - 10:3,
79:3
**story** [4] - 102:1,
122:17, 122:20,
122:23
**Street** [1] - 1:15
**strike** [3] - 18:9,
115:2, 142:25
**strip** [2] - 88:17,
88:19
**stripped** [1] - 88:20
**struck** [4] - 69:14,
69:23, 70:25, 71:8
**Stu** [2] - 4:11, 48:17
**STUART** [1] - 1:20
**Stuart** [2] - 68:1,

129:19
**student** [1] - 64:17
**studies** [1] - 30:1
**subject** [2] - 128:16,
128:22
**submission** [1] -
145:25
**submissions** [1] -
145:21
**submit** [2] - 68:11,
68:17
**substantially** [1] -
57:15
**such-and-such** [1] -
126:9
**suck** [2] - 87:18,
93:18
**sucked** [1] - 93:14
**sucking** [5] - 86:21,
86:24, 87:5, 92:19,
93:19
**suffered** [1] - 77:9
**sugarcane** [2] -
134:24, 140:2
**suggest** [4] - 128:4,
137:14, 137:15,
137:16
**suggesting** [2] -
137:10, 152:6
**Suite** [3] - 1:18, 1:22,
1:24
**summaries** [3] -
53:9, 54:2, 147:3
**summarize** [1] -
146:16
**summarized** [1] -
122:8
**summary** [19] - 49:5,
49:8, 49:18, 49:20,
49:21, 49:23, 50:4,
50:6, 50:10, 50:17,
51:15, 64:19, 146:3,
146:9, 146:16,
146:19, 146:21, 148:8
**Sunday** [1] - 114:12
**Sundays** [1] - 13:14
**supermarket** [1] -
75:16
**supervise** [1] - 30:20
**supervisory** [1] -
30:18
**supplemental** [1] -
122:24
**supplies** [1] - 76:20
**supposed** [2] -
27:10, 43:12
**suspect** [2] - 34:9,
123:15
**sustained** [20] - 8:7,
10:12, 14:21, 16:16,

18:15, 18:21, 19:5,
21:5, 25:1, 25:7,
62:24, 75:25, 92:25,
105:3, 105:12,
106:17, 111:23,
114:21, 116:3, 116:19
**Sustained** [19] -
7:14, 9:14, 10:17,
11:16, 13:19, 15:24,
61:24, 84:20, 85:7,
91:9, 102:17, 102:22,
107:24, 113:20,
132:4, 132:11, 136:3,
142:11, 143:22
**sworn** [2] - 124:3,
128:12
**SWORN** [2] - 29:15,
71:14
**System** [2] - 31:24,
34:1
**system** [16] - 31:21,
31:25, 33:1, 33:22,
34:4, 34:5, 35:6,
35:10, 35:15, 36:17,
38:19, 39:2, 41:10,
43:7
**systems** [5] - 31:7,
31:13, 36:8, 36:10,
39:25

**T**

**Tabarre** [14] - 27:8,
50:21, 52:4, 59:24,
72:6, 75:7, 76:7, 78:1,
79:20, 81:7, 81:9,
81:11, 81:13, 95:11
**table** [6] - 4:8, 95:24,
103:24, 104:10,
112:11, 127:1
**tag** [1] - 30:20
**talks** [1] - 64:20
**taxi** [1] - 27:9
**team** [3] - 30:20,
30:23
**TECS** [16] - 33:22,
33:24, 33:25, 34:1,
34:2, 34:8, 34:11,
34:13, 34:17, 35:15,
36:15, 36:17, 37:13,
39:2, 43:7
**ten** [4] - 47:18, 48:3,
48:6
**ten-minute** [1] -
47:18
**tender** [2] - 63:1,
104:4
**tenders** [3] - 47:13,
49:12, 101:11

