```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                 Plaintiff,           February 21, 2013

 6          vs.                         9:27 a.m. to 10:58 a.m.

 7   MATTHEW ANDREW CARTER,

 8                 Defendant.           Pages 1 to 58

 9   _____

10                          JURY TRIAL
                 BEFORE THE HONORABLE JOAN A. LENARD,
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               99 Northeast Fourth Street
16                             Miami, Florida 33132
                                        -and-
17                             BONNIE L. KANE, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             1400 New York Avenue, NW
                               Suite 600
19                             Washington, DC 20530

20
     FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                             ADELSTEIN & MATTERS
                               2929 Southwest Third Avenue
22                             Suite 410
                               Miami, Florida 33129
23                                      -and-
                               PHILIP R. HOROWITZ, ESQ.
24                             9130 South Dadeland Boulevard
                               Suite 1910
25                             Miami, Florida 33156
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                             Official Court Reporter
 2                           400 North Miami Avenue
                             Twelfth Floor
 3                           Miami, Florida 33128
                             (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3                                    Direct    Cross    Red.

4

WITNESSES FOR THE GOVERNMENT:

5

Greatest Xxxxxxx                                        5

6

Richard James Wilkins                    7

7

8

9   EXHIBITS RECEIVED IN EVIDENCE                      PAGE

10  Government's Exhibit No. 92                         11
    Government's Exhibit No. 93                         18
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good morning.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              MS. MEDETIS:  Yes.  Good morning, your Honor.

 8              Maria Medetis and Bonnie Kane on behalf of the United

 9    States, with Special Agents Larko and Flores at counsels' table

10    with us today.

11              MR. ADELSTEIN:  And good morning, your Honor.

12              Stu Adelstein, Phil Horowitz on behalf of Mr. Carter,

13    who is present, along with our investigator, Reginald Hope.

14              THE COURT:  Good morning.

15              Before we bring the jury in, I just want to

16    cite authority for the Court's rulings regarding the

17    cross-examination -- you may be seated -- the cross-examination

18    of witnesses utilizing memorandum by law enforcement.

19              And I cite as authority for sustaining those

20    objections United States versus Saget -- S-a-g-e-t --

21    991 F.2d 702, a 1993 decision by the Eleventh Circuit, in which

22    the Eleventh Circuit found at Page 710, "We conclude that a

23    witness may not be impeached with a third party's

24    characterization or interpretation of a prior oral statement

25    unless the witness has subscribed to or otherwise adopted the
```

```
 1    statement as his own."

 2              Are we ready to proceed?

 3              MS. MEDETIS:  Yes, your Honor.

 4              THE COURT:  Let's bring the jury in, please.

 5              (Whereupon, the jury entered the courtroom at

 6    9:29 a.m. and the following proceedings were had:)

 7              THE COURT:  You may be seated.

 8              Good morning, ladies and gentlemen.

 9              THE JURY:  Good morning.

10              THE COURT:  You are still under oath, sir.

11              You may proceed, Ms. Medetis.

12              MS. MEDETIS:  Good morning, your Honor.

13              Good morning.

14              THE JURY:  Good morning.

15                        REDIRECT EXAMINATION

16    BY MS. MEDETIS:

17    Q.  Good morning, Greatest.

18    A.  Good morning.

19    Q.  Greatest, yesterday on cross-examination, you were asked

20    about the various group meetings that you had with the

21    Government.

22         Do you recall that?

23    A.  Yes.

24              THE COURT:  You're going to need to keep your voice

25    up, please, sir.
```

1            Thank you.

2    BY MS. MEDETIS:

3    Q.   When you were in these group meetings with the other

4    residents of the Morning Star, did the residents discuss their

5    personal experiences at the Morning Star in your presence?

6    A.   No.

7    Q.   Have you ever discussed the experiences of the other boys

8    from the Morning Star with those boys?

9    A.   No.  It was my private story.

10   Q.   During your meetings with the United States Government,

11   were other boys from the Morning Star present when you

12   discussed your personal experiences at the Morning Star?

13   A.   No.  It was myself and the Government.

14   Q.   And, Greatest, what is your responsibility while testifying

15   in court?

16           MR. HOROWITZ:  Objection to the form.

17           THE COURT:  Overruled.

18           THE WITNESS:  My responsibility is to tell the truth

19   and tell everything that happened.

20           MS. MEDETIS:  Your Honor, no further questions.  The

21   Government would ask to release this witness.

22           THE COURT:  You may step down, sir.

23           (Witness excused.)

24           THE COURT:  Call your next witness.

25           MS. MEDETIS:  Certainly, your Honor.

 1              The United States calls Special Agent Richard Wilkins.

 2          RICHARD JAMES WILKINS, GOVERNMENT WITNESS, SWORN

 3              THE COURT REPORTER:  Thank you.  Please have a seat.

 4              Please state your full name for the record and give

 5    the spelling of the last name.

 6              THE WITNESS:  Richard James Wilkins, W-i-l-k-i-n-s.

 7              MS. MEDETIS:  Permission to approach, your Honor?

 8              THE COURT:  You may.

 9                          DIRECT EXAMINATION

10    BY MS. MEDETIS:

11    Q.   Good morning.

12    A.   Good morning.

13    Q.   Sir, where do you work?

14    A.   I work for Homeland Security Investigations.

15    Q.   And how long have you worked for Homeland Security

16    Investigations?

17    A.   About nine and a half years.

18    Q.   And what department is Homeland Security Investigations a

19    part of?

20    A.   The Department of Homeland Security.

21    Q.   And what is your title at the -- at Homeland Security

22    Investigations?

23    A.   I'm a special agent.

24    Q.   And what are your duties and responsibilities as a special

25    agent?

Wilkins - DIRECT - By Ms. Medetis          8

1   A.   I investigate cases involving violations of Customs and

2   immigration law, to include child exploitation cases.

3   Q.   And where within Homeland Security are you assigned or what

4   city are you assigned to?

5   A.   Miami.

6   Q.   And are you assigned to a particular group within Homeland

7   Security Investigations' Miami office?

8   A.   Yes.  The cyber group.

9   Q.   And did you participate in the investigation of Matthew

10  Andrew Carter?

11  A.   Yes, I did.

12  Q.   Can you please describe for the ladies and gentlemen of the

13  jury how you participated in this case or in this

14  investigation.

15  A.   In the beginning, I assisted Agent Flores with some

16  interviews of people that knew the Defendant.  In the end, I

17  created some summaries.

18  Q.   I'm sorry.

19       You created some what?

20  A.   Some summaries of exhibits.

21       MS. MEDETIS:  Your Honor, permission to approach the

22  witness?

23       THE COURT:  You may.

24  BY MS. MEDETIS:

25  Q.   Special Agent Wilkins, I've just handed you what's been

1   marked and previously admitted into evidence as Government's

2   Exhibits 51, 53-A through -D and 54-A through -H.

3       Do you recognize those?

4   A.  Yes, I do.

5   Q.  And how do you recognize them?

6   A.  I created a summary of these exhibits.

7   Q.  Have you inspected and analyzed these exhibits before

8   today?

9   A.  Yes, I have.

10  Q.  And these exhibits:  Where are they from?

11  A.  They are from a search warrant that occurred in Haiti.

12  Q.  And do you know what the search was of?

13          MR. HOROWITZ:  Objection.  Hearsay.

14          THE COURT:  Sustained.

15          Rephrase your question.

16  BY MS. MEDETIS:

17  Q.  After you inspected these exhibits, what did you do with

18  them?

19  A.  I created a summary.

20  Q.  And, in general, can you describe, having reviewed these

21  exhibits, what they are?

22  A.  Yes.  They are rental agreements for residences in Haiti

23  between the Defendant and other subjects.

24          MS. MEDETIS:  Your Honor, permission to approach?

25          THE COURT:  You may.

1    BY MS. MEDETIS:

2    Q.   Now, you had said that these exhibits that I handed you are

3    rental agreements.

4         What about Government's Exhibit 51?

5    A.   51 is not -- it's a list of locations with addresses and

6    date ranges.

7    Q.   And I've just handed you what's been marked for

8    identification as Government's Exhibit 92.

9         Do you recognize that?

10   A.   Yes, I do.

11   Q.   What is that?

12   A.   It is a summary of information from the exhibits that I've

13   put together.

14   Q.   And which exhibits, specifically?

15   A.   Exhibit 51, 53-A through 53-D, 54-A through 54-H.

16   Q.   And the summary exhibit in Government's Exhibit 92:  Does

17   it fairly and accurately summarize the information that you

18   obtained from those previous Government's exhibits that you

19   just mentioned?

20   A.   Yes, it does.

21        MS. MEDETIS:  Your Honor, at this time the Government

22   would seek to introduce into evidence Government's Exhibit 92.

23        MR. HOROWITZ:  Renew previously made objections, your

24   Honor.

25        THE COURT:  The objections are overruled.

1              It will be admitted as Government's Exhibit 92.

2              (Whereupon, Government's Exhibit No. 92 was entered

3     into evidence.)

4              THE COURT:  Ladies and gentlemen of the jury, as you

5     just heard, the summary admitted as Government's Exhibit 92 was

6     prepared by Special Agent Richard Wilkins.

7              The underlying documents were previously admitted into

8     evidence and are available for your examination.  These

9     documents are the primary and governing evidence of the

10    contents contained therein.

11             The summary is intended to help explain or summarize

12    the contents of these documents and are for your convenience.

13    If the summary in any way does not reflect the content of the

14    documents, you should disregard the summary.

15             You may proceed.

16             MS. MEDETIS:  Permission to publish, your Honor?

17             THE COURT:  You may publish.

18    BY MS. MEDETIS:

19    Q.  Agent, I'm now showing you on your monitor before you

20    Government's Exhibit 92.

21    A.  Yes.

22    Q.  Could you tell us the title of that exhibit.

23    A.  "Morning Star Locations."

24    Q.  And what fields of information are contained in this

25    exhibit?

 1   A.   The date, the location and referencing what Government

 2   exhibit I got the information from.

 3   Q.   So the first column -- I'm sorry -- if we could go step by

 4   step, is what?

 5   A.   The date range.

 6   Q.   And the second column?

 7   A.   The location.

 8   Q.   And the third column?

 9   A.   The Government exhibit I obtained the information from.

10   Q.   So as an example --

11        MS. MEDETIS:   Permission to publish Government's

12   Exhibit 51, your Honor?

13        THE COURT:   You may.

14   BY MS. MEDETIS:

15   Q.   Let's look at the first row of information.  Could you read

16   that, please.

17   A.   May '95 to October '95.  I don't speak French.  So Calle

18   Mapou, Croix des Bouquets, I think it is, or Bqts, the

19   abbreviation.

20   Q.   And what's the Government exhibit?

21   A.   51.

22   Q.   So can you please circle where on Government's Exhibit 51

23   you obtained that first row of information.  This is

24   Government's Exhibit 51 I'm showing you now.

25   A.   I've never used this before.  So how --

Wilkins - DIRECT - By Ms. Medetis          13

1    Q.  I'm sorry.  It's a touch screen.

2    A.  Okay.  And the date is right there.

3    Q.  And are all of the entries listed on Government's

4    Exhibit 51 contained in Government's Exhibit 92?

5    A.  Yes.

6    Q.  Directing you to the second page of Government's

7    Exhibit 51, are these entries contained in Government's

8    Exhibit 92?

9    A.  Yes, they are.

10           MS. MEDETIS:  Permission to publish previously

11   admitted Government's Exhibit 53-A, your Honor?

12           THE COURT:  You may.

13   BY MS. MEDETIS:

14   Q.  Agent Wilkins, I'm showing you Government's Exhibit 53-A.

15   A.  Yes.

16   Q.  Did you have an opportunity to examine this document before

17   today?

18   A.  Yes, I did.

19   Q.  Directing your attention to the row beginning November 1,

20   2001, to blank, do you see that?

21   A.  Yes, I do.

22   Q.  Could you read the rest of that row.

23   A.  Santo 14, not far away from Croix des Bouquets, at 53-A.

24   Q.  Showing you Government's Exhibit 53-A, can you circle on

25   this exhibit where you obtained the information for the row

Wilkins - DIRECT - By Ms. Medetis                14

 1   that you just read on Government's Exhibit 92.

 2   A.   (Witness complies.)

 3        And I believe the date is on the second page.

 4   Q.   Directing your attention to the second page of Government's

 5   Exhibit 53-A, could you circle the information where you found

 6   the date.

 7   A.   (Witness complies.)

 8   Q.   And why is there no end date for this particular entry?

 9   A.   I have no idea.

10   Q.   Well, did you have an opportunity to read the document?

11   A.   Yes, I did.  Well, some of the documents did have end

12   dates.  This was for a particular time period.  I'm not -- I

13   don't recall what the time period was.  Some of them were five

14   years.

15   Q.   Directing your attention to the first page again,

16   Paragraph 1, can you please read that.

17   A.   Yes.  "We are signing a five-year contract that is

18   renewable each year."

19        MS. MEDETIS:  Permission to publish 54-F, your Honor?

20        THE COURT:  You may.

21   BY MS. MEDETIS:

22   Q.   Showing as another example Government's Exhibit 54-F, what

23   is the term of this receipt -- or the date range that this

24   receipt covers?

25   A.   February 26th to August 25th, 2009.

 1    Q.   For what location?

 2    A.   For a home in Tabarre 23, Imp. Destine No. 29.

 3    Q.   And that's I-m-p?

 4    A.   Yes, it is.

 5    Q.   And is that particular document summarized in this

 6    Government's Exhibit 92?

 7    A.   What was the number of the prior -- or what was the number

 8    of the prior --

 9    Q.   54-F.

10    A.   Yes, it is.

11    Q.   Could you underline it, please.

12    A.   (Witness complies.)

13    Q.   Based on your participation in this investigation, are you

14    aware of what the Defendant's occupation was in Haiti?

15              MR. HOROWITZ:  Objection.  Hearsay.

16              THE COURT:  Sustained.

17    BY MS. MEDETIS:

18    Q.   Do you have personal knowledge of what the Defendant's

19    occupation was in Haiti?

20              MR. HOROWITZ:  Objection.  Hearsay.

21              THE COURT:  Sustained.

22              Lay your predicate.

23    BY MS. MEDETIS:

24    Q.   In participating in this investigation, did you learn

25    through your investigation what the Defendant did, based on

 1  your review of the evidence seized at the -- as a result of the

 2  search warrant in Haiti that you mentioned?  Are you aware of

 3  what the Defendant did in Haiti?

 4          MR. HOROWITZ:  Objection.  Hearsay.

 5          THE COURT:  Overruled.

 6          THE WITNESS:  Yes.  He was in charge of the Morning

 7  Star Center.

 8  BY MS. MEDETIS:

 9  Q.  And if we were to go through all of the other exhibits, so

10  on and so forth, this is how you created 92, by looking at the

11  exhibits listed therein?

12          MR. HOROWITZ:  Objection.  Leading.

13          THE COURT:  Sustained.

14          Rephrase your question.

15  BY MS. MEDETIS:

16  Q.  Without going through every single Government exhibit on

17  this summary exhibit listed on -- in Government's Exhibit 92,

18  how did you go ahead and create this summary chart?

19  A.  I created every line the same.  I checked and I rechecked

20  multiple times to make sure everything was accurate.

21  Q.  And when you say you checked and rechecked, what did you

22  check and recheck?

23  A.  All the data in this summary, whether it was the date

24  range, the address or what Government exhibit it pertained to.

