```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                  Plaintiff,          February 22, 2013

 6         vs.                          9:19 a.m. to 5:33 p.m.

 7   MATTHEW ANDREW CARTER,

 8                  Defendant.          Pages 1 to 213
     _____

 9

10                            JURY TRIAL
                 BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14
     FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               99 Northeast Fourth Street
16                             Miami, Florida 33132
                                      -and-
17                             BONNIE L. KANE, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             1400 New York Avenue, NW
                               Suite 600
19                             Washington, DC 20530

20
     FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                             ADELSTEIN & MATTERS
                               2929 Southwest Third Avenue
22                             Suite 410
                               Miami, Florida 33129
23                                    -and-
                               PHILIP R. HOROWITZ, ESQ.
24                             9130 South Dadeland Boulevard
                               Suite 1910
25                             Miami, Florida 33156
```

1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
2                              400 North Miami Avenue
                               Twelfth Floor
3                              Miami, Florida 33128
                               (305) 523-5499
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          I N D E X

 2

 3                                      Direct    Cross    Red.

 4
        WITNESSES FOR THE DEFENDANT:
 5
        Matthew Andrew Carter                 9
 6

 7


 8

 9      EXHIBITS RECEIVED IN EVIDENCE                      PAGE

10      Defendant's Exhibit No. 11                         132
        Defendant's Exhibit No. 15                         142
11      Defendant's Exhibit No. 10                         184
        Defendant's Exhibit No. 22                         186
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good morning.

 2              MR. HOROWITZ:  Good morning, Judge.

 3              THE COURT:  United States of America versus Matthew

 4   Andrew Carter, Case No. 11-20350.

 5              Good morning.

 6              Counsel, state your appearances, please, for the

 7   record.

 8              MS. MEDETIS:  Yes.  Good morning, your Honor.

 9              Maria Medetis and Bonnie Kane on behalf of the United

10   States.

11              With us at counsels' table are Special Agents Larko

12   and Flores.

13              THE COURT:  Good morning.

14              MR. ADELSTEIN:  Good morning, your Honor.

15              Stu Adelstein, Phil Horowitz, on behalf of Mr. Carter,

16   who is present, along with our investigator, Reginald Hope.

17              THE COURT:  Good morning.

18              I've now had an opportunity to review the Defendant's

19   reply on the second motion for foreign witness deposition of

20   Kate Jensen.  And I will -- I can orally inform you at this

21   time with written order to follow that that motion will also be

22   denied.

23              MR. ADELSTEIN:  Yes, ma'am.

24              THE COURT:  Are you ready to proceed?

25              MR. HOROWITZ:  Yes, your Honor.
```

```
 1              THE COURT:  You have witnesses?

 2              MR. HOROWITZ:  Judge, we're going to call Mr. Carter

 3    to testify first.

 4              THE COURT:  Okay.

 5              MR. HOROWITZ:  Judge, we're going to call Mr. Carter

 6    first.  As Mr. Carter is in custody, it's up to the marshals

 7    how they want to situate him, whether they want him on the

 8    stand right now, when the jury walks in.

 9              THE COURT:  Yes.  That's usually how we do it.  So he

10    can come up now and then the jurors can come in.

11              MR. ADELSTEIN:  I also -- I believe the Court needs to

12    do an inquiry with Mr. Carter on his right not to testify.

13              THE COURT:  I have -- you can be seated for a moment.

14              MR. ADELSTEIN:  Yes.

15              THE COURT:  Actually, I re-reviewed the case law.

16              MR. ADELSTEIN:  Yes, ma'am.

17              THE COURT:  I reviewed it last evening.

18              The jurisprudence in the Eleventh Circuit is that it

19    is not required by the Court.  There is a recent Eleventh

20    Circuit decision -- I believe it's called Ely -- E-l-y --

21    concerning a defendant who was representing himself.

22              It was a different issue.  But there was some

23    discussion as to the propriety of the Court going into such a

24    colloquy.

25              If defense counsel requests it, I will go forward with
```

```
 1            the colloquy.  So it's up to you.

 2                      MR. ADELSTEIN:  We would request it, your Honor.

 3                      THE COURT:  So place Defendant under oath.

 4                      (Whereupon, the Defendant was duly sworn.)

 5                      THE COURT:  You can be seated, sir.

 6                      Would you state your name for the record.

 7                      THE DEFENDANT:  Matthew Andrew Carter.

 8                      THE COURT:  Mr. Carter, do you understand that, under

 9            the Fifth Amendment to the United States, you have the choice

10            to testify or not testify?

11                      THE DEFENDANT:  Yes, your Honor.

12                      THE COURT:  And do you understand that you cannot be

13            compelled to take the stand and testify?

14                      THE DEFENDANT:  Yes, ma'am.

15                      THE COURT:  Do you understand that you can also make

16            the choice to waive your Fifth Amendment right not to testify

17            and take the stand?

18                      THE DEFENDANT:  Yes, ma'am.

19                      THE COURT:  And do you understand that, if you

20            testify, the Government will have an opportunity to

21            cross-examine you?

22                      THE DEFENDANT:  Of course.  Yes, ma'am.

23                      THE COURT:  Have you fully discussed your Fifth

24            Amendment choice to testify or not testify with your attorneys?

25                      THE DEFENDANT:  Yes, ma'am, I have.
```

```
1              THE COURT:  And are you satisfied with their services?

2              THE DEFENDANT:  Perfectly satisfied.  Yes, ma'am.

3              THE COURT:  And do you wish to take the stand and

4    testify or not take the stand and testify?

5              THE DEFENDANT:  I wish to -- my own decision, I wish

6    to take the stand and testify.

7              THE COURT:  So you wish, then, to waive your Fifth

8    Amendment right not to testify and testify in this matter.  Is

9    that correct?

10             THE DEFENDANT:  That's correct, ma'am.

11             THE COURT:  Any questions, Mr. Adelstein?

12             MR. ADELSTEIN:  No, your Honor.  That's sufficient for

13   us.

14             THE COURT:  Ms. Medetis?

15             MS. MEDETIS:  Not on this matter, your Honor, but on

16   others.

17             THE COURT:  So I will give you the citations of the

18   cases that I reviewed for the record at some point during the

19   day.

20             Yes.

21             MS. MEDETIS:  We would ask for the updated exhibit

22   list and the witness list that defense counsel was ordered to

23   provide for us.  We've not received anything to date.

24             MR. ADELSTEIN:  I did explain to the Government that

25   we are having some witness problems and some discussions.  I
```

```
 1    told her, by the end of today, I will give her any other

 2    witnesses that we plan on calling, the names of them.

 3              THE COURT:  How long do you expect your direct to

 4    take?

 5              MR. ADELSTEIN:  Well, it'll be Mr. Horowitz's direct.

 6    We anticipate that the direct will take at least today.

 7              THE COURT:  Okay.

 8              MR. ADELSTEIN:  Possibly longer.

 9              THE COURT:  Okay.  They can't give it to you if they

10    don't have it yet, Ms. Medetis.

11              MS. MEDETIS:  Thank you, Judge.

12              THE COURT:  So let's have the Defendant come to the

13    witness stand.

14              (Whereupon, the Defendant took the witness stand.)

15              THE COURT:  The citations for you in regard to the

16    status of the law regarding a court colloquy regarding Fifth

17    Amendment rights in the Eleventh Circuit is *United States*

18    *versus Hung Thien Ly* -- H-u-n-g, T-h-i-e-n, L-y -- 646 F.3d

19    1307, a 2011 decision by the Eleventh Circuit; *United States*

20    *versus Van De Walker*, 141 F.3d 1451 -- that's V-a-n, D-e,

21    W-a-l-k-e-r -- a 1998 decision by the Eleventh Circuit; and

22    *United States versus Teague* -- T-e-a-g-u-e -- 953 F.2d 1525, a

23    1992 decision by the Eleventh Circuit.

24              MR. ADELSTEIN:  Thank you, your Honor.

25              THE COURT:  Ready for the jury?
```

Carter - DIRECT - By Mr. Horowitz          9

```
 1              MR. HOROWITZ:  Yes, your Honor.

 2              THE COURT:  Is the Government ready?

 3              MS. MEDETIS:  Yes, your Honor.

 4              THE COURT:  Let's bring in the jurors, please.

 5              (Whereupon, the jury entered the courtroom at

 6   9:27 a.m. and the following proceedings were had:)

 7              THE COURT:  You may be seated.

 8              Call your first witness.

 9              MR. HOROWITZ:  Your Honor, the defense calls Matthew

10   Andrew Carter.

11              MATTHEW ANDREW CARTER, THE DEFENDANT, SWORN

12              THE COURT REPORTER:  Thank you.  You may be seated.

13              Please state your full name for the record.

14              THE WITNESS:  Matthew Andrew Carter, C-a-r-t-e-r.

15                         DIRECT EXAMINATION

16   BY MR. HOROWITZ:

17   Q.  Good morning, Mr. Carter.

18   A.  Good morning.

19   Q.  Mr. Carter, how old are you?

20   A.  I am 67 years old, sir.

21   Q.  And what is your date of birth?

22   A.  April 27th, 1945.

23   Q.  When your parents named you on April 27th, 1945, did they

24   give you a different name?

25   A.  Yes, sir.
```

Carter - DIRECT - By Mr. Horowitz                10

```
 1   Q.   What was the name you were born with?

 2   A.   I was born with the name William Charles Harcourt.

 3   Q.   When you were growing up, did you have a nickname?

 4   A.   Just Bill, short for Bill, Jr., and, of course, to my

 5   mother, I was Billy.

 6   Q.   Now, what was your father's name?

 7   A.   My father's name was William Vernon Harcourt.

 8   Q.   Where were you born?

 9   A.   Detroit, Michigan.

10   Q.   Did there come a point in your life when you changed your

11   name?

12   A.   Yes, sir, there was.

13   Q.   When did you change your name?

14   A.   1982, I believe.

15   Q.   Why did you change your name?

16   A.   I had just returned from Egypt and I had some very unusual

17   experiences there and, when I returned, I went to the Veterans

18   Administration and I was seen by two men who were retirees from

19   the State Department and, because of the family situation, they

20   recommended that I change my name.

21   Q.   Did you follow their recommendation?

22   A.   Yes, sir, I did.

23   Q.   When you changed your name, how did you do it?

24   A.   Went through the court.  Is it probate court?  I can't

25   remember exactly the title of the court, but I did it through
```

Carter - DIRECT - By Mr. Horowitz                    11

```
 1    the proper channels.
 2    Q.  Did you file a petition with the court to change your name?
 3    A.  Yes.
 4    Q.  Was that petition granted or denied?
 5    A.  It was granted.
 6    Q.  During the course of the trial, you've seen the Government
 7    introduce a certified copy of a court order.
 8        Do you remember that?
 9    A.  Yes.  Yes, sir.
10    Q.  Is that or is that not a copy of your name change?
11    A.  That was.  Yes, sir.
12    Q.  What did you change your name to?
13    A.  To my present name, Matthew Andrew Carter.
14    Q.  Did you choose that name or did someone choose that name
15    for you?
16            MS. MEDETIS:  Objection.  Leading.
17            THE COURT:  Overruled.
18            THE WITNESS:  I chose the name.
19    BY MR. HOROWITZ:
20    Q.  Why did you choose the name?
21    A.  Matthew is from one of my relations, a grandfather.  The
22    same with Andrew.  And Carter just was a name that I -- there's
23    no particular reason for the Carter.
24    Q.  After you changed your name, what, if anything, did you do
25    with your driver's license and your identification documents?
```

Carter - DIRECT - By Mr. Horowitz                12

1   A.  Any information I had -- my driver's license, I changed it

2   with the State.  Social Security.  Any form of identification I

3   had -- passport, everything -- was changed into the new name.

4   Q.  When you changed your identification documents, did you or

5   did you not submit a copy of that court order?

6   A.  Yes, sir.  Yes.

7   Q.  At any point, did you ever try to hide the fact that you

8   had changed your name?

9   A.  Never.  No.  No, sir.

10  Q.  Now, Mr. Carter, in what city and what state did you grow

11  up?

12  A.  I grew up in Detroit, Michigan.

13  Q.  Where did you go to elementary school, junior high school,

14  high school?

15  A.  The elementary school, I started going to -- I was in the

16  Lutheran church.  Our family was Lutheran.  It was Bethlehem

17  Lutheran School.

18      And then, in the fifth grade, I transferred -- we moved and

19  I transferred to Holy Cross Lutheran School.

20  Q.  Where were these schools located?

21  A.  In Detroit -- northwest side of Detroit.

22  Q.  Tell me about your father.  What type of work did he do?

23  A.  He was a policeman.  He was with the Detroit Police

24  Department.

25  Q.  What type of work did he do within the Detroit Police

Carter - DIRECT - By Mr. Horowitz          13

 1  Department?

 2  A.  Well, he started out walking a beat.  That's how he met my

 3  mother.  And then he progressed through the system.  He was a

 4  detective.  He was a sergeant.

 5        My recollection, you know, as I grew up, was more when he

 6  was a detective and then when -- from sergeant to lieutenant

 7  and then he was the inspector and he was the inspector of one

 8  of the precincts in Detroit.

 9  Q.  How about your mother?  What type of work did she do?

10  A.  At times, she would work with the bank.  She was a bank

11  teller.

12  Q.  Full-time or part-time?

13  A.  Part-time.  It wasn't full-time.

14        We did have a woman that came in.  Her name was

15  Mrs. Trudeau.  I still remember her.  She would come in like a

16  nanny and look after us.

17              MS. MEDETIS:  Objection.  Nonresponsive.

18              THE WITNESS:  I'm sorry?

19              THE COURT:  Sustained.

20  BY MR. HOROWITZ:

21  Q.  Did your mother work full-time or part-time?

22  A.  Part-time.

23  Q.  Would you describe your upbringing as lower class, middle

24  class or upper class?

25              MS. MEDETIS:  Objection.  Leading.

1              THE COURT:  Overruled.

2              THE WITNESS:  I would describe it in the early days as

3    working class and then progressed into a middle class-type

4    setting.

5    BY MR. HOROWITZ:

6    Q.  As you were growing up in Detroit, how would you describe

7    your home life?

8    A.  My home life was -- it was difficult at times.  Of course I

9    am --

10   Q.  How so?

11   A.  My father was a policeman.  He worked various shifts.  He

12   was a very stern -- he was the disciplinarian in the family.

13             MS. MEDETIS:  Objection.

14             May we approach, your Honor?

15             THE COURT:  Come on up.

16             (Whereupon, the following proceedings were had at

17   side-bar outside the presence of the jury:)

18             MS. MEDETIS:  Judge, we would ask for a proffer on

19   where this line of questioning is going.  The Defendant's

20   upbringing as difficult as -- is not relevant.

21             The concern is that Mr. Harcourt has told people that

22   he was supposedly sexually abused by his father.  That is also

23   not relevant in this case.

24             And so we'd like to know if that's where this is

25   going, in which case we would be objecting to relevance before

Carter - DIRECT - By Mr. Horowitz                15

1   the jury hears that kind of testimony.

2          MR. HOROWITZ:  Judge, I'm not going into any sexual

3   abuse that my client suffered.  But he has a right to tell this

4   jury about his upbringing.

5          THE COURT:  So what do you expect that -- how is the

6   line of questioning --

7          MR. HOROWITZ:  I expect --

8          THE COURT:  One moment, please.

9          What is the line of questioning and what do you expect

10  his answers to be?

11         MR. HOROWITZ:  I expect his answers to be his father

12  was a strict disciplinarian, his mother was not, and,

13  ultimately, he went into the Air Force.

14         That's pretty much where I'm going.

15         THE COURT:  Okay.

16         MS. MEDETIS:  Understood.  If that's the limit.

17  Understood.

18         THE COURT:  Okay.

19         (Whereupon, the following proceedings were had in open

20  court:)

21  BY MR. HOROWITZ:

22  Q.  Mr. Carter, where we left off, we were talking about your

23  father and your upbringing.

24  A.  Yes, sir.

25  Q.  And describe how your father treated you.

Carter - DIRECT - By Mr. Horowitz                16

1    A.   He was a disciplinarian.  Of course, this was Detroit.  I

2    was a naughty boy at times, you know.  So I was disciplined.

3    He could be very difficult.

4        He was the tough.  My mother was the tender.  He was the

5    one that laid the law down, and my mother was the one that

6    showed the mercy, that type of situation.

7        So I had probably a stronger relationship with my mother

8    and, you know, by the time I was 8 and onwards, you know, there

9    was a general -- not an over-fear of him, but, you know, you

10   have a healthy respect for your father because he's the

11   disciplinarian.

12   Q.   Now, when you said you were a naughty boy, was that in a

13   mischievous kind of way?

14   A.   Yes, sir.

15   Q.   Mr. Carter, do you have any brothers and sisters?

16   A.   Yes, sir.  I have three sisters.

17   Q.   What are their names?

18   A.   Diane, who's three years older than me, and then I have

19   twin sisters.  They're three years younger.

20   Q.   What are your twin sisters' names?

21   A.   I'm sorry.  Donna and Susie.

22   Q.   Are they all still living?

23   A.   Yes, sir.

24   Q.   Now, we heard testimony about a Donna Shuh.

25       Who is that?

Carter - DIRECT - By Mr. Horowitz                    17

1    A.   That is my sister, sir.

2    Q.   That your older sister or younger sister?

3    A.   She's one of my younger sisters, one of the twins.

4    Q.   And is Shuh her maiden name or married name?

5    A.   That's her married name.   Shuh, S-h-u-h.

6    Q.   Now, as you were growing up in Detroit, did you have any

7    odd jobs or jobs as you were growing up?

8    A.   Yes, sir.   I started working when I was 11 years old.   I

9    had a -- at first, I had a paper route with the *Shopping News*.

10   Then I got a -- I was a paper boy with the *Detroit News*.

11   Q.   What other kind of jobs did you do before you graduated

12   high school?

13   A.   I had several.   I worked in Wrigley's supermarket.   I was

14   helping the custodian at the church.   I worked in a bowling

15   alley.   I worked in a Chinese restaurant for a short while.

16   Many different part-time jobs I had.

17   Q.   Did you go to high school?

18   A.   Yes, sir.

19   Q.   Where did you go to high school?

20   A.   The first two years of my high school were at Lutheran

21   High.   That was in the west side of Detroit.   And then the last

22   two years, my junior and senior year, I was at Cooley High

23   School.

24   Q.   Where is that located?

25   A.   That's in the northwest side of Detroit as well.

Carter - DIRECT - By Mr. Horowitz            18

```
 1    Q.   Now, you mentioned your father and your mother.

 2         Is your father still alive?

 3    A.   No, sir.  He passed away in 1978.

 4    Q.   How about your mother?

 5    A.   She's passed away as well.

 6    Q.   Did you graduate high school?

 7    A.   Yes, sir.

 8    Q.   With a diploma?

 9    A.   Yes, sir.

10    Q.   After you graduated high school, did you go to college?

11    A.   No, I did not.

12    Q.   How old were you when you graduated high school?

13    A.   I was only -- not 17 yet.  In my early years, I was pushed

14    ahead in school.  If I might explain, my sister was older.  She

15    would go to school when we were youngsters and then come home

16    and teach me what she was learning.  So when I entered into

17    kindergarten, they put me right into the first grade and I was

18    bumped ahead again.

19    Q.   So how old were you when you graduated high school?

20    A.   16.

21    Q.   After you graduated high school, what did you do?

22    A.   I wanted to join the military.  And so, in the interim,

23    I -- well, I worked at the supermarket and then I worked for

24    J.L. Hudson's.  It's a department store.

25    Q.   Why didn't you join the military when you graduated high
```

Carter - DIRECT - By Mr. Horowitz                    19

1    school?

2    A.  I was too young.  And you can join when you're 17, but my

3    parents wouldn't sign the permission for it.

4    Q.  How could you join the military when you're 17?

5    A.  Go to the recruiter and --

6             MS. MEDETIS:  Objection.  Relevance.

7             THE COURT:  Sustained.

8    BY MR. HOROWITZ:

9    Q.  Did you ultimately enlist or were you drafted?

10   A.  I enlisted.

11   Q.  Which branch of the military service did you enlist with?

12   A.  The United States Air Force.

13   Q.  What year was that?

14   A.  That was in 1963.

15   Q.  How old were you then?

16   A.  18.

17   Q.  Did anybody force you to enlist?

18   A.  Oh, no, sir.

19   Q.  Why the Air Force?

20   A.  Ever since I was a child, I always had dreams of flying,

21   not necessarily to be a pilot, but I loved the concept of

22   flying.

23        And when I went -- when I considered which military branch

24   I would join, the two that you had an option -- in other words,

25   you had a choice of which, you know, job you could take -- was

Carter - DIRECT - By Mr. Horowitz            20

1   the Air Force and the Navy.  And I -- I have kind of a fear of

2   water.  I nearly drowned when I was 8 years old.

3            MS. MEDETIS:  Objection.  Relevance.  Objection.

4   Nonresponsive.

5            THE COURT:  Sustained.

6   BY MR. HOROWITZ:

7   Q.  After you joined the Air Force, where did you undergo your

8   basic training?

9   A.  In Texas.

10  Q.  Where in Texas?

11  A.  Lackland Air Force Base in Texas.

12  Q.  Lapland or Lackland?

13  A.  Lackland.

14  Q.  L-a-c-k-l-a-n-d?

15  A.  Lackland.

16  Q.  How long was your basic training for?

17  A.  I can't remember.  I think it was eight weeks.  It might

18  have been a little bit longer.

19  Q.  When you joined the Air Force and went through your basic

20  training, what rank were you?

21  A.  Just an airman.

22  Q.  Is that the equivalent of a private?

23  A.  Yes.

24  Q.  As an airman, did they train you for any specialty?

25  A.  Not at the basic training.  From there, I went to Keesler

Carter - DIRECT - By Mr. Horowitz                21

```
 1  Air Force Base.
 2  Q.  Where is that located?
 3  A.  That's in Mississippi.  And at Keesler, that's when I
 4  received training in air traffic control --
 5  Q.  Okay.
 6  A.  -- as an air traffic controller.
 7  Q.  How long did you receive training as an air traffic
 8  controller?
 9  A.  Again, I'm not really certain.  I believe it was at least
10  two months.  At least.
11  Q.  Did you ultimately complete training as an air traffic
12  controller?
13  A.  Yes.
14  Q.  After you completed your training as an air traffic
15  controller, where, if anyplace, were you sent from there?
16  A.  I was assigned to England, RAF Mildenhall.  That's an Air
17  Force base in England.
18  Q.  Where is -- is it a British Air Force base or an American
19  Air Force base?
20  A.  It's an American Air Force base, but it was on -- you know,
21  leased by the British, I'm assuming.
22  Q.  And what were your duties at Mildenhall Air Force Base?
23  A.  When I first went, I was -- you know, it was sort of like
24  on-the-job training.  I was training for that particular
25  facility in air traffic control as a tower operator and a radar
```

 1    specialist.

 2    Q.   How long were you stationed in England?

 3    A.   Almost three years.

 4    Q.   At this point in your life, how old are you?

 5    A.   19.

 6    Q.   At 19, would it be fair to say that that was about 1964?

 7    A.   Yes, sir.

 8    Q.   And you were in England from 1964 until when?

 9    A.   Until my discharge in 1967.

10    Q.   What type of discharge did you receive from the Air Force?

11    A.   Honorable discharge.

12    Q.   During your time in England at the Air Force base, did your

13    supervisory officers give you any instructions regarding your

14    contact with other members of the community?

15         MS. MEDETIS:  Objection.  Calls for hearsay.

16         MR. HOROWITZ:  Just a "yes" or "no" answer, your

17    Honor.

18         THE COURT:  Sustained.

19    BY MR. HOROWITZ:

20    Q.   During this time from 1964 to 1967, while you were still a

21    member of the Air Force, did you interact with the local

22    community surrounding the Air Force base?

23    A.   Yes, sir, I did.

24    Q.   Why did you do that?

25    A.   Initially, at the request of the base chaplain.

 1            MS. MEDETIS:  Objection.  Calls for hearsay.

 2            THE COURT:  Sustained.

 3   BY MR. HOROWITZ:

 4   Q.  How did you interact with the local community back in this

 5   time frame?

 6   A.  At that point in time, the Americans were trying to

 7   instigate a program called Hands Across the Atlantic to

 8   establish relationships with the Social Service Department in

 9   that -- in Suffolk County Council.

10        And I was asked if I would volunteer to go and make contact

11   with the superintendent of one of the facilities who was on

12   their board and to try to get a way how we could help -- how we

13   could help in that community sense.

14   Q.  Suffolk County is where?

15   A.  In England.  It's north of London.

16   Q.  The Department of Social Services of Suffolk County

17   serviced whom, if you know?

18   A.  Is what?

19   Q.  Who did they service?  What were they in charge of?

20   A.  The county of Suffolk.  And they were in charge of, you

21   know, the Council of Social Service.  They were in charge of

22   any children's establishments, the elderly, whatever services

23   were available.

24   Q.  With your interaction with the Suffolk County Social

25   Services Board, what type of interaction did they have you do?

Carter - DIRECT - By Mr. Horowitz          24

 1   A.   I went to a town called Barry St. Albans and I was

 2   introduced to the director of a children's home there, him and

 3   his wife, Al and Pauline Briarly.

 4        And at that time, I just offered the services of the Air

 5   Force and to try and develop some type of relationship between

 6   the air base and what they were doing.

 7        And he represented the Suffolk County Council.  He was on

 8   their board, so that whatever was instigated, it would be

 9   coordinated through him.

10   Q.   During these interactions with the Suffolk County

11   Department of Social Services, were you wearing a uniform?

12   A.   Not when I -- not when I traveled to -- yes, I did, the

13   first time.  I was in uniform.  But after the initial -- the

14   initial visits, I was in civilian clothing, unless --

15   Q.   What -- I'm sorry.  Let me let you finish.  I apologize for

16   cutting you off.

17   A.   Unless there were visits at the air base.  Then I would be

18   in uniform representing the Air Force.

19   Q.   What type of visits at the air base would there be?

20   A.   What we did is we had -- well, after the initial contact, I

21   went back to the base chaplain.  He asked me if I would --

22             MS. MEDETIS:  Objection.  Calls for hearsay.

23             THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.   After your discussions with the base chaplain, what did you

Carter - DIRECT - By Mr. Horowitz                    25

1   do?

2   A.   I started to arrange interaction between the air base and

3   the facilities that Suffolk County Council had.  We would

4   sponsor groups coming in, provide transportation from groups

5   coming from children's homes, from old people's homes, you

6   know, the retirement communities, and we -- you know, anyplace

7   that I could arrange, home for the handicapped and so on.

8         And we would arrange tours of the base.  And if it was like

9   the elderly, they would be received at the Officers Club.  They

10  would interact with the officers.  The children would be shown,

11  you know, how to climb into an aircraft, get into a cargo

12  aircraft and so on.  It was....

13  Q.   Did you or someone else arrange these tours of the base?

14  A.   I did.

15  Q.   Now, aside from children's homes, who else got tours of the

16  base from Suffolk County?

17             MS. MEDETIS:  Objection.  Relevance.

18             THE COURT:  It's been asked and answered.

19             Go on to your next question.

20  BY MR. HOROWITZ:

21  Q.   How many of these tours did you arrange?

22  A.   Several.  I mean, over a period of that time in England,

23  there -- a multitude.  I wouldn't be able to number them.  But

24  there was certainly dozens.  Various functions.

25  Q.   Were you paid any extra for your work with the Suffolk

Carter - DIRECT - By Mr. Horowitz                26

```
 1   County Social Services Department?

 2   A.   No, sir.  No.

 3   Q.   Other than your salary with the Air Force, did you receive

 4   any remuneration whatsoever?

 5            MS. MEDETIS:  Objection.  Relevance.

 6            THE WITNESS:  No, sir.

 7            THE COURT:  Sustained.

 8            Sir, if there's an objection, you need to wait until

 9   I've ruled on it, please.

10            THE WITNESS:  Yes, ma'am.

11   BY MR. HOROWITZ:

12   Q.   The time that you put in with the Suffolk County Social

13   Services Department:  Was that on the military's time or your

14   own personal time?

15   A.   It was my own personal time.

16   Q.   After you were honorably discharged from the military in

17   1967, what did you do?

18   A.   I was employed by the Federal Aviation Administration.

19   Q.   Was that in the United States or elsewhere?

20   A.   That was in the United States.

21   Q.   Where were you employed with the FAA?

22   A.   In Indianapolis, Indiana.

23   Q.   What type of work did you do for the FAA?

24   A.   I was an air traffic controller -- well, air traffic

25   controller radar specialist.
```

Carter - DIRECT - By Mr. Horowitz                    27

1    Q.   How long were you employed as an air traffic controller in

2    Indianapolis?

3    A.   I -- not quite two years.

4    Q.   Did there come a point in time where you left the FAA?

5    A.   Yes.  Yes, sir.

6    Q.   Why did you leave the FAA?

7    A.   I resigned.  I was -- I had an offer to go to England -- to

8    return to England and to complete some university training.

9    And I made that decision, you know.  It was a career change.

10   Q.   What type of career change were you going to have by going

11   back to England?

12   A.   By going to England, I was going to be trained -- I was

13   going to be seconded by a borough, seconded in the sense that

14   you are employed by the borough, but they will put you through

15   university training and then you have to guarantee them a

16   year's work when you finish your training.

17   Q.   What type of university training were you going to undergo?

18   A.   Okay.  It was in -- it was in residential child care

19   services with a British home office certification.

20   Q.   Why did you choose child care?

21   A.   First of all, the experiences I had in England, the couple

22   that I mentioned that ran this children's home, the Briarlys,

23   were very good friends.  They as well as the Air Force -- you

24   know, I'd received a commendation by the base commander --

25              MS. MEDETIS:  Objection.  Calls for hearsay.

 1              THE COURT:  Overruled.

 2              THE WITNESS:  I had been written up in the Air Force,

 3      the *Stars & Stripes* paper.  So it was something that intrigued

 4      me.

 5              When I would visit the Briarlys, they were in -- they

 6      had moved from Barry St. Albans to another facility outside of

 7      London, and the interaction I had there was very good.

 8              And I knew that I had -- I suppose the word "knack"

 9      might not be appropriate, but I had, you know, an ability to

10      relate and to -- I had that ability.

11              It was, I believed at the time, a God-given ability to

12      be able to relate and do something in that setting.

13      BY MR. HOROWITZ:

14      Q.  Who had offered you this opportunity?

15      A.  It was arranged through Alan Briarly.

16      Q.  Approximately how old were you at this time?

17      A.  22, 23, 24, maybe.  24.

18      Q.  Describe for the ladies and gentlemen of the jury the

19      training and education that you received in residential child

20      care.

21      A.  The initial education was at Southgate College through

22      London University.  It was a two-year course.  It was a

23      two-year course that was offered to college graduates.

24          I didn't -- I didn't have a college degree, but I was able

25      to be placed on the -- Mr. Briarly helped secure my position on

Carter - DIRECT - By Mr. Horowitz                29

 1    that.

 2        I was -- the course is two years.  The first year is --

 3    it's a very intensive two years.  You're seconded by the

 4    borough, living in an actual facility, and you're attending the

 5    university.

 6        The first year is very basic.  You're learning all about

 7    nutrition, every aspect of child care.  It's a complete

 8    training.

 9        The second year, you make a decision as to which field

10    you're going to go into.  It could be normal residential care.

11    It could be probation, social worker.

12        And the field that I chose was assessment and observation,

13    which was a specialized field.  It's where -- I suppose the

14    best equivalent -- you could say it's like an evaluation

15    center.

16    Q.  Let me see if I can get an understanding of a couple of

17    terms that you mentioned.

18        When you were seconded by the borough -- what does that

19    mean?

20            MS. MEDETIS:  Objection.  Asked and answered.

21            THE COURT:  Overruled.

22            THE WITNESS:  You're employed by the borough.  They're

23    covering all the educational expenses and they're giving you a

24    place to stay and a stipend allowance every month.

25            And then, once you're qualified, once the period of

Carter - DIRECT - By Mr. Horowitz                30

 1   time is over, you then go on salary with them, normal salary in

 2   their grading system.

 3   BY MR. HOROWITZ:

 4   Q.   You also stated while you were in school you were living in

 5   a facility.

 6   A.   Yes, sir.

 7   Q.   What does that mean by living in a facility?

 8   A.   It was a long-term children's home located outside of

 9   London at Potters Bar, Hertfordshire.

10   Q.   What is Potters Bar?

11   A.   That was the name of the town it was located at.  It was in

12   the green belt of London -- South London.

13   Q.   You also said that you picked a specialty and your

14   specialty was assessment observation.

15   A.   Assessment and observation.

16   Q.   Oh.  Assessment and observation.

17        Describe what assessment and observation is.

18   A.   In an assessment and observation facility, you normally

19   receive children through the court system.  They're with you

20   on a -- it's preprogram.  You're going to assess their needs.

21   It's a six- to eight-week program.

22        At the end of that eight weeks, you would have a major case

23   conference in the facility.  You'll have a psychologist,

24   psychiatrist.  You'll have educational staff, house staff.  You

25   get them seen through -- we used King's College Hospital.  They

Carter - DIRECT - By Mr. Horowitz                31

```
 1    have a complete physical examination.  You're assessing
 2    everything concerning that particular child.
 3         And then, at the end of eight weeks, you would arrange a
 4    case conference and the child would be placed into a permanent
 5    setting with either....
 6    Q.   Would it or would it not be a fair statement to say that
 7    assessment and observation was kind of like intake?  You're the
 8    first one that's --
 9              MS. MEDETIS:  Objection.  Leading.
10              THE COURT:  Rephrase your question.
11              MR. HOROWITZ:  Yes, your Honor.
12    BY MR. HOROWITZ:
13    Q.   Other than the first six to eight weeks after the child was
14    committed to an assessment and observation center, would you
15    have any interaction at all with the child?
16    A.   No, sir.  They would be placed permanently in another
17    setting, and that setting could be anything from returning back
18    home to an approved school, which is sort of like a lockdown
19    facility.
20         You could be -- it could be an actual lockdown, you know, a
21    juvenile detention-type center.  It could be a variety of
22    things, you know, in that assessment.
23         You would assess the child, each individual.  Once he
24    leaves the center, then you would normally have no contact.
25    They would move on.
```

Carter - DIRECT - By Mr. Horowitz                32

1    Q.   Did you or did you not receive any training in the

2    potential hazards of this type of work?

3    A.   In the initial training, when you're in university, you are

4    trained in a lot of aspects of how to protect yourself.  When I

5    say "protect yourself," that means how to arrange a home, how

6    to designate room structures, you know, what the sleeping

7    arrangements should be, how you should never be alone with

8    certain children, you know, in a facility, an open-door policy,

9    that you would always have availability and accountability in

10   every aspect and that it was a hazard because of allegations of

11   abuse, whether it be sexual or physical, emotional.  They can

12   come and you've got to be prepared to, you know, be accountable

13   for yourself in those situations.

14   Q.   What was your training regarding sleeping arrangements?

15   A.   Sleeping arrangements for the children?

16   Q.   Yes, sir.

17   A.   Sleeping arrangements for the children:  Depending on the

18   facility.  But you should -- you know, you can have a single

19   room for a child, but you should never have just two beds in a

20   room.  It would jump from one to three or dormitory-style

21   setting, the reason --

22   Q.   What -- I'm sorry.  Go ahead.

23   A.   -- the reason being that, if there's only two children in a

24   bedroom, it leaves an opportunity for some type of misconduct

25   on the part of the children.

                        Carter - DIRECT - By Mr. Horowitz                33

1    Q.   You've mentioned something about an open-door policy.

2    A.   Yes.

3    Q.   What does that mean?

4    A.   Open-door policy meaning you keep yourself, your position,

5    open to the public, open to any type of inspection, any type of

6    inquiry by anybody that's concerned or interested.

7    Q.   Why is that?

8    A.   Again, to protect yourself, to present yourself with an

9    accountability that you're not hiding anything, you're not --

10   you know, you're not putting anything where it can't be

11   disclosed publicly.

12   Q.   Did you ultimately complete your education?

13   A.   Yes, sir, I did.  I finished that.

14   Q.   As a result of the completion of your education, did you

15   receive any licenses or diplomas?

16   A.   Yes.  I received a British certification in the -- you

17   know, the care and treatment of children, young persons.

18   Q.   After you received this certification, were you able to

19   find employment?

20   A.   Oh, immediately.  Yes, sir.

21   Q.   Who hired you?

22   A.   Well, I finished the year with the London Borough of

23   Haringey.  And I went from there to -- it was Hertfordshire

24   County Council.

25        I did have an advanced course as well when I went to --

Carter - DIRECT - By Mr. Horowitz          34

```
 1    when I was with -- the name of the facility was called Sparrows

 2    Herne.  It was a children's assessment and observation center.

 3    I was recruited by them.

 4        If I may explain the system, it was that you had a range

 5    system.  You would start out as a Range 1 --

 6            MS. MEDETIS:  Objection.  Relevance.

 7            THE COURT:  Sustained.

 8    BY MR. HOROWITZ:

 9    Q.  What's a Range 1?

10    A.  I'm sorry?

11    Q.  What is a Range 1?

12            MS. MEDETIS:  Objection.  Relevance.

13            THE COURT:  Sustained.

14    BY MR. HOROWITZ:

15    Q.  How long did you remain at Sparrows Herne?  That's

16    H-e-r-n-e.

17    A.  I was there -- it was an assessment and observation center.

18    I was there through the time that I completed my -- I had an

19    advanced certification.

20        And that was through Oxford University, a one-year course.

21    And then I applied for another position, a more senior

22    position.

23    Q.  What position did you apply for?

24    A.  I applied for the deputy superintendent of a children's

25    home.  It was a facility -- another assessment and observation
```

Carter - DIRECT - By Mr. Horowitz                    35

 1   center at Blackshaw Road.  That was in Tooting, North London.

 2   Q.  How long were you at Blackshaw Road?

 3   A.  I think maybe two years.  And then I applied for another

 4   senior position.

 5   Q.  Where was that?

 6   A.  That was at Reynolds House.  It was with the Bromley

 7   Council, Bromley Camp.

 8   Q.  Did you get the position at Reynolds House?

 9   A.  I'm sorry, sir?

10   Q.  Did you get position at Reynolds House?

11   A.  Yes.  I was appointed the superintendent officer in charge.

12   Q.  Tell the ladies and gentlemen of the jury what Reynolds

13   House is.

14   A.  Reynolds House is an assessment and observation center.

15       I don't remember the exact number.  I think it was -- it

16   housed, I think, 26, 28 children.  It was a mixed facility,

17   boys and girls.

18       These facilities with -- they're lockdown facilities.  It's

19   very well structured.  Children are on a definite routine.

20   They're being scheduled for different types of --

21              MS. MEDETIS:  Objection.  Relevance.  Objection.

22   Nonresponsive.

23              THE COURT:  Wait for a question, sir.

24              Ask your next question.

25              MR. HOROWITZ:  Yes, your Honor.

Carter - DIRECT - By Mr. Horowitz                36

```
 1   BY MR. HOROWITZ:

 2   Q.   Is Reynolds House a permanent facility or an assessment

 3   facility?

 4   A.   It's a transition facility from -- usually from the Court

 5   or referred by the Social Service Department, and they were

 6   there for a set period of time.

 7   Q.   During the time you were at Reynolds House, were you

 8   accused of improper behavior?

 9   A.   Yes, sir, I was.

10   Q.   As a result of those accusations, did you continue to work?

11   A.   Yes, sir, I did.

12   Q.   Why did you continue to work?

13   A.   Because I had done nothing wrong.

14        Shall I explain the circumstance?

15   Q.   Sure.

16             MS. MEDETIS:  Objection.  Narrative.

17             THE WITNESS:  I'm sorry?

18             THE COURT:  Wait for a question, sir.

19             THE WITNESS:  Okay.

20   BY MR. HOROWITZ:

21   Q.   What were the circumstances surrounding these allegations?

22   A.   I had just returned from a trip stateside and I was

23   arrested by Scotland Yard.  I was interviewed by detectives

24   there.  And there was allegations of sexual abuse.

25   Q.   What happened with those allegations?
```

Carter - DIRECT - By Mr. Horowitz            37

```
 1    A.  They --
 2              MS. MEDETIS:  Objection.  Calls for hearsay.
 3              THE COURT:  Sustained.
 4    BY MR. HOROWITZ:
 5    Q.  As a result of those allegations, were you fired from your
 6    job?
 7    A.  No, sir.  I was suspended on full pay.  I was housed in
 8    another --
 9              THE COURT:  Wait for a question, sir.
10              THE WITNESS:  Okay.
11    BY MR. HOROWITZ:
12    Q.  Were you able to go back to work?
13    A.  Yes, sir, I was.
14    Q.  Why were you able to go back to work?
15    A.  Because I was acquitted and I was found that the charges
16    were not....
17    Q.  The charges were not what?
18    A.  They were unfounded.
19              MS. MEDETIS:  Objection.  Calls for speculation.
20              THE COURT:  Overruled.
21    BY MR. HOROWITZ:
22    Q.  During -- after the charges were found to be unfounded,
23    what did you do next?
24    A.  I returned to work.  I was reinstated and -- at that time,
25    I wasn't, you know, in any jail setting.  I was out on my own
```

1    recognizance.  I lived in another facility.

2            MS. MEDETIS:  Objection.  Nonresponsive.

3            THE COURT:  Wait for a question, sir.

4    BY MR. HOROWITZ:

5    Q.  After Reynolds House, did you have any position with the

6    British Department of Social Services?

7    A.  Yes.

8    Q.  Where was that?

9    A.  I resigned from Reynolds House after a short period of time

10   when I was reinstated and then I took another position.

11   Q.  What position was that?

12   A.  That was the director of a project called the Phoenix

13   Project.

14   Q.  What was the Phoenix Project?

15   A.  Phoenix Project was a residential facility.  It was a

16   service that received children that were being -- in England,

17   children are discharged from, let's say, children's facilities

18   or in the health services at 16.  They're expected to survive

19   and get employment and housing at 16 years of age.

20       Phoenix Project was to take children from probation, from

21   Social Service, from mental health, and to house them and

22   assist them in getting permanent housing and a permanent job

23   setting or training.

24   Q.  Where was this Phoenix Project located?

25   A.  It was located in Stevenage, Kent, south of London.  It was

Carter - DIRECT - By Mr. Horowitz                    39

 1    outside of London.

 2    Q.   During this time, where were you living?

 3    A.   I was living in the facility -- at my own apartment in the

 4    facility.

 5    Q.   Did there ever come a point in time where you had your own

 6    apartment outside of the facility in England?

 7    A.   Only when I was suspended, during that time, during the

 8    court case.

 9    Q.   During that time, did you come into contact with an

10    individual by the name of Stephen Xxxxx?

11    A.   Yes.  At Blackshaw Road.

12    Q.   During that time, what was your contact with Stephen Xxxxx?

13    A.   During that time -- I had very little contact with the boy

14    Stephen Xxxxx.  He was part of the program.  He was being

15    assessed.  So his care was being supervised by house staff.

16         I would be -- in my position, I would be in charge of

17    organizing the case conferences and any outside appointments,

18    things like that, for the child.

19    Q.   Was this at Blackshaw Road or at another facility?

20    A.   That was at Blackshaw Road.

21    Q.   During this time at Blackshaw Road, what was your position?

22    A.   I was the deputy superintendent.

23    Q.   Who was the superintendent?

24    A.   A gentleman by the name of John Asher.

25    Q.   How long was Stephen Xxxxx, to the best of your

Carter - DIRECT - By Mr. Horowitz          40

 1   recollection, at Blackshaw Road?

 2   A.   To the best of my recollection, it would have only been

 3   probably eight weeks at the most.

 4   Q.   Why only eight weeks at the most?

 5   A.   Because that's when the case conference would take place

 6   and the -- he would be transferred into a more permanent

 7   setting.

 8   Q.   Other than in a professional capacity, did you have any

 9   sexual contact with Stephen Xxxxx?

10              MS. MEDETIS:  Objection.  Leading.

11              THE COURT:  Sustained.

12              Rephrase your question.

13   BY MR. HOROWITZ:

14   Q.   What was the sum and substance of your interaction with

15   Stephen Xxxxx during those eight weeks?

16   A.   It was on a professional basis.  I -- obviously, I listened

17   to the gentleman's testimony.  The --

18              MS. MEDETIS:  Objection.

19              THE COURT:  Sustained.

20   BY MR. HOROWITZ:

21   Q.   Other than a professional basis, did you have any other

22   contact with Stephen Xxxxx?

23   A.   No, sir.

24   Q.   At this time when Stephen Xxxxx was at Blackshaw Road, how

25   old was he?

Carter - DIRECT - By Mr. Horowitz          41

```
 1   A.   How what?

 2   Q.   How old was he?

 3   A.   I don't remember for sure at this time.  He was --

 4          MS. MEDETIS:  Objection.  Calls for speculation.

 5          THE COURT:  Sustained.

 6   BY MR. HOROWITZ:

 7   Q.   Did you ever have any sexual contact with Stephen Xxxxx?

 8   A.   No, sir.

 9   Q.   After the eight weeks, do you have any recollection where

10   Stephen Xxxxx was placed?

11          MS. MEDETIS:  Objection.  Relevance.  Objection.

12   Calls for speculation.

13          THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   After the time frame that Stephen Xxxxx was at Blackshaw

16   Road, did you have any contact with him whatsoever?

17   A.   Only in the course of the court case.  He was listed as --

18          MS. MEDETIS:  Objection.  Relevance.  Objection.

19   Nonresponsive.

20          THE COURT:  Sustained.

21   BY MR. HOROWITZ:

22   Q.   Did there come a point in time where you spent some time in

23   the Crystal Palace area of London?

24   A.   Yes, sir, I did.

25   Q.   In relation to the city, where is Crystal Palace located?
```

Carter - DIRECT - By Mr. Horowitz                42

1   A.   It's in South London.

2   Q.   Is that an upper-class area, middle-class area or

3   lower-class area?

4   A.   Working-class area.

5   Q.   During the mid- to late '70s, why did you begin to spend

6   time in the Crystal Palace area of London?

7   A.   Crystal Palace was -- when I worked at Reynolds House, that

8   was an area where I had a lot of interaction because I would do

9   investigations or do sometimes home visits for some of the

10  children in care that were being assessed.

11  Q.   Did there come a point in time where you met the XxXxxxx

12  family?

13  A.   Yes, I did.

14  Q.   Did you ever meet the XxXxxxx boys?

15  A.   Yes, I did.

16  Q.   How many are there?

17  A.   There's Peter, Derek and Ian and Paul.

18  Q.   Are there any sisters?

19  A.   One sister, a little -- Sharon.  Her father was West

20  Indian.  The mother was Irish.

21  Q.   Did you ever meet the mother?

22  A.   Yes, sir, I did.

23  Q.   What was her name?

24  A.   Josie.

25  Q.   Did you like Josie?

Carter - DIRECT - By Mr. Horowitz                43

1    A.   Yes, I did.

2    Q.   Did you have a relationship with her?

3    A.   Yes, I did.

4    Q.   Describe the relationship that you had with Josie XxXxxxx.

5    Well, was her last name XxXxxxx?  I apologize.

6    A.   Her name was XxXxxxx.  Josie XxXxxxx.

7    Q.   Describe your relationship with her.

8    A.   I had met Josie in a pub that I used to frequent and we had

9    a relationship.

10   Q.   How long did that relationship last?

11   A.   From the time I met her -- you know, it was an ongoing

12   relationship, but it was only -- the sexual aspect of the

13   relationship was limited.  Okay?  That --

14            MS. MEDETIS:  Objection.  Nonresponsive.

15            THE COURT:  Overruled.

16   BY MR. HOROWITZ:

17   Q.   Please continue.

18            THE COURT:  Well, you can ask your next question.  He

19   answered it.

20            MR. HOROWITZ:  Yes, your Honor.

21   BY MR. HOROWITZ:

22   Q.   I was asking you to describe your relationship with Josie

23   XxXxxxx.

24     Aside from the sexual aspect of the relationship, can you

25   describe the nature and length of that relationship.

 1    A.   I became -- I became a friend to the family.  I really

 2    can't remember who I met first, either Josie or the boys.  The

 3    boys were friends with another boy that's been mentioned -- his

 4    name is Kevin Xxxxxxxxxx -- who I did a home visit on.  And

 5    Kevin was part of a small group that I would try and arrange

 6    outings for.

 7    Q.   Why did you try to arrange outings for that small group?

 8            MS. MEDETIS:  Objection.  Relevance.

 9            THE COURT:  Overruled.

10            THE WITNESS:  I would arrange trips to maybe

11    McDonald's that had just opened.  I had also arranged trips

12    even at that time to the American air base, just interaction

13    between the community.

14            And I met the XxXxxxxx.  Like I said, I can't remember

15    if I met the children first or the mother.  But the -- of

16    course, the children didn't know about my relationship with

17    their mother.  They found out eventually.

18    BY MR. HOROWITZ:

19    Q.   Was Josie XxXxxxx your girlfriend?

20    A.   Yes, for a period of time.  And that was --

21    Q.   How did the children handle the fact that you were -- that

22    Josie XxXxxxx was your girlfriend?

23    A.   They didn't know.

24    Q.   When they found out, how did they handle it?

25    A.   They --

 1              MS. MEDETIS:  Objection.  Calls for speculation.

 2              THE COURT:  Sustained.

 3    BY MR. HOROWITZ:

 4    Q.   When you were spending time with the XxXxxxx family, was it

 5    on your own time or in your capacity as an employee of the

 6    British Social Services?

 7    A.   Always on my own time.

 8              THE COURT:  We're going to take a break.

 9              Do not discuss this case either amongst yourselves or

10    with anyone else.  Have no contact whatsoever with anyone

11    associated with the trial.

12              Do not read, listen or see anything touching on this

13    matter in any way, including anything in the media, anything on

14    the Internet or anything on any access device.

15              If anyone should try to talk to you about this case,

16    you should immediately instruct them to stop and report it to

17    my staff.

18              You may leave your notebooks at your chairs.  Please

19    be back in the jury room in ten minutes.

20              (Whereupon, the jury exited the courtroom at

21    10:21 a.m. and the following proceedings were had:)

22              THE COURT:  We're in recess for ten.

23               (Thereupon a recess was taken, after which the

24    following proceedings were had:)

25              THE COURT:  You may be seated.

```
 1              United States of America versus Matthew Andrew Carter,

 2    Case No. 11-20350.

 3              Counsel, state your appearances, please, for the

 4    record.

 5              MS. MEDETIS:  Yes.  Good morning again, your Honor.

 6              Maria Medetis and Bonnie Kane on behalf of the United

 7    States, with Special Agents Larko and Flores at counsels'

 8    table.

 9              MR. ADELSTEIN:  And Stu Adelstein, Phil Horowitz on

10    behalf of Mr. Carter, who is now walking into the courtroom.

11              THE COURT:  So the Defendant is present.

12              Can you check and see if all the jurors are ready,

13    please.

14              THE COURT SECURITY OFFICER:  Yes, your Honor.

15              They're all coming back in now.  They were outside.

16              (Whereupon, the jury entered the courtroom at

17    10:41 a.m. and the following proceedings were had:)

18              THE COURT:  You may be seated.

19              You are still under oath, sir.

20              You may proceed, Mr. Horowitz.

21              MR. HOROWITZ:  Thank you, your Honor.

22    BY MR. HOROWITZ:

23    Q.  Mr. Carter, before we broke, you were discussing some legal

24    problems that you had in England.

25              Do you remember that?
```

Carter - DIRECT - By Mr. Horowitz          47

```
 1    A.   Yes, sir.

 2    Q.   Approximately what year was that?

 3    A.   Maybe 1979.  At this time I can't really remember, sir,

 4    exactly.

 5    Q.   Was it during the 1970s?

 6    A.   I'm sorry?

 7    Q.   Was --

 8              MS. MEDETIS:  Objection.  Leading.

 9              THE COURT:  Sustained.

10    BY MR. HOROWITZ:

11    Q.   Was it during the 1970s or some other decade?

12              MS. MEDETIS:  Objection.  Leading.

13              THE COURT:  Overruled.

14              THE WITNESS:  I believe it was 1979, I think -- no.

15    It wasn't 1979.

16    BY MR. HOROWITZ:

17    Q.   When was it, if you know?

18    A.   Because my dad -- my dad died in 1978 and I returned

19    shortly after that.  So it was before his death.  So it would

20    be earlier.  I don't remember.  I can't remember.

21    Q.   During that case where you were ultimately cleared, was

22    Stephen Xxxxx one of your accusers?

23    A.   He was not -- he was an accuser, but he was not -- they

24    excluded his testimony because of --

25              MS. MEDETIS:  Objection.  Relevance.
```

Carter - DIRECT - By Mr. Horowitz                48

```
 1              THE COURT:  Sustained.

 2              MS. MEDETIS:  Objection.  Calls for hearsay.

 3              THE COURT:  Sustained.

 4   BY MR. HOROWITZ:

 5   Q.   Returning you to Crystal Palace --

 6   A.   Yes, sir.

 7   Q.   -- in that time -- during that time, what was your

 8   relationship with the XxXxxxx family other than the mother?

 9   A.   The boys would -- I would include them on some of the

10   outings.  They had been on various outings.  And I can't really

11   recall right now exactly what outings they were.  But it was a

12   lot of trips to McDonald's, perhaps.

13       And during that era where I had an apartment in Crystal

14   Palace, it was only a two-month period of time --

15              MS. MEDETIS:  Objection.  Nonresponsive.

16              THE COURT:  Sustained.

17   BY MR. HOROWITZ:

18   Q.   Did you or did you not take the boys out on outings?

19              MS. MEDETIS:  Objection.  Leading.

20              THE COURT:  Overruled.

21              THE WITNESS:  Yes, sir, I did.

22   BY MR. HOROWITZ:

23   Q.   What type of outings would you take the boys on?

24   A.   The zoo, McDonald's, air base.  One time it was a trip to

25   the north country, the Midlands.  That was a two-day trip.
```

Carter - DIRECT - By Mr. Horowitz                49

```
 1        I can't remember other outings, but there was -- it
 2   wasn't -- there weren't frequent, frequent outings.  It was an
 3   occasional outing.
 4   Q.  How often would you take the boys on outings?
 5   A.  Once every two weeks, perhaps.
 6             MR. HOROWITZ:  I can't tell --
 7             THE COURT:  Do you want to use the ELMO?
 8             MR. HOROWITZ:  Yes, please.
 9   BY MR. HOROWITZ:
10   Q.  I'm showing you what's been previously admitted as
11   Government's Exhibit 77.
12        Do you recognize that picture?
13   A.  Yes, sir, I do.
14   Q.  How do you recognize that photograph?
15   A.  I believe I took it.
16   Q.  And who is depicted in Government's Exhibit 77?
17   A.  In the background is Peter XxXxxxx.  He was the eldest of
18   the boys.  Then --
19   Q.  From your left to your right, who are the remainder?
20   A.  From left to right, there's Ian, the boy Derek and Paul.
21   Q.  Is there a brother that's not depicted in that photograph?
22   A.  No.  There's a sister that's not in the photograph.
23   Q.  How long did your relationship with Ms. XxXxxxx last?
24             MS. MEDETIS:  Objection.  Relevance.
25             THE COURT:  Overruled.
```

```
 1              THE WITNESS:  There was an intensity.  When I was in

 2   Crystal Palace, I had an apartment there.  That was --

 3              MS. MEDETIS:  Objection.  Nonresponsive.

 4              THE COURT:  Sustained.

 5   BY MR. HOROWITZ:

 6   Q.  Mr. Carter, how long did your relationship with Ms. XxXxxxx

 7   last?

 8   A.  A few years.

 9   Q.  During this time frame, would you include her in some of

10   the outings with the boys?

11   A.  Oh, yes.  Most definitely.

12   Q.  Why would you do that?

13   A.  It was a natural thing to do, you know.  If we were going

14   to McDonald's, she would sometimes go with us.  I do know -- I

15   remember she went to the London Zoo outing, and I believe she

16   went on two of the trips to the air base.

17   Q.  Would there be times that you went out with her without the

18   children?

19   A.  Yes.  There were times.

20   Q.  Were there times that you went out and took the children on

21   outings without her?

22   A.  Yes.  The times I was with her and not the children --

23              MS. MEDETIS:  Objection.  Nonresponsive.

24              THE COURT:  Wait for a question, sir.

25              THE WITNESS:  Okay.
```

Carter - DIRECT - By Mr. Horowitz                    51

1    BY MR. HOROWITZ:

2    Q.   Why would you go out with Mrs. XxXxxxx and without the

3    children?

4    A.   There were times when I would go to the pub and I would

5    meet her in a pub setting and, obviously, the children were not

6    allowed to attend.

7        And there were times when I was in Crystal Palace that she

8    would come and visit me at the apartment and I -- I would

9    refrain from asking the boys -- I would not -- I wouldn't ask

10   the boys to -- it was very near their house or within a quarter

11   of a mile.

12            MS. MEDETIS:  Objection.  Nonresponsive.

13            THE COURT:  Wait for a question, sir.

14   BY MR. HOROWITZ:

15   Q.   When you were having a relationship with Mrs. XxXxxxx,

16   would there be times when you didn't want the children around?

17   A.   Of course.  Yes, sir.

18   Q.   Did there ever come a point in time where the children

19   slept over at your apartment?

20   A.   I don't recall any time where they slept at the apartment.

21   Q.   Did they ever sleep at the apartment without their mother

22   being present?

23   A.   No, sir.

24   Q.   Did you ever sleep over at the XxXxxxxx' apartment?

25   A.   At their house.  I think there was like two occasions.

Carter - DIRECT - By Mr. Horowitz                52

```
 1    That wasn't when I had my apartment in that area.  It was when
 2    I was at another facility.
 3    Q.   During those two occasions, was Mrs. XxXxxxx present?
 4    A.   Yes.
 5    Q.   During those two occasions, did you ever have any
 6    inappropriate sexual contact with any of the children?
 7    A.   Neither the children nor her.  No.  No sexual contact.
 8    Q.   Did you ever have any improper sexual contact with the
 9    children when Mrs. XxXxxxx was not around?
10    A.   No, sir.
11    Q.   Showing you again what's been previously admitted as
12    Government's Exhibit 77, did you ever have any inappropriate
13    sexual contact with Peter XxXxxxx?
14    A.   No, sir.
15    Q.   With Derek XxXxxxx?
16    A.   No, sir.
17    Q.   With Ian XxXxxxx?
18    A.   No, sir.
19    Q.   And with Paul XxXxxxx?
20    A.   No, sir.
21    Q.   Were the boys jealous of your relationship with their
22    mother?
23              MS. MEDETIS:  Objection.  Calls for speculation.
24              THE COURT:  Sustained.
25
```

Carter - DIRECT - By Mr. Horowitz          53

1    BY MR. HOROWITZ:

2    Q.  At this time, how old were the XxXxxxx boys?

3    A.  I think the youngest -- Sharon was the youngest.  Sharon

4    may have been --

5              MS. MEDETIS:  Calls for speculation.

6              THE WITNESS:  -- 11 or 12.

7              THE COURT:  Sustained.

8    BY MR. HOROWITZ:

9    Q.  Who was the oldest?

10   A.  Peter.

11   Q.  How old was Peter at this time?

12   A.  He was an adolescent.  He was in his teens.  15, perhaps,

13   16.

14   Q.  Did there come a point in time that you left Crystal

15   Palace?

16   A.  Yes, sir.

17   Q.  Why did you leave Crystal Palace?

18   A.  To take the position at Reynolds House.

19   Q.  And what was the position that you took at Reynolds House?

20   A.  As the officer in charge, the superintendent of the

21   assessment and observation center there.

22   Q.  Were you the head person in charge of Reynolds House or was

23   someone else?

24   A.  Yes, sir.  I was in charge.  I had 17 staff.

25   Q.  When you say you had 17 staff, were you their supervisor?

1    A.   Yes.   I was ultimately the -- I was the officer in charge.

2    Q.   In addition to the 17 staff, was it a boys home or a boys

3    and girls home?

4    A.   Mixed.   It was a mixed facility.

5    Q.   When you say "mixed facility," what do you mean?

6    A.   Boys and girls.

7    Q.   How much space did Reynolds House have for boys and for

8    girls?

9    A.   Several bedrooms.   There was a -- I don't recall how many

10   bedrooms.   I had my own apartment --

11           MS. MEDETIS:   Objection.   Nonresponsive.

12           THE COURT:   Sustained.

13   BY MR. HOROWITZ:

14   Q.   Did you live outside of the Reynolds House or inside of the

15   Reynolds House?

16   A.   I had a top-floor apartment.   It was a three-story

17   building.

18   Q.   The Reynolds House was a three-story building?

19   A.   Yes, sir.

20   Q.   And who paid for the apartment on the third floor?

21           MS. MEDETIS:   Objection.   Relevance.

22           THE COURT:   Sustained.

23   BY MR. HOROWITZ:

24   Q.   In your capacity as a supervisor of the Reynolds House --

25   let me strike that.

Carter - DIRECT - By Mr. Horowitz          55

1       Was Reynolds House a long-term or a short-term facility?

2   A.   It was a short-term facility.  It was an assessment and

3   observation center.

4   Q.   After Reynolds House -- how long were you a supervisor at

5   Reynolds House?

6   A.   Two years, perhaps.  And then I had the court hearing.

7   That was a year in the making.  And then just a short while

8   after that -- so the whole term was probably three years.

9   Q.   After you completed your three years at Reynolds House,

10  where did you go?

11  A.   I -- after I resigned from Reynolds House?

12  Q.   Yes, sir.

13  A.   I went to Stevenage in Kent to the Phoenix Project.

14  Q.   What is Stevenage?

15       MS. MEDETIS:  Objection.  Asked and answered.

16       THE COURT:  Sustained.

17  BY MR. HOROWITZ:

18  Q.   How long did you remain at the Phoenix Project at

19  Stevenage?

20  A.   Until 197- -- until the time of my father's death.  And I

21  returned to the United States for his funeral.  And then I went

22  back and I resigned from that position to return to America.

23  Q.   Why did you resign from that position to return to America?

24  A.   When I was in the United States, I had a -- I had a

25  spiritual experience.  I joined the church.  I had been raised

Carter - DIRECT - By Mr. Horowitz                56

```
 1   in the Lutheran church, but I had a -- you could call it
 2   conversion, born-again experience.  There are many ways to term
 3   it.
 4   Q.  Did you convert?
 5   A.  Yes.
 6   Q.  Now, you told the jury that you were born Lutheran.
 7           MS. MEDETIS:  Objection.  Relevance.
 8           THE COURT:  Sustained.
 9   BY MR. HOROWITZ:
10   Q.  After your spiritual experience --
11           MS. MEDETIS:  Objection.  Form.
12           THE COURT:  I'm sorry?
13           MS. MEDETIS:  Objection.  Form.
14           THE COURT:  I have to hear the question.
15   BY MR. HOROWITZ:
16   Q.  After the spiritual experience that you just testified
17   about, what did you do next?
18   A.  I returned to England.  I resigned my position.  And then
19   relocated back in America.
20   Q.  Where did you relocate to?
21   A.  Bellbrook -- Dayton, Ohio.
22   Q.  During this time frame, did you meet David McCrum?
23   A.  In -- yes.  In Dayton.
24   Q.  Under what circumstances did you meet Mr. McCrum?
25   A.  I first met David McCrum -- I was married at the time.  I
```

```
 1    met him at a fellowship.  There was a fellowship under the

 2    leadership of a man named Jim Wilson.

 3         In the initial instance, he had a men's fellowship.  I had

 4    attended just a few of those sessions.  It was a weekly thing.

 5    I can't remember what day of the week, perhaps a Wednesday.

 6         And then shortly after that, there was a split in the

 7    fellowship over doctrinal issues, and I stayed there.  And then

 8    it was reopened as a family fellowship meeting once a week.

 9    Q.  What attracted you to that fellowship at the beginning?

10    A.  The intensity of the Bible studies.

11    Q.  What was your purpose to go to that -- going to that

12    fellowship?

13    A.  To learn, to fellowship.  To me, the conversion was -- was

14    a very -- it was a life-changing --

15              MS. MEDETIS:  Objection.  Nonresponsive.

16              THE COURT:  Sustained.

17    BY MR. HOROWITZ:

18    Q.  What was your purpose in going to that fellowship?

19    A.  To educate myself in the Word, the Bible, to expand that,

20    to just -- general fellowship with those fellow believers.

21    Q.  Other than the Bible study, was there any other reason that

22    you went to the Jim Wilson fellowship?

23    A.  Yes.  That's where I met my wife.

24    Q.  Well, let's talk about your wife.

25         What's her name?
```

Carter - DIRECT - By Mr. Horowitz                    58

1    A.   Barbara.

2    Q.   Where did you meet Barbara?

3    A.   I met her at the fellowship.  And, also, for a period of

4    time, I worked with her.  Jim Wilson, the director, was the

5    owner of an employment agency.  She was one of the counselors.

6    Q.   What's Barbara's last name?

7    A.   Scrimizzi.

8    Q.   You're going to have to spell that for the court reporter.

9    A.   S-c-r-i-m-i-z-z-i.  Scrimizzi.  It's an Italian name.

10   Q.   When were you and Barbara married?

11   A.   1981.

12   Q.   Are you still married to Barbara?

13   A.   No, sir.

14   Q.   What happened?

15   A.   We separated and then we finally -- the divorce took effect

16   in 1985.

17   Q.   At this Jim Wilson fellowship, did they have any

18   accountability sessions?

19   A.   I'm not really sure what Dave was talking about when he

20   mentioned accountability sessions.

21             MS. MEDETIS:  Objection.

22             THE COURT:  Sustained.

23             THE WITNESS:  No.  We were accountable.

24   BY MR. HOROWITZ:

25   Q.   While you were at the Jim Wilson fellowship, did you ever

Carter - DIRECT - By Mr. Horowitz                59

1    make any admissions that you had improper thoughts about young

2    boys?

3    A.   No, sir.

4    Q.   Did you ever make any admissions of those nature to Dave

5    McCrum?

6    A.   No, sir.  I had shared with Jim Wilson that --

7             MS. MEDETIS:  Objection.  Hearsay.  Objection.

8    Nonresponsive.

9             THE COURT:  Sustained.

10   BY MR. HOROWITZ:

11   Q.   Did you or did you not share your experiences of the London

12   charges with members --

13            MS. MEDETIS:  Objection.  Leading.

14   BY MR. HOROWITZ:

15   Q.   -- of the group?

16            THE COURT:  Overruled.

17            THE WITNESS:  Yes.  With Jim Wilson, with my wife and

18   with one or two others in private sessions.  Nothing in the

19   open.  There was never any open discussions about that.

20   BY MR. HOROWITZ:

21   Q.   Did you talk with the group about whether or not you had

22   been cleared of any wrongdoing?

23   A.   Not in a group session.  No.

24   Q.   How about in an individual session?

25   A.   In some individual sessions, yes.

Carter - DIRECT - By Mr. Horowitz          60

```
 1   Q.   Was Mr. McCrum present?

 2   A.   No.  He had his own conversations with Jim Wilson.

 3        MS. MEDETIS:  Objection.  Speculation.  Objection.

 4   Calls for hearsay.

 5        THE COURT:  Sustained.

 6   BY MR. HOROWITZ:

 7   Q.   When is the first time that you decided that you wanted to

 8   do missionary work?

 9   A.   My first mission trip was in 1982.

10   Q.   At this time, were you married or not married?

11   A.   I was married.

12   Q.   What got you involved in mission work?

13   A.   Dave McCrum had visited the family fellowship with his

14   wife.  I've forgotten her name.  But he had visited the

15   fellowship.  He was going to Haiti.  They were going to show

16   The Jesus Film that was based on the Book of Luke.

17        And after he had visited and talked about his, you know,

18   work in Haiti, I contacted him and said I'd like to join the

19   team that was going to do that, that was going to do the --

20   show The Jesus Film.

21   Q.   Had you ever been to Haiti before?

22   A.   No, sir.

23   Q.   Why Haiti?

24   A.   It was easily accessible.  I prayed about it and I felt --

25   I felt led to go and be with that team.
```

```
 1   Q.   Were there people going to Haiti back in 1982 that you

 2   knew?

 3   A.   No.   I didn't know anybody.

 4   Q.   After expressing this desire to go to Haiti, what type of

 5   project did you -- did you ultimately go to Haiti?

 6   A.   Yes, sir, I did.

 7   Q.   Why did you go to Haiti?  To do what in Haiti?

 8   A.   It was a team that was going to Haiti to go to the -- an

 9   island off of the mainland from Montrouis to L'Gonaive.  It was

10   a separate island.  And they were going to show The Jesus Film

11   on this island.

12   Q.   Was Dave McCrum part of that trip?

13   A.   Yes.

14   Q.   To your knowledge, before you left for Haiti, did you

15   inform Dave McCrum that you were going?

16            MS. MEDETIS:  Objection.  Hearsay.

17            THE COURT:  Overruled.

18            THE WITNESS:  I informed him I was going because I was

19   going to be staying with him.  I was going to stay -- he had an

20   apartment in Port-au-Prince and he was doing mission work in

21   the city of Saint-Marc.

22            So I would stay with him in Port-au-Prince for the

23   first two days and then we would always travel to Montrouis and

24   then on to the island.

25
```

```
1    BY MR. HOROWITZ:

2    Q.   How long did you stay in Haiti on this trip?

3    A.   I think it was a ten-day trip.

4    Q.   After the -- did you show the film or was the film shown?

5    A.   Yes, we did.  We showed it in -- on the island.

6    Q.   What other type of missionary work did you do on this trip

7    other than show the movie?

8    A.   Well, on that trip, I was -- I was a guest.  So, you know,

9    I was just following the lead of the two missionaries that were

10   organizing it.  There was Dave McCrum and another gentleman

11   named Terry Bennett.

12   Q.   After ten days, where did you go?

13   A.   I'm sorry?

14   Q.   After the ten-day trip, where did you go back to?

15   A.   I went back to Dayton, Ohio.

16   Q.   Did there come a point in time that you made a second trip

17   to Haiti?

18   A.   Yes, I did.

19   Q.   Why did you make a second trip to Haiti?

20   A.   In the first trip to Haiti, I had had an upset ex -- with

21   Dave McCrum.  I parted paths with him.  And I had met a couple

22   who had a mission called Mission Possible.  And they would --

23   they had asked me if I would return and train a quartet.

24   Q.   Why did you part ways with Dave McCrum?

25   A.   When I initially met Dave, he had an apartment in
```

Carter - DIRECT - By Mr. Horowitz                63

 1    Port-au-Prince.  I had -- you know, I had been in the military.

 2    I had been in England.  And Dave McCrum -- he was an ex-Marine.

 3    He would bag bodies in Marines --

 4            MS. MEDETIS:  Oh.  Objection.  Relevance.

 5            THE COURT:  Sustained.

 6    BY MR. HOROWITZ:

 7    Q.   Why did you part ways with Mr. McCrum?

 8    A.   He was very aggressive.

 9    Q.   Did you part ways on good terms or bad terms?

10    A.   Bad terms.

11    Q.   Now, you mentioned that you came back to Haiti to work on

12    Mission Possible.

13            What was Mission Possible?

14    A.   It was a school program and a -- I don't know what all they

15    had.  They had a school program in different cities in Haiti.

16    Q.   Who ran Mission Possible?

17    A.   A couple named Jack and Betty Schneider.

18    Q.   Did they have their own residence in Haiti or were you just

19    working in general?

20    A.   They had a residence in Haiti and in Findlay, Ohio.  That's

21    where they were from.

22    Q.   What was the name of the residence in Haiti?

23    A.   Mission Possible.

24    Q.   Was there a sign on the building that said "Mission

25    Possible"?

Carter - DIRECT - By Mr. Horowitz                64

1   A.   No.   Okay.   The -- yes.   The mission itself was a school

2   complex -- a church and school complex.   Their residence was

3   in --

4            MS. MEDETIS:   Objection.   Nonresponsive.

5            THE COURT:   Sustained.

6   BY MR. HOROWITZ:

7   Q.   What did you do for Mission Possible?

8   A.   Trained a quartet.

9   Q.   When you say "trained a quartet," what do you mean?

10  A.   They wanted to take a boys quartet, a boys group, to the

11  United States to perform in churches.   They had heard of my

12  child care experience.

13       I talked to Jack and I talked to Betty and they asked if I

14  could train this group -- they were from a village -- the

15  village of Montrouis -- if I could train them to travel to the

16  United States and would I be the tour coordinator.

17  Q.   Did you do that?

18  A.   Yes, I did.

19  Q.   Did the quartet ultimately travel to the United States?

20  A.   Yes.   Several times.   But only the first time with me.

21  Q.   What was involved in taking this quartet to the United

22  States?

23  A.   What was involved?

24  Q.   Yes, sir.

25  A.   For me?

Carter - DIRECT - By Mr. Horowitz                65

```
 1   Q.   Yes, sir.
 2   A.   To accompany the quartet to the churches so that they could
 3   perform in the services, sing.  And, basically, that was it.
 4   Travel with them.
 5   Q.   Other than accompanying the quartet, how -- strike that.
 6        How long did your trip to the United States accompanying
 7   the quartet take?
 8   A.   I don't recall exactly.  I think it was two months.  But I
 9   was hired by them specifically for that.
10   Q.   "Them" being who?
11   A.   Jack and Betty Schneider.
12   Q.   In the Mission Possible?
13   A.   Yes.
14   Q.   After the two months, where did you and the quartet go?
15   A.   Back to Haiti.
16   Q.   How long did you stay in Haiti for?
17   A.   Not long after that.  I returned to Dayton, Ohio.
18   Q.   Did you go back to Haiti again?
19   A.   Yes, I did.
20   Q.   How many times in the early 1980s did you go back and forth
21   to Haiti, if you recall?
22   A.   I don't recall exactly.  But there was several visits into
23   Port-au-Prince.
24   Q.   While you were in Port-au-Prince, did you ever run into
25   Mr. McCrum again?
```

Carter - DIRECT - By Mr. Horowitz                    66

1   A.   Not until 1986.

2   Q.   So during these four years, did Mr. McCrum ever visit you

3   at Mission Possible?

4   A.   Well, no.  My only contact with Mission Possible was in the

5   initial -- the initial trip.

6   Q.   After you and Mr. McCrum had a parting of the ways, as

7   you've testified to, did you see Mr. McCrum again?

8   A.   Not until 1986.

9   Q.   Did you ever see him in Haiti after that?

10  A.   That was 1986.

11  Q.   But when did you have the parting of the ways with

12  Mr. McCrum?

13          MS. MEDETIS:  Objection.  Asked and answered.

14          THE COURT:  Overruled.

15          THE WITNESS:  1982.

16  BY MR. HOROWITZ:

17  Q.   After you had the parting of the ways -- let me strike

18  that.

19      Before you had the parting of the ways with Mr. McCrum, did

20  you ever have a conversation with him about any problems that

21  you were having with young boys?

22  A.   No.  He asked me about -- if I had had an experience in

23  London.

24          MS. MEDETIS:  Objection.  Hearsay.

25          THE COURT:  Sustained.

1   BY MR. HOROWITZ:

2   Q.   Up until 1986, did you have any conversations whatsoever

3   with Mr. McCrum about improper thoughts about young boys?

4           MS. MEDETIS:  Objection.  Hearsay.

5           MR. HOROWITZ:  Just a "yes" or "no" answer.

6           THE COURT:  Sustained.

7   BY MR. HOROWITZ:

8   Q.   Between 1982 and 1986, where did you reside?

9   A.   Dayton, Ohio.

10  Q.   Did you do any missionary work between 1982 and 1986?

11  A.   Let me think.  Yes.  In Europe.

12  Q.   During this time frame from the time you came back to the

13  United States until 1986, did there come a point in time where

14  the XxXxxxx children came to the United States?

15  A.   Yes, there was.

16  Q.   When they were in the United States, where were you living?

17  A.   In Dayton, Ohio.

18  Q.   Who were you living with?

19  A.   I had a mobile home.

20  Q.   Where was your mobile home?

21  A.   In Dayton.  At Hide A Way Mobile Home Park, South Dayton.

22  Q.   Which of the XxXxxxx boys came to the United States first?

23  A.   I'm not sure.  I can't remember for sure.  I think it was

24  Derek.

25  Q.   Did any of the boys ever stay with your sister?

Carter - DIRECT - By Mr. Horowitz                    68

```
 1   A.   Yes.  They all did.

 2   Q.   Ultimately, how many of the XxXxxxx boys came to the United

 3   States?

 4   A.   All of them.

 5   Q.   Who paid for their airfare?

 6   A.   I can't remember.  I don't remember if it was my sister.  I

 7   didn't -- I didn't.  That's all I know for sure.

 8   Q.   When the XxXxxxx boys came to the United States, did they

 9   stay with you or with your sister?

10   A.   Stayed with my sister.

11   Q.   Why would they stay with your sister?

12   A.   Because she was entertaining them at the church.  It was

13   a -- it was an effort through the church.

14   Q.   Did your sister have a home or did she live in the mobile

15   park?

16   A.   She lived in her own home in Bellbrook, Ohio.

17   Q.   How big was the house?

18   A.   I think it was a three-bedroom home.

19           MS. MEDETIS:  Objection as to time frame, your Honor.

20           THE COURT:  Place it in time.

21   BY MR. HOROWITZ:

22   Q.   At the time the XxXxxxx boys came to the United States,

23   what type of home did your sister have?

24           MS. MEDETIS:  Objection as to time frame as to when

25   the XxXxxxxx came.
```

1          THE COURT:  I'm sorry?

2          MS. MEDETIS:  Objection as to the time frame of the

3    visit of the XxXxxxxx.

4          THE COURT:  Overruled.

5          THE WITNESS:  I'm sorry.  Could you repeat the

6    question, please.

7    BY MR. HOROWITZ:

8    Q.  Sure.

9      At the time the XxXxxxx boys came to the United States,

10   describe the home your sister had.  How many bedrooms?  How

11   many bathrooms?

12   A.  It was a one-level home.  I don't believe in Bellbrook they

13   had a basement.  They had a family room, living room.  I really

14   can't remember how many bedrooms.  I think three or four.

15   Q.  Was there enough room for the XxXxxxx boys to stay there?

16   A.  Yes.

17   Q.  Was there enough room in your trailer for them to stay?

18   A.  No.

19      Excuse me.  I'm feeling a little bit -- could I get the

20   glucose?

21          MR. HOROWITZ:  Judge, may we have a moment?  May we

22   approach side-bar?

23          THE COURT:  If you would step into the jury room.  Do

24   not discuss this case either amongst yourselves or with anyone

25   else.  We'll be with you in a moment.

Carter - DIRECT - By Mr. Horowitz                70

```
 1              (Whereupon, the jury exited the courtroom at
 2    11:18 a.m. and the following proceedings were had:)
 3              THE COURT:  You may be seated.
 4              You can step down, sir.
 5              MR. ADELSTEIN:  May I approach?
 6              THE COURT:  Yes.
 7              You're going to have to formulate some other way than
 8    him announcing it to the jury.  It's not appropriate.
 9              MR. HOROWITZ:  Yes, your Honor.
10              Is it okay if I tell them -- that I say "Could we take
11    a short break?" or something like that?
12              THE COURT:  Yes.
13              (Discussion had off the record between the Defendant
14    and his counsel.)
15              THE COURT:  Are we ready?
16              MR. HOROWITZ:  If I may have a moment, please.
17              THE WITNESS:  Just a couple moments, please.
18              MR. HOROWITZ:  A couple more minutes, your Honor.
19              THE COURT:  Okay.
20              MR. HOROWITZ:  Thank you, Judge.
21              THE COURT:  Mr. Horowitz, do you want to break for
22    lunch now?  I'm planning on breaking at a quarter to 12:00.  Do
23    you want to break now or do you want to continue?
24              MR. HOROWITZ:  Judge, at the Court's pleasure.
25    Whatever you want to do.
```

Carter - DIRECT - By Mr. Horowitz          71

```
 1              Are you okay?
 2              THE WITNESS:  I'm okay.
 3              THE COURT:  I'm sorry?
 4              MR. HOROWITZ:  We're at the Court's pleasure.  If you
 5    want to do it --
 6              THE COURT:  I'm asking if it's better for the
 7    Defendant, if he feels it would be better to have lunch now or
 8    to wait until a quarter to 12:00.
 9              MR. ADELSTEIN:  Can we have a minute with him?
10              (Discussion had off the record between the Defendant
11    and his counsel.)
12              MR. ADELSTEIN:  Can we break now?
13              THE COURT:  Okay.  I take it there's no objection by
14    the Government.
15              MS. MEDETIS:  No objection, your Honor.
16              THE COURT:  So I'm just going to bring the jurors in
17    so I can give them a complete instruction, tell them we're
18    breaking and we're breaking until 1:30.
19              MR. ADELSTEIN:  Yes, your Honor.
20              MR. HOROWITZ:  Thank you.
21              THE COURT:  Bring the jurors in, please.
22              THE COURT SECURITY OFFICER:  Yes, your Honor.
23              (Whereupon, the jury entered the courtroom at
24    11:24 a.m. and the following proceedings were had:)
25              THE COURT:  You may be seated.
```

Carter - DIRECT - By Mr. Horowitz                72

1           Ladies and gentlemen, we're going to take an early

2      lunch today.

3           Do not discuss this case either amongst yourselves or

4      with anyone else.  Have no contact whatsoever with anyone

5      associated with the trial.

6           Do not read, listen or see anything touching on this

7      matter in any way, including anything in the media, anything on

8      the Internet or anything on any access device.

9           If anyone should try to talk to you about this case,

10     you should immediately instruct them to stop and report it to

11     my staff.

12          You may leave your notebooks in your chairs.  Please

13     be back in the jury room at 1:30.  Enjoy your lunch.

14          (Whereupon, the jury exited the courtroom at

15     11:26 a.m. and the following proceedings were had:)

16          THE COURT:  You may be seated for a moment.

17          I think he'll probably be in better shape once he has

18     a meal, I would think.

19          MR. HOROWITZ:  I agree, your Honor.

20          THE COURT:  And what I would suggest is that you give

21     him either something -- a candy or something so that, if the

22     Defendant starts to feel that he needs something, he can take a

23     candy.

24          And if you need a break, you just need to ask for a

25     break, sir.  Okay?  Just say "If I could have a break."  Just

Carter - DIRECT - By Mr. Horowitz                73

```
 1   like the other witnesses said, "I need a break," you can say "I

 2   need a break."  Okay?

 3             THE WITNESS:  Thank you.

 4             THE COURT:  We're in recess until 1:30.

 5             (Thereupon, a luncheon recess was taken, after which

 6   the following proceedings were had:)

 7             THE COURT:  We're back on United States of America

 8   versus Matthew Andrew Carter, Case No. 11-20350.

 9             Counsel, state your appearances, please, for the

10   record.

11             MS. MEDETIS:  Yes.  Good afternoon, your Honor.

12             Maria Medetis and Bonnie Kane on behalf of the United

13   States.

14             With us are Special Agents Larko and Flores at

15   counsels' table as well.

16             MR. ADELSTEIN:  Good afternoon, your Honor.

17             Stuart Adelstein, Phil Horowitz on behalf of

18   Mr. Carter, who is on the witness stand, along with our

19   investigator, Reginald Hope.

20             THE COURT:  Mr. Carter, are you ready to go?

21             THE DEFENDANT:  Yes, ma'am.

22             THE COURT:  So let's bring the jurors in.

23             THE COURT SECURITY OFFICER:  Yes, your Honor.

24             (Whereupon, the jury entered the courtroom at

25   1:47 p.m. and the following proceedings were had:)
```

Carter - DIRECT - By Mr. Horowitz                74

```
 1              THE COURT:  You may be seated.

 2              You are still under oath, sir.

 3              You may proceed, Mr. Horowitz.

 4              MR. HOROWITZ:  Thank you, your Honor.

 5    BY MR. HOROWITZ:

 6    Q.  Good afternoon, Mr. Carter.

 7    A.  Good afternoon.

 8    Q.  Mr. Carter, before we broke for lunch, we were talking

 9    about the XxXxxxx brothers in the United States.

10        Do you recall that?

11    A.  Yes, sir.

12    Q.  Did any of the XxXxxxx brothers stay in the United States

13    for more than a short visit?

14    A.  Yes.  The one brother, Derek.  He stayed with my sister for

15    quite a while.

16    Q.  Why did he stay in the United States for a while?

17    A.  They enrolled him in high school in Bellbrook and he stayed

18    on.  I think he completed two years there.

19    Q.  Of high school?

20    A.  Of high school.  Yes.

21    Q.  And what state was that in?

22    A.  That's in Ohio.

23    Q.  During the time Derek XxXxxxx was in the United States and

24    in high school, who was he living with?

25    A.  With my sister and her husband.
```

Carter - DIRECT - By Mr. Horowitz                    75

1    Q.   Did he ever live with you in the trailer?

2    A.   Oh, no.  No.  Not at all.

3    Q.   During this time, were you or was your sister primarily

4    responsible for Derek XxXxxxx?

5    A.   My sister and her husband.  They were responsible for him.

6    Q.   And which one of your sisters was this?

7    A.   That was Donna.

8    Q.   And during this two-year period, did you have any sexual

9    relations whatsoever with Derek XxXxxxx?

10   A.   No, sir.

11   Q.   Did there come a point in time where his other brothers

12   came to the United States?

13   A.   Yes.  They all came.

14   Q.   Now, when they all came to this country, where did they

15   stay?

16   A.   With my sister.

17   Q.   How long were they in the United States?

18   A.   As a family unit, I don't think very long.  And I -- they

19   were guests of the church that my sister was attending, as far

20   as I understand.

21            MS. MEDETIS:  Objection.  Calls for speculation.

22   Objection.  Not responsive.

23            THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.   Did you pay for the XxXxxxx brothers -- we're talking about

 1   everybody but Derek -- to come over to the United States?

 2   A.   No, sir.

 3   Q.   Who paid for them, to your knowledge?

 4   A.   I'm not sure.

 5           MS. MEDETIS:  Objection.  Asked and answered.

 6           THE COURT:  Overruled.

 7   BY MR. HOROWITZ:

 8   Q.   You're not sure who paid for their ticket, but it wasn't

 9   you?

10   A.   Yes.  I could only guess.

11   Q.   During this time, did they come for a visit permanently or

12   was it a temporary visit?

13   A.   A temporary visit.

14   Q.   The brothers that were depicted in Government's Exhibit 77,

15   and showing you Government's Exhibit 77, already in evidence,

16   during this time in the United States, aside from the four

17   brothers that are pictured here, did anyone else from the

18   XxXxxxx family come to the United States?

19   A.   Yes.  Their sister, their mother.

20   Q.   During this time frame, when they were visiting from

21   England and in the United States, did you have any sexual

22   relations whatsoever with any of these four boys?

23   A.   No, sir.

24   Q.   After Derek XxXxxxx finished high school, did he remain in

25   the United States or did he return to Great Britain?

Carter - DIRECT - By Mr. Horowitz                    77

1   A.   I don't know the exact timing.  He returned to Great

2   Britain, though, after he finished school.

3   Q.   Did there come a point in time where he came back to the

4   United States for a vacation?

5   A.   I'm not certain.  I -- this was a long time ago and I'm

6   really not certain who came when and went back.  It was not in

7   my hand.  It was in my sister's hand.  She was the one making

8   the arrangements.

9   Q.   Did you ever make any of the arrangements for either Derek

10  XxXxxxx or any of his brothers to come to the United States?

11  A.   No.

12  Q.   Between 1982 and 1986, did you receive any training

13  regarding becoming a missionary?

14  A.   When I was in Haiti, I sat under -- you wouldn't call it

15  formal training, but I sat under experienced missionaries down

16  in Haiti and I had seen a couple in the United States and --

17  talking about the hazards of -- especially since I had had a

18  quartet that came over, I was approached by a couple of people

19  to say, you know, "You need to be very careful because, being a

20  Third World country, you can be subject to all types of

21  allegations and exploitation."

22  Q.   Now, you've heard during the trial the word "missionary"

23  utilized.

24  A.   Yes.

25  Q.   What is a missionary?

Carter - DIRECT - By Mr. Horowitz                    78

 1   A.   To me, to me, a missionary is someone who is well versed in

 2   their spiritual faith and they have an individual calling by

 3   God to go to a certain area, a certain country.

 4        It could be being called to go to the Appalachian

 5   Mountains, to the Indians in New Mexico or wherever, but you go

 6   and it's sort of like a spiritual commission.

 7   Q.   Is there any type of license that you have as a missionary?

 8   A.   Myself personally?

 9   Q.   Yes, sir.

10   A.   I did through an organization, yes, in the -- as I

11   progressed.

12   Q.   Is there any type of license issued by a state or a

13   government that says that you, Matthew Carter, are hereby

14   certified as a missionary?

15   A.   The only one I have was through Kingsway Fellowship.  It

16   was a -- you know, they look at your qualifications and they

17   give you a license.  I was licensed as a -- as a missionary.

18   Q.   When did you get that license?

19   A.   A few years ago.  I don't remember the exact date.

20   Q.   Now, prior to your trip to Haiti in 1982, did you have to

21   have a license to be a missionary?

22   A.   No.  Not at all.

23   Q.   When you went to Egypt in the late '80s, did you have a

24   license to be a missionary?

25   A.   No.

Carter - DIRECT - By Mr. Horowitz                    79

```
1    Q.   And when you went to Haiti in 1995 on a more permanent

2    basis, did you need a license to be a missionary?

3    A.   No.

4    Q.   And today do you need a license to become a missionary?

5    A.   No.  It depends on how you're traveling, on how you're

6    being -- you know, when I traveled, I was an independent -- you

7    know, an independent entity.  I wasn't being commissioned by a

8    specific denomination, you know, the Baptists or the Assemblies

9    of God.  They were not sending me.  Had it been that, then I

10   would have to be ordained through their system.

11   Q.   Now, did there come a point in time where you met up with

12   Mr. McCrum again?

13   A.   Yes.  In 1986.

14   Q.   What caused you to meet up with Mr. McCrum in 1986?

15   A.   This was during the time of the revolution.  This was when

16   Jean-Claude Duvalier had left the country and fled for France.

17   It was in 1986.

18        I flew down -- the day that the Challenger -- you know, the

19   catastrophe with the Challenger -- blew up, that was the day

20   that I flew into Haiti.

21        And Dave McCrum was already in country.  He was in the

22   country.  I didn't see him originally when I first got there.

23   Q.   What brought you back to Haiti in 1986?

24   A.   During that period of time, I was having a lot of dreams, a

25   lot of visions, and a lot of these were, you know, almost like
```

Carter - DIRECT - By Mr. Horowitz                    80

1    premonitions of things that were going to happen.  And I would

2    travel on that basis.

3         When I got to Haiti, I wasn't familiar with the situation.

4    But when I got there, I understood that the revolution was just

5    a week away.  In fact, that first week when I was there was

6    when they --

7              MS. MEDETIS:  Objection.  Nonresponsive.

8              THE COURT:  Sustained.

9    BY MR. HOROWITZ:

10   Q.  In 1986, in Haiti, did you perform missionary work?

11   A.  Yes, I did.

12   Q.  What type of missionary work did you perform?

13   A.  I went to a -- there's a large orphanage on Delma 105.  It

14   still is.  It's called the Van Hoose Orphanage.

15        I'm afraid Mr. McCrum had a lot of his facts wrong.  I

16   think he was implying that it was --

17             MS. MEDETIS:  Objection.  Calls for speculation.

18             MS. KANE:  Objection.

19             THE COURT:  Sustained.

20   BY MR. HOROWITZ:

21   Q.  Without telling what you say Mr. McCrum thought, what did

22   you do as far as this orphanage is concerned?

23   A.  I was visiting.  I was teaching in some of the churches

24   locally and up in an area called Petion-Ville off Delma 105.

25        And I was approached by three pastors and a young man that

Carter - DIRECT - By Mr. Horowitz                    81

 1    was in an orphanage there with the situation.  I was asked to

 2    intervene.  And I did.

 3    Q.  Why an orphanage and not other types of work?

 4    A.  Well, I wasn't staying in the orphanage.  I was staying in

 5    a guesthouse.

 6              MS. MEDETIS:  Objection.  Nonresponsive.

 7              THE COURT:  Sustained.

 8    BY MR. HOROWITZ:

 9    Q.  In 1986, why did you work in an orphanage as opposed to

10    some other type of missionary work?

11    A.  Well, I'll say it again.  I wasn't working in the

12    orphanage.  I was only visiting.  And it wasn't a long-term

13    visit.  I was only there -- well, I was there for about a

14    month.

15              MS. MEDETIS:  Objection.  Nonresponsive.

16              THE COURT:  Overruled.

17    BY MR. HOROWITZ:

18    Q.  After about a month, what did you do?

19    A.  I returned to the United States.

20    Q.  Did you return to the United States on your own volition?

21    A.  Oh, yes.

22    Q.  Okay.

23    A.  When you fly into Haiti, you have to have a return ticket.

24              THE COURT:  Wait for a question, sir.

25              THE WITNESS:  Oh, okay.

```
 1  BY MR. HOROWITZ:

 2  Q.   During any of your trips to Haiti during the 1980s, did

 3  Mr. McCrum ever put you on a missionary plane?

 4  A.   No, sir.

 5  Q.   Did you ever leave Haiti involuntarily?

 6  A.   No.  Always voluntarily.

 7  Q.   When you entered Haiti each time during the 1980s, were you

 8  required to have a return ticket?

 9  A.   Yes, sir, you are.

10  Q.   If you do not have a return ticket -- let me strike that.

11       What is your understanding as to why you needed a return

12  ticket?

13            MS. MEDETIS:  Objection.  Calls for speculation.

14            THE COURT:  Overruled.

15            THE WITNESS:  When you travel into Haiti -- and this

16  is probably true with most countries overseas -- you have to

17  have a return ticket.  Otherwise, they won't -- unless you're a

18  resident of that country, they require a return ticket or an

19  onward flight.

20            Let's say I was going to Haiti.  I'd have to have an

21  onward flight to the Dominican, some means of leaving the

22  country.  You couldn't go in just on a one-way ticket and stay.

23  BY MR. HOROWITZ:

24  Q.   During the 1980s, were you a resident of Haiti?

25  A.   No, sir.
```

Carter - DIRECT - By Mr. Horowitz                    83

```
 1   Q.  Did you ever fly into Haiti during the 1980s without a
 2   return ticket?
 3   A.  Never.  I always had a return ticket.
 4   Q.  Did Mr. McCrum ever drive you to the airport?
 5   A.  No.  He had left the country.
 6   Q.  Did you ever leave Haiti on an Agape missionary flight?
 7   A.  No, sir.
 8   Q.  When you returned back to the United States in 1986, did
 9   you make plans for missionary work in another country aside
10   from Haiti?
11   A.  In 1986?  Yes.  I was planning on going to Egypt.
12   Q.  Let's talk about the trip to Egypt, if I may.
13       Who, if anyone, sponsored your trip?
14   A.  It was myself.
15   Q.  Were you ever sponsored through a church?
16   A.  No, sir.  Not -- no.  Not at that time, for any of those
17   trips.
18   Q.  During any of your trips to Egypt, were you sponsored by a
19   church?
20   A.  No, sir.
21   Q.  Why Egypt?
22   A.  Are you talking about 1986?
23   Q.  Yes, sir.
24   A.  I had been to Egypt previously once for a short visit
25   and --
```

Carter - DIRECT - By Mr. Horowitz                84

1    Q.   As a result of that visit, why did you want to go back?

2    A.   I've traveled over 40 countries.  And Egypt was the first

3    country that I really had a desire to return to.

4    Q.   Why was that?

5    A.   I don't know.  You know, it was the one country where I

6    just wanted to return.  And then I had the opportunity and I

7    had leadings.  I did have again a couple of dreams and visions

8    and I pursued it.

9    Q.   When did you go back to Egypt the second time?

10   A.   1986.

11   Q.   When you went to Egypt, did you go with somebody else?

12   A.   Yes, I did.

13   Q.   Who did you go with?

14   A.   The gentleman's name was Don Honeycutt.

15   Q.   Where did you meet Mr. Honeycutt?

16   A.   I met him in Florida.  I was -- I had been living in

17   Dayton, Ohio.  I relocated to Florida.  I was staying in a

18   trailer on the grounds of a church that was run by Bennie

19   Skinner -- Pastor Bennie Skinner.  And he was also with his

20   wife.  They were traveling evangelists and we met them.

21   Q.   Where is Pastor Skinner's church?

22   A.   It's in West Palm Beach.

23   Q.   What is the relationship with Pastor Skinner's church and

24   Mr. Hollander?

25   A.   Mr. who?  Mr. Honeycutt?

Carter - DIRECT - By Mr. Horowitz                    85

1    Q.   Honeycutt.  I apologize.

2    A.   Bennie Skinner, his ministry, is -- at that time, he was a

3    Kingdom teacher.  This is a -- it's kind of an avenue in the

4    word of God, how the teachings progressed.  He was a Kingdom

5    teacher.

6         He was known throughout the United States in many circles

7    and so, if you had that leaning and that type of philosophy,

8    that type of theology, he was someone you'd probably want to

9    visit if you were in Florida.  And I did.

10   Q.   Were there ever any meetings at Pastor Skinner's church

11   regarding your trip to Egypt?

12   A.   Yes, there was.  One time.

13   Q.   Were there meetings at Pastor Skinner's church regarding

14   your trip to Egypt?

15   A.   There was one meeting at the church and it was -- Dave

16   McCrum had come.  I don't know if the trip was because I was

17   going to Egypt -- or the visit.  But it was certainly

18   discussed.  Yes.

19   Q.   During this time, did Mr. McCrum speak with Pastor Skinner?

20   A.   I know he had called Pastor Skinner previous to my -- the

21   meeting.

22   Q.   Were you present for any of the meetings?

23   A.   Yes, I was.  I lived on the grounds.

24   Q.   Why was there a meeting at Pastor Skinner's church

25   involving Dave McCrum?

Carter - DIRECT - By Mr. Horowitz                86

1   A.   Dave was -- Dave was still angry with me.

2           MS. MEDETIS:   Objection.   Calls for speculation.

3           THE COURT:   Sustained.

4   BY MR. HOROWITZ:

5   Q.   To your knowledge, why was Mr. McCrum angry -- still angry

6   with you?

7           MS. MEDETIS:   Same objection, your Honor.

8           THE COURT:   Sustained.

9   BY MR. HOROWITZ:

10  Q.   As a result of Mr. McCrum's meetings with Pastor Skinner,

11  did you still go to Egypt?

12  A.   Yes, sir, I did.

13  Q.   Did you go to Egypt with or without Pastor Skinner's

14  blessing?

15  A.   Oh, it was with his blessing.

16  Q.   Did Pastor Skinner and/or his church assist you in any way

17  with your travels to Egypt?

18  A.   Not financially.   Prayer support, yes.   But not

19  financially.   Because Don Honeycutt had been associated with

20  them for, I think, previously two, three months and he was

21  going to be there in that area for another few months.

22  Q.   Did you ultimately travel to Egypt?

23  A.   Yes, sir, I did.

24  Q.   How long were you in Egypt?

25  A.   That was my first trip -- no.   That was in 1986?

Carter - DIRECT - By Mr. Horowitz          87

 1  Q.   Yes, sir.

 2  A.   Oh.  I -- when I got there, I was stranded.

 3  Q.   Were you able to do any missionary work while you were in

 4  Egypt?

 5  A.   Yes, I was.

 6  Q.   What types missionary work did you do?

 7  A.   If I may, I'd have to explain what my situation was and

 8  then it would make it more clear.

 9  Q.   If you can tell the jury what type of missionary work you

10  did while you were in Egypt.

11  A.   Okay.  I -- after a period of time, I had three

12  English-language schools.  And from the money -- the proceeds

13  of the schools, I developed different programs.

14      One of them was -- I had four programs, basically.  I had

15  one that was doing relief work in the desert areas in the

16  western desert.  We would take either camel trains in or go by,

17  you know, jeeps and deliver food and medicine, supplies, to

18  Bedouin tribes that were in the foothills.

19      Secondly, I had a program for mothers that were -- you

20  know, low-income mothers that I had arranged that they would be

21  trained as a seamstress through the -- again, through the

22  funding and the school.  We would secure sewing machine,

23  materials and a startup money with a place for them to operate.

24      Thirdly, I had a program for street children.  Girls that

25  were retrieved from the streets were placed with those women as

Carter - DIRECT - By Mr. Horowitz                88

```
 1    assistants to the seamstress.
 2         The boys -- I had a contact with the schools throughout
 3    Cairo, English-language schools.  There in that setting, most
 4    of them are in large buildings.  And we would have a school
 5    more or less adopt a boy and he would run the elevators, be the
 6    runner, and they would give him a place to sleep.
 7         And then the fourth one was a program to retrieve people
 8    that were on the streets and injured and I arranged through
 9    hospital in Heliopolis, you know, a section of Cairo, for them
10    to be treated.
11    Q.  Let's talk about the boy that you had as a runner.
12         What did that young man do for you?
13    A.  The official term would be a houseboy.  Okay?  That's the
14    official term.  The way the system is, if you have a child on
15    the streets --
16              MS. MEDETIS:  Objection.  Nonresponsive.
17              THE COURT:  Sustained.
18    BY MR. HOROWITZ:
19    Q.  The term "houseboy":  Is that a term that is used
20    throughout Egypt?
21    A.  Yes, sir.  It's a well-known term.
22              MS. MEDETIS:  Objection.  Calls for speculation.
23    BY MR. HOROWITZ:
24    Q.  Is that the term that you used to describe this young man?
25    A.  Yes, sir.
```

Carter - DIRECT - By Mr. Horowitz                89

1    Q.   Did you have or did you not have permission of this boy's

2    mother to work with you?

3    A.   Yes.  You had to.  You made a contract with the mother or

4    whoever was responsible for the child.

5    Q.   Who required you to have a contract?

6    A.   The police.

7    Q.   Did you comply with the police in regards to this contract?

8    A.   Fully.  Yes.  If you're going to employ a boy or a girl,

9    you go to the person responsible.  You make a contract with

10   that person.  You're actually paying the mother --

11           MS. MEDETIS:  Objection.  Nonresponsive.

12           THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.   Did you pay the mother with regard to this young man that

15   worked for you?

16   A.   Yes.  Monthly.  And it was a contract for a certain period

17   of time.

18   Q.   Was a copy of the contract given to the police?

19   A.   The police would verify it, because you had to have -- if

20   you -- if you --

21           MS. MEDETIS:  Objection.  Nonresponsive.

22           THE COURT:  Sustained.

23   BY MR. HOROWITZ:

24   Q.   How did the police verify the existence of the contract?

25   A.   I would take it to --

Carter - DIRECT - By Mr. Horowitz                90

```
 1              MS. MEDETIS:  Calls for speculation.

 2              THE COURT:  Sustained.

 3              Rephrase your question.

 4    BY MR. HOROWITZ:

 5    Q.  What would you do in case the police wanted to know why

 6    this young man was at the house?

 7              MS. MEDETIS:  Objection.  Calls for speculation.

 8              THE COURT:  Sustained.

 9              Rephrase your question.

10    BY MR. HOROWITZ:

11    Q.  What, if anything, did you do to comply with the police

12    request?

13    A.  Anyone that's living in any household --

14              MS. MEDETIS:  Objection.  Calls for speculation as to

15    "anyone."

16              THE COURT:  Sustained.

17    BY MR. HOROWITZ:

18    Q.  What, if anything, did you specifically do to comply with

19    the police rules?

20    A.  If there was a boy in a house, if it was a staff house or a

21    school, it would be reported to the police so that they know --

22              MS. MEDETIS:  Objection.  Again, calls for

23    speculation.

24              THE COURT:  Sustained.

25
```

Carter - DIRECT - By Mr. Horowitz                91

```
 1    BY MR. HOROWITZ:
 2    Q.   Did you report anything to the police regarding having this
 3    young man at your home?
 4    A.   All the young men that were employed, yes.
 5              MS. MEDETIS:   Objection.   Nonresponsive.
 6              THE COURT:   Sustained.
 7    BY MR. HOROWITZ:
 8    Q.   Did you report it to the police?
 9    A.   Yes.
10    Q.   Why did you report this to the police?
11    A.   It was a requirement.
12    Q.   To your knowledge, was there anything improper about having
13    a houseboy?
14    A.   No.   Nothing at all.   It was a standard -- it was a normal
15    procedure.
16    Q.   Did you ever have any sexual relations with this young man?
17    A.   No, sir.
18    Q.   What was the purpose of having this young man at the house?
19    A.   To get him off the streets and to employ him, give him some
20    type of training.
21    Q.   And did you do that?
22    A.   Yes, we did.
23    Q.   How long were you in Egypt for?
24    A.   Until 1990, I believe.
25    Q.   During this time frame, did you continue to have the
```

Carter - DIRECT - By Mr. Horowitz                    92

1   open-door policy?

2   A.   At all times.  Yes.

3   Q.   How did you maintain this open-door policy while you were

4   in Egypt?

5   A.   Just that, that you were always available for any type of

6   inspection at the schools.  These boys -- it wasn't necessarily

7   at your home.  It was in a school.  The school hired them, you

8   know.

9        And, you know, in the home, I had a -- you would call it a

10  maid.  I had a woman that would actually be in the home and the

11  boy would be given a place to sleep in the school.

12       And he would, like I say, operate the elevators and he'd be

13  taken care of.  He was more or less adopted by a school.

14  Q.   During your operation of these schools in Egypt, did you

15  have to register with any governmental agency?

16  A.   Yes.  For the schools, of course.  Yes.

17  Q.   Did you, in fact, register the schools?

18  A.   Yes, I did.

19  Q.   Were the schools or were the schools not open for

20  inspection at any time?

21            MS. MEDETIS:  Objection.  Calls for speculation.

22            THE COURT:  Rephrase your question.

23            Sustained.

24  BY MR. HOROWITZ:

25  Q.   What was your role as it pertains to the schools?

Carter - DIRECT - By Mr. Horowitz                93

```
 1    A.   I was the founder and the director.

 2    Q.   In your role as a founder and director of these schools,

 3    were the schools open for inspection to the Egyptian

 4    Government?

 5    A.   Yes.  And many of the Egyptian Government employees were in

 6    the schools, learning English.

 7    Q.   Did you have to maintain certificates --

 8    A.   Yes.

 9    Q.   -- with the Egyptian Government?

10    A.   Yes.

11    Q.   Were the certificates up to date?

12    A.   Of course.  Yes.

13    Q.   Did you have employees at the school?

14    A.   Yes.  Many.

15    Q.   Did you have to pay taxes to the Egyptian Government?

16            MS. MEDETIS:  Objection.  Relevance.

17            THE COURT:  Sustained.

18    BY MR. HOROWITZ:

19    Q.   Mr. Carter, did there come a point in time when you left

20    Egypt?

21    A.   Yes, there was.

22    Q.   Why did you leave?

23    A.   After 1986?

24    Q.   Yes, sir.

25    A.   I was doing a lot of work in the desert areas where
```

Carter - DIRECT - By Mr. Horowitz            94

1    tourists and, you know, normal travelers would not go.  And

2    there was a lot of Christian activity.  This was a Muslim area.

3        And, eventually, my house was raided and I was suspect of,

4    you know, either being a spy -- there were different

5    accusations that were made.

6    Q.   Were you a spy?

7    A.   No, sir, I wasn't.

8    Q.   Were there any allegations of sexual impropriety made

9    against you?

10   A.   Not that I know of at the time.

11   Q.   Based on the allegations against you as being a spy, what

12   happened?

13   A.   There was an investigation that took place.

14   Q.   As a result of the investigation that took place, did

15   anything happen to you?

16   A.   No.  I was repatriated.

17   Q.   When you say "repatriated," what does that mean?

18   A.   I -- I left the country.

19   Q.   Were you asked to leave the country?

20   A.   Yeah.

21   Q.   Who asked you to leave the country?

22   A.   The Egyptian Government and the State Department.

23   Q.   Did you, in fact, leave the country?

24   A.   Yes, I did.

25   Q.   Voluntarily?

Carter - DIRECT - By Mr. Horowitz                    95

1    A.   No.  I was asked to leave.  But I -- you know, I was....

2    Q.   During -- after you came back to the United States, where

3    did you go?

4    A.   In 19 -- that would be, what, 19 --

5    Q.   About 1990.

6    A.   Back down to Haiti.

7    Q.   Why did you go back down to Haiti?

8    A.   Because it was -- you know, the experience I had had in

9    Egypt, it was a rather dramatic experience.  And it was a case

10   of me saying that I just want to take some time out with some

11   people that I know and just time to relax.  And I went back

12   down to Haiti at that time.

13   Q.   After you had time to relax in Haiti, did you come back to

14   the United States?

15   A.   I was in and out of Haiti.  Yes.  I would come and visit.

16   Q.   Before you opened the Morning Star Center, did you ever

17   reside in Florida?

18   A.   In Florida?

19   Q.   Yes, sir.

20   A.   Yes.

21   Q.   When was that?

22   A.   I was in West Palm Beach for a short while.  I can't

23   remember the exact dates.  But it was during that era.

24   Q.   After you returned from Egypt, did you change your name?

25   A.   Yes, sir.  In 1992.  That was -- no.  I changed it shortly

Carter - DIRECT - By Mr. Horowitz                    96

1    after I came back from Egypt.  I might have the timing a little

2    bit off.

3    Q.   During this time frame in the early 1990s, did you live in

4    Winter Haven, Florida?

5    A.   Yes, I did.

6    Q.   Why were you living in Winter Haven, Florida?

7    A.   I had returned from Egypt and I was traveling in and out of

8    Haiti.  And I lived in -- yes.  I lived in Winter Haven.  And I

9    would commute between Winter Haven, West Palm Beach and

10   Haiti -- in and out of Haiti.

11   Q.   What were you doing in Winter Haven, Florida?

12   A.   I had a job at one point in time, just maintaining myself

13   and flying into Haiti when I had the opportunity.

14   Q.   While you were in Winter Haven, Florida, did you get

15   arrested?

16   A.   Yes, I did.

17   Q.   What did you get arrested for?

18   A.   When?

19   Q.   What?  What did you get arrested for?

20   A.   Where?  I'm sorry, sir.

21   Q.   What did you get arrested for in Winter Haven, Florida?

22   A.   Okay.  I was arrested in Winter Haven.  There had been

23   allegations against me from some black American youth, a family

24   that lived next door to the Haitians that I was visiting.

25   Q.   Those allegations were of a sexual nature; were they not?

Carter - DIRECT - By Mr. Horowitz          97

```
 1   A.   Sexual contact.  Yes.

 2   Q.   Involving minor boys as well.  Correct?

 3   A.   Yes, sir, it was.

 4   Q.   What happened to you as a result of those allegations?

 5   A.   I was --

 6             MS. MEDETIS:  Objection.  Calls for hearsay.

 7             THE COURT:  Overruled.

 8             THE WITNESS:  I was arrested and incarcerated until

 9   the trial.

10   BY MR. HOROWITZ:

11   Q.   What happened after the trial?

12   A.   What happened after the trial?

13   Q.   Yes.

14   A.   I went back down to Haiti.

15   Q.   Why were you able to go back to Haiti after the trial?

16   A.   I was -- I had a jury trial and I was acquitted and I was

17   able to identify and prove that the allegations were false.

18   Q.   In 1995, did you go down to Haiti on a more permanent

19   basis?

20   A.   Yes, I did.

21   Q.   We've heard the name Morning Star Center quite a bit.

22        What was your desire of what the Morning Star Center was

23   supposed to be back in 1995?

24   A.   When I went in 1995, it wasn't to organize or to form a

25   mission.  It was actually at the request of a Haitian couple
```

Carter - DIRECT - By Mr. Horowitz                   98

 1   that were from Key West.  I was in Florida.  They asked me to

 2   go down.

 3       They had a food transfer business -- food and money

 4   transfer business, and they asked me to go down and find them a

 5   location in Montrouis.  They wanted to try and start this in

 6   Montrouis, in Saint-Marc.  So that's why I originally went

 7   down.

 8       And when I got there, I was in the village -- or the city

 9   of Montrouis on the coastal -- you know, on the seaside.  And I

10   had met a missionary there, a man named Roger Marcotte.  He

11   worked with --

12           MS. MEDETIS:  Objection.  Nonresponsive.

13           THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.  When you met Mr. Marcotte, he was a missionary or was he

16   a -- was he something else?

17   A.  He was a missionary.

18   Q.  Was he a pastor?

19           MS. MEDETIS:  Leading.

20           THE COURT:  Sustained.

21           Rephrase your question.

22   BY MR. HOROWITZ:

23   Q.  Was or was he not a pastor?

24   A.  I don't believe so.  He was a Canadian.  I don't believe he

25   was a pastor.

Carter - DIRECT - By Mr. Horowitz                99

1   Q.  As a result of your meeting with Mr. -- Marcotte, it

2   was? --

3   A.  Yes, sir.

4   Q.  -- what did you do?

5   A.  There was an organization called -- he worked for

6   International -- Children's International Lifeline.  And they

7   had a -- their headquarters was in a town called Croix des

8   Bouquets.  And they were experiencing problems.  They were in

9   the process of firing the Haitian couple that were directing

10  it.

11      And the organization -- they needed somebody to stand in

12  until they could bring a permanent couple down to take over the

13  mission.  And they asked me to do that as a paid position.

14  Q.  Did they know -- did you inform Mr. Marcotte of your

15  training back in England --

16  A.  Yes.

17  Q.  -- before he hired you?

18  A.  Yes, I did.

19  Q.  Did you or did you not inform Mr. Marcotte of the fact that

20  you had been accused of certain crimes both in England, Egypt

21  and the United States?

22  A.  I did.

23          MS. MEDETIS:  Objection.  Leading.

24          THE COURT:  Sustained.

25          Rephrase your question.

```
 1   BY MR. HOROWITZ:
 2   Q.   Did you or did you not inform Mr. Marcotte of your prior
 3   run-ins with law enforcement all over the world?
 4           MS. MEDETIS:   Same objection.
 5           THE COURT:   Overruled.
 6           THE WITNESS:   Yes, we did.   And, in fact, he was in
 7   the process of -- he had a case going at the same time in
 8   Haiti, that there were certain accusations against him.
 9   BY MR. HOROWITZ:
10   Q.   Throughout your time in Haiti, did you or did you not ever
11   deny the fact that you had been charged and cleared in London?
12   A.   No.   I would never deny it.   No.
13   Q.   In all of your time in Haiti, did you deny to anyone or
14   hide from anyone what had happened to you in Egypt?
15   A.   No.   Not at all.
16   Q.   During your time in Haiti from 1995 to 2011, did you ever
17   hide or deny the fact that you had been arrested and found not
18   guilty in Winter Haven?
19   A.   Never.   I mean, you wouldn't advertise it.   But I would
20   certainly never deny it if anybody were to ask me.
21   Q.   Did people ask you?
22   A.   On occasions, you'll get somebody that would ask, you know,
23   "What are the hazards?"   And I would explain the hazards of
24   being in that kind of, you know....
25   Q.   What are the hazards?
```

 1   A.   The hazards are you're very vulnerable, especially in

 2   Third World countries.  You're -- you are subject to having

 3   allegations lodged against you.

 4        Consequently, you have to be as open and as honest and have

 5   an open-door policy where anyone can come in, they can come in

 6   and inspect any of records, they can talk to any of the

 7   children that are under your care, they can -- it's open.  It's

 8   a totally open policy.

 9   Q.   Is that the way you conducted the Morning Star Center from

10   1995 to 2011?

11   A.   Yes, sir.

12   Q.   Back in 1995, when you took over this -- was it an

13   orphanage or was it a group home?

14   A.   It was neither.  It was a food program and a clinic.

15   Q.   This was what you spoke about in Croix des Bouquets?

16   A.   Yes, sir.  Children's International Lifeline in Croix des

17   Bouquets.

18   Q.   How long did you run the Children's International Lifeline?

19   A.   For a few months.

20   Q.   And then what happened?

21   A.   The property was overrun.  There's a Haitian expression.

22   It's called deschakay, which is come and destroy.  The Haitians

23   that owned the property -- or, you know, ran the program for

24   this mission -- it was out of Michigan, Grand Rapids -- they

25   had gathered some people to come and destroy the property.

```
 1              MS. MEDETIS:  Objection.  Calls for speculation.

 2    Nonresponsive.

 3              THE COURT:  Sustained.

 4    BY MR. HOROWITZ:

 5    Q.  Was the property destroyed?

 6    A.  No.  But myself and the staff that I had brought from

 7    Montrouis -- anybody on the property was removed.  And they had

 8    changed the locks and -- that was on the third attempt.  The

 9    first attempt, the UN came and they were able to quell the

10    violence.

11    Q.  As a result of this, what did you do?

12    A.  There was -- at that point in time, I had people that I had

13    hired and brought down from Montrouis that I knew there, staff

14    for the program, two mothers and their children.

15         And I -- in that area, there was no one serving the people

16    medically.  So I moved to one of the staff's homes.  You know,

17    she offered me the use of her gallery, her porch and a couple

18    of the rooms.  And we stayed there and started operating a

19    clinic off the gallery.

20    Q.  Were you being paid for your work at this clinic?

21    A.  No, sir.  Not at all.  No.

22    Q.  How did you get the funding for the clinic?

23    A.  I took a quick trip back to the United States.  I had a

24    VA -- a little VA pension and, with that, I went back -- well,

25    I had nothing but my VA and just some personal funds.  And
```

1    there wasn't very much.

2        And I came back.  I went to the Veterans Administration.  I

3    got a *Merck Manual*, *Physician's Desk Reference*, all the --

4    *Where There is No Doctor* manual --

5            MS. MEDETIS:  Objection.  Nonresponsive.

6            THE COURT:  Sustained.

7    BY MR. HOROWITZ:

8    Q.  At this point, how much was your VA pension?

9    A.  Not very much.  It was 60-some dollars a month.

10   Q.  Did there come a point in time where this clinic became

11   transformed into the Morning Star Center?

12   A.  Yes.

13   Q.  How did that happen?

14   A.  We were -- they call it Kaye Mapou.  "Kaye" means the

15   house -- house of Mapou.  I was told that there was a Colonel

16   Cazeau that had a large house next to the cemetery, and he

17   offered us two rooms there for rent.

18   Q.  When you say "us," who do you mean?

19   A.  Who?  What?

20   Q.  Who is "us"?

21   A.  "Us" meaning me and the people that had -- I had brought

22   down from Montrouis.

23   Q.  How did you come up with the name Morning Star?

24   A.  It's a Biblical term out of the Book of Revelation.

25   Q.  Why did you use the name Morning Star?

1   A.   Why did I name it Morning Star?

2   Q.   Yes, sir.

3          MS. MEDETIS:  Objection.  Relevance.

4          THE COURT:  Sustained.

5   BY MR. HOROWITZ:

6   Q.   Who chose the name Morning Star?

7   A.   I did.

8   Q.   When Kaye Cazeau offered you the two rooms of the house,

9   what was your plan for those rooms?

10  A.   It was Kaye Cazeau -- it was Colonel Cazeau.

11       The colonel offered me the rooms.  And what we did is we

12  operated the clinic off the gallery -- off his gallery.  It was

13  a large three-story home, large.  It was 46 rooms.  And we had

14  the -- two rooms on the second floor.

15  Q.   Did there come a point in time where Morning Star became

16  more than just a clinic?

17  A.   Yes.

18  Q.   When was that?

19  A.   That was in -- within the first few months of the

20  operation.

21  Q.   Why did it become -- why did Morning Star become more than

22  just a clinic?

23  A.   It was a slow, progressive thing.  We had the clinic.  I

24  was getting a lot of cases -- a lot of children in that had

25  very severe illnesses.

```
 1        For example, we had a little boy that had osteomyelitis.

 2             MS. MEDETIS:  Objection.  Nonresponsive.

 3             THE COURT:  Sustained.

 4   BY MR. HOROWITZ:

 5   Q.  Why did the clinic become more than just a clinic?

 6   A.  Because of the needs of the people.  And we were housing,

 7   you know, children that were recovering from illnesses.  And

 8   then we had a couple of very supernatural healings that took

 9   place and it became --

10   Q.  Did there come a point in time where young men began to

11   stay at the Morning Star Center?

12   A.  It started out with some staying.  The two people that I

13   had from Montrouis both had sons.  So they were there and

14   another adolescent from Montrouis that was a relative of

15   theirs.

16        So it came -- there was automatically three young men that

17   were there to begin with --

18   Q.  Okay.

19   A.  -- and then it started going from there.

20   Q.  How did you in the beginning get funding for the Morning

21   Star Center?

22   A.  It was what little money I was getting from the VA and, you

23   know, we charged a small fee at the clinic.  And then I would

24   go out and, you know, solicit different mission groups and

25   organizations for medicines, food, things like that.
```

Carter - DIRECT - By Mr. Horowitz          106

```
 1    Q.   Who would you solicit for donations?

 2    A.   In Haiti?

 3    Q.   Yes, sir.

 4    A.   Whoever I could make contact with.  Any of the hospitals.

 5    We had, you know, developed a cooperation with some of the

 6    local hospitals.  There weren't that many, but, you know, we

 7    had that.

 8         I would go to the organization Quatre C -- that's a -- the

 9    Canadian-Caribbean Chemical Corporation -- for medicines.  We

10    would get some of their nearly expired medicines.  Pharval,

11    another organization.

12         And then other missionaries that had established missions.

13    I would make contact with them.  And then I started developing

14    contacts with supermarkets and I would get their expired items

15    for food.

16         I'd do whatever I could to make -- you know, to

17    establish --

18    Q.   Was there a way to keep both Morning Star and the clinic

19    going on donations alone?

20    A.   No.  Not really.

21    Q.   What did you have to do to keep it running back in the

22    early days?

23    A.   Whatever I could.  I mean, everything I had I would invest

24    into the mission.

25    Q.   Did you ever make a profit from Morning Star?
```

```
 1    A.   Oh, no, sir.  No.

 2    Q.   How much did the colonel charge you for these two rooms

 3    that you were using?

 4    A.   I think it was like $400 Haitian.

 5    Q.   What would be the equivalency rate back in 1995, if you

 6    know?

 7              MS. MEDETIS:  Objection.  Calls for speculation.

 8              THE COURT:  Sustained.

 9    BY MR. HOROWITZ:

10    Q.   Did there come a point in time where you outgrew these two

11    rooms?

12    A.   Yes, sir.

13    Q.   When was that?

14    A.   That was after -- probably a year and a half to two years

15    later.

16    Q.   At this time, how many boys were living at the Morning

17    Star?

18    A.   I think there was seven -- six or seven at the time.

19    Again, I'm not absolutely certain.

20    Q.   Showing you what's been previously admitted as Government's

21    Exhibit 92, the top location:  Is that when you were working

22    for somebody else?

23    A.   No.  The top location is Kaye Mapou.  That was the house of

24    one of the workers.

25    Q.   The second location, Maison Cazeau -- C-a-z-e-a-u --
```

Carter - DIRECT - By Mr. Horowitz                108

1    A.   "Cazeau."

2    Q.   -- is that what you were describing as the two rooms?

3    A.   That was the colonel's house, Villa Sabrina, where I had

4    two rooms.

5    Q.   During this time -- and I want to talk to you up and

6    through the first to August of 1997 -- how many boys were

7    living at Morning Star?

8    A.   At Kaye Cazeau, I believe there was a total of seven.

9    Q.   Was one of those boys Xxxxxx, Dieucibon?

10             MS. MEDETIS:  Objection.  Leading.

11             THE COURT:  Sustained.

12             Rephrase your question.

13   BY MR. HOROWITZ:

14   Q.   Showing you what's been previously admitted as Government's

15   Exhibit 93, do you see the first two columns of that exhibit,

16   specifically 1995 and 1996?

17   A.   Yes, sir.  Yes.

18   Q.   Was or was not Jobed Xxxxxxxx a resident at the Morning

19   Star?

20   A.   Yes, sir.  Jobed was a resident.

21   Q.   How about the same question for Xxxxxx, Dieucibon?

22   A.   Yes.  Dieucibon.  He was a resident as well.

23   Q.   Looking at 1995 and 1996 on that chart, which were the

24   children of workers from the Morning Star, if any?

25   A.   Junior Xxxxx, the first one listed there, and then

 1    Dieucibon.

 2    Q.   Did Xxxxxx, Dieucibon, have a nickname?

 3    A.   No.  Just called him Dieucibon.

 4    Q.   How about Junior Xxxxx?

 5    A.   Junior.

 6    Q.   Who from Junior's family worked at the Morning Star?

 7    A.   His mother, Lucien.

 8    Q.   Did she live there as well?

 9    A.   Yes, sir.

10    Q.   How about Xxxxxx, Dieucibon?

11    A.   No.  His mother was originally one of the workers at

12    Lifeline.  I met her at Kaye Mapou.  When I moved over, she

13    came to work for a short period.  I had to dismiss her, but I

14    kept on Dieucibon.

15    Q.   Why did you dismiss his mother?

16              MS. MEDETIS:  Objection.  Relevance.

17              THE COURT:  Overruled.

18              THE WITNESS:  She was caught -- she was caught

19    stealing.

20    BY MR. HOROWITZ:

21    Q.   During 1995 and 1996, did you have any sexual relations

22    with any of these children?

23    A.   No, sir.  And that's not a complete list, anyway.

24    Q.   Showing you what's previously been admitted as Government's

25    Exhibit 92, did you ultimately outgrow Maison Cazeau?

1    A.   Yes.

2    Q.   Why did you outgrow that house?

3    A.   There was two reasons.  The first was that we were

4    expanding.  The clinic was getting larger.

5         The second was that the colonel wanted to renew a contract

6    and it was an extortionate amount of money and I would have to

7    find another location.

8         He was asking for something like $10,000 a month or a year

9    for the -- American money and there was -- you know, there's

10   way we could accommodate that.

11   Q.   Did you relocate?

12   A.   Yes, I did.

13   Q.   Where did you relocate to?

14   A.   Into an area called Santo.

15   Q.   What is Santo?

16   A.   Santo is a zone.  It's an area.  It extends from the Croix

17   des Bouquets and then you have the Santo road that runs to what

18   they call Carrefour Shada, which is getting near Croix de

19   Mision, another zone.  So the Santo area is in between.

20   Q.   Government's Exhibit 92, which is on the screen, lists from

21   August, 1997, to September, 1998, Santo 14, No. 32.

22   A.   Uh-huh.

23   Q.   If you go further down, you'll see Santo 14, not far away

24   from Croix des Bouquets, between November 1st, 2001, to

25   November 1st, 2004.

 1          Are those the same places or are they different?

 2     A.   They're different.  The first one in '97 to '98 was

 3     actually Santo 14-A, No. 32.  And it's -- Santo is considered

 4     in the zone of Croix des Bouquets.  So, you know....

 5     Q.   During this time, was your facility getting bigger or

 6     smaller?

 7     A.   Oh, it was getting bigger.

 8     Q.   Why was it getting bigger?

 9     A.   Different reasons.  First of all, we had a clinic and it

10     was very good.  We had a program for the children.  We had an

11     outreach into the community.  And there was a need for that

12     type of program in the area.  And I -- you know, we fulfilled

13     it.

14          We had different phases, different -- you know, we had a

15     community outreach, neighborhood outreach.  We started doing

16     Saturday cinema clubs for the neighbors to come in.  We had a

17     variety of programs.

18          The clinic expanded.  We were -- we were still getting very

19     miraculous things happening through the clinic.  It was

20     attracting a lot of attention.  We were working with one or two

21     of the hospitals out of Croix des Bouquets, Vaudreuil Hospital.

22               MS. MEDETIS:  Objection.  Narrative.

23               THE COURT:  Sustained.

24               Wait for a question.

25

```
 1    BY MR. HOROWITZ:

 2    Q.   As Morning Star was getting bigger and bigger, how were you

 3    able to support the children that were living there?

 4    A.   At that point in time, I had had some contacts in Florida

 5    and Mississippi and in Michigan.  When I would travel, I would

 6    travel to Michigan.  There was a couple of churches that were

 7    then becoming interested in what was happening.

 8    Q.   When you say "becoming interested in what was happening,"

 9    what do you mean?

10    A.   It means that they were -- they were looking to support

11    something in Haiti and -- you know, the one in particular in

12    Michigan, the pastor, his wife --

13              MS. MEDETIS:  Objection.  Calls for hearsay.

14              THE COURT:  Sustained.

15    BY MR. HOROWITZ:

16    Q.   Were these religious institutions or were these

17    institutions not donating any money toward --

18    A.   They --

19              MS. MEDETIS:  Objection.  I refrain.  Sorry.  I

20    withdraw my objection.  Sorry.

21              THE WITNESS:  I've forgotten the question, sir.  What?

22    BY MR. HOROWITZ:

23    Q.   Let me see if I can artfully rephrase it.

24         Were these religious institutions donating any money toward

25    the Morning Star?
```

 1   A.   Yes, they were.

 2   Q.   In exchange for the money that they were donating, what

 3   were they getting in return?

 4          MS. MEDETIS:  Objection.  Form of the question.

 5   Objection.  Leading.

 6          THE COURT:  Sustained.

 7          Rephrase your question.

 8   BY MR. HOROWITZ:

 9   Q.   In exchange for the money they were donating, were these

10   churches getting anything in return?

11   A.   They were receiving reports from me, and some of the

12   members of the church had been down to Haiti to visit.  So they

13   were seeing the work that was taking place.

14   Q.   How were you communicating with these churches from Haiti?

15   A.   At that point in time, it was either by telephone or by

16   mail.  And I didn't have any Internet service at that time at

17   all or access to it at that time.  Mostly by telephone, direct

18   communication.

19   Q.   Showing you what's been previously admitted as Government's

20   Exhibit 37-A, I'll ask you if you recognize that document.

21   A.   Yes, sir, I do.

22   Q.   Did you write that document?

23   A.   With the assistance of one of my advisors, yes.

24   Q.   Who was your advisor?

25   A.   I had two primary advisors.  One was a school director.

 1    His name was Guillioux Senetis.  He was also a lawyer.  And

 2    then another was Pastor Marcel.  He was a large church in Croix

 3    des Bouquets who traveled frequently to the United States.

 4    Q.  Do you see on the left-hand side of that document --

 5    A.  Yes, sir.

 6    Q.  -- where it says board of directors?

 7         I'm going to put on the screen Government's Exhibit 37-B,

 8    which is --

 9              THE COURT:  Do you have the bottom light on,

10    Mr. Horowitz?

11              There you go.

12              MR. HOROWITZ:  It went on by itself.

13              THE COURT:  Do you have the top lights on?

14              MR. HOROWITZ:  I don't think so, Judge.

15    BY MR. HOROWITZ:

16    Q.  Can you read that, Mr. Carter?

17    A.  Yes, sir, I can.

18              THE COURT:  Can you help him with the upper lights,

19    please, Patricia.

20              THE COURTROOM DEPUTY:  Yes, Judge.

21              THE COURT:  Maybe this is a good place for a break.

22              Do not discuss this case either amongst yourselves or

23    with anyone else.  Have no contact whatsoever with anyone

24    associated with the trial.

25              Do not read, listen or see anything touching on this

1   matter in any way, including anything in the media, anything on

2   the Internet or anything on any access device.

3          If anyone should try to talk to you about this case,

4   you should immediately instruct them to stop and report it to

5   my staff.

6          Please be back in the jury room in ten minutes.  We'll

7   take a ten-minute recess.

8          (Whereupon, the jury exited the courtroom at 2:57 p.m.

9   and the following proceedings were had:)

10          THE COURT:  You may be seated.

11          You can step down, sir.

12          Are the upper lights working, Pat?

13          THE COURTROOM DEPUTY:  Yes, it is, Judge.

14          THE COURT:  They're on?

15          THE COURTROOM DEPUTY:  It is now.

16          THE COURT:  Maybe we should have Christian come up and

17   check the system.

18          We're in recess.

19          (Thereupon a recess was taken, after which the

20   following proceedings were had:)

21          THE COURT:  We're back on United States of America

22   versus Matthew Andrew Carter, Case No. 11-20350.

23          Counsel, state your appearances, please, for the

24   record.

25          MS. MEDETIS:  Yes.  Good afternoon again, your Honor.

1          Maria Medetis and Bonnie Kane on behalf of the United

2     States.

3          MR. ADELSTEIN:  Stu Adelstein, Phil Horowitz on behalf

4     of Mr. Carter, who's present, along with Reginald Hope, our

5     investigator.

6          THE COURT:  Are we ready for the jury?

7          (Whereupon, the jury entered the courtroom at

8     3:25 p.m. and the following proceedings were had:)

9          THE COURT:  You may be seated.

10         You are still under oath, sir.

11         You may proceed, Mr. Horowitz.

12         MR. HOROWITZ:  Thank you, your Honor.

13    BY MR. HOROWITZ:

14    Q.  Mr. Carter, this is Government's Exhibit 37-B, which is the

15    English translation of 37-A.

16         Do you see your name on the upper left-hand corner of that

17    exhibit?

18    A.  Yes, sir, I do.

19    Q.  And it says Matthew A. Carter, DD."

20         What does the "DD" stand for?

21    A.  That's a doctorate of divinity.

22    Q.  Do you have a doctorate of divinity?

23    A.  I did, through an organization.

24    Q.  What was the goal of this letter?

25    A.  I sat down with Guillioux -- he's my lawyer and advisor at

1    the time -- and --

2    Q.  Where was he located?

3    A.  In Croix des Bouquets.  He is a school director/lawyer.  He

4    worked with the courts.

5    Q.  Based on your conversation with him, was this letter

6    drafted?

7    A.  Yes.

8    Q.  Is the board of directors on the left-hand side of this

9    page -- are they real or are they fake?

10   A.  They're fake.

11   Q.  Why did you put a fake board of directors on this letter?

12   A.  That was Mr. Guillioux' idea.

13              MS. MEDETIS:  Objection.  Calls for hearsay.

14              THE COURT:  Sustained.

15   BY MR. HOROWITZ:

16   Q.  Was it your idea to put the board of directors on this

17   letter?

18   A.  No, it wasn't.

19   Q.  Why was a fictitious board of directors placed on this

20   letter?

21   A.  To make it look more official.

22   Q.  The letter is addressed to the honorable director.

23       Do you see that?

24   A.  Yes, sir.

25   Q.  Who is the honorable director?

```
 1   A.   That would be the director of whatever school it was being

 2   delivered to.  This was to schools throughout the Croix des

 3   Bouquets area.

 4   Q.   It talks about the MSI clinic.

 5        What was the MSI clinic?

 6   A.   Morning Star International.

 7   Q.   Is that the same Morning Star International that's

 8   referenced on the top of this letter?

 9   A.   Yes, sir, it is.

10   Q.   The first line of this letter says, "The MSI clinic will

11   offer you again an insurance program for the schools of Croix

12   des Bouquets."

13   A.   Yes, sir.

14   Q.   What type of insurance program were you offering?

15   A.   Because many of the children in schools would have to go to

16   private clinics and it was very costly, especially for the

17   low-income families.

18        What I wanted to do was provide a type of service that

19   would give them direct access to treatment.  So we charged

20   $3 Haitian, which was very minimum, $3 Haitian per student.

21        So if the school registered, let's say, 100 students,

22   whenever they got ill, whenever they were sick, they could come

23   to the clinic and they would be treated for, you know, minor

24   ailments, you know, a fever, if they had a malaria relapse.

25        If it was something more serious and we could diagnose it
```

 1    or we had to send them somewhere --

 2             MS. MEDETIS:  Objection.  Nonresponsive.

 3             THE COURT:  Sustained.

 4             Wait for a question, sir.

 5    BY MR. HOROWITZ:

 6    Q.   On the fourth line down, it says on, "A list of conditions

 7    of the MSI service for the claimed services is included."

 8         Do you see that?

 9    A.   Yes, sir.

10    Q.   What type of services did MSI, or Morning Star

11    International, provide?

12    A.   We offered to be immediately seen and treated for whatever

13    ailment, to be able to refer them to a local hospital or

14    treatment center for a specific disease or problem and to do

15    whatever we could to ensure that a full treatment was secured.

16    Q.   Was the contents of this letter, both Government's

17    Exhibit 37-A, which is in French, and 37-B, the translation --

18    was that true?

19    A.   Oh, yes.  Very much so.

20    Q.   Did Morning Star International offer those types of

21    services back on June 10th of 1996?

22    A.   Yes, sir.  We did it for approximately seven schools.

23    Q.   As Morning Star began to expand, did you have permanent

24    residents and weekend residents?

25    A.   Yes, sir.

```
 1   Q.   What's the difference between a permanent resident and a
 2   weekend resident?
 3   A.   A permanent resident was there full-time, living in
 4   24 hours a day.  And we would provide exact services for that
 5   resident.
 6        A weekend resident would come on a Friday to a Sunday.  It
 7   was to help alleviate a situation.  If we had funding, we would
 8   still cover his school even though he or she would be on the
 9   outside.  They would come to join in the activities over the
10   weekend.
11   Q.   Who made the decision whether a child would become a
12   permanent resident?
13   A.   It was a joint decision with members of staff.
14   Q.   Back in 1996, 1997, who were the members of staff?
15   A.   There was myself.  There was Lucien.  That's Junior Xxxxx's
16   mother, who is the housemother.  And at that point in time, we
17   were in Santo 14-A that we were talking about.
18        I had a woman.  Her name was Ann Williams.  We called her
19   Sister Ann.  And she was a Jamaican gal who had worked with a
20   couple of organizations to organize them.  A lot of the
21   documents that have been presented are in her writing.
22             MS. MEDETIS:  Objection.  Relevance.  Objection.
23   Nonresponsive.
24             THE COURT:  Sustained.
25
```

```
 1   BY MR. HOROWITZ:

 2   Q.   Did you advertise?

 3   A.   Oh, no, sir.  Not at all.

 4   Q.   How would a family find out about Morning Star Center?

 5   A.   By word of mouth, by recommendation, through pastors,

 6   school directors.  There was all sorts of referrals that would

 7   come our way.

 8   Q.   Was there or was there not a meeting to decide whether a

 9   child who wanted to be a permanent resident would be accepted?

10   A.   Yes.

11          MS. KANE:  Objection.  Leading.

12          THE COURT:  Sustained.

13          Rephrase your question.

14   BY MR. HOROWITZ:

15   Q.   How was it decided whether a child would be admitted as a

16   permanent resident?

17   A.   I would confer with whoever was designated as a supervisor

18   at the time and especially the housemother who was working,

19   whether it be Lucien or Margarita, and then we would make a

20   joint decision as to whether it was suitable to admit him or

21   her.

22   Q.   Was there always a housemother at the residence at Morning

23   Star?

24   A.   Yes, except for Tabarre, in the Taba house.

25   Q.   Why was there no housemother at the Tabarre residence?
```

 1    A.   There was no housing to be able to house a housemother.

 2    There was no separate accommodation.  We had local women that

 3    would come in at first when we moved in to do some of the

 4    tasks, like the cooking or the -- you know, the cleaning.  But

 5    economically, I couldn't sustain it.

 6         But we did have Lucien --

 7              MS. KANE:  Objection.

 8              MS. MEDETIS:  Objection.  Nonresponsive.

 9              THE COURT:  Sustained.

10              Wait for a question.

11    BY MR. HOROWITZ:

12    Q.   Up till 2005, when you moved to the Tabarre 23 house,

13    August 21st, 2005, there was a housemother present?

14              MS. MEDETIS:  Objection.  Leading.

15              THE COURT:  Sustained.

16              Rephrase your question.

17    BY MR. HOROWITZ:

18    Q.   Up until August 21st, 2005, when Morning Star

19    International -- I'm sorry -- February, 2005, when Morning Star

20    relocated to Tabarre, was there or was there not a housemother

21    present?

22    A.   There was.  And sometimes two.

23    Q.   Focusing your attention on the Santo 14 houses and Santo 15

24    houses, when Morning Star International was located there, was

25    there always one or two housemothers present there or was there

1    not?

2    A.   Yes, there was.

3    Q.   Did these housemothers live at Morning Star International?

4    A.   Yes, they did.

5    Q.   What was the responsibility of the housemothers?

6    A.   The responsibility of the housemother was to -- you know,

7    it was quite a long day for them.  That's why I had two, so

8    that they'd break up the day.

9         But right from the time the children were awoke in the

10   morning, they would supervise the cook, who would do the

11   breakfast.  They would supervise the showers.  They would

12   supervise getting the children ready for school, off to school,

13   receiving them when they'd come home.

14        Throughout the whole day, for all the routines in the

15   house, they were the ones directly responsible.  And if they

16   had a problem, they would work with the supervisor, who was an

17   elder boy, you know, the oldest boy in the house.

18   Q.   During this time, what was your responsibility?

19   A.   The administration.  I was doing a lot of coordination with

20   schools, with other agencies, trying to secure -- most of it

21   was through the clinic, trying to secure a lot of treatment for

22   some of the people that were coming in to us for care.

23   Q.   Where did you get your medical supplies for the clinic

24   during this time period?

25   A.   When I'd go to the States, when I'd come for a stateside

```
 1   trip, I would go to an organization, Spring -- it was in

 2   Michigan.  It's called International Aid.  It's out near Grand

 3   Rapids -- the other side of grand rapids.

 4        There they have medical equipment.  As long as you present

 5   documents that you have a doctor that is associated with your

 6   clinic, you could receive certain type of medicines and

 7   equipment, stethoscopes, things like that, at a very reasonable

 8   rate, very cheap rate.

 9   Q.  Did you have doctors associated with the clinic when it was

10   at Santo 14 and Santo 15?

11   A.  Yes.

12   Q.  Are you a doctor?

13   A.  No, sir, I'm not.

14   Q.  Do you have any medical training?

15   A.  Only what I've learned down in Haiti through a lot of

16   reading and a lot of experience.

17   Q.  In the areas of Santo 14 and Santo 15, was medical care

18   available other than through you?

19           MS. MEDETIS:  Objection.  Calls for speculation.

20           THE COURT:  Sustained.

21   BY MR. HOROWITZ:

22   Q.  Other than the -- what were the medical services that were

23   available?

24   A.  There were services available, but they were very expensive

25   for the low-income families in Haiti.  We provided a service
```

```
 1   that could beat them at either a very low cost or even no cost

 2   at all, depending on their circumstance.

 3   Q.   While you were at Santo 14 and Santo 15, were you ever

 4   visited by Haitian Social Services?

 5   A.   Yes.  We'd been visited by various representatives of the

 6   Social Service Department and, also, local authorities.  My

 7   authorization was through the mayor's office in Croix des

 8   Bouquets.  We had what they call a letter of function.  So that

 9   gave me governmental permission to operate the facility.

10   Q.   Did you always have governmental permission to operate the

11   facility?

12   A.   At all times, yes.

13   Q.   Did the police ever visit those facilities when it was at

14   Santo 14 and Santo 15?

15   A.   Yes.  The police, as well as local judges in the area, in

16   Croix des Bouquets.

17   Q.   Did you ever deny police or Government officials access to

18   the children?

19   A.   Never at all.  We welcomed it.

20   Q.   Did you ever hide your records from them?

21   A.   No, sir.  They were all filed and available for anybody to

22   come and examine if they were official.

23   Q.   Did you ever hinder an official inspection either at

24   Santo 14 or Santo 15?

25   A.   Never at any facility I've had.
```

Carter - DIRECT - By Mr. Horowitz                     126

```
 1   Q.   How about Tabarre 23?

 2   A.   Never.  It was all open for inspection.

 3   Q.   During the time frame that I'm talking about at Santo 14

 4   and Santo 15, you -- was there a structure where you were the

 5   director?

 6   A.   Yes, sir.

 7   Q.   Below you, who would that be?

 8   A.   Below me in the actual -- in the house structure there

 9   would be then the supervisor.  And, of course, with me there

10   was the other staff, like the housemother.  You had domestic

11   staffs.  We had cook.  We had women that did the washing.

12   Q.   Did the women who cooked and did the washing -- did they

13   live at Morning Star International?

14   A.   No.  No.

15   Q.   The supervisor:  Who would the supervisor be?

16   A.   The supervisor would be someone who has been in the

17   program, that knows the structure.  They know the routines.

18   It's an older boy.  And he would come and he would actually be

19   a paid employee, paid to supervise the house.

20   Q.   Would the supervisor live at the house?

21   A.   In Santo 15 and 4, they did.  Yes.

22   Q.   How about at Tabarre 23?

23   A.   No.  The supervisor and the assistant supervisor -- I

24   rented a room down the road for them so they would have

25   someplace separate from the house.
```

1    Q.   Why did you rent a room down the road for people?

2    A.   Purely for accommodation because the house at Tabarre only

3    had three bedrooms and there was -- you know, to me, they

4    needed more privacy and they needed to be separate from the

5    situation.

6    Q.   Who paid for their residence?

7    A.   I did.

8    Q.   When you said they needed to be away from the situation,

9    what did you mean?

10   A.   Well, they worked a full eight-hour day and, you know,

11   sometimes that was very stressful for them.  Sometimes it was

12   very easy.

13       But getting away from it means that they were able to

14   actually leave the unit and have totally free time and to do

15   what they -- you know, they were older.  So they had,

16   obviously, interests that --

17            MS. MEDETIS:  Objection.  Calls for speculation.

18            THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.   At Tabarre 23, did you have a day supervisor and a night

21   supervisor?

22   A.   Yes, I did.

23            MS. MEDETIS:  Objection.  Leading.

24            THE COURT:  Sustained.

25            Rephrase your question.

 1   BY MR. HOROWITZ:

 2   Q.  What were the shifts of the supervisor at Tabarre 23?

 3   A.  I had a morning supervisor who came in at 6:00.  He worked

 4   until -- he worked until 4:00 -- no.  He worked until 2:00.

 5       Then the evening supervisor would come in at 2:00 and work

 6   till 10:00.  Originally, that was from 12:00 until 8:00.  And

 7   it was shifted up till 10:00, 2:00 to 10:00.

 8   Q.  What would the supervisors do?

 9   A.  The supervisors would -- they would take charge of the

10   house in my absence, especially the day supervision.  I was

11   gone most of the time, especially after -- or around the time

12   of the earthquake and after.  I was out of the house most of

13   the time.

14       They would control the house.  They would supervise all the

15   routines, the breakfast routines, showers, the cooking.  We

16   didn't have domestic staff there.  So a lot of that fell back

17   on to the residents.  And the same with the night supervisor.

18   Q.  Below -- was there anything below supervisor?

19   A.  Yes.  There was a rigorous structure in the house.  We had

20   the supervisor and then we had what we call senior residents.

21   These are boys that they'd been on the program for a lengthy

22   period of time, perhaps, and they were, if necessary -- if the

23   supervisor or the assistant was gone or, let's say, like when

24   one took a trip to the States, we'd take a senior boy and slot

25   him into his place.

1      And then below the senior residents you would have team

2   leaders.  And these boys would -- they would have a team of

3   younger residents and they were in charge to supervise all the

4   activities.  So it was a chain -- almost like a military chain

5   of command.  If a team -- if there was a problem, the team

6   leader --

7            MS. MEDETIS:  Objection.  Nonresponsive.  Objection.

8   Narrative.

9            THE COURT:  Sustained.

10           Wait for a question.

11   BY MR. HOROWITZ:

12   Q.   Who designed this hierarchy?

13   A.   I did.

14   Q.   Below senior resident would be who?

15   A.   Team leaders.

16   Q.   Who's a team leader?

17   A.   A team leader is one that the boys on his team -- in

18   Tabarre, we had two teams.  There was Team A, Team B.  The boys

19   in his team, if they had a special need, they would go to the

20   team leader first.

21       It was a -- that was the way the structure worked.  They

22   would go to him first and then, if there was a problem, the

23   team leader would resolve it.

24       If he was unable to resolve it, it would then go to a

25   senior resident, whoever was available, whichever senior

 1    resident was available.

 2         If he couldn't resolve it, it would go then to the

 3    supervisor and then, ultimately, you know, it would come to me.

 4    Q.  When you say a boy with a special need, what does that

 5    mean?

 6              MS. MEDETIS:  Objection.  Relevance.

 7              THE COURT:  Sustained.

 8    BY MR. HOROWITZ:

 9    Q.  In your prior testimony, you indicated that a boy with a

10    special need would go to a team leader.

11    A.  Yes, sir.

12    Q.  What's a special need?

13              MS. MEDETIS:  Objection.  Relevance.

14              THE COURT:  Sustained.

15    BY MR. HOROWITZ:

16    Q.  Was there a level below team leader?

17    A.  Just a resident, a normal resident.

18    Q.  While you were at Santo 14 and Santo 15, who were your

19    supervisors?

20    A.  I had -- I had Junior.  I had Suprinord.  These were both

21    sons of workers that I had from Montrouis in the original

22    conception of Morning Star.

23         And then there was Woodjerry, who grew up through the

24    program, and a young man named Eddy, Eddy Xxxxxxx.  Eddy was

25    one of the original five or seven boys.

 1    Q.   Showing you what's been previously admitted as Government's

 2    Exhibit 93, are you able to read the name or do you need me to

 3    zoom in?

 4    A.   That's good.   That's better.   Thank you.

 5    Q.   Turning your attention to 1995 and 1996, do you see Louis

 6    Xxxxxx?

 7    A.   Yes, sir.

 8    Q.   Who is that?

 9    A.   Junior was the son of Lucien, who was the housemother.

10         This is not a complete list.   They don't have all the names

11    here.

12              MR. HOROWITZ:   May I approach, your Honor?

13              THE COURT:   Yes.

14    BY MR. HOROWITZ:

15    Q.   Showing you what has been marked as Defendant's Exhibit

16    No. 11, I'm going to ask if you recognize that exhibit.

17    A.   Yes, sir.   It's the daily routines.

18    Q.   Is that a true and correct copy of a document that came

19    from Morning Star?

20              MS. MEDETIS:   Objection.   Leading.

21              THE COURT:   Sustained.

22              Rephrase your question.

23    BY MR. HOROWITZ:

24    Q.   How do you recognize Defendant's Exhibit No. 11?

25    A.   I prepared it and it was on display on the gallery, on the

 1   front porch, on a bulletin board.

 2   Q.   On display in the front gallery of a bulletin board where?

 3   A.   On the gallery of the house in -- in Tabarre, it was there.

 4   In the other facilities, it would have been --

 5              MS. MEDETIS:   Objection.   Nonresponsive.

 6              THE COURT:   Sustained.

 7   BY MR. HOROWITZ:

 8   Q.   Where was that document posted?

 9   A.   It was always posted on a bulletin board.

10   Q.   Is that a true and correct copy of the document that was

11   posted on the bulletin board?

12   A.   Yes, it is.

13              MR. HOROWITZ:   Your Honor, at this time move into

14   evidence Defendant's Exhibit No. 11.

15              THE COURT:   It will be admitted as Defendant's Exhibit

16   No. 11.

17              (Whereupon, Defendant's Exhibit No. 11 was entered

18   into evidence.)

19              MR. HOROWITZ:   May I retrieve the exhibit, your Honor?

20              THE COURT:   Yes.

21              MR. HOROWITZ:   May I publish?

22              THE COURT:   Yes, you may.

23   BY MR. HOROWITZ:

24   Q.   Showing you what's been admitted as Defendant's Exhibit

25   No. 11, how do you recognize that document?

Carter - DIRECT - By Mr. Horowitz                    133

```
 1    A.   I prepared the document myself.

 2    Q.   Was this document used at any of the Morning Star

 3    International locations?

 4    A.   At all of the locations.

 5    Q.   Who designed this schedule?

 6    A.   I did.

 7    Q.   How did you come up with this schedule?

 8    A.   It was taking into account the times of school.  It was to

 9    set a very structured routine so that the boys, when they came

10    in, the girls when they were admitted, they would be subject to

11    that routine and it was something they would -- could adapt to.

12    It was all part and parcel of my training from when I was in

13    Britain, how to organize and structure a facility.

14    Q.   Was a similar scheduled used or not used at the Santo 14,

15    Santo 15 residences?

16    A.   Very similar.  It was identical in many respects, very

17    identical.

18    Q.   The rise and shine at the beginning:  What time was that?

19    A.   Mine is very -- 5:30.

20    Q.   Was it 5:30 a.m. or p.m.?

21    A.   That was a.m.

22    Q.   After that is something called morning devotions.

23         Do you see that?

24    A.   Yes, sir.

25    Q.   What were morning devotions at Morning Star International?
```

1    A.   Every day after the children would get up, they were

2    required to assemble, depending on houses, where we assembled.

3    In Tabarre, for example, it was on the gallery.  In Santo 14,

4    it was in the day room upstairs.  In Santo 15, again, a day

5    room.  And they would have morning devotions.

6    Q.   Did you lead the morning devotions or did someone else?

7    A.   Initially, I did.  And then I trained -- from the group, a

8    more -- how should we say? -- a more spiritual boy or person

9    would emerge and would want to take on that responsibility.

10   Q.   Did that happen?

11   A.   Yes, it did.

12   Q.   And who took on that responsibility?

13   A.   The first one was a young man named Ismael, Ismael

14   Xxxxxxxx.  And so I left it -- what I would do is leave the boy

15   to lead the fellowship.

16       I would listen from a distance.  If I was physically

17   present in the room or present in the room, it could inhibit

18   him.

19       So I would -- you know, like in Santo 14, I would sit on

20   the staff gallery, which is just outside of that main lounge

21   area, and listen.

22   Q.   After Ismael stopped doing the morning devotions, who

23   did -- who picked up his mantle, so to speak?

24   A.   Who picked up what?

25   Q.   What started to do the morning devotions?

Carter - DIRECT - By Mr. Horowitz                    135

```
 1    A.   After Ismael, it was Woodjerry, Woodjerry Xxxxxxx.

 2    Q.   At 6:00, shower and morning chores:  What did that involve?

 3    A.   Everybody was assigned a chore to do in the morning.  It

 4    could be anything -- some of them were permanently assigned,

 5    that a boy would have a certain chore.

 6         That could be cleaning the clinic.  It could be mopping the

 7    floor.  It could be cleaning the kitchen.  It was various jobs

 8    throughout the house.  Everybody had a specific chore.

 9         And then there were some that became optional, depending on

10    if a boy or a girl was in the morning school or afternoon

11    school.

12    Q.   After that, it says 7:15, breakfast.

13         Do you see that?

14    A.   Yes, sir.

15    Q.   Did you ever deny breakfast for any of the residents of

16    Morning Star?

17    A.   Never at all.  That was supervised by the housemother and

18    the cook.  And there was never any meal denied to any child in

19    the facility.

20    Q.   At 7:30, it says leave for school.

21         Do you see that?

22    A.   Yes, sir.

23    Q.   Did all of the children leave for school?

24    A.   If they were attending school.  The only ones that wouldn't

25    leave for school at that time is if they had afternoon school
```

1   or if they were a newer resident and the school hadn't been

2   arranged yet.  But they would all attend school.  It was a

3   requirement.

4   Q.   What is the difference in Haiti between morning school and

5   afternoon school?

6   A.   The morning school --

7            MS. MEDETIS:  Objection.  Relevance.

8            THE COURT:  Sustained.

9   BY MR. HOROWITZ:

10  Q.   Why did some of the residents of the Morning Star Center go

11  to afternoon school and why did some go to morning school?

12           MS. MEDETIS:  Objection.  Relevance.

13           THE COURT:  Sustained.

14  BY MR. HOROWITZ:

15  Q.   At 2:00, we see the word dinner.

16       Why dinner at 2:00?

17  A.   In Haiti, that was the main meal of the day, the afternoon

18  meal.

19           MS. MEDETIS:  Objection.  Relevance.

20           THE COURT:  Overruled.

21  BY MR. HOROWITZ:

22  Q.   At 3:00, the word "lessons" is written.

23       What are lessons?

24  A.   Lessons is to do their homework.

25  Q.   Did you have a separate educational time or was it just

1    homework time?

2    A.   This was homework time.  And the older boys were trained to

3    help assist the younger ones.  And there were some that were in

4    the higher grades that they would actually do tutoring sessions

5    with some of the younger ones that were behind in schooling.

6    Q.   At 4:30, it says upper school lets out and free time.

7         What does that mean?

8    A.   The upper school -- at 3:30, did it say?

9    Q.   4:30.

10   A.   4:30.  That's the afternoon school.  And they would come

11   home and then, if they had any afternoon chores, they would do

12   that first.  But then they had free time until suppertime or

13   until shower time.

14   Q.   What is involved in free time?

15   A.   Free time -- depending on the facility that I had.  On

16   Santo 14, we had a basketball court.  There was a soccer field

17   nearby.

18        In Tabarre, we didn't have -- it was not a large facility.

19   It was very crowded.  And behind us -- now it's a tent city.

20   But up until that time, it was a football field and they would

21   go over there every day, daily, to play football, soccer.

22   Q.   6:00 says evening showers.

23   A.   Yes, sir.

24   Q.   Why showers twice a day?

25   A.   It's Haiti.  It's a very -- it's a subtropical climate.

 1   You know, sometimes the boys would try and take three showers a

 2   day.  I'd allow it if they wanted an extra shower, but they'd

 3   have to fetch the water.

 4   Q.  When Morning Star was at Santo 14, Santo 15, did it have

 5   air conditioning?

 6   A.  No, sir.  None of the facilities had air conditioning.

 7   Q.  Did the facilities have glass windows?

 8   A.  In Santo 14, they did.

 9   Q.  How about Tabarre 23?

10   A.  Tabarre 23 just had barred windows.  There was no -- you

11   know, we did -- we were able to screen some of the windows, but

12   not all of them.  For ventilation, you'd have to have them

13   open.

14   Q.  The house at Santo 14, either one of them:  Did they have

15   running water?

16   A.  No, sir.  The water -- like the staff -- we had a staff

17   room downstairs and a guest room.  It was a gravity system.  We

18   had water tanks on the roof and it would be a gravity system of

19   water coming down.

20           MS. MEDETIS:  Objection.  Relevance.

21           THE COURT:  Overruled.

22   BY MR. HOROWITZ:

23   Q.  How about the house at Santo 15?  Did that --

24   A.  Santo 15?  No.  There was no indoor plumbing, no way to get

25   it into the shower area.  There was only one toilet in

Carter - DIRECT - By Mr. Horowitz                    139

```
 1   Santo 15.  That was the -- mine.  And the showers were water
 2   from barrels and it would be a cup over your head.
 3   Q.   Is that a common gravity system in -- throughout Haiti?
 4   A.   It --
 5              MS. KANE:  Objection.  Relevance.
 6              THE COURT:  Sustained.
 7   BY MR. HOROWITZ:
 8   Q.   Now, the house in Tabarre 23:  Did that have regular
 9   electricity?
10   A.   No, sir.  There was -- there was frequent blackouts.
11   Q.   Did the house in Tabarre 23 have running water?
12   A.   No, sir.
13   Q.   How would you flush a toilet?
14   A.   With a bucket.
15   Q.   When you say, "With a bucket," what did it involve you
16   doing?
17   A.   Just pour water from a bucket down into the toilet and it
18   would flush it into the outside.  That would have to be cleaned
19   every year.
20   Q.   At 6:30, it says supper.
21   A.   Yes, sir.
22   Q.   Would that be dinner or as --
23              MS. MEDETIS:  Objection.  Leading.
24              THE COURT:  Sustained.
25              Rephrase your question.
```

```
 1    BY MR. HOROWITZ:

 2    Q.   This third meal of the day:  What would it consist of?

 3    A.   It usually always consisted of bread with something.  It

 4    could be peanut butter and fruit.  It could be maybe spaghetti.

 5    That was the meal where I had trained a lot of the boys how to

 6    cook so they would experiment in different cooking tech --

 7         MS. MEDETIS:  Objection.  Relevance.  Objection.

 8    Nonresponsive.

 9         THE COURT:  Sustained.

10    BY MR. HOROWITZ:

11    Q.   At 7:00, as far as the daily routines in Defendant's

12    Exhibit 11, it says quiet time.

13    A.   Yes, sir.

14    Q.   What does "quiet time" mean?

15    A.   "Quiet time" is a time when the children were not allowed

16    to get into any boisterous-type activities, play football or

17    basketball.  It was time that they would spend either

18    continuing with homework or watching television.

19         And we had PlayStation.  They could take turns playing the

20    PlayStation.  But quiet activities.  It was a time to settle

21    down.

22    Q.   At 10:00, it says bedtime.

23    A.   Yes, sir.

24    Q.   Is that for everybody?

25    A.   Yes.  Although the younger boys would usually drift off
```

 1    about 8:00 and they'd be sent to bed at 8:00.  That was -- the

 2    supervisor would handle that.

 3    Q.  At the bottom of Defendant's Exhibit 11, it says all

 4    morning routines are one hour ahead on non-school days.

 5    A.  Right.

 6    Q.  What does that mean?

 7    A.  That means, on the weekends or non-school days, on

 8    holidays, getting up in the morning was one hour later.  All

 9    the routines bump up one hour.

10              MR. HOROWITZ:  May I approach, your Honor?

11              THE COURT:  Yes.

12    BY MR. HOROWITZ:

13    Q.  Mr. Carter, showing you what has previously been marked as

14    Defendant's Exhibit 15 --

15    A.  Yes, sir.

16    Q.  -- I'll ask you whether you recognize that.

17    A.  Yes, I do.

18    Q.  How do you recognize it?

19    A.  I prepared it in conjunction with the supervisor and the

20    housemother.

21    Q.  Is that a true and correct copy of what you prepared

22    together with the housemother?

23    A.  Yes, sir.

24              MR. HOROWITZ:  Your Honor, at this time move into

25    evidence Defendant's Exhibit 15.

```
 1              THE COURT:  It will be admitted as Defendant's

 2   Exhibit 15.

 3              (Whereupon, Defendant's Exhibit No. 15 was entered

 4   into evidence.)

 5              THE COURT:  You may publish.

 6              MR. HOROWITZ:  Thank you, your Honor.

 7              May I retrieve the exhibit?

 8              THE COURT:  Yes.

 9   BY MR. HOROWITZ:

10   Q.  Mr. Carter, can you see Defendant's Exhibit 15?

11   A.  Yes.  It's a little bit blurry.

12   Q.  Is that any better?

13   A.  Yes, it is.  Much better.  Thank you.

14   Q.  What is Defendant's Exhibit 15 entitled?

15   A.  "Daily Chores."

16   Q.  What does it say at the top above "Daily Chores"?

17   A.  "Morning Star Youth Training Center, Etoile du Matin."

18   Q.  This chart of daily chores:  Did you use a -- or did you

19   not use a similar chart at Santo 14, Santo 15?

20   A.  The --

21              MS. MEDETIS:  Objection.  Calls for hearsay.

22              THE COURT:  Overruled.

23              THE WITNESS:  This chart and one similar would have to

24   be changed.

25
```

BY MR. HOROWITZ:

Q.  Why would it have to be changed?

A.  Because the routines -- the designation of routines would

change.

Q.  Would you change the chart if a resident left?

A.  Yes.  It would be updated.

Q.  Would you change or update the chart if a new resident came

into the Morning Star?

A.  Yes, we would.

Q.  The chart that is before you as Defendant's Exhibit 15:

Where was this chart located?

A.  It was on display on the front gallery along with the

routines and the resident listings.

Q.  Which house was this posted in?

A.  At all homes.  But the reference I just made was to Taba --

the Taba house.

Q.  The Tabarre 23 house?

A.  Yes, sir.

Q.  Was this the chart that was posted at or about the time of

your arrest?

A.  Yes, sir, it is.

Q.  What was the purpose in posting a chart of daily chores?

A.  The purpose would be that, A, the supervisor would know

exactly who is supposed to be doing what job and that the boy

could refer to it and see what his responsibility was.  And the

 1   housemother, obviously, when she's there, could refer to it as

 2   well.

 3       And then, if I -- if maybe the yard hadn't been cleaned or

 4   the clinic was dirty, I could refer to that to be able to find

 5   the right child.

 6   Q.  Well, let's take a look at this chart.

 7       If the front yard was dirty, how would you use this chart

 8   to assist you?

 9   A.  Well, if the front yard was dirty, I would have the

10   supervisor call the boy and confront him as to why he hadn't

11   done his job properly.

12   Q.  Would you -- from looking at this chart, would you or would

13   you not know whose responsibility it was?

14   A.  Yes, we would.  That was the whole object of the chart.

15   Q.  How is this chart organized?

16   A.  How is it organized?

17   Q.  Yes, sir.

18   A.  Like I said, I would sit down with a supervisor and the

19   housemother, Lucien, and we would list all the chores.  We

20   would then go through all the boys that were residents and

21   assign a chore to a boy.

22   Q.  Now, at the time this chart was prepared, you mentioned the

23   name Woodjerry.

24   A.  Yes, sir.

25   Q.  Do you see Woodjerry on this chart?

1    A.   Yes, sir.

2    Q.   Who was Woodjerry?

3    A.   Woodjerry at that time is a supervisor.

4    Q.   In addition -- what does it say as far as Woodjerry on this

5    chart?

6    A.   The clinic and devotions.

7    Q.   What was Woodjerry's role regarding the clinic?

8    A.   I had trained Woodjerry in the clinic and, also, he

9    received some other training through Vaudreuil Hospital and

10   other visiting doctors.  And at one time, we had nurses on

11   staff.

12             MS. MEDETIS:  Objection.  Nonresponsive.

13             THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   Where it says devotions, what was Woodjerry's

16   responsibility pertaining --

17             MS. KANE:  Objection.  Asked and answered.

18             THE COURT:  I'm sorry?

19             MS. KANE:  Objection.  Asked and answered.

20             THE COURT:  I need to hear the question.

21   BY MR. HOROWITZ:

22   Q.   Do you see where it says "Devotions" after "Clinic"?

23   A.   Yes, sir.

24   Q.   What was Woodjerry's responsibilities as it pertains to

25   devotions?

 1   A.   One of two things.   Either perform the devotions himself

 2   or -- at that point in time, we had a couple of boys that would

 3   take turns doing the devotions.

 4   Q.   Showing you once again Defendant's Exhibit 11, what were

 5   Woodjerry's responsibilities regarding the morning devotions?

 6   A.   To ensure that they were -- they took place.

 7   Q.   Below Woodjerry is Wadley.

 8        Do you see that?

 9   A.   Yes, sir.

10   Q.   Who is Wadley?

11   A.   Wadley Xxxxxxxx.   He's a resident.   He had been on and off

12   the program.   And when I took him back on the program, I took

13   him on to assist Woodjerry.

14   Q.   Did Wadley Xxxxxxxx testify in this trial?

15   A.   Yes, sir, he did.

16   Q.   Did you ever have any sexual relations with Wadley

17   Xxxxxxxx?

18   A.   No, sir, I did not.

19   Q.   Do you see on this list of chores the name Nason,

20   N-a-s-o-n?

21   A.   Yes, sir.   Yes, sir, I do.

22   Q.   What is Nason's chores, according to this chart in

23   Defendant's Exhibit 15?

24   A.   The staff room, coffee and Bill's meds.

25   Q.   Let's talk about the coffee.

1    A.   Okay, sir.

2    Q.   What was Nason's job regarding the coffee?

3    A.   He prepared the coffee in the morning.  If we had any

4    visitors, each boy had a particular -- we can say a knack or a

5    particular chore --

6              MS. MEDETIS:  Objection.  Nonresponsive.

7              THE COURT:  Sustained.

8    BY MR. HOROWITZ:

9    Q.   Who was the coffee for?

10   A.   Me, in the morning, and Nason himself or any visitors that

11   would come.  He would be the one to prepare coffee.

12   Q.   You see after it says Bill's meds?

13   A.   Yes, sir.

14   Q.   What does that mean?

15   A.   That's my insulin.

16   Q.   Why do you take insulin?

17             MS. MEDETIS:  Objection.  Relevance.

18             THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.   What was Nason's responsibility as far as your meds are

21   concerned?

22             MS. MEDETIS:  Objection.  Relevance.

23             THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.   Do you see where it says Greatest on there?

1   A.   Yes, sir.

2   Q.   Before I go to Greatest, did Nason testify at this trial?

3   A.   Yes, sir, he did.

4   Q.   What's his full name, if you know?

5   A.   Ricardo Xxxxx.

6   Q.   Did you ever have any sexual relations with Ricardo Xxxxx?

7   A.   No, sir, I did not.

8   Q.   Now, let's talk about Greatest.

9        Who is Greatest?

10  A.   Greatest Xxxxxxx is one of the residents.

11  Q.   Next to his name it says hospitality.

12       Do you see that?

13  A.   Yes, sir.

14  Q.   What is hospitality?

15  A.   We had boys that were designated as -- it was the

16  hospitality team.  If anybody came to visit, they were the ones

17  that would go out and greet them, make sure they were

18  comfortable, see them to the gallery, offer them a drink.  It

19  was just -- they were trained in how to present themselves in a

20  hospitable way.

21  Q.   After that, it says staff bedroom.

22  A.   Yes.

23  Q.   What does that mean?

24  A.   That was my room.

25  Q.   And after that it says pee bucket.

```
 1   A.  Yes.  Yes, sir.

 2   Q.  Explain that to the ladies and gentlemen of the jury,

 3   please.

 4   A.  At night, when the house is locked down and there's no

 5   electricity, one doesn't want any of the boys wandering through

 6   the house, trying to find the toilet.

 7        And, in fact, the toilet was off limits to the boys.  You

 8   know, the staff toilet, my toilet, was off limits to them.

 9        And each bedroom had a bucket in it.  And it would have to

10   be emptied each morning.  That's where they would use the rest

11   room.

12   Q.  Was that assignment given to Greatest as punishment or for

13   some other reason?

14   A.  It was not punishment.  It was just an assigned -- it was

15   an assigned position.  And it wasn't the most favorable one,

16   but, you know, that's why --

17             MS. MEDETIS:  Objection.  Nonresponsive.

18             THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.  Did you assign that to Greatest as punishment or for some

21   other reason?

22             MS. MEDETIS:  Objection.  Asked and answered.

23             THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.  Did someone have to take care of the pee bucket at the
```

 1   other residences as well?

 2   A.   At every residence.  Yes.

 3   Q.   Were there or were there not times where Greatest wasn't in

 4   charge of the pee bucket?

 5   A.   Yes, sir.  There were times where he was not.

 6   Q.   Was that one of the least desirable of the chores?

 7   A.   Most certainly.  That, and looking after the dogs.  But it

 8   rotated.  It rotated between the boys.

 9            MS. MEDETIS:  Objection.  Nonresponsive.

10            THE COURT:  Overruled.

11   BY MR. HOROWITZ:

12   Q.   Did you ever have any sexual relations whatsoever with

13   Greatest Xxxxxxx?

14   A.   No, sir, I did not.

15   Q.   Now, you also said one of the least desirable jobs was the

16   dogs.

17        Do you see on Defendant's Exhibit 15 where it says Dodo?

18   A.   Hang on.  Yes.

19   Q.   What were Dodo's chores?

20   A.   His chores were to look after the truck, sweep out the

21   clinic and to make sure the front yard and the area was clean

22   of any dog feces.  He would clean it up.

23   Q.   What is Dodo's true name?

24   A.   His true name is Steeve Max Dominique Xxxxxx.

25   Q.   Did he testify in this trial?

```
 1    A.   Yes, sir, he did.

 2    Q.   Did you ever have any sexual relations with Dodo?

 3    A.   No, sir, I did not.

 4    Q.   Now, the third name down is Tiga.

 5         Do you see where it says that?

 6    A.   Yes, sir.

 7    Q.   Who is Tiga?

 8    A.   Tiga's a nickname.  His real name is James Xxxxxxxx.

 9    Q.   What was his position at the Morning Star Center at the

10    time this list was created?

11    A.   I believe he was a senior resident at the time.  He was a

12    senior resident.

13    Q.   Did you ever have any sexual relations whatsoever with

14    James Xxxxxxxx, also known as Tiga?

15    A.   No, sir.  No, I did not.

16    Q.   Now, we talked about Woodjerry at the top.

17         Did you ever -- let me ask you a question about Woodjerry.

18         How long was he a resident at the Morning Star Center?

19    A.   Six or seven years, I believe.

20    Q.   And next to Woodjerry -- he's listed as children's

21    supervisor.

22         Is that a title or a chore?

23    A.   That's a title.  It was a paid position.

24    Q.   Below Tiga is Son Son.

25         Do you see where it says that?
```

 1    A.   Son Son.  Yes, sir.

 2    Q.   Who is Son Son?

 3    A.   Son Son, his real name is Widson Xxxx.

 4    Q.   Did Widson Xxxx testify in this trial?

 5    A.   Yes, sir, he did.

 6    Q.   Did you ever have any sexual relations whatsoever with

 7    Widson Xxxx?

 8    A.   No, I did not.

 9    Q.   At the time this list was created, some of these 18 names

10    were over 18 -- were some of these people over the age of 18?

11    A.   Yes, sir, they were.

12    Q.   Which were over the age of 18 at the time this list was

13    created?

14    A.   Woodjerry, Wadley, Tiga, Son Son.  And I believe that's it.

15    They were over the age of 18.

16    Q.   The 14 names below were under the age of 18 years of age at

17    the time this list was created?

18    A.   Yes, sir.

19    Q.   Have you had a chance to review those 14 names below

20    Son Son?

21    A.   Yes.  Yes, sir.

22    Q.   At or about the time this list was created, did you have

23    any sexual relations whatsoever with any of those 14 boys?

24    A.   No, sir, I did not.

25    Q.   Below where it says Jeff, staff water and dishes, it says

1    weekends boys.

2        Do you see that?

3    A.   Yes, sir.

4    Q.   What are weekend boys?

5    A.   Weekends boys are, as explained before, children that come

6    in on a Friday afternoon and they stay until Sunday or, during

7    school holidays, they could come and they could stay throughout

8    the period of the holiday, over Christmas or Easter.

9    Q.   Below the weekend boys it talks about backup supervisors.

10       Do you see that?

11   A.   Yes, sir.

12   Q.   It says Jimmy and Roro; does it not?

13   A.   Jimmy and Roro.

14   Q.   Who is Jimmy?

15   A.   Jimmy Xxxxx.

16   Q.   At this time, was Jimmy Xxxxx living full-time or part-time

17   at the Morning Star?

18   A.   He had been working for another facility.  He was fired and

19   he came and I housed him in the staff room down the road as a

20   temporary means.

21   Q.   At this time, was Jimmy over 18 or under 18?

22   A.   He was over 18.

23   Q.   At any time, did Jimmy Xxxxx live at the Morning Star when

24   he was under 18?

25   A.   When he was under 18?

```
1    Q.   Yes, sir.

2    A.   Yes.  For quite a period of time.

3    Q.   Who made the decision to take Jimmy back?

4    A.   I did.

5    Q.   Why did you take him back?

6    A.   He had no place to go.  And I wasn't prepared to receive

7    him back into the main house.  We didn't have the room to do

8    that.

9         But his family lived in a province and he had nowhere to --

10   he had nowhere to go.  So I felt obliged to make sure he was

11   housed.

12   Q.   Who was Roro?

13   A.   Roro is Odelin Xxxxxxxxx.

14   Q.   At this time, was Odelin Xxxxxxxxx over or under the age of

15   18?

16   A.   I believe he was over 18.  He had been discharged from the

17   home for quite some time.

18   Q.   Why was he discharged from the home?

19   A.   Because he was stealing.

20   Q.   Who made the decision to discharge him?

21   A.   I did.

22   Q.   Did you ever take him back?

23   A.   We had a first occasion and then I did.  I took him back.

24   Then after a second occasion, he -- we had an incident where

25   three boys left the program, refusing to be disciplined, and
```

```
 1    then he never returned until -- he came because he wanted to

 2    get a job as a translator.

 3         So I took him and found him positions to go to at Fond

 4    Parisien and at Love A Child and he worked with a couple of

 5    medical teams out there.

 6    Q.   Who taught Odelin Xxxxxxxxx how to speak English?

 7    A.   I did.

 8    Q.   At this time, was Odelin Xxxxxxxxx a full-time resident of

 9    the Morning Star?

10    A.   No, sir, he was not.

11    Q.   Who made the decision to take him back?

12    A.   I did.

13    Q.   Let's talk about -- let me go back a little bit.

14         The decision to take Jimmy Xxxxx back:  You made that

15    decision; did you not?

16    A.   Yes, sir, I did.

17    Q.   Did you ask anything of Jimmy Xxxxx in order for him to

18    come back to the Morning Star?

19    A.   Only that he didn't repeat any of the behavior that

20    excluded him from the program.

21    Q.   Did you ask for any sexual favors from him?

22    A.   No, sir.  None of that.

23    Q.   Did you ask for any sexual favors from Odelin Xxxxxxxxx to

24    return?

25    A.   No, sir.
```

Carter - DIRECT - By Mr. Horowitz                  156

```
 1    Q.   Did you ever ask for any sexual favors from any of the boys
 2    to come back to the Morning Star?
 3    A.   Never.
 4    Q.   Other than for medical services, did the Morning Star
 5    provide any other type of neighborhood outreach?
 6    A.   Yes, sir, we did.
 7    Q.   Let's talk about Santo 14.
 8         What type of neighborhood outreach did the Morning Star
 9    provide?
10              MS. MEDETIS:  Objection.  Relevance.
11              THE COURT:  Overruled.
12              THE WITNESS:  We provided weekend activities for a lot
13    of the local residents, some -- both adults and children.  We
14    had a cinema club for a period of time.
15              We -- for example, Food For The Poor, one of our aid
16    agencies, we accessed a supply of milk on a monthly basis.
17              So we had a program we instigated where people,
18    mothers, could come in and receive milk rations on a monthly
19    basis.  We had other food rations that we would distribute.
20              Prior residents and children that had been on the
21    weekend program, we assisted their family units with food every
22    month to the best of our ability.  And then we had evangelistic
23    outreach.
24              Some of the boys had been trained in the clinic,
25    Woodjerry and Wadley, and they performed functions in a lot of
```

1    the churches and schools, teaching first aid.

2            There was a variety of outreaches that we had through

3    the years.

4    BY MR. HOROWITZ:

5    Q.   How about at Santo 15?  What type of outreaches did you

6    have that may have been different from Santo 14?

7    A.   Well, certainly after the earthquake.  But before the

8    earthquake, it was basically the same thing.

9    Q.   Now, in February of 2004, where was the Morning Star Center

10   located?

11   A.   Santo 14.

12   Q.   During that time, was there a power struggle in the

13   Government of Haiti?

14   A.   Yes, sir.  During that time is when President Aristide

15   was -- he was removed.  There was a revolution.

16   Q.   What impact did the revolution have, if any, on Morning

17   Star?

18   A.   It had a tremendous impact on Morning Star.  There was

19   obviously a lot of rioting.  We became a target because we were

20   a facility that -- because of the reputation we had, that we

21   were distributing food and the medicines, we became a target of

22   what they call in Haiti -- they call it chimere.

23        Chimere is a group out of some of the areas of Cite Soleil,

24   La Saline, Cite Militaire, and they -- they came to raid a lot

25   of the mission facilities.  Mine was one of them.

1    Q.   When did your mission get raided?

2    A.   We were raided 17 times over a period of time in 2004,

3    after the -- when the revelation broke out.

4    Q.   At this time, how many full-time residents did you have at

5    the Morning Star Center?

6    A.   It was -- I think, total, we had over 30.  I think it was

7    32, including weekend residents.

8    Q.   What did you do, if anything, to protect the residents of

9    Morning Star Center?

10   A.   The first thing I did was we sat down and we called parents

11   in and we gave the option for any parent and child that was on

12   the program to go and stay at their home, that if they felt

13   that they were going to be safer at home, to do that.  Some

14   left the program then.

15        For those that were staying, I used my experience and I

16   called on the experience of the American military and -- to

17   fortify the house, to secure the house.  And after the first

18   attack that I repelled --

19              MS. MEDETIS:  Objection.  No question pending.

20              THE WITNESS:  Okay.

21              THE COURT:  Wait for a question.

22              Sustained.

23              THE WITNESS:  Thank you.  Yes.

24   BY MR. HOROWITZ:

25   Q.   Were any of these 17 attacks successful?

1    A.   No, sir, they were not.

2    Q.   Did you keep a firearm at the Morning Star Center?

3    A.   Yes, sir, I did.

4    Q.   Why did you keep a firearm at the Morning Star Center?

5    A.   For security.  It's not an unknown practice.  Most large

6    facilities have security that are armed.  All the supermarkets

7    have security that's armed.

8    Q.   Did you have any armed security at the Morning Star Center?

9    A.   No, sir.  Just myself, until the revolution.

10   Q.   Did you ever have to use the firearm?

11   A.   Yes, sir, I did.

12   Q.   Under what circumstances?

13   A.   Under attack.

14   Q.   Did you ever use the firearm to scare the boys?

15   A.   No, sir, I did not.

16   Q.   Did you ever shoot in the ceiling to make a point?

17   A.   No, I did not.

18   Q.   Did you ever shoot in the air to scare the boys?

19   A.   Not to scare them, but I have shot in the air.  Yes.

20   Q.   Why did you shoot in the air?

21   A.   When we had that era and we were coming under attack, I had

22   to enforce -- or there are certain protocols that I had to

23   establish in the house, that if we were attacked, certain

24   things would have to be done.

25        We had code words that we would use.  I trained the boys

```
 1   in --
 2            MS. MEDETIS:  Objection.  Relevance.  Objection.
 3   Nonresponsive.
 4            THE COURT:  Sustained.
 5   BY MR. HOROWITZ:
 6   Q.  Other than when you were under attack, did you ever use the
 7   firearm?
 8   A.  No, sir.
 9   Q.  Why did you move from Santo 14 to Tabarre 23?
10   A.  The main reason was economics.  I --
11   Q.  When you say "economics," what do you mean?
12   A.  I was unable to pay the higher rent.  The only option I had
13   available was a friend.  Her name is Marie.  She had a
14   supermarket and her brother had the house in Tabarre.
15        It was available.  It wasn't suitable, but I had no other
16   option.  That's the house I could afford the rent for.
17   Q.  How much was the rent -- the last rent that you paid at
18   Santo 14?
19   A.  $150 a month, American -- oh, no.  I'm sorry.
20   Q.  How about the rent at the Tabarre --
21   A.  No.  No.  No.
22        At Tabarre, it was $150 a month.  At Santo 14, it was
23   4,000 -- it was either 4,000 or 4500 a year, American.
24   Q.  So with my rotten math, would that be about $400 a month?
25   A.  Yes, sir.
```

```
 1   Q.   Other than for economic reasons, why did you move from

 2   Santo 14 to Tabarre 23?

 3   A.   There was no other basic reason.  It was just pure

 4   economics at the time.

 5   Q.   Were you trying to hide from anyone or anything?

 6            MS. MEDETIS:  Objection.  Leading.

 7            THE COURT:  Sustained.

 8            Rephrase your question.

 9   BY MR. HOROWITZ:

10   Q.   Were you or were you not trying to hide from --

11            MS. MEDETIS:  Same objection.

12            THE COURT:  Overruled.

13   BY MR. HOROWITZ:

14   Q.   Were you or were you not trying to hide from anyone or

15   anything?

16   A.   No.  Not at all.  It was not that great a distance, anyway.

17   Q.   In terms of miles, how far was Tabarre 23 from Santo 14?

18   A.   It depends on how you traveled.

19        If you were going to go across the ravine, it was -- it was

20   very near.  You know, you could walk it or take a bike.

21        By car -- by car, you would have to go down to one of the

22   carrefours, one of the intersections, and take a car.

23   Q.   Was the home at Santo 14 open and running at the same time

24   that the Tabarre 23 house was running?

25   A.   When we were closing down the Santo 14 house, I had opened
```

Carter - DIRECT - By Mr. Horowitz                162

```
 1   the Tabarre house.  There was an overlap of about a month.
 2   Q.  So for about a month the two houses were up and running?
 3   A.  Yes.  Although the only one that was really running was
 4   Tabarre.  Santo was being closed down.  There was no operation
 5   there.
 6        The clinic had been closed.  The residents had moved out.
 7   Some -- we had downsized.  So some of the boys had gone on home
 8   supervision.  So Santo 14 was only looked after by two boys.
 9   Q.  How long did the two boys look after the home at Santo 14?
10   A.  It was about a month.
11   Q.  And who were the two boys that were in charge of looking
12   after the -- looking after the Santo 14 house?
13   A.  One boy was Eddy Xxxxxxx and the other boy was Ismael
14   Xxxxxxx.
15   Q.  During your operation of the Morning Star from 1995 through
16   and including 2011, did you travel back to the United States?
17   A.  Yes, sir.  Frequently.
18   Q.  Why did you travel back to the United States frequently?
19   A.  The majority of the reasons is for support.  I would go
20   back to solicit support from either families or church
21   organizations.  Other reasons were for medical reasons.
22   Q.  How would you try to solicit support in the United States
23   for Morning Star Center?
24   A.  By making arrangements to speak in a church, to speak
25   before a group, basically.  And then sometimes, you know, we
```

 1   would arrange interested parties who'd want to hear about Haiti

 2   to meet at a home and have a meeting to try and generate some

 3   type of support.

 4   Q.   When you would speak to these churches, would you or would

 5   you not bring with you something similar like Government's

 6   Exhibit 50?

 7   A.   Yes, sir, I would.

 8   Q.   And showing you what's been previously admitted as

 9   Government's Exhibit 49, what was the purpose of this?

10   A.   For people that were regular supporters of the program,

11   it was to give them -- instead of bringing, you know,

12   30 individual pictures, it was to give them a collage and they

13   could see the progressive -- you know, the raising of the

14   children in the program.

15   Q.   Showing you once again Government's Exhibit 50, it's

16   laminated; is it not?

17   A.   Yes, sir, it is.

18   Q.   Who did that?

19   A.   I did.

20   Q.   Showing you Defendant's Exhibit 1 that's already in

21   evidence, first of all, can you read it?

22   A.   Yes, sir.

23   Q.   What is Defendant's Exhibit 1?

24   A.   This is a letter from Peterson Xxxxxx to an interested

25   person in America named Brian -- interested in him.

```
 1   Q.   Who is Peterson Xxxxxx?

 2   A.   Peterson Xxxxxx was a resident that came on the program in

 3   Santo 14-A and was off and on the program until his discharge

 4   in 2004.

 5   Q.   Why was he discharged in 2004?

 6   A.   After --

 7            MR. HOROWITZ:  Judge, may I withdraw that question?

 8            THE COURT:  Yes.

 9   BY MR. HOROWITZ:

10   Q.   Did you force Peterson Xxxxxx to write this letter?

11   A.   No.  Not at all.

12   Q.   Did you ever force any of the children to write letters to

13   the sponsors?

14   A.   No, I did not.

15   Q.   Did you ever censor the communication between the children

16   and the sponsors?

17   A.   No.  The older boys would help younger boys prepare a

18   letter.  I would look at -- if a letter was going to the

19   States, it would have to -- I would send an e-mail.

20       So I would send as the child wrote it on an e-mail and

21   then, when I got a response, I would give the boy the e-mail

22   and the response so that he knows that that letter was -- and

23   then we would keep these -- or the boy would keep them and, if

24   there was any opportunity for him to see that actual --

25            MS. MEDETIS:  Objection.  Nonresponsive.
```

 1              THE COURT:  Sustained.

 2    BY MR. HOROWITZ:

 3    Q.   Now, prior to 2004, when Peterson was discharged, did you

 4    have e-mail?

 5    A.   No, we did not.

 6    Q.   How would this letter get to Brian, who's mentioned in the

 7    top of the letter?

 8    A.   When I said I didn't have an e-mail, I had access to

 9    e-mail, but I didn't have e-mail at the house.  I would go to

10    the supermarket.  I had a relationship with the owners there

11    and I would use the e-mail service there.

12    Q.   Would this letter be mailed?

13    A.   No.  Not -- not by land.

14    Q.   Why not?

15    A.   For two reasons.  First of all, you couldn't guarantee it

16    would ever arrive.  A lot of letters that would come out of

17    Haiti are -- you know, they're opened, you know, to try and

18    find money or whatever.

19         It's a very unsafe system.  I mean, it can be reliable,

20    internally more so.  But internationally you have a lot more

21    problems.

22    Q.   Did you or did you not encourage the children to write

23    letters to the sponsors?

24    A.   I did.  All the time.

25    Q.   Why did you do that?

Carter - DIRECT - By Mr. Horowitz                    166

```
 1   A.   Because they were -- first of all, they were developing
 2   their English.  It could enhance their English skills.
 3        If they did get an opportunity to have a sponsor come and
 4   visit them in Haiti, it gave them to have a -- you know, a
 5   reason to have a personal contact with someone.
 6        And there was oftentimes information exchanged, you know,
 7   my birthday is such-and-such, and -- with the hopes that they
 8   would get a birthday present or some kind of gift.
 9   Q.   Who were some of your sponsors in the United States?
10   A.   It varied through the years.  At one time, we had sponsors
11   that were in Florida, in Mississippi and in Michigan.  The
12   church and the members that were sponsoring us in Mississippi,
13   that church closed down.
14        MS. MEDETIS:  Objection.  Nonresponsive.  No question
15   pending.
16        THE COURT:  Sustained.
17        Wait for a question.
18   BY MR. HOROWITZ:
19   Q.   At one point in time, was Janet Knox one of your sponsors?
20   A.   Yes.
21   Q.   When was she one of your sponsors, if you know?
22   A.   I don't remember exactly.  In the -- at Santo 14.
23   Q.   How did she sponsor Morning Star?  In what way?
24   A.   She had a ministry in Michigan -- in Pontiac, Michigan,
25   called Tribute to the Lord.  She had a large warehouse where
```

1   she'd get all types of food and products and supplies from

2   different corporations, different companies, the supermarket,

3   whatever.

4       She supplied local food banks.  And for missionaries, they

5   could come in and you could bring your van and she would load

6   you up with whatever she had available.

7   Q.  Did she ever give you money for the Morning Star?

8   A.  I don't believe so.  It was always goods.

9   Q.  Whenever you got the goods, how would you get them back to

10  Haiti?

11  A.  I would transport them down to Florida and then either put

12  them in barrels or package them in some way.  And sometimes it

13  would go by air freight.  Other times it would come by the ship

14  in a container.

15  Q.  For how long did Janet Knox contribute to the Morning Star?

16  A.  I would say, all total, maybe a year, a little over a year.

17  At this time I can't remember exactly.  I'm sorry.

18  Q.  Did there come a point in time where Janet Knox traveled to

19  Haiti?

20  A.  Yes, sir.

21  Q.  How many times?

22  A.  Twice.

23  Q.  When she went to Haiti, where did she stay?

24  A.  She stayed at the -- that was in Santo 14.  She stayed with

25  us and she was in the guest room.

```
 1   Q.   Why did she stay in the guest room at Santo 14 and not at a

 2   hotel?

 3   A.   She wanted to be with the children.

 4   Q.   At any time did you deny Janet Knox any access to the

 5   children?

 6   A.   Not at all.  She was with them throughout the day every

 7   day.

 8   Q.   How many times did she come to Haiti?

 9   A.   Twice.

10   Q.   Let's talk about her second trip.

11        Did she go there by herself or with someone else?

12   A.   She came with two.  She came with a young boy -- his name

13   was Charles McGee, I think -- and a girl, Rachel.  Rachel was

14   18, 19 years old.  Charles was, I think, 14.

15   Q.   What relationship, if any, was Rachel to Janet Knox?

16            MS. MEDETIS:  Objection.  Relevance.

17            THE COURT:  Sustained.

18   BY MR. HOROWITZ:

19   Q.   What relation, if any, was the boy to Janet Knox?

20            MS. MEDETIS:  Objection.  Relevance.

21            THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   Did the 19-year-old girl and the 14-year-old boy -- did

24   they stay at the Morning Star Center as well?

25   A.   Yes, sir, they did.
```

1    Q.   During their stay, did you have any sexual relations with

2    any of the residents of the Morning Star Center?

3    A.   No, sir.

4    Q.   Did Janet Knox stay at the Morning Star -- let me strike

5    that.

6         Can you describe her stay at the Morning Star Center during

7    the second trip.

8    A.   There were difficulties.

9    Q.   Why were there difficulties?

10   A.   She had a particularly close relationship with one of the

11   boys named Ismael.  Ismael, in turn, was very friendly, shall

12   we say, with the girl that she had brought, Rachel.  So there

13   were some problems developing there.  Janet was concerned about

14   that and so was I.

15        The second issue, we had an incident where the boy, Ismael,

16   was taking driver's training and the boy couldn't drive.  And

17   it was -- it was a difficult time for him.

18        I refused to let him use the van because he was a danger on

19   the road.  And Janet approached me, saying that I was being

20   unreasonable --

21             MS. MEDETIS:  Objection.  Calls for hearsay.

22   Objection.  Nonresponsive.

23             THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.   Without telling us what Janet Knox told you or said, what,

     1    if anything, happened with the van?

     2    A.   She went out with Ismael and there was an accident.

     3         MS. MEDETIS:  Objection.  Calls for speculation.

     4    Calls for hearsay.

     5         THE COURT:  Overruled.

     6    BY MR. HOROWITZ:

     7    Q.   How do you know there was an accident?

     8    A.   I went down and viewed the van.  He had backed into -- in

     9    Haiti, in front of many of the houses there are walls --

    10         MS. MEDETIS:  Objection.  Nonresponsive.

    11         THE COURT:  Sustained.

    12         Ask your next question.

    13    BY MR. HOROWITZ:

    14    Q.   What was wrong with the van?

    15    A.   He had backed into an upturned axle that was buried in the

    16    ground and it caved in the wheel well in the back and destroyed

    17    a tire.

    18    Q.   As a result of this accident, did you yell at Ismael?

    19    A.   No.  She was very protective of him.  She didn't give me a

    20    chance to.

    21         She stepped in and said, "Don't get angry.  It wasn't his

    22    fault."

    23         And that's when I said, "What was his fault" -- or, "What

    24    wasn't his fault?"

    25         And I went down.  I did have words with him afterwards,

 1   though.

 2   Q.   As a result of this accident, what happened with the

 3   remainder of Janet Knox's trip?

 4   A.   We had another -- she came to me with a couple of requests.

 5   We had words over that.  And she got very upset with me.

 6   Q.   Did she stay at the Morning Star Center for the remainder

 7   of her trip?

 8   A.   Yes, she did.

 9   Q.   Did you make her stay --

10        THE COURT SECURITY OFFICER:  One of the jurors, I

11   believe, has a request, your Honor.

12        THE COURT:  Do you have use the rest room?

13        UNIDENTIFIED JUROR:  Can I?

14        THE COURT:  We're going to take a break.

15        Do not discuss this case either amongst yourselves or

16   with anyone else.  Have no contact whatsoever with anyone

17   associated with the trial.

18        Do not read, listen or see anything touching on this

19   matter in any way, including anything in the media, anything on

20   the Internet or anything on any access device.

21        If anyone should try to talk to you about this case,

22   you should immediately instruct them to stop and report it to

23   my staff.

24        You may leave your notebooks in your chairs.  Please

25   be back in the jury room in -- we'll take five minutes.

```
 1              (Whereupon, the jury exited the courtroom at 4:56 p.m.
 2    and the following proceedings were had:)
 3              THE COURT:  You may be seated.
 4              We're in recess for five.
 5              (Thereupon a recess was taken, after which the
 6    following proceedings were had:)
 7              THE COURT:  We're back on United States of America
 8    versus Matthew Andrew Carter, Case No. 11-20350.
 9              Counsel, state your appearances, please, for the
10    record.
11              MS. MEDETIS:  Yes.  Good afternoon, your Honor.
12              Maria Medetis and Bonnie Kane on behalf of the United
13    States, with Special Agents Larko and Flores at counsels'
14    table.
15              MR. ADELSTEIN:  Stu Adelstein, Phil Horowitz on behalf
16    of Mr. Carter, who's present, along with Reginald Hope, the
17    investigator.
18              THE COURT:  Mr. Horowitz, where are we in your direct?
19              MR. HOROWITZ:  About halfway.
20              THE COURT:  Okay.  So let's bring the jurors in for
21    the last segment.
22              (Whereupon, the jury entered the courtroom at
23    5:06 p.m. and the following proceedings were had:)
24              THE COURT:  You may be seated.
25              You are still under oath, sir.
```

```
 1              You may proceed, Mr. Horowitz.
 2    BY MR. HOROWITZ:
 3    Q.  Mr. Carter, showing you again what has been previously
 4    admitted as Defendant's Exhibit 15, when was this chart
 5    prepared of the daily chores?
 6    A.  Could I just examine it for a minute?
 7         It just went black on me, the screen, or very dark.  There
 8    we go.
 9         I can tell by who's listed on the roster.  It was fairly
10    recent.  Yes.  It was a fairly recent -- within six months of
11    the Morning Star closing.
12    Q.  Was this the chart that was posted at the Morning Star when
13    you left for the United States in April of 2011?
14    A.  Yes, sir, it is.
15    Q.  Showing you what's been previously admitted as Defendant's
16    Exhibit No. 11, which is the chart of the daily routines, was
17    this chart posted at the Morning Star Center when you were last
18    there on April 7th, 2011?
19    A.  Yes, sir, it was.
20    Q.  Did you ultimately have a falling-out with Janet Knox?
21    A.  Yes, sir, I did.
22    Q.  What was the falling-out about?
23    A.  She had approached me.  She wanted to --
24              MS. MEDETIS:  Objection.  Calls for hearsay.
25              THE COURT:  Sustained.
```

1  BY MR. HOROWITZ:

2  Q.  After Janet Knox approached you, what, if anything, did you

3  do?

4  A.  It was over spiritual issues.  She wanted to do certain

5  things in the house and I would not permit her.

6  Q.  What was your understanding as to what type of spiritual

7  things she wanted to do in the house?

8  A.  She was in a very charismatic church.  She wanted to lay

9  hands on all the boys, fill them with the Holy Spirit, speak in

10  tongues and different issues.

11      I explained to her that all the boys in the house came from

12  different denominational backgrounds --

13          MS. MEDETIS:  Objection.  Hearsay.

14          THE COURT:  Sustained.

15  BY MR. HOROWITZ:

16  Q.  After her request to lay hands on the boys and speak in

17  tongues, did you allow that to happen?

18  A.  No, sir, I did not.

19  Q.  As a result of your denial of Janet Knox's request, what

20  happened?

21  A.  She made accusations that I --

22          MS. MEDETIS:  Objection.  Calls for hearsay.

23          THE COURT:  Sustained.

24  BY MR. HOROWITZ:

25  Q.  Did she continue to stay at the Morning Star Center for the

1    remainder of her trip?

2    A.   Yes, she did.

3    Q.   Did you deny her access to the boys?

4    A.   Not at all.  She had free access to all the boys.

5    Q.   Was she allowed to speak in tongues and lay hands on the

6    boys, as she had requested?

7    A.   She was not allowed to lay hands --

8             MS. MEDETIS:  Objection.  Relevance.

9             THE COURT:  I'm sorry?

10            MS. MEDETIS:  Objection.  Relevance.

11            THE COURT:  Can you move the microphone down towards

12   you.  I'm having trouble --

13            MS. MEDETIS:  Objection.  Relevance, your Honor.

14            THE COURT:  Sustained.

15   BY MR. HOROWITZ:

16   Q.   At any point did Janet Knox request to go to a hotel?

17            MS. MEDETIS:  Objection.  Calls for hearsay.

18            THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.   Did Janet Knox stay anywhere other than the Morning Star

21   Center during her -- that second trip?

22   A.   No, sir.

23   Q.   Did Janet Knox ultimately return to the United States after

24   that second trip?

25   A.   Yes, sir, she did.

 1   Q.   What happened to her donations to the Morning Star Center?

 2   A.   I -- I was not received in Pontiac after that.  So they

 3   stopped.

 4   Q.   Aside from at this trial, have you seen Janet Knox since?

 5   A.   No, sir, I have not.

 6   Q.   Within the confines of the Morning Star Center, were there

 7   any educational programs offered to the children or to the

 8   residents?

 9   A.   Yes.  Apart from the English language, which was an ongoing

10   process throughout the life of the program, the boys -- some of

11   them went outside for computer training.

12        If I could find any services in a trade, I would try and

13   arrange that through companies, you know, like bricklayers or

14   carpenter or whatever.

15        If a boy had a particular interest -- I fostered two of

16   them out to mechanics.  They had a mechanical inclination.  So

17   I did whatever I could to -- yeah.

18   Q.   When the boys -- let me strike that.

19        How did the boys learn English?

20   A.   If a boy or girl entered the program, usually by the end of

21   six months, they were speaking a fair amount of English, just

22   because I -- that's the only language I was speaking on the

23   program, English.

24   Q.   Do you speak Creole?

25   A.   Yes.  Some.

```
 1    Q.   Are you fluent?

 2    A.   No, sir.  Not at all.

 3    Q.   Did any of the residents of the Morning Star Center ever

 4    get employed as translators?

 5    A.   Yes, sir.

 6    Q.   Who would that be?

 7              MS. MEDETIS:  Objection.  Relevance.

 8              THE COURT:  Sustained.

 9    BY MR. HOROWITZ:

10    Q.   During the 16 years that you ran the Morning Star Center,

11    how often would you travel back to the United States?

12    A.   Approximately twice a year.

13    Q.   Who would pay for the trips?

14    A.   I would.  And it would come out of donations.  The actual

15    travel expenses would come out of donations.

16    Q.   What were your reasons for coming back to the United States

17    twice a year?

18    A.   To get regular checkups at the VA for conditions I have.

19    Secondly, to visit and try and gain support for the program.

20    Q.   How long would these trips take -- typically be?

21    A.   Usually three to four weeks.

22    Q.   When you left the Morning Star Center for this three- to

23    four-week period, who would run the facility?

24    A.   In Tabarre, it was Woodjerry.  And Wadley would be there

25    and Lucien, if she was available.
```

```
 1        In Santo, I would also have an adult present to give extra
 2   supervision.  And then I had two people that were come by daily
 3   to check and make sure everything was okay.
 4   Q.  Did you ever give instructions that, while you're away,
 5   none of the residents could leave?
 6             MS. MEDETIS:  Objection.  Calls for hearsay.
 7             THE COURT:  Sustained.
 8   BY MR. HOROWITZ:
 9   Q.  Did you ever restrict access to any resident to their
10   parents?
11   A.  No.  Not to their parents.  There were exceptions --
12             MS. MEDETIS:  Objection.  Nonresponsive.
13             THE COURT:  Wait for a question, sir.
14             THE WITNESS:  Okay.
15   BY MR. HOROWITZ:
16   Q.  If one of the residents wanted to go see their mother and
17   father, would you deny them access to their parents?
18   A.  No, I would not.
19             MS. MEDETIS:  Objection.  Leading.
20             THE COURT:  Sustained.
21             Rephrase your question.
22   BY MR. HOROWITZ:
23   Q.  What would the process be if one of the residents wanted to
24   see their mother or their father?
25   A.  The problem?
```

 1   Q.   The -- what would the process be?

 2   A.   They would ask or the parent could request if they could

 3   come and spend a weekend or during the holiday they could go

 4   home for the whole holiday, if they wanted, during -- when they

 5   were off of school.

 6   Q.   Did the Morning Star have a policy regarding these

 7   requests?

 8   A.   No written policy.  It was just, if a boy wanted to go or

 9   if a girl wanted to visit the family, they were -- unless there

10   was a restriction because of problems within the family unit

11   where they couldn't return, it was a danger to them, then there

12   was always free access.

13   Q.   Now, aside from the donations, when you would travel to the

14   United States, would you bring gifts back for the boys?

15   A.   Yes, sir.  Every trip I would always bring a gift back for

16   every boy on the program.

17   Q.   Why would you do that?

18   A.   Well, it's like, when I was a child, my father went on a

19   trip.  He brings a gift back for the kids.  And they would

20   all -- they would all anticipate that.  They would all expect

21   me to bring them something back, and it became a standard

22   routine.

23   Q.   Did you bring them back something in return for sexual

24   favors?

25   A.   No, sir.  Never.

```
 1    Q.   What types of things would you bring back on your trips to

 2    the United States for the residents?

 3    A.   Many children would request a specific gift.  If it was

 4    within reason, I would try and secure that for them.

 5         The older ones that are perhaps taking computer training --

 6    you know, the thing is I wanted this program --

 7              MS. MEDETIS:  Objection.  Nonresponsive.

 8              THE COURT:  Sustained.

 9    BY MR. HOROWITZ:

10    Q.   What types of things would you bring back for the older

11    boys?

12    A.   I could bring back a laptop computer if it was donated.

13    There was a couple of iPods.  Then you get more responsible

14    things -- you know, different programs for computers.

15         Nason was in charge of the PlayStation.  So I'd always

16    bring back an update on, you know, the soccer games and games

17    that they would request for PlayStation.

18    Q.   Now, would you bring them new or used computers?

19    A.   Both.  Whatever I had access to.  Whatever was donated.

20    Q.   How about new or used iPods?

21    A.   They were used.

22    Q.   Did you go out and buy them or were they donated?

23    A.   I would buy them, the iPods.

24    Q.   How about the computer?

25    A.   We had seven computers in the house.  So I had bought two
```

 1   of them, the little ones, and the rest were donated.

 2   Q.  Did there come a point in time where the house at

 3   Tabarre 23 had Internet access?

 4   A.  Yes, sir, we did.

 5   Q.  When was that?

 6   A.  When?

 7   Q.  Yes, sir.

 8   A.  Approximately -- we had Internet access, I think, for

 9   probably two years, the last two years.

10   Q.  Were the residents allowed to use the Internet?

11   A.  Yes.  We had a multiple connection.  We could get three

12   computers going at the same time.  And they were all on.

13   That's -- we entered a new era in the program, a computer era.

14   Q.  Who would supervise their computer use?

15   A.  I would have to -- the thing that I supervised more so was

16   Facebook, because I would have --

17           MS. MEDETIS:  Objection.  Nonresponsive.

18           THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.  Why would you supervise Facebook?

21   A.  Because the boys were very eager to have friends on

22   Facebook and some of the friends that they were, you know,

23   getting were, you know --

24           MS. MEDETIS:  Objection.  Calls for speculation.

25           THE COURT:  Sustained.

```
 1   BY MR. HOROWITZ:
 2   Q.   Were the residents able to communicate with the donors on
 3   Facebook?
 4   A.   Yes, sir.  And Skype.  They were taught on the Skype
 5   system.
 6   Q.   Did you ever restrict their access to the Skype system?
 7   A.   No, sir.  Not -- well, only when we were -- we had it
 8   accessed.  And, normally, that was with -- if I wasn't there or
 9   Woodjerry wasn't there, probably not.
10        There would have to be me or Woodjerry to actually access
11   the Skype, to get the passwords and open everything up.
12   Q.   Did you ever bring the boys bigger and better gifts based
13   on the sexual favors that they were doing to you?
14   A.   No, sir.
15   Q.   Did they ever do any sexual favors for you?
16   A.   No, sir.
17   Q.   Any of these young men?
18   A.   No.
19   Q.   Now, you've talked about Janet Knox and the donations that
20   she gave you.
21        I want to talk about how you got perishable items into the
22   house, foodstuffs.  Okay?
23   A.   Okay.
24             MS. MEDETIS:  Objection.  Relevance.
25             THE COURT:  Sustained.
```

 1    BY MR. HOROWITZ:

 2    Q.   How were you able to get food for the residents?

 3              MS. MEDETIS:  Objection.  Relevance.

 4              THE COURT:  Sustained.

 5    BY MR. HOROWITZ:

 6    Q.   In the schedule previously admitted as Defendant's

 7    Exhibit 11, how many meals per day were provided by Morning

 8    Star Center?

 9    A.   Three meals a day.  Three set meals a day and sometimes

10    extras.

11    Q.   How were you able to get the food for those meals?

12              MS. MEDETIS:  Objection.  Relevance.  Objection.

13    Asked and answered.

14              THE COURT:  Sustained.

15              MR. HOROWITZ:  May I approach, your Honor?

16              THE COURT:  Yes.

17    BY MR. HOROWITZ:

18    Q.   Mr. Carter, showing you what has been previously marked as

19    Defendant's Exhibit No. 10, I'll ask you if you recognize that.

20    A.   Yes, sir, I do.

21    Q.   Is that a true and correct copy of what is depicted

22    therein?

23    A.   Yes, sir.

24    Q.   Was what is depicted in Defendant's Exhibit No. 10 at the

25    Morning Star Center the last time you saw it?

```
 1    A.  Yes, sir.

 2              MR. HOROWITZ:  Your Honor, at this time defense moves

 3    in Defendant's Exhibit 10.

 4              MS. MEDETIS:  No objection, your Honor.

 5              THE COURT:  It will be admitted as Defendant's

 6    Exhibit 10.

 7              (Whereupon, Defendant's Exhibit No. 10 was entered

 8    into evidence.)

 9              THE COURT:  You may publish.

10              MR. HOROWITZ:  May I approach, your Honor?

11              THE COURT:  Yes.

12    BY MR. HOROWITZ:

13    Q.  Showing you Defendant's Exhibit No. 10, I'm going to ask

14    you what Defendant's Exhibit No. 10 is.

15    A.  I'm sorry, sir?

16    Q.  What is depicted in Defendant's Exhibit 10?

17    A.  It's a listing of all the boys that were residents or on

18    the program at that time.

19    Q.  When is the last time that you saw what is depicted in

20    Defendant's Exhibit 10?

21    A.  In April of 2011, when I left for America or -- yes.  When

22    I left for America.

23    Q.  What is the purpose of Defendant's Exhibit -- of what's

24    depicted in Defendant's Exhibit 10?

25    A.  So the boys could get a visible -- you know, they could see
```

```
  1   their name and they could point out, if they had a visitor,
  2   "Here I am.  This is my position.  I'm a team leader" or
  3   whatever the case may be.
  4   Q.  Now, you see where it says Team A and Team B?
  5   A.  Yes, sir.
  6   Q.  What is Team A and what is Team B?
  7   A.  Team A is -- it was under the heading of Jean Eddy and then
  8   Team B was under Ti Makin.
  9   Q.  Aside from iPods, computers, were the residents permitted
 10   to have cell phones?
 11   A.  Yes, sir.
 12   Q.  I'm showing you what I just marked as Defendant's No. 22.
 13          MR. HOROWITZ:  May I approach, your Honor?
 14          THE COURT:  You may.
 15   BY MR. HOROWITZ:
 16   Q.  Do you recognize Defendant's Exhibit 22?
 17   A.  Yes, sir.  That's Tiga's bed.
 18   Q.  Is that a true and correct copy of what Tiga's bed looked
 19   like?
 20   A.  Yes.
 21          MR. HOROWITZ:  Your Honor, at this time move for
 22   admission of Defendant's Exhibit 22.
 23          MS. MEDETIS:  No objection, your Honor.
 24          THE COURT:  It will be admitted as Defendant's
 25   Exhibit 22.
```

```
 1              (Whereupon, Defendant's Exhibit No. 22 was entered

 2   into evidence.)

 3              THE COURT:  You may publish.

 4              MR. HOROWITZ:  Thank you, your Honor.

 5              May I approach?

 6              THE COURT:  Yes.

 7   BY MR. HOROWITZ:

 8   Q.  Mr. Carter, do you see Defendant's Exhibit 22 on the

 9   screen?

10   A.  Yes, sir, I do.

11   Q.  How did you recognize that as Tiga's bed?

12   A.  By the location.  It's next to the entrance to the staff

13   toilet.

14   Q.  Do you recognize the two cell phones that are on that bed?

15   A.  I recognize them as cell phones.  Yes.

16   Q.  Do you recognize those as belonging to the residents --

17   some of the residents of the Morning Star Center?

18   A.  Yes, sir.

19   Q.  Who paid for the cell phone usage of the Morning Star

20   residents?

21   A.  I did.

22   Q.  How many of the Morning Star residents had cell phones?

23   A.  When we came under attack in Santo 14, I ensured that there

24   was a cell phone in the hand of a boy at any of the schools we

25   were attending, that if there was a problem, they could
```

 1    immediately call me to intervene.

 2    Q.   Could they call their parents on those cell phones?

 3    A.   Of course.

 4    Q.   Did you restrict the boys' use of the cell phones in any

 5    way whatsoever?

 6    A.   No.  Only that if they -- I would buy them -- the system in

 7    Haiti is you have phone cards -- prepaid phone cards.  And I

 8    would give them so many minutes a month.  If they wasted it in

 9    a week by, you know, erroneous calls, then I would restrict

10    that.

11        I would tell them they'd have to wait until the month to

12    get another card, you know, unless of course it was a situation

13    where --

14             MS. MEDETIS:  Objection.  Nonresponsive.

15             THE COURT:  Sustained.

16             We're going to break for the day.

17             Do not discuss this case either amongst yourselves or

18    with anyone else.  Have no contact whatsoever with anyone

19    associated with the trial.

20             Do not read, listen or see anything touching on this

21    matter in any way, including anything on the Internet, anything

22    in the media or anything on any access device.

23             If anyone should try to talk to you about this case,

24    you should immediately instruct them to stop and report it to

25    my staff.

1              If you would, give your notebooks to the court

2    security officer.  Enjoy your weekend.  I'll see you Tuesday

3    morning, 9:00.

4              (Whereupon, the jury exited the courtroom at 5:33 p.m.

5    and the following proceedings were had:)

6              THE COURT:  We're in recess until 9:00, Tuesday

7    morning.  Have a nice weekend.

8              MS. MEDETIS:  Likewise, Judge.

9              MS. KANE:  Thank you, your Honor.

10             (Proceedings concluded.)

11

12                      C E R T I F I C A T E

13

14             I hereby certify that the foregoing is an accurate

15   transcription of the proceedings in the above-entitled matter.

16

17

18   _____        /s/Lisa Edwards_____
         DATE             LISA EDWARDS, RDR, CRR
19                        Official United States Court Reporter
                          400 North Miami Avenue, Twelfth Floor
20                        Miami, Florida 33128
                          (305) 523-5499
21

22

23

24

25

## $

**$10,000** [1] - 110:8
**$150** [2] - 160:19, 160:22
**$400** [2] - 107:4, 160:24

## '

**'70s** [1] - 42:5
**'80s** [1] - 78:23
**'97** [1] - 111:2
**'98** [1] - 111:2

## /

**/s/Lisa** [1] - 188:18

## 1

**1** [6] - 1:8, 34:5, 34:9, 34:11, 163:20, 163:23
**10** [11] - 3:11, 183:19, 183:24, 184:3, 184:6, 184:7, 184:13, 184:14, 184:16, 184:20, 184:24
**100** [1] - 118:21
**105** [2] - 80:13, 80:24
**10:00** [4] - 128:6, 128:7, 140:22
**10:21** [1] - 45:21
**10:41** [1] - 46:17
**10th** [1] - 119:21
**11** [14] - 3:10, 17:8, 53:6, 131:16, 131:24, 132:14, 132:16, 132:17, 132:25, 140:12, 141:3, 146:4, 173:16, 183:7
**11-20350** [5] - 4:4, 46:2, 73:8, 115:22, 172:8
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:18** [1] - 70:2
**11:24** [1] - 71:24
**11:26** [1] - 72:15
**12** [1] - 53:6
**12:00** [3] - 70:22, 71:8, 128:6
**1307** [1] - 8:19
**132** [1] - 3:10
**14** [39] - 110:21,

110:23, 122:23, 124:10, 124:17, 125:3, 125:14, 125:24, 126:3, 130:18, 133:14, 134:3, 134:19, 137:16, 138:4, 138:8, 138:14, 142:19, 152:16, 152:19, 152:23, 156:7, 157:6, 157:11, 160:9, 160:18, 160:22, 161:2, 161:17, 161:23, 161:25, 162:8, 162:9, 162:12, 166:22, 167:24, 168:1, 168:14, 186:23
**14-A** [1] - 111:3, 120:17, 164:3
**14-year-old** [1] - 168:23
**1400** [1] - 1:18
**141** [1] - 8:20
**142** [1] - 3:10
**1451** [1] - 8:20
**15** [29] - 3:10, 53:12, 122:23, 124:10, 124:17, 125:3, 125:14, 125:24, 126:4, 126:21, 130:18, 133:15, 134:4, 138:4, 138:23, 138:24, 139:1, 141:14, 141:25, 142:2, 142:3, 142:10, 142:14, 142:19, 143:10, 146:23, 150:17, 157:5, 173:4
**1525** [1] - 8:22
**16** [5] - 18:20, 38:18, 38:19, 53:13, 177:10
**17** [8] - 18:13, 19:2, 19:4, 53:24, 53:25, 54:2, 158:2, 158:25
**18** [15] - 19:16, 152:9, 152:10, 152:12, 152:15, 152:16, 153:21, 153:22, 153:24, 154:15, 154:16, 168:14
**184** [1] - 3:11
**186** [1] - 3:11
**188** [1] - 1:8
**19** [5] - 22:5, 22:6, 95:4, 168:14
**19-year-old** [1] - 168:23
**1910** [1] - 1:24
**1945** [2] - 9:22, 9:23

**1963** [1] - 19:14
**1964** [3] - 22:6, 22:8, 22:20
**1967** [3] - 22:9, 22:20, 26:17
**197** [1] - 55:20
**1970s** [2] - 47:5, 47:11
**1978** [2] - 18:3, 47:18
**1979** [3] - 47:3, 47:14, 47:15
**1980s** [5] - 65:20, 82:2, 82:7, 82:24, 83:1
**1981** [1] - 58:11
**1982** [8] - 10:14, 60:9, 61:1, 66:15, 67:8, 67:10, 77:12, 78:20
**1985** [1] - 58:16
**1986** [20] - 66:1, 66:8, 66:10, 67:2, 67:8, 67:10, 67:13, 77:12, 79:13, 79:14, 79:17, 79:23, 80:10, 81:9, 83:8, 83:11, 83:22, 84:10, 86:25, 93:23
**1990** [2] - 91:24, 95:5
**1990s** [1] - 96:3
**1992** [2] - 8:23, 95:25
**1995** [13] - 79:1, 97:18, 97:23, 97:24, 100:16, 101:10, 101:12, 107:5, 108:16, 108:23, 109:21, 131:5, 162:15
**1996** [6] - 108:16, 108:23, 109:21, 119:21, 120:14, 131:5
**1997** [3] - 108:6, 110:21, 120:14
**1998** [2] - 8:21, 110:21
**1:30** [3] - 71:18, 72:13, 73:4
**1:47** [1] - 73:25
**1st** [2] - 110:24, 110:25

## 2

**2001** [1] - 110:24
**2004** [6] - 110:25, 157:9, 158:2, 164:4, 164:5, 165:3
**2005** [4] - 122:12, 122:13, 122:18, 122:19

**2011** [7] - 8:19, 100:16, 101:10, 162:16, 173:13, 173:18, 184:21
**2013** [1] - 1:5
**20530** [1] - 1:19
**21st** [2] - 122:13, 122:18
**22** [9] - 1:5, 3:11, 28:17, 185:12, 185:16, 185:22, 185:25, 186:1, 186:8
**23** [16] - 28:17, 122:12, 126:1, 126:22, 127:20, 128:2, 138:9, 138:10, 139:8, 139:11, 143:17, 160:9, 161:2, 161:17, 161:24, 181:3
**24** [3] - 28:17, 120:4
**26** [1] - 35:16
**27th** [2] - 9:22, 9:23
**28** [1] - 35:16
**2929** [1] - 1:21
**2:00** [5] - 128:4, 128:5, 128:7, 136:15, 136:16
**2:57** [1] - 115:8

## 3

**3** [2] - 118:20
**30** [2] - 158:6, 163:12
**305** [2] - 2:3, 188:20
**32** [3] - 110:21, 111:3, 158:7
**33128** [2] - 2:3, 188:20
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**37-A** [3] - 113:20, 116:15, 119:17
**37-B** [3] - 114:7, 116:14, 119:17
**3:00** [1] - 136:22
**3:25** [1] - 116:8
**3:30** [1] - 137:8

## 4

**4** [1] - 126:21
**4,000** [2] - 160:23
**40** [1] - 84:2
**400** [2] - 2:2, 188:19
**410** [1] - 1:22
**4500** [1] - 160:23
**46** [1] - 104:13

**49** [1] - 163:9
**4:00** [1] - 128:4
**4:30** [3] - 137:6, 137:9, 137:10
**4:56** [1] - 172:1

## 5

**50** [2] - 163:6, 163:15
**523-5499** [2] - 2:3, 188:20
**5:06** [1] - 172:23
**5:30** [2] - 133:19, 133:20
**5:33** [2] - 1:6, 188:4

## 6

**60-some** [1] - 103:9
**600** [1] - 1:18
**646** [1] - 8:18
**67** [1] - 9:20
**6:00** [3] - 128:3, 135:2, 137:22
**6:30** [1] - 139:20

## 7

**77** [5] - 49:11, 49:16, 52:12, 76:14, 76:15
**700** [1] - 140:11
**7:15** [1] - 135:12
**7:30** [1] - 135:20
**7th** [1] - 173:18

## 8

**8** [2] - 16:8, 20:2
**8:00** [3] - 128:6, 141:1

## 9

**9** [1] - 3:5
**9130** [1] - 1:24
**92** [3] - 107:21, 109:25, 110:20
**93** [2] - 108:15, 131:2
**953** [1] - 8:22
**99** [1] - 1:15
**9:00** [2] - 188:3, 188:6
**9:19** [1] - 1:6
**9:27** [1] - 9:6

# A

**a.m** [9] - 1:6, 9:6, 45:21, 46:17, 70:2, 71:24, 72:15, 133:20, 133:21

**ability** [4] - 28:9, 28:10, 28:11, 156:22

**able** [20] - 25:23, 28:12, 28:24, 33:18, 37:12, 37:14, 87:3, 97:15, 97:17, 102:9, 112:3, 119:13, 122:1, 127:13, 131:2, 138:11, 144:4, 182:2, 183:2, 183:11

**above-entitled** [1] - 188:15

**absence** [1] - 128:10

**absolutely** [1] - 107:19

**abuse** [3] - 15:3, 32:11, 36:24

**abused** [1] - 14:22

**accepted** [1] - 121:9

**access** [20] - 45:14, 72:8, 113:17, 115:2, 118:19, 125:17, 165:8, 168:4, 171:20, 175:3, 175:4, 178:9, 178:17, 179:12, 180:19, 181:3, 181:8, 182:6, 182:10, 187:22

**accessed** [2] - 156:16, 182:8

**accessible** [1] - 60:24

**accident** [4] - 170:2, 170:7, 170:18, 171:2

**accommodate** [1] - 110:10

**accommodation** [1] - 122:2, 127:2

**accompany** [1] - 65:2

**accompanying** [2] - 65:5, 65:6

**according** [1] - 146:22

**account** [1] - 133:8

**accountability** [4] - 32:9, 33:9, 58:18, 58:20

**accountable** [2] - 32:12, 58:23

**accurate** [1] - 188:14

**accusations** [4] - 36:10, 94:5, 100:8, 174:21

**accused** [2] - 36:8, 99:20

**accuser** [1] - 47:23

**accusers** [1] - 47:22

**acquitted** [2] - 37:15, 97:16

**activities** [5] - 120:9, 129:4, 140:16, 140:20, 156:12

**activity** [1] - 94:2

**actual** [5] - 29:4, 31:20, 126:8, 164:24, 177:14

**adapt** [1] - 133:11

**addition** [2] - 54:2, 145:4

**addressed** [1] - 117:22

**Adelstein** [6] - 4:15, 7:11, 46:9, 73:17, 116:3, 172:15

**ADELSTEIN** [21] - 1:20, 1:21, 4:14, 4:23, 5:11, 5:14, 5:16, 6:2, 7:12, 7:24, 8:5, 8:8, 8:24, 46:9, 70:5, 71:9, 71:12, 71:19, 73:16, 116:3, 172:15

**Administration** [3] - 10:18, 26:18, 103:2

**administration** [1] - 123:19

**admission** [1] - 185:22

**admissions** [2] - 59:1, 59:4

**admit** [1] - 121:20

**admitted** [18] - 49:10, 52:11, 107:20, 108:14, 109:24, 113:19, 121:15, 131:1, 132:15, 132:24, 133:10, 142:1, 163:8, 173:4, 173:15, 183:6, 184:5, 185:24

**adolescent** [2] - 53:12, 105:14

**adopt** [1] - 88:5

**adopted** [1] - 92:13

**adult** [1] - 178:1

**adults** [1] - 156:13

**advanced** [2] - 33:25, 34:19

**advertise** [2] - 100:19, 121:2

**advisor** [2] - 113:24, 116:25

**advisors** [2] - 113:23, 113:25

**afford** [1] - 160:16

**afraid** [1] - 80:15

**afternoon** [14] - 73:11, 73:16, 74:6, 74:7, 115:25, 135:10, 135:25, 136:5, 136:11, 136:17, 137:10, 137:11, 153:6, 172:11

**afterwards** [1] - 170:25

**Agape** [1] - 83:6

**age** [7] - 38:19, 152:10, 152:12, 152:15, 152:16, 154:14

**agencies** [2] - 123:20, 156:16

**agency** [2] - 58:5, 92:15

**Agents** [4] - 4:11, 46:7, 73:14, 172:13

**aggressive** [1] - 63:8

**ago** [2] - 77:5, 78:19

**agree** [1] - 72:19

**ahead** [4] - 18:14, 18:18, 32:22, 141:4

**Aid** [1] - 124:2

**aid** [2] - 156:15, 157:1

**ailment** [1] - 119:13

**ailments** [1] - 118:24

**air** [22] - 21:4, 21:6, 21:7, 21:11, 21:14, 21:25, 24:6, 24:17, 24:19, 25:2, 26:24, 27:1, 44:12, 48:24, 50:16, 138:5, 138:6, 159:18, 159:19, 159:20, 167:13

**Air** [22] - 15:13, 19:12, 19:19, 20:1, 20:7, 20:11, 20:19, 21:1, 21:16, 21:18, 21:19, 21:20, 21:22, 22:10, 22:12, 22:21, 22:22, 24:4, 24:18, 26:3, 27:23, 28:2

**aircraft** [2] - 25:11, 25:12

**airfare** [1] - 68:5

**airman** [2] - 20:21, 20:24

**airport** [1] - 83:4

**Al** [1] - 24:3

**Alan** [1] - 28:15

**Albans** [2] - 24:1, 28:6

**alive** [1] - 18:2

**allegations** [13] -

**afternoon** [...] [line continues]

**apart** [1] - 176:9

**apartment** [15] - 39:3, 39:6, 48:13, 50:2, 51:8, 51:19, 51:20, 51:21, 51:24, 52:1, 54:10, 54:16, 54:20, 61:20, 62:25

**apologize** [3] - 24:15, 43:5, 85:1

**Appalachian** [1] - 78:4

**appearances** [5] - 4:6, 46:3, 73:9, 115:23, 172:9

**APPEARANCES** [1] - 1:13

**applied** [3] - 34:21, 34:24, 35:3

**apply** [1] - 34:23

**appointed** [1] - 35:11

**appointments** [1] - 39:17

**approach** [9] - 14:14, 69:22, 70:5, 131:12, 141:10, 183:15, 184:10, 185:13, 186:5

**approached** [5] - 77:18, 80:25, 169:19, 173:23, 174:2

**appropriate** [2] - 28:9, 70:8

**approved** [1] - 31:18

**April** [5] - 9:22, 9:23, 173:13, 173:18, 184:21

**area** [22] - 41:23, 42:2, 42:3, 42:4, 42:6, 42:8, 52:1, 78:3, 80:24, 86:21, 94:2, 102:15, 110:14, 110:16, 110:19, 111:12, 118:3, 125:15, 134:21, 138:25, 150:21

**areas** [4] - 87:15, 93:25, 124:17, 157:23

**Aristide** [1] - 157:14

**armed** [2] - 159:6, 159:7, 159:8

**arrange** [12] - 25:2, 25:7, 25:8, 25:13, 25:21, 31:3, 32:5, 44:5, 44:7, 44:10, 163:1, 176:13

**arranged** [5] - 28:15, 44:11, 87:20, 88:8, 136:2

**arrangements** [7] - 32:7, 32:14, 32:15, 32:17, 77:8, 77:9,

**alleviate** [1] - 120:7

**alley** [1] - 17:15

**allow** [2] - 138:2, 174:17

**allowance** [1] - 29:24

**allowed** [5] - 51:6, 140:15, 175:5, 175:7, 181:10

**almost** [3] - 22:3, 79:25, 129:4

**alone** [2] - 32:7, 106:19

**Amendment** [5] - 6:9, 6:16, 6:24, 7:8, 8:17

**AMERICA** [1] - 1:4

**America** [11] - 4:3, 46:1, 55:22, 55:23, 56:19, 73:7, 115:21, 163:25, 172:7, 184:21, 184:22

**American** [2] - 21:18, 21:20, 44:12, 96:23, 110:9, 158:16, 160:19, 160:23

**Americans** [1] - 23:6

**amount** [2] - 110:6, 176:21

**ANDREW** [2] - 1:7, 9:11

**Andrew** [11] - 3:5, 4:4, 6:7, 9:10, 9:14, 11:13, 11:22, 46:1, 73:8, 115:22, 172:8

**angry** [4] - 86:1, 86:5, 170:21

**Ann** [2] - 120:18, 120:19

**announcing** [1] - 70:8

**answer** [2] - 22:16, 67:5

**answered** [10] - 25:18, 29:20, 43:19, 55:15, 66:13, 76:5, 145:17, 145:19, 149:22, 183:13

**answers** [2] - 15:10, 15:11

**anticipate** [2] - 8:6, 179:20

**anyplace** [2] - 21:15, 25:6

**anyway** [2] - 109:23, 161:16

162:24
**arrest** [1] - 143:20
**arrested** [8] - 36:23, 96:15, 96:17, 96:19, 96:21, 96:22, 97:8, 100:17
**arrive** [1] - 165:16
**artfully** [1] - 112:23
**Asher** [1] - 39:24
**aside** [7] - 25:15, 43:24, 76:16, 83:9, 176:4, 179:13, 185:9
**aspect** [4] - 29:7, 32:10, 43:12, 43:24
**aspects** [1] - 32:4
**assemble** [1] - 134:2
**assembled** [1] - 134:2
**Assemblies** [1] - 79:8
**assess** [2] - 30:20, 31:23
**assessed** [2] - 39:15, 42:10
**assessing** [1] - 31:1
**assessment** [16] - 29:12, 30:14, 30:15, 30:16, 30:17, 30:18, 31:7, 31:14, 31:22, 34:2, 34:17, 34:25, 35:14, 36:2, 53:21, 55:2
**assign** [2] - 144:21, 149:20
**assigned** [5] - 21:16, 135:3, 135:4, 149:14, 149:15
**assignment** [1] - 149:12
**assist** [5] - 38:22, 86:16, 137:3, 144:8, 146:13
**assistance** [1] - 113:23
**ASSISTANT** [1] - 1:15
**assistant** [2] - 126:23, 128:23
**assistants** [1] - 88:1
**assisted** [1] - 156:21
**associated** [8] - 45:11, 72:5, 86:19, 114:24, 124:5, 124:9, 171:17, 187:19
**assuming** [1] - 21:21
**Atlantic** [1] - 23:7
**attack** [5] - 158:18, 159:13, 159:21, 160:6, 186:23
**attacked** [1] - 159:23

**attacks** [1] - 158:25
**attempt** [2] - 102:8, 102:9
**attend** [2] - 51:6, 136:2
**attended** [1] - 57:4
**attending** [4] - 29:4, 75:19, 135:24, 186:25
**attention** [3] - 111:20, 122:23, 131:5
**ATTORNEY** [1] - 1:15
**attorneys** [1] - 6:24
**attracted** [1] - 57:9
**attracting** [1] - 111:20
**au** [5] - 61:20, 61:22, 63:1, 65:23, 65:24
**August** [4] - 108:6, 110:21, 122:13, 122:18
**authorities** [1] - 125:6
**authorization** [1] - 125:7
**automatically** [1] - 105:16
**availability** [1] - 32:9
**available** [12] - 23:23, 92:5, 124:18, 124:23, 124:24, 125:21, 129:25, 130:1, 160:13, 160:15, 167:6, 177:25
**avenue** [1] - 85:3
**Avenue** [4] - 1:18, 1:21, 2:2, 188:19
**Aviation** [1] - 26:18
**awoke** [1] - 123:9
**axle** [1] - 170:15

**B**

**backed** [2] - 170:8, 170:15
**background** [1] - 49:17
**backgrounds** [1] - 174:12
**backup** [1] - 153:9
**bad** [2] - 63:9, 63:10
**bag** [1] - 63:3
**bank** [2] - 13:10
**banks** [1] - 167:4
**Baptists** [1] - 79:8
**Bar** [2] - 30:9, 30:10
**bar** [2] - 14:17, 69:22
**Barbara** [4] - 58:1, 58:2, 58:10, 58:12

**Barbara's** [1] - 58:6
**barred** [1] - 138:10
**barrels** [2] - 139:2, 167:12
**Barry** [2] - 24:1, 28:6
**Base** [3] - 20:11, 21:1, 21:22
**base** [20] - 21:17, 21:18, 21:19, 21:20, 22:12, 22:22, 22:25, 24:6, 24:17, 24:19, 24:21, 24:25, 25:2, 25:8, 25:13, 25:16, 27:24, 44:12, 48:24, 50:16
**based** [4] - 60:16, 94:11, 117:5, 182:12
**basement** [1] - 69:13
**basic** [6] - 20:8, 20:16, 20:19, 20:25, 29:6, 161:3
**basis** [7] - 40:16, 40:21, 79:2, 80:2, 97:19, 156:16, 156:19
**basketball** [2] - 137:16, 140:17
**bathrooms** [1] - 69:11
**Beach** [3] - 84:22, 95:22, 96:9
**beat** [2] - 13:2, 125:1
**became** [9] - 44:1, 103:10, 104:15, 105:9, 135:9, 157:19, 157:21, 179:21
**become** [5] - 79:4, 104:21, 105:5, 120:11
**becoming** [3] - 77:13, 112:7, 112:8
**bed** [5] - 141:1, 185:17, 185:18, 186:11, 186:14
**Bedouin** [1] - 87:18
**bedroom** [4] - 32:24, 68:18, 148:21, 149:9
**bedrooms** [5] - 54:9, 54:10, 69:10, 69:14, 127:3
**beds** [1] - 32:19
**bedtime** [1] - 140:22
**BEFORE** [1] - 1:10
**began** [2] - 105:10, 119:23
**begin** [2] - 42:5, 105:17
**beginning** [3] - 57:9, 105:20, 133:18
**behalf** [6] - 4:9, 4:15, 46:6, 46:10, 73:12, 73:17, 116:1,

116:3, 172:12, 172:15
**behavior** [2] - 36:8, 155:19
**behind** [2] - 137:5, 137:19
**believers** [1] - 57:20
**Bellbrook** [4] - 56:21, 68:16, 69:12, 74:17
**belonging** [1] - 186:16
**below** [13] - 126:7, 126:8, 128:18, 129:1, 129:14, 130:16, 146:7, 151:24, 152:16, 152:19, 152:25, 153:9
**belt** [1] - 30:12
**Bennett** [1] - 62:11
**Bennie** [3] - 84:18, 84:19, 85:2
**best** [4] - 29:14, 39:25, 40:2, 156:22
**Bethlehem** [1] - 12:16
**better** [7] - 71:6, 71:7, 72:17, 131:4, 142:12, 142:13, 182:12
**Betty** [3] - 63:17, 64:13, 65:11
**between** [15] - 24:5, 25:2, 44:13, 67:8, 67:10, 70:13, 71:10, 77:12, 96:9, 110:19, 110:24, 120:1, 136:4, 150:8, 164:15
**Bible** [3] - 57:10, 57:19, 57:21
**Biblical** [1] - 103:24
**big** [1] - 68:17
**bigger** [6] - 111:5, 111:7, 111:8, 112:2, 182:12
**bike** [1] - 161:20
**Bill** [2] - 10:4
**Bill's** [2] - 146:24, 147:12
**Billy** [1] - 10:5
**birth** [1] - 9:21
**birthday** [2] - 166:7, 166:8
**bit** [6] - 20:18, 69:19, 96:2, 97:21, 142:11, 155:13
**black** [2] - 96:23, 173:7
**blackouts** [1] - 139:10
**Blackshaw** [9] -

35:1, 35:2, 39:11, 39:19, 39:20, 39:21, 40:1, 40:24, 41:15
**blessing** [2] - 86:14, 86:15
**blew** [1] - 79:19
**blurry** [1] - 142:11
**Board** [1] - 23:25
**board** [11] - 23:12, 24:8, 114:6, 117:8, 117:11, 117:16, 117:19, 132:1, 132:2, 132:9, 132:11
**bodies** [1] - 63:3
**boisterous** [1] - 140:16
**boisterous-type** [1] - 140:16
**BONNIE** [1] - 1:17
**Bonnie** [5] - 4:9, 46:6, 73:12, 116:1, 172:12
**Book** [2] - 60:16, 103:24
**born** [5] - 10:1, 10:2, 10:8, 56:2, 56:6
**born-again** [1] - 56:2
**Borough** [1] - 33:22
**borough** [5] - 27:13, 27:14, 29:4, 29:18, 29:22
**bottom** [2] - 114:9, 141:3
**bought** [1] - 180:25
**Boulevard** [1] - 1:24
**Bouquets** [3] - 99:8, 101:15, 101:17, 110:17, 110:24, 111:4, 111:21, 114:3, 117:3, 118:3, 118:12, 125:8, 125:16
**bowling** [1] - 17:14
**boy** [40] - 16:2, 16:12, 17:10, 39:13, 44:3, 49:20, 88:5, 88:11, 89:8, 90:20, 92:11, 105:1, 123:17, 126:18, 128:24, 130:4, 130:9, 134:8, 134:14, 135:5, 135:10, 143:24, 144:10, 144:21, 147:4, 162:13, 164:21, 164:23, 168:12, 168:19, 168:23, 169:15, 169:16, 176:15, 176:20, 179:8, 179:16, 186:24
**boy's** [1] - 89:1

**boys** [86] - 35:17, 42:14, 44:2, 44:3, 48:9, 48:18, 48:23, 49:4, 49:18, 50:10, 51:9, 51:10, 52:21, 53:2, 54:2, 54:6, 54:7, 59:2, 64:10, 66:21, 67:3, 67:22, 67:25, 68:2, 68:8, 68:22, 69:9, 69:15, 76:22, 88:2, 92:6, 97:2, 107:16, 108:6, 108:9, 128:21, 129:2, 129:17, 129:18, 130:25, 133:9, 137:2, 138:1, 140:5, 140:25, 144:20, 146:2, 148:15, 149:5, 149:7, 150:8, 152:23, 153:1, 153:4, 153:5, 153:9, 154:25, 156:1, 156:24, 159:14, 159:18, 159:25, 162:7, 162:8, 162:9, 162:11, 164:17, 169:11, 174:9, 174:11, 174:16, 175:3, 175:4, 175:6, 176:10, 176:18, 176:19, 179:14, 180:11, 181:21, 182:12, 184:17, 184:25

**boys'** [1] - 187:4

**branch** [2] - 19:11, 19:23

**bread** [1] - 140:3

**break** [4] - 45:8, 70:11, 70:21, 70:23, 71:12, 72:24, 72:25, 73:1, 73:2, 114:21, 123:8, 171:14, 187:16

**breakfast** [4] - 123:11, 128:15, 135:12, 135:15

**breaking** [3] - 70:22, 71:18

**Brian** [2] - 163:25, 165:6

**Briarly** [3] - 24:3, 28:15, 28:25

**Briarlys** [2] - 27:22, 28:5

**bricklayers** [1] - 176:13

**bring** [18] - 9:4, 71:16, 71:21, 73:22, 99:12, 163:5, 167:5, 172:20, 179:14, 179:15, 179:21,

179:23, 180:1, 180:10, 180:12, 180:16, 180:18, 182:12

**bringing** [1] - 163:11

**brings** [1] - 179:19

**Britain** [3] - 76:25, 77:2, 133:13

**British** [6] - 21:18, 21:21, 27:19, 33:16, 38:6, 45:6

**broke** [3] - 46:23, 74:8, 158:3

**Bromley** [2] - 35:6, 35:7

**brother** [1] - 49:21, 74:14, 160:14

**brothers** [8] - 16:15, 74:9, 74:12, 75:11, 75:25, 76:14, 76:17, 77:10

**brought** [5] - 79:23, 102:6, 102:13, 103:21, 169:12

**bucket** [7] - 139:14, 139:15, 139:17, 148:25, 149:9, 149:25, 150:4

**building** [3] - 54:17, 54:18, 63:24

**buildings** [1] - 88:4

**bulletin** [4] - 132:1, 132:2, 132:9, 132:11

**bump** [1] - 141:9

**bumped** [1] - 18:18

**buried** [1] - 170:15

**business** [2] - 98:3, 98:4

**butter** [1] - 140:4

**buy** [3] - 180:22, 180:23, 187:6

**BY** [170] - 2:1, 9:16, 11:19, 13:20, 14:5, 15:21, 19:8, 20:6, 22:19, 23:3, 24:24, 25:20, 26:11, 28:13, 30:3, 31:12, 34:8, 34:14, 36:1, 36:20, 37:4, 37:11, 37:21, 38:4, 40:13, 40:20, 41:6, 41:14, 41:21, 43:16, 43:21, 44:18, 45:3, 46:22, 47:10, 47:16, 48:4, 48:17, 48:22, 49:9, 50:5, 51:1, 51:14, 53:1, 53:8, 54:13, 54:23, 55:17, 56:9, 56:15, 57:17, 58:24, 59:10, 59:14, 59:20, 60:6,

62:1, 63:6, 64:6, 66:16, 67:1, 67:7, 68:21, 69:7, 74:5, 75:24, 76:7, 80:9, 80:20, 81:8, 81:17, 82:1, 82:23, 86:4, 86:9, 88:18, 88:23, 89:13, 89:23, 90:4, 90:10, 90:17, 91:1, 91:7, 92:24, 93:18, 97:10, 98:14, 98:22, 100:1, 100:9, 102:4, 103:7, 104:5, 105:4, 107:9, 108:13, 109:20, 112:1, 112:15, 112:22, 113:8, 114:15, 116:13, 117:15, 119:5, 121:1, 121:14, 122:11, 122:17, 124:21, 127:19, 128:1, 129:11, 130:8, 130:15, 131:14, 131:23, 132:7, 132:23, 136:9, 136:14, 136:21, 138:22, 139:7, 140:1, 140:10, 141:12, 142:9, 143:1, 145:14, 145:21, 147:8, 147:19, 147:24, 149:19, 149:24, 150:11, 157:4, 158:24, 160:5, 161:9, 161:13, 164:9, 165:2, 166:18, 168:18, 168:22, 169:24, 170:6, 170:13, 173:2, 174:1, 174:15, 174:24, 175:15, 175:19, 177:9, 178:8, 178:15, 178:22, 180:9, 181:19, 182:1, 183:1, 183:5, 183:17, 184:12, 185:15, 186:7

**C**

**C-a-r-t-e-r** [1] - 9:14

**Cairo** [2] - 88:3, 88:9

**camel** [1] - 87:16

**Camp** [1] - 35:7

**Canadian** [2] - 98:24, 106:9

**Canadian-Caribbean** [1] - 106:9

**candy** [2] - 72:21, 72:23

**cannot** [1] - 6:12

**capacity** [3] - 40:8,

45:5, 54:24

**car** [3] - 161:21, 161:22

**card** [1] - 187:12

**cards** [2] - 187:7

**care** [14] - 27:18, 27:20, 28:20, 29:7, 29:10, 33:17, 39:15, 42:10, 64:12, 92:13, 101:7, 123:22, 124:17, 149:25

**career** [2] - 27:9, 27:10

**careful** [1] - 77:19

**cargo** [1] - 25:11

**Caribbean** [1] - 106:9

**carpenter** [1] - 176:14

**Carrefour** [1] - 110:18

**carrefours** [1] - 161:22

**Carter** [42] - 3:5, 4:4, 4:15, 5:2, 5:5, 5:6, 5:12, 6:7, 6:8, 9:10, 9:14, 9:17, 9:19, 11:13, 11:22, 11:23, 12:10, 15:22, 16:15, 46:1, 46:10, 46:23, 50:6, 73:8, 73:18, 73:20, 74:6, 74:8, 78:13, 93:19, 114:16, 115:22, 116:4, 116:14, 116:19, 141:13, 142:10, 172:8, 172:16, 173:3, 183:18, 186:8

**CARTER** [2] - 1:7, 9:11

**Case** [5] - 4:4, 46:2, 73:8, 115:22, 172:8

**CASE** [1] - 1:2

**case** [25] - 5:15, 14:23, 14:25, 30:22, 31:4, 39:8, 39:17, 40:5, 41:17, 45:9, 45:15, 47:21, 69:24, 72:3, 72:9, 90:5, 95:9, 100:7, 114:22, 115:3, 171:15, 171:21, 185:3, 187:17, 187:23

**cases** [2] - 7:18, 104:24

**catastrophe** [1] - 79:19

**caught** [2] - 109:18

**caused** [1] - 79:14

**caved** [1] - 170:16

**Cazeau** [8] - 103:16,

104:8, 104:10, 107:25, 108:1, 108:8, 109:25

**CAZEAU** [1] - 107:25

**ceiling** [1] - 159:16

**cell** [8] - 185:10, 186:14, 186:15, 186:19, 186:22, 186:24, 187:2, 187:4

**cemetery** [1] - 103:16

**censor** [1] - 164:15

**Center** [34] - 95:16, 97:21, 97:22, 101:9, 103:11, 105:11, 105:21, 121:4, 136:10, 142:17, 151:9, 151:18, 157:9, 158:5, 158:9, 159:2, 159:4, 159:8, 162:23, 168:24, 169:2, 169:6, 171:6, 173:17, 174:25, 175:21, 176:1, 176:6, 177:3, 177:10, 177:22, 183:8, 183:25, 186:17

**center** [11] - 29:15, 31:14, 31:21, 31:24, 34:2, 34:17, 35:1, 35:14, 53:21, 55:3, 119:14

**certain** [15] - 21:9, 32:8, 77:5, 77:6, 78:3, 89:16, 99:20, 100:8, 107:19, 124:6, 135:5, 159:22, 159:23, 174:4

**certainly** [5] - 25:24, 85:17, 100:20, 150:7, 157:7

**certificates** [2] - 93:7, 93:11

**certification** [4] - 27:19, 33:16, 33:18, 34:19

**certified** [2] - 11:7, 78:14

**certify** [1] - 188:14

**chain** [2] - 129:4

**chairs** [3] - 45:18, 72:12, 171:24

**Challenger** [2] - 79:18, 79:19

**chance** [2] - 152:19, 170:20

**change** [12] - 10:13, 10:15, 10:20, 11:2, 11:10, 11:12, 27:9, 27:10, 95:24, 143:4, 143:5, 143:7

**changed** [11] -

10:10, 10:23, 11:24, 12:1, 12:3, 12:4, 12:8, 95:25, 102:8, 142:24, 143:2

**changing** [1] - 57:14

**channels** [1] - 11:1

**chaplain** [3] - 22:25, 24:21, 24:25

**charge** [15] - 23:19, 23:20, 23:21, 35:11, 39:16, 53:20, 53:22, 53:24, 54:1, 107:2, 128:9, 129:3, 150:4, 162:11, 180:15

**charged** [3] - 100:11, 105:23, 118:19

**charges** [4] - 37:15, 37:17, 37:22, 59:12

**charismatic** [1] - 174:8

**Charles** [3] - 10:2, 168:13, 168:14

**chart** [23] - 108:23, 142:18, 142:19, 142:23, 143:5, 143:7, 143:10, 143:11, 143:19, 143:22, 144:6, 144:7, 144:12, 144:14, 144:15, 144:22, 144:25, 145:5, 146:22, 173:4, 173:12, 173:16, 173:17

**cheap** [1] - 124:8

**check** [3] - 46:12, 115:17, 178:3

**checkups** [1] - 177:18

**Chemical** [1] - 106:9

**child** [23] - 19:20, 27:18, 27:20, 28:19, 29:7, 31:2, 31:4, 31:13, 31:15, 31:23, 32:19, 39:18, 64:12, 88:14, 89:4, 120:11, 121:9, 121:15, 135:18, 144:5, 158:11, 164:20, 179:18

**Child** [1] - 155:4

**children** [55] - 25:10, 30:19, 32:8, 32:15, 32:17, 32:23, 32:25, 33:17, 35:16, 35:19, 38:16, 38:17, 38:20, 42:10, 44:15, 44:16, 44:21, 50:18, 50:20, 50:22, 51:3, 51:5, 51:16, 51:18, 52:6, 52:7, 52:9, 67:14,

87:24, 101:7, 102:14, 104:24, 105:7, 108:24, 109:22, 111:10, 112:3, 118:15, 123:9, 123:18, 128:18, 134:1, 135:23, 140:15, 153:5, 156:13, 156:20, 163:14, 164:12, 164:15, 165:22, 168:3, 168:5, 176:7, 180:3

**Children's** [3] - 99:6, 101:16, 101:18

**children's** [10] - 23:22, 24:2, 25:5, 25:15, 27:22, 30:8, 34:2, 34:24, 38:17, 151:20

**chimere** [2] - 157:22, 157:23

**Chinese** [1] - 17:15

**choice** [4] - 6:9, 6:16, 6:24, 19:25

**choose** [4] - 11:14, 11:20, 27:20

**chore** [6] - 135:3, 135:5, 135:8, 144:21, 147:5, 151:22

**Chores** [2] - 142:15, 142:16

**chores** [11] - 135:2, 137:11, 142:18, 143:22, 144:19, 146:19, 146:22, 150:6, 150:19, 150:20, 173:5

**chose** [3] - 11:18, 29:12, 104:6

**Christian** [2] - 94:2, 115:16

**Christmas** [1] - 153:8

**church** [25] - 12:16, 17:14, 55:25, 56:1, 64:2, 68:12, 68:13, 75:19, 83:15, 83:19, 84:18, 84:21, 84:23, 85:10, 85:13, 85:15, 85:24, 86:16, 113:12, 114:2, 162:20, 162:24, 166:12, 166:13, 174:8

**churches** [8] - 64:11, 65:2, 80:23, 112:6, 113:10, 113:14, 157:1, 163:4

**cinema** [2] - 111:16, 156:14

circles [1] - 85:6

**Circuit** [6] - 5:18, 5:20, 8:17, 8:19, 8:21, 8:23

**circumstance** [2] - 36:14, 125:2

**circumstances** [3] - 36:21, 56:24, 159:12

**citations** [2] - 7:17, 8:15

**Cite** [2] - 157:23, 157:24

**cities** [1] - 63:15

**city** [5] - 12:10, 41:25, 61:21, 98:8, 137:19

**civilian** [1] - 24:14

**claimed** [1] - 119:7

**class** [9] - 13:23, 13:24, 14:3, 42:2, 42:3, 42:4

**class-type** [1] - 14:3

**Claude** [1] - 79:16

**clean** [2] - 150:21, 150:22

**cleaned** [2] - 139:18, 144:3

**cleaning** [3] - 122:4, 135:6, 135:7

**clear** [1] - 87:8

**cleared** [3] - 47:21, 59:22, 100:11

**client** [1] - 15:3

**climate** [1] - 137:25

**climb** [1] - 25:11

**Clinic** [1] - 145:22

**clinic** [33] - 101:14, 102:19, 102:20, 102:22, 103:10, 104:12, 104:16, 104:20, 104:23, 105:5, 105:23, 106:18, 110:4, 111:9, 111:18, 111:19, 118:4, 118:5, 118:10, 118:23, 123:21, 123:23, 124:6, 124:9, 135:6, 144:4, 145:6, 145:7, 145:8, 150:21, 156:24, 162:6

**clinics** [1] - 118:16

**close** [1] - 169:10

**closed** [2] - 162:4, 162:6, 166:13

**closing** [2] - 161:25, 173:11

**clothing** [1] - 24:14

**club** [1] - 156:14

**Club** [1] - 25:9

**clubs** [1] - 111:16

**coastal** [1] - 98:9

**code** [1] - 159:25

**coffee** [6] - 146:24, 146:25, 147:2, 147:3, 147:9, 147:11

**collage** [1] - 163:12

**College** [2] - 28:21, 30:25

**college** [3] - 18:10, 28:23, 28:24

**colloquy** [3] - 5:24, 6:1, 8:16

**Colonel** [2] - 103:15, 104:10

**colonel** [1] - 104:11, 107:2, 110:5

**colonel's** [1] - 108:3

**columns** [1] - 108:15

**comfortable** [1] - 148:18

**coming** [7] - 25:4, 25:5, 46:15, 123:22, 138:19, 159:21, 177:16

**command** [1] - 129:5

**commander** [1] - 27:24

**commendation** [1] - 27:24

**commission** [1] - 78:6

**commissioned** [1] - 79:7

**committed** [1] - 31:14

**common** [1] - 139:3

**communicate** [1] - 182:2

**communicating** [1] - 113:14

**communication** [2] - 113:18, 164:15

**communities** [1] - 25:6

**community** [7] - 22:14, 22:22, 23:4, 23:13, 44:13, 111:11, 111:15

**commute** [1] - 96:9

**companies** [2] - 167:2, 176:13

**compelled** [1] - 6:13

**complete** [8] - 21:11, 27:8, 29:7, 31:1, 33:12, 71:17, 109:23, 131:10

**completed** [4] - 21:14, 34:18, 55:9, 74:18

**completion** [1] -

33:14

**complex** [2] - 64:2

**comply** [3] - 89:7, 90:11, 90:18

**computer** [6] - 176:11, 180:5, 180:12, 180:24, 181:13, 181:14

**computers** [5] - 180:14, 180:18, 180:25, 181:12, 185:9

**concept** [1] - 19:21

**conception** [1] - 130:22

**concern** [1] - 14:21

**concerned** [4] - 33:6, 80:22, 147:21, 169:13

**concerning** [2] - 5:21, 31:2

**concluded** [1] - 188:10

**conditioning** [2] - 138:5, 138:6

**conditions** [2] - 119:6, 177:18

**conducted** [1] - 101:9

**confer** [1] - 121:17

**conference** [3] - 30:23, 31:4, 40:5

**conferences** [1] - 39:17

**confines** [1] - 176:6

**confront** [1] - 144:10

**conjunction** [1] - 141:19

**connection** [1] - 181:11

**consequently** [1] - 101:4

**considered** [2] - 19:23, 111:3

**consist** [1] - 140:2

**consisted** [1] - 140:3

**contact** [26] - 22:14, 23:10, 24:20, 31:24, 39:9, 39:12, 39:13, 40:9, 40:22, 41:7, 41:16, 45:10, 52:6, 52:7, 52:8, 52:13, 66:4, 72:4, 88:2, 97:1, 106:4, 106:13, 114:23, 166:5, 171:16, 187:18

**contacted** [1] - 60:18

**contacts** [2] - 106:14, 112:4

**container** [1] - 167:14

**contents** [1] - 119:16

**continue** [6] - 36:10, 36:12, 43:17, 70:23, 91:25, 174:25

**continuing** [1] - 140:18

**contract** [8] - 89:3, 89:5, 89:7, 89:9, 89:16, 89:18, 89:24, 110:5

**contribute** [1] - 167:15

**control** [3] - 21:4, 21:25, 128:14

**controller** [7] - 21:6, 21:8, 21:12, 21:15, 26:24, 26:25, 27:1

**conversation** [2] - 66:20, 117:5

**conversations** [1] - 60:2, 67:2

**conversion** [2] - 56:2, 57:13

**convert** [1] - 56:4

**cook** [4] - 123:10, 126:11, 135:18, 140:6

**cooked** [1] - 126:12

**cooking** [3] - 122:4, 128:15, 140:6

**Cooley** [1] - 17:22

**cooperation** [1] - 106:5

**coordinated** [1] - 24:9

**coordination** [1] - 123:19

**coordinator** [1] - 64:16

**copy** [9] - 11:7, 11:10, 12:5, 89:18, 131:18, 132:10, 141:21, 183:21, 185:18

**corner** [1] - 116:16

**Corporation** [1] - 106:9

**corporations** [1] - 167:2

**correct** [8] - 7:9, 7:10, 97:2, 131:18, 132:10, 141:21, 183:21, 185:18

**cost** [2] - 125:1

**costly** [1] - 118:16

**Council** [6] - 23:9, 23:21, 24:7, 25:3, 33:24, 35:7

**counsel** [9] - 4:6, 5:25, 7:22, 46:3, 70:14, 71:11, 73:9, 115:23, 172:9

**counselors** [1] - 58:5

**counsels'** [4] - 4:11, 46:7, 73:15, 172:13

**countries** [3] - 82:16, 84:2, 101:2

**country** [17] - 48:25, 75:14, 77:20, 78:3, 79:16, 79:21, 79:22, 82:18, 82:22, 83:5, 83:9, 84:3, 84:5, 94:18, 94:19, 94:21, 94:23

**County** [11] - 23:9, 23:14, 23:16, 23:24, 24:7, 24:10, 25:3, 25:16, 26:1, 26:12, 33:24

**county** [1] - 23:20

**couple** [20] - 27:21, 29:16, 62:21, 63:17, 70:17, 70:18, 77:16, 77:18, 84:7, 97:25, 99:9, 99:12, 102:17, 105:8, 112:6, 120:20, 146:2, 155:4, 171:4, 180:13

**course** [18] - 6:22, 10:4, 11:6, 14:8, 16:1, 28:22, 28:23, 29:2, 33:25, 34:20, 41:17, 44:16, 51:17, 92:16, 93:12, 126:9, 187:3, 187:12

**court** [15] - 8:16, 10:24, 10:25, 11:2, 11:7, 12:5, 15:20, 30:19, 39:8, 41:17, 55:6, 58:8, 137:16, 188:1

**COURT** [263] - 1:1, 4:1, 4:3, 4:13, 4:17, 4:24, 5:1, 5:4, 5:9, 5:13, 5:15, 5:17, 6:3, 6:5, 6:8, 6:12, 6:15, 6:19, 6:23, 7:1, 7:3, 7:7, 7:11, 7:14, 7:17, 8:3, 8:7, 8:9, 8:12, 8:15, 8:25, 9:2, 9:4, 9:7, 9:12, 11:17, 13:19, 14:1, 14:15, 15:5, 15:8, 15:15, 15:18, 19:7, 20:5, 22:18, 23:2, 24:23, 25:18, 26:7, 28:1, 29:21, 31:10, 34:7, 34:13, 35:23, 36:18, 37:3, 37:9, 37:20, 38:3, 40:11, 40:19, 41:5, 41:13, 41:20, 43:15, 43:18, 44:9,

45:2, 45:8, 45:22, 45:25, 46:11, 46:14, 46:18, 47:9, 47:13, 48:1, 48:3, 48:16, 48:20, 49:7, 49:25, 50:4, 50:24, 51:13, 52:24, 53:7, 54:12, 54:22, 55:16, 56:8, 56:12, 56:14, 57:16, 58:22, 59:9, 59:16, 60:5, 61:17, 63:5, 64:5, 66:14, 66:25, 67:6, 68:20, 69:1, 69:4, 69:23, 70:3, 70:6, 70:12, 70:15, 70:16, 70:20, 71:3, 71:6, 71:13, 71:16, 71:21, 71:22, 71:25, 72:16, 72:20, 73:4, 73:7, 73:20, 73:22, 73:23, 74:1, 75:23, 76:6, 80:8, 80:19, 81:7, 81:16, 81:24, 82:14, 86:3, 86:8, 88:17, 89:12, 89:22, 90:2, 90:8, 90:16, 90:24, 91:6, 92:22, 93:17, 97:7, 98:13, 98:20, 99:24, 100:5, 102:3, 103:6, 104:4, 105:3, 107:8, 108:11, 109:17, 111:23, 112:14, 113:6, 114:9, 114:13, 114:18, 114:21, 115:10, 115:14, 115:16, 115:21, 116:6, 116:9, 117:14, 119:3, 120:24, 121:12, 122:9, 122:15, 124:20, 127:18, 127:24, 129:9, 130:7, 130:14, 131:13, 131:21, 132:6, 132:15, 132:20, 132:22, 136:8, 136:13, 136:20, 138:21, 139:6, 139:24, 140:9, 141:11, 142:1, 142:5, 142:8, 142:22, 145:13, 145:18, 145:20, 147:7, 147:18, 147:23, 149:18, 149:23, 150:10, 156:11, 158:21, 160:4, 161:7, 161:12, 164:8, 165:1, 166:16, 168:17, 168:21, 169:23, 170:5, 170:11,

171:10, 171:12, 171:14, 172:3, 172:7, 172:18, 172:20, 172:24, 173:25, 174:14, 174:23, 175:9, 175:11, 175:14, 175:18, 177:8, 178:7, 178:13, 178:20, 180:8, 181:18, 181:25, 182:25, 183:4, 183:14, 183:16, 184:5, 184:9, 184:11, 185:14, 185:24, 186:3, 186:6, 187:15, 188:6

**Court** [6] - 2:1, 5:11, 5:19, 5:23, 36:4, 188:19

**Court's** [2] - 70:24, 71:4

**COURTROOM** [3] - 114:20, 115:13, 115:15

**courtroom** [13] - 9:5, 45:20, 46:10, 46:16, 70:1, 71:23, 72:14, 73:24, 115:8, 116:7, 172:1, 172:22, 188:4

**courts** [1] - 117:4

**cover** [1] - 120:8

**covering** [1] - 29:23

**created** [5] - 151:10, 152:9, 152:13, 152:17, 152:22

**Creole** [1] - 176:24

**crimes** [1] - 99:20

**Croix** [14] - 99:7, 101:15, 101:16, 110:16, 110:18, 110:24, 111:4, 111:21, 114:2, 117:3, 118:2, 118:11, 125:7, 125:16

**Cross** [2] - 3:3, 12:19

**cross** [1] - 6:21

**cross-examine** [1] - 6:21

**crowded** [1] - 137:19

**CRR** [2] - 2:1, 188:18

**Crystal** [10] - 41:23, 41:25, 42:6, 42:7, 48:5, 48:13, 50:2, 51:7, 53:14, 53:17

**cup** [1] - 139:2

**custodian** [1] - 17:14

**custody** [1] - 5:6

**cutting** [1] - 24:16

**D**

**dad** [2] - 47:18

**Dadeland** [1] - 1:24

**Daily** [1] - 142:16

**daily** [9] - 131:17, 137:21, 140:11, 142:15, 142:18, 143:22, 173:5, 173:16, 178:2

**danger** [2] - 169:18, 179:11

**dark** [1] - 173:7

**DATE** [1] - 188:18

**date** [4] - 7:23, 9:21, 78:19, 93:11

**dates** [1] - 95:23

**Dave** [15] - 58:19, 59:4, 60:13, 61:12, 61:15, 62:10, 62:21, 62:24, 62:25, 63:2, 79:21, 85:15, 85:25, 86:1

**David** [2] - 56:22, 56:25

**days** [6] - 14:2, 61:23, 62:12, 106:22, 141:4, 141:7

**Dayton** [9] - 56:21, 56:23, 62:15, 65:17, 67:9, 67:17, 67:21, 84:17

**DC** [1] - 1:19

**DD** [2] - 116:19, 116:20

**De** [1] - 8:20

**de** [1] - 110:18

**DE** [1] - 8:20

**death** [2] - 47:19, 55:20

**decade** [1] - 47:11

**decide** [1] - 121:8

**decided** [2] - 60:7, 121:15

**decision** [15] - 5:20, 7:5, 8:19, 8:21, 8:23, 27:9, 29:9, 120:11, 120:13, 121:20, 154:3, 154:20, 155:11, 155:14, 155:15

**DEFENDANT** [13] - 1:20, 3:4, 6:7, 6:11, 6:14, 6:18, 6:22, 6:25, 7:2, 7:5, 7:10, 9:11, 73:21

**defendant** [2] - 1:8, 5:21

**Defendant** [9] - 6:3,

6:4, 8:12, 8:14, 46:11, 70:13, 71:7, 71:10, 72:22

**Defendant's** [46] - 3:10, 3:10, 3:11, 3:11, 4:18, 14:19, 131:15, 131:24, 132:14, 132:15, 132:17, 132:24, 140:11, 141:3, 141:14, 141:25, 142:1, 142:3, 142:10, 142:14, 143:10, 146:4, 146:23, 150:17, 163:20, 163:23, 173:4, 173:15, 183:6, 183:19, 183:24, 184:3, 184:5, 184:7, 184:13, 184:14, 184:16, 184:20, 184:23, 184:24, 185:12, 185:16, 185:22, 185:24, 186:1, 186:8

**defense** [4] - 5:25, 7:22, 9:9, 184:2

**definite** [1] - 35:19

**definitely** [1] - 50:11

**degree** [1] - 28:24

**deliver** [1] - 87:17

**delivered** [1] - 118:2

**Delma** [2] - 80:13, 80:24

**denial** [1] - 174:19

**denied** [3] - 4:22, 11:4, 135:18

**denomination** [1] - 79:8

**denominational** [1] - 174:12

**deny** [10] - 100:11, 100:12, 100:13, 100:17, 100:20, 125:17, 135:15, 168:4, 175:3, 178:17

**Department** [12] - 10:19, 12:24, 13:1, 23:8, 23:16, 24:11, 26:1, 26:13, 36:5, 38:6, 94:22, 125:6

**department** [1] - 18:24

**DEPARTMENT** [1] - 1:17

**depicted** [8] - 49:16, 49:21, 76:14, 183:21, 183:24, 184:16, 184:19, 184:24

**deposition** [1] - 4:19

**DEPUTY** [3] -

114:20, 115:13, 115:15

**deputy** [2] - 34:24, 39:22

**Derek** [11] - 42:17, 49:20, 52:15, 67:24, 74:14, 74:23, 75:4, 75:9, 76:1, 76:24, 77:9

**des** [13] - 99:7, 101:15, 101:16, 110:17, 110:24, 111:4, 111:21, 114:3, 117:3, 118:2, 118:12, 125:7, 125:16

**deschakay** [1] - 101:22

**describe** [13] - 13:23, 14:2, 14:6, 15:25, 28:18, 30:17, 43:4, 43:7, 43:22, 43:25, 69:10, 88:24, 169:6

**describing** [1] - 108:2

**desert** [3] - 87:15, 87:16, 93:25

**designate** [1] - 32:6

**designated** [2] - 121:17, 148:15

**designation** [1] - 143:3

**designed** [2] - 129:12, 133:5

**desirable** [2] - 150:6, 150:15

**desire** [3] - 61:4, 84:3, 97:22

**Desk** [1] - 103:3

**destroy** [2] - 101:22, 101:25

**destroyed** [2] - 102:5, 170:16

**detective** [2] - 13:4, 13:6

**detectives** [1] - 36:23

**detention** [1] - 31:21

**detention-type** [1] - 31:21

**Detroit** [13] - 10:9, 12:12, 12:21, 12:23, 12:25, 13:8, 14:6, 16:1, 17:6, 17:10, 17:21, 17:25

**develop** [1] - 24:5

**developed** [2] - 87:13, 106:5

**developing** [3] - 106:13, 166:1, 169:13

**device** [5] - 45:14,

72:8, 115:2, 171:20, 187:22

**devotions** [12] - 133:22, 133:25, 134:5, 134:6, 134:22, 134:25, 145:6, 145:15, 145:25, 146:1, 146:3, 146:5

**Devotions** [1] - 145:22

**diagnose** [1] - 118:25

**Diane** [1] - 16:18

**died** [1] - 47:18

**Dieucibon** [8] - 108:9, 108:21, 108:22, 109:1, 109:2, 109:3, 109:10, 109:14

**difference** [2] - 120:1, 136:4

**different** [20] - 5:22, 9:24, 17:16, 35:20, 63:15, 87:13, 94:4, 105:24, 111:1, 111:2, 111:9, 111:14, 140:6, 157:6, 167:2, 174:10, 174:12, 180:14

**difficult** [4] - 14:8, 14:20, 16:3, 169:17

**difficulties** [2] - 169:8, 169:9

**dinner** [3] - 136:15, 136:16, 139:22

**diploma** [1] - 18:8

**diplomas** [1] - 33:15

**direct** [6] - 8:3, 8:5, 8:6, 113:17, 118:19, 172:18

**Direct** [1] - 3:3

**DIRECT** [1] - 9:15

**directing** [1] - 99:9

**directly** [1] - 123:15

**director** [10] - 24:2, 38:12, 58:4, 93:1, 93:2, 113:25, 117:22, 117:25, 118:1, 126:5

**director/lawyer** [1] - 117:3

**directors** [6] - 114:6, 117:8, 117:11, 117:16, 117:19, 121:6

**dirty** [3] - 144:4, 144:7, 144:9

**discharge** [5] - 22:9, 22:10, 22:11, 154:20, 164:3

**discharged** [6] - 26:16, 38:17, 154:16, 154:18, 164:5, 165:3

**disciplinarian** [4] -

14:12, 15:12, 16:1, 16:11

**disciplined** [2] - 16:2, 154:25

**disclosed** [1] - 33:11

**discloses** [6] - 45:9, 69:24, 72:3, 114:22, 171:15, 187:17

**discussed** [2] - 6:23, 85:18

**discussing** [1] - 46:23

**discussion** [3] - 5:23, 70:13, 71:10

**discussions** [3] - 7:25, 24:25, 59:19

**disease** [1] - 119:14

**dishes** [1] - 152:25

**dismiss** [2] - 109:13, 109:15

**display** [3] - 131:25, 132:2, 143:12

**distance** [2] - 134:16, 161:16

**distribute** [1] - 156:19

**distributing** [1] - 157:21

**DISTRICT** [3] - 1:1, 1:1, 1:11

**divinity** [2] - 116:21, 116:22

**DIVISION** [1] - 1:2

**divorce** [1] - 58:15

**Doctor** [1] - 103:4

**doctor** [2] - 124:5, 124:12

**doctorate** [2] - 116:21, 116:22

**doctors** [2] - 124:9, 145:10

**doctrinal** [1] - 57:7

**document** [9] - 113:20, 113:22, 114:4, 131:18, 132:8, 132:10, 132:25, 133:1, 133:2

**documents** [4] - 11:25, 12:4, 120:21, 124:5

**Dodo** [2] - 150:17, 151:2

**Dodo's** [2] - 150:19, 150:23

**dog** [1] - 150:22

**dogs** [2] - 150:7, 150:16

**dollars** [1] - 103:9

**domestic** [2] - 126:10, 128:16

**Dominican** [1] - 82:21

**Dominique** [1] - 150:24

**Don** [2] - 84:14, 86:19

**donated** [4] - 180:12, 180:19, 180:22, 181:1

**donating** [4] - 112:17, 112:24, 113:2, 113:9

**donations** [7] - 106:1, 106:19, 176:1, 177:14, 177:15, 179:13, 182:19

**done** [3] - 36:13, 144:11, 159:24

**donna** [1] - 16:21

**Donna** [2] - 16:24, 75:7

**donors** [1] - 182:2

**door** [7] - 32:8, 33:1, 33:4, 92:1, 92:3, 96:24, 101:5

**dormitory** [1] - 32:20

**dormitory-style** [1] - 32:20

**down** [39] - 16:5, 70:4, 77:15, 79:18, 95:6, 95:7, 95:12, 97:14, 97:18, 98:2, 98:4, 98:7, 99:12, 102:13, 103:22, 110:23, 113:12, 115:11, 116:25, 119:6, 124:15, 126:24, 127:1, 138:19, 139:17, 140:21, 144:18, 149:4, 151:4, 153:19, 158:10, 161:21, 161:25, 162:4, 166:13, 167:11, 170:8, 170:25, 175:11

**downsized** [1] - 162:7

**downstairs** [1] - 138:17

**dozens** [1] - 25:24

**drafted** [2] - 19:9, 117:6

**dramatic** [1] - 95:9

**dreams** [3] - 19:20, 79:24, 84:7

**drift** [1] - 140:25

**drink** [1] - 148:18

**drive** [2] - 83:4, 169:16

**driver's** [3] - 11:25, 12:1, 169:16

8

**drowned** [1] - 20:2
**du** [1] - 142:17
**duly** [1] - 6:4
**during** [65] - 7:18, 11:6, 22:12, 22:20, 24:10, 36:7, 37:22, 39:2, 39:7, 39:9, 39:12, 39:13, 39:21, 40:15, 42:5, 47:5, 47:11, 47:21, 48:7, 48:13, 50:9, 52:3, 52:5, 56:22, 66:2, 67:12, 74:23, 75:3, 75:8, 76:11, 76:16, 76:20, 77:22, 79:15, 79:24, 82:2, 82:7, 82:24, 83:1, 83:18, 85:19, 91:25, 92:14, 95:2, 95:23, 96:3, 100:16, 108:5, 109:21, 111:5, 123:18, 123:24, 126:3, 153:6, 157:12, 157:14, 162:15, 169:1, 169:6, 175:21, 177:10, 179:3, 179:4
**duties** [1] - 21:22
**Duvalier** [1] - 79:16

## E

**e-mail** [8] - 164:19, 164:20, 164:21, 165:4, 165:8, 165:9, 165:11
**eager** [1] - 181:21
**early** [6] - 14:2, 18:13, 65:20, 72:1, 96:3, 106:22
**earthquake** [3] - 128:12, 157:7, 157:8
**easily** [1] - 60:24
**Easter** [1] - 153:8
**easy** [1] - 127:12
**economic** [1] - 161:1
**economically** [1] - 122:5
**economics** [3] - 160:10, 160:11, 161:4
**Eddy** [5] - 130:24, 162:13, 185:7
**educate** [1] - 57:19
**education** [4] - 28:19, 28:21, 33:12, 33:14
**educational** [4] - 29:23, 30:24, 136:25, 176:7
**EDWARDS** [2] - 2:1,

188:18
**Edwards** [1] - 188:18
**effect** [1] - 58:15
**effort** [1] - 68:13
**Egypt** [31] - 10:16, 78:23, 83:11, 83:12, 83:18, 83:21, 83:24, 84:2, 84:9, 84:11, 85:11, 85:14, 85:17, 86:11, 86:13, 86:17, 86:22, 86:24, 87:4, 87:10, 88:20, 91:23, 92:4, 92:14, 93:20, 95:9, 95:24, 96:1, 96:7, 99:20, 100:14
**Egyptian** [5] - 93:3, 93:5, 93:9, 93:15, 94:22
**eight** [10] - 20:17, 30:21, 30:22, 31:3, 31:13, 40:3, 40:4, 40:15, 41:9, 127:10
**eight-hour** [1] - 127:10
**eight-week** [1] - 30:21
**either** [20] - 44:2, 45:9, 69:24, 72:3, 72:21, 77:9, 87:16, 94:4, 113:15, 114:22, 125:1, 125:23, 138:14, 140:17, 146:1, 160:23, 162:20, 167:11, 171:15, 187:17
**either...** [1] - 31:5
**elder** [1] - 123:17
**elderly** [2] - 23:22, 25:9
**eldest** [1] - 49:17
**electricity** [2] - 139:9, 149:5
**elementary** [2] - 12:13, 12:15
**elevators** [2] - 88:5, 92:12
**Eleventh** [6] - 5:18, 5:19, 8:17, 8:19, 8:21, 8:23
**ELMO** [1] - 49:7
**elsewhere** [1] - 26:19
**Ely** [1] - 5:20
**ELY** [1] - 5:20
**emerge** [1] - 134:9
**emotional** [1] - 32:11
**employ** [2] - 89:8, 91:19
**employed** [7] - 26:18, 26:21, 27:1,

27:14, 29:22, 91:4, 177:4
**employee** [2] - 45:5, 126:19
**employees** [2] - 93:5, 93:13
**employment** [3] - 33:19, 38:19, 58:5
**emptied** [1] - 149:10
**encourage** [1] - 165:22
**end** [4] - 8:1, 30:22, 31:3, 176:20
**enforce** [1] - 159:22
**enforcement** [1] - 100:3
**England** [20] - 21:16, 21:17, 22:2, 22:8, 22:12, 23:15, 25:22, 27:7, 27:8, 27:11, 27:12, 27:21, 38:16, 39:6, 46:24, 56:18, 63:2, 76:21, 99:15, 99:20
**English** [11] - 87:12, 88:3, 93:6, 116:15, 155:6, 166:2, 176:9, 176:19, 176:21, 176:23
**English-language** [2] - 87:12, 88:3
**enhance** [1] - 166:2
**enjoy** [2] - 72:13, 188:2
**enlist** [3] - 19:9, 19:11, 19:17
**enlisted** [1] - 19:10
**enrolled** [1] - 74:17
**ensure** [2] - 119:15, 146:6
**ensured** [1] - 186:23
**entered** [14] - 9:5, 18:16, 46:16, 71:23, 73:24, 82:7, 116:7, 132:17, 142:3, 172:22, 176:20, 181:13, 184:7, 186:1
**entertaining** [1] - 68:12
**entitled** [2] - 142:14, 188:15
**entity** [1] - 79:7
**entrance** [1] - 186:12
**equipment** [2] - 124:4, 124:7
**equivalency** [1] - 107:5
**equivalent** [2] - 20:22, 29:14
**era** [5] - 48:13,

95:23, 159:21, 181:13
**erroneous** [1] - 187:9
**especially** [6] - 77:17, 101:1, 118:16, 121:18, 128:10, 128:11
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**establish** [3] - 23:8, 106:17, 159:23
**established** [1] - 106:12
**establishments** [1] - 23:22
**Etoile** [1] - 142:17
**Europe** [1] - 67:11
**evaluation** [1] - 29:14
**evangelistic** [1] - 156:22
**evangelists** [1] - 84:20
**evening** [3] - 5:17, 128:5, 137:22
**eventually** [2] - 44:17, 94:3
**evidence** [8] - 76:15, 132:14, 132:18, 141:25, 142:4, 163:21, 184:8, 186:2
**EVIDENCE** [1] - 3:9
**ex** [2] - 62:20, 63:2
**ex-Marine** [1] - 63:2
**exact** [5] - 35:15, 77:1, 78:19, 95:23, 120:4
**exactly** [8] - 10:25, 47:4, 48:11, 65:8, 65:22, 143:24, 166:22, 167:17
**examination** [1] - 31:1
**EXAMINATION** [1] - 9:15
**examine** [3] - 6:21, 125:22, 173:6
**example** [3] - 105:1, 134:3, 156:15
**except** [1] - 121:24
**exceptions** [1] - 178:11
**exchange** [2] - 113:2, 113:9
**exchanged** [1] - 166:6
**excluded** [2] - 47:24, 155:20
**excuse** [1] - 69:19
**exhibit** [6] - 7:21,

108:15, 116:17, 131:16, 132:19, 142:7
**Exhibit** [60] - 3:10, 3:10, 3:11, 3:11, 49:11, 49:16, 52:12, 76:14, 76:15, 107:21, 108:15, 109:25, 110:20, 113:20, 114:7, 116:14, 119:17, 131:2, 131:15, 131:24, 132:14, 132:15, 132:17, 132:24, 140:12, 141:3, 141:14, 141:25, 142:2, 142:3, 142:10, 142:14, 143:10, 146:4, 146:23, 150:17, 163:6, 163:9, 163:15, 163:20, 163:23, 173:4, 173:16, 183:7, 183:19, 183:24, 184:3, 184:6, 184:7, 184:13, 184:14, 184:16, 184:20, 184:23, 184:24, 185:16, 185:22, 185:25, 186:1, 186:8
**EXHIBITS** [1] - 3:9
**existence** [1] - 89:24
**exited** [2] - 45:20, 70:1, 72:14, 115:8, 172:1, 188:4
**expand** [2] - 57:19, 119:23
**expanded** [1] - 111:18
**expanding** [1] - 110:4
**expect** [6] - 8:3, 15:5, 15:7, 15:9, 15:11, 179:20
**expected** [1] - 38:18
**expenses** [2] - 29:23, 177:15
**expensive** [1] - 124:24
**experience** [11] - 55:25, 56:2, 56:10, 56:16, 64:12, 66:22, 95:8, 95:9, 124:16, 158:15, 158:16
**experienced** [1] - 77:15
**experiences** [3] - 10:17, 27:21, 59:11
**experiencing** [1] - 99:8
**experiment** [1] -

140:6
  **expired** [2] - 106:10, 106:14
  **explain** [7] - 7:24, 18:14, 34:4, 36:14, 87:7, 100:23, 149:2
  **explained** [2] - 153:5, 174:11
  **exploitation** [1] - 77:21
  **expressing** [1] - 61:4
  **expression** [1] - 101:21
  **extends** [1] - 110:16
  **extortionate** [1] - 110:6
  **extra** [3] - 25:25, 138:2, 178:1
  **extras** [1] - 183:10

**F**

  **F.2d** [1] - 8:22
  **F.3d** [2] - 8:18, 8:20
  **FAA** [4] - 26:21, 26:23, 27:4, 27:6
  **Facebook** [4] - 181:16, 181:20, 181:22, 182:3
  **facilities** [11] - 23:11, 25:3, 35:18, 38:17, 125:13, 132:4, 138:6, 138:7, 157:25, 159:6
  **facility** [38] - 21:25, 28:6, 29:4, 30:5, 30:7, 30:18, 30:23, 31:19, 32:8, 32:18, 34:1, 34:25, 35:16, 36:2, 36:3, 36:4, 38:1, 38:15, 39:3, 39:4, 39:6, 39:19, 52:2, 54:4, 54:5, 55:1, 55:2, 111:5, 125:9, 125:11, 125:25, 133:13, 135:19, 137:15, 137:18, 153:18, 157:20, 177:23
  **fact** [10] - 12:7, 44:21, 80:5, 92:17, 94:23, 99:19, 100:6, 100:11, 100:17, 149:7
  **facts** [1] - 80:15
  **fair** [3] - 22:6, 31:6, 176:21
  **fairly** [2] - 173:9, 173:10
  **faith** [1] - 78:2
  **fake** [3] - 117:9, 117:10, 117:11

  **falling** [2] - 173:20, 173:22
  **falling-out** [2] - 173:20, 173:22
  **false** [1] - 97:17
  **familiar** [1] - 80:3
  **families** [3] - 118:17, 124:25, 162:20
  **family** [19] - 10:19, 12:16, 14:12, 42:12, 44:1, 45:4, 48:8, 57:8, 60:13, 69:13, 75:18, 76:18, 96:23, 109:6, 121:4, 154:9, 156:21, 179:9, 179:10
  **far** [7] - 79:19, 80:22, 110:23, 140:11, 145:4, 147:20, 161:17
  **father** [12] - 12:22, 14:11, 14:22, 15:11, 15:23, 15:25, 16:10, 18:1, 18:2, 42:19, 178:17, 178:24, 179:18
  **father's** [3] - 10:6, 10:7, 55:20
  **fault** [3] - 170:22, 170:23, 170:24
  **favorable** [1] - 149:15
  **favors** [6] - 155:21, 155:23, 156:1, 179:24, 182:13, 182:15
  **fear** [2] - 16:9, 20:1
  **February** [3] - 1:5, 122:19, 157:9
  **feces** [1] - 150:22
  **Federal** [1] - 26:18
  **fee** [1] - 105:23
  **fell** [1] - 128:16
  **fellow** [1] - 57:20
  **Fellowship** [1] - 78:15
  **fellowship** [17] - 57:1, 57:3, 57:7, 57:8, 57:9, 57:12, 57:13, 57:18, 57:20, 57:22, 58:3, 58:17, 58:25, 60:13, 60:15, 134:15
  **felt** [4] - 60:24, 60:25, 154:10, 158:12
  **fetch** [1] - 138:3
  **fever** [1] - 118:24
  **few** [6] - 50:8, 57:4, 78:19, 86:21, 101:19, 104:19
  **fictitious** [1] - 117:19
  **field** [5] - 29:9, 29:12, 29:13, 137:16,

137:20
  **fifth** [1] - 12:18
  **Fifth** [5] - 6:9, 6:16, 6:23, 7:7, 8:16
  **file** [1] - 11:2
  **filed** [1] - 125:21
  **fill** [1] - 174:9
  **Film** [3] - 60:16, 60:20, 61:10
  **film** [2] - 62:4
  **finally** [1] - 58:15
  **financially** [2] - 86:18, 86:19
  **Findlay** [1] - 63:20
  **finish** [2] - 24:15, 27:16
  **finished** [4] - 33:13, 33:22, 76:24, 77:2
  **firearm** [5] - 159:2, 159:4, 159:10, 159:14, 160:7
  **fired** [2] - 37:5, 153:18
  **firing** [1] - 99:9
  **first** [47] - 5:3, 5:6, 9:8, 17:9, 17:20, 18:17, 21:23, 24:13, 27:21, 29:2, 29:6, 31:8, 31:13, 44:2, 44:15, 56:25, 60:7, 60:9, 61:23, 62:20, 64:20, 67:22, 79:22, 80:5, 84:2, 86:25, 102:9, 104:19, 108:6, 108:15, 108:25, 110:3, 111:2, 111:9, 118:10, 122:3, 129:20, 129:22, 134:13, 137:12, 154:23, 157:1, 158:10, 158:17, 163:21, 165:15, 166:1
  **five** [3] - 130:25, 171:25, 172:4
  **fled** [1] - 79:16
  **flew** [2] - 79:18, 79:20
  **flight** [3] - 82:19, 82:21, 83:6
  **floor** [4] - 54:16, 54:20, 104:14, 135:7
  **Floor** [2] - 2:2, 188:19
  **Flores** [4] - 4:12, 46:7, 73:14, 172:13
  **FLORIDA** [1] - 1:1
  **Florida** [20] - 1:4, 1:16, 1:22, 1:25, 2:3, 84:16, 84:17, 85:9, 95:17, 95:18, 96:4,

96:6, 96:11, 96:14, 96:21, 98:1, 112:4, 166:11, 167:11, 188:20
  **fluent** [1] - 177:1
  **flush** [2] - 139:13, 139:18
  **fly** [2] - 81:23, 83:1
  **flying** [3] - 19:20, 19:22, 96:13
  **focusing** [1] - 122:23
  **follow** [2] - 4:21, 10:21
  **following** [19] - 9:6, 14:16, 15:19, 45:21, 45:24, 46:17, 62:9, 70:2, 71:24, 72:15, 73:6, 73:25, 115:9, 115:20, 116:8, 172:2, 172:6, 172:23, 188:5
  **Fond** [1] - 155:3
  **food** [13] - 87:17, 98:3, 101:14, 105:25, 106:15, 156:19, 156:21, 157:21, 167:1, 167:4, 183:2, 183:11
  **Food** [1] - 156:15
  **foodstuffs** [1] - 182:22
  **football** [3] - 137:20, 137:21, 140:16
  **foothills** [1] - 87:18
  **FOR** [3] - 1:14, 1:20, 3:4
  **Force** [22] - 15:13, 19:12, 19:19, 20:1, 20:7, 20:11, 20:19, 21:1, 21:17, 21:18, 21:19, 21:20, 21:22, 22:10, 22:12, 22:21, 22:22, 24:5, 24:18, 26:3, 27:23, 28:2
  **force** [2] - 19:17, 164:10, 164:12
  **foregoing** [1] - 188:14
  **foreign** [1] - 4:19
  **forgotten** [2] - 60:14, 112:21
  **form** [5] - 12:2, 56:11, 56:13, 97:24, 113:4
  **formal** [1] - 77:15
  **formulate** [1] - 70:7
  **forth** [1] - 65:20
  **fortify** [1] - 158:17
  **forward** [1] - 5:25
  **fostered** [1] - 176:15
  **founder** [2] - 93:1,

93:2
  **four** [7] - 66:2, 69:14, 76:16, 76:22, 87:14, 177:21, 177:23
  **four-week** [1] - 177:23
  **fourth** [2] - 88:7, 119:6
  **Fourth** [1] - 1:15
  **frame** [12] - 23:5, 41:15, 50:9, 56:22, 67:12, 68:19, 68:24, 69:2, 76:20, 91:25, 96:3, 126:3
  **France** [1] - 79:16
  **free** [7] - 127:14, 137:6, 137:12, 137:14, 137:15, 175:4, 179:12
  **freight** [1] - 167:13
  **French** [1] - 119:17
  **frequent** [4] - 43:8, 49:2, 139:10
  **frequently** [3] - 114:3, 162:17, 162:18
  **Friday** [2] - 120:6, 153:6
  **friend** [2] - 44:1, 160:13
  **friendly** [1] - 169:11
  **friends** [4] - 27:23, 44:3, 181:21, 181:22
  **front** [7] - 132:1, 132:2, 143:12, 144:7, 144:9, 150:21, 170:9
  **fruit** [1] - 140:4
  **fulfilled** [1] - 111:12
  **full** [12] - 9:13, 13:12, 13:13, 13:21, 37:7, 119:15, 120:3, 127:10, 148:4, 153:16, 155:8, 158:4
  **full-time** [7] - 13:12, 13:13, 13:21, 120:3, 153:16, 155:8, 158:4
  **fully** [2] - 6:23, 89:8
  **function** [1] - 125:8
  **functions** [2] - 25:24, 156:25
  **funding** [4] - 87:22, 102:22, 105:20, 120:7
  **funds** [1] - 102:25
  **funeral** [1] - 55:21

**G**

  **gain** [1] - 177:19
  **gal** [1] - 120:19
  **gallery** [11] - 102:17,

102:19, 104:12,
131:25, 132:2, 132:3,
134:3, 134:20,
143:12, 148:18
**games** [2] - 180:16
**gathered** [1] - 101:25
**general** [3] - 16:9,
57:20, 63:19
**generate** [1] - 163:2
**gentleman** [2] -
39:24, 62:10
**gentleman's** [2] -
40:17, 84:14
**gentlemen** [4] -
28:18, 35:12, 72:1,
149:2
**gift** [4] - 166:8,
179:15, 179:19, 180:3
**gifts** [2] - 179:14,
182:12
**girl** [7] - 89:8,
135:10, 168:13,
168:23, 169:12,
176:20, 179:9
**girlfriend** [2] - 44:19,
44:22
**girls** [6] - 35:17,
54:3, 54:6, 54:8,
87:24, 133:10
**given** [4] - 28:11,
89:18, 92:11, 149:12
**glass** [1] - 138:7
**glucose** [1] - 69:20
**goal** [1] - 116:24
**God** [4] - 28:11, 78:3,
79:9, 85:4
**God-given** [1] -
28:11
**goods** [2] - 167:8,
167:9
**Government** [12] -
6:20, 7:24, 9:2, 11:6,
71:14, 93:4, 93:5,
93:9, 93:15, 94:22,
125:17, 157:13
**GOVERNMENT** [1] -
1:14
**government** [1] -
78:13
**Government's** [17] -
49:11, 49:16, 52:12,
76:14, 76:15, 107:20,
108:14, 109:24,
110:20, 113:19,
114:7, 116:14,
119:16, 131:1, 163:5,
163:9, 163:15
**governmental** [3] -
92:15, 125:9, 125:10
**grade** [2] - 12:18,

18:17
**grades** [1] - 137:4
**grading** [1] - 30:2
**graduate** [1] - 18:6
**graduated** [6] -
17:11, 18:10, 18:12,
18:19, 18:21, 18:25
**graduates** [1] - 28:23
**grand** [1] - 124:3
**Grand** [2] - 101:24,
124:2
**grandfather** [1] -
11:21
**granted** [2] - 11:4,
11:5
**gravity** [3] - 138:17,
138:18, 139:3
**great** [1] - 161:16
**Great** [2] - 76:25,
77:1
**Greatest** [9] -
147:25, 148:2, 148:8,
148:9, 148:10,
149:12, 149:20,
150:3, 150:13
**green** [1] - 30:12
**greet** [1] - 148:17
**grew** [2] - 12:12,
13:5, 130:23
**ground** [1] - 170:16
**grounds** [2] - 84:18,
85:23
**group** [11] - 44:5,
44:7, 59:15, 59:21,
59:23, 64:10, 64:14,
101:13, 134:7,
157:23, 162:25
**groups** [3] - 25:4,
105:24
**grow** [1] - 12:10
**growing** [4] - 10:3,
14:6, 17:6, 17:7
**guarantee** [2] -
27:15, 165:15
**guess** [1] - 76:10
**guest** [4] - 62:8,
138:17, 167:25, 168:1
**guesthouse** [1] -
81:5
**guests** [1] - 75:19
**Guillioux** [2] - 114:1,
116:25
**Guillioux'** [1] -
117:12
**guilty** [1] - 100:18

**H**

**H-e-r-n-e** [1] - 34:16

Haiti [80] - 60:15,
60:18, 60:21, 60:23,
61:1, 61:4, 61:5, 61:7,
61:8, 61:14, 62:2,
62:17, 62:19, 62:20,
63:11, 63:15, 63:18,
63:20, 63:22, 65:15,
65:16, 65:18, 65:21,
66:9, 77:14, 77:16,
78:20, 79:1, 79:20,
79:23, 80:3, 80:10,
81:23, 82:2, 82:5,
82:7, 82:15, 82:20,
82:24, 83:1, 83:6,
83:10, 95:6, 95:7,
95:12, 95:13, 95:15,
96:8, 96:10, 96:13,
97:14, 97:15, 97:18,
100:8, 100:10,
100:13, 100:16,
106:2, 112:11,
113:12, 113:14,
124:15, 124:25,
136:4, 136:17,
137:25, 139:3,
157:13, 157:22,
163:1, 165:17, 166:4,
167:10, 167:19,
167:23, 168:8, 170:9,
187:7
**Haitian** [7] - 97:25,
99:9, 101:21, 107:4,
118:20, 125:4
**Haitians** [2] - 96:24,
101:22
**half** [1] - 107:14
**halfway** [1] - 172:19
**hand** [6] - 77:7,
114:4, 116:16, 117:8,
186:24
**handicapped** [1] -
25:7
**handle** [3] - 44:21,
44:24, 141:2
**Hands** [1] - 23:7
**hands** [4] - 174:9,
174:16, 175:5, 175:7
**hang** [1] - 150:18
**Harcourt** [3] - 10:2,
10:7, 14:21
**Haringey** [1] - 33:23
**Haven** [9] - 96:4,
96:6, 96:8, 96:9,
96:11, 96:14, 96:21,
96:22, 100:18
**hazard** [1] - 32:10
**hazards** [6] - 32:2,
77:17, 100:23,
100:25, 101:1
**head** [2] - 53:22,

139:2
**heading** [1] - 185:7
**headquarters** [1] -
99:7
**healings** [1] - 105:8
**health** [2] - 38:18,
38:21
**healthy** [1] - 16:10
**hear** [3] - 56:14,
145:20, 163:1
**heard** [4] - 16:24,
64:11, 77:22, 97:21
**hearing** [1] - 55:6
**hears** [1] - 15:1
**hearsay** [22] - 22:15,
23:1, 24:22, 27:25,
37:2, 48:2, 59:7, 60:4,
61:16, 66:24, 67:4,
97:6, 112:13, 117:13,
142:21, 169:21,
170:4, 173:24,
174:13, 174:22,
175:17, 178:6
**Heliopolis** [1] - 88:9
**help** [6] - 23:12,
23:13, 114:18, 120:7,
137:3, 164:17
**helped** [1] - 28:25
**helping** [1] - 17:14
**hereby** [2] - 78:13,
188:14
**Herne** [2] - 34:2,
34:15
**herself** [1] - 168:11
**Hertfordshire** [2] -
30:9, 33:23
**hide** [7] - 12:7,
100:14, 100:17,
125:20, 161:5,
161:10, 161:14
**Hide** [1] - 67:21
**hiding** [1] - 33:9
**hierarchy** [1] -
129:12
**high** [17] - 12:13,
12:14, 17:12, 17:17,
17:19, 17:20, 18:6,
18:10, 18:12, 18:19,
18:21, 18:25, 74:17,
74:19, 74:20, 74:24,
76:24
**High** [2] - 17:21,
17:22
**higher** [2] - 137:4,
160:12
**himself** [3] - 5:21,
146:1, 147:10
**hinder** [1] - 125:23
**hired** [5] - 33:21,
65:9, 92:7, 99:17,

102:13
**holiday** [3] - 153:8,
179:3, 179:4
**holidays** [2] - 141:8,
153:7
**Hollander** [1] - 84:24
**Holy** [2] - 12:19,
174:9
**Home** [1] - 67:21
**home** [40] - 14:7,
14:8, 18:15, 24:2,
25:7, 27:19, 27:22,
30:8, 31:18, 32:5,
34:25, 42:9, 44:4,
54:2, 54:3, 67:19,
67:20, 68:14, 68:16,
68:18, 68:23, 69:10,
69:12, 91:3, 92:7,
92:9, 92:10, 101:13,
104:13, 123:13,
137:11, 154:17,
154:18, 158:12,
158:13, 161:23,
162:7, 162:9, 163:2,
179:4
**homes** [5] - 25:5,
25:15, 102:16, 143:15
**homework** [4] -
136:24, 137:1, 137:2,
140:18
**honest** [1] - 101:4
**Honeycutt** [5] -
84:14, 84:15, 84:25,
85:1, 86:19
**Honor** [51] - 4:8,
4:14, 4:25, 6:2, 6:11,
7:12, 7:15, 8:24, 9:1,
9:3, 9:9, 14:14, 22:17,
31:11, 35:25, 43:20,
46:5, 46:14, 46:21,
68:19, 70:9, 70:18,
71:15, 71:19, 71:22,
72:19, 73:11, 73:16,
73:23, 74:4, 86:7,
115:25, 116:12,
131:12, 132:13,
132:19, 141:10,
141:24, 142:6,
171:11, 172:11,
175:13, 183:15,
184:2, 184:4, 184:10,
185:13, 185:21,
185:23, 186:4, 188:9
**honorable** [3] -
22:11, 117:22, 117:25
**HONORABLE** [1] -
1:10
**honorably** [1] -
26:16
**Hoose** [1] - 80:14

**Hope** [4] - 4:16, 73:19, 116:4, 172:16
**hopes** [1] - 166:7
**Horowitz** [12] - 4:15, 46:9, 46:20, 70:21, 73:17, 74:3, 114:10, 116:3, 116:11, 172:15, 172:18, 173:1
**HOROWITZ** [215] - 1:23, 4:2, 4:25, 5:2, 5:5, 9:1, 9:9, 9:16, 11:19, 13:20, 14:5, 15:2, 15:7, 15:11, 15:21, 19:8, 20:6, 22:16, 22:19, 23:3, 24:24, 25:20, 26:11, 28:13, 30:3, 31:11, 31:12, 34:8, 34:14, 35:25, 36:1, 36:20, 37:4, 37:11, 37:21, 38:4, 40:13, 40:20, 41:6, 41:14, 41:21, 43:16, 43:20, 43:21, 44:18, 45:3, 46:21, 46:22, 47:10, 47:16, 48:4, 48:17, 48:22, 49:6, 49:8, 49:9, 50:5, 51:1, 51:14, 53:1, 53:8, 54:13, 54:23, 55:17, 56:9, 56:15, 57:17, 58:24, 59:10, 59:14, 59:20, 60:6, 62:1, 63:6, 64:6, 66:16, 67:1, 67:5, 67:7, 68:21, 69:7, 69:21, 70:9, 70:16, 70:18, 70:20, 70:24, 71:4, 71:20, 72:19, 74:4, 74:5, 75:24, 76:7, 80:9, 80:20, 81:8, 81:17, 82:1, 82:23, 86:4, 86:9, 88:18, 88:23, 89:13, 89:23, 90:4, 90:10, 90:17, 91:1, 91:7, 92:24, 93:18, 97:10, 98:14, 98:22, 100:1, 100:9, 102:4, 103:7, 104:5, 105:4, 107:9, 108:13, 109:20, 112:1, 112:15, 112:22, 113:8, 114:12, 114:14, 114:15, 116:12, 116:13, 117:15, 119:5, 121:1, 121:14, 122:11, 122:17, 124:21, 127:19, 128:1, 129:11, 130:8, 130:15, 131:12, 131:14, 131:23,

132:7, 132:13, 132:19, 132:21, 132:23, 136:9, 136:14, 136:21, 138:22, 139:7, 140:1, 140:10, 141:10, 141:12, 141:24, 142:6, 142:9, 143:1, 145:14, 145:21, 147:8, 147:19, 147:24, 149:19, 149:24, 150:11, 157:4, 158:24, 160:5, 161:9, 161:13, 164:7, 164:9, 165:2, 166:18, 168:18, 168:22, 169:24, 170:6, 170:13, 172:19, 173:2, 174:1, 174:15, 174:24, 175:15, 175:19, 177:9, 178:8, 178:15, 178:22, 180:9, 181:19, 182:1, 183:1, 183:5, 183:15, 183:17, 184:2, 184:10, 184:12, 185:13, 185:15, 185:21, 186:4, 186:7
**Horowitz's** [1] - 8:5
**hospitable** [1] - 148:20
**hospital** [2] - 88:9, 119:13
**Hospital** [3] - 30:25, 111:21, 145:9
**hospitality** [3] - 148:11, 148:14, 148:16
**hospitals** [3] - 104:4, 106:6, 111:21
**hotel** [2] - 168:2, 175:16
**hour** [4] - 127:10, 141:4, 141:8, 141:9
**hours** [1] - 120:4
**House** [23] - 35:6, 35:8, 35:10, 35:13, 35:14, 36:2, 36:7, 38:5, 38:9, 42:7, 53:18, 53:19, 53:22, 54:7, 54:14, 54:15, 54:18, 54:24, 55:1, 55:4, 55:5, 55:9, 55:11
**house** [60] - 30:24, 38:21, 39:15, 51:10, 51:25, 68:17, 90:6, 90:20, 91:18, 94:3, 103:15, 103:16, 104:8, 107:23, 108:3,

110:2, 121:24, 122:1, 122:12, 123:15, 123:17, 126:8, 126:19, 126:20, 126:25, 127:2, 128:10, 128:12, 128:14, 128:19, 132:3, 135:8, 138:14, 138:23, 139:8, 139:11, 143:14, 143:16, 143:17, 149:4, 149:6, 154:7, 158:17, 159:23, 160:14, 160:16, 161:24, 161:25, 162:1, 162:12, 165:9, 174:5, 174:7, 174:11, 180:25, 181:2, 182:22
**houseboy** [3] - 88:13, 88:19, 91:13
**housed** [4] - 35:16, 37:7, 153:19, 154:11
**household** [1] - 90:13
**housemother** [15] - 120:16, 121:18, 121:22, 121:25, 122:1, 122:13, 122:20, 123:6, 126:10, 131:9, 135:17, 141:20, 141:22, 144:1, 144:19
**housemothers** [3] - 122:25, 123:3, 123:5
**houses** [5] - 122:23, 122:24, 134:2, 162:2, 170:9
**housing** [4] - 38:19, 38:22, 105:6, 122:1
**Hudson's** [1] - 18:24
**Hung** [1] - 8:18
**HUNG** [1] - 8:18
**husband** [2] - 74:25, 75:5

**I**

**Ian** [3] - 42:17, 49:20, 52:17
**idea** [2] - 117:12, 117:16
**identical** [2] - 133:16, 133:17
**identification** [3] - 11:25, 12:2, 12:4
**identify** [1] - 97:17
**ill** [1] - 118:22
**illnesses** [2] - 104:25, 105:7

**immediately** [8] - 33:20, 45:16, 72:10, 115:4, 119:12, 171:22, 187:1, 187:24
**impact** [2] - 157:16, 157:18
**implying** [1] - 80:16
**improper** [5] - 36:8, 52:8, 59:1, 67:3, 91:12
**impropriety** [1] - 94:8
**IN** [1] - 3:9
**inappropriate** [2] - 52:6, 52:12
**incarcerated** [1] - 97:8
**incident** [2] - 154:24, 169:15
**inclination** [1] - 176:16
**include** [2] - 48:9, 50:9
**included** [1] - 119:7
**including** [7] - 45:13, 72:7, 115:1, 158:7, 162:16, 171:19, 187:21
**income** [3] - 87:20, 118:17, 124:25
**independent** [2] - 79:6, 79:7
**Indian** [1] - 42:20
**Indiana** [1] - 26:22
**Indianapolis** [2] - 26:22, 27:2
**Indians** [1] - 78:5
**indicated** [1] - 130:9
**individual** [6] - 31:23, 39:10, 59:24, 59:25, 78:2, 163:12
**indoor** [1] - 138:24
**inform** [5] - 4:20, 61:15, 99:14, 99:19, 100:2
**information** [2] - 12:1, 166:6
**informed** [1] - 61:18
**inhibit** [1] - 134:17
**initial** [8] - 24:13, 24:14, 24:20, 28:21, 32:3, 57:3, 66:5
**injured** [1] - 88:8
**inquiry** [2] - 5:12, 33:6
**inside** [1] - 54:14
**inspect** [1] - 101:6
**inspection** [6] - 33:5, 92:6, 92:20, 93:3, 125:23, 126:2

**inspector** [2] - 13:7
**instance** [1] - 57:3
**instead** [1] - 163:11
**instigate** [1] - 23:7
**instigated** [2] - 24:8, 156:17
**institutions** [3] - 112:16, 112:17, 112:24
**instruct** [5] - 45:16, 72:10, 115:4, 171:22, 187:24
**instruction** [1] - 71:17
**instructions** [2] - 22:13, 178:4
**insulin** [2] - 147:15, 147:16
**insurance** [2] - 118:11, 118:14
**intake** [1] - 31:7
**intensity** [2] - 50:1, 57:10
**intensive** [1] - 29:3
**interact** [3] - 22:21, 23:4, 25:10
**interaction** [8] - 23:24, 23:25, 25:2, 28:7, 31:15, 40:14, 42:8, 44:12
**interactions** [1] - 24:10
**interest** [1] - 176:15
**interested** [6] - 33:6, 112:7, 112:8, 163:1, 163:24, 163:25
**interests** [1] - 127:16
**interim** [1] - 18:22
**internally** [1] - 165:20
**International** [15] - 99:6, 101:16, 101:18, 118:6, 118:7, 119:11, 119:20, 122:19, 122:24, 123:3, 124:2, 126:13, 133:3, 133:25
**internationally** [1] - 165:20
**Internet** [9] - 45:14, 72:8, 113:16, 115:2, 171:20, 181:3, 181:8, 181:10, 187:21
**intersections** [1] - 161:22
**intervene** [2] - 81:2, 187:1
**interviewed** [1] - 36:23
**intrigued** [1] - 28:3
**introduce** [1] - 11:7

12

**introduced** [1] - 24:2
**invest** [1] - 106:23
**investigation** [2] - 94:13, 94:14
**investigations** [1] - 42:9
**investigator** [4] - 4:16, 73:19, 116:5, 172:17
**involuntarily** [1] - 82:5
**involve** [2] - 135:2, 139:15
**involved** [4] - 60:12, 64:21, 64:23, 137:14
**involving** [2] - 85:25, 97:2
**iPods** [4] - 180:13, 180:20, 180:23, 185:9
**Irish** [1] - 42:20
**island** [5] - 61:9, 61:10, 61:11, 61:24, 62:5
**Ismael** [10] - 134:13, 134:22, 135:1, 162:13, 169:11, 169:15, 170:2, 170:18
**issue** [2] - 5:22, 169:15
**issued** [1] - 78:12
**issues** [3] - 57:7, 174:4, 174:10
**it'll** [1] - 8:5
**Italian** [1] - 58:9
**items** [2] - 106:14, 182:21
**itself** [2] - 64:1, 114:12

## J

**J.L** [1] - 18:24
**Jack** [3] - 63:17, 64:13, 65:11
**jail** [1] - 37:25
**Jamaican** [1] - 120:19
**James** [2] - 151:8, 151:14
**Janet** [19] - 166:19, 167:15, 167:18, 168:4, 168:15, 168:19, 169:4, 169:13, 169:19, 169:25, 171:3, 173:20, 174:2, 174:19, 175:16, 175:20, 175:23, 176:4, 182:19

**jealous** [1] - 52:21
**Jean** [2] - 79:16, 185:7
**Jean-Claude** [1] - 79:16
**jeeps** [1] - 87:17
**Jeff** [1] - 152:25
**Jensen** [1] - 4:20
**Jesus** [3] - 60:16, 60:20, 61:10
**Jim** [8] - 57:2, 57:22, 58:4, 58:17, 58:25, 59:6, 59:17, 60:2
**Jimmy** [10] - 153:12, 153:13, 153:14, 153:15, 153:16, 153:21, 153:23, 154:3, 155:14, 155:17
**JOAN** [1] - 1:10
**job** [9] - 19:25, 21:24, 37:6, 38:22, 96:12, 143:24, 144:11, 147:2, 155:2
**Jobed** [2] - 108:18, 108:20
**jobs** [6] - 17:7, 17:11, 17:16, 135:7, 150:15
**John** [1] - 39:24
**join** [7] - 18:22, 18:25, 19:2, 19:4, 19:24, 60:18, 120:9
**joined** [2] - 20:7, 20:19, 55:25
**joint** [2] - 120:13, 121:20
**Josie** [9] - 42:24, 42:25, 43:4, 43:6, 43:8, 43:22, 44:2, 44:19, 44:22
**Jr** [1] - 10:4
**JUDGE** [1] - 1:11
**judge** [6] - 5:2, 5:5, 14:18, 15:2, 69:21, 70:24
**Judge** [8] - 4:2, 8:11, 70:20, 114:14, 114:20, 115:13, 164:7, 188:8
**judges** [1] - 125:15
**jump** [1] - 32:20
**June** [1] - 119:21
**Junior** [6] - 108:25, 109:4, 109:5, 120:15, 130:20, 131:9
**junior** [2] - 12:13, 17:22
**Junior's** [1] - 109:6
**jurisprudence** [1] - 5:18

**JUROR** [1] - 171:13
**jurors** [8] - 5:10, 9:4, 46:12, 71:16, 71:21, 73:22, 171:10, 172:20
**JURY** [1] - 1:10
**jury** [30] - 5:8, 8:25, 9:5, 14:17, 15:1, 15:4, 28:18, 35:12, 45:19, 45:20, 46:16, 56:6, 69:23, 70:1, 70:8, 71:23, 72:13, 72:14, 73:24, 87:9, 97:16, 115:6, 115:8, 116:6, 116:7, 149:2, 171:25, 172:1, 172:22, 188:4
**JUSTICE** [1] - 1:17
**juvenile** [1] - 31:21

## K

**Kane** [5] - 4:9, 46:6, 73:12, 116:1, 172:12
**KANE** [8] - 1:17, 80:18, 121:11, 122:7, 139:5, 145:17, 145:19, 188:9
**Kate** [1] - 4:20
**Kaye** [7] - 103:14, 104:8, 104:10, 107:23, 108:8, 109:12
**keep** [7] - 33:4, 106:18, 106:21, 159:2, 159:4, 164:23
**Keesler** [2] - 20:25, 21:3
**Kent** [2] - 38:25, 55:13
**kept** [1] - 109:14
**Kevin** [2] - 44:4, 44:5
**Key** [1] - 98:1
**kids** [1] - 179:19
**kind** [8] - 15:1, 16:13, 17:11, 20:1, 31:7, 85:3, 100:24, 166:8
**kindergarten** [1] - 18:17
**King's** [1] - 30:25
**Kingdom** [2] - 85:3, 85:4
**Kingsway** [1] - 78:15
**kitchen** [1] - 135:7
**knack** [2] - 28:8, 147:4
**know...** [2] - 100:24, 111:4
**knowledge** [4] - 61:14, 76:3, 86:5, 91:12

**known** [3] - 85:6, 88:21, 151:14
**knows** [2] - 126:17, 164:22
**Knox** [15] - 166:19, 167:15, 167:18, 168:4, 168:15, 168:19, 169:4, 169:25, 173:20, 174:2, 175:16, 175:20, 175:23, 176:4, 182:19
**Knox's** [2] - 171:3, 174:19

## L

**L'Gonaive** [1] - 61:9
**Lackland** [4] - 20:11, 20:12, 20:13, 20:15
**LACKLAND** [1] - 20:14
**ladies** [4] - 28:18, 35:12, 72:1, 149:2
**laid** [1] - 16:5
**laminated** [1] - 163:16
**land** [1] - 165:13
**language** [4] - 87:12, 88:3, 176:9, 176:22
**lapland** [1] - 20:12
**laptop** [1] - 180:12
**large** [9] - 80:13, 88:4, 103:16, 104:13, 114:2, 137:18, 159:5, 166:25
**larger** [1] - 110:4
**Larko** [4] - 4:11, 46:7, 73:14, 172:13
**last** [13] - 5:17, 17:21, 43:5, 43:10, 49:23, 50:7, 58:6, 160:17, 172:21, 173:17, 181:9, 183:25, 184:19
**late** [2] - 42:5, 78:23
**law** [4] - 5:15, 8:16, 16:5, 100:3
**lawyer** [2] - 114:1, 116:25
**lay** [4] - 174:8, 174:16, 175:5, 175:7
**lead** [3] - 62:9, 134:6, 134:15
**leader** [8] - 129:6, 129:16, 129:17, 129:20, 129:23, 130:10, 130:16, 185:2
**leaders** [2] - 129:2,

129:15
**leadership** [1] - 57:2
**leading** [19] - 11:16, 13:25, 31:9, 40:10, 47:8, 47:12, 48:19, 59:13, 98:19, 99:23, 108:10, 113:5, 121:11, 122:14, 127:23, 131:20, 139:23, 161:6, 178:19
**leadings** [1] - 84:7
**leaning** [2] - 85:7
**learn** [2] - 57:13, 176:19
**learned** [1] - 124:15
**learning** [3] - 18:16, 29:6, 93:6
**leased** [1] - 21:21
**least** [5] - 8:6, 21:9, 21:10, 150:6, 150:15
**leave** [1] - 27:6, 45:18, 53:17, 72:12, 82:5, 83:6, 93:22, 94:19, 94:21, 94:23, 95:1, 127:14, 134:14, 135:20, 135:23, 135:25, 171:24, 178:5
**leaves** [1] - 31:24, 32:24
**leaving** [1] - 82:21
**led** [1] - 60:25
**left** [21] - 15:22, 27:4, 49:19, 49:20, 53:14, 61:14, 79:16, 83:5, 93:19, 94:18, 114:4, 116:16, 117:8, 134:14, 143:5, 154:25, 158:14, 173:13, 177:22, 184:21, 184:22
**left-hand** [3] - 114:4, 116:16, 117:8
**legal** [1] - 46:23
**LENARD** [1] - 1:10
**length** [1] - 43:25
**lengthy** [1] - 128:21
**less** [2] - 88:5, 92:13
**lessons** [3] - 136:22, 136:23, 136:24
**letter** [18] - 116:24, 117:5, 117:11, 117:17, 117:20, 117:22, 118:8, 118:10, 119:16, 125:8, 163:24, 164:10, 164:18, 164:22, 165:6, 165:7, 165:12
**letters** [3] - 164:12, 165:16, 165:23

**level** [2] - 69:12, 130:16
**license** [10] - 11:25, 12:1, 78:7, 78:12, 78:17, 78:18, 78:21, 78:24, 79:2, 79:4
**licensed** [1] - 78:17
**licenses** [1] - 33:15
**lieutenant** [1] - 13:6
**life** [6] - 10:10, 14:7, 14:8, 22:4, 57:14, 176:10
**life-changing** [1] - 57:14
**Lifeline** [4] - 99:6, 101:16, 101:18, 109:12
**light** [1] - 114:9
**lights** [3] - 114:13, 114:18, 115:12
**likewise** [1] - 188:8
**limit** [1] - 15:16
**limited** [1] - 43:13
**limits** [2] - 149:7, 149:8
**line** [5] - 14:19, 15:6, 15:9, 118:10, 119:6
**LISA** [2] - 2:1, 188:18
**list** [12] - 7:22, 109:23, 119:6, 131:10, 144:19, 146:19, 151:10, 152:9, 152:12, 152:17, 152:22
**listed** [4] - 41:17, 108:25, 151:20, 173:9
**listen** [7] - 45:12, 72:6, 114:25, 134:16, 134:21, 171:18, 187:20
**listened** [1] - 40:16
**listing** [1] - 184:17
**listings** [1] - 143:13
**lists** [1] - 110:20
**live** [9] - 54:14, 68:14, 75:1, 96:3, 109:8, 123:3, 126:13, 126:20, 153:23
**lived** [7] - 38:1, 68:16, 85:23, 96:8, 96:24, 154:9
**living** [18] - 16:22, 29:4, 30:4, 30:7, 39:2, 39:3, 67:16, 67:18, 69:13, 74:24, 84:16, 90:13, 96:6, 107:16, 108:7, 112:3, 120:3, 153:16
**load** [1] - 167:5
**local** [9] - 22:21,

23:4, 106:6, 119:13, 122:2, 125:6, 125:15, 156:13, 167:4
**locally** [1] - 80:24
**located** [12] - 12:20, 17:24, 21:2, 30:8, 30:11, 38:24, 38:25, 41:25, 117:2, 122:24, 143:11, 157:10
**location** [6] - 98:5, 107:21, 107:23, 107:25, 110:7, 186:12
**locations** [2] - 133:3, 133:4
**lockdown** [3] - 31:18, 31:20, 35:18
**locked** [1] - 149:4
**locks** [1] - 102:8
**lodged** [1] - 101:3
**London** [17] - 23:15, 28:7, 28:22, 30:9, 30:12, 33:22, 35:1, 38:25, 39:1, 41:23, 42:1, 42:6, 50:15, 59:11, 66:23, 100:11
**long-term** [3] - 30:8, 55:1, 81:12
**look** [7] - 13:16, 78:16, 117:21, 144:6, 150:20, 162:9, 164:18
**looked** [2] - 162:8, 185:18
**looking** [6] - 108:23, 112:10, 144:12, 150:7, 162:11, 162:12
**Lord** [1] - 166:25
**Louis** [1] - 131:5
**lounge** [1] - 134:20
**Love** [1] - 155:4
**loved** [1] - 19:21
**low** [4] - 87:20, 118:17, 124:25, 125:1
**low-income** [3] - 87:20, 118:17, 124:25
**lower** [2] - 13:23, 42:3
**lower-class** [1] - 42:3
**Lucien** [7] - 109:7, 120:15, 121:19, 122:6, 131:9, 144:19, 177:25
**Luke** [1] - 60:16
**lunch** [5] - 70:22, 71:7, 72:2, 72:13, 74:8
**luncheon** [1] - 73:5
**Lutheran** [7] - 12:16, 12:17, 12:19, 17:20, 56:1, 56:6

**Ly** [1] - 8:18
**LY** [1] - 8:18

# M

**ma'am** [10] - 4:23, 5:16, 6:14, 6:18, 6:22, 6:25, 7:2, 7:10, 26:10, 73:21
**machine** [1] - 87:22
**maid** [1] - 92:10
**maiden** [1] - 17:4
**mail** [9] - 113:16, 164:19, 164:20, 164:21, 165:4, 165:8, 165:9, 165:11
**mailed** [1] - 165:12
**main** [4] - 134:20, 136:17, 154:7, 160:10
**mainland** [1] - 61:9
**maintain** [2] - 92:3, 93:7
**maintaining** [1] - 96:12
**Maison** [2] - 107:25, 109:25
**major** [1] - 30:22
**majority** [1] - 162:19
**Makin** [1] - 185:8
**malaria** [1] - 118:24
**man** [12] - 57:2, 80:25, 88:12, 88:24, 89:14, 90:6, 91:3, 91:16, 91:18, 98:10, 130:24, 134:13
**mantle** [1] - 134:23
**Manual** [1] - 103:3
**manual** [1] - 103:4
**Mapou** [4] - 103:14, 103:15, 107:23, 109:12
**Marc** [2] - 61:21, 98:6
**Marcel** [1] - 114:2
**Marcotte** [6] - 98:10, 98:15, 99:1, 99:14, 99:19, 100:2
**Margarita** [1] - 121:19
**Maria** [5] - 4:9, 46:6, 73:12, 116:1, 172:12
**MARIA** [1] - 1:14
**Marie** [1] - 160:13
**Marine** [1] - 63:2
**Marines** [1] - 63:3
**marked** [4] - 131:15, 141:13, 183:18, 185:12
**married** [8] - 17:4,

17:5, 56:25, 58:10, 58:12, 60:10, 60:11
**marshals** [1] - 5:6
**materials** [1] - 87:23
**math** [1] - 160:24
**Matin** [1] - 142:17
**matter** [8] - 7:8, 7:15, 45:13, 72:7, 115:1, 171:19, 187:21, 188:15
**MATTERS** [1] - 1:21
**MATTHEW** [2] - 1:7, 9:11
**matthew** [1] - 3:5
**Matthew** [12] - 4:3, 6:7, 9:9, 9:14, 11:13, 11:21, 46:1, 73:8, 78:13, 115:22, 116:19, 172:8
**Max** [1] - 150:24
**mayor's** [1] - 125:7
**McCrum** [31] - 56:22, 56:24, 56:25, 59:5, 60:1, 60:13, 61:12, 61:15, 62:10, 62:21, 62:24, 63:2, 63:7, 65:25, 66:2, 66:6, 66:7, 66:12, 66:19, 67:3, 79:12, 79:14, 79:21, 80:15, 80:21, 82:3, 83:4, 85:16, 85:19, 85:25, 86:5
**McCrum's** [1] - 86:10
**McDonald's** [4] - 44:11, 48:12, 48:24, 50:14
**McGee** [1] - 168:13
**meal** [2] - 72:18, 135:18, 136:17, 136:18, 140:2, 140:5
**meals** [4] - 183:7, 183:9, 183:11
**mean** [20] - 25:22, 29:19, 30:7, 33:3, 54:5, 64:9, 94:17, 100:19, 103:18, 106:23, 112:9, 127:9, 130:5, 137:7, 140:14, 141:6, 147:14, 148:23, 160:11, 165:19
**meaning** [2] - 33:4, 103:21
**means** [7] - 32:5, 82:21, 103:14, 112:10, 127:13, 141:7, 153:20
**mechanical** [1] - 176:16
**mechanics** [1] -

176:16
**MEDETIS** [170] - 1:14, 4:8, 7:15, 7:21, 8:11, 9:3, 11:16, 13:17, 13:25, 14:13, 14:18, 15:16, 19:6, 20:3, 22:15, 23:1, 24:22, 25:17, 26:5, 27:25, 29:20, 31:9, 34:6, 34:12, 35:21, 36:16, 37:2, 37:19, 38:2, 40:10, 40:18, 41:4, 41:11, 41:18, 43:14, 44:8, 45:1, 46:5, 47:8, 47:12, 47:25, 48:2, 48:15, 48:19, 49:24, 50:3, 50:23, 51:12, 52:23, 53:5, 54:11, 54:21, 55:15, 56:7, 56:11, 56:13, 57:15, 58:21, 59:7, 59:13, 60:3, 61:16, 63:4, 64:4, 66:13, 66:24, 67:4, 68:19, 68:24, 69:2, 71:15, 73:11, 75:21, 76:5, 80:7, 80:17, 81:6, 81:15, 82:13, 86:2, 86:7, 88:16, 88:22, 89:11, 89:21, 90:1, 90:7, 90:14, 90:22, 91:5, 92:21, 93:16, 97:6, 98:12, 98:19, 99:23, 100:4, 102:1, 103:5, 104:3, 105:2, 107:7, 108:10, 109:16, 111:22, 112:13, 112:19, 113:4, 115:25, 117:13, 119:2, 120:22, 122:8, 122:14, 124:19, 127:17, 127:23, 129:7, 130:6, 130:13, 131:20, 132:5, 136:7, 136:12, 136:19, 138:20, 139:23, 140:7, 142:21, 145:12, 147:6, 147:17, 147:22, 149:17, 149:22, 150:9, 156:10, 158:19, 160:2, 161:6, 161:11, 164:25, 166:14, 168:16, 168:20, 169:21, 170:3, 170:10, 172:11, 173:24, 174:13, 174:22, 175:8, 175:10, 175:13, 175:17,

177:7, 178:6, 178:12,
178:19, 180:7,
181:17, 181:24,
182:24, 183:3,
183:12, 184:4,
185:23, 187:14, 188:8
**Medetis** [7] - 4:9,
7:14, 8:10, 46:6,
73:12, 116:1, 172:12
**media** [5] - 45:13,
72:7, 115:1, 171:19,
187:22
**medical** [8] - 123:23,
124:4, 124:14,
124:17, 124:22,
155:5, 156:4, 162:21
**medically** [1] -
102:16
**medicine** [1] - 87:17
**medicines** [5] -
105:25, 106:9,
106:10, 124:6, 157:21
**meds** [3] - 146:24,
147:12, 147:20
**meet** [9] - 42:14,
42:21, 51:5, 56:22,
56:24, 58:2, 79:14,
84:15, 163:2
**meeting** [7] - 57:8,
85:15, 85:21, 85:24,
99:1, 121:8, 163:2
**meetings** [4] - 85:10,
85:13, 85:22, 86:10
**member** [1] - 22:21
**members** [6] - 22:14,
59:12, 113:12,
120:13, 120:14,
166:12
**men** [5] - 10:18,
91:4, 105:10, 105:16,
182:17
**men's** [1] - 57:3
**mental** [1] - 38:21
**mentioned** [9] - 18:1,
27:22, 29:17, 33:1,
44:3, 58:20, 63:11,
144:22, 165:6
**Merck** [1] - 103:3
**mercy** [1] - 16:6
**met** [19] - 13:2,
42:11, 43:8, 43:11,
44:2, 44:14, 44:15,
56:25, 57:1, 57:23,
58:3, 62:21, 62:25,
79:11, 84:16, 84:20,
98:10, 98:15, 109:12
**Mexico** [1] - 78:5
**MIAMI** [1] - 1:2
**Miami** [8] - 1:4, 1:16,
1:22, 1:25, 2:2, 2:3,

188:19, 188:20
**Michigan** [10] - 10:9,
12:12, 101:24, 112:5,
112:6, 112:12, 124:2,
166:11, 166:24
**microphone** [1] -
175:11
**mid** [1] - 42:5
**middle** [3] - 13:23,
14:3, 42:2
**middle-class** [1] -
42:2
**Midlands** [1] - 48:25
**might** [4] - 18:14,
20:17, 28:9, 96:1
**Mildenhall** [2] -
21:16, 21:22
**mile** [1] - 51:11
**miles** [1] - 161:17
**Militaire** [1] - 157:24
**military** [9] - 18:22,
18:25, 19:4, 19:11,
19:23, 26:16, 63:1,
129:4, 158:16
**military's** [1] - 26:13
**milk** [2] - 156:16,
156:18
**mine** [3] - 133:19,
139:1, 157:25
**minimum** [1] -
118:20
**ministry** [2] - 85:2,
166:24
**minor** [2] - 97:2,
118:23
**minute** [3] - 71:9,
115:7, 173:6
**minutes** [5] - 45:19,
70:18, 115:6, 171:25,
187:8
**miraculous** [1] -
111:19
**mischievous** [1] -
16:13
**misconduct** [1] -
32:24
**Mision** [1] - 110:19
**Mission** [10] - 62:22,
63:12, 63:13, 63:16,
63:23, 63:24, 64:7,
65:12, 66:3, 66:4
**mission** [12] - 60:9,
60:12, 61:20, 62:22,
64:1, 97:25, 99:13,
101:24, 105:24,
106:24, 157:25, 158:1
**missionaries** [4] -
62:9, 77:15, 106:12,
167:4
**missionary** [26] -

60:8, 62:6, 67:10,
77:13, 77:22, 77:25,
78:1, 78:7, 78:14,
78:17, 78:21, 78:24,
79:2, 79:4, 80:10,
80:12, 81:10, 82:3,
83:6, 83:9, 87:3, 87:6,
87:9, 98:10, 98:15,
98:17
**missions** [1] -
106:12
**Mississippi** [4] -
21:3, 112:5, 166:11,
166:12
**mixed** [4] - 35:16,
54:4, 54:5
**mobile** [3] - 67:19,
67:20, 68:14
**Mobile** [1] - 67:21
**moment** [6] - 5:13,
15:8, 69:21, 69:25,
70:16, 72:16
**moments** [1] - 70:17
**money** [12] - 87:12,
87:23, 98:3, 105:22,
110:6, 110:9, 112:17,
112:24, 113:2, 113:9,
165:18, 167:7
**month** [15] - 29:24,
48:14, 81:14, 81:18,
103:9, 110:8, 156:22,
160:19, 160:22,
160:24, 162:1, 162:2,
162:10, 187:8, 187:11
**monthly** [3] - 89:16,
156:16, 156:18
**months** [9] - 21:10,
65:8, 65:14, 86:20,
86:21, 101:19,
104:19, 173:10,
176:21
**Montrouis** [12] -
61:9, 61:23, 64:15,
98:5, 98:6, 98:9,
102:7, 102:13,
103:22, 105:13,
105:14, 130:21
**mopping** [1] - 135:6
**Morning** [86] - 95:16,
97:21, 97:22, 101:9,
103:11, 103:23,
103:25, 104:1, 104:6,
104:15, 104:21,
105:11, 105:20,
106:18, 106:25,
107:16, 108:7,
108:18, 108:24,
109:6, 112:2, 112:25,
118:6, 118:7, 119:10,
119:20, 119:23,

121:4, 121:22,
122:18, 122:19,
122:24, 123:3,
126:13, 130:22,
131:19, 133:2,
133:25, 135:16,
136:10, 138:4,
142:17, 143:8, 151:9,
151:18, 153:17,
153:23, 155:9,
155:18, 156:2, 156:4,
156:8, 157:9, 157:16,
157:18, 158:5, 158:9,
159:2, 159:4, 159:8,
162:15, 162:23,
166:23, 167:7,
167:15, 168:24,
169:2, 169:4, 169:6,
171:6, 173:11,
173:12, 173:17,
174:25, 175:20,
176:1, 176:6, 177:3,
177:10, 177:22,
179:6, 183:7, 183:25,
186:17, 186:19,
186:22
**morning** [32] - 4:1,
4:2, 4:5, 4:8, 4:13,
4:14, 4:17, 9:17, 9:18,
46:5, 123:10, 128:3,
133:22, 133:25,
134:5, 134:6, 134:22,
134:25, 135:2, 135:3,
135:10, 136:4, 136:6,
136:11, 141:4, 141:8,
146:5, 147:3, 147:10,
149:10, 188:3, 188:7
**most** [11] - 40:3,
40:4, 50:11, 82:16,
88:3, 123:20, 128:11,
128:12, 149:15,
150:7, 159:5
**mostly** [1] - 113:17
**mother** [28] - 10:5,
13:3, 13:9, 13:21,
15:12, 16:4, 16:5,
16:7, 18:1, 18:4,
42:20, 42:21, 44:15,
44:17, 48:8, 51:21,
52:22, 76:19, 89:2,
89:3, 89:10, 89:14,
109:7, 109:11,
109:15, 120:16,
178:16, 178:24
**mothers** [4] - 87:19,
87:20, 102:14, 156:18
**motion** [2] - 4:19,
4:21
**Mountains** [1] - 78:5
**mouth** [1] - 121:5

**move** [7] - 31:25,
132:13, 141:24,
160:9, 161:1, 175:11,
185:21
**moved** [7] - 12:18,
28:6, 102:16, 109:12,
122:3, 122:12, 162:6
**moves** [1] - 184:2
**movie** [1] - 62:7
**MR** [233] - 4:2, 4:14,
4:23, 4:25, 5:2, 5:5,
5:11, 5:14, 5:16, 6:2,
7:12, 7:24, 8:5, 8:8,
8:24, 9:1, 9:9, 9:16,
11:19, 13:20, 14:5,
15:2, 15:7, 15:11,
15:21, 19:8, 20:6,
22:16, 22:19, 23:3,
24:24, 25:20, 26:11,
28:13, 30:3, 31:11,
31:12, 34:8, 34:14,
35:25, 36:1, 36:20,
37:4, 37:11, 37:21,
38:4, 40:13, 40:20,
41:6, 41:14, 41:21,
43:16, 43:20, 43:21,
44:18, 45:3, 46:9,
46:21, 46:22, 47:10,
47:16, 48:4, 48:17,
48:22, 49:6, 49:8,
49:9, 50:5, 51:1,
51:14, 53:1, 53:8,
54:13, 54:23, 55:17,
56:9, 56:15, 57:17,
58:24, 59:10, 59:14,
59:20, 60:6, 62:1,
63:6, 64:6, 66:16,
67:1, 67:5, 67:7,
68:21, 69:7, 69:21,
70:5, 70:9, 70:16,
70:18, 70:20, 70:24,
71:4, 71:9, 71:12,
71:19, 71:20, 72:19,
73:16, 74:4, 74:5,
75:24, 76:7, 80:9,
80:20, 81:8, 81:17,
82:1, 82:23, 86:4,
86:9, 88:18, 88:23,
89:13, 89:23, 90:4,
90:10, 90:17, 91:1,
91:7, 92:24, 93:18,
97:10, 98:14, 98:22,
100:1, 100:9, 102:4,
103:7, 104:5, 105:4,
107:9, 108:13,
109:20, 112:1,
112:15, 112:22,
113:8, 114:12,
114:14, 114:15,
116:3, 116:12,

116:13, 117:15,
119:5, 121:1, 121:14,
122:11, 122:17,
124:21, 127:19,
128:1, 129:11, 130:8,
130:15, 131:12,
131:14, 131:23,
132:7, 132:13,
132:19, 132:21,
132:23, 136:9,
136:14, 136:21,
138:22, 139:7, 140:1,
140:10, 141:10,
141:12, 141:24,
142:6, 142:9, 143:1,
145:14, 145:21,
147:8, 147:19,
147:24, 149:19,
149:24, 150:11,
157:4, 158:24, 160:5,
161:9, 161:13, 164:7,
164:9, 165:2, 166:18,
168:18, 168:22,
169:24, 170:6,
170:13, 172:15,
172:19, 173:2, 174:1,
174:15, 174:24,
175:15, 175:19,
177:9, 178:8, 178:15,
178:22, 180:9,
181:19, 182:1, 183:1,
183:5, 183:15,
183:17, 184:2,
184:10, 184:12,
185:13, 185:15,
185:21, 186:4, 186:7
  **MS** [176] - 4:8, 7:15,
7:21, 8:11, 9:3, 11:16,
13:17, 13:25, 14:13,
14:18, 15:16, 19:6,
20:3, 22:15, 23:1,
24:22, 25:17, 26:5,
27:25, 29:20, 31:9,
34:6, 34:12, 35:21,
36:16, 37:2, 37:19,
38:2, 40:10, 40:18,
41:4, 41:11, 41:18,
43:14, 44:8, 45:1,
46:5, 47:8, 47:12,
47:25, 48:2, 48:15,
48:19, 49:24, 50:3,
50:23, 51:12, 52:23,
53:5, 54:11, 54:21,
55:15, 56:7, 56:11,
56:13, 57:15, 58:21,
59:7, 59:13, 60:3,
61:16, 63:4, 64:4,
66:13, 66:24, 67:4,
68:19, 68:24, 69:2,
71:15, 73:11, 75:21,
76:5, 80:7, 80:17,

80:18, 81:6, 81:15,
82:13, 86:2, 86:7,
88:16, 88:22, 89:11,
89:21, 90:1, 90:7,
90:14, 90:22, 91:5,
92:21, 93:16, 97:6,
98:12, 98:19, 99:23,
100:4, 102:1, 103:5,
104:3, 105:2, 107:7,
108:10, 109:16,
111:22, 112:13,
112:19, 113:4,
115:25, 117:13,
119:2, 120:22,
121:11, 122:7, 122:8,
122:14, 124:19,
127:17, 127:23,
129:7, 130:6, 130:13,
131:20, 132:5, 136:7,
136:12, 136:19,
138:20, 139:5,
139:23, 140:7,
142:21, 145:12,
145:17, 145:19,
147:6, 147:17,
147:22, 149:17,
149:22, 150:9,
156:10, 158:19,
160:2, 161:6, 161:11,
164:25, 166:14,
168:16, 168:20,
169:21, 170:3,
170:10, 172:11,
173:24, 174:13,
174:22, 175:8,
175:10, 175:13,
175:17, 177:7, 178:6,
178:12, 178:19,
180:7, 181:17,
181:24, 182:24,
183:3, 183:12, 184:4,
185:23, 187:14,
188:8, 188:9
  **MSI** [5] - 118:4,
118:5, 118:10, 119:7,
119:10
  **multiple** [1] - 181:11
  **multitude** [1] - 25:23
  **Muslim** [1] - 94:2

# N

  **name** [64] - 6:6, 9:13,
9:24, 10:1, 10:2, 10:6,
10:7, 10:11, 10:13,
10:15, 10:20, 10:23,
11:2, 11:10, 11:12,
11:13, 11:14, 11:18,
11:20, 11:22, 11:24,
12:3, 12:8, 13:14,

17:4, 17:5, 30:11,
34:1, 39:10, 39:24,
42:23, 43:5, 43:6,
44:4, 57:25, 58:6,
58:9, 60:14, 63:22,
84:14, 95:24, 97:21,
103:23, 103:25,
104:1, 104:6, 114:1,
116:16, 120:18,
131:2, 144:23,
146:19, 148:4,
148:11, 150:23,
150:24, 151:4, 151:8,
152:3, 160:13,
168:12, 185:1
  **named** [9] - 9:23,
57:2, 62:11, 63:17,
98:10, 130:24,
134:13, 163:25,
169:11
  **names** [7] - 8:2,
16:17, 16:20, 131:10,
152:9, 152:16, 152:19
  **nanny** [1] - 13:16
  **narrative** [3] - 36:16,
111:22, 129:8
  **Nason** [4] - 146:19,
147:10, 148:2, 180:15
  **NASON** [1] - 146:20
  **Nason's** [3] - 146:22,
147:2, 147:20
  **natural** [1] - 50:13
  **nature** [3] - 43:25,
59:4, 96:25
  **naughty** [2] - 16:2,
16:12
  **Navy** [1] - 20:1
  **near** [4] - 51:10,
110:18, 124:2, 161:20
  **nearby** [1] - 137:17
  **nearly** [2] - 20:2,
106:10
  **necessarily** [2] -
19:21, 92:6
  **necessary** [1] -
128:22
  **need** [15] - 26:8,
72:24, 73:1, 73:2,
77:19, 79:2, 79:4,
111:11, 129:19,
130:4, 130:10,
130:12, 131:2, 145:20
  **needed** [5] - 82:11,
99:11, 127:4, 127:8
  **needs** [4] - 5:11,
30:20, 72:22, 105:6
  **neighborhood** [3] -
111:15, 156:5, 156:8
  **neighbors** [1] -
111:16

never [16] - 12:9,
32:7, 32:19, 59:19,
83:3, 100:12, 100:19,
100:20, 125:19,
125:25, 126:2,
135:17, 135:18,
155:1, 156:3, 179:25
  **New** [2] - 1:18, 78:5
  **new** [5] - 12:3, 143:7,
180:18, 180:20,
181:13
  **newer** [1] - 136:1
  **News** [2] - 17:9,
17:10
  **next** [11] - 25:19,
35:24, 37:23, 43:18,
56:17, 96:24, 103:16,
148:11, 151:20,
170:12, 186:12
  **nice** [1] - 188:7
  **nickname** [3] - 10:3,
109:2, 151:8
  **night** [3] - 127:20,
128:17, 149:4
  **NO** [1] - 1:2
  **non** [2] - 141:4,
141:7
  **non-school** [2] -
141:4, 141:7
  **none** [3] - 138:6,
155:22, 178:5
  **nonresponsive** [44] -
13:17, 20:4, 35:22,
38:2, 41:19, 43:14,
48:15, 50:3, 50:23,
51:12, 54:11, 57:15,
59:8, 64:4, 80:7, 81:6,
81:15, 88:16, 89:11,
89:21, 91:5, 98:12,
102:2, 103:5, 105:2,
119:2, 120:23, 122:8,
129:7, 132:5, 140:8,
145:12, 147:6,
149:17, 150:9, 160:3,
164:25, 166:14,
169:22, 170:10,
178:12, 180:7,
181:17, 187:14
  **normal** [5] - 29:10,
30:1, 91:14, 94:1,
130:17
  **normally** [3] - 30:18,
31:24, 182:8
  **North** [3] - 2:2, 35:1,
188:19
  **north** [2] - 23:15,
48:25
  **Northeast** [1] - 1:15
  **northwest** [2] -
12:21, 17:25

not... [1] - 37:16
  **notebooks** [4] -
45:18, 72:12, 171:24,
188:1
  **nothing** [4] - 36:13,
59:18, 91:14, 102:25
  **November** [2] -
110:24, 110:25
  **nowhere** [2] - 154:9,
154:10
  **number** [2] - 25:23,
35:15
  **nurses** [1] - 145:10
  **nutrition** [1] - 29:7
  **NW** [1] - 1:18

## O

  **oath** [5] - 6:3, 46:19,
74:2, 116:10, 172:25
  **object** [1] - 144:14
  **objecting** [1] - 14:25
  **objection** [176] -
11:16, 13:17, 13:25,
14:13, 19:6, 20:3,
22:15, 23:1, 24:22,
25:17, 26:5, 26:8,
27:25, 29:20, 31:9,
34:6, 34:12, 35:21,
36:16, 37:2, 37:19,
38:2, 40:10, 40:18,
41:4, 41:11, 41:18,
43:14, 44:8, 45:1,
47:8, 47:12, 47:25,
48:2, 48:15, 48:19,
49:24, 50:3, 50:23,
51:12, 52:23, 54:11,
54:21, 55:15, 56:7,
56:11, 56:13, 57:15,
58:21, 59:7, 59:13,
60:3, 61:16, 63:4,
64:4, 66:13, 66:24,
67:4, 68:19, 68:24,
69:2, 71:13, 71:15,
75:21, 75:22, 76:5,
80:7, 80:17, 80:18,
81:6, 81:15, 82:13,
86:2, 86:7, 88:16,
88:22, 89:11, 89:21,
90:7, 90:14, 90:22,
91:5, 92:21, 93:16,
97:6, 98:12, 99:23,
100:4, 102:1, 103:5,
104:3, 105:2, 107:7,
108:10, 109:16,
111:22, 112:13,
112:19, 112:20,
113:4, 113:5, 117:13,
119:2, 120:22,
121:11, 122:7, 122:8,

122:14, 124:19, 127:17, 127:23, 129:7, 130:6, 130:13, 131:20, 132:5, 136:7, 136:12, 136:19, 138:20, 139:5, 139:23, 140:7, 142:21, 145:12, 145:17, 145:19, 147:6, 147:17, 147:22, 149:17, 149:22, 150:9, 156:10, 158:19, 160:2, 161:11, 164:25, 166:14, 168:16, 168:20, 169:21, 169:22, 170:3, 170:10, 173:24, 174:13, 174:22, 175:8, 175:10, 175:13, 175:17, 177:7, 178:6, 178:12, 178:19, 180:7, 181:17, 181:24, 182:24, 183:3, 183:12, 184:4, 185:23, 187:14

**Objection** [1] - 161:6
**obliged** [1] - 154:10
**observation** [14] - 29:12, 30:14, 30:15, 30:16, 30:17, 30:18, 31:7, 31:14, 34:2, 34:17, 34:25, 35:14, 53:21, 55:3
**obviously** [5] - 40:16, 51:5, 127:16, 144:1, 157:19
**occasion** [2] - 154:23, 154:24
**occasional** [1] - 49:3
**occasions** [4] - 51:25, 52:3, 52:5, 100:22
**odd** [1] - 17:7
**Odelin** [5] - 154:13, 154:14, 155:6, 155:8, 155:23
**OF** [3] - 1:1, 1:4, 1:17
**offer** [4] - 27:7, 118:11, 119:20, 148:18
**offered** [9] - 24:4, 28:14, 28:23, 102:17, 103:17, 104:8, 104:11, 119:12, 176:7
**offering** [1] - 118:14
**office** [2] - 27:19, 125:7
**officer** [4] - 35:11,

53:20, 54:1, 188:2
**OFFICER** [4] - 46:14, 71:22, 73:23, 171:10
**officers** [2] - 22:13, 25:10
**Officers** [1] - 25:9
**Official** [1] - 188:19
**official** [6] - 2:1, 88:13, 88:14, 117:21, 125:22, 125:23
**officials** [1] - 125:17
**often** [2] - 49:4, 177:11
**oftentimes** [1] - 166:6
**Ohio** [9] - 56:21, 62:15, 63:20, 65:17, 67:9, 67:17, 68:16, 74:22, 84:17
**old** [15] - 9:19, 9:20, 17:8, 18:12, 18:19, 19:15, 20:2, 22:4, 25:5, 28:16, 40:25, 41:2, 53:2, 53:11, 168:14
**older** [9] - 16:18, 17:2, 18:14, 126:18, 127:15, 137:2, 164:17, 180:5, 180:10
**oldest** [2] - 53:9, 123:17
**on-the-job** [1] - 1:24
**once** [9] - 29:25, 31:23, 49:5, 57:8, 72:17, 83:24, 146:4, 163:15
**one** [73] - 11:21, 13:7, 15:8, 16:5, 17:3, 23:11, 31:8, 32:20, 34:20, 42:19, 47:22, 48:24, 58:5, 59:18, 69:12, 74:14, 75:6, 77:7, 78:15, 82:22, 84:5, 85:12, 85:15, 87:14, 87:15, 88:7, 96:12, 102:15, 102:16, 107:24, 108:9, 108:25, 109:11, 111:2, 111:20, 112:11, 113:23, 113:25, 122:25, 128:24, 129:17, 130:25, 134:13, 138:14, 138:25, 141:4, 141:8, 141:9, 142:23, 145:10, 146:1, 147:11, 148:10, 149:5, 149:15, 150:6,

150:15, 156:15, 157:25, 161:21, 161:22, 162:3, 162:13, 166:10, 166:19, 166:21, 169:10, 171:10, 178:16, 178:23
**one-level** [1] - 69:12
**one-way** [1] - 82:22
**one-year** [1] - 34:20
**ones** [7] - 123:15, 135:24, 137:3, 137:5, 148:16, 180:5, 181:1
**ongoing** [2] - 43:11, 176:9
**onward** [2] - 82:19, 82:21
**onwards** [1] - 16:8
**open** [20] - 15:19, 32:8, 33:1, 33:4, 33:5, 59:19, 92:1, 92:3, 92:19, 93:3, 101:4, 101:5, 101:7, 101:8, 126:2, 138:13, 161:23, 182:11
**open-door** [6] - 32:8, 33:1, 33:4, 92:1, 92:3, 101:5
**opened** [4] - 44:11, 95:16, 161:25, 165:17
**operate** [4] - 87:23, 92:12, 125:9, 125:10
**operated** [1] - 104:12
**operating** [1] - 102:18
**operation** [4] - 92:14, 104:20, 162:4, 162:15
**operator** [1] - 21:25
**opportunity** [8] - 4:18, 6:20, 28:14, 32:24, 84:6, 96:13, 164:24, 166:3
**opposed** [1] - 81:9
**option** [4] - 19:24, 158:11, 160:12, 160:16
**optional** [1] - 135:9
**orally** [1] - 4:20
**ordained** [1] - 79:10
**order** [4] - 4:21, 11:7, 12:5, 155:17
**ordered** [1] - 7:22
**organization** [7] - 78:10, 99:5, 99:11, 106:8, 106:11, 116:23, 124:1
**organizations** [3] - 105:25, 120:20, 162:21

**organize** [3] - 97:24, 120:20, 133:13
**organized** [2] - 144:15, 144:16
**organizing** [2] - 39:17, 62:10
**original** [2] - 130:21, 130:25
**originally** [4] - 79:22, 98:6, 109:11, 128:6
**orphanage** [8] - 80:13, 80:22, 81:1, 81:3, 81:4, 81:9, 81:12, 101:13
**Orphanage** [1] - 80:14
**osteomyelitis** [1] - 105:1
**otherwise** [1] - 82:17
**outgrew** [1] - 107:10
**outgrow** [2] - 109:25, 110:2
**outing** [1] - 49:3, 50:15
**outings** [12] - 44:6, 44:7, 48:10, 48:11, 48:18, 48:23, 49:1, 49:2, 49:4, 50:10, 50:21
**outreach** [6] - 111:11, 111:15, 156:5, 156:8, 156:23
**outreaches** [2] - 157:2, 157:5
**outside** [12] - 14:17, 28:6, 30:8, 39:1, 39:6, 39:17, 46:15, 54:14, 120:9, 134:20, 139:18, 176:11
**over-fear** [1] - 16:9
**overlap** [1] - 162:1
**overruled** [27] - 11:17, 14:1, 28:1, 29:21, 37:20, 43:15, 44:9, 47:13, 48:20, 49:25, 59:16, 61:17, 66:14, 69:4, 76:6, 81:16, 82:14, 97:7, 100:5, 109:17, 136:20, 138:21, 142:22, 150:10, 156:11, 161:12, 170:5
**overrun** [1] - 101:21
**overseas** [1] - 82:16
**own** [13] - 7:5, 26:14, 26:15, 37:25, 39:3, 39:5, 45:5, 45:7, 54:10, 60:2, 63:18, 68:16, 81:20
**owned** [1] - 101:23

**owner** [1] - 58:5
**owners** [1] - 165:10
**Oxford** [1] - 34:20

# P

**p.m** [8] - 1:6, 73:25, 115:8, 116:8, 133:20, 172:1, 172:23, 188:4
**package** [1] - 167:12
**PAGE** [1] - 3:9
**page** [1] - 117:9
**Pages** [1] - 1:8
**paid** [13] - 25:25, 54:20, 68:5, 76:3, 76:8, 99:13, 102:20, 126:19, 127:6, 151:23, 160:17, 186:19
**Palace** [10] - 41:23, 41:25, 42:6, 42:7, 48:5, 48:14, 50:2, 51:7, 53:15, 53:17
**Palm** [3] - 84:22, 95:22, 96:9
**paper** [3] - 17:9, 17:10, 28:3
**parcel** [1] - 133:12
**parent** [2] - 158:11, 179:2
**parents** [7] - 9:23, 19:3, 158:10, 178:10, 178:11, 178:17, 187:2
**Parisien** [1] - 155:4
**Park** [1] - 67:21
**park** [1] - 68:15
**part** [14] - 13:12, 13:13, 13:21, 13:22, 17:16, 32:25, 39:14, 44:5, 61:12, 62:24, 63:7, 63:9, 133:12, 153:16
**part-time** [6] - 13:12, 13:13, 13:21, 13:22, 17:16, 153:16
**parted** [1] - 62:21
**particular** [7] - 11:23, 21:24, 31:2, 112:11, 147:4, 147:5, 176:15
**particularly** [1] - 169:10
**parties** [1] - 163:1
**parting** [4] - 66:6, 66:11, 66:17, 66:19
**passed** [2] - 18:3, 18:5
**passport** [1] - 12:3
**passwords** [1] -

182:11
**pastor** [4] - 98:18, 98:23, 98:25, 112:12
**Pastor** [12] - 84:19, 84:21, 84:23, 85:10, 85:13, 85:19, 85:20, 85:24, 86:10, 86:13, 86:16, 114:2
**pastors** [2] - 80:25, 121:5
**Pat** [1] - 115:12
**paths** [1] - 62:21
**Patricia** [1] - 114:19
**Paul** [3] - 42:17, 49:20, 52:19
**Pauline** [1] - 24:3
**pay** [6] - 37:7, 75:25, 89:14, 93:15, 160:12, 177:13
**paying** [1] - 89:10
**peanut** [1] - 140:4
**pee** [3] - 148:25, 149:25, 150:4
**pending** [2] - 158:19, 166:15
**pension** [2] - 102:24, 103:8
**people** [18] - 14:21, 61:1, 77:18, 88:7, 95:11, 100:21, 101:25, 102:12, 102:15, 103:21, 105:6, 105:12, 123:22, 127:1, 152:10, 156:17, 163:10, 178:2
**people's** [1] - 25:5
**per** [2] - 118:20, 183:7
**perfectly** [1] - 7:2
**perform** [5] - 64:11, 65:3, 80:10, 80:12, 146:1
**performed** [1] - 156:25
**perhaps** [7] - 48:12, 49:5, 53:12, 55:6, 57:5, 128:22, 180:5
**period** [19] - 25:22, 29:25, 36:6, 38:9, 44:20, 48:14, 58:3, 75:8, 79:24, 87:11, 89:16, 109:13, 123:24, 128:22, 153:8, 154:2, 156:14, 158:2, 177:23
**perishable** [1] - 182:21
**permanent** [14] - 31:4, 36:2, 38:22,

40:6, 79:1, 97:18, 99:12, 119:23, 120:1, 120:3, 120:12, 121:9, 121:16
**permanently** [3] - 31:16, 76:11, 135:4
**permission** [4] - 19:3, 89:1, 125:9, 125:10
**permit** [1] - 174:5
**permitted** [1] - 185:9
**person** [5] - 53:22, 89:9, 89:10, 134:8, 163:25
**personal** [4] - 26:14, 26:15, 102:25, 166:5
**personally** [1] - 78:8
**persons** [1] - 33:17
**pertaining** [1] - 145:16
**pertains** [2] - 92:25, 145:24
**Peter** [5] - 42:17, 49:17, 52:13, 53:10, 53:11
**Peterson** [5] - 163:24, 164:1, 164:2, 164:10, 165:3
**Petion** [1] - 80:24
**Petion-Ville** [1] - 80:24
**petition** [2] - 11:2, 11:4
**Pharval** [1] - 106:10
**phases** [1] - 111:14
**Phil** [5] - 4:15, 46:9, 73:17, 116:3, 172:15
**PHILIP** [1] - 1:23
**philosophy** [1] - 85:7
**Phoenix** [7] - 38:12, 38:14, 38:15, 38:20, 38:24, 55:13, 55:18
**phone** [4] - 186:19, 186:24, 187:7
**phones** [6] - 185:10, 186:14, 186:15, 186:22, 187:2, 187:4
**photograph** [2] - 49:14, 49:21, 49:22
**physical** [2] - 31:1, 32:11
**physically** [1] - 134:16
**Physician's** [1] - 103:3
**picked** [3] - 30:13, 134:23, 134:24
**picture** [1] - 49:12
**pictured** [1] - 76:17
**pictures** [1] - 163:12

**pilot** [1] - 19:21
**place** [15] - 6:3, 29:24, 40:5, 68:20, 87:23, 88:6, 92:11, 94:13, 94:14, 105:9, 113:13, 114:21, 128:25, 146:6, 154:6
**placed** [6] - 28:25, 31:4, 31:16, 41:10, 87:25, 117:19
**places** [1] - 111:1
**Plaintiff** [1] - 1:5
**plan** [2] - 8:2, 104:9
**plane** [1] - 82:3
**planning** [2] - 70:22, 83:11
**plans** [1] - 83:9
**play** [2] - 137:21, 140:16
**playing** [1] - 140:19
**PlayStation** [4] - 140:19, 140:20, 180:15, 180:17
**pleasure** [2] - 70:24, 71:4
**plumbing** [1] - 138:24
**point** [34] - 7:18, 10:10, 12:7, 22:4, 23:6, 27:4, 39:5, 41:22, 42:11, 51:18, 53:14, 62:16, 67:13, 75:11, 77:3, 79:11, 93:19, 96:12, 102:12, 103:8, 103:10, 104:15, 105:10, 107:10, 112:4, 113:15, 120:16, 146:2, 159:16, 166:19, 167:18, 175:16, 181:2, 185:1
**police** [15] - 89:6, 89:7, 89:18, 89:19, 89:24, 90:5, 90:11, 90:19, 90:21, 91:2, 91:8, 91:10, 125:13, 125:15, 125:17
**Police** [2] - 12:23, 12:25
**policeman** [2] - 12:23, 14:11
**policy** [9] - 32:8, 33:1, 33:4, 92:1, 92:3, 101:5, 101:8, 179:6, 179:8
**Pontiac** [2] - 166:24, 176:2
**Poor** [1] - 156:15
**porch** [2] - 102:17, 132:1

**Port** [5] - 61:20, 61:22, 63:1, 65:23, 65:24
**Port-au-Prince** [5] - 61:20, 61:22, 63:1, 65:23, 65:24
**position** [23] - 28:25, 33:4, 34:21, 34:22, 34:23, 35:4, 35:8, 35:10, 38:5, 38:10, 38:11, 39:16, 39:21, 53:18, 53:19, 55:22, 55:23, 56:18, 99:13, 149:15, 151:9, 151:23, 185:2
**positions** [1] - 155:3
**Possible** [10] - 62:22, 63:12, 63:13, 63:16, 63:23, 63:25, 64:7, 65:12, 66:3, 66:4
**possibly** [1] - 8:8
**posted** [7] - 132:8, 132:9, 132:11, 143:14, 143:19, 173:12, 173:17
**posting** [1] - 143:22
**potential** [1] - 32:2
**Potters** [2] - 30:9, 30:10
**pour** [1] - 139:17
**power** [1] - 157:12
**practice** [1] - 159:5
**prayed** [1] - 60:24
**prayer** [1] - 86:18
**precincts** [1] - 13:8
**premonitions** [1] - 80:1
**prepaid** [1] - 187:7
**prepare** [2] - 147:11, 164:17
**prepared** [9] - 32:12, 131:25, 133:1, 141:19, 141:21, 144:22, 147:3, 154:6, 173:5
**preprogram** [1] - 30:20
**presence** [1] - 14:17
**present** [19] - 4:16, 11:13, 33:8, 46:11, 51:22, 52:3, 60:1, 85:22, 116:4, 122:13, 122:21, 122:25, 124:4, 134:17, 148:19, 166:8, 172:16, 178:1
**presented** [1] - 120:21
**President** [1] -

157:14
**pretty** [1] - 15:14
**previous** [1] - 85:20
**previously** [15] - 49:10, 52:11, 83:24, 86:20, 107:20, 108:14, 109:24, 113:19, 131:1, 141:13, 163:8, 173:3, 173:15, 183:6, 183:18
**primarily** [1] - 75:3
**primary** [1] - 113:25
**Prince** [5] - 61:20, 61:22, 63:1, 65:23, 65:24
**privacy** [1] - 127:4
**private** [3] - 20:22, 59:18, 118:16
**probate** [1] - 10:24
**probation** [2] - 29:11, 38:20
**problem** [6] - 119:14, 123:16, 129:5, 129:22, 178:25, 186:25
**problems** [7] - 7:25, 46:24, 66:20, 99:8, 165:21, 169:13, 179:10
**procedure** [1] - 91:15
**proceed** [5] - 4:24, 46:20, 74:3, 116:11, 173:1
**proceedings** [19] - 9:6, 14:16, 15:19, 45:21, 45:24, 46:17, 70:2, 71:24, 72:15, 73:6, 73:25, 115:9, 115:20, 116:8, 172:2, 172:6, 172:23, 188:5, 188:15
**Proceedings** [1] - 188:10
**proceeds** [1] - 87:12
**process** [5] - 99:9, 100:7, 176:10, 178:23, 179:1
**products** [1] - 167:1
**professional** [3] - 40:8, 40:16, 40:21
**proffer** [1] - 14:18
**profit** [1] - 106:25
**program** [38] - 23:7, 30:21, 39:14, 63:14, 63:15, 87:19, 87:24, 88:7, 101:14, 101:23, 102:14, 111:10, 111:12, 118:11, 118:14, 126:17,

128:21, 130:24, 146:12, 154:25, 155:20, 156:17, 156:21, 158:12, 158:14, 163:10, 163:14, 164:2, 164:3, 176:10, 176:20, 176:23, 177:19, 179:16, 180:6, 181:13, 184:18

**programs** [5] - 87:13, 87:14, 111:17, 176:7, 180:14

**progressed** [4] - 13:3, 14:3, 78:11, 85:4

**progressive** [2] - 104:23, 163:13

**project** [2] - 38:12, 61:5

**Project** [7] - 38:13, 38:14, 38:15, 38:20, 38:24, 55:13, 55:18

**proper** [1] - 11:1

**properly** [1] - 144:11

**property** [5] - 101:21, 101:23, 101:25, 102:5, 102:7

**propriety** [1] - 5:23

**protect** [4] - 32:4, 32:5, 33:8, 158:8

**protective** [1] - 170:19

**protocols** [1] - 159:22

**prove** [1] - 97:17

**provide** [7] - 7:23, 25:4, 118:18, 119:11, 120:4, 156:5, 156:9

**provided** [3] - 124:25, 156:12, 183:7

**province** [1] - 154:9

**psychiatrist** [1] - 30:24

**psychologist** [1] - 30:23

**pub** [3] - 43:8, 51:4, 51:5

**public** [1] - 33:5

**publicly** [1] - 33:11

**publish** [4] - 132:21, 142:5, 184:9, 186:3

**punishment** [3] - 149:12, 149:14, 149:20

**pure** [1] - 161:3

**purely** [1] - 127:2

**purpose** [7] - 57:11, 57:18, 91:18, 143:22, 143:23, 163:9, 184:23

pursued [1] - 84:8

**pushed** [1] - 18:13

**put** [8] - 18:17, 26:12, 27:14, 82:3, 114:7, 117:11, 117:16, 167:11

**putting** [1] - 33:10

# Q

**qualifications** [1] - 78:16

**qualified** [1] - 29:25

**quarter** [3] - 51:10, 70:22, 71:8

**quartet** [11] - 62:23, 64:8, 64:9, 64:10, 64:19, 64:21, 65:2, 65:5, 65:7, 65:14, 77:18

**Quatre** [1] - 106:8

**quell** [1] - 102:9

**questioning** [3] - 14:19, 15:6, 15:9

**questions** [1] - 7:11

**quick** [1] - 102:23

**quiet** [4] - 140:12, 140:14, 140:15, 140:20

**quite** [6] - 27:3, 74:15, 97:21, 123:7, 154:2, 154:17

# R

**Rachel** [4] - 168:13, 168:15, 169:12

**radar** [2] - 21:25, 26:25

**RAF** [1] - 21:16

**raid** [1] - 157:24

**raided** [3] - 94:3, 158:1, 158:2

**raised** [1] - 55:25

**raising** [1] - 163:13

**ran** [4] - 27:22, 63:16, 101:23, 177:10

**range** [1] - 34:4

**Range** [3] - 34:5, 34:9, 34:11

**rank** [1] - 20:20

**rapids** [1] - 124:3

**Rapids** [2] - 101:24, 124:3

**rate** [3] - 107:5, 124:8

**rather** [1] - 95:9

**rations** [2] - 156:18,

156:19

**ravine** [1] - 161:19

**RDR** [2] - 2:1, 188:18

**re** [1] - 5:15

**re-reviewed** [1] - 5:15

**read** [8] - 45:12, 72:6, 114:16, 114:25, 131:2, 163:21, 171:18, 187:20

**reading** [1] - 124:16

**ready** [8] - 4:24, 8:25, 9:2, 46:12, 70:15, 73:20, 116:6, 123:12

**real** [3] - 117:9, 151:8, 152:3

**really** [10] - 21:9, 44:1, 47:3, 48:10, 58:19, 69:13, 77:6, 84:3, 106:20, 162:3

**reason** [10] - 11:23, 32:21, 32:23, 57:21, 149:13, 149:21, 160:10, 161:3, 166:5, 180:4

**reasonable** [1] - 124:7

**reasons** [8] - 110:3, 111:9, 161:1, 162:19, 162:21, 165:15, 177:16

**receive** [10] - 21:7, 22:10, 26:3, 30:19, 32:1, 33:15, 77:12, 124:6, 154:6, 156:18

**RECEIVED** [1] - 3:9

**received** [10] - 7:23, 21:4, 25:9, 27:24, 28:19, 33:16, 33:18, 38:16, 145:9, 176:2

**receiving** [2] - 113:11, 123:13

**recent** [3] - 5:19, 173:10

**recess** [10] - 45:22, 45:23, 73:4, 73:5, 115:7, 115:18, 115:19, 172:4, 172:5, 188:6

**recognizance** [1] - 38:1

**recognize** [14] - 49:12, 49:14, 113:20, 131:16, 131:24, 132:25, 141:16, 141:18, 183:19, 185:16, 186:11, 186:14, 186:15, 186:16

**recollection** [4] - 13:5, 40:1, 40:2, 41:9

**recommendation** [2] - 10:21, 121:5

**recommended** [1] - 10:20

**record** [10] - 4:7, 6:6, 7:18, 9:13, 46:4, 70:13, 71:10, 73:10, 115:24, 172:10

**records** [2] - 101:6, 125:20

**recovering** [1] - 105:7

**recruited** [1] - 34:3

**recruiter** [1] - 19:5

**Red** [1] - 3:3

**refer** [4] - 119:13, 143:25, 144:1, 144:4

**reference** [1] - 143:15

**Reference** [1] - 103:3

**referenced** [1] - 118:8

**referrals** [1] - 121:6

**referred** [1] - 36:5

**refrain** [2] - 51:9, 112:19

**refused** [1] - 169:18

**refusing** [1] - 154:25

**regard** [2] - 8:15, 89:14

**regarding** [12] - 8:16, 22:13, 32:14, 77:13, 85:11, 85:13, 91:2, 145:7, 146:5, 147:2, 179:6

**regards** [1] - 89:7

**Reginald** [4] - 4:16, 73:19, 116:4, 172:16

**register** [2] - 92:15, 92:17

**registered** [1] - 118:21

**regular** [3] - 139:8, 163:10, 177:18

**reinstated** [2] - 37:24, 38:10

**relapse** [1] - 118:24

**relate** [2] - 28:10, 28:12

**relation** [2] - 41:25, 168:19

**relations** [13] - 11:21, 75:9, 76:22, 91:16, 109:21, 146:16, 148:6, 150:12, 151:2, 151:13, 152:6,

152:23, 169:1

**relationship** [22] - 16:7, 24:5, 43:2, 43:4, 43:7, 43:9, 43:10, 43:12, 43:13, 43:22, 43:24, 43:25, 44:16, 48:8, 49:23, 50:6, 51:15, 52:21, 84:23, 165:10, 168:15, 169:10

**relationships** [1] - 23:8

**relative** [1] - 105:14

**relax** [2] - 95:11, 95:13

**relevance** [41] - 14:25, 19:6, 20:3, 25:17, 26:5, 34:6, 34:12, 35:21, 41:11, 41:18, 44:8, 47:25, 49:24, 54:21, 56:7, 63:4, 93:16, 104:3, 109:16, 120:22, 130:6, 130:13, 136:7, 136:12, 136:19, 138:20, 139:5, 140:7, 147:17, 147:22, 156:10, 160:2, 168:16, 168:20, 175:8, 175:10, 175:13, 177:7, 182:24, 183:3, 183:12

**relevant** [2] - 14:20, 14:23

**reliable** [1] - 165:19

**relief** [1] - 87:15

**religious** [2] - 112:16, 112:24

**relocate** [3] - 56:20, 110:11, 110:13

**relocated** [3] - 56:19, 84:17, 122:20

**remain** [3] - 34:15, 55:18, 76:24

**remainder** [4] - 49:19, 171:3, 171:6, 175:1

**remember** [23] - 10:25, 11:8, 13:15, 20:17, 35:15, 41:3, 44:2, 44:14, 46:25, 47:3, 47:20, 49:1, 50:15, 57:5, 67:23, 68:6, 69:14, 78:19, 95:23, 166:22, 167:17

**removed** [2] - 102:7, 157:15

**remuneration** [1] - 26:4

**renew** [1] - 110:5

**rent** [7] - 103:17, 127:1, 160:12, 160:16, 160:17, 160:20
**rented** [1] - 126:24
**reopened** [1] - 57:8
**repatriated** [2] - 94:16, 94:17
**repeat** [2] - 69:5, 155:19
**repelled** [1] - 158:18
**rephrase** [3] - 31:10, 92:22, 112:23
**Rephrase** [14] - 40:12, 90:3, 90:9, 98:21, 99:25, 108:12, 113:7, 121:13, 122:16, 127:25, 131:22, 139:25, 161:8, 178:21
**reply** [1] - 4:19
**report** [8] - 45:16, 72:10, 91:2, 91:8, 91:10, 115:4, 171:22, 187:24
**reported** [1] - 90:21
**REPORTED** [1] - 2:1
**reporter** [1] - 58:8
**Reporter** [2] - 2:1, 188:19
**REPORTER** [1] - 9:12
**reports** [1] - 113:11
**representatives** [1] - 125:5
**represented** [1] - 24:7
**representing** [2] - 5:21, 24:18
**reputation** [1] - 157:20
**request** [11] - 6:2, 22:25, 90:12, 97:25, 171:11, 174:16, 174:19, 175:16, 179:2, 180:3, 180:17
**requested** [1] - 175:6
**requests** [3] - 5:25, 171:4, 179:7
**require** [1] - 82:18
**required** [4] - 5:19, 82:8, 89:5, 134:2
**requirement** [2] - 91:11, 136:3
**reside** [2] - 67:8, 95:17
**residence** [8] - 63:18, 63:20, 63:22, 64:2, 121:22, 121:25, 127:6, 150:2

**residences** [2] - 133:15, 150:1
**resident** [29] - 82:18, 82:24, 108:18, 108:20, 108:22, 120:1, 120:2, 120:3, 120:5, 120:6, 120:12, 121:9, 121:16, 129:14, 129:25, 130:1, 130:17, 136:1, 143:5, 143:7, 143:13, 146:11, 151:11, 151:12, 151:18, 155:8, 164:2, 178:9
**residential** [4] - 27:18, 28:19, 29:10, 38:15
**residents** [32] - 119:24, 128:17, 128:20, 129:1, 129:3, 135:15, 136:10, 144:20, 148:10, 156:13, 156:20, 158:4, 158:7, 158:8, 162:6, 169:2, 176:8, 177:3, 178:5, 178:16, 178:23, 180:2, 181:10, 182:2, 183:2, 184:17, 185:9, 186:16, 186:17, 186:20, 186:22
**resign** [1] - 55:23
**resigned** [5] - 27:7, 38:9, 55:11, 55:22, 56:18
**resolve** [3] - 129:23, 129:24, 130:2
**respect** [1] - 16:10
**respects** [1] - 133:16
**response** [2] - 164:21, 164:22
**responsibilities** [2] - 145:24, 146:5
**responsibility** [9] - 123:5, 123:6, 123:18, 134:9, 134:12, 143:25, 144:13, 145:16, 147:20
**responsible** [6] - 75:4, 75:5, 89:4, 89:9, 123:15, 180:13
**responsive** [1] - 75:22
**rest** [3] - 149:10, 171:12, 181:1
**restaurant** [1] - 17:15
**restrict** [4] - 178:9, 182:6, 187:4, 187:9
**restriction** [1] -

179:10
**result** [12] - 33:14, 36:10, 37:5, 84:1, 86:10, 94:14, 97:4, 99:1, 102:11, 170:18, 171:2, 174:19
**retirees** [1] - 10:18
**retirement** [1] - 25:6
**retrieve** [2] - 88:7, 132:19, 142:7
**retrieved** [1] - 87:25
**return** [22] - 27:8, 55:22, 55:23, 62:23, 76:25, 81:20, 81:23, 82:8, 82:10, 82:11, 82:17, 82:18, 83:2, 83:3, 84:3, 84:6, 113:3, 113:10, 155:24, 175:23, 179:11, 179:23
**returned** [14] - 10:16, 10:17, 36:22, 37:24, 47:18, 55:21, 56:18, 65:17, 77:1, 81:19, 83:8, 95:24, 96:7, 155:1
**returning** [2] - 31:17, 48:5
**Revelation** [1] - 103:24
**revelation** [1] - 158:3
**review** [2] - 4:18, 152:19
**reviewed** [3] - 5:15, 5:17, 7:18
**revolution** [5] - 79:15, 80:4, 157:15, 157:16, 159:9
**Reynolds** [23] - 35:6, 35:8, 35:10, 35:12, 35:14, 36:2, 36:7, 38:5, 38:9, 42:7, 53:18, 53:19, 53:22, 54:7, 54:14, 54:15, 54:18, 54:24, 55:1, 55:4, 55:5, 55:9, 55:11
**Ricardo** [2] - 148:5, 148:6
**rights** [1] - 8:17
**rigorous** [1] - 128:19
**rioting** [1] - 157:19
**rise** [1] - 133:18
**road** [5] - 110:17, 126:24, 127:1, 153:19, 169:19
**Road** [9] - 35:1, 35:2, 39:11, 39:19, 39:20, 39:21, 40:1, 40:24, 41:16

**Roger** [1] - 98:10
**role** [3] - 92:25, 93:2, 145:7
**roof** [1] - 138:18
**room** [28] - 32:6, 32:19, 32:20, 45:19, 69:13, 69:15, 69:17, 69:23, 72:13, 115:6, 126:24, 127:1, 134:4, 134:5, 134:17, 138:17, 146:24, 148:24, 149:11, 153:19, 154:7, 167:25, 168:1, 171:12, 171:25
**rooms** [11] - 102:18, 103:17, 104:8, 104:9, 104:11, 104:13, 104:14, 107:2, 107:11, 108:2, 108:4
**Roro** [4] - 153:12, 153:13, 154:12, 154:13
**roster** [1] - 173:9
**rotated** [2] - 150:8
**rotten** [1] - 160:24
**route** [1] - 17:9
**routine** [3] - 35:19, 133:9, 133:11, 179:22
**routines** [12] - 123:14, 126:17, 128:15, 131:17, 140:11, 141:4, 141:9, 143:3, 143:13, 173:16
**ruled** [1] - 26:9
**rules** [1] - 90:19
**run** [6] - 65:24, 84:18, 88:5, 100:3, 101:18, 177:23
**run-ins** [1] - 100:3
**runner** [2] - 88:6, 88:11
**running** [7] - 106:21, 138:15, 139:11, 161:23, 161:24, 162:2, 162:3
**runs** [1] - 110:17

---

**S**

**S-c-r-i-m-i-z-z-i** [1] - 58:9
**S-h-u-h** [1] - 17:5
**Sabrina** [1] - 108:3
**safer** [1] - 158:13
**Saint** [2] - 61:21, 98:6
**Saint-Marc** [2] - 61:21, 98:6

**salary** [3] - 26:3, 30:1
**Saline** [1] - 157:24
**Santo** [63] - 110:14, 110:15, 110:16, 110:17, 110:19, 110:21, 110:23, 111:3, 120:17, 122:23, 124:10, 124:17, 125:3, 125:14, 125:24, 126:3, 126:4, 126:21, 130:18, 133:14, 133:15, 134:3, 134:4, 134:19, 137:16, 138:4, 138:8, 138:14, 138:23, 138:24, 139:1, 142:19, 156:7, 157:5, 157:6, 157:11, 160:9, 160:18, 160:22, 161:2, 161:17, 161:23, 161:25, 162:4, 162:8, 162:9, 162:12, 164:3, 166:22, 167:24, 168:1, 178:1, 186:23
**sat** [4] - 77:14, 77:15, 116:25, 158:10
**satisfied** [2] - 7:1, 7:2
**Saturday** [1] - 111:16
**saw** [2] - 183:25, 184:19
**scare** [3] - 159:14, 159:18, 159:19
**schedule** [3] - 133:5, 133:7, 183:6
**scheduled** [2] - 35:20, 133:14
**Schneider** [2] - 63:17, 65:11
**school** [66] - 12:13, 12:14, 12:15, 17:12, 17:17, 17:19, 17:20, 18:6, 18:10, 18:12, 18:14, 18:15, 18:19, 18:21, 19:1, 30:4, 31:18, 63:14, 63:15, 64:1, 64:2, 74:17, 74:19, 74:20, 74:24, 76:24, 77:2, 87:22, 88:4, 90:21, 92:7, 92:11, 92:13, 93:13, 113:25, 117:3, 118:1, 118:21, 120:8, 121:6, 123:12, 133:8, 135:10, 135:11, 135:20, 135:23, 135:24, 135:25, 136:1, 136:2, 136:4, 136:5, 136:6, 136:11,

137:6, 138:8, 137:10, 141:4, 141:7, 153:7, 179:5

**School** [3] - 12:17, 12:19, 17:23

**schooling** [1] - 137:5

**schools** [22] - 12:20, 87:12, 87:13, 88:2, 88:3, 92:6, 92:14, 92:16, 92:17, 92:19, 92:25, 93:2, 93:3, 93:6, 118:2, 118:11, 118:15, 119:22, 123:20, 157:1, 186:24

**Scotland** [1] - 36:23

**screen** [5] - 110:20, 114:7, 138:11, 173:7, 186:9

**Scrimizzi** [2] - 58:7, 58:9

**seamstress** [2] - 87:21, 88:1

**seaside** [1] - 98:9

**seated** [14] - 5:13, 6:5, 9:7, 9:12, 45:25, 46:18, 70:3, 71:25, 72:16, 74:1, 115:10, 116:9, 172:3, 172:24

**second** [14] - 4:19, 29:9, 62:16, 62:19, 84:9, 104:14, 107:25, 110:5, 154:24, 168:10, 169:7, 169:15, 175:21, 175:24

**seconded** [4] - 27:13, 29:3, 29:18

**secondly** [2] - 87:19, 177:19

**section** [1] - 88:9

**secure** [6] - 28:25, 87:22, 123:20, 123:21, 158:17, 180:4

**secured** [1] - 119:15

**security** [5] - 159:5, 159:6, 159:7, 159:8, 188:2

**SECURITY** [4] - 46:14, 71:22, 73:23, 171:10

**Security** [1] - 12:2

**see** [45] - 29:16, 45:12, 46:12, 66:7, 66:9, 72:6, 79:22, 108:15, 110:23, 112:23, 114:4, 114:25, 116:16, 117:23, 119:8, 131:5, 133:23, 135:13, 135:21, 136:15,

142:10, 143:25, 144:25, 145:22, 146:8, 146:19, 147:12, 147:25, 148:12, 148:18, 150:17, 151:5, 151:25, 153:2, 153:10, 163:13, 164:24, 171:18, 178:16, 178:24, 184:25, 185:4, 186:8, 187:20, 188:2

**seeing** [1] - 113:13

**segment** [1] - 172:21

**send** [3] - 119:1, 164:19, 164:20

**sending** [1] - 79:9

**Senetis** [1] - 114:1

**senior** [11] - 17:22, 34:21, 35:4, 128:20, 128:24, 129:1, 129:14, 129:25, 151:11, 151:12

**sense** [2] - 23:13, 27:13

**sent** [2] - 21:15, 141:1

**separate** [6] - 61:10, 122:2, 126:25, 127:4, 136:25

**separated** [1] - 58:15

**September** [1] - 110:21

**sergeant** [2] - 13:4, 13:6

**serious** [1] - 118:25

**Service** [5] - 23:8, 23:21, 36:5, 38:21, 125:6

**service** [8] - 19:11, 23:19, 38:16, 113:16, 118:18, 119:7, 124:25, 165:11

**serviced** [1] - 23:17

**services** [14] - 7:1, 23:22, 24:4, 27:19, 38:18, 65:3, 119:7, 119:10, 119:21, 120:4, 124:22, 124:24, 156:4, 176:12

**Services** [8] - 23:16, 23:25, 24:11, 26:1, 26:13, 38:6, 45:6, 125:4

**serving** [1] - 102:15

**session** [2] - 59:23, 59:24

**sessions** [6] - 57:4, 58:18, 58:20, 59:18, 59:25, 137:4

**set** [3] - 36:6, 133:9, 183:9

**setting** [11] - 14:4, 28:12, 31:5, 31:17, 32:21, 37:25, 38:23, 40:7, 51:5, 88:3

**settle** [1] - 140:20

**seven** [7] - 107:18, 108:8, 119:22, 130:25, 151:19, 180:25

**several** [5] - 17:13, 25:22, 54:9, 64:20, 65:22

**severe** [1] - 104:25

**sewing** [1] - 87:22

**sexual** [32] - 15:2, 32:11, 36:24, 40:9, 41:7, 43:12, 43:24, 52:6, 52:7, 52:8, 52:13, 75:8, 76:21, 91:16, 94:8, 96:25, 97:1, 109:21, 146:16, 148:6, 150:12, 151:2, 151:13, 152:6, 152:23, 155:21, 155:23, 156:1, 169:1, 179:23, 182:13, 182:15

**sexually** [1] - 14:22

**Shada** [1] - 110:18

**shall** [2] - 36:14, 169:11

**shape** [1] - 72:17

**share** [1] - 59:11

**shared** [1] - 59:6

**Sharon** [3] - 42:19, 53:3

**shifted** [1] - 128:7

**shifts** [2] - 14:11, 128:2

**shine** [1] - 133:18

**ship** [1] - 167:13

**shoot** [3] - 159:16, 159:18, 159:20

**Shopping** [1] - 17:9

**short** [11] - 10:4, 17:15, 38:9, 55:1, 55:2, 55:7, 70:11, 74:13, 83:24, 95:22, 109:13

**short-term** [2] - 55:1, 55:2

**shortly** [3] - 47:19, 57:6, 95:25

**shot** [1] - 159:19

**show** [5] - 60:15, 60:20, 61:10, 62:4, 62:7

**showed** [2] - 16:6,

62:5

**shower** [4] - 135:2, 137:13, 138:2, 138:25

**showers** [6] - 123:11, 128:15, 137:22, 137:24, 138:1, 139:1

**showing** [20] - 49:10, 52:11, 76:15, 107:20, 108:14, 109:24, 113:19, 131:1, 131:15, 132:24, 141:13, 146:4, 163:8, 163:15, 163:20, 173:3, 173:15, 183:18, 184:13, 185:12

**shown** [2] - 25:10, 62:4

**Shuh** [3] - 16:24, 17:4, 17:5

**sick** [1] - 118:22

**side** [8] - 12:21, 14:17, 17:21, 17:25, 69:22, 114:4, 117:8, 124:3

**side-bar** [2] - 14:17, 69:22

**sign** [2] - 19:3, 63:24

**similar** [5] - 133:14, 133:16, 142:19, 142:23, 163:5

**sing** [1] - 65:3

**single** [1] - 32:18

**Sister** [1] - 120:19

**sister** [21] - 17:1, 17:2, 18:14, 42:19, 49:22, 67:25, 68:6, 68:9, 68:10, 68:11, 68:14, 68:23, 69:10, 74:14, 74:25, 75:3, 75:5, 75:16, 75:19, 76:19

**sister's** [1] - 77:7

**sisters** [6] - 16:15, 16:16, 16:19, 17:3, 42:18, 75:6

**sisters'** [1] - 16:20

**sit** [2] - 134:19, 144:18

**situate** [1] - 5:7

**situation** [9] - 10:19, 16:6, 80:3, 81:1, 87:7, 120:7, 127:5, 127:8, 187:12

**situations** [1] - 32:13

**six** [6] - 30:21, 31:13, 107:18, 151:19, 173:10, 176:21

**skills** [1] - 166:2

**Skinner** [7] - 84:19, 85:2, 85:19, 85:20, 86:10, 86:16

**Skinner's** [6] - 84:21, 84:23, 85:10, 85:13, 85:24, 86:13

**Skype** [4] - 182:4, 182:6, 182:11

**sleep** [4] - 51:21, 51:24, 88:6, 92:11

**sleeping** [4] - 32:6, 32:14, 32:15, 32:17

**slept** [2] - 51:19, 51:20

**slot** [1] - 128:24

**slow** [1] - 104:23

**small** [3] - 44:5, 44:7, 105:23

**smaller** [1] - 111:6

**soccer** [3] - 137:16, 137:21, 180:16

**Social** [14] - 12:2, 23:8, 23:16, 23:21, 23:24, 24:11, 26:1, 26:12, 36:5, 38:6, 38:21, 45:6, 124:4, 125:6

**social** [1] - 29:11

**Soleil** [1] - 157:23

**solicit** [4] - 105:24, 106:1, 162:20, 162:22

**someone** [10] - 11:14, 25:13, 53:23, 78:1, 85:8, 126:16, 134:6, 149:25, 166:5, 168:11

**someplace** [1] - 126:25

**sometimes** [9] - 42:9, 50:14, 122:22, 127:11, 138:1, 162:25, 167:12, 183:9

**somewhere** [1] - 119:1

**son** [1] - 131:9

**Son** [12] - 151:24, 152:1, 152:2, 152:3, 152:14, 152:20

**sons** [2] - 105:13, 130:21

**sorry** [22] - 13:18, 16:21, 24:15, 32:22, 34:10, 35:9, 36:17, 47:6, 56:12, 62:13, 69:1, 69:5, 71:3, 96:20, 112:19, 112:20, 122:19, 145:18, 160:19, 167:17, 175:9, 184:15

**sort** [3] - 21:23,

31:18, 78:6
**sorts** [1] - 121:6
**South** [4] - 1:24,
30:12, 42:1, 67:21
**south** [1] - 38:25
**SOUTHERN** [1] - 1:1
**Southgate** [1] -
28:21
**Southwest** [1] - 1:21
**space** [1] - 54:7
**spaghetti** [1] - 140:4
**Sparrows** [2] - 34:1,
34:15
**speaking** [2] -
176:21, 176:22
**Special** [4] - 4:11,
46:7, 73:14, 172:13
**special** [4] - 129:19,
130:4, 130:10, 130:12
**specialist** [2] - 22:1,
26:25
**specialized** [1] -
29:13
**specialty** [1] - 20:24,
30:13, 30:14
**specific** [4] - 79:8,
119:14, 135:8, 180:3
**specifically** [3] -
65:9, 90:18, 108:16
**speculation** [23] -
37:19, 41:4, 41:12,
45:1, 52:23, 53:5,
60:3, 75:21, 80:17,
82:13, 86:2, 88:22,
90:1, 90:7, 90:14,
90:23, 92:21, 102:1,
107:7, 124:19,
127:17, 170:3, 181:24
**spell** [1] - 58:8
**spend** [3] - 42:5,
140:17, 179:3
**spending** [1] - 45:4
**spent** [1] - 41:22
**Spirit** [1] - 174:9
**spiritual** [8] - 55:25,
56:10, 56:16, 78:2,
78:6, 134:8, 174:4,
174:6
**split** [1] - 57:6
**sponsor** [3] - 25:4,
166:3, 166:23
**sponsored** [3] -
83:13, 83:15, 83:18
**sponsoring** [1] -
166:12
**sponsors** [7] -
164:13, 164:16,
165:23, 166:9,
166:10, 166:19,
166:21

**Spring** [1] - 124:1
**spy** [3] - 94:4, 94:6,
94:11
**St** [2] - 24:1, 28:6
**staff** [28] - 30:24,
39:15, 45:17, 53:24,
53:25, 54:2, 72:11,
90:20, 102:6, 102:13,
115:5, 120:13,
120:14, 126:10,
128:16, 134:20,
138:16, 145:11,
146:24, 148:21,
149:8, 152:25,
153:19, 171:23,
186:12, 187:25
**staff's** [1] - 102:16
**staffs** [1] - 126:11
**stand** [11] - 5:8, 6:13,
6:17, 7:3, 7:4, 7:6,
8:13, 8:14, 73:18,
99:11, 116:20
**standard** [2] - 91:14,
179:21
**Star** [86] - 95:16,
97:21, 97:22, 101:9,
103:11, 103:23,
103:25, 104:1, 104:6,
104:15, 104:21,
105:11, 105:21,
106:18, 106:25,
107:17, 108:7,
108:19, 108:24,
109:6, 112:2, 112:25,
118:6, 118:7, 119:10,
119:20, 119:23,
121:4, 121:23,
122:18, 122:19,
122:24, 123:3,
126:13, 130:22,
131:19, 133:2,
133:25, 135:16,
136:10, 138:4,
142:17, 143:8, 151:9,
151:18, 153:17,
153:23, 155:9,
155:18, 156:2, 156:4,
156:8, 157:9, 157:17,
157:18, 158:5, 158:9,
159:2, 159:4, 159:8,
162:15, 162:23,
166:23, 167:7,
167:15, 168:24,
169:2, 169:4, 169:6,
171:6, 173:11,
173:12, 173:17,
174:25, 175:20,
176:1, 176:6, 177:3,
177:10, 177:22,
179:6, 183:8, 183:25,

186:17, 186:19,
186:22
**Stars** [1] - 28:3
**start** [2] - 34:5, 98:5
**started** [10] - 12:15,
13:2, 17:8, 25:2,
102:18, 105:12,
105:19, 106:13,
111:15, 134:25
**starts** [1] - 72:22
**startup** [1] - 87:23
**State** [3] - 10:19,
12:2, 94:22
**state** [10] - 4:6, 6:6,
9:13, 12:10, 46:3,
73:9, 74:21, 78:12,
115:23, 172:9
**statement** [1] - 31:6
**States** [69] - 4:3,
4:10, 6:9, 8:17, 8:19,
8:22, 19:12, 26:19,
26:20, 46:1, 46:7,
55:21, 55:24, 64:11,
64:16, 64:19, 64:22,
65:6, 67:13, 67:14,
67:16, 67:22, 68:3,
68:8, 68:22, 69:9,
73:7, 73:13, 74:9,
74:12, 74:16, 74:23,
75:12, 75:17, 76:1,
76:16, 76:18, 76:21,
76:25, 77:4, 77:10,
77:16, 81:19, 81:20,
83:8, 85:6, 95:2,
95:14, 99:21, 102:23,
114:3, 115:21, 116:2,
123:25, 128:24,
162:16, 162:18,
162:22, 164:19,
166:9, 172:7, 172:13,
173:13, 175:23,
177:11, 177:16,
179:14, 180:2, 188:19
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:17
**stateside** [2] - 36:22,
123:25
**stationed** [1] - 22:2
**status** [1] - 8:16
**stay** [28] - 29:24,
61:19, 61:22, 62:2,
65:16, 67:25, 68:9,
68:11, 69:15, 69:17,
74:12, 74:16, 75:15,
82:22, 105:11, 153:6,
153:7, 158:12,
167:23, 168:1,
168:24, 169:1, 169:4,
169:6, 171:6, 171:9,
174:25, 175:20

**stayed** [7] - 57:7,
68:10, 74:14, 74:17,
102:18, 167:24
**staying** [6] - 61:19,
81:4, 84:17, 105:12,
158:15
**stealing** [2] - 109:19,
154:19
**Steeve** [1] - 150:24
**step** [3] - 69:23,
70:4, 115:11
**Stephen** [12] - 39:10,
39:12, 39:14, 39:25,
40:9, 40:15, 40:22,
40:24, 41:7, 41:10,
41:15, 47:22
**stepped** [1] - 170:21
**stern** [1] - 14:12
**stethoscopes** [1] -
124:7
**Stevenage** [4] -
38:25, 55:13, 55:14,
55:19
**still** [15] - 13:15,
16:22, 18:2, 22:20,
46:19, 58:12, 74:2,
80:14, 86:1, 86:5,
86:11, 111:18,
116:10, 120:8, 172:25
**stipend** [1] - 29:24
**stop** [5] - 45:16,
72:10, 115:4, 171:22,
187:24
**stopped** [2] - 134:22,
176:3
**store** [1] - 18:24
**story** [3] - 54:16,
54:18, 104:13
**stranded** [1] - 87:2
**Street** [1] - 1:15
**street** [1] - 87:24
**streets** [4] - 87:25,
88:8, 88:15, 91:19
**stressful** [1] - 127:11
**strict** [1] - 15:12
**strike** [6] - 54:25,
65:5, 66:17, 82:10,
169:4, 176:18
**Stripes** [1] - 28:3
**stronger** [1] - 16:7
**structure** [4] - 126:4,
126:8, 126:17,
128:19, 129:21,
133:13
**structured** [2] -
35:19, 133:9
**structures** [1] - 32:6
**struggle** [1] - 157:12
**Stu** [4] - 4:15, 46:9,
116:3, 172:15

**STUART** [1] - 1:20
**Stuart** [1] - 73:17
**student** [1] - 118:20
**students** [1] - 118:21
**studies** [1] - 57:10
**study** [1] - 57:21
**style** [1] - 32:20
**subject** [3] - 77:20,
101:2, 133:10
**submit** [1] - 12:5
**substance** [1] -
40:14
**subtropical** [1] -
137:25
**successful** [1] -
158:25
**such-and-such** [1] -
166:7
**suffered** [1] - 15:3
**sufficient** [1] - 7:12
**Suffolk** [11] - 23:9,
23:14, 23:16, 23:20,
23:24, 24:7, 24:10,
25:3, 25:16, 25:25,
26:12
**suggest** [1] - 72:20
**suitable** [2] - 121:20,
160:15
**Suite** [3] - 1:18, 1:22,
1:24
**sum** [1] - 40:14
**Sunday** [2] - 120:6,
153:6
**superintendent** [6] -
23:11, 34:24, 35:11,
39:22, 39:23, 53:20
**supermarket** [5] -
17:13, 18:23, 160:14,
165:10, 167:2
**supermarkets** [2] -
106:14, 159:6
**supernatural** [1] -
105:8
**supervise** [8] -
123:10, 123:11,
123:12, 126:19,
128:14, 129:3,
181:14, 181:20
**supervised** [3] -
39:15, 135:17, 181:15
**supervision** [3] -
128:10, 162:8, 178:2
**supervisor** [29] -
53:25, 54:24, 55:4,
121:17, 123:16,
126:9, 126:15,
126:16, 126:20,
126:23, 127:20,
127:21, 128:2, 128:3,
128:5, 128:17,

128:18, 128:20,
128:23, 130:3, 141:2,
141:19, 143:23,
144:10, 144:18,
145:3, 151:21
**supervisors** [4] -
128:8, 128:9, 130:19,
153:9
**supervisory** [1] -
22:13
**supper** [1] - 139:20
**suppertime** [1] -
137:12
**supplied** [1] - 167:4
**supplies** [3] - 87:17,
123:23, 167:1
**supply** [1] - 156:16
**support** [8] - 86:18,
112:3, 112:10,
162:19, 162:20,
162:22, 163:3, 177:19
**supporters** [1] -
163:10
**suppose** [2] - 28:8,
29:13
**supposed** [2] -
97:23, 143:24
**supposedly** [1] -
14:22
**Suprinord** [1] -
130:20
**surrounding** [2] -
22:22, 36:21
**survive** [1] - 38:18
**Susie** [1] - 16:21
**suspect** [1] - 94:3
**suspended** [2] -
37:7, 39:7
**sustain** [1] - 122:5
**Sustained** [14] -
40:11, 90:2, 90:8,
98:20, 99:24, 108:11,
113:6, 121:12,
122:15, 127:24,
131:21, 139:24,
161:7, 178:20
**sustained** [98] -
13:19, 19:7, 20:5,
22:18, 23:2, 24:23,
26:7, 34:7, 34:13,
37:3, 40:19, 41:5,
41:13, 41:20, 45:2,
47:9, 48:1, 48:3,
48:16, 50:4, 52:24,
53:7, 54:12, 54:22,
55:16, 56:8, 57:16,
58:22, 59:9, 60:5,
63:5, 64:5, 66:25,
67:6, 75:23, 80:8,
80:19, 81:7, 86:3,

86:8, 88:17, 89:12,
89:22, 90:16, 90:24,
91:6, 92:23, 93:17,
98:13, 102:3, 103:6,
104:4, 105:3, 107:8,
111:23, 112:14,
117:14, 119:3,
120:24, 122:9,
124:20, 127:18,
129:9, 130:7, 130:14,
132:6, 136:8, 136:13,
139:6, 140:9, 145:13,
147:7, 147:18,
147:23, 149:18,
149:23, 158:22,
160:4, 165:1, 166:16,
168:17, 168:21,
169:23, 170:11,
173:25, 174:14,
174:23, 175:14,
175:18, 177:8, 178:7,
180:8, 181:18,
181:25, 182:25,
183:4, 183:14, 187:15
**sweep** [1] - 150:20
**sworn** [1] - 6:4
**SWORN** [1] - 9:11
**system** [15] - 13:3,
30:2, 30:19, 34:4,
34:5, 79:10, 88:14,
115:17, 138:17,
138:18, 139:3,
165:19, 182:5, 182:6,
187:6

## T

**Taba** [3] - 121:24,
143:15, 143:16
**Tabarre** [29] -
121:24, 121:25,
122:12, 122:20,
126:1, 126:22, 127:2,
127:20, 128:2,
129:18, 132:3, 134:3,
137:18, 138:9,
138:10, 139:8,
139:11, 143:17,
160:9, 160:14,
160:20, 160:22,
161:2, 161:17,
161:24, 162:1, 162:4,
177:24, 181:3
**table** [4] - 4:11, 46:8,
73:15, 172:14
**talks** [1] - 118:4,
153:9
**tanks** [1] - 138:18
**target** [2] - 157:19,
157:21

**tasks** [1] - 122:4
**taught** [2] - 155:6,
182:4
**taxes** [1] - 93:15
**teach** [1] - 18:16
**teacher** [2] - 85:3,
85:5
**teaching** [2] - 80:23,
157:1
**teachings** [1] - 85:4
**Teague** [1] - 8:22
**TEAGUE** [1] - 8:22
**team** [18] - 60:19,
60:25, 61:8, 129:1,
129:2, 129:5, 129:15,
129:16, 129:17,
129:19, 129:20,
129:23, 130:10,
130:16, 148:16, 185:2
**Team** [8] - 129:18,
185:4, 185:6, 185:7,
185:8
**teams** [2] - 129:18,
155:5
**tech** [1] - 140:6
**teens** [1] - 53:12
**telephone** [2] -
113:15, 113:17
**television** [1] -
140:18
**teller** [1] - 13:11
**temporary** [3] -
76:12, 76:13, 153:20
**ten** [7] - 45:19,
45:22, 62:3, 62:12,
62:14, 115:6, 115:7
**ten-day** [2] - 62:3,
62:14
**ten-minute** [1] -
115:7
**tender** [1] - 16:4
**tent** [1] - 137:19
**term** [14] - 30:8, 55:1,
55:2, 55:8, 56:2,
81:12, 88:13, 88:14,
88:19, 88:21, 88:24,
103:24
**terms** [5] - 29:17,
63:9, 63:10, 161:17
**Terry** [1] - 62:11
**testified** [2] - 56:16,
66:7
**testify** [18] - 5:3,
5:12, 6:10, 6:13, 6:16,
6:20, 6:24, 7:4, 7:6,
7:8, 146:14, 148:2,
150:25, 152:4
**testimony** [5] - 15:1,
16:24, 40:17, 47:24,
130:9

**Texas** [3] - 20:9,
20:10, 20:11
**THE** [316] - 1:10,
1:14, 1:20, 3:4, 4:1,
4:3, 4:13, 4:17, 4:24,
5:1, 5:4, 5:9, 5:13,
5:15, 5:17, 6:3, 6:5,
6:7, 6:8, 6:11, 6:12,
6:14, 6:15, 6:18, 6:19,
6:22, 6:23, 6:25, 7:1,
7:2, 7:3, 7:5, 7:7,
7:10, 7:11, 7:14, 7:17,
8:3, 8:7, 8:9, 8:12,
8:15, 8:25, 9:2, 9:4,
9:7, 9:11, 9:12, 9:14,
11:17, 11:18, 13:18,
13:19, 14:1, 14:2,
14:15, 15:5, 15:8,
15:15, 15:18, 19:7,
20:5, 22:18, 23:2,
24:23, 25:18, 26:6,
26:7, 26:10, 28:1,
28:2, 29:21, 29:22,
31:10, 34:7, 34:13,
35:23, 36:17, 36:18,
36:19, 37:3, 37:9,
37:10, 37:20, 38:3,
40:11, 40:19, 41:5,
41:13, 41:20, 43:15,
43:18, 44:9, 44:10,
45:2, 45:8, 45:22,
45:25, 46:11, 46:14,
46:18, 47:9, 47:13,
47:14, 48:1, 48:3,
48:16, 48:20, 48:21,
49:7, 49:25, 50:1,
50:4, 50:24, 50:25,
51:13, 52:24, 53:6,
53:7, 54:12, 54:22,
55:16, 56:8, 56:12,
56:14, 57:16, 58:22,
58:23, 59:9, 59:16,
59:17, 60:5, 61:17,
61:18, 63:5, 64:5,
66:14, 66:15, 66:25,
67:6, 68:20, 69:1,
69:4, 69:5, 69:23,
70:3, 70:6, 70:12,
70:15, 70:17, 70:19,
70:21, 71:2, 71:3,
71:6, 71:13, 71:16,
71:21, 71:22, 71:25,
72:16, 72:20, 73:3,
73:4, 73:7, 73:20,
73:21, 73:22, 73:23,
74:1, 75:23, 76:6,
80:8, 80:19, 81:7,
81:16, 81:24, 81:25,
82:14, 82:15, 86:3,
86:8, 88:17, 89:12,
89:22, 90:2, 90:8,

90:16, 90:24, 91:6,
92:22, 93:17, 97:7,
97:8, 98:13, 98:20,
99:24, 100:5, 100:6,
102:3, 103:6, 104:4,
105:3, 107:8, 108:11,
109:17, 109:18,
111:23, 112:14,
112:21, 113:6, 114:9,
114:13, 114:18,
114:20, 114:21,
115:10, 115:13,
115:14, 115:15,
115:16, 115:21,
116:6, 116:9, 117:14,
119:3, 120:24,
121:12, 122:9,
122:15, 124:20,
127:18, 127:24,
129:9, 130:7, 130:14,
131:13, 131:21,
132:6, 132:15,
132:20, 132:22,
136:8, 136:13,
136:20, 138:21,
139:6, 139:24, 140:9,
141:11, 142:1, 142:5,
142:8, 142:22,
142:23, 145:13,
145:18, 145:20,
147:7, 147:18,
147:23, 149:18,
149:23, 150:10,
156:11, 156:12,
158:20, 158:21,
158:23, 160:4, 161:7,
161:12, 164:8, 165:1,
166:16, 168:17,
168:21, 169:23,
170:5, 170:11,
171:10, 171:12,
171:14, 172:3, 172:7,
172:18, 172:20,
172:24, 173:25,
174:14, 174:23,
175:9, 175:11,
175:14, 175:18,
177:8, 178:7, 178:13,
178:14, 178:20,
180:8, 181:18,
181:25, 182:25,
183:4, 183:14,
183:16, 184:5, 184:9,
184:11, 185:14,
185:24, 186:3, 186:6,
187:15, 188:6
**theirs** [1] - 105:15
**themselves** [1] -
148:19
**theology** [1] - 85:8
**therein** [1] - 183:22

23

**Thereupon** [4] - 45:23, 73:5, 115:19, 172:5

**Thien** [1] - 8:18

**THIEN** [1] - 8:18

**Third** [3] - 1:21, 77:20, 101:2

**third** [4] - 54:20, 102:8, 140:2, 151:4

**thirdly** [1] - 87:24

**thoughts** [2] - 59:1, 67:3

**three** [24] - 16:16, 16:18, 16:19, 22:3, 32:20, 54:16, 54:18, 55:8, 55:9, 68:18, 69:14, 80:25, 86:20, 87:11, 104:13, 105:16, 127:3, 138:1, 154:25, 177:21, 177:22, 181:11, 183:9

**three-bedroom** [1] - 68:18

**three-story** [3] - 54:16, 54:18, 104:13

**throughout** [11] - 85:6, 88:2, 88:20, 100:10, 118:2, 123:14, 135:8, 139:3, 153:7, 168:6, 176:10

**Ti** [1] - 185:8

**ticket** [10] - 76:8, 81:23, 82:8, 82:10, 82:12, 82:17, 82:18, 82:22, 83:2, 83:3

**Tiga** [5] - 151:4, 151:7, 151:14, 151:24, 152:14

**Tiga's** [4] - 151:8, 185:17, 185:18, 186:11

**timing** [2] - 77:1, 96:1

**tire** [1] - 170:17

**title** [3] - 10:25, 151:22, 151:23

**today** [4] - 8:1, 8:6, 72:2, 79:4

**together** [1] - 141:22

**toilet** [8] - 138:25, 139:13, 139:17, 149:6, 149:7, 149:8, 186:13

**tongues** [3] - 174:10, 174:17, 175:5

**took** [18] - 8:14, 38:10, 49:15, 50:20, 53:19, 58:15, 94:13, 94:14, 101:12, 102:23, 105:8,

128:24, 134:12, 146:6, 146:12, 154:23, 155:3

**Tooting** [1] - 35:1

**top** [8] - 54:16, 107:21, 107:23, 114:13, 118:8, 142:16, 151:16, 165:7

**top-floor** [1] - 54:16

**total** [3] - 108:8, 158:6, 167:16

**totally** [2] - 101:8, 127:14

**touching** [1] - 45:12, 72:6, 114:25, 171:18, 187:20

**tough** [1] - 16:4

**tour** [1] - 64:16

**tourists** [1] - 94:1

**tours** [4] - 25:8, 25:13, 25:15, 25:21

**toward** [2] - 112:17, 112:24

**towards** [1] - 175:11

**tower** [1] - 21:25

**town** [3] - 24:1, 30:11, 99:7

**trade** [1] - 176:12

**traffic** [9] - 21:4, 21:6, 21:7, 21:11, 21:14, 21:25, 26:24, 27:1

**trailer** [3] - 69:17, 75:1, 84:18

**train** [4] - 20:24, 62:23, 64:14, 64:15

**trained** [12] - 27:12, 32:4, 64:8, 64:9, 87:21, 134:7, 137:2, 140:5, 145:8, 148:19, 156:24, 159:25

**Training** [1] - 142:17

**training** [30] - 20:8, 20:16, 20:20, 20:25, 21:4, 21:7, 21:11, 21:14, 21:24, 27:8, 27:15, 27:16, 27:17, 28:19, 29:8, 32:1, 32:3, 32:14, 38:23, 77:12, 77:15, 91:20, 99:15, 124:14, 133:12, 145:9, 169:16, 176:11, 180:5

**trains** [1] - 87:16

**transcription** [1] - 188:15

**transfer** [2] - 98:3, 98:4

**transferred** [3] - 12:18, 12:19, 40:6

**transformed** [1] - 103:11

**transition** [1] - 36:4

**translation** [2] - 116:15, 119:17

**translator** [1] - 155:2

**translators** [1] - 177:4

**transport** [1] - 167:11

**transportation** [1] - 25:4

**travel** [14] - 61:23, 64:15, 64:19, 65:4, 80:2, 82:15, 86:22, 112:5, 112:6, 162:16, 162:18, 177:11, 177:15, 179:13

**traveled** [6] - 24:12, 79:6, 84:2, 114:3, 161:18, 167:18

**travelers** [1] - 94:1

**traveling** [3] - 79:5, 84:20, 96:7

**travels** [1] - 86:17

**treated** [4] - 15:25, 88:10, 118:23, 119:12

**treatment** [5] - 33:17, 118:19, 119:14, 119:15, 123:21

**tremendous** [1] - 157:18

**TRIAL** [1] - 1:10

**trial** [17] - 11:6, 45:11, 72:5, 77:22, 97:9, 97:11, 97:12, 97:15, 97:16, 114:24, 146:14, 148:2, 150:25, 152:4, 171:17, 176:4, 187:19

**tribes** [1] - 87:18

**Tribute** [1] - 166:25

**trip** [34] - 36:22, 48:24, 48:25, 60:9, 61:12, 62:2, 62:3, 62:6, 62:8, 62:14, 62:16, 62:19, 62:20, 65:6, 66:5, 78:20, 83:12, 83:13, 85:11, 85:14, 85:16, 86:25, 102:23, 124:1, 168:24, 168:10, 169:7, 171:3, 171:7, 175:1, 175:21, 175:24, 179:15, 179:19

**trips** [10] - 44:10, 44:11, 48:12, 50:16, 82:2, 83:17, 83:18,

177:13, 177:20, 180:1

**trouble** [1] - 175:12

**truck** [1] - 150:20

**Trudeau** [1] - 13:15

**true** [9] - 82:16, 119:18, 131:18, 132:10, 141:21, 150:23, 150:24, 183:21, 185:18

**try** [18] - 12:7, 23:12, 24:5, 44:5, 44:7, 45:15, 72:9, 98:5, 115:3, 138:1, 162:22, 163:2, 165:17, 171:21, 176:12, 177:19, 180:4, 187:23

**trying** [7] - 23:6, 123:20, 123:21, 149:6, 161:5, 161:10, 161:14

**Tuesday** [2] - 188:2, 188:6

**turn** [1] - 169:11

**turning** [1] - 131:5

**turns** [2] - 140:19, 146:3

**tutoring** [1] - 137:4

**Twelfth** [1] - 2:2, 188:19

**twice** [5] - 137:24, 167:22, 168:9, 177:12, 177:17

**twin** [2] - 16:19, 16:20

**twins** [1] - 17:3

**two** [60] - 10:18, 17:20, 17:22, 19:24, 21:10, 27:3, 28:22, 28:23, 29:2, 29:3, 32:19, 32:23, 35:3, 48:14, 48:25, 49:5, 50:16, 51:25, 52:3, 52:5, 55:6, 59:18, 61:23, 62:9, 65:8, 65:14, 74:18, 75:8, 86:20, 102:14, 103:17, 104:8, 104:14, 105:12, 107:2, 107:10, 107:14, 108:2, 108:4, 108:15, 110:3, 111:20, 113:25, 122:22, 122:25, 123:7, 129:18, 146:1, 162:2, 162:8, 162:9, 162:11, 165:15, 168:12, 176:15, 178:2, 180:25, 181:9, 186:14

**two-day** [1] - 48:25

**two-month** [1] - 48:14

**two-year** [3] - 28:22, 28:23, 75:8

**type** [41] - 12:22, 12:25, 13:9, 14:3, 16:6, 22:10, 23:25, 24:5, 24:19, 26:23, 27:10, 27:17, 31:21, 32:2, 32:24, 33:5, 48:23, 61:4, 62:6, 68:23, 78:7, 78:12, 80:12, 81:10, 85:7, 85:8, 87:9, 91:20, 92:5, 111:12, 118:14, 118:18, 119:10, 124:6, 140:16, 156:5, 156:8, 157:5, 163:3, 174:6

**types** [8] - 35:20, 77:20, 81:3, 87:6, 119:20, 167:1, 180:1, 180:10

**typically** [1] - 177:20

## U

**ultimately** [14] - 15:13, 19:9, 21:11, 33:12, 47:21, 54:1, 61:5, 64:19, 68:2, 86:22, 109:25, 130:3, 173:20, 175:23

**UN** [1] - 102:9

**unable** [2] - 129:24, 160:12

**under** [23] - 6:3, 6:8, 46:19, 56:24, 57:1, 74:2, 77:14, 77:15, 101:7, 116:10, 152:16, 153:21, 153:24, 153:25, 154:14, 159:12, 159:13, 159:21, 160:6, 172:25, 185:7, 185:8, 186:23

**undergo** [2] - 20:7, 27:17

**understood** [3] - 15:16, 15:17, 80:4

**unfounded** [2] - 37:18, 37:22

**UNIDENTIFIED** [1] - 171:13

**uniform** [3] - 24:11, 24:13, 24:18

**unit** [3] - 75:18, 127:14, 179:10

**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**United** [66] - 4:3, 4:9, 6:9, 8:17, 8:19, 8:22, 19:12, 26:19, 26:20, 46:1, 46:6, 55:21, 55:24, 64:11, 64:16, 64:19, 64:21, 65:6, 67:13, 67:14, 67:16, 67:22, 68:2, 68:8, 68:22, 69:9, 73:7, 73:12, 74:9, 74:12, 74:16, 74:23, 75:12, 75:17, 76:1, 76:16, 76:18, 76:21, 76:25, 77:4, 77:10, 77:16, 81:19, 81:20, 83:8, 85:6, 95:2, 95:14, 99:21, 102:23, 114:3, 115:21, 116:1, 162:16, 162:18, 162:22, 166:9, 172:7, 172:12, 173:13, 175:23, 177:11, 177:16, 179:14, 180:2, 188:19

**units** [1] - 156:21
**university** [5] - 27:8, 27:15, 27:17, 29:5, 32:3
**University** [2] - 28:22, 34:20
**unknown** [1] - 159:5
**unless** [5] - 24:14, 24:17, 82:17, 179:9, 187:12
**unreasonable** [1] - 169:20
**unsafe** [1] - 165:19
**unusual** [1] - 10:16
**up** [37] - 5:6, 5:10, 6:1, 10:3, 12:11, 12:12, 13:5, 14:6, 14:15, 17:6, 17:7, 28:2, 67:2, 79:11, 79:14, 79:19, 80:24, 93:11, 103:23, 108:5, 115:16, 122:12, 122:18, 123:8, 128:7, 130:23, 133:7, 134:1, 134:23, 134:24, 137:20, 141:8, 141:9, 150:22, 162:2, 167:6, 182:11

**upbringing** [4] - 13:23, 14:20, 15:4, 15:23
**update** [2] - 143:7, 180:16
**updated** [2] - 7:21, 143:6
**upper** [7] - 13:24,

42:2, 114:18, 115:12, 116:16, 137:6, 137:8
**upper-class** [1] - 42:2
**upset** [2] - 62:20, 171:5
**upstairs** [1] - 134:4
**upturned** [1] - 170:15
**usage** [1] - 186:19
**utilized** [1] - 77:23

## V

**VA** [6] - 102:24, 102:25, 103:8, 105:22, 177:18
**vacation** [1] - 77:4
**van** [5] - 167:5, 169:18, 170:1, 170:8, 170:14
**Van** [2] - 8:20, 80:14
**VAN** [1] - 8:20
**varied** [1] - 166:10
**variety** [3] - 31:21, 111:17, 157:2
**various** [5] - 14:11, 25:24, 48:10, 125:5, 135:7
**Vaudreuil** [2] - 111:21, 145:9
**ventilation** [1] - 138:12
**verify** [2] - 89:19, 89:24
**Vernon** [1] - 10:7
**versed** [1] - 78:1
**versus** [8] - 4:3, 8:18, 8:20, 8:22, 46:1, 73:8, 115:22, 172:8
**Veterans** [2] - 10:17, 103:2
**viewed** [1] - 170:8
**Villa** [1] - 108:3
**village** [3] - 64:14, 64:15, 98:8
**Ville** [1] - 80:24
**violence** [1] - 102:10
**visible** [1] - 184:25
**visions** [2] - 79:25, 84:7
**visit** [21] - 28:5, 44:4, 51:8, 66:2, 69:3, 74:13, 76:11, 76:12, 76:13, 81:13, 83:24, 84:1, 85:9, 85:17, 95:15, 113:12, 125:13, 148:16, 166:4, 177:19, 179:9

**visited** [5] - 60:13, 60:14, 60:17, 125:4, 125:5
**visiting** [5] - 76:20, 80:23, 81:12, 96:24, 145:10
**visitor** [1] - 185:1
**visitors** [2] - 147:4, 147:10
**visits** [5] - 24:14, 24:17, 24:19, 42:9, 65:22
**volition** [1] - 81:20
**voluntarily** [2] - 82:6, 94:25
**volunteer** [1] - 23:10
**vs** [1] - 1:6
**vulnerable** [1] - 101:1

## W

**Wadley** [8] - 146:7, 146:10, 146:11, 146:14, 146:16, 152:14, 156:25, 177:24
**wait** [17] - 26:8, 35:23, 36:18, 37:9, 38:3, 50:24, 51:13, 71:8, 81:24, 111:24, 119:4, 122:10, 129:10, 158:21, 166:17, 178:13, 187:11
**waive** [2] - 6:16, 7:7
**walk** [1] - 161:20
**Walker** [1] - 8:20
**WALKER** [1] - 8:21
**walking** [2] - 13:2, 46:10
**walks** [1] - 5:8
**walls** [1] - 170:9
**wandering** [1] - 149:5
**warehouse** [1] - 166:25
**was...** [2] - 25:12, 95:1
**washing** [2] - 126:11, 126:12
**Washington** [1] - 1:19
**wasted** [1] - 187:8
**watching** [1] - 140:18
**water** [10] - 20:2, 138:3, 138:15, 138:16, 138:18,

138:19, 139:1, 139:11, 139:17, 152:25
**ways** [8] - 56:2, 62:24, 63:7, 63:9, 66:6, 66:11, 66:17, 66:19
**wearing** [1] - 24:11
**Wednesday** [1] - 57:5
**week** [7] - 30:21, 57:5, 57:8, 80:5, 177:23, 187:9
**weekend** [12] - 119:24, 120:2, 120:6, 120:10, 153:4, 153:9, 156:12, 156:21, 158:7, 179:3, 188:2, 188:7
**weekends** [3] - 141:7, 153:1, 153:5
**weekly** [1] - 57:4
**weeks** [10] - 20:17, 30:22, 31:3, 31:13, 40:3, 40:4, 40:15, 41:9, 49:5, 177:21
**welcomed** [1] - 125:19
**well-known** [1] - 88:21
**West** [5] - 42:19, 84:22, 95:22, 96:9, 98:1
**west** [1] - 17:21
**western** [1] - 87:16
**whatsoever** [15] - 26:4, 41:16, 45:10, 67:2, 72:4, 75:9, 76:22, 114:23, 150:12, 151:13, 152:6, 152:23, 171:16, 187:5, 187:18
**wheel** [1] - 170:16
**whichever** [1] - 129:25
**who'd** [1] - 163:1
**whole** [4] - 55:8, 123:14, 144:14, 179:4
**Widson** [3] - 152:3, 152:4, 152:7
**wife** [7] - 24:3, 57:23, 57:24, 59:17, 60:14, 84:20, 112:12
**William** [2] - 10:2, 10:7
**Williams** [1] - 120:18
**Wilson** [8] - 57:2, 57:22, 58:4, 58:17, 58:25, 59:6, 59:17, 60:2

**windows** [3] - 138:7, 138:10, 138:11
**Winter** [9] - 96:4, 96:6, 96:8, 96:9, 96:11, 96:14, 96:21, 96:22, 100:18
**wish** [4] - 7:3, 7:5, 7:7
**withdraw** [2] - 112:20, 164:7
**witness** [7] - 4:19, 7:22, 7:25, 8:13, 8:14, 9:8, 73:18
**WITNESS** [36] - 9:14, 11:18, 13:18, 14:2, 26:6, 26:10, 28:2, 29:22, 36:17, 36:19, 37:10, 44:10, 47:14, 48:21, 50:1, 50:25, 53:6, 58:23, 59:17, 61:18, 66:15, 69:5, 70:17, 71:2, 73:3, 81:25, 82:15, 97:8, 100:6, 109:18, 112:21, 142:23, 156:12, 158:20, 158:23, 178:14
**WITNESSES** [1] - 3:4
**witnesses** [3] - 5:1, 8:2, 73:1
**woman** [3] - 13:14, 92:10, 120:18
**women** [4] - 87:25, 122:2, 126:11, 126:12
**Woodjerry** [19] - 130:23, 135:1, 144:23, 144:25, 145:2, 145:3, 145:4, 145:8, 146:7, 146:13, 151:16, 151:17, 151:20, 152:14, 156:25, 177:24, 182:9, 182:10
**Woodjerry's** [4] - 145:7, 145:15, 145:24, 146:5
**Word** [1] - 57:19
**word** [6] - 28:8, 77:22, 85:4, 121:5, 136:15, 136:22
**words** [4] - 19:24, 159:25, 170:25, 171:5
**worker** [1] - 29:11
**workers** [4] - 107:24, 108:24, 109:11, 130:21
**working-class** [1] - 42:4
**World** [2] - 77:20, 101:2

**world** [1] - 100:3
**Wrigley's** [1] - 17:13
**write** [4] - 113:22, 164:10, 164:12, 165:22
**writing** [1] - 120:21
**written** [4] - 4:21, 28:2, 136:22, 179:8
**wrongdoing** [1] - 59:22
**wrote** [1] - 164:20

# X

**Xxxx** [3] - 152:3, 152:4, 152:7
**Xxxxx** [21] - 39:10, 39:12, 39:14, 39:25, 40:9, 40:15, 40:22, 40:24, 41:7, 41:10, 41:15, 47:22, 108:25, 109:4, 148:5, 148:6, 153:15, 153:16, 153:23, 155:14, 155:17
**Xxxxx's** [1] - 120:15
**Xxxxxx** [10] - 108:9, 108:21, 109:2, 109:10, 131:6, 150:24, 163:24, 164:1, 164:2, 164:10
**Xxxxxxx** [45] - 42:11, 42:14, 43:4, 43:5, 43:6, 43:23, 44:19, 44:22, 45:4, 48:8, 49:17, 49:23, 50:6, 51:2, 51:15, 52:3, 52:9, 52:13, 52:15, 52:17, 52:19, 53:2, 67:14, 67:22, 68:2, 68:8, 68:22, 69:9, 69:15, 74:9, 74:12, 74:23, 75:4, 75:9, 75:25, 76:18, 76:24, 77:10, 130:24, 135:1, 148:10, 150:13, 162:13, 162:14
**Xxxxxxxx** [10] - 44:14, 68:25, 69:3, 108:18, 134:14, 146:11, 146:14, 146:17, 151:8, 151:14
**XxXxxxxx'** [1] - 51:24
**Xxxxxxxxx** [5] - 154:13, 154:14, 155:6, 155:8, 155:23
**Xxxxxxxxxx** [1] - 44:4

# Y

**Yard** [1] - 36:23
**yard** [4] - 144:3, 144:7, 144:9, 150:21
**year** [20] - 17:22, 19:13, 28:22, 28:23, 29:2, 29:6, 29:9, 33:22, 34:20, 47:2, 55:7, 75:8, 107:14, 110:8, 139:19, 160:23, 167:16, 177:12, 177:17
**year's** [1] - 27:16
**years** [30] - 9:20, 16:18, 16:19, 17:8, 17:20, 17:22, 18:13, 20:2, 22:3, 27:3, 29:2, 29:3, 35:3, 38:19, 50:8, 55:6, 55:8, 55:9, 66:2, 74:18, 78:19, 107:14, 151:19, 152:16, 157:3, 166:10, 168:14, 177:10, 181:9
**yell** [1] - 170:18
**York** [1] - 1:18
**young** [20] - 19:2, 33:17, 59:1, 66:21, 67:3, 80:25, 88:12, 88:24, 89:14, 90:6, 91:3, 91:4, 91:16, 91:18, 105:10, 105:16, 130:24, 134:13, 168:12, 182:17
**younger** [8] - 16:19, 17:2, 17:3, 129:3, 137:3, 137:5, 140:25, 164:17
**youngest** [2] - 53:3
**youngsters** [1] - 18:15
**yourself** [6] - 32:4, 32:5, 32:13, 33:4, 33:8
**yourselves** [6] - 45:9, 69:24, 72:3, 114:22, 171:15, 187:17
**Youth** [1] - 142:17
**youth** [1] - 96:23

# Z

**zone** [3] - 110:16, 110:19, 111:4
**zoo** [1] - 48:24
**Zoo** [1] - 50:15

**zoom** [1] - 131:3