UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD

Date: February 26, 2013   Day # 13 Case #11-20350-CR(s)(s)

CRD: ToniAnn S. Jacoby  Court Reporter: Lisa Edwards

Time: 9:00 a.m. - 12:00 p.m. / 1:15 p.m. - 5:00 p.m. = 6 hours and 45 minutes

Interpreter: None

PARTIES:   USA vs. Matthew Andrew Carter

| GOVERNMENT ATTORNEY(S): | DEFENDANT(S) ATTORNEY(S): |
|---|---|
| Maria Medetis | Stuart Adelstein |
| Bonnie Kane | Phil Horowitz |

_____ AM/PM   Trial Commenced - Jury/Non-Jury
_____        Statement of case to jury - voir dire
   XX           Jury impaneled & Sworn

Defense case continues, Defendant continues testimony.  Evidence Entered. Defense Rest.  Jury Trial is continued to 2/27/13 at 9:00 a.m.

_____

   XX      Trial Continued until 2/27/13 at 9:00 am
_____   Jury returned verdict.  See verdict form
_____   Court trial continued to _____ at _____am/pm
_____   Court trial concluded. Case taken under advisement. Briefing schedule:
         Pltf's Due_____   Deft.'s. Due_____Reply Due_____

_____
_____
Misc.:_____