# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE JOAN A. LENARD**

Date: February 28, 2013   Day # 15 Case #11-20350-CR(s)(s)

CRD: ToniAnn S. Jacoby  Court Reporter: Lisa Edwards

Time: 9:00 a.m. - 12:00 p.m. / 12:30 p.m. - 2:30  p.m. =  5 hours

Interpreter: None

PARTIES:    USA vs. Matthew Andrew Carter

GOVERNMENT ATTORNEY(S):          DEFENDANT(S) ATTORNEY(S):

Maria Medetis                                      Stuart Adelstein

Bonnie Kane                                         Phil Horowitz

_____AM/PM    Trial Commenced - Jury/Non-Jury

_____                 Statement of case to jury - voir dire

___XX___                 Jury impaneled & Sworn

Closing Arguments heard, Court reads instructions to the jury.  Deliberations begin 12:30 p.m. and end at 2:00 p.m.  Verdict published.  Defendant found guilty as to all counts 1-6 in the Indictment.   Defendant adjudicated guilty and remanded. Sentencing set for Monday, 2/20/13 at 2:30 p.m. (2 hours reserved).  If additional time is needed, counsel shall contact chambers.  PSI ordered.  Defense ore tenus motion for new trial deadline to be extended.  Court grants extension to 3/25/13 to file any motions for new trial.

_____       Trial Continued until      at _____am

__XX___       Jury returned verdict.  See verdict form

_____       Court  trial  continued  to  _____  at  _____am/pm

_____       Court trial concluded. Case taken under advisement. Briefing schedule:
                        Pltf's Due_____  Deft.'s. Due_____Reply Due_____

_____

_____

Misc.:_____