```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                    CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,           Miami, Florida

 5                   Plaintiff,           February 26, 2013

 6           vs.                          9:22 a.m. to 4:24 p.m.

 7    MATTHEW ANDREW CARTER,

 8                   Defendant.           Pages 1 to 230
      _____

 9

10                            JURY TRIAL
                BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

      FOR THE GOVERNMENT:       MARIA K. MEDETIS, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132
                                         -and-
17                              BONNIE L. KANE, ESQ.
                                UNITED STATES DEPARTMENT OF JUSTICE
18                              1400 New York Avenue, NW
                                Suite 600
19                              Washington, DC 20530

20

      FOR THE DEFENDANT:        STUART ADELSTEIN, ESQ.
21                              ADELSTEIN & MATTERS
                                2929 Southwest Third Avenue
22                              Suite 410
                                Miami, Florida 33129
23                                       -and-
                                PHILIP R. HOROWITZ, ESQ.
24                              9130 South Dadeland Boulevard
                                Suite 1910
25                              Miami, Florida 33156
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             400 North Miami Avenue
                               Twelfth Floor
 3                             Miami, Florida 33128
                               (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                           I N D E X

2

3                                    Direct    Cross    Red.

4

   WITNESSES FOR THE DEFENDANT:

5

   Matthew Andrew Carter              5        99       184

6

7

8

9   EXHIBITS RECEIVED IN EVIDENCE                         PAGE

10  Defendant's Exhibit Nos. 23, 24 and 25                21
    Defendant's Exhibit No. 28                            40
11  Defendant's Exhibit No. 29                            49
    Defendant's Exhibit Nos. 31 and 32                    69

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good morning.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              MS. MEDETIS:  Good morning, your Honor.

 8              Assistant United States Attorney Maria Medetis and

 9    Bonnie Kane on behalf of the United States.

10              With us at counsels' table also are Special Agents

11    Flores and Larko with Homeland Security Investigations.

12              THE COURT:  Good morning.

13              MR. ADELSTEIN:  And good morning, your Honor.

14              Stuart Adelstein, Phil Horowitz on behalf of

15    Mr. Carter, who is present.

16              And our investigator, Reginald Hope, will be coming

17    shortly.

18              THE COURT:  Good morning.

19              MR. ADELSTEIN:  Good morning.

20              THE COURT:  The jurors are now here.

21              So, Mr. Carter, you can take the stand and then we'll

22    bring the jurors in.

23              They have their notebooks, Toni?

24              THE COURTROOM DEPUTY:  Yes, Judge.

25              THE DEFENDANT:  (Takes the witness stand.)
```

Carter - DIRECT - By Mr. Horowitz                5

```
 1            THE COURT:  You can bring the jurors in, please.
 2            (Whereupon, the jury entered the courtroom at
 3    9:23 a.m. and the following proceedings were had:)
 4            THE COURT:  You may be seated.
 5            Good morning, ladies and gentlemen.
 6            THE JURY:  Good morning.
 7            THE COURT:  You are still under oath, sir.
 8            THE DEFENDANT:  Yes, ma'am.
 9            THE COURT:  You may proceed, Mr. Horowitz.
10            MR. HOROWITZ:  Thank you, your Honor.
11                    CONTINUED DIRECT EXAMINATION
12    BY MR. HOROWITZ:
13    Q.  Good morning, Mr. Carter.
14    A.  Good morning, sir.
15    Q.  Mr. Carter, when we left off on Friday, we were talking
16    about the access of cellular telephones to the residents of the
17    Morning Star Center.
18            Do you recall that?
19    A.  Yes, sir.
20    Q.  In Haiti, generally, is there cell phone service?
21    A.  Yes, sir, there is.  Three services.
22    Q.  And who runs the three services for cellular telephones in
23    Haiti?
24    A.  To my knowledge right now, there's only three.  That would
25    be Digicel, a company call Voila and then iTel.
```

Carter - DIRECT - By Mr. Horowitz                        6

1   Q.   Back in 2009, 2010, 2011, were those the same three

2   companies?

3   A.   Yes, sir.

4   Q.   Were the residents of the Morning Star Center permitted to

5   have cellular telephones?

6   A.   Yes, sir.

7   Q.   How did they get their phones?

8   A.   They would get them from me.  In the first instance, the

9   ones that were automatically given a cell phone was the

10  supervisor -- the evening supervisors so that they could be in

11  direct communication with me.

12  Q.   Ultimately, did all the residents have cellular telephones?

13  A.   Not all the residents.  No.

14  Q.   How many did?

15  A.   Quite a few.  After the earthquake, I made sure that each

16  of the schools -- the boys were going to three different

17  schools.  So I made sure that --

18          MS. MEDETIS:  Objection.  Nonresponsive.

19          THE COURT:  Sustained.

20  BY MR. HOROWITZ:

21  Q.   After the earthquake, did all the residents have cellular

22  telephones?

23  A.   No, sir.  Not all the residents.

24  Q.   How did they get their phones?

25  A.   They got them from me.

Carter - DIRECT - By Mr. Horowitz          7

```
 1   Q.   Did you buy the telephones or were they given to you in

 2   some other fashion?

 3   A.   When I traveled to the United States, I would bring donated

 4   phones and then, when I got to Haiti, I would have them

 5   programmed.  Some phones were only programmable with Digicel --

 6            MS. MEDETIS:  Objection.  Nonresponsive.

 7            MR. HOROWITZ:  He's explaining --

 8            THE COURT:  Sustained.

 9   BY MR. HOROWITZ:

10   Q.   Once you got the donated phones, what did you do with them?

11   A.   I would try and get them programmed and give them to a

12   child that needed to have access on a phone.

13   Q.   Were these telephones donated from the United States or

14   from some other area?

15   A.   They were donated from the United States.

16   Q.   What, if anything, did you have to do to make them

17   compatible with the Haitian cellular telephone providers?

18            MS. MEDETIS:  Objection.  Relevance.

19            THE COURT:  Sustained.

20   BY MR. HOROWITZ:

21   Q.   Did you make the phones compatible for Haitian cellular

22   telephone providers?

23            MS. MEDETIS:  Same objection.

24            THE COURT:  Sustained.

25
```

Carter - DIRECT - By Mr. Horowitz                    8

 1   BY MR. HOROWITZ:

 2   Q.   Were the -- those cellular phones that were donated able to

 3   be used in Haiti?

 4   A.   Yes, sir.

 5   Q.   How did the residents that you were giving the cellular

 6   phones to get their minutes on their phone?

 7   A.   I would purchase minutes for them, the phone cards.

 8   Q.   When you would purchase these phone cards for the

 9   residents, did you make them pay for it?

10   A.   No, sir.

11   Q.   When you would give the residents minutes, did you restrict

12   in any way their use of the cellular telephone?

13   A.   Not at all.  The only thing that I would request of them,

14   if it was in their possession because they had to contact me

15   from school if there was an emergency, that they would always

16   have, you know, a reserve of minutes on their phone, don't let

17   it go down to zero.

18   Q.   Did you restrict in any way whatsoever who they could

19   contact?

20   A.   No, sir.  Not at all.

21   Q.   To your knowledge, were the residents in contact with their

22   parents over the cellular telephones?

23              MS. MEDETIS:  Objection.  Calls for speculation.

24              THE COURT:  Sustained.

25              MR. HOROWITZ:  To his knowledge.

Carter - DIRECT - By Mr. Horowitz                    9

1              THE COURT:  Sustained.

2     BY MR. HOROWITZ:

3     Q.  Did there come a point in time where the Morning Star

4     Center had Internet access?

5     A.  Yes, sir.

6     Q.  When was that?

7     A.  The exact month I'm not sure.  But it was early in the year

8     2009.

9     Q.  Were there computers available for the residents' use at

10    Morning Star Center?

11    A.  Yes, there were.

12    Q.  Where did the computers come from that the residents were

13    able to use?

14    A.  Mine and then any that may have been donated in America.

15    Q.  When you say "donated in America," what do you mean?

16    A.  I mean that, if I went to a church that would be on a needs

17    list, if I went to an organization, and they said, "What do you

18    need?", I would relay to them that we were training certain

19    boys in the computers --

20             MS. MEDETIS:  Objection.  Calls for hearsay.

21             THE COURT:  Sustained.

22    BY MR. HOROWITZ:

23    Q.  Did you receive or did you not receive any computers via

24    donation?

25    A.  Yes, sir, I did.

Carter - DIRECT - By Mr. Horowitz                  10

1    Q.   Were they new computers or used computers?

2    A.   They were used computers.

3    Q.   How many did you receive?

4    A.   In total?

5    Q.   Yes, sir.

6    A.   Five.  I -- I purchased two small ones myself --

7            MS. MEDETIS:  Objection.  Nonresponsive.

8            THE COURT:  Overruled.

9            THE WITNESS:  There was a total of seven computers in

10   the house.

11   BY MR. HOROWITZ:

12   Q.   Of those seven computers, did you place any restrictions on

13   the residents' use of the computers?

14   A.   No restrictions.  But I had to make sure that they were

15   knowledgeable in the use of it.  The supervisor, Woodjerry, had

16   gone on a course at the Aristide Foundation.  He was --

17           MS. MEDETIS:  Objection.  Nonresponsive.

18           THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.   Did you stand over the residents' shoulders while they were

21   using their computers?

22   A.   No, sir.

23           MS. MEDETIS:  Objection.  Leading.

24           THE COURT:  Sustained.

25           Rephrase your question.

```
 1    BY MR. HOROWITZ:

 2    Q.  Did you restrict the Internet access for the residents?

 3              MS. MEDETIS:  Objection.  Leading.

 4              THE COURT:  Sustained.

 5              Rephrase your question.

 6    BY MR. HOROWITZ:

 7    Q.  Did you restrict the Internet access for the residents or

 8    did they have free use of the Internet?

 9    A.  We had the Internet access that we had had the capability

10    of three computers functioning at the same time.  So --

11              MS. MEDETIS:  Objection.  Nonresponsive.

12              THE COURT:  Sustained.

13    BY MR. HOROWITZ:

14    Q.  Mr. Carter, let me repeat my question.

15        Did you restrict the use of the residents, other than the

16    number of computers, or did they have free access to the

17    Internet?

18    A.  They had free access to the Internet.

19    Q.  Were the residents in contact with the sponsors that you

20    had in the United States, if you know?

21    A.  Yes.  Some were.

22    Q.  Now, in addition to having cellular telephones, to your

23    knowledge, did any of those cellular phones have cameras in

24    them?

25    A.  Most of them did.  Most all of them.
```

Carter - DIRECT - By Mr. Horowitz                    12

1    Q.  Did you restrict or did you not restrict the residents' use

2    of the cameras on their cellular phones?

3                MS. MEDETIS:  Objection.  Relevance.

4                THE COURT:  Overruled.

5                THE WITNESS:  No.  I never restricted it.  In fact,

6    I -- I encouraged it because I would go through their

7    photographs on their phone to select any that may be useful

8    when we did a collage or when we were collecting their -- doing

9    a study on -- you know, each boy had a file with a --

10               MS. MEDETIS:  Objection.  Nonresponsive.

11               THE COURT:  Sustained.

12   BY MR. HOROWITZ:

13   Q.  Other than seeing if you could use their photographs to

14   promote the Morning Star Center, did you restrict their access

15   to the cameras on their phones in any way?

16   A.  No, sir.  Not at all.

17   Q.  At the Morning Star Center, was there a policy regarding

18   parental meetings?

19   A.  Yes, sir.

20   Q.  What was that policy?

21   A.  In the early years, we would have an annual meeting of all

22   the parents and the children prior to the opening of school,

23   usually in September.

24       After 2004, certain events took place and we then began

25   having meetings biannually, twice a year.

Carter - DIRECT - By Mr. Horowitz                    13

1   Q.   What took place that necessitated having two meetings per

2   year?

3   A.   In -- well, there's different reasons.

4        In 2004 is when the revelation -- or -- revelation -- the

5   revolution with President Aristide leaving.  And at about that

6   time, we had had an American visitor.

7        My apartment had been broken into and there was a newspaper

8   article that was found and that necessitated --

9            MS. MEDETIS:  Objection.  Nonresponsive.  Objection.

10  Relevance.

11           THE COURT:  Sustained.

12  BY MR. HOROWITZ:

13  Q.   Other than the meetings that you had with the parents twice

14  a year, did you or did you not inform the parents that they

15  could come by at any time?

16  A.   They were always welcome to come by at any time.

17  Q.   Did you ever turn a parent away that wanted to see their

18  child?

19  A.   Never.

20       May I amplify on that last question or not?

21           THE COURT:  Just wait for a question, sir.

22  BY MR. HOROWITZ:

23  Q.   During your time in Haiti with the Morning Star Center, did

24  you have any interaction with the United States military?

25  A.   Yes, sir, I did.

Carter - DIRECT - By Mr. Horowitz                    14

1    Q.  And in what respects did you have interaction with the

2    United States military?

3    A.  There was --

4              MS. MEDETIS:  Objection.  Relevance.

5              THE COURT:  Sustained.

6    BY MR. HOROWITZ:

7    Q.  Did you or did you not request US military assistance with

8    Morning Star Center?

9    A.  Yes, sir, I did.

10             MS. MEDETIS:  Objection.  Relevance.

11             THE COURT:  Come on up.

12             (Whereupon, the following proceedings were had at

13   side-bar outside the presence of the jury:)

14             THE COURT:  What's the relevance of this line of

15   questioning?

16             MR. HOROWITZ:  Your Honor, in 1999, Mr. Carter

17   requested and received assistance from the United States

18   military at the Morning Star Center.

19             I have two exhibits that were seized from the Morning

20   Star Center, letters that were written to the US military where

21   they offered assistance.  They came --

22             THE COURT:  What do you mean by "assistance"?

23             MR. HOROWITZ:  They helped repair certain things.  He

24   gave them a full list of what they could do.

25             MS. MEDETIS:  Your Honor -- sorry.

Carter - DIRECT - By Mr. Horowitz                15

```
 1              MR. HOROWITZ:  Go ahead.

 2              MS. MEDETIS:  That's hearsay, your Honor.  Those are

 3     the Defendant's letters to the military.  There's nothing from

 4     the military in those letters.  That is hearsay, an

 5     out-of-court statement made by the Defendant.

 6              And we would also object to that --

 7              THE COURT:  I'm sorry?

 8              MS. MEDETIS:  We would also object to that on

 9     relevance grounds as well as on hearsay grounds.

10              MR. HOROWITZ:  It's very relevant, your Honor.  If the

11     US military was actually in the Morning Star Center, they had

12     an ample opportunity to do anything back in 1999.

13              THE COURT:  And what is he going to testify that the

14     US military did?

15              MR. HOROWITZ:  He's going to say they came back, he

16     sought military assistance to help them, and they did that.

17     And there's --

18              THE COURT:  Did what?

19              MR. HOROWITZ:  They came to the Morning Star Center.

20     They assisted.  There's pictures of the boys with --

21              THE COURT:  Assisted in what?

22              MR. HOROWITZ:  That's what I was going to ask him.  I

23     don't know the rest of that answer, Judge, to be quite candid.

24              THE COURT:  You don't know what he's going to say?

25              MR. HOROWITZ:  I know he's going to say they did come
```

1   by and assist.  How they did assist and what they actually did

2   I don't know.  I'm going to ask him that question.  I also have

3   pictures to introduce with the same young men that testified

4   with the US military.

5             MS. MEDETIS:  Again, we would object to those images

6   on relevance.

7             THE COURT:  What's the probative value of this?

8             MR. HOROWITZ:  Judge, this is the same time they've

9   been testifying they were so petrified of the Defendant that

10  these pictures clearly show they were not.

11            THE COURT:  Is the Defendant in the pictures?

12            MR. HOROWITZ:  No, but the victims are.  And the

13  victims who testified are in the pictures.

14            THE COURT:  Can I see the pictures?

15            MR. HOROWITZ:  Sure, Judge.

16            THE COURT:  Show it to the Government first.

17            MR. HOROWITZ:  Sure.

18            MS. MEDETIS:  (Tenders documents to the Court.)

19            When your Honor is ready, we'd like to comment on

20  those pictures as well.

21            THE COURT:  Which child is this?

22            MR. HOROWITZ:  Jimmy Xxxxx, who testified before this

23  Court.

24            Judge, just so we get the record clear, I'm going to

25  number those pictures as Defendant's Exhibits 23, 24 and 25.

Carter - DIRECT - By Mr. Horowitz                17

 1            THE COURT:  Are they on your list?

 2            MR. HOROWITZ:  No, they're not, Judge.

 3            THE COURT:  Yes.

 4            MS. MEDETIS:  Your Honor, as to the collage of photos,

 5    which I believe is Defendant's Exhibit --

 6            MR. HOROWITZ:  23, 24 and 25.

 7            MS. MEDETIS:  -- 23, the first photo, your Honor, the

 8    faces are indiscernible.  It appears that there's some military

 9    personnel, perhaps some people from the Morning Star Center.

10            But I would disagree with defense counsel's

11    representation that the people in that picture testified, as we

12    can't see who those people are.

13            As to the third photo, which I believe is the third

14    exhibit, there's a young boy with a US flag behind him.  That

15    photo appears to have been photo-shopped with the US flag added

16    later.

17            And that boy did not testify at trial.  We believe

18    that boy's name is Alexandre Xxxxxxxxx, a/k/a Ti Mackin.  He

19    did not testify at trial.

20            Then, your Honor, we would argue that the second of

21    those two pictures which shows Jimmy Xxxxx holding a firearm

22    and a helmet -- again, there's no probative value to that or

23    any relevance to that or any of the pictures that the defense

24    seeks to admit nor any relevance, in the Government's view, to

25    this entire line of questioning.

1        THE COURT:  What is the probative value of this?

2        MR. HOROWITZ:  Judge, the probative value is, here's a

3   time where these boys have testified that they were so scared

4   and so in fear of the Defendant; and here they are with the

5   United States military.

6        It's clearly relevant as to the victims' state of

7   mind, as to how they were being treated and to refute the

8   Government's allegations.

9        As far as the witness Ti Mackin, he was on the

10  Government's witness list.  My client will testify that he was

11  a resident of the Morning Star Center during the relevant time

12  periods.

13       THE COURT:  I'm sorry?

14       MR. HOROWITZ:  That he was a resident.

15       THE COURT:  Who?

16       MR. HOROWITZ:  Ti Mackin.  I think it would be the

17  middle of the pictures.

18       MS. MEDETIS:  Your Honor, he was not on our witness

19  list.  Alexandre Xxxxxxxxx was not on our witness list.

20       MR. HOROWITZ:  Whether or not it's photo-shopped or

21  not is relevant for cross-examination.

22       MS. MEDETIS:  Your Honor, to -- any testimony

23  regarding how these individuals were treated by the Defendant

24  is -- would have to come from the Marines themselves.  I don't

25  believe that the Defendant could testify as to the Marines'

Carter - DIRECT - By Mr. Horowitz                    19

1    perception regarding their treatment.

2            So I'm a little confused by that.  Again, we still

3    don't understand the relevance or the probative value.

4            MR. HOROWITZ:  It's not whether the Government

5    understands, Judge; it's whether it's relevant to the time

6    frame that's charged within the indictment.  And it clearly is.

7    The original photograph is from 2004, which is a relevant time

8    frame.

9            As a result, the Defendant can testify as to what he

10   saw and what he did.  Of course he can't testify as to the

11   state of mind of the Marines.

12           But the fact that there is interaction with the US

13   military during the relevant time period is clearly relevant as

14   to the purpose of the Defendant's travel to Haiti, which was to

15   run this home and not -- and since he's testifying, it's clear

16   that he can say under the circumstances this was taken and what

17   happened, and he's allowed to do that.

18           It's clearly relevant to show that the purpose the

19   Government alleges that he traveled to Haiti for back in 2004

20   was not as alleged.

21           MS. MEDETIS:  Your Honor, with respect to whether

22   these pictures are relevant to the charged time period, we

23   would note that there are numerous other pictures relating to

24   the entire charging period and even dating back to 1995, some

25   of which were introduced by the Government, all of which

Carter - DIRECT - By Mr. Horowitz          20

```
 1    defense counsel has for all the different time periods.

 2              MR. HOROWITZ:  We'd like --

 3              MS. MEDETIS:  I would note that -- and, again, we

 4    would maintain our objection on probative -- the probativeness

 5    of this line of questioning.

 6              THE COURT:  I will allow the line of questioning and

 7    the introduction of the photographs.  I find that the Defendant

 8    may establish through his testimony the contact with the US

 9    military, which would be relevant to both the running of the

10    center and to impeach the testimony of the victims regarding

11    the opportunity to make the allegations of sexual abuse known

12    to the members of the US military and what they did or -- he

13    can't testify to that, but he can testify as to the fact that

14    the US military was there at a certain time period.

15              As far as the letters, they are hearsay.  They will

16    not be admitted.

17              MR. HOROWITZ:  Yes, your Honor.

18              MS. MEDETIS:  Understood, Judge.

19              (Whereupon, the following proceedings were had in open

20    court:)

21              MR. HOROWITZ:  Judge, can we switch to the ELMO?

22              THE COURT:  You have to lay your predicate.

23              MR. HOROWITZ:  Yes, your Honor.

24              May I approach, your Honor?

25              THE COURT:  Yes.
```

Carter - DIRECT - By Mr. Horowitz                21

```
 1   BY MR. HOROWITZ:
 2   Q.   Mr. Carter, showing you what has been marked as Defendant's
 3   Exhibits 23, 24 and 25, without telling us what is depicted
 4   therein, do you recognize those?
 5   A.   Yes, sir, I do.
 6   Q.   How do you recognize them, without telling us what's
 7   depicted therein?
 8   A.   I took the photographs.
 9   Q.   When did you take the photographs?
10   A.   In 2004.
11   Q.   Is what is before you a true and accurate copy of those
12   photographs that you took in 2004?
13   A.   Yes, sir, they are.
14            MR. HOROWITZ:  At this time move for admission of
15   Defendant's Exhibit 23, 24 and 25.
16            MS. MEDETIS:  Your Honor, we would object.
17            THE COURT:  The objection is overruled.
18            They will be admitted as Defendant's Exhibits 23, 24
19   and 25.
20            (Whereupon, Defendant's Exhibit Nos. 23, 24 and 25
21   were entered into evidence.)
22            THE COURT:  You may publish.
23            MR. HOROWITZ:  Thank you, your Honor.
24            May I approach, Judge?
25            THE COURT:  Yes.
```

Carter - DIRECT - By Mr. Horowitz                22

1   BY MR. HOROWITZ:

2   Q.   Showing you what has been admitted as Defendant's

3   Exhibit -- I'll show you the top half of Defendant's

4   Exhibit 23.

5        I'll ask you if you recognize that.

6   A.   Yes, sir.  It's a bit blurry.

7   Q.   Let me show you the bottom half of 23.

8        What is Defendant's Exhibit 23?  What is depicted in

9   Defendant's Exhibit 23?

10  A.   Depicted in --

11  Q.   Let's start with the upper left-hand corner.

12  A.   Okay.  This is when the captain of the Marines came with

13  the detail to the Morning Star program and there was

14  interaction between the US Marines and the boys of our program.

15       It -- shall I describe the photographs?

16  Q.   Sure.

17  A.   In the top left-hand corner is -- I don't know the name of

18  the first officer or the Marine there.  The second one is --

19  they had a name of Band-Aid.  He was the medic.

20       The third in the middle on top and the one on the right, I

21  cannot identify any of the Marines, but they were Marines that

22  were there.

23       They had parked vehicles at the end of our road and they

24  had brought in a Humvee.  I'm not sure how many there were

25  totally.

Carter - DIRECT - By Mr. Horowitz                23

1    Q.   Did the United States Marines depicted in Government's

2    Exhibit -- I'm sorry -- Defendant's Exhibit 23 go inside the

3    Morning Star Center?

4    A.   Yes, sir, they did.

5    Q.   What was their purpose of being there?

6    A.   There was various reasons.

7         First of all, they were there at my request to look at the

8    fortifications I had made on the house because we were under

9    attack.

10        They were there to go over with me the protocols I had

11   established in case we had an attack.  They were there to talk

12   with two of the boys that I had trained in small arms, weapons.

13        They were also there to talk to me and verify things like

14   assistance in how to use code words, if there was an attack,

15   just different procedures that I would establish.

16   Q.   Now, it says 3rd Battalion, 8th Marines.

17        Do you see that within Defendant's Exhibit 23?

18   A.   Yes, sir.

19   Q.   How many Marines were at the Morning Star Center at that

20   time?

21   A.   I'm sorry.  I really don't remember.  There was probably

22   about 15 to 20, all total.

23   Q.   Were the boys at the Morning Star Center permitted to

24   interact with the Marines?

25   A.   Most certainly.  The Marines had established a room in the

Carter - DIRECT - By Mr. Horowitz                    24

```
 1   house.  They blacked it out.  All the boys were allowed to use

 2   night vision, just to have that experience.  They would try on

 3   flack jackets and other marine equipment.

 4   Q.  Did you restrict the Marines' access in any way to the

 5   Morning Star Center?

 6   A.  Not at all.  Not at all.

 7   Q.  How about the boys' access to the Marines?

 8   A.  Certainly not.  No.

 9   Q.  Showing you the second row of pictures, are you able to

10   discern who is in there or do you need the original?

11   A.  I think I might need the original, because this is blurry

12   on the screen.

13          MR. HOROWITZ:  May I approach, your Honor?

14          THE WITNESS:  It's very dark.

15          MR. HOROWITZ:  (Tenders document to the witness.)

16   BY MR. HOROWITZ:

17   Q.  Have you had a chance to look at that second row of

18   pictures?

19   A.  Yes, sir.

20   Q.  Are you able to discern whether these are residents of the

21   Morning Star Center?

22   A.  I cannot identify the first one because he's got a helmet

23   on and I can't see his face.

24          The second one was a weekend resident of the program.

25          And the third one, I believe, is a boy.  He's Jimmy Xxxxx's
```

Carter - DIRECT - By Mr. Horowitz                    25

 1    brother, Donald, Donald Xxxxx.

 2            MR. HOROWITZ:  May I approach, your Honor, and

 3    retrieve Defendant's Exhibit 23?

 4            THE COURT:  Yes.

 5    BY MR. HOROWITZ:

 6    Q.  Mr. Carter, showing you the group shot at the bottom of the

 7    page, who was in that picture?

 8    A.  All the residents of Morning Star.  All that were there

 9    that day.

10    Q.  Are there any Marines depicted in that bottom group photo?

11    A.  Yes, sir.

12    Q.  Okay.

13    A.  On the top to the right of that photograph is the -- that

14    was the Marine chaplin.  He had long discussions with Ismael,

15    who did our devotions.

16            MS. MEDETIS:  Objection.  Nonresponsive.

17            THE COURT:  Sustained.

18            Wait for a question, sir.

19            THE WITNESS:  I'm sorry.  Excuse me.

20    BY MR. HOROWITZ:

21    Q.  Who took the picture in the bottom, the group picture?

22    A.  I did.

23    Q.  Are you in the picture?

24    A.  No.  I couldn't be.

25    Q.  Showing you what's been previously admitted as Defendant's

Carter - DIRECT - By Mr. Horowitz                26

```
 1   Exhibit 24 -- by the way, before we leave Defendant's
 2   Exhibit 23, did you or did you not send this collage of
 3   pictures to your donors?
 4   A.   This particular collage, I don't believe it was sent en
 5   masse.  But we did have several copies of various photographs
 6   or various collages that were available to donors when I would
 7   attend churches.
 8   Q.   Now showing you Defendant's 24, we'll go to the top half.
 9   Who's depicted in the top half?
10   A.   A young man.  It's Alexandre Xxxxxxxxx.  He went by the
11   nickname Ti Mackin.
12   Q.   Was he or was he not one of the residents of the Morning
13   Star Center?
14   A.   Yes, sir.
15   Q.   He was -- was he a full-time resident or weekend resident?
16   A.   Full-time resident.
17   Q.   How did you get the American flag in the background?
18   A.   The Marines brought that.
19   Q.   Did you photo-shop that picture?
20   A.   Yes.  I used the -- Print Shop to put everything together.
21   Yes.
22   Q.   But the flag that's depicted:  Did you or did you not add
23   that to the photograph?
24   A.   Oh, no.  It's original.
25   Q.   Showing you the photographs on the bottom half of
```

Carter - DIRECT - By Mr. Horowitz            27

 1   Defendant's Exhibit 24, let's talk about the photograph to the

 2   left.

 3        Who's that?

 4   A.   That's Jimmy Xxxxx.  And they had equipped him to take a

 5   photograph.

 6   Q.   Now, when you say they had equipped him, who is "they"?

 7   A.   The Marines.

 8   Q.   What did the Marines give him to take that photograph?

 9   A.   A helmet, flack jacket, weapon.

10   Q.   When you say "weapon," is that a military rifle?

11   A.   Yes, sir, it is.

12   Q.   The second half:  Are you able to make out who is in that

13   photograph on the lower right-hand corner of Defendant's

14   Exhibit 24?

15   A.   The tallest one in the picture was -- he was -- in fact, he

16   was a neighborhood boy that came in for the day.  We invited

17   him in.

18        The one with the rouge -- or the red shirt is a boy named

19   Ti Xxxxx, Jean Wisguen XxXxxxxxx.

20        The one at the far right is Xxx, Schlender.

21   Q.   How about at the far left, holding the rifle?

22   A.   I can't make out a face.  I'm sorry.

23   Q.   It appears that two of the boys are wearing military-style

24   helmets.

25        Where did they get those?

Carter - DIRECT - By Mr. Horowitz                    28

1    A.   From the Marines.

2    Q.   It appears at least two of them are wearing flack jackets.

3         Where did they get those?

4    A.   The same.  From the Marines.

5    Q.   Are all the boys holding firearms?

6    A.   I believe so.  Yes.

7    Q.   Where did they get those?

8    A.   From the Marines.

9    Q.   Now showing you what has previously been admitted as

10   Defendant's Exhibit 25, I'll ask you whether you recognize what

11   is depicted in Defendant's Exhibit 25.

12   A.   Yes.  That's an individual photograph of Jimmy Xxxxx.  And

13   I had doctored it up, put on the stars, you know, that effect,

14   from the computer.

15   Q.   Other than the stars, did you doctor up the photo in any

16   way?

17   A.   No, sir.  Not at all.

18   Q.   The helmet that he is wearing:  Where did that come from?

19   A.   The Marines.

20   Q.   The flack jacket that he's wearing:  Where did that come

21   from?

22   A.   The same, sir.  The Marines.

23   Q.   And what appears to be an M-16 rifle that he's holding:

24   Where did that come from?

25   A.   The Marines.

Carter - DIRECT - By Mr. Horowitz                29

1    Q.   On this occasion in May of 2004, how many days did the

2    Marines spend at the Morning Star Center?

3    A.   They came at about 8:00 in the morning and they left in the

4    late afternoon, probably about 5:00 or 6:00, in the early

5    evening.

6    Q.   Was this the only trip that the United States military made

7    to the Morning Star Center?

8    A.   No, sir.  During that era, they had visited us perhaps a

9    half a dozen times total.

10   Q.   For what purposes did the US military visit the Morning

11   Star Center?

12   A.   On occasion, they brought extra barbed wire so we could

13   reinforce the wall and they provided more training for some of

14   the children, how to respond in -- under an attack.

15        They -- I trained two boys, as I mentioned before.  They

16   sat with them and discussed weapon safety again.

17   Q.   What other purpose did the military serve by coming to the

18   Morning Star Center?

19   A.   They brought a certain amounts of supplies.

20   Q.   What type of supplies did they bring, besides the barbed

21   wire that you've already told us?

22   A.   They brought rations of food.  They brought the military

23   rations, MREs, meals ready to eat, the military packets.

24   Q.   What else did they bring to the Morning Star Center?

25   A.   I....

Carter - DIRECT - By Mr. Horowitz                    30

 1   Q.   Now, let's talk about the meals ready to eat, the rations

 2   that you've described.

 3       Did you have to pay for those?

 4   A.   No, sir.  Not at all.

 5   Q.   Were they donated?

 6   A.   They were donated by the Marines.  Yes.

 7   Q.   During this time frame, was there a United Nations presence

 8   in Haiti?

 9   A.   Yes, there was.

10           MS. MEDETIS:  Objection.  Relevance.

11           THE COURT:  Come on up.

12           (Whereupon, the following proceedings were had at

13   side-bar outside the presence of the jury:)

14           THE COURT:  What's this line of questioning?

15           MR. HOROWITZ:  Your Honor, the questioning would be

16   to -- it's similar to the military questions.  The United

17   Nations forces also came by the Morning Star Center.

18           They donated food and other matters -- and other

19   things to the Morning Star Center.  They had the same thing,

20   children --

21           MR. ADELSTEIN:  And interaction with the children.

22           MR. HOROWITZ:  Interaction with the children.

23           THE COURT:  When was that?

24           MR. HOROWITZ:  During the relevant time periods of the

25   indictment, all the way through to 2011.

 1          MS. MEDETIS:  Your Honor, we would object on the same

 2   grounds as before regarding the Marines.

 3          And at this time we would request whatever additional

 4   exhibits -- copies of whatever additional exhibits the defense

 5   counsel -- the Defendant intends to introduce because we

 6   haven't seen anything past Exhibit 18.

 7          THE COURT:  Are you introducing exhibits?

 8          MR. HOROWITZ:  Yes.  I'll have them ready for the

 9   Government as soon as I mark them.  But there will be no

10   additional exhibits regarding the United Nations, 24, line of

11   questioning.

12          THE COURT:  Now I'm confused.

13          Are there exhibits regarding the United Nations or

14   not?

15          MR. HOROWITZ:  No, your Honor.

16          THE COURT:  Okay.

17          MS. MEDETIS:  We would ask for any exhibits that they

18   intend to use at this point, given that they've already

19   premarked or --

20          THE COURT:  How many more exhibits do you have?

21          MR. HOROWITZ:  Oh, maybe about ten or so.  They've all

22   been taken from the Government's discovery -- the Government

23   responses to the standing discovery order.

24          We have no independent exhibits that we're

25   introducing --

Carter - DIRECT - By Mr. Horowitz          32

1          THE COURT:  Do you have an updated exhibit list for

2    me?  I'm already out of room.

3          MR. HOROWITZ:  I do, Judge.  I have through 22.

4          THE COURT:  So you need to give that to the Government

5    and to me, please.

6          MR. HOROWITZ:  Yes, your Honor.

7          THE COURT:  Okay.

8          MR. HOROWITZ:  Judge, just for purposes of clarity and

9    the record, the two letters that the Court did not admit I'm

10   going to mark as Defendant's Exhibit 26 and 27 so I can keep

11   them.

12         THE COURT:  My finding is that they're hearsay.

13         But I want to cite a case.

14         MR. HOROWITZ:  Yes, your Honor.

15         THE COURT:  The Eleventh Circuit in the case of the

16   *United States versus Sheffield* -- S-h-e-f-f-i-e-l-d -- 992 F.2d

17   1164, a 1993 decision -- it was actually recited previously by

18   the Court regarding impeachment by a prior inconsistent

19   statement when I ruled against -- I believe against the

20   Defendant regarding the introduction of prior inconsistent

21   statements.

22         But in that case, the Eleventh Circuit cites *Jenkins*

23   *versus Anderson* -- J-e-n-k-i-n-s versus Anderson -- 447 US 231,

24   a 1980 decision by the Supreme Court, in which the Supreme

25   Court stated, quote:  "Common law traditionally has allowed

1    witnesses to be impeached by their previous failure to state a

2    fact in circumstances in which that fact naturally would have

3    been asserted."  This is because, quote, "A failure to assert a

4    fact when it would have been natural to assert it amounts, in

5    effect, to an assertion of a nonexistence of the fact," citing

6    *United States versus Leach* -- L-e-a-c-h -- 613 F.2d 1295, a

7    1980 decision by the Fifth Circuit, quoting 3A Wigmore

8    Evidence, Section 1042.

9           Therefore, I find that this line of questioning

10   regarding both the US military and the presence of the United

11   Nations forces is probative in regard to the failure of the

12   victims to assert the existence of the fact, that being the

13   sexual abuse.

14          (Whereupon, the following proceedings were had in open

15   court:)

16          THE COURT:  The objection is overruled.

17          You may proceed -- oh.  Don't proceed yet.  We have

18   someone in the rest room.

19          Mr. Horowitz, do you have that list for me?

20          MR. HOROWITZ:  Judge, I have my computer closed.  But

21   I will as soon as I get an opportunity.

22          THE COURT:  The juror's now back.

23          You may proceed.

24   BY MR. HOROWITZ:

25   Q.  Mr. Carter, we were talking about previously the United

Carter - DIRECT - By Mr. Horowitz                    34

1   Nations presence in Haiti during the time the Morning Star

2   Center was open.

3        Do you recall that?

4   A.  Yes, sir.

5   Q.  Was there a United Nations presence in Haiti during the

6   time that the Morning Star Center was in existence?

7   A.  Yes, sir.

8   Q.  What was the nature of the Morning Star Center's and your

9   interaction with the United Nations' presence in Haiti?

10  A.  I'm sorry.  Could you rephrase the beginning of that.

11  Q.  Sure.

12  A.  What was the --

13  Q.  What was the nature of your interaction --

14  A.  Oh.  Okay.

15  Q.  -- with the United Nations' forces that were in Haiti?

16  A.  Okay.  Initially, my interaction was with the Americans and

17  the Canadians.  The Canadians had a detachment there.

18       As the United Nations' forces grew, I started making

19  contact with individual representations, the Brazilians, the

20  Pakistanis, eventually the Chinese, Nepalese and so on.

21       The nature of it was to gain supplies, to gain medical

22  supplies, food supplies, not only for my organization, but we

23  were sponsoring other orphanages from us and, of course, we had

24  a community outreach program.  So it was to enhance that.

25       After the --

 1              THE COURT:  Wait for a question, sir.

 2              THE WITNESS:  Okay.

 3   BY MR. HOROWITZ:

 4   Q.  In the nature of supplies, what did you receive from the

 5   United Nations' forces?

 6   A.  Totally, throughout the whole period?

 7   Q.  Yes, sir.

 8   A.  A lot of food supplies, some medical supplies.  After the

 9   earthquake, there was tents and other types of equipment to

10   house the tent city behind us, behind the Tabarre house.

11   Q.  Well, let's start with the food supplies.

12       What did you do with the food supplies that you received

13   from the United Nations?

14              MS. MEDETIS:  Objection as to relevance.  Objection as

15   to place and time.

16              THE COURT:  Place it in time.

17   BY MR. HOROWITZ:

18   Q.  Between 2001 and 2011, was the United Nations -- was there

19   a United Nations presence in Haiti?

20   A.  Yes, sir, there was.

21   Q.  Between 2001 and 2011, did you receive foodstuffs -- did

22   you or did you not receive foodstuffs from the United Nations

23   forces?

24   A.  Yes, I did.

25   Q.  What did you do with those foodstuffs that you received

1    during that period?

2    A.   We kept some of the foodstuffs for our own program and then

3    we distributed the rest either to other orphanages or the local

4    community.   It was distributed.   After the earthquake, it was a

5    larger -- much larger operation.

6    Q.   When you say it was a much larger operation, what do you

7    mean?

8              MS. MEDETIS:   Objection.   Relevance.

9              THE COURT:   Sustained.

10   BY MR. HOROWITZ:

11   Q.   You stated that you received other supplies from the United

12   Nations.   I want to break that down into two questions.   One

13   has to do with supplies and one has to do with tents.

14       What did you do with the supplies that you received from

15   the United Nations between 2001 and 2011?

16   A.   I set up a system to be able to distribute, in the first

17   instance, to our unit, our neighbors and then the local

18   community and other organizations that we from Morning Star

19   were supporting.

20   Q.   Did you or did you not take out what Morning Star Center

21   itself needed from the supplies?

22   A.   Yes, sir.

23   Q.   Was or was not the remainder of the supplies distributed?

24   A.   Yes, it was.   It was distributed.

25   Q.   And who was it distributed to?

Carter - DIRECT - By Mr. Horowitz                37

1          MS. MEDETIS:  Objection.  Asked and answered.

2          THE COURT:  Sustained.

3    BY MR. HOROWITZ:

4    Q.   Now let's talk about the tents.

5         Prior to the earthquake, did you receive any tents from the

6    United Nations forces?

7    A.   No, sir.

8    Q.   After the earthquake, did you -- in January of 2010, did

9    you receive tents?

10   A.   Yes, sir, I did.

11   Q.   Who did you receive the tents from?

12   A.   The majority of the tents came from the Pakistani youth --

13   UN camp and I had other others from the Jordanian camp and then

14   the Indian camp.

15   Q.   Now, in January of 2010, in which location was the Morning

16   Star Center?

17   A.   In Tabarre 23.

18   Q.   Did the building at Tabarre 23 sustain any damage in the

19   earthquake?

20   A.   No structural damage.  We had a couple of cracks in walls.

21   That was it.  But that was a resettling of the house.

22   Q.   Was the house at Tabarre 23 habitable after the earthquake?

23   A.   Yes, sir, it was.

24   Q.   How about the surrounding neighborhood of where the house

25   at Tabarre 23 was?

1    A.   The surrounding neighborhood, it was sporadic.  Many houses

2    went down around us.  You may get one house standing, the

3    next-door neighbor house was standing, but then there was

4    substantial damage to the one after that and so on, that many

5    of the -- those that were, you know, less --

6              MS. MEDETIS:  Objection.  Nonresponsive.

7              THE COURT:  Sustained.

8    BY MR. HOROWITZ:

9    Q.   When you received the tents from the UN forces, did you

10   need the tents or did you not need the tents for the Morning

11   Star Center?

12   A.   Yes.  I secured -- we had three of them for the program.

13   Q.   How many tents did you secure in total?

14   A.   I had placed 47 tents on the -- when we first had the tent

15   city behind us.  At that time, there was only 300 -- up to

16   300 people.  But within a short time, that figure swelled over

17   1200, then eventually up to 2,000.  And I --

18             MS. MEDETIS:  Objection.  Relevance.  Objection.

19   Nonresponsive.

20             THE COURT:  Sustained.

21   BY MR. HOROWITZ:

22   Q.   What did you do with the remaining 47 tents?

23   A.   Distributed them on the -- the tent city behind us.

24   Q.   Did you charge these people for the tents?

25   A.   Not at all.

Carter - DIRECT - By Mr. Horowitz               39

1    Q.   What did you do with them?

2    A.   Gave them to them, under the supervision of the some of the

3    older boys on our program and --

4              MS. MEDETIS:  Objection.  Nonresponsive.

5              THE COURT:  Sustained.

6              MR. HOROWITZ:  May I approach, your Honor?

7              THE COURT:  Yes.

8    BY MR. HOROWITZ:

9    Q.   Mr. Carter, showing you what has previously been marked as

10   be Defendant's Exhibit 23, I want to ask you if you recognize

11   it.

12   A.   Yes, sir.

13   Q.   Without telling us what is depicted in Defendant's

14   Exhibit 28, how do you recognize it?

15   A.   I took these photographs.

16   Q.   Without telling us what's depicted in Defendant's

17   Exhibit 28, when did you take those photographers?

18   A.   I would estimate between 2006-2007.

19   Q.   Are what is depicted in Defendant's Exhibit 28, is that a

20   true and correct copy of the original photographs?

21   A.   Yes, it is.

22             MR. HOROWITZ:  Your Honor, at this time move for

23   admission of Defendant's Exhibit 28.

24             MS. MEDETIS:  No objection, your Honor.

25             THE COURT:  It will be admitted as Defendant's

Carter - DIRECT - By Mr. Horowitz                    40

```
 1    Exhibit 28.
 2              (Whereupon, Defendant's Exhibit No. 28 was entered
 3    into evidence.)
 4              THE COURT:  You may publish.
 5              MR. HOROWITZ:  Thank you, your Honor.
 6              May I approach to retrieve the exhibit?
 7              THE COURT:  Yes.
 8    BY MR. HOROWITZ:
 9    Q.  Mr. Carter, Defendant's Exhibit 28 contains two
10    photographs.
11    A.  Yes, sir.
12    Q.  I want to show you these two photographs.  Specifically, I
13    want to talk about the photograph on the left.
14    A.  Yes.
15    Q.  What are the names of the two people that are depicted in
16    that photograph?
17    A.  The gentleman on the right, his name is Junior Xxxxx.  He
18    was the children's supervisor at the time.  And on --
19    Q.  And this woman that is seated in the chair:  Who is she?
20    A.  That's his mother.  Her name is Lucien.  And she was our
21    housemother.
22         May I correct one thing?  This picture -- although I say
23    2006 and 2007, Lucien was there at different times as well --
24              MS. MEDETIS:  Objection.  Nonresponsive.
25              THE COURT:  Sustained.
```

Carter - DIRECT - By Mr. Horowitz                    41

 1   BY MR. HOROWITZ:

 2   Q.   When was Lucien the housemother at the Morning Star Center?

 3   A.   In 2006, 2007 and then again in 2008 and periods of 2009.

 4   Q.   At one point prior to being a supervisor, was Junior Xxxxx

 5   a resident?

 6   A.   Yes, sir.

 7   Q.   His mother who's depicted, what was her role during the

 8   time frame she was the housemother?

 9   A.   She was the housemother.  She was in charge of the -- more

10   or less all the domestic running of the house.  She was in

11   charge of the cooking.  She would supervise the boys in some of

12   their chores.

13        She, in coordination with Junior and other senior

14   residents, would supervise the showers, the clothing, preparing

15   themselves for school.  Generally, all the activities in the

16   house.  She was there.

17   Q.   Now, do you see -- I'm going to turn this up a little bit.

18        Do you see in the lower right-hand corner where it says

19   03 05 07?  Let's see if I can get a little closer.

20        Do you see where it says that?

21   A.   Yes, sir.

22   Q.   Is that or is that not the date the photograph was taken?

23   A.   It would appear to be so.  Yes.

24   Q.   Now, showing you the young man in the photograph on the

25   right side of Defendant's Exhibit 28, who is that?

Carter - DIRECT - By Mr. Horowitz                42

1   A.   This is Junior Xxxxx.  He was the children's supervisor at

2   the time.

3   Q.   Do you see the vehicle behind him?

4   A.   Yes, sir.

5   Q.   What vehicle was that?

6   A.   That was a 1990 Plymouth Voyager that had been donated to

7   the program.  And I had brought it over, actually, in -- I

8   can't remember what year.  I'm sorry.  I can't remember the

9   year.  But I had shipped it over from Florida.

10  Q.   Who donated that to you?

11  A.   It was a family in a church in Mississippi -- Meridian,

12  Mississippi.

13  Q.   Going back to the United Nations forces, did personnel

14  associated with the United Nations ever come to the Morning

15  Star Center itself?

16  A.   Yes, sir.  Often.

17  Q.   Why do they come to the Morning Star Center, if you know?

18  A.   Two reasons.

19       In the first instance, they would come to inspect the house

20  to make sure they were going to be making contributions to a

21  legitimate program.  They would meet the children.  They would

22  talk to me.  I'd explain the structure of the home.

23       In the second instance, especially the Pakistani unit, I

24  became very good friends with the commander, some of the

25  officers.  I would visit the camp once a week and they would

Carter - DIRECT - By Mr. Horowitz          43

1    come on a frequent basis.

2    Q.  Did you restrict the children's access in any way -- when I

3    say "the children," I mean the residents' access -- in any way

4    to the United Nations forces when they would visit the Morning

5    Star Center?

6    A.  Not at all.  When Marines --

7             MS. MEDETIS:  Objection.  Nonresponsive.

8             THE COURT:  Sustained.

9    BY MR. HOROWITZ:

10   Q.  When the United Nations forces would come by, would they be

11   from one country or various countries?

12            MS. MEDETIS:  Objection.  Relevance.

13            THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.  Did you ever restrict the United Nations forces from

16   entering the Morning Star Center?

17            MS. MEDETIS:  Objection.  Asked and answered.

18            THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.  I want to ask you a couple questions about the sponsors.

21       Did Morning Star Center have sponsors?

22   A.  Yes, sir, we did.

23   Q.  Did the individual children have sponsors?

24   A.  In the early development of the program, some did.  But in

25   the later years, they had no direct sponsor -- I had no direct

Carter - DIRECT - By Mr. Horowitz                    44

```
 1   sponsorship program, per se.
 2   Q.   In spite of you having no direct sponsorship program, did
 3   the residents or did the residents not attempt to secure their
 4   own individual sponsorship?
 5              MS. MEDETIS:  Objection.  Calls for speculation.
 6              THE WITNESS:  Yes.
 7              THE COURT:  Sustained.
 8   BY MR. HOROWITZ:
 9   Q.   Were the residents allowed to use Facebook?
10   A.   Yes, sir, they were.
11   Q.   What did they -- what did the residents use Facebook for?
12   A.   They would --
13              MS. MEDETIS:  Objection.  Calls for speculation.
14              THE COURT:  Sustained.
15   BY MR. HOROWITZ:
16   Q.   Do you know what the residents used Facebook for?
17              MS. MEDETIS:  Same objection, your Honor.
18              THE WITNESS:  Yes.
19              THE COURT:  Sustained.
20              Lay your predicate.
21   BY MR. HOROWITZ:
22   Q.   After 2009, when you had regular Internet service, did the
23   residents or did the residents not have access to Facebook?
24   A.   Yes, sir, they did.
25   Q.   Did you restrict their access to Facebook?
```

Carter - DIRECT - By Mr. Horowitz          45

1   A.   I didn't restrict it.  But every month I would supervise

2   and have a look at what they had on their Facebook.

3   Q.   Was that as to all residents of the Morning Star Center or

4   only as to a specific few?

5   A.   You mean monitoring their --

6   Q.   Yes, sir.

7   A.   Most all the residents had a Facebook page, even if they

8   didn't have --

9          MS. MEDETIS:  Objection.  Nonresponsive.

10          THE COURT:  Sustained.

11  BY MR. HOROWITZ:

12  Q.   Did all the residents have Facebook pages, if you know?

13  A.   Most all the residents did.  Yes.

14  Q.   Would you monitor all their Facebook pages every month or

15  just a certain select few?

16  A.   Everyone's.

17  Q.   Did you or did you not have direct knowledge as to what

18  they were using their Facebook pages for?

19          MS. MEDETIS:  Objection.  Relevance.  Objection.

20  Speculation.

21          THE COURT:  Overruled.

22          THE WITNESS:  Facebook was a common means for them to

23  communicate or to gain friends on Facebook or to communicate

24  with people that they had had contact with, whether they be

25  visitors or stateside, you know, people that had been.  And

Carter - DIRECT - By Mr. Horowitz                46

 1    that increased as time went by.

 2    BY MR. HOROWITZ:

 3    Q.   Based on your review of their Facebook accounts, did they

 4    ever seek direct sponsorship?

 5    A.   Some of them did.  Yes.

 6    Q.   And when I use the phrase "direct sponsorship," what does

 7    that mean?

 8    A.   To me, that means that they made direct comment, saying

 9    that they wanted to be sponsored and they wanted to go to

10    America and there was -- you know, to try and solicit for

11    different opportunities.

12    Q.   Were they or were they not asking sponsors for money?

13    A.   Yes.  And if I found that, I would talk to the residents --

14              MS. MEDETIS:  Objection.  Nonresponsive.

15              THE COURT:  Sustained.

16    BY MR. HOROWITZ:

17    Q.   Were they or were they not asking sponsors for money?  Yes

18    or no.

19    A.   Yes.

20    Q.   When did you start reviewing their Facebook accounts on a

21    monthly basis?

22    A.   When we had a -- you know, a variety of computers in the

23    house.  Once we got, you know, five, six, seven computers, we

24    had a total of seven, I started monitoring that on a monthly

25    basis then.

Carter - DIRECT - By Mr. Horowitz                47

1    Q.  Based on your monitoring of their Facebook pages, did any

2    of the residents report that you were having sexual contact

3    with them?

4             MS. MEDETIS:  Objection.  Calls for hearsay.

5             THE COURT:  Sustained.

6    BY MR. HOROWITZ:

7    Q.  Mr. Carter, why did you monitor their Facebook pages?

8             MS. MEDETIS:  Objection.  Relevance.  Objection.

9    Relevance.

10            THE COURT:  Overruled.

11            THE WITNESS:  These boys have been trained to be

12   honorable, to be gentlemen, trustworthy, all the traits that I

13   believe an individual should have.

14            And it was monitored to make sure that they were not

15   either engaging in -- you know, the most common fault that I

16   would find --

17            MS. MEDETIS:  Objection.  Nonresponsive.

18            THE COURT:  Sustained.

19   BY MR. HOROWITZ:

20   Q.  As a result of you monitoring the residents' Facebook

21   pages, did you or did you not ever discipline them?

22   A.  No.  I would just eliminate the -- I would eliminate the

23   contacts, have them delete friends, if it was inappropriate.

24   And I would sit and I would instruct them as to the dangers of,

25   you know, if you don't know someone, if you have a friend, just

Carter - DIRECT - By Mr. Horowitz                48

 1   because you see a picture does not mean that that's the person

 2   and so on, you know, that there was a lot of misconduct --

 3             MS. MEDETIS:  Objection.  Nonresponsive.

 4             THE COURT:  Sustained.

 5             MR. HOROWITZ:  May I approach, your Honor?

 6             THE COURT:  Yes.

 7   BY MR. HOROWITZ:

 8   Q.  Mr. Carter, showing you what has previously been marked as

 9   Defendant's Exhibit 29, I'll ask you whether you recognize it.

10   A.  Yes, sir, I do.

11   Q.  How do you recognize it, without telling us what's depicted

12   therein?

13   A.  I took both pictures.

14   Q.  When did you take those pictures?

15   A.  When we were at Tabarre.  One picture was taken -- it would

16   be on Christmas Day, but I couldn't verify what year.  Probably

17   2008, 2009.

18   Q.  Are those true and correct copies of the photographs that

19   you took?

20   A.  Yes, sir.

21             MR. HOROWITZ:  Your Honor, at this time move into

22   evidence Defendant's Exhibit 29.

23             MS. MEDETIS:  No objection, your Honor.

24             THE COURT:  It will be admitted as Defendant's

25   Exhibit 29.

Carter - DIRECT - By Mr. Horowitz          49

1              (Whereupon, Defendant's Exhibit No. 29 was entered

2    into evidence.)

3              THE COURT:  You may publish.

4              MR. HOROWITZ:  Thank you, your Honor.

5              May I approach and retrieve the exhibit?

6              THE COURT:  Yes.

7    BY MR. HOROWITZ:

8    Q.  Mr. Carter, Defendant's Exhibit 29 has two photographs.

9    We'll start with the bottom photograph first.

10       I'll ask you, who is depicted in Defendant's Exhibit 29 on

11   the bottom photograph?

12   A.  That's Junior Xxxxx, the supervisor.  The boy on the

13   right -- I've forgotten his name.  We had treated him in the

14   clinic.  I arranged special --

15             MS. MEDETIS:  Objection.  Nonresponsive.

16             THE COURT:  Sustained.

17   BY MR. HOROWITZ:

18   Q.  Let me ask you about the top picture.

19       What is depicted in the top picture on Defendant's

20   Exhibit 29?

21   A.  This is a Christmas Day.  For three years running, I had a

22   special Christmas Day outing at the Villa -- at a hotel near

23   the airport.  And -- Ideal Villa.  And we would go for their

24   all-you-can-eat buffet and a day's swimming.

25   Q.  And who paid for the all-you-can-eat buffet for the

1   children?

2   A.   I did on one occasion, out of my own money.  And on two

3   occasions, it was a shared cost between myself and another

4   missionary couple.

5   Q.   How often would you take the boys to this hotel for the

6   buffet?

7   A.   Just on Christmas Day.

8   Q.   Who can you see that is depicted within Defendant's

9   Exhibit 29, this top photograph?  If you need me to bring the

10   original up, I will.

11   A.   Well, I can identify -- I'm sorry.  I can identify some

12   offhand.

13       The one in the front in the pool is Ricardo Xxxxx.  The one

14   in the back in the far right is Tiga.  That's James Xxxxxxxx.

15   Some of them, their faces are blocked and I'm not really sure.

16   It was all the residents.

17   Q.   Is there anyone within this photograph, the top photograph

18   on Defendant's Exhibit 29, that's not a resident of the Morning

19   Star Center?

20   A.   Yes.  There could be.  There could be a former resident

21   there.

22            MS. MEDETIS:  Objection.  Calls for speculation.

23            THE COURT:  Sustained.

24   BY MR. HOROWITZ:

25   Q.   Would you or would you not invite former residents to the

Carter - DIRECT - By Mr. Horowitz                    51

```
 1   Christmas Day outings that you had?
 2   A.   Yes.  Not all of them, but we would invite some former
 3   residents.  Yes.
 4          THE COURT:  We're going to take a break.
 5          Do not discuss this case either amongst yourselves or
 6   with anyone else.  Have no contact whatsoever with anyone
 7   associated with the trial.
 8          Do not read, listen or see anything touching on this
 9   matter in any way, including anything in the media, anything on
10   the Internet or anything on any access device.
11          If anyone should try to talk to you about this case,
12   you should immediately instruct them to stop and report it to
13   my staff.
14          You may leave your notebooks at your chairs.  Please
15   be back in the jury room in ten minutes.
16          (Whereupon, the jury exited the courtroom at
17   10:37 a.m. and the following proceedings were had:)
18          THE COURT:  You may be seated.
19          You may step down, sir.
20          (Witness excused.)
21          THE COURT:  After the break, Mr. Horowitz, I want an
22   exhibit list.  If that means you need to send your investigator
23   to go get a printed copy for me, he's sitting in court being
24   paid by CJA funds to be an investigator.  So let him go and get
25   an exhibit list.
```

 1              MR. HOROWITZ:  Yes, your Honor.

 2              THE COURT:  We're in recess for ten.

 3               (Thereupon a recess was taken, after which the

 4     following proceedings were had:)

 5              THE COURT:  We are back on United States of America

 6     versus Matthew Andrew Carter, Case No. 11-20350.

 7              Counsel, state your appearances, please, for the

 8     record.

 9              MS. MEDETIS:  Yes.  Good morning again, your Honor.

10              Maria Medetis and Bonnie Kane on behalf of the United

11     States.

12              With us at counsels' table are Special Agents Flores

13     and Larko.

14              MR. HOROWITZ:  Good morning, your Honor.

15              Phil Horowitz on behalf of Mr. Carter.

16              Mr. Adelstein and Mr. Hope are looking for a printer.

17              Mr. Carter is present.

18              THE COURT:  Let's bring in the jury, please.

19               (Whereupon, the jury entered the courtroom at

20     10:59 a.m. and the following proceedings were had:)

21              THE COURT:  You may be seated.

22              You are still under oath, sir.

23              You may proceed, Mr. Horowitz.

24              MR. HOROWITZ:  Thank you, your Honor.

25

Carter - DIRECT - By Mr. Horowitz                    53

```
 1    BY MR. HOROWITZ:
 2    Q.  Mr. Carter, we've talked about the US Marines, the United
 3    Nations.  I want to talk about the Haitian National Police.
 4    A.  Yes, sir.
 5    Q.  To your knowledge, did these towns that we've talked about
 6    like Santo and Tabarre, Petion-Ville -- do they have their own
 7    police departments?
 8    A.  Yes, sir, they do.
 9    Q.  In addition to those local police departments, are there
10    National Police as well?
11    A.  Well, it's all part of the National Police force.
12    Q.  Did the Haitian National Police ever visit Morning Star
13    Center during its time of operation?
14    A.  Yes, sir.  Frequently.
15    Q.  Did you ever have any members of the Haitian National
16    Police on your payroll?
17              MS. MEDETIS:  Objection.  Leading.
18              THE COURT:  Sustained.
19              Rephrase your question.
20    BY MR. HOROWITZ:
21    Q.  Did you or did you not have any members of the Haitian
22    National Police on your payroll?
23    A.  No, sir, I did not.
24    Q.  Did the Haitian National Police ever come to the Morning
25    Star Center due to complaints about sexual abuse?
```

Carter - DIRECT - By Mr. Horowitz          54

1    A.   Yes, sir, they did.

2    Q.   Describe for the ladies and gentlemen of the jury the first

3    time that happened.

4    A.   I believe the first time it happened was either late 2003

5    or early 2004.  They came.  They --

6    Q.   When they came to the Morning Star Center, did you

7    cooperate with them?

8    A.   Fully, yes.

9    Q.   Why did you do that?

10   A.   Because I've always been trained that -- to have a totally

11   open-door policy.  If there's any inquiries from any officials,

12   you maintain an open and easy access to any records you have,

13   to the facility, to the children.  You hide nothing.

14   Everything is open.

15   Q.   Did you do that in 2003?

16   A.   Yes, sir, I did.

17   Q.   Did you restrict the Haitian National Police's access to

18   the children?

19   A.   No, sir.  Not at all.

20   Q.   Did you restrict their access to your files?

21   A.   No.

22   Q.   Did you restrict their access in --

23              MS. MEDETIS:  Objection.  Leading.

24              THE COURT:  Sustained.

25

```
 1   BY MR. HOROWITZ:
 2   Q.  Did you or did you not restrict their access in any way to
 3   the Morning Star Center?
 4   A.  Not at all.
 5   Q.  Did you or did you not prohibit the residents of the
 6   Morning Star Center from speaking with the Haitian National
 7   Police?
 8   A.  No.  They were there and they were available to be
 9   interviewed.
10   Q.  Did you or did you not exert any influence over the
11   children as to what they said to the Haitian National Police?
12            MS. MEDETIS:  Objection.  Leading.
13            THE COURT:  Sustained.
14   BY MR. HOROWITZ:
15   Q.  As a result of the -- to your knowledge, what were the
16   Haitian National Police doing at the Morning Star Center in
17   2003?
18            MS. MEDETIS:  Objection.  Calls for speculation.
19            THE COURT:  Sustained.
20   BY MR. HOROWITZ:
21   Q.  Do you know what you were under investigation for?
22   A.  Yes, sir.
23   Q.  What were you -- what was your understanding as to what you
24   were under investigation for?
25   A.  What I was told, there was complaints about misconduct on
```

Carter - DIRECT - By Mr. Horowitz                56

 1    my part.

 2    Q.   As a result of the investigation conducted by the Haitian

 3    National Police in 2003, what happened?

 4             MS. MEDETIS:  Objection.  Calls for speculation.

 5             THE WITNESS:  Nothing.

 6             THE COURT:  Sustained.

 7    BY MR. HOROWITZ:

 8    Q.   Were you charged?

 9    A.   Oh, no, sir.

10    Q.   Were you charged criminally?

11    A.   No, sir.

12    Q.   Did you get arrested?

13    A.   No, sir.

14    Q.   Did you get sanctioned at all?

15    A.   Sanctioned in what sense?

16    Q.   Was there a fine imposed against you or a civil penalty?

17    A.   No, sir.  Nothing.

18    Q.   Is there a Department of Social Services in Haiti?

19    A.   Yes, sir, there is.

20    Q.   As the owner of the Morning Star Center, did you have to

21    deal with the Department of Social Services in Haiti?

22    A.   I had people in from the Department of Social Services

23    or -- you know, but I was not under their authority.  I was

24    registered through the mayor's office, my program.  I can

25    explain that, if you --

Carter - DIRECT - By Mr. Horowitz                57

```
 1   Q.   Is that what you were required to do in Haiti, was to
 2   register with the mayor's office?
 3            MS. MEDETIS:  Objection.  Leading.
 4            THE COURT:  Sustained.
 5            Rephrase your question.
 6   BY MR. HOROWITZ:
 7   Q.   What requirements did you have to comply with in Haiti in
 8   order to operate the Morning Star Center?
 9   A.   You have to have some type of formal authorization by some
10   governmental agency or, in that instance, like the mayor's
11   office, a letter of function.
12   Q.   Did you do that?
13   A.   Yes, sir, I did.
14   Q.   Was it approved or was it not approved?
15            MS. MEDETIS:  Objection.  Calls for hearsay.
16            THE COURT:  Overruled.
17            THE WITNESS:  Yes.  The mayor, in fact, at the time
18   came out, talked with me, looked at the facility.  I sat and
19   explained what we were hoping to do.  And that was approved.  I
20   got my letter of function.
21   BY MR. HOROWITZ:
22   Q.   And what is a letter of function?
23   A.   Just an authorization to function within your facility.
24   And in that letter of function, it designates what you're going
25   to do, what you hope to achieve.
```

Carter - DIRECT - By Mr. Horowitz                    58

```
 1    Q.   Now, we've talked about the 2003 investigation by the
 2    Haitian National Police.
 3         Was there or was there not another investigation by the
 4    Haitian National Police?
 5    A.   Yes.  In 2004.
 6    Q.   What was the nature of the investigation, to your
 7    knowledge, in 2004?
 8    A.   To my knowledge, it was the same as the previous year.
 9    Q.   Which was what?
10    A.   Allegations of misconduct on my part.
11    Q.   In this investigation in 2004, did you or did you not
12    cooperate with the Haitian National Police?
13             MS. MEDETIS:  Objection.  Leading.
14             THE COURT:  Overruled.
15             THE WITNESS:  I fully cooperated, the same as I did in
16    the first instance or as I would do in any instance, fully
17    cooperate with the police or the authorities.
18    BY MR. HOROWITZ:
19    Q.   When you use the term "fully cooperate with the police,"
20    what do you mean as it pertains to this 2004 investigation?
21    A.   Give them total access to view the files, inspect the
22    house, interview me and interview any of the residents and
23    children on the program.
24    Q.   To your knowledge, did the Haitian National Police do that?
25    A.   Yes, sir, they did.
```

Carter - DIRECT - By Mr. Horowitz          59

```
 1   Q.  As a result of the investigation in 2004 by the Haitian

 2   National Police, were you arrested?

 3   A.  No, sir.

 4   Q.  Were you charged criminally?

 5   A.  No, sir.

 6   Q.  Were you sanctioned at all in any way?

 7   A.  No.

 8   Q.  What penalties, if any, did you suffer as a result of that

 9   investigation?

10   A.  No penalty.  They told me there was nothing --

11          MS. MEDETIS:  Objection.  Calls for hearsay.

12          THE COURT:  Sustained.

13   BY MR. HOROWITZ:

14   Q.  As a result of that investigation, were you or were you not

15   cleared?

16   A.  Yes, sir.

17          MS. MEDETIS:  Objection.  Calls for hearsay.

18   Objection.  Calls for speculation.

19          THE COURT:  Sustained.

20   BY MR. HOROWITZ:

21   Q.  Was there or was there not a third investigation?

22   A.  Yes, sir.

23   Q.  When was that?

24   A.  That was in 2006, I think.

25   Q.  And who conducted that investigation?
```

Carter - DIRECT - By Mr. Horowitz                    60

1    A.   That was -- it was the National Police.  But I think at

2    that time it was the DCPJ, a special --

3    Q.   What's the difference between GCPJ [sic] and the National

4    Police, if any?

5    A.   It's DC, Department Central, Judicial -- no -- Police

6    Judicial.  It's the -- it's the higher Haitian investigative

7    authority.  They investigate more serious crimes.  They

8    coordinate with Interpol or any other agencies like that.

9    Q.   What were you under investigation for, to your knowledge,

10   in 2006?

11   A.   To my knowledge, they were investigating as a result of

12   some letters that -- or interviews that they had had with some

13   of the residents, ex-residents, complaints of sexual

14   misconduct.

15   Q.   And the residents of what?

16   A.   The residents --

17   Q.   Which residents are you talking about?

18   A.   They did not give me names.

19   Q.   Were they or were they not residents of the Morning Star

20   Center?

21         MS. MEDETIS:  Objection.  Calls for speculation.

22   BY MR. HOROWITZ:

23   Q.   To your knowledge.

24         THE COURT:  Sustained.

25

Carter - DIRECT - By Mr. Horowitz                    61

 1   BY MR. HOROWITZ:

 2   Q.   As a result of the complaints by the residents, what did --

 3            MS. MEDETIS:  Objection.

 4   BY MR. HOROWITZ:

 5   Q.   -- and the investigation of the police, what did you do?

 6   A.   Nothing.

 7            THE COURT:  The objection is overruled.

 8            THE WITNESS:  I carried on with the program.  They

 9   interviewed me.  They had taken the children apart -- I

10   provided a room for them to take the children apart and

11   interview separately.  They --

12            MS. MEDETIS:  Objection.  Calls for speculation.

13            THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   Did you or did you not see the children interviewed

16   separately?

17   A.   I saw that they were interviewed separately.  Yes.

18   Q.   What else, if anything, did the DCPJ do?

19            MS. MEDETIS:  Objection.  Calls for speculation.

20   BY MR. HOROWITZ:

21   Q.   That you saw them do.

22            THE COURT:  Rephrase your question.

23   BY MR. HOROWITZ:

24   Q.   What, if anything, did you see the DCPJ -- hopefully, I

25   have those initials correct.

Carter - DIRECT - By Mr. Horowitz                    62

1    A.    DCPJ.

2    Q.    What, if anything, did you see them do?

3    A.    They viewed the files.  They inspected the house.  They

4    talked to all the residents.  And they interviewed me briefly.

5    Q.    As a result of the investigation by the DCPJ -- first of

6    all, did you hinder their investigation in any way?

7    A.    No.

8              MS. MEDETIS:  Objection.  Leading.

9              THE COURT:  Sustained.

10             Rephrase your question.

11   BY MR. HOROWITZ:

12   Q.    What, if anything, did you do to hinder their

13   investigation?

14             MS. MEDETIS:  Same objection.

15             THE COURT:  Overruled.

16             THE WITNESS:  I did nothing to hinder their

17   investigation.

18   BY MR. HOROWITZ:

19   Q.    As a result of their investigation, were you arrested?

20   A.    No, sir.

21   Q.    Did you go to jail?

22   A.    No, sir.

23   Q.    Were you fined in any way?

24   A.    No.

25   Q.    Were any of the residents removed from the program?

Carter - DIRECT - By Mr. Horowitz                    63

```
 1   A.   No, sir, they weren't.

 2   Q.   Now going back to the investigations in 2003 and 2004, were

 3   any of the residents removed from the program?

 4   A.   No, sir.

 5   Q.   To your knowledge, did any of the residents request that

 6   the Haitian National Police remove them?

 7            MS. MEDETIS:  Objection.  Calls for hearsay.  Calls

 8   for speculation.

 9            THE COURT:  Sustained.

10   BY MR. HOROWITZ:

11   Q.   In 2006, were there any sanctions whatsoever?

12            MS. MEDETIS:  Objection.  Asked and answered.

13            THE COURT:  Sustained.

14   BY MR. HOROWITZ:

15   Q.   Were you cleared in the investigation in 2006?

16            MS. MEDETIS:  Objection.  Calls for speculation.

17            THE COURT:  Sustained.

18   BY MR. HOROWITZ:

19   Q.   After the investigation in 2006, was there a fourth

20   investigation?

21   A.   I don't -- after 2006, that's when I went to the Embassy to

22   report everything that was happening.

23            MS. MEDETIS:  Objection.  Nonresponsive.

24            THE COURT:  Sustained.

25            MS. MEDETIS:  Objection.  Calls for hearsay.
```

Carter - DIRECT - By Mr. Horowitz          64

1          THE COURT:  I already ruled on it.

2          Sustained.

3     BY MR. HOROWITZ:

4     Q.   Did there come a point in time where you went to the United

5     States Embassy?

6     A.   Yes, sir, there was.

7     Q.   When did you do that?

8     A.   In -- I had called them previously in 2004 and 2005.  Then

9     I physically made my presence there in 2006.

10    Q.   Why did you go to the US Embassy and make your physical

11    presence known in 2006?

12    A.   I had talked to a warden of the Embassy.  He said that the

13    Embassy --

14          MS. MEDETIS:  Objection.  Calls for hearsay.

15          THE COURT:  Sustained.

16    BY MR. HOROWITZ:

17    Q.   Without telling us what the folks at the Embassy said, why

18    did you personally go down to the Embassy?

19    A.   I went to report all the circumstance and to give them a

20    detailed account of what was happening, some of the

21    ex-residents and why complaints were being filed.

22    Q.   As a result of you presenting yourself to the United States

23    Embassy, did any consular officials ever come visit you at the

24    Morning Star Center?

25    A.   No, sir.  I invited them to come, but nobody ever came.

Carter - DIRECT - By Mr. Horowitz                    65

1   Q.  Did you disclose the nature of the allegations against you?

2           MS. MEDETIS:  Objection.

3           THE WITNESS:  Yes, I did.

4           MS. MEDETIS:  Calls for hearsay.

5           THE COURT:  Sustained.

6   BY MR. HOROWITZ:

7   Q.  Did you withhold any details from the United States

8   Embassy?

9           MS. MEDETIS:  Objection.  Leading.  Calls for hearsay.

10          THE COURT:  Sustained.

11          Rephrase your question.

12          MR. HOROWITZ:  Yes, your Honor.

13  BY MR. HOROWITZ:

14  Q.  Did you or did you not withhold any information from the

15  United States Embassy?

16          MS. MEDETIS:  Same objection, your Honor.

17          THE COURT:  Overruled.

18          THE WITNESS:  I gave them a complete detailed

19  account --

20          MS. MEDETIS:  Objection.  Calls for hearsay.

21          THE COURT:  Sustained.

22  BY MR. HOROWITZ:

23  Q.  Did you or did you not withhold any information from the

24  United States Embassy?  You may answer that "yes" or "no."

25  A.  I withheld nothing.

Carter - DIRECT - By Mr. Horowitz                66

```
 1   Q.   Did there come a point in time or did there not after 2006
 2   that you went to the United States Embassy again?
 3   A.   I believe I only had that one visit.  But I had called them
 4   on two other occasions.
 5   Q.   Without telling us what they said, what was the reason that
 6   you called the United States Embassy on those other occasions?
 7   A.   Some of the boys were reporting that two Americans were
 8   stopping them --
 9            MS. MEDETIS:  Objection.  Calls for hearsay.
10            THE COURT:  Sustained.
11            MR. HOROWITZ:  Your Honor, may we approach briefly?
12            THE COURT:  Come on up.
13            (Whereupon, the following proceedings were had at
14   side-bar outside the presence of the jury:)
15            MR. HOROWITZ:  Your Honor, this is our next five
16   exhibits.  The Government had stated they have objections.  So
17   I figured we'd air them out.
18            THE COURT:  What are the numbers?
19            MR. HOROWITZ:  They are Exhibits 32 through and
20   including -- I'm sorry -- they are Defendant's Exhibits 30
21   through 34.  The exhibit list will be here momentarily.
22            30 through 32 are photographs of the entrance to the
23   Defendant's bedroom.  They're all fairly similar.  I don't
24   think there's any objections to those.
25            MS. MEDETIS:  The only objection would be that they
```

Carter - DIRECT - By Mr. Horowitz                    67

 1    are cumulative.  They are virtually identical photographs, two

 2    of which are cumulative, one of which appears to be a closeup

 3    of the entrance.  So we would object to at least one of those.

 4              MR. HOROWITZ:  I'll withdraw Exhibit 30, Judge, or --

 5    I'll withdraw 30.

 6              THE COURT:  Okay.

 7              MS. MEDETIS:  And then with respect to Exhibits --

 8              MR. HOROWITZ:  33 and 34.

 9              MS. MEDETIS:  -- 33 and 34, we would argue that it's

10    inadmissible hearsay, your Honor.

11              MR. HOROWITZ:  Judge, if I may, those are the

12    brochures and the letter of introduction that Mr. Carter used

13    to solicit money from sponsors.

14              THE COURT:  Why would this not be hearsay?

15              MR. HOROWITZ:  Judge, it's not being offered for the

16    truth of the matter asserted, but it's being offered to show

17    what Mr. Carter gave to sponsors in order to solicit donations

18    from them.

19              THE COURT:  34 is hearsay.  This is a letter by the

20    Defendant on his -- strike that.  It's not a letter.  It's a

21    document titled "Child Care, Weekend Residents and Home

22    Supervision."  So that would be hearsay, an out-of-court

23    statement coming in for the truth of the matter asserted.

24              MS. MEDETIS:  That was Government's Exhibit 34, your

25    Honor?

Carter - DIRECT - By Mr. Horowitz                68

1              MR. ADELSTEIN:  34.

2              MS. MEDETIS:  Defendant's Exhibit 34.

3              THE COURT:  And based upon the Defendant's argument,

4     33 would be hearsay as well.

5              MR. HOROWITZ:  Judge, if I may have 30 seconds just to

6     e-mail the exhibit list.

7              THE COURT:  I'm sorry?

8              MR. HOROWITZ:  If I may have about 30 seconds before I

9     continue with my examination so I can e-mail the exhibit list.

10             THE COURT:  Who are you e-mailing the exhibit list to?

11             MR. HOROWITZ:  The investigator, so he can print it

12    out.

13             MR. ADELSTEIN:  It'll be here shortly.

14             MR. HOROWITZ:  It'll be here shortly.  It's already

15    prepared.  It's just a matter of sending it.

16             THE COURT:  You need to e-mail the list to him?

17             MR. HOROWITZ:  Yes.  It'll take less than 30 seconds.

18             THE COURT:  Okay.

19             (Whereupon, the following proceedings were had in open

20    court:)

21    BY MR. HOROWITZ:

22    Q.  Mr. Carter, if I may, I want to draw your attention to the

23    home at Tabarre 23.

24             MR. HOROWITZ:  If I may approach, your Honor.

25             THE COURT:  You may.

Carter - DIRECT - By Mr. Horowitz                69

BY MR. HOROWITZ:

Q.  Showing you Defendant's Exhibit 31 and 32 previously
marked.

    Without telling us what's contained in Exhibit 31 and 32,
Mr. Carter, I'd ask you if you recognize what's depicted in
those two exhibits.

A.  Yes, sir, I do.

Q.  How do you recognize it?

A.  I recognize the room, the curtain and other articles of
furniture.

        MR. HOROWITZ:  Your Honor, at this time I move for
admission of Defendant's Exhibits 31 and 32.

        MS. MEDETIS:  No objection, your Honor.

        THE COURT:  They will be admitted as Defendant's
Exhibits 31 and 32.

        (Whereupon, Defendant's Exhibit Nos. 31 and 32 were
entered into evidence.)

        THE COURT:  You may publish.

        MR. HOROWITZ:  Thank you, your Honor.

BY MR. HOROWITZ:

Q.  Mr. Carter, once I zoom out, tell me what is depicted in
Defendant's Exhibit 31.

A.  This is taken from -- by my bed in the room towards the
door, the bookcase on the right.  There's a board there where I
was giving instructions on how to tell time.  And it's the

Carter - DIRECT - By Mr. Horowitz                    70

 1    entrance into the living room.

 2    Q.   Your bedroom at Tabarre 23:  Was there or was there ever

 3    not a door to enter that room?

 4    A.   No, sir.  There was never a door.

 5    Q.   The archway that is depicted in Defendant's 31:  What is

 6    that archway?

 7    A.   That is the entrance into the room.  That's the archway

 8    into the room.

 9    Q.   What is -- do you see the red curtain depicted in

10    Defendant's Exhibit 31?

11    A.   Yes.

12    Q.   Why was there a red curtain there?

13    A.   To maintain privacy.  It's -- to maintain privacy.

14    Q.   To your knowledge, was that red curtain soundproof?

15    A.   Oh, no, sir.  Not at all.

16    Q.   At any time while you were in Tabarre 23, was there

17    anything other than a curtain depicted in that picture for your

18    privacy?

19    A.   No.  Just the curtain.

20    Q.   Showing you Defendant's 32, did the curtain that's depicted

21    in Defendant's Exhibit 32 stretch all the way across the

22    archway?

23    A.   Yes, sir.  That's a shower rod up there.  It's stretched

24    all the way across and then on the walls of each with some

25    Velcro and you could fasten it so that it would seal off the

Carter - DIRECT - By Mr. Horowitz                71

```
 1   corners as well.

 2   Q.   Now I want to talk a little bit about Betty Long.

 3   A.   Yes, sir.

 4   Q.   Do you know Betty Long?

 5   A.   Yes, sir, I do.

 6   Q.   How do you know Betty Long?

 7   A.   Her daughter, Sandy Stewart, had been a visitor to the

 8   program.  She and another woman named Lori had brought a

 9   medical team to Haiti to -- they had a medical clinic at -- not

10   at our facility, but they needed a couple of days to stay.

11        We housed them.  And then they came for a return visit and

12   stayed with us for probably ten days.

13        When I went back to the States, I went to the church.  They

14   were from Wisconsin.  I went to their church.  That's when I

15   met Sandy Stewart's mother, Betty.

16   Q.   Prior to your return to the United States, had you met

17   Betty Long before?

18   A.   No.  No, sir.

19   Q.   Where did you first meet Betty Long?

20   A.   At the church -- her church.

21   Q.   What was your purpose of going to that church?

22   A.   It was visiting.  I was visiting Sandy Stewart and her

23   husband and another doctor that had been down to Haiti and done

24   some medical work through the clinic.

25   Q.   Based on your contact with Betty Long, did she or did she
```

Carter - DIRECT - By Mr. Horowitz                72

1    not agree to come visit you?

2    A.  She was very eager to come and visit.  Yes.

3    Q.  To your knowledge and your understanding, why was she so

4    eager to come down to Haiti?

5           MS. MEDETIS:  Objection.  Calls for speculation.

6           THE COURT:  Sustained.

7    BY MR. HOROWITZ:

8    Q.  Did she actually come to visit you in Haiti?

9    A.  Yes, she did.

10   Q.  When she came to visit, which house were you in?  Which

11   location?

12   A.  I think the first time, we were at Santo 14.

13   Q.  How long did she stay?

14   A.  I'm sorry.  At this time I -- I don't really recall

15   exactly.  Probably about 10 days -- 10 to 14 days.

16   Q.  As a result of her visit with you, did she come back to

17   Haiti again?

18   A.  Yes, sir, she did.

19   Q.  When was that?  How long after the first visit?

20   A.  Again, I'm not sure of the time frame.  But it was when we

21   were in the transition of moving from Santo 14 into the new

22   house in Tabarre.

23   Q.  Was she or was she not able to freely interact with the

24   children?

25   A.  Yes.  She had total access to the children.

Carter - DIRECT - By Mr. Horowitz                73

```
 1   Q.   What did she do on that second trip at Haiti as it pertains

 2   to the Morning Star Center?

 3   A.   Her and I got along very well.  And I had plans for her.

 4   We arranged my room so that she could be housed in my room.

 5   And she had originally -- we went over to the Santo house.

 6   There was two boys in the Santo house, two of the older

 7   residents, that were looking after the house.

 8        We were going to be transferring the clinic to a church

 9   property in a local area.  And that fell through when the two

10   young men at the house --

11              MS. MEDETIS:  Objection.  Nonresponsive.

12              THE COURT:  Sustained.

13              Wait for a question.

14   BY MR. HOROWITZ:

15   Q.   On this second trip, did you and Betty Long make plans for

16   the future as it pertains to Morning Star Center?

17   A.   Originally.  But it didn't last long.  But just for a few

18   days.

19   Q.   Why did it not last long?

20              MS. MEDETIS:  Objection.  Calls for speculation.

21              THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   Was there any love interest between the two of you?

24   A.   I think, eventually, there could have been.  Yes.

25              MS. MEDETIS:  Objection.  Calls for speculation.
```

Carter - DIRECT - By Mr. Horowitz                    74

1          THE COURT:  Sustained.

2   BY MR. HOROWITZ:

3   Q.   Did there come a point in time where Betty Long made a

4   third trip?

5   A.   No.  There was just that second trip.

6   Q.   Why did she not make a third trip to Haiti?

7          MS. MEDETIS:  Objection.  Calls for speculation.

8          THE COURT:  Sustained.

9   BY MR. HOROWITZ:

10  Q.   Did you invite her back to Haiti?

11  A.   Yes.

12  Q.   Did she come back?

13  A.   No.

14  Q.   What is your understanding as to why she didn't come back?

15         MS. MEDETIS:  Objection.  Calls for speculation.

16         THE COURT:  Sustained.

17  BY MR. HOROWITZ:

18  Q.   Mr. Carter, during the course of this trial, various

19  residents of the Morning Star Center and former residents

20  testified.  I want to ask you about a few of them, if I may.

21  A.   Certainly.

22  Q.   The first one I want to ask you about is Jean Dieucibon

23  Xxxxxx.  Do you remember him?

24  A.   Jean Xxxxxx.  Yes, I do.  Dieucibon.

25  Q.   What was his nickname at the Morning Star Center, if any?

Carter - DIRECT - By Mr. Horowitz            75

1   A.   He had no nickname.  It was just Dieucibon.

2   Q.   When was he a resident?

3   A.   At the inception of the program, in 1995.

4   Q.   Was he or was he not one of the first residents?

5   A.   Yes, he was.

6   Q.   Did you ever have any sexual relations with him when he was

7   under the age of 18 years of age?

8   A.   No, sir, I did not.

9   Q.   How long did you remain in contact with Mr. Dieucibon?

10  A.   He was on the program until we were in Santo 15.  That was

11  the third move.  We were at Mapou's house.  He was there at

12  Lifeline when I was asked to --

13          MS. MEDETIS:  Objection.  Nonresponsive.

14          THE COURT:  Sustained.

15  BY MR. HOROWITZ:

16  Q.   Next I want to ask you about Jobed Xxxxxxxx.

17       Do you know Jobed Xxxxxxxx?

18  A.   Yes, sir, I do.

19  Q.   How do you know him?

20  A.   He was also a resident when I moved into Kaye Cazeau, one

21  of the first residents.

22  Q.   Did any of his family members ever work at the Morning

23  Star?

24  A.   No, they did not.

25  Q.   How about Mr. Dieucibon?  Did any of his family members

Carter - DIRECT - By Mr. Horowitz                    76

```
 1    ever work at the Morning Star?

 2              MS. MEDETIS:  Objection.

 3              THE WITNESS:  His mother did for a short time.

 4              MS. MEDETIS:  Objection.  Asked and answered last

 5    Friday.

 6              THE COURT:  Sustained.

 7    BY MR. HOROWITZ:

 8    Q.  Did you ever have any sexual relations with Jobed Xxxxxxxx?

 9    A.  No, sir, I did not.

10    Q.  Did Jobed Xxxxxxxx leave voluntarily or was he thrown out?

11    A.  Jobed left in 200- -- I'm sorry.  I can't remember exactly

12    when he left.  We had had a -- can I explain the circumstances?

13    Q.  Without telling us the circumstances, did he leave

14    voluntarily or was he thrown out?

15    A.  He left the program.

16    Q.  Peterson Xxxxxx:  Do you know him?

17    A.  Yes, sir, I do.

18    Q.  Does he have any nicknames?

19    A.  No.

20    Q.  How long was Peterson Xxxxxx a resident of the Morning Star

21    Center?

22    A.  He was at Santo 15-A until 2004.  That --

23    Q.  Did you ever have any sexual relations with Peterson Xxxxxx

24    when he was under 18 years of age?

25    A.  No, sir, I did not.
```

Carter - DIRECT - By Mr. Horowitz                77

1    Q.   Did Peterson Xxxxxx leave the program voluntarily or was he

2    terminated?

3    A.   He was terminated.

4    Q.   Odelin Xxxxxxxxxx:  Does he have a nickname?

5    A.   Roro, R-o-r-o.

6    Q.   But it's pronounced like a W?

7    A.   The R is pronounced like a W.

8    Q.   Was he a resident at the Morning Star Center?

9    A.   Yes, he was.

10   Q.   From when to when?

11   A.   From Santo 15-A until 2004 at Santo 14.

12   Q.   Did you ever have any sexual relations with Odelin

13   Xxxxxxxxx at all?

14   A.   No, sir, I did not.

15   Q.   Was he terminated or did he leave voluntarily?

16   A.   I had terminated him twice.  And then, in 2004, he took the

17   option to go home.

18           MS. MEDETIS:  Objection.  Calls for hearsay.

19           THE COURT:  Sustained.

20   BY MR. HOROWITZ:

21   Q.   Did he leave voluntarily the last time?

22   A.   Yes, he did.

23   Q.   Did his parents ever work at the Morning Star Center?

24   A.   Not his parents.  But his aunt did.  She was responsible

25   for him.

Carter - DIRECT - By Mr. Horowitz                78

1    Q.    Peterson Xxxxx Xxxxxxx:  Do you know who that is?

2    A.    Yes.  He went by the nickname of David.

3    Q.    Was David a resident at the Morning Star Center?

4    A.    He was not a full-time resident.  No.

5    Q.    Was he ever a supervisor at any time?

6    A.    No.  Not at all.

7    Q.    Did you ever have any sexual relations with Peterson Xxxxx

8    Xxxxxxx, also known as David, before he attained the age of 18?

9    A.    No, sir, I did not.

10   Q.    Did he have any parents that worked at the Morning Star

11   Center?

12   A.    None that worked at the program.  No.

13   Q.    Schlender Xxx:  Was he a resident at the Morning Star

14   Center?

15   A.    Yes, sir, he was.

16   Q.    Did he ever achieve a status above resident?

17              MS. MEDETIS:  Objection.  Relevance.

18              THE COURT:  Overruled.

19              THE WITNESS:  I don't believe so.  He may have been a

20   team leader, but it wasn't sustained.

21   BY MR. HOROWITZ:

22   Q.    Did he leave the program voluntarily or was he terminated?

23   A.    He left during the revolution.

24   Q.    Voluntarily or involuntarily?

25   A.    Voluntarily.

Carter - DIRECT - By Mr. Horowitz                79

1   Q.  Did you ever have any sexual relations with Schlender Xxx

2   before he reached the age --

3   A.  No, sir.

4   Q.  -- of 18?

5   A.  No, sir, I did not.

6   Q.  Do you know Jimmy Xxxxx?

7   A.  Yes, I do.

8   Q.  Showing you what's been previously admitted as Defendant's

9   Exhibit 25, who's that?

10  A.  That is Jimmy Xxxxx.  Yes.

11  Q.  Did you ever have any sexual relations with Jimmy Xxxxx?

12  A.  No, sir, I did not.

13  Q.  How long was Jimmy Xxxxx at the Morning Star Center?

14  A.  He came at Santo 15, the first move after Kaye Cazeau.

15  Q.  And how long did he stay there?

16  A.  Off and on through the years, right up until 2011.

17  Q.  Was Jimmy Xxxxx ever terminated from the Morning Star

18  Center?

19  A.  Yes, he was.

20  Q.  After he was terminated, was he or was he not allowed to

21  come back?

22          MS. MEDETIS:  Objection.  Asked and answered on

23  Friday.

24          THE COURT:  Sustained.

25

```
 1   BY MR. HOROWITZ:
 2   Q.  Did Jimmy Xxxxx ever hold any supervisory positions?
 3           MS. MEDETIS:  Objection.  Asked and answered.
 4           THE COURT:  Sustained.
 5   BY MR. HOROWITZ:
 6   Q.  Did Jimmy Xxxxx's parents ever work for the Morning Star
 7   Center?
 8   A.  No, sir.
 9   Q.  Did he have any other relatives that attended the Morning
10   Star Center?
11   A.  Yes.  He had two sisters who had been on the program at one
12   time and -- three sisters and one brother.
13   Q.  Let me ask you about Wadley Xxxxxxxx.
14           Do you know him?
15   A.  Yes, sir, I do.
16   Q.  How do you know him?
17   A.  He was a friend of one of the other residents that used to
18   come and visit.  During the time that we had a milk food --
19   milk program, his mother was a recipient of food.  That was his
20   mother.
21           And he came to collect food one day and then it -- you
22   know, the connection was made and we invited him.  He was a
23   friend of several of the boys because he was attending the same
24   school.
25   Q.  You said "the connection was made."
```

Carter - DIRECT - By Mr. Horowitz                    81

1        What do you mean by that?

2   A.   I knew the mother and I knew the boy, but I never knew that

3   it was a mother and son.  And it wasn't until he came to

4   collect the milk one day that I realized that was his mother.

5   Q.   How long was Wadley Xxxxxxxx a resident of the Morning Star

6   Center?

7   A.   He came in Santo 14 -- I'm not sure exactly when he was

8   admitted right now.  I'm sorry.

9   Q.   How long did he stay there until?

10  A.   Well, he was off and on the program, but he was there in

11  2011.

12  Q.   I want to talk to you about Josue Xxxxxxx and Jorel

13  Xxxxxxx.

14  A.   Yes.

15  Q.   Is there a relationship between those two young men?

16  A.   They are brothers.

17  Q.   Do you know them?

18  A.   Do I know them?

19  Q.   Yes.

20  A.   Yes, sir.

21  Q.   Did you ever have any sexual relations with Wadley

22  Xxxxxxxx?

23  A.   No, sir, I did not.

24  Q.   Did you ever have any sexual relations with either Josue or

25  Jorel Xxxxxxx?

Carter - DIRECT - By Mr. Horowitz                    82

1    A.   No, sir, I did not.

2    Q.   How did the Xxxxxxx brothers come into the program?

3    A.   Their mother brought them.  She had two other -- they have

4    twin brothers, younger brothers, that were placed at another

5    orphanage.

6         The directors of that orphanage recommended that she bring

7    the boys to me, and we received them on the program.  He was a

8    little bit younger than what we normally take, but because they

9    were brothers, we accepted both the boys.

10   Q.   Was there an age limit that you had for the Morning Star

11   Center?

12   A.   Generally speaking, we had a lower age limit of 8 years

13   old.  Children 8 years old were not admitted to the program.

14        And then we had an upper age limit of entry and, under

15   normal circumstances, we wouldn't take any boy or girl that was

16   over 12 to 13.

17   Q.   If someone was already in the program and was older than

18   12 or 13, would they be permitted to remain or would they have

19   to leave?

20   A.   They would remain in the program.

21   Q.   Until when?

22   A.   That's difficult to say.  We would normally say until

23   they're 18.  But in Haiti, because you accept the

24   responsibility of a child, that can go well beyond the year of

25   18.

Carter - DIRECT - By Mr. Horowitz                83

```
 1        You could still be taking care of them in their 20s, not

 2   necessarily residential --

 3             MS. MEDETIS:  Objection.  Nonresponsive, narrative.

 4             THE COURT:  Sustained.

 5             Wait for a question.

 6   BY MR. HOROWITZ:

 7   Q.   Who would be an example of someone that was connected with

 8   the Morning Star Center after they reached age 18?

 9   A.   Wadley Xxxxxxxx, Jimmy Xxxxx, Woodjerry Xxxxxxx.  There was

10   several that -- Junior Xxxxx -- that would come.  There were

11   several that would maintain that connection.  It was their

12   lifeline.

13   Q.   Was Josue and Jorel Xxxxxxx kicked out or voluntarily

14   terminated from the program?

15   A.   They returned to their mother during the revolution.  After

16   everything had settled down, the mother came back with Jorel to

17   readmit him, but she was keeping Josue up in Petion-Ville so he

18   could attend school up there.  And we received Jorel.

19   Q.   How about Jean Elkins Xxxxxx?

20   A.   Jean Ekens Xxxxxx.  Yes.

21   Q.   Do you know him?

22   A.   Yes, sir.

23   Q.   How do you know him?

24   A.   He was a resident of the program, him and his younger

25   brother.
```

Carter - DIRECT - By Mr. Horowitz                    84

```
 1    Q.   What's his younger brother's name?

 2    A.   Jhonny.

 3    Q.   How long were the Xxxxxx brothers residents of Morning

 4    Star?

 5    A.   I'm not sure of the time frame.  I know the younger

 6    brother, Jhonny, was sent home.  He was discharged from the

 7    program --

 8              MS. MEDETIS:  Objection.  Nonresponsive.

 9              THE COURT:  Sustained.

10    BY MR. HOROWITZ:

11    Q.   Did you ever have any sexual relations with Jean Ekens

12    Xxxxxx?

13    A.   No, sir, I did not.

14    Q.   Ricardo Xxxxx:  Did he have a nickname?

15    A.   Yes.  His nickname was Nason.

16    Q.   Was he a resident of the Morning Star?

17    A.   Yes, sir, he was.

18    Q.   When was he a resident from?

19    A.   When we moved into Santo 14, 2001.  2001.

20    Q.   Did you ever have any sexual relations with Ricardo Xxxxx,

21    also known as Nason?

22    A.   No, sir, I did not.

23    Q.   Widson Xxxx:  Do you know him?

24    A.   Yes, I do.

25    Q.   How do you know him?
```

Carter - DIRECT - By Mr. Horowitz                    85

1    A.   He was a resident of the Morning Star.

2    Q.   From when to when was he a resident of the Morning Star?

3    A.   It was Christmas of 2004, I believe, until 2011.

4    Q.   Until when?  2011?

5    A.   He had been sent home, but then he came back in that final

6    six to eight months.

7    Q.   Have you ever had any sexual relations with Widson Xxxx?

8    A.   No, sir, I have not.

9    Q.   Did Widson Xxxx have a nickname?

10   A.   Son Son.

11   Q.   Steeve Max Dominique Xxxxxx:  Do you know him?

12   A.   Yes, sir.

13   Q.   How do you know him?

14   A.   He's a resident.

15   Q.   Of what?

16   A.   Of Morning Star.

17   Q.   From when to when?

18   A.   From -- it's going to be approximately 2002.  He was sent

19   home after the move to Taba, and then he returned to the

20   program after two years.  He came back and he was being

21   housed -- we were looking after him in that last year.

22   Q.   Did Steve Max Dominique Xxxxxx have a nickname?

23   A.   Yes.  His nickname was Dodo.

24   Q.   Did you ever have any sexual relations with Steeve Max

25   Dominique Xxxxxx, also known as Dodo?

Carter - DIRECT - By Mr. Horowitz                86

1    A.   No, sir, I did not.

2    Q.   Was or was he not a resident?

3    A.   Yes.  He was a resident.

4    Q.   Did he ever get to any supervisory positions?

5    A.   No, sir.

6    Q.   Carlos Xxxxxxxx:  Do you know that young man?

7    A.   Yes, sir, I do.

8    Q.   How do you know him?

9    A.   He was a resident of the Morning Star.

10   Q.   When was he a resident?

11   A.   I don't remember the year right now.  I'm sorry.  I can't

12   remember.

13   Q.   Was he discharged from the program or did he leave

14   voluntarily?

15   A.   He was discharged.

16   Q.   Did you ever -- does he have a nickname?

17   A.   No.  Just Carlos.

18   Q.   Did you ever have any sexual relations with Carlos?

19   A.   No, sir, I did not.

20   Q.   Now, let's talk about Greatest Xxxxxxx.

21        Did you ever have any sexual relations with him?

22   A.   No, sir.

23   Q.   When was he in the program?

24   A.   He was in Tabarre from approximately 2007 until 2011.  He

25   was on the program initially as a weekend resident.

Carter - DIRECT - By Mr. Horowitz                    87

```
 1   Q.   Did he ever become full-time?

 2   A.   He was full-time at the end.  Yes.

 3   Q.   Did you ever have any sexual relations with Greatest

 4   Xxxxxxx?

 5   A.   No, sir, I did not.

 6   Q.   Mr. Carter, did you provide an allowance to the boys?

 7   A.   Yes, sir, I did.

 8   Q.   When did you provide the allowance?

 9   A.   The weekly allowance was given on Saturday mornings.

10   Q.   Why Saturday mornings?

11   A.   Because it was a non-school day.

12   Q.   How much would you provide for a weekly allowance?

13   A.   A senior resident would get $5, Haitian.  A team leader

14   would get $3.  And then the younger residents would get a

15   dollar each.

16   Q.   And how long was that allowance expected to last them?

17   A.   For the ones that were getting $3 or $5 -- we had an

18   in-house bank system as well.  They received money every day

19   when they went to school --

20           MS. MEDETIS:  Objection.  Nonresponsive.

21           THE COURT:  Sustained.

22   BY MR. HOROWITZ:

23   Q.   Aside from the weekly allowance, did you provide the money

24   on a daily basis?

25   A.   Yes, sir, I did.
```

Carter - DIRECT - By Mr. Horowitz                    88

1   Q.   What was the daily basis money for?

2   A.   For them to attend school.

3   Q.   The money that you provided to the residents on a daily

4   basis:  What would they use that money for, if you know?

5            MS. MEDETIS:  Objection.  Calls for speculation.

6            THE COURT:  Sustained.

7   BY MR. HOROWITZ:

8   Q.   What was the purpose of providing them money on a daily

9   basis?

10  A.   To provide them tap tap bus fare and to have a dollar in

11  their pockets so they could buy a water or a snack at school.

12  Q.   Do they have buses in Haiti?

13  A.   What they call tap taps.  These are converted trucks, you

14  know, pickup trucks, and they -- they're used for transit.

15  That's common use for transportation.  They do have buses, but

16  that would be for them attending local school.

17  Q.   Aside from providing money both on a daily and weekly

18  basis, did any of the residents receive any goods that they

19  could take home?

20  A.   Yes, sir.  Anybody that was going home, they would just

21  request -- we would prepare a bag with beans, rice, if we had

22  extra tomato paste, other items.

23       We'd have a lot of things donated.  So we would try and

24  distribute them by house first, neighbors second, and then the

25  families of the residents and those under home supervision.

Carter - DIRECT - By Mr. Horowitz          89

```
 1    Q.   Now, you heard me go through a bunch of the residents that
 2    testified at this trial.
 3         How many of them and which ones were provided goods for
 4    their families?
 5              MS. MEDETIS:  Objection.  Compound.
 6              THE COURT:  Sustained.
 7              Rephrase your question.
 8    BY MR. HOROWITZ:
 9    Q.   Mr. Carter, how many of those residents that testified at
10    this trial were given foodstuffs to take to their families?
11    A.   All of them.
12    Q.   Mr. Carter, we talked last Friday about your travels to and
13    from Haiti.
14         Do you recall that?
15    A.   Yes, sir.
16    Q.   When you would travel from Haiti to the United States prior
17    to 2003, did you get stopped?
18    A.   No, sir.
19    Q.   After --
20              MS. MEDETIS:  Objection.  Relevance.
21              THE COURT:  Sustained.
22    BY MR. HOROWITZ:
23    Q.   After 2003, were you stopped?
24              MS. MEDETIS:  Objection.  Relevance.
25              THE WITNESS:  Yes.
```

Carter - DIRECT - By Mr. Horowitz                    90

```
 1              THE COURT:  Sustained.

 2              MR. HOROWITZ:  Your Honor, may we approach?

 3              THE COURT:  Come on up.

 4              (Whereupon, the following proceedings were had at

 5    side-bar outside the presence of the jury:)

 6              MR. HOROWITZ:  Judge, this line of questioning is

 7    going to go to the fact that Mr. Carter had been stopped at the

 8    airport on multiple occasions, was completely cooperative with

 9    law enforcement and he had been selected for secondary

10    inspection almost every time coming in and coming out.  He

11    cooperated with law enforcement fully.

12              THE COURT:  What's the relevance of that?

13              MR. HOROWITZ:  The relevance goes to the fact that he

14    knew he was under investigation.

15              THE COURT:  Because he was stopped at the airport?

16              MR. HOROWITZ:  Yes.  Items were seized from him.

17    Computers were seized.  His -- everything was gone through over

18    and above the typical going-through of Customs and Immigration.

19              MS. MEDETIS:  Your Honor, this is, in our view,

20    irrelevant.  When he was stopped for border searches, he does

21    not know whether they were routine or not.

22              We don't have any testimony regarding the nature of

23    these stops, whether he believed he was under investigation or

24    not.

25              I would also note that, in 2006, he was stopped.
```

Carter - DIRECT - By Mr. Horowitz                    91

1      Items were seized from him.  Many of them were returned.

2              But on one of the times was found a picture of a nude

3      boy, which was, in the Government's view, not going to be

4      introduced in its case in chief, but this may open the door to

5      that image of a nude boy in his care.  And it was the subject

6      of their motion in limine that we not introduce this area.

7              MR. ADELSTEIN:  May we have one moment, your Honor?

8              THE COURT:  Yes.

9              MR. ADELSTEIN:  And here's your exhibit list.

10             THE COURT:  Do you have a copy for the Government?

11             MR. ADELSTEIN:  We're going to make one.  Yes.

12             THE COURT:  You didn't make one?

13             MR. ADELSTEIN:  I have two copies.

14             MR. HOROWITZ:  They can have it.  They can have it.

15             THE COURT:  Okay.

16             (Discussion had off the record amongst counsel.)

17             MR. HOROWITZ:  If the Government is stating that, if

18     we don't go into this line of questioning, they won't introduce

19     the image, then we'll stop this line of questioning right here.

20             If not, we'll -- if it's coming in anyway --

21             MS. MEDETIS:  Your Honor, we did not intend to open

22     this door, nor do we intend to introduce the image.  But if the

23     2006 stop opens the door to that, then we intend to -- or any

24     of the stops, really, then we don't plan to go forward, because

25     any airport stop at this point is not probative of anything at

Carter - DIRECT - By Mr. Horowitz                92

1  issue in this case, nor is it relevant.

2          THE COURT:  So if I understand you correctly, to see

3  if you agree with him, Mr. Horowitz just said that, if they

4  don't go into this area, you have no intention separate and

5  apart from this area of introducing this photograph.  Is that

6  correct?

7          MS. MEDETIS:  Correct.

8          MR. HOROWITZ:  Then, we'll move on to a different

9  area.

10          THE COURT:  I thought that would be your answer.

11          I think we're going to break for lunch now.

12          How much longer do you have?

13          MR. ADELSTEIN:  A half-hour, maybe.

14          MR. HOROWITZ:  Maybe.

15          MR. ADELSTEIN:  15 minutes to 30 minutes, your Honor.

16          THE COURT:  15 minutes?

17          MR. ADELSTEIN:  15 to 30 minutes.

18          THE COURT:  I think we're going to break for lunch.

19          MR. HOROWITZ:  It may be longer; it may be shorter.

20          (Whereupon, the following proceedings were had in open

21  court:)

22          THE COURT:  We're going to break for lunch.

23          Do not discuss this case either amongst yourselves or

24  with anyone else.  Have no contact whatsoever with anyone

25  associated with the trial.

Carter - DIRECT - By Mr. Horowitz                93

1          Do not read, listen or see anything touching on this

2   matter in any way, including anything on the Internet, anything

3   in the media or anything on any access device.

4          If anyone should try to talk to you about this case,

5   you should immediately instruct them to stop and report it to

6   my staff.

7          You may leave your notebooks at your chairs.  Please

8   be back in the jury room at 1:15.  Enjoy your lunch.

9          (Whereupon, the jury exited the courtroom at

10   12:05 p.m. and the following proceedings were had:)

11          THE COURT:  We're in recess until 1:15.

12           (Thereupon, a luncheon recess was taken, after which

13   the following proceedings were had:)

14          THE COURT:  We're back on United States of America

15   versus Matthew Andrew Carter, Case No. 11-20350.

16          Good afternoon.

17          Counsel, state your appearances, please, for the

18   record.

19          MS. MEDETIS:  Good afternoon, your Honor.

20          Maria Medetis and Bonnie Kane on behalf of the United

21   States.

22          With us at counsels' table are Special Agents Larko

23   and Flores.

24          MR. ADELSTEIN:  And good afternoon, your Honor.

25          Stu Adelstein, Phil Horowitz on behalf of Mr. Carter,

Carter - DIRECT - By Mr. Horowitz                    94

```
 1    who is present, along with our investigator, Reginald Hope.

 2             THE COURT:  You can be seated for one moment.

 3             As part of my analysis in my written order denying the

 4    motion for foreign witness deposition, I cite the Government's

 5    offer to provide stipulations, which the Government brought up

 6    in their response to both motions for foreign witness

 7    depositions.

 8             So I bring that to your attention.  It is part of the

 9    Court's analysis.  It's not the total analysis, but it is part

10    of the analysis.  And so I bring that to your attention so, in

11    the event that the Defendant seeks to have those stipulations

12    and the Government offers those, those can be presented to the

13    jury.

14             Are we ready for the jurors?

15             MR. HOROWITZ:  Not yet, your Honor.

16             May Mr. Carter resume the stand?

17             THE COURT:  Yes.

18             THE DEFENDANT:  (Takes the witness stand.)

19             THE COURT:  You can bring the jurors in, please.

20             (Whereupon, the jury entered the courtroom at

21    1:29 p.m. and the following proceedings were had:)

22             THE COURT:  You may be seated.

23             You are still under oath, sir.

24             You may proceed, Mr. Horowitz.

25
```

Carter - DIRECT - By Mr. Horowitz                    95

```
 1    BY MR. HOROWITZ:

 2    Q.   Good afternoon, Mr. Carter.

 3    A.   Good afternoon, sir.

 4    Q.   Mr. Carter, showing you the second page of what has

 5    previously been admitted as Government's Exhibit 73, I want to

 6    focus you on the highlighted portions of this document.  Okay?

 7    A.   Okay, sir.

 8    Q.   Mr. Carter, on October 2nd, 2001, did you travel to Haiti?

 9    A.   Yes, sir, I did.

10    Q.   What was the purpose of your travel?

11    A.   The purpose of the travel was returning from the United

12    States with funds to support the mission, Morning Star.

13    Q.   Was or was not your purpose to engage in a sexual act with

14    a person under 18?

15    A.   It was not my purpose.  No.

16    Q.   Showing you the second travel, October 30th, 2003, did you

17    travel to Haiti on that day?

18    A.   Yes, sir, I did.

19    Q.   For what purpose did you travel to Haiti?

20    A.   Again, to return to the mission with funds for the program

21    to support the ongoing work.

22    Q.   Was your purpose to engage -- was or was not your purpose

23    to engage in illicit sexual conduct with another person under

24    the age of 18 years of age?

25    A.   It was not.
```

Carter - DIRECT - By Mr. Horowitz                96

1    Q.   The third highlighted travel is November 27th, 2004.

2         Did you travel to Haiti on that day?

3    A.   Yes, sir, I did.

4    Q.   For what purpose, sir?

5    A.   Again, returning to Haiti to bring funds that I raised in

6    America for the support of Morning Star.

7    Q.   Did you travel on November 27th, 2005, for the purpose of

8    engaging in illicit sexual conduct with another person under

9    the age of 18?

10   A.   No, I did not.

11   Q.   The final highlighted area on February 27th, 2006:  Did you

12   travel to Haiti on that day?

13   A.   Yes, sir, I did.

14   Q.   For what purpose did you travel to Haiti on that day?

15   A.   Returning to the Morning Star mission with funds that I had

16   raised in America.

17   Q.   Did you travel on November -- I'm sorry -- February 27th,

18   2006, for the purpose of engaging in any illicit sexual conduct

19   with a person under 18 years of age?

20   A.   No, sir, I did not.

21   Q.   Now, when you would travel on these trips that we've

22   previously talked about, these four trips so far, did you or

23   did you not bring things other than money back with you?

24   A.   Yes, I would.

25   Q.   What types of things would you bring back with you?

Carter - DIRECT - By Mr. Horowitz                    97

 1   A.   I would bring donated items, medical supplies.  I would

 2   bring back a gift for each of the children that were on the

 3   program and other items that were necessary or needed in the

 4   house.

 5   Q.   Showing you Page 3 of Government's Exhibit No. 73-A, do you

 6   see the highlighted area?

 7   A.   Yes, sir, I do.

 8   Q.   Did you or did you not travel to Haiti on September 15th,

 9   2009?

10   A.   Yes, sir.

11   Q.   What was the purpose of your travel on September 15th,

12   2009?

13   A.   Returning to Haiti to the Morning Star mission with money

14   that had been raised in support of that program.

15   Q.   On each of these five occasions, were you admitted into

16   Haiti?

17   A.   Was I -- I'm sorry, sir?

18   Q.   Were you admitted into Haiti by Haitian Immigration?

19   A.   Yes, sir.  Every time.

20   Q.   Finally, do you remember the day you were arrested?

21   A.   Yes, I do.

22   Q.   Where were you arrested?

23   A.   On the walkway at Miami airport prior to boarding the plane

24   to Haiti.

25   Q.   Do you remember what day that was?

Carter - DIRECT - By Mr. Horowitz                98

 1   A.   May the 11th -- 8th.

 2   Q.   Was it on May 8th, 2011?

 3   A.   May 8th, 2011.

 4   Q.   Did you get on the plane that day?

 5   A.   No, sir, I did not.

 6   Q.   What was your purpose of travel to Haiti on May 8th, 2011?

 7   A.   I was returning that day, had money in my possession that

 8   was destined for the program in Haiti at Morning Star.

 9   Q.   I don't know if I asked you about the prior trip that we

10   talked about on September 15th, 2009.

11        Did you travel on September 15th, 2009, from Broward County

12   to Haiti?

13   A.   Yes, sir.

14   Q.   You've already told us what the purpose of that trip was.

15        But was the purpose of that trip to engage in illicit

16   sexual conduct with a person under 18 years of age?

17             MS. MEDETIS:  Objection.  Asked and answered.

18             THE WITNESS:  No, it was not.

19             MS. MEDETIS:  Objection.  Leading.

20             THE COURT:  Sustained.

21             Rephrase your question.

22   BY MR. HOROWITZ:

23   Q.   Was the purpose of the September 15th, 2009, trip for the

24   purpose of engaging in any illicit sexual conduct with another

25   person under 18 years of age?

1          MS. MEDETIS:  Same objection, your Honor.

2          THE COURT:  Sustained.

3          Rephrase your question.

4   BY MR. HOROWITZ:

5   Q.  Was it or was it not the purpose of your travel on

6   September 15th, 2009, to engage in any illicit sexual conduct

7   with another person under 18 years of age?

8   A.  It was not.

9   Q.  Now, the purpose of your trip on May 8th, 2011, the day you

10  got arrested -- was the purpose of that trip to engage in any

11  illicit sexual conduct with any person under the age of 18?

12  A.  No, sir, it was not.

13          MR. HOROWITZ:  May I have one moment, your Honor?

14          THE COURT:  Yes.

15          MR. HOROWITZ:  No further questions.

16          THE COURT:  Cross-examination.

17          MS. MEDETIS:  Certainly, your Honor.

18                    CROSS-EXAMINATION

19  BY MS. MEDETIS:

20  Q.  Good afternoon, Mr. Carter.

21  A.  Good afternoon, ma'am.

22  Q.  I'd like to, if I may, start again with Government's

23  Exhibit 73.

24          MS. MEDETIS:  Permission to publish, your Honor?

25          THE COURT:  You may.

 1    BY MS. MEDETIS:

 2    Q.   Looking at Government's Exhibit 3 -- again, I will direct

 3    your attention to the highlighted portions.

 4         On October 2nd, 2001, you traveled from Miami International

 5    Airport in Miami, Florida, to Port-au-Prince, Haiti.  Correct?

 6    A.   Yes, ma'am.

 7    Q.   And on October 30th, 2003, you traveled from Miami

 8    International Airport in Miami, Florida, to Port-au-Prince,

 9    Haiti.  Correct?

10    A.   Yes, ma'am.

11    Q.   And directing your attention to the date 11-27-2004,

12    that is, November 27th, 2004, you traveled from Fort

13    Lauderdale-Hollywood International Airport to Port-au-Prince,

14    Haiti.  Correct?

15    A.   Yes, ma'am.

16    Q.   Directing your attention to the bottom highlighted portion,

17    you traveled from Miami International Airport to

18    Port-au-Prince, Haiti, on February 27th, 2006.  Correct?

19    A.   That is correct.  Yes, ma'am.

20    Q.   And directing your attention to this third page of

21    Government's Exhibit 73, you traveled from South Florida to

22    Port-au-Prince, Haiti, on September 15th, 2009.  Correct?

23    A.   Again, that is correct, ma'am.

24    Q.   For each of those trips, you used Passport No. 701794597.

25    Correct?

 1   A.   Yes, ma'am.

 2   Q.   I'm showing you what's been previously admitted as

 3   Government's Exhibit 36.

 4          MS. MEDETIS:  Permission to publish, your Honor?

 5          THE COURT:  You may.

 6   BY MS. MEDETIS:

 7   Q.   This is your passport.  Correct, sir?

 8   A.   Yes, ma'am.

 9   Q.   And this is Passport No. 01794597.  Correct?

10   A.   It is.  Yes, ma'am.

11   Q.   And that is the passport you used to travel on each of the

12   dates we just talked about in Government's Exhibit 73.

13   Correct?

14   A.   I believe so.  Yes, ma'am.  I know so.  Yes.

15   Q.   You then -- directing your attention to the very bottom row

16   of Government's Exhibit 73, on Page 3 of that exhibit,

17   directing your attention to an unhighlighted, but the last row,

18   it says April 7, 2011.

19        On that date, you traveled from Port-au-Prince, Haiti, into

20   the United States.  Correct?

21   A.   Yes, ma'am.

22   Q.   And that was into Fort Lauderdale Airport.  Correct?

23   A.   I believe so.  Yes, ma'am.

24   Q.   And you then tried to return to Haiti from Miami

25   International Airport on May 8th, 2011.  Correct?

1  A.   Correct.

2  Q.   And you checked your luggage through to Port-au-Prince.

3  Correct?

4  A.   Yes, ma'am.

5  Q.   And you obtained your boarding passes.  Correct?

6  A.   Yes.

7  Q.   And you approached the gate when your group was called.

8  Correct?

9  A.   That's correct.  Yes, ma'am.

10  Q.   And the flight attendant or ticket agent scanned your

11  ticket.  Correct?

12  A.   Yes, ma'am.

13  Q.   And then you proceeded to board the plane.  You started

14  walking on what's called the jet bridge.  Correct?

15  A.   Yes.  On the jet bridge.

16  Q.   And whilst on the jet bridge, about to board your plane,

17  you were intercepted and arrested.  Correct?

18  A.   Yes, ma'am.

19  Q.   And so it was always your intention to fly to

20  Port-au-Prince, Haiti, on that day.  Correct?

21  A.   Yes.  That was my intention.

22          MS. MEDETIS:  Permission to publish Government's

23  Exhibit 20, your Honor?

24          THE COURT:  You may.

25

1    BY MS. MEDETIS:

2    Q.  Sir, I'm showing you Government's Exhibit 20.

3         That's your passport.  Correct?

4    A.  Yes, ma'am, it is.

5    Q.  And that's Passport No. 4729 -- pardon me -- 472491686.

6    Correct?

7    A.  Yes, ma'am.

8    Q.  And that's the passport that you used to travel on

9    April 7th, 2011, from Port-au-Prince to Fort Lauderdale.

10   Correct?

11   A.  Yes, ma'am.

12   Q.  And that is the same passport that you used to travel from

13   Miami International Airport to Port-au-Prince, Haiti, on

14   May 8th, 2011.  Correct?

15   A.  Yes, ma'am.

16   Q.  And that passport was seized from your person on May 8th,

17   2011, at the time of your arrest.  Correct?

18   A.  Yes, it was.

19         MS. MEDETIS:  Permission to publish Government's

20   Exhibits 24 and 25, your Honor, previously admitted?

21         THE COURT:  You may.

22   BY MS. MEDETIS:

23   Q.  Sir, on the monitor before you, I'm showing you the reverse

24   side of Government's Exhibits 24 and 25 so that you can see the

25   exhibit stickers.

Carter - CROSS - By Ms. Medetis                104

1        Do you see that?

2    A.   Yes, ma'am.

3    Q.   Directing your attention to Government's Exhibit 24, that's

4    your Social Security card.  Correct?

5    A.   It is.  Yes.

6    Q.   And your Social Security number is 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.  Correct?

7    A.   That's correct.

8    Q.   Showing you what's been previously admitted as Government's

9    Exhibit 25, the front side of that, that is your driver's

10   license.  Correct?

11   A.   Yes, ma'am.

12   Q.   And your date of birth is April 27th, 1945.  Correct?

13   A.   Yes.

14   Q.   And you were born in Michigan; were you not, sir?

15   A.   Detroit, Michigan.  Yes, ma'am.

16   Q.   And so you are a United States citizen.  Correct?

17   A.   Yes, I am.

18   Q.   And you have been a United States citizen for the entirety

19   of your life.  Correct?

20   A.   Yes, ma'am.

21   Q.   You've never at any time tried to rescind your citizenship.

22   You've been a United States citizen.  Correct?

23   A.   Always a citizen.

24   Q.   Up until this day.  Correct?

25   A.   Up until this day.

1   Q.  Now I wanted to clarify some things that you had testified

2   about on direct examination both on Friday and today.

3          MR. HOROWITZ:  Objection to the comment about

4   clarifying.

5          THE COURT:  Sustained.

6          Ask your question.

7          MS. MEDETIS:  Certainly, Judge.

8   BY MS. MEDETIS:

9   Q.  On Friday, you had testified that you graduated high school

10  early, around when you were approximately 16.  Correct?

11  A.  I think -- yes.

12  Q.  And having been born in 1945, that would mean that you

13  graduated high school in 1961, according to you.  Right?

14  A.  No.  I didn't graduate in -- yeah.  '61, '62.  Yes.

15  Q.  But on your application for enlisting in the Air Force, you

16  said that you graduated high school in 1963.  That would make

17  you 18.  Correct?

18  A.  I was 18 in '63, on my birthday.  Yes.

19  Q.  In your application for the United States Air Force, you

20  stated that you graduated high school in 1963.  Correct?

21  A.  I haven't seen the application.  That may be correct.  I

22  don't -- I don't -- I had worked for over a year --

23          MS. MEDETIS:  Objection, your Honor.  Nonresponsive.

24          THE COURT:  Sustained.

25

1   BY MS. MEDETIS:

2   Q.   On your Air Force application, did you indicate that you

3   graduated high school in 1963?

4   A.   I have not seen the application recently.

5            MS. MEDETIS:   Objection, your Honor.   Nonresponsive.

6            May I ask the question again?

7            MR. HOROWITZ:   He's provided an answer.

8            THE COURT:   Sustained.

9            Ask your question again.

10  BY MS. MEDETIS:

11  Q.   On your Air Force application for enlistment, did you list

12  your graduation from high school as 1963?

13  A.   I do not believe so.   But I have not seen the application.

14  Q.   So, then, I'll take that as a "no."

15           MR. HOROWITZ:   Objection, your Honor.   Move to strike

16  the comment.

17           THE COURT:   Sustained.   The motion to strike the

18  comment is granted.

19           The jury is instructed to disregard the comment of the

20  prosecutor.

21  BY MS. MEDETIS:

22  Q.   Now, on Friday, you had testified that you graduated from

23  Cooley High School.   Correct?

24  A.   Yes, ma'am.

25  Q.   And Cooley High School is in Northwest Detroit.   Correct?

1    A.   It was.  Yes.

2    Q.   On your Air Force application, you testified that you

3    graduated in 1963 from Western High School.  Correct?

4    A.   Western High School?  No.

5    Q.   On Friday, you talked about your time in London.

6    A.   Uh-huh.  Yes, ma'am.

7    Q.   You first testified that you discovered Crystal Palace

8    while you were working at the Reynolds House because you had

9    been conducting home visits and investigations.

10        Do you recall that?

11   A.   Yes, ma'am.

12   Q.   You later testified that you left Crystal Palace to take a

13   job at the Reynolds House.

14        Do you recall that?

15   A.   Yes.  From Blackshaw Road, I took a position at the

16   Reynolds House.

17   Q.   You testified, did you not, that you left the Crystal

18   Palace area to take a job at Reynolds House?  Correct?

19   A.   Yes.  That was during the interim period.

20   Q.   So how is it, then, sir, that you discovered Crystal Palace

21   whilst you were living at Reynolds House if you're now

22   testifying that you didn't go to Reynolds House until after you

23   left Crystal Palace?

24   A.   Crystal Palace was a popular area to go to.  It had the --

25   the Crystal Palace itself is not in existence.  But I used to

```
 1   frequent there.  There was --
 2              MS. MEDETIS:  Objection.  Nonresponsive, your Honor.
 3              THE COURT:  Sustained.
 4   BY MS. MEDETIS:
 5   Q.  Sir, did you live in Crystal Palace before you started at
 6   Reynolds House or after you started at Reynolds House?
 7   A.  Before.  During interim period.
 8   Q.  Sir, did you start before you worked at Reynolds House?
 9   A.  Yes.
10   Q.  I'm sorry.  Let me rephrase.
11       You lived in Crystal Palace before you worked at Reynolds
12   House.  Correct?
13   A.  Yes.
14   Q.  On Friday, you talked about the Morning Star Center having
15   housemothers.
16       Do you recall that?
17   A.  Yes, ma'am, I do.
18   Q.  And you testified that, at the Tabarre house, there were no
19   housemothers.
20       Do you recall that?
21   A.  There was no permanent housemother.
22   Q.  In other words, when you say "permanent," you mean no
23   housemother lived at the center.  Correct?
24   A.  When the housemother was present, she did live there.  But
25   Lucien, the one that would come, she was suffering --
```

```
 1              MS. MEDETIS:  Objection, your Honor.  Nonresponsive.

 2              If I may repeat the question.

 3              THE COURT:  Sustained.

 4   BY MS. MEDETIS:

 5   Q.   At the Tabarre house, sir --

 6   A.   Yes, ma'am.

 7   Q.   -- you had testified that there were no housemothers.

 8   Correct?

 9   A.   There was no permanently assigned housemothers.

10   Q.   So, therefore, there were no housemothers that lived in the

11   Tabarre house.  Correct?

12   A.   That's not true.  There were a housemother in the house

13   periodically and on occasions when she was in good health.

14   Q.   You had stated that the reason you didn't have housemothers

15   at the Tabarre center was because there simply wasn't any room.

16   Correct?

17   A.   There was no room and there was an economic -- we were

18   cutting down economically.

19   Q.   I want to talk a little bit about the US Marines and the

20   United Nations, if I may.

21        Today you were shown some pictures of the Marines.

22        Do you recall that, sir?

23   A.   Yes.  Yes, I do.

24   Q.   The Marines, you testified, came in the morning and left in

25   the late afternoon during that first visit.  Correct?
```

 1    A.   Yes, ma'am.

 2    Q.   The Marines never stayed at the Morning Star Center

 3    overnight.   Correct?

 4    A.   No, they did not.

 5    Q.   You had said they brought provisions.   Correct?

 6    A.   Yes, ma'am.   They did.

 7    Q.   And, on occasion -- or on one occasion, they had utilized a

 8    room to black it out so that the residents of the Morning Star

 9    Center could use night vision goggles.   Correct?

10    A.   That's correct.

11    Q.   But that was just for that short period.   Correct?   They

12    didn't take that room over and use it for a long period of

13    time?   And by "they," I mean the Marines.

14    A.   No.   That room was only used that one day for that

15    particular visit.

16    Q.   And the various pictures that we saw of individuals

17    holding -- individuals from Morning Star Center holding

18    firearms:   Those firearms were given by the Marines to the boys

19    in your presence.   Correct?

20    A.   Yes, ma'am.   Under direct supervision.

21    Q.   And the firearms that were given to them were so that you

22    could take pictures of them.   Correct?

23    A.   Yes.   And the military took pictures.

24    Q.   And those firearms, those flack jackets, those helmets,

25    those were taken back.   After the pictures were taken, the

```
 1    Marines took them back.  Correct?

 2    A.  Of course.  Yes, ma'am.

 3    Q.  You had testified that the UN had some visits to the

 4    Morning Star Center.

 5         Did any member of the UN ever stay at the Morning Star

 6    Center overnight?

 7    A.  No, ma'am, they did not.

 8    Q.  Regarding the Marines, the Marines visited the boys always

 9    under your supervision.  Correct?

10    A.  Yes, ma'am.

11    Q.  You never left them alone with the Marines.  Correct?

12    A.  They were alone with the Marines to do as they -- you know,

13    conduct themselves with the Marines as they pleased.

14    Q.  But that would have been in violation of the protocol that

15    you've been trained in to not leave children alone with adults.

16    Correct?

17    A.  Say that again, ma'am.

18    Q.  Leaving the children alone with the Marines would have been

19    in violation of the protocol you've been trained in to not

20    allow adults to remain alone with children.  Correct?

21    A.  Adults were never singly.  They were always -- the Marines

22    were a group.

23              MS. MEDETIS:  Objection.  Nonresponsive.

24              THE COURT:  Overruled.

25
```

BY MS. MEDETIS:

Q.   Sir, before you allowed the children to visit the

Marines -- let me rephrase.

     Before the Marines came to visit Morning Star Center, you

had told the children not to say anything bad about living at

the Morning Star Center.  Correct?

A.   That is not correct.  No.

Q.   You had told them to say -- to talk to the Marines about

their troubled life and how poor they were so that the Marines

would feel sorry for them and give them money.  Correct?

A.   I did not encourage them nor did they ever mention their

particular circumstance.  It was a visit and they were very

excited to be with the US Marines.

Q.   And you would know this -- I'm sorry.

     You just testified that there was unsupervised visitation

with the Marines.  So you would not know exactly what they

talked about at all times.  Correct?

A.   I did not say that they were unsupervised visitations.  I

said that the Marines interacted with the children and they

talked with them, they sat and joked with them, they explained

their equipment, they talked about weapons.

Q.   So, then, you were present at all times during the Marines'

visit.  Correct?

A.   Of course I was.

Q.   On Friday, you had testified that you supervised the boys

1    using their computers.

2    A.   Yes, ma'am.

3    Q.   Today you testified that you did not supervise, that they

4    were free to use the computers.

5         Do you recall that?

6    A.   Yes.  I recall that.

7    Q.   So, then, is your testimony that you did or did not

8    supervise them in using the computers?

9    A.   They would ask as to when it was appropriate to use it

10   when we had the service.  And -- but as that -- their use of

11   it, who they were e-mailing, what websites they were accessing,

12   if they were talking on Facebook, I did not -- I did not

13   interfere with that.

14        They were quite free to access what they wanted.  But it

15   was free to access when we were using the computer service.

16   Q.   And free to access as long as you were monitoring their

17   Facebook use.  Correct?

18   A.   No.  I didn't monitor the Facebook use.  Only --

19   Q.   You testified today, sir, that you --

20   A.   Once a month.

21   Q.   -- would check on their Facebook.

22   A.   Yes.  Once a month I would check.

23   Q.   So, then, you did, in fact, monitor their Facebook use?

24   A.   Yes.

25   Q.   And you also checked their phones.  Correct?

 1    A.   Checked their phone?

 2    Q.   Yes, sir.

 3         You also checked their phones.  Correct?

 4    A.   No.  I did not check their phones.

 5    Q.   And you also monitored and checked any messages that they

 6    would send to supporters before they were sent.  Correct?

 7    A.   To the who?

 8    Q.   Supporters.  Supporters of the Morning Star.

 9    A.   No, I would not.

10    Q.   I want to talk a little bit about your time in the

11    military, if I may.

12         You enlisted in 1963.  Correct?

13    A.   Yes, ma'am.

14    Q.   April of 1963.  Correct?

15    A.   The day after my birthday.

16    Q.   Well, your birthday is on the 27th of April.  Correct?

17    A.   Yes.  And I enlisted on the 28th.

18    Q.   Your application states that you enlisted on the 29th of

19    April of 1963.  Correct?

20    A.   Yes.  That's correct, I guess.

21    Q.   And you did your basic training at Lackland Air Force Base

22    in Texas.  Correct?

23    A.   That's correct.

24    Q.   From Lackland, you went to Keesler Air Force Base in

25    Mississippi.  Correct?

Carter - CROSS - By Ms. Medetis                    115

 1   A.   That's correct, ma'am.

 2   Q.   And that was to do specialized training.  Correct?

 3   A.   Air traffic control operator.

 4   Q.   And then, after Keesler, you went to Mildenhall in England.

 5   Correct?

 6   A.   That's correct.

 7   Q.   You stayed there for about three years.  Correct?

 8   A.   That's correct.

 9   Q.   From about December 31st, 1965, till about January 27th,

10   1967.  Correct?

11   A.   Until my discharge.

12   Q.   And those were the locations that you went to.  Correct?

13   Texas?

14   A.   Texas, Mississippi and England.

15   Q.   On -- in 2003, however, you stated in an e-mail that you

16   had served in Vietnam.  Correct?

17   A.   No.  I had volunteered for Vietnam.

18   Q.   Sir, in 2003, you had stated in an e-mail that you served

19   in Vietnam.  Correct?

20   A.   I don't believe so.  I've never seen such an e-mail.

21   Q.   Sir, I'm going to ask you to answer "yes" or "no," if

22   possible.

23        In 2003, did you state that you had done a tour in Vietnam?

24             MR. HOROWITZ:  Objection, your Honor.  Asked and

25   answered.

```
 1              THE COURT:  Sustained.
 2   BY MS. MEDETIS:
 3   Q.  Now, after the military, you went to -- at some point, you
 4   went to England.  Correct?
 5   A.  Yes, ma'am.
 6   Q.  You testified that you had a calling to work with children.
 7   Correct?
 8   A.  Yes, I did.
 9   Q.  You started in the borough of Haringey.  Correct?
10   A.  London borough of Haringey.
11   Q.  And you were there from in January 7th, 1969, till about
12   April 31st, 1971.  Correct?
13   A.  I believe so.  Yes.
14   Q.  And then you went Hertfordshire.  Correct?
15   A.  Yes, ma'am.
16   Q.  And that was at Sparrows Herne.  Correct?
17   A.  That's was Sparrows Herne Assessment Center.
18   Q.  And you were a temporary housefather at Sparrows Herne.
19   Correct?
20   A.  I wasn't a temporary.  It was a permanent position.  I was
21   a senior housefather.
22   Q.  And that was from -- that was until about December, 1971,
23   correct, at which point you moved to Wandsworth -- the borough
24   of Wandsworth.  Correct?
25   A.  Yes, ma'am.
```

1   Q.   And that's where you started at 1771 Blackshaw Road as the

2   deputy superintendent.  Correct?

3   A.   Yes.

4   Q.   And you were at Blackshaw Road from December 12th, 1971, to

5   about August 15th, 1973.  Correct?

6   A.   Correct.

7   Q.   From there, you went to the borough of Bromley, where you

8   became the man in charge at Reynolds House.  Correct?

9   A.   That is correct.

10  Q.   And you were there from August 20th, 1973, till about

11  April 13th, 1975, when you were terminated.  Correct?

12  A.   I was not terminated.  I resigned.

13  Q.   And there you were the officer in charge.  Correct?

14  A.   Yes.

15  Q.   Showing you what's been previously admitted as Government's

16  Exhibit 18-B --

17         MS. MEDETIS:  If I may publish, your Honor?

18         THE COURT:  You may.

19  BY MS. MEDETIS:

20  Q.   -- this is your passport application, sir, from 1972.

21  A.   Yes, ma'am.

22  Q.   I'll direct your attention to the entry that says "Now

23  residing."  I've just underlined it in red.

24       Do you see that?

25  A.   I see that.  Yes, ma'am.

1    Q.   It lists 177 Blackshaw Road, Tooting, London.

2         Was this your address when you were working at the

3    Blackshaw Road house?

4    A.   That is the address.

5    Q.   Now, at Reynolds House, you had stated that you started on

6    August 23rd -- I'm sorry -- August 20th, 1973.  That's when you

7    were hired.  Correct?

8    A.   I'm going to take your word for it.  I don't know the date

9    offhand.  I'm not sure of the exact date.

10   Q.   And you were suspended on September 10th, 1974, because of

11   sexual abuse allegations.  You had testified about that on

12   Friday.  Correct?

13   A.   That's correct.

14   Q.   And you then appealed that suspension on September 10th,

15   1974.  Correct?

16   A.   Give me the dates again.  When was I suspended?

17   Q.   You appealed your suspension on September 10th, 1974.

18   Correct?

19   A.   I don't remember dates.

20   Q.   You remember appealing it, however, correct, your

21   suspension?

22   A.   I don't even remember officially appealing it.  I was under

23   investigation.  So....

24   Q.   On November 29th, 1974, you were later arrested by British

25   police, correct, on these charges of sexual abuse?

1    A.   Yes.

2    Q.   And then, on March 5th, 1975, you were terminated because

3    you had violated the terms of your suspension.  Correct?

4    A.   You got me there.  I don't -- I don't remember.

5    Q.   Well, there were allegations, were there not, that you had

6    boys from the Reynolds House visiting you when the terms of

7    your suspension prohibited you from having any boy visitors?

8    Correct?

9    A.   I remember that.  Yeah.  I wasn't home at the time.  I was

10   at the police registering.  I had to register every week.  And

11   the police --

12          MS. MEDETIS:  Objection.  Nonresponsive, your Honor.

13          THE COURT:  Sustained.

14   BY MS. MEDETIS:

15   Q.   Sir, you were terminated for violating the terms of your

16   suspension on March 5th, 1975.  Correct?

17   A.   I believe so.  Then I was reinstated.

18   Q.   And we'll get there in a second.

19          And the reason for your termination was because you had

20   violated the terms of your suspension.  Correct?

21   A.   Correct.

22   Q.   And the violation was that you had underage boys from the

23   Reynolds House visiting you at your house during your

24   suspension when you were not to have any contact with minors.

25   Correct?

1    A.   That's not correct.

2    Q.   Okay.  On March 10th, 1975, you were issued this notice of

3    termination effective April 13th, 1975.  Correct?

4    A.   I have no idea of the dates.

5    Q.   On March 10th, 1975, you then appealed that termination.

6    Correct?

7    A.   Are you saying before my arrest?

8    Q.   On March 10th, 1975, you appealed your termination.

9    Correct?

10   A.   I probably appealed it.  Yes.

11   Q.   And there was a hearing on that appeal on March 24th, 1975.

12   Correct?

13   A.   I remember no hearing.

14   Q.   And then, on March 24th, 1975, the appellate board for the

15   Borough of Bromley, which is where Reynolds House was

16   located -- Reynolds House was located in the borough of

17   Bromley.  Correct?

18   A.   Yes, it was.

19   Q.   So the appellate board for the Borough of Bromley that was

20   hearing your appeal on your termination dismissed your appeal

21   and upheld your termination.  Correct?

22   A.   I don't remember an appeal hearing.

23   Q.   You were ultimately terminated from Reynolds House and not

24   permitted to return.  Correct?

25   A.   No, ma'am.  I was reinstated after the course of the trial.

Carter - CROSS - By Ms. Medetis                    121

1   Q.   That trial was on June 2nd, 1975.  Correct?

2   A.   I -- I do not remember the dates.  I will assume.  Yes.

3   Q.   And you never returned to Reynolds House.  And, in fact, on

4   July 19th, 1975, you had submitted an application to become a

5   foster parent for boys between the ages of 12 and 15.  Correct?

6   A.   No.

7   Q.   You did not?

8   A.   At Reynolds House?

9   Q.   No, sir.  Let me repeat my question.

10        The trial occurred on June 2nd, 1975.  Correct?

11   A.   Correct.

12   Q.   And you were terminated.

13        You never returned to Reynolds House.  Correct?

14   A.   Not correct.  I did return to Reynolds House.

15   Q.   After that termination, you then submitted an application

16   on July 19th, 1975, to become a foster parent to boys between

17   the age of 12 and 15.  Correct?

18   A.   No.  That's not correct.

19   Q.   And, in fact, on there you listed as references boys that

20   you had supervised at the Reynolds House.  Correct?

21   A.   Not correct.  I have no idea what you're talking about.

22   Q.   And you had, in fact, also listed references, minors who

23   you had apparently supervised while you lived in Indiana in

24   1968.  Correct?

25   A.   No.  That's not correct.

 1   Q.  Let's talk about your return to Ohio after you left London.

 2       Actually, let me rewind.  I apologize.

 3       The trial was going on -- the trial in England that you

 4   testified about, that occurred as a result of your time at

 5   Reynolds House.  Correct?

 6   A.  Yes, ma'am.

 7           MS. MEDETIS:  Just a moment, your Honor.

 8   BY MS. MEDETIS:

 9   Q.  You had on direct examination mentioned something about

10   certain boys having testified against you.  Correct?

11   A.  Yes, ma'am.

12   Q.  And those boys were Simon Xxxxxx.  Correct?

13   A.  Are you talking about the trial, ma'am?

14   Q.  Yes, sir.

15   A.  I thought you were talking about when I returned to Ohio.

16   Q.  I rewinded for a bit.  I apologize.  Let's rewind for a bit

17   to the trial in England.  I'm talking about that.

18       The boys that testified against you -- one of them was

19   named Simon Xxxxxx.  Correct?

20   A.  Yes.  I remember the name Simon Xxxxxx.

21   Q.  As being one of the boys that testified against you, sir?

22   A.  Yes.  Yes, ma'am.

23   Q.  And Raymond Xxxxx.  Correct?  That was another boy?

24   A.  Yes.

25   Q.  And Robert XxXxxxx, Colin Xxxxxxx, Barry Xxxxxx, Terry

1    Xxxxxxxx, Martin Xxxxxx.  Those boys were supposed to testify

2    against you as well.  Correct?

3    A.   That -- I believe so.  Yes.  I don't recognize all the

4    names right now.

5    Q.   You had talked about Stephen Xxxxx on direct examination.

6        Stephen Xxxxx you met at -- while you were at the Blackshaw

7    house between December 12th, 1971, and August of 1973.

8    Correct?

9    A.   Correct.

10   Q.   And you testified that you had had a limited period of

11   interaction with him, approximately eight weeks or so, whilst

12   at Blackshaw.  Correct?

13   A.   When he was being assessed in the program.  Yes.

14   Q.   Yes.

15       And thereafter the -- the sum and substance of your

16   interaction with him was professional.  Correct?

17   A.   Yes.

18   Q.   And thereafter you had no interaction with him at

19   Blackshaw.  Correct?

20   A.   Right.  He would have been placed permanently.

21           MS. MEDETIS:  Objection.  Nonresponsive.

22           THE COURT:  Sustained.

23   BY MS. MEDETIS:

24   Q.   Now let's talk about your return to Ohio.

25       You testified that you returned to Ohio in 1978, sometime

 1    after your father's death.

 2         Do you recall that, sir?

 3    A.   That's correct.

 4    Q.   And that you lived in Dayton when you returned to Ohio.

 5    Correct?

 6    A.   Yes, ma'am.

 7    Q.   But in a resume that you created in 2011, you stated that

 8    you returned to Ohio in 1975 and that you moved to Bellbrook.

 9    Correct?

10    A.   No.  What resume?

11    Q.   A 2011 resume, sir.

12    A.   No.  I returned in -- after my father's death in 1978 I

13    returned.

14    Q.   And you returned to Bellbrook, Ohio, correct, where you

15    lived with your sister?

16    A.   Yes.

17    Q.   So you did not actually return to Dayton.  You did, in

18    fact, live with your sister for a period of time in Bellbrook?

19    A.   For a short period of time until I got established.  Yes.

20    I was relocating.  And that was in 1978.

21    Q.   1978?

22    A.   Yes.

23    Q.   But you did for a period of time live at your sister's.

24    Correct?  That was at an address on Tampico Road.  Do you

25    recall that?

1    A.   Tampico Trail, I think it was.

2    Q.   Yes.  2238 Tampico Trail, Bellbrook, Ohio.  Correct?

3    A.   Yes, ma'am.

4    Q.   And, in fact, you used that address because you were living

5    there as your mailing address and your permanent address on

6    your passport application in 1978.  Correct?

7    A.   I used that address and -- for some time, actually.

8    Q.   Directing your attention --

9         MS. MEDETIS:  If I may publish, your Honor,

10   Government's Exhibit 18-C?

11        THE COURT:  You may.

12   BY MS. MEDETIS:

13   Q.   That's you, correct, sir, that picture on that passport

14   application?

15   A.   Yes, ma'am.

16   Q.   And the address listed as your permanent residence is what?

17   If you could read that.

18   A.   2238 Tampico Trail, Bellbrook.

19   Q.   And that is also where your sister, Donna Shuh, lived.

20   Correct?

21   A.   That is correct.

22   Q.   And her husband, Alan, lived there as well.  Correct?

23   A.   Yes.  They lived together.

24   Q.   And they had children there that lived with them and you at

25   that time.  Correct?

Carter - CROSS - By Ms. Medetis                    126

1    A.   Of course.  My niece and nephews.

2    Q.   How many nieces and nephews, sir, from Donna?

3    A.   One niece.  And there's Billy, Ben, Josh and Buddy.  Four

4    nephews.

5    Q.   And what were their ages, sir?

6    A.   Oh, I -- at that time or now?

7    Q.   At that time, sir.

8    A.   I don't remember.  I think the youngest was -- the youngest

9    is Josh.  I think he might have been about 11.

10   Q.   And nobody else lived there.  Correct?  It was the Shuhs

11   and their children and you.  Correct?

12   A.   No.  I didn't live with them for a long time.  Just in a

13   transition period.

14   Q.   Aside from you during this transition period, the only

15   people that lived at this Tampico address were Ms. Shuh, her

16   husband and their children.  Correct?

17   A.   Yes, as far as I know.  Yes.  That's correct.

18   Q.   And while you were living in Bellbrook, Ohio, you were

19   there -- let me rephrase.

20        While you were living with your sister in Bellbrook, Ohio,

21   the XxXxxxxx came to visit.  Correct?

22   A.   Yes, they did.

23   Q.   And you were still living at that house.  Correct?

24   A.   I don't believe so at that time.  I had had a truck camper

25   that I had parked in the driveway and then, from there, I moved

1    into a travel trailer.

2    Q.   And so it's your testimony, sir, that at no time did you

3    share a roof in Bellbrook, Ohio, with the XxXxxxxx?

4    A.   I do not recall.  I never shared a bedroom in the house

5    with any of the XxXxxxxx.

6              MS. MEDETIS:  Objection, your Honor.  Nonresponsive.

7              THE COURT:  Sustained.

8    BY MS. MEDETIS:

9    Q.   Is it your testimony, sir, that you never shared a house,

10   lived under the same roof, with the XxXxxxxx?  Is that your

11   testimony, sir?

12   A.   There were probably a few nights where I was there.  Yes.

13   Q.   So, then, your testimony on Friday was incorrect when you

14   said that you were not living at the house or near the

15   Bellbrook house when the XxXxxxxx visited.  Correct?

16   A.   I don't think I said that I didn't live anywhere near.  I

17   think that I said that I was in the process of moving into

18   Hide A Way Mobile Home Park when I eventually got the mobile

19   home.  They were visiting --

20             MS. MEDETIS:  Objection.  Nonresponsive.

21             THE COURT:  Sustained.

22   BY MS. MEDETIS:

23   Q.   Sir, you were married in 1981.  Correct?  You got married?

24   A.   Yes, ma'am.

25   Q.   That was to Barbara Scrimizzi.  Correct?

```
1   A.   That's correct.

2   Q.   You had met Barbara during your Bible studies at Jim

3   Wilson's house.  Correct?

4   A.   That, and she worked for Jim Wilson.

5   Q.   Who -- for whom you worked as well.  Correct?

6   A.   For a short period of time, yes.

7   Q.   You said that you were divorced from Barbara in 1985.

8        Do you recall that?  You testified about that on Friday.

9   A.   Yes.

10  Q.   But you were actually divorced in 1983.

11  A.   We were separated.  Yes.

12  Q.   Your divorce decree states that you were divorced in 1983,

13  sir.  Correct?

14  A.   We separated even before that.

15           MS. MEDETIS:  Objection.  Nonresponsive.

16           THE COURT:  Sustained.

17           THE WITNESS:  I don't know what the divorce decree --

18  the date.

19  BY MS. MEDETIS:

20  Q.   You don't know what the divorce decree states?  Okay.

21       But in 2003, you had stated in an e-mail that your wife

22  died in 1983.  Correct?

23  A.   There was a -- when I came back from Haiti --

24           MS. MEDETIS:  Objection.  Nonresponsive.

25           THE COURT:  Sustained.
```

Carter - CROSS - By Ms. Medetis          129

1    BY MS. MEDETIS:

2    Q.   In 2003, sir, in an e-mail, you stated that your wife was

3    dead in 1983.  Correct?

4    A.   I had been informed that my wife had died.  Then I found

5    out that was not true.

6    Q.   So in 2003, sir, you stated that your wife was dead -- died

7    in 1983.  Correct?

8    A.   I may have said that to a few people, yes, because that's

9    what I believed.

10   Q.   In fact, in 2010, sir, you had stated in an application to

11   Kingsway Fellowship that your wife was dead.  Correct?

12   A.   I don't know what I put on the application for Kingsway.

13   Q.   When, in fact, your wife is alive.  Correct?  She's living

14   and breathing to this day.  Or your ex-wife, I should say.

15   A.   Yeah.  I have not seen her since --

16              MS. MEDETIS:  Objection.  Nonresponsive.

17              THE COURT:  Sustained.

18              THE WITNESS:  -- our separation.

19   BY MS. MEDETIS:

20   Q.   Let's talk about Egypt, if we may.

21              MS. MEDETIS:  Your Honor, may I approach before

22   proceeding?

23              THE COURT:  Yes.  Come on up.

24              (Whereupon, the following proceedings were had at

25   side-bar outside the presence of the jury:)

 1          MS. MEDETIS:  Your Honor, before I proceed into this

 2   area, I wanted to flag for the Court, on direct examination,

 3   the Defendant testified that, when he was in Egypt, he was

 4   removed or repatriated because Muslims thought that he was a

 5   spy.

 6          The fact is that he was charged with and arrested for

 7   sexual abuse of minors.  And I intend to go into that as

 8   impeachment of what he had testified to on direct examination.

 9          I will proffer the information that I plan to elicit,

10   if the Court is inclined.  But I just wanted to flag it before

11   we get into that.

12          MR. ADELSTEIN:  He was acquitted.

13          MR. HOROWITZ:  Of course.  As long as that comes out,

14   too.

15          MR. ADELSTEIN:  As long as it comes out that he was

16   acquitted of those charges.

17          MR. HOROWITZ:  We're fine.

18          MS. MEDETIS:  Certainly, Judge.  We plan on going

19   through the entire history of it.

20          THE COURT:  Okay.

21          MR. HOROWITZ:  Judge, we have a track meet to the

22   bathroom behind you.  We're missing a lot of jurors.

23          THE COURT:  I saw it.

24          (Whereupon, the following proceedings were had in open

25   court:)

1          THE COURT:  Everyone is now present.

2          You may proceed.

3     BY MS. MEDETIS:

4     Q.  Sir, on direct examination, you testified that you had gone

5     to Egypt in or around 1986.  Correct?

6     A.  Yes, ma'am.  That was my second trip to Egypt.

7     Q.  And you while there opened several schools and worked with

8     children.  Correct?

9     A.  Yes, ma'am.

10    Q.  And you were ultimately repatriated -- you testified you

11    were ultimately repatriated back to the United States because

12    Egyptians thought you were a spy.  Correct?

13    A.  Yes, ma'am.  That was my understanding.

14    Q.  Okay.  You were, in fact, arrested in Egypt on

15    February 23rd, 1990.  Correct?

16    A.  That was their -- yes -- their -- I can't remember the

17    title of their agency.  It was a state security.

18    Q.  You were arrested at No. 12 Youssef -- Y-o-u-s-s-e-f --

19    Mohamed Street, Dokki, Cairo.  Correct?

20    A.  Yes, I was.  It was a staff apartment.

21    Q.  D-o-k-k-i.

22         And the charges against you were for child molestation.

23    Correct?

24    A.  No, ma'am.

25    Q.  And you were detained at the Giza Governor At State

1    Security Facility.  Correct?

2    A.   That's correct.

3    Q.   And you had when you first went to Egypt or at least before

4    this February 23rd arrest for child molestation frequented the

5    US Embassy during your time in Egypt so that you could pick up

6    your VA checks.  Correct?

7    A.   Yes.  That's correct.

8    Q.   And you had told the US Embassy when they visited you in

9    Egyptian custody that you were in Egypt as a social worker and

10   that you worked with street children, giving them small jobs

11   and food.  Correct?

12   A.   That was part of my program.  Yes.

13   Q.   And so that's what you told the Embassy.  Correct?

14   A.   Yes.  I'm sure I did.

15   Q.   In fact, you never told the Embassy about all of these

16   schools that you supposedly opened and testified about during

17   direct examination on Friday.  Correct?

18   A.   I'm sure I did tell them about the schools.

19   Q.   You had told the Embassy regarding these street kids that

20   you always talked to their families -- you talked to the

21   families of any of the children that you employed so that you

22   could work out some of the -- sort of the official contract

23   with them.  Correct?

24   A.   No.  That's not exactly correct.

25   Q.   Well, you had testified about having houseboys and

1    contracting with them.  Correct?

2    A.   The contract is with the responsible party.

3    Q.   You had also told the US Embassy that the problem -- or the

4    reason you were arrested was because of the mentality of people

5    who assumed you had ulterior motives for contracting the

6    services of minors.  Correct?

7    A.   No, ma'am.  That's not correct.  I remember no such

8    conversation.

9    Q.   You were then deported on March 9th, 1990, from Egypt.

10   Correct?

11   A.   I do not recall the dates.

12   Q.   You left on Air France Flight 119 to Paris, which then

13   connected you on a Pan Am flight to Florida.  Correct?

14   A.   That's correct.

15   Q.   And the US Embassy gave you a 1,000-dollar repatriation

16   loan to remove you from Egypt.  Correct?

17   A.   I remember no thousand-dollar loan.  They paid for the

18   ticket and I had to repay that when I got back to the States.

19   Q.   And that was on March 9th, 1990.  Correct?

20   A.   I would presume so.  I don't know the dates.

21   Q.   And right after you got back to the United States --

22        MS. MEDETIS:  Permission to publish Government's

23   Exhibit 17-A?

24        THE COURT:  You may.

25

```
 1    BY MS. MEDETIS:

 2    Q.   Right after you got back to the United States, you changed

 3    your name.  Correct?

 4    A.   Yes, ma'am.  That's correct.

 5    Q.   And you changed it -- showing you Government's

 6    Exhibit 70-A, your name change application -- from William

 7    Charles Harcourt to Matthew Andrew Carter.  Correct?

 8    A.   That's correct.

 9    Q.   Let me zoom in.

10         Could you please read the first paragraph under the title

11    "Name Change Application."  And if you can't see it from there,

12    I can bring it up to you, sir.

13    A.   "Your applicant respectfully represents that they are and

14    have been a bona fide resident of Franklin County, Ohio, for at

15    least one year prior to the filing of the application."

16    Q.   Well, that's not true, is it, sir?  You were in Egypt since

17    1986.

18    A.   Yes.  But I maintained an Ohio driver's license.

19    Q.   Right.

20         But you had been residing in Egypt since 1986.  Correct?

21    A.   Yes.

22    Q.   Okay.  And the next paragraph.  Could you read that.

23    A.   "That the applicant desires to change their name to that of

24    Matthew Andrew Carter for the following reasons:  I have

25    written and will have publications printed.  I wish to have my
```

```
 1    pen name Matthew Carter as a permanent legal name."
 2    Q.   Well, that's not true, either, sir, is it?  Because you
 3    testified on Friday that you changed your name on the advice of
 4    retired State Department employees.  Right?
 5    A.   That's correct.
 6    Q.   But you didn't put that in the application.  Correct?
 7    A.   No.  There was no necessity to put that in there.
 8    Q.   So you lied on your application as to why you were changing
 9    your name, sir?
10    A.   No.  I did not lie.
11    Q.   But your pen name, based on other evidence in this case, is
12    Joshua Cane, not Matthew Andrew Carter.  Correct?
13    A.   That's correct.  But Matthew had been a pen name --
14             MS. MEDETIS:  Your Honor, motion to strike.
15    Nonresponsive.
16             THE COURT:  Sustained.
17             MS. MEDETIS:  Permission to publish Government's
18    Exhibit 17-B?
19             THE COURT:  You may.
20    BY MS. MEDETIS:
21    Q.   This is the name change journal entry or the order that
22    made your name change effective.
23         Do you recognize that, sir?
24    A.   Yes, I do.
25    Q.   And the date of that -- could you read it in that -- in the
```

1   lower right-hand corner in the stamp entitled "Filed."

2   A.   May 17th, 1990.

3   Q.   So as of May 17th, 1990, you were known as Matthew Andrew

4   Carter.  Correct?

5   A.   That is correct.

6   Q.   And you are Matthew Andrew Carter to this day.  Correct?

7   A.   Yes, ma'am.

8   Q.   If I may just -- directing your attention again to

9   Government's Exhibit 17-A, what is the address that you list,

10  if you could read it on the lower right-hand corner of the name

11  change application.

12  A.   6368 Youngland Drive South.

13  Q.   And that is in Ohio.  Correct?

14  A.   That's Beavercreek, Ohio.

15  Q.   Beavercreek, Ohio.

16       That's where your sister moved to after Bellbrook.

17  Correct?

18  A.   Shortly after -- yes.  I'm not sure when.  But they moved

19  to Beavercreek.

20  Q.   Now --

21          MS. MEDETIS:  Permission to publish Government's

22  Exhibit 18-D, your Honor?

23          THE COURT:  You may.

24  BY MS. MEDETIS:

25  Q.   I'm showing you your passport application for US passport

1    dated May 5th, 1983.  I'll zoom out.

2    A.  Yes, ma'am.

3    Q.  Directing your attention to the bottom left-hand side, is

4    that your photograph, sir?

5    A.  Yes, ma'am, it is.

6    Q.  And that -- the listing of your mailing address for this

7    passport application was Penge in London, England.  Correct?

8    A.  Right.  Yes.

9    Q.  And at the time of this application, your name was William

10   Charles Harcourt.  Correct?

11   A.  That's correct.

12   Q.  And this is the passport -- the passport that was issued as

13   a result of this application was the passport that you used to

14   travel to Egypt in 1986.  Correct?

15   A.  Yes, ma'am.

16   Q.  And you would agree with me that that's the case because

17   this passport, once it was issued, expired in May of '93.

18   Correct?

19   A.  Correct.

20   Q.  And you were deported from Egypt in 1990.  So you would

21   have flown into -- you would have flown into Egypt in 1986 with

22   a passport bearing this photograph and the name William Charles

23   Harcourt.  Correct?

24   A.  That's correct.

25   Q.  After you changed your name, sir, you obtained another

Carter - CROSS - By Ms. Medetis            138

1   passport, correct, in your new name?

2   A.   That is correct.  Under Matthew Carter.

3   Q.   You have, in fact, testified in direct examination that a

4   lot of legal documents that you had under your old name you had

5   to get under your new name.  Correct?

6   A.   That's correct.

7            MS. MEDETIS:  Permission to publish Government's

8   Exhibit 18-E?

9            THE COURT:  You may.

10  BY MS. MEDETIS:

11  Q.   Showing you 18-E, do you see a photograph toward the left

12  of the document somewhere in the middle?

13  A.   Yes.

14  Q.   That's you.  Correct?

15  A.   That is correct.

16  Q.   And the address listed at the top of that application is

17  6368 Youngland Drive in Columbus, Ohio.  Correct?

18  A.   That is correct.

19  Q.   And that's the same address that you listed in your name

20  change application.  Correct?

21  A.   Yes, ma'am.

22  Q.   And this time the passport was issued to Matthew Carter.

23  Correct?

24  A.   That is correct.

25  Q.   And, in fact, you had highlighted that you had legally

1   changed your name, correct --

2   A.   That's correct.

3   Q.   -- in this application?

4   A.   Yes.

5   Q.   And when you took this passport picture under your new

6   name, you also had a new hair color, a new haircut and no

7   facial hair.  Correct?

8   A.   Yes.  I was wearing glasses at the time.

9   Q.   And you started wearing glasses.  Correct?

10  A.   Yes, ma'am.

11  Q.   You then used that passport to travel back to Egypt on

12  October, 1990, even though the State Department urged you never

13  to return.  Correct?

14  A.   The State Department had never said anything.  But, yes, I

15  did return to Egypt.

16  Q.   Under a new name with a new passport.  Correct?

17  A.   With my new passport.  Yes.

18  Q.   In your new name.  Correct?

19  A.   Of course.  Yes.

20  Q.   With your new haircut.  Correct?

21  A.   Yes.

22  Q.   And your new hair color.  Correct?

23  A.   Just as depicted there in the passport.

24  Q.   And when you returned on October of 1990, your first stop

25  was to the US Embassy.  Correct?

1    A.   I don't recall that.

2    Q.   Did you ever visit the US Embassy when you first got back

3    to Egypt in October of 1990?

4    A.   No.  Because I was up in Alexandria.

5    Q.   You had said to the US Embassy when you stopped there that

6    you were only stopping for a few days on your way to India,

7    that you would not be stopping in Egypt.  Correct?

8    A.   Yes.  That's right.  I went in and I talked to the State

9    Department official that had been involved when I was there

10   before.

11   Q.   And, instead, you stayed in Egypt even though the

12   US Embassy urged you to return to America.  Correct?

13   A.   There was a process that had to take place before you could

14   go to India.

15   Q.   And so you stayed in Egypt even though the State Department

16   told you to go back to America.  Correct?

17   A.   They never told me go back to America.  But I stayed in

18   there during that process.  Yes.

19   Q.   And you were then arrested for a second time in Cairo on

20   December 9th, 1990.  Correct?

21   A.   Yes.  In Alexandria.

22   Q.   It was because you had learned that, in your absence, the

23   Egyptian Government tried you in absentia and had convicted you

24   on child molestation charges.  Correct?

25   A.   That is not true.

1    Q.    You then were -- well, you were arrested at the Jazeera

2    Sheraton Hotel in Cairo.  Correct?

3    A.    In Cairo.  Yes, ma'am.

4    Q.    You were then detained at the Giza police station because

5    police recognized your new look and new identity as being

6    William Charles Harcourt.  Correct?

7    A.    I was with the same people that I had been with before.

8    Q.    And so the police in Egypt recognized you as being William

9    Charles Harcourt whom they had previously arrested and

10   deported.  Correct?

11           MR. ADELSTEIN:  Objection to the form of the question.

12           THE COURT:  Sustained.

13           Rephrase your question.

14   BY MS. MEDETIS:

15   Q.    You were arrested on December 9th, 1990, because Egyptian

16   police recognized you --

17           MR. ADELSTEIN:  Objection.

18   BY MS. MEDETIS:

19   Q.    -- as being William Charles Harcourt?

20           MR. ADELSTEIN:  Objection to the form.

21           THE COURT:  Sustained.

22           Rephrase your question.

23   BY MS. MEDETIS:

24   Q.    You were arrested on December 9th, 1990, and again for the

25   same charges of child molestation.  Correct?

1    A.   No, ma'am.

2    Q.   You were not arrested in December --

3    A.   I was detained.  There -- to -- and I only know this from

4    two, three weeks ago --

5              MS. MEDETIS:  Objection, your Honor.  Nonresponsive.

6              THE COURT:  Sustained.

7    BY MS. MEDETIS:

8    Q.   Were you arrested again when you returned to Egypt in 1990,

9    in December?

10   A.   Yes.  I was arrested again.

11   Q.   Okay.  And you then had a hearing on December 29th, 1990,

12   where they had another trial and you were acquitted on a

13   technicality.  Correct?

14             MR. ADELSTEIN:  Objection --

15             MR. HOROWITZ:  Objection to the form.

16             MR. ADELSTEIN:  -- to the form.

17             MR. HOROWITZ:  Reserve a motion, Judge.

18             THE COURT:  Sustained.

19             Rephrase your question.

20   BY MS. MEDETIS:

21   Q.   You were acquitted because of an unlawful search and

22   seizure.  Correct?

23             MR. ADELSTEIN:  Objection.

24             MR. HOROWITZ:  Reserve a motion.

25             THE COURT:  Sustained.

```
 1              Rephrase your question.

 2   BY MS. MEDETIS:

 3   Q.  You were acquitted.  Correct?

 4   A.  I understand that now.  Yes.

 5   Q.  Okay.  You were then deported again on January 4th, 1991,

 6   for a second time out of Egypt.  Correct?

 7   A.  That's correct.

 8   Q.  You were on Air France and you, by way of a TWA connecting

 9   flight, got back to Columbus, Ohio.  Correct?

10   A.  That is correct.

11              MS. MEDETIS:  Permission to publish Government's

12   Exhibit 35?

13              THE COURT:  You may.

14   BY MS. MEDETIS:

15   Q.  I'm showing you Page 22 of Government's Exhibit 35.

16       That was the limiting stamp that the US Embassy put in your

17   passport at the time to make sure that you did not go anywhere

18   but the United States when you left Egypt.  Correct?

19              MR. ADELSTEIN:  Objection to the form of the question.

20              MR. HOROWITZ:  Also, hearsay.

21              MS. MEDETIS:  I'll withdraw the question, your Honor.

22              THE COURT:  You're withdrawing it?

23              MS. MEDETIS:  Certainly.

24              THE COURT:  Okay.

25
```

1    BY MS. MEDETIS:

2    Q.   This portion that you're looking at of your passport

3    stamp -- and, again, this is Government's Exhibit 35 -- this is

4    the passport that you used to travel into Haiti on the second

5    trip in October, 1990.  Correct?

6    A.   That's correct.

7    Q.   And directing your attention to Page 22, that was affixed

8    by members of the US Embassy in Cairo.  Correct?

9              MR. HOROWITZ:  Objection.

10             MR. ADELSTEIN:  Objection.

11             THE COURT:  Overruled.

12             If he knows, he can answer.

13             THE WITNESS:  They put that in there because they had

14   forwarded --

15             MS. MEDETIS:  Objection.  Nonresponsive.

16             THE COURT:  Sustained.

17   BY MS. MEDETIS:

18   Q.   Sir, I'm just asking you a "yes" or "no" question.

19        Did you see them affix this to this passport before you

20   left?

21   A.   Did I see them?  No.  But it was affixed.  Yes.

22   Q.   After you returned to the United States at some point in

23   1991, thereabouts, you moved to Winter Haven, Florida.

24   Correct?

25   A.   Yes, ma'am.

1    Q.   You had stated that you were arrested on charges of sexual

2    abuse of minors.  Correct?  You stated that on direct

3    examination.

4    A.   Yes, ma'am.

5    Q.   And you had stated that black youths that were living next

6    to a Haitian family were your accusers.  Correct?

7    A.   Yes.

8    Q.   But in 2006, when you were interviewed by the Haitian

9    National Police, you said something different.  Correct?

10   A.   I don't believe so.

11   Q.   Well, isn't it true, sir, that when the Haitian National

12   Police asked you about this 1990s case in Winter Haven, you had

13   said that the reason for --

14          MR. ADELSTEIN:  Objection.  Hearsay.

15          THE COURT:  Sustained.

16          Rephrase your question.

17   BY MS. MEDETIS:

18   Q.   You've stated in 2006 that the --

19          MR. ADELSTEIN:  Objection.  Hearsay.

20          THE COURT:  Come on up.

21          (Whereupon, the following proceedings were had at

22   side-bar outside the presence of the jury:)

23          MS. MEDETIS:  Your Honor, I was going to ask about a

24   prior inconsistent statement that the Defendant made in 2006

25   regarding the 1991-92 Winter Haven proceedings and the basis of

1   it -- I'm sorry -- who his accusers were.

2          On direct examination, he stated that it was a group

3   of black American youths that accused him.

4          In 2006, he stated that, "I had gone to Miami in the

5   year 1991 and there were lots of black Haitians who saw me

6   driving a beautiful car, but I was not working.  And they asked

7   where I got the money to drive such a successful -- such a

8   beautiful car."

9          THE COURT:  That was why he was arrested?

10          MS. MEDETIS:  That was the -- he had gone into the

11   reasons his accusers accused him.  And it's inconsistent with

12   what he said in 2006 about why his accusers accused him in

13   Winter Haven.

14          MR. ADELSTEIN:  His statement was he did not tell them

15   anything inconsistent.  So it's hearsay.

16          THE COURT:  I'm sorry?

17          MR. HOROWITZ:  Mr. Carter testified that what he told

18   this jury was not inconsistent with what he told the Haitian

19   police in 2006.  Therefore, he cannot be impeached.

20          THE COURT:  Well, he testified that he was arrested in

21   Winter Haven because a black youth living with a Haitian family

22   next door accused him of sexual abuse.

23          MR. HOROWITZ:  Yes, your Honor.

24          THE COURT:  And as I understand it, the Government is

25   now stating that he told the Haitian National Police something

 1   different about that arrest in 2006.

 2          Is that what you're alleging?

 3          MS. MEDETIS:  That's correct.  That he was arrested

 4   for sexual abuse charges, because there were black Haitians who

 5   saw him driving a car -- an expensive car.  He wasn't working,

 6   and they wanted to know where he was getting the money for the

 7   car.

 8          THE COURT:  But he was arrested for sexual abuse?

 9          MS. MEDETIS:  Correct.  And the implication is that he

10   was being extorted.

11          MR. HOROWITZ:  Judge, but in between, the prosecutor

12   asked Mr. Carter whether he had told Haitian police in 2006

13   anything -- a different version or something inconsistent.

14          And Mr. Carter's answer was no, he had not.

15          MS. MEDETIS:  And that's not true.  And so we intend

16   to impeach him on that.

17          THE COURT:  Well, they didn't really go into the

18   reasons why he said he was accused.  They only went into the

19   fact that he was accused by a black youth who lived -- who was

20   staying with a Haitian family next door.

21          So I do not find it's inconsistent.  I'll sustain it.

22          MS. MEDETIS:  Certainly, Judge.

23          MR. HOROWITZ:  Thank you, your Honor.

24          (Whereupon, the following proceedings were had in open

25   court:)

1           THE COURT:  Everyone's back.

2           You may proceed.

3   BY MS. MEDETIS:

4   Q.   I'd like to go back to the second arrest in Egypt, if I

5   may.

6   A.   Yes, ma'am.

7   Q.   You were, to clarify, acquitted of everything outright.

8   Correct?

9   A.   That's my understanding, yes, ma'am, although I didn't know

10  that I was actually being charged with --

11          MS. MEDETIS:  Objection.  Nonresponsive.

12          THE COURT:  Sustained.

13  BY MS. MEDETIS:

14  Q.   And so your arrest in Egypt was not because you were a spy.

15  Correct?

16  A.   It was --

17  Q.   Or suspected of being a spy, I should say.  Correct?

18  A.   That was my understanding, that that was one of the reasons

19  why they were arresting me.

20  Q.   So your understanding was also that you were being arrested

21  on child molestation charges as well.  Correct?

22  A.   No.  That was not my understanding.

23          MR. HOROWITZ:  Objection.  Asked and answered.

24          THE COURT:  Overruled.

25

1    BY MS. MEDETIS:

2    Q.   And your understanding, as a result of these arrests and

3    various court proceedings, was that you were being arrested on

4    child molestation charges, not because you were a spy.

5    Correct?

6    A.   That's not true.   No.

7    Q.   And you were arrested not because you were a Christian and

8    because there were Muslims in Egypt, but because there were

9    sexual abuse allegations against you.   Correct?

10   A.   I had no awareness of that at the time.   I've only learned

11   that recently.

12           MS. MEDETIS:   Objection.   Nonresponsive.

13           THE COURT:   Sustained.

14           MS. MEDETIS:   Your Honor, permission to publish

15   Government's Exhibit 37-A?

16           THE COURT:   You may.

17   BY MS. MEDETIS:

18   Q.   Sir, I'm showing you Government's Exhibit 37-A.

19        Do you recognize that?

20   A.   Yes, ma'am.

21   Q.   That was the June 10th, 1996, letter, that you had written

22   and signed.   Correct?

23   A.   Yes, ma'am.

24   Q.   And you were asked about the names on direct examination,

25   the names in English listed of the board of directors.

 1   Correct?

 2   A.   Yes, ma'am.

 3   Q.   And you testified that you had made these names up.

 4   Correct?

 5   A.   That's correct.

 6   Q.   And that you did that because you wanted to have the -- to

 7   appear like a legitimate entity.   Correct?

 8   A.   That was at the advice of the lawyer, my friend.   Yes.

 9   Q.   Okay.   And you never used these names before.   Correct?

10   You had never used these fake names before.   Correct?

11   A.   I had used one of them in England when I wrote periodicals

12   for a magazine.

13   Q.   But only when you wrote periodicals for a magazine?

14   A.   Huh?

15   Q.   You used the name in England only so that you could write

16   periodicals in a magazine?

17   A.   It was a pen name when I wrote one or two articles for *New*

18   *Society*.   That was a social service magazine.

19   Q.   And you're referring to the name B.L. Harrington or

20   Benjamin Lee Harrington.   Correct?

21   A.   That's correct.   Yes.

22   Q.   But you had also used that name in 1977 to write -- well,

23   let me rephrase.

24        You had used the name B.L. Harrington or Benjamin Lee

25   Harrington as it appears in this letterhead impersonating a

1    chairman of the Morning Star Evangelical Society.  Correct?

2              MR. ADELSTEIN:  Objection to the form of the question.

3              THE WITNESS:  Overruled.

4    BY MS. MEDETIS:

5    Q.  You may answer, sir.  Correct?

6    A.  Could you repeat the question.

7    Q.  Yes.

8        You had used the name B.L. Harrington or Benjamin Lee

9    Harrington in 1977 in a letter claiming to be the chairman of

10   the Morning Star Evangelical Society.  Correct?

11   A.  I do not recall that letter.  But I may have.  Yes.

12   Q.  And you also -- the letter that you wrote in 1977 was to

13   Mr. Gill, your former boss, at Reynolds House.  Correct?

14   A.  Yes.  Yes.  And I can --

15   Q.  And you had written that letter asking for an open letter

16   of recommendation.  Correct?

17   A.  That is correct.

18   Q.  And you had used your sister's Tampico Trail address.

19   Correct?

20   A.  That's right.

21   Q.  And so it is your testimony that you were impersonating

22   somebody under the name B.L. Harrington to get a letter of

23   recommendation from your former boss who fired you.  Correct?

24   A.  I don't know if he fired me.  You know, this -- this has

25   gone back and forth between us.  But he --

1          MS. MEDETIS:  Objection.  Nonresponsive.

2          THE COURT:  Sustained.

3   BY MS. MEDETIS:

4   Q.  Going back to Government's Exhibit 37-A, the person listed

5   as "Joshua Cane, Secretary":  That's your current pen name.

6   Correct?

7   A.  It's a pen name.  Yes, ma'am.

8   Q.  It's your current pen name.  Correct?

9   A.  Yes, ma'am.

10  Q.  And William Harcourt:  That name you chose as treasurer

11  because that's your former name.  Correct?

12  A.  Yes.

13  Q.  Do you care to explain to the jury the other reasons for

14  the other names that you chose, sir?

15  A.  The very bottom one is a pastor in Haiti.

16  Q.  That's a real person?

17  A.  Yeah.  And the other ones are just fictitious names.

18  Q.  And you signed this letter.  Correct?

19  A.  Yes, ma'am.

20  Q.  Knowing that these were false names.  Correct?

21  A.  Yes.

22  Q.  And you had mentioned that this was under the advice of

23  your counsel -- Mr. Guillioux, was it?

24  A.  "Guillioux."

25  Q.  But he did not force you to sign this letter and adopt this

1    as your board of directors.  Correct?

2    A.  No, ma'am.  He just drafted the letter in French from the

3    English.

4    Q.  And you signed it, knowing that the board of directors was

5    false and that this contained false information.  Correct?

6    A.  Yes, ma'am.

7    Q.  Another question about Government's Exhibit 37-A:  At the

8    very top there, it says "Matthew A. Carter, DD."

9         You said that that stands for "doctorate of divinity."

10   Correct?

11   A.  Yes.

12   Q.  The doctorate of divinity is a honorary degree.  Correct?

13   A.  Yes, ma'am.

14   Q.  And that is typically given by an accredited university

15   for --

16              MR. ADELSTEIN:  Objection to the form of the question.

17              THE COURT:  Sustained.

18   BY MS. MEDETIS:

19   Q.  The doctorate of divinity is an honorary degree given for

20   accomplishments in academia.  Correct?

21   A.  I'm sure that's one of the reasons.  Yes.

22   Q.  And who gave you this "That you were using?

23   A.  This was out of California.  And I had made application.  I

24   sent in a summary of experience.  And it was to obtain --

25   actually, it was to obtain a card so I could use the card for

1  discounts on airlines.

2  Q.  So it was through an application -- did you pay a fee to

3  get the "?

4  A.  Yes.

5  Q.  So the "That's listed there:  That was not from a

6  university?

7  A.  No, ma'am.

8  Q.  In fact, you have testified that you never went to college.

9  Correct?

10 A.  That's correct.

11 Q.  In 1991 or '92, however, in a resume, you had claimed that

12 you had gotten a BA from the University of Michigan in 1971.

13 Correct?

14        MR. HOROWITZ:  Objection to the form of the question.

15 Assumes facts not in evidence.

16        THE COURT:  Sustained.

17        Rephrase your question.

18 BY MS. MEDETIS:

19 Q.  You had stated back in 1991 or 1992 that you obtained a BA

20 from the University of Michigan in 1971 when, in fact, you had

21 not.  Correct?

22        MR. HOROWITZ:  Same objection, your Honor.

23        THE COURT:  Overruled.

24        THE WITNESS:  I'm not sure who I was applying to.  But

25 I may have used that in substitute of the London qualifications

 1   that I had.

 2   BY MS. MEDETIS:

 3   Q.  Well, you had also stated -- you had also listed your

 4   Oxford University qualifications in addition to your Michigan

 5   degree, sir.

 6        Do you recall that?

 7            MR. HOROWITZ:  Same objection.  Assumes facts not in

 8   evidence.

 9            THE WITNESS:  I don't know the --

10            THE COURT:  One moment --

11            THE WITNESS:  -- application you're talking --

12            THE COURT:  One moment, sir.

13            Overruled.

14            Now you may answer.

15   BY MS. MEDETIS:

16   Q.  You may answer, sir.

17   A.  Now I forgot the question.

18   Q.  Okay.  You have not been to the University of Michigan.

19   Correct, sir?

20   A.  No, I have not.

21   Q.  And you have not obtained a BA in business management --

22   you did not obtain a BA degree in business management in 1971.

23   Correct?

24   A.  No.  I had not.

25   Q.  But you had stated that you had obtained such a degree on a

 1   resume from when you were living in Winter Haven in the early

 2   '90s.  Correct?

 3   A.   Correct.  I --

 4   Q.   And you also in that same resume from when you were living

 5   in Winter Haven in the early '90s stated that you had gone to

 6   Corpus Christi College and obtained certificates from Oxford

 7   University.  Correct?

 8   A.   Yes, ma'am.

 9   Q.   In fact, you had also stated that, between 1983 and 1987,

10   you were working for Morning Star International.  Correct?

11   A.   Yes, ma'am.

12   Q.   And, in fact, it was during that time, the early '80s, that

13   you tried to start Morning Star for the first time.  Correct?

14   A.   No.  I didn't -- Morning Star was an organized program.

15   But I wasn't functioning as a fixed location.  Just using that

16   title.

17   Q.   So you were using the title of another entity even though

18   you were not part of that entity or affiliated with them.

19   Correct?

20   A.   Morning Star.  I was Morning Star.  Yes.

21   Q.   And you're saying today that you were not part of Morning

22   Star International?

23   A.   Yes.

24   Q.   You were part of Morning Star International?

25   A.   That's what I just said.

Carter - CROSS - By Ms. Medetis                    157

1    Q.    In the early 1980s, sir?

2    A.    I used that title.  Yes.

3    Q.    When you say you used that title, do you mean you were

4    working for them or not working for them, sir?

5    A.    I was Morning Star International in that sense.  And I was

6    traveling during that period of time.

7    Q.    So you were Morning Star International.  You had a company

8    or an organization?

9    A.    No.  No.  It was just a title.

10   Q.    Title of what, sir?

11   A.    A title to identify, you know, as I was traveling

12   throughout Europe and I was teaching.  And I used that because

13   I had been in and out of Haiti and there was an early

14   recognition in Haiti using that.

15   Q.    You had stated that you were part of a Christian youth

16   ministry and education facility in Port-au-Prince.

17   A.    That's right.  That was the early -- the earliest

18   recognition of the program in Haiti.

19   Q.    Okay.  So when you had talked about your experiences in the

20   '80s in Haiti on direct examination, you had stated that your

21   only missionary affiliation had been with Mission Possible,

22   accompanying a quartet through the United States.

23         Do you recall that?

24   A.    I recall that.  Yes, ma'am.

25   Q.    But now you're testifying that you also worked for or did

```
 1    something called Morning Star International during that same

 2    period.  Correct?

 3               MR. HOROWITZ:  Objection to the form of the question.

 4               THE COURT:  It's compound.

 5               Rephrase your question.

 6               MS. MEDETIS:  I'll start from the beginning, if I may,

 7    your Honor.

 8    BY MS. MEDETIS:

 9    Q.  You had testified on direct examination that, during the

10    early '80s, your experience with missions in Haiti was with

11    Mission Possible.  Correct?

12    A.  No.  I said that I had a temporary position with them and I

13    did a specific project with them.

14    Q.  And you did not testify about having started this early

15    incarnation of Morning Star International.  Correct?

16    A.  Correct.  I was never asked.

17    Q.  You were asked, sir, generally about your missionary

18    experiences in the '80s.

19         Do you recall that?

20    A.  Yes, ma'am.

21    Q.  And you left out Morning Star International.  Correct?

22               MR. ADELSTEIN:  Objection --

23               MR. HOROWITZ:  Objection.

24               MR. ADELSTEIN:  -- to the form.

25               THE COURT:  Sustained.
```

```
 1              MR. HOROWITZ:  Move to strike.

 2              MS. MEDETIS:  I'll withdraw it, your Honor.

 3              THE COURT:  I sustained the objection.

 4    BY MS. MEDETIS:

 5    Q.  Now, you had talked about obtaining -- or you had applied

 6    for -- you had obtained a certification a few years ago.

 7         Do you recall that?

 8    A.  Are you talking in child care, ma'am?

 9    Q.  I'm sorry, sir?  I didn't hear.

10    A.  Are you talking about child care qualifications?

11    Q.  No.  Let me clarify.

12         You were asked on direct examination about any

13    certifications as a missionary.  Do you recall that?  Whether

14    you had obtained any certifications as a missionary.  Do you

15    recall that?

16    A.  No, ma'am.

17    Q.  You had testified that a few years ago you had received

18    such a certification from --

19    A.  Oh.

20    Q.  -- Kingsway.

21    A.  Yes.  I was a member of Kingsway Fellowship.  Yes.

22    Q.  And that was in 2010.  Correct?

23    A.  2009, 2010, that time frame.

24    Q.  And that certification had expired on October 31st, 2010.

25    Correct?
```

1   A.   I believe so.

2   Q.   And you had sent a renewal application.  Correct?

3   A.   That's correct.

4   Q.   And in that renewal application, you lied.  Correct?

5   A.   I don't....

6   Q.   Well, in that renewal application, you stated that your

7   wife had died in 1984.

8        Do you recall that?

9             MR. ADELSTEIN:  Objection.

10            MR. HOROWITZ:  Objection.  Hearsay, assumes facts not

11   in evidence.

12            THE COURT:  Overruled.

13            THE WITNESS:  I don't remember writing that.  But I --

14   BY MS. MEDETIS:

15   Q.   Okay.  And you had also -- in response to the question,

16   "Have you ever been arrested, charged or convicted for any

17   crimes?", you checked off "no" when, in fact, you had

18   previously been arrested for crimes.  Correct?

19   A.   Any crime I've ever been arrested for, I was acquitted and

20   I was totally exonerated.

21            MS. MEDETIS:  Objection.  Nonresponsive, your Honor.

22            THE COURT:  Sustained.

23   BY MS. MEDETIS:

24   Q.   My question, sir, was:  In your Kingsway application, in

25   your response to the question on the application, "Have you

 1   ever been arrested, charged or convicted for any criminal

 2   act?", you checked "no."

 3        That is, in fact, not true.  Correct?

 4             MR. ADELSTEIN:  Objection --

 5             MR. HOROWITZ:  Asked and answered.

 6             MR. ADELSTEIN:  -- to the form of the question.  And

 7   asked and answered.  She's also reading from a document not in

 8   evidence.

 9             THE COURT:  Rephrase your question.

10             Sustained.

11   BY MS. MEDETIS:

12   Q.  In 2010, you represented that you had never been arrested.

13   Correct?

14   A.  To my understanding, if you are acquitted, that means --

15             MS. MEDETIS:  Objection.  Nonresponsive.

16             MR. ADELSTEIN:  Excuse me.

17             THE COURT:  Sustained.

18   BY MS. MEDETIS:

19   Q.  The question, sir, is -- I'll rephrase.

20        The question, sir, is:  When you were asked if you were

21   arrested, you said "no."  Correct?

22             MR. ADELSTEIN:  Objection.  Calls for hearsay.

23   Assumes facts not in evidence.

24             THE COURT:  Overruled.

25

1   BY MS. MEDETIS:

2   Q.   Shall I repeat the question, sir?

3   A.   No.

4        It was:  Have you been arrested?

5   Q.   Yes, sir.

6        Have you ever been arrested?  And your answer was "no."

7   Correct?

8   A.   That's right.

9   Q.   But you have, in fact, been arrested.  Correct?

10  A.   Yes, I have.

11  Q.   On multiple occasions.  Correct?

12  A.   I've been arrested on other occasions.  Yes.

13  Q.   Okay.

14  A.   And been acquitted.

15  Q.   And been acquitted.

16       But you've been arrested.  Correct?

17           MR. ADELSTEIN:  Objection.  Asked and answered.

18           THE COURT:  Sustained.

19  BY MS. MEDETIS:

20  Q.   In 2010, you also represented that you were in 1979

21  studying under a Reverend Graham Jordan in South London.

22  Correct?

23           MR. HOROWITZ:  Objection.  Assumes fact not in

24  evidence, hearsay.

25           THE COURT:  Sustained.

 1  BY MS. MEDETIS:

 2  Q.  You were in 1979 in the United States.  Correct?

 3  A.  Yes, ma'am.

 4          MR. ADELSTEIN:  Judge, could we take a five-minute

 5  break, maybe?

 6          THE COURT:  Sure.

 7          MR. ADELSTEIN:  Thank you.

 8          THE COURT:  Do not discuss this case either amongst

 9  yourselves or with anyone else.  Have no contact whatsoever

10  with anyone associated with the trial.

11          Do not read, listen or see anything touching on this

12  matter in any way, including anything in the media, anything on

13  the Internet or anything on any access device.

14          If anyone should try to talk to you about this case,

15  you should immediately instruct them to stop and report it to

16  my staff.

17          You may leave your notebooks at your chairs.  Please

18  be back in the jury room in ten minutes.

19          (Whereupon, the jury exited the courtroom at 3:03 p.m.

20  and the following proceedings were had:)

21          THE COURT:  We're in recess for ten.

22          (Thereupon a recess was taken, after which the

23  following proceedings were had:)

24          THE COURT:  We're back on United States of America

25  versus Matthew Andrew Carter, Case No. 11-20350.

 1              Counsel, state your appearances, please, for the
 2    record.
 3              MS. MEDETIS:  Yes.  Good afternoon, your Honor.
 4              Maria Medetis and Bonnie Kane on behalf of the United
 5    States.
 6              MR. HOROWITZ:  Good afternoon, your Honor.
 7              Phil Horowitz, Stu Adelstein on behalf of Matthew
 8    Carter, who's present before the Court, along with our
 9    investigator, Reginald Hope.
10              THE COURT:  Let's bring in the jurors, please.
11              (Whereupon, the jury entered the courtroom at
12    3:16 p.m. and the following proceedings were had:)
13              THE COURT:  You may be seated.
14              THE COURT SECURITY OFFICER:  There's one juror
15    missing, your Honor.
16              THE COURT:  You may be seated.
17              You are still under oath, sir.
18              You may proceed, Ms. Medetis.
19              MS. MEDETIS:  Thank you, your Honor.
20    BY MS. MEDETIS:
21    Q.  Sir, on direct examination, you were asked about the
22    visitation policy for parents of the kids at the Morning Star
23    Center.
24        Do you remember that?
25    A.  Yes, ma'am, I do.

Carter - CROSS - By Ms. Medetis                165

1    Q.   And you had testified that it was an open policy, that the

2    parents could visit whenever they wanted.  Is that correct?

3    A.   Unless there was a particular reason that endangered the

4    child, it was an open policy.  Yes.

5    Q.   So was it not the policy of the Morning Star Center to

6    restrict the parents' access to only monthly visits of their

7    child?

8    A.   No.  Not necessarily.  Some of them came monthly.

9    Q.   And -- but it was not -- but it is your testimony that you

10   did not limit parents from visiting their children to only once

11   a month.  Correct?

12   A.   That's correct.

13   Q.   And the visitation policy was clear that parents could not

14   stay overnight at the Morning Star Center.  Correct?

15   A.   That's correct.  And once the evening --

16            MS. MEDETIS:  Objection.  Nonresponsive.

17            MR. ADELSTEIN:  Excuse me.  He's entitled to answer

18   and explain his answer.

19            THE COURT:  He answered it.

20            Wait for a question.

21   BY MS. MEDETIS:

22   Q.   And you had also testified that there were annual meetings

23   and then biannual meetings after a while.  Correct?

24   A.   That is correct.

25            MS. MEDETIS:  Your Honor, permission to publish

Carter - CROSS - By Ms. Medetis          166

1    Defendant's Exhibit 15?

2          THE COURT:  You may.

3    BY MS. MEDETIS:

4    Q.  Sir, I'm directing your attention to the monitor in front

5    of you, showing Defense Exhibit 15.

6          Can you see that?  Is that clear?

7    A.  I can see it.  Yes.

8    Q.  Do you want me to zoom in?  Does that help?

9    A.  That's much better.

10   Q.  Now, I want to direct your attention to the entry -- I'll

11   underline it in red -- where it says "Berly, staff toilet."

12         Do you see that, sir?

13   A.  Yes, ma'am.

14   Q.  The staff toilet referred to in this document is actually

15   your personal toilet, correct, your bathroom?

16   A.  Yes, ma'am.

17   Q.  And you testified that you're the only person that gets to

18   use that bathroom.  Correct?

19   A.  Myself, the housemother, guests would use it, and in my

20   absence when I'm in America, the supervisors.

21   Q.  Okay.  But unless you were a supervisor, the children that

22   lived in the house could not use your bathroom.  Correct?

23   A.  That's correct.  They used the outdoor toilet.

24   Q.  The outdoor toilet.

25         And just to be clear, this Defendant's Exhibit 15 was the

 1   list of daily chores posted on the center at the time of the

 2   search on May 8th, 2011.  Correct?

 3   A.   Yes.  That's correct.

 4   Q.   And you, in fact, created these daily chores on your own.

 5   Correct?

 6   A.   No.  It was made in conjunction with the housemother and

 7   the supervisors.

 8   Q.   I thought the testimony, sir, was that you did not have a

 9   housemother at Tabarre.

10            MR. HOROWITZ:  Objection to the form of the question.

11            THE COURT:  Rephrase your question.

12            Sustained.

13   BY MS. MEDETIS:

14   Q.   Was it not your testimony, sir, that there was not a

15   housemother at Tabarre?

16            MR. HOROWITZ:  Objection.

17            THE WITNESS:  I believe my testimony was --

18            MR. HOROWITZ:  Objection to the form.

19            THE COURT:  Overruled.

20            THE WITNESS:  My previous testimony is stated that

21   Lucien was there, the housemother was there, but she was absent

22   during periods of illness.  So it was -- and, in fact, she was

23   not -- when she came at Tabarre, she was not paid.

24   BY MS. MEDETIS:

25   Q.   And Lucien is a Haitian woman.  Correct?

1    A.   Yes, ma'am.

2    Q.   The mother of Junior, one of the former residents.

3    Correct?

4    A.   Yes, ma'am.

5    Q.   She does not speak any English.  Correct?

6    A.   She speaks a little.

7    Q.   Directing your attention to Greatest, right here, I've

8    underlined it in red.

9         Can you see that?

10   A.   Yes.

11   Q.   There it references the staff bathroom -- I'm sorry -- the

12   staff bedroom.  Pardon me.

13        That is, in fact, your bedroom when you referred to the

14   staff bedroom.  Correct?

15   A.   That is correct.

16   Q.   And beginning in 1995, when you started the Morning Star

17   Center, through 2011, you were the head honcho of the Morning

18   Star Center.  Correct?

19   A.   Yes, ma'am.

20   Q.   You were the director.  Correct?

21   A.   Of course.  I was --

22   Q.   You were --

23   A.   -- the director.

24   Q.   I'm sorry to interrupt you.

25   A.   I was the director.  Yes.

1    Q.   You were in charge.  Correct?

2    A.   Yes.

3    Q.   And so you were the ultimate decision-maker.  Correct?

4    A.   Yes.

5    Q.   Okay.  Now, sir, listed here, the daily chores, again,

6    Defense Exhibit 15, you are not listed as having any chores

7    around the house.  Correct?

8    A.   That is correct.

9    Q.   And so, if -- based on this list of chores -- well, you

10   would agree this is a very exhaustive list of chores.  Correct?

11            MR. HOROWITZ:  Objection to the form of the question.

12            THE COURT:  Sustained.

13            Rephrase your question.

14   BY MS. MEDETIS:

15   Q.   This is a very exhaustive list of chores.  Correct?

16            MR. HOROWITZ:  Same objection.

17            THE COURT:  Sustained.

18            Rephrase your question.

19   BY MS. MEDETIS:

20   Q.   Would you characterize this as a long list or a short list

21   of chores, sir?

22            MR. HOROWITZ:  Objection to the form of the question.

23            THE COURT:  Overruled.

24            THE WITNESS:  It was a list that was compiled so every

25   child had some responsibilities in the house.  So it's a rather

 1  lengthy list.  Yes.

 2  BY MS. MEDETIS:

 3  Q.  A rather lengthy list.

 4     In fact, it talks about Tiga cleaning the stove and the

 5  outside toilet.  Correct?

 6  A.  That's correct.

 7  Q.  And Son Son's responsibility was the gallery.  Correct?

 8  A.  Yes, ma'am.

 9  Q.  And Ti Makin's responsibility was to clean the front yard

10  and the barrels.  Correct?

11  A.  That's correct.

12  Q.  And Jean Eddy's responsibility was to clean the living room

13  and he had some responsibility with an inverter.  Correct?

14  A.  Yes, ma'am.

15  Q.  And Nason had responsibility to clean your room, make you

16  coffee and assist you with meds.  Correct?

17  A.  That's correct.

18  Q.  And Dadou was responsible for cleaning the kitchen.

19  Correct?

20  A.  Yes, ma'am.

21  Q.  And Berly was responsible for cleaning your toilet, your

22  bathroom.  Correct?

23  A.  Yes, ma'am.

24  Q.  And he had some sort of responsibility relating to coolers,

25  it says there.  Correct?

1    A.   That is correct.  Yes.

2    Q.   And Dodo -- let me back up for a second.

3         Nason, that is Ricardo Xxxxx.  Correct?

4    A.   That is Ricardo Xxxxx.  Yes, ma'am.

5    Q.   And Dodo, that was Dominique Xxxxxx.  Correct?

6    A.   Dominique Xxxxxx.

7    Q.   And his responsibility was to sweep the machine and dogs.

8    Correct?

9    A.   It was the machine, to sweep the clinic and then to care

10   for the dogs.

11   Q.   Greatest's responsibility, in addition to hospitality, was

12   to clean your room and the pee bucket.  Correct?

13   A.   That is correct.

14   Q.   And Stanley's responsibility was also hospitality and it

15   was also to clean the front yard and help you.  Right?

16   A.   Yes, ma'am.

17   Q.   Bertrand's responsibility was the plants and cleaning the

18   yard?

19   A.   That's correct.

20   Q.   And Ben Ben's responsibility was your clothing.  Correct?

21   When it says staff clothing, that means your clothing.

22   Correct?

23   A.   Yes.

24   Q.   And it was his responsibility to clean your clothing.

25   Correct?

Carter - CROSS - By Ms. Medetis                172

1   A.   No, ma'am.

2   Q.   It was his responsibility to fold your clothing.  Correct?

3   A.   Put them on hangers, hang them in the toilet rack.

4   Q.   And Joel's responsibility was to clean the outside kitchen?

5   A.   Yes, ma'am.

6   Q.   Were there two kitchens at the Tabarre house?

7   A.   Yes, ma'am.  There was the inside kitchen, which had the

8   propane stove and the refrigerator and the freezer.  The

9   outside was more Haitian style with the -- you could use for

10  the charcoal and the pots.

11  Q.   So like barbecue.  Right?

12  A.   In a sense.  Not quite.  No.  Not a barbecue.

13  Q.   Okay.

14  A.   It was how the Haitians in their rural districts certainly

15  and -- they would normally cook their food.

16  Q.   That was their heating source, the charcoal grill of some

17  kind.  Is that what you're saying?

18  A.   Yes.

19  Q.   And so then Jean Eddy -- I'm sorry -- Dadou, who's name is

20  David Xxxxxxx, cleaned the inside kitchen.  Correct?  Dadou

21  cleaned the inside kitchen.  Correct?

22  A.   That's correct.

23  Q.   And Joel cleaned the outside kitchen.  Correct?

24  A.   That's correct.

25  Q.   And your food was cooked in the inside kitchen.  Correct?

1   A.   Yes.  Normally, it was in the inside kitchen.

2   Q.   And the boys' food was cooked in the outside kitchen.

3   Correct?

4   A.   Not all the food.  Most of it was cooked inside.

5   Q.   So, then, the purpose of the outside kitchen was what, sir?

6   A.   It was an alternative as well as the sun ovens that we had

7   on the roof.

8   Q.   The sun oven?

9   A.   Sun ovens.  We had three sun ovens to cook.

10   Q.   And going back to this list of chores, it was Mathieu's

11   responsibility to buy bread and to clean tables?

12   A.   Yes, ma'am.

13   Q.   And Ti Son's only responsibility was to assist Evenson?

14   A.   Yes, ma'am.

15   Q.   Who is Evenson?

16   A.   He was another resident at the time.

17   Q.   Is he listed on this list?

18   A.   He was a weekend resident.

19   Q.   And --

20   A.   But he --

21   Q.   And Jeff's responsibility, going back to the list, was

22   staff water and dishes.  Correct?

23   A.   That is correct.

24   Q.   And staff water meant bringing you water.  Correct?

25   A.   Water in the staff toilet.  Yes.

Carter - CROSS - By Ms. Medetis                    174

1   Q.   Water in your toilet.  Correct?

2   A.   Yes.

3   Q.   And that was the water that would need to be used to flush

4   it, correct, like you described in direct examination?

5   A.   That would be water that was into a large tub, sitting on

6   top of a barrel.

7   Q.   That you would use to flush the toilet?

8   A.   For showers --

9   Q.   For showers.

10  A.   -- and flushing the toilet.

11  Q.   And flushing the toilet.  Okay.

12       And in addition to this, of course, the boys had to keep

13  their own rooms clean.  Right?

14  A.   They had to keep their own personal area clean.

15  Q.   Their own personal area in the rooms that they shared.

16  Correct?

17  A.   No.  They had their own personal area.  The room itself

18  would be designated in the morning to -- when the younger boys

19  went to school --

20  Q.   I'm sorry, sir.  You're not understanding my question.  Let

21  me rephrase.

22       The boys that lived in the center:  They shared rooms,

23  correct, at Tabarre?

24  A.   Yes, ma'am.

25  Q.   And there was multiple boys in a bedroom.  Correct?

1   A.   Yes.

2   Q.   And each boy had a bed.  Correct?

3   A.   That's right.

4   Q.   And each boy had like a basin or like a chest to keep their

5   belongings.  Correct?

6   A.   A foot locker.

7   Q.   A foot locker.  Okay?

8        And so they were responsible for keeping their area, their

9   foot locker, their bed, clean.  Right?

10  A.   That is correct.  Have their beds made and their foot

11  locker locked.

12  Q.   And that was in addition to the chores that are listed

13  here?

14  A.   Yes, ma'am.

15  Q.   So between the boys needing to keep their areas in their

16  bedroom clean and the chores listed here, that covers the

17  entire house.  Correct?

18  A.   Just about.  Yes, ma'am.

19  Q.   And so there would be no need, then, for a housemother,

20  since you had the boys doing everything.  Correct?

21  A.   Not correct.  There is a need to have a housemother or a

22  supervisor.

23            MS. MEDETIS:  Your Honor, permission to publish

24  Defendant's Exhibit 11?

25            THE COURT:  You may.

 1  BY MS. MEDETIS:

 2  Q.   Sir, can you see that?

 3  A.   Yes.

 4  Q.   I'll zoom in a little bit because I'm having problems

 5  seeing it.

 6       That's the daily routines.  Correct?

 7  A.   That is.  Yes, ma'am.

 8  Q.   And that was posted at the Tabarre residence in 2011 at the

 9  time that you left for the very last time.  Correct?

10  A.   That's right.

11  Q.   I notice, sir, that minutes are not on these daily

12  routines.

13       Why is that?

14  A.   I'm sorry, ma'am?

15  Q.   Minutes.

16  A.   Minutes.  In a sense of 8:10, 8:15, 8:20?

17  Q.   No, sir.  In the sense of having the boys rub your feet

18  with alcohol and cream.

19  A.   No, ma'am.

20  Q.   That is not on the routines list.  Correct?

21  A.   It is not on the list.

22  Q.   Nor is having the boys scratch your head.  Correct?

23  A.   No.  I don't see that.  No.  It's not on the list.

24  Q.   Now, I wanted to direct your attention --

25           MS. MEDETIS:  Your Honor, if I may publish

 1   Government's Exhibit 93?

 2            THE COURT:  You may.

 3   BY MS. MEDETIS:

 4   Q.  Do you see that, sir?  We'll go with the first column.

 5   A.  Yes, ma'am.

 6   Q.  And you had testified on direct examination that that's

 7   not -- well, in 1995, you were living at Kaye Cazeau.  Correct?

 8   A.  Cazeau.  Yes, ma'am.

 9   Q.  And you were renting there two rooms.  Correct?

10   A.  Yes, ma'am.

11   Q.  And the names listed in Government's Exhibit 93:  They all

12   lived at Kaye Cazeau with you in 1995.  Correct?

13   A.  Those listed and a couple of others.

14   Q.  You had mentioned that this is not a complete list during

15   your direct examination.  Correct?

16   A.  It's not an accurate list.  No.

17   Q.  It's not an accurate list.

18        I'm directing your attention --

19            MS. MEDETIS:  If I may publish, your Honor.

20   BY MS. MEDETIS:

21   Q.  -- to Government's Exhibit 39 --

22            THE COURT:  You may.

23   BY MS. MEDETIS:

24   Q.  -- which 93 references in the first column.

25        You recall seeing this during trial, sir?

```
 1   A.  Yes, ma'am.

 2   Q.  And the title of this is "List of Kids at Mission, 1995."

 3   Correct?

 4   A.  Yes, ma'am.

 5   Q.  And it lists five kids.  Correct?

 6   A.  That's correct.

 7   Q.  And it lists Xxxxx, Junior.  Correct?

 8   A.  Yes, ma'am.

 9   Q.  And it lists Xxxxxxxx, Jobed.  Correct?

10   A.  Yes.

11   Q.  And it lists Xxxxx, Peterson?

12   A.  Yes.

13   Q.  And it lists Xxxxxx, Dieucibon.  Correct?

14   A.  Yes.

15   Q.  And it lists Edmer Xxxxxx.  Correct?

16   A.  Eddy Xxxxxx.  Correct.

17   Q.  But there it's spelled E-d-m-e-r, X-x-x-x-x-x.  Correct?

18   A.  It's Xxxxxxx, his name.

19   Q.  But in Government's 39, it's spelled E-d-m-e-r,

20   X-x-x-x-x-x.  Correct?

21   A.  Right.  That's a misspelling.

22   Q.  After those five names, we see a line going across the page

23   and then a diagonal line going down the page.

24       Do you see that, sir?

25   A.  Yes, ma'am.
```

1    Q.   And then, if you go down a little bit further to the bottom

2    left -- and I'll zoom in -- you see a stamp bearing your name.

3    Correct?

4    A.   That's correct.

5    Q.   Okay.  And that is, in fact, a stamp that you used

6    regularly as the director of the Morning Star.  Correct?

7    A.   Yes, ma'am.

8    Q.   And the circular stamp next to it is a stamp stating

9    "Morning Star International, Croix des Bouquets."  Correct?

10   A.   That's correct.

11   Q.   And that stamp, too, you used regularly.  Correct?

12   A.   Yes, ma'am.

13   Q.   And this document was in your files.  Correct?

14   A.   It was.  Yes.

15   Q.   And so it's your testimony that Government's Exhibit 93,

16   which is based on Government's Exhibit 39, is not a complete

17   list of the kids that were living at the Kaye Cazeau house.

18   Correct?

19   A.   That is correct.  That was --

20   Q.   Okay.  I'm sorry.  I didn't mean to cut you off.  Did you

21   have more to say?

22   A.   I said that list was compiled by Ann Williams -- Sister Ann

23   Williams and -- at Kaye Cazeau.  She compiled that when we were

24   living at another location and --

25            MS. MEDETIS:  Objection.  Nonresponsive.

Carter - CROSS - By Ms. Medetis          180

```
 1                THE COURT:  Sustained.

 2                MS. MEDETIS:  Permission to publish Government's

 3    Exhibit 40?

 4                THE COURT:  You may.

 5    BY MS. MEDETIS:

 6    Q.   Sir, do you recall seeing Government's Exhibit 40?

 7    A.   Yes, I do.

 8    Q.   And the title of this document is "Photo of Kids, 1995."

 9    Correct?

10    A.   Yes, ma'am.

11    Q.   And the photos -- the children depicted in this exhibit:

12    They all lived with you at Kaye Cazeau.  Correct?

13    A.   That's correct.  Plus, a couple of others.

14    Q.   Which others were they?

15    A.   Jobed's brother, Ulrich.  We had Suprinord, Alexi, who was

16    with his mother, who was a housemother.  I think that's about

17    it.

18         There was another boy, Mikael, who was from the village.

19    He was there for a while and then he went home.

20    Q.   When you say "there," you mean in 1995 at Kaye Cazeau.

21    Correct?

22    A.   Yes.

23    Q.   And so it's your testimony, sir, that in Kaye Cazeau, in

24    two rooms, you had living there these four boys, plus another

25    three boys, plus a housemother, plus another mother.  Correct?
```

Carter - CROSS - By Ms. Medetis                181

1  A.   No.   There were staff rooms.   There was what you would call

2  servants' quarters downstairs.

3  Q.   So, then, you were renting three rooms at Kaye Cazeau?

4  A.   No.   The servant quarters came with the house.   It was part

5  of an adjacent building.   And that's where Lucien and Margarita

6  and their children stayed.

7  Q.   Sir, you testified on direct examination that you did not

8  have illicit sexual contact or engage in illicit sexual acts

9  with any of the boys in your care in Haiti.   Correct?

10 A.   That is correct.

11 Q.   And so, then, as to Jean Dieucibon Xxxxxx, you did not put

12 peanut butter on his penis and perform oral sex on him.

13 Correct?

14 A.   No, ma'am, I did not.

15 Q.   And as to Jobed Xxxxxxxx, you did not make him masturbate

16 you?

17 A.   No, ma'am, he did not.

18 Q.   And as to Peterson Xxxxxx, you did not perform oral sex on

19 him?

20 A.   No, ma'am.

21 Q.   You did not have him masturbate you in exchange for

22 anything?

23 A.   No.

24 Q.   And Odelin Xxxxxxxxx, Peterson Petit Xxxxxxx, Schlender

25 Xxx, Jimmy Xxxxx:   No illicit sexual conduct with them either,

Carter - CROSS - By Ms. Medetis                182

1    sir?

2    A.   No, ma'am.

3    Q.   Wadley Xxxxxxxx, Josue Xxxxxxx, Jean Ekens Xxxxxx, Ricardo

4    Xxxxx:  You did not perform oral sex on any of those boys?

5    A.   That is correct.  I did not.

6    Q.   And you did not have those boys masturbate you in exchange

7    for items of value, sir?

8    A.   That is correct.

9    Q.   Ricardo Xxxxx, Widson Xxxx, Carlos Xxxxxxxx, Jorel Xxxxxxx,

10   Greatest Xxxxxxx:  It's your testimony that you did not have

11   any sexual contact with those boys either.  Correct?

12   A.   That is my testimony.  Yes, ma'am.

13   Q.   And Stephen Xxxxx and the XxXxxxx brothers from 30 years

14   ago, it's your testimony that you did not have any sexual

15   contact with them either.  Correct?

16   A.   That is correct.

17   Q.   You did not tell Jorel that, if he wanted to move back to

18   the Morning Star Center, he had to perform sexual acts on you

19   after the earthquake.  Is that correct, sir?

20   A.   That is my testimony.  I would have never had a

21   conversation like that.

22   Q.   What about right before you left Haiti for the last time?

23   You did not ask boys to come into your room to masturbate you

24   so that you could bring them back electronics when you got back

25   to the United States, sir?

1    A.   No, I didn't.

2    Q.   Now, let me ask you, sir, in the times that the Haitian

3    National Police came to visit the Morning Star Center, you had

4    testified that you allowed them to inspect the inside of the

5    center.  Correct?

6    A.   Yes, ma'am.

7    Q.   And they inspected your files.  Correct?

8    A.   Yes, ma'am.

9    Q.   And they talked to the boys.  Correct?

10   A.   I'm sorry?

11   Q.   They talked to the boys.  Correct?

12   A.   Yes, they did.

13   Q.   And did you also show them the multiple bottles of lotion

14   that you had in your house?

15   A.   I'm sure they observed a bottle of lotion.  They were in

16   the clinic and they were on the staff gallery and they were in

17   my room.

18   Q.   But not your stash of lotion.  Correct?  They didn't see

19   that?

20   A.   Are you saying --

21            MR. ADELSTEIN:  Objection to the form.

22            THE COURT:  Sustained.

23            Rephrase your question.

24            MS. MEDETIS:  Your Honor, I withdraw that question.

25            No further questions.

```
 1              THE COURT:  Redirect.

 2                       REDIRECT EXAMINATION

 3    BY MR. HOROWITZ:

 4    Q.   Good afternoon, Mr. Carter.

 5    A.   Good afternoon, sir.

 6    Q.   Mr. Carter, did you or did you not trust the residents of

 7    the Morning Star Center with the United States Marines?

 8    A.   Oh, yes, sir.

 9    Q.   Mr. Carter, let's turn your attention to London in the

10    1970s.

11    A.   Yes, sir.

12    Q.   Were you suspended or were you not suspended from the

13    Riverside House?

14    A.   From the what?

15    Q.   From the --

16    A.   Reynolds House.

17    Q.   Reynolds House.  I apologize.

18         Were you suspended?

19    A.   Yes, I was.

20    Q.   Did you or did you not get reinstated?

21    A.   I did.  Yes.  After the acquittal, I was reinstated --

22    fully reinstated and receiving my full pay.  I was getting my

23    full pay even throughout.

24    Q.   Were you convicted in England of anything?

25    A.   I was acquitted of all charges.  It was found to be untrue.
```

1    Q.   After you were acquitted, did you or did you not resume

2    your duties at the Reynolds House?

3    A.   He did.  And then I resigned after two days.

4    Q.   In Egypt, were you found guilty or not guilty of the

5    charges there?

6    A.   I was acquitted.

7    Q.   Did you ever use the name Matthew Carter as a pen name

8    before May 17th, 1990?

9    A.   I don't believe so.  No.

10   Q.   Now, the Government showed you a passport photo where you

11   returned to Egypt.

12        Do you recall that, that photo?

13   A.   Yes.  I do recall it.  Yes.

14   Q.   Why did you have blonde hair?

15   A.   I dyed it.  It was -- you know....

16   Q.   Why did you shave your beard?

17   A.   I had the beard shaved for a while.  But I grew it back

18   again.

19   Q.   This passport, Government's Exhibit 35:  Under what name

20   were you traveling?

21   A.   Matthew Carter.

22   Q.   Did you or did you not prior to obtaining this passport

23   inform the passport office that you had changed your name?

24   A.   Yes, sir.  Yes.

25   Q.   And what, if anything, did you present them to show proof

1    of your name change?

2    A.   The official document from the Court.

3    Q.   Mr. Carter, showing you what has been previously admitted

4    as Defendant's Exhibit 15, I want to draw your attention to

5    after Greatest and after Stanley, where it says "Hospitality."

6    A.   Yes, sir.

7    Q.   What is hospitality?

8    A.   Hospitality was -- it was an appointed team that -- we

9    would appoint two boys and, if a guest came to the program,

10   they would be responsible to see them on to the gallery, have

11   them seated, offer them a drink, make sure they were

12   comfortable.

13   Q.   How often did guests come to the program?

14   A.   Often.  Very often.

15   Q.   Describe for the ladies and gentlemen of the jury the types

16   of people that you would classify as guests to the program and

17   who they were.

18   A.   We would have sometimes local officials from the mayor's

19   office.  We had lawyers that would come that were associated

20   with the community.  We had missionaries that would come.  We

21   had one couple that would come regularly on -- every Saturday

22   or Sunday.  They would come to collect boys to take them

23   with -- to do food assistance in areas.

24        Many, many, activities.  Many guests.

25   Q.   Did the guests include members of the United Nations?

 1    A.   Yes.  Quite frequently, from the -- especially from the

 2    Pakistani, the Nepalese and the Jordanian troops and,

 3    obviously, the Marines in the first instance.  The Marines were

 4    on a short --

 5              MS. MEDETIS:  Objection.  Nonresponsive.

 6              THE WITNESS:  -- mission.

 7              THE COURT:  Sustained.

 8              Wait for a question, sir.

 9    BY MR. HOROWITZ:

10    Q.   Were the United States Marines considered guests back in

11    2004?

12    A.   Yes.  But more than that, they were considered -- you know,

13    to the boys these were heroes.

14              MS. MEDETIS:  Objection.  Calls for speculation.

15              THE COURT:  Sustained.

16    BY MR. HOROWITZ:

17    Q.   Mr. Carter, on cross-examination, the Government asked you

18    whether you were arrested in Winter Haven.

19         Do you recall that?

20    A.   I recall that.  Yes, sir.

21    Q.   What was the result of that arrest, Mr. Carter?

22    A.   I was acquitted and it was proven in the court case that

23    these --

24              MS. MEDETIS:  Objection.  Calls for speculation.

25              THE COURT:  Sustained.

 1   BY MR. HOROWITZ:

 2   Q.  You were found not guilty?

 3   A.  Yes, sir.  I was totally acquitted.

 4   Q.  Mr. Carter, what's a sun oven?

 5   A.  A sun oven?

 6   Q.  Yes, sir.

 7   A.  It's an oven that has aluminum flaps that extend.  By the

 8   sun's rays, whatever you're cooking is at a constant

 9   temperature.  It's another type of -- a form of cooking.

10   Q.  And you had this on the roof of the Morning Star?

11   A.  Yes, sir.

12   Q.  Okay.

13   A.  We had three of them.

14   Q.  Showing you what's been previously admitted as Government's

15   Exhibit 73, have you had a chance to look at the document in

16   its entirety, summary of Haitian immigration stamps in US

17   passports of William Charles Harcourt and Matthew Andrew

18   Carter?  Have you had a chance to review that?

19   A.  Yes, sir.

20   Q.  Does this three-page document have most, if not all, of

21   your travel to and from Haiti?

22   A.  Yes, except for a ten-year period where that one passport

23   is missing.  I think it's ten years, which would have been

24   another 20 trips, at least.

25   Q.  Mr. Carter, on all these trips that are listed in this

Carter - REDIRECT - By Mr. Horowitz          189

1    document, what was the purpose of your travel?

2    A.   The purpose of the travel, to go biannually, was to solicit

3    for -- funding for the program and to visit the VA for my

4    medical conditions.

5    Q.   At any time during the travel indicated in Government's

6    Exhibit 73, did you travel to Haiti for the purpose of engaging

7    in any sexual ability with a person under 18 years of age?

8    A.   No, sir.  Never.

9          MR. HOROWITZ:  No further questions, your Honor.

10         THE COURT:  Ladies and gentlemen, if you would step

11   into the jury room for one moment.

12         Do not discuss this case either amongst yourselves or

13   with anyone else.  Have no contact whatsoever with anyone

14   associated with the trial.

15         Do not read, listen or see anything touching on this

16   matter in any way, including anything on the Internet or on any

17   device.

18         If anyone should try to talk to you about this case,

19   you should immediately instruct them to stop and report it to

20   my staff.

21         You may leave your notebooks in your chairs.  It'll be

22   just a few minutes.

23         (Whereupon, the jury exited the courtroom at 3:54 p.m.

24   and the following proceedings were had:)

25         THE COURT:  You may be seated.

```
 1              You may step down, sir.

 2              (Witness excused.)

 3              THE COURT:  Do you have other witnesses ready?

 4              MR. HOROWITZ:  Judge, I'm looking for the language on

 5    that stipulation that the Court had mentioned at side-bar.

 6              MR. ADELSTEIN:  That's what I was just asking --

 7              THE COURT:  I'm sorry?

 8              MR. ADELSTEIN:  You mentioned about a stipulation or a

 9    recommendation that the Government gave concerning a

10    stipulation dealing with the Rule 15 depositions.

11              THE COURT:  No.  What I cited was, in the Government's

12    response, it had indicated that it was willing to stipulate to

13    various subject areas that the defense was requesting of the

14    foreign witnesses.

15              And what I stated was, since I have not yet issued my

16    written order, I wanted to make sure that the parties were

17    aware of the fact that part of my analysis -- or a portion of

18    my analysis does reference the Government's offer to stipulate.

19              So in the event that the defense --

20              MR. ADELSTEIN:  Yes, ma'am.

21              THE COURT:  -- wished to pursue that, that you could

22    discuss that with the Government.

23              MR. ADELSTEIN:  That's what we're trying to do right

24    now.

25              MR. HOROWITZ:  Judge, was it in the first response or
```

1      the second response?

2                 MS. MEDETIS:  It was in both, your Honor.

3                 THE COURT:  I believe it was in both.

4                 MS. MEDETIS:  And just to clarify, just so that the

5      parties are perfectly clear on the parameters of the

6      stipulations, we had recommended -- the Government had -- and

7      just to clarify, we had detailed that recommendation and we may

8      have incorporated it by reference in our second response.

9                 So the details of that recommendation of affidavits

10     would be in the first response -- the response to the first

11     Rule 15 motion.

12                The Government had recommended stipulating to

13     affidavits subject to the affiant also responding to questions

14     posed by the Government as well.

15                Is that the Court's understanding of the nature of

16     these affidavits, your Honor?

17                THE COURT:  One moment.

18                In Docket Entry 208, which is the United States'

19     response in opposition to Defendant's motion for foreign

20     witness deposition, which I believe is the first motion, at

21     Pages 9 and 10, "In regard to testimony regarding the

22     Defendant's contributions of food and/or supplies to neighbors

23     and clinically [sic] care to his neighbors, the Government

24     stated many of those facts have been elicited by defense

25     counsel during their cross-examination of Government witnesses.

1          "As to the Defendant's care of neighbors after the

2   earthquake, defense counsel can elicit such evidence during

3   cross-examination of future Government witnesses who lived with

4   the Defendant during and after the earthquake.  Indeed, the

5   United States will stipulate to such facts."

6          And then, at Page 11, in regard to witnesses stating

7   that they did not witness the Defendant sexually abuse minors,

8   the Government takes the position that it's immaterial and

9   irrelevant and then states, "The United States does not dispute

10  that these prospective witnesses did not witness the Defendant

11  engage in illicit sexual conduct with the former Morning Star

12  residents and is willing to stipulate to that fact."

13         And I believe what your reference is, Ms. Medetis, is

14  then in the conclusion as the alternative --

15         MS. MEDETIS:  Yes, your Honor.

16         THE COURT:  -- to the taking of the foreign witness

17  deposition.

18         MS. MEDETIS:  I may have confused what your Honor was

19  referring to.

20         THE COURT:  And as an alternative, the Government

21  stated that the United States would stipulate -- this is at

22  Page 15 -- to the admissibility of written and sworn affidavits

23  that would include the proffered testimony of the witnesses and

24  answers to questions posed by the United States.

25         So it was basically those two areas that the

```
 1    Government had indicated it was willing to stipulate to.

 2          MS. MEDETIS:  The Government understands now, your

 3    Honor.  That's correct.

 4          Just so that the record and opposing counsel is clear,

 5    we would stipulate to those specific facts and, of course,

 6    reserve the stipulation until we've had an opportunity to

 7    actually review those affidavits before stipulating to them.

 8          Your Honor, let me clarify.  We would not need an

 9    affidavit.  We would stipulate to those facts.  I'm confusing

10    myself and I think the Court as well, that we would stipulate

11    or sign a stipulation to the facts detailed not in the

12    alternative of the Government's response, but to those two sets

13    of facts that the Court cited previously.

14          THE COURT:  Okay.  Do you have other witnesses?  Are

15    you calling other witnesses?

16          MR. ADELSTEIN:  No.  No, your Honor.  We are not.

17          THE COURT:  So how do you want to proceed?

18          MR. ADELSTEIN:  I need a moment.

19          THE COURT:  I'll turn off the microphone.

20          (Discussion had off the record amongst counsel.)

21          MR. HOROWITZ:  Whenever the Court's ready, Judge.

22          THE COURT:  Yes.

23          MR. HOROWITZ:  Your Honor, we've reviewed the offer of

24    stipulation in Docket Entry No. 208.  And I think there's a

25    similar one in Docket Entry 228 at the bottom of Page 5, top of
```

```
 1   Page 6, where the Government -- this is the Rule 15 motion as
 2   it pertains to Kate Jensen -- where the Government writes, "The
 3   United States does not dispute that Ms. Jensen did not witness
 4   the Defendant engage in illicit sexual conduct with Morning
 5   Star residents and is willing to stipulate to that fact."
 6          That's the bottom of Page 5, top of Page 6, of Docket
 7   Entry 228.
 8          Judge, it's literally the last seven words at the
 9   bottom of Page 5 and then the top of Page 6.
10          THE COURT:  Okay.  So what is it that you're
11   requesting?
12          MR. HOROWITZ:  Judge, the defense position is that
13   neither stipulation is sufficient to elicit the testimony that
14   the Defendant is seeking to introduce pursuant to Rule 15.
15          THE COURT:  This is not a rearguing of your foreign
16   witness deposition.
17          MR. HOROWITZ:  No.  No.
18          THE COURT:  What I stated was, based upon authority
19   and in my written order will reference the fact that the
20   Government has offered to stipulate to certain facts.  And I,
21   as part of my analysis, referenced that.
22          So I wanted -- since I had not issued this order
23   basically because part of it relies on the ex parte, under-seal
24   list of witnesses that you stated that you were going to call
25   and what their subject matter was.
```

 1              So now that you have indicated that you're not calling

 2    any other witnesses, I can unseal that list and enter the

 3    order.

 4              But I was holding off on entering a written order,

 5    first of all, because it's not in a form that I am yet prepared

 6    to issue it -- I'm still reviewing it -- but, also, because I

 7    didn't want to issue an order that referenced matters under

 8    seal that should not be disclosed to the Government because

 9    they were part of your defense case.

10              But I wanted to make the parties aware that, based

11    upon the authority that I rely on as well as my other analysis,

12    there is a provision in the order that references the fact that

13    the Government has indicated that they're willing to stipulate

14    to certain facts so that, if you wanted to present those

15    stipulations to the jury, you might do that as part of your

16    case.

17              But this is in no way an opening for you to reorder

18    or -- you can certainly -- if there's a conviction in this case

19    and, as part of that, you wanted to appeal my order denying the

20    foreign witness depositions and you want to argue that the

21    stipulations are not sufficient or not within the scope of the

22    authority, you may do so.  But I in no way am opening this for

23    reargument.

24              MR. HOROWITZ:  That's fine, Judge.

25              THE COURT:  I just wanted to make sure you were aware

1    that that was part of my analysis, that the Government had

2    offered to do so, so if you wanted to avail yourselves of the

3    opportunity or the offer that the Government had made and

4    present as they offered those stipulations to the jury as part

5    of your case, you might do so.

6          MR. HOROWITZ:  Judge, we understand, not seeking to

7    argue.  But the stipulations on the defense standpoint would be

8    insufficient.

9          THE COURT:  So you don't wish to proceed with

10   stipulations?

11         MR. HOROWITZ:  No, Judge.  I think it is the defense

12   position that nothing could take the place of the Rule 15

13   depositions.

14         THE COURT:  Okay.  That's fine.

15         MR. HOROWITZ:  And we would once again renew our

16   request at this point -- since, as the Court knows, it's the

17   Defendant's intention to rest, we would renew our request

18   pursuant to Rule 15 for the five depositions that we sought in

19   the two motions.

20         THE COURT:  That request is denied.

21         And I adopt what will be my written order in this case

22   that goes through extensive analysis of the other testimony,

23   the cumulative nature of the offer of testimony, the unlikely

24   admissibility of some of the testimony, as well as other

25   matters that will be encompassed in the written order.

1        MR. HOROWITZ:  Judge, one request regarding the

2    unsealing of the previously filed *ex parte* defense witness

3    list.

4        We would ask that the Court hold off on unsealing that

5    until the Government's rebuttal case is concluded because some

6    of the witnesses on that list may be called by the Government

7    in their rebuttal case.

8        THE COURT:  I don't have a problem with that.  But,

9    then, I won't issue my order until after the rebuttal case.

10       MR. HOROWITZ:  That's fine.

11       THE COURT:  That's fine.  I'll wait to unseal it until

12   after the rebuttal case.

13       Is the Government going to present a rebuttal case?

14       MS. MEDETIS:  We are, your Honor.  But we find

15   ourselves in a bit of a sticky -- it might thicket or wicket.

16   I'm not sure.

17       But we were under the impression that there would be a

18   longer defense case.  Obviously, defense counsel need not tell

19   us who they're going to call or when they're going to call

20   them.

21       But we had been given by Mr. Adelstein, consistent

22   with the Court's order, a witness list that included maybe four

23   or five other names.  And so we did not anticipate having to

24   put on a rebuttal case today.  It was our expectation there

25   would be more witnesses.

```
 1                    We will be prepared first thing in the morning.

 2               THE COURT:  That's fine.

 3               MS. MEDETIS:  It would be the Government's

 4     recommendation perhaps we proceed with a charging conference of

 5     some sort or other matters, if the Court is inclined.

 6               THE COURT:  So we're going to bring the jurors in.

 7               You're going to rest?

 8               MR. HOROWITZ:  Yes, ma'am.

 9               THE COURT:  Correct?

10               MR. ADELSTEIN:  Yes.

11               THE COURT:  That's what you want to do at this point?

12               MR. HOROWITZ:  Yes.

13               THE COURT:  I will dismiss them for the day and we can

14     move on to a charge conference.

15               MR. HOROWITZ:  Judge, may we do the charge conference

16     tomorrow morning as well?

17               THE COURT:  Why is that?

18               MR. HOROWITZ:  Because it's going to be my primary

19     responsibility and my primary responsibility was Mr. Carter's

20     direct examination for the last few days.

21               MR. ADELSTEIN:  It shouldn't take us that long.

22               MR. HOROWITZ:  It shouldn't take us that long.  I just

23     need the night to go over a couple things.

24               THE COURT:  I don't want to do it tomorrow morning.

25               MR. HOROWITZ:  Or as the Court -- anything other than
```

```
 1   this afternoon.

 2              THE COURT:  How long do you expect your rebuttal case

 3   to be?

 4              MS. MEDETIS:  Your Honor, only two witnesses.  I would

 5   say we could be done before -- well before lunch.

 6              THE COURT:  So we can take up the charge conference

 7   then, whenever the rebuttal case is finished tomorrow.

 8              So let's bring the jurors in, please.

 9              (Whereupon, the jury entered the courtroom at

10   4:15 p.m. and the following proceedings were had:)

11              THE COURT:  You may be seated.

12              Call your next witness.

13              MR. ADELSTEIN:  At this time, your Honor, on behalf of

14   Matthew Carter, we would rest.

15              THE COURT:  All right, ladies and gentlemen.  Ladies

16   and gentlemen, we're going to break for the day.

17              Do not discuss this case either amongst yourselves or

18   with anyone else.  Have no contact whatsoever with anyone

19   associated with the trial.

20              Do not read, listen or see anything touching on this

21   matter in any way, including anything in the media, anything on

22   the Internet or anything on any access device.

23              If anyone should try to talk to you about this case,

24   you should immediately instruct them to stop and report it to

25   my staff.
```

 1          If you would, give your notebooks to the court

 2    security officer.  I hope you miss some of the traffic.  Have a

 3    nice evening.  I'll see you tomorrow morning, 9:00.

 4          (Whereupon, the jury exited the courtroom at 4:17 p.m.

 5    and the following proceedings were had:)

 6          THE COURT:  You may be seated for a moment.

 7          Just to supplement my oral ruling as to the renewed

 8    motion to take foreign witness depositions, I find that the

 9    Defendant has not met his burden that the witnesses' testimony

10    could provide substantial proof of a material fact in this

11    case.

12          And, therefore, I find that the absence of these

13    witnesses would not produce injustice as the principal

14    consideration in determining that is the materiality of the

15    testimony to the case.

16          In addition, this testimony regarding the assistance

17    and provision of food, clothes and medical supplies by the

18    Defendant before and after the earthquake has been elicited on

19    cross-examination of the former residents, has been elicited by

20    other witnesses, including Betty Long and Ms. Knox, as well as

21    the testimony regarding -- that the children seemed happy and

22    healthy, which would be the extent of what any of these

23    witnesses could testify to, that they would not be able to

24    testify to the signs of sexual abuse, as I find that that would

25    constitute expert witness testimony, that none of these

1    witnesses have been proffered as experts, nor have they been

2    noticed as experts.

3            In addition, based upon the Defendant's testimony on

4    direct, cross and redirect, the Defendant -- in regard to the

5    renewed motion, the Defendant has also testified as to the

6    areas of providing assistance both before and after the

7    hurricane and as to the structure and program available at the

8    Morning Star Center, which is basically unrebutted in the

9    record as to the fact that the children went to school, the

10   children were fed, the children were clothed and that the

11   Defendant and the Morning Star Center provided assistance to

12   the Haitian community around them before and after the

13   earthquake.

14           But all of this will be better encompassed in my

15   written order, but I wanted to make sure that materiality was

16   part of the oral record as well.

17           So we're in recess until 9:00, tomorrow morning.  Have

18   a nice evening.

19           MR. ADELSTEIN:  I was just trying to get scheduling as

20   to when we were going to start closings.

21           THE COURT:  I would expect that we'll probably do

22   closings either -- it depends how long charge conference is

23   going to be.

24           MR. HOROWITZ:  From what I've seen of the jury

25   instructions, I don't expect it to last very long.

```
 1            THE COURT:  So we may be starting closings tomorrow

 2   afternoon.  It'll depend how long the rebuttal case is and then

 3   we'll see where we are.

 4            It'll be either the latter part of tomorrow afternoon

 5   or -- tomorrow is Wednesday.  Correct? -- it would be Thursday

 6   morning.

 7            MS. MEDETIS:  Your Honor, Mr. Adelstein had just asked

 8   me and, as I noted for the Court, the Government does not

 9   expect an extensive rebuttal case.  We anticipate that we will

10   be done before the lunch break with two witnesses.

11            Of course, that might depend on the cross-examination.

12   And I'm always off on these estimates, your Honor, it seems.

13   But that's what we anticipate.

14            THE COURT:  I think probably it will be Thursday

15   morning, more than likely --

16            MR. ADELSTEIN:  Thank you.  That's fine.

17            THE COURT:  -- unless everything moves in lightning

18   speed.  You know, if we're done in early morning, by 10:00, and

19   we're doing then charge conference by 10:00 or 10:30 and the

20   jurors can come back at 2:00 or 2:30 for the beginning of

21   closing arguments, then it might change that.

22            MR. ADELSTEIN:  I don't move at lightning speed at all

23   anymore, period.

24            THE COURT:  Well, this is what happens, Mr. Adelstein.

25            MR. ADELSTEIN:  That's what they say.
```

1              THE COURT:  I speak from experience.

2              We're in recess until tomorrow morning, 9:00.

3              MS. MEDETIS:  Goodnight, your Honor.

4              MR. HOROWITZ:  Have a good night, your Honor.

5              (Proceedings concluded.)

6

7                     C E R T I F I C A T E

8

9         I hereby certify that the foregoing is an accurate

10   transcription of the proceedings in the above-entitled matter.

11

12

13   _____          /s/Lisa Edwards_____
          DATE                LISA EDWARDS, RDR, CRR
14                            Official United States Court Reporter
                              400 North Miami Avenue, Twelfth Floor
15                            Miami, Florida 33128
                              (305) 523-5499
16

17

18

19

20

21

22

23

24

25

**$**

**$3** [1] - 87:14

**'**

**'61** [1] - 105:14
**'62** [1] - 105:14
**'63** [1] - 105:18
**'80s** [4] - 156:12, 157:20, 158:10, 158:18
**'90s** [2] - 156:2, 156:5
**'92** [1] - 154:11
**'93** [1] - 137:17

**/**

**/s/Lisa** [1] - 203:13

**0**

**01794597** [1] - 101:9
**03** [1] - 41:19
**05** [1] - 41:19
**07** [1] - 41:19

**1**

**1** [1] - 1:8
**1,000-dollar** [1] - 133:15
**10** [3] - 72:15, 191:21
**1042** [1] - 33:8
**10:00** [2] - 202:18, 202:19
**10:30** [1] - 202:19
**10:37** [1] - 51:17
**10:59** [1] - 52:20
**10th** [7] - 118:10, 118:14, 118:17, 120:2, 120:5, 120:8, 149:21
**11** [3] - 126:9, 175:24, 192:6
**11-20350** [4] - 4:3, 52:6, 93:15, 163:25
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11-27-2004** [1] - 100:11
**1164** [1] - 32:17
**119** [1] - 133:12
**11th** [1] - 98:1

**12** [5] - 82:16, 82:18, 121:5, 121:17, 131:18
**1200** [1] - 38:17
**1295** [1] - 33:6
**12:05** [1] - 93:10
**12th** [2] - 117:4, 123:7
**13** [2] - 82:16, 82:18
**13th** [2] - 117:11, 120:3
**14** [6] - 72:12, 72:15, 72:21, 77:11, 81:7, 84:19
**1400** [1] - 1:18
**15** [20] - 23:22, 75:10, 79:14, 92:15, 92:16, 92:17, 121:5, 121:17, 166:1, 166:5, 166:25, 169:6, 186:4, 190:10, 191:11, 192:22, 194:1, 194:14, 196:12, 196:18
**15-A** [2] - 76:22, 77:11
**15th** [8] - 97:8, 97:11, 98:10, 98:11, 98:23, 99:6, 100:22, 117:5
**16** [1] - 105:10
**17-A** [2] - 133:23, 136:9
**17-B** [1] - 135:18
**177** [1] - 118:1
**1771** [1] - 117:1
**17th** [3] - 136:2, 136:3, 185:8
**18** [19] - 31:6, 75:7, 76:24, 78:8, 79:4, 82:23, 82:25, 83:8, 95:14, 95:24, 96:9, 96:19, 98:16, 98:25, 99:7, 99:11, 105:17, 105:18, 189:7
**18-B** [1] - 117:16
**18-C** [1] - 125:10
**18-D** [1] - 136:22
**18-E** [2] - 138:8, 138:11
**184** [1] - 3:5
**1910** [1] - 1:24
**1945** [2] - 104:12, 105:12
**1961** [1] - 105:13
**1963** [8] - 105:16, 105:20, 106:3, 106:12, 107:3, 114:12, 114:14, 114:19
**1965** [1] - 115:9

**1967** [1] - 115:10
**1968** [1] - 121:24
**1969** [1] - 116:11
**1970s** [1] - 184:10
**1971** [7] - 116:12, 116:22, 117:4, 123:7, 154:12, 154:20, 155:22
**1972** [1] - 117:20
**1973** [4] - 117:5, 117:10, 118:6, 123:7
**1974** [4] - 118:10, 118:15, 118:17, 118:24
**1975** [14] - 117:11, 119:2, 119:16, 120:2, 120:3, 120:5, 120:8, 120:11, 120:14, 121:1, 121:4, 121:10, 121:16, 124:8
**1977** [3] - 150:22, 151:9, 151:12
**1978** [5] - 123:25, 124:12, 124:20, 124:21, 125:6
**1979** [2] - 162:20, 163:2
**1980** [2] - 32:24, 33:7
**1980s** [1] - 157:1
**1981** [1] - 127:23
**1983** [7] - 128:10, 128:12, 128:22, 129:3, 129:7, 137:1, 156:9
**1984** [1] - 160:7
**1985** [1] - 128:7
**1986** [5] - 131:5, 134:17, 134:20, 137:14, 137:21
**1987** [1] - 156:9
**1990** [17] - 42:6, 131:15, 133:9, 133:19, 136:2, 136:3, 137:20, 139:12, 139:24, 140:3, 140:20, 141:15, 141:24, 142:8, 142:11, 144:5, 185:8
**1990s** [1] - 145:12
**1991** [5] - 143:5, 144:23, 146:5, 154:11, 154:19
**1991-92** [1] - 145:25
**1992** [1] - 154:19
**1993** [1] - 32:17
**1995** [8] - 19:24, 75:3, 168:16, 177:7, 177:12, 178:2, 180:8, 180:20
**1996** [1] - 149:21

**1999** [2] - 14:16, 15:12
**19th** [2] - 121:4, 121:16
**1:15** [2] - 93:8, 93:11
**1:29** [1] - 94:21

**2**

**2,000** [1] - 38:17
**20** [4] - 23:22, 102:23, 103:2, 188:24
**200** [1] - 76:11
**2001** [7] - 35:18, 35:21, 36:15, 84:19, 95:8, 100:4
**2002** [1] - 85:18
**2003** [16] - 54:4, 54:15, 55:17, 56:3, 58:1, 63:2, 89:17, 89:23, 95:16, 100:7, 115:15, 115:18, 115:23, 128:21, 129:2, 129:6
**2004** [22] - 12:24, 13:4, 19:7, 19:19, 21:10, 21:12, 29:1, 54:5, 58:5, 58:7, 58:11, 58:20, 59:1, 63:2, 64:8, 76:22, 77:11, 77:16, 85:3, 96:1, 100:12, 187:11
**2005** [2] - 64:8, 96:7
**2006** [24] - 40:23, 41:3, 59:24, 60:10, 63:11, 63:15, 63:19, 63:21, 64:9, 64:11, 66:1, 90:25, 91:23, 96:11, 96:18, 100:18, 145:8, 145:18, 145:24, 146:4, 146:12, 146:19, 147:1, 147:12
**2006-2007** [1] - 39:18
**2007** [3] - 40:23, 41:3, 86:24
**2008** [2] - 41:3, 48:17
**2009** [13] - 6:1, 9:8, 41:3, 44:22, 48:17, 97:9, 97:12, 98:10, 98:11, 98:23, 99:6, 100:22, 159:23
**2010** [9] - 6:1, 37:8, 37:15, 129:10, 159:22, 159:23, 159:24, 161:12, 162:20
**2011** [24] - 6:1, 30:25, 35:18, 35:21,

36:15, 79:16, 81:11, 85:3, 85:4, 86:24, 98:2, 98:3, 98:6, 99:9, 101:18, 101:25, 103:9, 103:14, 103:17, 124:7, 124:11, 167:2, 168:17, 176:8
**2013** [1] - 1:5
**203** [1] - 1:8
**20530** [1] - 1:19
**208** [2] - 191:18, 193:24
**20s** [1] - 83:1
**20th** [2] - 117:10, 118:6
**21** [1] - 3:10
**22** [3] - 32:3, 143:15, 144:7
**2238** [2] - 125:2, 125:18
**228** [2] - 193:25, 194:7
**23** [24] - 3:10, 16:25, 17:6, 17:7, 21:3, 21:15, 21:18, 21:20, 22:4, 22:7, 22:8, 22:9, 23:2, 23:17, 25:3, 26:2, 37:17, 37:18, 37:22, 37:25, 39:10, 68:23, 70:2, 70:16
**231** [1] - 32:23
**23rd** [3] - 118:6, 131:15, 132:4
**24** [15] - 3:10, 16:25, 17:6, 21:3, 21:15, 21:18, 21:20, 26:1, 26:8, 27:1, 27:14, 31:10, 103:20, 103:24, 104:3
**24th** [2] - 120:11, 120:14
**25** [13] - 3:10, 16:25, 17:6, 21:3, 21:15, 21:19, 21:20, 28:10, 28:11, 79:9, 103:20, 103:24, 104:9
**26** [2] - 1:5, 32:10
**27** [1] - 32:10
**27th** [9] - 96:1, 96:7, 96:11, 96:17, 100:12, 100:18, 104:12, 114:16, 115:9
**28** [9] - 3:10, 39:14, 39:17, 39:19, 39:23, 40:1, 40:2, 40:9, 41:25
**28th** [1] - 114:17
**29** [10] - 3:11, 48:9, 48:22, 48:25, 49:1,

49:8, 49:10, 49:20, 50:9, 50:18
**2929** [1] - 1:21
**29th** [3] - 114:18, 118:24, 142:11
**2:00** [1] - 202:20
**2:30** [1] - 202:20
**2nd** [4] - 95:8, 100:4, 121:1, 121:10

## 3

**3** [4] - 87:17, 97:5, 100:2, 101:16
**30** [10] - 66:20, 66:22, 67:4, 67:5, 68:5, 68:8, 68:17, 92:15, 92:17, 182:13
**300** [2] - 38:15, 38:16
**305** [2] - 2:3, 203:15
**30th** [2] - 95:16, 100:7
**31** [3] - 3:11, 69:2, 69:4, 69:12, 69:15, 69:16, 69:22, 70:5, 70:10
**31st** [3] - 115:9, 116:12, 159:24
**32** [10] - 3:11, 66:19, 66:22, 69:2, 69:4, 69:12, 69:15, 69:16, 70:20, 70:21
**33** [3] - 67:8, 67:9, 68:4
**33128** [2] - 2:3, 203:15
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**34** [7] - 66:21, 67:8, 67:9, 67:19, 67:24, 68:1, 68:2
**35** [4] - 143:12, 143:15, 144:3, 185:19
**36** [1] - 101:3
**37-A** [4] - 149:15, 149:18, 152:4, 153:7
**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** [1] - 104:6
**39** [3] - 177:21, 178:19, 179:16
**3:03** [1] - 163:19
**3:16** [1] - 164:12
**3:54** [1] - 189:23
**3A** [1] - 33:7
**3rd** [1] - 23:16

## 4

**40** [3] - 3:10, 180:3, 180:6
**400** [2] - 2:2, 203:14
**410** [1] - 1:22
**447** [1] - 32:23
**47** [2] - 38:14, 38:22
**472491686** [1] - 103:5
**4729** [1] - 103:5
**49** [1] - 3:11
**4:15** [1] - 199:10
**4:17** [1] - 200:4
**4:24** [1] - 1:6
**4th** [1] - 143:5

## 5

**5** [6] - 3:5, 87:13, 87:17, 193:25, 194:6, 194:9
**523-5499** [2] - 2:3, 203:15
**5:00** [1] - 29:4
**5th** [3] - 119:2, 119:16, 137:1

## 6

**6** [3] - 194:1, 194:6, 194:9
**600** [1] - 1:18
**613** [1] - 33:6
**6368** [2] - 136:12, 138:17
**69** [1] - 3:11
**6:00** [1] - 29:4

## 7

**7** [1] - 101:18
**70-A** [1] - 134:6
**701794597** [1] - 100:24
**73** [7] - 95:5, 99:23, 100:21, 101:12, 101:16, 188:15, 189:6
**73-A** [1] - 97:5
**7th** [2] - 103:9, 116:11

## 8

**8** [2] - 82:12, 82:13
**8:00** [1] - 29:3

**8:10** [1] - 176:16
**8:15** [1] - 176:16
**8:20** [1] - 176:16
**8th** [10] - 23:16, 98:1, 98:2, 98:3, 98:6, 99:9, 101:25, 103:14, 103:16, 167:2

## 9

**9** [1] - 191:21
**9130** [1] - 1:24
**93** [4] - 177:1, 177:11, 177:24, 179:15
**99** [2] - 1:15, 3:5
**992** [1] - 32:16
**9:00** [3] - 200:3, 201:17, 203:2
**9:22** [1] - 1:6
**9:23** [1] - 5:3
**9th** [5] - 133:9, 133:19, 140:20, 141:15, 141:24

## A

**a.m** [4] - 1:6, 5:3, 51:17, 52:20
**a/k/a** [1] - 17:18
**ability** [1] - 189:7
**able** [8] - 8:2, 9:13, 24:9, 24:20, 27:12, 36:16, 72:23, 200:23
**above-entitled** [1] - 203:10
**absence** [3] - 140:22, 166:20, 200:12
**absent** [1] - 167:21
**absentia** [1] - 140:23
**abuse** [13] - 20:11, 33:13, 53:25, 118:11, 118:25, 130:7, 145:2, 146:22, 147:4, 147:8, 149:9, 192:7, 200:24
**academia** [1] - 153:20
**accept** [1] - 82:23
**accepted** [1] - 82:9
**access** [30] - 5:16, 7:12, 9:4, 11:2, 11:7, 11:9, 11:16, 11:18, 12:14, 24:4, 24:7, 43:2, 43:3, 44:23, 44:25, 51:10, 54:12, 54:17, 54:20, 54:22, 55:2, 58:21, 72:25, 93:3, 113:14, 113:15,

113:16, 163:13, 165:6, 199:22
**accessing** [1] - 113:11
**accompanying** [1] - 157:22
**accomplishments** [1] - 153:20
**according** [1] - 105:13
**account** [2] - 64:20, 65:19
**accounts** [2] - 46:3, 46:20
**accredited** [1] - 153:14
**accurate** [4] - 21:11, 177:16, 177:17, 203:9
**accused** [6] - 146:3, 146:11, 146:12, 146:22, 147:18, 147:19
**accusers** [4] - 145:6, 146:1, 146:11, 146:12
**achieve** [2] - 57:25, 78:16
**acquittal** [1] - 184:21
**acquitted** [15] - 130:12, 130:16, 142:12, 142:21, 143:3, 148:7, 160:19, 161:14, 162:14, 162:15, 184:25, 185:1, 185:6, 187:22, 188:3
**act** [2] - 95:13, 161:2
**activities** [2] - 41:15, 186:24
**acts** [2] - 181:8, 182:18
**add** [1] - 26:22
**added** [1] - 17:15
**addition** [8] - 11:22, 53:9, 155:4, 171:11, 174:12, 175:12, 200:16, 201:3
**additional** [3] - 31:3, 31:4, 31:10
**address** [14] - 118:2, 118:4, 124:24, 125:4, 125:5, 125:7, 125:16, 126:15, 136:9, 137:6, 138:16, 138:19, 151:18
**Adelstein** [7] - 4:14, 52:16, 93:25, 164:7, 197:21, 202:7, 202:24
**ADELSTEIN** [55] - 1:20, 1:21, 4:13, 4:19, 30:21, 68:1, 68:13,

91:7, 91:9, 91:11, 91:13, 92:13, 92:15, 92:17, 93:24, 130:12, 130:15, 141:11, 141:17, 141:20, 142:14, 142:16, 142:23, 143:19, 144:10, 145:14, 145:19, 146:14, 151:2, 153:16, 158:22, 158:24, 160:9, 161:4, 161:6, 161:16, 161:22, 162:17, 163:4, 163:7, 165:17, 183:21, 190:6, 190:8, 190:20, 190:23, 193:16, 193:18, 198:10, 198:21, 199:13, 201:19, 202:16, 202:22, 202:25
**adjacent** [1] - 181:5
**admissibility** [2] - 192:22, 196:24
**admission** [3] - 21:14, 39:23, 69:12
**admit** [2] - 17:24, 32:9
**admitted** [20] - 20:16, 21:18, 22:2, 25:25, 28:9, 39:25, 48:24, 69:14, 79:8, 81:8, 82:13, 95:5, 97:15, 97:18, 101:2, 103:20, 104:8, 117:15, 186:3, 188:14
**adopt** [2] - 152:25, 196:21
**adults** [3] - 111:15, 111:20, 111:21
**advice** [3] - 135:3, 150:8, 152:22
**affiant** [1] - 191:13
**affidavit** [1] - 193:9
**affidavits** [5] - 191:9, 191:13, 191:16, 192:22, 193:7
**affiliated** [1] - 156:18
**affiliation** [1] - 157:21
**affix** [1] - 144:19
**affixed** [2] - 144:7, 144:21
**afternoon** [16] - 29:4, 93:16, 93:19, 93:24, 95:2, 95:3, 99:20, 99:21, 109:25, 164:3, 164:6, 184:4, 184:5, 199:1, 202:2, 202:4
**age** [19] - 75:7,

76:24, 78:8, 79:2, 82:10, 82:12, 82:14, 83:8, 95:24, 96:9, 96:19, 98:16, 98:25, 99:7, 99:11, 121:17, 189:7

**agencies** [1] - 60:8

**agency** [2] - 57:10, 131:17

**agent** [1] - 102:10

**Agents** [3] - 4:10, 52:12, 93:22

**ages** [2] - 121:5, 126:5

**ago** [4] - 142:4, 159:6, 159:17, 182:14

**agree** [4] - 72:1, 92:3, 137:16, 169:10

**ahead** [1] - 15:1

**Aid** [1] - 22:19

**air** [2] - 66:17, 115:3

**Air** [9] - 105:15, 105:19, 106:2, 106:11, 107:2, 114:21, 114:24, 133:12, 143:8

**airlines** [1] - 154:1

**Airport** [7] - 100:5, 100:8, 100:13, 100:17, 101:22, 101:25, 103:13

**airport** [5] - 49:23, 90:8, 90:15, 91:25, 97:23

**Alan** [1] - 125:22

**alcohol** [1] - 176:18

**Alexandre** [3] - 17:18, 18:19, 26:10

**Alexandria** [2] - 140:4, 140:21

**Alexi** [1] - 180:15

**alive** [1] - 129:13

**all-you-can-eat** [2] - 49:24, 49:25

**allegations** [7] - 18:8, 20:11, 58:10, 65:1, 118:11, 119:5, 149:9

**alleged** [1] - 19:20

**alleges** [1] - 19:19

**alleging** [1] - 147:2

**allow** [2] - 20:6, 111:20

**allowance** [6] - 87:6, 87:8, 87:9, 87:12, 87:16, 87:23

**allowed** [7] - 19:17, 24:1, 32:25, 44:9, 79:20, 112:2, 183:4

**almost** [1] - 90:10

alone [5] - 111:11, 111:12, 111:15, 111:18, 111:20

**alternative** [4] - 173:6, 192:14, 192:20, 193:12

**aluminum** [1] - 188:7

**America** [13] - 4:2, 9:14, 9:15, 46:10, 52:5, 93:14, 96:6, 96:16, 140:12, 140:16, 140:17, 163:24, 166:20

**AMERICA** [1] - 1:4

**American** [3] - 13:6, 26:17, 146:3

**Americans** [2] - 34:16, 66:7

**amounts** [2] - 29:19, 33:4

**ample** [1] - 15:12

**amplify** [1] - 13:20

**analysis** [10] - 94:3, 94:9, 94:10, 190:17, 190:18, 194:21, 195:11, 196:1, 196:22

**Anderson** [2] - 32:23

**Andrew** [11] - 3:5, 4:2, 52:6, 93:15, 134:7, 134:24, 135:12, 136:3, 136:6, 163:25, 188:17

**ANDREW** [1] - 1:7

**Ann** [2] - 179:22

**annual** [2] - 12:21, 165:22

**answer** [13] - 15:23, 65:24, 92:10, 106:7, 115:21, 144:12, 147:14, 151:5, 155:14, 155:16, 162:6, 165:17, 165:18

**answered** [13] - 37:1, 43:17, 63:12, 76:4, 79:22, 80:3, 98:17, 115:25, 148:23, 161:5, 161:7, 162:17, 165:19

**answers** [1] - 192:24

**anticipate** [3] - 197:23, 202:9, 202:13

**anyway** [1] - 91:20

**apart** [2] - 61:9, 61:10, 92:5

**apartment** [2] - 13:7, 131:20

**apologize** [3] - 122:2, 122:16, 184:17

**appeal** [5] - 120:11, 120:20, 120:22,

195:19

**appealed** [5] - 118:14, 118:17, 120:5, 120:8, 120:10

**appealing** [2] - 118:20, 118:22

**appear** [2] - 41:23, 150:7

**appearances** [4] - 4:5, 52:7, 93:17, 164:1

**APPEARANCES** [1] - 1:13

**appellate** [2] - 120:14, 120:19

**applicant** [2] - 134:13, 134:23

**application** [36] - 105:15, 105:19, 105:21, 106:2, 106:4, 106:11, 106:13, 107:2, 114:18, 117:20, 121:4, 121:15, 125:6, 125:14, 129:10, 129:12, 134:6, 134:15, 135:6, 135:8, 136:11, 136:25, 137:7, 137:9, 137:13, 138:16, 138:20, 139:3, 153:23, 154:2, 155:11, 160:2, 160:4, 160:6, 160:24, 160:25

**Application** [1] - 134:11

**applied** [1] - 159:5

**applying** [1] - 154:24

**appoint** [1] - 186:9

**appointed** [1] - 186:8

**approach** [12] - 20:24, 21:24, 24:13, 25:2, 39:6, 40:6, 48:5, 49:5, 66:11, 68:24, 90:2, 129:21

**approached** [1] - 102:7

**appropriate** [1] - 113:9

**approved** [2] - 57:14, 57:19

**April** [9] - 101:18, 103:9, 104:12, 114:14, 114:16, 114:19, 116:12, 117:11, 120:3

**archway** [4] - 70:5, 70:6, 70:7, 70:22

**area** [15] - 7:14, 73:9, 91:6, 92:4, 92:5, 92:9, 96:11, 97:6, 107:18,

107:24, 130:2, 174:14, 174:15, 174:17, 175:8

**areas** [5] - 175:15, 186:23, 190:13, 192:25, 201:6

**argue** [4] - 17:20, 67:9, 195:20, 196:7

**argument** [1] - 68:3

**arguments** [1] - 202:21

**Aristide** [2] - 10:16, 13:5

**arms** [1] - 23:12

**arranged** [2] - 49:14, 73:4

**arrest** [7] - 103:17, 120:7, 132:4, 147:1, 148:4, 148:14, 187:21

**arrested** [40] - 56:12, 59:2, 62:19, 97:20, 97:22, 99:10, 102:17, 118:24, 130:6, 131:14, 131:18, 133:4, 140:19, 141:1, 141:9, 141:15, 141:24, 142:2, 142:8, 142:10, 145:1, 146:9, 146:20, 147:3, 147:8, 148:20, 149:3, 149:7, 160:16, 160:18, 160:19, 161:1, 161:12, 161:21, 162:4, 162:6, 162:9, 162:12, 162:16, 187:18

**arresting** [1] - 148:19

**arrests** [1] - 149:2

**article** [1] - 13:8

**articles** [2] - 69:9, 150:17

**aside** [3] - 87:23, 88:17, 126:14

**assert** [3] - 33:3, 33:4, 33:12

**asserted** [3] - 33:3, 67:16, 67:23

**assertion** [1] - 33:5

**assessed** [1] - 123:13

**Assessment** [1] - 116:17

**assigned** [1] - 109:9

**assist** [4] - 16:1, 170:16, 173:13

**assistance** [10] - 14:7, 14:17, 14:21, 14:22, 15:16, 23:14, 186:23, 200:16,

201:6, 201:11

**assistant** [1] - 4:8

**ASSISTANT** [1] - 1:15

**assisted** [2] - 15:20, 15:21

**associated** [7] - 42:14, 51:7, 92:25, 163:10, 186:19, 189:14, 199:19

**assume** [1] - 121:2

**assumed** [1] - 133:5

**assumes** [5] - 154:15, 155:7, 160:10, 161:23, 162:23

**attack** [4] - 23:9, 23:11, 23:14, 29:14

**attained** [1] - 78:8

**attempt** [1] - 44:3

**attend** [3] - 26:7, 83:18, 88:2

**attendant** [1] - 102:10

**attended** [1] - 80:9

**attending** [2] - 80:23, 88:16

**attention** [22] - 68:22, 94:8, 94:10, 100:3, 100:11, 100:16, 100:20, 101:15, 101:17, 104:3, 117:22, 125:8, 136:8, 137:3, 144:7, 166:4, 166:10, 168:7, 176:24, 177:18, 184:9, 186:4

**ATTORNEY** [1] - 1:15

**Attorney** [1] - 4:8

**au** [11] - 100:5, 100:8, 100:13, 100:18, 100:22, 101:19, 102:2, 102:20, 103:9, 103:13, 157:16

**August** [5] - 117:5, 117:10, 118:6, 123:7

**aunt** [1] - 77:24

**authorities** [1] - 58:17

**authority** [5] - 56:23, 60:7, 194:18, 195:11, 195:22

**authorization** [2] - 57:9, 57:23

**automatically** [1] - 6:9

**avail** [1] - 196:2

**available** [4] - 9:9,

26:6, 55:8, 201:7
**Avenue** [4] - 1:18, 1:21, 2:2, 203:14
**aware** [3] - 190:17, 195:10, 195:25
**awareness** [1] - 149:10

**B**

**B.L** [4] - 150:19, 150:24, 151:8, 151:22
**BA** [4] - 154:12, 154:19, 155:21, 155:22
**background** [1] - 26:17
**bad** [1] - 112:5
**bag** [1] - 88:21
**Band** [1] - 22:19
**Band-Aid** [1] - 22:19
**bank** [1] - 87:18
**bar** [7] - 14:13, 30:13, 66:14, 90:5, 129:25, 145:22, 190:5
**Barbara** [3] - 127:25, 128:2, 128:7
**barbecue** [2] - 172:11, 172:12
**barbed** [2] - 29:12, 29:20
**barrel** [1] - 174:6
**barrels** [1] - 170:10
**Barry** [1] - 122:25
**Base** [2] - 114:21, 114:24
**based** [10] - 46:3, 47:1, 68:3, 71:25, 135:11, 169:9, 179:16, 194:18, 195:10, 201:3
**basic** [1] - 114:21
**basin** [1] - 175:4
**basis** [8] - 43:1, 46:21, 46:25, 87:24, 88:1, 88:4, 88:9, 88:18, 145:25
**bathroom** [6] - 130:22, 166:15, 166:18, 166:22, 168:11, 170:22
**Battalion** [1] - 23:16
**beans** [1] - 88:21
**beard** [2] - 185:16, 185:17
**bearing** [2] - 137:22, 179:2
**beautiful** [2] - 146:6, 146:8

**Beavercreek** [3] - 136:14, 136:15, 136:19
**became** [2] - 42:24, 117:8
**become** [3] - 87:1, 121:4, 121:16
**bed** [3] - 69:23, 175:2, 175:9
**bedroom** [8] - 66:23, 70:2, 127:4, 168:12, 168:13, 168:14, 174:25, 175:16
**beds** [1] - 175:10
**BEFORE** [1] - 1:10
**began** [1] - 12:24
**beginning** [4] - 34:10, 158:6, 168:16, 202:20
**behalf** [9] - 4:9, 4:14, 52:10, 52:15, 93:20, 93:25, 164:4, 164:7, 199:13
**behind** [7] - 17:14, 35:10, 38:15, 38:23, 42:3, 130:22
**Bellbrook** [10] - 124:8, 124:14, 124:18, 125:2, 125:18, 126:18, 126:20, 127:3, 127:15, 136:16
**belongings** [1] - 175:5
**Ben** [2] - 126:3, 171:20
**Ben's** [1] - 171:20
**Benjamin** [3] - 150:20, 150:24, 151:8
**Berly** [2] - 166:11, 170:21
**Bertrand's** [1] - 171:17
**better** [2] - 166:9, 201:14
**Betty** [10] - 71:2, 71:4, 71:6, 71:15, 71:17, 71:19, 71:25, 73:15, 74:3, 200:20
**between** [16] - 22:14, 35:18, 35:21, 36:15, 39:18, 50:3, 60:3, 73:23, 81:15, 121:5, 121:16, 123:7, 147:11, 151:25, 156:9, 175:15
**beyond** [1] - 82:24
**biannual** [1] - 165:23
**biannually** [2] - 12:25, 189:2

**Bible** [1] - 128:2
**Billy** [1] - 126:3
**birth** [1] - 104:12
**birthday** [3] - 105:18, 114:15, 114:16
**bit** [11] - 22:6, 41:17, 71:2, 82:8, 109:19, 114:10, 121:6, 176:4, 179:1, 197:15
**black** [7] - 110:8, 145:5, 146:3, 146:5, 146:21, 147:4, 147:19
**blacked** [1] - 24:1
**Blackshaw** [8] - 107:15, 117:1, 117:4, 118:1, 118:3, 123:6, 123:12, 123:19
**blocked** [1] - 50:15
**blonde** [1] - 185:14
**blurry** [2] - 22:6, 24:11
**board** [8] - 69:24, 102:13, 102:16, 120:14, 120:19, 149:25, 153:1, 153:4
**boarding** [2] - 97:23, 102:5
**bona** [1] - 134:14
**Bonnie** [4] - 4:9, 52:10, 93:20, 164:4
**BONNIE** [1] - 1:17
**bookcase** [1] - 69:24
**border** [1] - 90:20
**born** [2] - 104:14, 105:12
**Borough** [2] - 120:15, 120:19
**borough** [5] - 116:9, 116:10, 116:23, 117:7, 120:16
**boss** [2] - 151:13, 151:23
**bottle** [1] - 183:15
**bottles** [1] - 183:13
**bottom** [15] - 22:7, 25:6, 25:10, 25:21, 26:25, 49:9, 49:11, 100:16, 101:15, 137:3, 152:15, 179:1, 193:25, 194:6, 194:9
**Boulevard** [1] - 1:24
**Bouquets** [1] - 179:9
**boy** [16] - 12:9, 17:14, 17:17, 24:25, 27:16, 27:18, 49:12, 81:2, 82:15, 91:3, 91:5, 119:7, 122:23, 175:2, 175:4, 180:18
**boy's** [1] - 17:18
**boys** [54] - 6:16,

9:19, 15:20, 18:3, 22:14, 23:12, 23:23, 24:1, 27:23, 28:5, 29:15, 39:3, 41:11, 47:11, 50:5, 66:7, 73:6, 80:23, 82:7, 82:9, 87:6, 110:18, 111:8, 112:25, 119:6, 119:22, 121:5, 121:16, 121:19, 122:10, 122:12, 122:18, 122:21, 123:1, 174:12, 174:18, 174:22, 174:25, 175:15, 175:20, 176:17, 176:22, 180:24, 180:25, 181:9, 182:4, 182:6, 182:11, 182:23, 183:9, 183:11, 186:9, 186:22, 187:13
**boys'** [2] - 24:7, 173:2
**Brazilians** [1] - 34:19
**bread** [1] - 173:11
**break** [9] - 36:12, 51:4, 51:21, 92:11, 92:18, 92:22, 163:5, 199:16, 202:10
**breathing** [1] - 129:14
**bridge** [3] - 102:14, 102:15, 102:16
**briefly** [2] - 62:4, 66:11
**bring** [21] - 4:22, 5:1, 7:3, 29:20, 29:24, 50:9, 52:18, 82:6, 94:8, 94:10, 94:19, 96:5, 96:23, 96:25, 97:1, 97:2, 134:12, 164:10, 182:24, 198:6, 199:8
**bringing** [1] - 173:24
**British** [1] - 118:24
**brochures** [1] - 67:12
**broken** [1] - 13:7
**Bromley** [4] - 117:7, 120:15, 120:17, 120:19
**brother** [5] - 25:1, 80:12, 83:25, 84:6, 180:15
**brother's** [1] - 84:1
**brothers** [7] - 81:16, 82:2, 82:4, 82:9, 84:3, 182:13
**brought** [11] - 22:24,

26:18, 29:12, 29:19, 29:22, 42:7, 71:8, 82:3, 94:5, 110:5
**Broward** [1] - 98:11
**bucket** [1] - 171:12
**Buddy** [1] - 126:3
**buffet** [3] - 49:24, 49:25, 50:6
**building** [2] - 37:18, 181:5
**bunch** [1] - 89:1
**burden** [1] - 200:9
**bus** [1] - 88:10
**buses** [2] - 88:12, 88:15
**business** [2] - 155:21, 155:22
**butter** [1] - 181:12
**buy** [3] - 7:1, 88:11, 173:11
**BY** [172] - 2:1, 5:12, 6:20, 7:9, 7:20, 8:1, 9:2, 9:22, 10:11, 10:19, 11:1, 11:6, 11:13, 12:12, 13:12, 13:22, 14:6, 21:1, 22:1, 24:16, 25:5, 25:20, 33:24, 35:3, 35:17, 36:10, 37:3, 38:8, 38:21, 39:8, 40:8, 41:1, 43:9, 43:14, 43:19, 44:8, 44:15, 44:21, 45:11, 46:2, 46:16, 47:6, 47:19, 48:7, 49:7, 49:17, 50:24, 53:1, 53:20, 55:1, 55:14, 55:20, 56:7, 57:6, 57:21, 58:18, 59:13, 59:20, 60:22, 61:1, 61:4, 61:14, 61:20, 61:23, 62:11, 62:18, 63:10, 63:14, 63:18, 64:3, 64:16, 65:6, 65:13, 65:22, 68:21, 69:1, 69:20, 72:7, 73:14, 73:22, 74:2, 74:9, 74:17, 75:15, 76:7, 77:20, 78:21, 80:1, 80:5, 83:6, 84:10, 87:22, 88:7, 89:8, 89:22, 95:1, 98:22, 99:4, 99:19, 100:1, 101:6, 103:1, 103:22, 105:8, 106:1, 106:10, 106:21, 108:4, 109:4, 112:1, 116:2, 117:19, 119:14, 122:8, 123:23, 125:12,

127:8, 127:22, 128:19, 129:1, 129:19, 131:3, 134:1, 135:20, 136:24, 138:10, 141:14, 141:18, 141:23, 142:7, 142:20, 143:2, 143:14, 144:1, 144:17, 145:17, 148:3, 148:13, 149:1, 149:17, 151:4, 152:3, 153:18, 154:18, 155:2, 155:15, 158:8, 159:4, 160:14, 160:23, 161:11, 161:18, 162:1, 162:19, 163:1, 164:20, 165:21, 166:3, 167:13, 167:24, 169:14, 169:19, 170:2, 176:1, 177:3, 177:20, 177:23, 180:5, 184:3, 187:9, 187:16, 188:1

**C**

**Cairo** [5] - 131:19, 140:19, 141:2, 141:3, 144:8
**California** [1] - 153:23
**cameras** [3] - 11:23, 12:2, 12:15
**camp** [4] - 37:13, 37:14, 42:25
**camper** [1] - 126:24
**Canadians** [2] - 34:17
**candid** [1] - 15:23
**Cane** [1] - 135:12, 152:5
**cannot** [3] - 22:21, 24:22, 146:19
**capability** [1] - 11:9
**captain** [1] - 22:12
**car** [5] - 146:6, 146:8, 147:5, 147:7
**card** [3] - 104:4, 153:25
**cards** [2] - 8:7, 8:8
**Care** [1] - 67:21
**care** [9] - 83:1, 91:5, 152:13, 159:8, 159:10, 171:9, 181:9, 191:23, 192:1
**Carlos** [4] - 86:6, 86:17, 86:18, 182:9
**carried** [1] - 61:8

**CARTER** [1] - 1:7
**Carter** [62] - 3:5, 4:2, 4:15, 4:21, 5:13, 5:15, 11:14, 14:16, 21:2, 25:6, 33:25, 39:9, 40:9, 47:7, 48:8, 49:8, 52:6, 52:15, 52:17, 53:2, 67:12, 67:17, 68:22, 69:5, 69:21, 74:18, 87:6, 89:9, 89:12, 90:7, 93:15, 93:25, 94:16, 95:2, 95:4, 95:8, 99:20, 134:7, 134:24, 135:1, 135:12, 136:4, 136:6, 138:2, 138:22, 146:17, 147:12, 153:8, 163:25, 164:8, 184:4, 184:6, 184:9, 185:7, 185:21, 186:3, 187:17, 187:21, 188:4, 188:18, 188:25, 199:14
**Carter's** [2] - 147:14, 198:19
**Case** [4] - 4:3, 52:6, 93:15, 163:25
**CASE** [1] - 1:2
**case** [38] - 23:11, 32:13, 32:15, 32:22, 51:5, 51:11, 91:4, 92:1, 92:23, 93:4, 135:11, 137:16, 145:12, 163:8, 163:14, 187:22, 189:12, 189:18, 195:9, 195:16, 195:18, 196:5, 196:21, 197:5, 197:7, 197:9, 197:12, 197:13, 197:18, 197:24, 199:2, 199:7, 199:17, 199:23, 200:11, 200:15, 202:2, 202:9
**Cazeau** [11] - 75:20, 79:14, 177:7, 177:8, 177:12, 179:17, 179:23, 180:12, 180:20, 180:23, 181:3
**cell** [2] - 5:20, 6:9
**cellular** [14] - 5:16, 5:22, 6:5, 6:12, 6:21, 7:17, 7:21, 8:2, 8:5, 8:12, 8:22, 11:22, 11:23, 12:2
**center** [6] - 20:10, 108:23, 109:15, 167:1, 174:22, 183:5
**Center** [86] - 5:17,

6:4, 9:4, 9:10, 12:14, 12:17, 13:23, 14:8, 14:18, 14:20, 15:11, 15:19, 17:9, 18:11, 23:3, 23:19, 23:23, 24:5, 24:21, 26:13, 29:2, 29:7, 29:11, 29:18, 29:24, 30:17, 30:19, 34:2, 34:6, 36:20, 37:16, 38:11, 41:2, 42:15, 42:17, 43:5, 43:16, 43:21, 45:3, 50:19, 53:13, 53:25, 54:6, 55:3, 55:6, 55:16, 56:20, 57:8, 60:20, 64:24, 73:2, 73:16, 74:19, 74:25, 76:21, 77:8, 77:23, 78:3, 78:11, 78:14, 79:13, 79:18, 80:7, 80:10, 81:6, 82:11, 83:8, 108:14, 110:2, 110:9, 110:17, 111:4, 111:6, 112:4, 112:6, 116:17, 164:23, 165:5, 165:14, 168:17, 168:18, 182:18, 183:3, 184:7, 201:8, 201:11
**Center's** [1] - 34:8
**Central** [1] - 60:5
**certain** [9] - 9:18, 12:24, 14:23, 20:14, 29:19, 45:15, 122:10, 194:20, 195:14
**certainly** [10] - 23:25, 24:8, 74:21, 99:17, 105:7, 130:18, 143:23, 147:22, 172:14, 195:18
**certificates** [1] - 156:6
**certification** [3] - 159:6, 159:18, 159:24
**certifications** [2] - 159:13, 159:14
**certify** [1] - 203:9
**chair** [1] - 40:19
**chairman** [2] - 151:1, 151:9
**chairs** [4] - 51:14, 93:7, 163:17, 189:21
**chance** [3] - 24:17, 188:15, 188:18
**change** [8] - 134:6, 134:23, 135:21, 135:22, 136:11, 138:20, 186:1, 202:21
**Change** [1] - 134:11

**changed** [6] - 134:2, 134:5, 135:3, 137:25, 139:1, 185:23
**changing** [1] - 135:8
**chaplin** [1] - 25:14
**characterize** [1] - 169:20
**charcoal** [2] - 172:10, 172:16
**charge** [11] - 38:24, 41:9, 41:11, 117:8, 117:13, 169:1, 198:14, 198:15, 199:6, 201:22, 202:19
**charged** [9] - 19:6, 19:22, 56:8, 56:10, 59:4, 130:6, 148:10, 160:16, 161:1
**charges** [1] - 118:25, 130:16, 131:22, 140:24, 141:25, 145:1, 147:4, 148:21, 149:4, 184:25, 185:5
**charging** [2] - 19:24, 198:4
**Charles** [7] - 134:7, 137:10, 137:22, 141:6, 141:9, 141:19, 188:17
**check** [3] - 113:21, 113:22, 114:4
**checked** [7] - 102:2, 113:25, 114:1, 114:3, 114:5, 160:17, 161:2
**checks** [1] - 132:6
**chest** [1] - 175:4
**chief** [1] - 91:4
**child** [16] - 7:12, 13:18, 16:21, 67:21, 82:24, 131:22, 132:4, 140:24, 141:25, 148:21, 149:4, 159:8, 159:10, 165:4, 165:7, 169:25
**children** [41] - 12:22, 29:14, 30:20, 30:21, 30:22, 42:21, 43:3, 43:23, 50:1, 54:13, 54:18, 55:11, 58:23, 61:9, 61:10, 61:15, 72:24, 72:25, 82:13, 97:2, 111:15, 111:18, 111:20, 112:2, 112:5, 112:19, 116:6, 125:24, 126:11, 126:16, 131:8, 132:10, 132:21, 165:10, 166:21, 180:11, 181:6,

200:21, 201:9, 201:10
**children's** [3] - 40:18, 42:1, 43:2
**Chinese** [1] - 34:20
**chores** [12] - 41:12, 167:1, 167:4, 169:5, 169:6, 169:9, 169:10, 169:15, 169:21, 173:10, 175:12, 175:16
**chose** [2] - 152:10, 152:14
**Christi** [1] - 156:6
**Christian** [2] - 149:7, 157:15
**Christmas** [6] - 48:16, 49:21, 49:22, 50:7, 51:1, 85:3
**church** [8] - 9:16, 42:11, 71:13, 71:14, 71:20, 71:21, 73:8
**churches** [1] - 26:7
**Circuit** [3] - 32:15, 32:22, 33:7
**circular** [1] - 179:8
**circumstance** [2] - 64:19, 112:12
**circumstances** [5] - 19:16, 33:2, 76:12, 76:13, 82:15
**cite** [2] - 32:13, 94:4
**cited** [2] - 190:11, 193:13
**cites** [1] - 32:22
**citing** [1] - 33:5
**citizen** [4] - 104:16, 104:18, 104:22, 104:23
**citizenship** [1] - 104:21
**city** [3] - 35:10, 38:15, 38:23
**civil** [1] - 56:16
**CJA** [1] - 51:24
**claimed** [1] - 154:11
**claiming** [1] - 151:9
**clarify** [6] - 105:1, 148:7, 159:11, 191:4, 191:7, 193:8
**clarifying** [1] - 105:4
**clarity** [1] - 32:8
**classify** [1] - 186:16
**clean** [12] - 170:9, 170:12, 170:15, 171:12, 171:15, 171:24, 172:4, 173:11, 174:13, 174:14, 175:9, 175:16
**cleaned** [3] - 172:20, 172:21, 172:23

**cleaning** [4] - 170:4, 170:18, 170:21, 171:17

**clear** [7] - 16:24, 19:15, 165:13, 166:6, 166:25, 191:5, 193:4

**cleared** [2] - 59:15, 63:15

**clearly** [5] - 16:10, 18:6, 19:6, 19:13, 19:18

**client** [1] - 18:10

**clinic** [4] - 49:14, 71:9, 71:24, 73:8, 171:9, 183:16

**clinically** [1] - 191:23

**closed** [1] - 33:20

**closer** [1] - 41:19

**closeup** [1] - 67:2

**closing** [1] - 202:21

**closings** [3] - 201:20, 201:22, 202:1

**clothed** [1] - 201:10

**clothes** [1] - 200:17

**clothing** [6] - 41:14, 171:20, 171:21, 171:24, 172:2

**code** [1] - 23:14

**coffee** [1] - 170:16

**Colin** [1] - 122:25

**collage** [4] - 12:8, 17:4, 26:2, 26:4

**collages** [1] - 26:6

**collect** [3] - 80:21, 81:4, 186:22

**collecting** [1] - 12:8

**college** [1] - 154:8

**College** [1] - 156:6

**color** [2] - 139:6, 139:22

**Columbus** [2] - 138:17, 143:9

**column** [2] - 177:4, 177:24

**comfortable** [1] - 186:12

**coming** [6] - 4:16, 29:17, 67:23, 90:10, 91:20

**commander** [1] - 42:24

**comment** [6] - 16:19, 46:8, 105:3, 106:16, 106:18, 106:19

**common** [4] - 32:25, 45:22, 47:15, 88:15

**communicate** [2] - 45:23

**communication** [1] - 6:11

**community** [5] - 34:24, 36:4, 36:18, 186:20, 201:12

**companies** [1] - 6:2

**company** [2] - 5:25, 157:7

**compatible** [2] - 7:17, 7:21

**compiled** [3] - 169:24, 179:22, 179:23

**complaints** [5] - 53:25, 55:25, 60:13, 61:2, 64:21

**complete** [3] - 65:18, 177:14, 179:16

**completely** [1] - 90:8

**comply** [1] - 57:7

**compound** [2] - 89:5, 158:4

**computer** [3] - 28:14, 33:20, 113:15

**computers** [19] - 9:9, 9:12, 9:19, 9:23, 10:1, 10:2, 10:9, 10:12, 10:13, 10:21, 11:10, 11:16, 46:22, 46:23, 90:17, 113:1, 113:4, 113:8

**concerning** [1] - 190:9

**concluded** [2] - 197:5, 203:5

**conclusion** [1] - 192:14

**conditions** [1] - 189:4

**conduct** [11] - 95:23, 96:8, 96:18, 98:16, 98:24, 99:6, 99:11, 111:13, 181:25, 192:11, 194:4

**conducted** [2] - 56:2, 59:25

**conducting** [1] - 107:9

**conference** [6] - 198:4, 198:14, 198:15, 199:6, 201:22, 202:19

**confused** [2] - 19:2, 31:12, 192:18

**confusing** [1] - 193:9

**conjunction** [1] - 167:6

**connected** [2] - 83:7, 133:13

**connecting** [1] - 143:8

**connection** [3] -

80:22, 80:25, 83:11

**consideration** [1] - 200:14

**considered** [2] - 187:10, 187:12

**consistent** [1] - 197:21

**constant** [1] - 188:8

**constitute** [1] - 200:25

**consular** [1] - 64:23

**contact** [19] - 8:14, 8:19, 8:21, 11:19, 20:8, 34:19, 45:24, 47:2, 51:6, 71:25, 75:9, 92:24, 119:24, 163:9, 181:8, 182:11, 182:15, 189:13, 199:18

**contacts** [1] - 47:23

**contained** [2] - 69:4, 153:5

**contains** [1] - 40:9

**continue** [1] - 68:9

**CONTINUED** [1] - 5:11

**contract** [1] - 132:22, 133:2

**contracting** [1] - 133:1, 133:5

**contributions** [2] - 42:20, 191:22

**control** [1] - 115:3

**conversation** [1] - 133:8, 182:21

**converted** [1] - 88:13

**convicted** [4] - 140:23, 160:16, 161:1, 184:24

**conviction** [1] - 195:18

**cook** [2] - 172:15, 173:9

**cooked** [3] - 172:25, 173:2, 173:4

**cooking** [3] - 41:11, 188:8, 188:9

**coolers** [1] - 170:24

**Cooley** [2] - 106:23, 106:25

**cooperate** [4] - 54:7, 58:12, 58:17, 58:19

**cooperated** [2] - 58:15, 90:11

**cooperative** [1] - 90:8

**coordinate** [1] - 60:8

**coordination** [1] - 41:13

**copies** [4] - 26:5,

31:4, 48:18, 91:13

**copy** [4] - 21:11, 39:20, 51:23, 91:10

**corner** [6] - 22:11, 22:17, 27:13, 41:18, 136:1, 136:10

**corners** [1] - 71:1

**Corpus** [1] - 156:6

**correct** [462] - 39:20, 40:22, 48:18, 61:25, 92:6, 92:7, 100:5, 100:9, 100:14, 100:18, 100:19, 100:22, 100:23, 100:25, 101:7, 101:9, 101:13, 101:20, 101:22, 101:25, 102:1, 102:3, 102:5, 102:8, 102:9, 102:11, 102:14, 102:17, 102:20, 103:3, 103:6, 103:10, 103:14, 103:17, 104:4, 104:6, 104:7, 104:10, 104:12, 104:16, 104:19, 104:22, 104:24, 105:10, 105:17, 105:20, 105:21, 106:23, 106:25, 107:3, 107:18, 108:12, 108:23, 109:8, 109:11, 109:16, 109:25, 110:3, 110:5, 110:9, 110:10, 110:11, 110:19, 110:22, 111:1, 111:9, 111:11, 111:16, 111:20, 112:6, 112:7, 112:10, 112:17, 112:23, 113:17, 113:25, 114:3, 114:6, 114:12, 114:14, 114:16, 114:19, 114:20, 114:22, 114:23, 114:25, 115:1, 115:2, 115:5, 115:6, 115:7, 115:8, 115:10, 115:12, 115:16, 115:19, 116:4, 116:7, 116:9, 116:12, 116:14, 116:16, 116:19, 116:23, 116:24, 117:2, 117:5, 117:6, 117:8, 117:9, 117:11, 117:13, 118:7, 118:12, 118:13, 118:15, 118:18, 118:20, 118:25,

119:3, 119:8, 119:16, 119:20, 119:21, 119:25, 120:1, 120:3, 120:6, 120:9, 120:12, 120:17, 120:21, 120:24, 121:1, 121:5, 121:10, 121:11, 121:13, 121:14, 121:17, 121:18, 121:20, 121:21, 121:24, 121:25, 122:5, 122:10, 122:12, 122:19, 122:23, 123:2, 123:8, 123:9, 123:12, 123:16, 123:19, 124:3, 124:5, 124:9, 124:14, 124:24, 125:2, 125:6, 125:13, 125:20, 125:21, 125:22, 125:25, 126:10, 126:11, 126:16, 126:17, 126:21, 126:23, 127:15, 127:23, 127:25, 128:1, 128:3, 128:5, 128:13, 128:22, 129:3, 129:7, 129:11, 129:13, 131:5, 131:8, 131:12, 131:15, 131:19, 131:23, 132:1, 132:2, 132:6, 132:7, 132:11, 132:13, 132:17, 132:23, 132:24, 133:1, 133:6, 133:7, 133:10, 133:13, 133:14, 133:16, 133:19, 134:3, 134:4, 134:7, 134:8, 134:20, 135:5, 135:6, 135:12, 135:13, 136:4, 136:5, 136:6, 136:13, 136:17, 137:7, 137:10, 137:11, 137:14, 137:18, 137:19, 137:23, 137:24, 138:1, 138:2, 138:5, 138:6, 138:14, 138:15, 138:17, 138:18, 138:20, 138:23, 138:24, 139:1, 139:2, 139:7, 139:9, 139:13, 139:16, 139:18, 139:20, 139:22, 139:25, 140:7, 140:12, 140:16, 140:20, 140:24, 141:2, 141:6, 141:10, 141:25, 142:13,

142:22, 143:3, 143:6, 143:7, 143:9, 143:10, 143:18, 144:5, 144:6, 144:8, 144:24, 145:2, 145:6, 145:9, 147:3, 147:9, 148:8, 148:15, 148:17, 148:21, 149:5, 149:9, 149:22, 150:1, 150:4, 150:5, 150:7, 150:9, 150:10, 150:20, 150:21, 151:1, 151:5, 151:10, 151:13, 151:16, 151:17, 151:19, 151:23, 152:6, 152:8, 152:11, 152:18, 152:20, 153:1, 153:5, 153:10, 153:12, 153:20, 154:9, 154:10, 154:13, 154:21, 155:19, 155:23, 156:2, 156:3, 156:7, 156:10, 156:13, 156:19, 158:2, 158:11, 158:15, 158:16, 158:21, 159:22, 159:25, 160:2, 160:3, 160:4, 160:18, 161:3, 161:13, 161:21, 162:7, 162:9, 162:11, 162:16, 162:22, 163:2, 165:2, 165:11, 165:12, 165:14, 165:15, 165:23, 165:24, 166:15, 166:18, 166:22, 166:23, 167:2, 167:3, 167:5, 167:25, 168:3, 168:5, 168:14, 168:15, 168:18, 168:20, 169:1, 169:3, 169:7, 169:8, 169:10, 169:15, 170:5, 170:6, 170:7, 170:10, 170:11, 170:13, 170:16, 170:17, 170:19, 170:22, 170:25, 171:1, 171:3, 171:5, 171:8, 171:12, 171:13, 171:19, 171:20, 171:22, 171:25, 172:2, 172:20, 172:21, 172:22, 172:23, 172:24, 172:25, 173:3, 173:22, 173:23, 173:24, 174:1, 174:4, 174:16, 174:23, 174:25, 175:2, 175:5, 175:10,

175:17, 175:20, 175:21, 176:6, 176:9, 176:20, 176:22, 177:7, 177:9, 177:12, 177:15, 178:3, 178:5, 178:6, 178:7, 178:9, 178:13, 178:15, 178:16, 178:17, 178:20, 179:3, 179:4, 179:6, 179:9, 179:10, 179:11, 179:13, 179:18, 179:19, 180:9, 180:12, 180:13, 180:21, 180:25, 181:9, 181:10, 181:13, 182:5, 182:8, 182:11, 182:15, 182:16, 182:19, 183:5, 183:7, 183:9, 183:11, 183:18, 193:3, 198:9, 202:5

**correctly** [1] - 92:2
**cost** [1] - 50:3
**counsel** [13] - 4:5, 20:1, 31:5, 52:7, 91:16, 93:17, 152:23, 164:1, 191:25, 192:2, 193:4, 193:20, 197:18
**counsel's** [1] - 17:10
**counsels'** [3] - 4:10, 52:12, 93:22
**countries** [1] - 43:11
**country** [1] - 43:11
**County** [2] - 98:11, 134:14
**couple** [8] - 37:20, 43:20, 50:4, 71:10, 177:13, 180:13, 186:21, 198:23
**course** [14] - 10:16, 19:10, 34:23, 74:18, 111:2, 112:24, 120:25, 126:1, 130:13, 139:19, 168:21, 174:12, 193:5, 202:11
**Court** [20] - 2:1, 16:18, 16:23, 32:9, 32:18, 32:24, 32:25, 130:2, 130:10, 164:8, 186:2, 190:5, 193:10, 193:13, 196:16, 197:4, 198:5, 198:25, 202:8, 203:14
**court** [12] - 15:5, 20:20, 33:15, 51:23, 67:22, 68:20, 92:21, 130:25, 147:25, 149:3, 187:22, 200:1

**COURT** [320] - 1:1, 4:1, 4:12, 4:18, 4:20, 5:1, 5:4, 5:7, 5:9, 6:19, 7:8, 7:19, 7:24, 8:24, 9:1, 9:21, 10:8, 10:18, 10:24, 11:4, 11:12, 12:4, 12:11, 13:11, 13:21, 14:5, 14:11, 14:14, 14:22, 15:7, 15:13, 15:18, 15:21, 15:24, 16:7, 16:11, 16:14, 16:16, 16:21, 17:1, 17:3, 18:1, 18:13, 18:15, 20:6, 20:22, 20:25, 21:17, 21:22, 21:25, 25:4, 25:17, 30:11, 30:14, 30:23, 31:7, 31:12, 31:16, 31:20, 32:1, 32:4, 32:7, 32:12, 32:15, 33:16, 33:22, 35:1, 35:16, 36:9, 37:2, 38:7, 38:20, 39:5, 39:7, 39:25, 40:4, 40:7, 40:25, 43:8, 43:13, 43:18, 44:7, 44:14, 44:19, 45:10, 45:21, 46:15, 47:5, 47:10, 47:18, 48:4, 48:6, 48:24, 49:3, 49:6, 49:16, 50:23, 51:4, 51:18, 51:21, 52:2, 52:5, 52:18, 52:21, 53:18, 54:24, 55:13, 55:19, 56:6, 57:4, 57:16, 58:14, 59:12, 59:19, 60:24, 61:7, 61:13, 61:22, 62:9, 62:15, 63:9, 63:13, 63:17, 63:24, 64:1, 64:15, 65:5, 65:10, 65:17, 65:21, 66:10, 66:12, 66:18, 67:6, 67:14, 67:19, 68:3, 68:7, 68:10, 68:16, 68:18, 68:25, 69:14, 69:18, 72:6, 73:12, 73:21, 74:1, 74:8, 74:16, 75:14, 76:6, 77:19, 78:18, 79:24, 80:4, 83:4, 84:9, 87:21, 88:6, 89:6, 89:21, 90:1, 90:3, 90:12, 90:15, 91:8, 91:10, 91:12, 91:15, 92:2, 92:10, 92:16, 92:18, 92:22, 93:11, 93:14, 94:2, 94:17, 94:19, 94:22, 98:20, 99:2, 99:14, 99:16,

99:25, 101:5, 102:24, 103:21, 105:5, 105:24, 106:8, 106:17, 108:3, 109:3, 111:24, 116:1, 117:18, 119:13, 123:22, 125:11, 127:7, 127:21, 128:16, 128:25, 129:17, 129:23, 130:20, 130:23, 131:1, 133:24, 135:16, 135:19, 136:23, 138:9, 141:12, 141:21, 142:6, 142:18, 142:25, 143:13, 143:22, 143:24, 144:11, 144:16, 145:15, 145:20, 146:9, 146:16, 146:20, 146:24, 147:8, 147:17, 148:1, 148:12, 148:24, 149:13, 149:16, 152:2, 153:17, 154:16, 154:23, 155:10, 155:12, 158:4, 158:25, 159:3, 160:12, 160:22, 161:9, 161:17, 161:24, 162:18, 162:25, 163:6, 163:8, 163:21, 163:24, 164:10, 164:13, 164:14, 164:16, 165:19, 166:2, 167:11, 167:19, 169:12, 169:17, 169:23, 175:25, 177:2, 177:22, 180:1, 180:4, 183:22, 184:1, 187:7, 187:15, 187:25, 189:10, 189:25, 190:3, 190:7, 190:11, 190:21, 191:3, 191:17, 192:16, 192:20, 193:14, 193:17, 193:19, 193:22, 194:10, 194:15, 194:18, 195:25, 196:9, 196:14, 196:20, 197:8, 197:11, 198:2, 198:6, 198:9, 198:11, 198:13, 198:17, 198:24, 199:2, 199:6, 199:11, 199:15, 200:6, 201:21, 202:1, 202:14, 202:17,

202:24, 203:1
**Court's** [4] - 94:9, 191:15, 193:21, 197:22
**COURTROOM** [1] - 4:24
**courtroom** [10] - 5:2, 51:16, 52:19, 93:9, 94:20, 163:19, 164:11, 189:23, 199:9, 200:4
**covers** [1] - 175:16
**cracks** [1] - 37:20
**cream** [1] - 176:18
**created** [2] - 124:7, 167:4
**crime** [1] - 160:19
**crimes** [3] - 60:7, 160:17, 160:18
**criminal** [1] - 161:1
**criminally** [2] - 56:10, 59:4
**Croix** [1] - 179:9
**cross** [8] - 18:21, 99:16, 187:17, 191:25, 192:3, 200:19, 201:4, 202:11
**CROSS** [1] - 99:18
**Cross** [1] - 3:3
**cross-examination** [7] - 18:21, 99:16, 187:17, 191:25, 192:3, 200:19, 202:11
**CROSS-EXAMINATION** [1] - 99:18
**CRR** [2] - 2:1, 203:13
**Crystal** [9] - 107:7, 107:12, 107:17, 107:20, 107:23, 107:24, 107:25, 108:5, 108:11
**cumulative** [3] - 67:1, 67:2, 196:23
**current** [2] - 152:5, 152:8
**curtain** [7] - 69:9, 70:9, 70:12, 70:14, 70:17, 70:19, 70:20
**custody** [1] - 132:9
**Customs** [1] - 90:18
**cut** [1] - 179:20
**cutting** [1] - 109:18

**D**

**d-o-k-k-i** [1] - 131:21
**Dadeland** [1] - 1:24
**Dadou** [3] - 170:18,

172:19, 172:20
**daily** [10] - 87:24, 88:1, 88:3, 88:8, 88:17, 167:1, 167:4, 169:5, 176:6, 176:11
**damage** [3] - 37:18, 37:20, 38:4
**dangers** [1] - 47:24
**dark** [1] - 24:14
**date** [8] - 41:22, 100:11, 101:19, 104:12, 118:8, 118:9, 128:18, 135:25
**DATE** [1] - 203:13
**dated** [1] - 137:1
**dates** [7] - 101:12, 118:16, 118:19, 120:4, 121:2, 133:11, 133:20
**dating** [1] - 19:24
**daughter** [1] - 71:7
**David** [4] - 78:2, 78:3, 78:8, 172:20
**day's** [1] - 49:24
**days** [9] - 29:1, 71:10, 71:12, 72:15, 73:18, 140:6, 185:3, 198:20
**Dayton** [2] - 124:4, 124:17
**DC** [2] - 1:19, 60:5
**DCPJ** [5] - 60:2, 61:18, 61:24, 62:1, 62:5
**DD** [1] - 153:8
**dead** [3] - 129:3, 129:6, 129:11
**deal** [1] - 56:21
**dealing** [1] - 190:10
**death** [2] - 124:1, 124:12
**December** [10] - 115:9, 116:22, 117:4, 123:7, 140:20, 141:15, 141:24, 142:2, 142:9, 142:11
**decision** [4] - 32:17, 32:24, 33:7, 169:3
**decision-maker** [1] - 169:3
**decree** [3] - 128:12, 128:17, 128:20
**defendant** [1] - 1:8
**DEFENDANT** [5] - 1:20, 3:4, 4:25, 5:8, 94:18
**Defendant** [24] - 15:5, 16:9, 16:11, 18:4, 18:23, 18:25, 19:9, 20:7, 31:5,

32:20, 67:20, 94:11, 130:3, 145:24, 192:4, 192:7, 192:10, 194:4, 194:14, 200:9, 200:18, 201:4, 201:5, 201:11
**Defendant's** [68] - 3:10, 3:10, 3:11, 3:11, 15:3, 16:25, 17:5, 19:14, 21:2, 21:15, 21:18, 21:20, 22:2, 22:3, 22:8, 22:9, 23:2, 23:17, 25:3, 25:25, 26:1, 26:8, 27:1, 27:13, 28:10, 28:11, 32:10, 39:10, 39:13, 39:16, 39:19, 39:23, 39:25, 40:2, 40:9, 41:25, 48:9, 48:22, 48:24, 49:1, 49:8, 49:10, 49:19, 50:8, 50:18, 66:20, 66:23, 68:2, 68:3, 69:2, 69:12, 69:14, 69:16, 69:22, 70:5, 70:10, 70:20, 70:21, 79:8, 166:1, 166:25, 175:24, 186:4, 191:19, 191:22, 192:1, 196:17, 201:3
**Defense** [2] - 166:5, 169:6
**defense** [15] - 17:10, 17:23, 20:1, 31:4, 190:13, 190:19, 191:24, 192:2, 194:12, 195:9, 196:7, 196:11, 197:2, 197:18
**degree** [5] - 153:12, 153:19, 155:5, 155:22, 155:25
**delete** [1] - 47:23
**denied** [1] - 196:20
**denying** [2] - 94:3, 195:19
**DEPARTMENT** [1] - 1:17
**Department** [9] - 56:18, 56:21, 56:22, 60:5, 135:4, 139:12, 139:14, 140:9, 140:15
**departments** [2] - 53:7, 53:9
**depicted** [26] - 21:3, 21:7, 22:8, 22:10, 23:1, 25:10, 26:9, 26:22, 28:11, 39:13, 39:16, 39:19, 40:15, 41:7, 48:11, 49:10, 49:19, 50:8, 69:5,

69:21, 70:5, 70:9, 70:17, 70:20, 139:23, 180:11
**deported** [4] - 133:9, 137:20, 141:10, 143:5
**deposition** [4] - 94:4, 191:20, 192:17, 194:16
**depositions** [6] - 94:7, 190:10, 195:20, 196:13, 196:18, 200:8
**DEPUTY** [1] - 4:24
**deputy** [1] - 117:2
**des** [1] - 179:9
**describe** [3] - 22:15, 54:2, 186:15
**described** [2] - 30:2, 174:4
**designated** [1] - 174:18
**designates** [1] - 57:24
**desires** [1] - 134:23
**destined** [1] - 98:8
**detachment** [1] - 34:17
**detail** [1] - 22:13
**detailed** [4] - 64:20, 65:18, 191:7, 193:11
**details** [2] - 65:7, 191:9
**detained** [3] - 131:25, 141:4, 142:3
**determining** [1] - 200:14
**Detroit** [2] - 104:15, 106:25
**development** [1] - 43:24
**device** [5] - 51:10, 93:3, 163:13, 189:17, 199:22
**devotions** [1] - 25:15
**diagonal** [1] - 178:23
**died** [4] - 128:22, 129:4, 129:6, 160:7
**Dieucibon** [7] - 74:22, 74:24, 75:1, 75:9, 75:25, 178:13, 181:11
**difference** [1] - 60:3
**different** [10] - 6:16, 13:3, 20:1, 23:15, 40:23, 46:11, 92:8, 145:9, 147:1, 147:13
**difficult** [1] - 82:22
**Digicel** [2] - 5:25, 7:5
**Direct** [1] - 3:3
**DIRECT** [1] - 5:11
**direct** [34] - 6:11,

43:25, 44:2, 45:17, 46:4, 46:6, 46:8, 100:2, 105:2, 110:20, 117:22, 122:9, 123:5, 130:2, 130:8, 131:4, 132:17, 138:3, 145:2, 146:2, 149:24, 157:20, 158:9, 159:12, 164:21, 166:10, 174:4, 176:24, 177:6, 177:15, 181:7, 198:20, 201:4
**directing** [13] - 100:11, 100:16, 100:20, 101:15, 101:17, 104:3, 125:8, 136:8, 137:3, 144:7, 166:4, 168:7, 177:18
**director** [4] - 168:20, 168:23, 168:25, 179:6
**directors** [2] - 82:6, 149:25, 153:1, 153:4
**disagree** [1] - 17:10
**discern** [2] - 24:10, 24:20
**discharge** [1] - 115:11
**discharged** [3] - 84:6, 86:13, 86:15
**discipline** [1] - 47:21
**disclose** [1] - 65:1
**disclosed** [1] - 195:8
**discounts** [1] - 154:1
**discovered** [2] - 107:7, 107:20
**discovery** [2] - 31:22, 31:23
**discuss** [6] - 51:5, 92:23, 163:8, 189:12, 190:22, 199:17
**discussed** [1] - 29:16
**discussion** [2] - 91:16, 193:20
**discussions** [1] - 25:14
**dishes** [1] - 173:22
**dismiss** [1] - 198:13
**dismissed** [1] - 120:20
**dispute** [2] - 192:9, 194:3
**disregard** [1] - 106:19
**distribute** [2] - 36:16, 88:24
**distributed** [6] - 36:3, 36:4, 36:23, 36:24, 36:25, 38:23

**DISTRICT** [3] - 1:1, 1:1, 1:11
**districts** [1] - 172:14
**divinity** [3] - 153:9, 153:12, 153:19
**DIVISION** [1] - 1:2
**divorce** [3] - 128:12, 128:17, 128:20
**divorced** [3] - 128:7, 128:10, 128:12
**Docket** [4] - 191:18, 193:24, 193:25, 194:6
**doctor** [2] - 28:15, 71:23
**doctorate** [3] - 153:9, 153:12, 153:19
**doctored** [1] - 28:13
**document** [12] - 24:15, 67:21, 95:6, 138:12, 161:7, 166:14, 179:13, 180:8, 186:2, 188:15, 188:20, 189:1
**documents** [2] - 16:18, 138:4
**Dodo** [4] - 85:23, 85:25, 171:2, 171:5
**dogs** [2] - 171:7, 171:10
**Dokki** [1] - 131:19
**dollar** [3] - 87:15, 88:10, 133:17
**domestic** [1] - 41:10
**Dominique** [5] - 85:11, 85:22, 85:25, 171:5, 171:6
**don't...** [1] - 160:5
**Donald** [2] - 25:1
**donated** [14] - 7:3, 7:10, 7:13, 7:15, 8:2, 9:14, 9:15, 30:5, 30:6, 30:18, 42:6, 42:10, 88:23, 97:1
**donation** [1] - 9:24
**donations** [1] - 67:17
**done** [5] - 71:23, 115:23, 199:5, 202:10, 202:18
**Donna** [2] - 125:19, 126:2
**donors** [2] - 26:3, 26:6
**door** [10] - 38:3, 54:11, 69:24, 70:3, 70:4, 91:4, 91:22, 91:23, 146:22, 147:20
**down** [12] - 8:17, 36:12, 38:2, 51:19, 64:18, 71:23, 72:4, 83:16, 109:18,

178:23, 179:1, 190:1
**downstairs** [1] - 181:2
**dozen** [1] - 29:9
**drafted** [1] - 153:2
**draw** [2] - 68:22, 186:4
**drink** [1] - 186:11
**Drive** [2] - 136:12, 138:17
**drive** [1] - 146:7
**driver's** [2] - 104:9, 134:18
**driveway** [1] - 126:25
**driving** [2] - 146:6, 147:5
**due** [1] - 53:25
**during** [36] - 13:23, 18:11, 19:13, 29:8, 30:7, 30:24, 34:1, 34:5, 36:1, 41:7, 53:13, 74:18, 78:23, 80:18, 83:15, 107:19, 108:7, 109:25, 112:22, 119:23, 126:14, 128:2, 132:5, 132:16, 140:18, 156:12, 157:6, 158:1, 158:9, 167:22, 177:14, 177:25, 189:5, 191:25, 192:2, 192:4
**duties** [1] - 185:2
**dyed** [1] - 185:15

## E

**e-mail** [8] - 68:6, 68:9, 68:16, 115:15, 115:18, 115:20, 128:21, 129:2
**e-mailing** [2] - 68:10, 113:11
**eager** [2] - 72:2, 72:4
**earliest** [1] - 157:17
**early** [15] - 9:7, 12:21, 29:4, 43:24, 54:5, 105:10, 156:1, 156:5, 156:12, 157:1, 157:13, 157:17, 158:10, 158:14, 202:18
**earthquake** [13] - 6:15, 6:21, 35:9, 36:4, 37:5, 37:8, 37:19, 37:22, 182:19, 192:2, 192:4, 200:18, 201:13
**easy** [1] - 54:12
**eat** [4] - 29:23, 30:1,

49:24, 49:25
**economic** [1] - 109:17
**economically** [1] - 109:18
**Eddy** [2] - 172:19, 178:16
**Eddy's** [1] - 170:12
**Edmer** [1] - 178:15
**EDMER** [2] - 178:17, 178:19
**education** [1] - 157:16
**Edwards** - 203:13
**EDWARDS** [2] - 2:1, 203:13
**effect** [2] - 28:13, 33:5
**effective** [1] - 120:3, 135:22
**Egypt** [30] - 129:20, 130:3, 131:5, 131:6, 131:14, 132:3, 132:5, 132:9, 133:9, 133:16, 134:16, 134:20, 137:14, 137:20, 137:21, 139:11, 139:15, 140:3, 140:7, 140:11, 140:15, 141:8, 142:8, 143:6, 148:4, 148:4, 148:14, 149:8, 185:4, 185:11
**Egyptian** [1] - 132:9, 140:23, 141:15
**Egyptians** [1] - 131:12
**eight** [2] - 85:6, 123:11
**either** [15] - 36:3, 47:15, 51:5, 54:4, 81:24, 92:23, 135:2, 163:8, 181:25, 182:11, 182:15, 189:12, 199:17, 201:22, 202:4
**Ekens** [3] - 83:20, 84:11, 182:3
**electronics** [1] - 182:24
**Eleventh** [2] - 32:15, 32:22
**elicit** [3] - 130:9, 192:2, 194:13
**elicited** [3] - 191:24, 200:18, 200:19
**eliminate** [2] - 47:22
**Elkins** [1] - 83:19
**ELMO** [1] - 20:21
**Embassy** [26] -

63:21, 64:5, 64:10, 64:12, 64:13, 64:17, 64:18, 64:23, 65:8, 65:15, 65:24, 66:2, 66:6, 132:5, 132:8, 132:13, 132:15, 132:19, 133:3, 133:15, 139:25, 140:2, 140:5, 140:12, 143:16, 144:8
**emergency** [1] - 8:15
**employed** [1] - 132:21
**employees** [1] - 135:4
**en** [1] - 26:4
**encompassed** [2] - 196:25, 201:14
**encourage** [1] - 112:11
**encouraged** [1] - 12:6
**end** [2] - 22:23, 87:2
**endangered** [1] - 165:3
**enforcement** [2] - 90:9, 90:11
**engage** [9] - 95:13, 95:22, 95:23, 98:15, 99:6, 99:10, 181:8, 192:11, 194:4
**engaging** [5] - 47:15, 96:8, 96:18, 98:24, 189:6
**England** [9] - 115:4, 115:14, 116:4, 122:3, 122:17, 137:7, 150:11, 150:15, 184:24
**English** [3] - 149:25, 153:3, 168:5
**enhance** [1] - 34:24
**enjoy** [1] - 93:8
**enlisted** [3] - 114:12, 114:17, 114:18
**enlisting** [1] - 105:15
**enlistment** [1] - 106:11
**enter** [2] - 70:3, 195:2
**entered** [9] - 5:2, 21:21, 40:2, 49:1, 52:19, 69:17, 94:20, 164:11, 199:9
**entering** [2] - 43:16, 195:4
**entire** [4] - 17:25, 19:24, 130:19, 175:17
**entirety** [2] - 104:18, 188:16

**entitled** [3] - 136:1, 165:17, 203:10
**entity** [3] - 150:7, 156:17, 156:18
**entrance** [4] - 66:22, 67:3, 70:1, 70:7
**Entry** [4] - 191:18, 193:24, 193:25, 194:7
**entry** [4] - 82:14, 117:22, 135:21, 160:10
**equipment** [3] - 24:3, 35:9, 112:21
**equipped** [2] - 27:4, 27:6
**era** [1] - 29:8
**especially** [2] - 42:23, 187:1
**ESQ** [4] - 1:14, 1:17, 1:20, 1:23
**establish** [2] - 20:8, 23:15
**established** [3] - 23:11, 23:25, 124:19
**estimate** [1] - 39:18
**estimates** [1] - 202:12
**Europe** [1] - 157:12
**Evangelical** [2] - 151:1, 151:10
**evening** [5] - 6:10, 29:5, 165:15, 200:3, 201:18
**Evenson** [2] - 173:13, 173:15
**event** [2] - 94:11, 190:19
**events** [1] - 12:24
**eventually** [4] - 34:20, 38:17, 73:24, 127:18
**Evidence** [1] - 33:8
**evidence** [13] - 21:21, 40:3, 48:22, 49:2, 69:17, 135:11, 154:15, 155:8, 160:11, 161:8, 161:23, 162:24, 192:2
**EVIDENCE** [1] - 3:9
**ex** [5] - 60:13, 64:21, 129:14, 194:23, 197:2
**ex-residents** [2] - 60:13, 64:21
**ex-wife** [1] - 129:14
**exact** [2] - 9:7, 118:9
**exactly** [5] - 72:15, 76:11, 81:7, 112:16, 132:24
**examination** [28] - 18:21, 68:9, 99:16,

105:2, 122:9, 123:5, 130:2, 130:8, 131:4, 132:17, 138:3, 145:3, 146:2, 149:24, 157:20, 158:9, 159:12, 164:21, 174:4, 177:6, 177:15, 181:7, 187:17, 191:25, 192:3, 198:20, 200:19, 202:11
**EXAMINATION** [3] - 5:11, 99:18, 184:2
**example** [1] - 83:7
**except** [1] - 188:22
**exchange** [2] - 181:21, 182:6
**excited** [1] - 112:13
**excuse** [3] - 25:19, 161:16, 165:17
**excused** [2] - 51:20, 190:2
**exert** [1] - 55:10
**exhaustive** [2] - 169:10, 169:15
**Exhibit** [94] - 3:10, 3:10, 3:11, 3:11, 17:5, 21:15, 21:20, 22:3, 22:4, 22:8, 22:9, 23:2, 23:17, 25:3, 26:1, 26:2, 27:1, 27:14, 28:10, 28:11, 31:6, 32:10, 39:10, 39:14, 39:17, 39:19, 39:23, 40:1, 40:2, 40:9, 41:25, 48:9, 48:22, 48:25, 49:1, 49:8, 49:10, 49:20, 50:9, 50:18, 67:4, 67:24, 68:2, 69:2, 69:4, 69:16, 69:22, 70:10, 70:21, 79:9, 95:5, 97:5, 99:23, 100:2, 100:21, 101:3, 101:12, 101:16, 102:23, 103:2, 104:3, 104:9, 117:16, 125:10, 133:23, 134:6, 135:18, 136:9, 136:22, 138:8, 143:12, 143:15, 144:3, 149:15, 149:18, 152:4, 153:7, 166:1, 166:5, 166:25, 169:6, 175:24, 177:1, 177:11, 177:21, 179:15, 179:16, 180:3, 180:6, 185:19, 186:4, 188:15, 189:6
**exhibit** [14] - 17:14,

32:1, 40:6, 49:5,
51:22, 51:25, 66:21,
68:6, 68:9, 68:10,
91:9, 101:16, 103:25,
180:11

**exhibits** [11] - 14:19,
31:4, 31:7, 31:10,
31:13, 31:17, 31:20,
31:24, 66:16, 69:6

**Exhibits** [10] - 16:25,
21:3, 21:18, 66:19,
66:20, 67:7, 69:12,
69:15, 103:20, 103:24

**EXHIBITS** [1] - 3:9

**existence** [3] -
33:12, 34:6, 107:25

**exited** [5] - 51:16,
93:9, 163:19, 189:23,
200:4

**exonerated** [1] -
160:20

**expect** [4] - 199:2,
201:21, 201:25, 202:9

**expectation** [1] -
197:24

**expected** [1] - 87:16

**expensive** [1] -
147:5

**experience** [4] -
24:2, 153:24, 158:10,
203:1

**experiences** [2] -
157:19, 158:18

**expert** [1] - 200:25

**experts** [2] - 201:1,
201:2

**expired** [2] - 137:17,
159:24

**explain** [5] - 42:22,
56:25, 76:12, 152:13,
165:18

**explained** [2] -
57:19, 112:20

**explaining** [1] - 7:7

**extend** [1] - 188:7

**extensive** [2] -
196:22, 202:9

**extent** [1] - 200:22

**extorted** [1] - 147:10

**extra** [2] - 29:12,
88:22

---

# F

**F.2d** [2] - 32:16, 33:6

**face** [2] - 24:23,
27:22

**Facebook** [22] -
44:9, 44:11, 44:16,

---

44:23, 44:25, 45:2,
45:7, 45:12, 45:14,
45:18, 45:22, 45:23,
46:3, 46:20, 47:1,
47:7, 47:20, 113:12,
113:17, 113:18,
113:21, 113:23

**faces** [2] - 17:8,
50:15

**facial** [1] - 139:7

**Facility** [1] - 132:1

**facility** [5] - 54:13,
57:18, 57:23, 71:10,
157:16

**fact** [46] - 12:5,
19:12, 20:13, 27:15,
33:2, 33:4, 33:5,
33:12, 57:17, 90:7,
90:13, 113:23, 121:3,
121:19, 121:22,
124:18, 125:4,
129:10, 129:13,
130:6, 131:14,
132:15, 138:3,
138:25, 147:19,
154:8, 154:20, 156:9,
156:12, 160:17,
161:3, 162:9, 162:23,
167:4, 167:22,
168:13, 170:4, 179:5,
190:17, 192:12,
194:5, 194:19,
195:12, 200:10, 201:9

**facts** [12] - 154:15,
155:7, 160:10,
161:23, 191:24,
192:5, 193:5, 193:9,
193:11, 193:13,
194:20, 195:14

**failure** [3] - 33:1,
33:3, 33:11

**fairly** [1] - 66:23

**fake** [1] - 150:10

**false** [3] - 152:20,
153:5

**families** [5] - 88:25,
89:4, 89:10, 132:20,
132:21

**family** [6] - 42:11,
75:22, 75:25, 145:6,
146:21, 147:20

**far** [7] - 18:9, 20:15,
27:20, 27:21, 50:14,
96:22, 126:17

**fare** [1] - 88:10

**fashion** [1] - 7:2

**fasten** [1] - 70:25

**father's** [1] - 124:1,
124:12

**fault** [1] - 47:15

---

**fear** [1] - 18:4

**February** [6] - 1:5,
96:11, 96:17, 100:18,
131:15, 132:4

**fed** [1] - 201:10

**fee** [1] - 154:2

**feet** [1] - 176:17

**fell** [1] - 73:9

**Fellowship** [2] -
129:11, 159:21

**few** [12] - 6:15, 45:4,
45:15, 73:17, 74:20,
127:12, 129:8, 140:6,
159:6, 159:17,
189:22, 198:20

**fictitious** [1] - 152:17

**fide** [1] - 134:14

**Fifth** [1] - 33:7

**figure** [1] - 38:16

**figured** [1] - 66:17

**file** [1] - 12:9

**Filed** [1] - 136:1

**filed** [2] - 64:21,
197:2

**files** [5] - 54:20,
58:21, 62:3, 179:13,
183:7

**filing** [1] - 134:15

**final** [2] - 85:5, 96:11

**finally** [1] - 97:20

**fine** [8] - 56:16,
130:17, 195:24,
196:14, 197:10,
197:11, 198:2, 202:16

**fined** [1] - 62:23

**finished** [1] - 199:7

**firearm** [1] - 17:21

**firearms** [5] - 28:5,
110:18, 110:21,
110:24

**fired** [2] - 151:23,
151:24

**first** [38] - 6:8, 16:16,
17:7, 22:18, 23:7,
24:22, 36:16, 38:14,
42:5, 54:4, 54:2,
54:4, 58:16, 62:5,
71:19, 72:12, 72:19,
74:22, 75:4, 75:21,
79:14, 88:24, 107:7,
109:25, 132:3,
134:10, 139:24,
140:2, 156:13, 177:4,
177:24, 187:3,
190:25, 191:10,
191:20, 195:5, 198:1

**five** [9] - 10:6, 46:23,
66:15, 97:15, 163:4,
178:5, 178:22,
196:18, 197:23

---

**five-minute** [1] -
163:4

**fixed** [1] - 156:15

**flack** [1] - 24:3, 27:9,
28:2, 28:20, 110:24

**flag** [6] - 17:14,
17:15, 26:17, 26:22,
130:2, 130:10

**flaps** [1] - 188:7

**Flight** [1] - 133:12

**flight** [2] - 102:10,
133:13, 143:9

**Floor** [2] - 2:2,
203:14

**Flores** [3] - 4:11,
52:12, 93:23

**FLORIDA** [1] - 1:1

**Florida** [12] - 1:4,
1:16, 1:22, 1:25, 2:3,
42:9, 100:5, 100:8,
100:21, 133:13,
144:23, 203:15

**flown** [2] - 137:21

**flush** [2] - 174:3,
174:7

**flushing** [2] - 174:10,
174:11

**fly** [1] - 102:19

**focus** [1] - 95:6

**fold** [1] - 172:2

**folks** [1] - 64:17

**following** [26] - 5:3,
14:12, 20:19, 30:12,
33:14, 51:17, 52:4,
52:20, 66:13, 68:19,
90:4, 92:20, 93:10,
93:13, 94:21, 129:24,
130:24, 134:24,
145:21, 147:24,
163:20, 163:23,
164:12, 189:24,
199:10, 200:5

**food** [4] - 29:22,
30:18, 34:22, 35:8,
35:11, 35:12, 80:18,
80:19, 80:21, 132:11,
172:15, 172:25,
173:2, 173:4, 186:23,
191:22, 200:17

**foodstuffs** [5] -
35:21, 35:22, 35:25,
36:2, 89:10

**foot** [4] - 175:6,
175:7, 175:9, 175:10

**FOR** [3] - 1:14, 1:20,
3:4

**Force** [7] - 105:15,
105:19, 106:2,
106:11, 107:2,
114:21, 114:24

---

**force** [2] - 53:11,
152:25

**forces** [12] - 30:17,
33:11, 34:15, 34:18,
35:5, 35:23, 37:6,
38:9, 42:13, 43:4,
43:10, 43:15

**foregoing** [1] - 203:9

**foreign** [8] - 94:4,
94:6, 190:14, 191:19,
192:16, 194:15,
195:20, 200:8

**forgot** [1] - 155:17

**forgotten** [1] - 49:13

**form** [18] - 141:11,
141:20, 142:15,
142:16, 143:19,
151:2, 153:16,
154:14, 158:3,
158:24, 161:6,
167:10, 167:18,
169:11, 169:22,
183:21, 188:9, 195:5

**formal** [1] - 57:9

**former** [10] - 50:20,
50:25, 51:2, 74:19,
151:13, 151:23,
152:11, 168:2,
192:11, 200:19

**Fort** [3] - 100:12,
101:22, 103:9

**forth** [1] - 151:25

**fortifications** [1] -
23:8

**forward** [1] - 91:24

**forwarded** [1] -
144:14

**foster** [2] - 121:5,
121:16

**Foundation** [1] -
10:16

**four** [4] - 96:22,
126:3, 180:24, 197:22

**fourth** [2] - 63:19

**Fourth** [1] - 1:15

**frame** [7] - 19:6,
19:8, 30:7, 41:8,
72:20, 84:5, 159:23

**France** [2] - 133:12,
143:8

**Franklin** [1] - 134:14

**free** [7] - 11:8, 11:16,
11:18, 113:4, 113:14,
113:15, 113:16

**freely** [1] - 72:23

**freezer** [1] - 172:8

**French** [1] - 153:2

**frequent** [2] - 43:1,
108:1

**frequented** [1] -

11

132:4
**frequently** [2] - 53:14, 187:1
**Friday** [15] - 5:15, 76:5, 79:23, 89:12, 105:2, 105:9, 106:22, 107:5, 108:14, 112:25, 118:12, 127:13, 128:8, 132:17, 135:3
**friend** [4] - 47:25, 80:17, 80:23, 150:8
**friends** [3] - 42:24, 45:23, 47:23
**front** [5] - 50:13, 104:9, 166:4, 170:9, 171:15
**full** [8] - 14:24, 26:15, 26:16, 78:4, 87:1, 87:2, 184:22, 184:23
**full-time** [5] - 26:15, 26:16, 78:4, 87:1, 87:2
**fully** [6] - 54:8, 58:15, 58:16, 58:19, 90:11, 184:22
**function** [5] - 57:11, 57:20, 57:22, 57:23, 57:24
**functioning** [2] - 11:10, 156:15
**funding** [1] - 189:3
**funds** [5] - 51:24, 95:12, 95:20, 96:5, 96:15
**furniture** [1] - 69:10
**future** [2] - 73:16, 192:3

**G**

**gain** [3] - 34:21, 45:23
**gallery** [3] - 170:7, 183:16, 186:10
**gate** [1] - 102:7
**GCPJ** [1] - 60:3
**generally** [4] - 5:20, 41:15, 82:12, 158:17
**gentleman** [1] - 40:17
**gentlemen** [7] - 5:5, 47:12, 54:2, 186:15, 189:10, 199:15, 199:16
**gift** [1] - 97:2
**gill** [1] - 151:13
**girl** [1] - 82:15

**given** [10] - 6:9, 7:1, 31:18, 87:9, 89:10, 110:18, 110:21, 153:14, 153:19, 197:21
**Giza** [2] - 131:25, 141:4
**glasses** [2] - 139:8, 139:9
**goggles** [1] - 110:9
**going-through** [1] - 90:18
**goodnight** [1] - 203:3
**goods** [2] - 88:18, 89:3
**Government** [38] - 16:16, 19:4, 19:19, 19:25, 31:9, 31:22, 32:4, 66:16, 91:10, 91:17, 94:5, 94:12, 140:23, 146:24, 185:10, 187:17, 190:9, 190:22, 191:6, 191:12, 191:14, 191:23, 191:25, 192:3, 192:8, 192:20, 193:1, 193:2, 194:1, 194:2, 194:20, 195:8, 195:13, 196:1, 196:3, 197:6, 197:13, 202:8
**GOVERNMENT** [1] - 1:14
**Government's** [53] - 17:24, 18:8, 18:10, 23:1, 31:22, 67:24, 91:3, 94:4, 95:5, 97:5, 99:22, 100:2, 100:21, 101:3, 101:12, 101:16, 102:22, 103:2, 103:19, 103:24, 104:3, 104:8, 117:15, 125:10, 133:22, 134:5, 135:17, 136:9, 136:21, 138:7, 143:11, 143:15, 144:3, 149:15, 149:18, 152:4, 153:7, 177:1, 177:11, 177:21, 178:19, 179:15, 179:16, 180:2, 180:6, 185:19, 188:14, 189:5, 190:11, 190:18, 193:12, 197:5, 198:3
**governmental** [1] - 57:10
**Governor** [1] - 131:25

**graduate** [1] - 105:14
**graduated** [7] - 105:9, 105:13, 105:16, 105:20, 106:3, 106:22, 107:3
**graduation** [1] - 106:12
**Graham** [1] - 162:21
**granted** [1] - 106:18
**Greatest** [5] - 86:20, 87:3, 168:7, 182:10, 186:5
**Greatest's** [1] - 171:11
**grew** [2] - 34:18, 185:17
**grill** [1] - 172:16
**grounds** [2] - 15:9, 31:2
**group** [6] - 25:6, 25:10, 25:21, 102:7, 111:22, 146:2
**guess** [1] - 114:20
**guest** [1] - 186:9
**guests** [6] - 166:19, 186:13, 186:16, 186:24, 186:25, 187:10
**Guillioux** [2] - 152:23, 152:24
**guilty** [3] - 185:4, 188:2

**H**

**habitable** [1] - 37:22
**hair** [4] - 139:6, 139:7, 139:22, 185:14
**haircut** [2] - 139:6, 139:20
**Haiti** [65] - 5:20, 5:23, 7:4, 8:3, 13:23, 19:14, 19:19, 30:8, 34:1, 34:5, 34:9, 34:15, 35:19, 56:18, 56:21, 57:1, 57:7, 71:9, 71:23, 72:4, 72:8, 72:17, 73:1, 74:6, 74:10, 82:23, 88:12, 89:13, 89:16, 95:8, 95:17, 95:19, 96:2, 96:5, 96:12, 96:14, 97:8, 97:13, 97:16, 97:18, 97:24, 98:6, 98:8, 98:12, 100:5, 100:9, 100:14, 100:18, 100:22, 101:19, 101:24, 102:20, 103:13,

128:23, 144:4, 152:15, 157:13, 157:14, 157:18, 157:20, 158:10, 181:9, 182:22, 188:21, 189:6
**Haitian** [34] - 7:17, 7:21, 53:3, 53:12, 53:15, 53:21, 53:24, 54:17, 55:6, 55:11, 55:16, 56:2, 58:2, 58:4, 58:12, 58:24, 59:1, 60:6, 63:6, 87:13, 97:18, 145:6, 145:8, 145:11, 146:18, 146:21, 146:25, 147:12, 147:20, 167:25, 172:9, 183:2, 188:16, 201:12
**Haitians** [3] - 146:5, 147:4, 172:14
**half** [8] - 22:3, 22:7, 26:8, 26:9, 26:25, 27:12, 29:9, 92:13
**half-hour** [1] - 92:13
**hand** [7] - 22:11, 22:17, 27:13, 41:18, 136:1, 136:10, 137:3
**hang** [1] - 172:3
**hangers** [1] - 172:3
**happy** [1] - 200:21
**Harcourt** [8] - 134:7, 137:10, 137:23, 141:6, 141:9, 141:19, 152:10, 188:17
**Haringey** [2] - 116:9, 116:10
**Harrington** [7] - 150:19, 150:20, 150:24, 150:25, 151:8, 151:9, 151:22
**Haven** [8] - 144:23, 145:12, 145:25, 146:13, 146:21, 156:1, 156:5, 187:18
**head** [2] - 168:17, 176:22
**health** [1] - 109:13
**healthy** [1] - 200:22
**hear** [1] - 159:9
**heard** [1] - 89:1
**hearing** [5] - 120:11, 120:13, 120:20, 120:22, 142:11
**hearsay** [30] - 9:20, 15:2, 15:4, 15:9, 20:15, 32:12, 47:4, 57:15, 59:11, 59:17, 63:7, 63:25, 64:14,

65:4, 65:9, 65:20, 66:9, 67:10, 67:14, 67:19, 67:22, 68:4, 77:18, 143:20, 145:14, 145:19, 146:15, 160:10, 161:22, 162:24
**heating** [1] - 172:16
**helmet** [4] - 17:22, 24:22, 27:9, 28:18
**helmets** [2] - 27:24, 110:24
**help** [3] - 15:16, 166:8, 171:15
**helped** [1] - 14:23
**hereby** [1] - 203:9
**Herne** [3] - 116:16, 116:17, 116:18
**heroes** [1] - 187:13
**Hertfordshire** [1] - 116:14
**hide** [1] - 54:13
**Hide** [1] - 127:18
**high** [6] - 105:9, 105:13, 105:16, 105:20, 106:3, 106:12
**High** [4] - 106:23, 106:25, 107:3, 107:4
**higher** [1] - 60:6
**highlighted** [7] - 95:6, 96:1, 96:11, 97:6, 100:3, 100:16, 138:25
**hinder** [3] - 62:6, 62:12, 62:16
**hired** [1] - 118:7
**history** [1] - 130:19
**hold** [2] - 80:2, 197:4
**holding** [7] - 17:21, 27:21, 28:5, 28:23, 110:17, 195:4
**Hollywood** [1] - 100:13
**Home** [2] - 67:21, 127:18
**home** [14] - 19:15, 42:22, 68:23, 77:17, 84:6, 85:5, 85:19, 88:19, 88:20, 88:25, 107:9, 119:9, 127:19, 180:19
**Homeland** [1] - 4:11
**honcho** [1] - 168:17
**Honor** [114] - 4:7, 4:13, 5:10, 14:16, 14:25, 15:2, 15:10, 16:19, 17:4, 17:7, 17:20, 18:18, 18:22, 19:21, 20:17, 20:23, 20:24, 21:16, 21:23,

24:13, 25:2, 30:15, 31:1, 31:15, 32:6, 32:14, 39:6, 39:22, 39:24, 40:5, 44:17, 48:5, 48:21, 48:23, 49:4, 52:1, 52:9, 52:14, 52:24, 65:12, 65:16, 66:11, 66:15, 67:10, 67:25, 68:24, 69:11, 69:13, 69:19, 90:2, 90:19, 91:7, 91:21, 92:15, 93:19, 93:24, 94:15, 99:1, 99:13, 99:17, 99:24, 101:4, 102:23, 103:20, 105:23, 106:5, 106:15, 108:2, 109:1, 115:24, 117:17, 119:12, 122:7, 125:9, 127:6, 129:21, 130:1, 135:14, 136:22, 142:5, 143:21, 145:23, 146:23, 147:23, 149:14, 154:22, 158:7, 159:2, 160:21, 164:3, 164:6, 164:15, 164:19, 165:25, 175:23, 176:25, 177:19, 183:24, 189:9, 191:2, 191:16, 192:15, 192:18, 193:3, 193:8, 193:16, 193:23, 197:14, 199:4, 199:13, 202:7, 202:12, 203:3, 203:4
**HONORABLE** [1] - 1:10
**honorable** [1] - 47:12
**honorary** [2] - 153:12, 153:19
**Hope** [4] - 4:16, 52:16, 94:1, 164:9
**hope** [2] - 57:25, 200:2
**hopefully** [1] - 61:24
**hoping** [1] - 57:19
**HOROWITZ** [236] - 1:23, 5:10, 5:12, 6:20, 7:7, 7:9, 7:20, 8:1, 8:25, 9:2, 9:22, 10:11, 10:19, 11:1, 11:6, 11:13, 12:12, 13:12, 13:22, 14:6, 14:16, 14:23, 15:1, 15:10, 15:15, 15:19, 15:22, 15:25, 16:8, 16:12, 16:15, 16:17, 16:22,

17:2, 17:6, 18:2, 18:14, 18:16, 18:20, 19:4, 20:2, 20:17, 20:21, 20:23, 21:1, 21:14, 21:23, 22:1, 24:13, 24:15, 24:16, 25:2, 25:5, 25:20, 30:15, 30:22, 30:24, 31:8, 31:15, 31:21, 32:3, 32:6, 32:8, 32:14, 33:20, 33:24, 35:3, 35:17, 36:10, 37:3, 38:8, 38:21, 39:6, 39:8, 39:22, 40:5, 40:8, 41:1, 43:9, 43:14, 43:19, 44:8, 44:15, 44:21, 45:11, 46:2, 46:16, 47:6, 47:19, 48:5, 48:7, 48:21, 49:4, 49:7, 49:17, 50:24, 52:1, 52:14, 52:24, 53:1, 53:20, 55:1, 55:14, 55:20, 56:7, 57:6, 57:21, 58:18, 59:13, 59:20, 60:22, 61:1, 61:4, 61:14, 61:20, 61:23, 62:11, 62:18, 63:10, 63:14, 63:18, 64:3, 64:16, 65:6, 65:12, 65:13, 65:22, 66:11, 66:15, 66:19, 67:4, 67:8, 67:11, 67:15, 68:5, 68:8, 68:11, 68:14, 68:17, 68:21, 68:24, 69:1, 69:11, 69:19, 69:20, 72:7, 73:14, 73:22, 74:2, 74:9, 74:17, 75:15, 76:7, 77:20, 78:21, 80:1, 80:5, 83:6, 84:10, 87:22, 88:7, 89:8, 89:22, 90:2, 90:6, 90:13, 90:16, 91:14, 91:17, 92:8, 92:14, 92:19, 94:15, 95:1, 98:22, 99:4, 99:13, 99:15, 105:3, 106:7, 106:15, 115:24, 130:13, 130:17, 130:21, 142:15, 142:17, 142:24, 143:20, 144:9, 146:17, 146:23, 147:11, 147:23, 148:23, 154:14, 154:22, 155:7, 158:3, 158:23, 159:1, 160:10, 161:5, 162:23, 164:6, 167:10, 167:16,

167:18, 169:11, 169:16, 169:22, 184:3, 187:9, 187:16, 188:1, 189:9, 190:4, 190:25, 193:21, 193:23, 194:12, 194:17, 195:24, 196:6, 196:11, 196:15, 197:1, 197:10, 198:8, 198:12, 198:15, 198:18, 198:22, 198:25, 201:24, 203:4
**Horowitz** [10] - 4:14, 5:9, 33:19, 51:21, 52:15, 52:23, 92:3, 93:25, 94:24, 164:7
**hospitality** [4] - 171:11, 171:14, 186:7, 186:8
**Hospitality** [1] - 186:5
**Hotel** [1] - 141:2
**hotel** [2] - 49:22, 50:5
**hour** [1] - 92:13
**House** [28] - 107:8, 107:13, 107:16, 107:18, 107:21, 107:22, 108:6, 108:8, 108:12, 117:8, 118:5, 119:6, 119:23, 120:15, 120:16, 120:23, 121:3, 121:8, 121:13, 121:14, 121:20, 122:5, 151:13, 184:13, 184:16, 184:17, 185:2
**house** [47] - 10:10, 23:8, 24:1, 35:10, 37:21, 37:22, 37:24, 38:2, 38:3, 41:10, 41:16, 42:19, 46:23, 58:22, 62:3, 72:10, 72:22, 73:5, 73:6, 73:7, 73:10, 75:11, 87:18, 88:24, 97:4, 108:18, 109:5, 109:11, 109:12, 118:3, 119:23, 123:7, 126:23, 127:4, 127:9, 127:14, 127:15, 128:3, 166:22, 169:7, 169:25, 172:6, 175:17, 179:17, 181:4, 183:14
**houseboys** [1] - 132:25
**housed** [3] - 71:11, 73:4, 85:21

**housefather** [2] - 116:18, 116:21
**housemother** [17] - 40:21, 41:2, 41:8, 41:9, 108:21, 108:23, 108:24, 109:12, 166:19, 167:6, 167:9, 167:15, 167:21, 175:19, 175:21, 180:16, 180:25
**housemothers** [6] - 108:15, 108:19, 109:7, 109:9, 109:10, 109:14
**houses** [1] - 38:1
**Humvee** [1] - 22:24
**hurricane** [1] - 201:7
**husband** [3] - 71:23, 125:22, 126:16

**I**

**I...** [1] - 29:25
**idea** [2] - 120:4, 121:21
**Ideal** [1] - 49:23
**identical** [1] - 67:1
**identify** [5] - 22:21, 24:22, 50:11, 157:11
**identity** [1] - 141:5
**illicit** [12] - 95:23, 96:8, 96:18, 98:15, 98:24, 99:6, 99:11, 181:8, 181:25, 192:11, 194:4
**illness** [1] - 167:22
**image** [3] - 91:5, 91:19, 91:22
**images** [1] - 16:5
**immaterial** [1] - 192:8
**immediately** [5] - 51:12, 93:5, 163:15, 189:19, 199:24
**immigration** [1] - 188:16
**Immigration** [2] - 90:18, 97:18
**impeach** [2] - 20:10, 147:16
**impeached** [2] - 33:1, 146:19
**impeachment** [2] - 32:18, 130:8
**impersonating** [2] - 150:25, 151:21
**implication** [1] - 147:9
**imposed** [1] - 56:16

**impression** [1] - 197:17
**IN** [1] - 3:9
**in-house** [1] - 87:18
**inadmissible** [1] - 67:10
**inappropriate** [1] - 47:23
**incarnation** [1] - 158:15
**inception** [1] - 75:3
**inclined** [2] - 130:10, 198:5
**include** [2] - 186:25, 192:23
**included** [1] - 197:22
**including** [7] - 51:9, 66:20, 93:2, 163:12, 189:16, 199:21, 200:20
**inconsistent** [8] - 32:18, 32:20, 145:24, 146:11, 146:15, 146:18, 147:13, 147:21
**incorporated** [1] - 191:8
**incorrect** [1] - 127:13
**increased** [1] - 46:1
**indeed** [1] - 192:4
**independent** [1] - 31:24
**India** [2] - 140:6, 140:14
**Indian** [1] - 37:14
**Indiana** [1] - 121:23
**indicate** [1] - 106:2
**indicated** [5] - 189:5, 190:12, 193:1, 195:1, 195:13
**indictment** [2] - 19:6, 30:25
**indiscernible** [1] - 17:8
**individual** [5] - 28:12, 34:19, 43:23, 44:4, 47:13
**individuals** [3] - 18:23, 110:16, 110:17
**influence** [1] - 55:10
**inform** [2] - 13:14, 185:23
**information** [4] - 65:14, 65:23, 130:9, 153:5
**informed** [1] - 129:4
**initials** [1] - 61:25
**injustice** [1] - 200:13
**inquiries** [1] - 54:11

**inside** [8] - 23:2, 172:7, 172:20, 172:21, 172:25, 173:1, 173:4, 183:4
**inspect** [3] - 42:19, 58:21, 183:4
**inspected** [2] - 62:3, 183:7
**inspection** [1] - 90:10
**instance** [8] - 6:8, 36:17, 42:19, 42:23, 57:10, 58:16, 187:3
**instead** [1] - 140:11
**instruct** [6] - 47:24, 51:12, 93:5, 163:15, 189:19, 199:24
**instructed** [1] - 106:19
**instructions** [2] - 69:25, 201:25
**insufficient** [1] - 196:8
**intend** [6] - 31:18, 91:21, 91:22, 91:23, 130:7, 147:15
**intends** [1] - 31:5
**intention** [4] - 92:4, 102:19, 102:21, 196:17
**interact** [2] - 23:24, 72:23
**interacted** [1] - 112:19
**interaction** [12] - 13:24, 14:1, 19:12, 22:14, 30:21, 30:22, 34:9, 34:13, 34:16, 123:11, 123:16, 123:18
**intercepted** [1] - 102:17
**interest** [1] - 73:23
**interfere** [1] - 113:13
**interim** [2] - 107:19, 108:7
**International** [15] - 100:4, 100:8, 100:13, 100:17, 101:25, 103:13, 156:10, 156:22, 156:24, 157:5, 157:7, 158:1, 158:15, 158:21, 179:9
**Internet** [13] - 9:4, 11:2, 11:7, 11:8, 11:9, 11:17, 11:18, 44:22, 51:10, 93:2, 163:13, 189:16, 199:22
**Interpol** [1] - 60:8
**interrupt** [1] - 168:24

**interview** [3] - 58:22, 61:11
**interviewed** [6] - 55:9, 61:9, 61:15, 61:17, 62:4, 145:8
**interviews** [1] - 60:12
**introduce** [6] - 16:3, 31:5, 91:6, 91:18, 91:22, 194:14
**introduced** [2] - 19:25, 91:4
**introducing** [3] - 31:7, 31:25, 92:5
**introduction** [3] - 20:7, 32:20, 67:12
**inverter** [1] - 170:13
**investigate** [1] - 60:7
**investigating** [1] - 60:11
**investigation** [26] - 55:21, 55:24, 56:2, 58:1, 58:3, 58:6, 58:11, 58:20, 59:1, 59:9, 59:14, 59:21, 59:25, 60:9, 61:5, 62:5, 62:6, 62:13, 62:17, 62:19, 63:15, 63:19, 63:20, 90:14, 90:23, 118:23
**Investigations** [1] - 4:11
**investigations** [2] - 63:2, 107:9
**investigative** [1] - 60:6
**investigator** [6] - 4:16, 51:22, 51:24, 68:11, 94:1, 164:9
**invite** [3] - 50:25, 51:2, 74:10
**invited** [3] - 27:16, 64:25, 80:22
**involuntarily** [1] - 78:24
**involved** [1] - 140:9
**irrelevant** [2] - 90:20, 192:9
**Ismael** [1] - 25:14
**issue** [4] - 92:1, 195:6, 195:7, 197:9
**issued** [6] - 120:2, 137:12, 137:17, 138:22, 190:15, 194:22
**it'll** [6] - 68:13, 68:14, 68:17, 189:21, 202:2, 202:4
**iTel** [1] - 5:25
**items** [6] - 88:22,

90:16, 91:1, 97:1, 97:3, 182:7
**itself** [4] - 36:21, 42:15, 107:25, 174:17

**J**

**jacket** [2] - 27:9, 28:20
**jackets** [3] - 24:3, 28:2, 110:24
**jail** [1] - 62:21
**James** [1] - 50:14
**January** [5] - 37:8, 37:15, 115:9, 116:11, 143:5
**Jazeera** [1] - 141:1
**Jean** [10] - 27:19, 74:22, 74:24, 83:19, 83:20, 84:11, 170:12, 172:19, 181:11, 183:3
**Jeff's** [1] - 173:21
**Jenkins** [1] - 32:22
**JENKINS** [1] - 32:23
**Jensen** [2] - 194:2, 194:3
**jet** [3] - 102:14, 102:15, 102:16
**Jhonny** [2] - 84:2, 84:6
**Jim** [2] - 128:2, 128:4
**Jimmy** [14] - 16:22, 17:21, 24:25, 27:4, 28:12, 79:6, 79:10, 79:11, 79:13, 79:17, 80:2, 80:6, 83:9, 181:25
**JOAN** [1] - 1:10
**job** [2] - 107:13, 107:18
**Jobed** [7] - 75:16, 75:17, 76:8, 76:10, 76:11, 178:9, 181:15
**Jobed's** [1] - 180:15
**jobs** [1] - 132:10
**Joel** [1] - 172:23
**Joel's** [1] - 172:4
**joked** [1] - 112:20
**Jordan** [1] - 162:21
**Jordanian** [2] - 37:13, 187:2
**Jorel** [7] - 81:12, 81:25, 83:13, 83:16, 83:18, 182:9, 182:17
**Josh** [2] - 126:3, 126:9
**Joshua** [2] - 135:12, 152:5
**Josue** [5] - 81:12,

81:24, 83:13, 83:17, 182:3
**journal** [1] - 135:21
**JUDGE** [1] - 1:11
**judge** [20] - 16:8, 16:24, 18:2, 20:21, 32:8, 33:20, 67:11, 67:15, 68:5, 90:6, 130:21, 147:11, 163:4, 190:4, 190:25, 194:8, 194:12, 196:6, 197:1, 198:15
**Judge** [44] - 4:24, 15:23, 16:15, 17:2, 19:5, 20:18, 21:24, 32:3, 67:4, 105:7, 130:18, 142:17, 147:22, 193:21, 195:24, 196:11
**Judicial** [2] - 60:5, 60:6
**July** [2] - 121:4, 121:16
**June** [3] - 121:1, 121:10, 149:21
**Junior** [8] - 40:17, 41:4, 41:13, 42:1, 49:12, 83:10, 168:2, 178:7
**juror** [1] - 164:14
**juror's** [1] - 33:22
**jurors** [10] - 4:20, 4:22, 5:1, 94:14, 94:19, 130:22, 164:10, 198:6, 199:8, 202:20
**JURY** [2] - 1:10, 5:6
**jury** [30] - 5:2, 14:13, 30:13, 51:15, 51:16, 52:18, 52:19, 54:2, 66:14, 90:5, 93:8, 93:9, 94:13, 94:20, 106:19, 129:25, 145:22, 146:18, 152:13, 163:18, 163:19, 164:11, 186:15, 189:11, 189:23, 195:15, 196:4, 199:9, 200:4, 201:24
**JUSTICE** [1] - 1:17

**K**

**Kane** [4] - 4:9, 52:10, 93:20, 164:4
**KANE** [1] - 1:17
**Kate** [1] - 194:2
**Kaye** [10] - 75:20,

79:14, 177:7, 177:12, 179:17, 179:23, 180:12, 180:20, 180:23, 181:3
**keep** [5] - 32:10, 174:12, 174:14, 175:4, 175:15
**keeping** [2] - 83:17, 175:8
**Keesler** [2] - 114:24, 115:4
**kept** [1] - 36:2
**kicked** [1] - 83:13
**Kids** [2] - 178:2, 180:8
**kids** [4] - 132:19, 164:22, 178:5, 179:17
**kind** [1] - 172:17
**Kingsway** [5] - 129:11, 129:12, 159:20, 159:21, 160:24
**kitchen** [10] - 170:18, 172:4, 172:7, 172:20, 172:21, 172:23, 172:25, 173:1, 173:2, 173:5
**kitchens** [1] - 172:6
**know...** [1] - 185:15
**knowing** [2] - 152:20, 153:4
**knowledge** [16] - 5:24, 8:21, 8:25, 11:23, 45:17, 53:5, 55:15, 58:7, 58:8, 58:24, 60:9, 60:11, 60:23, 63:5, 70:14, 72:3
**knowledgeable** [1] - 10:15
**known** [6] - 20:11, 64:11, 78:8, 84:21, 85:25, 136:3
**knows** [2] - 144:12, 196:16
**Knox** [1] - 200:20

**L**

**Lackland** [2] - 114:21, 114:24
**ladies** [6] - 5:5, 54:2, 186:15, 189:10, 199:15
**language** [1] - 190:4
**large** [1] - 174:5
**larger** [3] - 36:5, 36:6
**Larko** [3] - 4:11, 52:13, 93:22

**last** [14] - 13:20, 73:17, 73:19, 76:4, 77:21, 85:21, 87:16, 89:12, 101:17, 176:9, 182:22, 194:8, 198:20, 201:25
**late** [3] - 29:4, 54:4, 109:25
**latter** [1] - 202:4
**Lauderdale** [3] - 100:13, 101:22, 103:9
**Lauderdale-Hollywood** [1] - 100:13
**law** [3] - 32:25, 90:9, 90:11
**lawyer** [1] - 150:8
**lawyers** [1] - 186:19
**lay** [2] - 20:22, 44:20
**Leach** [1] - 33:6
**LEACH** [1] - 33:6
**leader** [2] - 78:20, 87:13
**leading** [10] - 10:23, 11:3, 53:17, 54:23, 55:12, 57:3, 58:13, 62:8, 65:9, 98:19
**learned** [2] - 140:22, 149:10
**least** [5] - 28:2, 67:3, 132:3, 134:15, 188:24
**leave** [14] - 26:1, 51:14, 76:10, 76:13, 77:1, 77:15, 77:21, 78:22, 82:19, 86:13, 93:7, 111:15, 163:17, 189:21
**leaving** [2] - 13:5, 111:18
**Lee** [3] - 150:20, 150:24, 151:8
**left** [26] - 5:15, 22:11, 22:17, 27:2, 27:21, 29:3, 40:13, 76:11, 76:12, 76:15, 78:23, 107:12, 107:17, 107:23, 109:24, 111:11, 122:1, 133:12, 137:3, 138:11, 143:18, 144:20, 158:21, 176:9, 179:2, 182:22
**left-hand** [3] - 22:11, 22:17, 137:3
**legal** [2] - 135:1, 138:4
**legally** [1] - 138:25
**legitimate** [2] - 42:21, 150:7
**LENARD** [1] - 1:10

**lengthy** [2] - 170:1, 170:3
**less** [3] - 38:5, 41:10, 68:17
**letter** [17] - 57:11, 57:20, 57:22, 57:24, 67:12, 67:19, 67:20, 149:21, 151:9, 151:11, 151:12, 151:15, 151:22, 152:18, 152:25, 153:2
**letterhead** [1] - 150:25
**letters** [6] - 14:20, 15:3, 15:4, 20:15, 32:9, 60:12
**license** [2] - 104:10, 134:18
**lie** [1] - 135:10
**lied** [2] - 135:8, 160:4
**life** [2] - 104:19, 112:9
**lifeline** [1] - 83:12
**Lifeline** [1] - 75:12
**lightning** [2] - 202:17, 202:22
**likely** [1] - 202:15
**limine** [1] - 91:6
**limit** [4] - 82:10, 82:12, 82:14, 165:10
**limited** [1] - 123:10
**limiting** [1] - 143:16
**line** [12] - 14:14, 17:25, 20:5, 20:6, 30:14, 31:10, 33:9, 90:6, 91:18, 91:19, 178:22, 178:23
**LISA** [2] - 2:1, 203:13
**list** [43] - 9:17, 14:24, 17:1, 18:10, 18:19, 32:1, 33:19, 51:22, 51:25, 66:21, 68:6, 68:9, 68:10, 68:16, 91:9, 106:11, 136:9, 167:1, 169:9, 169:10, 169:15, 169:20, 169:24, 170:1, 170:3, 173:10, 173:17, 173:21, 176:20, 176:21, 176:23, 177:14, 177:16, 177:17, 179:17, 179:22, 194:24, 195:2, 197:3, 197:6, 197:22
**List** [1] - 178:2
**listed** [17] - 121:19, 121:22, 125:16, 138:16, 138:19, 149:25, 152:4, 154:5,

155:3, 169:5, 169:6, 173:17, 175:12, 175:16, 177:11, 177:13, 188:25
**listen** [5] - 51:8, 93:1, 163:11, 189:15, 199:20
**listing** [1] - 137:6
**lists** [7] - 118:1, 178:5, 178:7, 178:9, 178:11, 178:13, 178:15
**literally** [1] - 194:8
**live** [6] - 108:5, 108:24, 124:18, 124:23, 126:12, 127:16
**lived** [19] - 108:11, 108:23, 109:10, 121:23, 124:4, 124:15, 125:19, 125:22, 125:23, 125:24, 126:10, 126:15, 127:10, 147:19, 166:22, 174:22, 177:12, 180:12, 192:3
**living** [18] - 70:1, 107:21, 112:5, 125:4, 126:18, 126:20, 126:23, 127:14, 129:13, 145:5, 146:21, 156:1, 156:4, 170:12, 177:7, 179:17, 179:24, 180:24
**loan** [2] - 133:16, 133:17
**local** [6] - 36:3, 36:17, 53:9, 73:9, 88:16, 186:18
**located** [2] - 120:16
**location** [4] - 37:15, 72:11, 156:15, 179:24
**locations** [1] - 115:12
**locked** [1] - 175:11
**locker** [4] - 175:6, 175:7, 175:9, 175:11
**London** [8] - 107:5, 116:10, 118:1, 122:1, 137:7, 154:25, 162:21, 184:9
**look** [5] - 23:7, 24:17, 45:2, 141:5, 188:15
**looked** [1] - 57:18
**looking** [6] - 52:16, 73:7, 85:21, 100:2, 144:2, 190:4

**Lori** [1] - 71:8
**lotion** [3] - 183:13, 183:15, 183:18
**love** [1] - 73:23
**lower** [5] - 27:13, 41:18, 82:12, 136:1, 136:10
**Lucien** [7] - 40:20, 40:23, 41:2, 108:25, 167:21, 167:25, 181:5
**luggage** [1] - 102:2
**lunch** [6] - 92:11, 92:18, 92:22, 93:8, 199:5, 202:10
**luncheon** [1] - 93:12

**M**

**M-16** [1] - 28:23
**ma'am** [131] - 5:8, 99:21, 100:6, 100:10, 100:15, 100:19, 100:23, 101:1, 101:8, 101:10, 101:14, 101:21, 101:23, 102:4, 102:9, 102:12, 102:18, 103:4, 103:7, 103:11, 103:15, 104:2, 104:11, 104:15, 104:20, 106:24, 107:6, 107:11, 108:17, 109:6, 110:1, 110:6, 110:20, 111:2, 111:7, 111:10, 111:17, 113:2, 114:13, 115:1, 116:5, 116:15, 116:25, 117:21, 117:25, 120:25, 122:6, 122:11, 122:13, 122:22, 124:6, 125:3, 125:15, 127:24, 131:6, 131:9, 131:13, 131:24, 133:7, 134:4, 136:7, 137:2, 137:5, 137:15, 138:21, 139:10, 141:3, 142:1, 144:25, 145:4, 148:6, 148:9, 149:20, 149:23, 150:2, 152:7, 152:9, 152:19, 153:2, 153:6, 153:13, 154:7, 156:8, 156:11, 157:24, 158:20, 159:8, 159:16, 163:3, 164:25, 166:13, 166:16, 168:1, 168:4, 168:19, 170:8, 170:14, 170:20,

170:23, 171:4, 171:16, 172:1, 172:5, 172:7, 173:12, 173:14, 174:24, 175:14, 175:18, 176:7, 176:14, 176:19, 177:5, 177:8, 177:10, 178:1, 178:4, 178:8, 178:25, 179:7, 179:12, 180:10, 181:14, 181:17, 181:20, 182:2, 182:12, 183:6, 183:8, 190:20, 198:8
**machine** [2] - 171:7, 171:9
**Mackin** [4] - 17:18, 18:9, 18:16, 26:11
**magazine** [4] - 150:12, 150:13, 150:16, 150:18
**mail** [8] - 68:6, 68:9, 68:16, 115:15, 115:18, 115:20, 128:21, 129:2
**mailing** [4] - 68:10, 113:11, 125:5, 137:6
**maintain** [5] - 20:4, 54:12, 70:13, 83:11
**maintained** [1] - 134:18
**majority** [1] - 37:12
**maker** [1] - 169:3
**Makin's** [1] - 170:9
**man** [4] - 26:10, 41:24, 86:6, 117:8
**management** [2] - 155:21, 155:22
**Mapou's** [1] - 75:11
**March** [9] - 119:2, 119:16, 120:2, 120:5, 120:8, 120:11, 120:14, 133:9, 133:19
**Margarita** [1] - 181:5
**MARIA** [1] - 1:14
**Maria** [4] - 4:8, 52:10, 93:20, 164:4
**Marine** [2] - 22:18, 25:14
**marine** [1] - 24:3
**Marines** [52] - 18:24, 19:11, 22:12, 22:14, 22:21, 23:1, 23:16, 23:19, 23:24, 23:25, 24:7, 25:10, 26:18, 27:7, 27:8, 28:1, 28:4, 28:8, 28:19, 28:22, 28:25, 29:2, 30:6, 31:2, 43:6, 53:2, 109:19, 109:21,

109:24, 110:2,
110:13, 110:18,
111:1, 111:8, 111:11,
111:12, 111:13,
111:18, 111:21,
112:3, 112:4, 112:8,
112:9, 112:13,
112:16, 112:19,
184:7, 187:3, 187:10
  **Marines'** [3] - 18:25,
24:4, 112:22
  **mark** [2] - 31:9,
32:10
  **marked** [4] - 21:2,
39:9, 48:8, 69:3
  **married** [2] - 127:23
  **Martin** [1] - 123:1
  **masse** [1] - 26:5
  **masturbate** [4] -
181:15, 181:21,
182:6, 182:23
  **material** [1] - 200:10
  **materiality** [2] -
200:14, 201:15
  **Mathieu's** [1] -
173:10
  **matter** [10] - 51:9,
67:16, 67:23, 68:15,
93:2, 163:12, 189:16,
194:25, 199:21,
203:10
  **matters** [4] - 30:18,
195:7, 196:25, 198:5
  **MATTERS** [1] - 1:21
  **Matthew** [19] - 4:2,
52:6, 93:15, 134:7,
134:24, 135:1,
135:12, 135:13,
136:3, 136:6, 138:2,
138:22, 153:8,
163:25, 164:7, 185:7,
185:21, 188:17,
199:14
  **MATTHEW** [1] - 1:7
  **matthew** [1] - 3:5
  **Max** [2] - 85:11,
85:22, 85:24
  **mayor** [1] - 57:17
  **mayor's** [4] - 56:24,
57:2, 57:10, 186:18
  **meals** [2] - 29:23,
30:1
  **mean** [16] - 9:15,
9:16, 14:22, 36:7,
43:3, 45:5, 46:7, 48:1,
58:20, 81:1, 105:12,
108:22, 110:13,
157:3, 179:20, 180:20
  **means** [5] - 45:22,
46:8, 51:22, 161:14,

171:21
  **meant** [1] - 173:24
  **MEDETIS** [262] -
1:14, 4:7, 6:18, 7:6,
7:18, 7:23, 8:23, 9:20,
10:7, 10:17, 10:23,
11:3, 11:11, 12:3,
12:10, 13:9, 14:4,
14:10, 14:25, 15:2,
15:8, 16:5, 16:18,
17:4, 17:7, 18:18,
18:22, 19:21, 20:3,
20:18, 21:16, 25:16,
30:10, 31:1, 31:17,
35:14, 36:8, 37:1,
38:6, 38:18, 39:4,
39:24, 40:24, 43:7,
43:12, 43:17, 44:5,
44:13, 44:17, 45:9,
45:19, 46:14, 47:4,
47:8, 47:17, 48:3,
48:23, 49:15, 50:22,
52:9, 53:17, 54:23,
55:12, 55:18, 56:4,
57:3, 57:15, 58:13,
59:11, 59:17, 60:21,
61:3, 61:12, 61:19,
62:8, 62:14, 63:7,
63:12, 63:16, 63:23,
63:25, 64:14, 65:2,
65:4, 65:9, 65:16,
65:20, 66:9, 66:25,
67:7, 67:9, 67:24,
68:2, 69:13, 72:5,
73:11, 73:20, 73:25,
74:7, 74:15, 75:13,
76:2, 76:4, 77:18,
78:17, 79:22, 80:3,
83:3, 84:8, 87:20,
88:5, 89:5, 89:20,
89:24, 90:19, 91:21,
92:7, 93:19, 98:17,
98:19, 99:1, 99:17,
99:19, 99:24, 100:1,
101:4, 101:6, 102:22,
103:1, 103:19,
103:22, 105:7, 105:8,
105:23, 106:1, 106:5,
106:10, 106:21,
108:2, 108:4, 109:1,
109:4, 111:23, 112:1,
116:2, 117:17,
117:19, 119:12,
119:14, 122:7, 122:8,
123:21, 123:23,
125:9, 125:12, 127:6,
127:8, 127:20,
127:22, 128:15,
128:19, 128:24,
129:1, 129:16,
129:19, 129:21,

130:1, 130:18, 131:3,
133:22, 134:1,
135:14, 135:17,
135:20, 136:21,
136:24, 138:7,
138:10, 141:14,
141:18, 141:23,
142:5, 142:7, 142:20,
143:2, 143:11,
143:14, 143:21,
143:23, 144:1,
144:15, 144:17,
145:17, 145:23,
146:10, 147:3, 147:9,
147:15, 147:22,
148:3, 148:11,
148:13, 149:1,
149:12, 149:14,
149:17, 151:4, 152:1,
152:3, 153:18,
154:18, 155:2,
155:15, 158:6, 158:8,
159:2, 159:4, 160:14,
160:21, 160:23,
161:11, 161:15,
161:18, 162:1,
162:19, 163:1, 164:3,
164:19, 164:20,
165:16, 165:21,
165:25, 166:3,
167:13, 167:24,
169:14, 169:19,
170:2, 175:23, 176:1,
176:25, 177:3,
177:19, 177:20,
177:23, 179:25,
180:2, 180:5, 183:24,
187:5, 187:14,
187:24, 191:2, 191:4,
192:15, 192:18,
193:2, 197:14, 198:3,
199:4, 202:7, 203:3
  **Medetis** [6] - 4:8,
52:10, 93:20, 164:4,
164:18, 192:13
  **media** [4] - 51:9,
93:3, 163:12, 199:21
  **medic** [1] - 22:19
  **medical** [8] - 34:21,
35:8, 71:9, 71:24,
97:1, 189:4, 200:17
  **meds** [1] - 170:16
  **meet** [3] - 42:21,
71:19, 130:21
  **meeting** [1] - 12:21
  **meetings** [6] - 12:18,
12:25, 13:1, 13:13,
165:22, 165:23
  **member** [2] - 111:5,
159:21

**members** [7] - 20:12,
53:15, 53:21, 75:22,
75:25, 144:8, 186:25
  **men** [3] - 16:3,
73:10, 81:15
  **mentality** [1] - 133:4
  **mention** [1] - 112:11
  **mentioned** [6] -
29:15, 122:9, 152:22,
177:14, 190:5, 190:8
  **Meridian** [1] - 42:11
  **messages** [1] -
114:5
  **met** [5] - 71:15,
71:16, 123:6, 128:2,
200:9
  **MIAMI** [1] - 1:2
  **Miami** [17] - 1:4,
1:16, 1:22, 1:25, 2:2,
2:3, 97:23, 100:4,
100:5, 100:7, 100:8,
100:17, 101:24,
103:13, 146:4,
203:14, 203:15
  **Michigan** [6] -
104:14, 104:15,
154:12, 154:20,
155:4, 155:18
  **microphone** [1] -
193:19
  **middle** [3] - 18:17,
22:20, 138:12
  **might** [7] - 24:11,
126:9, 195:15, 196:5,
197:15, 202:11,
202:21
  **Mikael** [1] - 180:18
  **Mildenhall** [1] -
115:4
  **military** [29] - 13:24,
14:2, 14:7, 14:18,
14:20, 15:3, 15:4,
15:11, 15:14, 15:16,
16:4, 17:8, 18:5,
19:13, 20:9, 20:12,
20:14, 27:10, 27:23,
29:6, 29:10, 29:17,
29:22, 29:23, 30:16,
33:10, 110:23,
114:11, 116:3
  **military-style** [1] -
27:23
  **milk** [3] - 80:18,
80:19, 81:4
  **mind** [2] - 18:7,
19:11
  **mine** [1] - 9:14
  **ministry** [1] - 157:16
  **minors** [4] - 119:24,
121:22, 130:7, 133:6,

145:2, 192:7
  **minute** [1] - 163:4
  **minutes** [14] - 8:6,
8:7, 8:11, 8:16, 51:15,
92:15, 92:16, 92:17,
163:18, 176:11,
176:15, 176:16,
189:22
  **misconduct** [4] -
48:2, 55:25, 58:10,
60:14
  **miss** [1] - 200:2
  **missing** [3] - 130:22,
164:15, 188:23
  **mission** [5] - 95:12,
95:20, 96:15, 97:13,
187:6
  **Mission** [2] - 157:21,
158:11, 178:2
  **missionaries** [1] -
186:20
  **missionary** [5] -
50:4, 157:21, 158:17,
159:13, 159:14
  **missions** [1] -
158:10
  **Mississippi** [4] -
42:11, 42:12, 114:25,
115:14
  **misspelling** [1] -
178:21
  **Mobile** [1] - 127:18
  **mobile** [1] - 127:18
  **Mohamed** [1] -
131:19
  **molestation** [6] -
131:22, 132:4,
140:24, 141:25,
148:21, 149:4
  **moment** [10] - 91:7,
94:2, 99:13, 122:7,
155:10, 155:12,
189:11, 191:17,
193:18, 200:6
  **momentarily** [1] -
66:21
  **money** [17] - 46:12,
46:17, 50:2, 67:13,
87:18, 87:23, 88:1,
88:3, 88:4, 88:8,
88:17, 96:23, 97:13,
98:7, 112:10, 146:7,
147:6
  **monitor** [6] - 45:14,
47:7, 103:23, 113:18,
113:23, 166:4
  **monitored** [2] -
47:14, 114:5
  **monitoring** [5] -
45:5, 46:24, 47:1,

47:20, 113:16

**month** [6] - 9:7, 45:1, 45:14, 113:20, 113:22, 165:11

**monthly** [4] - 46:21, 46:24, 165:6, 165:8

**months** [1] - 85:6

**morning** [25] - 4:1, 4:4, 4:7, 4:12, 4:13, 4:18, 4:19, 5:5, 5:6, 5:13, 5:14, 29:3, 52:9, 52:14, 109:24, 174:18, 198:1, 198:16, 198:24, 200:3, 201:17, 202:6, 202:15, 202:18, 203:2

**Morning** [122] - 5:17, 6:4, 9:3, 9:10, 12:14, 12:17, 13:23, 14:8, 14:18, 14:19, 15:11, 15:19, 17:9, 18:11, 22:13, 23:3, 23:19, 23:23, 24:5, 24:21, 25:8, 26:12, 29:2, 29:7, 29:10, 29:18, 29:24, 30:17, 30:19, 34:1, 34:6, 34:8, 36:18, 36:20, 37:15, 38:10, 41:2, 42:14, 42:17, 43:4, 43:16, 43:21, 45:3, 50:18, 53:12, 53:24, 54:6, 55:3, 55:6, 55:16, 56:20, 57:8, 60:19, 64:24, 73:2, 73:16, 74:19, 74:25, 75:22, 76:1, 76:20, 77:8, 77:23, 78:3, 78:10, 78:13, 79:13, 79:17, 80:6, 80:9, 81:5, 82:10, 83:8, 84:3, 84:16, 85:1, 85:2, 85:16, 86:9, 95:12, 96:6, 96:15, 97:13, 98:8, 108:14, 110:2, 110:8, 110:17, 111:4, 111:5, 112:4, 112:6, 114:8, 151:1, 151:10, 156:10, 156:13, 156:14, 156:20, 156:21, 156:24, 157:5, 157:7, 158:1, 158:15, 158:21, 164:22, 165:5, 165:14, 168:16, 168:17, 179:6, 179:9, 182:18, 183:3, 184:7, 188:10, 192:11, 194:4, 201:8, 201:11

**mornings** [2] - 87:9,

87:10

**most** [8] - 11:25, 23:25, 45:7, 45:13, 47:15, 173:4, 188:20

**mother** [15] - 40:20, 41:7, 71:15, 76:3, 80:19, 80:20, 81:2, 81:3, 81:4, 82:3, 83:15, 83:16, 168:2, 180:16, 180:25

**motion** [12] - 91:6, 94:4, 106:17, 135:14, 142:17, 142:24, 191:11, 191:19, 191:20, 194:1, 200:8, 201:5

**motions** [2] - 94:6, 196:19

**motives** [1] - 133:5

**move** [13] - 21:14, 39:22, 48:21, 69:11, 75:11, 79:14, 85:19, 92:8, 106:15, 159:1, 182:17, 198:14, 202:22

**moved** [8] - 75:20, 84:19, 116:23, 124:8, 126:25, 136:16, 136:18, 144:23

**moves** [1] - 202:17

**moving** [2] - 72:21, 127:17

**MR** [288] - 4:13, 4:19, 5:10, 5:12, 6:20, 7:7, 7:9, 7:20, 8:1, 8:25, 9:2, 9:22, 10:11, 10:19, 11:1, 11:6, 11:13, 12:12, 13:12, 13:22, 14:6, 14:16, 14:23, 15:1, 15:10, 15:15, 15:19, 15:22, 15:25, 16:8, 16:12, 16:15, 16:17, 16:22, 17:2, 17:6, 18:2, 18:14, 18:16, 18:20, 19:4, 20:2, 20:17, 20:21, 20:23, 21:1, 21:14, 21:23, 22:1, 24:13, 24:15, 24:16, 25:2, 25:5, 25:20, 30:15, 30:21, 30:22, 30:24, 31:8, 31:15, 31:21, 32:3, 32:6, 32:8, 32:14, 33:20, 33:24, 35:3, 35:17, 36:10, 37:3, 38:8, 38:21, 39:6, 39:8, 39:22, 40:5, 40:8, 41:1, 43:9, 43:14, 43:19, 44:8, 44:15,

44:21, 45:11, 46:2, 46:16, 47:6, 47:19, 48:5, 48:7, 48:21, 49:4, 49:7, 49:17, 50:24, 52:1, 52:14, 52:24, 53:1, 53:20, 55:1, 55:14, 55:20, 56:7, 57:6, 57:21, 58:18, 59:13, 59:20, 60:22, 61:1, 61:4, 61:14, 61:20, 61:23, 62:11, 62:18, 63:10, 63:14, 63:18, 64:3, 64:16, 65:6, 65:12, 65:13, 65:22, 66:11, 66:15, 66:19, 67:4, 67:8, 67:11, 67:15, 68:1, 68:5, 68:8, 68:11, 68:13, 68:14, 68:17, 68:21, 68:24, 69:1, 69:11, 69:19, 69:20, 72:7, 73:14, 73:22, 74:2, 74:9, 74:17, 75:15, 76:7, 77:20, 78:21, 80:1, 80:5, 83:6, 84:10, 87:22, 88:7, 89:8, 89:22, 90:2, 90:6, 90:13, 90:16, 91:7, 91:9, 91:11, 91:13, 91:14, 91:17, 92:8, 92:13, 92:14, 92:15, 92:17, 92:19, 93:24, 94:15, 95:1, 98:22, 99:4, 99:13, 99:15, 105:3, 106:7, 106:15, 115:24, 130:12, 130:13, 130:15, 130:17, 130:21, 141:11, 141:17, 141:20, 142:14, 142:15, 142:16, 142:17, 142:23, 142:24, 143:19, 143:20, 144:9, 144:10, 145:14, 145:19, 146:14, 146:17, 146:23, 147:11, 147:23, 148:23, 151:2, 153:16, 154:14, 154:22, 155:7, 158:3, 158:22, 158:23, 158:24, 159:1, 160:9, 160:10, 161:4, 161:5, 161:6, 161:16, 161:22, 162:17, 162:23, 163:4, 163:7, 164:6, 165:17, 167:10, 167:16, 167:18, 169:11,

169:16, 169:22, 183:21, 184:3, 187:9, 187:16, 188:1, 189:9, 190:4, 190:6, 190:8, 190:20, 190:23, 190:25, 193:16, 193:18, 193:21, 193:23, 194:12, 194:17, 195:24, 196:6, 196:11, 196:15, 197:1, 197:10, 198:8, 198:10, 198:12, 198:15, 198:18, 198:21, 198:22, 198:25, 199:13, 201:19, 201:24, 202:16, 202:22, 202:25, 203:4

**MREs** [1] - 29:23

**MS** [261] - 4:7, 6:18, 7:6, 7:18, 7:23, 8:23, 9:20, 10:7, 10:17, 10:23, 11:3, 11:11, 12:3, 12:10, 13:9, 14:4, 14:10, 14:25, 15:2, 15:8, 16:5, 16:18, 17:4, 17:7, 18:18, 18:22, 19:21, 20:3, 20:18, 21:16, 25:16, 30:10, 31:1, 31:17, 35:14, 36:8, 37:1, 38:6, 38:18, 39:4, 39:24, 40:24, 43:7, 43:12, 43:17, 44:5, 44:13, 44:17, 45:9, 45:19, 46:14, 47:4, 47:8, 47:17, 48:3, 48:23, 49:15, 50:22, 52:9, 53:17, 54:23, 55:12, 55:18, 56:4, 57:3, 57:15, 58:13, 59:11, 59:17, 60:21, 61:3, 61:12, 61:19, 62:8, 62:14, 63:7, 63:12, 63:16, 63:23, 63:25, 64:14, 65:2, 65:4, 65:9, 65:16, 65:20, 66:9, 66:25, 67:7, 67:9, 67:24, 68:2, 69:13, 72:5, 73:11, 73:20, 73:25, 74:7, 74:15, 75:13, 76:2, 76:4, 77:18, 78:17, 79:22, 80:3, 83:3, 84:8, 87:20, 88:5, 89:5, 89:20, 89:24, 90:19, 91:21, 92:7, 93:19, 98:17, 98:19, 99:1, 99:17, 99:19, 99:24,

100:1, 101:4, 101:6, 102:22, 103:1, 103:19, 103:22, 105:7, 105:8, 105:23, 106:1, 106:5, 106:10, 106:21, 108:2, 108:4, 109:1, 109:4, 111:23, 112:1, 116:2, 117:17, 117:19, 119:12, 119:14, 122:7, 122:8, 123:21, 123:23, 125:9, 125:12, 127:6, 127:8, 127:20, 127:22, 128:15, 128:19, 128:24, 129:1, 129:16, 129:19, 129:21, 130:1, 130:18, 131:3, 133:22, 134:1, 135:14, 135:17, 135:20, 136:21, 136:24, 138:7, 138:10, 141:14, 141:18, 141:23, 142:5, 142:7, 142:20, 143:2, 143:11, 143:14, 143:21, 143:23, 144:1, 144:15, 144:17, 145:17, 145:23, 146:10, 147:3, 147:9, 147:15, 147:22, 148:3, 148:11, 148:13, 149:1, 149:12, 149:14, 149:17, 151:4, 152:1, 152:3, 153:18, 154:18, 155:2, 155:15, 158:6, 158:8, 159:2, 159:4, 160:14, 160:21, 160:23, 161:11, 161:15, 161:18, 162:1, 162:19, 163:1, 164:3, 164:19, 164:20, 165:16, 165:21, 165:25, 166:3, 167:13, 167:24, 169:14, 169:19, 170:2, 175:23, 176:1, 176:25, 177:3, 177:19, 177:20, 177:23, 179:25, 180:2, 180:5, 183:24, 187:5, 187:14, 187:24, 191:2, 191:4, 192:15, 192:18, 193:2, 197:14, 198:3, 199:4, 202:7, 203:3

**multiple** [4] - 90:8, 162:11, 174:25,

183:13
**Muslims** [2] - 130:4, 149:8

# N

**name** [51] - 17:18, 22:17, 22:19, 40:17, 40:20, 49:13, 84:1, 122:20, 134:3, 134:6, 134:23, 135:1, 135:3, 135:9, 135:11, 135:13, 135:21, 135:22, 136:10, 137:9, 137:22, 137:25, 138:1, 138:4, 138:5, 138:19, 139:1, 139:6, 139:16, 139:18, 150:15, 150:17, 150:19, 150:22, 150:24, 151:8, 151:22, 152:5, 152:7, 152:8, 152:10, 152:11, 172:19, 178:18, 179:2, 185:7, 185:19, 185:23, 186:1
**Name** [1] - 134:11
**named** [3] - 27:18, 71:8, 122:19
**names** [14] - 40:15, 60:18, 123:4, 149:24, 149:25, 150:3, 150:9, 150:10, 152:14, 152:17, 152:20, 177:11, 178:22, 197:23
**narrative** [1] - 83:3
**Nason** [4] - 84:15, 84:21, 170:15, 171:3
**National** [24] - 53:3, 53:10, 53:11, 53:12, 53:15, 53:22, 53:24, 54:17, 55:6, 55:11, 55:16, 56:3, 58:2, 58:4, 58:12, 58:24, 59:2, 60:1, 60:3, 63:6, 145:9, 145:11, 146:25, 183:3
**Nations** [22] - 30:7, 30:17, 31:10, 31:13, 33:11, 34:1, 34:5, 35:13, 35:18, 35:19, 35:22, 36:12, 36:15, 37:6, 42:13, 42:14, 43:4, 43:10, 43:15, 53:3, 109:20, 186:25
**Nations'** [4] - 34:9, 34:15, 34:18, 35:5
**natural** [1] - 33:4
**naturally** [1] - 33:2

**nature** [9] - 34:8, 34:13, 34:21, 35:4, 58:6, 65:1, 90:22, 191:15, 196:23
**near** [3] - 49:22, 127:14, 127:16
**necessarily** [2] - 83:2, 165:8
**necessary** [1] - 97:3
**necessitated** [2] - 13:1, 13:8
**necessity** [1] - 135:7
**need** [9] - 9:18, 24:10, 24:11, 32:4, 38:10, 50:9, 51:22, 68:16, 174:3, 175:19, 175:21, 193:8, 193:18, 197:18, 198:23
**needed** [4] - 7:12, 36:21, 71:10, 97:3
**needing** [1] - 175:15
**needs** [1] - 9:16
**neighbor** [1] - 38:3
**neighborhood** [3] - 27:16, 37:24, 38:1
**neighbors** [5] - 36:17, 88:24, 191:22, 191:23, 192:1
**Nepalese** [2] - 34:20, 187:2
**nephews** [1] - 126:1, 126:2, 126:4
**never** [12] - 12:5, 13:19, 70:4, 81:2, 104:21, 110:2, 111:11, 111:21, 115:20, 121:3, 121:13, 127:4, 127:9, 132:15, 139:12, 139:14, 140:17, 150:9, 150:10, 154:8, 158:16, 161:12, 182:20, 189:8
**new** [15] - 10:1, 72:21, 138:1, 138:5, 139:5, 139:6, 139:16, 139:17, 139:18, 139:20, 139:22, 141:5
**New** [2] - 1:18, 150:17
**newspaper** [1] - 13:7
**next** [9] - 38:3, 66:15, 75:16, 134:22, 145:5, 146:22, 147:20, 179:8, 199:12
**next-door** [1] - 38:3
**nice** [2] - 200:3, 201:18
**nickname** [11] -

26:11, 74:25, 75:1, 77:4, 78:2, 84:14, 84:15, 85:9, 85:22, 85:23, 86:16
**nicknames** [1] - 76:18
**niece** [2] - 126:1, 126:3
**nieces** [1] - 126:2
**night** [4] - 24:2, 110:9, 198:23, 203:4
**nights** [1] - 127:12
**NO** [1] - 1:2
**nobody** [2] - 64:25, 126:10
**non** [1] - 87:11
**non-school** [1] - 87:11
**none** [2] - 78:12, 200:25
**nonexistence** [1] - 33:5
**nonresponsive** [47] - 6:18, 7:6, 10:7, 10:17, 11:11, 12:10, 13:9, 25:16, 38:6, 38:19, 39:4, 40:24, 43:7, 45:9, 46:14, 47:17, 48:3, 49:15, 63:23, 73:11, 75:13, 83:3, 84:8, 87:20, 105:23, 106:5, 108:2, 109:1, 111:23, 119:12, 123:21, 127:6, 127:20, 128:15, 128:24, 129:16, 135:15, 142:5, 144:15, 148:11, 149:12, 152:1, 160:21, 161:15, 165:16, 179:25, 187:5
**normal** [1] - 82:15
**normally** [4] - 82:8, 82:22, 172:15, 173:1
**North** [2] - 2:2, 203:14
**Northeast** [1] - 1:15
**Northwest** [1] - 106:25
**Nos** [4] - 3:10, 3:11, 21:20, 69:16
**note** [3] - 19:23, 20:3, 90:25
**notebooks** [6] - 4:23, 51:14, 93:7, 163:17, 189:21, 200:1
**noted** [1] - 202:8
**nothing** [9] - 15:3, 54:13, 56:5, 56:17, 59:10, 61:6, 62:16,

65:25, 196:12
**notice** [2] - 120:2, 176:11
**noticed** [1] - 201:2
**November** [5] - 96:1, 96:7, 96:17, 100:12, 118:24
**nude** [2] - 91:2, 91:5
**number** [3] - 11:16, 16:25, 104:6
**numbers** [1] - 66:18
**numerous** [1] - 19:23
**NW** [1] - 1:18

# O

**oath** [4] - 5:7, 52:22, 94:23, 164:17
**object** [6] - 15:6, 15:8, 16:5, 21:16, 31:1, 67:3
**objection** [165] - 6:18, 7:6, 7:18, 7:23, 8:23, 9:20, 10:7, 10:17, 10:23, 11:3, 11:11, 12:3, 12:10, 13:9, 14:4, 14:10, 20:4, 21:17, 25:16, 30:10, 33:16, 35:14, 36:8, 37:1, 38:6, 38:18, 39:4, 39:24, 40:24, 43:7, 43:12, 43:17, 44:5, 44:13, 44:17, 45:9, 45:19, 46:14, 47:4, 47:8, 47:17, 48:3, 48:23, 49:15, 50:22, 53:17, 54:23, 55:12, 55:18, 56:4, 57:3, 57:15, 58:13, 59:11, 59:17, 59:18, 60:21, 61:3, 61:7, 61:12, 61:19, 62:8, 62:14, 63:7, 63:12, 63:16, 63:23, 63:25, 64:14, 65:2, 65:9, 65:16, 65:20, 66:9, 66:25, 69:13, 72:5, 73:11, 73:20, 73:25, 74:7, 74:15, 75:13, 76:2, 76:4, 77:18, 78:17, 79:22, 80:3, 83:3, 84:8, 87:20, 88:5, 89:5, 89:20, 89:24, 98:17, 98:19, 99:1, 105:3, 105:23, 106:5, 106:15, 108:2, 109:1, 111:23, 115:24, 119:12, 123:21,

127:6, 127:20, 128:15, 128:24, 129:16, 141:11, 141:17, 141:20, 142:5, 142:14, 142:15, 142:23, 143:19, 144:9, 144:10, 144:15, 145:14, 145:19, 148:11, 148:23, 149:12, 151:2, 152:1, 153:16, 154:14, 154:22, 155:7, 158:3, 158:22, 158:23, 159:3, 160:9, 160:10, 160:21, 161:4, 161:15, 161:22, 162:17, 162:23, 165:16, 167:10, 167:16, 167:18, 169:11, 169:16, 169:22, 179:25, 183:21, 187:5, 187:14, 187:24
**objections** [2] - 66:16, 66:24
**observed** [1] - 183:15
**obtain** [3] - 153:24, 153:25, 155:22
**obtained** [8] - 102:5, 137:25, 154:19, 155:21, 155:25, 156:6, 159:6, 159:14
**obtaining** [2] - 159:5, 185:22
**obviously** [2] - 187:3, 197:18
**occasion** [5] - 29:1, 29:12, 50:2, 110:7
**occasions** [8] - 50:3, 66:4, 66:6, 90:8, 97:15, 109:13, 162:11, 162:12
**occurred** [2] - 121:10, 122:4
**October** [9] - 95:8, 95:16, 100:4, 100:7, 139:12, 139:24, 140:3, 144:5, 159:24
**Odelin** [3] - 77:4, 77:12, 181:24
**OF** [3] - 1:1, 1:4, 1:17
**offer** [6] - 94:5, 186:11, 190:18, 193:23, 196:3, 196:23
**offered** [6] - 14:21, 67:15, 67:16, 194:20, 196:2, 196:4
**offers** [1] - 94:12

**offhand** [2] - 50:12, 118:9

**office** [5] - 56:24, 57:2, 57:11, 185:23, 186:19

**OFFICER** [1] - 164:14

**officer** [3] - 22:18, 117:13, 200:2

**officers** [1] - 42:25

**Official** [1] - 203:14

**official** [4] - 2:1, 132:22, 140:9, 186:2

**officially** [1] - 118:22

**officials** [3] - 54:11, 64:23, 186:18

**often** [5] - 42:16, 50:5, 186:13, 186:14

**Ohio** [18] - 122:1, 122:15, 123:24, 123:25, 124:4, 124:8, 124:14, 125:2, 126:18, 126:20, 127:3, 134:14, 134:18, 136:13, 136:14, 136:15, 138:17, 143:9

**old** [3] - 82:13, 138:4

**older** [3] - 39:3, 73:6, 82:17

**once** [10] - 7:10, 42:25, 46:23, 69:21, 113:20, 113:22, 137:17, 165:10, 165:15, 196:15

**one** [59] - 22:18, 22:20, 24:22, 24:24, 24:25, 26:12, 27:15, 27:18, 27:20, 36:12, 36:13, 38:2, 38:4, 40:22, 41:4, 43:11, 48:15, 50:2, 50:13, 66:3, 67:2, 67:3, 74:22, 75:4, 75:20, 80:11, 80:12, 80:17, 80:21, 81:4, 91:2, 91:7, 91:11, 91:12, 94:2, 99:13, 108:25, 110:7, 110:14, 122:18, 122:21, 126:3, 134:15, 148:18, 150:11, 150:17, 152:15, 153:21, 155:10, 155:12, 164:14, 168:2, 186:21, 188:22, 189:11, 191:17, 193:25, 197:1

**ones** [5] - 6:9, 10:6, 87:17, 89:3, 152:17

**ongoing** [1] - 95:21

**open** [15] - 20:19, 33:14, 34:2, 54:11, 54:12, 54:14, 68:19, 91:4, 91:21, 92:20, 130:24, 147:24, 151:15, 165:1, 165:4

**open-door** [1] - 54:11

**opened** [2] - 131:7, 132:16

**opening** [3] - 12:22, 195:17, 195:22

**opens** [1] - 91:23

**operate** [1] - 57:8

**operation** [2] - 36:5, 36:6, 53:13

**operator** [1] - 115:3

**opportunities** [1] - 46:11

**opportunity** [5] - 15:12, 20:11, 33:21, 193:6, 196:3

**opposing** [1] - 193:4

**opposition** [1] - 191:19

**option** [1] - 77:17

**oral** [5] - 181:12, 181:18, 182:4, 200:7, 201:16

**order** [18] - 31:23, 57:8, 67:17, 94:3, 135:21, 190:16, 194:19, 194:22, 195:3, 195:4, 195:7, 195:12, 195:19, 196:21, 196:25, 197:9, 197:22, 201:15

**organization** [3] - 9:17, 34:22, 157:8

**organizations** [1] - 36:18

**organized** [1] - 156:14

**original** [6] - 19:7, 24:10, 24:11, 26:24, 39:20, 50:10

**originally** [2] - 73:5, 73:17

**orphanage** [2] - 82:5, 82:6

**orphanages** [2] - 34:23, 36:3

**ourselves** [1] - 197:15

**out-of-court** [2] - 15:5, 67:22

**outdoor** [2] - 166:23, 166:24

**outing** [1] - 49:22

**outings** [1] - 51:1

**outreach** [1] - 34:24

**outright** [1] - 148:7

**outside** [12] - 14:13, 30:13, 66:14, 90:5, 129:25, 145:22, 170:5, 172:4, 172:9, 172:23, 173:2, 173:5

**oven** [4] - 173:8, 188:4, 188:5, 188:7

**ovens** [3] - 173:6, 173:9

**overnight** [3] - 110:3, 111:6, 165:14

**overruled** [22] - 10:8, 12:4, 21:17, 33:16, 45:21, 47:10, 57:16, 58:14, 61:7, 62:15, 65:17, 78:18, 111:24, 144:11, 148:24, 151:3, 154:23, 155:13, 160:12, 161:24, 167:19, 169:23

**own** [9] - 36:2, 44:4, 50:2, 53:6, 167:4, 174:13, 174:14, 174:15, 174:17

**owner** [1] - 56:20

**Oxford** [2] - 155:4, 156:6

## P

**p.m** [8] - 1:6, 93:10, 94:21, 163:19, 164:12, 189:23, 199:10, 200:4

**packets** [1] - 29:23

**Page** [12] - 97:5, 101:16, 143:15, 144:7, 192:6, 192:22, 193:25, 194:1, 194:6, 194:9

**page** [7] - 25:7, 45:7, 95:4, 100:20, 178:22, 178:23, 188:20

**PAGE** [1] - 3:9

**pages** [6] - 45:12, 45:14, 45:18, 47:1, 47:7, 47:21

**Pages** [2] - 1:8, 191:21

**paid** [4] - 49:25, 51:24, 133:17, 167:23

**Pakistani** [3] - 37:12, 42:23, 187:2

**Pakistanis** [1] - 34:20

**Palace** [9] - 107:7, 107:12, 107:18, 107:20, 107:23, 107:24, 107:25, 108:5, 108:11

**Pan** [1] - 133:13

**paragraph** [2] - 134:10, 134:22

**parameters** [1] - 191:5

**pardon** [2] - 103:5, 168:12

**parent** [3] - 13:17, 121:5, 121:16

**parental** [1] - 12:18

**parents** [2] - 8:22, 12:22, 13:13, 13:14, 77:23, 77:24, 78:10, 80:6, 164:22, 165:2, 165:10, 165:13

**parents'** [1] - 165:6

**Paris** [1] - 133:12

**Park** [1] - 127:18

**parked** [2] - 22:23, 126:25

**part** [22] - 53:11, 56:1, 58:10, 94:3, 94:8, 94:9, 132:12, 156:18, 156:21, 156:24, 157:15, 181:4, 190:17, 194:21, 194:23, 195:9, 195:15, 195:19, 196:1, 196:4, 201:16, 202:4

**parte** [2] - 194:23, 197:2

**particular** [4] - 26:4, 110:15, 112:12, 165:3

**parties** [3] - 190:16, 191:5, 195:10

**party** [1] - 133:2

**passes** [1] - 102:5

**Passport** [3] - 100:24, 101:9, 103:5

**passport** [33] - 101:7, 101:11, 103:3, 103:8, 103:12, 103:16, 117:20, 125:6, 125:13, 136:25, 137:7, 137:12, 137:13, 137:17, 137:22, 138:1, 138:22, 139:5, 139:11, 139:16, 139:17, 139:23, 143:17, 144:2, 144:4, 144:19, 185:10, 185:19, 185:22, 185:23, 188:22

**passports** [1] - 188:17

**past** [1] - 31:6

**paste** [1] - 88:22

**pastor** [1] - 152:15

**pay** [5] - 8:9, 30:3, 154:2, 184:22, 184:23

**payroll** [2] - 53:16, 53:22

**peanut** [1] - 181:12

**pee** [1] - 171:12

**pen** [8] - 135:1, 135:11, 135:13, 150:17, 152:5, 152:7, 152:8, 185:7

**penalties** [1] - 59:8

**penalty** [2] - 56:16, 59:10

**Penge** [1] - 137:7

**penis** [1] - 181:12

**people** [14] - 17:9, 17:11, 17:12, 38:16, 38:24, 40:15, 45:24, 45:25, 56:22, 126:15, 129:8, 133:4, 141:7, 186:16

**per** [2] - 13:1, 44:1

**perception** [1] - 19:1

**perfectly** [1] - 191:5

**perform** [4] - 181:12, 181:18, 182:4, 182:18

**perhaps** [3] - 17:9, 29:8, 198:4

**period** [21] - 19:13, 19:22, 19:24, 20:14, 35:6, 36:1, 107:19, 108:7, 110:11, 110:12, 123:10, 124:18, 124:19, 124:23, 126:13, 126:14, 128:6, 157:6, 158:2, 188:22, 202:23

**periodically** [1] - 109:13

**periodicals** [3] - 150:11, 150:13, 150:16

**periods** [5] - 18:12, 20:1, 30:24, 41:3, 167:22

**permanent** [6] - 108:21, 108:22, 116:20, 125:5, 125:16, 135:1

**permanently** [2] - 109:9, 123:20

**permission** [13] - 99:24, 101:4, 102:22, 103:19, 133:22, 135:17, 136:21,

138:7, 143:11,
149:14, 165:25,
175:23, 180:2
**permitted** [4] - 6:4,
23:23, 82:18, 120:24
**person** [14] - 48:1,
95:14, 95:23, 96:8,
96:19, 98:16, 98:25,
99:7, 99:11, 103:16,
152:4, 152:16,
166:17, 189:7
**personal** [4] -
166:15, 174:14,
174:15, 174:17
**personally** [1] -
64:18
**personnel** [2] - 17:9,
42:13
**pertains** [4] - 58:20,
73:1, 73:16, 194:2
**Peterson** [9] - 76:16,
76:20, 76:23, 77:1,
78:1, 78:7, 178:11,
181:18, 181:24
**Petion** [2] - 53:6,
83:17
**Petion-Ville** [2] -
53:6, 83:17
**Petit** [1] - 181:24
**petrified** [1] - 16:9
**Phil** [4] - 4:14, 52:15,
93:25, 164:7
**PHILIP** [1] - 1:23
**phone** [9] - 5:20, 6:9,
7:12, 8:6, 8:7, 8:8,
8:16, 12:7, 114:1
**phones** [14] - 6:7,
6:24, 7:4, 7:5, 7:10,
7:21, 8:2, 8:6, 11:23,
12:2, 12:15, 113:25,
114:3, 114:4
**photo** [11] - 17:7,
17:13, 17:15, 18:20,
25:10, 26:19, 28:15,
180:8, 185:10, 185:12
**photo-shop** [1] -
26:19
**photo-shopped** [2] -
17:15, 18:20
**photograph** [21] -
19:7, 25:13, 26:23,
27:1, 27:5, 27:8,
27:13, 28:12, 40:13,
40:16, 41:22, 41:24,
49:9, 49:11, 50:9,
50:17, 92:5, 137:4,
137:22, 138:11
**photographers** [1] -
39:17
**photographs** [17] -

12:7, 12:13, 20:7,
21:8, 21:9, 21:12,
22:15, 26:5, 26:25,
39:15, 39:20, 40:10,
40:12, 48:18, 49:8,
66:22, 67:1
**photos** [2] - 17:4,
180:11
**phrase** [1] - 46:6
**physical** [1] - 64:10
**physically** [1] - 64:9
**pick** [1] - 132:5
**pickup** [1] - 88:14
**picture** [16] - 17:11,
25:7, 25:21, 25:23,
26:19, 27:15, 40:22,
48:1, 48:15, 49:18,
49:19, 70:17, 91:2,
125:13, 139:5
**pictures** [23] - 15:20,
16:3, 16:10, 16:11,
16:13, 16:14, 16:20,
16:25, 17:21, 17:23,
18:17, 19:22, 19:23,
24:9, 24:18, 26:3,
48:13, 48:14, 109:21,
110:16, 110:22,
110:23, 110:25
**place** [7] - 10:12,
12:24, 13:1, 35:15,
35:16, 140:13, 196:12
**placed** [3] - 38:14,
82:4, 123:20
**Plaintiff** [1] - 1:5
**plan** [3] - 91:24,
130:9, 130:18
**plane** [4] - 97:23,
98:4, 102:13, 102:16
**plans** [2] - 73:3,
73:15
**plants** [1] - 171:17
**pleased** [1] - 111:13
**plus** [4] - 180:13,
180:24, 180:25
**Plymouth** [1] - 42:6
**pockets** [1] - 88:11
**point** [12] - 9:3,
31:18, 41:4, 64:4,
66:1, 74:3, 91:25,
116:3, 116:23,
144:22, 196:16,
198:11
**Police** [24] - 53:3,
53:10, 53:11, 53:12,
53:16, 53:22, 53:24,
55:7, 55:11, 55:16,
56:3, 58:2, 58:4,
58:12, 58:24, 59:2,
60:1, 60:4, 60:5, 63:6,
145:9, 145:12,

146:25, 183:3
**police** [14] - 53:7,
53:9, 58:17, 58:19,
61:5, 118:25, 119:10,
119:11, 141:4, 141:5,
141:8, 141:16,
146:19, 147:12
**Police's** [1] - 54:17
**policy** [8] - 12:17,
12:20, 54:11, 164:22,
165:1, 165:4, 165:5,
165:13
**pool** [1] - 50:13
**poor** [1] - 112:9
**popular** [1] - 107:24
**Port** [11] - 100:5,
100:8, 100:13,
100:18, 100:22,
101:19, 102:2,
102:20, 103:9,
103:13, 157:16
**Port-au-Prince** [11] -
100:5, 100:8, 100:13,
100:18, 100:22,
101:19, 102:2,
102:20, 103:9,
103:13, 157:16
**portion** [3] - 100:16,
144:2, 190:17
**portions** [2] - 95:6,
100:3
**posed** [2] - 191:14,
192:24
**position** [6] - 107:15,
116:20, 158:12,
192:8, 194:12, 196:12
**positions** [2] - 80:2,
86:4
**possession** [2] -
8:14, 98:7
**Possible** [2] -
157:21, 158:11
**possible** [1] - 115:22
**posted** [2] - 167:1,
176:8
**pots** [1] - 172:10
**predicate** [2] - 20:22,
44:20
**premarked** [1] -
31:19
**prepare** [1] - 88:21
**prepared** [3] - 68:15,
195:5, 198:1
**preparing** [1] - 41:14
**presence** [15] -
14:13, 30:7, 30:13,
33:10, 34:1, 34:5,
34:9, 35:19, 64:9,
64:11, 66:14, 90:5,
110:19, 129:25,

145:22
**present** [11] - 4:15,
52:17, 94:1, 108:24,
112:22, 131:1, 164:8,
185:25, 195:14,
196:4, 197:13
**presented** [1] - 94:12
**presenting** [1] -
64:22
**President** [1] - 13:5
**presume** [1] - 133:20
**previous** [3] - 33:1,
58:8, 167:20
**previously** [21] -
25:25, 28:9, 32:17,
33:25, 39:9, 48:8,
64:8, 69:2, 79:8, 95:5,
96:22, 101:2, 103:20,
104:8, 117:15, 141:9,
160:18, 186:3,
188:14, 193:13, 197:2
**primary** [2] - 198:18,
198:19
**Prince** [11] - 100:5,
100:8, 100:13,
100:18, 100:22,
101:19, 102:2,
102:20, 103:9,
103:13, 157:16
**principal** [2] - 200:13
**print** [1] - 68:11
**Print** [1] - 26:20
**printed** [2] - 51:23,
134:25
**printer** [1] - 52:16
**privacy** [3] - 70:13,
70:18
**probative** [8] - 16:7,
17:22, 18:1, 18:2,
19:3, 20:4, 33:11,
91:25
**probativeness** [1] -
20:4
**problem** [2] - 133:3,
197:8
**problems** [1] - 176:4
**procedures** [1] -
23:15
**proceed** [13] - 5:9,
33:17, 33:23, 52:23,
94:24, 130:1, 131:2,
148:2, 164:18,
193:17, 196:9, 198:4
**proceeded** [1] -
102:13
**proceeding** [1] -
129:22
**Proceedings** [1] -
203:5
**proceedings** [28] -

5:3, 14:12, 20:19,
30:12, 33:14, 51:17,
52:4, 52:20, 66:13,
68:19, 90:4, 92:20,
93:10, 93:13, 94:21,
129:24, 130:24,
145:21, 145:25,
147:24, 149:3,
163:20, 163:23,
164:12, 189:24,
199:10, 200:5, 203:10
**process** [3] - 127:17,
140:13, 140:18
**produce** [1] - 200:13
**professional** [1] -
123:16
**proffer** [1] - 130:9
**proffered** [2] -
192:23, 201:1
**program** [52] - 22:13,
22:14, 24:24, 34:24,
36:2, 38:12, 39:3,
42:7, 42:21, 43:24,
44:1, 44:2, 56:24,
58:23, 61:8, 62:25,
63:3, 71:8, 75:3,
75:10, 76:15, 77:1,
78:12, 78:22, 80:11,
80:19, 81:10, 82:2,
82:7, 82:13, 82:17,
82:20, 83:14, 83:24,
84:7, 85:20, 86:13,
86:23, 86:25, 95:20,
97:3, 97:14, 98:8,
123:13, 132:12,
156:14, 157:18,
186:9, 186:13,
186:16, 189:3, 201:7
**programmable** [1] -
7:5
**programmed** [2] -
7:5, 7:11
**prohibit** [1] - 55:5
**prohibited** [1] -
119:7
**project** [1] - 158:13
**promote** [1] - 12:14
**pronounced** [2] -
77:6, 77:7
**proof** [2] - 185:25,
200:10
**propane** [1] - 172:8
**property** [1] - 73:9
**prosecutor** [2] -
106:20, 147:11
**prospective** [1] -
192:10
**protocol** [2] -
111:14, 111:19
**protocols** [1] - 23:10

**proven** [1] - 187:22

**provide** [7] - 87:6, 87:8, 87:12, 87:23, 88:10, 94:5, 200:10

**provided** [6] - 29:13, 61:10, 88:3, 89:3, 106:7, 201:11

**providers** [2] - 7:17, 7:22

**providing** [3] - 88:8, 88:17, 201:6

**provision** [2] - 195:12, 200:17

**provisions** [1] - 110:5

**publications** [1] - 134:25

**publish** [21] - 21:22, 40:4, 49:3, 69:18, 99:24, 101:4, 102:22, 103:19, 117:17, 125:9, 133:22, 135:17, 136:21, 138:7, 143:11, 149:14, 165:25, 175:23, 176:25, 177:19, 180:2

**purchase** [2] - 8:7, 8:8

**purchased** [1] - 10:6

**purpose** [30] - 19:14, 19:18, 23:5, 29:17, 71:21, 88:8, 95:10, 95:11, 95:13, 95:15, 95:19, 95:22, 96:4, 96:7, 96:14, 96:18, 97:11, 98:6, 98:14, 98:15, 98:23, 98:24, 99:5, 99:9, 99:10, 173:5, 189:1, 189:2, 189:6

**purposes** [2] - 29:10, 32:8

**pursuant** [2] - 194:14, 196:18

**pursue** [1] - 190:21

**put** [10] - 26:20, 28:13, 129:12, 135:6, 135:7, 143:16, 144:13, 172:3, 181:11, 197:24

---

**Q**

**qualifications** [3] - 154:25, 155:4, 159:10

**quarters** [2] - 181:2, 181:4

**quartet** [1] - 157:22

---

**questioning** [11] - 14:15, 17:25, 20:5, 20:6, 30:14, 30:15, 31:11, 33:9, 90:6, 91:18, 91:19

**questions** [8] - 30:16, 36:12, 43:20, 90:15, 183:25, 189:9, 191:13, 192:24

**quite** [5] - 6:15, 15:23, 113:14, 172:12, 187:1

**quote** [2] - 32:25, 33:3

**quoting** [1] - 33:7

---

**R**

**R-o-r-o** [1] - 77:5

**rack** [1] - 172:3

**raised** [3] - 96:5, 96:16, 97:14

**rather** [2] - 169:25, 170:3

**rations** [3] - 29:22, 29:23, 30:1

**Raymond** [1] - 122:23

**rays** [1] - 188:8

**RDR** [2] - 2:1, 203:13

**reached** [2] - 79:2, 83:8

**read** [10] - 51:8, 93:1, 125:17, 134:10, 134:22, 135:25, 136:10, 163:11, 189:15, 199:20

**reading** [1] - 161:7

**readmit** [1] - 83:17

**ready** [7] - 16:19, 29:23, 30:1, 31:8, 94:14, 190:3, 193:21

**real** [1] - 152:16

**realized** [1] - 81:4

**really** [5] - 23:21, 50:15, 72:14, 91:24, 147:17

**rearguing** [1] - 194:15

**reargument** [1] - 195:23

**reason** [6] - 66:5, 109:14, 119:19, 133:4, 145:13, 165:3

**reasons** [9] - 13:3, 23:6, 42:18, 134:24, 146:11, 147:18, 148:18, 152:13, 153:21

---

**rebuttal** [10] - 197:5, 197:7, 197:9, 197:12, 197:13, 197:24, 199:2, 199:7, 202:2, 202:9

**receive** [10] - 9:23, 10:3, 35:4, 35:21, 35:22, 37:5, 37:9, 37:11, 88:18

**RECEIVED** [1] - 3:9

**received** [10] - 14:17, 35:12, 35:25, 36:11, 36:14, 38:9, 82:7, 83:18, 87:18, 159:17

**receiving** [1] - 184:22

**recently** [2] - 106:4, 149:11

**recess** [8] - 52:2, 52:3, 93:11, 93:12, 163:21, 163:22, 201:17, 203:2

**recipient** [1] - 80:19

**recited** [1] - 32:17

**recognition** [2] - 157:14, 157:18

**recognize** [14] - 21:4, 21:6, 22:5, 28:10, 39:10, 39:14, 48:9, 48:11, 69:5, 69:8, 69:9, 123:3, 135:23, 149:19

**recognized** [2] - 141:5, 141:8, 141:16

**recommendation** [6] - 151:16, 151:23, 190:9, 191:7, 191:9, 198:4

**recommended** [3] - 82:6, 191:6, 191:12

**record** [11] - 4:6, 16:24, 32:9, 52:8, 91:16, 93:18, 164:2, 193:4, 193:20, 201:9, 201:16

**records** [1] - 54:12

**red** [7] - 27:18, 70:9, 70:12, 70:14, 117:23, 166:11, 168:8

**Red** [1] - 3:3

**redirect** [2] - 184:1, 201:4

**REDIRECT** [1] - 184:2

**reference** [4] - 190:18, 191:8, 192:13, 194:19

**referenced** [2] - 194:21, 195:7

**references** [5] -

---

121:19, 121:22, 168:11, 177:24, 195:12

**referred** [2] - 166:14, 168:13

**referring** [2] - 150:19, 192:19

**refrigerator** [2] - 172:8

**refute** [1] - 18:7

**regard** [4] - 33:11, 191:21, 192:6, 201:4

**regarding** [18] - 12:17, 18:23, 19:1, 20:10, 31:2, 31:10, 31:13, 32:18, 32:20, 33:10, 90:22, 111:8, 132:19, 145:25, 191:21, 197:1, 200:16, 200:21

**Reginald** [3] - 4:16, 94:1, 164:9

**register** [2] - 57:2, 119:10

**registered** [1] - 56:24

**registering** [1] - 119:10

**regular** [1] - 44:22

**regularly** [3] - 179:6, 179:11, 186:21

**reinforce** [1] - 29:13

**reinstated** [5] - 119:17, 120:25, 184:20, 184:21, 184:22

**relating** [2] - 19:23, 170:24

**relations** [16] - 75:6, 76:8, 76:23, 77:12, 78:7, 79:1, 79:11, 81:21, 81:24, 84:11, 84:20, 85:7, 85:24, 86:18, 86:21, 87:3

**relationship** [1] - 81:15

**relatives** [1] - 80:9

**relay** [1] - 9:18

**relevance** [24] - 7:18, 12:3, 13:10, 14:4, 14:10, 14:14, 15:9, 16:6, 17:23, 17:24, 19:3, 30:10, 35:14, 36:8, 38:18, 43:12, 45:19, 47:8, 47:9, 78:17, 89:20, 89:24, 90:12, 90:13

**relevant** [13] - 15:10, 18:6, 18:11, 18:21, 19:5, 19:7, 19:13,

---

19:18, 19:22, 20:9, 30:24, 92:1

**relies** [1] - 194:23

**relocating** [1] - 124:20

**rely** [1] - 195:11

**remain** [4] - 75:9, 82:18, 82:20, 111:20

**remainder** [1] - 36:23

**remaining** [1] - 38:22

**remember** [24] - 23:21, 42:8, 74:23, 76:11, 86:11, 86:12, 97:20, 97:25, 118:19, 118:20, 118:22, 119:4, 119:9, 120:13, 120:22, 121:2, 122:20, 126:8, 131:16, 133:7, 133:17, 160:13, 164:24

**remove** [2] - 63:6, 133:16

**removed** [3] - 62:25, 63:3, 130:4

**renew** [2] - 196:15, 196:17

**renewal** [3] - 160:2, 160:4, 160:6

**renewed** [2] - 200:7, 201:5

**renting** [2] - 177:9, 181:3

**reorder** [1] - 195:17

**repair** [1] - 14:23

**repatriated** [3] - 130:4, 131:10, 131:11

**repatriation** [1] - 133:15

**repay** [1] - 133:18

**repeat** [5] - 11:14, 109:2, 121:9, 151:6, 162:2

**Rephrase** [16] - 10:25, 11:5, 53:19, 57:5, 62:10, 65:11, 89:7, 98:21, 99:3, 141:13, 141:22, 145:16, 154:17, 169:13, 169:18, 183:23

**rephrase** [13] - 34:10, 61:22, 108:10, 112:3, 126:19, 142:19, 143:1, 150:23, 158:5, 161:9, 161:19, 167:11, 174:21

**report** [8] - 47:2,

51:12, 63:22, 64:19, 93:5, 163:15, 189:19, 199:24

**REPORTED** [1] - 2:1
**Reporter** [2] - 2:1, 203:14
**reporting** [1] - 66:7
**representation** [1] - 17:11
**representations** [1] - 34:19
**represented** [2] - 161:12, 162:20
**represents** [1] - 134:13
**request** [10] - 8:13, 14:7, 23:7, 31:3, 63:5, 88:21, 196:16, 196:17, 196:20, 197:1
**requested** [1] - 14:17
**requesting** [2] - 190:13, 194:11
**required** [1] - 57:1
**requirements** [1] - 57:7
**rescind** [1] - 104:21
**reserve** [4] - 8:16, 142:17, 142:24, 193:6
**resettling** [1] - 37:21
**residence** [2] - 125:16, 176:8
**resident** [33] - 18:11, 18:14, 24:24, 26:15, 26:16, 41:5, 50:18, 50:20, 75:2, 75:20, 76:20, 77:8, 78:3, 78:4, 78:13, 78:16, 81:5, 83:24, 84:16, 84:18, 85:1, 85:2, 85:14, 86:2, 86:3, 86:9, 86:10, 86:25, 87:13, 134:14, 173:16, 173:18
**residential** [1] - 83:2
**residents** [68] - 5:16, 6:4, 6:12, 6:13, 6:21, 6:23, 8:5, 8:9, 8:11, 8:21, 9:12, 11:2, 11:7, 11:15, 11:19, 24:20, 25:8, 26:12, 41:14, 44:3, 44:9, 44:11, 44:16, 44:23, 45:3, 45:7, 45:12, 45:13, 46:13, 47:2, 50:16, 50:25, 51:3, 55:5, 58:22, 60:13, 60:15, 60:16, 60:17, 60:19, 61:2, 62:4, 62:25, 63:3, 63:5, 64:21, 73:7, 74:19, 75:4,

75:21, 80:17, 84:3, 87:14, 88:3, 88:18, 88:25, 89:1, 89:9, 110:8, 168:2, 184:6, 192:12, 194:5, 200:19
**Residents** [1] - 67:21
**residents'** [6] - 9:9, 10:13, 10:20, 12:1, 43:3, 47:20
**residing** [2] - 117:23, 134:20
**resigned** [2] - 117:12, 185:3
**respect** [2] - 19:21, 67:7
**respectfully** [1] - 134:13
**respects** [1] - 14:1
**respond** [1] - 29:14
**responding** [1] - 191:13
**response** [11] - 94:6, 160:15, 160:25, 190:12, 190:25, 191:1, 191:8, 191:10, 191:19, 193:12
**responses** [1] - 31:23
**responsibilities** [1] - 169:25
**responsibility** [20] - 82:24, 170:7, 170:9, 170:12, 170:13, 170:15, 170:24, 171:7, 171:11, 171:14, 171:17, 171:20, 171:24, 172:2, 172:4, 173:11, 173:13, 173:21, 198:19
**responsible** [6] - 77:24, 133:2, 170:18, 170:21, 175:8, 186:10
**rest** [6] - 15:23, 33:18, 36:3, 196:17, 198:7, 199:14
**restrict** [18] - 8:11, 8:18, 11:2, 11:7, 11:15, 12:1, 12:14, 24:4, 43:2, 43:15, 44:25, 45:1, 54:17, 54:20, 54:22, 55:2, 165:6
**restricted** [1] - 12:5
**restrictions** [2] - 10:12, 10:14
**result** [17] - 19:9, 47:20, 55:15, 56:2, 59:1, 59:8, 59:14, 60:11, 61:2, 62:5,

62:19, 64:22, 72:16, 122:4, 137:13, 149:2, 187:21
**resume** [8] - 94:16, 124:7, 124:10, 124:11, 154:11, 156:1, 156:4, 185:1
**retired** [1] - 135:4
**retrieve** [2] - 25:3, 40:6, 49:5
**return** [12] - 71:11, 71:16, 95:20, 101:24, 120:24, 121:14, 122:1, 123:24, 124:17, 139:13, 139:15, 140:12
**returned** [16] - 83:15, 85:19, 91:1, 121:3, 121:13, 122:15, 123:25, 124:4, 124:8, 124:12, 124:13, 124:14, 139:24, 142:8, 144:22, 185:11
**returning** [5] - 95:11, 96:5, 96:15, 97:13, 98:7
**revelation** [2] - 13:4
**Reverend** [1] - 162:21
**reverse** [1] - 103:23
**review** [3] - 46:3, 188:18, 193:7
**reviewed** [1] - 193:23
**reviewing** [2] - 46:20, 195:6
**revolution** [2] - 13:5, 78:23, 83:15
**rewind** [2] - 122:2, 122:16
**rewinded** [1] - 122:16
**Reynolds** [27] - 107:8, 107:13, 107:16, 107:18, 107:21, 107:22, 108:6, 108:8, 108:11, 117:8, 118:5, 119:6, 119:23, 120:15, 120:16, 120:23, 121:3, 121:8, 121:13, 121:14, 121:20, 122:5, 151:13, 184:16, 184:17, 185:2
**Ricardo** [7] - 50:13, 84:14, 84:20, 171:3, 171:4, 182:3, 182:9
**rice** [1] - 88:21
**rifle** [3] - 27:10, 27:21, 28:23

**right-hand** [4] - 27:13, 41:18, 136:1, 136:10
**Riverside** [1] - 184:13
**Road** [6] - 107:15, 117:1, 117:4, 118:1, 118:3, 124:24
**road** [1] - 22:23
**Robert** [1] - 122:25
**rod** [1] - 70:23
**role** [1] - 41:7
**roof** [4] - 127:3, 127:10, 173:7, 188:10
**room** [27] - 23:25, 32:2, 33:18, 51:15, 61:10, 69:9, 69:23, 70:1, 70:3, 70:7, 70:8, 73:4, 93:8, 109:15, 109:17, 110:8, 110:12, 110:14, 163:18, 170:12, 170:15, 171:12, 174:17, 182:23, 183:17, 189:11
**rooms** [7] - 174:13, 174:15, 174:22, 177:9, 180:24, 181:1, 181:3
**Roro** [1] - 77:5
**rouge** [1] - 27:18
**routine** [1] - 90:21
**routines** [3] - 176:6, 176:12, 176:20
**row** [4] - 24:9, 24:17, 101:15, 101:17
**rub** [1] - 176:17
**Rule** [6] - 190:10, 191:11, 194:1, 194:14, 196:12, 196:18
**ruled** [2] - 32:19, 64:1
**ruling** [1] - 200:7
**run** [1] - 19:15
**running** [2] - 20:9, 41:10, 49:21
**runs** [1] - 5:22
**rural** [1] - 172:14

**S**

**safety** [1] - 29:16
**sanctioned** [3] - 56:14, 56:15, 59:6
**sanctions** [1] - 63:11
**Sandy** [3] - 71:7, 71:15, 71:22
**Santo** [12] - 53:6,

72:12, 72:21, 73:5, 73:6, 75:10, 76:22, 77:11, 79:14, 81:7, 84:19
**sat** [3] - 29:16, 57:18, 112:20
**Saturday** [3] - 87:9, 87:10, 186:21
**saw** [7] - 19:10, 61:17, 61:21, 110:16, 130:23, 146:5, 147:5
**scanned** [1] - 102:10
**scared** [1] - 18:3
**scheduling** [1] - 201:19
**Schlender** [4] - 27:20, 78:13, 79:1, 181:24
**School** [4] - 106:23, 106:25, 107:3, 107:4
**school** [18] - 8:15, 12:22, 41:15, 80:24, 83:18, 87:11, 87:19, 88:2, 88:11, 88:16, 105:9, 105:13, 105:16, 105:20, 106:3, 106:12, 174:19, 201:9
**schools** [5] - 6:16, 6:17, 131:7, 132:16, 132:18
**scope** [1] - 195:21
**scratch** [1] - 176:22
**screen** [1] - 24:12
**Scrimizzi** [1] - 127:25
**se** [1] - 44:1
**seal** [3] - 70:25, 194:23, 195:8
**search** [2] - 142:21, 167:2
**searches** [1] - 90:20
**seated** [12] - 5:4, 40:19, 51:18, 52:21, 94:2, 94:22, 164:13, 164:16, 186:11, 189:25, 199:11, 200:6
**second** [22] - 17:20, 22:18, 24:9, 24:17, 24:24, 27:12, 42:23, 73:1, 73:15, 74:5, 88:24, 95:4, 95:16, 119:18, 131:6, 140:19, 143:6, 144:4, 148:4, 171:2, 191:1, 191:8
**secondary** [1] - 90:9
**seconds** [3] - 68:5, 68:8, 68:17
**Secretary** [1] - 152:5

**Section** [1] - 33:8
**secure** [2] - 38:13, 44:3
**secured** [1] - 38:12
**security** [2] - 131:17, 200:2
**SECURITY** [1] - 164:14
**Security** [4] - 4:11, 104:4, 104:6, 132:1
**see** [45] - 13:17, 16:14, 17:12, 23:17, 24:23, 41:17, 41:18, 41:19, 41:20, 42:3, 48:1, 50:8, 51:8, 61:15, 61:24, 62:2, 70:9, 92:2, 93:1, 97:6, 103:24, 104:1, 117:24, 117:25, 134:11, 138:11, 144:19, 144:21, 163:11, 166:6, 166:7, 166:12, 168:9, 176:2, 176:23, 177:4, 178:22, 178:24, 179:2, 183:18, 186:10, 189:15, 199:20, 200:3, 202:3
**seeing** [4] - 12:13, 176:5, 177:25, 180:6
**seek** [1] - 46:4
**seeking** [2] - 194:14, 196:6
**seeks** [2] - 17:24, 94:11
**seized** [5] - 14:19, 90:16, 90:17, 91:1, 103:16
**seizure** [1] - 142:22
**select** [2] - 12:7, 45:15
**selected** [1] - 90:9
**send** [3] - 26:2, 51:22, 114:6
**sending** [1] - 68:15
**senior** [3] - 41:13, 87:13, 116:21
**sense** [5] - 56:15, 157:5, 172:12, 176:16, 176:17
**sent** [7] - 26:4, 84:6, 85:5, 85:18, 114:6, 153:24, 160:2
**separate** [1] - 92:4
**separated** [2] - 128:11, 128:14
**separately** [3] - 61:11, 61:16, 61:17
**separation** [1] - 129:18

**September** [11] - 12:23, 97:8, 97:11, 98:10, 98:11, 98:23, 99:6, 100:22, 118:10, 118:14, 118:17
**serious** [1] - 60:7
**servant** [1] - 181:4
**servants'** [1] - 181:2
**serve** [1] - 29:17
**served** [2] - 115:16, 115:18
**service** [5] - 5:20, 44:22, 113:10, 113:15, 150:18
**Services** [3] - 56:18, 56:21, 56:22
**services** [3] - 5:21, 5:22, 133:6
**set** [1] - 36:16
**sets** [1] - 193:12
**settled** [1] - 83:16
**seven** [5] - 10:9, 10:12, 46:23, 46:24, 194:8
**several** [5] - 26:5, 80:23, 83:10, 83:11, 131:7
**sex** [3] - 181:12, 181:18, 182:4
**sexual** [47] - 20:11, 33:13, 47:2, 53:25, 60:13, 75:6, 76:8, 76:23, 77:12, 78:7, 79:1, 79:11, 81:21, 81:24, 84:11, 84:20, 85:7, 85:24, 86:18, 86:21, 87:3, 95:13, 95:23, 96:8, 96:18, 98:16, 98:24, 99:6, 99:11, 118:11, 118:25, 130:7, 145:1, 146:22, 147:4, 147:8, 149:9, 181:8, 181:25, 182:11, 182:14, 182:18, 189:7, 192:11, 194:4, 200:24
**sexually** [1] - 192:7
**shall** [2] - 22:15, 162:2
**share** [1] - 127:3
**shared** [5] - 50:3, 127:4, 127:9, 174:15, 174:22
**shave** [1] - 185:16
**shaved** [1] - 185:17
**Sheffield** [1] - 32:16
**SHEFFIELD** [1] - 32:16
**Sheraton** [1] - 141:2
**shipped** [1] - 42:9

**shirt** [1] - 27:18
**shop** [1] - 26:19
**Shop** [1] - 26:20
**shopped** [2] - 17:15, 18:20
**short** [7] - 38:16, 76:3, 110:11, 124:19, 128:6, 169:20, 187:4
**shorter** [1] - 92:19
**shortly** [4] - 4:17, 68:13, 68:14, 136:18
**shot** [1] - 25:6
**shoulders** [1] - 10:20
**show** [9] - 16:10, 16:16, 19:18, 22:3, 22:7, 40:12, 67:16, 183:13, 185:25
**showed** [1] - 185:10
**shower** [1] - 70:23
**showers** [3] - 41:14, 174:8, 174:9
**showing** [30] - 21:2, 22:2, 24:9, 25:6, 25:25, 26:8, 26:25, 28:9, 39:9, 41:24, 48:8, 69:2, 70:20, 79:8, 95:4, 95:16, 97:5, 101:2, 103:2, 103:23, 104:8, 117:15, 134:5, 136:25, 138:11, 143:15, 149:18, 166:5, 186:3, 188:14
**shown** [1] - 109:21
**shows** [1] - 17:21
**Shuh** [2] - 125:19, 126:15
**Shuhs** [1] - 126:10
**sic** [2] - 60:3, 191:23
**side** [11] - 14:13, 30:13, 41:25, 66:14, 90:5, 103:24, 104:9, 129:25, 137:3, 145:22, 190:5
**side-bar** [7] - 14:13, 30:13, 66:14, 90:5, 129:25, 145:22, 190:5
**sign** [2] - 152:25, 193:11
**signed** [3] - 149:22, 152:18, 153:4
**signs** [1] - 200:24
**similar** [3] - 30:16, 66:23, 193:25
**Simon** [3] - 122:12, 122:19, 122:20
**simply** [1] - 109:15
**singly** [1] - 111:21
**Sister** [1] - 179:22
**sister** [5] - 124:15,

124:18, 125:19, 126:20, 136:16
**sister's** [2] - 124:23, 151:18
**sisters** [2] - 80:11, 80:12
**sit** [1] - 47:24
**sitting** [2] - 51:23, 174:5
**six** [2] - 46:23, 85:6
**small** [3] - 10:6, 23:12, 132:10
**snack** [1] - 88:11
**so...** [1] - 118:23
**Social** [5] - 56:18, 56:21, 56:22, 104:4, 104:6
**social** [2] - 132:9, 150:18
**Society** [3] - 150:18, 151:1, 151:10
**solicit** [4] - 46:10, 67:13, 67:17, 189:2
**someone** [4] - 33:18, 47:25, 82:17, 83:7
**sometime** [1] - 123:25
**sometimes** [1] - 186:18
**somewhere** [1] - 138:12
**Son** [2] - 85:10, 170:7
**son** [1] - 81:3
**Son's** [2] - 170:7, 173:13
**soon** [2] - 31:9, 33:21
**sorry** [33] - 14:25, 15:7, 18:13, 23:2, 23:21, 25:19, 27:22, 34:10, 42:8, 50:11, 66:20, 68:7, 72:14, 76:11, 81:8, 86:11, 96:17, 97:17, 108:10, 112:10, 112:14, 118:6, 146:1, 146:16, 159:9, 168:11, 168:24, 172:19, 174:20, 176:14, 179:20, 183:10, 190:7
**sort** [3] - 132:22, 170:24, 198:5
**sought** [2] - 15:16, 196:18
**soundproof** [1] - 70:14
**source** [1] - 172:16
**South** [4] - 1:24, 100:21, 136:12,

162:21
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 1:21
**Sparrows** [3] - 116:16, 116:17, 116:18
**speaking** [2] - 55:6, 82:12
**speaks** [1] - 168:6
**special** [3] - 49:14, 49:22, 60:2
**Special** [3] - 4:10, 52:12, 93:22
**specialized** [1] - 115:2
**specific** [3] - 45:4, 158:13, 193:5
**specifically** [1] - 40:12
**speculation** [21] - 8:23, 44:5, 44:13, 45:20, 50:22, 55:18, 56:4, 59:18, 60:21, 61:12, 61:19, 63:8, 63:16, 72:5, 73:20, 73:25, 74:7, 74:15, 88:5, 187:14, 187:24
**speed** [2] - 202:18, 202:22
**spelled** [2] - 178:17, 178:19
**spend** [1] - 29:2
**spite** [1] - 44:2
**sponsor** [1] - 43:25
**sponsored** [1] - 46:9
**sponsoring** [1] - 34:23
**sponsors** [8] - 11:19, 43:20, 43:21, 43:23, 46:12, 46:17, 67:13, 67:17
**sponsorship** [5] - 44:1, 44:2, 44:4, 46:4, 46:6
**sporadic** [1] - 38:1
**spy** [5] - 130:5, 131:12, 148:14, 148:17, 149:4
**staff** [17] - 51:13, 93:6, 131:20, 163:16, 166:11, 166:14, 168:11, 168:12, 168:14, 171:21, 173:22, 173:24, 173:25, 181:1, 183:16, 189:20, 199:25
**stamp** [8] - 136:1, 143:16, 144:3, 179:2, 179:5, 179:8, 179:11

**stamps** [1] - 188:16
**stand** [5] - 4:21, 4:25, 10:20, 94:16, 94:18
**standing** [3] - 31:23, 38:2, 38:3
**standpoint** [1] - 196:7
**stands** [1] - 153:9
**Stanley** [1] - 186:5
**Stanley's** [1] - 171:14
**Star** [122] - 5:17, 6:4, 9:3, 9:10, 12:14, 12:17, 13:23, 14:8, 14:18, 14:20, 15:11, 15:19, 17:9, 18:11, 22:13, 23:3, 23:19, 23:23, 24:5, 24:21, 25:8, 26:13, 29:2, 29:7, 29:11, 29:18, 29:24, 30:17, 30:19, 34:1, 34:6, 34:8, 36:18, 36:20, 37:16, 38:11, 41:2, 42:15, 42:17, 43:5, 43:16, 43:21, 45:3, 50:19, 53:12, 53:25, 54:6, 55:3, 55:6, 55:16, 56:20, 57:8, 60:19, 64:24, 73:2, 73:16, 74:19, 74:25, 75:23, 76:1, 76:20, 77:8, 77:23, 78:3, 78:10, 78:13, 79:13, 79:17, 80:6, 80:10, 81:5, 82:10, 83:8, 84:4, 84:16, 85:1, 85:2, 85:16, 86:9, 95:12, 96:6, 96:15, 97:13, 98:8, 108:14, 110:2, 110:8, 110:17, 111:4, 111:5, 112:4, 112:6, 114:8, 151:1, 151:10, 156:10, 156:13, 156:14, 156:20, 156:22, 156:24, 157:5, 157:7, 158:1, 158:15, 158:21, 164:22, 165:5, 165:14, 168:16, 168:18, 179:6, 179:9, 182:18, 183:3, 184:7, 188:10, 192:11, 194:5, 201:8, 201:11
**stars** [2] - 28:13, 28:15
**start** [9] - 22:11, 35:11, 46:20, 49:9, 99:22, 108:8, 156:13,

158:6, 201:20
**started** [11] - 34:18, 46:24, 102:13, 108:5, 108:6, 116:9, 117:1, 118:5, 139:9, 158:14, 168:16
**starting** [1] - 202:1
**stash** [1] - 183:18
**State** [6] - 131:25, 135:4, 139:12, 139:14, 140:8, 140:15
**state** [9] - 4:5, 18:6, 19:11, 33:1, 52:7, 93:17, 115:23, 131:17, 164:1
**statement** [5] - 15:5, 32:19, 67:23, 145:24, 146:14
**statements** [1] - 32:21
**states** [4] - 114:18, 128:12, 128:20, 192:9
**States** [54] - 4:2, 4:8, 4:9, 7:3, 7:13, 7:15, 11:20, 13:24, 14:2, 14:17, 18:5, 23:1, 29:6, 32:16, 33:6, 52:5, 52:11, 64:5, 64:22, 65:7, 65:15, 65:24, 66:2, 66:6, 71:13, 71:16, 89:16, 93:14, 93:21, 95:12, 101:20, 104:16, 104:18, 104:22, 105:19, 131:11, 133:18, 133:21, 134:2, 143:18, 144:22, 157:22, 163:2, 163:24, 164:5, 182:25, 184:7, 187:10, 192:5, 192:9, 192:21, 192:24, 194:3, 203:14
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**States'** [1] - 191:18
**stateside** [1] - 45:25
**stating** [4] - 91:17, 146:25, 179:8, 192:6
**station** [1] - 141:4
**status** [1] - 78:16
**stay** [6] - 71:10, 72:13, 79:15, 81:9, 111:5, 165:14
**stayed** [7] - 71:12, 110:2, 115:7, 140:11, 140:15, 140:17, 181:6
**staying** [1] - 147:20
**Steeve** [2] - 85:11, 85:24

**step** [3] - 51:19, 189:10, 190:1
**Stephen** [3] - 123:5, 123:6, 182:13
**Steve** [1] - 85:22
**Stewart** [2] - 71:7, 71:22
**Stewart's** [1] - 71:15
**stickers** [1] - 103:25
**sticky** [1] - 197:15
**still** [8] - 5:7, 19:12, 52:22, 83:1, 94:23, 126:23, 164:17, 195:6
**stipulate** [12] - 190:12, 190:18, 192:5, 192:12, 192:21, 193:1, 193:5, 193:9, 193:10, 194:5, 194:20, 195:13
**stipulating** [2] - 191:12, 193:7
**stipulation** [7] - 190:5, 190:8, 190:10, 193:6, 193:11, 193:24, 194:13
**stipulations** [8] - 94:5, 94:11, 191:6, 195:15, 195:21, 196:4, 196:7, 196:10
**stop** [9] - 51:12, 91:19, 91:23, 91:25, 93:5, 139:24, 163:15, 189:19, 199:24
**stopped** [7] - 89:17, 89:23, 90:7, 90:15, 90:20, 90:25, 140:7
**stopping** [3] - 66:8, 140:6, 140:7
**stops** [2] - 90:23, 91:24
**stove** [2] - 170:4, 172:8
**street** [2] - 132:10, 132:19
**Street** [2] - 1:15, 131:19
**stretch** [1] - 70:21
**stretched** [1] - 70:23
**strike** [5] - 67:20, 106:15, 106:17, 135:14, 159:1
**structural** [1] - 37:20
**structure** [2] - 42:22, 201:7
**Stu** [2] - 93:25, 164:7
**Stuart** [1] - 4:14
**STUART** [1] - 1:20
**studies** [1] - 128:2
**study** [1] - 12:9
**studying** [1] - 162:21

**style** [2] - 27:23, 172:9
**subject** [4] - 91:5, 190:13, 191:13, 194:25
**submitted** [2] - 121:4, 121:15
**substance** [1] - 123:15
**substantial** [2] - 38:4, 200:10
**substitute** [1] - 154:25
**successful** [1] - 146:7
**suffer** [1] - 59:8
**suffering** [1] - 108:25
**sufficient** [2] - 194:13, 195:21
**Suite** [3] - 1:18, 1:22, 1:24
**sum** [1] - 123:15
**summary** [2] - 153:24, 188:16
**sun** [6] - 173:6, 173:8, 173:9, 188:4, 188:5
**sun's** [1] - 188:8
**Sunday** [1] - 186:22
**superintendent** [1] - 117:2
**supervise** [5] - 41:11, 41:14, 45:1, 113:3, 113:8
**supervised** [3] - 112:25, 121:20, 121:23
**Supervision** [1] - 67:22
**supervision** [4] - 39:2, 88:25, 110:20, 111:9
**supervisor** [9] - 6:10, 10:15, 40:18, 41:4, 42:1, 49:12, 78:5, 166:21, 175:22
**supervisors** [3] - 6:10, 166:20, 167:7
**supervisory** [2] - 80:2, 86:4
**supplement** [1] - 200:7
**supplies** [18] - 29:19, 29:20, 34:21, 34:22, 35:4, 35:8, 35:11, 35:12, 36:11, 36:13, 36:14, 36:21, 36:23, 97:1, 191:22, 200:17
**support** [4] - 95:12,

95:21, 96:6, 97:14
**supporters** [3] - 114:6, 114:8
**supporting** [1] - 36:19
**supposed** [1] - 123:1
**supposedly** [1] - 132:16
**Supreme** [2] - 32:24
**Suprinord** [1] - 180:15
**surrounding** [2] - 37:24, 38:1
**suspected** [1] - 148:17
**suspended** [5] - 118:10, 118:16, 184:12, 184:18
**suspension** [8] - 118:14, 118:17, 118:21, 119:3, 119:7, 119:16, 119:20, 119:24
**sustain** [2] - 37:18, 147:21
**Sustained** [16] - 10:24, 11:4, 53:18, 57:4, 62:9, 65:10, 89:6, 98:20, 99:2, 141:12, 141:21, 145:15, 154:16, 169:12, 169:17, 183:22
**sustained** [102] - 6:19, 7:8, 7:19, 7:24, 8:24, 9:1, 9:21, 10:18, 11:12, 12:11, 13:11, 14:5, 25:17, 36:9, 37:2, 38:7, 38:20, 39:5, 40:25, 43:8, 43:13, 43:18, 44:7, 44:14, 44:19, 45:10, 46:15, 47:5, 47:18, 48:4, 49:16, 50:23, 54:24, 55:13, 55:19, 56:6, 59:12, 59:19, 60:24, 61:13, 63:9, 63:13, 63:17, 63:24, 64:2, 64:15, 65:5, 65:21, 66:10, 72:6, 73:12, 73:21, 74:1, 74:8, 74:16, 75:14, 76:6, 77:19, 78:20, 79:24, 80:4, 83:4, 84:9, 87:21, 88:6, 89:21, 90:1, 105:5, 105:24, 106:8, 106:17, 108:3, 109:3, 116:1, 119:13, 123:22, 127:7,

127:21, 128:16, 128:25, 129:17, 135:16, 142:6, 142:18, 142:25, 144:16, 148:12, 149:13, 152:2, 153:17, 158:25, 159:3, 160:22, 161:10, 161:17, 162:18, 162:25, 167:12, 180:1, 187:7, 187:15, 187:25

**sweep** [2] - 171:7, 171:9

**swelled** [1] - 38:16

**swimming** [1] - 49:24

**switch** [1] - 20:21

**sworn** [1] - 192:22

**system** [2] - 36:16, 87:18

**T**

**Taba** [1] - 85:19

**Tabarre** [22] - 35:10, 37:17, 37:18, 37:22, 37:25, 48:15, 53:6, 68:23, 70:2, 70:16, 72:22, 86:24, 108:18, 109:5, 109:11, 109:15, 167:9, 167:15, 167:23, 172:6, 174:23, 176:8

**table** [3] - 4:10, 52:12, 93:22

**tables** [1] - 173:11

**talks** [1] - 170:4

**tallest** [1] - 27:15

**Tampico** [6] - 124:24, 125:1, 125:2, 125:18, 126:15, 151:18

**tap** [3] - 88:10, 88:13

**taps** [1] - 88:13

**teaching** [1] - 157:12

**team** [4] - 71:9, 78:20, 87:13, 186:8

**technicality** [1] - 142:13

**telephone** [3] - 7:17, 7:22, 8:12

**telephones** [9] - 5:16, 5:22, 6:5, 6:12, 6:22, 7:1, 7:13, 8:22, 11:22

**temperature** [1] - 188:9

**temporary** [3] -

116:18, 116:20, 158:12

**ten** [8] - 31:21, 51:15, 52:2, 71:12, 163:18, 163:21, 188:22, 188:23

**ten-year** [1] - 188:22

**tenders** [2] - 16:18, 24:15

**tent** [3] - 35:10, 38:14, 38:23

**tents** [14] - 35:9, 36:13, 37:4, 37:5, 37:9, 37:11, 37:12, 38:9, 38:10, 38:13, 38:14, 38:22, 38:24

**term** [1] - 58:19

**terminated** [14] - 77:2, 77:3, 77:15, 77:16, 78:22, 79:17, 79:20, 83:14, 117:11, 117:12, 119:2, 119:15, 120:23, 121:12

**termination** [7] - 119:19, 120:3, 120:5, 120:8, 120:20, 120:21, 121:15

**terms** [4] - 119:3, 119:6, 119:15, 119:20

**Terry** [1] - 122:25

**testified** [53] - 16:3, 16:13, 16:22, 17:11, 18:3, 74:20, 89:2, 89:9, 105:1, 105:9, 106:22, 107:2, 107:7, 107:12, 107:17, 108:18, 109:7, 109:24, 111:3, 112:15, 112:25, 113:3, 113:19, 116:6, 118:11, 122:4, 122:10, 122:18, 122:21, 123:10, 123:25, 128:8, 130:3, 130:8, 131:4, 131:10, 132:16, 132:25, 135:3, 138:3, 146:17, 146:20, 150:3, 154:8, 158:9, 159:17, 165:1, 165:22, 166:17, 177:6, 181:7, 183:4, 201:5

**testify** [13] - 15:13, 17:17, 17:19, 18:10, 18:25, 19:9, 19:10, 20:13, 123:1, 158:14, 200:23, 200:24

**testifying** [4] - 16:9, 19:15, 107:22, 157:25

**testimony** [33] - 18:22, 20:8, 20:10, 90:22, 113:7, 127:2, 127:9, 127:11, 127:13, 151:21, 165:9, 167:8, 167:14, 167:17, 167:20, 179:15, 180:23, 182:10, 182:12, 182:14, 182:20, 191:21, 192:23, 194:13, 196:22, 196:23, 196:24, 200:9, 200:15, 200:16, 200:21, 200:25, 201:3

**Texas** [3] - 114:22, 115:13, 115:14

**THE** [360] - 1:10, 1:14, 1:20, 3:4, 4:1, 4:12, 4:18, 4:20, 4:24, 4:25, 5:1, 5:4, 5:6, 5:7, 5:8, 5:9, 6:19, 7:8, 7:19, 7:24, 8:24, 9:1, 9:21, 10:8, 10:9, 10:18, 10:24, 11:4, 11:12, 12:4, 12:5, 12:12, 13:11, 13:21, 14:5, 14:11, 14:14, 14:22, 15:7, 15:13, 15:18, 15:21, 15:24, 16:7, 16:11, 16:14, 16:16, 16:21, 17:1, 17:3, 18:1, 18:13, 18:15, 20:6, 20:22, 20:25, 21:17, 21:22, 21:25, 24:14, 25:4, 25:17, 25:19, 30:11, 30:14, 30:23, 31:7, 31:12, 31:16, 31:20, 32:1, 32:4, 32:7, 32:12, 32:15, 33:16, 33:22, 35:1, 35:2, 35:16, 36:9, 37:2, 38:7, 38:20, 39:5, 39:7, 39:25, 40:4, 40:7, 40:25, 43:8, 43:13, 43:18, 44:6, 44:7, 44:14, 44:18, 44:19, 45:10, 45:21, 45:22, 46:15, 47:5, 47:10, 47:11, 47:18, 48:4, 48:6, 48:24, 49:3, 49:6, 49:16, 50:23, 51:4, 51:18, 51:21, 52:2, 52:5, 52:18, 52:21, 53:18, 54:24, 55:13, 55:19, 56:5, 56:6, 57:4, 57:16, 57:17, 58:14, 58:15, 59:12, 59:19,

60:24, 61:7, 61:8, 61:13, 61:22, 62:9, 62:15, 62:16, 63:9, 63:13, 63:17, 63:24, 64:1, 64:15, 65:3, 65:5, 65:10, 65:17, 65:18, 65:21, 66:10, 66:12, 66:18, 67:6, 67:14, 67:19, 68:3, 68:7, 68:10, 68:16, 68:18, 68:25, 69:14, 69:18, 72:6, 73:12, 73:21, 74:1, 74:8, 74:16, 75:14, 76:3, 76:6, 77:19, 78:18, 78:19, 79:24, 80:4, 83:4, 84:9, 87:21, 88:6, 89:6, 89:21, 89:25, 90:1, 90:3, 90:12, 90:15, 91:8, 91:10, 91:12, 91:15, 92:2, 92:10, 92:16, 92:18, 92:22, 93:11, 93:14, 94:2, 94:17, 94:18, 94:19, 94:22, 98:18, 98:20, 99:2, 99:14, 99:16, 99:25, 101:5, 102:24, 103:21, 105:5, 105:24, 106:8, 106:17, 108:3, 109:3, 111:24, 116:1, 117:18, 119:13, 123:22, 125:11, 127:7, 127:21, 128:16, 128:17, 128:25, 129:17, 129:18, 129:23, 130:20, 130:23, 131:1, 133:24, 135:16, 135:19, 136:23, 138:9, 141:12, 141:21, 142:6, 142:18, 142:25, 143:13, 143:22, 143:24, 144:11, 144:13, 144:16, 145:15, 145:20, 146:9, 146:16, 146:20, 146:24, 147:8, 147:17, 148:1, 148:12, 148:24, 149:13, 149:16, 151:3, 152:2, 153:17, 154:16, 154:23, 154:24, 155:9, 155:10, 155:11, 155:12, 158:4, 158:25, 159:3, 160:12, 160:13,

160:22, 161:9, 161:17, 161:24, 162:18, 162:25, 163:6, 163:8, 163:21, 163:24, 164:10, 164:13, 164:14, 164:16, 165:19, 166:2, 167:11, 167:17, 167:19, 167:20, 169:12, 169:17, 169:23, 169:24, 175:25, 177:2, 177:22, 180:1, 180:4, 183:22, 184:1, 187:6, 187:7, 187:15, 187:25, 189:10, 189:25, 190:3, 190:7, 190:11, 190:21, 191:3, 191:17, 192:16, 192:20, 193:14, 193:17, 193:19, 193:22, 194:10, 194:15, 194:18, 195:25, 196:9, 196:14, 196:20, 197:8, 197:11, 198:2, 198:6, 198:9, 198:11, 198:13, 198:17, 198:24, 199:2, 199:6, 199:11, 199:15, 200:6, 201:21, 202:1, 202:14, 202:17, 202:24, 203:1

**themselves** [3] - 18:24, 41:15, 111:13

**thereabouts** [1] - 144:23

**thereafter** [2] - 123:15, 123:18

**therefore** [4] - 33:9, 109:10, 146:19, 200:12

**therein** [3] - 21:4, 21:7, 48:12

**Thereupon** [3] - 52:3, 93:12, 163:22

**they've** [3] - 16:8, 31:18, 31:21

**thicket** [1] - 197:15

**Third** [1] - 1:21

**third** [10] - 17:13, 22:20, 24:25, 59:21, 74:4, 74:6, 75:11, 96:1, 100:20

**thousand** [1] - 133:17

**thousand-dollar** [1] - 133:17

**three** [16] - 5:21,

25

5:22, 5:24, 6:1, 6:16, 11:10, 38:12, 49:21, 80:12, 115:7, 142:4, 173:9, 180:25, 181:3, 188:13, 188:20

**three-page** [1] - 188:20

**throughout** [3] - 35:6, 157:12, 184:23

**thrown** [2] - 76:10, 76:14

**Thursday** [2] - 202:5, 202:14

**Ti** [7] - 17:18, 18:9, 18:16, 26:11, 27:19, 170:9, 173:13

**ticket** [3] - 102:10, 102:11, 133:18

**Tiga** [2] - 50:14, 170:4

**title** [11] - 131:17, 134:10, 156:16, 156:17, 157:2, 157:3, 157:9, 157:10, 157:11, 178:2, 180:8

**titled** [1] - 67:21

**today** [6] - 105:2, 109:21, 113:3, 113:19, 156:21, 197:24

**together** [2] - 26:20, 125:23

**toilet** [13] - 166:11, 166:14, 166:15, 166:23, 166:24, 170:5, 170:21, 172:3, 173:25, 174:1, 174:7, 174:10, 174:11

**tomato** [1] - 88:22

**tomorrow** [9] - 198:16, 198:24, 199:7, 200:3, 201:17, 202:1, 202:4, 202:5, 203:2

**Toni** [1] - 4:23

**took** [13] - 12:24, 13:1, 21:8, 21:12, 25:21, 39:15, 48:13, 48:19, 77:16, 107:15, 110:23, 111:1, 139:5

**Tooting** [1] - 118:1

**top** [16] - 22:3, 22:17, 22:20, 25:13, 26:8, 26:9, 49:18, 49:19, 50:9, 50:17, 138:16, 153:8, 174:6, 193:25, 194:6, 194:9

**total** [9] - 10:4, 10:9, 23:22, 29:9, 38:13, 46:24, 58:21, 72:25,

94:9

**totally** [5] - 22:25, 35:6, 54:10, 160:20, 188:3

**touching** [5] - 51:8, 93:1, 163:11, 189:15, 199:20

**tour** [1] - 115:23

**toward** [1] - 138:11

**towards** [1] - 69:23

**town** [1] - 53:5

**track** [1] - 130:21

**traditionally** [1] - 32:25

**traffic** [2] - 115:3, 200:2

**Trail** [4] - 125:1, 125:2, 125:18, 151:18

**trailer** [1] - 127:1

**trained** [6] - 23:12, 29:15, 47:11, 54:10, 111:15, 111:19

**training** [4] - 9:18, 29:13, 114:21, 115:2

**traits** [1] - 47:12

**transcription** [1] - 203:10

**transferring** [1] - 73:8

**transit** [1] - 88:14

**transition** [3] - 72:21, 126:13, 126:14

**transportation** [1] - 88:15

**travel** [32] - 19:14, 89:16, 95:8, 95:10, 95:11, 95:16, 95:17, 95:19, 96:1, 96:2, 96:7, 96:12, 96:14, 96:17, 96:21, 97:8, 97:11, 98:6, 98:11, 99:5, 101:11, 103:8, 103:12, 127:1, 137:14, 139:11, 144:4, 188:21, 189:1, 189:2, 189:5, 189:6

**traveled** [8] - 7:3, 19:19, 100:4, 100:7, 100:12, 100:17, 100:21, 101:19

**traveling** [3] - 157:6, 157:11, 185:20

**travels** [1] - 89:12

**treasurer** [1] - 152:10

**treated** [3] - 18:7, 18:23, 49:13

**treatment** [1] - 19:1

**TRIAL** [1] - 1:10

**trial** [19] - 17:17,

17:19, 51:7, 74:18, 89:2, 89:10, 92:25, 120:25, 121:1, 121:10, 122:3, 122:13, 122:17, 142:12, 163:10, 177:25, 189:14, 199:19

**tried** [4] - 101:24, 104:21, 140:23, 156:13

**trip** [14] - 29:6, 73:1, 73:15, 74:4, 74:5, 74:6, 98:9, 98:14, 98:15, 98:23, 99:9, 99:10, 131:6, 144:5

**trips** [5] - 96:21, 96:22, 100:24, 188:24, 188:25

**troops** [1] - 187:2

**troubled** [1] - 112:9

**truck** [1] - 126:24

**trucks** [2] - 88:13, 88:14

**true** [12] - 21:11, 39:20, 48:18, 109:12, 129:5, 134:16, 135:2, 140:25, 145:11, 147:15, 149:6, 161:3

**trust** [1] - 184:6

**trustworthy** [1] - 47:12

**truth** [2] - 67:16, 67:23

**try** [9] - 7:11, 24:2, 46:10, 51:11, 88:23, 93:4, 163:14, 189:18, 199:23

**trying** [2] - 190:23, 201:19

**tub** [1] - 174:5

**turn** [4] - 13:17, 41:17, 184:9, 193:19

**TWA** [1] - 143:8

**Twelfth** [2] - 2:2, 203:14

**twice** [3] - 12:25, 13:13, 77:16

**twin** [1] - 82:4

**two** [41] - 10:6, 13:1, 14:19, 17:21, 23:12, 27:23, 28:2, 29:15, 32:9, 36:12, 40:9, 40:12, 40:15, 42:18, 49:8, 50:2, 66:4, 66:7, 67:1, 69:6, 73:6, 73:9, 73:23, 80:11, 81:15, 82:3, 85:20, 91:13, 142:4, 150:17, 172:6, 177:9, 180:24, 185:3,

186:9, 192:25, 193:12, 196:19, 199:4, 202:10

**type** [1] - 29:20, 57:9, 188:9

**types** [3] - 35:9, 96:25, 186:15

**typical** [1] - 90:18

**typically** [1] - 153:14

## U

**Ulrich** [1] - 180:15

**ulterior** [1] - 133:5

**ultimate** [1] - 169:3

**ultimately** [4] - 6:12, 120:23, 131:10, 131:11

**UN** [4] - 37:13, 38:9, 111:3, 111:5

**under** [44] - 5:7, 19:16, 23:8, 29:14, 39:2, 52:22, 55:21, 55:24, 56:23, 60:9, 75:7, 76:24, 82:14, 88:25, 90:14, 90:23, 94:23, 95:14, 95:23, 96:8, 96:19, 98:16, 98:25, 99:7, 99:11, 110:20, 111:9, 118:22, 127:10, 134:10, 138:2, 138:4, 138:5, 139:5, 139:16, 151:22, 152:22, 162:21, 164:17, 185:19, 189:7, 194:23, 195:7, 197:17

**under-seal** [1] - 194:23

**underage** [1] - 119:22

**underline** [1] - 166:11

**underlined** [2] - 117:23, 168:8

**understood** [1] - 20:18

**unhighlighted** [1] - 101:17

**unit** [2] - 36:17, 42:23

**United** [79] - 4:2, 4:8, 4:9, 7:3, 7:13, 7:15, 11:20, 13:24, 14:2, 14:17, 18:5, 23:1, 29:6, 30:7, 30:16, 31:10, 31:13, 32:16, 33:6, 33:10, 33:25, 34:5, 34:9, 34:15,

34:18, 35:5, 35:13, 35:18, 35:19, 35:22, 36:11, 36:15, 37:6, 42:13, 42:14, 43:4, 43:10, 43:15, 52:5, 52:10, 53:2, 64:4, 64:22, 65:7, 65:15, 65:24, 66:2, 66:6, 71:16, 89:16, 93:14, 93:20, 95:11, 101:20, 104:16, 104:18, 104:22, 105:19, 109:20, 131:11, 133:21, 134:2, 143:18, 144:22, 157:22, 163:2, 163:24, 164:4, 182:25, 184:7, 186:25, 187:10, 191:18, 192:5, 192:9, 192:21, 192:24, 194:3, 203:14

**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17

**university** [2] - 153:14, 154:6

**University** [5] - 154:12, 154:20, 155:4, 155:18, 156:7

**unlawful** [1] - 142:21

**unless** [3] - 165:3, 166:21, 202:17

**unlikely** [1] - 196:23

**unrebutted** [1] - 201:8

**unseal** [2] - 195:2, 197:11

**unsealing** [2] - 197:2, 197:4

**unsupervised** [2] - 112:15, 112:18

**untrue** [1] - 184:25

**up** [26] - 14:11, 28:13, 28:15, 30:11, 36:16, 38:15, 38:17, 41:17, 50:10, 66:12, 70:23, 79:16, 83:17, 83:18, 90:3, 94:5, 104:24, 104:25, 129:23, 132:5, 134:12, 140:4, 145:20, 150:3, 171:2, 199:6

**updated** [1] - 32:1

**upheld** [1] - 120:21

**upper** [2] - 22:11, 82:14

**urged** [2] - 139:12, 140:12

**US** [31] - 14:7, 14:20,

15:11, 15:14, 16:4, 17:14, 17:15, 19:12, 20:8, 20:12, 20:14, 22:14, 29:10, 32:23, 33:10, 53:2, 64:10, 109:19, 112:13, 132:5, 132:8, 133:3, 133:15, 136:25, 139:25, 140:2, 140:5, 140:12, 143:16, 144:8, 188:16
**useful** [1] - 12:7
**utilized** [1] - 110:7

**V**

**VA** [2] - 132:6, 189:3
**value** [6] - 16:7, 17:22, 18:1, 18:2, 19:3, 182:7
**variety** [1] - 46:22
**various** [6] - 23:6, 26:5, 26:6, 43:11, 74:18, 110:16, 149:3, 190:13
**vehicle** [2] - 42:3, 42:5
**vehicles** [1] - 22:23
**Velcro** [1] - 70:25
**verify** [2] - 23:13, 48:16
**version** [1] - 147:13
**versus** [8] - 4:2, 32:16, 32:23, 33:6, 52:6, 93:15, 163:25
**via** [1] - 9:23
**victims** [4] - 16:12, 16:13, 20:10, 33:12
**victims'** [1] - 18:6
**Vietnam** [4] - 115:16, 115:17, 115:19, 115:23
**view** [4] - 17:24, 58:21, 90:19, 91:3
**viewed** [1] - 62:3
**Villa** [2] - 49:22, 49:23
**village** [1] - 180:18
**Ville** [2] - 53:6, 83:17
**violated** [2] - 119:3, 119:20
**violating** [1] - 119:15
**violation** [3] - 111:14, 111:19, 119:22
**virtually** [1] - 67:1
**vision** [2] - 24:2, 110:9
**visit** [25] - 29:10,

42:25, 43:4, 53:12, 64:23, 66:3, 71:11, 72:1, 72:2, 72:8, 72:10, 72:16, 72:19, 80:18, 109:25, 110:15, 112:2, 112:4, 112:12, 112:23, 126:21, 140:2, 165:2, 183:3, 189:3
**visitation** [3] - 112:15, 164:22, 165:13
**visitations** [1] - 112:18
**visited** [4] - 29:8, 111:8, 127:15, 132:8
**visiting** [6] - 71:22, 119:6, 119:23, 127:19, 165:10
**visitor** [2] - 13:6, 71:7
**visitors** [2] - 45:25, 119:7
**visits** [3] - 107:9, 111:3, 165:6
**Voila** [1] - 5:25
**voluntarily** [10] - 76:10, 76:14, 77:1, 77:15, 77:21, 78:22, 78:24, 78:25, 83:13, 86:14
**volunteered** [1] - 115:17
**Voyager** [1] - 42:6
**vs** [1] - 1:6

**W**

**Wadley** [5] - 80:13, 81:5, 81:21, 83:9, 182:3
**wait** [8] - 13:21, 25:18, 35:1, 73:13, 83:5, 165:20, 187:8, 197:11
**walking** [1] - 102:14
**walkway** [1] - 97:23
**wall** [1] - 29:13
**walls** [2] - 37:20, 70:24
**Wandsworth** [2] - 116:23, 116:24
**warden** [1] - 64:12
**Washington** [1] - 1:19
**water** [8] - 88:11, 173:22, 173:24, 173:25, 174:1, 174:3, 174:5

**weapon** [3] - 27:9, 27:10, 29:16
**weapons** [2] - 23:12, 112:21
**wearing** [6] - 27:23, 28:2, 28:18, 28:20, 139:8, 139:9
**websites** [1] - 113:11
**Wednesday** [1] - 202:5
**week** [2] - 42:25, 119:10
**Weekend** [1] - 67:21
**weekend** [4] - 24:24, 26:15, 86:25, 173:18
**weekly** [4] - 87:9, 87:12, 87:23, 88:17
**weeks** [2] - 123:11, 142:4
**welcome** [1] - 13:16
**Western** [2] - 107:3, 107:4
**whatsoever** [7] - 8:18, 51:6, 63:11, 92:24, 163:9, 189:13, 199:18
**whilst** [3] - 102:16, 107:21, 123:11
**whole** [1] - 35:6
**wicket** [1] - 197:15
**Widson** [4] - 84:23, 85:7, 85:9, 182:9
**wife** [8] - 128:21, 129:2, 129:4, 129:6, 129:11, 129:13, 129:14, 160:7
**Wigmore** [1] - 33:7
**William** [8] - 134:6, 137:9, 137:22, 141:6, 141:8, 141:19, 152:10, 188:17
**Williams** [2] - 179:22, 179:23
**willing** [5] - 190:12, 192:12, 193:1, 194:5, 195:13
**Wilson** [1] - 128:4
**Wilson's** [1] - 128:3
**Winter** [8] - 144:23, 145:12, 145:25, 146:13, 146:21, 156:1, 156:5, 187:18
**wire** [2] - 29:12, 29:21
**Wisconsin** [1] - 71:14
**Wisguen** [1] - 27:19
**wish** [2] - 134:25, 196:9
**wished** [1] - 190:21

**withdraw** [5] - 67:4, 67:5, 143:21, 159:2, 183:24
**withdrawing** [1] - 143:22
**withheld** [1] - 65:25
**withhold** [3] - 65:7, 65:14, 65:23
**WITNESS** [32] - 10:9, 12:5, 24:14, 25:19, 35:2, 44:6, 44:18, 45:22, 47:11, 56:5, 57:17, 58:15, 61:8, 62:16, 65:3, 65:18, 76:3, 78:19, 89:25, 98:18, 128:17, 129:18, 144:13, 151:3, 154:24, 155:9, 155:11, 160:13, 167:17, 167:20, 169:24, 187:6
**witness** [23] - 4:25, 18:9, 18:10, 18:18, 18:19, 24:15, 51:20, 94:4, 94:6, 94:18, 190:2, 191:20, 192:7, 192:10, 192:16, 194:3, 194:16, 195:20, 197:2, 197:22, 199:12, 200:8, 200:25
**witnesses** [20] - 33:1, 190:3, 190:14, 191:25, 192:3, 192:6, 192:10, 192:23, 193:14, 193:15, 194:24, 195:2, 197:6, 197:25, 199:4, 200:13, 200:20, 200:23, 201:1, 202:10
**WITNESSES** [1] - 3:4
**witnesses'** [1] - 200:9
**woman** [3] - 40:19, 71:8, 167:25
**Woodjerry** [2] - 10:15, 83:9
**word** [1] - 118:8
**words** [3] - 23:14, 108:22, 194:8
**worker** [1] - 132:9
**write** [2] - 150:15, 150:22
**writes** [1] - 194:2
**writing** [1] - 160:13
**written** [12] - 14:20, 94:3, 134:25, 149:21, 151:15, 190:16, 192:22, 194:19, 195:4, 196:21,

196:25, 201:15
**wrote** [4] - 150:11, 150:13, 150:17, 151:12

**X**

**X-x-x-x-x-x** [2] - 178:17, 178:20
**Xxx** [4] - 27:20, 78:13, 79:1, 181:25
**Xxxx** [4] - 84:23, 85:7, 85:9, 182:9
**Xxxxx** [34] - 16:22, 17:21, 25:1, 27:4, 27:19, 28:12, 40:17, 41:4, 42:1, 49:12, 50:13, 78:1, 78:7, 79:6, 79:10, 79:11, 79:13, 79:17, 80:2, 83:9, 83:10, 84:14, 84:20, 122:23, 123:5, 123:6, 171:3, 171:4, 178:7, 178:11, 181:25, 182:4, 182:9, 182:13
**Xxxxx's** [2] - 24:25, 80:6
**Xxxxxx** [26] - 74:23, 74:24, 76:16, 76:20, 76:23, 77:1, 83:19, 83:20, 84:3, 84:12, 85:11, 85:22, 85:25, 122:12, 122:19, 122:20, 122:25, 123:1, 171:5, 171:6, 178:13, 178:15, 178:16, 181:11, 181:18, 182:3
**Xxxxxxx** [19] - 78:1, 78:8, 81:12, 81:13, 81:25, 82:2, 83:9, 83:13, 86:20, 87:4, 122:25, 172:20, 178:18, 181:24, 182:3, 182:9, 182:10, 182:13
**Xxxxxxxx** [20] - 50:14, 75:16, 75:17, 76:8, 76:10, 80:13, 81:5, 81:22, 83:9, 86:6, 123:1, 126:21, 127:3, 127:5, 127:10, 127:15, 178:9, 181:15, 182:3, 182:9
**Xxxxxxxxx** [7] - 17:18, 18:19, 26:10, 27:19, 77:4, 77:13, 181:24

27

## Y

**yard** [3] - 170:9, 171:15, 171:18
**year** [15] - 9:7, 12:25, 13:2, 13:14, 42:8, 42:9, 48:16, 58:8, 82:24, 85:21, 86:11, 105:22, 134:15, 146:5, 188:22
**years** [20] - 12:21, 43:25, 49:21, 75:7, 76:24, 79:16, 82:12, 82:13, 85:20, 95:24, 96:19, 98:16, 98:25, 99:7, 115:7, 159:6, 159:17, 182:13, 188:23, 189:7
**York** [1] - 1:18
**young** [7] - 16:3, 17:14, 26:10, 41:24, 73:10, 81:15, 86:6
**younger** [7] - 82:4, 82:8, 83:24, 84:1, 84:5, 87:14, 174:18
**youngest** [2] - 126:8
**Youngland** [2] - 136:12, 138:17
**yourself** [1] - 64:22
**yourselves** [6] - 51:5, 92:23, 163:9, 189:12, 196:2, 199:17
**Youssef** [1] - 131:18
**YOUSSEF** [1] - 131:18
**youth** [4] - 37:12, 146:21, 147:19, 157:15
**youths** [2] - 145:5, 146:3

## Z

**zero** [1] - 8:17
**zoom** [6] - 69:21, 134:9, 137:1, 166:8, 176:4, 179:2