```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
                 CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,           Miami, Florida

 5                  Plaintiff,           February 28, 2013

 6         vs.                           9:20 a.m. to 2:16 p.m.

 7   MATTHEW ANDREW CARTER,

 8              Defendant.          Pages 1 to 116

 9   _____

10                        JURY TRIAL
             BEFORE THE HONORABLE JOAN A. LENARD,
11               UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                            ASSISTANT UNITED STATES ATTORNEY
                              99 Northeast Fourth Street
16                            Miami, Florida 33132
                                      -and-
17                            BONNIE L. KANE, ESQ.
                              UNITED STATES DEPARTMENT OF JUSTICE
18                            1400 New York Avenue, NW
                              Suite 600
19                            Washington, DC 20530

20
     FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                            ADELSTEIN & MATTERS
                              2929 Southwest Third Avenue
22                            Suite 410
                              Miami, Florida 33129
23                                    -and-
                              PHILIP R. HOROWITZ, ESQ.
24                            9130 South Dadeland Boulevard
                              Suite 1910
25                            Miami, Florida 33156
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                              Official Court Reporter
 2                            400 North Miami Avenue
                              Twelfth Floor
 3                            Miami, Florida 33128
                              (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3                                                    PAGE

4

   Closing Argument by Ms. Kane                        7

5

   Closing Argument by Mr. Adelstein                  38

6

   Rebuttal Argument by Ms. Medetis                   58

7

   Charge of the Court                                70

8

   Verdict of the Jury                                93

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good morning.

 2              United States of America versus Matthew Andrew Carter,

 3    Case No. 11-20350.

 4              Good morning.

 5              Counsel, state your appearances, please, for the

 6    record.

 7              MS. MEDETIS:  Good morning, your Honor.

 8              Maria Medetis and Bonnie Kane on behalf of the United

 9    States.

10              Once again at counsels' table are Special Agents

11    Flores and Larko with Homeland Security Investigations.

12              THE COURT:  Good morning.

13              MR. HOROWITZ:  Good morning, your Honor.

14              Phil Horowitz, Stuart Adelstein on behalf of Matthew

15    Carter, who's present before the Court.

16              THE COURT:  Good morning.

17              You can be seated.

18              Both sides received copies of the jury instruction

19    packets last evening, I take it.

20              MR. ADELSTEIN:  Yes.

21              MR. HOROWITZ:  Yes, your Honor.

22              THE COURT:  And you have had an opportunity to review

23    them?

24              MR. HOROWITZ:  Yes, your Honor.

25              THE COURT:  Any objections to the instructions?
```

    1              MS. MEDETIS:  No objections, your Honor.

    2              There was one typo, but it was a space issue.  There

    3    should be a space.  But there's no other things.

    4              THE COURT:  There was one change I made.  There was a

    5    typo in the instruction regarding if the jurors send a note.

    6    It's one of the last instructions.

    7              It said "noted" rather than "voted."  It said "don't

    8    tell me how you've noted" rather than "don't tell me how you've

    9    voted."  So I changed that.  It's from the pattern.

   10              As I understand it, the parties -- the Government

   11    redacted the indictment, showed it to defense counsel.

   12    Correct?

   13              MR. HOROWITZ:  Correct, your Honor.

   14              THE COURT:  And took out the title "Second

   15    Superseding" and it only reads "Indictment."  Is that correct?

   16              MS. MEDETIS:  Yes, Judge.

   17              THE COURT:  But it is still the second superseding

   18    indictment?

   19              MS. MEDETIS:  It is, your Honor.

   20              We just wanted to comport with references to the word

   21    "indictment" as opposed to "second superseding" in the jury

   22    instructions.  But it is -- we're proceeding on the second

   23    superseding indictment.

   24              THE COURT:  You have no objection to that?

   25              MR. HOROWITZ:  None at all, Judge.

```
 1              THE COURT:  That's fine.  I just wanted to make sure
 2    that was clear for the record.
 3              So are we ready to proceed?
 4              MS. MEDETIS:  The Government is, your Honor.
 5              MR. ADELSTEIN:  Yes.
 6              MS. MEDETIS:  The only thing we would ask, your Honor,
 7    is -- we'll be transmitting through the monitor with the
 8    computer.  I'm not sure what needs to be activated on your
 9    Honor's side for that.
10              THE COURT:  Let's give it a test.  What they have is
11    prosecution PC -- prosecution and defense PC.  So it should be
12    coming up.
13              MS. MEDETIS:  It's working.  Thank you, your Honor.
14              THE COURT:  You can leave that up there.
15              So we're ready?
16              MR. ADELSTEIN:  Yes.
17              THE COURT:  You can bring the jurors in, please.
18              THE COURT SECURITY OFFICER:  Yes, your Honor.
19              (Whereupon, the jury entered the courtroom at
20    9:23 a.m. and the following proceedings were had:)
21              THE COURT:  You may be seated.
22              Good morning, ladies and gentlemen.
23              THE JURY:  Good morning.
24              THE COURT:  You may proceed, Ms. Kane.
25              MS. KANE:  Thank you, your Honor.
```

Closing Argument by Ms. Kane                    7

1        May it please the Court, ladies and gentlemen of the

2   jury, counsel.

3        For 16 years, the Defendant housed dozens of young

4   children at the Morning Star Center near Port-au-Prince, Haiti,

5   in order to have a constant supply of young children, young

6   boys, to satisfy his sexual desires.

7        How did the Defendant fund this sexual playground that

8   he had created?  By pretending to care for children.  Between

9   1995 and 2011, the Defendant regularly traveled between the

10  United States and Haiti for the express purpose of raising

11  money and other donations for the center.

12       And people gave money and other things to the

13  Defendant because he made them believe that he was a missionary

14  dedicated to helping poor, young Haitian children.

15       The Defendant would then travel back to Haiti with the

16  money and other donations, return to the Morning Star Center

17  and continue to sexually abuse the young boys there in his care

18  until the money was running out.

19       The Defendant would then return to the United States

20  to raise money again and the cycle continued year after year.

21       How do you know what the Defendant's purpose was when

22  he traveled back to Haiti each time?  You know it was the

23  sexual abuse of children because, at the Morning Star Center,

24  the sexual abuse of children was part of the daily routine.

25       From 1995 until 2011, the Defendant engaged in a

1    consistent pattern of oral sex and masturbation with the

2    children in his care.  And in 16 years, this pattern did not

3    vary.

4            The Defendant is charged with six counts of traveling

5    or attempting to travel from the United States to Haiti for the

6    purpose of engaging in illegal sexual acts or illicit sexual

7    conduct with children.

8            As my colleague explained to you at the beginning of

9    this trial, it is the Government's burden and the Government's

10   burden alone to prove that the Defendant is guilty beyond a

11   reasonable doubt of all six counts in the indictment.

12           Based on the evidence you have seen in the exhibits,

13   the evidence you have heard from the witnesses, I submit to

14   you, ladies and gentlemen, that the only correct verdict is to

15   find the Government -- excuse me -- to find the Defendant

16   guilty beyond a reasonable doubt.  The Government has exceeded

17   its burden in this case.

18           In Counts 1 through 5, the Defendant is charged with

19   traveling from airports in Miami and Fort Lauderdale in the

20   Southern District of Florida to Haiti for the purpose of

21   engaging in an illegal sexual act with a child.

22           Those five travel dates are September 2nd, 2001;

23   October 30th, 2003; November 27th, 2004; February 27th, 2006;

24   and September 15th, 2009.

25           Ladies and gentlemen, the Defendant's travel on these

1    dates is not in dispute and it is supported by overwhelming

2    evidence, including American Airline records, Spirit Airline

3    records, records from US Customs and Border Protection, also

4    known as BCP, and, significantly, the Defendant's own passport,

5    which contains Haitian entry stamps for each of these five

6    dates of travel.

7            The evidence proves beyond a reasonable doubt that the

8    Defendant traveled from the United States to Haiti on these

9    five dates -- excuse me -- yes -- on these dates.

10           Additionally, the Defendant testified himself that he

11   traveled on these five dates to Haiti from either Miami or --

12   from either Miami or Fort Lauderdale.

13           In Count 6, the Defendant is charged with attempting

14   to travel from Miami to Haiti on May 8th, 2011, for the same

15   purpose:  To engage in illicit sexual conduct with a child.

16           The Defendant's attempted travel on this date is not

17   in dispute and is also supported by overwhelming evidence:

18   American Airline records, the Defendant's boarding passes, his

19   baggage claim tickets, which show that his luggage -- which

20   shows his luggage was checked through to Port-au-Prince, Haiti,

21   and, also, the testimony of CBP Officer José Escamilla, who

22   testified that he stopped the Defendant on the Jetway to the

23   plane to Haiti and then arrested him.

24           This evidence proves beyond a reasonable doubt that,

25   on May 8th, 2011, the Defendant attempted to travel from the

Closing Argument by Ms. Kane                    10

1    Southern District of Florida to Haiti.

2              Additionally, the Defendant himself testified that, on

3    May 8th, 2011, he was attempting to board a plane in Miami

4    headed to Port-au-Prince, Haiti, when he was arrested.

5              For each of these six counts, the United States is

6    also required to prove the Defendant was a US citizen on each

7    of these dates.  The Defendant's US citizenship is also not in

8    dispute.  His citizenship is proven beyond a reasonable doubt

9    by his birth certificate as well as each of his US passports.

10   Additionally, the Defendant testified that he is an always has

11   been a US citizen.

12             Since his citizenship and his dates of travel from the

13   Southern District of Florida to Haiti are not in dispute, what

14   is left for you to consider?

15             The only issue in dispute is what the Defendant's

16   purpose was on each of these days that he traveled or attempted

17   to travel from the United States to Haiti.

18             And, ladies and gentlemen, based on the evidence, the

19   Defendant's 16 years at the Morning Star Center, I submit to

20   you that the Defendant's purpose on those dates was exceedingly

21   clear:  The Defendant intended to sexually abuse children.

22             Let's talk about Count 1.  For Count 1, the United

23   States has to prove these three things beyond a reasonable

24   doubt:  First, the Defendant was a United States citizen;

25   second, that he traveled from the Southern District of Florida

Closing Argument by Ms. Kane                    11

1    to Haiti on or about October 2nd, 2001 -- again, these first

2    two things are not in dispute -- third, the Defendant traveled

3    for the purpose of one of three things:  To engage in a sexual

4    act with a child under the age of 16 years or to cause a person

5    under the 18 years of age to engage in a sexual act by using

6    threats or by placing that person in fear or, third, to cause a

7    person under 18 years of age to engage in a sexual act by using

8    force against that person.

9           Let's be clear, ladies and gentlemen.  The United

10   States does not have to prove that the Defendant engaged in any

11   sexual act.  We just have to prove that he intended to engage

12   in a sexual act.  That's true for all six counts.

13          Additionally, the United States does not have to prove

14   that the Defendant's only purpose for traveling on these dates

15   was to engage in an illegal sexual act.  Rather, we only have

16   to prove that it was one of his purposes.  That's also true for

17   all six counts.

18          So what is a sexual act?

19          It is specifically defined as these four things:  Oral

20   sex, anal sex, the intentionally touching of the nude genitalia

21   of a child under the age of 16 years or the penetration of an

22   anal opening by a hand, finger or object.

23          We need to prove that the Defendant intended to engage

24   in one of these specified sexual acts with a child who is

25   either under the age of 16 years or under the age of 18 years

Closing Argument by Ms. Kane                    12

1    by using force, threats or fear.

2            For example, if the Defendant intended to engage in

3    oral sex with a child who is 15 years old or younger, the

4    United States does not have to prove that the Defendant

5    intended to use force, threats or fear.

6            Let's review the evidence for Count 1.

7            How did we, the Government, prove that the Defendant's

8    purpose for traveling on or about October 2nd, 2001, was to

9    engage in an illegal sexual act with a child?  We proved this

10   through the Defendant's conduct, his actions, his words, from

11   both before and after this travel date.

12           By the time of the Defendant's 2001 trip to the United

13   States, his pattern and routine of sexual abuse at the Morning

14   Star was clear and well established.

15           On October 2nd, 2001, when the Defendant returned to

16   the Morning Star Center, the Defendant simply picked up where

17   he left off and continued to sexually abuse the children in his

18   care.  He continued this pattern and routine of sexual abuse.

19           How do you know this?  You heard this from the

20   victims.  Between the center's opening in 1995 and 2011 --

21   excuse me -- between the center's opening in 1995 and

22   October 2nd, 2001, the Defendant engaged in a consistent

23   pattern of oral sex and masturbation on children under the age

24   of 16 years.

25           Remember the testimony of Jean Dieucibon Xxxxxx.  In

Closing Argument by Ms. Kane                        13

1   1995, the Defendant forcibly performed oral sex on him.  He did

2   this by laying on top of Dieucibon, preventing Dieucibon from

3   moving his legs.  Dieucibon was unable to move.  The Defendant

4   then put peanut butter on Dieucibon's penis and then sucked his

5   penis.  That time, Dieucibon was only 14 years old.

6           Between 1995 and 1999, when Dieucibon was living with

7   the Defendant at the Morning Star Center, the Defendant

8   admitted on two separate occasions to Dieucibon that he was

9   also sexually abusing other children at the Morning Star

10  Center.

11          Remember the testimony of another former resident,

12  Jobed Xxxxxxxx.  Between 1995 and 1999, the Defendant regularly

13  performed oral sex on Jobed.

14          On Jobed's very first night at the Morning Star Center

15  when he was just 10 years old, the Defendant sucked on his

16  penis.  The Defendant continued to do this to Jobed until Jobed

17  was about 14 years old.

18          Do not forget that the Defendant also tried to have

19  anal sex with Jobed.  The Defendant attempted to insert his

20  penis into Jobed's anus, but Jobed was able to stop him.  The

21  Defendant had to settle for rubbing his penis between Jobed's

22  buttocks.

23          Remember the testimony of Odelin Xxxxxxxxx, also known

24  as Roro.  The Defendant began performing -- began performing

25  oral sex on Odelin in 2000, when he was just 10 years old.  The

Closing Argument by Ms. Kane                    14

1    Defendant continued to perform oral sex on Odelin on a regular

2    basis until 2004, when Odelin turned 14 years old.

3          Finally, recall the testimony of Peterson Xxxxxx.

4    Peterson Xxxxxx is the young boy who traveled to the United

5    States with the Defendant in 2001.

6          Peterson testified that the Defendant regularly

7    sexually abused Peterson both before and after this 2001 trip

8    to the United States.

9          He testified that the sexual abuse consisted of the

10   Defendant performing oral sex on him and the Defendant making

11   him masturbate the Defendant with lotion.

12         The Defendant started abusing Peterson in 1999, when

13   he was just 11 years old, and this sexual abuse persisted until

14   well after the Defendant's return to Haiti on October 2nd,

15   2001.

16         In addition, in this period both before and after

17   October 2nd, 2001, the Defendant also performed oral sex on

18   other children in his care at the Morning Star.

19         Don't forget the testimony of Jimmy Xxxxx, who in this

20   period was about 12 years old, and Schlender Xxx, who was

21   13 years old.

22         How do you know the ages of all of these boys for this

23   count and the other five counts?  Recall their testimony

24   regarding their dates of birth.  Look at their birth

25   certificates.  These are Government's Exhibits 89 and 90.

Closing Argument by Ms. Kane                    15

1           And, importantly, look at their pictures.  These are

2    not young men as described by defense counsel.  They're just

3    children.

4           Let's talk about Counts 2 through 5.  The Defendant is

5    charged with the same offense in these counts as in Count 1.

6    However, as you can see, the language in Counts 2 through 5 is

7    slightly different than the language from Count 1.

8           And that is because Congress expanded this -- expanded

9    this offense in 2003 by adding additional --

10          MR. HOROWITZ:  Objection.

11          MS. KANE:  -- types of sexual abuse.

12          THE COURT:  Overruled.

13          MS. KANE:  So what does this mean for Counts 2 through

14   5?  The first two requirements are the same, identical, as in

15   Count 1.

16          The United States is required to prove beyond a

17   reasonable doubt that the Defendant was a United States citizen

18   and that he traveled from the Southern District of Florida to

19   Haiti on or about these four dates.

20          And, third -- this is where you'll see the

21   difference -- we are also required to prove beyond a reasonable

22   doubt that the Defendant traveled for the purpose of engaging

23   in illicit sexual conduct.

24          Remember, the Defendant may have traveled on these

25   dates for several purposes.  We only have to prove that one of

Closing Argument by Ms. Kane                    16

1    those purposes was to engage in illicit sexual conduct.  Also,

2    the Government does not have to prove that the Defendant

3    engaged in any sexual act or illicit sexual conduct.

4          What is illicit sexual conduct, this new term that's

5    in Counts 2 through 5?

6          The first three kinds of illicit sexual conduct are

7    the same illegal sexual acts with children that we discussed

8    when reviewing Count 1, including oral sex on a child under the

9    age of 16 years.  The fourth kind is a commercial sex act with

10   a child under 18 years of age.  This is new.

11         How is a sex act different from a sexual act?  A sex

12   act is broader in that it covers any and every possible kind of

13   sex act.  Significantly, a sex act includes the type of sexual

14   abuse that was repeatedly testified about in this case when a

15   child masturbated the Defendant.

16         Unlike a sexual act, a sex act must be commercial;

17   that is, the United States must prove that something of value,

18   anything of value, was given to or received by any person.

19         What does "anything of value" mean?  It includes the

20   obvious things, like money, such as when the Defendant offered

21   Haitian dollars or gourdes or US dollars to a child in exchange

22   for masturbation.

23         It also include the Defendant's payment of money to

24   the children's schools for their tuition, for their fees, for

25   their uniforms.

Closing Argument by Ms. Kane                17

1          It includes all the other things that the children

2     received from the Defendant -- food, clothing, toys and games,

3     iPods and similar items -- that the Defendant provided in

4     exchange for the children's participation in sex acts.

5          "Anything of value" also includes a house to live in,

6     a bed to sleep in, because, remember, ladies and gentlemen, for

7     some of these victims, their only other option was to sleep on

8     the ground in a tent.

9          The evidence has been painfully clear on this point.

10    If these children wanted to be fed, clothed, housed and

11    educated by the Defendant, the Defendant required that they

12    engage in sex acts with him.  It was as simple as that.

13         Nothing was for free at the Morning Star Center.  If

14    you needed or wanted anything of value, you were required to

15    engage in sex acts with the Defendant, specifically, commercial

16    sex acts.

17         Let's talk about the evidence for Counts 2 through 5

18    now.

19         For Count 2, how did we prove that the Defendant's

20    purpose for traveling on October 30th, 2003, was to engage in

21    illicit sexual conduct, that is, an illegal sexual act with a

22    child or a commercial sex act with a child?

23         We proved this through the Defendant's conduct and

24    actions both before and after this travel date.  By the time of

25    his 2003 trip to the United States, the Defendant's pattern and

Closing Argument by Ms. Kane                    18

1    routine of sexual abuse was clear and well established.

2          And when the Defendant returned to the Morning Star

3    Center on October 30th, 2003, he simply continued this pattern

4    and routine of sexual abuse.

5          How do you know this?  You heard this from the victims

6    and you heard this from former Morning Star supporter Janet

7    Knox.

8          After traveling with the Defendant from Miami to Haiti

9    on October 30th, 2003, Janet Knox stayed at the Morning Star

10   Center in Santo 14.

11         Just days after arriving, Ms. Knox witnessed a young

12   naked boy leaving the Defendant's bedroom late at night, long

13   after the Defendant had gone to bed.

14         Recall the testimony of Wadley Xxxxxxxx.  In November

15   of 2003, shortly after the Defendant had returned, Wadley moved

16   into the Morning Star Center in Santo 14 when he was just about

17   14 years old.

18         On his very first night at the Morning Star, the

19   Defendant entered Wadley's bedroom, naked and with a

20   flashlight, took Wadley from his bedroom and brought him to the

21   Defendant's bedroom.  There, the Defendant performed oral sex

22   on Wadley and forced Wadley to masturbate the Defendant.

23         Recall the testimony of Jimmy Xxxxx.  Jimmy Xxxxx

24   began visiting the Morning Star Center on weekends in 1999,

25   when he was just about 9 years old.

Closing Argument by Ms. Kane                    19

 1              In the autumn of 2003, around the time of the

 2    Defendant's travel, Jimmy was still living at the Morning Star

 3    and he was 14 years old.

 4              At that time, the Defendant was performing oral sex on

 5    Jimmy regularly and forcing Jimmy to masturbate the Defendant.

 6    And the Defendant did not stop asking Jimmy to do these sexual

 7    acts until after Jimmy was an adult.

 8              In the autumn of 2003, recall the testimony of

 9    Schlender Xxx.  He was still living at the Morning Star Center

10    at that time.  And he was about 15 years old.

11              When he masturbated the Defendant, Schlender testified

12    that the Defendant treated him like a prince.  He got

13    everything he wanted, including rare treats, like pizza.

14              In one incident, the Defendant required that Schlender

15    engage in a threesome with the Defendant and Odelin Xxxxxxxxx

16    so that Odelin and Schlender could get a basketball.

17              As the Defendant performed oral sex on Odelin,

18    Schlender was required to masturbate the Defendant.  It was

19    only after, when the Defendant was done with both of these

20    boys, that they were able to get the basketball back from the

21    Defendant.

22              Peterson Xxxxx-Xxxxxxx, also known as David, moved

23    into the Morning Star when the center was moving from Santo 15

24    to Santo 14 in November of 2001.

25              In October of 2003, Peterson was nearly 13 years old

Closing Argument by Ms. Kane                    20

1   and had to masturbate the Defendant regularly.  After Peterson

2   would masturbate the Defendant, the Defendant would give him

3   cookies.

4           When the Defendant -- excuse me -- when Peterson

5   refused to masturbate the Defendant, the Defendant would

6   withhold food from Peterson or would beat him.

7           Both before and after this October 30th travel date,

8   the Defendant was also performing oral sex on young Ricardo

9   Xxxxx, who at that time was just 10 years old.

10          Let's talk about Count 3.

11          How did we prove that the Defendant's purpose for

12  traveling on November 27th, 2004, was to engage in illicit

13  sexual conduct with a child, that is, an illegal sexual act or

14  a commercial sex act?  Again, through the Defendant's continued

15  pattern and routine of sexual abuse at the Morning Star.

16          When the Defendant returned to Haiti on November 27th,

17  2004, the Defendant simply continued that same pattern and

18  routine of sexual abuse.

19          How do you know this?  You heard this from the victims

20  and from his former supporter Betty Long.

21          Recall the testimony of Ricardo.  In November of 2004,

22  Ricardo, also known as Nason, was approximately 11 years old

23  and already had been living at the Morning Star in Santo 14 for

24  approximately three years.

25          At this time, in 2004, the Defendant was performing

Closing Argument by Ms. Kane                    21

1    oral sex on Ricardo regularly and was also making Ricardo

2    masturbate the Defendant regularly, approximately six times per

3    month, he testified.

4           What things of value did Ricardo receive in return for

5    these sex acts?  He would get the best presents when the

6    Defendant would return from the United States.  The Defendant

7    would save the best presents for Ricardo when he came back.

8           And Ricardo testified to the most valuable thing of

9    all, what all of the children were receiving in exchange for

10   these sex acts.  Ricardo testified that the Defendant was

11   paying for his school tuition and was feeding him.

12          Recall the testimony of Josue Xxxxxxx.  He moved into

13   the Morning Star with his younger brother, Jorel, in

14   approximately 2002.

15          In 2004, Josue was living at the Santo 14 house where

16   the Defendant performed oral sex on him many times.  At this

17   time, Josue was only 11 years old.

18          Later, at the Tabarre house, in or about 2005, the

19   Defendant sent Josue back to the poverty of his family after

20   Josue refused to permit the Defendant to touch his naked penis.

21          As you may remember, ladies and gentlemen, this

22   occurred after the Defendant's dinner and a movie routine, when

23   the Defendant played the movie *Spider-Man* for Josue.

24          In 2004, Jimmy Xxxxx was still living at the Morning

25   Star.  When he was about 15 years old, which was in about 2004

Closing Argument by Ms. Kane                    22

1   to 2005, Jimmy testified that the Defendant paid to have his

2   penis circumcised for the only reason that the Defendant cared

3   about, which was to better enjoy performing oral sex on Jimmy.

4           Also recall the testimony of Peterson Xxxxx-Xxxxxxx

5   regarding his last sexual abuse experience, which occurred at

6   the Santo 14 house shortly before he moved out.

7           The Defendant, while he was naked, grabbed Peterson

8   Xxxxx-Xxxxxxx from behind and attempted to have anal sex with

9   Peterson while Peterson was leaning down to pick up a bag of

10  candies that the Defendant had asked him to move.

11          Recall the testimony of Jean Ekens Xxxxxx, a true

12  orphan, who moved into the center with his younger bother,

13  Jhonny, in December of 2002.

14          The Defendant sexually abused Jean Ekens from the time

15  he moved in when he was 14 years old until he became a

16  supervisor at the Tabarre house in 2005, when he was 16 years

17  old.

18          The Defendant performed oral sex on Jean Ekens and had

19  Jean Ekens masturbate the Defendant.  In exchange, Jean Ekens

20  would receive money and gifts from the United States.

21          When Jean Ekens refused to masturbate the Defendant,

22  the Defendant threatened to send Jean Ekens out of the center,

23  even though Jean Ekens, as an orphan, had nowhere to go.

24          Former Morning Star supporter Betty Long visited the

25  center in its two locations in February of 2005.  During this

Closing Argument by Ms. Kane                    23

1    visit, Betty Long stayed at the Tabarre house overnight and

2    witnessed the Defendant naked and with a flashlight walk by her

3    bedroom door and walk down the hallway and enter the boys'

4    bedroom.

5            She then heard a boy holler out, "No.  No.  No."  And

6    she continued then for the next hour to see the light from the

7    Defendant's flashlight in that boy's room until the flashlight

8    shut off.

9            In this period both before and after this

10   November 27th, 2004, travel date, the Defendant also performed

11   oral sex on other young children under the age of 16 years.

12           Do not forget the testimony of Carlos, who was about

13   8 years old at this time; Dominique Xxxxxx, who was about 13;

14   and Widson Xxxx, who was 14 years old.

15           Let's talk about Count 4.

16           How did we prove the Defendant's purpose for traveling

17   on February 27th, 2006, was to engage in illicit sexual

18   conduct?  Again, through the Defendant's established pattern

19   and routine of sexual abuse.

20           Recall the testimony of Widson Xxxx, also known as

21   Son Son, who moved into the Morning Star Center in February of

22   2005, when he was about 14 years old.

23           Widson testified that the Defendant performed oral sex

24   on him many times and continued to do so up until he turned

25   18 years old.  In exchange, Widson received more money, a PSP

Closing Argument by Ms. Kane                                24

1   game.

2           Recall the testimony of Dominique Xxxxxx, also known

3   as Dodo.  The Defendant in 2005 or 2006 pinned Dominique down

4   onto a bed and forcibly performed oral sex on him until

5   Dominique was able to struggle and able to get away.

6           In this period, the Defendant also performed oral sex

7   on other boys under the age of 16 years.  Do not forget the

8   testimony of Carlos, who was 9 years old at this time, and

9   Ricardo Xxxxx, who was 12 years old.

10          The Defendant also made boys masturbate him in this

11  period for things of value.  Remember what Ricardo Xxxxx

12  testified to.  He testified that he would masturbate the

13  Defendant in the morning before he went to school in order to

14  get an extra dollar for the day.

15          Additionally, the Defendant offered Jimmy Xxxxx a

16  Walkman if Jimmy would agree to masturbate the Defendant.  And

17  so Jimmy masturbated the Defendant and, in exchange, the

18  Defendant gave him a Walkman.  At this time, Jimmy was about

19  17 years old.

20          Let's talk about Count 5.

21          How did we prove that the Defendant's purpose for

22  traveling on September 15th, 2009, was to engage in illicit

23  sexual conduct?  Again, through the same established pattern

24  and routine of sexual abuse that had been going on for year

25  after year after year.

Closing Argument by Ms. Kane                              25

1           Recall the testimony of Carlos, who was now just

2     17 years old.  He moved into the Morning Star when the center

3     was located in Santo 14.  He then left briefly and, when he

4     returned to the center, the center was now located at the

5     Tabarre house.

6           Within a week or two of moving back into the center at

7     the Tabarre house, the Defendant forcibly performed oral sex on

8     Carlos in the bathroom of that house.

9           And while the Defendant was forcibly performing oral

10    sex on Carlos, holding him in his hands, the Defendant was

11    sitting naked on a toilet and was touching his own penis.  At

12    that time, Carlos was only 9 years old.

13          After that, the Defendant frequently performed oral

14    sex on Carlos and, in one incident, Carlos was forced to

15    perform oral sex on the Defendant.

16          Additionally, the Defendant regularly had Carlos

17    masturbate him in exchange for things of value, such as an MP3

18    player or Doritos from the market.  The Defendant also, on

19    occasion, would offer money to Carlos in order for Carlos to

20    masturbate him.

21          In the late summer and fall of 2009, during the time

22    period of this Defendant's travel on that -- on September 15th,

23    2009, the Defendant was still sexually abusing Carlos on a

24    regular basis.

25          This abuse continued until the Defendant kicked Carlos

1    out of the Morning Star in December of 2009 when Carlos was

2    just 13 years old.

3            Recall the testimony of Jorel, who is now only

4    16 years old.  He moved into the Morning Star with his older

5    brother, Josue, in Santo 14 in about 2002.

6            He then left the Morning Star and returned to the

7    Morning Star when it was now located in Tabarre.  And then

8    again Jorel left for a period of time.

9            Then on January 12th, 2010, a devastating earthquake

10   struck Haiti.  Weeks later, after the earthquake, Jorel visited

11   the Morning Star Center and told the Defendant about the

12   horrible situation in which he was living.

13           Jorel and his very large family had been forced to

14   move into a tent city because the earthquake had destroyed his

15   home.  Food was very scarce and Jorel and his family were not

16   eating well.  They were not sleeping well.

17           And how did the Defendant respond to this desperate

18   13-year-old child?  "If you masturbate me, you can move back

19   into the center."

20           THE COURT:  You have ten minutes.

21           MS. KANE:  And so that's what Jorel did.  He moved

22   back into the Morning Star Center after masturbating the

23   Defendant so that he could have a bed to sleep in, a house

24   again and to be able to eat three meals a day.

25           As Jorel said in his own words, he had no choice.

1   None of these children had a choice.

2          Ricardo Xxxxx testified that he was also sexually

3   abused by the Defendant for the last time when he was 16 years

4   old.  Remember Ricardo turned 16 years old in September of

5   2009.

6          Finally, recall the testimony of Widson Xxxx.  He

7   testified that, in 2010, he saw the Defendant touching the

8   penises of two young boys who were about 9 or 10 years old in

9   the Defendant's bedroom.

10         Let's talk about Count 6.

11         Count 6 charges that, on or about May 8th, 2011, the

12  Defendant attempted to travel from Miami to Haiti for the

13  purpose of engaging in illicit sexual conduct.

14         What do we mean by attempt?  The Government must prove

15  beyond a reasonable doubt that the Defendant took a substantial

16  step toward the commission of this crime.

17         What does substantial step mean?  It's an act that

18  would normally result in the commission of the offense.  So the

19  what does that mean in this case?  What substantial step did

20  the Defendant take on May 8th, 2011?

21         Recall the testimony of CBP Officer Escamilla.  Once

22  in Miami, the Defendant had his boarding pass scanned by the

23  gate agent and entered the Jetway to the plane, Flight 809 from

24  Miami to Port-au-Prince, Haiti.  Once on the Jetway, the

25  Defendant was stopped by Officer Escamilla and his team and he

1    was then arrested.

2              As the Defendant himself testified, on May 8th, 2011,

3    he was in Miami attempting to board a plane to Haiti when he

4    was arrested.

5              But for his arrest, the Defendant would have continued

6    down the Jetway and boarded that flight to Haiti with the same

7    purpose he's had every other time he boarded a plane to return

8    to Haiti, that is, to engage in illicit sexual conduct with a

9    child.

10             How did we prove the Defendant's purpose on May 8th,

11   2011?  Recall the testimony of Jorel, who was 14 years old when

12   the Defendant left the Morning Star for the last time in April

13   of 2011.

14             Before the Defendant left for the United States, the

15   Defendant said to him, "If you want an iPod, you need to

16   masturbate me.  If you masturbate me, I will then bring you

17   back an iPod from the United States."

18             Greatest Xxxxxxx, who is now 18 years old, recall his

19   testimony.  He moved into the Morning Star in 2008 or 2009 when

20   he was about 14 years old.

21             In exchange for masturbating the Defendant, the

22   Defendant gave things to Greatest, such as a radio or a CD

23   player, an MP3.

24             The Defendant also asked Greatest to perform oral sex

25   on the Defendant and, in the process, significantly improved

Closing Argument by Ms. Kane                          29

1   Greatest's English language skills by teaching him the word

2   "blow job."

3          Yes, ladies and gentlemen, the Defendant did teach the

4   children some English.

5          The Defendant continued to ask Greatest to do sexual

6   things right up until the Defendant left for the United States.

