UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20350-CR-LENARD(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,

Defendant.
_____/

## VERDICT

WE THE JURY in the above-captioned case, unanimously find the Defendant,

MATTHEW ANDREW CARTER,

As to Count 1 of the Indictment:

    GUILTY       ✓

    NOT GUILTY    ____

As to Count 2 of the Indictment:

    GUILTY       ✓

    NOT GUILTY    ____

As to Count 3 of the Indictment:

    GUILTY       ✓

    NOT GUILTY    ____

As to Count 4 of the Indictment:

    GUILTY        ✓

    NOT GUILTY    _____

As to Count 5 of the Indictment:

    GUILTY        ✓

    NOT GUILTY    _____

As to Count 6 of the Indictment:

    GUILTY        ✓

    NOT GUILTY    _____

    SO SAY WE ALL this __28__ day of __February__, 2013.

_____        _____
Foreperson's Signature                Foreperson's Printed Name