**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-20350-CR-LENARD**

UNITED STATES OF AMERICA,

vs.

MATTHEW ANDREW CARTER

       Defendant.

_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

The jury has reached a verdict.

DATE: 2/28/13

TIME: 1400

_____
FOREPERSON SIGNATURE

_____
FOREPERSON PRINT