UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20350-CR-LENARD(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW ANDREW CARTER,

    Defendant.
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

____ Guns, jewelry, currency, drugs, explosives

    Item Nos. _____

____ Oversize records (larger than 10" x 12" x 15")

    Item Nos. _____

____ Stored by Records Section in: ___ Miami ___ FTL ___ WPB

✓ Other (Explain): __Documents, Lotion__

The exhibits shall be retained by the undersigned party pending appeal or further proceedings in this cause.

Signature: _M. K. M_____

____ Attachments
(Exhibit list, Order of Court)

Print Name: Maria Medetis

Agency or Firm: USAO

Address: 99 NE 4th St.
Miami, FL 33129

Exhibits Released by:

ToniAnn Jacoby
(Deputy Clerk)

Telephone: 305-961-9010

Date: 2/28/13

cc:   Counsel of Record