UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20350-CR-LENARD(s)(s)
18 U.S.C. §§ 2423(b), (e)

UNITED STATES OF AMERICA

v.

MATTH EW ANDREW CARTER,
a/k/a "William Charles Harcourt"
a/k/a "Bill Carter,"

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 2, 2001, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

On or about October 30, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTH EW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

On or about November 27, 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

On or about February 27, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT FIVE

On or about September 15, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did travel in foreign commerce from the United States, that is, Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT SIX

On or about May 8, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW ANDREW CARTER,**
**a/k/a "William Charles Harcourt,"**
**a/k/a "Bill Carter,"**

a United States citizen, did attempt to travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).