UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20350-CR-LENARD/O'SULLIVAN(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

       Defendant.
_____/

## UNITED STATES' SEALED WITNESS LIST

| WITNESS | DESCRIPTION |
| --- | --- |
| Jose Escamilla | Officer, U.S. Customs and Border Protection |
| J.D.J. | |
| J.F. | |
| P.S. | |
| Becky McLaren | Passenger Service Agent, American Airlines |
| Heather Harvey | Customer Relations, Spirit Airlines |
| Janet Knox | |
| O.B. | |
| P.P.J. | |
| J.B. | |
| S.A. | |
| Betty Long | |
| S.T. | |
| P.M. | |
| D.M. | |
| David McCrum | |
| I.M. | |

| WITNESS | DESCRIPTION |
|---|---|
| Michael Bentolila | Special Agent, Homeland Security Investigations |
| Du Tran | Consul, Embassy of the United States, Port-au-Prince, Haiti |
| Roger Altieri | Inspector General, Ministry of the Interior (Haiti) |
| W.M. | |
| J.M.-1 | |
| W.F. | |
| J.E.C. R.S. | |
| R.S. | |
| S.M.D.J. | |
| C.A. | |
| Joelle Haspil | |
| J.M.-2 | |
| Wendy Dawn Jamie Cordero | Officer, U.S. Customs and Border Protection |
| Michael Bentolila | Special Agent, Homeland Security Investigations |
| G.S. | |
| Richard Wilkins | Special Agent, Homeland Security Investigations |
| Du Tran (Rebuttal Witness) | Consul, Embassy of the United States, Port-au-Prince, Haiti |