UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20350- CR-LENARD/O'SULLIVAN(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

        **Defendant.**
_____/

## UNITED STATES' REVISED EXHIBIT LIST

The United States respectfully submits the attached Revised Exhibit List.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   *s/Maria K. Medetis*
        Maria K. Medetis
        Assistant United States Attorney
        Court Identification No.: A5501214
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961- 9010
        Fax: (305) 530- 7976
        Maria.Medetis@usdoj.gov

BY:   *s/Bonnie L. Kane*
        Bonnie L. Kane
        Trial Attorney
        Child Exploitation and Obscenity Section
        Criminal Division, U.S. Department of Justice
        1400 New York Avenue, NW
        Washington, D.C. 20530
        Tel: (202) 514-5780
        Fax: (202) 514-1793
        Bonnie.Kane@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Maria K. Medetis*
Maria K. Medetis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20350- CR-LENARD/O'SULLIVAN(s)(s)

UNITED STATES OF AMERICA

v.

MATTHEW ANDREW CARTER,
a/k/a "William Charles Harcourt,"
a/k/a "Bill Carter,"

       Defendant.
_____/

## UNITED STATES' EXHIBIT LIST

| PRESIDING JUDGE<br>The Honorable Joan A. Lenard | PLAINTIFF'S ATTORNEY<br>**Maria Medetis (AUSA)**<br>**Bonnie Kane (Trial Attorney)** | DEFENDANT'S ATTORNEY<br>**Stuart Adelstein, Esq.**<br>**Philip Horowitz, Esq.** |
|---|---|---|
| TRIAL DATE(S)<br>1/29/2013 – 2/28/2013 | COURT REPORTER<br>**Lisa Edwards** | COURTROOM DEPUTY<br>**Patricia Mitchell** |
| **United States v. Matthew Andrew Carter** | | Case. No.<br>**11-20350-CR-JAL(s)(s)** |

| EX. NO. | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 – 14 | | 01/04/2013 | Certified American Airlines Flight and Passenger Records |
| 15 | | 01/04/2013 | Certified Yahoo! Inc. Account Information Record |
| 16 | | 01/04/2013 | Certified Copy of Michigan Birth Certificate for William Charles Harcourt |
| 17A-B | | 01/04/2013 | Certified Copy of Franklin County, Ohio Probate Court Name Change Documents |
| 18A-G | | 01/04/2013 | Certified U.S. Department of State Records – Passport Applications |
| 19A-I | | 01/04/2013 | Certified Spirit Airlines Flight and Passenger Records |
| 19J | 02/06/2013 | 02/06/2013 | Spirit Airlines Booking Record M5LQ4M |
| 19K | 02/06/2013 | 02/06/2013 | Spirit Airlines Booking Record KDQJFE |
| 19L-P | 02/06/2013 | 02/06/2013 | Excerpts of Exhibits 19E through 19I |
| 20 | 02/05/2013 | 02/05/2013 | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 1686 |
| 21A | 02/05/2013 | 02/05/2013 | Boarding Pass for Matthew Carter, Flight AA 873 on May 8, 2011 |
| 21B | 02/05/2013 | 02/05/2013 | Boarding Pass for Matthew Carter, Flight AA 809 on May 8, 2011 |
| 22 | 02/05/2013 | 02/05/2013 | Passenger Receipt for Matthew Carter, Record Locator LZZARU |

