UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 11-20350-CR-LENARD(s)(s)

MATTHEW ANDREW CARTER,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant MATTHEW ANDREW CARTER by and through his undersigned counsel and hereby moves this Court for the entry of an order continuing the sentencing in this case and in support thereof states as follows:

1. On February 28, 2013, a jury sitting in Miami, Florida returned a verdict after nearly five weeks of trial and almost two (2) hours of deliberations in which the above-named defendant was found guilty of Counts 1 through Count 6 of the second superseding indictment as charged.

2. The Defendant was convicted by a jury of Counts 1 though 6 of the second superseding indictment.  (DE #71)  The jury found the defendant MATTHEW CARTER guilty of six counts of traveling (Counts 1 through 5) and attempting to travel (Count 6) in foreign commerce from the United States to Haiti for the purpose of engaging in illicit sexual conduct with minors, in violation of 18 U.S.C. § 2423(b), on or about October 2, 2001 (Count 1), October 30, 2003 (Count 2), November 27, 2004 (Count 3), February 27, 2006 (Count 4), September 15, 2009 (Count 5), and May 8, 2011 (Count 6).  (DE #246)

3. After the return of the verdict, this court adjudicated the defendant guilty and set sentencing in this matter for *Monday, May 20, 2013 at 2:30 p.m.* in Miami. (DE #253)

4. That the wife of Stuart Adelstein, Esquire, lead counsel for the defendant, recently surprised him with an early anniversary gift of non-refundable trip out of the country from May 15 to May 22, 2013 that will obviously conflict with the sentencing date as now set.

5. In light of that trip together with an extensive sentencing presentation that is being prepared for the defendant, it is respectfully request that the sentencing in this matter be continued until late June or early July 2013.  As a reminder, this court had set aside two (2) hours for this hearing with the parties to notify the court if additional time is needed.  (DE #253)

6. That pursuant to Local Rule 88.9 on April 10, 2013 defense counsel spoke with Assistant United States Attorney Maria Medetis who advised that on behalf of the government that she does not object to the relief sought.

WHEREFORE the Defendant MATTHEW ANDREW CARTER respectfully requests that this court enter an order continuing the sentencing in this case until late June or early July 2013.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 11th day of April 2013.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Co-counsel for Defendant CARTER
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*


   */s/ Philip R. Horowitz, Esquire*
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557