SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### JUDGE JOAN A. LENARD

DEFENDANT: **MATTHEW CARTER**

CASE NO. 11-20350-CR

Deputy Clerk P.Mitchell                                DATE   July 30, 2013
Court Reporter Lisa Edwards                      USPO  Shannon Culberson
AUSA  Maria Meditis, Bonnie Kane            Deft Csl.  Stuart Adelstein, Phil Horowitz
Interpreter: none                                          Time :10:10pm-3:40pm

COUNTS DISMISSED     Remaining

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited
Sentencing cont'd until   **7/31/13**   at  9:30   AM

Court delayed 30 minutse to allow defendant time to review PSI; court resumed, and another delay for an hour to allow defendant time to review PSI with his counsel. Court resumed at 12:00pm, Mr. Adelstein acknowledged defendant & counsels read and reviewed PSI. Objections to PSI heard and completed. At defense request, DE #'s 285 and 274 are Ordered unsealed.

JUDGMENT AND SENTENCE

Imprisonment     Years          Months          Count(s)

Supervised Release___Conditions:__

Probation

Years        Months        Counts

Conditions:_____

Assessment $        Restitution $         Fine $__

CUSTODY

___ **Remanded to the Custody of the U.S. Marshal Service**
___ Release on bond pending appeal
__ Voluntary Surrender to (designated institution or U.S. Marshal Service_____
___ Recommendation:_