SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### JUDGE JOAN A. LENARD

DEFENDANT: **MATTHEW CARTER**

CASE NO. 11-20350-CR

| | |
|---|---|
| Deputy Clerk P.Mitchell | DATE   July 31, 2013 |
| Court Reporter Lisa Edwards | USPO   Shannon Culberson |
| AUSA  Maria Meditis, Bonnie Kane | Deft Csl.  Stuart Adelstein, Phil Horowitz |
| Interpreter: none | Time :9:45am-11:50am/12:50pm-2:50pm |

COUNTS DISMISSED     Remaining

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

Sentencing cont'd until ___ at _____ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
| | | 180 | 1 |
| | | 360 | 2-6, all consecutively |

Supervised Release  life   Conditions:  see J&C

Probation

| Years | Months | Counts |
|---|---|---|
| | | |
| | | |

Conditions: _____

Assessment $ 600     Restitution $         Fine $__

Restitution hearing set for 10/7/13 @3:00pm

CUSTODY

 x   **Remanded to the Custody of the U.S. Marshal Service**
___Release on bond pending appeal
__ Voluntary Surrender to (designated institution or U.S. Marshal Service_____
___Recommendation:_