```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 11-20350-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                Plaintiff,            January 23, 2013

 6        vs.                          4:13 p.m. to 4:28 p.m.

 7   MATTHEW ANDREW CARTER,

 8                Defendant.            Pages 1 to 25

 9   _____

10                         CALENDAR CALL
                  BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE GOVERNMENT:      MARIA K. MEDETIS, ESQ.
15                            ASSISTANT UNITED STATES ATTORNEY
                              99 Northeast Fourth Street
16                            Miami, Florida 33132
                                     -and-
17                            BONNIE L. KANE, ESQ.
                              UNITED STATES DEPARTMENT OF JUSTICE
18                            1400 New York Avenue, NW
                              Suite 600
19                            Washington, DC 20530

20

     FOR THE DEFENDANT:       STUART ADELSTEIN, ESQ.
21                            ADELSTEIN & MATTERS
                              2929 Southwest Third Avenue
22                            Suite 410
                              Miami, Florida 33129
23                                   -and-
                              PHILIP R. HOROWITZ, ESQ.
24                            9130 South Dadeland Boulevard
                              Suite 1910
25                            Miami, Florida 33156
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              400 North Miami Avenue
                                Twelfth Floor
 3                              Miami, Florida 33128
                                (305) 523-5499
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good afternoon.  You may be seated.

 2              This is calendar call.

 3              The specially set case of United States of America

 4    versus Matthew Andrew Carter, Case No. 11-20350.

 5              Good afternoon, counsel.  State your appearances,

 6    please, for the record.

 7              MS. MEDETIS:  Good afternoon, your Honor.  Maria

 8    Medetis and Bonnie Kane for the United States.

 9              THE COURT:  Good afternoon.

10              MR. ADELSTEIN:  Good afternoon.  Stu Adelstein and Phil

11    Horowitz on behalf of Mr. Carter.

12              THE COURT:  Good afternoon.

13              MR. HOROWITZ:  Good afternoon, your Honor.

14              THE COURT:  I just received your ex parte sealed

15    motion, and we are in the process of preparing an order to go

16    up to the Eleventh.  It'll have to be approved from the

17    Eleventh, but I intend to approve your request.  But I believe

18    it's Judge Jordan now who is overseeing the budget.  So we'll

19    try and get that out within the next day.

20              MR. ADELSTEIN:  We thank your Honor for that, of

21    course.

22              THE COURT:  Both sides ready to proceed?

23              MS. MEDETIS:  The United States is, your Honor.

24              MR. ADELSTEIN:  No.

25              As we've indicated in our previous requests for
```

1    continuance, the problems we have had, now that we -- based

2    upon our filing, we would ask for a minimum of two weeks so

3    that we could accomplish what we set forth in that pleading.

4            THE COURT:  Does the Government have a response?

5            MS. MEDETIS:  Your Honor, we would object to that

6    continuance for all the bases that we have articulated in our

7    prior responses to the Defendant's prior motions to continue

8    the trial.

9            MR. ADELSTEIN:  Judge, I do apologize, but I don't know

10   what else we can do.  As we indicated, we have made several

11   attempts to accomplish what we set forth.  It's beyond our

12   control at this juncture.

13           Based upon the Government's indication that they had

14   some companies that would provide the necessary protection and

15   security, they need several days once it's approved.  I don't

16   know how else we can accomplish this.  I know that we asked for

17   originally 90 days for that.  The State Department issued this

18   warning.  It was not simply an advisory.  They upped it to a

19   warning, instructing us not to go.

20           We did have -- this would have been our third attempt

21   of trying to accomplish what we set forth.  The reasons why we,

22   in fact, need to go -- I know the Court made reference that we

23   waited until August; but if the Court recalls, when we set this

24   date, we advised the Court that, number one, I had a potential

25   death penalty case before Judge Graham which required some

5

1    attention.  We have gone over close to 10,000 pages of

2    documents in order to prepare ourselves to go to -- and

3    investigate certain things.

4         And quite candidly, I don't know how you can

5    investigate without knowing what's sitting in 10,000 pages.  We

6    had plenty of time to do this, but for the act of God

7    interfering on two occasions and now the Government's State

8    Department, the US State Department, saying, Do not go.

9         And I don't know what else we can do under these

10   circumstances.

