UNITED STATES DISTRICT COURT

OF THE FIFTH AND ELEVENTH CIRCUIT

| | |
|---|---|
| Matthew Carter | Honorable Judge |
| | Joan A. Lenard |
| | |
| V. | Case # 13-13518 |
| | |
| United States of America | Docket # |
| | 1:11-CR-20350 JAL-1 |

FILED by PC D.C.
FEB 2 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

MOTION TO COMPEL

COMES NOW Movant Matthew Carter and deposes and states as follows:

1.) He is the defendant in the above entitled case.

2.) Direct Review of his conviction and sentence by the Court of Appeals has been completed.

3.) Movant is attempting to prepare a motion pursuant to 28 U.S.C. §2255, and doesn't have the proper paperwork to complete the filing; he is proceeding "Pro-Se"

4.) Documents and evidence in his "file" in possession of Attorney Thomas J. Butler are material to Mr. Carter's preparation of his motions pursuant to 28 U.S.C. §2255 and supporting arguments thereto.

The documents include but are not limited to (A) Motions filed with the court during the criminal proceedings, (B) discovery requests by counsel, (C) results of discovery, (D) rulings on motions by the district court, (E) transcripts of proceedings and PlEA offers, (F) briefs filed in the direct process, (G) orders and opinions filed in the direct review of Mr. Carter's case, (H) Mr. Carter's presentence report and (I) personal documents and copies of personal documents received by Attorney Thomas J. Butler during criminal proceedings and direct review.

5.) Absent the evidence and documents set forth, Mr. Carter cannot prepare the motion pursuant to 28 U.S.C. §2255 with sufficient specificity to comply with case law constraining said motion.

Absent review of Mr. Carter's complete case file, he cannot make the "factual showing on the record" that counsel's performance was adversely affected as required by case law such as UNITED STATES V. ALLEN, 831 F. 2d 1487, 1496 (9th Cir. 1987).

Moreover, on information and belief, Attorney Thomas J. Butler's performance was below the objective standard of STRICKLAND V. WASHINGTON, 466 U.S. 668, 80 L. Ed. 2d 674, 104 S. Ct 2052 (1984) and Mr. Carter was prejudiced thereby. However, absent review of Mr. Carter's complete case file, he cannot make sufficiently specific factual allegations to satisfy the requirement for pleadings a claim of ineffectual

assistance of counsel in a motion pursuant to 28 U.S.C. 2255.

6.) Attorney Thomas Butler was counsel for Mr. Carter's Appeal Review but no longer represents him.

7.) Mr. Carter has asked Attorney Butler on numerous occasions to release his original case file to him as well as to family members. In each case, Attorney Thomas J. Butler has either refused or ignored the requests.

8.) Under state law and federal law and professional rules, it is well settled that Mr. Carter is entitled to possession of his original case file upon request.

9.) This court has supervisory over the members of the bar practicing before it and is mandated to ascertain that they comply inter alia, with the state and federal law and professional rules. CHAMBERS V. NASCO, 501, U.S. 32, 43, 115 L. Ed. 2d 27, 111 S. Ct. 2123 (1991).

Based on state law, ethical considerations and professional rules alone, without even considering Mr. Carter's constitutional rights to access to court, this court can and should order Attorney Thomas J. Butler to return Mr. Carter's case file.

10.) This court has anomalous or equitable jurisdiction over said attorney as an "officer of the court" under the reasoning of UNITED STATES V. HUBBARD, 650 F. 2d

293, 303 [n. 271 (D.C. Cir. 1980) and UNITED STATES V. JONES, 852 F. 2d 1235, 1237 (9th Cir. 1988). Sufficient to order the attorney to return Mr. Carter's file to his sister Mrs. Donna Shuh at 4470 Grapevine Drive, Howell, Michigan, 48843.

11.) This court has an obligation under reasoning of JOHNSON V. AVERY, 393 U.S. 483, 485 (1969) and progeny to ascertain that Mr. Carter has access to court for the motion pursuant to 28 U.S.C. §2255.

## RELIEF REQUESTED

Movant Matthew Carter asks this Honorable Court to issue an order directing Attorney Thomas J. Butler to return Mr. Carter's complete original file to the following person, and by doing so will protect his rights:

Mrs. Donna Shuh
4470 Grapevine Drive
Howell, Michigan 48843

Signed under penalty of perjury under 28 U.S.C. §1746 this __12th__ day of February, 2016.

*Matthew Carter*
Matthew Carter
Reg. # 95210-004
United States Penitentiary
Post Office Box 24550

MR. MATTHEW CARTER # 95210-004
United States Penitentiary
Post Office Box 24550
Tucson, AZ 85734

Legal Mail

95210-004
Judge Joan A Lenard
95210-004
Court Clerk Of
400 N Miami AVE
Miami, FL 33128
United States

USMS INSPECTED By

7015 1520 0001 8106 7288

FEDERAL CORRECTIONS COMPLEX
9300 S. WILMOT ROAD
TUCSON, ARIZONA 85756

DATE: 2/12/16

The enclosed letter was processed though special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.