MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

## 16-CV-21476-LENARD/WHITE

| United States District Court | District Southern District of Florida |
|---|---|

| Name (under which you were convicted): Matthew Carter | Docket or Case No.: | FILED by _____ D.C. |
|---|---|---|
| Place of Confinement: USP- Tucson | Prisoner No.: 95210-004 | APR 26 2016 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | STEVEN M. LARIMORE CLERK U.S. DIST. CT. S. D. of FLA. – MIAMI |
| v.   Matthew Carter | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT
   THE SOUTHERN DISTRICT OF FLORIDA
   U.S. COURTHOUSE
   400 N. MIAMI AVE
   MIAMI   FL   33128
   (b) Criminal docket or case number (if you know): 1:11-CR-20350-JAL-1

2. (a) Date of the judgment of conviction (if you know): July 31, 2013

   (b) Date of sentencing: July 31, 2013

3. Length of sentence: 1,980 months

4. Nature of crime (all counts): 18 USC 2423(b) 6 Counts

   cat / div  510/2255/Miami
   Case #  11cr 20350 JAL-1
   Judge  Lenard  Mag.  White
   Motn ifp  no  Fee pd $  0
   Receipt #  N/A

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count

   or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☒        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9.  If you did appeal, answer the following:

(a) Name of court: United States Court of Appeals for the 11th Circuit

(b) Docket or case number (if you know):  13-13518

(c) Result:  Conviction Affirmed

(d) Date of result (if you know): January 27, 2015

(e) Citation to the case (if you know): unknown

(f) Grounds raised: Did the District Court err in denying Carter's Motion for acquittal of count 1?
        Did the District Court err in denying Carter's objection to the Jury Instructions.
        Did the District Court err in denying Carter's requests for foreign witness depositions.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☒    No ☐

    If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result:


    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

    (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐    No ☒ X

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court:                    N/A

         (2) Docket or case number (if you know):    N/A

         (3) Date of filing (if you know):      N/A

(4) Nature of the proceeding:    N/A

(5) Grounds raised:     N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result:       N/A

(8) Date of result (if you know):  N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:     N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know):  N/A

(4) Nature of the proceeding:   N/A

(5) Grounds raised:     N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐   N/A

(7) Result:       N/A

(8) Date of result (if you know):  N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your *motion, petition, or application?*  N/A

(1) First petition:  Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:                                    N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE:   INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
There was very little pre-trial preparation by counsel. Counsel requested Petitioner to provide the names of witnesses for the Defense, which he did, however, counsel delayed until trial to begin trying to locate and interview said witnesses. By that time said witnesses could not be located and brought to testify.

Further, Counsel failed to rigorously test the adversarial system in pretrial motions and during cross examination thus allowing the Government to dominate the trial before the jury.

Said witnesses were of parmount importance because their testimony will completely discredit the testimony of the Government witnesses. (See Memorandum In Support)

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
The same counsel that represented Petitioner at trial also represented Petitioner ineffectively on Direct Appeal.

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:                      N/A
Type of motion or petition:

Name and location of the court where the motion or petition was filed:
                                    N/A

Docket or case number (if you know):                          N/A

Date of the court's decision:                                N/A

Result (attach a copy of the court's opinion or order, if available):

                                                             N/A


   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐   No ☐                                        N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐   No ☐                                        N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐   No ☐                                        N/A

   (6) If your answer to Question (c)(4) is "Yes," state:   N/A

Name and location of the court where the appeal was filed:

                                                             N/A

Docket or case number (if you know):                         N/A

Date of the court's decision:                                N/A

Result (attach a copy of the court's opinion or order, if available):

                                                             N/A


   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue:                                            N/A


**GROUND TWO:** ACTUAL INNOCENCE


(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

    The Witnesses that could have testified for the Petitioner were
not brought forward to testify for the Petitioner depriving
him of a fair trial. Had these witnesses testified before the
Jury, the outcome would certainly been different. (See the
Memorandum In Support) (See also excerpts of statements made by
government interviews of alleged victim.) (See also Issue 3,
Prosecutorial Misconduct.)

