UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21476-CIV-LENARD/WHITE

**MATTHEW CARTER,**

    Movant,

**v.**

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

### ORDER ADOPTING REPORT OF THE MAGISTRATE JUDGE (D.E. 24), DENYING AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (D.E. 13), DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Patrick A. White, ("Report," D.E. 24), issued October 26, 2017, recommending the Court deny Movant Matthew Carter's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ("Motion," D.E. 13), filed on or about June 12, 2016. Specifically, Judge White found that all of Movant's claims are vague, conclusory, unsupported, and otherwise refuted by the record. (Report at 17-35.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after

an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 24) issued on October 26, 2017, is **ADOPTED**;

2. Movant's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, filed June 12, 2016, is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. All pending motions are **DENIED AS MOOT**; and

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of November, 2017.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**