**term** [4] - 86:12, 86:14, 86:16, 87:23
**terms** [3] - 39:13, 40:7, 128:1
**testified** [16] - 5:9, 8:24, 11:6, 13:2, 19:12, 23:15, 25:11, 28:12, 97:7, 105:5, 105:20, 116:5, 117:19, 120:3, 125:17, 125:23
**testify** [3] - 29:4, 55:2, 122:20
**testimony** [27] - 9:13, 11:9, 12:12, 12:21, 14:4, 14:6, 15:16, 22:20, 49:5, 49:15, 49:19, 52:1, 69:3, 70:21, 105:22, 107:21, 109:16, 118:21, 119:14, 125:19, 125:25, 126:3, 142:8, 142:10, 145:12, 145:15
**that'll** [2] - 145:6, 147:2
**THE** [281] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:9, 4:14, 4:16, 4:22, 4:24, 4:25, 5:22, 6:1, 6:12, 7:14, 7:18, 8:4, 8:7, 8:20, 8:21, 9:14, 10:12, 10:17, 10:23, 10:24, 11:16, 12:22, 12:24, 13:19, 13:25, 14:1, 14:7, 14:8, 14:13, 14:14, 14:21, 15:24, 16:16, 16:23, 16:24, 18:15, 18:21, 19:5, 19:8, 19:24, 20:4, 20:6, 20:14, 20:19, 20:24, 21:2, 22:2, 22:3, 22:16, 23:3, 23:24, 25:1, 25:7, 25:13, 25:14, 25:17, 25:20, 25:25, 27:5, 27:22, 27:23, 28:21, 28:24, 29:2, 29:3, 29:11, 29:13, 29:16, 29:18, 35:21, 37:23, 38:2, 38:4, 46:2, 47:14, 47:16, 47:18, 48:6, 48:9, 48:19, 48:21, 49:10, 49:15, 49:25, 51:3, 51:6, 51:8, 52:5, 53:10, 53:14, 54:1, 54:5, 54:10, 54:13, 54:15, 54:16, 54:21, 54:23, 54:24, 56:9,

56:20, 57:1, 57:21, 57:25, 61:24, 62:24, 63:2, 64:6, 65:20, 65:22, 66:13, 66:14, 66:16, 67:5, 67:18, 68:4, 68:14, 68:17, 68:23, 69:7, 69:20, 70:10, 70:15, 70:24, 71:6, 71:15, 71:18, 71:21, 73:3, 73:14, 74:1, 75:22, 75:24, 77:15, 78:5, 78:18, 80:14, 83:13, 83:14, 84:13, 84:20, 85:7, 90:3, 90:4, 91:9, 91:15, 92:25, 93:25, 96:22, 97:13, 97:14, 97:17, 97:21, 98:12, 98:21, 98:25, 99:13, 99:14, 99:19, 100:5, 101:1, 101:9, 102:6, 102:7, 102:17, 102:22, 103:6, 103:17, 104:5, 105:3, 105:12, 105:16, 105:17, 105:23, 105:24, 106:17, 107:24, 108:17, 109:1, 109:4, 109:5, 109:7, 109:19, 109:24, 110:3, 110:9, 110:12, 110:20, 110:24, 111:3, 111:23, 113:20, 114:15, 114:16, 114:21, 116:3, 116:19, 116:21, 117:4, 117:7, 117:24, 118:5, 118:20, 119:1, 119:2, 119:3, 121:3, 121:10, 124:20, 125:2, 125:7, 125:17, 127:6, 127:8, 127:11, 127:20, 127:23, 129:5, 129:8, 129:11, 129:22, 130:4, 131:19, 131:21, 132:4, 132:11, 132:24, 134:9, 134:17, 136:3, 136:22, 136:25, 138:4, 139:10, 139:14, 139:16, 140:13, 140:16, 141:3, 141:13, 142:11, 142:16, 142:17, 143:4, 143:14, 143:22, 144:13, 145:11, 145:16, 145:17, 145:20, 146:6, 147:2,

147:10, 147:17, 147:24, 148:2, 148:6, 148:11, 148:15, 148:22, 149:3, 149:5, 149:8, 149:13, 149:19, 150:6, 150:11, 150:14, 150:18, 151:2, 151:6, 151:12, 151:16, 151:24, 152:11
**theatrical** [1] - 126:11
**them...** [1] - 20:20
**themselves** [2] - 35:14, 52:22
**thereafter** [1] - 23:15
**therein** [2] - 53:24, 146:15
**Thereupon** [5] - 48:7, 67:16, 118:24, 129:9, 145:18
**they've** [2] - 34:14, 34:15
**thinking** [1] - 148:5
**Third** [1] - 1:21
**third** [6] - 41:21, 42:4, 43:14, 48:22, 127:20, 133:4
**three** [11] - 6:14, 20:17, 24:23, 32:20, 72:12, 74:23, 76:22, 79:13, 91:22, 106:23, 149:10
**throughout** [2] - 123:1, 139:4
**throw** [2] - 127:9, 127:10
**thrown** [1] - 97:1
**Tiga** [2] - 109:5, 111:11
**tire** [8] - 85:5, 85:11, 85:13, 85:16, 85:21, 85:23, 89:25, 120:2
**title** [5] - 34:3, 39:3, 58:4, 58:7, 58:23
**today** [17] - 19:22, 19:24, 25:11, 28:19, 29:3, 57:15, 72:21, 73:7, 73:18, 74:18, 95:24, 96:2, 129:25, 143:2, 143:10, 148:5
**tomorrow** [9] - 53:19, 145:1, 145:7, 145:17, 147:24, 148:2, 148:3, 148:20, 152:11
**tonight** [2] - 86:3, 87:16
**took** [17] - 9:23, 10:7, 10:14, 10:20, 11:3,