25  Q.  Okay.

1         MS. MEDETIS:  Your Honor, permission to approach?

2         THE COURT:  Yes.

3  BY MS. MEDETIS:

4  Q.   Special Agent, I've handed you what's previously been

5  admitted as Government's Exhibits 39, 41, 45, 46, 47, 48, 49,

6  80 through 82, 30, 31 and 32-D, "delta."

7       Do you recognize those?

8  A.   Yes, I do.

9  Q.   And how do you recognize them?

10  A.   I previously reviewed the documents.

11  Q.   And after you reviewed the documents -- well, let me ask

12  first, generally, what are these documents?

13  A.   They're lists of kids at the center.

14  Q.   And after you reviewed the documents of the kids at the

15  center, what did you do?

16  A.   I created another summary.

17         MS. MEDETIS:  Permission to approach, your Honor?

18         THE COURT:  You may.

19  BY MS. MEDETIS:

20  Q.   Special Agent, I've just handed you what's been marked for

21  identification purposes as Government's Exhibit 93.

22       Do you recognize that?

23  A.   Yes, I do.

24  Q.   And how do you recognize that?

25  A.   I created the document.

1   Q.   And what is that document?

2   A.   It's a summary of information from the Government exhibits.

3   Q.   Are you referring to the Government exhibits that I just

4   handed you?

5   A.   Yes.

6        Do you want me to list the exhibits?

7   Q.   No.  I think -- you can, if you'd like.  But I think the

8   court reporter got them the first time.

9        And the information that's contained in the summary exhibit

10  marked for identification as Government's Exhibit 93:  Does it

11  fairly and accurately reflect the information as you found it

12  in the Government exhibits that I just handed you?

13  A.   Yes, it does.

14        MS. MEDETIS:  Your Honor, at this time the Government

15  would seek to admit Government's Exhibit 93 into evidence.

16        THE COURT:  It will admitted as Government's

17  Exhibit 93.

18        (Whereupon, Government's Exhibit No. 93 was entered

19  into evidence.)

20        THE COURT:  Ladies and gentlemen of the jury, as you

21  just heard, the summary admitted as Exhibit 93 was prepared by

22  Special Agent Richard Wilkins.

23        The underlying documents and/or photographs were

24  previously admitted into evidence and are available for your

25  examination.  These documents and/or photographs are the

 1    primary and governing evidence of the contents contained

 2    therein.

 3           The summary is intended to help explain or summarize

 4    the contents of these documents and photographs and are for

 5    your convenience.  If the summary in any way does not reflect

 6    the content of the documents and/or photographs, you should

 7    disregard the summary.

 8           You may proceed.

 9           MR. HOROWITZ:  Judge, if I may just renew prior

10    objections to Exhibit 93.

11           THE COURT:  The objection is overruled.

12           MS. MEDETIS:  Your Honor, permission to publish using

13    the overhead camera?

14           THE COURT:  Yes.

15           You're going to need to move your microphone over, if

16    you would, sir, and maybe move that computer screen.  Move it

17    so the jurors can see him.

18           Thank you.

19           MS. MEDETIS:  Your Honor, would it be possible to zoom

20    in on this exhibit a bit?

21           THE COURT:  Sure.

22           Is that good?

23           MS. MEDETIS:  Fine, your Honor.  Thank you.

24    BY MS. MEDETIS:

25    Q.  Special Agent, what's the title of this exhibit, summary

1    exhibit?

2    A.   "Morning Star Residents, 1995 through 2011."

3    Q.   And starting with the first column -- if you will, just

4    slide it over -- could you read the first row of the first

5    column.

6    A.   1995, Government's Exhibit 39.

7    Q.   It says there GX 39.  What does that stand for?

8    A.   Government exhibit.

9    Q.   And underneath that -- well, what does 1995 represent?

10   A.   1995 was the date on the document on the exhibit that I

11   used.

12   Q.   GX 39.

13        MS. MEDETIS:  Your Honor, permission to publish

14   Government's Exhibit 39?

15        THE COURT:  You may.

16        Sir, can you move that microphone a little bit closer

17   to you.

18        THE WITNESS:  Yes, ma'am.

19        THE COURT:  Thank you so much.

20   BY MS. MEDETIS:

21   Q.   Showing on the monitor what's been admitted as Government's

22   Exhibit 39, what is the title of that document?

23   A.   "List of Kids at Mission, 1995."

24   Q.   And is that the exhibit you used to create the first column

25   in Government's Exhibit 93?

Wilkins - DIRECT - By Ms. Medetis                21

```
 1    A.   Yes, it is.

 2    Q.   And if you could show us the bottom left of Government's

 3    Exhibit 39.

 4         Do you see any stamps there?

 5    A.   Yes.  There's a stamp.

 6    Q.   The circular stamp:  Can you make out what's said on the

 7    circular stamp?

 8    A.   It looks like the beginning is "Morning" and then

 9    "International" and then underneath it says "Croix" -- I'm

10    assuming "des Bouquets."

11    Q.   And is there a name listed on that stamp?

12    A.   Yes.

13    Q.   Going back to Government's Exhibit 93, the first column --

14    A.   Yes.

15    Q.   -- do you see the names in the first column, Xxxxxxxx

16    Jobed, Xxxxx Peterson and Dieucibon?

17    A.   Yes, I do.

18    Q.   Could you please highlight those names.

19    A.   Could you go one at a time.

20    Q.   The first number was Jobed Xxxxxxxx -- or name, rather.

21    A.   Okay.

22    Q.   Peterson Xxxxx.

23    A.   Okay.

24    Q.   Xxxxxx, Dieucibon.

25    A.   Yes.
```

Wilkins - DIRECT - By Ms. Medetis          22

 1  Q.   The next column in that exhibit:  Could you read the title

 2  of that.

 3  A.   "1996, Government's Exhibit 41."

 4  Q.   And how did you compile the information in that column?

 5  A.   The same exact way of the prior exhibit.

 6  Q.   What about the third column?  Could you read that title.

 7  A.   "1998, October 1st, Government's Exhibit 45."

 8  Q.   Could you move it over a little bit.  I don't think it's

 9  appearing on our screen.

10  A.   Oh, I'm sorry.  Right there.

11  Q.   And where does the October 1st come from?

12  A.   Some documents actually designated a month and day.  So

13  when they did, I put that in the summary.

14          MS. MEDETIS:  Permission to approach, your Honor?

15          THE COURT:  Yes.

16  BY MS. MEDETIS:

17  Q.   Could you publish Government's Exhibit 46 so the jury can

18  see the documents that you used to compile that column.

19  A.   I'm sorry?  45?

20  Q.   Government's Exhibit 45.

21  A.   Yes.

22  Q.   Is that where you got the October 1st date for that column?

23  A.   Yes, it is.

24  Q.   You can remove that.

25          Regarding the other columns, how far does the -- in --

Wilkins - DIRECT - By Ms. Medetis          23

 1   date-wise does this exhibit go?

 2   A.  It ends at May 8th, 2011.

 3   Q.  And the May 8th, 2011, information:  What is that -- what

 4   exhibit is that based on?  If you could just read it from the

 5   exhibit.

 6   A.  This is a picture that was taken at the search warrant

 7   titled "Morning Star Center."

 8   Q.  And could you move to the bottom portions of that.

 9   A.  The exhibit number or the names?

10   Q.  The names, please.

11   A.  Yes.

12   Q.  And the top portion, so that the jury can see the entire

13   thing.

14   A.  (Witness complies.)

15   Q.  And could you go back, please, to the summary exhibit.

16   A.  (Witness complies.)

17   Q.  Did you have an opportunity to personally speak to or did

18   you ever look -- let me rephrase that.

19       Did you have an opportunity to speak to the people listed

20   in this exhibit?

21   A.  I met one person, but I never interviewed anyone.  I was

22   just introduced to one person.

23   Q.  And so you've not interviewed the people listed in this

24   exhibit?

25   A.  No, I have not.

 1            MS. MEDETIS:  One moment, your Honor.

 2    BY MS. MEDETIS:

 3    Q.  Beginning with the last column titled "2011, May 8," in

 4    that column, do you see the name Dominique (Dodo) Xxxxxx?

 5    A.  Yes.

 6    Q.  Could you please highlight it.

 7    A.  (Witness complies.)

 8    Q.  How about the name Ricardo (Nason) Xxxxx?  Do you see that?

 9    A.  Yes.

10    Q.  Could you highlight that.

11    A.  (Witness complies.)

12    Q.  Do you see the name Greatest Xxxxxxx?

13    A.  Yes.

14    Q.  Could you highlight that.

15    A.  (Witness complies.)

16    Q.  Jorel Xxxxxxx.  Do you see that name?

17    A.  Yes.

18    Q.  Directing your attention to the top of that list, do you

19    see the name Widson Xxxx?

20    A.  Yes.

21    Q.  Working back to the second-to-the-last column titled "2010,

22    September 4," from Government's Exhibit 31, do you see the name

23    Dominique Xxxxxx in that column?

24    A.  Yes.

25    Q.  And if you could move the exhibit a little bit over so that

Wilkins - DIRECT - By Ms. Medetis                25

1   the jury could also see.

2   A.   Yes.

3   Q.   The name Ricardo Xxxxx:  Do you see that?  And, if so,

4   please highlight it.

5   A.   (Witness complies.)

6   Q.   Could you please highlight the name Greatest Xxxxxxx if you

7   see it in this list.

8   A.   Yes.

9   Q.   Could you please highlight the name Jorel Xxxxxxx, if you

10  see it.

11  A.   (Witness complies.)

12  Q.   Do you see anybody by the name of Xxx, Jeff?

13  A.   Yes.

14  Q.   Widson Xxxx:  Is he in this list?

15  A.   Yes.

16  Q.   Is there a boy named Jimmy Xxxxx -- or a person named Jimmy

17  Xxxxx in this list?

18  A.   Yes.

19  Q.   What about a person named Dadou?

20  A.   David Dadou Xxxxxx?

21  Q.   Yes.  If you could highlight that.

22  A.   (Witness complies.)

23  Q.   Directing your attention to the top of the list, do you see

24  anybody named Wadley Xxxxxxxx?

25  A.   Yes.

Wilkins - DIRECT - By Ms. Medetis          26

 1   Q.   Moving backwards to the year 2009, August 21st, that

 2   column, from Government's Exhibit 30, could you highlight the

 3   name Jimmy if you see it on that list.

 4   A.   (Witness complies.)

 5   Q.   The name Son Son.

 6   A.   (Witness complies.)

 7   Q.   Nason:  Do you see that name?

 8   A.   Yes.

 9   Q.   Could you highlight it.

10   A.   (Witness complies.)

11   Q.   Do you see the name Greatest?

12   A.   Yes.

13   Q.   Carlos?  Do you see the name Carlos?

14   A.   Yes.

15   Q.   Do you see the name Dadou?

16   A.   Yes.

17   Q.   Do you see the names Jeff and/or Joel?

18   A.   Yes.

19   Q.   Directing your attention to the column entitled "2006," in

20   brackets, the word "Summer," Government's Exhibit 82, do you

21   see the names Dodo and Son Son in that column?

22   A.   Yes.

23   Q.   Could you please highlight them.

24   A.   (Witness complies.)

25   Q.   Do you see the name Dadou in that column?

```
 1    A.   Yes.

 2    Q.   Do you see the name Wadley?

 3    A.   Yes.

 4    Q.   And do you see the names Nason and Roro?

 5    A.   Yes.

 6    Q.   Could you please highlight those.

 7    A.   (Witness complies.)

 8    Q.   Directing your attention to the column titled "2006," in

 9    brackets, the word "Spring," derived from Government's

10    Exhibit 81, do you see the name Dominique?

11    A.   Yes.

12    Q.   Do you see Son Son?

13    A.   Yes.

14    Q.   Now, if I can stop you for a moment, Special Agent --

15              MS. MEDETIS:   Permission to publish Government's

16    Exhibit 81, your Honor?

17              THE COURT:   You may.

18              MS. MEDETIS:   Thank you, your Honor.

19    BY MS. MEDETIS:

20    Q.   If you could look at your monitor, Agent Wilkins, you'll

21    see I've published Government's Exhibit 81.

22    A.   Yes.

23    Q.   Generally speaking, could you describe what this is.

24    A.   It's a list of the kids at the Morning Star Center in the

25    spring of 2006.
```

Wilkins - DIRECT - By Ms. Medetis          28

1    Q.   Is it an actual list?  What else does the exhibit contain?

2    A.   Photographs.

3              THE COURT:  Could you turn the microphone towards you,

4    please.

5              THE WITNESS:  Photographs.

6    BY MS. MEDETIS:

7    Q.   And so did you derive -- how did you derive the names of

8    the people photographed in this exhibit?

9    A.   I took the names from underneath the photograph and I

10   compiled the summary from that.

11             MS. MEDETIS:  Your Honor, could we switch back to the

12   overhead camera?

13             THE COURT:  Yes.

14   BY MS. MEDETIS:

15   Q.   Going back to spring -- the spring 2006 exhibit, do you see

16   the name Dadou?

17   A.   Yes.

18   Q.   Could you please highlight it.

19   A.   (Witness complies.)

20   Q.   Do you see the names Jimmy and Wadley?

21   A.   Yes.

22   Q.   Please highlight those.

23   A.   (Witness complies.)

24   Q.   Do you see the names Ismael and Nason?

25   A.   Yes.

Wilkins - DIRECT - By Ms. Medetis                29

1    Q.   And, finally, on this column, do you see the name Roro?

2    A.   Yes.

3    Q.   Please highlight it.

4    A.   (Witness complies.)

5    Q.   Directing your attention to the column titled "2004,

6    September," from Government's Exhibit 80, do you see the name

7    Wadley?

8    A.   Yes.

9    Q.   Do you see the names Roro and Jimmy?

10   A.   Yes.

11   Q.   Could you please highlight the names Jorel and Carlos, if

12   you see them.

13   A.   (Witness complies.)

14   Q.   Do you see them?

15   A.   Yes.  Sorry.

16   Q.   Could you highlight the name Snyder, if you see it, on this

17   list.

18   A.   Yes.

19   Q.   Could you highlight the names Ricardo and Changlais, if you

20   see them.

21   A.   Yes.

22   Q.   Could you highlight the name Peterson and Nason if you see

23   it.

24   A.   Yes.

25   Q.   And do you see the name Josue?

1    A.   Yes.

2    Q.   Could you please highlight it.

3    A.   (Witness complies.)

4    Q.   Same exhibit, column title "2003 Autumn," derived from

5    Government's Exhibit 49, could you read the names listed there.

6    A.   Xxx, Schlender; Xxxxxxxxx, Odelin; Xxxxx, Ricardo; Xxxxx,

7    Jimmy; Xxxxxx Jean Ekens.

8    Q.   Could you highlight those names, please.

9    A.   Yes.

10   Q.   Moving backwards to the next column before "2003 Autumn,"

11   could you go to "2003 Spring," please.

12   A.   Yes.

13   Q.   Do you see the name Jean Ekens there in that column?

14   A.   Yes.

15   Q.   Again, I'm referring to the column "2003," in brackets, the

16   word "Spring," derived from Government's Exhibit 48.

17   A.   Yes.

18   Q.   How about the name Nason or Roro?  Do you see those?

19   A.   Yes.

20   Q.   What about Snyder?  Do you see that name?

21   A.   Yes.

22   Q.   What about the name Ismael?  Do you see that?

23   A.   Yes.

24   Q.   The name Changlais:  Do you see that?

25   A.   Yes.

1    Q.   Do you see the name Peterson?

2    A.   Yes.

3    Q.   Now, I see that there are -- how many Davids are listed on

4    this column?