7          Lastly, Ricardo Xxxxx testified that the Defendant

8   never stopped asking Ricardo to do sexual things.  He never

9   stopped.  Ricardo did not turn 18 until after the Defendant was

10  arrested.

11         Ladies and gentlemen, let's not forget that, before

12  the Defendant's 16 years of sexual abuse at the Morning Star

13  Center, he had sexually abused other children in the past.

14  This was not his first time.

15         Recall the testimony of Stephen Xxxxx, who was

16  sexually abused by the Defendant when he was 11 years old,

17  living at a children's home in the care of the Defendant in

18  London, England, in the 1970s.

19         Recall the testimony of the XxXxxxx brothers, who were

20  sexually abused by the Defendant when they were children in the

21  United States and in London when they were children in the

22  1970s.

23         Recall the testimony of David McCrum, who testified

24  that, on three separate occasions, the Defendant admitted to

25  sexually abusing young boys in the United States in the late

Closing Argument by Ms. Kane                    30

1   1970s and in Haiti in the early 1980s.

2           And former resident Dieucibon also testified that the

3   Defendant admitted to him on two separate occasions to sexually

4   abusing children in Egypt.  Recall the Defendant's own

5   testimony.  He stated that he was in Egypt in the late 1980s.

6           As the Court will instruct you, you may consider this

7   evidence for any matter to which it is relevant, including the

8   Defendant's disposition to or propensity to commit the offenses

9   charged in this indictment.

10           I submit to you that the evidence of the Defendant's

11   sexual abuse in these other countries over these decades,

12   combined with the Defendant's sexual abuse at the Morning Star

13   for 16 years, leads to only one reasonable conclusion, and that

14   is, over 35 years ago, the Defendant began to sexually abuse

15   young boys and he never stopped.

16           You may certainly consider that when determining what

17   the Defendant's purpose was when he traveled and attempted to

18   travel on each of these dates.

19           When you go back to the jury room, ladies and

20   gentlemen, the question you need it answer is this:  Why did US

21   citizen Matthew Andrew Carter travel to Haiti again and again

22   and again?

23           You've seen all the evidence.  You've heard the

24   testimony of his victims, of his former supporters, of his

25   prior victims.  And the answer is clear, based upon this

Closing Argument by Ms. Kane                          31

1    evidence.

2            He traveled to Haiti again and again in order to

3    sexually abuse the impoverished and vulnerable children in his

4    care at the Morning Star Center.  This was his sexual

5    playground that he specifically created to satisfy his

6    decades-long sexual desire for young boys.

7            How do we know this is what his intent was on those

8    days that he traveled and attempted to travel?  Because he did

9    it every day.

10           Engaging in sexual acts with young boys was part of

11   his everyday life and routine in Haiti.  Engaging in sexual

12   acts with young boys was part of his everyday life and routine

13   wherever he was.

14           At the Morning Star, the Defendant repeatedly

15   performed oral sex on children under the age of 16 years old.

16   He repeatedly caused children under the age of 18 years old --

17   under the age of 18 years of age to engage in oral sex using

18   force, threats and fear.

19           He threatened to send children home if they did not

20   comply with his sexual demands.  He threatened the children

21   with physical violence.  He actually used physical abuse.  And

22   he terrified them with a gun by firing a gun in their presence.

23           The Defendant also pinned children down in order to

24   perform oral sex on them.  He grabbed and held on to them so

25   that he could attempt to have anal sex with them.

Closing Argument by Ms. Kane                    32

```
 1              This consistent pattern of sexual acts with children

 2      under the age of 16 years and children under the age of

 3      18 years through the use of force, threats and fear proved the

 4      Defendant's purpose for Counts 1 through 6.

 5              The Defendant also engaged in countless, countless,

 6      commercial sex acts with these children.  He specifically

 7      targeted underprivileged and neglected children to abuse

 8      because he knew that they had no options, he knew that they

 9      were desperate and he knew that they would do anything for the

10      opportunity to go to school and to eat.

11              These boys would be compliant because they had no

12      other options.  He exploited that poverty by threatening to

13      send them home if they did not comply.

14              So for the chance of a better life, these children

15      submitted to the Defendant's sexual abuse.  As Widson Xxxx

16      testified, they resigned themselves to swallow the dirty water

17      because they did not have these opportunities at home.

18              So the Defendant put lotion in their hands and put

19      their hands on his penis and moved their hands up and down, up

20      and down, in order to masturbate himself.

21              He continued to do that day after day, year after year

22      and, in exchange, the children got to go to school.  They got

23      to wear clean clothing and they got food.  They got to sleep in

24      a bed.  They got to sleep in a house.

25              This consistent pattern of commercial sex acts proves
```

Closing Argument by Ms. Kane                              33

 1    the Defendant's purpose for travel for the counts charged in

 2    2 through 6.

 3         Ladies and gentlemen, what the Defendant did to these

 4    children is beyond any words that I or anyone can use here

 5    today.  It is inexpressible.  The Defendant must be held

 6    accountable for this.

 7         The evidence presented in this case is so

 8    overwhelming, overwhelming, that it only leads to one possible

 9    conclusion, and that is the Defendant is guilty beyond a

10    reasonable doubt of the Counts 1 through 6, as charged in the

11    indictment.

12         Thank you.

13         MR. ADELSTEIN:  May we approach briefly before I

14    start?

15         THE COURT:  Come on up.

16         (Whereupon, the following proceedings were had at

17    side-bar outside the presence of the jury:)

18         MR. ADELSTEIN:  I hate to do this, but there's an -- I

19    hate to do this, but there's an interpreter that interpreted in

20    this courtroom for the last three weeks who throughout the

21    Government's opening closing was shaking her head in the

22    affirmative.

23         It's the same interpreter which I objected to and

24    asked the Court to admonish, the same interpreter that the

25    Court admonished during the course of this trial.

1            I think it's highly improper for a court interpreter

2   to be sitting in the audience and shaking her head in the

3   affirmative to the arguments the Government is presenting to

4   this jury.

5            I would ask that the Court either ask her to refrain

6   from this or throw her out of this courtroom, quite honestly.

7            I don't know -- I've never seen this done, Judge.  I

8   know Mr. Horowitz is, in fact -- motioned to me to turn around

9   during the course of the closing argument to watch this

10  interpreter continually shake her head in the affirmative

11  nature during the closing argument of the Government.

12           I don't know what else to do.

13           THE COURT:  Well, I can tell you, first of all, that

14  none of the jurors -- because I've been watching the jurors.

15  Their eyes were totally glued to Ms. Kane.  So that's number

16  one, so the record is clear on that.

17           MR. ADELSTEIN:  Yes, ma'am.

18           THE COURT:  Anything the Government wants to say?

19           MS. MEDETIS:  Your Honor, we didn't invite the

20  interpreters to be here.  They -- this is a public courtroom.

21  They chose to be here.

22           I haven't been looking back.  I can't speak to what

23  the conduct has been.

24           MS. KANE:  You can ask them.

25           THE COURT:  This is what I'm --

1          MR. HOROWITZ:  Judge, it's been on multiple

2   occasions --

3          THE COURT:  I saw it once, her sort of nod her head to

4   something that was said.

5          This is what I'm going to do.  I'm going to send the

6   jurors out.  We'll take a break -- a five-minute break.

7          MR. ADELSTEIN:  That's fine.

8          THE COURT:  And then I'm just going to instruct the

9   gallery, inform them that this is an open courtroom, but in no

10  way is there to be any demonstration of either agreement or

11  disagreement with what is being said in closing arguments.

12         MR. ADELSTEIN:  Thank you.  Thank you, your Honor.

13         MR. HOROWITZ:  Thank you, Judge.

14         THE COURT:  Is that okay?

15         MS. MEDETIS:  Certainly, your Honor.

16         MS. KANE:  You may want to ask the people in the

17  gallery to remain because some people will go out.

18         THE COURT:  I will.

19         MS. KANE:  Thank you.

20         THE COURT:  I think what I'll do is just have the

21  court security officer stand by the door while I dismiss the

22  jury.

23         MR. HOROWITZ:  That's fine.

24         MR. ADELSTEIN:  Thank you.

25         MR. HOROWITZ:  Thank you, Judge.

```
 1              (Whereupon, the following proceedings were had in open

 2    court:)

 3              THE COURT:  Give us just one moment.

 4              Ladies and gentlemen, I am going to give you a

 5    five-minute recess.

 6              Do not discuss this case either amongst yourselves or

 7    with anyone else.  Have no contact whatsoever with anyone

 8    associated with the trial.

 9              Do not read, listen or see anything touching on this

10    matter in any way, including anything in the media, anything on

11    the Internet or anything on any device.

12              If anyone should try to talk to you about this case,

13    you should immediately instruct them to stop and report it to

14    my staff.

15              You may leave your notebooks at your chairs.

16              You may proceed to the jury room.

17              Five minutes.

18              (Whereupon, the jury exited the courtroom at

19    10:10 a.m. and the following proceedings were had:)

20              THE COURT:  You may be seated.

21              I want to remind everyone in the gallery that there is

22    not to be any demonstration either in agreement or in

23    disagreement with any of the statements made by the lawyers in

24    closing argument.

25              If you are here to observe the trial, that is fine.
```

```
 1   But you may not make any gestures.  Obviously, you may not
 2   speak out.  You may not move at all.
 3           If you're seated in the courtroom, you are to remain
 4   quiet and silent with no movement whatsoever, no nodding of the
 5   head, no movement of the arms, none of that.
 6           Thank you.
 7           We're in recess for five minutes.
 8            (Thereupon a recess was taken, after which the
 9   following proceedings were had:)
10           THE COURT:  We're back on United States of America
11   versus Matthew Andrew Carter, Case No. 11-20350.
12           Good morning.
13           Counsel, state your appearances, please, for the
14   record.
15           MS. MEDETIS:  Good morning again, your Honor.
16           Maria Medetis and Bonnie Kane on behalf of the United
17   States, with Special Agents Larko and Flores of Homeland
18   Security Investigations at counsels' table today.
19           THE COURT:  Good morning.
20           MR. HOROWITZ:  Good morning again, your Honor.
21           Phil Horowitz, Stu Adelstein on behalf of Matthew
22   Carter, who's present before the Court, along with Reginald
23   Hope, who's seated at counsel table.
24           THE COURT:  Good morning.
25           Are you ready, Mr. Adelstein?
```

1          MR. ADELSTEIN:  Yes, ma'am.  Thank you.

2          THE COURT:  Do you need the ELMO?  The handheld

3    microphone?

4          MR. ADELSTEIN:  I need the ELMO.  I'm not fancy enough

5    to work all that computer stuff.

6          THE COURT:  It's on.

7          Let me just remind you to always be by a microphone,

8    please.

9          MR. ADELSTEIN:  Yes, ma'am.

10          THE COURT:  So let's bring the jurors in, please.

11          (Whereupon, the jury entered the courtroom at

12    10:19 a.m. and the following proceedings were had:)

13          THE COURT:  You may be seated.

14          You may proceed, Mr. Adelstein.

15          MR. ADELSTEIN:  Thank you.

16          Good morning, folks.

17          We've got to start at the very beginning, if you

18    recall, back at the end of January or early February, when you

19    were selected as jurors.

20          Her Honor, Judge Lenard, told you there are three

21    basic rules in our system of justice.

22          Those rules are a defendant, a person accused of a

23    crime, comes into this courtroom presumed innocent.  That's

24    Rule No. 1.

25          Rule No. 2 is that the burden of proof is on the

Closing Argument by Mr. Adelstein                    39

 1    Government and that burden never ever shifts.  The only thing

 2    Mr. Carter and we have to do is be here on time and behave,

 3    which I think we have done.

 4              Maybe on one or two occasions I misbehaved, and I

 5    apologize.  But I ask you not to take that into consideration

 6    during the course of your deliberations.

 7              You can tell me afterwards.  You can tell the Judge.

 8    But when you decide the fate of Mr. Carter, don't let my

 9    behavior get in the way.

10              The third rule is that the burden of proof is very,

11    very high.  It is proof beyond and to the exclusion of every

12    reasonable doubt.

13              Now, the Court told you this back, I think, in either

14    the end of January or the beginning of February, the first day

15    of trial.  Those rules are so important that her Honor is going

16    to again repeat those.

17              Now, how do I know that?  Because when you folks went

18    home yesterday, we sat here and got and received the

19    instructions that her Honor is going to give to you at the

20    close of this case.  And you're going to get a copy of them.

21              But those three rules are very, very important because

22    they separate our system of justice from the rest of the world

23    and how they handle criminal cases.

24              Now, you know the rules.  You know the burden of proof

25    is high.  And it's high because we're talking about someone's

Closing Argument by Mr. Adelstein                    40

1    freedom, liberty.

2              You've got to ask yourself what a reasonable doubt

3    means.  And the Court's going to tell you that.

4              The Court's going to tell you that proof beyond a

5    reasonable doubt is proof so convincing that you would be

6    willing to rely upon it and act on it without hesitation in the

7    most important of your affairs.

8              You're going to rely upon it, you're going to act on

9    it immediately, and you're not going to hesitate.

10             Now, what does that really mean?  When I was a young

11   lawyer and had hair on my head, there was a judge who used an

12   example that's stuck with me for approximately the last

13   20, 30 years when he explained what reasonable doubt means.

14             He said you've got to consider an event that is so

15   important in your own life and ask yourself, if you're going to

16   rely upon the advice or what's going on, act upon it without

17   hesitation.

18             And that judge used the example of assume a friend --

19   a close friend or a loved one was in a very bad car accident

20   and that person is in the hospital and on life support.

21             A doctor walks in and you're sitting there and that

22   doctor says to you, "There's nothing more we can do.  You have

23   two choices.  Choice No. 1 is leave that loved one on that life

24   support machine for God knows how long.  Choice No. 2 is

25   disconnect the machine and let that person pass away in peace

Closing Argument by Mr. Adelstein                41

 1    and dignity."

 2            Whatever your decision is, if you rely upon it and act

 3    upon it without hesitation, whether you say leave that person

 4    on the machine or unplug it, that's proof beyond and to the

 5    exclusion of every reasonable doubt.

 6            If you say, "I need more time.  I need a second

 7    opinion.  I want to talk to some other people," the Government

 8    has not satisfied its burden.

 9            This certainly is probably the most important decision

10    in Mr. Carter's life.

11            Now, we -- I said we have to go back to the beginning

12    because, in the beginning, there was an opening statement, if

13    you recall.

14            And the smart guy, Mr. Horowitz, got up here and gave

15    an opening statement and told you, at the end of this case,

16    there will be absolutely no physical evidence to corroborate,

17    to verify, these so-called bad acts that we've heard about for

18    four weeks.

19            He told you there will be no photographs, no videos,

20    no fingerprints, no DNA and no bodily fluids found to

21    corroborate what these young men have said.

22            He told you that four weeks ago and here we are on the

23    28th day of February, about five weeks later, and there is

24    absolutely nothing to corroborate or verify what people said,

25    not by any fault of us, because we don't have to do a thing.

Closing Argument by Mr. Adelstein                    42

 1    All we need to do is show up.
 2              So now that we know the rules of the courtroom, we
 3    come in here presumed innocent.  The burden stays with the
 4    Government.
 5              The burden of proof is very, very high -- proof beyond
 6    a reasonable doubt -- that you are not going to hesitate when
 7    you rely and act on your decision.
 8              What do you do?  Well, you've got to look at the
 9    evidence.  But before we look at the evidence, something has to
10    be commented on.
11              There have been terms used in this courtroom at least
12    15 to 20 times a day, including this morning, that I suggest
13    have been designed to shock you, irritate you, cause you to be
14    angry, cause you to have sympathy, cause you to have prejudice
15    towards Mr. Carter.
16              Now, what are those words?  You've heard them at least
17    15 to 20 times every day, including today -- masturbation,
18    penis, blow job, sucking and lotion -- topics that you would
19    never ever discuss with strangers.
20              And we're all strangers.  You don't know him.  You
21    have just met each other.  You would never discuss this with
22    anybody.  You probably would not even discuss it with many of
23    your family members.
24              Those words were designed and used at least 15 to
25    20 times a day for the last four weeks, I suggest to cause you

Closing Argument by Mr. Adelstein                43

1   to have sympathy towards some individuals and to be prejudiced

2   against Mr. Carter.  They're designed so you would not look at

3   the evidence, you would not examine the evidence.

4         Now, the Court's going to give you an interesting

5   instruction.  The Court's going to tell you that you must not

6   be influenced in any way by either sympathy or prejudice

7   against the Defendant.

8         Those aren't my words, folks.  Those are going to be

9   the words of Judge Lenard in the instructions.  You're going to

10  see it written.

11        I know this is an uncomfortable subject.  I know that

12  many of you during the course of this testimony either put your

13  head down, had a tear in your eye or looked like you were ready

14  to kill, because this topic causes those emotions.

15        But that's not what we're here for.  And I suggest

16  they were used time after time after time not only during the

17  questioning, but just a few moments ago in closing argument by

18  the Government, to say this is such a disgusting topic, this is

19  such a despicable conversation.

20        Let us not look on whether or not the Government

21  carried out their task of proving to you beyond and to the

22  exclusion of a reasonable doubt that Mr. Carter did anything

23  wrong.

24        So let's look at the evidence.  Remember, they are

25  responsible, they, the United States Government.

1            I suggest you've got to look at two paths here.  And

2      what do I mean by that?

3            The indictment charges acts that occurred from 2001 up

4      through 2011.  There is evidence that starts in the '70s, '80s

5      and '90s and before 2001.  And I suggest you take that evidence

6      and put it in one category.

7            Now, why do I say that?  Because the Court is going to

8      instruct you that Mr. Carter is not on trial for what allegedly

9      occurred in 1970, 40 years ago, 35 years ago, not what

10     allegedly occurred in the '80s, not what allegedly occurred in

11     the '90s, but what occurred between 2001 and 2011.

12           So look at that.  And let's look at that evidence.

13     That evidence entailed testimony concerning London, Egypt and

14     Winter Haven.  That evidence consisted of the testimony of

15     Stephen Xxxxx, the XxXxxxx brothers and Mr. McCrum.

16           What the Government forgot to tell you during their

17     presentation of this testimony, what the Government forgot to

18     tell you in their closing arguments just a few moments ago, is

19     Mr. Carter was found not guilty by three separate Government

20     entities.

21           He was found not guilty in London.  He was found --

22     and that was in the '70s.  He was found not guilty by the

23     Egyptian Government in the late '80s.  He was found not guilty

24     in the '90s by Winter Haven police, Florida.

25           We don't have to prove anything.  So why did we have

 1    to get up and ask questions concerning that?  We don't have to

 2    do a thing.

 3            We did it because, when you hear part of a story, it's

 4    very easy to jump to the wrong conclusion.  The London

 5    Government, the British Government, investigated him.  We're

 6    not hiding it.  They found the man not guilty.

 7            The Egyptian Government investigated this man and they

 8    found him not guilty.  The Winter Haven Government, the State

 9    of Florida, investigated him and he was found not guilty.  And

10    here we are in 2013, going back to this.

11            You know, every profession has their perils.  Police

12    officers, when they wake up in the morning, they either put on

13    their uniform or their plainclothes.  They strap their gun to

14    their waist or to their ankle and they have a peril of possibly

15    getting hurt or injured or even killed.  But, yet, they

16    continue to go out and do their job.

17            Firemen have perils in their occupation.  They could

18    be injured or hurt or killed when they respond to a fire or a

19    car accident.  Yet, they continue to go out and do their job.

20            Teachers, preschool teachers, have a danger, a peril,

21    in their job.  And that is young men, for whatever reason, can

22    accuse them of improper conduct.

23            Yet, they continue to go out and do their job,

24    understanding that there are some protections, understanding

25    that, if you do nothing wrong and have an open-door policy and

Closing Argument by Mr. Adelstein                    46

1    cooperate with law enforcement, that you will be protected and

2    these false accusations will not rise to the level of proof

3    beyond and to the exclusion of every reasonable doubt.

4            Now, if we could turn back the clock, I suggest

5    someone should have told Mr. Carter after 1970, "Even though

6    you cooperated with the British police, you had an open-door

7    policy and you were found not guilty, get the hell out of this

8    business of helping poor, underprivileged children throughout

9    this world.  Because you know what?  You can be accused again."

10           And you know what happened to him because he continued

11   in his profession?  He did get accused again.  And because of

12   his open-door policy, his cooperation and nothing to hide,

13   there was no evidence, and he was protected.  This didn't

14   happen once or twice, but three times.

15           So that was the testimony.  But let's go to the

16   XxXxxxxx.  The Court's going to tell you use your common sense.

17   Don't leave it at that -- out here when you go into that jury

18   room.

19           The XxXxxxxx described horrible incidents that

20   allegedly occurred when they were in London.  And if that

21   really occurred, why would they travel thousands of miles to

22   the United States, to Ohio, to Michigan, and stay with this man

23   years later?  Why would someone do that?  Does common sense say

24   that makes sense?  I suggest not.

25           Mr. Xxxxx that they mentioned the Courts found him not

Closing Argument by Mr. Adelstein                    47

 1    guilty of.  So what are we doing?

 2            We go to Mr. McCrum, who talks about accountability

 3    meetings.  And he's so concerned of accountability meetings and

 4    he tells you this man confessed to him.  And the Government

 5    stopped right there.

 6            But wait a minute.  His own wife wrote a letter

 7    attesting to his good character.  Why did we have to bring that

 8    out?  Why did the Government hide that from you?

 9            Mr. McCrum, who's so concerned, never ever, ever,

10    reports it to law enforcement.  Why?  Because there was no

11    evidence.  That's the testimony dealing with the '70s and '80s.

12    So let's go to -- because that's the testimony that he's not

13    even charged with.

14            So let's go to the six counts that he is charged with,

15    which is in your hands.  And one of these days I'm going to

16    learn how to work a computer and be able to present this

17    instead of using my handwritten notes.  But let's look at that

18    evidence.

19            And you're going to realize there is a key element in

20    each one of these counts, and that is:  Did Matthew Carter

21    travel for the purpose of engaging in illicit sexual conduct?

22            Now, that's an element of the crime.  What that means

23    is that the Government must prove that beyond and to the

24    exclusion of every reasonable doubt.

25            If they cannot prove that, if you follow her Honor's

Closing Argument by Mr. Adelstein                48

1    instructions, you stop right there and say, "Government, you

2    have failed in your burden of proof and you must find Matthew

3    Carter not guilty."

4           An element of a crime is like a recipe.  If you miss

5    one of those ingredients, you get close, but you don't get the

6    final product.

7           In cooking, there's recipes -- I'm familiar with Cuban

8    food because my wife is Cuban and I try to cook it once in a

9    while and I invariably, because there's so many ingredients,

10   miss one of the ingredients and she says, "You just didn't cook

11   the food right."

12          In a court of law, the ingredients are the elements.

13   And the element is that the Government must prove that Matthew

14   Carter traveled for the purpose of engaging in illicit sexual

15   conduct.

16          And they brought and showed you all of these

17   photographs of these young men that you saw come in here.  What

18   they forgot to tell you is that, in 2004, Peterson Xxxxxx and

19   Jean Ekens Xxxxxx went to the Haitian National Police.

20          MS. MEDETIS:  Objection.  Facts not in evidence.

21          MR. ADELSTEIN:  That's exactly what the testimony is.

22          THE COURT:  Overruled.

23          MR. ADELSTEIN:  They forgot to tell you that because

24   they didn't want you to know that the Haitian Government

25   investigated this man in 2004.  And what happened?  Morning

Closing Argument by Mr. Adelstein          49

1    Star stayed open because there was nothing improper going on.

2         They forgot to mention that, in 2005, Betty Long, who

3    visited the Morning Star, came back to Detroit and reported

4    that she believed there's improper conduct going on at Morning

5    Star.  To who?  Federal agents of the United States Government,

6    Homeland Security, in 2005.  And what do we know?  Morning Star

7    stayed open because there was no evidence.

8         They forgot to tell you that, in 2006, Odelin

9    Xxxxxxxxx, Peterson Xxxxx-Xxxxxxx, Ricardo Xxxxx and Steeve Max

10   Dominique Xxxxxx went to the Haitian National Government and

11   reported exactly what they testified in 2013.  They reported it

12   in 2006 to the Haitian National Government.

13        And what happened, folks?  The Morning Star Center

14   stayed open because, after the 2006 investigation, they found

15   nothing, nothing, to support these allegations.

16        They forgot to tell you in their beautiful setup on

17   the computer that, in 2009, Carlos Xxxxxxxx again reported

18   allegations of improper sexual conduct to the Haitian National

19   Police.  And what happened again?  They found no evidence.

20        How many times do you get to accuse somebody?  How

21   many times does our Government allow someone to be accused?

22   Because, apparently, in 1970, when he was found not guilty,

23   we're litigating that again in 2013.

24        Apparently, in 1980, we heard about Egyptian charges

25   where he was found not guilty and we're again litigating this

Closing Argument by Mr. Adelstein          50

1    in 2013.  Winter Haven in the 1990s, he's found not guilty

2    and, again, we sit here and litigate this in 2013.

3          This man has gone through an audit that makes IRS look

4    like a nice guy.  This man has been examined, inspected,

5    questioned at least seven different years by five different law

6    enforcement agencies, and they found nothing.  And then we come

7    again to hear this testimony for the last four weeks.

8          Now, something rather interesting occurred in this

9    case.  They arrested Mr. Carter on May 8th, 2011, May 8th,

10   2011, as he's boarding an airplane out of Miami.

11         At the very same time as they're arresting him, a

12   thousand miles away, Haitian National Police and agents of the

13   United States Government, Homeland Security, are executing a

14   search warrant at Morning Star.

15         Now, there is a reason for that, folks.  There is a

16   reason.  Because they did not want Mr. Carter to have an

17   opportunity to call somebody to attempt to get rid of any

18   incriminating evidence.  So they arrest him a thousand miles

19   away and they serve the warrant and seize what they tell you is

20   evidence.

21         And it's sitting in this box and this box.  And this

22   is the evidence that is going to corroborate, verify, all of

23   the accusations that are made against him for the last

24   40 years.

25         Government's Exhibit 32-G, the bedroom where all of

Closing Argument by Mr. Adelstein                    51

 1    this allegedly occurred, the room from hell.  And what do we

 2    learn?  That they seized all of these records, they took

 3    pictures of everything.

 4              And if, if, what these young men described occurred

 5    every day, morning, noon and night, either in the morning while

 6    the kids were playing soccer or late at night, the sexual

 7    activity occurred right here, right here exhibited in 32-G.

 8              Now, Mr. Horowitz weeks earlier told you there would

 9    be no physical evidence to corroborate any of these

10    accusations.  And all they had to do is seize the pillowcases,

11    the bedspread, probably the mattress and the linens.

12              Why would you do that?  Why would you seize a bed

13    linen?  Why?  Because if what happened, there would be bodily

14    fluid all over that item, all over that item.

15              Scientific evidence doesn't lie, folks.  All they had

16    to do is bring in that bedding, examine it and show the DNA or

17    the bodily fluids of just one of these young men on that bed.

18              We don't have to prove a thing.  That's why they

19    executed that warrant, so he could not tamper with the crime

20    scene.  This is the crime scene that has been described for the

21    last four weeks.

22              So get up here, Government, and explain why, why, you

23    don't seize the evidence from the crime scene.  Why don't you

24    analyze it?  We don't have to do it.  We walk into this

25    courtroom presumed innocent.

1          Why in 32-O -- there's a computer, two computers.  Why

2    don't you seize those items and inspect them to see if there's

3    anything to corroborate or verify what four different

4    governments said never happened?

5          Why don't you seize in 32-P the telephones that have

6    cameras on them to examine them and send them for verification

7    of this?  It's right there.  You have Homeland Security and the

8    Haitian National Government working as a team.  Why don't you

9    do it?

10         Why in Defense Exhibit 22 is a closeup of a picture

11   taken by Homeland Security of two telephones with cameras in

12   them, and examine them?  Why?  I don't know.  This is part of

13   the crime scene.

14         You plan this arrest and execution between two

15   countries and you don't seize the evidence that could verify

16   it, corroborate it.  You have to remember, these kids describe

17   that this went on on a daily basis, every day.  So where is the

18   evidence?

19         I know.  The Government is going to say they were

20   petrified.  They had no place to go.  They had no

21   opportunities.

22         Well, some of them went to their parents and their

23   parents didn't believe them.  So they were petrified and

24   scared.  They had absolutely no opportunity to tell anybody

25   else.

Closing Argument by Mr. Adelstein                    53

1           Defense Exhibit 29.  They look real scared there.

2           Defense Exhibit 23, the 3rd Battalion of the

3   8th Marines coming to the Morning Star.  They tell no one about

4   this alleged misconduct.

5           They mentioned Jimmy Xxxxx, Defense Exhibit 5, sitting

6   there with the Marines in Marine getup.  And don't tell

7   anybody?  Why?  Because it didn't happen.

8           And Exhibit 24.  Why when Mr. Carter travels to the

9   United States at least twice a year, which is not in dispute,

10  in agreement with, for at least three to four weeks at a time

11  or two months out of every year do they not leave or report

12  what occurred?  Because it didn't happen.

13          How does 16 young men, I think I counted -- I might be

14  off one or two.  But 16 young men took that witness stand.  And

15  the Government asked them an interesting question.

16          And that was, when they put an exhibit on the board,

17  they asked them to use the touch screen and circle.  Do you

18  remember those collages?  And they asked them to circle or

19  underline certain things in the picture.

20          And every one of those 16 young men knew exactly how

21  to do it.  But the last Government witness called to the stand,

22  a special agent, Wilkins, who talked about summary charts, was

23  asked to use the touch screen.  And his words were, "I've never

24  used this machine before.  How do you do it?"

25          How does that happen unless some of this testimony was

Closing Argument by Mr. Adelstein                    54

1    rehearsed and gone over?  How do 16 young men know how to use

2    this equipment and a federal agent, who's been with the

3    Government for many years, has no idea how to use it, unless

4    this testimony was gone over?

5            And although we had no obligation, although a person

6    accused of a crime in this country does not have to testify,

7    what happens?  Matthew Carter takes the stand.  He takes the

8    stand to tell you folks what occurred and what did not occur.

9            He had no obligation whatsoever.  None.  Zero.  And he

10   took the stand and cooperated and answered the questions like

11   he did in 1970, like he did in 1980, like he did in 1990, like

12   he did in 2004, 2005, 2006 and 2009, because he had absolutely

13   nothing to hide.

14           Now, the Government did show you something, that he

15   embellished his credentials.  He exaggerated his credentials

16   and his college education.  That's what they showed you.

17           Folks, they spent all these weeks proving that Matthew

18   Carter is a US citizen, because they introduced his various

19   passports.  They introduced his birth certificate.

20           They called people from Spirit Airlines and American

21   Airlines to verify that he traveled from the United States to

22   Haiti, to London, to Egypt.  And they've got all the documents

23   here, sitting here.

24           They called people -- Government officials from the

25   Embassy or the Consulate from Haiti to explain to you in detail

1    what a red stamp means and a blue stamp means.  One is entry

2    into the country and one is exit out of the country.

3            They called agents from all over this country, federal

4    agents, to verify and corroborate these what I suggest are

5    insignificant details, because a passport speaks for itself.

6            And they kept using the word -- words day after day

7    after day masturbation, sucking, oral sex, blow job and now

8    anal penetration, absolutely all terms that are like putting

9    fingernails on a chalkboard, that bring outrage, sympathy,

10   prejudice, bitterness, for a reason:  Because none of this, not

11   one of these items, corroborates, verifies, what allegedly

12   occurred, despite the fact that various law enforcement

13   agencies and governments of not only this country, but at least

14   two other countries, invest -- three other countries, British,

15   Egyptian and Haitian, investigated and found absolutely no

16   wrongdoing.

17           So when Mr. Horowitz got up here four and a half weeks

18   ago and told you that there will be and is no physical

19   evidence, scientific evidence, DNA evidence, fingerprint

20   evidence, bodily fluids, to verify what various Governments and

21   courts throughout this world have investigated, I'm going to

22   say again:  There's absolutely nothing.

23           Everything that was told to you in these last four

24   weeks were told to various Governments and police departments,

25   who concluded one thing:  It's very easy to accuse somebody of

Closing Argument by Mr. Adelstein                    56

1    a crime, especially a crime as heinous as this.

2              But there is absolutely nothing new in this case that

3    has not been litigated before.  And all of those entities and

4    Governments concluded that he was not involved in any illicit

5    sexual conduct.

6              So I'm going to ask you, as disgusting as this topic

7    has been for the last four weeks, to go in there and examine

8    this evidence.  And if you do and you follow her Honor's

9    instructions, you will find many reasonable doubts and

10   questions as to why we're here in 2013.

11             And if you do justice in this case, you will end this

12   man's nightmare and say, "We, the jury, find Matthew Andrew

13   Carter not guilty of Count 1, Count 2, Count 3, Count 4, 5 and

14   6, because, Government, you have failed.  You have failed in

15   carrying your burden of proof" and agree with all of the other

16   law enforcement agencies and Governments who have heard exactly

17   what you have heard.