| 23A | 02/05/2013 | 02/05/2013 | Baggage Claim ticket for Matthew Carter, Ticket No. AA76 28 71 |
|---|---|---|---|
| 23B | 02/05/2013 | 02/05/2013 | Baggage Claim ticket for Matthew Carter, Ticket No. AA76 29 80 |
| 23C-23F | 02/05/2013 | 02/05/2013 | Photographs of checked luggage |
| 24 | 02/05/2013 | 02/05/2013 | Social Security Card of Matthew Andrew Carter |
| 25 | 02/05/2013 | 02/05/2013 | Michigan Driver's License for Matthew Andrew Carter |
| 26 | 02/05/2013 | 02/05/2013 | Morning Star Center Business Card of Founder/Director Matthew "Bill" Carter |
| 27 | 02/05/2013 | 02/05/2013 | Morning Star Retreat Business Card of Program Director William C. Harcourt |
| 28 | 02/05/2013 | 02/05/2013 | Children's Activities and Training (CAT) Employee Card |
| 29 | 02/05/2013 | 02/05/2013 | Photograph of P.S. and J.F. |
| 30 | 02/13/2013 | 02/13/2013 | E-mail from getcarter2010@yahoo.com dated Aug. 21, 2009 |
| 31 | 02/13/2013 | 02/13/2013 | E-mail from getcarter2010@yahoo.com dated Sept. 4, 2010, and attachment "Resident, Sept. 2010.docx." |
| 32A | 02/08/2013 | 02/13/2013 | Photographs of Morning Star Center, Tabarre |
| 32A-1 | 02/08/2013 | 02/08/2013 | Photographs of Morning Star Center, Tabarre |
| 32B-Z | 02/08/2013 | 02/08/2013 | Photographs of Morning Star Center, Tabarre |
| 33 | 02/13/2013 | 02/13/2013 | U.S. Passport of William Charles Harcourt, Passport No. ending in 5211 |
| 34 | 02/13/2013 | 02/13/2013 | U.S. Passport of William Charles Harcourt, Passport No. ending in 5477 |
| 35 | 02/13/2013 | 02/13/2013 | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 7141 |
| 36 | 02/13/2013 | 02/13/2013 | U.S. Passport of Matthew Andrew Carter, Passport No. ending in 4597 |
| 37A | 02/13/2013 | 02/13/2013 | Letter from Matthew Carter, dated June 10, 1996 |
| 37B | 02/13/2013 | 02/13/2013 | English translation of Exhibit 37A |
| 38A | 02/13/2013 |  | Contract signed by William Harcourt, dated Mar. 25, 1988 |
| 38B | 02/13/2013 |  | English Translation of Exhibit 38A |
| 39 | 02/13/2013 | 02/13/2013 | List of Kids at Mission 1995 |
| 40 | 02/05/2013 | 02/05/2013 | Photo Kids 1995 |
| 41 | 02/13/2013 | 02/13/2013 | List of Kids at Mission 1996 |
| 42 | 02/13/2013 | 02/13/2013 | List of Kids at Mission 1997 |
| 43 | 02/13/2013 | 02/13/2013 | List of Kids at Mission 1998 |
| 44 | 02/06/2013 | 02/06/2013 | Photo Kids 1998 |
| 45 | 02/13/2013 | 02/13/2013 | MSI Resident Children as of October 1st, 1998 |
| 46 | 02/13/2013 | 02/13/2013 | List of Kids Supported Outside Mission |

| 47 | 02/13/2013 | 02/13/2013 | July 20th, 2000 Morning Star Students |
|---|---|---|---|
| 48 | 02/08/2013 | 02/08/2013 | Spring 2003 collage of photographs |
| 49 | 02/07/2013 | 02/07/2013 | Autumn 2003 collage of photographs |
| 50 | 02/07/2013 | 02/07/2013 | Undated collage of photographs |
| 51 | 02/13/2013 | 02/13/2013 | List of Addresses |
| 52A | 02/13/2013 | 02/13/2013 | Rental Contract dated Oct. 11, 2001 |
| 52B | 02/13/2013 | 02/13/2013 | Rental Contract dated Nov. 1, 2003 |
| 52C | 02/13/2013 | 02/13/2013 | Rental Contract dated Feb. 21, 2005 |
| 52D | 02/13/2013 | 02/13/2013 | Rental Contract dated Aug. 21, 2005 |
| 53A | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 52A |
| 53B | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 52B |
| 53C | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 52C |
| 53D | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 52D |
| 54A | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 8/26/2006 – 2/26/2007 |
| 54B | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 2/26/2007 – 8/26/2007, dated 4/11/2007 |
| 54C | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 8/26/2007 – 2/26/2008, dated 8/30/2007 |
| 54D | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 2/26 – 8/26/2008, dated 2/23/2008 |
| 54E | 02/13/2013 | 02/13/2013 | Rent payment receipt, for period 8/26/2008 – 2/26/2009 |
| 54F | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 2/26 – 8/25/2009, dated 2/26/2009 |
| 54G | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 9/15/2009 – 9/14/2010, dated 9/15/2009 |
| 54H | 02/13/2013 | 02/13/2013 | Rent payment receipt for period 8/26/2010 – 8/25/2011 |
| 55-58 | 02/05/2013 | 02/05/2013 | Photographs of former Morning Star Center residents |
| 59 | 02/12/2013 | 02/12/2013 | Child Profile |
| 60A | 02/13/2013 | 02/13/2013 | Morning Star Center "A Qui De Droit," dated Dec. 19, 2002 |
| 60B | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 60A |
| 61 | 02/13/2013 | 02/13/2013 | Photographs of former Morning Star Center residents |
| 62 | 02/13/2013 | 02/13/2013 | Photographs of former Morning Star Center residents |
| 63A | 02/13/2013 | 02/13/2013 | The Morning Star "A Qui De Droit," dated Aug. 22, 2005 |
| 63B | 02/13/2013 | 02/13/2013 | English Translation of Exhibit 63A |
| 64 | 02/13/2013 | 02/13/2013 | Photographs of former Morning Star Center residents |