11        It appears -- I think the Court knows us well enough --

12   that I have yet to walk into a courtroom for a trial

13   unprepared.  And I can tell the Court that if the Government

14   starts calling witnesses from Haiti, we are absolutely

15   unprepared because we have been prohibited to investigate

16   certain things that we have spelled out in the *ex parte*

17   pleading and the individuals we need to talk to.

18        Many of these people do not have computers, do not have

19   telephones, do not have any way for us to reach out.

20        I've had an investigator for eight months.  We've sent

21   as many e-mails, as many contacts to individuals over in Haiti.

22        And some have responded, but the key individuals that

23   we've indicated to your Honor in our sealed pleading have not.

24   And based upon our conversations, based upon our preparation,

25   the only thing we got, quite candidly, is the interviews that

```
 1   the Government has had with some of these witnesses nine and

 2   ten times.

 3           And I don't know how to prepare.  And I am not ready

 4   for trial.  I know the Court is not -- is not going to grant us

 5   90 days.  But now that we have some things and efforts, to

 6   postpone it two weeks is not asking so much.  I see no

 7   prejudice to any of these alleged minors for a 14-day

 8   continuance.  They have been living with this, some of these,

 9   since the 1970s.  So I don't understand the prejudice on

10   anybody.

11           And the young minors we're talking about are 15 to 17

12   years old, according to the Government's pleadings, and they've

13   been living with it for years.

14           So most respectfully, at least give us a fighting

15   chance and at least give us a two-week postponement.  I would

16   ask for more, but, you know, quite candidly, I've been around

17   the block too many times to understand that that would be

18   probably an absolute denial.  So I'm asking for two weeks.

19           THE COURT:  I am not going to grant your request for a

20   continuance.  I adopt all of the reasons that I set forth in my

21   extensive written order when the 90-day request was made on the

22   same basis.

23           MR. ADELSTEIN:  Yes, ma'am.

24           THE COURT:  As I indicated in that order, once you have

25   made all of your arrangements, the travel time that was
```

1   presented to me was for three days.  I don't hear trials on

2   Mondays.  So that would give you Saturday, Sunday, Monday.  And

3   if need be, I would recess early on a Friday to accommodate

4   you.

5           But I'm not going to continue the case.  This case has

6   been specially set for many, many months.  And I granted a

7   prior continuance at the defense request when it was previously

8   specially set because I found that there was good cause for an

9   extension at that time based upon the additional charges and

10   additional victims in the superseding indictment.

11          But the defense has had many, many months to prepare,

12   to make these travel arrangements.  For whatever reason, you

13   waited until the height of hurricane season to make

14   arrangements to go to Haiti, and then you were waylaid because

15   of two storms.  And I just -- I am not going to continue it.

16          I will, however, as I indicated in my order, make every

17   reasonable accommodation to allow one of you -- there are two

18   lawyers here.  I said in my order that I would excuse one of

19   you to go down to Haiti during trial, if that's the way you

20   want to handle it, or I would recess early on a Friday to

21   accommodate you to go down on a Friday if the amount of time

22   that you intended to spend there was three days, Saturday,

23   Sunday, Monday.  I don't hear trials on Monday.

24          But I'm not going to continue the case.

25          MR. ADELSTEIN:  Well, your Honor, at least give us the

```
 1    second week of the trial period.

 2         THE COURT:  What is that going to accomplish?

 3         MR. ADELSTEIN:  Well --

 4         THE COURT:  You won't even do the turnaround -- you

 5    know, if I sign the order today or tomorrow, it needs to go up

 6    to the Eleventh Circuit to get the funds.  I don't know if you

 7    intend to have advance funds.  But that would give you -- you

 8    can accomplish this in one week?

 9         MR. ADELSTEIN:  We will make every effort that we can.

10    But quite candidly, we cannot, with all due respect, let either

11    Mr. Horowitz or myself go once the trial starts the way we have

12    divided the workload and the preparation.

13         THE COURT:  What would preclude you from going over a

14    weekend?  Saturday, Sunday, Monday?

15         MR. ADELSTEIN:  The problem we have, your Honor, is if

16    they intend to call any witnesses from Haiti during the first

17    week, then any cross that we may have gleaned from our

18    investigation --

19         THE COURT:  Several people have indicated that they

20    don't want to talk to you.

21         MR. ADELSTEIN:  I'm not talking about these people.

22    We've spelled out those people that have information about some

23    of the things that I know the Government has indicated in their

24    pleadings on the individuals that are going to testify.

25         MR. HOROWITZ:  Judge, my concern is, if the Government
```