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

```
Ineffective Assistance on Appeal. Attorney refused to bring this
issue on Direct Appeal.
```

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑               N/A

    (2) If your answer to Question (c)(1) is "Yes," state:  N/A

    Type of motion or petition:              N/A

    Name and location of the court where the motion or petition was filed:

                       N/A

    Docket or case number (if you know):    N/A

    Date of the court's decision:         N/A

    Result (attach a copy of the court's opinion or order, if available):

                    N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑            N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑            N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑            N/A

    (6) If your answer to Question (c)(4) is "Yes," state:  N/A

    Name and location of the court where the appeal was filed:

                       N/A

    Docket or case number (if you know):    N/A

    Date of the court's decision:         N/A

    Result (attach a copy of the court's opinion or order, if available):

                    N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:**   PROSECUTORIAL MISCONDUCT

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

In spite of knowing that there was exonerating testimony from government witnesses as well as potential witnesses in Haiti, The U.S. Attorney suppressed that testimony and proceeded to prosecute the charges against Petitioner without making the exonerating testimony known to the Jury or the Court in violation of BRADY. (See Memorandum in Support)

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑ X

(2) If you did not raise this issue in your direct appeal, explain why:

Counsel on Appeal refused to bring this information on appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:        N/A

Type of motion or petition:                                N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):                       N/A

Date of the court's decision:                              N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐           N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐           N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐           N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):           N/A

Date of the court's decision:           N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:           N/A

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒ X

(2) If you did not raise this issue in your direct appeal, explain why:

Appeals Counsel refused to bring this issue on appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒ X

(2) If your answer to Question (c)(1) is "Yes," state:                    N/A

Type of motion or petition:                    N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):                    N/A

Date of the court's decision:                    N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐                    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐                    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐                    N/A

(6) If your answer to Question (c)(4) is "Yes," state:                    N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):                    N/A

Date of the court's decision:                    N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:                                              N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:  Grounds one, two, and three have not been presented for adjudication prior to this current action.

        Ineffective Assistance is best brought in a §2255 Motion in accordance with this Court's prior decisions.

        Actual Innocence and Prosecutorial Misconduct were not addressed previously due to Ineffective Assistance of Appeals counsel.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐  No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.                N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Phillip Robert Horowitz/Kashyap P. Patel

    (b) At arraignment and plea: Paul M Korchin

    (c) At trial: Stuart Adelstein/Phillip Robert Horowitz

    (d) At sentencing:  same as trial

(e) On appeal:   Thomas Butler

(f) In any post-conviction proceeding:    NONE : Inmate Legal Assistant

(g) On appeal from any ruling against you in a post-conviction proceeding:   N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☒X

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒X

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:                         N/A

(b) Give the date the other sentence was imposed:          N/A
(c) Give the length of the other sentence:          N/A
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐
                                    N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THIS PETITION PURSUANT TO 28 USC §2255 IS TIMELY FILED IN ACCORDANCE WITH THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Petitioner moves this court to grant him an evidentiary hearing
in order to determine in favor of aquittal or retrial.

or any other relief to which movant may be entitled.

There is NO attorney
Signature of Attorney (if any)

Petitioner proceeds PRO SE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on
(month, date, year).

Executed (signed) on ___4/18/16___ (date).

_Matthew Carter_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.

This document is completed with the assistance of another inmate.
Inmate Legal Assistant Jerry L. Banks Sr. BOP#99023-198

_Jerry L Banks Sr._
Jerry L Banks Sr.

Matthew Carter
#95210-004
U.S. Penitentiary Tucson,
P.O. Box 24550,
Tucson, AZ 85734-4550

Legal Mail

≈95210-004
Court Clerk Of
400 N Miami AVE
Judge Joan A Lenard
Miami, FL 33128
United States

FEDERAL CORRECTIONS COMPLEX
9300 S. WILMOT ROAD
TUCSON, ARIZONA 85756

DATE:

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been neither
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return the
material for further information or clarification. If the writer

Legal Mail