11:6, 15:22, 16:7, 79:11, 80:10, 82:4, 82:17, 88:22, 98:8, 98:9, 112:19, 138:23
**top** [6] - 26:16, 38:8, 38:13, 60:3, 99:1, 101:15
**topic** [1] - 126:20
**torn** [1] - 77:9
**totality** [1] - 71:2
**touch** [4] - 98:19, 116:15, 121:12, 121:13
**touched** [2] - 116:12, 121:16
**touching** [5] - 47:22, 66:20, 92:2, 118:10, 144:18
**toward** [1] - 101:15
**training** [3] - 31:7, 31:9, 65:16
**transcript** [2] - 119:12, 123:12
**transcription** [1] - 152:18
**translate** [2] - 61:5, 66:6
**translated** [1] - 56:5
**translation** [1] - 120:13
**translations** [2] - 51:22, 52:9
**translators** [1] - 139:8
**transportation** [9] - 14:15, 14:16, 26:17, 26:21, 26:22, 26:24, 27:10, 27:14, 27:17
**travel** [20] - 21:3, 31:4, 31:8, 34:9, 34:12, 34:14, 39:15, 42:12, 43:24, 44:17, 44:23, 45:19, 46:13, 46:23, 47:7, 83:23, 138:14, 145:14
**traveled** [3] - 43:3, 90:17, 90:22
**travelers** [1] - 31:18
**traveling** [1] - 47:9
**Treasury** [3] - 33:25, 34:3, 34:7
**treat** [1] - 128:1
**treated** [1] - 29:8
**treatment** [1] - 16:19
**TRIAL** [1] - 1:10
**trial** [17] - 47:21, 52:2, 66:19, 96:15, 118:9, 138:3, 138:22, 138:24, 141:20, 141:22, 144:17

**tried** [1] - 119:16
**trip** [6] - 90:17, 90:18, 90:19, 90:20, 136:8, 140:6
**trips** [1] - 97:8
**true** [6] - 19:1, 24:11, 24:17, 25:10, 88:14, 88:25
**truth** [7] - 24:19, 25:3, 29:8, 96:13, 127:11, 128:19, 128:20
**try** [7] - 13:9, 21:8, 47:25, 66:23, 98:23, 118:13, 144:21
**trying** [2] - 6:5, 118:1
**turn** [2] - 10:9, 15:19
**turned** [2] - 74:9, 86:1, 92:1, 120:6
**turning** [4] - 40:12, 43:14, 45:10, 126:21
**turns** [1] - 126:25
**TV** [1] - 80:24
**Twelfth** [1] - 2:2, 152:22
**two** [54] - 6:23, 7:17, 20:17, 20:25, 32:23, 35:5, 36:3, 36:9, 36:15, 37:2, 48:22, 49:5, 49:8, 54:4, 55:14, 61:11, 61:12, 66:8, 66:9, 69:4, 69:13, 76:21, 96:9, 96:11, 110:7, 115:10, 115:20, 115:25, 117:12, 117:22, 121:15, 122:14, 122:16, 122:19, 123:2, 124:13, 128:7, 129:7, 130:12, 130:16, 138:7, 140:9, 140:21, 140:24, 141:7, 141:23, 142:8, 143:7, 143:10, 143:16, 148:19, 149:10, 149:25
**two-minute** [2] - 110:7, 129:7
**type** [6] - 31:15, 32:10, 39:13, 39:17, 50:22, 62:4
**types** [2] - 31:25, 33:15
**typewritten** [5] - 61:15, 61:16, 61:17, 61:18, 62:4