5    A.   There are two Davids.

6    Q.   Special Agent, do you have Government's Exhibit 48 up there

7    with you?

8    A.   Yes, I do.

9    Q.   Could you publish it for the jury.

10   A.   Yes.

11   Q.   Could you show us the first David that you see on this

12   exhibit.  It's on which row?

13   A.   The first row.

14   Q.   And where -- which David is he listed -- which David is

15   that listed in the column on Government's Exhibit 93?

16   A.   On Government's Exhibit 93, he's the fifth one down.  I

17   created the documents on the photographs.  I just went from the

18   top left to right.

19   Q.   So can you please highlight that David.

20   A.   (Witness complies.)

21   Q.   The preceding column entitled "2000, July 20," Government's

22   Exhibit 47, could you highlight the name, if you see it on that

23   list, Jobed Xxxxxxxx and Ismael Xxxxxxxx.

24   A.   (Witness complies.)

25   Q.   Do you see the name Peterson Xxxxxx and Peterson Xxxxx?

1   A.   Yes.

2   Q.   Do you see the name Odelin Xxxxxxxxx?

3   A.   Yes.

4   Q.   And do you see anybody on this list with the last name

5   Xxxxx?

6   A.   There are two, a Donald and a Dimy.

7   Q.   Okay.  Could you highlight Dimy.

8   A.   (Witness complies.)

9           MS. MEDETIS:  Your Honor, the United States would

10  tender this witness.

11          THE COURT:  Cross-examination.

12          MR. ADELSTEIN:  No questions.

13          THE COURT:  You may step down, sir.

14          MS. MEDETIS:  Your Honor, permission to approach to

15  obtain the exhibits?

16          THE COURT:  Yes.

17          MS. MEDETIS:  Your Honor, the United States would ask

18  that this witness be released.

19          THE COURT:  He's excused.

20          (Witness excused.)

21          THE COURT:  Call your next witness.

22          MS. MEDETIS:  The Government rests, your Honor.

23          THE COURT:  Counsel, please approach.

24          (Whereupon, the following proceedings were had at

25  side-bar outside the presence of the jury:)

 1            THE COURT:  First, let me ask you:  Are you going to

 2    be filing a reply to the Government's response regarding the

 3    second motion for foreign witness depositions?

 4            MR. HOROWITZ:  Yes.

 5            THE COURT:  When are you going to file that?

 6            MR. HOROWITZ:  As soon as I have an opportunity.

 7            THE COURT:  Okay.

 8            MR. HOROWITZ:  I just finished reading it.  I've

 9    also --

10            THE COURT:  By tomorrow morning?

11            MR. HOROWITZ:  That's fine, Judge.

12            THE COURT:  So as we discussed yesterday, I think I'm

13    going to dismiss them for the day.  We can take up the Rule 29

14    motions, since we're not going forward with anything this

15    afternoon.

16            MR. ADELSTEIN:  Yes, ma'am.

17            THE COURT:  Okay?

18            MS. MEDETIS:  Certainly, Judge.

19            (Whereupon, the following proceedings were had in open

20    court:)

21            THE COURT:  Okay, ladies and gentlemen.  There are

22    some matters that I need to discuss with the lawyers outside of

23    your presence.

24            Given the fact that I informed you that I was

25    unavailable this afternoon because of a meeting of all the

1    judges of the court, I know I told you you were going to be

2    here until 1:00 or 1:30, but I'm sure you won't mind that I'm

3    going to dismiss you at this time for the rest of the day.

4              Do not discuss this case either amongst yourselves or

5    with anyone else.  Have no contact whatsoever with anyone

6    associated with the trial.

7              Do not read, listen or see anything touching on this

8    matter in any way, including anything on the Internet, anything

9    on the media or anything on any access device.

10             If anyone should try to talk to you about this case,

11   you should immediately instruct them to stop and report it to

12   my staff.

13             If you would, give your notebooks to the court

14   security officer.  Enjoy the rest of your day.  I will see you

15   tomorrow morning, 9:00.

16             (Whereupon, the jury exited the courtroom at

17   10:15 a.m. and the following proceedings were had:)

18             THE COURT:  You may be seated.

19             Give me one moment, please.  I know it looks very big

20   up here, but somehow I run out of space very quickly.

21             Yes.  Mr. Horowitz or Mr. Adelstein, you may proceed.

22             MR. HOROWITZ:  Your Honor, pursuant to Federal Rule of

23   Criminal Procedure 29(a), the Defendant would move to -- for a

24   judgment of acquittal as to all counts within the second

25   superseding indictment in that, when the evidence is considered

```
 1   in the light most favorable to the Government, no reasonable

 2   juror would find Mr. Carter guilty.

 3           I want to focus my argument on Count 1, if I may.

 4           Count 1 of the second superseding indictment, which is

 5   Docket Entry No. 71 --

 6           THE COURT:  Mr. Horowitz, maybe it would be better if

 7   you came to the lectern.

 8           MR. HOROWITZ:  Sure, Judge.

 9           THE COURT:  Thank you.

10           MR. HOROWITZ:  Is this better?

11           THE COURT:  I think so.

12           MR. HOROWITZ:  Lisa is saying absolutely a lot better.

13           THE COURT:  Okay.  I think there's a button.  You can

14   bring it up a little bit, since you're rather tall -- or, to

15   me, you seem tall.

16           MR. HOROWITZ:  A little bit of both.  But, Judge, I

17   hate to inform you that you have to put in a work order for the

18   podium.

19           THE COURT:  It's not working?

20           MR. HOROWITZ:  Not working.

21           THE COURT:  Okay.

22           MR. HOROWITZ:  I'll move a little closer.

23           Docket Entry No. 71 is the second superseding

24   indictment in this case.  And, specifically, Count 1 charges

25   that, on or about October 2nd, 2001, in Miami-Dade County, in
```

 1   the Southern District of Florida and elsewhere, that the

 2   Defendant, a United States citizen, did travel in foreign

 3   commerce from the United States, that is, Miami International

 4   Airport, in Miami, Florida, to Haiti for purposes of engaging

 5   in any sexual act, as defined in Title 18, United States Code,

 6   Section 2246, with a person under 18 years of age that would be

 7   a violation of Title 18, United States Code, Chapter 109 -- and

 8   this is the language I want the Court to focus on -- if the

 9   sexual act occurred in the special maritime and territorial

10   jurisdiction of the United States, in violation of Title 18,

11   United States Code, Section 2423(b).

12         Judge, the special maritime and territorial

13   jurisdiction of the United States is defined in Title 18,

14   United States Code, Section 7.

15         While the evidence that Mr. Carter may or may not have

16   committed sexual acts with persons under 18 years of age during

17   this time period is a jury question, the issue as to whether

18   the acts occurred within the special maritime and territorial

19   jurisdiction of the United States is also a question of law.

20         Cases have held that there's no specific intent that

21   it occurs -- necessary to occur outside -- within the special

22   maritime and territorial jurisdiction.

23         However, the evidence that came in through this --

24   through the Government's case in chief failed to show that the

25   acts occurred in the special maritime and territorial

1    jurisdiction.

2              If the Court notes the remaining counts, 2 through 6,

3    do not have that requirement.  Only Count 1, based on the age

4    of that count.

5              I don't think there was any evidence to show that any

6    of the purported sexual acts that occurred after October, 2001,

7    ever occurred within the special maritime and territorial

8    jurisdiction of the United States.

9              And, therefore, a judgment of acquittal, at a minimum,

10   should be entered as to that count.

11             In addition, Judge, I'd like to renew all the previous

12   motions that were filed, including the motions to dismiss

13   pretrial and other pretrial motions as well as objections and

14   motions for mistrial that were raised during the trial.

15             THE COURT:  So you're only moving for Count 1?

16             MR. HOROWITZ:  I'm moving as to all counts.  I'm only

17   arguing as to Count 1.

18             THE COURT:  Okay.

19             MR. HOROWITZ:  Judge, I think the difference is that,

20   in 2002 or 2003, the statute was amended to eliminate that

21   requirement.

22             THE COURT:  Okay.

23             MS. MEDETIS:  Your Honor, do you prefer I move to the

24   lectern or can you hear me?

25             THE COURT:  You're fine.

1            MS. MEDETIS:  I'm shorter than Mr. Horowitz, it turns

2       out, much shorter.

3            Your Honor, the Government would respond that defense

4       counsel's reading of the statute and the burden -- the

5       Government's burden of proof under all of the counts is, in a

6       word, incorrect.

7            What the indictment says is -- and the statute says --

8       and I'll start with for the purpose of engaging in any sexual

9       act, as defined in Title 18, USC, 2246, with a person under

10      18 years of age, where that sexual act essentially would be in

11      violation of Title 18, United States Code, Chapter 109, if the

12      sexual conduct occurred in the special maritime law.

13           And so the way the statute is read essentially is to

14      say that the reference to Chapter 109A is to highlight the

15      types of sexual acts that would constitute a violation of

16      2423(b) for Count 1.

17           And the way that the sexual acts are defined and the

18      types of violations that would qualify under 2423(b), the Court

19      needs to look at 18, USC, 2246, and the Chapter 109A offenses

20      listed therein.

21           When the statute was amended, certainly the statutory

22      language and the way the counts read in the second superseding

23      indictment, there is no overt express reference to

24      Chapter 109A.

25           However, you'll note that the difference in the

1    Count 1 language and the remaining counts is that "sexual acts"

2    is replaced with the phrase "illicit sexual conduct."  The

3    definition of "illicit sexual conduct" includes sexual acts and

4    sexual acts, as defined even back in 2001, and commercial sex

5    acts, which was an additional sex act that was included to

6    broaden the scope of 2423(b).

7           And for Counts 2 through 6, the reference to the

8    definition of an illicit sexual conduct references 2423(f).  If

9    the Court goes to 2423(f) of Title 18 of the United States

10   Code, you will see that the definition as used in this

11   section -- and I'm quoting now 2423(f), 18, USC -- "As used in

12   this section, the term 'illicit sexual conduct' means, one, a

13   sexual act as defined in Section 2246 with a person under

14   18 years of age that would be in violation of Chapter 109A if

15   the sexual act occurred in the special maritime and territorial

16   jurisdiction of the United States or, two, any commercial sex

17   act with a person under 18 years of age."

18          So there's no burden to show that the commercial sex

19   act occurred in the special maritime or territorial

20   jurisdiction of the United States.

21          The reference to special maritime and territorial

22   jurisdiction is simply to note that -- the definitions of what

23   qualifies as a sex act, and that is any sex act defined in

24   Chapter 109A, had that sex act occurred in the special maritime

25   jurisdiction.

1          In short, there is no requirement that the Defendant

2     committed -- and I should note that the Defendant committed any

3     sex act for these -- for the charged offenses or that the sex

4     act was in the special maritime jurisdiction.

5          The burden of proof, as articulated in the pattern

6     jury instructions and in the statutory language both from 2001

7     and the amended version covering the counts for 2003 through

8     2011, is only that the Defendant intended to engage in sexual

9     acts for 2001 or illicit sexual conduct for the other counts at

10    the time that he traveled in interstate or foreign commerce.

11         So that's really the key here, is that we need not

12    prove an actual sexual act or where the sexual act occurred.

13    The point of this statute is to criminalize the intent to

14    travel to a foreign country in foreign commerce to engage in a

15    sexual act or illicit sexual conduct.

16         The way the Government went about proving the

17    Defendant's intent in this case is to show sexual conduct and

18    attempted sexual conduct both before he left Haiti to go to the

19    United States on each of those counts charged and then after he

20    returned on each of those dates as charged in the indictment

21    and, thus, showing -- proving his intent through this pattern

22    of sexual conduct as well as attempted sexual conduct with

23    these minors, where the sexual conduct was either a sexual act

24    or illicit sexual conduct as defined in the statutory scheme.

25         Based on that, we would urge the Court to deny the

 1    Defendant's motion for Rule 29 on any of the counts in the

 2    superseding indictment.

 3              THE COURT:  Yes, Mr. Horowitz.

 4              MR. HOROWITZ:  Judge, I'm going to use this microphone

 5    so I can read off the computer.

 6              THE COURT:  That's fine.

 7              MR. HOROWITZ:  I'll lean down a little bit.

 8              THE COURT:  You're fine.

 9              MR. HOROWITZ:  Judge, what I want to inform the Court

10    is that the Government is totally ignoring the statutory

11    requirements that existed back in 2001, the plain language of

12    the indictment and the portions that I emphasized, which are

13    the last three lines, "if the sexual act occurred in the

14    special maritime and territorial jurisdiction of the United

15    States."

16              Not to bring back memories, but in *United States*

17    *versus Campa* at 529 F.3d 980, specifically at 1006 through

18    1008, the Court of Appeals talked about special maritime

19    jurisdiction as it pertained to a murder case.

20              In that murder case, the Court found that -- while

21    intent was not necessary, the Court found very simply at 1008

22    that the evidence established that the shootdown actually

23    occurred in the special maritime and territorial jurisdiction

24    of the United States.

25              In this case, there is no evidence whatsoever that the

1     sexual act, as pled by the Government in Count 1, occurred

2     within the special and maritime -- special maritime and

3     territorial jurisdiction of the United States.

4          The Court should look at 18, United States Code,

5     Section 7.  That's where special maritime jurisdiction is

6     defined.  Based on that definition, the conduct, assuming all

7     facts to be true in -- the evidence in the light most favorable

8     to the Government, they have not proved as to Count 1 that any

9     of the sexual acts occurred in the special maritime and

10    territorial jurisdiction of the United States.

11         Also, there's a recent case from the Ninth Circuit.

12    It's *US versus Zepeda*.  That's Z-e-p-e-d-a.  It's at 2013

13    Westlaw 216412, a Ninth Circuit case from January 18th of this

14    year.

15         It states, "Thus, at trial, the Court decides the

16    jurisdictional status of the place where the alleged crime

17    occurred and leaves to the jury the factual determination of

18    whether the alleged crime occurred at the site."

19         In this case, the site would be -- have to be within

20    the special maritime and territorial jurisdiction of the United

21    States, which the Government has not proven as it pertains to

22    the time frame in Count 1.