18             That's the only correct and just verdict if you follow

19   Judge Lenard's instructions.

20             Thank you.

21             THE COURT:  We're going to take a recess.

22             Do not discuss this case either amongst yourselves or

23   with anyone else.  Have no contact whatsoever with anyone

24   associated with the trial.

25             Do not read, listen or see anything touching on this

1    matter in any way, including anything on the Internet, anything

2    in the media or anything on any access device.

3          If anyone should try to talk to you about this case,

4    you should immediately instruct them to stop and report it to

5    my staff.

6          You may leave your notebooks at your chairs.  Please

7    be back in the jury room in 15 minutes.  We'll take a 15-minute

8    recess.

9          (Whereupon, the jury exited the courtroom at

10   11:10 a.m. and the following proceedings were had:)

11         THE COURT:  We're in recess for 15.

12          (Thereupon a recess was taken, after which the

13   following proceedings were had:)

14         THE COURT:  We're back on United States of America

15   versus Matthew Andrew Carter, Case No. 11-20350.

16         Counsel, state your appearances, please, for the

17   record.

18         MS. MEDETIS:  Yes.  Good morning again, your Honor.

19         Maria Medetis and Bonnie Kane on behalf of the United

20   States, with Special Agents Larko and Flores at counsels'

21   table.

22         MR. HOROWITZ:  Good morning again, your Honor.

23         Phil Horowitz, Stuart Adelstein on behalf of Matthew

24   Carter, who's present before the Court.

25         At counsels' table is Reginald Hope.

1          THE COURT:  Ms. Medetis, are you ready to proceed?

2          MS. MEDETIS:  Yes, your Honor.

3          THE COURT:  Let's bring in the jurors.

4          We're going to proceed with the final closing argument

5     and go straight into jury instructions.

6          MS. MEDETIS:  Your Honor, may we have the computer

7     again?

8          THE COURT:  Yes.

9          (Whereupon, the jury entered the courtroom at

10    11:33 a.m. and the following proceedings were had:)

11         THE COURT:  You may be seated.

12         You may proceed, Ms. Medetis.

13         MS. MEDETIS:  Thank you, your Honor.

14         Good morning again, everyone.

15         THE JURY:  Good morning.

16         MS. MEDETIS:  I have to agree with Mr. Adelstein on

17    one thing, and that is that the evidence that you heard in this

18    case is heinous.

19         You heard the word masturbation.  You heard penis.

20    You heard ejaculation.  You heard sexual abuse.  And, yes,

21    those words are heinous.  They are vulgar.  They are terrible.

22    They are terrifying.  They are embarrassing.  They are

23    humiliating.

24         The Government didn't pick those words.  The Defendant

25    picked those words.  The Defendant picked those words because

Rebuttal Argument by Ms. Medetis                    59

1    those were the Defendant's actions that they were testifying

2    about.  Heinous, vile, vulgar actions.  They're not designed to

3    upset you.  They're not designed at all.

4            That is why we are here.  We're here because that man

5    traveled to Haiti back and forth, back and forth, traveled to

6    Haiti from the United States, to sexually abuse the children in

7    his care at the Morning Star under his control, under his

8    thumb.  That's why we have to talk about those words here.

9    That was his choosing, not ours.

10           Remember the Government in opening argument many weeks

11   ago made a promise.  We told you it was our job, our job, our

12   sole burden, to prove this case beyond a reasonable doubt.

13           And we demanded that you hold us to that burden.  It

14   is your job to hold the Government to that burden.  And in

15   asking you to hold us to that burden, we promised you we would

16   meet that burden.

17           And now I can tell you we have exceeded that burden

18   based on the evidence that was shown.

19           The defense has no burden.  The Defendant has no

20   burden.  He's right.  He has zero burden in this case.  He

21   didn't even have to take the stand.  But he did.

22           And once he takes the stand, you get to judge him like

23   every other witness.  You get to judge his credibility.  Ask

24   yourselves:  How did he conduct himself on the stand?

25           He wasn't able to answer a question clearly when the

Rebuttal Argument by Ms. Medetis          60

 1    Government was asking a question.  He always seemed to have a

 2    story or an excuse or an explanation.

 3           "There was a housemother.  There was a housemother.

 4    We made the decisions.  We decided who came into the center.

 5    We decided who left."

 6           There's no "we" because there's no housemother.  Where

 7    is the housemother?  To be clear, they had no burden.  They

 8    need not bring any witnesses here.

 9           But where are the witnesses lined up to talk about

10    what an asset to the community he is?  Where is the

11    housemother?  There is no housemother.  And he knows it.  He

12    knows it.

13           Ladies and gentlemen, I want to clarify a few points

14    before we talk about the evidence in this case and the six

15    counts in the indictment.

16           Defense counsel asked you to ignore England, Egypt,

17    Haiti in the '80s and then he spent most of his closing

18    argument talking to you about it, talking to you about how the

19    Defendant has been investigated by all these Government bodies,

20    how the Defendant has been falsely accused and acquitted all

21    these times.

22           They want you to forget about it, but then he wants to

23    focus on it because he hopes and he wants you to believe poor

24    Mr. Carter/Harcourt/Joshua Cane/B.L. Harrington or whoever he

25    decides to be.  Poor him.  Every time he tries to help a kid he

Rebuttal Argument by Ms. Medetis          61

1    steps right in it, right in a pile of mud.

2           Don't check your common sense at the door.  Because

3    remember those three rules that were talked about?  The fourth

4    rule is key and it's in the jury instructions.  You rely on

5    your common sense.  That's the most important tool that you

6    have when you deliberate in the jury room:  Your common sense.

7           We didn't bring up those cases where he was acquitted.

8    They did.  When the Defendant took the stand, we didn't bring

9    them up because it has nothing to do with this case.  Remember

10   the XxXxxxxx and Stephen Xxxxx had nothing to do with the case

11   in England.  They weren't at the Reynolds House.

12          They were a bunch of poor kids.  You know what they

13   have in common with the kids in the charged conduct, all the

14   boys from Haiti, all the boys from the Morning Star?  They're

15   poor.  They're desperate.  They need help.  And he knew it.

16   He's a predator, and he preys on the desperate.

17          Use your common sense, ladies and gentlemen.  When he

18   was asked about Egypt, in his words, "I was deported because

19   they thought I was a spy."  No, he wasn't.  He was deported

20   because he was charged with molesting children in Egypt.  And

21   that didn't come out until he was confronted with it.

22          So he got up there and lie after lie after lie he

23   denied everything that he can't possibly admit.  He's not going

24   to get up there and say, "Yeah.  I had illicit sexual conduct

25   with all the boys in my care."  That's why we're here.

Rebuttal Argument by Ms. Medetis                62

1          And, remember, he doesn't have to take the stand.  He

2     doesn't have a burden.  But you judge his credibility just the

3     same once he decides to take the stand.

4          Of course, he admits that he traveled back and forth

5     to Haiti from the United States.  And, of course, he admits

6     he's a US citizen.  There's nothing illegal about either of

7     those things.

8          But we still have to prove those things because we

9     didn't know he was going to take the stand.  We assumed he

10    doesn't have to take the stand.  And we know that we have the

11    burden.  They don't have the burden.

12         So, yes, there are tons of airline records and, yes,

13    there's overwhelming evidence that he's a US citizen from the

14    day he was born until today, ladies and gentlemen, because that

15    is our burden and we take it seriously.  And we've met it and

16    we've exceeded it.

17         And, yes, there's lots of evidence.  There is lots of

18    evidence that this is the Morning Star Center and that he

19    operated it for 15 years, because we have to show you that as

20    well.

21         We have to show you how long the horror and the

22    heinousness of his conduct was going on in Haiti.  We have to

23    show you that, before he boarded that plane on October 2nd,

24    2001, for -- from 1995 until that day, he was sexually abusing

25    the boys in his care.  We have to show you his purpose, his

Rebuttal Argument by Ms. Medetis                    63

```
 1   intent.

 2            We have to get in his mind.  And how do we do that?

 3   We show you that day after day after day, before he boards the

 4   plane in Haiti to get to the US, he's engaging in sexual

 5   conduct, and that, after he gets back to the US from Haiti, he

 6   continues in that conduct, so that you know and you can find

 7   and you can rest assured that there is more than enough

 8   evidence that every time he boarded that plane, the purpose was

 9   clear.

10            The purpose was to engage in sexual acts.  The purpose

11   was, in Jobed's words, to treat these kids like slaves.  They

12   were his sex slaves.  That's not my words.  That's the victim's

13   word.

14            You heard evidence of orgies.  You heard evidence of

15   him ripping these kids out of their beds.  You heard evidence

16   of force.

17            Shoot a gun in the air in front of an 8-year-old, a

18   9-year-old, a 10-year-old.  What reaction are you going to get?

19   I daresay submission.  I daresay those children are going to do

20   exactly what they're told.

21            And day after day, you've heard the phrase sucking on

22   penis.  It's the phrase that the boys used.  We didn't make

23   that up.  Yeah.  It's oral sex.  But they didn't know what any

24   of that meant until they met him.

25            Ladies and gentlemen, there was a lot of talk about
```

Rebuttal Argument by Ms. Medetis                64

1    how these boys had an opportunity to go to the police to report

2    the Defendant.  And, in fact, they did, apparently.  We

3    definitely know they went in 2006 because there's evidence of

4    that and you'll see the boys' statements.

5              There are supposedly other investigations.  There was

6    no evidence of those investigations.  And, again, the defense

7    doesn't have a burden.  It is our burden.

8              But let's focus on the evidence.  There was no

9    evidence of all these supposed thorough investigations.  Why

10   was he acquitted?  We have no idea.  There's no evidence of

11   that.

12             And, again, it's the Government's burden.  But we're

13   not here to decide what happened at those trials.  We're here

14   to decide what happened in those six counts of the indictment.

15             And the evidence -- over and over and over again you

16   heard, you heard, these boys talk about humiliating, degrading,

17   offensive experiences.  That wasn't easy.

18             You think, if they're going to make up a lie about

19   somebody, it would be that devastating, that humiliating, that

20   offensive?  Why go through that embarrassment?  Why say those

21   words?  Come up with something else.  "He beat me all the

22   time."

23             No.  Because the truth is, in addition to beating them

24   all the time and threatening them, he sexually abused them.

25             And if this was so rehearsed, why isn't everybody's

1   story identical?  Ask yourselves.  You have to ask yourselves

2   when you judge the credibility of these witnesses.  These

3   victims had individual, unique experiences.  They lived it and

4   then they had to tell you about it.

5           Why didn't they go back to the police in Haiti?  Well,

6   ladies and gentlemen, the first few times they went, nothing

7   happened.  Unfortunately, like in every country, there are

8   corrupt police.

9           That's not unique to Haiti, where the Defendant would

10  have you believe, oh, in a Third World country like Haiti,

11  people exploit you.  That's offensive.  That's offensive to say

12  that.

13          You know what else is offensive?  It's offensive to

14  say, when you're in the child care business, there's always a

15  risk of false accusations.  That is offensive.  It offends your

16  common sense or at least it should.

17          How many times?  How many times are you going to get

18  falsely accused?  Mr. Adelstein asked the question:  How many

19  times does the accuser accuse Bill Carter before leaving him

20  alone?  The answer is:  Until somebody listens.

21          The Haitian police didn't respond.  Why?  Because he

22  bought them off.  The evidence is clear Jean --

23          MR. HOROWITZ:  Objection.  Assumes facts not in

24  evidence.

25          THE COURT:  Overruled.

 1          MS. MEDETIS:  Jean Ekens Xxxxxx testified that he

 2    would deliver envelopes of cash to the Haitian police every

 3    time they came to the Santo 14 location.  I'm not making that

 4    up.  It came from the witness stand.  There's no need to make

 5    anything up.

 6          This heinous crime tells itself.  This story unfolds

 7    itself.  It starts in the '70s with the XxXxxxxx and it is

 8    ending today with a verdict of guilty because that is the only

 9    verdict you can find based on this overwhelming evidence.  The

10    burden is ours.  We embraced it and we met it.

11          Let's talk about something else, the search and the

12    arrest.

13          THE COURT:  You have five minutes.

14          MS. MEDETIS:  -- the search and the arrest.  There was

15    talk of DNA.  There was talk of seizing the sheets.  Well, we

16    know, ladies and gentlemen, that the only person who was

17    ejaculating during these sexual acts was the Defendant.  We

18    didn't need his DNA.  Sorry to put it so crudely.

19          And we also know from the testimony that this didn't

20    happen just at the Tabarre house.  This happened at the Santo

21    location, at Kaye Cazeau, years ago.  This has been years in

22    the making.  It happened in the bathroom and it happened in the

23    living room and it happened in the bedroom.

24          We don't need the DNA evidence because you have the

25    testimony of these boys.  Tell me, ladies and gentlemen, is

Rebuttal Argument by Ms. Medetis                67

1    Dieucibon lying?  Is Jobed lying, too?  What about Peterson

2    Xxxxxx?  And Odelin Xxxxxxxxx?  And Jimmy Xxxxx?  And

3    Schneider?  Jean Ekens Xxxxxx?  And Wadley?  And Josue?  And

4    Ricardo?  And Jorel?  And Carlos?  And Greatest?  And

5    Dominique?  And Xxxx?

6            And what about the boys that didn't testify, like

7    Changlais and Peterson Xxxxx, who you heard about, who had

8    sexual experiences with the Defendant and other people either

9    watching, walking in on it accidentally or having to be in

10   those threesomes?  Were they lying?  Are all those people

11   lying?  What about the XxXxxxxx 30 years ago?

12           Are they to have you believe this is a conspiracy

13   spanning three decades and three continents?  Is that what

14   they're going to have you believe?  That's preposterous.

15   That's absurd.  That defies common sense.

16           You want more corroborating evidence?  Remember what

17   Betty Long said and remember what Janet Knox said.  They saw

18   the heinousness.  The people who were there during the day

19   didn't see it because this all happened under the cover of

20   darkness.

21           The flashlight incident with Betty Long.  You heard

22   about flashlights all day long with Wadley and the other boys.

23   That's what he did.  He'd sneak in, he'd grab them and he'd

24   sexually abuse them.

25           And you want corroboration?  Well, then, you have

Rebuttal Argument by Ms. Medetis                    68

 1   seven or eight bottles of it in this box, the lotion that they
 2   used.
 3               Jorel testified that was the lotion he had to use.
 4   Carlos testified that was the lotion he had to use.  Greatest
 5   testified that was the lotion he had to use.
 6               Here's your corroboration, ladies and gentlemen.
 7   That's the physical evidence that you need.  This man is guilty
 8   beyond a reasonable doubt of the most unspeakable and heinous
 9   crimes against the most innocent and vulnerable.
10               These people had no choice.  These children had no
11   choice, just like the XxXxxxxx, just like Stephen Xxxxx, just
12   like the street kids in Egypt.  They had no choice.  They had
13   nowhere to go.
14               Why would they bite the hand that feeds them unless
15   they know that the hand that feeds them can't get to them?  And
16   that's when they broke and that's when they spoke, when they
17   knew he was in the United States awaiting trial.
18               Without him, they would starve.  Without him, they
19   would have no place to sleep.  Without him, they had nowhere to
20   go.  And he knew it and he took advantage of it.  That's what
21   happened in this case.
22               And that's what the evidence showed, because the
23   evidence isn't just this physical stuff.  It's the testimony
24   from the stand.  You don't need the DNA and the fingerprints
25   because it's been corroborated by victim after victim after

 1   victim.

 2          Boys who didn't even live with each other are telling

 3   you what happened to them.  That is what you need to recall,

 4   the testimony.  The evidence is clear.

 5          It's beyond a reasonable doubt that that man traveled

 6   on October 2nd, 2001; October 30th, 2003; November 27th, 2004;

 7   February 27th, 2006; September 15th, 2009, and that one more

 8   time he tried, but CBP stopped him on May 8th, 2011.

 9          And on every single trip, it was his clear purpose to

10   continue what he had done for years, for decades, for

11   generations:  Engage in illicit sexual conduct and sexual acts

12   with minors in exchange sometimes for trinkets, food and

13   shelter.

14          Ladies and gentlemen, there's one true verdict in this

15   case, and it is guilty as charged in the indictment.  That man

16   is guilty as charged.  Call him what you want.  William

17   Harcourt, Bill Carter, Matthew Andrew Carter.  He's guilty.

18          Let this be the last time that these boys have to tell

19   their story and cry out for help.  Let's this be the last time

20   they have to go through this.

21          How dare they say it's a nightmare for him.  It is a

22   nightmare for them, for those victims that you heard.  And that

23   is the truth.

24          Thank you.

25          THE COURT:  That concludes the closing arguments.

1          In a moment, you are going to receive a copy of the

2     instructions of the law that I am going to give you.  These

3     will be your packet of instructions to refer to as I instruct

4     you on the law and to utilize during your deliberations.

5          THE COURTROOM DEPUTY:  (Tenders documents to the

6     members of the jury.)

7          THE COURT:  Members of the jury, if you would please

8     refer to your instructions as I read them to you.

9          It's my duty to instruct you on the rules of law that

10    you must use in deciding this case.  After I've completed these

11    instructions, you will go to the jury room and begin your

12    discussions, what we call your deliberations.

13         You must decide whether the Government has proved the

14    specific facts necessary to find the Defendant guilty beyond a

15    reasonable doubt.

16         Your decision must be based only on the evidence

17    presented during the trial.  You must not be influenced in any

18    way by either sympathy for or prejudice against the Defendant

19    or the Government.

20         You must follow the law as I explain it, even if you

21    do not agree with the law, and you must follow all of my

22    instructions as a whole.  You must not single out or disregard

23    any of the Court's instructions on the law.

24         The indictment or formal charge against a defendant

25    isn't evidence of guilt.  The law presumes every Defendant is

1    innocent.  The Defendant does not have to prove his innocence

2    or produce any evidence at all.  The Government must prove

3    guilt beyond a reasonable doubt.  If it fails to do so, you

4    must find the Defendant not guilty.

5            The Government's burden of proof is heavy, but it

6    doesn't have to prove a defendant's guilt beyond all possible

7    doubt.  The Government's proof only has to exclude any

8    reasonable doubt concerning the Defendant's guilt.

9            A reasonable doubt is a real doubt based on your

10   reason and common sense after you've carefully and impartially

11   considered all the evidence in the case.

12           Proof beyond a reasonable doubt is proof so convincing

13   that you would be willing to rely and act on it without

14   hesitation in the most important of your own affairs.  If you

15   are convinced that the Defendant has been proved guilty beyond

16   a reasonable doubt, say so.  If you are not convinced, say so.

17           As I said before, you must consider only the evidence

18   that I have admitted in the case.  Evidence includes the

19   testimony of witnesses and the exhibits admitted.  But anything

20   the lawyers say is not evidence and isn't binding on you.

21           You shouldn't assume from anything I've said that I

22   have any opinion about any factual issue in this case.  Except

23   for my instructions to you on the law, you should disregard

24   anything I may have said during the trial in arriving at your

25   own decision about the facts.  Your own recollection and

1    interpretation of the evidence is what matters.

2            In considering the evidence, you may use reasoning and

3    common sense to make deductions and reach conclusions.  You

4    shouldn't be concerned about whether the evidence is direct or

5    circumstantial.

6            Direct evidence is the testimony of a person who

7    asserts that he or she has actual knowledge of a fact, such as

8    an eyewitness.

9            Circumstantial evidence is proof of a chain of facts

10   and circumstances that tend to prove or disprove a fact.

11   There's no legal difference in the weight you may give to

12   either direct or circumstantial evidence.

13           When I say you must consider all the evidence, I don't

14   mean that you must accept all the evidence as true or accurate.

15   You should decide whether you believe what each witness had to

16   say and how important that testimony was.

17           In making that decision, you may believe or disbelieve

18   any witness in whole or in part.  The number of witnesses

19   testifying concerning a particular point doesn't necessarily

20   matter.

21           To decide whether you believe any witness, I suggest

22   that you ask yourself a few questions:  Did the witness impress

23   you as one who was telling the truth?  Did the witness have any

24   particular reason not to tell the truth?  Did the witness have

25   a personal interest in the outcome of the case?  Did the

1    witness seem to have a good memory?  Did the witness have the

2    opportunity and ability to accurately observe the things he or

3    she testified about?  Did the witness appear to understand the

4    questions clearly and answer them directly?  Did the witness's

5    testimony differ from other testimony or other evidence?

6          You should also ask yourself whether there was

7    evidence that a witness testified falsely about an important

8    fact and ask whether there was evidence that at some other time

9    a witness said or did something or didn't say or do something

10   that was different from the testimony the witness gave during

11   this trial.

12         But keep in mind that a simple mistake doesn't mean a

13   witness wasn't telling the truth as he or she remembers it.

14   People naturally tend to forget some things or remember them

15   inaccurately.

16         So if a witness misstated something, you must decide

17   whether it was because of an innocent lapse in memory or an

18   intentional deception.  The significance of your decision may

19   depend on whether the misstatement is about an important fact

20   or about an unimportant detail.

21         A defendant has a right not to testify.  But since the

22   Defendant did testify, you should decide whether you believe

23   the Defendant's testimony in the same way as that of any other

24   witness.

25         You've been permitted to take notes during the trial.

1    Most of you, perhaps all of you, have taken advantage of that

2    opportunity.

3          You must use your notes only as a memory aid during

4    deliberations.  You must not give your notes priority over your

5    independent recollection of the evidence.

6          And you must not allow yourself to be unduly

7    influenced by the notes of other jurors.  I emphasize that

8    notes are not entitled to any greater weight than your memories

9    or impressions about the testimony.

10          During the trial, you heard evidence of acts done by

11    the Defendant on other occasions that may be similar to acts

12    the Defendant is currently charged with.

13          You may consider this evidence for any matter to which

14    it is relevant, including the Defendant's disposition or

15    propensity to commit the offenses that are charged in the

16    indictment.  It is entirely up to the jury to determine what

17    weight, if any, such similar act evidence deserves.

18          In reaching your conclusion, you may consider all of

19    the surrounding facts and circumstances of such testimony and

20    give it such weight as you think it is entitled to receive in

21    light of your experience and knowledge of human affairs.

22          However, you are cautioned that the Defendant is not

23    on trial here for any acts or crimes not alleged in the

24    indictment.

25          The Defendant may not be convicted of the crimes

1    charged in the indictment if you were to find only that he

2    committed other crimes at some other time.

3            You are reminded that, at all times, the Government

4    bears the burden of proving beyond a reasonable doubt that the

5    Defendant committed the offenses charged in the indictment.

6            The indictment charges the Defendant, Matthew Andrew

7    Carter, also known as William Charles Harcourt, also known as

8    Bill Carter, with six separate crimes, called counts.  Each

9    count has a number.  You'll be given a copy of the indictment

10   to refer to during your deliberations.

11           Count 1 charges the Defendant, a United States

12   citizen, with traveling in foreign commerce from the United

13   States to Haiti for the purpose of engaging in any sexual act

14   with a person under 18 years of age.

15           Counts 2 through 5 charge the Defendant, a United

16   States citizen, with traveling in foreign commerce from the

17   United States to Haiti for the purpose of engaging in any

18   illicit sexual conduct with another person under 18 years of

19   age.

20           Count 6 charges the Defendant, a United States

21   citizen, with attempting to travel in foreign commerce from the

22   United States to Haiti for the purpose of engaging in any

23   illicit sexual conduct with another person under 18 years of

24   age.

25           Count 1:  It's a federal crime for a United States

1     citizen to knowingly travel in foreign commerce for the purpose

2     of engaging in a sexual act with a person under 18 years of

3     age.

4              The Defendant can be found guilty of Count 1 only if

5     all the following facts are proved beyond a reasonable doubt:

6                   1:  The Defendant is a United States citizen;

7                   2:  The Defendant traveled in foreign commerce; and,

8                   3:  The Defendant traveled for the purpose of engaging

9     in a sexual act with a person who is under 16 years of age and

10    is at least four years younger than the Defendant, or causing a

11    person under 18 years of age to engage in a sexual act by

12    threatening or placing that person in fear, or causing a person

13    under 18 years of age to engage in a sexual act by using force

14    against that person.

15             The term "sexual act" means contact between the penis

16    and the vulva or the penis and the anus involving penetration,

17    however slight; or contact between the mouth and the penis, the

18    mouth and the vulva, or the mouth and the anus; or the

19    penetration, however slight, of another person's anal or

20    genital opening by a hand, finger or any object with an intent

21    to abuse, humiliate, harass or degrade the person or arouse or

22    gratify the sexual desires of the Defendant or any other

23    person; or an intentional touching, not through the clothing,

24    of the genitalia of a person younger than 16 years old with the

25    intent to abuse, humiliate, harass or degrade the person or

Charge of the Court                              77

1    arouse or gratify the sexual desire of the Defendant or any

2    other person.

3            A person born in the United States is a United States

4    citizen at birth.  A United States passport issued by the

5    Secretary of State to a citizen of the United States is proof

6    of United States citizenship for the period during which the

7    passport is valid.

8            "To travel in foreign commerce" means that the

9    Defendant moved from a place within the United States to a

10   place outside the United States.

11           The Government does not have to prove that the

12   Defendant actually engaged in a sexual act with a person under

13   18 years of age, but must prove that he traveled with the

14   intent to engage in such conduct.  Proof of the Defendant's

15   intent may be established by either direct or circumstantial

16   evidence.

17           The Government does not have to show that the

18   Defendant's only purpose in traveling in foreign commerce was

19   to engage in a sexual act with a person under 18 years of age,

20   but the Government must show that it was one of the motives or

21   purposes for the travel.  In other words, the Government must

22   show that the Defendant's criminal purpose was not merely

23   incidental to the travel.

24           The Government does not have to show that the sexual

25   act is illegal in the country to which the Defendant traveled.

1          Counts 2 through 5:  It's a federal crime for a United

2    States citizen to knowingly travel in foreign commerce for the

3    purpose of engaging in illicit sexual conduct.

4          The Defendant can be found guilty of Counts 2 through

5    5 only if all of the following facts are proved beyond a

6    reasonable doubt as to each count:

7               1:  The Defendant is a United States citizen;

8               2:  The Defendant traveled in foreign commerce; and,

9               3:  The Defendant traveled for the purpose of engaging

10   in illicit sexual conduct.

11         For purposes of this offense, the term "illicit sexual

12   conduct" means a sexual act with a person who is under 16 years

13   of age and is at least four years younger than the Defendant;

14   or causing a person under 18 years of age to engage in a sexual

15   act by threatening or placing that person in fear; or causing a

16   person under 18 years of age to engage a sexual act by using

17   force against that person; or a commercial sex act with a

18   person under 18 years of age.

19         The term "sexual act" means contact between the penis

20   and the vulva or the penis and the anus involving penetration,

21   however slight; or contact between the mouth and the penis, the

22   mouth and the vulva or the mouth and the anus; or the

23   penetration, however slight, of another person's anal or

24   genital opening by a hand, finger or any object with an intent

25   to abuse, humiliate, harass or degrade the person or to arouse

Charge of the Court                                         79

1   or gratify the sexual desire of the Defendant or any other

2   person; or an intentional touching, not through the clothing,

3   of the genitalia of a person younger than 16 years old with the

4   intent to abuse, humiliate, harass or degrade the person or to

5   arouse or gratify the sexual desire of the Defendant or any

6   other person.

7          "Commercial sex act" means any sex act for which

8   anything of value is given to or received by any person.

9          A person born in the United States is a United States

10  citizen at birth.  A United States passport issued by the

11  Secretary of State to a citizen of the United States is proof

12  of United States citizenship for the period during which the

13  passport is valid.

14         "To travel in foreign commerce" means that the

15  Defendant moved from a place within the United States to a

16  place outside the United States.

17         The Government does not have to prove that the

18  Defendant actually engaged in illicit sexual conduct, but must

19  prove that he traveled with the intent to engage in such

20  conduct.  Proof of the Defendant's intent may be established by

21  either direct or circumstantial evidence.

22         The Government does not have to show that the

23  Defendant's only purpose in traveling in foreign commerce was

24  to engage in illicit sexual conduct, but the Government must

25  show that it was one of the motives or purposes for the travel.

Charge of the Court                                80

1    In other words, the Government must show that the Defendant's

2    criminal purpose was not merely incidental to the travel.

3              The Government does not have to show that the illicit

4    sexual conduct is illegal in the country to which the Defendant

5    traveled.

6              Count 6:  In some cases, it's a crime to attempt to

7    commit an offense, even if the attempt fails.  In this case,

8    the Defendant is charged in Count 6 with attempting to travel

9    in foreign commerce for the purpose of engaging in any illicit

10   sexual conduct with another person under 18 years of age.

11             As I instructed you above or earlier for Counts 2

12   through 5, the Defendant can be found guilty of traveling in

13   foreign commerce for the purpose of engaging in any illicit

14   sexual conduct only if all of the following facts are proved

15   beyond a reasonable doubt:

16             1:  The Defendant is a United States citizen;

17             2:  The Defendant traveled in foreign commerce; and,

18             3:  The Defendant traveled for the purpose of engaging

19   in illicit sexual conduct.

20             The Defendant can be found guilty of an attempt to

21   commit that offense only if both of the following facts are

22   proved beyond a reasonable doubt:

23             1:  The Defendant knowingly intended to commit the

24   crime of traveling in foreign commerce for the purpose of

25   engaging in illicit sexual conduct; and,

Charge of the Court                    81

1          2:  The Defendant's intent was strongly corroborated

2   by his taking a substantial step toward committing the crime.

3          A substantial step is an important action leading up

4   to the committing of an offense, not just an inconsequential

5   act.  It must be more than simply preparing.  It must be an act

6   that would normally result in committing the offense.

7          You will see that the indictment charges that a crime

8   was committed on or about a certain date.  The Government

9   doesn't have to prove that the offense occurred on an exact

10  date.  The Government only has to prove beyond a reasonable

11  doubt that the crime was committed on a date reasonably close

12  to the date alleged.

13         The word "knowingly" means that an act was done

14  voluntarily and intentionally and not because of a mistake or

15  by accident.

16         Each count of the indictment charges a separate crime.

17  You must consider each crime and the evidence relating to it

18  separately.  If you find the Defendant guilty or not guilty of

19  one crime, that must not affect your verdict for any other

20  crime.

21         I caution you that the Defendant is on trial only for

22  the specific crimes charged in the indictment.  You're here to

23  determine from the evidence in this case whether the Defendant

24  is guilty or not guilty of those specific crimes.

25         You must never consider punishment in any way to

1    decide whether the Defendant is guilty.  If you find the

2    Defendant is guilty, the punishment is for the Judge alone to

3    decide later.

4          Your verdict, whether guilty or not guilty, must be

5    unanimous.  In other words, you must all agree.  Your

6    deliberations are secret and you'll never have to explain your

7    verdict to anyone.

8          Each of you must decide the case for yourself, but

9    only after fully considering the evidence with the other

10   jurors.  So you must discuss the case with one another and try

11   to reach an agreement.

12         While you're discussing the case, don't hesitate to

13   reexamine your own opinion and change your mind if you become

14   convinced that you are wrong.  But don't give up your honest

15   beliefs just because others think differently or because you

16   simply want to get the case over with.

17         Remember that, in a very real way, you're judges,

18   judges of the facts.  Your only interest is to seek the truth

19   from the evidence in the case.

20         When you get to the jury room, choose one of your

21   members to act as a foreperson.  The foreperson will direct

22   your deliberations and will speak for you in court.

23         A verdict form has been prepared for your convenience.

24   I will read it to you now.

25         United States District Court, Southern District of

Charge of the Court                    83

1    Florida, Case No. 11-20350-CR-Lenard, United States of America

2    versus Matthew Andrew Carter, also known as William Charles

3    Harcourt, also known as Bill Carter, Defendant.

4          Verdict:  We, the jury, in the above-captioned case

5    unanimously find the Defendant, Matthew Andrew Carter, as to

6    Count 1 of the indictment:  A line, guilty; a line, not guilty.

7          As to Count 2 of the indictment:  A line, guilty; a

8    line, not guilty.

9          As to Count 3 of the indictment:  A line, guilty; a

10   line, not guilty.

11         As to Count 4 of the indictment:  A line, guilty; a

12   line, not guilty.

13         As to Count 5 of the indictment:  A line, guilty; a

14   line, not guilty.

15         As to Count 6 of the indictment:  A line, guilty; a

16   line, not guilty.

17         So say we all this blank day of blank, 2013, a line

18   for the foreperson to print his or her name and a line for the

19   foreperson's signature.

20         Take the verdict form with you to the jury room.  When

21   you have all agreed on your verdict, your foreperson must fill

22   in the form in pen, sign it, date it and carry it into the

23   courtroom.  Then you'll return to the courtroom.

24         If you wish to communicate with me at any time, please

25   write down your message or question in pen with the date and

Charge of the Court                                    84

1    the time and give it to the court security officer.

2          The court security officer will bring it to me and

3    I'll respond as promptly as possible either in writing or by

4    talking to you in the courtroom.  But I caution you not to tell

5    me how many jurors have voted one way or the other at that

6    time.

7          At this time all of the jurors except for Kenneth

8    Olsen and Judith Saint-Julien -- those two jurors will remain

9    in the courtroom, please.

10         The remainder of the jurors may proceed to the jury

11   room to begin your deliberations.