| | | | |
|---|---|---|---|
| 65 | 02/13/2013 | 02/13/2013 | Photographs of former Morning Star Center residents |
| 66 | 02/13/2013 | 02/13/2013 | Photographs of former Morning Star Center residents |
| 67 | 02/07/2013 | 02/07/2013 | Photographs of former Morning Star Center residents |
| 68 | 02/12/2013 | 02/12/2013 | Photograph from newspaper article |
| 69 | 02/13/2013 | 02/13/2013 | Bottles of lotion |
| 70 | 02/13/2013 | 02/13/2013 | Bottles of lotion |
| 71 | 02/13/2013 | 02/13/2013 | Bottles of lotion |
| 72 | | | Bottles of lubricant |
| 73 | 02/14/2013 | 02/14/2013 | Summary of Haitian Immigration Stamps in Defendant's U.S. Passports |
| 74 | 02/06/2013 | 02/06/2013 | U.S. Passport of Janet Knox |
| 75 | 02/06/2013 | 02/06/2013 | Letter of Parental Authorization and Travel Agreement |
| 76 | 02/06/2013 | 02/06/2013 | Photograph of former Morning Star Center resident |
| 77 | 02/12/2013 | 02/12/2013 | Photographs of P.M., D.M. and I.M. |
| 78 | | | Photographs of P.M., D.M. and I.M. |
| 79 | | | U.S. Passport of Betty Long |
| 80 | 02/08/2013 | 02/08/2013 | September 2004 collage of photographs |
| 81 | 02/08/2013 | 02/08/2013 | Spring 2006 collage of photographs |
| 82 | 02/08/2013 | 02/08/2013 | Summer 2006 collage of photographs |
| 83 | 02/08/2013 | 02/08/2013 | Photograph of former Morning Star Center resident |
| 84 | | | Photograph of Defendant |
| 85 | 02/12/2013 | 02/12/2013 | Photograph of Defendant |
| 86 | | | Photograph of Defendant |
| 87A | 02/20/2013 | 02/20/2013 | TECS Passenger Activity Report for Matthew Carter |
| 87B | 02/20/2013 | 02/20/2013 | TECS Passenger Activity Report for Janet Knox |
| 88A | 02/19/2013 | 02/19/2013 | English Translation of Haitian immigration stamps in Defendant's U.S. Passports |
| 88B | 02/19/2013 | 02/19/2013 | English Translation of Haitian immigration stamps in Janet Knox's U.S. Passport |
| 89A-E | 02/19/2013 | 02/19/2013 | Birth Certificates of former Morning Star Center residents |
| 89F | | | Birth Certificates of former Morning Star Center residents |
| 89G-N | 02/19/2013 | 02/19/2013 | Birth Certificates of former Morning Star Center residents |
| 90A-E | 02/19/2013 | 02/19/2013 | English Translations of Exhibits 89A-E |

| 90F | | | English Translations of Exhibits 89F |
| --- | --- | --- | --- |
| 90G-N | 02/19/2013 | 02/19/2013 | English Translations of Exhibits 89G-N |
| 91 | | | Summary of Defendant's travel records |
| 92 | 02/20/2013 | 02/20/2013 | Summary of Morning Star Center locations |
| 93 | 02/20/2013 | 02/20/2013 | Summary of Morning Star Center residents |
| 94 | 02/06/2013 | 02/06/2013 | Handwritten letter from J.F. |
| 95 | 02/07/2013 | 02/07/2013 | Photo of former Morning Star resident (color version of Defense Exhibit 2) |
| 96A | 02/07/2013 | 02/07/2013 | 2006 Statement to Haitian National Police made by O.B. in Creole |
| 96B | 02/07/2013 | 02/19/2013 | English translation of Exhibit 96A |
| 97 | 02/08/2013 | 02/12/2013 | 2006 Statement to Haitian National Police made by J.B. in Creole |
| 98-101 | 02/14/2013 | 02/14/2013 | Photos of Morning Star Center |
| 102 | 02/14/2013 | 02/14/2013 | Email from getcarter2010@yahoo.com dated June 21, 2010 |
| 103 | 02/19/2013 | 02/19/2013 | English translation of Exhibit 97 |
| 104 | 02/20/2013 | 02/20/2013 | Entry Application for former Morning Star Resident J.M.-2 |
| 105 | 2/27/2013 | 2/27/2013 | U.S. Embassy Cable, dated February 1990 (redacted) |
| 106 | 2/27/2013 | | Unredacted copy of Exhibit 105 (for identification only) |
| | | | |
| | | | |