1   calls witnesses during the first week or before we go to Haiti

2   and we cross-examine those witnesses prior to having an

3   opportunity to go to Haiti, that we will not be able to fully

4   cross-examine those witnesses.  That's the concern that the

5   defense has.

6           THE COURT:  You can always have them subject to

7   re-call, if, in fact, additional issues come up.

8           Has the Government filed a witness list?

9           MS. MEDETIS:  No, your Honor.  We weren't intending to

10  do so until your Honor gave us a date for that.  At the moment,

11  we have to file the exhibit list by three days prior to trial.

12          I don't know if defense counsel is amenable to telling

13  us who it is that they wish to speak to, and we could tell them

14  whether they are going to be testifying the first week or not.

15          MR. ADELSTEIN:  Any of the children from Haiti that --

16          THE COURT:  You have to be by a microphone.

17          MR. ADELSTEIN:  I'm sorry, Judge.

18          Any of the --

19          THE COURT:  The minors.

20          MR. ADELSTEIN:  The minors -- well, they're all

21  referred to by initials.  So any of the so-called victims

22  from -- or the alleged victims from Haiti.

23          I did not bring the pleading that spelled out all of

24  the individual names or the initials of all of the individuals.

25  I didn't think I needed it.  But if the Government would like

1    to turn over their first two weeks of witnesses now, I can be

2    better educated.  All I know is O.T., J.P.E., W.D., you know,

3    those initials.

4         MS. MEDETIS:  Your Honor, we've given them the full

5    names of these individuals.  If they need another copy of the

6    e-mails that we sent, we're more than happy to do that.  But if

7    they could give us the initials again, I'm sure we could tell

8    them if we're calling them or not.  I don't think that's an

9    inappropriate solution here.

10        Judge, I know that one of the initials that defense

11   counsel cited was J.P.E.  Is that correct?  We don't plan on

12   calling J.P.E. as a witness.

13        MR. ADELSTEIN:  Since they have to give me the witness

14   list by tomorrow, why don't you just hand over the witness list

15   now?  I'll be more than happy to go through it and we can

16   recall --

17        MS. MEDETIS:  I would defer to the Court on when I'm

18   going to be disclosing my witness list.  And the Court has not

19   yet ordered us to do that.  I would just wait for the Court to

20   do that.

21        THE COURT:  As I recall your request, Mr. Horowitz and

22   Mr. Adelstein, you listed four victims in your request, in the

23   sealed request that you made to the Court for the motion to

24   continue.

25        And those witnesses had indicated that they did not

```
 1    wish to talk to you.  So I'm a bit confused about who it is

 2    that you think you're going to accomplish to talk to, because

 3    the other persons that were listed were not -- they were other

 4    types of witnesses.  They weren't the alleged victims.  Is that

 5    correct?

 6              MR. ADELSTEIN:  There was more information than that,

 7    your Honor.  And --

 8              THE COURT:  There were other people.  But --

 9              MR. ADELSTEIN:  And there were other things we needed

10    to do.

11              THE COURT:  -- they were alleged victims.

12              MR. ADELSTEIN:  I will be more than happy to proffer

13    that outside of the presence of the Government.

14              THE COURT:  Are you talking about the physical

15    investigation that you wanted to do?

16              MR. ADELSTEIN:  Yes, ma'am.

17              And in addition to that, I know that the Government

18    made that representation that these witnesses did not want to

19    talk to us.  We have never had the opportunity to talk to them

20    or attempt to talk to them because, if the Court recalls, the

21    Public Defender's Office, when they went down there, there was,

22    in fact, a protective order issued originally on these

23    individuals that even the defense attorneys could not talk to

24    them.

25              And then that was --
```

1    THE COURT:  That's not true.  There was some concern by

2    the public defenders that the persons who were assisting them

3    from the embassy -- they were concerned that they were

4    reporting to the Government.  And they came to me, and I

5    entered an order prohibiting that.