## U

**U.S.A** [1] - 59:22
**ugly** [3] - 96:12, 96:13, 142:4
**unclear** [1] - 121:1
**uncomfortable** [1] - 121:17
**undated** [1] - 64:23
**under** [11] - 4:25, 5:9, 34:6, 49:6, 51:24, 54:14, 60:17, 89:12, 124:3, 128:15, 130:7
**under-representing** [1] - 51:24
**underline** [1] - 58:19, 100:20
**underlying** [1] - 146:11
**understandable** [1] - 152:3
**understood** [3] - 83:16, 127:22, 141:9
**undress** [1] - 120:24
**uniform** [2] - 77:5, 108:10
**Unit** [1] - 30:25
**unit** [2] - 31:2, 31:12
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**United** [40] - 4:2, 4:7, 17:13, 18:1, 18:3, 21:3, 29:14, 30:16, 30:22, 31:18, 32:2, 34:21, 34:25, 40:25, 42:2, 42:22, 47:13, 48:9, 48:14, 52:13, 53:5, 55:21, 67:18, 67:23, 69:1, 69:2, 69:11, 71:12, 96:5, 97:8, 104:3, 107:14, 107:19, 111:21, 129:11, 129:16, 136:9, 141:16, 145:22, 152:22
**University** [1] - 30:3
**unprofessionally** [1] - 110:16
**unwieldy** [1] - 51:18
**up** [47] - 5:23, 6:6, 6:9, 6:23, 19:8, 19:16, 22:16, 27:17, 32:20, 39:5, 43:12, 45:1, 66:4, 68:22, 75:22, 77:10, 82:24, 88:12, 88:21, 91:24, 92:6, 102:1, 102:8, 109:7, 111:15, 111:17, 112:3, 115:3, 116:21,

117:22, 120:9, 120:20, 122:13, 127:3, 127:13, 128:13, 128:17, 130:6, 130:11, 136:22, 140:9, 141:6, 144:6, 150:9, 150:22, 151:21, 152:4
**upcoming** [1] - 141:20
**updated** [5] - 148:24, 150:3, 151:10, 151:12, 152:8
**upgrade** [1] - 39:24
**upper** [2] - 40:13, 60:2
**US** [19] - 30:7, 30:8, 30:10, 34:5, 34:6, 34:18, 34:22, 35:13, 41:14, 41:16, 43:21, 44:13, 45:16, 46:20, 67:12, 83:23, 88:13, 96:8
**utilized** [1] - 55:25

## V

**vague** [1] - 16:3
**variety** [2] - 31:19, 51:12
**various** [5] - 33:15, 51:14, 51:25, 52:17, 130:23
**versus** [7] - 4:2, 48:10, 53:6, 67:12, 67:19, 129:11, 145:22
**vessel** [1] - 34:24
**vessels** [1] - 32:13
**victim** [2] - 120:14, 138:18
**victims** [3] - 123:2, 123:5, 138:18
**view** [1] - 33:13
**Ville** [1] - 58:18
**violating** [1] - 127:15
**violation** [1] - 123:7
**visa** [1] - 41:19
**visit** [1] - 76:4, 79:4, 94:16, 94:18, 113:5, 113:13, 114:2
**visited** [2] - 76:6, 112:23
**visiting** [2] - 79:1, 79:4
**visitor** [1] - 106:8
**vivante** [2] - 59:10, 59:12
**voices** [1] - 109:22
**voluminous** [7] -

50:2, 50:6, 50:8, 50:23, 51:18, 52:16, 52:24
**voluntarily** [1] - 40:5
**vs** [1] - 1:6

## W

**Wadley** [1] - 149:21
**waiting** [1] - 96:14
**wake** [2] - 27:17, 102:1
**walk** [2] - 27:14, 27:20
**walking** [1] - 93:21
**walks** [2] - 127:1, 127:2
**warrant** [3] - 55:10, 60:5, 60:6
**Washington** [1] - 1:19
**watch** [1] - 110:21
**watched** [1] - 80:24
**water** [1] - 80:8
**waves** [1] - 126:13
**wearing** [4] - 72:24, 73:10, 73:21, 87:1
**week** [8] - 13:15, 26:14, 26:15, 127:20, 130:17, 130:19, 144:5, 144:9
**weekend** [7] - 76:24, 79:2, 106:8, 113:25, 114:3, 114:6, 114:24
**weekends** [7] - 76:21, 76:22, 80:2, 113:12, 113:17, 114:8, 114:9
**weekly** [2] - 13:22, 14:10
**weeks** [1] - 9:20
**welcome** [1] - 10:9
**WENDY** [2] - 29:15, 29:18
**Wendy** [2] - 3:6, 29:18
**whatsoever** [5] - 47:20, 50:24, 66:18, 118:8, 144:16
**wheels** [1] - 43:12
**whole** [3] - 30:11, 93:15, 133:19
**wide** [1] - 117:20
**Widson** [2] - 133:20, 135:11
**wild** [1] - 39:1
**Wilkins** [2] - 49:3
**wish** [1] - 67:7
**wishful** [1] - 148:5