23         MS. MEDETIS:  Your Honor, may I respond?

24         THE COURT:  Yes.

25         MS. MEDETIS:  The Defendant, though focusing on the

```
 1    language of the special maritime and territorial jurisdiction,

 2    ignores the preceding phrase, which says that, with a person

 3    under age of 18, that would be in violation of Chapter 109A.

 4              There need not be a showing that an actual violation

 5    of Chapter 109A occurred.  Indeed, there is no requirement to

 6    show that any sexual act occurred, notwithstanding commentary

 7    by defense counsel.

 8              There need not be proof that an actual sex act

 9    occurred.  The elements of the offense require, first, that we

10    show that the Defendant is a United States citizen; second,

11    that the Defendant traveled in foreign commerce; and, third,

12    that he engaged for Count 1 in sexual acts that would have

13    been -- and I emphasize would have been -- a violation of 109A.

14              And for the other counts, the third element would be

15    that the Defendant intended to engage in illicit sexual

16    conduct.

17              The other thing that I would note is that the

18    Defendant's reading of the statute, even for 2001, a copy of

19    which I have for the Court --

20              THE COURT:  Please.

21              MS. MEDETIS:  -- if you need to see it.  It's the book

22    itself; so, I'll just hand it up to you.

23              THE COURT:  Okay.

24              MS. MEDETIS:  It is the 2001 edition of the United

25    States Code.
```

```
 1            THE COURT:  One moment.  Let me look at it.

 2         Go ahead.

 3            MS. MEDETIS:  The final point I wanted to make, your

 4      Honor, is that the Defendant's reading of the statute simply

 5      doesn't make sense.

 6            Where 2423(b), both the 2001 version and following

 7      through up to the present-day version, requires the Government

 8      to prove that the Defendant traveled in foreign commerce,

 9      foreign commerce travel necessarily means that the Defendant

10      traveled outside of the United States and outside of the

11      territorial or special maritime jurisdiction of the United

12      States.

13            So if the Government was required to prove both that

14      he traveled in foreign commerce and that he intended to commit

15      a sex act in the territorial or special maritime jurisdiction,

16      those are conflicting requirements under the statute.  There's

17      no way that the statute could make sense if that -- if

18      Defendant's reading of the statute were the case.

19            And so, in short, your Honor, I will reiterate that

20      there is no requirement to show that a sex act occurred at all

21      or that -- and in particular or that the sex act occurred or

22      would have occurred -- or that the Defendant, rather, intended

23      it to occur in the special maritime and territorial

24      jurisdiction.

25            The emphasis that the Government wants to place on
```

1    that 2001 version is would have as the indication that what the

2    statute is doing is indicating the types of sex acts, the

3    definition of sex acts, that qualify for a violation under

4    2423(b).

5              Moreover, your Honor, to the extent that the Defendant

6    has cited certain cases, those cases do not deal with the

7    statutory language at issue in this case, 2423(b).

8              So notwithstanding whatever the Court and the statutes

9    say about what is the special maritime and territorial

10   jurisdiction of the United States, that is of no moment to

11   this -- to this violation.

12             It is merely the reference to 109A and any territorial

13   or maritime jurisdiction is to define the parameters of the sex

14   acts that qualify as the violation for 2423(b).

15             THE COURT:  And 109A is --

16             MS. MEDETIS:  Chapter 109A.

17             THE COURT:  Where am I going to find that in the

18   United States Code?

19             MS. MEDETIS:  Your Honor, if I may borrow that book

20   again, if we're dealing with the 2001 version.  But it's the

21   same for all the versions.  Chapter 109A begins with 18, USC,

22   2231.

23             THE COURT:  2231?

24             MS. MEDETIS:  It begins -- Chapter 109A covers the

25   violations 2231 through -- I'm sorry, your Honor.  Let me

1    rephrase.  I was looking at Chapter 109.

2          Chapter 109A starts with and covers 18, USC,

3    Section 2241 through 2248.  And you'll see a list of the types

4    of 109A violations that comprise the definition of a sexual act

5    for purposes of 2423(b).

6          And it becomes more clear when looking at the pattern

7    jury instructions that -- the reading of the statute -- the

8    reading of 2423(b).

9          THE COURT:  Anything further, Mr. Horowitz?

10         MR. HOROWITZ:  Yes, your Honor.

11         Judge, defense didn't draft the second superseding

12   indictment.  The Government did.  The Government is bound by

13   the language of that second superseding indictment, and the

14   Defendant stands trial based on the four corners of those

15   documents -- of this document.

16         The Government cannot ignore portions of the United

17   States Code.  The portion that I cited defines -- which is

18   18, United States Code, Section 7, tells this Court in a law

19   passed by Congress that defines special maritime and

20   territorial jurisdiction of the United States, not just this

21   statute, but other statutes that are governed by crimes that

22   occur outside of the United States, but in order to be

23   maintained against the Defendant, must be proven to have

24   occurred within the special maritime and territorial

25   jurisdiction.

1          There is not a separate definition as it pertains to

2    Chapter 109A of Title 18 crimes -- there's not a special

3    definition for special maritime and territorial jurisdiction of

4    the United States.  That definition lies in another statute.

5          It's the Government that drafted this second

6    superseding indictment.  This indictment --

7          THE COURT:  So are you saying that, in Count 1, they

8    have to prove a sexual act?

9          MR. HOROWITZ:  In Count 1, they have to prove a

10   sexual -- if the sexual act occurred in the special maritime

11   and territorial jurisdiction of the United States.  That's the

12   way the count is pled.

13         THE COURT:  But are you saying they have to prove a

14   sexual act?

15         MR. HOROWITZ:  Yes, your Honor.  That's the way

16   they pled the count.

17         THE COURT:  An actual sexual act?

18         MR. HOROWITZ:  Yes, your Honor.  That's the way the

19   count is pled.

20         THE COURT:  Do you have any authority to support your

21   proposition?

22         MR. HOROWITZ:  No, I don't, your Honor.  Just the

23   language of the second superseding indictment.

24         Your Honor, even if this Court finds that the

25   Government doesn't have to prove that a sexual act occurred,

 1    they would have to prove that the intent was to commit a sexual

 2    act in the special maritime and territorial jurisdiction of the

 3    United States.

 4         THE COURT:  I'm going to deny the Defendant's motions

 5    under Rule 29 of the Federal Rules of Criminal Procedure.

 6         I find that the Government has sustained its burden

 7    and proven each and every element that they must prove at this

 8    stage of the proceedings and, when taking the evidence in the

 9    light most favorable to the Government, a reasonable jury could

10    find the Defendant guilty of all crimes charged in the

11    indictment.

12         In regard to Count 1 and the Defendant's argument in

13    regard to the lack of proof that a sexual act occurred in the

14    special maritime and territorial jurisdiction of the United

15    States, pursuant to Title 18, United States Code,

16    Section 2423(b), as that statute existed in 2001, I find that

17    it is not necessary for the Government to prove that a sexual

18    act occurred in the special maritime and territorial

19    jurisdiction of the United States.

20         In a plain reading of the statute, the provision that

21    defense counsel refers to modifies sexual act and the elements

22    that must be proven for Count 1 are that the Defendant is a

23    United States citizen, that he traveled in foreign commerce and

24    that he traveled for purpose of engaging in a sexual act with a

25    person who was under 18 years of age and that sexual act with a

1   person under 18 years of age is one that would be in violation

2   of Chapter 109A if the sexual act occurred in the special

3   maritime and territorial jurisdiction of the United States.

4          So I find that a plain reading of the statute refers

5   to the sexual act of a person under 18 years of age that would

6   be in violation of Chapter 109A if the sexual act occurred in

7   the special maritime and territorial jurisdiction of the United

8   States.

9          It is not a separate element or a jurisdictional

10  element for the Government to prove other than the sexual act

11  with a person under 18 years of age must be in violation of

12  Chapter 109A if the sexual act occurred within the special

13  maritime and territorial jurisdiction of the United States.

14         Therefore, I find that the Government has sustained

15  its burden on Count 1 as well as the other counts and, when

16  taking the evidence in the light most favorable to the

17  Government, they have proved each and every element and a

18  reasonable jury could find the Defendant guilty of the crimes

19  charged in the indictment.

20         Do you want to take your book back?

21         MS. MEDETIS:  Yes, Judge.

22         THE COURT:  Are you going to be proceeding with

23  witnesses tomorrow?

24         MR. ADELSTEIN:  Yes.

25         THE COURT:  And do you know who those witnesses are?

```
 1            MR. ADELSTEIN:  We are deciding that right now, your

 2   Honor.

 3            THE COURT:  Okay.

 4            MR. ADELSTEIN:  We need time to discuss it with our

 5   client.

 6            THE COURT:  Is there anything else that we need to

 7   take up at this time, then?

 8            MR. ADELSTEIN:  No, ma'am.

 9            MS. MEDETIS:  Nothing from the Government, your Honor.

10            THE COURT:  Okay.  I'll see you tomorrow morning,

11   9:00.

12            We're in recess in this matter.

13            MR. ADELSTEIN:  Yes, ma'am.

14            THE COURT:  Thank you.

15            (Proceedings concluded.)

16

17                  C E R T I F I C A T E

18            I hereby certify that the foregoing is an accurate
     transcription of the proceedings in the above-entitled matter.
19

20   _____        /s/Lisa Edwards
          DATE              _____
21                          LISA EDWARDS, RDR, CRR
                            Official United States Court Reporter
                            400 North Miami Avenue, Twelfth Floor
22                          Miami, Florida 33128
                            (305) 523-5499
23

24

25
```

**'**

22:22

**'95** [2] - 12:17
**'illicit** [1] - 39:12

**/**

**/s/Lisa** [1] - 50:20

**1**

**1** [20] - 1:8, 13:19,
14:16, 35:3, 35:4,
35:24, 37:3, 37:15,
37:17, 38:16, 39:1,
42:1, 42:8, 42:22,
43:12, 47:7, 47:9,
48:12, 48:22, 49:15
**1006** [1] - 41:17
**1008** [2] - 41:18,
41:21
**109** [3] - 36:7, 38:11,
46:1
**109A** [19] - 38:14,
38:19, 38:24, 39:14,
39:24, 43:3, 43:5,
43:13, 45:12, 45:15,
45:16, 45:21, 45:24,
46:2, 46:4, 47:2, 49:2,
49:6, 49:12
**10:15** [1] - 34:17
**10:58** [1] - 1:6
**11** [1] - 3:10
**11-20350** [1] - 4:3
**11-20350-**
**CRIMINAL-LENARD**
[1] - 1:2
**14** [1] - 13:23
**1400** [1] - 1:18
**18** [26] - 3:10, 36:5,
36:6, 36:7, 36:10,
36:13, 36:16, 38:9,
38:10, 38:11, 38:19,
39:9, 39:11, 39:14,
39:17, 42:4, 43:3,
45:21, 46:2, 46:18,
47:2, 48:15, 48:25,
49:1, 49:5, 49:11
**18th** [1] - 42:13
**1910** [1] - 1:24
**1993** [1] - 4:21
**1995** [5] - 20:2, 20:6,
20:9, 20:10, 20:23
**1996** [1] - 22:3
**1998** [1] - 22:7
**1:00** [1] - 34:2
**1:30** [1] - 34:2
**1st** [3] - 22:7, 22:11,

**2**

**2** [2] - 37:2, 39:7
**20** [1] - 31:21
**2000** [1] - 31:21
**2001** [13] - 13:20,
35:25, 37:6, 39:4,
40:6, 40:9, 41:11,
43:18, 43:24, 44:6,
45:1, 45:20, 48:16
**2002** [1] - 37:20
**2003** [6] - 30:4,
30:10, 30:11, 30:15,
37:20, 40:7
**2004** [1] - 29:5
**2006** [4] - 26:19,
27:8, 27:25, 28:15
**2009** [2] - 14:25, 26:1
**2010** [1] - 24:21
**2011** [5] - 20:2, 23:2,
23:3, 24:3, 40:8
**2013** [2] - 1:5, 42:12
**20530** [1] - 1:19
**21** [1] - 1:5
**216412** [1] - 42:13
**21st** [1] - 26:1
**2231** [3] - 45:22,
45:23, 45:25
**2241** [1] - 46:3
**2246** [4] - 36:6, 38:9,
38:19, 39:13
**2248** [1] - 46:3
**23** [1] - 15:2
**2423(b** [4] - 38:16,
38:18, 44:6, 48:16
**2423(b)** [7] - 36:11,
39:6, 45:4, 45:7,
45:14, 46:5, 46:8
**2423(f** [2] - 39:9,
39:11
**2423(f)** [1] - 39:8
**25th** [1] - 14:25
**26th** [1] - 14:25
**29** [4] - 15:2, 33:13,
41:1, 48:5
**29(a** [1] - 34:23
**2929** [1] - 1:21
**2nd** [1] - 35:25

**3**

**30** [2] - 17:6, 26:2
**305** [2] - 2:3, 50:22
**31** [2] - 17:6, 24:22
**32-D** [1] - 17:6
**33128** [2] - 2:3, 50:22

**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**39** [7] - 17:5, 20:6,
20:7, 20:12, 20:14,
20:22, 21:3

**4**

**4** [1] - 24:22
**400** [2] - 2:2, 50:21
**41** [2] - 17:5, 22:3
**410** [1] - 1:22
**45** [4] - 17:5, 22:7,
22:19, 22:20
**46** [2] - 17:5, 22:17
**47** [2] - 17:5, 31:22
**48** [3] - 17:5, 30:16,
31:6
**49** [2] - 17:5, 30:5

**5**

**5** [1] - 3:5
**50** [1] - 1:8
**51** [10] - 9:2, 10:4,
10:5, 10:15, 12:12,
12:21, 12:22, 12:24,
13:4, 13:7
**523-5499** [2] - 2:3,
50:22
**529** [1] - 41:17
**53-A** [7] - 9:2, 10:15,
13:11, 13:14, 13:23,
13:24, 14:5
**53-D** [1] - 10:15
**54-A** [2] - 9:2, 10:15
**54-F** [3] - 14:19,
14:22, 15:9
**54-H** [1] - 10:15

**6**

**6** [2] - 37:2, 39:7
**600** [1] - 1:18

**7**

**7** [4] - 3:6, 36:14,
42:5, 46:18
**702** [1] - 4:21
**71** [2] - 35:5, 35:23
**710** [1] - 4:22

**8**

**8** [1] - 24:3
**80** [2] - 17:6, 29:6
**81** [3] - 27:10, 27:16,
27:21
**82** [2] - 17:6, 26:20
**8th** [2] - 23:2, 23:3

**9**

**9130** [1] - 1:24
**92** [14] - 3:10, 10:8,
10:16, 10:22, 11:1,
11:2, 11:5, 11:20,
13:4, 13:8, 14:1, 15:6,
16:10, 16:17
**93** [12] - 3:10, 17:21,
18:10, 18:15, 18:17,
18:18, 18:21, 19:10,
20:25, 21:13, 31:15,
31:16
**980** [1] - 41:17
**99** [1] - 1:15
**991** [1] - 4:21
**9:00** [2] - 34:15,
50:11
**9:27** [1] - 1:6
**9:29** [1] - 5:6

**A**

**a.m** [4] - 1:6, 5:6,
34:17
**abbreviation** [1] -
12:19
**above-entitled** [1] -
50:18
**absolutely** [1] -
35:12
**access** [1] - 34:9
**accurate** [2] - 16:20,
50:18
**accurately** [2] -
10:17, 18:11
**acquittal** [2] - 34:24,
37:9
**act** [42] - 36:5, 36:9,
38:9, 38:10, 39:5,
39:13, 39:15, 39:17,
39:19, 39:23, 39:24,
40:3, 40:4, 40:12,
40:15, 40:23, 41:13,
42:1, 43:6, 43:8,
44:15, 44:20, 44:21,
46:4, 47:8, 47:10,
47:14, 47:17, 47:25,
48:2, 48:13, 48:18,