12         I will be sending into the jury room for you all of

13   the evidence and a copy of the indictment.

14         (Whereupon, the jury exited the courtroom at

15   12:23 p.m. and the following proceedings were had:)

16         THE COURT:  If you would just remain seated for one

17   moment.

18         You may be seated.

19         Counsel, please approach.

20         (Whereupon, the following proceedings were had at

21   side-bar outside the presence of the jury:)

22         THE COURT:  Any objections to the instructions as

23   given?

24         MR. HOROWITZ:  No, your Honor, other than previously

25   raised during the charge conference.

1          MS. MEDETIS:  No objections from the Government.

2          THE COURT:  Did I give all the instructions that I

3    indicated I would give?

4          MR. HOROWITZ:  Yes, your Honor.

5          MS. MEDETIS:  Yes, your Honor.

6          THE COURT:  As far as the two alternate jurors, I'm

7    going to conditionally release them, tell them they're free to

8    go about their business, that they may not discuss the case

9    with one another or with anyone else in the event that they are

10   called back into service.

11         Any objection?

12         MR. HOROWITZ:  No, your Honor.

13         MS. MEDETIS:  No, your Honor.

14         We would just ask for the additional instruction that

15   we may not have contact with them and they may not have contact

16   with us until this case is over, in case there's any

17   misunderstanding.

18         THE COURT:  I'm also going to indicate to them they're

19   not to have contact or --

20         MR. HOROWITZ:  With the other jurors?

21         THE COURT:  Well, I'm going to tell them they're not

22   to have contact with anyone or talk about the case with anyone

23   until the jury has completed its deliberations.

24         MR. HOROWITZ:  Judge, will you be giving a similar

25   admonition, don't read or consult the Internet?  Because there

1    has been a couple of articles.

2              THE COURT:  Yes.  I will.

3              MR. HOROWITZ:  Thank you, Judge.

4              (Whereupon, the following proceedings were had in open

5    court:)

6              THE COURT:  As alternate jurors, you do not proceed to

7    the jury room to deliberate at this time.

8              I am going to conditionally release you.  What that

9    means is that you will be free to go about your business.  We

10   will, of course, give you the lunch that you've ordered as soon

11   as it gets here.  Any belongings that you have in the jury room

12   will be brought out to you in the lobby.

13             You may not discuss the case either with each other or

14   with anyone else.  You may not have any contact with anyone

15   about the trial, including the attorneys from the case, and you

16   may not read anything about the case in the media, on the

17   Internet or on any access device until such time as the jury

18   has concluded its deliberations.

19             You are free to call my courtroom deputy at any time

20   to find out what the status of the case is, and we will notify

21   you when the jury has concluded its deliberations to tell you

22   that you are totally released.

23             At this time I know that I speak for everybody when I

24   tell you how much we do appreciate your time and attention in

25   this matter.

1          You're going to be exiting the courtroom through the

2    double doors.  And if you would, let the court security officer

3    know if you have anything in the jury room.

4          I think the lunch is supposed to arrive in five

5    minutes.  You're free to wait and get your lunch out in the

6    hall.

7          Please rise for the alternate jurors.

8          If you would, give your notebooks to the court

9    security officer and your juror tags.

10         You're going to be going out through the double doors

11   and Toni Ann will join you out there.  I think she has some

12   attendance forms for you.

13          (Thereupon, the alternate jurors retired from the

14   courtroom and the following proceedings were had:)

15         THE COURT:  You may be seated.

16         Their lunch is supposed to arrive in five minutes.

17   You're going to be on ten-minute standby, but during -- let's

18   say for the next 45 minutes or so, I think that gives you a

19   little bit more time so you can get some lunch, because I

20   expect that they're going to eat their lunch first --

21         MR. ADELSTEIN:  Yes, ma'am.

22         THE COURT:  -- or at least -- I can only think of

23   maybe one jury in 17 years that came back with a verdict before

24   the lunch arrived.  But it did happen once.

25         So then you'll be on ten-minute standby.  Please make

```
 1    sure Toni Ann has all your numbers -- cell phone, beeper -- in
 2    case there are any questions by the jury.
 3              Good job done by both sides.
 4              And we are in recess in this matter.
 5               (Discussion off the record.)
 6              THE COURT:  United States of America versus Matthew
 7    Andrew Carter, Case No. 11-20350.
 8              Counsel, state your appearances, please, for the
 9    record.
10              MS. MEDETIS:  Yes, your Honor.
11              Maria Medetis and Bonnie Kane on behalf of the United
12    States.
13              MR. HOROWITZ:  Good afternoon, your Honor.
14              Phil Horowitz, Stuart Adelstein on behalf of Matthew
15    Carter, who's present before the Court, along with Reginald
16    Hope.
17              THE COURT:  I just wanted to instruct the parties to
18    review all the evidence that's going to be going into the jury
19    room.  I know that you know that process and procedure.  If
20    there are any issues, I am available.
21              But the evidence will be going back as well as the
22    redacted indictment that was supplied by the Government and
23    approved by the Defendant and the verdict form.
24              Okay.  Now we're in recess.  Thank you.
25              MS. MEDETIS:  Yes, your Honor.  Thank you.
```

1            MR. HOROWITZ:  Thank you, Judge.

2             (Thereupon a recess was taken from 12:30 p.m. to

3    1:39 p.m., after which the following proceedings were had:)

4            THE COURT:  Good afternoon.  You may be seated.

5            United States of America versus Matthew Andrew Carter,

6    Case No. 11-20350.

7            Good afternoon.

8            Counsel, state your appearances, please, for the

9    record.

10           MS. MEDETIS:  Good afternoon, your Honor.

11           Maria Medetis and Bonnie Kane on behalf of the United

12   States.

13           With us at counsels' table are Special Agents Larko

14   and Flores of Homeland Security Investigations.

15           THE COURT:  Good afternoon.

16           MR. HOROWITZ:  Good afternoon, your Honor.

17           Phil Horowitz, Stuart Adelstein on behalf of Matthew

18   Carter, who's present before the Court.

19           Also at counsels' table is Reginald Hope.

20           THE COURT:  Good afternoon.

21           Counsel, please approach.

22           (Whereupon, the following proceedings were had at

23   side-bar outside the presence of the jury:)

24           THE COURT:  The jurors indicated they have a verdict.

25   Actually, I haven't gotten a note from them.  They started to

1   send out the verdict, and I sent it back without looking at it.

2   But I'm going to instruct Toni Ann to tell them they need to

3   write me a note if they've indeed reached a verdict.

4            But we have another issue.  One of the alternate

5   jurors is sitting in the courtroom.  So I wanted to bring that

6   to your attention.  He's on the back right, the gentleman who

7   was conditionally released.

8            So, actually, both jurors -- both alternate jurors, I

9   believe, stayed around in the lobby and indicated that they

10  wanted to stay for a while.  So they've been sitting in the

11  lobby.

12           He is now in the courtroom.  So I wanted to bring that

13  to your attention and get the parties' positions.

14           Let me inform Toni Ann to let them know that they have

15  a verdict.

16           MR. HOROWITZ:  Yes, ma'am.

17           MR. ADELSTEIN:  That's fine.

18           THE COURT:  Toni Ann, they need to send me a note that

19  indicates whether or not they've reached a verdict, signed by

20  the foreperson on the form.

21           THE COURTROOM DEPUTY:  Okay, Judge.

22           THE COURT:  You can let them know.  If, indeed, that's

23  where they are, they have to put that in writing.

24           THE COURTROOM DEPUTY:  Yes, Judge.

25           MS. MEDETIS:  Your Honor, as to the alternate jurors

 1   being in the courtroom, the Government does not have a

 2   position.  We defer to the Court.

 3        MR. HOROWITZ:  Judge, I unfortunately do have a

 4   position.  My position is that they should be outside of the

 5   courtroom for the sole purpose that, if there is a conviction

 6   and the jury's polled and this goes where one of the jurors

 7   says "It's not my verdict," they're going to have to come back

 8   and resume the deliberations and we still may need these

 9   alternates.  We don't know.

10        THE COURT:  I think I agree with you, Mr. Horowitz.

11   And this is what I'll do.

12        MR. HOROWITZ:  Maybe Toni Ann can talk to him.

13        MS. MEDETIS:  We can empty out the courtroom and leave

14   the alternates there.  Whatever the Court would like to do.

15        THE COURT:  Let me think for a second.

16        I would propose this -- I'll hear your positions --

17   that, once Toni Ann comes back, I'm going to have her call him

18   out of the courtroom and indicate to him that he needs to be

19   outside the courtroom until such time as the verdict is made

20   public and the jury is polled, at which point, once the verdict

21   is --

22        MR. HOROWITZ:  Does he know they have a verdict?

23        THE COURT:  He doesn't.

24        MR. HOROWITZ:  So I would say to use the word

25   "proceedings" as opposed to "verdict."

```
 1              THE COURT:  What I'll have her do is take him out of
 2   the courtroom and indicate that at this point he can't remain
 3   in the courtroom.  If he wants to be outside, if there comes a
 4   point that he can enter the courtroom, she would let him know.
 5              MR. HOROWITZ:  Perfect.  That's fine.
 6              THE COURT:  Then I would instruct her -- I'll instruct
 7   her that, if, indeed, there is a verdict and the jury is then
 8   polled, that it is the 12th person's verdict, then she can go
 9   out and he can come in at that point.
10              MR. HOROWITZ:  That's fine.
11              MR. ADELSTEIN:  That's fine, Judge.
12              MS. MEDETIS:  Understood, Judge.  Thank you.
13              (Whereupon, the following proceedings were had in open
14   court:)
15              THE COURT:  The jury has sent out a note that reads,
16   "The jury has reached a verdict."
17              So we will bring the jurors in in just a moment, as
18   soon as the courtroom deputy reenters the courtroom.
19               (Thereupon, the courtroom deputy entered the
20   courtroom and the following proceedings were had:)
21              THE COURT:  You can bring the jurors in, please.
22              (Whereupon, the jury entered the courtroom at
23   2:06 p.m. and the following proceedings were had:)
24              THE COURT:  You may be seated.
25              Ladies and gentlemen, I received your note indicating
```

Verdict of the Jury                                        93

1    that you have reached a verdict.  Is that correct?

2              THE JURY:  Yes.

3              THE COURT:  Would you hand the verdict form to the

4    court security officer.

5              THE JURY FOREPERSON:  (Complies.)

6              THE COURT:  Would you publish the verdict form,

7    please.

8              THE COURTROOM DEPUTY:  Yes, Judge.

9              United States District Court, Southern District of

10   Florida, Case No. 11-20350-CR-Lenard, United States of America

11   versus Matthew Andrew Carter, also known as William Charles

12   Harcourt, also known as Bill Carter, Defendant.

13             Verdict:  We, the jury, in the above-captioned case,

14   unanimously find the Defendant, Matthew Andrew Carter, as to

15   Count 1 of the indictment:  Guilty.

16             As to Count 2 of the indictment:  Guilty.

17             As to Count 3 of the indictment:  Guilty.

18             As to Count 4 of the indictment:  Guilty.

19             As to Count 5 of the indictment:  Guilty.

20             As to Count 6 of the indictment:  Guilty.

21             So say we all, this 28th day of February, 2013,

22   foreperson of the jury, Simone Cheong, signed and dated.

23             THE COURT:  Ladies and gentlemen, this concludes your

24   jury service in this matter.  If you would, give your notebooks

25   and your -- strike that.

1              Would you poll the jurors, please.

2              THE COURTROOM DEPUTY:  Yes, your Honor.

3              Ladies and gentlemen of the jury, please answer the

4    following:

5              Juror No. 1, is the verdict as read your verdict?

6              JUROR NO. 1:  Yes.

7              THE COURTROOM DEPUTY:  Juror No. 2, is the verdict as

8    read your verdict?

9              JUROR NO. 2:  Yes.

10             THE COURTROOM DEPUTY:  Juror No. 3, is the verdict as

11   read your verdict?

12             JUROR NO. 3:  Yes.

13             THE COURTROOM DEPUTY:  Juror No. 4, is the verdict as

14   read your verdict?

15             JUROR NO. 4:  Yes.

16             THE COURTROOM DEPUTY:  Juror No. 5, is the verdict as

17   read your verdict?

18             JUROR NO. 5:  Yes.

19             THE COURTROOM DEPUTY:  Juror No. 6, is the verdict as

20   read your verdict?

21             JUROR NO. 6:  Yes.

22             THE COURTROOM DEPUTY:  Juror No. 7, is the verdict as

23   read your verdict?

24             JUROR NO. 7:  Yes.

25             THE COURTROOM DEPUTY:  Juror No. 8, is the verdict as

```
 1    read your verdict?

 2              JUROR NO. 8:  Yes.

 3              THE COURTROOM DEPUTY:  Juror No. 9, is the verdict as

 4    read your verdict?

 5              JUROR NO. 9:  Yes.

 6              THE COURTROOM DEPUTY:  Juror No. 10, is the verdict as

 7    read your verdict?

 8              JUROR NO. 10:  Yes.

 9              THE COURTROOM DEPUTY:  Juror No. 11, is the verdict as

10    read your verdict?

11              JUROR NO. 11:

12              THE COURTROOM DEPUTY:  Juror No. 12, is the verdict as

13    read your verdict?

14              JUROR NO. 12:  Yes.

15              THE COURTROOM DEPUTY:  Thank you.

16              THE COURT:  Ladies and gentlemen, this now completes

17    your service in this particular matter.  You can give your

18    notebooks to the court security officer.  I believe Toni Ann

19    has some attendance sheets for you.  You are dismissed.

20              Please rise for the jury.

21              (Whereupon, the jury exited the courtroom at 2:11 p.m.

22    and the following proceedings were had:)

23              THE COURT:  You may be seated.

24              At this time, based upon the jury's verdict, I'm going

25    to adjudicate the Defendant guilty of Counts 1 through 6 of the
```

```
 1    second superseding indictment.

 2            He's to be referred to the probation office for an

 3    advisory presentence investigation report.  He's to be remanded

 4    to the Bureau of Prisons pending a sentencing date and time,

 5    which we will -- Toni Ann will give to us at this time.

 6            THE COURTROOM DEPUTY:  Monday, May 20th, 2013, at

 7    2:30 p.m.

 8            THE COURT:  Do you anticipate needing more than

 9    30 minutes from either side?

10            MS. MEDETIS:  Yes, your Honor.

11            THE COURT:  How long do you anticipate needing?

12            MS. MEDETIS:  Your Honor, we would estimate an hour in

13    light of the victims' statements that will likely be made.

14            THE COURT:  From the Defendant, any additional time?

15            MR. HOROWITZ:  Judge, yes.  I would say that we do

16    need additional time.  But at this point it's very difficult to

17    say until we see the advisory calculations --

18            THE COURT:  I understand that.

19            But any estimate you can give me of what you think you

20    might need?  An hour?

21            MR. HOROWITZ:  Probably an additional hour, Judge.

22            MR. ADELSTEIN:  Yes.

23            THE COURT:  So I'll set it for two hours at this

24    juncture.  I would ask that, if it's going to be more time than

25    that, that you speak with my courtroom deputy as soon as you
```

```
 1    know so we can schedule accordingly.

 2              MR. ADELSTEIN:  Yes, ma'am.

 3              THE COURT:  One additional matter.

 4              Toni Ann informed me that the jurors wish to speak

 5    with me.  I used to go in after every trial and speak with the

 6    jurors, but I haven't been doing that for the last couple of

 7    years.  But they have asked if I could come into the jury room

 8    and speak with them.

 9              Obviously, I would not discuss anything regarding

10    their verdict or the evidence in the case.  But I wanted to

11    bring that to your attention.

12              MR. ADELSTEIN:  Can we approach very briefly?

13              THE COURT:  Sure.

14              (Whereupon, the following proceedings were had at

15    side-bar outside the presence of the jury:)

16              MR. ADELSTEIN:  I feel a little uncomfortable pending

17    sentencing without knowing what the discussions are --

18              THE COURT:  That's fine.

19              MR. ADELSTEIN:  -- you know.

20              THE COURT:  That's fine.

21              I mean, when I used to go in and talk with the jurors,

22    I would just thank them for their service.  I used to give

23    certificates; so, I'd give them certificates.

24              Sometimes they would -- might say, you know, "Can we

25    come to the sentencing?"  That would be the extent of it.  But
```

```
 1    I would never discuss anything.

 2            But that's fine.  If you feel uncomfortable, then,

 3    by --

 4            MR. ADELSTEIN:  Could we have one second?

 5            (Discussion had off the record amongst counsel.)

 6            MR. ADELSTEIN:  We feel somewhat uncomfortable, Judge.

 7            THE COURT:  I don't have a problem, believe me.

 8            MR. ADELSTEIN:  Okay.

 9            THE COURT:  I'm not insulted.  I don't have a problem

10    with it at all.

11            So I'll just have Toni Ann go in and thank them for

12    their service and just tell them that I'm not able to come in

13    at this time.

14            MR. ADELSTEIN:  Thank you.

15            MR. HOROWITZ:  Thank you, Judge.

16            THE COURT:  They can ask whatever questions they want

17    to ask of her.  If they ask something like "Can we come to the

18    sentencing?", you know, she can tell them the date and they're

19    free to go.

20            MR. ADELSTEIN:  Right.

21            MS. MEDETIS:  Your Honor, for the record, the

22    Government would take no position on that.

23            THE COURT:  Okay.

24            (Whereupon, the following proceedings were had in open

25    court:)
```

1              THE COURT:  Any other matters we need to take up at

2    this time?

3              MR. HOROWITZ:  Yes, Judge.  One other minor matter.

4              On behalf of Mr. Carter, we have a certain amount of

5    time to file post-trial motions.  I'd ask that the time be

6    extended to Monday, March 25th, the reason being I have two

7    appellate briefs due by March 11th and I want to have a

8    sufficient time, in light of the length of the trial, to file

9    those motions.

10             THE COURT:  Any objection?

11             MS. MEDETIS:  No, your Honor.

12             THE COURT:  That motion is -- for extension of time,

13   the motion for new trial will be filed by March 25th.

14             MR. HOROWITZ:  Thank you very much, Judge.

15             THE COURT:  Anything further?

16             MR. ADELSTEIN:  No.

17             MR. HOROWITZ:  No, your Honor.

18             THE COURT:  Thank you.  We're in recess for the day.

19             (Proceedings concluded.)

20                    C E R T I F I C A T E

21             I hereby certify that the foregoing is an accurate
     transcription of the proceedings in the above-entitled matter.

22

23   _____        /s/Lisa Edwards
         DATE            LISA EDWARDS, RDR, CRR
24                       Official United States Court Reporter
                         400 North Miami Avenue, Twelfth Floor
25                       Miami, Florida 33128
                         (305) 523-5499

**'**

**'70s** [4] - 44:4, 44:22, 47:11, 66:7
**'80s** [5] - 44:4, 44:10, 44:23, 47:11, 60:17
**'90s** [3] - 44:5, 44:11, 44:24

**/**

**/s/Lisa** [1] - 99:23

**1**

**1** [26] - 1:8, 8:18, 10:22, 12:6, 15:5, 15:7, 15:15, 16:8, 32:4, 33:10, 38:24, 40:23, 56:13, 75:11, 75:25, 76:4, 76:6, 78:7, 80:16, 80:23, 83:6, 93:15, 94:5, 94:6, 95:25
**10** [6] - 13:15, 13:25, 20:9, 27:8, 95:6, 95:8
**10-year-old** [1] - 63:18
**10:10** [1] - 36:19
**10:19** [1] - 38:12
**11** [6] - 14:13, 20:22, 21:17, 29:16, 95:9, 95:11
**11-20350** [5] - 4:3, 37:11, 57:15, 88:7, 89:6
**11-20350-CR-Lenard** [2] - 83:1, 93:10
**11-20350-CRIMINAL-LENARD** [1] - 1:2
**11:10** [1] - 57:10
**11:33** [1] - 58:10
**11th** [1] - 99:7
**12** [4] - 14:20, 24:9, 95:12, 95:14
**12:23** [1] - 84:15
**12:30** [1] - 89:2
**12th** [2] - 26:9, 92:8
**13** [4] - 14:21, 19:25, 23:13, 26:2
**13-year-old** [1] - 26:18
**14** [19] - 13:5, 13:17, 14:2, 18:10, 18:16, 18:17, 19:3, 19:24, 20:23, 21:15, 22:6,

22:15, 23:14, 23:22, 25:3, 26:5, 28:11, 28:20, 66:3
**1400** [1] - 1:18
**15** [10] - 12:3, 19:10, 19:23, 21:25, 42:12, 42:17, 42:24, 57:7, 57:11, 62:19
**15-minute** [1] - 57:7
**15th** [4] - 8:24, 24:22, 25:22, 69:7
**16** [26] - 7:3, 8:2, 10:19, 11:4, 11:21, 11:25, 12:24, 16:9, 22:16, 23:11, 24:7, 26:4, 27:3, 27:4, 29:12, 30:13, 31:15, 32:2, 53:13, 53:14, 53:20, 54:1, 76:9, 76:24, 78:12, 79:3
**17** [3] - 24:19, 25:2, 87:23
**18** [22] - 11:5, 11:7, 11:25, 16:10, 23:25, 28:18, 29:9, 31:16, 31:17, 32:3, 75:14, 75:18, 75:23, 76:2, 76:11, 76:13, 77:13, 77:19, 78:14, 78:16, 78:18, 80:10
**1910** [1] - 1:24
**1970** [4] - 44:9, 46:5, 49:22, 54:11
**1970s** [3] - 29:18, 29:22, 30:1
**1980** [2] - 49:24, 54:11
**1980s** [2] - 30:1, 30:5
**1990** [1] - 54:11
**1990s** [1] - 50:1
**1995** [8] - 7:9, 7:25, 12:20, 12:21, 13:1, 13:6, 13:12, 62:24
**1999** [4] - 13:6, 13:12, 14:12, 18:24
**20530** [1] - 1:19
**20th** [1] - 96:6
**22** [1] - 52:10
**23** [1] - 53:2
**24** [1] - 53:8
**25th** [2] - 99:6, 99:13
**27th** [8] - 8:23, 20:12, 20:16, 23:10, 23:17, 69:6, 69:7
**28** [1] - 1:5
**28th** [2] - 41:23, 93:21
**29** [1] - 53:1
**2929** [1] - 1:21
**2:06** [1] - 92:23
**2:11** [1] - 95:21

**2000** [1] - 13:25
**2001** [16] - 8:22, 11:1, 12:8, 12:12, 12:15, 12:22, 14:5, 14:7, 14:15, 14:17, 19:24, 44:3, 44:5, 44:11, 62:24, 69:6
**2002** [3] - 21:14, 22:13, 26:5
**2003** [11] - 8:23, 15:9, 17:20, 17:25, 18:3, 18:9, 18:15, 19:1, 19:8, 19:25, 69:6
**2004** [14] - 8:23, 14:2, 20:12, 20:17, 20:21, 20:25, 21:15, 21:24, 21:25, 23:10, 48:18, 48:25, 54:12, 69:6
**2005** [9] - 21:18, 22:1, 22:16, 22:25, 23:22, 24:3, 49:2, 49:6, 54:12
**2006** [9] - 8:23, 24:21, 24:3, 49:8, 49:12, 49:14, 54:12, 64:3, 69:7
**2008** [1] - 28:19
**2009** [10] - 8:24, 24:22, 25:21, 25:23, 26:1, 27:5, 28:19, 49:17, 54:12, 69:7
**2010** [2] - 26:9, 27:7
**2011** [16] - 7:9, 7:25, 9:14, 9:25, 10:3, 12:20, 27:11, 27:20, 28:2, 28:11, 28:13, 44:4, 44:11, 50:9, 50:10, 69:8
**2013** [10] - 1:5, 45:10, 49:11, 49:23, 50:1, 50:2, 56:10, 83:17, 93:21, 96:6
**20530** [1] - 1:19
**20th** [1] - 96:6
**22** [1] - 52:10
**23** [1] - 53:2
**24** [1] - 53:8
**25th** [2] - 99:6, 99:13
**27th** [8] - 8:23, 20:12, 20:16, 23:10, 23:17, 69:6, 69:7
**28** [1] - 1:5
**28th** [2] - 41:23, 93:21
**29** [1] - 53:1
**2929** [1] - 1:21
**2:06** [1] - 92:23
**2:11** [1] - 95:21

**2**

**2** [22] - 15:4, 15:6, 15:13, 16:5, 17:17, 17:19, 33:2, 38:25, 40:24, 56:13, 75:15, 76:7, 78:1, 78:4, 78:8, 80:11, 80:17, 81:1, 83:7, 93:16, 94:7, 94:9
**20** [4] - 40:13, 42:12, 42:17, 42:25

**2:16** [1] - 1:6
**2:30** [1] - 96:7
**2nd** [9] - 8:22, 11:1, 12:8, 12:15, 12:22, 14:14, 14:17, 62:23, 69:6

**3**

**3** [9] - 20:10, 56:13, 76:8, 78:9, 80:18, 83:9, 93:17, 94:10, 94:12
**30** [3] - 40:13, 67:11, 96:9
**305** [2] - 2:3, 99:25
**30th** [6] - 8:23, 17:20, 18:3, 18:9, 20:7, 69:6
**32-G** [2] - 50:25, 51:7
**32-O** [1] - 52:1
**32-P** [1] - 52:5
**33128** [2] - 2:3, 99:25
**33129** [1] - 1:22
**33132** [1] - 1:16
**33156** [1] - 1:25
**35** [2] - 30:14, 44:9
**38** [1] - 3:5
**3rd** [1] - 53:2

**4**

**4** [6] - 23:15, 56:13, 83:11, 93:18, 94:13, 94:15
**40** [2] - 44:9, 50:24
**400** [2] - 2:2, 99:24
**410** [1] - 1:22
**45** [1] - 87:18

**5**

**5** [17] - 8:18, 15:4, 15:6, 15:14, 16:5, 17:17, 24:20, 53:5, 56:13, 75:15, 78:1, 78:5, 80:12, 83:13, 93:19, 94:16, 94:18
**523-5499** [2] - 2:3, 99:25
**58** [1] - 3:6

**6**

**6** [15] - 9:13, 27:10, 27:11, 32:4, 33:2, 33:10, 56:14, 75:20,

80:6, 80:8, 83:15, 93:20, 94:19, 94:21, 95:25
**600** [1] - 1:18

**7**

**7** [3] - 3:4, 94:22, 94:24
**70** [1] - 3:7

**8**

**8** [3] - 23:13, 94:25, 95:2
**8-year-old** [1] - 63:17
**809** [1] - 27:23
**89** [1] - 14:25
**8th** [11] - 9:14, 9:25, 10:3, 27:11, 27:20, 28:2, 28:10, 50:9, 53:3, 69:8

**9**

**9** [6] - 18:25, 24:8, 25:12, 27:8, 95:3, 95:5
**9-year-old** [1] - 63:18
**90** [1] - 14:25
**9130** [1] - 1:24
**93** [1] - 3:8
**99** [2] - 1:8, 1:15
**9:20** [1] - 1:6
**9:23** [1] - 6:20

**A**

**a.m** [6] - 1:6, 6:20, 36:19, 38:12, 57:10, 58:10
**ability** [1] - 73:2
**able** [8] - 13:20, 19:20, 24:5, 26:24, 47:16, 59:25, 98:12
**above-captioned** [2] - 83:4, 93:13
**above-entitled** [1] - 99:21
**absolutely** [8] - 41:16, 41:24, 52:24, 54:12, 55:8, 55:15, 55:22, 56:2
**absurd** [1] - 67:15
**abuse** [34] - 7:17, 7:23, 7:24, 10:21, 12:13, 12:17, 12:18,

14:9, 14:13, 15:11,
16:14, 18:1, 18:4,
20:15, 20:18, 22:5,
23:19, 24:24, 25:25,
29:12, 30:11, 30:12,
30:14, 31:3, 31:21,
32:7, 32:15, 58:20,
59:6, 67:24, 76:21,
76:25, 78:25, 79:4
**abused** [7] - 14:7,
22:14, 27:3, 29:13,
29:16, 29:20, 64:24
**abusing** [6] - 13:9,
14:12, 25:23, 29:25,
30:4, 62:24
**accept** [1] - 72:14
**access** [2] - 57:2,
86:17
**accident** [3] - 40:19,
45:19, 81:15
**accidentally** [1] -
67:9
**accordingly** [1] -
97:1
**accountability** [2] -
47:2, 47:3
**accountable** [1] -
33:6
**accurate** [2] - 72:14,
99:21
**accurately** [1] - 73:2
**accusations** [4] -
46:2, 50:23, 51:10,
65:15
**accuse** [4] - 45:22,
49:20, 55:25, 65:19
**accused** [7] - 38:22,
46:9, 46:11, 49:21,
54:6, 60:20, 65:18
**accuser** [1] - 65:19
**acquitted** [3] - 60:20,
61:7, 64:10
**act** [50] - 8:21, 11:4,
11:5, 11:7, 11:11,
11:12, 11:15, 11:18,
12:9, 16:3, 16:9,
16:11, 16:12, 16:13,
16:16, 17:21, 17:22,
20:13, 20:14, 27:17,
40:6, 40:8, 40:16,
41:2, 42:7, 71:13,
74:17, 75:13, 76:2,
76:9, 76:11, 76:13,
76:15, 77:12, 77:19,
77:25, 78:12, 78:15,
78:16, 78:17, 78:19,
79:7, 81:5, 81:13,
82:21
**action** [1] - 81:3
**actions** [4] - 12:10,

17:24, 59:1, 59:2
**activated** [1] - 6:8
**activity** [1] - 51:7
**acts** [23] - 8:6, 11:24,
16:7, 17:4, 17:12,
17:15, 17:16, 19:7,
21:5, 21:10, 31:10,
31:12, 32:1, 32:6,
32:25, 41:17, 44:3,
63:10, 66:17, 69:11,
74:10, 74:11, 74:23
**actual** [1] - 72:7
**adding** [1] - 15:9
**addition** [2] - 14:16,
64:23
**additional** [6] - 15:9,
85:14, 96:14, 96:16,
96:21, 97:3
**additionally** [6] -
9:10, 10:2, 10:10,
11:13, 24:15, 25:16
**ADELSTEIN** [31] -
1:20, 1:21, 4:20, 6:5,
6:16, 33:13, 33:18,
34:17, 35:7, 35:12,
35:24, 38:1, 38:4,
38:9, 38:15, 48:21,
48:23, 87:21, 90:17,
92:11, 96:22, 97:2,
97:12, 97:16, 97:19,
98:4, 98:6, 98:8,
98:14, 98:20, 99:16
**Adelstein** [10] - 3:5,
4:14, 37:21, 37:25,
38:14, 57:23, 58:16,
65:18, 88:14, 89:17
**adjudicate** [1] -
95:25
**admit** [1] - 61:23
**admits** [2] - 62:4,
62:5
**admitted** [5] - 13:8,
29:24, 30:3, 71:18,
71:19
**admonish** [1] - 33:24
**admonished** [1] -
33:25
**admonition** [1] -
85:25
**adult** [1] - 19:7
**advantage** [2] -
68:20, 74:1
**advice** [1] - 40:16
**advisory** [2] - 96:3,
96:17
**affairs** [3] - 40:7,
71:14, 74:21
**affect** [1] - 81:19
**afternoon** [7] -
88:13, 89:4, 89:7,

89:10, 89:15, 89:16,
89:20
**afterwards** [1] - 39:7
**age** [31] - 11:4, 11:5,
11:7, 11:21, 11:25,
12:23, 16:9, 16:10,
23:11, 24:7, 31:15,
31:16, 31:17, 32:2,
75:14, 75:19, 75:24,
76:3, 76:9, 76:11,
76:13, 77:13, 77:19,
78:13, 78:14, 78:16,
78:18, 80:10
**agencies** [3] - 50:6,
55:13, 56:16
**agency** [1] - 27:23,
53:22, 54:2
**agents** [4] - 49:5,
50:12, 55:3, 55:4
**Agents** [4] - 4:10,
37:17, 57:20, 89:13
**ages** [1] - 14:22
**ago** [10] - 30:14,
41:22, 43:17, 44:9,
44:18, 55:18, 59:11,
66:21, 67:11
**agree** [6] - 24:16,
56:15, 58:16, 70:21,
82:5, 91:10
**agreed** [1] - 83:21
**agreement** [4] -
35:10, 36:22, 53:10,
82:11
**aid** [1] - 74:3
**air** [1] - 63:17
**Airline** [3] - 9:2, 9:18
**airline** [1] - 62:12
**Airlines** [2] - 54:20,
54:21
**airplane** [1] - 50:10
**airports** [1] - 8:19
**allegations** [2] -
49:15, 49:18
**alleged** [3] - 53:4,
74:23, 81:12
**allegedly** [6] - 44:8,
44:10, 46:20, 51:1,
55:11
**allow** [2] - 49:21,
74:6
**alone** [3] - 8:10,
65:20, 82:2
**alternate** [7] - 85:6,
86:6, 87:7, 87:13,
90:4, 90:8, 90:25
**alternates** [2] - 91:9,
91:14
**America** [7] - 4:2,
37:10, 57:14, 83:1,
88:6, 89:5, 93:10