6         Let me pass this for a few minutes.  I intend that

7    we're going to go forward.  We're going to start within this

8    two-week period.

9         Let me call other cases.

10   MR. ADELSTEIN:  Yes, ma'am.

11        (Whereupon, the Court went on to hear other matters,

12   after which the following proceedings were had:)

13        THE COURT:  United States of America versus Matthew

14   Andrew Carter, Case No. 11-20350.

15        Counsel, state your appearances, please, for the

16   record.

17        MS. MEDETIS:  Good afternoon, your Honor.  Maria

18   Medetis and Bonnie Kane for the United States.

19        MR. HOROWITZ:  Good afternoon, your Honor.  Phil

20   Horowitz and Stu Adelstein on behalf of Mr. Carter.

21        THE COURT:  In regard to Docket Entry 157, which was

22   the sealed *ex parte* supplement, the Defendant's motion for a

23   continuance, four of the names listed are the subject of a

24   protective order that I entered September 16th, 2011.  So those

25   persons would not be able to be contacted by the Defendant in

1   Haiti.

2          MR. ADELSTEIN:  Judge, it was my understanding that as

3   long as they were minors, that order indicated that we would be

4   allowed to attempt a contact with their guardian, through their

5   guardian, provided we identify ourselves, who we are --

6          MS. MEDETIS:  That's correct.

7          MR. ADELSTEIN:  -- who we represent.

8          MS. MEDETIS:  That's correct, Judge.  Judge O'Sullivan

9   had modified that emergency protective order.

10          THE COURT:  Modified my order?

11          MS. MEDETIS:  Yes.

12          MR. ADELSTEIN:  That was so the Court knows -- I think

13   that stemmed from the problems that the Public Defender's

14   Office had when they went down there previously.

15          MS. MEDETIS:  Your Honor, I misspoke.  He didn't modify

16   the order.  He entered -- Judge O'Sullivan entered another

17   order.  That was in October of 2011.

18          MR. ADELSTEIN:  Thank you.

19          And it's my understanding that as long as we

20   identify -- in that modified order, it made it very clear that

21   Mr. Carter could have no contact with anybody, whether they be

22   a minor or an adult.  But his lawyers could, provided we do a

23   couple things:  Identify ourselves, identify Mr. Carter's two

24   names; and if they were minors, that we would contact their --

25   either parent or guardian to see if they would be willing to

14

 1    talk to us.

 2         THE COURT:  So you were telling me what the week would

 3    glean for you.

 4         MR. ADELSTEIN:  I think we spelled it out in the

 5    motion.  I would tell the Court *ex parte* one of the main

 6    reasons, but I don't want to disclose it to the --

 7         THE COURT:  Would you be able to go down and back to

 8    Haiti?  I don't know that the turnaround on the funds -- I have

 9    no control over the turnaround on the Eleventh.

10         MR. ADELSTEIN:  I understand.  We certainly will make

11    every effort possible.

12         I will -- now that the Court has indicated that they

13    are going to approve what we submitted, I certainly will make

14    contact with our people to tell them to get the wheels --

15         THE COURT:  It's conditionally approved by me, subject

16    to the Eleventh Circuit.

17         MR. ADELSTEIN:  I understand that.  I understand that.

18    And I certainly would explain that.

19         I would think and I would hope that we could possibly

20    do it next week, the mid-part of next week.

21         THE COURT:  What about the rest of this week?

22         MR. ADELSTEIN:  They need several days to make the

23    preparations as outlined in our *ex parte* pleading.

24         I don't want to tell them a total green light because I

25    need the Eleventh Circuit to sign off on it because --

15

1          THE COURT:  So you can't do it until the Eleventh

2    approves it?

3          MR. ADELSTEIN:  Yes.  But I think in my previous -- not

4    in this case, but in my previous situations dealing with the

5    Eleventh on primarily death cases, they have been rather quick

6    on approving requests.