**WITNESS** [30] - 8:21, 10:24, 14:1, 14:8, 14:14, 16:24, 22:3, 25:14, 27:23, 29:3, 29:15, 29:18, 54:15, 54:21, 54:24, 66:14, 71:14, 71:18, 75:22, 83:14, 90:4, 97:14, 99:13, 102:7, 105:17, 105:24, 109:5, 114:16, 142:17, 145:16
**witness** [70] - 4:17, 6:14, 19:11, 22:22, 23:15, 23:23, 25:19, 29:10, 29:12, 29:13, 47:13, 47:17, 48:19, 48:21, 48:22, 49:2, 49:4, 54:2, 54:6, 63:1, 66:15, 68:14, 68:24, 71:11, 73:2, 73:13, 73:24, 101:11, 104:4, 108:15, 111:2, 117:1, 117:5, 118:24, 119:15, 120:14, 120:17, 122:6, 123:16, 124:7, 124:13, 125:23, 126:1, 126:4, 128:7, 130:1, 137:2, 137:10, 137:21, 138:9, 138:23, 138:24, 139:3, 139:5, 139:7, 139:22, 140:1, 140:4, 140:20, 145:18, 146:10, 147:6, 147:12, 148:8, 148:24, 150:9, 151:3, 151:13
**Witness** [58] - 58:21, 98:24, 99:24, 100:12, 100:21, 101:20, 101:23, 148:7
**witness's** [8] - 5:23, 22:20, 69:3, 119:10, 123:10, 123:16, 125:25, 126:17
**witnessed** [1] - 92:11
**WITNESSES** [1] - 3:4
**witnesses** [4] - 49:2, 54:4, 149:19, 149:21
**word** [6] - 34:3, 60:22, 60:23, 99:4, 99:8
**words** [2] - 34:21, 38:15
**works** [1] - 121:25
**worthy** [1] - 50:22
**wrinkled** [1] - 77:9

**writings** [1] - 50:8
**written** [5] - 52:8, 64:1, 64:12, 64:14, 147:8
**wrote** [2] - 19:18, 63:19

## X

**X-x-x-x-x-x-x** [1] - 71:19
**Xxx** [2] - 133:15, 135:4
**Xxxx** [2] - 133:20, 135:11
**Xxxxx** [3] - 133:18, 135:7, 149:21
**Xxxxxx** [2] - 88:25, 149:22
**Xxxxxxx** [16] - 3:5, 3:8, 48:24, 58:12, 59:11, 69:1, 71:13, 71:18, 91:3, 121:15, 123:22, 133:22, 135:13, 135:15, 135:18, 148:8
**XXXXXXX** [1] - 71:14
**Xxxxxxxx** [4] - 59:8, 59:9, 135:9, 149:21

## Y

**yard** [2] - 112:9, 112:11
**year** [15] - 5:15, 12:14, 18:1, 74:12, 79:1, 79:6, 89:21, 90:5, 100:1, 100:15, 105:14, 107:9, 133:5, 135:22, 141:17
**years** [20] - 5:10, 8:24, 9:4, 9:8, 11:13, 11:25, 30:12, 52:23, 55:17, 55:18, 59:20, 61:12, 66:9, 74:23, 106:23, 113:4, 123:2, 143:16
**yesterday** [7] - 5:9, 13:2, 110:3, 147:5, 149:11, 149:12, 149:15
**York** [1] - 1:18
**young** [22] - 9:23, 11:5, 11:8, 11:13, 82:22, 83:15, 91:23, 92:1, 92:6, 92:19, 93:11, 93:13, 95:3, 104:15, 105:17, 108:22, 111:7,

113:16, 113:24,
114:24, 125:13,
149:10
**younger** [9] - 72:11,
72:12, 79:22, 79:23,
83:1, 91:5, 91:6,
96:20, 96:25
**youngest** [1] - 15:11
**yourself** [1] - 104:22
**yourselves** [4] -
47:19, 66:17, 118:7,
144:15

## Z

**zoom** [3] - 61:2,
66:6, 101:18