48:21, 48:24, 48:25,
49:2, 49:5, 49:6,
49:10, 49:12
**acts** [16] - 36:16,
36:18, 36:25, 37:6,
38:15, 38:17, 39:1,
39:3, 39:4, 39:5, 40:9,
42:9, 43:12, 45:2,
45:3, 45:14
**actual** [5] - 28:1,
40:12, 43:4, 43:8,
47:17
**addition** [1] - 37:11
**additional** [1] - 39:5
**address** [1] - 16:24
**addresses** [1] - 10:5
**Adelstein** [2] - 4:12,
34:21
**ADELSTEIN** [10] -
1:20, 1:21, 4:11,
32:12, 33:16, 49:24,
50:1, 50:4, 50:8,
50:13
**admit** [1] - 18:15
**admitted** [10] - 9:1,
11:1, 11:5, 11:7,
13:11, 17:5, 18:16,
18:21, 18:24, 20:21
**adopted** [1] - 4:25
**afternoon** [2] -
33:15, 33:25
**age** [11] - 36:6,
36:16, 37:3, 38:10,
39:14, 39:17, 43:3,
48:25, 49:1, 49:5,
49:11
**agent** [4] - 7:23,
7:25, 11:19, 13:14
**Agent** [11] - 7:1,
8:15, 8:25, 11:6, 17:4,
17:20, 18:22, 19:25,
27:14, 27:20, 31:6
**Agents** [1] - 4:9
**agreements** [2] -
9:22, 10:3
**ahead** [2] - 16:18,
44:2
**Airport** [1] - 36:4
**alleged** [2] - 42:16,
42:18
**amended** [3] - 37:20,
38:21, 40:7
**America** [1] - 4:2
**AMERICA** [1] - 1:4
**analyzed** [1] - 9:7
**Andrew** [2] - 4:2,
8:10
**ANDREW** [1] - 1:7
**Appeals** [1] - 41:18
**appearances** [1] -

2

4:5

**APPEARANCES** [1] - 1:13

**appearing** [1] - 22:9
**approach** [8] - 7:7, 8:21, 9:24, 17:1, 17:17, 22:14, 32:14, 32:23
**arguing** [1] - 37:17
**argument** [2] - 35:3, 48:12
**articulated** [1] - 40:5
**assigned** [3] - 8:3, 8:4, 8:6
**ASSISTANT** [1] - 1:15
**assisted** [1] - 8:15
**associated** [1] - 34:6
**assuming** [2] - 21:10, 42:6
**attempted** [2] - 40:18, 40:22
**attention** [8] - 13:19, 14:4, 14:15, 24:18, 25:23, 26:19, 27:8, 29:5
**ATTORNEY** [1] - 1:15
**August** [2] - 14:25, 26:1
**authority** [3] - 4:16, 4:19, 47:20
**Autumn** [2] - 30:4, 30:10
**available** [2] - 11:8, 18:24
**Avenue** [4] - 1:18, 1:21, 2:2, 50:21
**aware** [2] - 15:14, 16:2

## B

**backwards** [2] - 26:1, 30:10
**bar** [1] - 32:25
**based** [7] - 15:13, 15:25, 23:4, 37:3, 40:25, 42:6, 46:14
**becomes** [1] - 46:6
**BEFORE** [1] - 1:10
**beginning** [4] - 8:15, 13:19, 21:8, 24:3
**begins** [2] - 45:21, 45:24
**behalf** [2] - 4:8, 4:12
**better** [3] - 35:6, 35:10, 35:12
**between** [1] - 9:23

**big** [1] - 34:19
**bit** [7] - 19:20, 20:16, 22:8, 24:25, 35:14, 35:16, 41:7
**blank** [1] - 13:20
**BONNIE** [1] - 1:17
**Bonnie** [1] - 4:8
**book** [3] - 43:21, 45:19, 49:20
**borrow** [1] - 45:19
**bottom** [2] - 21:2, 23:8
**Boulevard** [1] - 1:24
**bound** [1] - 46:12
**Bouquets** [3] - 12:18, 13:23, 21:10
**boy** [1] - 25:16
**boys** [3] - 6:7, 6:8, 6:11
**Bqts** [1] - 12:18
**brackets** [3] - 26:20, 27:9, 30:15
**bring** [4] - 4:15, 5:4, 35:14, 41:16
**broaden** [1] - 39:6
**burden** [6] - 38:4, 38:5, 39:18, 40:5, 48:6, 49:15
**button** [1] - 35:13
**BY** [24] - 2:1, 5:16, 6:2, 7:10, 8:24, 9:16, 10:1, 11:18, 12:14, 13:13, 14:21, 15:17, 15:23, 16:8, 16:15, 17:3, 17:19, 19:24, 20:20, 22:16, 24:2, 27:19, 28:6, 28:14

## C

**Calle** [1] - 12:17
**camera** [2] - 19:13, 28:12
**Campa** [1] - 41:17
**cannot** [1] - 46:16
**Carlos** [3] - 26:13, 29:11
**CARTER** [1] - 1:7
**Carter** [5] - 4:2, 4:12, 8:10, 35:2, 36:15
**case** [14] - 8:13, 34:4, 34:10, 35:24, 36:24, 40:17, 41:19, 41:20, 41:25, 42:11, 42:13, 42:19, 44:18, 45:7
**Case** [1] - 4:3
**CASE** [1] - 1:2
**cases** [5] - 8:1, 8:2,

36:20, 45:6
**Center** [3] - 16:7, 23:7, 27:24
**center** [2] - 17:13, 17:15
**certain** [1] - 45:6
**certainly** [3] - 6:25, 33:18, 38:21
**certify** [1] - 50:18
**Changlais** [2] - 29:19, 30:24
**Chapter** [18] - 36:7, 38:11, 38:14, 38:19, 38:24, 39:14, 39:24, 43:3, 43:5, 45:16, 45:21, 45:24, 46:1, 46:2, 47:2, 49:2, 49:6, 49:12
**characterization** [1] - 4:24
**charge** [1] - 16:6
**charged** [5] - 40:3, 40:19, 40:20, 48:10, 49:19
**charges** [1] - 35:24
**chart** [1] - 16:18
**check** [1] - 16:22
**checked** [2] - 16:19, 16:21
**chief** [1] - 36:24
**child** [1] - 8:2
**circle** [3] - 12:22, 13:24, 14:5
**Circuit** [4] - 4:21, 4:22, 42:11, 42:13
**circular** [2] - 21:6, 21:7
**cite** [2] - 4:16, 4:19
**cited** [2] - 45:6, 46:17
**citizen** [1] - 36:2, 43:10, 48:23
**city** [1] - 8:4
**clear** [1] - 46:6
**client** [1] - 50:5
**closer** [2] - 20:16, 35:22
**Code** [12] - 36:5, 36:7, 36:11, 36:14, 38:11, 39:10, 42:4, 43:25, 45:18, 46:17, 46:18, 48:15
**column** [12] - 12:3, 12:6, 12:8, 20:3, 20:5, 20:24, 21:13, 21:15, 22:1, 22:4, 22:6, 22:18, 22:22, 24:3, 24:4, 24:21, 24:23, 26:2, 26:19, 26:21, 26:25, 27:8, 29:1,

29:5, 30:4, 30:10, 30:13, 30:15, 31:4, 31:15, 31:21
**columns** [1] - 22:25
**commentary** [1] - 43:6
**commerce** [8] - 36:3, 40:10, 40:14, 43:11, 44:8, 44:9, 44:14, 48:23
**commercial** [3] - 39:4, 39:16, 39:18
**commit** [2] - 44:14, 48:1
**committed** [3] - 36:16, 40:2
**compile** [2] - 22:4, 22:18
**compiled** [1] - 28:10
**complies** [24] - 14:2, 14:7, 15:12, 23:14, 23:16, 24:7, 24:11, 24:15, 25:5, 25:11, 25:22, 26:4, 26:6, 26:10, 26:24, 27:7, 28:19, 28:23, 29:4, 29:13, 30:3, 31:20, 31:24, 32:8
**comprise** [1] - 46:4
**computer** [2] - 19:16, 41:5
**conclude** [1] - 4:22
**concluded** [1] - 50:15
**conduct** [14] - 38:12, 39:2, 39:3, 39:8, 40:9, 40:15, 40:17, 40:18, 40:22, 40:23, 40:24, 42:6, 43:16
**conduct'** [1] - 39:12
**conflicting** [1] - 44:16
**Congress** [1] - 46:19
**considered** [1] - 34:25
**constitute** [1] - 38:15
**contact** [1] - 34:5
**contain** [1] - 28:1
**contained** [6] - 11:10, 11:24, 13:4, 13:7, 18:9, 19:1
**content** [2] - 11:13, 19:6
**contents** [4] - 11:10, 11:12, 19:1, 19:4
**contract** [1] - 14:17
**convenience** [2] - 11:12, 19:5
**copy** [1] - 43:18
**corners** [1] - 46:14

**counsel** [4] - 4:5, 32:23, 43:7, 48:21
**counsel's** [1] - 38:4
**counsels'** [1] - 4:9
**Count** [17] - 35:3, 35:4, 35:24, 37:3, 37:15, 37:17, 38:16, 39:1, 42:1, 42:8, 42:22, 43:12, 47:7, 47:9, 48:12, 48:22, 49:15
**count** [5] - 37:4, 37:10, 47:12, 47:16, 47:19
**country** [1] - 40:14
**counts** [12] - 34:24, 37:2, 37:16, 38:5, 38:22, 39:1, 40:7, 40:9, 40:19, 41:1, 43:14, 49:15
**Counts** [1] - 39:7
**County** [1] - 35:25
**COURT** [84] - 1:1, 4:1, 4:14, 5:4, 5:7, 5:10, 5:24, 6:17, 6:22, 6:24, 7:3, 7:8, 8:23, 9:14, 9:25, 10:25, 11:4, 11:17, 12:13, 13:12, 14:20, 15:16, 15:21, 16:5, 16:13, 17:2, 17:18, 18:16, 18:20, 19:11, 19:14, 19:21, 20:15, 20:19, 22:15, 27:17, 28:3, 28:13, 32:11, 32:13, 32:16, 32:19, 32:21, 32:23, 33:1, 33:5, 33:7, 33:10, 33:12, 33:17, 33:21, 34:18, 35:6, 35:9, 35:11, 35:13, 35:19, 35:21, 37:15, 37:18, 37:22, 37:25, 41:3, 41:6, 41:8, 42:24, 43:20, 43:23, 44:1, 45:15, 45:17, 45:23, 46:9, 47:7, 47:13, 47:17, 47:20, 48:4, 49:22, 49:25, 50:3, 50:6, 50:10, 50:14
**Court** [17] - 2:1, 36:8, 37:2, 38:18, 39:9, 40:25, 41:9, 41:18, 41:20, 41:21, 42:4, 42:15, 43:19, 45:8, 46:18, 47:24, 50:21
**court** [5] - 6:15, 18:8, 33:20, 34:1, 34:13
**Court's** [1] - 4:16
**courtroom** [2] - 5:5,

34:16
**covering** [1] - 40:7
**covers** [3] - 14:24,
45:24, 46:2
**create** [2] - 16:18,
20:24
**created** [9] - 8:17,
8:19, 9:6, 9:19, 16:10,
16:19, 17:16, 17:25,
31:17
**crime** [2] - 42:16,
42:18
**crimes** [4] - 46:21,
47:2, 48:10, 49:18
**Criminal** [2] - 34:23,
48:5
**criminalize** [1] -
40:13
**Croix** [3] - 12:18,
13:23, 21:9
**cross** [4] - 4:17,
5:19, 32:11
**Cross** [1] - 3:3
**cross-examination**
[4] - 4:17, 5:19, 32:11
**CRR** [2] - 2:1, 50:20
**Customs** [1] - 8:1
**cyber** [1] - 8:8

### D

**Dade** [1] - 35:25
**Dadeland** [1] - 1:24
**Dadou** [5] - 25:19,
25:20, 26:15, 26:25,
28:16
**data** [1] - 16:23
**DATE** [1] - 50:20
**date** [12] - 10:6, 12:1,
12:5, 13:2, 14:3, 14:6,
14:8, 14:23, 16:23,
20:10, 22:22, 23:1
**date-wise** [1] - 23:1
**dates** [2] - 14:12,
40:20
**David** [5] - 25:20,
31:11, 31:14, 31:19
**Davids** [2] - 31:3,
31:5
**DC** [1] - 1:19
**deal** [1] - 45:6
**dealing** [1] - 45:20
**decides** [1] - 42:15
**deciding** [1] - 50:1
**decision** [1] - 4:21
**DEFENDANT** [1] -
1:20
**Defendant** [22] -
8:16, 9:23, 15:25,

16:3, 34:23, 36:2,
40:1, 40:2, 40:8,
42:25, 43:10, 43:11,
43:15, 44:8, 44:9,
44:22, 45:5, 46:14,
46:23, 48:10, 48:22,
49:18
**defendant** [1] - 1:8
**Defendant's** [9] -
15:14, 15:18, 40:17,
41:1, 43:18, 44:4,
44:18, 48:4, 48:12
**defense** [4] - 38:3,
43:7, 46:11, 48:21
**define** [1] - 45:13
**defined** [9] - 36:5,
36:13, 38:9, 38:17,
39:4, 39:13, 39:23,
40:24, 42:6
**defines** [2] - 46:17,
46:19
**definition** [9] - 39:3,
39:8, 39:10, 42:6,
45:3, 46:4, 47:1, 47:3,
47:4
**definitions** [1] -
39:22
**delta** [1] - 17:6
**deny** [2] - 40:25,
48:4
**DEPARTMENT** [1] -
1:17
**department** [1] -
7:18
**Department** [1] -
7:20
**depositions** [1] -
33:3
**derive** [2] - 28:7
**derived** [3] - 27:9,
30:4, 30:16
**des** [3] - 12:18,
13:23, 21:10
**describe** [3] - 8:12,
9:20, 27:23
**designated** [1] -
22:12
**Destine** [1] - 15:2
**determination** [1] -
42:17
**device** [1] - 34:9
**Dieucibon** [2] -
21:16, 21:24
**difference** [2] -
37:19, 38:25
**Dimy** [2] - 32:6, 32:7
**DIRECT** [1] - 7:9
**Direct** [1] - 3:3
**directing** [9] - 13:6,
13:19, 14:4, 14:15,

24:18, 25:23, 26:19,
27:8, 29:5
**discuss** [4] - 6:4,
33:22, 34:4, 50:4
**discussed** [3] - 6:7,
6:12, 33:12
**dismiss** [3] - 33:13,
34:3, 37:12
**disregard** [2] -
11:14, 19:7
**District** [1] - 36:1
**DISTRICT** [3] - 1:1,
1:1, 1:11
**DIVISION** [1] - 1:2
**Docket** [2] - 35:5,
35:23
**document** [8] -
13:16, 14:10, 15:5,
17:25, 18:1, 20:10,
20:22, 46:15
**documents** [17] -
11:7, 11:9, 11:12,
11:14, 14:11, 17:10,
17:11, 17:12, 17:14,
18:23, 18:25, 19:4,
19:6, 22:12, 22:18,
31:17, 46:15
**Dodo** [2] - 24:4,
26:21
**Dominique** [3] -
24:4, 24:23, 27:10
**Donald** [1] - 32:6
**down** [4] - 6:22,
31:16, 32:13, 41:7
**draft** [1] - 46:11
**drafted** [1] - 47:5
**during** [3] - 6:10,
36:16, 37:14
**duties** [1] - 7:24

### E

**edition** [1] - 43:24
**Edwards** [1] - 50:20
**EDWARDS** [2] - 2:1,
50:20
**either** [2] - 34:4,
40:23
**Ekens** [2] - 30:7,
30:13
**element** [5] - 43:14,
48:7, 49:9, 49:10,
49:17
**elements** [2] - 43:9,
48:21
**Eleventh** [2] - 4:21,
4:22
**eliminate** [1] - 37:20
**elsewhere** [1] - 36:1