**AMERICA** [1] - 1:4
**American** [3] - 9:2,
9:18, 54:20
**amount** [1] - 99:4
**anal** [8] - 11:20,
11:22, 13:19, 22:8,
31:25, 55:8, 76:19,
78:23
**analyze** [1] - 51:24
**ANDREW** [1] - 1:7
**Andrew** [13] - 4:2,
30:21, 37:11, 56:12,
57:15, 69:17, 75:6,
83:2, 83:5, 88:7, 89:5,
93:11, 93:14
**angry** [1] - 42:14
**ankle** [1] - 45:14
**Ann** [11] - 87:11,
88:1, 90:2, 90:14,
90:18, 91:12, 91:17,
95:18, 96:5, 97:4,
98:11
**answer** [6] - 30:20,
30:25, 59:25, 65:20,
73:4, 94:3
**answered** [1] - 54:10
**anticipate** [2] - 96:8,
96:11
**anus** [5] - 13:20,
76:16, 76:18, 78:20,
78:22
**apologize** [1] - 39:5
**appear** [1] - 73:3
**APPEARANCES** [1] -
1:13
**appearances** [5] -
4:5, 37:13, 57:16,
88:8, 89:8
**appellate** [1] - 99:7
**appreciate** [1] -
86:24
**approach** [4] - 33:13,
84:19, 89:21, 97:12
**approved** [1] - 88:23
**April** [1] - 28:12
**argument** [7] - 34:9,
34:11, 36:24, 43:17,
58:4, 59:10, 60:18
**Argument** [3] - 3:4,
3:5, 3:6
**arguments** [4] -
34:3, 35:11, 44:18,
69:25
**arms** [1] - 37:5
**arouse** [4] - 76:21,
77:1, 78:25, 79:5
**arrest** [5] - 28:5,
50:18, 52:14, 66:12,
66:14
**arrested** [6] - 9:23,

10:4, 28:1, 28:4,
29:10, 50:9
**arresting** [1] - 50:11
**arrive** [2] - 87:4,
87:16
**arrived** [1] - 87:24
**arriving** [2] - 18:11,
71:24
**articles** [1] - 86:1
**asserts** [1] - 72:7
**asset** [1] - 60:10
**ASSISTANT** [1] -
1:15
**associated** [2] -
36:8, 56:24
**assume** [2] - 40:18,
71:21
**assumed** [1] - 62:9
**assumes** [1] - 65:23
**assured** [1] - 63:7
**attempt** [6] - 27:14,
31:25, 50:17, 80:6,
80:7, 80:20
**attempted** [8] - 9:16,
9:25, 10:16, 13:19,
25:8, 27:12, 30:17,
31:8
**attempting** [8] - 8:5,
9:13, 10:3, 28:3,
75:21, 80:8
**attendance** [2] -
87:12, 95:19
**attention** [4] - 86:24,
90:6, 90:13, 97:11
**attesting** [1] - 47:7
**ATTORNEY** [1] -
1:15
**attorneys** [1] - 86:15
**au** [4] - 7:4, 9:20,
10:4, 27:24
**audience** [1] - 34:2
**audit** [1] - 50:3
**autumn** [2] - 19:1,
19:8
**available** [1] - 88:20
**Avenue** [4] - 1:18,
1:21, 2:2, 99:24
**awaiting** [1] - 68:17

**B**

**bad** [2] - 40:19,
41:17
**bag** [1] - 22:9
**baggage** [1] - 9:19
**bar** [4] - 33:17,
84:21, 89:23, 97:15
**based** [8] - 8:12,
10:18, 30:25, 59:18,

66:9, 70:16, 71:9, 95:24

**basic** [1] - 38:21

**basis** [3] - 14:2, 25:24, 52:17

**basketball** [2] - 19:16, 19:20

**bathroom** [2] - 25:8, 66:22

**Battalion** [1] - 53:2

**BCP** [1] - 9:4

**bears** [1] - 75:4

**beat** [2] - 20:6, 64:21

**beating** [1] - 64:23

**beautiful** [1] - 49:16

**became** [1] - 22:15

**become** [1] - 82:13

**bed** [7] - 17:6, 18:13, 24:4, 26:23, 32:24, 51:12, 51:17

**bedding** [1] - 51:16

**bedroom** [9] - 18:12, 18:19, 18:20, 18:21, 23:3, 23:4, 27:9, 50:25, 66:23

**beds** [1] - 63:15

**bedspread** [1] - 51:11

**beeper** [1] - 88:1

**BEFORE** [1] - 1:10

**began** [4] - 13:24, 18:24, 30:14

**begin** [2] - 70:11, 84:11

**beginning** [5] - 8:8, 38:17, 39:14, 41:11, 41:12

**behalf** [11] - 4:8, 4:14, 37:16, 37:21, 57:19, 57:23, 88:11, 88:14, 89:11, 89:17, 99:4

**behave** [1] - 39:2

**behavior** [1] - 39:9

**behind** [1] - 22:8

**beliefs** [1] - 82:15

**belongings** [1] - 86:11

**best** [2] - 21:5, 21:7

**better** [2] - 22:3, 32:14

**Betty** [6] - 20:20, 22:24, 23:1, 49:2, 67:17, 67:21

**between** [13] - 7:8, 7:9, 12:20, 12:21, 13:6, 13:12, 13:21, 44:11, 52:14, 76:15, 76:17, 78:19, 78:21

**beyond** [32] - 8:10,

8:16, 9:7, 9:24, 10:8, 10:23, 15:16, 15:21, 27:15, 33:4, 33:9, 39:11, 40:4, 41:4, 42:5, 43:21, 46:3, 47:23, 59:12, 68:8, 69:5, 70:14, 71:3, 71:6, 71:12, 71:15, 75:4, 76:5, 78:5, 80:15, 80:22, 81:10

**Bill** [5] - 65:19, 69:17, 75:8, 83:3, 93:12

**binding** [1] - 71:20

**birth** [6] - 10:9, 14:24, 54:19, 77:4, 79:10

**bit** [1] - 87:19

**bite** [1] - 68:14

**bitterness** [1] - 55:10

**blank** [2] - 83:17

**blow** [3] - 29:2, 42:18, 55:7

**blue** [1] - 55:1

**board** [3] - 10:3, 28:3, 53:16

**boarded** [4] - 28:6, 28:7, 62:23, 63:8

**boarding** [3] - 9:18, 27:22, 50:10

**boards** [1] - 63:3

**bodies** [1] - 60:19

**bodily** [4] - 41:20, 51:13, 51:17, 55:20

**BONNIE** [1] - 1:17

**Bonnie** [5] - 4:8, 37:16, 57:19, 88:11, 89:11

**Border** [1] - 9:3

**born** [3] - 62:14, 77:3, 79:9

**bother** [1] - 22:12

**bottles** [1] - 68:1

**bought** [1] - 65:22

**Boulevard** [1] - 1:24

**box** [3] - 50:21, 68:1

**boy** [3] - 14:4, 18:12, 23:5

**boy's** [1] - 23:7

**boys** [25] - 7:6, 7:17, 14:22, 19:20, 24:7, 24:10, 27:8, 29:25, 30:15, 31:6, 31:10, 31:12, 32:11, 61:14, 61:25, 62:25, 63:22, 64:1, 64:16, 66:25, 67:6, 67:22, 69:2, 69:8

**boys'** [2] - 23:3, 64:4

**break** [1] - 35:6

**briefly** [3] - 25:3, 33:13, 97:12

**briefs** [1] - 99:7

**bring** [16] - 6:17, 28:16, 38:10, 47:7, 51:16, 55:9, 58:3, 60:8, 61:7, 61:8, 84:2, 90:5, 90:12, 92:17, 92:21, 97:11

**British** [3] - 45:5, 46:6, 55:14

**broader** [1] - 16:12

**broke** [1] - 68:16

**brother** [2] - 21:13, 26:5

**brothers** [2] - 29:19, 44:15

**brought** [3] - 18:20, 48:16, 86:12

**bunch** [1] - 61:12

**burden** [32] - 8:9, 8:10, 8:17, 38:25, 39:1, 39:10, 39:24, 41:8, 42:3, 42:5, 48:2, 56:15, 59:12, 59:13, 59:14, 59:15, 59:16, 59:17, 59:19, 59:20, 60:7, 62:2, 62:11, 62:15, 64:7, 64:12, 66:10, 71:5, 75:4

**Bureau** [1] - 96:4

**business** [4] - 46:8, 65:14, 85:8, 86:9

**butter** [1] - 13:4

**buttocks** [1] - 13:22

**BY** [1] - 2:1

## C

**calculations** [1] - 96:17

**cameras** [2] - 52:6, 52:11

**candies** [1] - 22:10

**Cane/B.L** [1] - 60:24

**cannot** [1] - 47:25

**captioned** [2] - 83:4, 93:13

**car** [2] - 40:19, 45:19

**care** [11] - 7:8, 7:17, 8:2, 12:18, 14:18, 29:17, 31:4, 59:7, 61:25, 62:25, 65:14

**cared** [1] - 22:2

**carefully** [1] - 71:10

**Carlos** [17] - 23:12, 24:8, 25:1, 25:8, 25:10, 25:12, 25:14, 25:16, 25:19, 25:23,

25:25, 26:1, 49:17, 67:4, 68:4

**carried** [1] - 43:21

**carry** [1] - 83:22

**carrying** [1] - 56:15

**Carter** [40] - 4:2, 4:15, 30:21, 37:11, 37:22, 39:2, 39:8, 42:15, 43:2, 43:22, 44:8, 44:19, 46:5, 47:20, 48:3, 48:14, 50:9, 50:16, 53:8, 54:7, 54:18, 56:13, 57:15, 57:24, 65:19, 69:17, 75:7, 75:8, 83:2, 83:3, 83:5, 88:7, 88:15, 89:5, 89:18, 93:11, 93:12, 93:14, 99:4

**CARTER** [1] - 1:7

**Carter's** [1] - 41:10

**Carter/Harcourt/ Joshua** [1] - 60:24

**case** [45] - 8:17, 16:14, 27:19, 33:7, 36:6, 36:12, 39:20, 41:15, 50:9, 56:2, 56:11, 56:22, 57:3, 58:18, 59:12, 59:20, 60:14, 61:9, 61:10, 68:21, 69:15, 70:10, 71:11, 71:18, 71:22, 72:25, 80:7, 81:23, 82:8, 82:10, 82:12, 82:16, 82:19, 83:4, 85:8, 85:16, 85:22, 86:13, 86:15, 86:16, 86:20, 88:2, 93:13, 97:10

**Case** [7] - 4:3, 37:11, 57:15, 83:1, 88:7, 89:6, 93:10

**CASE** [1] - 1:2

**cases** [3] - 39:23, 61:7, 80:6

**cash** [1] - 66:2

**category** [1] - 44:6

**caused** [1] - 31:16

**causes** [1] - 43:14

**causing** [4] - 76:10, 76:12, 78:14, 78:15

**caution** [2] - 81:21, 84:4

**cautioned** [1] - 74:22

**Cazeau** [1] - 66:21

**CBP** [3] - 9:21, 27:21, 69:8

**CD** [1] - 28:22

**cell** [1] - 88:1

**Center** [21] - 7:4,

7:16, 7:23, 10:19, 12:16, 13:7, 13:10, 13:14, 17:13, 18:3, 18:10, 18:16, 18:24, 19:9, 23:21, 26:11, 26:22, 29:13, 31:4, 49:13, 62:18

**center** [11] - 7:11, 19:23, 22:12, 22:22, 22:25, 25:2, 25:4, 25:6, 26:19, 66:4

**center's** [2] - 12:20, 12:21

**certain** [3] - 53:19, 81:8, 99:4

**certainly** [3] - 30:16, 35:15, 41:9

**certificate** [2] - 10:9, 54:19

**certificates** [3] - 14:25, 97:23

**certify** [1] - 99:21

**chain** [1] - 72:9

**chairs** [2] - 36:15, 57:6

**chalkboard** [1] - 55:9

**chance** [1] - 32:14

**change** [2] - 5:4, 82:13

**changed** [1] - 5:9

**Changlais** [1] - 67:7

**character** [1] - 47:7

**Charge** [1] - 3:7

**charge** [3] - 70:24, 75:15, 84:25

**charged** [19] - 8:4, 8:18, 9:13, 15:5, 30:9, 33:1, 33:10, 47:13, 47:14, 61:13, 61:20, 69:15, 69:16, 74:12, 74:15, 75:1, 75:5, 80:8, 81:22

**charges** [8] - 27:11, 44:3, 49:24, 75:6, 75:11, 75:20, 81:7, 81:16

**Charles** [3] - 75:7, 83:2, 93:11

**charts** [1] - 53:22

**check** [1] - 61:2

**checked** [1] - 9:20

**Cheong** [1] - 93:22

**child** [17] - 8:21, 9:15, 11:4, 11:21, 11:24, 12:3, 12:9, 16:8, 16:10, 16:15, 16:21, 17:22, 20:13, 26:18, 28:9, 65:14

**children** [43] - 7:4, 7:5, 7:8, 7:14, 7:23,

7:24, 8:2, 8:7, 10:21, 12:17, 12:23, 13:9, 14:18, 15:3, 16:7, 17:1, 17:10, 21:9, 23:11, 27:1, 29:4, 29:13, 29:20, 29:21, 30:4, 31:3, 31:15, 31:16, 31:19, 31:20, 31:23, 32:1, 32:2, 32:6, 32:7, 32:14, 32:22, 33:4, 46:8, 59:6, 61:20, 63:19, 68:10

**children's** [3] - 16:24, 17:4, 29:17
**choice** [5] - 26:25, 27:1, 68:10, 68:11, 68:12
**Choice** [2] - 40:23, 40:24
**choices** [1] - 40:23
**choose** [1] - 82:20
**choosing** [1] - 59:9
**chose** [1] - 34:21
**circle** [2] - 53:17, 53:18
**circumcised** [1] - 22:2
**circumstances** [2] - 72:10, 74:19
**circumstantial** [5] - 72:5, 72:9, 72:12, 77:15, 79:21
**citizen** [20] - 10:6, 10:11, 10:24, 15:17, 30:21, 54:18, 62:6, 62:13, 75:12, 75:16, 75:21, 76:1, 76:6, 77:4, 77:5, 78:2, 78:7, 79:10, 79:11, 80:16
**citizenship** [5] - 10:7, 10:8, 10:12, 77:6, 79:12
**city** [1] - 26:14
**claim** [1] - 9:19
**clarify** [1] - 60:13
**clean** [1] - 32:23
**clear** [13] - 6:2, 10:21, 11:9, 12:14, 17:9, 18:1, 30:25, 34:16, 60:7, 63:9, 65:22, 69:4, 69:9
**clearly** [2] - 59:25, 73:4
**clock** [1] - 46:4
**close** [4] - 39:20, 40:19, 48:5, 81:11
**closeup** [1] - 52:10
**closing** [10] - 33:21, 34:9, 34:11, 35:11,

36:24, 43:17, 44:18, 58:4, 60:17, 69:25
**Closing** [2] - 3:4, 3:5
**clothed** [1] - 17:10
**clothing** [4] - 17:2, 32:23, 76:23, 79:2
**collages** [1] - 53:18
**colleague** [1] - 8:8
**college** [1] - 54:16
**combined** [1] - 30:12
**coming** [2] - 6:12, 53:3
**commented** [1] - 42:10
**commerce** [15] - 75:12, 75:16, 75:21, 76:1, 76:7, 77:8, 77:18, 78:2, 78:8, 79:14, 79:23, 80:9, 80:13, 80:17, 80:24
**commercial** [2] - 16:9, 16:16, 17:15, 17:22, 20:14, 32:6, 32:25, 78:17, 79:7
**commission** [2] - 27:16, 27:18
**commit** [5] - 30:8, 74:15, 80:7, 80:21, 80:23
**committed** [4] - 75:2, 75:5, 81:8, 81:11
**committing** [3] - 81:2, 81:4, 81:6
**common** [11] - 46:16, 46:23, 61:2, 61:5, 61:6, 61:13, 61:17, 65:16, 67:15, 71:10, 72:3
**communicate** [1] - 83:24
**community** [1] - 60:10
**completed** [2] - 70:10, 85:23
**completes** [1] - 95:16
**compliant** [1] - 32:11
**complies** [1] - 93:5
**comply** [2] - 31:20, 32:13
**comport** [1] - 5:20
**computer** [6] - 6:8, 38:5, 47:16, 49:17, 52:1, 58:6
**computers** [1] - 52:1
**concerned** [3] - 47:3, 47:9, 72:4
**concerning** [4] - 44:13, 45:1, 71:8, 72:19

**concluded** [5] - 55:25, 56:4, 86:18, 86:21, 99:19
**concludes** [2] - 69:25, 93:23
**conclusion** [4] - 30:13, 33:9, 45:4, 74:18
**conclusions** [1] - 72:3
**conditionally** [3] - 85:7, 86:8, 90:7
**conduct** [43] - 8:7, 9:15, 12:10, 15:23, 16:1, 16:3, 16:4, 16:6, 17:21, 17:23, 20:13, 23:18, 24:23, 27:13, 28:8, 34:23, 45:22, 47:21, 48:15, 49:4, 49:18, 56:5, 59:24, 61:13, 61:24, 62:22, 63:5, 63:6, 69:11, 75:18, 75:23, 77:14, 78:3, 78:10, 78:12, 79:18, 79:20, 79:24, 80:4, 80:10, 80:14, 80:19, 80:25
**conference** [1] - 84:25
**confessed** [1] - 47:4
**confronted** [1] - 61:21
**Congress** [1] - 15:8
**consider** [10] - 10:14, 30:6, 30:16, 40:14, 71:17, 72:13, 74:13, 74:18, 81:17, 81:25
**consideration** [1] - 39:5
**considered** [1] - 71:11
**considering** [2] - 72:2, 82:9
**consisted** [2] - 14:9, 44:14
**consistent** [4] - 8:1, 12:22, 32:1, 32:25
**conspiracy** [1] - 67:12
**constant** [1] - 7:5
**Consulate** [1] - 54:25
**consult** [1] - 85:25
**contact** [11] - 36:7, 56:23, 76:15, 76:17, 78:19, 78:21, 85:15, 85:19, 85:22, 86:14
**contains** [1] - 9:5
**continents** [1] -

67:13
**continually** [1] - 34:10
**continue** [5] - 7:17, 45:16, 45:19, 45:23, 69:10
**continued** [15] - 7:20, 12:17, 12:18, 13:16, 14:1, 18:3, 20:14, 20:17, 23:6, 23:24, 25:25, 28:5, 29:5, 32:21, 46:10
**continues** [1] - 63:6
**control** [1] - 59:7
**convenience** [1] - 82:23
**conversation** [1] - 43:19
**convicted** [1] - 74:25
**conviction** [1] - 91:5
**convinced** [3] - 71:15, 71:16, 82:14
**convincing** [2] - 40:5, 71:12
**cook** [2] - 48:8, 48:10
**cookies** [1] - 20:3
**cooking** [1] - 48:7
**cooperate** [1] - 46:1
**cooperated** [2] - 46:6, 54:10
**cooperation** [1] - 46:12
**copies** [1] - 4:18
**copy** [4] - 39:20, 70:1, 75:9, 84:13
**correct** [6] - 5:12, 5:13, 5:15, 8:14, 56:18, 93:1
**corroborate** [8] - 41:16, 41:21, 41:24, 50:22, 51:9, 52:3, 52:16, 55:4
**corroborated** [2] - 68:25, 81:1
**corroborates** [1] - 55:11
**corroborating** [1] - 67:16
**corroboration** [2] - 67:25, 68:6
**corrupt** [1] - 65:8
**counsel** [13] - 4:5, 5:11, 7:2, 15:2, 37:13, 37:23, 57:16, 60:16, 84:19, 88:8, 89:8, 89:21, 98:5
**counsels** [6] - 4:10, 37:18, 57:20, 57:25, 89:13, 89:19

**Count** [36] - 9:13, 10:22, 12:6, 15:5, 15:7, 15:15, 16:8, 17:19, 20:10, 23:15, 24:20, 27:10, 27:11, 56:13, 75:11, 75:20, 75:25, 76:4, 80:6, 80:8, 83:6, 83:7, 83:9, 83:11, 83:13, 83:15, 93:15, 93:16, 93:17, 93:18, 93:19, 93:20
**count** [4] - 14:23, 75:9, 78:6, 81:16
**counted** [1] - 53:13
**countless** [2] - 32:5
**countries** [4] - 30:11, 52:15, 55:14
**country** [9] - 54:6, 55:2, 55:3, 55:13, 65:7, 65:10, 77:25, 80:4
**counts** [13] - 8:4, 8:11, 10:5, 11:12, 11:17, 14:23, 15:5, 33:1, 47:14, 47:20, 60:15, 64:14, 75:8
**Counts** [13] - 8:18, 15:4, 15:6, 15:13, 16:5, 17:17, 32:4, 33:10, 75:15, 78:1, 78:4, 80:11, 95:25
**couple** [2] - 86:1, 97:6
**course** [7] - 33:25, 34:9, 39:6, 43:12, 62:4, 62:5, 86:10
**COURT** [98] - 1:1, 4:1, 4:12, 4:16, 4:22, 4:25, 5:4, 5:14, 5:17, 5:24, 6:1, 6:10, 6:14, 6:17, 6:18, 6:21, 6:24, 15:12, 26:20, 33:15, 34:13, 34:18, 34:25, 35:3, 35:8, 35:14, 35:18, 35:20, 36:3, 36:20, 37:10, 37:19, 37:24, 38:2, 38:6, 38:10, 38:13, 48:22, 56:21, 57:11, 57:14, 58:1, 58:3, 58:8, 58:11, 65:25, 66:13, 69:25, 70:7, 84:16, 84:22, 85:2, 85:6, 85:18, 85:21, 86:2, 86:6, 87:15, 87:22, 88:6, 88:17, 89:4, 89:15, 89:20, 89:24, 90:18, 90:22, 91:10, 91:15, 91:23, 92:1, 92:6, 92:15, 92:21,

92:24, 93:3, 93:6, 93:23, 95:16, 95:23, 96:8, 96:11, 96:14, 96:18, 96:23, 97:3, 97:13, 97:18, 97:20, 98:7, 98:9, 98:16, 98:23, 99:1, 99:10, 99:12, 99:15, 99:18

**court** [14] - 34:1, 35:21, 36:2, 48:12, 82:22, 84:1, 84:2, 86:5, 87:2, 87:8, 92:14, 93:4, 95:18, 98:25

**Court** [19] - 2:1, 3:7, 4:15, 7:1, 30:6, 33:24, 33:25, 34:5, 37:22, 39:13, 44:7, 57:24, 82:25, 88:15, 89:18, 91:2, 91:14, 93:9, 99:24

**Court's** [6] - 40:3, 40:4, 43:4, 43:5, 46:16, 70:23

**COURTROOM** [18] - 70:5, 90:21, 90:24, 93:8, 94:2, 94:7, 94:10, 94:13, 94:16, 94:19, 94:22, 94:25, 95:3, 95:6, 95:9, 95:12, 95:15, 96:6

**courtroom** [39] - 6:19, 33:20, 34:6, 34:20, 35:9, 36:18, 37:3, 38:11, 38:23, 42:2, 42:11, 51:25, 57:9, 58:9, 83:23, 84:4, 84:9, 84:14, 86:19, 87:1, 87:14, 90:5, 90:12, 91:1, 91:5, 91:13, 91:18, 91:19, 92:2, 92:3, 92:4, 92:18, 92:19, 92:20, 92:22, 95:21, 96:25

**Courts** [1] - 46:25
**courts** [1] - 55:21
**cover** [1] - 67:19
**covers** [1] - 16:12
**created** [2] - 7:8, 31:5
**credentials** [2] - 54:15
**credibility** [3] - 59:23, 62:2, 65:2
**crime** [23] - 27:16, 38:23, 47:22, 48:4, 51:19, 51:20, 51:23, 52:13, 54:6, 56:1, 66:6, 75:25, 78:1,

80:6, 80:24, 81:2, 81:7, 81:11, 81:16, 81:17, 81:19, 81:20
**crimes** [7] - 68:9, 74:23, 74:25, 75:2, 75:8, 81:22, 81:24
**criminal** [3] - 39:23, 77:22, 80:2
**CRR** [2] - 2:1, 99:23
**crudely** [1] - 66:18
**cry** [1] - 69:19
**Cuban** [2] - 48:7, 48:8
**Customs** [1] - 9:3
**cycle** [1] - 7:20

# D

**Dadeland** [1] - 1:24
**daily** [2] - 7:24, 52:17
**danger** [1] - 45:20
**dare** [1] - 69:21
**daresay** [2] - 63:19
**darkness** [1] - 67:20
**DATE** [1] - 99:23
**date** [13] - 9:16, 12:11, 17:24, 20:7, 23:10, 81:8, 81:10, 81:11, 81:12, 83:22, 83:25, 96:4, 98:18
**dated** [1] - 93:22
**dates** [14] - 8:22, 9:1, 9:6, 9:9, 9:11, 10:7, 10:12, 10:20, 11:14, 14:24, 15:19, 15:25, 30:18
**David** [2] - 19:22, 29:23
**days** [4] - 10:16, 18:11, 31:8, 47:15
**DC** [1] - 1:19
**dealing** [1] - 47:11
**decades** [4] - 30:11, 31:6, 67:13, 69:10
**decades-long** [1] - 31:6
**December** [2] - 22:13, 26:1
**deception** [1] - 73:18
**decide** [11] - 39:8, 64:13, 64:14, 70:13, 72:15, 72:21, 73:16, 73:22, 82:1, 82:3, 82:8
**decided** [2] - 60:4, 60:5
**decides** [1] - 60:25, 62:3
**deciding** [1] - 70:10

**decision** [7] - 41:2, 41:9, 42:7, 70:16, 71:25, 72:17, 73:18
**decisions** [1] - 60:4
**dedicated** [1] - 7:14
**deductions** [1] - 72:3
**defendant** [4] - 1:8, 38:22, 70:24, 73:21
**DEFENDANT** [1] - 1:20
**Defendant** [228] - 7:3, 7:7, 7:9, 7:13, 7:15, 7:19, 7:25, 8:4, 8:10, 8:15, 8:18, 9:8, 9:10, 9:13, 9:22, 9:25, 10:2, 10:6, 10:10, 10:21, 10:24, 11:2, 11:10, 11:23, 12:2, 12:4, 12:15, 12:16, 12:22, 13:1, 13:3, 13:7, 13:12, 13:15, 13:16, 13:18, 13:19, 13:21, 13:24, 14:1, 14:5, 14:6, 14:10, 14:11, 14:12, 14:17, 15:4, 15:17, 15:22, 15:24, 16:2, 16:15, 16:20, 17:2, 17:3, 17:11, 17:15, 18:2, 18:8, 18:13, 18:15, 18:19, 18:21, 18:22, 19:4, 19:5, 19:6, 19:11, 19:12, 19:14, 19:15, 19:17, 19:18, 19:19, 19:21, 20:1, 20:2, 20:4, 20:5, 20:8, 20:16, 20:17, 20:25, 21:2, 21:6, 21:10, 21:16, 21:19, 21:20, 21:23, 22:1, 22:2, 22:7, 22:10, 22:14, 22:18, 22:19, 22:21, 22:22, 23:2, 23:10, 23:23, 24:3, 24:6, 24:10, 24:13, 24:15, 24:16, 24:17, 24:18, 25:7, 25:9, 25:10, 25:13, 25:15, 25:16, 25:18, 25:23, 25:25, 26:11, 26:17, 26:23, 27:3, 27:7, 27:12, 27:15, 27:20, 27:22, 27:25, 28:2, 28:5, 28:12, 28:14, 28:15, 28:21, 28:22, 28:24, 28:25, 29:3, 29:5, 29:6, 29:7, 29:9, 29:16, 29:17, 29:20, 29:24, 30:3, 30:14, 31:14, 31:23, 32:5,

32:18, 33:3, 33:5, 33:9, 43:7, 58:24, 58:25, 59:19, 60:19, 60:20, 61:8, 64:2, 65:9, 66:17, 67:8, 70:14, 70:18, 70:25, 71:1, 71:4, 71:15, 73:22, 74:11, 74:12, 74:22, 74:25, 75:5, 75:6, 75:11, 75:15, 75:20, 76:4, 76:6, 76:7, 76:8, 76:10, 76:22, 77:1, 77:9, 77:12, 77:25, 78:4, 78:7, 78:8, 78:9, 78:13, 79:1, 79:5, 79:15, 79:18, 80:4, 80:8, 80:12, 80:16, 80:17, 80:18, 80:20, 80:23, 81:18, 81:21, 81:23, 82:1, 82:2, 83:3, 83:5, 88:23, 93:12, 93:14, 95:25, 96:14

**defendant's** [1] - 71:6
**Defendant's** [51] - 7:21, 8:25, 9:4, 9:16, 9:18, 10:7, 10:15, 10:19, 10:20, 11:14, 12:7, 12:10, 12:12, 14:14, 16:23, 17:19, 17:23, 17:25, 18:12, 18:21, 19:2, 20:11, 20:14, 21:22, 23:7, 23:16, 23:18, 24:21, 25:22, 27:9, 28:10, 29:12, 30:4, 30:8, 30:10, 30:12, 30:17, 32:4, 32:15, 33:1, 59:1, 71:8, 73:23, 74:14, 77:14, 77:18, 77:22, 79:20, 79:23, 80:1, 81:1
**defense** [8] - 5:11, 6:11, 15:2, 53:1, 53:2, 59:19, 60:16, 64:6
**Defense** [2] - 52:10, 53:5
**defer** [1] - 91:2
**defies** [1] - 67:15
**defined** [1] - 11:19
**definitely** [1] - 64:3
**degrade** [4] - 76:21, 76:25, 78:25, 79:4
**degrading** [1] - 64:16
**deliberate** [2] - 61:6, 86:7
**deliberations** [12] -

39:6, 70:4, 70:12, 74:4, 75:10, 82:6, 82:22, 84:11, 85:23, 86:18, 86:21, 91:8
**deliver** [1] - 66:2
**demanded** [1] - 59:13
**demands** [1] - 31:20
**demonstration** [1] - 35:10, 36:22
**denied** [1] - 61:23
**DEPARTMENT** [1] - 1:17
**departments** [1] - 55:24
**deported** [2] - 61:18, 61:19
**DEPUTY** [18] - 70:5, 90:21, 90:24, 93:8, 94:2, 94:7, 94:10, 94:13, 94:16, 94:19, 94:22, 94:25, 95:3, 95:6, 95:9, 95:12, 95:15, 96:6
**deputy** [4] - 86:19, 92:18, 92:19, 96:25
**describe** [1] - 52:16
**described** [4] - 15:2, 46:19, 51:4, 51:20
**deserves** [1] - 74:17
**designed** [5] - 42:13, 42:24, 43:2, 59:2, 59:3
**desire** [4] - 31:6, 77:1, 79:1, 79:5
**desires** [2] - 7:6, 76:22
**desperate** [4] - 26:17, 32:9, 61:15, 61:16
**despicable** [1] - 43:19
**despite** [1] - 55:12
**destroyed** [1] - 26:14
**detail** [2] - 54:25, 73:20
**details** [1] - 55:5
**determine** [2] - 74:16, 81:23
**determining** [1] - 30:16
**Detroit** [1] - 49:3
**devastating** [2] - 26:9, 64:19
**device** [3] - 36:11, 57:2, 86:17
**Dieucibon** [9] - 12:25, 13:2, 13:3, 13:5, 13:6, 13:8, 30:2, 67:1