7          I don't anticipate if your Honor sends it to the

8    Eleventh today or tomorrow that it would take that much time to

9    get the necessary A-okay and the green light to say --

10         THE COURT:  Why don't we do this:  Why don't we go

11   forward with the Tuesday start of picking a jury.  I'm going to

12   issue the order approving the supplemental request to the

13   budget.  We will get it up to the Eleventh Circuit, I'm sure,

14   by tomorrow.  And then when it comes back from the Eleventh, we

15   can arrange -- you're talking about three days.  Correct?

16         MR. ADELSTEIN:  Yes, ma'am.

17         THE COURT:  Then you can tell me, you know, when

18   those -- when you would be ready for those three days and I'll

19   work with you.

20         MR. ADELSTEIN:  Fair enough.  Fair enough.  Thank you,

21   your Honor.

22         THE COURT:  We'll arrange it.

23         MS. MEDETIS:  Your Honor, if I may, as the Court is

24   aware, there are several Haitian victims and witnesses who are

25   already in the United States.  So, again, I don't know the

```
 1    names of the people they want to speak -- the defense counsel

 2    wants to speak to.

 3         But I'm -- my concern is that they're going to go to

 4    Haiti, and the people they want to talk to may not be there.

 5    So I don't know how to resolve that without knowing --

 6         MR. HOROWITZ:  Judge, that's very simple to resolve.

 7    We've offered if they want to make them available for us to

 8    interview --

 9         THE COURT:  Let's do this, so everybody's under the

10    same guise.

11         The Government and the Defendants are going to

12    cross-give each other lists.  The Government will give a

13    witness list of the first week or two of witnesses and the

14    witnesses, including the witnesses who are here from Haiti.  At

15    the same time, you're going to give the list of those people

16    that you wish to talk to in Haiti.  And then -- so nobody is

17    giving up something that the other side is not giving up.  And

18    then if it matches, then you know they're here and you can make

19    accommodations with the Government to try and see if they're

20    willing to talk to you, pursuant to Judge O'Sullivan's order.

21    That seemed to be agreed to between the parties.  Correct?

22         MS. MEDETIS:  Your Honor, actually, that was litigated.

23         THE COURT:  Judge O'Sullivan's orders -- I don't know

24    how he vacated my order.  I would never vacate a magistrate

25    judge's order.  I'm not sure how he vacated a district court's
```

1    order.

2            MS. MEDETIS:  Your Honor, should we provide the witness

3    list the first day of trial?  Is that --

4            THE COURT:  No.  I think -- today is Wednesday.  So

5    let's have the exchange of the witnesses that you seek to

6    interview and the witnesses that you are going to be calling

7    from Haiti by Friday.

8            MR. HOROWITZ:  Judge, noon or close of business?

9            THE COURT:  Noon is fine.

10           MR. HOROWITZ:  Thank you.  High noon.

11           THE COURT:  High noon.

12           Then a complete witness list will be filed the first

13   day of trial by both sides.

14           MS. MEDETIS:  Your Honor, with respect to the exhibit

15   list, I know the most recent of the trial orders stated that we

16   should file the exhibit lists and jury instructions -- I

17   apologize -- exhibit lists three days prior to trial.  Is that

18   for both parties as well?