**emphasis** [1] - 44:25
**emphasize** [1] -
43:13
**emphasized** [1] -
41:12
**end** [3] - 8:16, 14:8,
14:11
**ends** [1] - 23:2
**enforcement** [1] -
4:18
**engage** [3] - 40:8,
40:14, 43:15
**engaged** [1] - 43:12
**engaging** [3] - 36:4,
38:8, 48:24
**enjoy** [1] - 34:14
**entered** [4] - 5:5,
11:2, 18:18, 37:10
**entire** [1] - 23:12
**entitled** [3] - 26:19,
31:21, 50:18
**entries** [2] - 13:3,
13:7
**Entry** [2] - 35:5,
35:23
**entry** [1] - 14:8
**ESQ** [4] - 1:14, 1:17,
1:20, 1:23
**essentially** [2] -
38:10, 38:13
**established** [1] -
41:22
**EVIDENCE** [1] - 3:9
**evidence** [19] - 9:1,
10:22, 11:3, 11:8,
11:9, 16:1, 18:15,
18:19, 18:24, 19:1,
34:25, 36:15, 36:23,
37:5, 41:22, 41:25,
42:7, 48:8, 49:16
**exact** [1] - 22:5
**examination** [6] -
4:17, 5:19, 11:8,
18:25, 32:11
**EXAMINATION** [2] -
5:15, 7:9
**examine** [1] - 13:16
**example** [2] - 12:10,
14:22
**excused** [3] - 6:23,
32:19, 32:20
**exhibit** [32] - 10:16,
11:22, 11:25, 12:2,
12:9, 12:20, 13:25,
16:16, 16:17, 16:24,
18:9, 19:20, 19:25,
20:1, 20:8, 20:10,
20:24, 22:1, 22:5,
23:1, 23:4, 23:5, 23:9,
23:15, 23:20, 23:24,

24:25, 28:1, 28:8,
28:15, 30:4, 31:12
**Exhibit** [56] - 3:10,
3:10, 10:4, 10:8,
10:15, 10:16, 10:22,
11:1, 11:2, 11:5,
11:20, 12:12, 12:22,
12:24, 13:4, 13:7,
13:8, 13:11, 13:14,
13:24, 14:1, 14:5,
14:22, 15:6, 16:17,
17:21, 18:10, 18:15,
18:17, 18:18, 18:21,
19:10, 20:6, 20:14,
20:22, 20:25, 21:3,
21:13, 22:3, 22:7,
22:17, 22:20, 24:22,
26:2, 26:20, 27:10,
27:16, 27:21, 29:6,
30:5, 30:16, 31:6,
31:15, 31:16, 31:22
**exhibits** [17] - 8:20,
9:6, 9:7, 9:10, 9:17,
9:21, 10:2, 10:12,
10:14, 10:18, 16:9,
16:11, 18:2, 18:3,
18:6, 18:12, 32:15
**EXHIBITS** [1] - 3:9
**Exhibits** [2] - 9:2,
17:5
**existed** [2] - 41:11,
48:16
**exited** [1] - 34:16
**experiences** [3] -
6:5, 6:7, 6:12
**explain** [2] - 11:11,
19:3
**exploitation** [1] - 8:2
**express** [1] - 38:23
**extent** [1] - 45:5

### F

**F.2d** [1] - 4:21
**F.3d** [1] - 41:17
**fact** [1] - 33:24
**facts** [1] - 42:7
**factual** [1] - 42:17
**failed** [1] - 36:24
**fairly** [2] - 10:17,
18:11
**far** [2] - 13:23, 22:25
**favorable** [4] - 35:1,
42:7, 48:9, 49:16
**February** [2] - 1:5,
14:25
**Federal** [2] - 34:22,
48:5
**fields** [1] - 11:24

**fifth** [1] - 31:16
**file** [1] - 33:5
**filed** [1] - 37:12
**filing** [1] - 33:2
**final** [1] - 44:3
**finally** [1] - 29:1
**fine** [5] - 19:23, 33:11, 37:25, 41:6, 41:8
**finished** [1] - 33:8
**first** [17] - 12:3, 12:15, 12:23, 14:15, 17:12, 18:8, 20:3, 20:4, 20:24, 21:13, 21:15, 21:20, 31:11, 31:13, 33:1, 43:9
**five** [2] - 14:13, 14:17
**five-year** [1] - 14:17
**Floor** [2] - 2:2, 50:21
**Flores** [2] - 4:9, 8:15
**FLORIDA** [1] - 1:1
**Florida** [8] - 1:4, 1:16, 1:22, 1:25, 2:3, 36:1, 36:4, 50:22
**focus** [2] - 35:3, 36:8
**focusing** [1] - 42:25
**following** [5] - 5:6, 32:24, 33:19, 34:17, 44:6
**FOR** [3] - 1:14, 1:20, 3:4
**foregoing** [1] - 50:18
**foreign** [10] - 33:3, 36:2, 40:10, 40:14, 43:11, 44:8, 44:9, 44:14, 48:23
**form** [1] - 6:16
**forth** [1] - 16:10
**forward** [1] - 33:14
**four** [1] - 46:14
**Fourth** [1] - 1:15
**frame** [1] - 42:22
**French** [1] - 12:17
**full** [1] - 7:4

**G**

**general** [1] - 9:20
**generally** [2] - 17:12, 27:23
**gentlemen** [5] - 5:8, 8:12, 11:4, 18:20, 33:21
**given** [1] - 33:24
**governed** [1] - 46:21
**governing** [2] - 11:9, 19:1
**Government** [38] - 5:21, 6:10, 6:13, 6:21,

10:21, 12:1, 12:9, 12:20, 16:16, 16:24, 18:2, 18:3, 18:12, 18:14, 20:8, 32:22, 35:1, 38:3, 40:16, 41:10, 42:1, 42:8, 42:21, 44:7, 44:13, 44:25, 46:12, 46:16, 47:5, 47:25, 48:6, 48:9, 48:17, 49:10, 49:14, 49:17, 50:9
**GOVERNMENT** [3] - 1:14, 3:4, 7:2
**Government's** [59] - 3:10, 3:10, 9:1, 10:4, 10:8, 10:16, 10:18, 10:22, 11:1, 11:2, 11:5, 11:20, 12:11, 12:22, 12:24, 13:3, 13:4, 13:6, 13:7, 13:11, 13:14, 13:24, 14:1, 14:4, 14:22, 15:6, 16:17, 17:5, 17:21, 18:10, 18:15, 18:16, 18:18, 20:6, 20:14, 20:21, 20:25, 21:2, 21:13, 22:3, 22:7, 22:17, 22:20, 24:22, 26:2, 26:20, 27:9, 27:15, 27:21, 29:6, 30:5, 30:16, 31:6, 31:15, 31:16, 31:21, 33:2, 36:24, 38:5
**Greatest** [7] - 3:5, 5:17, 5:19, 6:14, 24:12, 25:6, 26:11
**group** [4] - 5:20, 6:3, 8:6, 8:8
**guilty** [3] - 35:2, 48:10, 49:18
**GX** [2] - 20:7, 20:12

**H**

**Haiti** [8] - 9:11, 9:22, 15:14, 15:19, 16:2, 16:3, 36:4, 40:18
**half** [1] - 7:17
**hand** [1] - 43:22
**handed** [7] - 8:25, 10:2, 10:7, 17:4, 17:20, 18:4, 18:12
**hate** [1] - 35:17
**hear** [1] - 37:24
**heard** [2] - 11:5, 18:21
**hearsay** [4] - 9:13, 15:15, 15:20, 16:4
**held** [1] - 36:20

**help** [2] - 11:11, 19:3
**hereby** [1] - 50:18
**highlight** [25] - 21:18, 24:6, 24:10, 24:14, 25:4, 25:6, 25:9, 25:21, 26:2, 26:9, 26:23, 27:6, 28:18, 28:22, 29:3, 29:11, 29:16, 29:19, 29:22, 30:2, 30:8, 31:19, 31:22, 32:7, 38:14
**home** [1] - 15:2
**Homeland** [7] - 7:14, 7:15, 7:18, 7:20, 7:21, 8:3, 8:6
**Honor** [47] - 4:7, 4:11, 5:3, 5:12, 6:20, 6:25, 7:7, 8:21, 9:24, 10:21, 10:24, 11:16, 12:12, 13:11, 14:19, 17:1, 17:17, 18:14, 19:12, 19:19, 19:23, 20:13, 22:14, 24:1, 27:16, 27:18, 28:11, 32:9, 32:14, 32:17, 32:22, 34:22, 37:23, 38:3, 42:23, 44:4, 44:19, 45:5, 45:19, 45:25, 46:10, 47:15, 47:18, 47:22, 47:24, 50:2, 50:9
**HONORABLE** [1] - 1:10
**Hope** [1] - 4:13
**HOROWITZ** [30] - 1:23, 6:16, 9:13, 10:23, 15:15, 15:20, 16:4, 16:12, 19:9, 33:4, 33:6, 33:8, 33:11, 34:22, 35:8, 35:10, 35:12, 35:16, 35:20, 35:22, 37:16, 37:19, 41:4, 41:7, 41:9, 46:10, 47:9, 47:15, 47:18, 47:22
**Horowitz** [6] - 4:12, 34:21, 35:6, 38:1, 41:3, 46:9

**I**

**idea** [1] - 14:9
**identification** [3] - 10:8, 17:21, 18:10
**ignore** [1] - 46:16
**ignores** [1] - 43:2
**ignoring** [1] - 41:10
**illicit** [7] - 39:2, 39:3, 39:8, 40:9, 40:15,

40:24, 43:15
**immediately** [1] - 34:11
**immigration** [1] - 8:2
**Imp** [1] - 15:2
**IMP** [1] - 15:3
**impeached** [1] - 4:23
**IN** [1] - 3:9
**include** [1] - 8:2
**included** [1] - 39:5
**includes** [1] - 39:3
**including** [2] - 34:8, 37:12
**incorrect** [1] - 38:6
**indeed** [1] - 43:5
**indicating** [1] - 45:2
**indication** [1] - 45:1
**indictment** [15] - 34:25, 35:4, 35:24, 38:7, 38:23, 40:20, 41:2, 41:12, 46:12, 46:13, 47:6, 47:23, 48:11, 49:19
**inform** [1] - 35:17, 41:9
**information** [14] - 10:12, 10:17, 11:24, 12:2, 12:9, 12:15, 12:23, 13:25, 14:5, 18:2, 18:9, 18:11, 22:4, 23:3
**informed** [1] - 33:24
**inspected** [2] - 9:7, 9:17
**instruct** [1] - 34:11
**instructions** [2] - 40:6, 46:7
**intended** [6] - 11:11, 19:3, 40:8, 43:15, 44:14, 44:22
**intent** [6] - 36:20, 40:13, 40:17, 40:21, 41:21, 48:1
**International** [2] - 21:9, 36:3
**Internet** [1] - 34:8
**interpretation** [1] - 4:24
**interstate** [1] - 40:10
**interviewed** [2] - 23:21, 23:23
**interviews** [1] - 8:16
**introduce** [1] - 10:22
**introduced** [1] - 23:22
**investigate** [1] - 8:1
**investigation** [5] - 8:9, 8:14, 15:13, 15:24, 15:25
**Investigations** [4] -

7:14, 7:16, 7:18, 7:22
**Investigations'** [1] - 8:7
**investigator** [1] - 4:13
**involving** [1] - 8:1
**Ismael** [3] - 28:24, 30:22, 31:23
**issue** [2] - 36:17, 45:7
**itself** [1] - 43:22

**J**

**JAMES** [1] - 7:2
**James** [3] - 3:6, 7:6
**January** [1] - 42:13
**Jean** [2] - 30:7, 30:13
**Jeff** [2] - 25:12, 26:17
**Jimmy** [6] - 25:16, 26:3, 28:20, 29:9, 30:7
**JOAN** [1] - 1:10
**Jobed** [3] - 21:16, 21:20, 31:23
**Joel** [1] - 26:17
**Jorel** [3] - 24:16, 25:9, 29:11
**Josue** [1] - 29:25
**Judge** [5] - 33:11, 33:18, 35:8, 35:16, 37:11, 49:21
**judge** [5] - 19:9, 36:12, 37:19, 41:4, 41:9, 46:11
**JUDGE** [1] - 1:11
**judges** [1] - 34:1
**judgment** [2] - 34:24, 37:9
**July** [1] - 31:21
**jurisdiction** [34] - 36:10, 36:13, 36:19, 36:22, 37:1, 37:8, 39:16, 39:20, 39:22, 39:25, 40:4, 41:14, 41:19, 41:23, 42:3, 42:5, 42:10, 42:20, 43:1, 44:11, 44:15, 44:24, 45:10, 45:13, 46:20, 46:25, 47:3, 47:11, 48:2, 48:14, 48:19, 49:3, 49:7, 49:13
**jurisdictional** [2] - 42:16, 49:9
**juror** [1] - 35:2
**jurors** [1] - 19:17
**JURY** [3] - 1:10, 5:9,

5:14
**jury** [18] - 4:15, 5:4, 5:5, 8:13, 11:4, 18:20, 22:17, 23:12, 25:1, 31:9, 32:25, 34:16, 36:17, 40:6, 42:17, 46:7, 48:9, 49:18
**JUSTICE** [1] - 1:17

## K

**Kane** [1] - 4:8
**KANE** [1] - 1:17
**keep** [1] - 5:24
**key** [1] - 40:11
**kids** [3] - 17:13, 17:14, 27:24
**Kids** [1] - 20:23
**knowledge** [1] - 15:18

## L

**lack** [1] - 48:13
**ladies** [5] - 5:8, 8:12, 11:4, 18:20, 33:21
**language** [9] - 36:8, 38:22, 39:1, 40:6, 41:11, 43:1, 45:7, 46:13, 47:23
**Larko** [1] - 4:9
**last** [5] - 7:5, 24:3, 24:21, 32:4, 41:13
**law** [5] - 4:18, 8:2, 36:19, 38:12, 46:18
**lawyers** [1] - 33:22
**lay** [1] - 15:22
**leading** [1] - 16:12
**lean** [1] - 41:7
**learn** [1] - 15:24
**leaves** [1] - 42:17
**lectern** [2] - 35:7, 37:24
**left** [3] - 21:2, 31:18, 40:18
**LENARD** [1] - 1:10
**lies** [1] - 47:4
**light** [4] - 35:1, 42:7, 48:9, 49:16
**line** [1] - 16:19
**lines** [1] - 41:13
**LISA** [2] - 2:1, 50:20
**Lisa** [1] - 35:12
**list** [15] - 10:5, 18:6, 20:23, 24:18, 25:7, 25:14, 25:17, 25:23, 26:3, 27:24, 28:1, 29:17, 31:23, 32:4,

46:3
**listed** [11] - 13:3, 16:11, 16:17, 21:11, 23:19, 23:23, 30:5, 31:3, 31:14, 31:15, 38:20
**listen** [1] - 34:7
**lists** [1] - 17:13
**location** [3] - 12:1, 12:7, 15:1
**locations** [1] - 10:5
**Locations** [1] - 11:23
**look** [6] - 12:15, 23:18, 27:20, 38:19, 42:4, 44:1
**looking** [3] - 16:10, 46:1, 46:6
**looks** [2] - 21:8, 34:19