6

Dieucibon's [1] - 13:4

differ [1] - 73:5

difference [2] - 15:21, 72:11

different [6] - 15:7, 16:11, 50:5, 52:3, 73:10

differently [1] - 82:15

difficult [1] - 96:16

dignity [1] - 41:1

dinner [1] - 21:22

direct [6] - 72:4, 72:6, 72:12, 77:15, 79:21, 82:21

directly [1] - 73:4

dirty [1] - 32:16

disagreement [2] - 35:11, 36:23

disbelieve [1] - 72:17

disconnect [1] - 40:25

discuss [10] - 36:6, 42:19, 42:21, 42:22, 56:22, 82:10, 85:8, 86:13, 97:9, 98:1

discussed [1] - 16:7

discussing [1] - 82:12

Discussion [1] - 88:5

discussion [1] - 98:5

discussions [2] - 70:12, 97:17

disgusting [2] - 43:18, 56:6

dismiss [1] - 35:21

dismissed [1] - 95:19

disposition [2] - 30:8, 74:14

disprove [1] - 72:10

dispute [7] - 9:1, 9:17, 10:8, 10:13, 10:15, 11:2, 53:9

disregard [2] - 70:22, 71:23

District [9] - 8:20, 10:1, 10:13, 10:25, 15:18, 82:25, 93:9

DISTRICT [3] - 1:1, 1:1, 1:11

DIVISION [1] - 1:2

DNA [7] - 41:20, 51:16, 55:19, 66:15, 66:18, 66:24, 68:24

doctor [2] - 40:21, 40:22

documents [2] -

54:22, 70:5

Dodo [1] - 24:3

dollar [1] - 24:14

dollars [2] - 16:21

Dominique [6] - 23:13, 24:2, 24:3, 24:5, 49:10, 67:5

donations [2] - 7:11, 7:16

done [7] - 19:19, 34:7, 39:3, 69:10, 74:10, 81:13, 88:3

door [6] - 23:3, 35:21, 45:25, 46:6, 46:12, 61:2

doors [2] - 87:2, 87:10

Doritos [1] - 25:18

double [2] - 87:2, 87:10

doubt [36] - 8:11, 8:16, 9:7, 9:24, 10:8, 10:24, 15:17, 15:22, 27:15, 33:10, 39:12, 40:2, 40:5, 40:13, 41:5, 42:6, 43:22, 46:3, 47:24, 59:12, 68:8, 69:5, 70:15, 71:3, 71:7, 71:8, 71:9, 71:12, 71:16, 75:4, 76:5, 78:6, 80:15, 80:22, 81:11

doubts [1] - 56:9

down [9] - 22:9, 23:3, 24:3, 28:6, 31:23, 32:19, 32:20, 43:13, 83:25

dozens [1] - 7:3

due [1] - 99:7

during [23] - 22:25, 25:21, 33:25, 34:9, 34:11, 39:6, 43:12, 43:16, 44:16, 66:17, 67:18, 70:4, 70:17, 71:24, 73:10, 73:25, 74:3, 74:10, 75:10, 77:6, 79:12, 84:25, 87:17

duty [1] - 70:9

**E**

early [4] - 30:1, 38:18

earthquake [3] - 26:9, 26:10, 26:14

easy [3] - 45:4, 55:25, 64:17

eat [3] - 26:24, 32:10, 87:20

eating [1] - 26:16

educated [1] - 17:11

education [1] - 54:16

EDWARDS [2] - 1:21, 99:23

Edwards [1] - 99:23

Egypt [8] - 30:4, 30:5, 44:13, 54:22, 60:16, 61:18, 61:20, 68:12

Egyptian [4] - 44:23, 45:7, 49:24, 55:15

eight [1] - 68:1

either [22] - 9:11, 9:12, 11:25, 34:5, 35:10, 36:6, 36:22, 39:13, 43:6, 43:12, 45:12, 51:5, 56:22, 62:6, 67:8, 70:18, 72:12, 77:15, 79:21, 84:3, 86:13, 96:9

ejaculating [1] - 66:17

ejaculation [1] - 58:20

Ekens [1] - 22:11, 22:14, 22:18, 22:19, 22:21, 22:22, 22:23, 48:19, 66:1, 67:3

element [4] - 47:19, 47:22, 48:4, 48:13

elements [1] - 48:12

ELMO [2] - 38:2, 38:4

embarrassing [1] - 58:22

embarrassment [1] - 64:20

Embassy [1] - 54:25

embellished [1] - 54:15

embraced [1] - 66:10

emotions [1] - 43:14

emphasize [1] - 74:7

empty [1] - 91:13

end [4] - 38:18, 39:14, 41:15, 56:11

ending [1] - 66:8

enforcement [5] - 46:1, 47:10, 50:6, 55:12, 56:16

engage [29] - 9:15, 11:3, 11:5, 11:7, 11:11, 11:15, 11:23, 12:2, 12:9, 16:1, 17:12, 17:15, 17:20, 19:15, 20:12, 23:17, 24:22, 28:8, 31:17, 63:10, 69:11, 76:11, 76:13, 77:14, 77:19,

78:14, 78:16, 79:19, 79:24

engaged [7] - 7:25, 11:10, 12:22, 16:3, 32:5, 77:12, 79:18

engaging [20] - 8:6, 8:21, 15:22, 27:13, 31:10, 31:11, 47:21, 48:14, 63:4, 75:13, 75:17, 75:22, 76:2, 76:8, 78:3, 78:9, 80:9, 80:13, 80:18, 80:25

England [3] - 29:18, 60:16, 61:11

English [2] - 29:1, 29:4

enjoy [1] - 22:3

entailed [1] - 44:13

enter [2] - 23:3, 92:4

entered [6] - 6:19, 18:19, 27:23, 38:11, 58:9, 92:19, 92:22

entirely [1] - 74:16

entities [4] - 44:20, 56:3

entitled [3] - 74:8, 74:20, 99:21

entry [2] - 9:5, 55:1

envelopes [1] - 66:2

equipment [1] - 54:2

Escamilla [3] - 9:21, 27:21, 27:25

especially [1] - 56:1

ESQ [4] - 1:14, 1:17, 1:20, 1:23

established [6] - 12:14, 18:1, 23:18, 24:23, 77:15, 79:20

estimate [2] - 96:12, 96:19

evening [1] - 4:19

event [2] - 40:14, 85:9

everyday [2] - 31:11, 31:12

evidence [102] - 8:12, 8:13, 9:2, 9:7, 9:17, 9:24, 10:18, 12:6, 17:9, 17:17, 30:7, 30:10, 30:23, 31:1, 33:7, 41:16, 42:9, 43:3, 43:24, 44:4, 44:5, 44:12, 44:13, 44:14, 46:13, 47:11, 47:18, 48:20, 49:7, 49:19, 50:18, 50:20, 50:22, 51:9, 51:15, 51:23, 52:15, 52:18, 55:19, 55:20, 56:8, 58:17, 59:18,

60:14, 62:13, 62:17, 62:18, 63:8, 63:14, 63:15, 64:3, 64:6, 64:8, 64:9, 64:10, 64:15, 65:22, 65:24, 66:9, 66:24, 67:16, 68:7, 68:22, 68:23, 69:4, 70:16, 70:25, 71:2, 71:11, 71:17, 71:18, 71:20, 72:1, 72:2, 72:4, 72:6, 72:9, 72:12, 72:13, 72:14, 73:5, 73:7, 73:8, 74:5, 74:10, 74:13, 74:17, 77:16, 79:21, 81:17, 81:23, 82:9, 82:19, 84:13, 88:18, 88:21, 97:10

exact [1] - 81:9

exactly [5] - 48:21, 49:11, 53:20, 56:16, 63:20

exaggerated [1] - 54:15

examine [5] - 43:3, 51:16, 52:6, 52:12, 56:7

examined [1] - 50:4

example [3] - 12:2, 40:12, 40:18

exceeded [3] - 8:16, 59:17, 62:16

exceedingly [1] - 10:20

except [2] - 71:22, 84:7

exchange [10] - 16:21, 17:4, 21:9, 22:19, 23:25, 24:17, 25:17, 28:21, 32:22, 69:12

exclude [1] - 71:7

exclusion [5] - 39:11, 41:5, 43:22, 46:3, 47:24

excuse [5] - 8:15, 9:9, 12:21, 20:4, 60:2

executed [1] - 51:19

executing [1] - 50:13

execution [1] - 52:14

Exhibit [6] - 50:25, 52:10, 53:1, 53:2, 53:5, 53:8

exhibit [1] - 53:16

exhibited [1] - 51:7

Exhibits [1] - 14:25

exhibits [2] - 8:12, 71:19

exit [1] - 55:2

exited [4] - 36:18,

7

57:9, 84:14, 95:21
**exiting** [1] - 87:1
**expanded** [2] - 15:8
**expect** [1] - 87:20
**experience** [2] - 22:5, 74:21
**experiences** [3] - 64:17, 65:3, 67:8
**explain** [4] - 51:22, 54:25, 70:20, 82:6
**explained** [2] - 8:8, 40:13
**explanation** [1] - 60:2
**exploit** [1] - 65:11
**exploited** [1] - 32:12
**express** [1] - 7:10
**extended** [1] - 99:6
**extension** [1] - 99:12
**extent** [1] - 97:25
**extra** [1] - 24:14
**eye** [1] - 43:13
**eyes** [1] - 34:15
**eyewitness** [1] - 72:8

## F

**fact** [7] - 34:8, 55:12, 64:2, 72:7, 72:10, 73:8, 73:19
**facts** [11] - 48:20, 65:23, 70:14, 71:25, 72:9, 74:19, 76:5, 78:5, 80:14, 80:21, 82:18
**factual** [1] - 71:22
**failed** [3] - 48:2, 56:14
**fails** [2] - 71:3, 80:7
**fall** [1] - 25:21
**false** [2] - 46:2, 65:15
**falsely** [3] - 62:10, 65:18, 73:7
**familiar** [1] - 48:7
**family** [4] - 21:19, 26:13, 26:15, 42:23
**fancy** [1] - 38:4
**far** [1] - 85:6
**fate** [1] - 39:8
**fault** [1] - 41:25
**fear** [7] - 11:6, 12:1, 12:5, 31:18, 32:3, 76:12, 78:15
**February** [10] - 1:5, 8:23, 22:25, 23:17, 23:21, 38:18, 39:14, 41:23, 69:7, 93:21
**fed** [1] - 17:10
**federal** [5] - 49:5,

54:2, 55:3, 75:25, 78:1
**feeding** [1] - 21:11
**feeds** [2] - 68:14, 68:15
**fees** [1] - 16:24
**few** [5] - 43:17, 44:18, 60:13, 65:6, 72:22
**file** [2] - 99:5, 99:8
**filed** [1] - 99:13
**fill** [1] - 83:21
**final** [2] - 48:6, 58:4
**finally** [2] - 14:3, 27:6
**fine** [11] - 6:1, 35:7, 35:23, 36:25, 90:17, 92:5, 92:10, 92:11, 97:18, 97:20, 98:2
**finger** [3] - 11:22, 76:20, 78:24
**fingernails** [1] - 55:9
**fingerprint** [1] - 55:19
**fingerprints** [2] - 41:20, 68:24
**fire** [1] - 45:18
**firemen** [1] - 45:17
**firing** [1] - 31:22
**first** [11] - 10:24, 11:1, 13:14, 15:14, 16:6, 18:18, 29:14, 34:13, 39:14, 65:6, 87:20
**five** [14] - 8:22, 9:5, 9:9, 9:11, 14:23, 35:6, 36:5, 36:17, 37:7, 41:23, 50:5, 66:13, 87:4, 87:16
**five-minute** [2] - 35:6, 36:5
**flashlight** [5] - 18:20, 23:2, 23:7, 67:21
**flashlights** [1] - 67:22
**Flight** [1] - 27:23
**flight** [1] - 28:6
**Floor** [2] - 2:2, 99:24
**Flores** [4] - 4:11, 37:17, 57:20, 89:14
**FLORIDA** [1] - 1:1
**Florida** [15] - 1:4, 1:16, 1:22, 1:25, 2:3, 8:20, 10:1, 10:13, 10:25, 15:18, 44:24, 45:9, 83:1, 93:10, 99:25
**fluid** [1] - 51:14
**fluids** [3] - 41:20, 51:17, 55:20

**focus** [2] - 60:23, 64:8
**folks** [8] - 38:16, 39:17, 43:8, 49:13, 50:15, 51:15, 54:8, 54:17
**follow** [5] - 47:25, 56:8, 56:18, 70:20, 70:21
**following** [26] - 6:20, 33:16, 36:1, 36:19, 37:9, 38:12, 57:10, 57:13, 58:10, 76:5, 78:5, 80:14, 80:21, 84:15, 84:20, 86:4, 87:14, 89:3, 89:22, 92:13, 92:20, 92:23, 94:4, 95:22, 97:14, 98:24
**food** [7] - 17:2, 20:6, 26:15, 32:23, 48:8, 48:11, 69:12
**FOR** [2] - 1:14, 1:20
**force** [8] - 11:8, 12:1, 12:5, 31:18, 32:3, 63:16, 76:13, 78:17
**forced** [3] - 18:22, 25:14, 26:13
**forcibly** [4] - 13:1, 24:4, 25:7, 25:9
**forcing** [1] - 19:5
**foregoing** [1] - 99:21
**foreign** [15] - 75:12, 75:16, 75:21, 76:1, 76:7, 77:8, 77:18, 78:2, 78:8, 79:14, 79:23, 80:9, 80:13, 80:17, 80:24
**FOREPERSON** [1] - 93:5
**foreperson** [6] - 82:21, 83:18, 83:21, 90:20, 93:22
**foreperson's** [1] - 83:19
**forget** [7] - 13:18, 14:19, 23:12, 24:7, 29:11, 60:22, 73:14
**forgot** [7] - 44:16, 44:17, 48:18, 48:23, 49:2, 49:8, 49:16
**form** [7] - 82:23, 83:20, 83:22, 88:23, 90:20, 93:3, 93:6
**formal** [1] - 70:24
**former** [6] - 13:11, 18:6, 20:20, 22:24, 30:2, 30:24
**forms** [1] - 87:12
**Fort** [2] - 8:19, 9:12

**forth** [3] - 59:5, 62:4
**four** [14] - 11:19, 15:19, 41:18, 41:22, 42:25, 50:7, 51:21, 52:3, 53:10, 55:17, 55:23, 56:7, 76:10, 78:13
**fourth** [2] - 16:9, 61:3
**Fourth** [1] - 1:15
**free** [6] - 17:13, 85:7, 86:9, 86:19, 87:5, 98:19
**freedom** [1] - 40:1
**frequently** [1] - 25:13
**friend** [2] - 40:18, 40:19
**front** [1] - 63:17
**fully** [1] - 82:9
**fund** [1] - 7:7

## G

**gallery** [3] - 35:9, 35:17, 36:21
**game** [1] - 24:1
**games** [1] - 17:2
**gate** [1] - 27:23
**generations** [1] - 69:11
**genital** [2] - 76:20, 78:24
**genitalia** [3] - 11:20, 76:24, 79:3
**gentleman** [1] - 90:6
**gentlemen** [26] - 6:22, 7:1, 8:14, 8:25, 10:18, 11:9, 17:6, 21:21, 29:3, 29:11, 30:20, 33:3, 36:4, 60:13, 61:17, 62:14, 63:25, 65:6, 66:16, 66:25, 68:6, 69:14, 92:25, 93:23, 94:3, 95:16
**gestures** [1] - 37:1
**getup** [1] - 53:6
**gifts** [1] - 22:20
**given** [4] - 16:18, 75:9, 79:8, 84:23
**glued** [1] - 34:15
**God** [1] - 40:24
**gourdes** [1] - 16:21
**GOVERNMENT** [1] - 1:14
**Government** [69] - 5:10, 6:4, 8:15, 8:16, 12:7, 16:2, 27:14,

34:3, 34:11, 34:18, 39:1, 41:7, 42:4, 43:18, 43:20, 43:25, 44:16, 44:17, 44:19, 44:23, 45:5, 45:7, 45:8, 47:4, 47:8, 47:23, 48:1, 48:13, 48:24, 49:5, 49:10, 49:12, 49:21, 50:13, 51:22, 52:8, 52:19, 53:15, 53:21, 54:3, 54:14, 54:24, 56:14, 58:24, 59:10, 59:14, 60:1, 60:19, 70:13, 70:19, 71:2, 75:3, 77:11, 77:17, 77:20, 77:21, 77:24, 79:17, 79:22, 79:24, 80:1, 80:3, 81:8, 81:10, 85:1, 88:22, 91:1, 98:22
**Government's** [8] - 8:9, 14:25, 33:21, 50:25, 64:12, 71:5, 71:7
**Governments** [4] - 55:20, 55:24, 56:4, 56:16
**governments** [2] - 52:4, 55:13
**grab** [1] - 67:23
**grabbed** [2] - 22:7, 31:24
**gratify** [4] - 76:22, 77:1, 79:1, 79:5
**greater** [1] - 74:8
**Greatest** [6] - 28:18, 28:22, 28:24, 29:5, 67:4, 68:4
**Greatest's** [1] - 29:1
**ground** [1] - 17:8
**guilt** [4] - 70:25, 71:3, 71:6, 71:8
**guilty** [56] - 8:10, 8:16, 33:9, 44:19, 44:21, 44:22, 44:23, 45:6, 45:8, 45:9, 46:7, 47:1, 48:3, 49:22, 49:25, 50:1, 56:13, 66:8, 68:7, 69:15, 69:16, 69:17, 70:14, 71:4, 71:15, 76:4, 78:4, 80:12, 80:20, 81:18, 81:24, 82:1, 82:2, 82:4, 83:6, 83:7, 83:8, 83:9, 83:10, 83:11, 83:12, 83:13, 83:14, 83:15, 83:16, 93:15, 93:16, 93:17, 93:18, 93:19, 93:20,

95:25
**gun** [4] - 31:22, 45:13, 63:17
**guy** [2] - 41:14, 50:4

# H

**hair** [1] - 40:11
**Haiti** [46] - 7:4, 7:10, 7:15, 7:22, 8:5, 8:20, 9:8, 9:11, 9:14, 9:20, 9:23, 10:1, 10:4, 10:13, 10:17, 11:1, 14:14, 15:19, 18:8, 20:16, 26:10, 27:12, 27:24, 28:3, 28:6, 28:8, 30:1, 30:21, 31:2, 31:11, 54:22, 54:25, 59:5, 59:6, 60:17, 61:14, 62:5, 62:22, 63:4, 63:5, 65:5, 65:9, 65:10, 75:13, 75:17, 75:22
**Haitian** [13] - 7:14, 9:5, 16:21, 48:19, 48:24, 49:10, 49:12, 49:18, 50:12, 52:8, 55:15, 65:21, 66:2
**half** [1] - 55:17
**hall** [1] - 87:6
**hallway** [1] - 23:3
**hand** [6] - 11:22, 68:14, 68:15, 76:20, 78:24, 93:3
**handheld** [1] - 38:2
**handle** [1] - 39:23
**hands** [5] - 25:10, 32:18, 32:19, 47:15
**handwritten** [1] - 47:17
**harass** [4] - 76:21, 76:25, 78:25, 79:4
**Harcourt** [4] - 69:17, 75:7, 83:3, 93:12
**Harrington** [1] - 60:24
**hate** [2] - 33:18, 33:19
**Haven** [4] - 44:14, 44:24, 45:8, 50:1
**head** [7] - 33:21, 34:2, 34:10, 35:3, 37:5, 40:11, 43:13
**headed** [1] - 10:4
**hear** [3] - 45:3, 50:7, 91:16
**heard** [27] - 8:13, 12:19, 18:5, 18:6, 20:19, 23:5, 30:23,

41:17, 42:16, 49:24, 56:16, 56:17, 58:17, 58:19, 58:20, 63:14, 63:15, 63:21, 64:16, 67:7, 67:21, 69:22, 74:10
**heavy** [1] - 71:5
**heinous** [6] - 56:1, 58:18, 58:21, 59:2, 66:6, 68:8
**heinousness** [2] - 62:22, 67:18
**held** [2] - 31:24, 33:5
**hell** [2] - 46:7, 51:1
**help** [3] - 60:25, 61:15, 69:19
**helping** [2] - 7:14, 46:8
**hereby** [1] - 99:21
**hesitate** [3] - 40:9, 42:6, 82:12
**hesitation** [4] - 40:6, 40:17, 41:3, 71:14
**hide** [3] - 46:12, 47:8, 54:13
**hiding** [1] - 45:6
**high** [4] - 39:11, 39:25, 42:5
**highly** [1] - 34:1
**himself** [5] - 9:10, 10:2, 28:2, 32:20, 59:24
**hold** [3] - 59:13, 59:14, 59:15
**holding** [1] - 25:10
**holler** [1] - 23:5
**home** [6] - 26:15, 29:17, 31:19, 32:13, 32:17, 39:18
**Homeland** [7] - 4:11, 37:17, 49:6, 50:13, 52:7, 52:11, 89:14
**honest** [1] - 82:14
**honestly** [1] - 34:6
**Honor** [42] - 4:7, 4:13, 4:21, 4:24, 5:1, 5:13, 5:19, 6:4, 6:6, 6:13, 6:18, 6:25, 34:19, 35:12, 35:15, 37:15, 37:20, 38:20, 39:15, 39:19, 57:18, 57:22, 58:2, 58:6, 58:13, 84:24, 85:4, 85:5, 85:12, 85:13, 88:10, 88:13, 88:25, 89:10, 89:16, 90:25, 94:2, 96:10, 96:12, 98:21, 99:11, 99:17
**Honor's** [3] - 6:9, 47:25, 56:8

**HONORABLE** [1] - 1:10
**Hope** [4] - 37:23, 57:25, 88:16, 89:19
**hopes** [1] - 60:23
**HOROWITZ** [36] - 1:23, 4:13, 4:21, 4:24, 5:13, 5:25, 15:10, 35:1, 35:13, 35:23, 35:25, 37:20, 57:22, 65:23, 84:24, 85:4, 85:12, 85:20, 85:24, 86:3, 88:13, 89:1, 89:16, 90:16, 91:3, 91:12, 91:22, 91:24, 92:5, 92:10, 96:15, 96:21, 98:15, 99:3, 99:14, 99:17
**Horowitz** [10] - 4:14, 34:8, 37:21, 41:14, 51:8, 55:17, 57:23, 88:14, 89:17, 91:10
**horrible** [2] - 26:12, 46:19
**horror** [1] - 62:21
**hospital** [1] - 40:20
**hour** [4] - 23:6, 96:12, 96:20, 96:21
**hours** [1] - 96:23
**house** [12] - 17:5, 21:15, 21:18, 22:6, 22:16, 23:1, 25:5, 25:7, 25:8, 26:23, 32:24, 66:20
**House** [1] - 61:11
**housed** [2] - 7:3, 17:10
**housemother** [6] - 60:3, 60:6, 60:7, 60:11
**human** [1] - 74:21
**humiliate** [4] - 76:21, 76:25, 78:25, 79:4
**humiliating** [3] - 58:23, 64:16, 64:19
**hurt** [2] - 45:15, 45:18

# I

**idea** [2] - 54:3, 64:10
**identical** [2] - 15:14, 65:1
**ignore** [1] - 60:16
**illegal** [10] - 8:6, 8:21, 11:15, 12:9, 16:7, 17:21, 20:13, 62:6, 77:25, 80:4
**illicit** [30] - 8:6, 9:15,

15:23, 16:1, 16:3, 16:4, 16:6, 17:21, 20:12, 23:17, 24:22, 27:13, 28:8, 47:21, 48:14, 56:4, 61:24, 69:11, 75:18, 75:23, 78:3, 78:10, 78:11, 79:18, 79:24, 80:3, 80:9, 80:13, 80:19, 80:25
**immediately** [3] - 36:13, 40:9, 57:4
**impartially** [1] - 71:10
**important** [11] - 39:15, 39:21, 40:7, 40:15, 41:9, 61:5, 71:14, 72:16, 73:7, 73:19, 81:3
**importantly** [1] - 15:1
**impoverished** [1] - 31:3
**impress** [1] - 72:22
**impressions** [1] - 74:9
**improper** [5] - 34:1, 45:22, 49:1, 49:4, 49:18
**improved** [1] - 28:25
**inaccurately** [1] - 73:15
**incident** [3] - 19:14, 25:14, 67:21
**incidental** [2] - 77:23, 80:2
**incidents** [1] - 46:19
**include** [1] - 16:23
**includes** [5] - 16:13, 16:19, 17:1, 17:5, 71:18
**including** [10] - 9:2, 16:8, 19:13, 30:7, 36:10, 42:12, 42:17, 57:1, 74:14, 86:15
**inconsequential** [1] - 81:4
**incriminating** [1] - 50:18
**indeed** [3] - 90:3, 90:22, 92:7
**independent** [1] - 74:5
**indicate** [3] - 85:18, 91:18, 92:2
**indicated** [3] - 85:3, 89:24, 90:9
**indicates** [1] - 90:19
**indicating** [1] - 92:25
**indictment** [36] -

5:11, 5:18, 5:21, 5:23, 8:11, 30:9, 33:11, 44:3, 60:15, 64:14, 69:15, 70:24, 74:16, 74:24, 75:1, 75:5, 75:6, 75:9, 81:7, 81:16, 81:22, 83:6, 83:7, 83:9, 83:11, 83:13, 83:15, 84:13, 88:22, 93:15, 93:16, 93:17, 93:18, 93:19, 93:20, 96:1
**Indictment** [1] - 5:15
**individual** [1] - 65:3
**individuals** [1] - 43:1
**inexpressible** [1] - 33:5
**influenced** [2] - 43:6, 70:17, 74:7
**inform** [2] - 35:9, 90:14
**informed** [1] - 97:4
**ingredients** [4] - 48:5, 48:9, 48:10, 48:12
**injured** [2] - 45:15, 45:18
**innocence** [1] - 71:1
**innocent** [6] - 38:23, 42:3, 51:25, 68:9, 71:1, 73:17
**insert** [1] - 13:19
**insignificant** [1] - 55:5
**inspect** [1] - 52:2
**inspected** [1] - 50:4
**instead** [1] - 47:17
**instruct** [11] - 30:6, 35:8, 36:13, 44:8, 57:4, 70:3, 70:9, 88:17, 90:2, 92:6
**instructed** [1] - 80:11
**instruction** [4] - 4:18, 5:5, 43:5, 85:14
**instructions** [19] - 4:25, 5:6, 5:22, 39:19, 43:9, 48:1, 56:9, 56:19, 58:5, 61:4, 70:2, 70:3, 70:8, 70:11, 70:22, 70:23, 71:23, 84:22, 85:2
**insulted** [1] - 85:9
**intended** [6] - 10:21, 11:11, 11:23, 12:2, 12:5, 80:23
**intent** [11] - 31:7, 63:1, 76:20, 76:25, 77:14, 77:15, 78:24, 79:4, 79:19, 79:20,

81:1

**intentional** [3] - 73:18, 76:23, 79:2
**intentionally** [2] - 11:20, 81:14
**interest** [2] - 72:25, 82:18
**interesting** [3] - 43:4, 50:8, 53:15
**Internet** [4] - 36:11, 57:1, 85:25, 86:17
**interpretation** [1] - 72:1
**interpreted** [1] - 33:19
**interpreter** [5] - 33:19, 33:23, 33:24, 34:1, 34:10
**interpreters** [1] - 34:20
**introduced** [2] - 54:18, 54:19
**invariably** [1] - 48:9
**invest** [1] - 55:14
**investigated** [7] - 45:5, 45:7, 45:9, 48:25, 55:15, 55:21, 60:19
**investigation** [2] - 49:14, 96:3
**investigations** [3] - 64:5, 64:6, 64:9
**Investigations** [3] - 4:11, 37:18, 89:14
**invite** [1] - 34:19
**involved** [1] - 56:4
**involving** [2] - 76:16, 78:20
**iPod** [2] - 28:15, 28:17
**iPods** [1] - 17:3
**irritate** [1] - 42:13
**IRS** [1] - 50:3
**issue** [4] - 5:2, 10:15, 71:22, 90:4
**issued** [2] - 77:4, 79:10
**issues** [1] - 88:20
**item** [2] - 51:14
**items** [3] - 17:3, 52:2, 55:11
**itself** [3] - 55:5, 66:6, 66:7

## J

**Janet** [3] - 18:6, 18:9, 67:17
**January** [3] - 26:9,

38:18, 39:14
**Jean** [13] - 12:25, 22:11, 22:14, 22:18, 22:19, 22:21, 22:22, 22:23, 48:19, 65:22, 66:1, 67:3
**Jetway** [4] - 9:22, 27:23, 27:24, 28:6
**Jhonny** [1] - 22:13
**Jimmy** [17] - 14:19, 18:23, 19:2, 19:5, 19:6, 19:7, 21:24, 22:1, 22:3, 24:15, 24:16, 24:17, 24:18, 53:5, 67:2
**JOAN** [1] - 1:10
**job** [11] - 29:2, 42:18, 45:16, 45:19, 45:21, 45:23, 55:7, 59:11, 59:14, 88:3
**Jobed** [7] - 13:12, 13:13, 13:16, 13:19, 13:20, 67:1
**Jobed's** [4] - 13:14, 13:20, 13:21, 63:11
**join** [1] - 87:11
**Jorel** [11] - 21:13, 26:3, 26:8, 26:10, 26:13, 26:15, 26:21, 26:25, 28:11, 67:4, 68:3
**Josue** [8] - 21:12, 21:15, 21:17, 21:19, 21:20, 21:23, 26:5, 67:3
**José** [1] - 9:21
**JUDGE** [1] - 1:11
**Judge** [22] - 5:16, 5:25, 34:7, 35:13, 35:25, 38:20, 39:7, 43:9, 56:19, 82:2, 86:3, 89:1, 90:21, 90:24, 92:11, 92:12, 93:8, 96:21, 98:6, 98:15, 99:3, 99:14
**judge** [10] - 35:1, 40:11, 40:18, 59:22, 59:23, 62:2, 65:2, 85:24, 91:3, 96:15
**judges** [2] - 82:17, 82:18
**Judith** [1] - 84:8
**Julien** [1] - 84:8
**jump** [1] - 45:4
**juncture** [1] - 96:24
**juror** [2] - 87:9, 95:3
**Juror** [11] - 94:5, 94:7, 94:10, 94:13, 94:16, 94:19, 94:22, 94:25, 95:6, 95:9,

95:12
**JUROR** [12] - 94:6, 94:9, 94:12, 94:15, 94:18, 94:21, 94:24, 95:2, 95:5, 95:8, 95:11, 95:14
**jurors** [31] - 5:5, 6:17, 34:14, 35:6, 38:10, 38:19, 58:3, 74:7, 82:10, 84:5, 84:7, 84:8, 84:10, 85:6, 85:20, 86:6, 87:7, 87:13, 89:24, 90:5, 90:8, 90:25, 91:6, 92:17, 92:21, 94:1, 97:4, 97:6, 97:21
**Jury** [1] - 3:8
**jury** [53] - 4:18, 5:21, 6:19, 7:2, 30:19, 33:17, 34:4, 35:22, 36:16, 36:18, 38:11, 46:17, 56:12, 57:7, 57:9, 58:5, 58:9, 61:4, 61:6, 70:6, 70:7, 70:11, 74:16, 82:20, 83:4, 83:20, 84:10, 84:12, 84:14, 84:21, 85:23, 86:7, 86:11, 86:17, 86:21, 87:3, 87:23, 88:2, 88:18, 89:23, 91:20, 92:7, 92:15, 92:16, 92:22, 93:13, 93:22, 93:24, 94:3, 95:20, 95:21, 97:7, 97:15
**JURY** [5] - 1:10, 6:23, 58:15, 93:2, 93:5
**jury's** [2] - 91:6, 95:24
**justice** [3] - 38:21, 39:22, 56:11
**JUSTICE** [1] - 1:17

## K

**Kane** [8] - 3:4, 4:8, 6:24, 34:15, 37:16, 57:19, 88:11, 89:11
**KANE** [8] - 1:17, 6:25, 15:11, 15:13, 26:21, 34:24, 35:16, 35:19
**Kaye** [1] - 66:21
**keep** [1] - 73:12
**Kenneth** [1] - 84:7
**kept** [1] - 55:6
**key** [2] - 47:19, 61:4
**kicked** [1] - 25:25

**kid** [1] - 60:25
**kids** [7] - 51:6, 52:16, 61:12, 61:13, 63:11, 63:15, 68:12
**kill** [1] - 43:14
**killed** [2] - 45:15, 45:18
**kind** [2] - 16:9, 16:12
**kinds** [1] - 16:6
**knowing** [1] - 97:17
**knowingly** [4] - 76:1, 78:2, 80:23, 81:13
**knowledge** [2] - 72:7, 74:21
**known** [12] - 9:4, 13:23, 19:22, 20:22, 23:20, 24:2, 75:7, 83:2, 83:3, 93:11, 93:12
**knows** [3] - 40:24, 60:11, 60:12
**Knox** [4] - 18:7, 18:9, 18:11, 67:17

## L

**ladies** [26] - 6:22, 7:1, 8:14, 8:25, 10:18, 11:9, 17:6, 21:21, 29:3, 29:11, 30:19, 33:3, 36:4, 60:13, 61:17, 62:14, 63:25, 65:6, 66:16, 66:25, 68:6, 69:14, 92:25, 93:23, 94:3, 95:16
**language** [3] - 15:6, 15:7, 29:1
**lapse** [1] - 73:17
**large** [1] - 26:13
**Larko** [4] - 4:11, 37:17, 57:20, 89:13
**last** [11] - 4:19, 5:6, 22:5, 27:3, 28:12, 33:20, 40:12, 42:25, 50:7, 50:23, 51:21, 53:21, 55:23, 56:7, 69:18, 69:19, 97:6
**lastly** [1] - 29:7
**late** [6] - 18:12, 25:21, 29:25, 30:5, 44:23, 51:6
**Lauderdale** [2] - 8:19, 9:12
**law** [14] - 46:1, 47:10, 48:12, 50:5, 55:12, 56:16, 70:2, 70:4, 70:9, 70:20, 70:21, 70:23, 70:25, 71:23