19           THE COURT:  Yes.

20           MS. MEDETIS:  So that would be tomorrow, then, your

21   Honor, since we are starting on Monday?

22           THE COURT:  We're starting Tuesday.

23           MS. MEDETIS:  Tuesday, rather.

24           THE COURT:  Monday is not a trial day for me.

25           We will start -- we will plan on picking a jury 9:00,

```
 1   Tuesday morning.

 2            MR. ADELSTEIN:  Yes, ma'am.

 3            THE COURT:  And what I will do is as soon as I have the

 4   signed order from the Eleventh, I'll set a status with both

 5   sides here so then we can make the needed arrangements for the

 6   time period for you to travel.

 7            MR. ADELSTEIN:  Thank you.

 8            MS. MEDETIS:  One more thing, your Honor:  We wanted to

 9   advise the Court that some of the witnesses will be needing a

10   translator, so there will be two federally certified

11   translators in the courtroom for trial.  I just wanted to make

12   the Court aware of that.

13            THE COURT:  We normally provide the --

14            MS. MEDETIS:  For Defendants.  But this is for the

15   Government's witnesses.

16            THE COURT:  So why don't we just review the voir dire

17   process.  I know both Mr. Horowitz and Mr. Adelstein have had

18   trials before me.  I don't know if you've had a trial before

19   me.

20            MS. MEDETIS:  I have not yet, your Honor.

21            THE COURT:  So all jurors are questioned at once by the

22   Court.  There's 16 seats in the box.  No. 1 is the first seat,

23   the closest to the Government in the bottom row.  No. 8 starts

24   at the top row.  The remainder of the venire is seated behind

25   the Government.
```

1        First I have an introduction to them about being here

2   in federal court and then an introduction to voir dire.

3        I will then read the indictment to them and ask if

4   there's any people of the panel who has heard, read or knows

5   anything about this case.  I will then have counsel for both

6   sides introduce themselves and the persons associated with them

7   at counsel table and ask if any of them knows any of you based

8   upon any contact they may have had with you; and I'll read a

9   list of potential witnesses to them.

10        I will then ask the questions that have been submitted

11   by counsel from both sides that I've determined are appropriate

12   questions.

13        And then we will turn to the questionnaires that each

14   juror will have and we'll go through the questionnaires.  If

15   you don't already have a copy of that, Patricia will make that

16   available to you.

17        Once all of the jurors have gone through the

18   questionnaire, I will then bring counsel side-bar and ask if

19   there's any additional questions of any individual juror or the

20   panel as a whole.  I'll always try and do followup on matters

21   that I think you may be interested in or may feel are

22   appropriate with my questioning.

23        Does counsel intend to waive the Defendant's presence

24   side-bar, first of all for any juror who wishes to answer any

25   question in private?  Sometimes regarding medical issues,

1   people do not want to indicate that in open court and sometimes

2   prior criminal history of family members.

3         MR. ADELSTEIN:  We will recommend that to him, but we

4   need to discuss that particular issue with him.  We have not

5   discussed that yet.

6         THE COURT:  So if you would discuss that with him, then

7   we can take that up first thing on Tuesday morning.

8         MR. ADELSTEIN:  Yes, ma'am.

9         THE COURT:  So I'll ask if there's any additional

10   questions of the panel as a whole and I'll ask any additional

11   questions.  Normally I'm pretty generous unless I find that

12   it's an area that's really been covered sufficiently.

13         We will then take up the 16 people in the box.  Again,

14   I'll ask if the Defendant will waive his presence side-bar for

15   peremptory and challenges for cause.

16         So we'll take up the 16 in the box.  I'll ask if there

17   are any challenges for cause from either side and I'll rule on

18   those challenges for cause.

19         We will then turn to peremptory challenges for the

20   first 16.  The Government is odd; the Defendant is even.  The

21   Government exercises its peremptory challenge on Juror No. 1

22   first; the Defendant on Juror No. 2; the Government, 3; the

23   Defendant, 4, and so on.

24         There's no backstriking.  Once a peremptory challenge

25   has not been exercised, that person is given a number.  And

```
1    we'll continue in that fashion.  I can either refill the box.

2    Very often we just continue using the numbers that the jurors

3    have in their seats in the gallery.  And we'll take it up two

4    or three rows at a time, go through the same procedure,

5    challenges for cause.  It's actually challenges for cause and

6    hardship for the first round and then peremptory challenges.

7            Any questions on the voir dire process?

8            MS. MEDETIS:  No, your Honor.

9            How many alternates jurors does your Honor typically --

10           THE COURT:  How long are we talking about for trial?

11           MS. MEDETIS:  I know the Court has set aside six weeks.

12   I don't anticipate the Government's case taking more than two

13   weeks.  I'm not sure --

14           THE COURT:  That's good news.

15           How long do you anticipate?

16           MS. MEDETIS:  I would say if there are any

17   stipulations, it may take less time than that.  But that's

18   still a matter that's pending.

19           MR. ADELSTEIN:  If the Government's estimating two

20   weeks conservatively, we would double that time.  Four weeks.

21           THE COURT:  So we're --

22           MR. ADELSTEIN:  No, not four weeks.  Four weeks total.

23   If the Government is saying two -- no.

24           THE COURT:  You're talking about four weeks total?

25           MR. ADELSTEIN:  Yes, ma'am.  I thought the Court
```

 1    understood.