## M

**ma'am** [4] - 20:18, 33:16, 50:8, 50:13
**maintained** [1] - 46:23
**Mapou** [1] - 12:18
**Maria** [1] - 4:8
**MARIA** [1] - 1:14
**maritime** [36] - 36:9, 36:12, 36:18, 36:22, 36:25, 37:7, 38:12, 39:15, 39:19, 39:21, 39:24, 40:4, 41:14, 41:18, 41:23, 42:2, 42:5, 42:9, 42:20, 43:1, 44:11, 44:15, 44:23, 45:9, 45:13, 46:19, 46:24, 47:3, 47:10, 48:2, 48:14, 48:18, 49:3, 49:7, 49:13
**marked** [4] - 9:1, 10:7, 17:20, 18:10
**matter** [3] - 34:8, 50:12, 50:18
**MATTERS** [1] - 1:21
**matters** [1] - 33:22
**Matthew** [4] - 4:2, 8:9
**MATTHEW** [1] - 1:7
**means** [2] - 39:12, 44:9
**MEDETIS** [66] - 1:14, 4:7, 5:3, 5:12, 5:16, 6:2, 6:20, 6:25, 7:7, 7:10, 8:21, 8:24, 9:16, 9:24, 10:1, 10:21, 11:16, 11:18, 12:11,

12:14, 13:10, 13:13, 14:19, 14:21, 15:17, 15:23, 16:8, 16:15, 17:1, 17:3, 17:17, 17:19, 18:14, 19:12, 19:19, 19:23, 19:24, 20:13, 20:20, 22:14, 22:16, 24:1, 24:2, 27:15, 27:18, 27:19, 28:6, 28:11, 28:14, 32:9, 32:14, 32:17, 32:22, 33:18, 37:23, 38:1, 42:23, 42:25, 43:21, 43:24, 44:3, 45:16, 45:19, 45:24, 49:21, 50:9
**Medetis** [2] - 4:8, 5:11
**media** [1] - 34:9
**meeting** [1] - 33:25
**meetings** [3] - 5:20, 6:3, 6:10
**memorandum** [1] - 4:18
**memories** [1] - 41:16
**mentioned** [2] - 10:19, 16:2
**merely** [1] - 45:12
**met** [1] - 23:21
**MIAMI** [1] - 1:2
**Miami** [13] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 8:5, 8:7, 35:25, 36:3, 36:4, 50:21, 50:22
**Miami-Dade** [1] - 35:25
**microphone** [4] - 19:15, 20:16, 28:3, 41:4
**mind** [1] - 34:2
**minimum** [1] - 37:9
**minors** [1] - 40:23
**Mission** [1] - 20:23
**mistrial** [1] - 37:14
**modifies** [1] - 48:21
**moment** [5] - 24:1, 27:14, 34:19, 44:1, 45:10
**monitor** [3] - 11:19, 20:21, 27:20
**month** [1] - 22:12
**moreover** [1] - 45:5
**Morning** [11] - 6:4, 6:5, 6:8, 6:11, 6:12, 11:23, 16:6, 20:2, 21:8, 23:7, 27:24
**morning** [17] - 4:1, 4:4, 4:7, 4:11, 4:14, 5:8, 5:9, 5:12, 5:13,

5:14, 5:17, 5:18, 7:11, 7:12, 33:10, 34:15, 50:10
**most** [4] - 35:1, 42:7, 48:9, 49:16
**motion** [2] - 33:3, 41:1
**motions** [6] - 33:14, 37:12, 37:13, 37:14, 48:4
**move** [10] - 19:15, 19:16, 20:16, 22:8, 23:8, 24:25, 34:23, 35:22, 37:23
**moving** [4] - 26:1, 30:10, 37:15, 37:16
**MR** [37] - 4:11, 6:16, 9:13, 10:23, 15:15, 15:20, 16:4, 16:12, 19:9, 32:12, 33:4, 33:6, 33:8, 33:11, 33:16, 34:22, 35:8, 35:10, 35:12, 35:16, 35:20, 35:22, 37:16, 37:19, 41:4, 41:7, 41:9, 46:10, 47:9, 47:15, 47:18, 47:22, 49:24, 50:1, 50:4, 50:8, 50:13
**MS** [65] - 4:7, 5:3, 5:12, 5:16, 6:2, 6:20, 6:25, 7:7, 7:10, 8:21, 8:24, 9:16, 9:24, 10:1, 10:21, 11:16, 11:18, 12:11, 12:14, 13:10, 13:13, 14:19, 14:21, 15:17, 15:23, 16:8, 16:15, 17:1, 17:3, 17:17, 17:19, 18:14, 19:12, 19:19, 19:23, 19:24, 20:13, 20:20, 22:14, 22:16, 24:1, 24:2, 27:15, 27:18, 27:19, 28:6, 28:11, 28:14, 32:9, 32:14, 32:17, 32:22, 33:18, 37:23, 38:1, 42:23, 42:25, 43:21, 43:24, 44:3, 45:16, 45:19, 45:24, 49:21, 50:9
**multiple** [1] - 16:20
**murder** [2] - 41:19, 41:20
**must** [4] - 46:23, 48:7, 48:22, 49:11

## N

**name** [39] - 7:4, 7:5, 21:11, 21:20, 24:4,

24:8, 24:12, 24:16, 24:19, 24:22, 25:3, 25:6, 25:9, 25:12, 26:3, 26:5, 26:7, 26:11, 26:13, 26:15, 26:25, 27:2, 27:10, 28:16, 29:1, 29:6, 29:16, 29:22, 29:25, 30:13, 30:18, 30:20, 30:22, 30:24, 31:1, 31:22, 31:25, 32:2, 32:4
**named** [2] - 25:16, 25:19, 25:24
**names** [16] - 21:15, 21:18, 23:9, 23:10, 26:17, 26:21, 27:4, 28:7, 28:9, 28:20, 28:24, 29:9, 29:11, 29:19, 30:5, 30:8
**Nason** [6] - 24:8, 26:7, 27:4, 28:24, 29:22, 30:18
**necessarily** [1] - 44:9
**necessary** [3] - 36:21, 41:21, 48:17
**need** [9] - 5:24, 19:15, 33:22, 40:11, 43:4, 43:8, 43:21, 50:4, 50:6
**needs** [1] - 38:19
**never** [2] - 12:25, 23:21
**New** [1] - 1:18
**next** [4] - 6:24, 22:1, 30:10, 32:21
**nine** [1] - 7:17
**Ninth** [2] - 42:11, 42:13
**NO** [1] - 1:2
**North** [2] - 2:2, 50:21
**Northeast** [1] - 1:15
**note** [4] - 38:25, 39:22, 40:2, 43:17
**notebooks** [1] - 34:13
**notes** [1] - 37:2
**nothing** [1] - 50:9
**notwithstanding** [2] - 43:6, 45:8
**November** [1] - 13:19
**number** [4] - 15:7, 21:20, 23:9
**NW** [1] - 1:18

## O

**oath** [1] - 5:10
**objection** [7] - 6:16, 9:13, 15:15, 15:20, 16:4, 16:12, 19:11
**objections** [5] - 4:20, 10:23, 10:25, 19:10, 37:13
**obtain** [1] - 32:15
**obtained** [4] - 10:18, 12:9, 12:23, 13:25
**occupation** [2] - 15:14, 15:19
**occur** [3] - 36:21, 44:23, 46:22
**occurred** [31] - 9:11, 36:9, 36:18, 36:25, 37:6, 37:7, 38:12, 39:15, 39:19, 39:24, 40:12, 41:13, 41:23, 42:1, 42:9, 42:17, 42:18, 43:5, 43:6, 43:9, 44:20, 44:21, 44:22, 46:24, 47:10, 47:25, 48:13, 48:18, 49:2, 49:6, 49:12
**occurs** [1] - 36:21
**October** [6] - 12:17, 22:7, 22:11, 22:22, 35:25, 37:6
**Odelin** [2] - 30:6, 32:2
**OF** [3] - 1:1, 1:4, 1:17
**offense** [1] - 43:9
**offenses** [2] - 38:19, 40:3
**office** [1] - 8:7
**officer** [1] - 34:14
**official** [1] - 2:1
**Official** [1] - 50:21
**one** [9] - 21:19, 23:21, 23:22, 24:1, 31:16, 34:19, 39:12, 44:1, 49:1
**open** [1] - 33:19
**opportunity** [5] - 13:16, 14:10, 23:17, 23:19, 33:6
**oral** [1] - 4:24
**order** [2] - 35:17, 46:22
**otherwise** [1] - 4:25
**outside** [6] - 32:25, 33:22, 36:21, 44:10, 46:22
**overhead** [2] - 19:13, 28:12
**overruled** [4] - 6:17,

10:25, 16:5, 19:11
**overt** [1] - 38:23
**own** [1] - 5:1

## P

**Page** [1] - 4:22
**page** [4] - 13:6, 14:3, 14:4, 14:15
**PAGE** [1] - 3:9
**Pages** [1] - 1:8
**Paragraph** [1] - 14:16
**parameters** [1] - 45:13
**part** [1] - 7:19
**participate** [1] - 8:9
**participated** [1] - 8:13
**participating** [1] - 15:24
**participation** [1] - 15:13
**particular** [5] - 8:6, 14:8, 14:12, 15:5, 44:21
**party's** [1] - 4:23
**passed** [1] - 46:19
**pattern** [3] - 40:5, 40:21, 46:6
**people** [4] - 8:16, 23:19, 23:23, 28:8
**period** [3] - 14:12, 14:13, 36:17
**permission** [14] - 7:7, 8:21, 9:24, 11:16, 12:11, 13:10, 14:19, 17:1, 17:17, 19:12, 20:13, 22:14, 27:15, 32:14
**person** [13] - 23:21, 23:22, 25:16, 25:19, 36:6, 38:9, 39:13, 39:17, 43:2, 48:25, 49:1, 49:5, 49:11
**personal** [3] - 6:5, 6:12, 15:18
**personally** [1] - 23:17
**persons** [1] - 36:16
**pertained** [2] - 16:24, 41:19
**pertains** [2] - 42:21, 47:1
**Peterson** [5] - 21:16, 21:22, 29:22, 31:1, 31:25
**Phil** [1] - 4:12
**PHILIP** [1] - 1:23

**photograph** [1] - 28:9
**photographed** [1] - 28:8
**photographs** [7] - 18:23, 18:25, 19:4, 19:6, 28:2, 28:5, 31:17
**phrase** [2] - 39:2, 43:2
**picture** [1] - 23:6
**place** [2] - 42:16, 44:25
**plain** [3] - 41:11, 48:20, 49:4
**Plaintiff** [1] - 1:5
**pled** [4] - 42:1, 47:12, 47:16, 47:19
**podium** [1] - 35:18
**point** [2] - 40:13, 44:3
**portion** [2] - 23:12, 46:17
**portions** [3] - 23:8, 41:12, 46:16
**possible** [1] - 19:19
**preceding** [2] - 31:21, 43:2
**predicate** [1] - 15:22
**prefer** [1] - 37:23
**prepared** [2] - 11:6, 18:21
**presence** [3] - 6:5, 32:25, 33:23
**present** [3] - 4:13, 6:11, 44:7
**present-day** [1] - 44:7
**pretrial** [1] - 37:13
**previous** [2] - 10:18, 37:11
**previously** [7] - 9:1, 10:23, 11:7, 13:10, 17:4, 17:10, 18:24
**primary** [2] - 11:9, 19:1
**private** [1] - 6:9
**Procedure** [2] - 34:23, 48:5
**proceed** [5] - 5:2, 5:11, 11:15, 19:8, 34:21
**proceeding** [1] - 49:22
**proceedings** [6] - 5:6, 32:24, 33:19, 34:17, 48:8, 50:18
**Proceedings** [1] - 50:15
**proof** [4] - 38:5, 40:5,

43:8, 48:13
**proposition** [1] - 47:21
**prove** [11] - 40:12, 44:8, 44:13, 47:8, 47:9, 47:13, 47:25, 48:1, 48:7, 48:17, 49:10
**proved** [2] - 42:8, 49:17
**proven** [4] - 42:21, 46:23, 48:7, 48:22
**proving** [2] - 40:16, 40:21
**provision** [1] - 48:20
**publish** [10] - 11:16, 11:17, 12:11, 13:10, 14:19, 19:12, 20:13, 22:17, 27:15, 31:9
**published** [1] - 27:21
**purported** [1] - 37:6
**purpose** [2] - 38:8, 48:24
**purposes** [3] - 17:21, 36:4, 46:5
**pursuant** [2] - 34:22, 48:15
**put** [3] - 10:13, 22:13, 35:17

## Q

**qualifies** [1] - 39:23
**qualify** [3] - 38:18, 45:3, 45:14
**questions** [2] - 6:20, 32:12
**quickly** [1] - 34:20
**quoting** [1] - 39:11

## R

**raised** [1] - 37:14
**range** [3] - 12:5, 14:23, 16:24
**ranges** [1] - 10:6
**rather** [3] - 21:20, 35:14, 44:22
**RDR** [2] - 2:1, 50:20
**read** [14] - 12:15, 13:22, 14:1, 14:10, 14:16, 20:4, 22:1, 22:6, 23:4, 30:5, 34:7, 38:13, 38:22, 41:5
**reading** [9] - 38:8, 38:4, 43:18, 44:4, 44:18, 46:7, 46:8, 48:20, 49:4
**ready** [1] - 5:2

**really** [1] - 40:11
**reasonable** [3] - 35:1, 48:9, 49:18
**receipt** [2] - 14:23, 14:24
**RECEIVED** [1] - 3:9
**recent** [1] - 42:11
**recess** [1] - 50:12
**recheck** [1] - 16:22
**rechecked** [2] - 16:19, 16:21
**recognize** [7] - 9:3, 9:5, 10:9, 17:7, 17:9, 17:22, 17:24
**record** [2] - 4:6, 7:4
**Red** [1] - 3:3
**REDIRECT** [1] - 5:15
**reference** [5] - 38:14, 38:23, 39:7, 39:21, 45:12
**references** [1] - 39:8
**referencing** [1] - 12:1
**referring** [2] - 18:3, 30:15
**refers** [2] - 48:21, 49:4
**reflect** [3] - 11:13, 18:11, 19:5
**regard** [2] - 48:12, 48:13
**regarding** [3] - 4:16, 22:25, 33:2
**Reginald** [1] - 4:13
**reiterate** [1] - 44:19
**release** [1] - 6:21
**released** [1] - 32:18
**remaining** [2] - 37:2, 39:1
**remove** [1] - 22:24
**renew** [3] - 10:23, 19:9, 37:11
**renewable** [1] - 14:18
**rental** [2] - 9:22, 10:3
**rephrase** [2] - 23:18, 46:1
**Rephrase** [2] - 9:15, 23:14
**replaced** [1] - 39:2
**reply** [1] - 33:2
**report** [1] - 34:11
**REPORTED** [1] - 2:1
**REPORTER** [1] - 7:3
**Reporter** [2] - 2:1, 50:21
**reporter** [1] - 18:8
**represent** [1] - 20:9
**require** [1] - 43:9

7

**required** [1] - 44:13
**requirement** [5] -
37:3, 37:21, 40:1,
43:5, 44:20
**requirements** [2] -
41:11, 44:16
**requires** [1] - 44:7
**residences** [1] - 9:22
**Residents** [1] - 20:2
**residents** [2] - 6:4
**respond** [2] - 38:3,
42:23
**response** [1] - 33:2
**responsibilities** [1] -
7:24
**responsibility** [2] -
6:14, 6:18
**rest** [3] - 13:22, 34:3,
34:14
**rests** [1] - 32:22
**result** [1] - 16:1
**returned** [1] - 40:20
**review** [1] - 16:1
**reviewed** [4] - 9:20,
17:10, 17:11, 17:14
**Ricardo** [4] - 24:8,
25:3, 29:19, 30:6
**Richard** [5] - 3:6,
7:1, 7:6, 11:6, 18:22
**RICHARD** [1] - 7:2
**Roro** [4] - 27:4, 29:1,
29:9, 30:18
**row** [8] - 12:15,
12:23, 13:19, 13:22,
13:25, 20:4, 31:12,
31:13
**Rule** [4] - 33:13,
34:22, 41:1, 48:5
**Rules** [1] - 48:5
**rulings** [1] - 4:16
**run** [1] - 34:20