**lawyer** [1] - 40:11
**lawyers** [2] - 36:23, 71:20
**laying** [1] - 13:2
**leading** [1] - 81:3
**leads** [2] - 30:13, 33:8
**leaning** [1] - 22:9
**learn** [2] - 47:16, 51:2
**least** [11] - 42:11, 42:16, 42:24, 50:5, 53:9, 53:10, 55:13, 65:16, 76:10, 78:13, 87:22
**leave** [8] - 6:14, 36:15, 40:23, 41:3, 46:17, 53:11, 57:6, 91:13
**leaving** [2] - 18:12, 65:19
**left** [9] - 10:14, 12:17, 25:3, 26:6, 26:8, 28:12, 28:14, 29:6, 60:5
**legal** [1] - 72:11
**legs** [1] - 13:3
**LENARD** [1] - 1:10
**Lenard** [2] - 38:20, 43:9
**Lenard's** [1] - 56:19
**length** [1] - 99:8
**letter** [1] - 47:6
**level** [1] - 46:2
**liberty** [1] - 40:1
**lie** [5] - 51:15, 61:22, 64:18
**life** [7] - 31:11, 31:12, 32:14, 40:15, 40:20, 40:23, 41:10
**light** [4] - 23:6, 74:21, 96:13, 99:8
**likely** [1] - 96:13
**line** [14] - 83:6, 83:7, 83:8, 83:9, 83:10, 83:11, 83:12, 83:13, 83:14, 83:15, 83:16, 83:17, 83:18
**lined** [1] - 60:9
**linen** [1] - 51:13
**linens** [1] - 51:11
**LISA** [2] - 2:1, 99:23
**listen** [2] - 36:9, 56:25
**listens** [1] - 65:20
**litigate** [1] - 50:2
**litigated** [1] - 56:3
**litigating** [2] - 49:23, 49:25
**live** [2] - 17:5, 69:2

**lived** [1] - 65:3
**living** [9] - 13:6, 19:2, 19:9, 20:23, 21:15, 21:24, 26:12, 29:17, 66:23
**lobby** [3] - 86:12, 90:9, 90:11
**located** [3] - 25:3, 25:4, 26:7
**location** [2] - 66:3, 66:21
**locations** [1] - 22:25
**London** [7] - 29:18, 29:21, 44:13, 44:21, 45:4, 46:20, 54:22
**look** [13] - 14:24, 15:1, 42:8, 42:9, 43:2, 43:20, 43:24, 44:1, 44:12, 47:17, 50:3, 53:1
**looked** [1] - 43:13
**looking** [2] - 34:22, 90:1
**lotion** [7] - 14:11, 32:18, 42:18, 68:1, 68:3, 68:4, 68:5
**loved** [2] - 40:19, 40:23
**luggage** [2] - 9:19, 9:20
**lunch** [7] - 86:10, 87:4, 87:5, 87:16, 87:19, 87:20, 87:24
**lying** [4] - 67:1, 67:10, 67:11

# M

**ma'am** [6] - 34:17, 38:1, 38:9, 87:21, 90:16, 97:2
**machine** [4] - 40:24, 40:25, 41:4, 53:24
**Man** [1] - 21:23
**man** [11] - 45:6, 45:7, 46:22, 47:4, 48:25, 50:3, 50:4, 59:4, 68:7, 69:5, 69:15
**man's** [1] - 56:12
**March** [3] - 99:6, 99:7, 99:13
**Maria** [5] - 4:8, 37:16, 57:19, 88:11, 89:11
**MARIA** [1] - 1:14
**Marine** [1] - 53:6
**Marines** [2] - 53:3, 53:6
**market** [1] - 25:18

**masturbate** [19] - 14:11, 18:22, 19:5, 19:18, 20:1, 20:2, 20:5, 21:2, 22:19, 22:21, 24:10, 24:12, 24:16, 25:17, 25:20, 26:18, 28:16, 32:20
**masturbated** [3] - 16:15, 19:11, 24:17
**masturbating** [2] - 26:22, 28:21
**masturbation** [6] - 12:17, 12:23, 16:22, 42:17, 55:7, 58:19
**matter** [12] - 30:7, 36:10, 57:1, 72:20, 74:13, 86:25, 88:4, 93:24, 95:17, 97:3, 99:3, 99:21
**MATTERS** [1] - 1:21
**matters** [2] - 72:1, 99:1
**MATTHEW** [1] - 1:7
**Matthew** [23] - 4:2, 4:14, 30:21, 37:11, 37:21, 47:20, 48:2, 48:13, 54:7, 54:17, 56:12, 57:15, 57:23, 69:17, 75:6, 83:2, 83:5, 88:6, 88:14, 89:5, 89:17, 93:11, 93:14
**mattress** [1] - 51:11
**Max** [1] - 49:9
**McCrum** [4] - 29:23, 44:15, 47:2, 47:9
**meals** [1] - 26:24
**mean** [10] - 15:13, 16:19, 27:14, 27:17, 27:19, 40:10, 44:2, 72:14, 73:12, 97:21
**means** [13] - 40:3, 40:13, 47:22, 55:1, 76:15, 77:8, 78:12, 78:19, 79:7, 79:14, 81:13, 86:9
**meant** [1] - 63:24
**MEDETIS** [32] - 1:14, 4:7, 5:1, 5:16, 5:19, 6:4, 6:6, 6:13, 34:19, 35:15, 37:15, 48:20, 57:18, 58:2, 58:6, 58:13, 58:16, 66:1, 66:14, 85:1, 85:5, 85:13, 88:10, 88:25, 89:10, 90:25, 91:13, 92:12, 96:10, 96:12, 98:21, 99:11
**Medetis** [8] - 3:6, 4:8, 37:16, 57:19,

58:1, 58:12, 88:11, 89:11
**media** [3] - 36:10, 57:2, 86:16
**meet** [1] - 59:16
**meetings** [2] - 47:3
**members** [4] - 42:23, 70:6, 70:7, 82:21
**memories** [1] - 74:8
**memory** [3] - 73:1, 73:17, 74:3
**men** [10] - 15:2, 41:21, 45:21, 48:17, 51:4, 51:17, 53:13, 53:14, 53:20, 54:1
**mention** [1] - 49:2
**mentioned** [2] - 46:25, 53:5
**merely** [2] - 77:22, 80:2
**message** [1] - 83:25
**met** [4] - 42:21, 62:15, 63:24, 66:10
**MIAMI** [1] - 1:2
**Miami** [19] - 1:4, 1:16, 1:22, 1:25, 2:2, 2:3, 8:19, 9:11, 9:12, 9:14, 10:3, 18:8, 27:12, 27:22, 27:24, 28:3, 50:10, 99:24, 99:25
**Michigan** [1] - 46:22
**microphone** [2] - 38:3, 38:7
**might** [3] - 53:13, 96:20, 97:24
**miles** [3] - 46:21, 50:12, 50:18
**mind** [3] - 63:2, 73:12, 82:13
**minor** [1] - 99:3
**minors** [1] - 69:12
**minute** [5] - 36:5, 36:5, 47:6, 87:17, 87:25
**minutes** [9] - 26:20, 36:17, 37:7, 57:7, 66:13, 87:5, 87:16, 87:18, 96:9
**misbehaved** [1] - 39:4
**misconduct** [1] - 53:4
**miss** [2] - 48:4, 48:10
**missionary** [1] - 7:13
**misstated** [1] - 73:16
**misstatement** [1] - 73:19
**mistake** [2] - 73:12, 81:14

**misunderstanding** [1] - 85:17
**molesting** [1] - 61:20
**moment** [4] - 36:3, 70:1, 84:17, 92:17
**moments** [2] - 43:17, 44:18
**Monday** [2] - 96:6, 99:6
**money** [10] - 7:11, 7:12, 7:16, 7:18, 7:20, 16:20, 16:23, 22:20, 23:25, 25:19
**monitor** [1] - 6:7
**month** [1] - 21:3
**months** [1] - 53:11
**morning** [23] - 4:1, 4:4, 4:7, 4:12, 4:13, 4:16, 6:22, 6:23, 24:13, 37:12, 37:15, 37:19, 37:20, 37:24, 38:16, 42:12, 45:12, 51:5, 57:18, 57:22, 58:14, 58:15
**Morning** [49] - 7:4, 7:16, 7:23, 10:19, 12:13, 12:16, 13:7, 13:9, 13:14, 14:18, 17:13, 18:2, 18:6, 18:9, 18:16, 18:18, 18:24, 19:2, 19:9, 19:23, 20:15, 20:23, 21:13, 21:24, 22:24, 23:21, 25:2, 26:1, 26:4, 26:6, 26:7, 26:11, 26:22, 28:12, 28:19, 29:12, 30:12, 31:4, 31:14, 48:25, 49:3, 49:4, 49:6, 49:13, 50:14, 53:3, 59:7, 61:14, 62:18
**most** [9] - 21:8, 40:7, 41:9, 60:17, 61:5, 68:8, 68:9, 71:14, 74:1
**motion** [2] - 99:12, 99:13
**motioned** [1] - 34:8
**motions** [2] - 99:5, 99:9
**motives** [2] - 77:20, 79:25
**mouth** [6] - 76:17, 76:18, 78:21, 78:22
**move** [5] - 13:3, 22:10, 26:14, 26:18, 37:2
**moved** [14] - 18:15, 19:22, 21:12, 22:6, 22:12, 22:15, 23:21,

25:2, 26:4, 26:21, 28:19, 32:19, 77:9, 79:15
**movement** [2] - 37:4, 37:5
**movie** [2] - 21:22, 21:23
**moving** [3] - 13:3, 19:23, 25:6
**MP3** [2] - 25:17, 28:23
**MR** [64] - 4:13, 4:20, 4:21, 4:24, 5:13, 5:25, 6:5, 6:16, 15:10, 33:13, 33:18, 34:17, 35:1, 35:7, 35:12, 35:13, 35:23, 35:24, 35:25, 37:20, 38:1, 38:4, 38:9, 38:15, 48:21, 48:23, 57:22, 65:23, 84:24, 85:4, 85:12, 85:20, 85:24, 86:3, 87:21, 88:13, 89:1, 89:16, 90:16, 90:17, 91:3, 91:12, 91:22, 91:24, 92:5, 92:10, 92:11, 96:15, 96:21, 96:22, 97:2, 97:12, 97:16, 97:19, 98:4, 98:6, 98:8, 98:14, 98:15, 98:20, 99:3, 99:14, 99:16, 99:17
**MS** [38] - 4:7, 5:1, 5:16, 5:19, 6:4, 6:6, 6:13, 6:25, 15:11, 15:13, 26:21, 34:19, 34:24, 35:15, 35:16, 35:19, 37:15, 48:20, 57:18, 58:2, 58:6, 58:13, 58:16, 66:1, 66:14, 85:1, 85:5, 85:13, 88:10, 88:25, 89:10, 90:25, 91:13, 92:12, 96:10, 96:12, 98:21, 99:11
**mud** [1] - 61:1
**multiple** [1] - 35:1
**must** [40] - 16:16, 16:17, 27:14, 33:5, 43:5, 47:23, 48:2, 48:13, 70:10, 70:13, 70:16, 70:17, 70:20, 70:21, 70:22, 71:2, 71:4, 71:17, 72:13, 72:14, 73:16, 74:3, 74:4, 74:6, 77:13, 77:20, 77:21, 79:18, 79:24, 80:1, 81:5, 81:17, 81:19, 81:25,

82:4, 82:5, 82:8, 82:10, 83:21

## N

**naked** [6] - 18:12, 18:19, 21:20, 22:7, 23:2, 25:11
**name** [1] - 83:18
**Nason** [1] - 20:22
**National** [6] - 48:19, 49:10, 49:12, 49:18, 50:12, 52:8
**naturally** [1] - 73:14
**nature** [1] - 34:11
**near** [1] - 7:4
**nearly** [1] - 19:25
**necessarily** [1] - 72:19
**necessary** [1] - 70:14
**need** [22] - 11:23, 28:15, 30:20, 38:2, 38:4, 41:6, 42:1, 60:8, 61:15, 66:4, 66:18, 66:24, 68:7, 68:24, 69:3, 90:2, 90:18, 91:8, 96:16, 96:20, 99:1
**needed** [1] - 17:14
**needing** [2] - 96:8, 96:11
**needs** [2] - 6:8, 91:18
**neglected** [1] - 32:7
**never** [13] - 29:8, 30:15, 34:7, 39:1, 42:19, 42:21, 47:9, 52:4, 53:23, 81:25, 82:6, 98:1
**New** [1] - 1:18
**new** [4] - 16:4, 16:10, 56:2, 99:13
**next** [2] - 23:6, 87:18
**nice** [1] - 50:4
**night** [5] - 13:14, 18:12, 18:18, 51:5, 51:6
**nightmare** [3] - 56:12, 69:21, 69:22
**NO** [13] - 1:2, 94:6, 94:9, 94:12, 94:15, 94:18, 94:21, 94:24, 95:2, 95:5, 95:8, 95:11, 95:14
**none** [6] - 5:25, 27:1, 34:14, 37:5, 54:9, 55:10
**noon** [1] - 51:5

**normally** [2] - 27:18, 81:6
**North** [2] - 2:2, 99:24
**Northeast** [1] - 1:15
**note** [6] - 5:5, 89:25, 90:3, 90:18, 92:15, 92:25
**notebooks** [5] - 36:15, 57:6, 87:8, 93:24, 95:18
**noted** [2] - 5:7, 5:8
**notes** [6] - 47:17, 73:25, 74:3, 74:4, 74:7, 74:8
**nothing** [16] - 17:13, 40:22, 41:24, 45:25, 46:12, 49:1, 49:15, 50:6, 54:13, 55:22, 56:2, 61:9, 61:10, 62:6, 65:6
**notify** [1] - 86:20
**November** [8] - 8:23, 18:14, 19:24, 20:12, 20:16, 20:21, 23:10, 69:6
**nowhere** [3] - 22:23, 68:13, 68:19
**nude** [1] - 22:18
**number** [3] - 34:15, 72:18, 75:9
**numbers** [1] - 88:1
**NW** [1] - 1:18

## O

**object** [3] - 11:22, 76:20, 78:24
**objected** [1] - 33:23
**objection** [6] - 5:24, 15:10, 48:20, 65:23, 85:11, 99:10
**objections** [4] - 4:25, 5:1, 84:22, 85:1
**obligation** [2] - 54:5, 54:9
**observe** [2] - 36:25, 73:2
**obvious** [1] - 16:20
**obviously** [2] - 37:1, 97:9
**occasion** [1] - 25:19
**occasions** [6] - 13:8, 29:24, 30:3, 35:2, 39:4, 74:11
**occupation** [1] - 45:17
**occur** [1] - 54:8
**occurred** [17] - 21:22, 22:5, 44:3,

44:9, 44:10, 44:11, 46:20, 46:21, 50:8, 51:1, 51:4, 51:7, 53:12, 54:8, 55:12, 81:9
**October** [15] - 8:23, 11:1, 12:8, 12:15, 12:22, 14:14, 14:17, 17:20, 18:3, 18:9, 19:25, 20:7, 62:23, 69:6
**Odelin** [9] - 13:23, 13:25, 14:1, 14:2, 19:15, 19:16, 19:17, 49:8, 67:2
**OF** [3] - 1:1, 1:4, 1:17
**offends** [1] - 65:15
**offense** [9] - 15:5, 15:9, 27:18, 78:11, 80:7, 80:21, 81:4, 81:6, 81:9
**offenses** [3] - 30:8, 74:15, 75:5
**offensive** [7] - 64:17, 64:20, 65:11, 65:13, 65:15
**offer** [1] - 25:19
**offered** [2] - 16:20, 24:15
**office** [1] - 96:2
**officer** [7] - 35:21, 84:1, 84:2, 87:2, 87:9, 93:4, 95:18
**OFFICER** [1] - 6:18
**Officer** [3] - 9:21, 27:21, 27:25
**officers** [1] - 45:12
**Official** [1] - 99:24
**official** [1] - 2:1
**officials** [1] - 54:24
**Ohio** [1] - 46:22
**old** [42] - 12:3, 13:5, 13:15, 13:17, 13:25, 14:2, 14:13, 14:20, 14:21, 18:17, 18:25, 19:3, 19:10, 19:25, 20:9, 20:22, 21:17, 22:15, 22:15, 22:17, 23:13, 23:14, 23:22, 23:25, 24:8, 24:9, 24:19, 25:2, 25:12, 26:2, 26:4, 27:4, 27:8, 28:11, 28:18, 28:20, 29:16, 31:15, 31:16, 76:24, 79:3
**older** [1] - 26:4
**Olsen** [1] - 84:8
**once** [11] - 4:10, 27:21, 27:24, 35:3, 46:14, 48:8, 59:22,

62:3, 87:24, 91:17, 91:20
**one** [47] - 5:2, 5:4, 5:6, 11:3, 11:16, 11:24, 15:25, 19:14, 25:14, 30:13, 33:8, 34:16, 36:3, 39:4, 40:19, 40:23, 44:6, 47:15, 47:20, 48:5, 48:10, 51:17, 53:3, 53:14, 53:20, 55:1, 55:2, 55:11, 55:25, 58:17, 69:7, 69:14, 72:23, 77:20, 79:25, 81:19, 82:10, 82:20, 84:5, 84:16, 85:9, 87:23, 90:4, 91:6, 97:3, 98:4, 99:3
**open** [11] - 35:9, 36:1, 45:25, 46:6, 46:12, 49:1, 49:7, 49:14, 86:4, 92:13, 98:24
**open-door** [3] - 45:25, 46:6, 46:12
**opening** [9] - 11:22, 12:20, 12:21, 33:21, 41:12, 41:15, 59:10, 76:20, 78:24
**operated** [1] - 62:19
**opinion** [3] - 41:7, 71:22, 82:13
**opportunities** [2] - 32:17, 52:21
**opportunity** [7] - 4:22, 32:10, 50:17, 52:24, 64:1, 73:2, 74:2
**opposed** [2] - 5:21, 91:25
**option** [1] - 17:7
**options** [2] - 32:8, 32:12
**oral** [33] - 8:1, 11:19, 12:3, 12:23, 13:1, 13:13, 13:25, 14:1, 14:10, 14:17, 16:8, 18:21, 19:4, 19:17, 20:8, 21:1, 21:16, 22:3, 22:18, 23:11, 23:23, 24:4, 24:6, 25:7, 25:9, 25:13, 25:15, 28:24, 31:15, 31:17, 31:24, 55:7, 63:23
**order** [6] - 7:5, 24:13, 25:19, 31:2, 31:23, 32:20
**ordered** [1] - 86:10
**orgies** [1] - 63:14

**orphan** [2] - 22:12, 22:23
**outcome** [1] - 72:25
**outrage** [1] - 55:9
**outside** [9] - 33:17, 77:10, 79:16, 84:21, 89:23, 91:4, 91:19, 92:3, 97:15
**overnight** [1] - 23:1
**overruled** [3] - 15:12, 48:22, 65:25
**overwhelming** [6] - 9:1, 9:17, 33:8, 62:13, 66:9
**own** [10] - 9:4, 25:11, 26:25, 30:4, 40:15, 47:6, 71:14, 71:25, 82:13

## P

**p.m** [7] - 1:6, 84:15, 89:2, 89:3, 92:23, 95:21, 96:7
**packet** [1] - 70:3
**packets** [1] - 4:19
**PAGE** [1] - 3:2
**Pages** [1] - 1:8
**paid** [1] - 22:1
**painfully** [1] - 17:9
**parents** [2] - 52:22, 52:23
**part** [6] - 7:24, 31:10, 31:12, 45:3, 52:12, 72:18
**participation** [1] - 17:4
**particular** [3] - 72:19, 72:24, 95:17
**parties** [2] - 5:10, 88:17
**parties'** [1] - 90:13
**pass** [2] - 27:22, 40:25
**passes** [1] - 9:18
**passport** [6] - 9:4, 55:5, 77:4, 77:7, 79:10, 79:13
**passports** [2] - 10:9, 54:19
**past** [1] - 29:13
**paths** [1] - 44:1
**pattern** [14] - 5:9, 8:1, 8:2, 12:13, 12:18, 12:23, 17:25, 18:3, 20:15, 20:17, 23:18, 24:23, 32:1, 32:25
**paying** [1] - 21:11
**payment** [1] - 16:23

**PC** [2] - 6:11
**peace** [1] - 40:25
**peanut** [1] - 13:4
**pen** [2] - 83:22, 83:25
**pending** [2] - 96:4, 97:16
**penetration** [6] - 11:21, 55:8, 76:16, 76:19, 78:20, 78:23
**penis** [18] - 13:4, 13:5, 13:16, 13:20, 13:21, 21:20, 22:2, 25:11, 32:19, 42:18, 58:19, 63:22, 76:15, 76:16, 76:17, 78:19, 78:20, 78:21
**penises** [1] - 27:8
**people** [13] - 7:12, 35:16, 35:17, 41:7, 41:24, 54:20, 54:24, 65:11, 67:8, 67:10, 67:18, 68:10, 73:14
**per** [1] - 21:2
**perfect** [1] - 92:5
**perform** [4] - 14:1, 25:15, 28:24, 31:24
**performed** [14] - 13:1, 13:13, 14:17, 18:21, 19:17, 21:16, 22:18, 23:10, 23:23, 24:4, 24:6, 25:7, 25:13, 31:15
**performing** [8] - 13:24, 14:10, 19:4, 20:8, 20:25, 22:3, 25:9
**perhaps** [1] - 74:1
**peril** [2] - 45:14, 45:20
**perils** [2] - 45:11, 45:17
**period** [9] - 14:16, 14:20, 23:9, 24:6, 24:11, 25:22, 26:8, 77:6, 79:12
**permit** [1] - 21:20
**permitted** [1] - 73:25
**persisted** [1] - 14:13
**person** [43] - 11:4, 11:6, 11:7, 11:8, 16:18, 38:22, 40:20, 40:25, 41:3, 54:5, 66:16, 72:6, 75:14, 75:18, 75:23, 76:2, 76:9, 76:11, 76:12, 76:14, 76:21, 76:23, 76:24, 76:25, 77:2, 77:3, 77:12, 77:19, 78:12, 78:14, 78:15,

78:16, 78:17, 78:18, 78:25, 79:2, 79:3, 79:4, 79:6, 79:8, 79:9, 80:10
**person's** [3] - 76:19, 78:23, 92:8
**personal** [1] - 72:25
**Peterson** [18] - 14:3, 14:4, 14:6, 14:7, 14:12, 19:22, 19:25, 20:1, 20:4, 20:6, 22:4, 22:7, 22:9, 48:18, 49:9, 67:1, 67:7
**petrified** [2] - 52:20, 52:23
**Phil** [5] - 4:14, 37:21, 57:23, 88:14, 89:17
**PHILIP** [1] - 1:23
**phone** [1] - 88:1
**photographs** [2] - 41:19, 48:17
**phrase** [2] - 63:21, 63:22
**physical** [7] - 31:21, 41:16, 51:9, 55:18, 68:7, 68:23
**pick** [2] - 22:9, 58:24
**picked** [3] - 12:16, 58:25
**picture** [2] - 52:10, 53:19
**pictures** [2] - 15:1, 51:3
**pile** [1] - 61:1
**pillowcases** [1] - 51:10
**pinned** [2] - 24:3, 31:23
**pizza** [1] - 19:13
**place** [6] - 52:20, 68:19, 77:9, 77:10, 79:15, 79:16
**placing** [3] - 11:6, 76:12, 78:15
**plainclothes** [1] - 45:13
**Plaintiff** [1] - 1:5
**plan** [1] - 52:14
**plane** [8] - 9:23, 10:3, 27:23, 28:3, 28:7, 62:23, 63:4, 63:8
**played** [1] - 21:23
**player** [2] - 25:18, 28:23
**playground** [2] - 7:7, 31:5
**playing** [1] - 51:6
**point** [7] - 17:9, 72:19, 91:20, 92:2,

92:4, 92:9, 96:16
**points** [1] - 60:13
**police** [9] - 44:24, 45:11, 46:6, 55:24, 64:1, 65:5, 65:8, 65:21, 66:2
**Police** [3] - 48:19, 49:19, 50:12
**policy** [3] - 45:25, 46:7, 46:12
**poll** [1] - 94:1
**polled** [3] - 91:6, 91:20, 92:8
**poor** [6] - 7:14, 46:8, 60:23, 60:25, 61:12, 61:15
**Port** [4] - 7:4, 9:20, 10:4, 27:24
**Port-au-Prince** [4] - 7:4, 9:20, 10:4, 27:24
**position** [4] - 91:2, 91:4, 98:22
**positions** [2] - 90:13, 91:16
**possible** [4] - 16:12, 33:8, 71:6, 84:3
**possibly** [2] - 45:14, 61:23
**post** [1] - 99:5
**post-trial** [1] - 99:5
**poverty** [2] - 21:19, 32:12
**predator** [1] - 61:16
**prejudice** [4] - 42:14, 43:6, 55:10, 70:18
**prejudiced** [1] - 43:1
**prepared** [1] - 82:23
**preparing** [1] - 81:5
**preposterous** [1] - 67:14
**preschool** [1] - 45:20
**presence** [5] - 31:22, 33:17, 84:21, 89:23, 97:15
**present** [6] - 4:15, 37:22, 47:16, 57:24, 88:15, 89:18
**presentation** [1] - 44:17
**presented** [2] - 33:7, 70:17
**presentence** [1] - 96:3
**presenting** [1] - 34:3
**presents** [2] - 21:5, 21:7
**presumed** [3] - 38:23, 42:3, 51:25
**presumes** [1] - 70:25
**pretending** [1] - 7:8

**preventing** [1] - 13:2
**previously** [1] - 84:24
**preys** [1] - 61:16
**prince** [1] - 19:12
**Prince** [4] - 7:4, 9:20, 10:4, 27:24
**print** [1] - 83:18
**priority** [1] - 74:4
**Prisons** [1] - 96:4
**probation** [1] - 96:2
**problem** [2] - 98:7, 98:9
**procedure** [1] - 88:19
**proceed** [9] - 6:3, 6:24, 36:16, 38:14, 58:1, 58:4, 58:12, 84:10, 86:6
**proceeding** [1] - 5:22
**Proceedings** [1] - 99:19
**proceedings** [23] - 6:20, 33:16, 36:1, 36:19, 37:9, 38:12, 57:10, 57:13, 58:10, 84:15, 84:20, 86:4, 87:14, 89:3, 89:22, 91:25, 92:13, 92:20, 92:23, 95:22, 97:14, 98:24, 99:21
**process** [2] - 28:25, 88:19
**produce** [1] - 71:2
**product** [1] - 48:6
**profession** [2] - 45:11, 46:11
**promise** [1] - 59:11
**promised** [1] - 59:15
**promptly** [1] - 84:3
**proof** [21] - 38:25, 39:10, 39:11, 39:24, 40:4, 40:5, 41:4, 42:5, 46:2, 48:2, 56:15, 71:5, 71:7, 71:12, 72:9, 77:5, 77:14, 79:11, 79:20
**propensity** [2] - 30:8, 74:15
**propose** [1] - 91:16
**prosecution** [2] - 6:11
**protected** [2] - 46:1, 46:13
**Protection** [1] - 9:3
**protections** [1] - 45:24
**prove** [38] - 8:10, 10:6, 10:23, 11:10,

11:11, 11:13, 11:16, 11:23, 12:4, 12:7, 15:16, 15:21, 15:25, 16:2, 16:17, 17:19, 20:11, 23:16, 24:21, 27:14, 28:10, 44:25, 47:23, 47:25, 48:13, 51:18, 59:12, 62:8, 71:1, 71:2, 71:6, 72:10, 77:11, 77:13, 79:17, 79:19, 81:9, 81:10
**proved** [10] - 12:9, 17:23, 32:3, 70:13, 71:15, 76:5, 78:5, 80:14, 80:22
**proven** [1] - 10:8
**proves** [3] - 9:7, 9:24, 32:25
**provided** [1] - 17:3
**proving** [3] - 43:21, 54:17, 75:4
**PSP** [1] - 23:25
**public** [2] - 34:20, 91:20
**publish** [1] - 93:6
**punishment** [2] - 81:25, 82:2
**purpose** [44] - 7:10, 7:21, 8:6, 8:20, 9:15, 10:16, 10:20, 11:3, 11:14, 12:8, 15:22, 17:20, 20:11, 23:16, 24:21, 27:13, 28:7, 28:10, 30:17, 32:4, 33:1, 47:21, 48:14, 62:25, 63:8, 63:10, 69:9, 75:13, 75:17, 75:22, 76:1, 76:8, 77:18, 77:22, 78:3, 78:9, 79:23, 80:2, 80:9, 80:13, 80:18, 80:24, 91:5
**purposes** [6] - 11:16, 15:25, 16:1, 77:21, 78:11, 79:25
**put** [9] - 13:4, 32:18, 43:12, 44:6, 45:12, 53:16, 66:18, 90:23
**putting** [1] - 55:8

# Q

**questioned** [1] - 50:5
**questioning** [1] - 43:17
**questions** [7] - 45:1, 54:10, 56:10, 72:22, 73:4, 88:2, 98:16

**quiet** [1] - 37:4
**quite** [1] - 34:6

## R

**radio** [1] - 28:22
**raise** [1] - 7:20
**raised** [1] - 84:25
**raising** [1] - 7:10
**rare** [1] - 19:13
**rather** [4] - 5:7, 5:8, 11:15, 50:8
**RDR** [2] - 2:1, 99:23
**reach** [2] - 72:3, 82:11
**reached** [4] - 90:3, 90:19, 92:16, 93:1
**reaching** [1] - 74:18
**reaction** [1] - 63:18
**read** [18] - 36:9, 56:25, 70:8, 82:24, 85:25, 86:16, 94:5, 94:8, 94:11, 94:14, 94:17, 94:20, 94:23, 95:1, 95:4, 95:7, 95:10, 95:13
**reads** [2] - 5:15, 92:15
**ready** [5] - 6:3, 6:15, 37:25, 43:13, 58:1
**real** [3] - 53:1, 71:9, 82:17
**realize** [1] - 47:19
**really** [2] - 40:10, 46:21
**reason** [8] - 22:2, 45:21, 50:15, 50:16, 55:10, 71:10, 72:24, 99:6
**reasonable** [36] - 8:11, 8:16, 9:7, 9:24, 10:8, 10:23, 15:17, 15:21, 27:15, 30:13, 33:10, 39:12, 40:2, 40:5, 40:13, 41:5, 42:6, 43:22, 46:3, 47:24, 56:9, 59:12, 68:8, 69:5, 70:15, 71:3, 71:8, 71:9, 71:12, 71:16, 75:4, 76:5, 78:6, 80:15, 80:22, 81:10
**reasonably** [1] - 81:11
**reasoning** [1] - 72:2
**Rebuttal** [1] - 3:6
**receive** [4] - 21:4, 22:20, 70:1, 74:20
**received** [7] - 4:18,

16:18, 17:2, 23:25, 39:18, 79:8, 92:25
**receiving** [1] - 21:9
**recess** [11] - 36:5, 37:7, 37:8, 56:21, 57:8, 57:11, 57:12, 88:4, 88:24, 89:2, 99:18
**recipe** [1] - 48:4
**recipes** [1] - 48:7
**recollection** [2] - 71:25, 74:5
**record** [10] - 4:6, 6:2, 34:16, 37:14, 57:17, 88:5, 88:9, 89:9, 98:5, 98:21
**records** [6] - 9:2, 9:3, 9:18, 51:2, 62:12
**red** [1] - 55:1
**redacted** [2] - 5:11, 88:22
**reenters** [1] - 92:18
**reexamine** [1] - 82:13
**refer** [3] - 70:3, 70:8, 75:10
**references** [1] - 5:20
**referred** [1] - 96:2
**refrain** [1] - 34:5
**refused** [3] - 20:5, 21:20, 22:21
**regarding** [4] - 5:5, 14:24, 22:5, 97:9
**Reginald** [4] - 37:22, 57:25, 88:15, 89:19
**regular** [2] - 14:1, 25:24
**regularly** [8] - 7:9, 13:12, 14:6, 19:5, 20:1, 21:1, 21:2, 25:16
**rehearsed** [2] - 54:1, 64:25
**relating** [1] - 81:17
**release** [2] - 85:7, 86:8
**released** [2] - 86:22, 90:7
**relevant** [2] - 30:7, 74:14
**rely** [7] - 40:6, 40:8, 40:16, 41:2, 42:7, 61:4, 71:13
**remain** [5] - 35:17, 37:3, 84:8, 84:16, 92:2
**remainder** [1] - 84:10
**remanded** [1] - 96:3
**remember** [19] -

12:25, 13:11, 13:23, 15:24, 17:6, 21:21, 24:11, 27:4, 43:24, 52:16, 53:18, 59:10, 61:3, 61:9, 62:1, 67:16, 67:17, 73:14, 82:17
**remembers** [1] - 73:13
**remind** [2] - 36:21, 38:7
**reminded** [1] - 75:3
**repeat** [1] - 39:16
**repeatedly** [3] - 16:14, 31:14, 31:16
**report** [5] - 36:13, 53:11, 57:4, 64:1, 96:3
**reported** [4] - 49:3, 49:11, 49:17
**REPORTED** [1] - 2:1
**Reporter** [2] - 2:1, 99:24
**reports** [1] - 47:10
**required** [7] - 10:6, 15:16, 15:21, 17:11, 17:14, 19:14, 19:18
**requirements** [1] - 15:14
**resident** [2] - 13:11, 30:2
**resigned** [1] - 32:16
**respond** [4] - 26:17, 45:18, 65:21, 84:3
**responsible** [1] - 43:25
**rest** [2] - 39:22, 63:7
**result** [2] - 27:18, 81:6
**resume** [1] - 91:8
**retired** [1] - 87:13
**return** [7] - 7:16, 7:19, 14:14, 21:4, 21:6, 28:7, 83:23
**returned** [6] - 12:15, 18:2, 18:15, 20:16, 25:4, 26:6
**review** [3] - 4:22, 12:6, 88:18
**reviewing** [1] - 16:8
**Reynolds** [1] - 61:11
**Ricardo** [18] - 20:8, 20:21, 20:22, 21:1, 21:4, 21:7, 21:8, 21:10, 24:9, 24:11, 27:2, 27:4, 29:7, 29:8, 29:9, 49:9, 67:4
**rid** [1] - 50:17
**ripping** [1] - 63:15
**rise** [3] - 46:2, 87:7,