 2              THE COURT:  I did.

 3              MR. ADELSTEIN:  As long as the Court did, I don't care

 4    what the Government really understands.  At this juncture,

 5    quite candidly, we're not getting along too well.

 6              THE COURT:  I understood you meant a doubling of their

 7    two weeks.

 8              MR. ADELSTEIN:  Yes.

 9              THE COURT:  So four weeks.

10              MR. ADELSTEIN:  And that's -- I don't know when the

11    trip -- when the recess would come in.  So maybe four and a

12    half weeks, if the Court intends to recess or if we can arrange

13    it.

14              THE COURT:  No less than four alternates.  Maybe five.

15    We've got one holiday weekend, a potential recess for a few

16    days.  Quite frankly, it lets me sleep a little bit better at

17    night.

18              MS. MEDETIS:  The Government as well, your Honor.

19              MR. ADELSTEIN:  There is one request on Valentine's Day

20    that I at least get home by dinnertime or my wife will be very

21    upset, Judge.

22              THE COURT:  I think we can accommodate you on that.

23    I'm sure there are going to be a lot of people that want to get

24    home by dinnertime on Thursday, February 14th.

25              MR. ADELSTEIN:  Mr. Horowitz can work late that day.

1          MS. MEDETIS:  My understanding is Mr. Adelstein was

2     going to take his wife to Haiti.

3          MR. ADELSTEIN:  No.  No.  She opted out on that trip.

4          THE COURT:  So we're talking about 16 to 17, so four or

5     five alternates.  I'm going to get an extended panel up here

6     because of the length of the trial.

7          MS. MEDETIS:  Understood, Judge.

8          THE COURT:  But I'm pretty tough on jurors.  I believe

9     in jury service.  I've been very successful in having all kinds

10    of people serve on my juries.  But on the other hand, it's a

11    tough economic situation, so I try and balance all of that.

12         Any objection to jurors taking notes?  I normally allow

13    jurors to take notes.

14         MS. MEDETIS:  No objection.

15         MR. ADELSTEIN:  No.

16         MR. HOROWITZ:  Judge, as long as the jury gets the

17    preliminary instruction about the notes.

18         THE COURT:  They do.

19         MR. HOROWITZ:  That's fine.

20         THE COURT:  It's included in my preliminary

21    instruction.

22         That's all I can think of.  Anything else we need to

23    take up today?

24         MR. ADELSTEIN:  No, your Honor.  Not from us.

25         MR. HOROWITZ:  Judge, it's going to be 9:00 to 5:00,

```
 1    Tuesday through Friday?
 2            THE COURT:  Yes.
 3            MR. HOROWITZ:  I'll have other judges screaming at me
 4    for sentencings.
 5            THE COURT:  Tell them you're available Mondays.  They
 6    just have to do what I have to do, which is wait, if it's other
 7    times.
 8            There would be some -- I take an extended lunchtime on
 9    probably Wednesday and Friday, and there may be some Thursdays
10    that we're going to break around 4:30, including Valentine's
11    Day.  So you'll have those times to make available to other
12    judges.
13            MR. HOROWITZ:  Perfect.
14            MR. ADELSTEIN:  Thank you, your Honor.
15            See you Tuesday.
16            THE COURT:  See you Tuesday, 9:00.
17            MR. HOROWITZ:  Thank you, Judge.
18            THE COURT:  Thank you.
19            And we're in recess for the day.
20            (Proceedings concluded.)
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2

 3          I hereby certify that the foregoing is an

 4    accurate transcription of the proceedings in the

 5    above-entitled matter.

 6

 7
                           /s/Lisa Edwards
 8    _____        LISA EDWARDS, RDR, CRR
          DATE             Official United States Court Reporter
 9                         400 North Miami Avenue, Twelfth Floor
                           Miami, Florida 33128
10                         (305) 523-5499

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```