**S**

**Saget** [1] - 4:20
**SAGET** [1] - 4:20
**Santo** [1] - 13:23
**scheme** [1] - 40:24
**Schlender** [1] - 30:6
**scope** [1] - 39:6
**screen** [3] - 13:1,
19:16, 22:9
**search** [4] - 9:11,
9:12, 16:2, 23:6
**seat** [1] - 7:3
**seated** [3] - 4:17,
5:7, 34:18
**second** [15] - 12:6,
13:6, 14:3, 14:4,

24:21, 33:3, 34:24,
35:4, 35:23, 38:22,
43:10, 46:11, 46:13,
47:5, 47:23
**second-to-the-last**
[1] - 24:21
**section** [2] - 39:11,
39:12
**Section** [8] - 36:6,
36:11, 36:14, 39:13,
42:5, 46:3, 46:18,
48:16
**Security** [7] - 7:14,
7:15, 7:18, 7:20, 7:21,
8:3, 8:7
**security** [1] - 34:14
**see** [61] - 13:20,
19:17, 21:4, 21:15,
22:18, 23:12, 24:4,
24:8, 24:12, 24:16,
24:19, 24:22, 25:1,
25:3, 25:7, 25:10,
25:12, 25:23, 26:3,
26:7, 26:11, 26:13,
26:15, 26:17, 26:21,
26:25, 27:2, 27:4,
27:10, 27:12, 27:21,
28:15, 28:20, 28:24,
29:1, 29:6, 29:9,
29:12, 29:14, 29:16,
29:20, 29:22, 29:25,
30:13, 30:18, 30:20,
30:22, 30:24, 31:1,
31:3, 31:11, 31:22,
31:25, 32:2, 32:4,
34:7, 34:14, 39:10,
43:21, 46:3, 50:10
**seek** [2] - 10:22,
18:15
**seem** [1] - 35:15
**seized** [1] - 16:1
**sense** [2] - 44:5,
44:17
**separate** [2] - 47:1,
49:9
**September** [2] -
24:22, 29:6
**sex** [16] - 39:4, 39:5,
39:16, 39:18, 39:23,
39:24, 40:3, 43:8,
44:15, 44:20, 44:21,
45:2, 45:3, 45:13
**sexual** [55] - 36:5,
36:9, 36:16, 37:6,
38:8, 38:10, 38:12,
38:15, 38:17, 39:1,
39:2, 39:3, 39:4, 39:8,
39:12, 39:13, 39:15,
40:8, 40:9, 40:12,
40:15, 40:17, 40:18,

40:22, 40:23, 40:24,
41:13, 42:1, 42:9,
43:6, 43:12, 43:15,
46:4, 47:8, 47:10,
47:14, 47:17, 47:25,
48:1, 48:13, 48:17,
48:21, 48:24, 48:25,
49:2, 49:5, 49:6,
49:10, 49:12
**shootdown** [1] -
41:22
**short** [2] - 40:1,
44:19
**shorter** [1] - 38:1,
38:2
**show** [9] - 21:2,
31:11, 36:24, 37:5,
39:18, 40:17, 43:6,
43:10, 44:20
**showing** [8] - 11:19,
12:24, 13:14, 13:24,
14:22, 20:21, 40:21,
43:4
**side** [1] - 32:25
**side-bar** [1] - 32:25
**signing** [1] - 14:17
**simply** [3] - 39:22,
41:21, 44:4
**single** [1] - 16:16
**site** [2] - 42:18, 42:19
**slide** [1] - 20:4
**Snyder** [2] - 29:16,
30:20
**Son** [6] - 26:5, 26:21,
27:12
**soon** [1] - 33:6
**sorry** [7] - 8:18, 12:3,
13:1, 22:10, 22:19,
29:15, 45:25
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southern** [1] - 36:1
**Southwest** [1] - 1:21
**space** [1] - 34:20
**speaking** [1] - 27:23
**Special** [6] - 4:9, 7:1,
8:25, 11:6, 18:22,
27:14
**special** [42] - 7:23,
7:24, 17:4, 17:20,
19:25, 31:6, 36:9,
36:12, 36:18, 36:21,
36:25, 37:7, 38:12,
39:15, 39:19, 39:21,
39:24, 40:4, 41:14,
41:18, 41:23, 42:2,
42:5, 42:9, 42:20,
42:23, 42:9, 42:20,
42:5, 42:9, 42:20,
44:23, 45:9, 46:19,
46:24, 47:2, 47:3,

47:10, 48:2, 48:14,
48:18, 49:2, 49:7,
49:12
**specific** [1] - 36:20
**specifically** [3] -
10:14, 35:24, 41:17
**spelling** [1] - 7:5
**Spring** [3] - 27:9,
30:11, 30:16
**spring** [3] - 27:25,
28:15
**staff** [1] - 34:12
**stage** [1] - 48:8
**stamp** [4] - 21:5,
21:6, 21:7, 21:11
**stamps** [1] - 21:4
**stand** [1] - 20:7
**stands** [1] - 46:14
**Star** [10] - 6:4, 6:5,
6:8, 6:11, 6:12, 11:23,
16:7, 20:2, 23:7,
27:24
**start** [1] - 38:8
**starting** [1] - 20:3
**starts** [1] - 46:2
**state** [2] - 4:5, 7:4
**statement** [2] - 4:24,
5:1
**States** [50] - 4:2, 4:9,
4:20, 6:10, 7:1, 32:9,
32:17, 36:2, 36:3,
36:5, 36:7, 36:10,
36:11, 36:13, 36:14,
36:19, 37:8, 38:11,
39:9, 39:16, 39:20,
40:19, 41:15, 41:16,
41:24, 42:3, 42:4,
42:10, 42:21, 43:10,
43:25, 44:10, 44:12,
45:10, 45:18, 46:17,
46:18, 46:20, 46:22,
47:4, 47:11, 48:3,
48:15, 48:19, 48:23,
49:3, 49:8, 49:13,
50:21
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**states** [1] - 42:15
**status** [1] - 42:16
**statute** [18] - 37:20,
38:4, 38:7, 38:13,
38:21, 40:13, 43:18,
44:4, 44:16, 44:17,
44:18, 45:2, 46:7,
46:21, 47:4, 48:16,
48:20, 49:4
**statutes** [2] - 45:8,
46:21
**statutory** [5] - 38:21,
40:6, 40:24, 41:10,

45:7
**step** [4] - 6:22, 12:3,
12:4, 32:13
**still** [1] - 5:10
**stop** [2] - 27:14,
34:11
**story** [1] - 6:9
**Street** [1] - 1:15
**Stu** [1] - 4:12
**STUART** [1] - 1:20
**subjects** [1] - 9:23
**subscribed** [1] - 4:25
**Suite** [3] - 1:18, 1:22,
1:24
**summaries** [2] -
8:17, 8:20
**summarize** [3] -
10:17, 11:11, 19:3
**summarized** [1] -
15:5
**summary** [22] - 9:6,
9:19, 10:12, 10:16,
11:5, 11:11, 11:13,
11:14, 16:17, 16:18,
16:23, 17:16, 18:2,
18:9, 18:21, 19:3,
19:5, 19:7, 19:25,
22:13, 23:15, 28:10
**Summer** [1] - 26:20
**superseding** [9] -
34:25, 35:4, 35:23,
38:22, 41:2, 46:11,
46:13, 47:6, 47:23
**support** [1] - 47:20
**Sustained** [2] - 9:14,
16:13
**sustained** [4] -
15:16, 15:21, 48:6,
49:14
**sustaining** [1] - 4:19
**switch** [1] - 28:11
**SWORN** [1] - 7:2

**T**

**Tabarre** [1] - 15:2
**table** [1] - 4:9
**tall** [2] - 35:14, 35:15
**tender** [1] - 32:10
**term** [2] - 14:23,
39:12
**territorial** [30] - 36:9,
36:12, 36:18, 36:22,
36:25, 37:7, 39:15,
39:19, 39:21, 41:14,
41:23, 42:3, 42:10,
42:20, 43:1, 44:11,
44:15, 44:23, 45:9,
45:12, 46:20, 46:24,

8

47:3, 47:11, 48:2, 48:14, 48:18, 49:3, 49:7, 49:13
**testifying** [1] - 6:14
**THE** [94] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:14, 5:4, 5:7, 5:9, 5:10, 5:14, 5:24, 6:17, 6:18, 6:22, 6:24, 7:3, 7:6, 7:8, 8:23, 9:14, 9:25, 10:25, 11:4, 11:17, 12:13, 13:12, 14:20, 15:16, 15:21, 16:5, 16:6, 16:13, 17:2, 17:18, 18:16, 18:20, 19:11, 19:14, 19:21, 20:15, 20:18, 20:19, 22:15, 27:17, 28:3, 28:5, 28:13, 32:11, 32:13, 32:16, 32:19, 32:21, 32:23, 33:1, 33:5, 33:7, 33:10, 33:12, 33:17, 33:21, 34:18, 35:6, 35:9, 35:11, 35:13, 35:19, 35:21, 37:15, 37:18, 37:22, 37:25, 41:3, 41:6, 41:8, 42:24, 43:20, 43:23, 44:1, 45:15, 45:17, 45:23, 46:9, 47:7, 47:13, 47:17, 47:20, 48:4, 49:22, 49:25, 50:3, 50:6, 50:10, 50:14
**therefore** [2] - 37:9, 49:14
**therein** [4] - 11:10, 16:11, 19:2, 38:20
**Third** [1] - 1:21
**third** [5] - 4:23, 12:8, 22:6, 43:11, 43:14
**three** [1] - 41:13
**title** [7] - 7:21, 11:22, 19:25, 20:22, 22:1, 22:6, 30:4
**Title** [9] - 36:5, 36:7, 36:10, 36:13, 38:9, 38:11, 39:9, 47:2, 48:15
**titled** [5] - 23:7, 24:3, 24:21, 27:8, 29:5
**today** [3] - 4:10, 9:8, 13:17
**together** [1] - 10:13
**tomorrow** [4] - 33:10, 34:15, 49:23, 50:10
**took** [1] - 28:9
**top** [4] - 23:12, 24:18, 25:23, 31:18

**totally** [1] - 41:10
**touch** [1] - 13:1
**touching** [1] - 34:7
**towards** [1] - 28:3
**transcription** [1] - 50:18
**travel** [3] - 36:2, 40:14, 44:9
**traveled** [7] - 40:10, 43:11, 44:8, 44:10, 44:14, 48:23, 48:24
**trial** [4] - 34:6, 37:14, 42:15, 46:14
**TRIAL** [1] - 1:10
**true** [1] - 42:7
**truth** [1] - 6:18
**try** [1] - 34:10
**turn** [1] - 28:3
**turns** [1] - 38:1
**Twelfth** [2] - 2:2, 50:21
**two** [3] - 31:5, 32:6, 39:16
**types** [4] - 38:15, 38:18, 45:2, 46:3

## U

**unavailable** [1] - 33:25
**under** [16] - 5:10, 36:6, 36:16, 38:5, 38:9, 38:18, 39:13, 39:17, 43:3, 44:16, 45:3, 48:5, 48:25, 49:1, 49:5, 49:11
**underline** [1] - 15:11
**underlying** [2] - 11:7, 18:23
**underneath** [3] - 20:9, 21:9, 28:9
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**United** [50] - 4:2, 4:8, 4:20, 6:10, 7:1, 32:9, 32:17, 36:2, 36:3, 36:5, 36:7, 36:10, 36:11, 36:13, 36:14, 36:19, 37:8, 38:11, 39:9, 39:16, 39:20, 40:19, 41:14, 41:16, 41:24, 42:3, 42:4, 42:10, 42:20, 43:10, 43:24, 44:10, 44:11, 45:10, 45:18, 46:16, 46:18, 46:20, 46:22, 47:4, 47:11, 48:3, 48:14, 48:15, 48:19, 48:23, 49:3, 49:7,

49:13, 50:21
**unless** [1] - 4:25
**up** [8] - 5:25, 31:6, 33:13, 34:20, 35:14, 43:22, 44:7, 50:7
**urge** [1] - 40:25
**US** [1] - 42:12
**USC** [5] - 38:9, 38:19, 39:11, 45:21, 46:2
**utilizing** [1] - 4:18

## V

**various** [1] - 5:20
**version** [5] - 40:7, 44:6, 44:7, 45:1, 45:20
**versions** [1] - 45:21
**versus** [4] - 4:2, 4:20, 41:17, 42:12
**violation** [14] - 36:7, 36:10, 38:11, 38:15, 39:14, 43:3, 43:4, 43:13, 45:3, 45:11, 45:14, 49:1, 49:6, 49:11
**violations** [4] - 8:1, 38:18, 45:25, 46:4
**voice** [1] - 5:24
**vs** [1] - 1:6

## W

**W-i-l-k-i-n-s** [1] - 7:6
**Wadley** [4] - 25:24, 27:2, 28:20, 29:7
**wants** [1] - 44:25
**warrant** [3] - 9:11, 16:2, 23:6
**Washington** [1] - 1:19
**Westlaw** [1] - 42:13
**whatsoever** [2] - 34:5, 41:25
**Widson** [2] - 24:19, 25:14
**Wilkins** [8] - 3:6, 7:1, 7:6, 8:25, 11:6, 13:14, 18:22, 27:20
**WILKINS** [1] - 7:2
**wise** [1] - 23:1
**Witness** [23] - 14:2, 14:7, 15:12, 23:14, 23:16, 24:7, 24:15, 25:5, 25:11, 25:22, 26:4, 26:6, 26:10, 26:24, 27:7, 28:19, 28:23, 29:4, 29:13,

30:3, 31:20, 31:24, 32:8
**WITNESS** [6] - 6:18, 7:2, 7:6, 16:6, 20:18, 28:5
**witness** [12] - 4:23, 4:25, 6:21, 6:23, 6:24, 8:22, 24:11, 32:10, 32:18, 32:20, 32:21, 33:3
**WITNESSES** [1] - 3:4
**witnesses** [3] - 4:18, 49:23, 49:25
**word** [4] - 26:20, 27:9, 30:16, 38:6

## X

**Xxx** [2] - 25:12, 30:6
**Xxxx** [2] - 24:19, 25:14
**Xxxxx** [10] - 21:16, 21:22, 24:8, 25:3, 25:16, 25:17, 30:6, 31:25, 32:5
**Xxxxxx** [6] - 21:24, 24:4, 24:23, 25:20, 30:7, 31:25
**Xxxxxxx** [5] - 3:5, 24:12, 24:16, 25:6, 25:9
**Xxxxxxxx** [5] - 21:15, 21:20, 25:24, 31:23
**Xxxxxxxxx** [2] - 30:6, 32:2

## Y

**year** [4] - 14:17, 14:18, 26:1, 42:14
**years** [7] - 7:17, 14:14, 36:6, 36:16, 38:10, 39:14, 39:17, 48:25, 49:1, 49:5, 49:11
**yesterday** [2] - 5:19, 33:12
**York** [1] - 1:18
**yourselves** [1] - 34:4

## Z

**Z-e-p-e-d-a** [1] - 42:12
**Zepeda** [1] - 42:12
**zoom** [1] - 19:19