95:20
**risk** [1] - 65:15
**room** [18] - 23:7, 30:19, 36:16, 46:18, 51:1, 57:7, 61:6, 66:23, 70:11, 82:20, 83:20, 84:11, 84:12, 86:7, 86:11, 87:3, 88:19, 97:7
**Roro** [1] - 13:24
**routine** [7] - 7:24, 12:13, 12:18, 18:1, 18:4, 20:15, 20:18, 21:22, 23:19, 24:24, 31:11, 31:12
**rubbing** [1] - 13:21
**Rule** [2] - 38:24, 38:25
**rule** [2] - 39:10, 61:4
**rules** [8] - 38:21, 38:22, 39:15, 39:21, 39:24, 42:2, 61:3, 70:9
**running** [1] - 7:18

## S

**Saint** [1] - 84:8
**Saint-Julien** [1] - 84:8
**Santo** [11] - 18:10, 18:16, 19:23, 19:24, 20:23, 21:15, 22:6, 25:3, 26:5, 66:3, 66:20
**sat** [1] - 39:18
**satisfied** [1] - 41:8
**satisfy** [2] - 7:6, 31:5
**save** [1] - 21:7
**saw** [4] - 27:7, 35:3, 48:17, 67:17
**scanned** [1] - 27:22
**scarce** [1] - 26:15
**scared** [2] - 52:24, 53:1
**scene** [4] - 51:20, 51:23, 52:13
**schedule** [1] - 97:1
**Schlender** [6] - 14:20, 19:9, 19:11, 19:14, 19:16, 19:18
**Schneider** [1] - 67:3
**school** [4] - 21:11, 24:13, 32:10, 32:22
**schools** [1] - 16:24
**scientific** [2] - 51:15, 55:19
**screen** [2] - 53:17, 53:23

**search** [3] - 50:14, 66:11, 66:14
**seated** [13] - 4:17, 6:21, 36:20, 37:3, 37:23, 38:13, 58:11, 84:16, 84:18, 87:15, 89:4, 92:24, 95:23
**Second** [1] - 5:14
**second** [8] - 5:17, 5:21, 5:22, 10:25, 41:6, 91:15, 96:1, 98:4
**secret** [1] - 82:6
**Secretary** [2] - 77:5, 79:11
**security** [7] - 35:21, 84:1, 84:2, 87:2, 87:9, 93:4, 95:18
**Security** [7] - 4:11, 37:18, 49:6, 50:13, 52:7, 52:11, 89:14
**SECURITY** [1] - 6:18
**see** [11] - 15:6, 15:20, 23:6, 36:9, 43:10, 52:2, 56:25, 64:4, 67:19, 81:7, 96:17
**seek** [1] - 82:18
**seem** [1] - 73:1
**seize** [7] - 50:19, 51:10, 51:12, 51:23, 52:2, 52:5, 52:15
**seized** [1] - 51:2
**seizing** [1] - 66:15
**selected** [1] - 38:19
**send** [8] - 5:5, 22:22, 31:19, 32:13, 35:5, 52:6, 90:1, 90:18
**sending** [1] - 84:12
**sense** [11] - 46:16, 46:23, 46:24, 61:2, 61:5, 61:6, 61:17, 65:16, 67:15, 71:10, 72:3
**sent** [3] - 21:19, 90:1, 92:15
**sentencing** [4] - 96:4, 97:17, 97:25, 98:18
**separate** [7] - 13:8, 29:24, 30:3, 39:22, 44:19, 75:8, 81:16
**separately** [1] - 81:18
**September** [6] - 8:22, 8:24, 24:22, 25:22, 27:4, 69:7
**seriously** [1] - 62:15
**serve** [1] - 50:19
**service** [5] - 85:10,

93:24, 95:17, 97:22, 98:12

**set** [1] - 96:23
**settle** [1] - 13:21
**setup** [1] - 49:16
**seven** [2] - 50:5, 68:1
**several** [1] - 15:25
**sex** [57] - 8:1, 11:20, 12:3, 12:23, 13:1, 13:13, 13:19, 13:25, 14:1, 14:10, 14:17, 16:8, 16:9, 16:11, 16:13, 16:16, 17:4, 17:12, 17:15, 17:16, 17:22, 18:21, 19:4, 19:17, 20:8, 20:14, 21:1, 21:5, 21:10, 21:16, 22:3, 22:8, 22:18, 23:11, 23:23, 24:4, 24:6, 25:7, 25:10, 25:14, 25:15, 28:24, 31:15, 31:17, 31:24, 31:25, 32:6, 32:25, 55:7, 63:12, 63:23, 78:17, 79:7
**sexual** [102] - 7:6, 7:7, 7:23, 7:24, 8:6, 8:21, 9:15, 11:3, 11:5, 11:7, 11:11, 11:12, 11:15, 11:18, 11:24, 12:9, 12:13, 12:18, 14:9, 14:13, 15:11, 15:23, 16:1, 16:3, 16:4, 16:6, 16:7, 16:11, 16:13, 16:16, 17:21, 18:1, 18:4, 19:6, 20:13, 20:15, 20:18, 22:5, 23:17, 23:19, 24:23, 24:24, 27:13, 28:8, 29:5, 29:8, 29:12, 30:11, 30:12, 31:4, 31:6, 31:10, 31:11, 31:20, 32:1, 32:15, 47:21, 48:14, 49:18, 51:6, 56:5, 58:20, 61:24, 63:4, 63:10, 66:17, 67:8, 69:11, 75:13, 75:18, 75:23, 76:2, 76:9, 76:11, 76:13, 76:15, 76:22, 77:1, 77:12, 77:19, 77:24, 78:3, 78:10, 78:11, 78:12, 78:14, 78:16, 78:19, 79:1, 79:5, 79:18, 79:24, 80:4, 80:10, 80:14, 80:19, 80:25
**sexually** [19] - 7:17, 10:21, 12:17, 13:9,

14:7, 22:14, 25:23, 27:2, 29:13, 29:16, 29:20, 29:25, 30:3, 30:14, 31:3, 59:6, 62:24, 64:24, 67:24
**shake** [1] - 34:10
**shaking** [2] - 33:21, 34:2
**sheets** [2] - 66:15, 95:19
**shelter** [1] - 69:13
**shifts** [1] - 39:1
**shock** [1] - 42:13
**shoot** [1] - 63:17
**shortly** [2] - 18:15, 22:6
**show** [17] - 9:19, 42:1, 51:16, 54:14, 62:19, 62:21, 62:23, 62:25, 63:3, 77:17, 77:20, 77:22, 77:24, 79:22, 79:25, 80:1, 80:3
**showed** [4] - 5:11, 48:16, 54:16, 68:22
**shown** [1] - 59:18
**shows** [1] - 9:20
**shut** [1] - 23:8
**side** [6] - 6:9, 33:17, 84:21, 89:23, 96:9, 97:15
**side-bar** [4] - 33:17, 84:21, 89:23, 97:15
**sides** [2] - 4:18, 88:3
**sign** [1] - 83:22
**signature** [1] - 83:19
**signed** [2] - 90:19, 93:22
**significance** [1] - 73:18
**significantly** [3] - 9:4, 16:13, 28:25
**silent** [1] - 37:4
**similar** [4] - 17:3, 74:11, 74:17, 85:24
**Simone** [1] - 93:22
**simple** [2] - 17:12, 73:12
**simply** [5] - 12:16, 18:3, 20:17, 81:5, 82:16
**single** [2] - 69:9, 70:22
**sit** [1] - 50:2
**sitting** [8] - 25:11, 34:2, 40:21, 50:21, 53:5, 54:23, 90:5, 90:10
**situation** [1] - 26:12
**six** [10] - 8:4, 8:11,

10:5, 11:12, 11:17, 21:2, 47:14, 60:14, 64:14, 75:8
**skills** [1] - 29:1
**slaves** [2] - 63:11, 63:12
**sleep** [6] - 17:6, 17:7, 26:23, 32:23, 32:24, 68:19
**sleeping** [1] - 26:16
**slight** [4] - 76:17, 76:19, 78:21, 78:23
**slightly** [1] - 15:7
**smart** [1] - 41:14
**sneak** [1] - 67:23
**so-called** [1] - 41:17
**soccer** [1] - 51:6
**sole** [2] - 59:12, 91:5
**someone** [3] - 46:5, 46:23, 49:21
**sometimes** [2] - 69:12, 97:24
**somewhat** [1] - 98:6
**Son** [1] - 23:21
**soon** [3] - 86:10, 92:18, 96:25
**sorry** [1] - 66:18
**sort** [1] - 35:3
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southern** [7] - 8:20, 10:1, 10:13, 10:25, 15:18, 82:25, 93:9
**Southwest** [1] - 1:21
**space** [2] - 5:2, 5:3
**spanning** [1] - 67:12
**speaks** [1] - 55:5
**Special** [4] - 4:10, 37:17, 57:20, 89:13
**special** [1] - 53:22
**specific** [3] - 70:14, 81:22, 81:24
**specifically** [4] - 11:19, 17:15, 31:5, 32:6
**specified** [1] - 11:24
**spent** [2] - 54:17, 60:17
**Spider** [1] - 21:23
**Spider-Man** [1] - 21:23
**Spirit** [2] - 9:2, 54:20
**spy** [1] - 61:19
**staff** [2] - 36:14, 57:5
**stamp** [2] - 55:1
**stamps** [1] - 9:5
**stand** [16] - 35:21, 53:14, 53:21, 54:7, 54:8, 54:10, 59:21, 59:22, 59:24, 61:8,

62:1, 62:3, 62:9, 62:10, 66:4, 68:24
**standby** [2] - 87:17, 87:25
**Star** [49] - 7:4, 7:16, 7:23, 10:19, 12:14, 12:16, 13:7, 13:9, 13:14, 14:18, 17:13, 18:2, 18:6, 18:9, 18:16, 18:18, 18:24, 19:2, 19:9, 19:23, 20:15, 20:23, 21:13, 21:25, 22:24, 23:21, 25:2, 26:1, 26:4, 26:6, 26:7, 26:11, 26:22, 28:12, 28:19, 29:12, 30:12, 31:4, 31:14, 49:1, 49:3, 49:5, 49:6, 49:13, 50:14, 53:3, 59:7, 61:14, 62:18
**start** [2] - 33:14, 38:17
**started** [2] - 14:12, 89:25
**starts** [2] - 44:4, 66:7
**starve** [1] - 68:18
**State** [3] - 45:8, 77:5, 79:11
**state** [5] - 4:5, 37:13, 57:16, 88:8, 89:8
**statement** [2] - 41:12, 41:15
**statements** [3] - 36:23, 64:4, 96:13
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**States** [74] - 4:2, 4:9, 7:10, 7:19, 8:5, 9:8, 10:5, 10:17, 10:23, 10:24, 11:10, 11:13, 12:4, 12:13, 14:5, 14:8, 15:16, 15:17, 16:17, 17:25, 21:6, 22:20, 28:14, 28:17, 29:6, 29:21, 29:25, 37:10, 37:17, 43:25, 46:22, 49:5, 50:13, 53:9, 54:21, 57:14, 57:20, 59:6, 62:5, 68:17, 75:11, 75:13, 75:16, 75:17, 75:20, 75:22, 75:25, 76:6, 77:3, 77:4, 77:5, 77:6, 77:9, 77:10, 78:2, 78:7, 79:9, 79:10, 79:11, 79:12, 79:15, 79:16, 80:16, 82:25, 83:1, 88:6, 88:12, 89:5, 89:12, 93:9, 93:10, 99:24

**status** [1] - 86:20
**stay** [2] - 46:22, 90:10
**stayed** [6] - 18:9, 23:1, 49:1, 49:7, 49:14, 90:9
**stays** [1] - 42:3
**Steeve** [1] - 49:9
**step** [5] - 27:16, 27:17, 27:19, 81:2, 81:3
**Stephen** [4] - 29:15, 44:15, 61:10, 68:11
**steps** [1] - 61:1
**still** [7] - 5:17, 19:2, 19:9, 21:24, 25:23, 62:8, 91:8
**stop** [3] - 13:20, 19:6, 36:13, 48:1, 57:4
**stopped** [7] - 9:22, 27:25, 29:8, 29:9, 30:15, 47:5, 69:8
**story** [5] - 45:3, 60:2, 65:1, 66:6, 69:19
**straight** [1] - 58:5
**strangers** [2] - 42:19, 42:20
**strap** [1] - 45:13
**Street** [1] - 1:15
**street** [1] - 68:12
**strike** [1] - 93:25
**strongly** [1] - 81:1
**struck** [1] - 26:10
**struggle** [1] - 24:5
**Stu** [1] - 37:21
**Stuart** [4] - 4:14, 57:23, 88:14, 89:17
**STUART** [1] - 1:20
**stuck** [1] - 40:12
**stuff** [2] - 38:5, 68:23
**subject** [1] - 43:11
**submission** [1] - 63:19
**submit** [3] - 8:13, 10:19, 30:10
**submitted** [1] - 32:15
**substantial** [5] - 27:15, 27:17, 27:19, 81:2, 81:3
**sucked** [2] - 13:4, 13:15
**sucking** [3] - 42:18, 55:7, 63:21
**sufficient** [1] - 99:8
**suggest** [9] - 42:12, 42:25, 43:15, 44:1, 44:5, 46:4, 46:24, 55:4, 72:21
**Suite** [3] - 1:18, 1:22,

1:24
**summary** [1] - 53:22
**summer** [1] - 25:21
**Superseding** [1] - 5:15
**superseding** [4] - 5:17, 5:21, 5:23, 96:1
**supervisor** [1] - 22:16
**supplied** [1] - 88:22
**supply** [1] - 7:5
**support** [3] - 40:20, 40:24, 49:15
**supported** [2] - 9:1, 9:17
**supporter** [3] - 18:6, 20:20, 22:24
**supporters** [1] - 30:24
**supposed** [3] - 64:9, 87:4, 87:16
**supposedly** [1] - 64:5
**surrounding** [1] - 74:19
**swallow** [1] - 32:16
**sympathy** [5] - 42:14, 43:1, 43:6, 55:9, 70:18
**system** [2] - 38:21, 39:22

**T**

**Tabarre** [7] - 21:18, 22:16, 23:1, 25:5, 25:7, 26:7, 66:20
**table** [7] - 4:10, 37:18, 37:23, 57:21, 57:25, 89:13, 89:19
**tags** [1] - 87:9
**talks** [1] - 47:2
**tamper** [1] - 51:19
**targeted** [1] - 32:7
**task** [1] - 43:21
**teach** [1] - 29:3
**teachers** [2] - 45:20
**teaching** [1] - 29:1
**team** [2] - 27:25, 52:8
**tear** [1] - 43:13
**telephones** [2] - 52:5, 52:11
**ten** [3] - 26:20, 87:17, 87:25
**ten-minute** [2] - 87:17, 87:25
**tend** [2] - 72:10, 73:14
**tenders** [1] - 70:5
**tent** [2] - 17:8, 26:14
**term** [4] - 16:4, 76:15, 78:11, 78:19
**terms** [2] - 42:11, 55:8
**terrible** [1] - 58:21
**terrified** [1] - 31:22
**terrifying** [1] - 58:22
**test** [1] - 6:10
**testified** [29] - 9:10, 9:22, 10:2, 10:10, 14:6, 14:9, 16:14, 19:11, 21:3, 21:8, 21:10, 22:1, 23:23, 24:12, 27:2, 27:7, 28:2, 29:7, 29:23, 30:2, 32:16, 49:11, 66:1, 68:3, 68:4, 68:5, 73:3, 73:7
**testify** [4] - 54:6, 67:6, 73:21, 73:22
**testifying** [2] - 59:1, 72:19
**testimony** [53] - 9:21, 12:25, 13:11, 13:23, 14:3, 14:19, 14:23, 18:14, 18:23, 19:8, 20:21, 21:12, 22:4, 22:11, 23:12, 23:20, 24:2, 24:8, 25:1, 26:3, 27:6, 27:21, 28:11, 28:19, 29:15, 29:19, 29:23, 30:5, 30:24, 43:12, 44:13, 44:14, 44:17, 46:15, 47:11, 47:12, 48:21, 50:7, 53:25, 54:4, 66:19, 66:25, 68:23, 69:4, 71:19, 72:6, 72:16, 73:5, 73:10, 73:23, 74:9, 74:18
**THE** [122] - 1:10, 1:14, 1:20, 4:1, 4:12, 4:16, 4:22, 4:25, 5:4, 5:14, 5:17, 5:24, 6:1, 6:10, 6:14, 6:17, 6:18, 6:21, 6:23, 6:24, 15:12, 26:20, 33:15, 34:13, 34:18, 34:25, 35:3, 35:8, 35:14, 35:18, 35:20, 36:3, 36:20, 37:10, 37:19, 37:24, 38:2, 38:6, 38:10, 38:13, 48:22, 56:21, 57:11, 57:14, 58:1, 58:3, 58:8, 58:11, 58:15, 65:25, 66:13, 69:25, 70:5,
70:7, 84:16, 84:22, 85:2, 85:6, 85:18, 85:21, 86:2, 86:6, 87:15, 87:22, 88:6, 88:17, 89:4, 89:15, 89:20, 89:24, 90:18, 90:21, 90:22, 90:24, 91:10, 91:15, 91:23, 92:1, 92:6, 92:15, 92:21, 92:24, 93:2, 93:3, 93:5, 93:6, 93:8, 93:23, 94:2, 94:7, 94:10, 94:13, 94:16, 94:19, 94:22, 94:25, 95:3, 95:6, 95:9, 95:12, 95:15, 95:16, 95:23, 96:6, 96:8, 96:11, 96:14, 96:18, 96:23, 97:3, 97:13, 97:18, 97:20, 98:7, 98:9, 98:16, 98:23, 99:1, 99:10, 99:12, 99:15, 99:18
**themselves** [1] - 32:16
**Thereupon** [5] - 37:8, 57:12, 87:13, 89:2, 92:19
**they've** [4] - 54:22, 90:3, 90:10, 90:19
**third** [4] - 11:2, 11:6, 15:20, 39:10
**Third** [2] - 1:21, 65:10
**thorough** [1] - 64:9
**thousand** [2] - 50:12, 50:18
**thousands** [1] - 46:21
**threatened** [2] - 22:22, 31:19, 31:20
**threatening** [4] - 32:12, 64:24, 76:12, 78:15
**threats** [5] - 11:6, 12:1, 12:5, 31:18, 32:3
**three** [16] - 10:23, 13:3, 16:6, 20:24, 26:24, 29:24, 33:20, 38:20, 39:21, 44:19, 46:14, 53:10, 55:14, 61:3, 67:13
**threesome** [1] - 19:15
**threesomes** [1] - 67:10
**throughout** [3] - 33:20, 46:8, 55:21
**throw** [1] - 34:6
**thumb** [1] - 59:8
**tickets** [1] - 9:19
**title** [1] - 5:14
**today** [5] - 33:5, 37:18, 42:17, 62:14, 66:8
**toilet** [1] - 25:11
**Toni** [11] - 87:11, 88:1, 90:2, 90:14, 90:18, 91:12, 91:17, 95:18, 96:5, 97:4, 98:11
**tons** [1] - 62:12
**took** [8] - 5:14, 18:20, 27:15, 51:2, 53:14, 54:10, 61:8, 68:20
**tool** [1] - 61:5
**top** [1] - 13:2
**topic** [3] - 43:14, 43:18, 56:6
**topics** [1] - 42:18
**totally** [2] - 34:15, 86:22
**touch** [3] - 21:20, 53:17, 53:23
**touching** [7] - 11:20, 25:11, 27:7, 36:9, 56:25, 76:23, 79:2
**toward** [2] - 27:16, 81:2
**towards** [2] - 42:15, 43:1
**toys** [1] - 17:2
**transcription** [1] - 99:21
**transmitting** [1] - 6:7
**travel** [33] - 7:15, 8:5, 8:22, 8:25, 9:6, 9:14, 9:16, 9:25, 10:12, 10:17, 12:11, 17:24, 19:2, 20:7, 23:10, 25:22, 27:12, 30:18, 30:21, 31:8, 33:1, 46:21, 47:21, 75:21, 76:1, 77:8, 77:21, 77:23, 78:2, 79:14, 79:25, 80:2, 80:8
**traveled** [30] - 7:9, 7:22, 9:8, 9:11, 10:16, 10:25, 11:2, 14:4, 15:18, 15:22, 15:24, 30:17, 31:2, 31:8, 48:14, 54:21, 59:5, 62:4, 69:5, 76:7, 76:8, 77:13, 77:25, 78:8, 78:9, 79:19, 80:5, 80:17, 80:18
**traveling** [15] - 8:4, 8:19, 11:14, 12:8,
**thumb** [1] - 59:8
17:20, 18:8, 20:12, 23:16, 24:22, 75:12, 75:16, 77:18, 79:23, 80:12, 80:24
**travels** [1] - 53:8
**treat** [1] - 63:11
**treated** [1] - 19:12
**treats** [1] - 19:13
**TRIAL** [1] - 1:10
**trial** [20] - 8:9, 33:25, 36:8, 36:25, 39:15, 44:8, 56:24, 68:17, 70:17, 71:24, 73:11, 73:25, 74:10, 74:23, 81:21, 86:15, 97:5, 99:5, 99:8, 99:13
**trials** [1] - 64:13
**tried** [2] - 13:18, 69:8
**tries** [1] - 60:25
**trinkets** [1] - 69:12
**trip** [4] - 12:12, 14:7, 17:25, 69:9
**true** [5] - 11:12, 11:16, 22:11, 69:14, 72:14
**truth** [6] - 64:23, 69:23, 72:23, 72:24, 73:13, 82:18
**try** [4] - 36:12, 48:8, 57:3, 82:10
**tuition** [2] - 16:24, 21:11
**turn** [2] - 29:9, 34:8, 46:4
**turned** [3] - 14:2, 23:24, 27:4
**Twelfth** [2] - 2:2, 99:24
**twice** [2] - 46:14, 53:9
**two** [20] - 11:2, 13:8, 15:14, 22:25, 25:6, 27:8, 30:3, 39:4, 40:23, 44:1, 52:1, 52:11, 52:14, 53:11, 53:14, 55:14, 84:8, 85:6, 96:23, 99:6
**type** [1] - 16:13
**types** [1] - 15:11
**typo** [2] - 5:2, 5:5

**U**

**unable** [1] - 13:3
**unanimous** [1] - 82:5
**unanimously** [2] - 83:5, 93:14
**uncomfortable** [4] - 43:11, 97:16, 98:2,

98:6
**under** [33] - 11:4, 11:5, 11:7, 11:21, 11:25, 12:23, 16:8, 16:10, 23:11, 24:7, 31:15, 31:16, 31:17, 32:2, 59:7, 67:19, 75:14, 75:18, 75:23, 76:2, 76:9, 76:11, 76:13, 77:12, 77:19, 78:12, 78:14, 78:16, 78:18, 80:10
**underline** [1] - 53:19
**underprivileged** [2] - 32:7, 46:8
**understood** [1] - 92:12
**unduly** [1] - 74:6
**unfolds** [1] - 66:6
**unfortunately** [2] - 65:7, 91:3
**uniform** [1] - 45:13
**uniforms** [1] - 16:25
**unimportant** [1] - 73:20
**unique** [2] - 65:3, 65:9
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:17
**United** [74] - 4:2, 4:8, 7:10, 7:19, 8:5, 9:8, 10:5, 10:17, 10:22, 10:24, 11:9, 11:13, 12:4, 12:12, 14:4, 14:8, 15:16, 15:17, 16:17, 17:25, 21:6, 22:20, 28:14, 28:17, 29:6, 29:21, 29:25, 37:10, 37:16, 43:25, 46:22, 49:5, 50:13, 53:9, 54:21, 57:14, 57:19, 59:6, 62:5, 68:17, 75:11, 75:12, 75:15, 75:17, 75:20, 75:22, 75:25, 76:6, 77:3, 77:4, 77:5, 77:6, 77:9, 77:9, 79:10, 79:11, 79:12, 79:15, 79:16, 80:16, 82:25, 83:1, 88:6, 88:11, 89:5, 89:11, 93:9, 93:10, 99:24
**unless** [3] - 53:25, 54:3, 68:14
**unlike** [1] - 16:16
**unplug** [1] - 41:4
**unspeakable** [1] - 68:8
**up** [30] - 6:12, 6:14,

12:16, 22:9, 23:24, 29:6, 32:19, 33:15, 41:14, 42:1, 44:3, 45:1, 45:12, 51:22, 55:17, 60:9, 61:7, 61:9, 61:22, 61:24, 63:23, 64:18, 64:21, 66:4, 66:5, 74:16, 81:3, 82:14, 99:1
**upset** [1] - 59:3
**US** [12] - 9:3, 10:6, 10:7, 10:9, 10:11, 16:21, 30:20, 54:18, 62:6, 62:13, 63:4, 63:5
**utilize** [1] - 70:4

# V

**valid** [2] - 77:7, 79:13
**valuable** [1] - 21:8
**value** [9] - 16:17, 16:18, 16:19, 17:5, 17:14, 21:4, 24:11, 25:17, 79:8
**various** [4] - 54:18, 55:12, 55:20, 55:24
**vary** [1] - 8:3
**Verdict** [1] - 3:8
**verdict** [57] - 8:14, 56:18, 66:8, 66:9, 69:14, 81:19, 82:4, 82:7, 82:23, 83:4, 83:20, 83:21, 87:23, 88:23, 89:24, 90:1, 90:3, 90:15, 90:19, 91:7, 91:19, 91:20, 91:22, 91:25, 92:7, 92:8, 92:16, 93:1, 93:3, 93:6, 93:13, 94:5, 94:7, 94:8, 94:10, 94:11, 94:13, 94:14, 94:16, 94:17, 94:19, 94:20, 94:22, 94:23, 94:25, 95:1, 95:3, 95:4, 95:6, 95:7, 95:9, 95:10, 95:12, 95:13, 95:24, 97:10
**verification** [1] - 52:6
**verifies** [1] - 55:11
**verify** [8] - 41:17, 41:24, 50:22, 52:3, 52:15, 54:21, 55:4, 55:20
**versus** [7] - 4:2, 37:11, 57:15, 83:2, 88:6, 89:5, 93:11
**victim** [3] - 68:25, 69:1
**victim's** [1] - 63:12

**victims** [8] - 12:20, 17:7, 18:5, 20:19, 30:24, 30:25, 65:3, 69:22
**victims'** [1] - 96:13
**videos** [1] - 41:19
**vile** [1] - 59:2
**violence** [1] - 31:21
**visit** [1] - 23:1
**visited** [3] - 22:24, 26:10, 49:3
**visiting** [1] - 18:24
**voluntarily** [1] - 81:14
**voted** [3] - 5:7, 5:9, 84:5
**vs** [1] - 1:6
**vulgar** [2] - 58:21, 59:2
**vulnerable** [2] - 31:3, 68:9
**vulva** [4] - 76:16, 76:18, 78:20, 78:22

# W

**Wadley** [7] - 18:14, 18:15, 18:20, 18:22, 67:3, 67:22
**Wadley's** [1] - 18:19
**waist** [1] - 45:14
**wait** [2] - 47:6, 87:5
**wake** [1] - 45:12
**walk** [3] - 23:2, 23:3, 51:24
**walking** [1] - 67:9
**Walkman** [2] - 24:16, 24:18
**walks** [1] - 40:21
**wants** [4] - 34:18, 60:22, 60:23, 92:3
**warrant** [3] - 50:14, 50:19, 51:19
**Washington** [1] - 1:19
**watch** [1] - 34:9
**watching** [2] - 34:14, 67:9
**water** [1] - 32:16
**wear** [1] - 32:23
**week** [1] - 25:6
**weekends** [1] - 18:24
**weeks** [15] - 26:10, 33:20, 41:18, 41:22, 41:23, 42:25, 50:7, 51:8, 51:21, 53:10, 54:17, 55:17, 55:24, 56:7, 59:10
**weight** [4] - 72:11,

74:8, 74:17, 74:20
**whatsoever** [4] - 36:7, 37:4, 54:9, 56:23
**whole** [2] - 70:22, 72:18
**Widson** [6] - 23:14, 23:20, 23:23, 23:25, 27:6, 32:15
**wife** [2] - 47:6, 48:8
**Wilkins** [1] - 53:22
**William** [4] - 69:16, 75:7, 83:2, 93:11
**willing** [2] - 40:6, 71:13
**Winter** [4] - 44:14, 44:24, 45:8, 50:1
**wish** [2] - 83:24, 97:4
**withhold** [1] - 20:6
**witness** [19] - 53:14, 53:21, 59:23, 66:4, 72:15, 72:18, 72:21, 72:22, 72:23, 72:24, 73:1, 73:3, 73:7, 73:9, 73:10, 73:13, 73:16, 73:24
**witness's** [1] - 73:4
**witnessed** [2] - 18:11, 23:2
**witnesses** [6] - 8:13, 60:8, 60:9, 65:2, 71:19, 72:18
**word** [7] - 5:20, 29:1, 55:6, 58:19, 63:13, 81:13, 91:24
**words** [21] - 12:10, 26:25, 33:4, 42:16, 42:24, 43:8, 43:9, 53:23, 55:6, 58:21, 58:24, 58:25, 59:8, 61:18, 63:11, 63:12, 64:21, 77:21, 80:1, 82:5
**world** [3] - 39:22, 46:9, 55:21
**World** [1] - 65:10
**write** [2] - 83:25, 90:3
**writing** [2] - 84:3, 90:23
**written** [1] - 43:10
**wrongdoing** [1] - 55:16
**wrote** [1] - 47:6

# X

**Xxx** [2] - 14:20, 19:9
**Xxxx** [5] - 23:14,

23:20, 27:6, 32:15, 67:5
**Xxxxx** [23] - 14:19, 18:23, 19:22, 20:9, 21:24, 22:4, 22:8, 24:9, 24:11, 24:15, 27:2, 29:7, 29:15, 44:15, 46:25, 49:9, 53:5, 61:10, 67:2, 67:7, 68:11
**Xxxxx-Xxxxxxx** [4] - 19:22, 22:4, 22:8, 49:9
**Xxxxxx** [12] - 12:25, 14:3, 14:4, 22:11, 23:13, 24:2, 48:18, 48:19, 49:10, 66:1, 67:2, 67:3
**Xxxxxxx** [8] - 19:22, 21:12, 22:4, 22:8, 28:18, 29:19, 44:15, 49:9
**Xxxxxxxx** [9] - 13:12, 18:14, 46:16, 46:19, 49:17, 61:10, 66:7, 67:11, 68:11
**Xxxxxxxxx** [4] - 13:23, 19:15, 49:9, 67:2

# Y

**year** [9] - 7:20, 24:24, 24:25, 32:21, 53:9, 53:11
**years** [93] - 7:3, 8:2, 10:19, 11:4, 11:5, 11:7, 11:21, 11:25, 12:3, 12:24, 13:5, 13:15, 13:17, 13:25, 14:2, 14:13, 14:20, 14:21, 16:9, 16:10, 18:17, 18:25, 19:3, 19:10, 19:25, 20:9, 20:22, 20:24, 21:17, 21:25, 22:15, 22:16, 23:11, 23:13, 23:14, 23:22, 23:25, 24:7, 24:8, 24:9, 24:19, 25:2, 25:12, 26:2, 26:4, 27:3, 27:4, 27:8, 28:11, 28:18, 28:20, 29:12, 29:16, 30:13, 30:14, 31:15, 31:16, 31:17, 32:2, 32:3, 40:13, 44:9, 46:23, 50:5, 50:24, 54:3, 62:19, 66:21, 67:11, 69:10, 75:14, 75:18, 75:23, 76:2, 76:9,

76:10, 76:11, 76:13,
76:24, 77:13, 77:19,
78:12, 78:13, 78:14,
78:16, 78:18, 79:3,
80:10, 87:23, 97:7
  **yesterday** [1] - 39:18
  **York** [1] - 1:18
  **young** [26] - 7:3, 7:5,
7:14, 7:17, 14:4, 15:2,
18:11, 20:8, 23:11,
27:8, 29:25, 30:15,
31:6, 31:10, 31:12,
40:10, 41:21, 45:21,
48:17, 51:4, 51:17,
53:13, 53:14, 53:20,
54:1
  **younger** [7] - 12:3,
21:13, 22:12, 76:10,
76:24, 78:13, 79:3
  **yourself** [6] - 40:2,
40:15, 72:22, 73:6,
74:6, 82:8
  **yourselves** [5] -
36:6, 56:22, 59:24,
65:1


# Z


  **zero** [2] - 54:9, 59:20